UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE:  XARELTO (RIVAROXABAN)          *     MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                       *     SECTION L
                                       *     JUDGE ELDON E. FALLON
                                       *     MAG. JUDGE NORTH
                                       *
THIS DOCUMENT RELATES TO:              *
                                       *
Jean Anderson, et al.                  *
**Case No.: 2:17-cv-8915**             *
                                       *
Geoffrey Cohen          .              *
**Case No.: 2:17-cv-07954**            *
                                       *
Vickie Cox                             *
**Case No.: 2:17-cv-08045**            *
                                       *
Victoria Gooderl                       *
**Case No.: 2:19-cv-05228**            *
                                       *
Ronald Hamm                            *
**Case No. 2:18-cv-06792**             *
                                       *
William J. Taylor, et al.              *
**Case No.: 2:17-cv-12479**            *
                                       *
Donna Younes, et al.                   *
**Case No.: 2:18-cv-08913**            *
                                       *
Cynthia Tochtrop, et al.               *
**Case No.: 2:18-cv-06772**            *
                                       *
James Turner, et al.                   *
**Case No.: 2:19-cv-04716**            *
                                       *
Claire Vallera, et al.                 *
**Case No.: 2:19-cv-00817**            *
                                       *
John Walker                            *
**Case No. 2:19-cv-04958**             *
                                       *
Ella Webb                              *
**Case No.: 2:19-cv-04031**            *

```
                                                    *
Juck Chio Tan Yap                                   *
Case No.:2:18-cv-14133                              *
```

## **<u>ORDER</u>**

These matters come before the Court on Plaintiffs' Ex Parte Motion to Withdraw

Documents, R. Doc. 14374. Accordingly;

**IT IS ORDERED** that the following documents be withdrawn from the docket.

Doc. No. **14134**     *filed July 16, 2019*     Jean Anderson, Case No. 2:17-cv-8915

Doc. No. **14135**     *filed July 16, 2019*     Geoffrey Cohen, Case No.: 2:17-cv-07954

Doc. No. **14136**     *filed July 16, 2019*     Vickie Cox, Case No.: 2:17-cv-08045

Doc. No. **14137**     *filed July 16, 2019*     Victoria Gooderl, Case No.: 2:19-cv-05228

Doc. No. **14138**     *filed July16, 2019*     Ronald Hamm, Case No.: 2:18-cv-06792

Doc No. **14139**     *filed July 16, 2019*     William J. Taylor, Case No.: 2:17-cv-12479

Doc. No. **14140**     *filed July 16, 2019*     Donna Younes, Case No.: 2:18-cv-08913

Doc. No. **14141**     *filed July 16, 2019*     Cynthia Tochtrop, Case No.: 2:18-cv-06772

Doc. No. **14142**     *filed July 16, 2019*     James Turner, Case No.: 2:19-cv-04716

Doc. No. **14143**     *filed July 16, 2019*     Claire Vallera, Case No.: 2:19-cv-00817

Doc. No. **14144**     *filed July 16, 2019*     John Walker, Case No.: 2:19-cv-04958

Doc. No. **14145**     *filed July 16, 2019*     Ella Webb, Case No.: 2:19-cv-04031

Doc. No. **14146**     *filed July 16, 2019*     Juck Chio Tan Yap, Case No.: 2:18-cv-14133

New Orleans, Louisiana this 2nd day of August, 2019.

_____

United States District Judge