UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) SECTION: L ) ) JUDGE ELDON E. FALLON ) |
| THIS ACTION RELATES TO: | ) MAG. JUDGE MICHAEL NORTH |

| | |
|---|---|
| James Arcand **Case No.: 2:16-cv-01870** | Victor DeMarco **Case No.: 2:16-cv-01875** |
| Lawrence Driggs **Case No.: 2:16-cv-02375** | Cynthia Fox **Case No.: 2:19-cv-05960** |
| Wanda Jean Heath **Case No.: 2:16-cv-01876** | James Hendrick **Case No.: 2:16-cv-01878** |
| Mary Helen Ryan **Case No.: 2:16-cv-01882** | Jack Whitnauer **Case No.: 2:16-cv-01883** |

## ORDER

These matters come before the Court on the plaintiffs' Ex Parte Motion to Withdraw Documents, R. Doc. 14379. Being sufficiently advised, and for good cause, the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket.

| | | |
|---|---|---|
| Document No. **14177** | *filed July 17, 2019* | James Arcand Case No.: 2:16-cv-01870 |
| Document No. **14182** | *filed July 17, 2019* | Victor DeMarco Case No.: 2:16-cv-01875 |

| Document No. **14186** | *filed July 17, 2019* | Lawrence Driggs<br>Case No.: 2:16-cv-02375 |
| --- | --- | --- |
| Document No. **14128** | *filed July 16, 2019* | Cynthia Fox<br>Case No.: 2:19-cv-05960 |
| Document No. **13990** | *filed July 02, 2019* | Wanda Jean Heath<br>Case No.: 2:16-cv-01876 |
| Document No. **13991** | *filed July 02, 2019* | James Hendrick<br>Case No.: 2:16-cv-01878 |
| Document No. **13992** | *filed July 02, 2019* | Mary Helen Ryan<br>Case No.: 2:16-cv-01882 |
| Document No. **14188** | *filed July 17, 2019* | Jack Whitnauer<br>Case No.: 2:16-cv-01883 |

New Orleans, Louisiana this   2nd   day of    August   ,  2019  .

_____

Eldon E. Fallon
United States District Judge