UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Frances Douglas and Harry Douglas v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08840

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14384, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Dianne Belk, surviving daughter of Frances Douglas and Harry Douglas, is substituted for Plaintiffs Frances Douglas and Harry Douglas as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE