# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| Thomas Ostendorf | ) | JUDGE ELDON E. FALLON |
| **Civil Action No. 2:15-cv-05688** | ) ) ) ) | MAGISTRATE JUDGE NORTH |

## ORDER

This matter comes before the Court on the plaintiff's Ex Parte Motion to Withdraw Documents, R. Doc. 14386. Accordingly;

**IT IS ORDERED** that Plaintiff's Ex Parte Motion to Withdraw Stipulation of Dismissal with Prejudice is hereby **GRANTED**.

New Orleans, Louisiana this 2nd day of August, 2019.

_____
United States District Judge