UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION<br><br>_____<br>THIS DOCUMENT RELATES TO:<br><br>Don P. Morris<br>Civil Action No. 2:16-cv-17641<br><br>Louise Provo<br>Civil Action No. 2:19-cv-07847<br><br>Daphine Huffman<br>Civil Action No. 2:18-cv-01667<br><br>Diane Bowen<br>Civil Action No. 2:17-cv-04901 | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**ORDER**

Considering Plaintiffs' Ex Parte Motion to Withdraw Documents, R. Doc. 14408;

**IT IS ORDERED** that the following documents shall be withdrawn from the docket.

| | | |
|---|---|---|
| Doc. No. 13830 | Filed June 21, 2019 | Don P. Morris, Civil Action No. 2:16-cv-17641 |
| Doc. No. 13831 | Filed June 21, 2019 | Louise Provo, Civil Action No. 2:19-cv-07847 |
| Doc. No. 13832 | Filed June 21, 2019 | Daphine Huffman, Civil Action No. 2:18-cv-01667 |
| Doc. No. 13833 | Filed June 21, 2019 | Diane Bowen, Civil Action No. 2:17-cv-04901 |

New Orleans, Louisiana this 2nd day of August, 2019.

_____
Eldon E. Fallon
United States District Judge