# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| This document relates to:<br>Teena MacDonald v. Janssen Research & Development, LLC et al.<br>E.D. La. No. 2:16-cv-8634 | |

## SUGGESTION OF DEATH AND EX PARTE MOTION TO SUBSTITUTE

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Teena MacDonald. Counsel respectfully moves this Court for an Order substituting Travis C. Gosnell, son of Teena MacDonald, as the Party-Plaintiff. Movant shows unto the Court as follows:

1. Teena MacDonald instituted this product liability action prior to her death.

2. Teena MacDonald passed away on October 4, 2018. See Ex. A. (Death Certificate)

3. Travis C. Gosnell is the son of Teena MacDonald, and is designated as the Personal Representative of Teena MacDonald's estate in

her Last Will and Testament, and is otherwise a proper party to continue this action. See Ex. B (Last Will and Testament).

WHEREFORE, Travis C. Gosnell, hereby respectfully requests that this Court entire an Order substituting him as the Party-Plaintiff in this Action, and that this action be continued as a survival action. A proposed Order is attached hereto as Ex. C.

This the 5th day of August, 2019.

/s/ James R. Faucher
James R. Faucher
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
P: (336) 478-6000
F: (336) 273-5597
E: james@greensborolawcenter.com

M

## CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Plaintiff, certify that the foregoing was filed with the Court and served using the Court's CM/ECF electronic filing system which will send a copy of the filing to all parties or counsel registered with the Court.

This the 5th day of August, 2019.

/s/ James R. Faucher
James R. Faucher
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
P: (336) 478-6000
F: (336) 273-5597
E: james@greensborolawcenter.com