**STATE OF SOUTH CAROLINA**
**CERTIFICATION OF VITAL RECORD**

# DEATH CERTIFICATION

**STATE FILE NUMBER:** 139-18-037691

**DECEDENT'S NAME:** *TEENA MARIA MACDONALD*  **SEX:** FEMALE
**AKA's:** NA  **SOCIAL SECURITY NUMBER:** 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
**ARMED FORCES:** NO
**DATE OF BIRTH:** MARCH 23, 1953  **AGE:** 65 YEARS
**TYPE OF PLACE OF DEATH:** HOSPICE FACILITY  **COUNTY OF DEATH:** LAURENS
**NAME AND ADDRESS OF PLACE OF DEATH:** HOSPICE OF LAURENS COUNTY, CLINTON, SC 29325
**PLACE OF DISPOSITION:** FOOTHILLS CREMATORY
**DISPOSITION LOCATION:** INMAN, SOUTH CAROLINA
**METHOD OF DISPOSITION:** CREMATION
**DECEDENT'S RESIDENCE:** 63 BLACKSTOCK ROAD, INMAN, SPARTANBURG COUNTY, SC, 29349
**PLACE OF BIRTH:** SOUTH CAROLINA  **MARITAL STATUS:** DIVORCED (AND NOT REMARRIED)

**SURVIVING SPOUSE'S NAME:** NA
**FATHER'S NAME:** REUBEN LEWIS
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** EVA PEACE
**INFORMANT'S NAME:** TRAVIS GOSNELL  **RELATIONSHIP:** SON
**MAILING ADDRESS:** 565 BENNINGTON FARM DRIVE, BOILING SPRINGS, SC, 29316
**FUNERAL HOME:** SEAWRIGHT FUNERAL HOME, PO BOX 192, INMAN, SC, 29349-0192
**FUNERAL DIRECTOR:** JEREMY C. CARTEE  **LICENSE NUMBER:** 2241
**EMBALMER'S NAME:** NOT EMBALMED  **LICENSE NUMBER:** NA
**ACTUAL OR PRESUMED DATE OF DEATH:** OCTOBER 04, 2018  **MANNER OF DEATH:** NATURAL
**ACTUAL OR PRESUMED TIME OF DEATH:** 1340
**CAUSE OF DEATH - PART I**
CARDIAC ARREST
ACUTE RESPIRATORY FAILURE
CHOLANGIOCARCINOMA METASTATIC TO LIVER

**OTHER SIGNIFICANT CONDITIONS - PART II:**
CHF, PULMONARY EMBOLISM, ACUTE KIDNEY INSUFFICIENCY
**CORONER CONTACTED?** NO  **AUTOPSY PERFORMED?** NO  **AUTOPSY AVAILABLE?** NA
**DATE OF INJURY:** NA  **TIME OF INJURY:** NA  **INJURY AT WORK?** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA

**CERTIFIER NAME AND TITLE:** DR KRISTI D. FORD-SCALES  **LICENSE NUMBER:** 32907
**CERTIFIER'S ADDRESS:** 260 FAIRWINDS RD., LANDRUM, SC, 29356
**DATE FILED:** OCTOBER 05, 2018
**DATE OF ISSUANCE:** OCTOBER 05, 2018
**SPECIAL INSTRUCTIONS:**
NA

SC07158530

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Salceby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 04/09/2018

dhec