# LAST WILL AND TESTAMENT

## OF

## TEENA M. MACDONALD

I, TEENA M. MACDONALD, a resident of the State of South Carolina, being of sound mind and memory, declare this to be my Last Will and Testament, revoking all wills and codicils previously made by me.

### ARTICLE I
### Family

At the time of the execution of this Will, I am not married. My children are Travis C. Gosnell and Amy Gosnell Thomas.

### ARTICLE II
### Debts, Administration Expenses, Funeral Arrangements and Cremation

I direct that my son, Travis C. Gosnell, shall have sole authority to make any and all decisions regarding any memorial service and the disposition of my remains. I direct that the expenses of my last illness and funeral and the expenses of the administration of my estate be paid out of my residuary estate, including any taxes of any kind payable on or in relation to any property by reason of my death, whether passing under this will or otherwise. I direct that my Personal Representative shall pay my just debts and obligations only after a creditor provides timely and sufficient evidence to support its claim and in accordance with applicable state law.

### ARTICLE III
### Residuary Estate

I give all the rest, residue and remainder of my property, both real and personal, of whatever nature and wherever situated, including all property I may acquire or become entitled to after the execution of this Will, (collectively referred to as my "residuary estate"), to be divided into equal shares so as to provide one (1) share for each of my children who is then living and one (1) share for each deceased child who shall leave living issue. Each share for a living child shall be distributed to such child. Each share for a deceased child who shall leave issue shall be distributed per stirpes to such issue. If any child predeceases me and has no issue, then the predeceased child's share shall be distributed to my remaining children, per stirpes.

### ARTICLE IV
### Nomination of Personal Representative

I nominate Travis C. Gosnell to be my personal representative, to serve without bond.

### ARTICLE V
### Powers of Personal Representative

I grant to my personal representative all powers conferred on personal representatives and executors under the South Carolina Probate Code, as amended, or any successor thereto, and all powers conferred upon personal representatives and executors wherever my personal representative may act. I specifically grant my personal representative the power to make any and all decisions regarding my funeral and the disposition of my remains, as detailed in Article II above. I also grant to my personal representative specific power to sell, while probate is pending, any and all property, both real and personal, included in my estate, at the sole and absolute discretion of the personal representative. The power to sell property, both real and personal, can be exercised for any reason, regardless of whether my estate has outstanding claims against it. My executor shall have the power to access, handle, distribute and dispose of my digital assets.

IN WITNESS WHEREOF, I, TEENA M. MACDONALD, the Testator, sign my name to this instrument as my last will and testament this 26th day of September, 2018, and, being first duly sworn, do hereby declare to the undersigned witnesses and the undersigned authority that I sign and execute this instrument as my last will and testament, and that I sign it willingly in the presence of the undersigned witnesses, all of whom were present at the same time, and that I have requested each of the undersigned witnesses to sign it in my presence and in the presence of each other, and that I execute it as my free and voluntary act and deed for the purposes therein expressed, and that I am at least eighteen years of age, of sound mind, and under no constraint, duress, fraud or undue influence.

_____
TEENA M. MACDONALD

We, Virginia Rae Davis and Charles W. Crews, Jr., the witnesses, sign our names to this instrument, and at least one of us, being first duly sworn, does hereby declare, generally and to the undersigned authority, that the testator signs and executes this instrument as his/her last will and that he/she signs it willingly (or willingly directs another to sign for him/her), and that each of us, in the presence and hearing of the testator, hereby signs this will as witness to the testator's signing, and that to the best of our

knowledge the testator is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_____  _____
Witness                          Witness

**STATE OF SOUTH CAROLINA**
**COUNTY OF GREENVILLE**

      Subscribed, sworn to and acknowledged before me by the said TEENA M. MACDONALD, Testator, and subscribed and sworn to before me by the said Virginia Rae Davis, as witness, this 26 day of September, 2018. The subscribing witness certified to the notary under oath or by affirmation that the subscribing witness is not a party to or beneficiary of the transaction.

_____
Charles W. Crews, Jr.
Notary Public for South Carolina
Commission expires: 1/20/2019

[Notary Seal: CHARLES W. CREWS, JR. — JAN 20 2019 — SOUTH CAROLINA NOTARY PUBLIC]