UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXA-BAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| This document relates to:<br>Teena MacDonald v. Janssen Research & Development, LLC et al.<br>E.D. La. No. 2:16-cv-8634 | |

### ORDER ALLOWING EX PARTE MOTION TO SUBSTITUTE

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Travis C. Gosnell is substituted for Plaintiff Teena MacDonald as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ___ day of August, 2019.

_____

UNITED STATES DISTRICT COURT JUDGE