UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| _____ | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| **ZORAIDA COLLAZO** Civil Action No.: **2:15-cv-5434** | MAGISTRATE JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case can be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

(SIGNATURES ON NEXT PAGE)

**DIEZ-ARGUELLES & TEJEDOR, P.A.**
By: */s/ Carlos Diez-Arguelles*
Carlos Diez-Arguelles, Esq.
505 North Mills Avenue
Orlando, Florida 32803
407-705-2880
Attorney for Plaintiff
Florida Bar No:
mail@theorlandolawyers.com

Plaintiff Attorney

Date: August 5, 2019

**DRINKER BIDDLE & REATH, LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko, Esq.
600 Campus Dr.
Florham Park, NJ 07932
973-549-7000
Susan.sharko@dbr.com

Attorney for Defendants Janssen Pharmaceuticals, Inc.,
Johnson & Johnson, Janssen Research & Development, LLC,
And Janssen Ortho LLC

Date: August 5, 2019

**ARNOLD & PORTER KAYE SCHOLER, LLP**
By: */s/ Andrew K. Solow*
Andrew K. Solow, Esq.
250 W. 55th St.
New York, NY 10019-9710
T: 212-836-8000
F: 212-836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
T: 202-942-5000
F: 202-942-5999
Andrew.solow@arnoldporter.com
William.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Date: August 5, 2019

**IRWIN FREICHIE URQUHART & MOORE, LLC**
By: */s/ Kim E. Moore*
Kim E. Moore, Esq.
400 Poydras St.
Ste. 2700
New Orleans, LA 70130
504-310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Date: August 5, 2019