UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| This Document Relates To:<br>*JAMES LEE V. Janssen Research & Development, LLC, et al* Civil Action No. 2:15-CV-04779 | |

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiff James Lee respectfully moves this court to substitute Belinda Lee, the decedent, James Lee's, surviving spouse, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff James Lee's original complaint was filed on or about September 25, 2015 (*James Lee v. Janssen Research & Development, LLC, et al; Civil Action No. 2:15-CV-04779*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

3. Subsequently, Plaintiff's counsel was informed on June 10, 2019, that James Lee passed away on or about November 18, 2018.

4. The Certificate of Death of James Lee is attached hereto as "Exhibit A".

5. James Lee's action against Defendants survives his death and is not extinguished.

6. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 10, 2019

[Doc. 13712].

7. Plaintiff thus moves to substitute Belinda Lee, the surviving spouse of James Lee, Deceased, as Plaintiff in the present action.

8. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Belinda Lee, as next of kin for James Lee, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff James Lee is now deceased.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires.  On August 5, 2019, Defendants gave written consent to the filing of this motion.

WHEREFORE, Counsel for Plaintiff, James Lee, respectfully requests the Court grant Plaintiffs' Motion to Substitute Belinda Lee, as next of kin of James Lee, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: August 5, 2019.

Respectfully submitted,

 /s/ R. Brent Cueria
R. Brent Cueria LA. Bar #18176
700 Camp Street, Suite 316
New Orleans, LA 70130
Telephone No.: (504) 525-5211
Facsimile No.: (504) 525-3011
Email: ascuerialaw@gmail.com
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 5, 2019

                                                  /s/ R. Brent Cueria
                                                  R. Brent Cueria (LA Bar #18176)