**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO
PRODUCTS LIABILITY
LITIGATION

MDL No. 2592

SECTION L
JUDGE ELDON E. FALLON
MAGISTRATE JUDGE NORTH

This Document Relates To:

*JAMES LEE V. Janssen Research &
Development, LLC, et al Civil Action No.*
2:15-CV-04779

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party and Amend

Complaint, as well as any responses thereto, find the motions meritorious.  Therefore, it is

hereby ORDERED, that Plaintiff Belinda Lee, surviving spouse of James Lee, is substituted for

Plaintiff James Lee as the proper party plaintiff in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE