# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101  2018-45515

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | James G Lee |
| 2. Date and Time of Death | Nov 18, 2018  1946 |
| 3. Alias Name (If Any) | None Given |
| 4. Date and Time Pronounced Dead | Nov 18, 2018  1946 |
| 5. County of Death | Blount |
| 6. City, Town or Location of Death and Zip Code | Warrior, 35180 |
| 7. Place of Death | 54 Valley Trail |
| 8. Sex | Male |
| 9. Last Name Prior to First Marriage | |
| 10. Served in Armed Forces | No |
| 11. Age | 71 |
| 12. Date of Birth | Dec 6, 1946 |
| 13. Birthplace | Alabama |
| 14. Social Security Number | 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 |
| 15. Marital Status | Married |
| 16. Surviving Spouse Name Prior to First Marriage | Belinda Mulkey |
| 17. Residence State | Alabama |
| 18. Residence County | Blount |
| 19. City, Town or Location and Zip Code | Warrior, 35180 |
| 20. Street Address | 54 Valley Trail |
| 21. Informant Name, Relationship and Address | Belinda Lee, Wife, 54 Valley Trail, Warrior, AL 35180 |
| 22. Father/Parent Name Prior to First Marriage | Julius G Lee |
| 23. Mother/Parent Name Prior to First Marriage | Minnie Maude Inez McClure |
| 24. Disposition of Body | Burial |
| 25. Cemetery or Crematory | Oakwood Memorial Gardens |
| 26. Location | Gardendale, Alabama |
| 27. Date of Disposition | Nov 21, 2018 |
| 28. Funeral Director | Kelly C. Karrh Jr |
| 29. License Number | |
| 30. Date Signed | Nov 26, 2018 |
| 31. Funeral Home Name and Address | Ridout's Gardendale Chapel, P O Box 498, Gardendale, AL 35071 |

### MEDICAL CERTIFICATION: Certifying Physician

| Field | Value |
|---|---|
| 34. Name | David P Bryant MD |
| 35. License Number | 17408 |
| 36. Date Signed | Nov 19, 2018 |
| 37. Address of Person Who Completed Cause of Death | 4338 Main St, Pinson, Alabama 35126 |
| 38. Registrar | Nicole Henderson Rushing |
| 39. Date Filed | Nov 26, 2018 |

### CAUSE OF DEATH

| Part I. Diseases, Injuries or Complications That Caused Death | Interval |
|---|---|
| IMMEDIATE CAUSE: A. Hypertensive end stage renal disease | Unknown |
| Due to (or as a consequence of): B. | |
| Due to (or as a consequence of): C. | |
| Due to (or as a consequence of): D. | |

41. Part II. Other Significant Conditions Contributing to Death:

| 42. Manner of Death | 43. Pregnant (if Female) | 44. Autopsy | 45. Findings Considered | 46. Toxicology | 47. Findings Considered | 48. Tobacco Use Contributed to Death |
|---|---|---|---|---|---|---|
| Natural Causes | | Unk | Unk | Unk | Unk | Unknown |

49. How Injury Occurred:

| 50. Date and Time of Injury | 51. Injury at Work | 52. If Transportation Injury, Specify |
|---|---|---|
| | | |

| 53. Place of Injury | 54. Location of Injury |
|---|---|
| | |

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-480-393-1

November 29, 2018

Nicole Henderson Rushing
State Registrar of Vital Statistics