UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAG. JUDGE MICHAEL NORTH
_____

**THIS DOCUMENT RELATES TO:**

ALBERT HELVEY,
Civil Action No. 2:15-cv-3972-EEF-MBN

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Plaintiff, through undersigned counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby moves this Honorable Court for an order substituting Jarda Helvey on behalf of her deceased husband Albert Helvey, for the following reasons:

1.   On August 6, 2015, Albert Helvey filed a Complaint in the above matter.

2.   On or about February 14, 2018, Albert Helvey died.

3.   Plaintiff's wife, Jarda Helvey, recently notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit.

4.   A Suggestion of Death was submitted to this Honorable Court on August 5, 2019. [Doc. 14708] *Exhibit 1*.

5.   The decedent's wife, Jarda Helvey, is a proper party to be substituted for plaintiff-decedent Albert Helvey and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1), which states that "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Jarda Helvey, as surviving spouse of Albert Helvey, for the current Plaintiff Albert Helvey.

Dated: August 5, 2019						Respectfully submitted,

								DOWD & DOWD, P.C.


						By:	/s/ Laura G. Lumaghi
							Laura G. Lumaghi (MO Bar #50186)
							William T. Dowd (MO Bar #39648)
							DOWD & DOWD, P.C.
							211 N. Broadway, Suite 4050
							St. Louis, MO 63102
							(314) 621-2500
							Fax: (314) 621-2503
							laura@dowdlaw.net
							bill@dowdlaw.net

							*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

						/s/ Laura G. Lumaghi