UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

ALBERT HELVEY,
Civil Action No. 2:15-cv-3972-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Jarda Helvey, as surviving spouse of Albert Helvey is substituted for Plaintiff Albert Helvey, in the above captioned cause.

Dated: _____    _____
                                   Hon. Eldon E. Fallon
                                   United States District Court Judge