## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :    **MDL No. 2592**
          :
          :    **SECTION L**
          :
          :    **JUDGE ELDON E. FALLON**
          :
_____  :    **MAG. JUDGE MICHAEL NORTH**

**THIS DOCUMENT RELATES TO:**

DEBRA MAWYER, AS NATURAL DAUGHTER
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF CHARLES F. LONGERBEAM, SR.,
DECEASED,

Civil Action No. 2:15-cv-3975-EEF-MBN

### MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Plaintiff, through undersigned counsel, and pursuant to Rule 25(a)(1) of

the Federal Rules of Civil Procedure hereby moves this Honorable Court for an order

substituting Grace Longerbeam on behalf of her deceased husband Charles Longerbeam, Sr., for

the following reasons:

1.      On August 6, 2015, Debra Mawyer filed a Complaint in the above matter for the

death of her father, Charles Longerbeam, Sr. At that time, the surviving spouse of Charles

Longerbeam, Grace Longerbeam, was ill and not able to participate in the litigation.

2.      Grace Longerbeam has recovered and is the proper party plaintiff in the above

litigation as the surviving spouse of Charles Longerbeam, Sr. She is also the required signatory

to the settlement paperwork in the Xarelto settlement.

3.      Debra Mawyer, daughter to Charles and Grace Longerbeam, has no objection to

this substitution.

4.      The decedent's surviving spouse, Grace Longerbeam, is a proper party to be substituted in this action and has proper capacity to proceed forward with the surviving products liability lawsuit on her husband's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), which states that "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Grace Longerbeam, as surviving spouse of Charles Longerbeam, Sr., for the current Plaintiff Debra Mawyer in the above captioned case.

Dated:  August 5, 2019                          Respectfully submitted,

DOWD & DOWD, P.C.

By:      /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 5, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi