UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

DEBRA MAWYER, AS NATURAL DAUGHTER AND PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES F. LONGERBEAM, SR., DECEASED,

Civil Action No. 2:15-cv-3975-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Grace Longerbeam, as surviving spouse of Charles Longerbeam, Sr., is substituted for Plaintiff Debra Mawyer in the above captioned cause.

Dated: _____     _____
                                                                                Hon. Eldon E. Fallon
                                                                                United States District Court Judge