## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| | * | JUDGE ELDON E. FALLON |
| *Bernadette Duet, et al v. Janssen Research &* | * | |
| *Development LLC, et al.* | * | MAGISTRATE JUDGE NORTH |
| Case No. 2:15-cv-06310 | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Rita G. Casler, who respectfully moves this Court for an order substituting Rita G. Casler as party plaintiff for Bernadette Duet, her deceased sister for the following reasons:

1.

The above captioned lawsuit was filed on November 25, 2015 on behalf of Bernadette Duet.

2.

Bernadette Duet passed away on January 31, 2019 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Rita G. Casler on August 5, 2019 (Exhibit 1).

3.

Rita G. Casler, as the surviving sister of Bernadette Duet, is a proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Rita G. Casler has the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Rita G. Casler respectfully requests that she be substituted as party plaintiff on behalf of Bernadette Duet, her deceased sister.

Dated: August 5, 2019                          Respectfully submitted,

                                               /s/ *M. Palmer Lambert*
                                               Gerald E. Meunier (#9471)
                                               M. Palmer Lambert (#33228)
                                               GAINSBURGH, BENJAMIN, DAVID,
                                               MEUNIER & WARSHAUER L.L.C.
                                               2800 Entergy Centre
                                               1100 Poydras Street
                                               New Orleans, LA 70163
                                               Phone: (504) 521-7643
                                               Fax: (504) 528-9973
                                               gmeunier@gainsben.com
                                               plambert@gainsben.com

                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               /s/ *M. Palmer Lambert*
                                               M. PALMER LAMBERT