UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * * | |
| *Bernadette Duet, et al v. Janssen Research & Development LLC, et al.* | * * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-06310 | * * | MAGISTRATE JUDGE NORTH |

*******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Rita G. Casler, as the legal successor of Bernadette Duet, be substituted as party plaintiff on behalf of Bernadette Duet.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**JUDGE**