# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*LINDA WELLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-03550*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Jerrod McCloskey, on behalf of the Estate of Linda Weller, is substituted for Plaintiff Linda Weller in the above captioned cause.

Dated: _____        _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge