UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Wineva Hankamer vs. Janssen Research & Development LLC, et al,*
**Cause No. 2:17-cv-2721-L5-EEF-MBN**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party for Decedent, Wineva Hankamer  Doc._, as well as any responses hereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Barbara Goodman, executor of the estate of Wineva Hankamer, is substituted for Plaintiff Wineva Hankamer as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _, 2019.

_____
UNITED STATES DISCTRICT JUDGE