UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Sophie Jaramillo v. Janssen Research & Development LLC et al.,
CA# 2:18-cv-04162-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Catherine Miller, as the surviving daughter of Sophie Jaramillo, is substituted for Plaintiff Sophie Jaramillo in the above captioned cause.

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge