## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Mary Jane Kerston v. Janssen Research and Development, LLC et al.* 2:16-cv-17365 | MAG. JUDGE: MICHAEL NORTH |

## MOTION TO SUBSTITUE PARTY PLAINTIFF

COMES NOW counsel for Plaintiff Mary Jane Kerston and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Mary Jane Kerston and as grounds therefore shows unto the court as follows:

1. Plaintiff Mary Jane Kerston, died on January 23, 2019.

2. A Notice and Suggestion of Death was filed with the Court on August 5, 2019.

3. Debra Bodziak, Trustee of the Mary Jane Revocable Trust, is proper party to substitute for plaintiff-decedent Mary Jane Kerston and proceed forward with the surviving products liability claim on her behalf. See Exhibit A.

WHEREFORE, Debra Bodziak respectfully requests that she be substituted as Plaintiff in the cause of action.

DATED: August 5, 2019

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: August 5, 2019                                /s/ Robert J. Binstock
                                                    Robert J. Binstock