## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Launa Dennis v. Janssen Research and Development, LLC et al. 2:19-cv-6692* | MAG. JUDGE: MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc._____, as well as any responses hereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff June Markum, surviving daughter of Launa Dennis, is substituted for Plaintiff Launa Dennis as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISCTRICT JUDGE