# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| ALFRED LEWIS | : | |
|     Plaintiff | : | JUDGE ELDON E. FALLON |
| v. | : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; AND BAYER AG | : | Civil Action No.: 2:17-cv-08469 |
| | : | STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **URY & MOSKOW, LLC** <br> By: /s/ Neal Lewis Moskow <br> Neil Lewis Moskow <br> 883 Black Rock Turnpike <br> Fairfield, CT 06825 <br> Tel: (203) 610-6393 <br> neal@urymoskow.com <br><br> Attorneys for Plaintiff <br> Dated: August 5, 2019 | **DRINKER BIDDLE & REATH LLP** <br> By: /s/ Susan M. Sharko <br> Susan M. Sharko <br> 600 Campus Dr. <br> Florham Park, NJ 07932 <br> Tel: (973) 549-7000 <br> Susan.Sharko@dbr.com <br><br> Attorney for Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson <br> Dated: August 5, 2019 <br><br> **IRWIN FRITCHIE URQUHART & MOORE LLC** <br> By: /s/ Kim E. Moore <br> Kim E. Moore <br> 400 Poydras St., Ste, 2700 <br> New Orleans, LA 70130 <br> Tel: (504) 310-2100 <br> kmoore@irwinllc.com <br><br> Liaison Counsel for Defendants <br> Dated: August 5, 2019 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore