Case 2:14-md-02592-EEF-MBN Document 14790 Filed 08/06/19 Page 1 of 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Raissa Young v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-01979*

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Raissa Young.

Dated: August 6, 2019

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
James C. Ferrell, P.C.
6226 Washington Ave., Suite 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
*Attorney for Plaintiff*



## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

**By: /s/ James C. Ferrell**
James C. Ferrell
James C. Ferrell, P.C.
6226 Washington Ave., Suite 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
*Attorney for Plaintiff*