UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO: | ) SECTION L ) JUDGE ELDON E. FALLON |
| **LARRY GARVIN,** | ) MAG. JUDGE NORTH ) |
| Plaintiff, | ) |
| vs. | ) ) **STIPULATION OF DISMISSAL** |
| **JANSSEN RESEARCH &** | ) **WITH PREJUDICE** |
| **DEVELOPMENT, LLC et al.,** | ) ) |
| **Defendants** | ) ) |
| Civil Action No.: 2:15-cv-05291 | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned mattter be dismissed with prejudice against all Defendants in this action, with each party to bear its own fees and costs.

**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**

By: /s/ *Seth A. Katz*
   Seth A. Katz
   40 Inverness Dr. East
   Englewood, CO 80112
   Telephone: (303) 792-5595
   skatz@burgsimpson.com

Attorney for Plaintiff

Dated: August 6, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/*Susan M. Sharko*
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorney for Defendants Janssen
   Pharmaceuticals, Inc., Johnson & Johnson,
   Janssen Research & Development, LLC, and
   Janssen Ortho LLC

   Dated: August 6, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/*Andrew K. Solow*
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   andrew.solow@arnoldporter.com
   william.hoffman@arnoldporter.com

   Attorney for Defendants Bayer HealthCare
   Pharmaceuticals Inc., and Bayer Pharma AG

   Dated: August 6, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700  New Orleans, LA 70130
Telephone: (504) 310-2100 kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: August 6, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Seth A. Katz