# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> LAUREL DYSON <br> Civil Action No. 2:16-cv-06739 | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) <br> ) SECTION L <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **JOHNSON LAW GROUP**<br><br>By: /s/Kori Westbrook<br>　　Kori Westbrook<br>　　2925 Richmond Avenue, Suite 1700<br>　　Houston, TX 77098<br>　　Telephone: (713) 626-9336<br>　　kwestbrook@johnsonlawgroup.com<br><br>Attorneys for Plaintiffs<br><br>Dated: August 6, 2019 | **DRINKER BIDDLE & REATH LLP**<br><br>By: /s/Susan M. Sharko<br>　　Susan M. Sharko<br>　　600 Campus Dr.<br>　　Florham Park, NJ 07932<br>　　Telephone: (973) 549-7000<br>　　susan.sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC<br><br>Dated: August 6, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew K. Solow<br>　　Andrew K. Solow<br>　　250 West 55th Street<br>　　New York, New York 10019-9710<br>　　Telephone: (212) 836-8000<br>　　Facsimile: (212) 836-8689<br>　　William Hoffman<br>　　601 Massachusetts Ave., NW<br>　　Washington, D.C. 20001<br>　　Telephone: (202) 942-5000<br>　　Facsimile: (202) 942-5999<br>　　andrew.solow@arnoldporter.com<br>　　william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: August 6, 2019<br><br>IRWIN FRITCHIE URQUHART & MOORE LLC<br><br>By: /s/ Kim E. Moore<br>　　Kim E. Moore<br>　　400 Poydras St., Ste, 2700<br>　　New Orleans, LA 70130<br>　　Telephone: (504) 310-2100<br>　　kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br><br>Dated: August 6, 2019 |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 6, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               /s/ Kori Westbrook