UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION  :        **MDL No. 2592**
                                                        :
                                                        :        **SECTION L**
                                                        :
                                                        :        **JUDGE ELDON E. FALLON**
                                                        :
                                                        :        **MAG. JUDGE MICHAEL NORTH**
_____

THIS DOCUMENT RELATES TO:

KEITH OWENS,
Civil Action No. 2:15-cv-1057-EEF-MBN

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Plaintiff, through undersigned counsel, and pursuant to Rule 25(a)(1) of

the Federal Rules of Civil Procedure hereby moves this Honorable Court for an order

substituting Candi Kennedy on behalf of her deceased father Keith Owens, for the following

reasons:

1.      On April 2, 2015, Keith Owens filed a Complaint in the above matter.

2.      On or about July 28, 2018, Keith Owens died. He was widowed at the time of his

death.

3.      Plaintiff's only child, Candi Kennedy, recently notified Plaintiff's counsel of her

father's passing and her interest in continuing this lawsuit.

4.      A Suggestion of Death was submitted to this Honorable Court on August 5, 2019.

[Doc. 14737] *Exhibit 1.*

5.      The decedent's surviving daughter, Candi Kennedy, is a proper party to be

substituted for plaintiff-decedent Keith Owens and has proper capacity to proceed forward with

the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1), which

states that "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Candi Kennedy, as surviving daughter of Keith Owens, for the current Plaintiff Keith Owens.

Dated:  August 6, 2019

Respectfully submitted,

DOWD & DOWD, P.C.

By:  /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi