**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)            )      MDL No. 2592
PRODUCTS LIABILITY LITIGATION           )
                                        )      SECTION: L
                                        )      JUDGE ELDON E. FALLON
THIS DOCUMENT RELATES TO:               )      MAGISTRATE JUDGE NORTH
*Shirley S. Brahinsky*                  )
Civil Action No.: 2:17-cv-02126         )

**ORDER ON MOTION TO SUBSTITUTE PARTY**

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's

Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED

2. MOSES BRAHINSKY, as Personal Representative of the Estate of SHIRLEY S.

   BRAHINSKY, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of

Louisiana, on _____.


                                        _____
                                        JUDGE ELDON E. FALLON