EXHIBIT D-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) ) |
| THIS DOCUMENT RELATES TO: William R Pundmann, Pro Se Civil Action No. 19-07937 | ) SECTION L  MAG. 5 ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 02 2019
WILLIAM W. BLEVINS
CLERK

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

TENDERED FOR FILING

AUG 0 2 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Pundmann & Co.
By: /s/ [signature]
William R. Pundmann, Pro Se
6 Dorothy Ann Ct.
St. Charles, MO 63303

Telephone (636) 634-5666

Dated: July 30, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorneys for Defendants Janssen
   Pharmaceuticals, Inc., Johnson & Johnson,
   Janssen Research & Development, LLC, and
   Janssen Ortho LLC

   Dated: _____, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   andrew.solow@arnoldporter.com
   william.hoffman@arnoldporter.com

   Attorneys for Defendants Bayer HealthCare
   Pharmaceuticals Inc., and Bayer Pharma AG

   Dated: _____, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
   Kim E. Moore
   400 Poydras St., Ste, 2700
   New Orleans, LA 70130
   Telephone: (504) 310-2100
   kmoore@irwinllc.com

   Liaison Counsel for Defendants

   Dated: _____, 2019

EXHIBIT D-1

## CERTIFICATE OF SERVICE

WRP Mailed and

The undersigned hereby certifies that on July 30, 2019, the foregoing pleading was filed ~~electronically~~ with the Clerk of the Court ~~using the CM/ECF system~~. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ William Pundmann

William R. Pundmann, Pro Se
6 Dorothy Ann Ct.
St. Charles, MO 63303
636-634-5666



**Pundmann & Co.**
PRIVATE INVESTORS
~~P.O. Box 446~~ 6 Dorothy Ann Ct.
St. Charles, MO ~~63302-0446~~ 63303

U.S. POSTAGE PA
FCM LETTER
SAINT CHARLES,
63303
JUL 30 19
AMOUNT
$6.85
R2305H128198-10

CERTIFIED MAIL

7019 0160 0000 9636 8914

U.S. District Court for the
EASTERN DISTRICT OF LouiSiANA
500 Poydras Street; Room C-151
New Orleans, LA 70130

70130-336731

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE