# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )  ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Wallace J. Chamblee* Civil Action No.: 2:16-cv-16301 | ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Teresa C. Roberts on behalf of her deceased mother, Wallace J. Chamblee.

1. Wallace J. Chamblee filed a products liability lawsuit against the defendants on November 10, 2016.

2. On November 17, 2018, Wallace J. Chamblee died.

3. Wallace J. Chamblee's products liability action against defendants survived her death and was not extinguished.

4. Teresa C. Roberts, surviving daughter and representative of Wallace J. Chamblee's estate, is a proper party to substitute for plaintiff-decedent Wallace J. Chamblee and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Teresa C. Roberts requests that this Court grant her request for substitution as plaintiff in this action.

This 6th day of August, 2019.

By: */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:               (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2