UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: JOHN E. CONDON and JOHN F. CONDON as Attorney in Fact for JOHN E. CONDON Civil Action No.: 2:17-cv-05069 | ) ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting John F. Condon on behalf of his deceased father, John E. Condon.

1. John E. Condon and John F. Condon as Attorney in Fact for John E. Condon filed a products liability lawsuit against the defendants on May 19, 2017.

2. On October 18, 2018, John E. Condon died.

3. John E. Condon's products liability action against defendants survived his death and was not extinguished.

4. John F. Condon, surviving son and Independent Executor of John E. Condon's estate, is a proper party to substitute for plaintiff-decedent John E. Condon and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, John F. Condon requests that this Court grant his request for substitution as plaintiff in this action.

This 6th day of August, 2019.

          By:    */s/ Alexandra V. Boone*
                  **LES WEISBROD**
                  Texas Bar No. 21104900
                  **ALEXANDRA V. BOONE**
                  Texas Bar No. 00795259
                  **MILLER WEISBROD LLP**
                  11551 Forest Central Drive, Suite 300
                  Dallas, Texas  75243
                  Telephone:    (214) 987-0005
                  Fax:            (214) 987-2545
                  E-Mail:  lweisbrod@millerweisbrod.com

                  **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                  */s/Alexandra V. Boone*
                  **ALEXANDRA V. BOONE**