## EXHIBIT A

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 1. | 1753 | 2:15-cv-02605 | Abbott, Daniel | The Mulligan Law Firm |
| 2. | 38835 | 2:19-cv-08724 | Abrams, Glenn | Excolo Law PLLC |
| 3. | 28612 | 2:18-cv-12064 | Afton, Gilley | Excolo Law PLLC |
| 4. | 30883 | 2:19-cv-08814 | Alfaro, Mary Ann | Leonard B. Gabbay PC |
| 5. | 28902 | 2:19-cv-04935 | Arkle, Nancy | Law Offices of Seaton & Bates, PLLC |
| 6. | 32249 | 2:19-cv-08915 | Alaniz, Armando | Baron & Budd, PC |
| 7. | 14535 | 2:16-cv-12242 | Atchison, James | SWMW Law, LLC |
| 8. | 42089 | 2;19:CV-1110 | Baker, Melvina | Medley Law Group |
| 9. | 41954 | 2:19-cv-11098 | Baldwin, Brenda | Medley Law Group |
| 10. | 3704 | 2:15-cv-03655 | Bence, Mary Jo | Sanders Phillips Grossman, LLC |
| 11. | 42345 | 2:18-cv-10111 | Bobbitt, Malcolm | Medley Law Group |
| 12. | 32254 | 2:19-cv-08640 | Boyd, John | Baron & Budd, PC |
| 13. | 32313 | 2:19-cv-03348 | Brown, Donald, Individually and on Behalf of the Estate of Virginia Watson, Deceased | Baron & Budd, PC |
| 14. | 33101 | 2:19-cv-05947 | Busby, Richard | MacArthur, Heder, & Metler |
| 15. | 28982 | 2:19-cv-07519 | Butler, Philippine, Individually and as Personal Representative on Behalf of the Estate of Willie Butler, Deceased | Martinez & McGuire PLLC |
| 16. | 24205 | 2:17-cv-07332 | Camille, Dona | Medley Law Group |
| 17. | 28993 | 2:19-cv-07527 | Carr, Shirley | Martinez & McGuire PLLC |
| 18. | 1134 | 2:15-cv-01030 | Carr, Shirley | Brady Law Group |
| 19. | 14648 | 2:16-cv-11737 | Castellano, Rocco | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 20. | 33057 | 2:19-cv-05238 | Castillo, Ruben | MacArthur, Heder, & Metler |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 21. | 32284 | 2:19-cv-08984 | Cato, Jamelia, Individually and on Behalf of the Estate of Jocelyn Mendoza, Deceased | Baron & Budd, PC |
| 22. | 33491 | 2:19-cv-08981 | Chaney, Deborah, Individually and on Behalf of the Estate of Ralph Lanham, Deceased | Baron & Budd, PC |
| 23. | 38838 | 2:19-cv-08878 | Clark, Elinda | Excolo Law PLLC |
| 24. | 42342 | 2:18-cv-13475 | Clark, Mabel | Medley Law Group |
| 25. | 28874 | 2:19-cv-08784 | Cleveland, Joan | Bachus & Schanker, LLC |
| 26. | 23197 | 2:17-cv-02507 | Contreras, Edward | Andrews & Thornton, LLC |
| 27. | 25408 | 2:17-cv-17948 | Corcoran, Luke, Jr. | Sangisetty Law Firm, LLC |
| 28. | 31669 | 2:19-cv-07593 | Corley, Barbara | Dalimonte Rueb LLP |
| 29. | 29010 | 2:19-cv-07545 | Davidson, Donald | Martinez & McGuire PLLC |
| 30. | 4259 | 2:15-cv-04736 | Davis, Robert | Sanders Phillips Grossman, LLC |
| 31. | 28907 | 2:19-cv-04831 | Diaz, Irvin | Law Offices of Seaton & Bates, PLLC |
| 32. | 33196 | 2:19-cv-08601 | Dolos, Spiros | Baron & Budd, PC |
| 33. | 32263 | 2:19-cv-08673 | Dutton, David | Baron & Budd, PC |
| 34. | 33141 | 2:19-cv-08941 | Ealy, Patricia, as Administrator for and on Behalf of the Heairs of the Estate of Lawrence Ealy | MacArthur, Heder, & Metler |
| 35. | 33012 | 2:19-cv-04372 | Earls, Pearlie | MacArthur, Heder, & Metler |
| 36. | 32264 | 2:19-cv-08613 | Edwards, Ellis | Bardon & Budd, PC |
| 37. | 27715 | 2:18-cv-06939 | Every, Drew | Medley Law Group |
