UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Larry Shelnutt v. Janssen Research & Development, et al.*; Civil Case No.: 2:18-cv-01405 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**PLAINTIFF'S MOTION FOR REINSTATEMENT OF CASE**

COMES NOW, undersigned counsel for Plaintiff Larry Shelnutt, and moves this Court for an order reinstating Plaintiff's case on the docket, and in support states as follows:

1. On August 27, 2018 this Court entered an Order to Show Cause, document no. 10647, addressing duplicate filed cases.

2. Among the cases listed were cases filed for Plaintiff Larry Shelnutt, no. 2.16-cv-01862, filed by the law firm of Ferrer, Poirot & Wansbrough and Plaintiff Larry Shelnutt, no. 2:18-cv-01405, filed by Flint Law Firm.

3. In an attempt to resolve the duplicate filing, Plaintiff's counsel provided information for case no. 2:18-cv-01405, filed by Flint Law Firm, to defense counsel and Ferrer, Poirot & Wansbrough, who in turn responded that it was a duplicate case and should be dismissed (Exhibit 1).

4. Plaintiff's counsel promptly filed a Stipulation of Dismissal (Exhibit 2).

5. Plaintiff's counsel subsequently found out that case no. 2:18-cv-01405 was not a duplicate filing, but rather, was for a different client with the same name. Different dates of birth confirmed that these two plaintiffs were in fact two different people.

WHEREFORE, Plaintiff Larry Shelnutt respectfully requests that his case be reinstated.

**FLINT LAW FIRM, LLC**
By: */s/Jacob A. Flint*
Jacob A. Flint
222 East Park Street
Suite 500
Edwardsville, IL 62025
Telephone: (618) 288-4777
jflint@flintlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*s/Jacob A. Flint*