# Exhibit 1

# Jacob Flint

| | |
|---|---|
| **From:** | Elizabeth Ramos <ERamos@lawyerworks.com> |
| **Sent:** | Wednesday, September 05, 2018 8:52 AM |
| **To:** | 'Daly, Daryl' |
| **Cc:** | Jacob Flint; Brown, Lindy; Goddard, Joan; Miller, Chanda A.; Kayla Baumgartner; Shawna Daiber |
| **Subject:** | RE: Xarelto: dual filed case - Larry Shelnutt |

Good morning Daryl,

We have discussed the below referenced matter, and the case filed by Ferrer Poirot Wansbrough should continue. Could you please draft a stipulation to dismiss the case filed by the Flint Law Firm?

Thank you!

**Elizabeth Morales-Ramos** | **Legal Assistant**
Ferrer Poirot Wansbrough
Feller Daniel Abney Linville
Direct: 214-523-0224

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

---

**From:** Daly, Daryl [mailto:Daryl.Daly@dbr.com]
**Sent:** Wednesday, August 15, 2018 11:52 AM
**To:** shawna@flintlaw.com; Lindsey Pittman <LPittman@lawyerworks.com>; Hunter Linville <HLinville@lawyerworks.com>
**Cc:** Miller, Chanda A. <Chanda.Miller@dbr.com>; Brown, Lindy <lbrown@bradley.com>; 'joan.goddard@arnoldporter.com' <joan.goddard@arnoldporter.com>
**Subject:** Xarelto: dual filed case - Larry Shelnutt

Counsel,

As a follow up to the Motion for Order to Show Cause Regarding Duplicate Filed Cases filed on August 9, 2018, our records indicate that your firm has filed separate complaints for Larry Shelnutt:

| Xarelto User | Init. Compl. Filed Date | Coordinated Proceeding | Docket No. | Complaint Plaintiff Counsel |
|---|---|---|---|---|
| Shelnutt, Larry | 2/26/2016 | MDL | 2:16-cv-01862 | Ferrer, Poirot & Wansbrough |
| Shelnutt, Larry | 2/12/2018 | MDL | 2:18-cv-01405 | Flint Law Firm, LLC |

As this is a dual-filed case, please advise which case you intend to dismiss and we will send you a draft stipulation to dismiss with prejudice.

Thank you
Daryl

1

Daryl Daly
**Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, NJ 07932-1047
(973) 549-7146 *office*
Daryl.Daly@dbr.com
www.drinkerbiddle.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*