UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*Larry Shelnutt v. Janssen Research & Development, et al.*; Civil Case No.: 2:18-cv-01405 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

This matter comes before the Court on Plaintiff's Ex Parte Motion for Reinstatement of Case. The Court having reviewed the same and being sufficiently advised:

It is hereby Ordered that Plaintiff's Motion for Reinstatement of Case is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2019.

Signed: _____
Hon. Eldon E. Fallon