UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARLIE SWANSON AS WRONGFUL DEATH BENEFICIARY OF LENORA SWANSON, DECEASED | * | MDL NO. 2592 |
| | * | |
| Plaintiff | * | CIVIL ACTION NO.: cv-19-8713 |
| | * | |
| v. | * | |
| | * | SECTION L |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE MICHAEL NORTH |
| | * | |
| | * | |
| Defendants | * | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 (a)(1)**

It is hereby noticed that all claims presented by the Complaint of the Plaintiff, Earlie Swanson As Wrongful Death Beneficiary of Lenora Swanson, Deceased, in the above referenced cause of action against the Defendants are dismissed without prejudice pursuant to Rule 41(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE as of this date.

This the 6th day of August 2019.

                                              **EARLIE SWANSON, as wrongful death beneficiary of Lenora Swanson, Deceased**

                    **BY:**      **/s/ Brad Morris**
                                 **BRAD MORRIS (MS Bar #104017)**
                                 *Attorney for Plaintiff*

**OF COUNSEL:**

**BRAD MORRIS, ESQ. (MSBN: 104017)**
BRAD MORRIS LAW FIRM, PLLC
1603 UNIVERSITY AVENUE
POST OFFICE BOX 2136
OXFORD, MISSISSIPPI 38655
TELEPHONE: (662) 701-0909
FACSIMILE: (888) 636-8701
Email: brad@bradmorrislawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6th, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ BRAD MORRIS
**Brad Morris (MS Bar #104017)**