**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN Re:  XARELTO (RIVAROXABAN) | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL No. 2592 |
| | § | |
| THIS DOCUMENT RELATES TO: | § | SECTION L |
| | § | JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § | |
| | § | MAGISTRATE JUDGE NORTH |

---

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 14421, the Court having reviewed such and being otherwise  sufficiently advised:

**IT IS HEREBY ORDERED** that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

**IT IS FURTHER ORDERED** that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____5th_____ day of August, 2019.


_____
Honorable Eldon E. Fallon
United States District Court Judge