# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Edward Allen Hagan | 2:18-cv-06030 |
| Barbara Swanson, et al. | 2:16-cv-12921 |
| Matthew Eckles, et al. | 2:16-cv-12680 |
| Jason Park | 2:16-cv-12873 |
| Florence Ellis | 2:15-cv-02959 |
| Cheryl Poole | 2:15-cv-03752 |
| Kent Clampitt | 2:15-cv-02943 |
| Angela Greenwood | 2:16-cv-13212 |
| Peggy Heal | 2:15-cv-02988 |
| Ronald Spinelli | 2:18-cv-07111 |
| James Downing | 2:16-cv-13036 |
| Anna Bellom | 2:16-cv-03398 |
| Judith McEntire | 2:15-cv-05684 |
| Clarence Palmer | 2:16-cv-02167 |
| John Battaglia | 2:16-cv-02150 |
| Bettye Drummond | 2:16-cv-13037 |
| Richard Dummer, et al. | 2:16-cv-02615 |
| Robert Feltz | 2:15-cv-02833 |
| Lois Garner | 2:16-cv-13070 |
| Thomas McDuffie | 2:16-cv-02692 |
| George Moench | 2:16-cv-03416 |
| Rebecca Baker, et al. | 2:19-cv-02780 |
| Carrie Stoots, et al. | 2:18-cv-12077 |
| Bonnie Teeter | 2:15-cv-06496 |
| Frank Bennett | 2:18-cv-09181 |
| Jack Burrows | 2:19-cv-02911 |
| Holden Paulhamus | 2:19-cv-02894 |
| Herbert Phillips, et al. | 2:16-cv-14386 |
| William Stewart | 2:16-cv-05784 |
| Lilijana Dukic | 2:16-cv-13209 |
| Diana Coyle | 2:15-cv-02949 |
| Melica Jones | 2:19-cv-03125 |
| David Lang | 2:15-cv-03002 |
| Henry Merkousko | 2:16-cv-04195 |
| Angela Schott | 2:15-cv-03757 |
| Dewey Dupree | 2:15-cv-02956 |

| | |
|---|---|
| Dawn Dyer | 2:16-cv-03329 |
| Jimmie Evans, et al. | 2:15-cv-02431 |
| Henry Harte | 2:16-cv-11470 |
| Carl Johnson | 2:19-cv-02840 |
| Carolyn Lathum, et al. | 2:18-cv-05820 |
| Margie Partin | 2:15-cv-01623 |
| Roger Stien | 2:16-cv-03499 |
| Shriff Abdur-Rasheed | 2:16-cv-01930 |
| Melvin Austin | 2:16-cv-12983 |
| Gladys Baker | 2:16-cv-12989 |
| Dolores Berner | 2:16-cv-12994 |
| Phrondale Clark, et al. | 2:16-cv-05885 |
| Jean Brewer | 2:16-cv-06737 |
| Gertrude Clifford | 2:16-cv-07009 |
| Benjamin Edmonds | 2:18-cv-07108 |
| Denise Martin, et al. | 2:16-cv-12703 |
| Lindon Hooper | 2:16-cv-11672 |
| Nicholas Keehbler | 2:16-cv-12809 |
| Barry Kelly | 2:16-cv-11693 |
| Raymond Kilby | 2:18-cv-09186 |
| Randolph Limerick | 2:16-cv-11708 |
| Robert McDougal | 2:16-cv-12705 |
| Diana Modin | 2:16-cv-03414 |
| Robert Picciotti | 2:16-cv-03374 |
| Arlene Ruelaz-Hernandez | 2:16-cv-13273 |
| Janet Senzel, et al. | 2:16-cv-06760 |
| Linda Slater, et al. | 2:16-cv-05783 |
| Robert Thornton | 2:16-cv-12926 |
| Salvador Vazquez | 2:16-cv-12015 |
| Andrea Wooten | 2:16-cv-04205 |
| Donna Pongratz, et al. | 2:16-cv-11739 |
| Richard Anderson | 2:15-cv-02942 |
| Thomas Beam | 2:15-cv-02936 |
| Stephanie Beasley, et al. | 2:16-cv-02586 |
| Sally Bowlby, et al. | 2:16-cv-02610 |
| Elmer Braden | 2:15-cv-02939 |
| Jodi Sando, et al. | 2:16-cv-11985 |
| Ruth Cobbs | 2:15-cv-02945 |
| Judy Crawford | 2:19-cv-02876 |

| | |
|---|---|
| Larry Ferguson | 2:16-cv-03333 |
| Susan Gracia, et al. | 2:16-cv-12683 |
| Nelli Kurbanova, et al. | 2:16-cv-03355 |
| Barry Harrison | 2:16-cv-05779 |
| Lorie Heacock | 2:16-cv-11524 |
| Robert Jefferson | 2:16-cv-13219 |
| Thomas Kane, et al. | 2:16-cv-07018 |
| Shirley Katz | 2:16-cv-13234 |
| Patricia Lambrakis | 2:16-cv-11703 |
| Winifred Lee | 2:16-cv-03359 |
| Edwin Lowe | 2:15-cv-06498 |
| Francis McGreevy | 2:16-cv-12820 |
| Terry Michels | 2:16-cv-12827 |
| Joseph Panetta | 2:18-cv-08287 |
| Stanley Porter | 2:16-cv-12875 |
| Brian Vrshek, et al. | 2:16-cv-12850 |
| Mary Ellen Reimers | 2:16-cv-12892 |
| Rick Roach | 2:16-cv-02172 |
| Susie Salinas | 2:16-cv-03491 |
| Anna Snively, et al. | 2:16-cv-12848 |
| Richard Stein | 2:19-cv-03093 |
| Ralph Viola | 2:15-cv-02560 |
| Gordon Wunn | 2:16-cv-03503 |
| Milton Yancey | 2:16-cv-02707 |
| David Malin | 2:19-cv-02842 |
| Rita Nelson | 2:16-cv-00490 |
| Samuel Gustafson | 2:16-cv-11462 |
| Sandra Berry, et al. | 2:16-cv-14545 |
| Daniel Ferguson | 2:16-cv-13105 |
| Jimmy Brush | 2:16-cv-03401 |
| Janice Warner, et al. | 2:16-cv-12021 |
| Wanda McDaniel | 2:16-cv-11723 |
| Elmer Radvansky | 2:16-cv-03483 |
| Edward Allen Hagan | 2:18-cv-06030 |
| Kevin Garcia | 2:16-cv-13061 |
| Paula Mandravellos | 2:16-cv-12698 |
| Atena Istudor, et al. | 2:16-cv-03349 |
| Wallace Young | 2:16-cv-12044 |
| Robert Martin | 2:16-cv-03410 |

| | |
|---|---|
| Dorothy Ramirez, et al. | 2:16-cv-12885 |
| Garrett Glennon | 2:16-cv-09934 |
| Barry Jensen | 2:15-cv-02995 |
| Donald DeVarco | 2:15-cv-05687 |
| William Groth | 2:15-cv-02984 |
| Carolyn Jennings | 2:16-cv-11678 |
| Linda Tackett, et al. | 2:16-cv-12925 |
| Kittie Robinson, et al. | 2:16-cv-12904 |