| 38. | 33133 | 2:19-cv-06170 | Ferguson, Robert | MacArthur, Heder, & Metler |
| 39. | 42083 | 2:15-cv-02336 | Fisher, Joseph | The Driscoll Firm |
| 40. | 38777 | 2:19-cv-08905 | Fulenwider, Edward, on Behalf of the Estate of Thelma South, Deceased | Excolo Law PLLC |
| 41. | 33417 | 2:19-cv-06253 | Gamez, Rodolfo | Domnick Cunningham & Whalen |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 42. | 24604 | 2:17-cv-11313 | Gardner, Jerry | The Law Office of L. Paul Mankin |
| 43. | 42278 | 2:18-cv-06987 | Gill, Rose A. | Medley Law Group |
| 44. | 28612 | 2:18-cv-12064 | Gilley, Afton | Excolo Law PLLC |
| 45. | 41184 | 2:19-cv-08403 | Goins, Rickey | McDonald Worley, PC |
| 46. | 42277 | 2:19-cv-08978 | Gomez, Victoria | McDonald Worley, PC |
| 47. | 30926 | 2:19-cv-08870 | Goodman, Renee | Leonard B. Gabbay PC |
| 48. | 1138 | 2:15-cv-01030 | Graham, Jack | Brady Law Group |
| 49. | 33335 | 2:19-cv-04656 | Grant, Jamesetta H. | Dalimonte Rueb LLP |
| 50. | 7147 | 2:15-cv-06352 | Gregan, Blaine | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm; Milstein Jackson Fairchild & Wade, LLP |
| 51. | 20424 | 2:17-cv-02619 | Gregory, Porche | Michael A. Mills, PC; Dixon Davis, LLC |
| 52. | 28895 | 2:19-cv-08036 | Grogan, Rosie | Law Offices of Seaton & Bates, PLLC |
| 53. | 32252 | 2:19-cv-08959 | Guerra, Felipa, Individually and on Behalf of the Estate of Sheronda Booth | Baron & Budd, PC |
| 54. | 41187 | 2:19-cv-08412 | Guess, Jessie | McDonald Worley, PC |
| 55. | 28946 | 2:19-cv-05028 | Hagan, Sharon | Law Offices of Seaton & Bates, PLLC |
| 56. | 33114 | 2:19-cv-06237 | Hahn, Roger | MacArthur, Heder, & Metler |
| 57. | 40299 | 2:18-cv-07119 | Hamar, Bryan | Girardi Keese |
| 58. | 24457 | 2:18-cv-00932 | Harris, Jeffery, Individually and as Representative of the Estate of Fontain Hutchins, Deceased | Bailey & Greer, PLLC |
| 59. | 28892 | 2:19-cv-04954 | Harris, Sarina | Law Offices of Seaton & Bates, PLLC |
| 60. | 30375 | 2:19-cv-07973 | Harrison, Cassandra | Martinez & McGuire PLLC |
| 61. | 32269 | 2:19-cv-08972 | Hastings, Margaret, Individually and on Behalf of the Estate of Larry Hastings | Baron & Budd, PC |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 62. | 21421 | 2:17-cv-02988 | Hauge-Travis, Kristie, Individually and as Personal Representative of the Estate of Jeanette Hauge, Deceased | Lieff Cabraser Heimann & Bernstein, LLP |
| 63. | 33126 | 2:19-cv-06110 | Hawkins, Kathyleen | MacArthur, Heder, & Metler |
| 64. | 33124 | 2:19-cv-06045 | Henry, Lois | MacArthur, Heder, & Metler |
| 65. | 30770 | 2:19-cv-08005 | Henry, Vanzie | Martinez & McGuire PLLC |
| 66. | 20920 | 2:17-cv-05822 | Hernandez, Pablo | Tamari Law Group, LLC; The Freeman Law Firm, PC |
| 67. | 32271 | 2:19-cv-08631 | Horton, Billy | Baron & Budd, PC |
| 68. | 41205 | 2:19-cv-06502 | Jacobs, Talmadge, Jr. | McDonald Worley, PC |
| 69. | 20547 | 2:17-cv-04724 | Jamison, Curtis | The Whitehead Law Firm, LLC |
| 70. | 4049 | 2:15-cv-04041 | Janicke, Jeffrey | Sanders Phillips Grossman, LLC |
| 71. | 30967 | 2:19-cv-06040 | Johnson, Angela, on Behalf of Dollean Phillips, Deceased | Brown and Crouppen, PC |
| 72. | 42095 | 2:19_cv-11097 | Johnson, Laura | Medley Law Group |
| 73. | 33095 | 2:19-cv-05988 | Johnston, James | MacArthur, Heder, & Metler |
| 74. | 20102 | 2:16-cv-16953 | Jones, Hazel | Hamilton Law Firm, P.C. |
| 75. | 33041 | 2:19-cv-06160 | Jones, Patricia, as Administrator for and on Behalf of the Heirs of the Estate of Pamela Dorch | MacArthur, Heder, & Metler |
| 76. | 33428 | 2:19-cv-07319 | Jones, Tyteana | Domnick Cunningham & Whalen |
| 77. | 33482 | 2:19-cv-09027 | Keagy, Eric | Baron & Budd, PC |
| 78. | 41766 | 2:18-cv-09840 | Kincy, Theodis | Medley Law Group |
| 79. | 28616 | 2:18-cv-12058 | Kurre, Kellie | Excolo Law PLLC |
| 80. | 33149 | 2:19-cv-06256 | Langley, April | MacArthur, Heder, & Metler |
| 81. | 39127 | 2:19-cv-06447 | Lee, Robert and Deborah Lee | Baron & Budd, PC |
| 82. | 28949 | 2:19-cv-04536 | Lehner, Michael | Law Offices of Seaton & Bates, PLLC |
| 83. | 21518 | 2:17-cv-03016 | Leiding, June | Morris Bart, LLC |
| 84. | 13872 | 2:16-cv-10396 | Levins, Michael | Sanders Phillips Grossman, LLC |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 85. | 6533 | 2:16-cv-02553 | Lewis, Timothy | Girardi Keese |
| 86. | 33074 | 2:19-cv-05247 | Lipp, Shawn | MacArthur, Heder, & Metler |
| 87. | 29746 | 2:19-cv-06489 | Lopez, Alicia | Fears Nachawati, PLLC |
| 88. | 3604, 4485, 11941, 11942, and 11943 | 2:16-cv-07641 | Lopez, Maricela, Individually and on Behalf of the Estate of Israel Lopez, Jr.; Israel Lopez, III; Eva Arredondo; and Albert Lopez | The Cagle Law Firm, P.C. |
| 89. | 26537 | 2:17-cv-11603 | Luce, Lawrence | The Schlemmer Firm, LLC |
| 90. | 32671 | 2:19-cv-09010 | Luster, Albert Jr. | Schneider Hammers LLC |
| 91. | 16913 | 2:16-cv-06624 | Luster, Wilma | The Schlemmer Firm, LLC |
| 92. | 41225 | 2:19-cv-08547 | Maddox, Milton | McDonald Worley, PC |
| 93. | 39993 | 2:18-cv-07129 | Maples, Carrie, Individually and on Behalf of the Estate of Albert Maples, Deceased | Girardi Keese |
| 94. | 30407 | 2:19-cv-06674 | Marshall, Michael | Martinez & McGuire PLLC |
| 95. | 26538 | 2:17-cv-11608 | May, Charles | The Schlemmer Firm, LLC |
| 96. | 39057 | 2:19-cv-05999 | Mckenzie, Charlotte | Fears Nachawati, PLLC |
| 97. | 41238 | 2:19-cv-08163 | Mitchell, Michael | McDonald Worley, PC |
| 98. | 38840 | 2:19-cv-08922 | Monroe, Michael | Excolo Law PLLC |
| 99. | 13500 | 2:16-cv-04665 | Moore, Brenda | Baron & Budd, PC |
| 100. | 30410 | 2:19-cv-06669 | Moreno, George | Martinez & McGuire PLLC |
| 101. | 21810 | 2:17-cv-05746 | Mory, Christel | Girardi Keese |
| 102. | 2591 | 2:15-cv-03029 | Mosher, John | Meyerkord & Meyerkord, LLC |
| 103. | 11894 | 2:16-cv-10718 | Mueller, Anita | Sanders Phillips Grossman, LLC |
| 104. | 41246 | 2:19-cv-07958 | Murphy, Candy, Personal Representative of the Estate of Damon Murphy | McDonald Worley, PC |
| 105. | 33119 | 2:19-cv-06992 | Nadeau, Paul | MacArthur, Heder, & Metler |
| 106. | 33077 | 2:19-cv-05271 | Nash, Vivian | MacArthur, Heder, & Metler |
| 107. | 28877 | 2:19-cv-05269 | Neal, Mark | Law Offices of Seaton & Bates, PLLC |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 108. | 4399 | 2:15-cv-04700 | Nelson, Camerina | Sanders Phillips Grossman, LLC |
| 109. | 41763 | 2:18-cv-09964 | Nelson, Nels | Medley Law Group |
| 110. | 3079 | 2:15-cv-03396 | Nora, Regina | Pro Se |
| 111. | 42344 | 2:19-cv-11113 | Ochoa, Nicolle | Medley Law Group |
| 112. | 24946 | 2:17-cv-16025 | Ortiz, Amanda | The Potts Law Firm, LLP |
| 113. | 34417 | 2:19-cv-08732 | Page, Rena | Baron & Budd, PC |
| 114. | 32287 | 2:19-cv-08741 | Paradis, Kerri | Baron & Budd, PC |
| 115. | 20710 | 2:17-cv-02614 | Patterson, Ashley | Michael A. Mills, PC; Dixon Davis, LLC |
| 116. | 7860 | 2:16-cv-01091 | Pettway, Barbara | Baron & Budd, PC |
| 117. | 39035 | 2:19-cv-05684 | Pevia, Dorothy | Fears Nachawati, PLLC |
| 118. | 32290 | 2:19-cv-08785 | Phillips, Donna | Baron & Budd, PC |
| 119. | 30420 | 2:19-cv-08655 | Powell, Susie, Individually and as Personal Representative on Behalf of the Estate of Joseph Hansen | Martinez & McGuire PLLC |
| 120. | 30422 | 2:19-cv-08193 | Prigmore, Quintin | Martinez & McGuire PLLC |
| 121. | 42341 | 2:19-cv-11095 | Preston, Robbie | Medley Law Group |
| 122. | 33518 | 2:19-cv-08794 | Prioleau, Catherine | Baron & Budd, PC |
| 123. | 42284 | 2:19-cv-00497 | Ragonese, Francisco, as Anticipated Personal Representative of the Estate of Carmen Dominicci | Bernheim Dolinsky Kelley, LLC |
| 124. | 38846 | 2:19-cv-08948 | Redman, Kurt | Excolo Law PLLC |
| 125. | 32294 | 2:19-cv-08804 | Reed, Betty | Baron & Budd, PC |
| 126. | 28957 | 2:19-cv-03738 | Rester, Sherry | Law Offices of Seaton & Bates, PLLC |
| 127. | 28498 | 2:18-cv-07123 | Reyes, Benita | Girardi Keese |
| 128. | 38837 | 2:19-cv-08863 | Richardson, Nettie | Excolo Law PLLC |
| 129. | 32295 | 2:19-cv-08813 | Richardson, Teresa | Baron & Budd, PC |
| 130. | 30333 | 2:19-cv-05412 | Richey, Nira | Fears Nachawati, PLLC |
| 131. | 30774 | 2:19-cv-08630 | Riggins, Leonard | Martinez & McGuire PLLC |
| 132. | 30425 | 2:19-cv-08207 | Rios, Neely | Martinez & McGuire PLLC |
| 133. | 33160 | 2:19-cv-06388 | Roberts, Bobby | MacArthur, Heder, & Metler |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 134. | 41777 | 2:19-cv-11112 | Roberts, Megan | Medley Law Group |
| 135. | 33522 | 2:19-cv-09029 | Rodriguez, Josefina | Baron & Budd, PC |
| 136. | 41820 | 2:18-cv-10119 | Roman, Mary | Medley Law Group |
| 137. | 32298 | 2:19-cv-08993 | Russell, Harry, Individually and on Behalf of the Estate of Sylvia Russell | Baron & Budd, PC |
| 138. | 32299 | 2:19-cv-08995 | Rust, Diann, Individually and on Behalf of the Estate of Norman Rust | Baron & Budd, PC |
| 139. | 6532 | 2:16-cv-02543 | Sager, Rebecca | Girardi Keese |
| 140. | 38678 | 2:19-cv-05220 | Sanders, Pamela A. | Wagstaff & Cartmell, LLP |
| 141. | 28940 | 2:19-cv-04297 | Seay, Deloris | Law Offices of Seaton & Bates, PLLC |
| 142. | 30433 | 2:19-cv-06652 | Shepherd, Kenneth | Martinez & McGuire PLLC |
| 143. | 7918 | 2:16-cv-01300 | Smith, Bernadette | Bernheim Dolinsky Kelley, LLC |
| 144. | 33153 | 2:19-cv-06249 | Smith, Deborah | MacArthur, Heder, & Metler |
| 145. | 33060 | 2:19-cv-05232 | Smith, John | MacArthur, Heder, & Metler |
| 146. | 7415 | 2:16-cv-08996 | Smith, Kenneth | The Driscoll Firm |
| 147. | 42093 | 2:19-cv-11100 | Snodgrass, Renee | Baron & Budd, PC |
| 148. | 32305 | 2:19-cv-09005 | Spille, Seprenia, Individually, and on Behalf of the Estate of Richard Spille | Baron & Budd, PC |
| 149. | 38839 | 2:19-cv-08918 | Starks, Tyrone | Excolo Law PLLC |
| 150. | 22460 | 2:17-cv-05372 | Stone, Nicole Nails, Individually and as Executrix of the Estate of Raymond Fulton Nails | Damon J. Baldone & Associates |
| 151. | 32308 | 2:19-cv-09042 | Stubblefield, Angela | Baron & Budd, PC |
| 152. | 30882 | 2:19-cv-08831 | Studebaker, Christopher | Leonard B. Gabbay PC |
| 153. | 7780 | 2:16-cv-01677 | Swachta, Linda | The Talaska Law Firm, PLLC |
| 154. | 26523 | 2:17-cv-10151 | Swan, Mark A. | Medley Law Group |
| 155. | 2631 | 2:15-cv-03033 | Szatkowski, Casimir | Meyerkord & Meyerkord, LLC |
| 156. | 33523 | 2:19-cv-08854 | Taylor, Brenda | Baron & Budd, PC |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 157. | 27193 | 2:18-cv-02147 | Terry, Kenneth | Excolo Law PLLC |
| 158. | 27930 | 2:18-cv-07132 | Thomas, Glen | Girardi Keese |
| 159. | 39033 | 2:19-cv-06909 | Thompson, Judd | Fears Nachawati, PLLC |
| 160. | 28687 | 2:19-cv-00403 | Thornton, Marvin | MacArthur, Heder, & Metler |
| 161. | 24748 | 2:17-cv-13516 | Todorovic, Nedeljko, on Behalf of the Estate of Ivan Todorovic, Deceased | Baron & Budd, PC |
| 162. | 38834 | 2:19-cv-08807 | Townsend, Robert | Excolo Law PLLC |
| 163. | 42340 | 2:19-cv-11096 | Troutt, Jennifer | Medley Law Group |
| 164. | 32251 | 2:19-cv-08955 | Visvonit, Suzan, Individually and on Behalf of the Estate of Nadia Blablo | Baron & Budd, PC |
| 165. | 38043 | 2:16-cv-09551 | Waddell, Gary | The Driscoll Firm, PC |
| 166. | 41277 | 2:19-cv-08518 | Ward, Alice, Personal Representative for the Estate of Johnie Ruth Shorter | McDonald Worley, PC |
| 167. | 30757 | 2:19-cv-08284 | Washington, Malilae | Martinez & McGuire PLLC |
| 168. | 30758 | 2:19-cv-08285 | Washington, Mechelle | Martinez & McGuire PLLC |
| 169. | 33144 | 2:19-cv-07011 | Weatherholtz, David | MacArthur, Heder, & Metler |
| 170. | 42343 | 2:19-cv-11099 | Wheeler, Kenneth | Medley Law Group |
| 171. | 32315 | 2:19-cv-08908 | Wheeler, Pamela | Baron & Budd, PC |
| 172. | 6553 | 2:17-cv-03504 | White, Norma, as Representative for Ernest White, Deceased | The Driscoll Firm |
| 173. | 41602 | 2:17-cv-03501 | White, Vanessa | Milstein Jackson Fairchild & Wade, LLP |
| 174. | 41302 | 2:19-cv-06679 | Wilkerson, Arthur | McDonald Worley, PC |
| 175. | 30763 | 2:19-cv-06650 | Williams, Joyce | Martinez & McGuire PLLC |
| 176. | 32317 | 2:19-cv-09011 | Williams, James David, Individually, and on Behalf of the Estate of Lori Williams | Baron & Budd, PC |
| 177. | 33136 | 2:19-cv-06018 | Willoughby, Dolores | MacArthur, Heder, & Metler |
| 178. | 28457 | 2:18-cv-12518 | Wilson, Beverly | Childers, Schlueter & Smith, LLC |

| No. | BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|---|
| 179. | 4446 and 6427 | 2:15-cv-05494 | Wright, Fredrick Tyrone; Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves, Individually and as Independent Administratrix and on Behalf of the Estate of Lucille Silket Sterling | Shockey & Associates |
| 180. | 32291 | 2:19-cv-09016 | Wright, Rhonda, Individually and on Behalf of the Estate of Eula Phillips | Baron & Budd, PC |
| 181. | 41785 | 2:18-cv-09966 | Yates, Sue | Medley Law Group |