UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO.:   2592<br>SECTION:   L<br>JUDGE:   ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates To:**

*Archie B. Hackett v. Janssen Research & Development, LLC, et al*

Case No.:  2:17-cv-07622

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Archie B. Hackett, respectfully moves this Court to substitute FRANCIS WADSWORTH, as the Personal Representative for the Estate of Archie B. Hackett, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Archie B. Hackett passed away on August 24, 2017 (*see* Exhibit A).

2. Archie B. Hackett's action against Defendants survives his death and is not extinguished.

3. On or about September 12, 2017, the Chenango County Surrogate's Court issued Letters Testamentary appointing Francis Wadsworth as the Executor of the Estate of Archie B. Hackett (*see* Exhibit B).

4. Plaintiff's counsel now moves to substitute Francis Wadsworth as Plaintiff in the present action, on behalf of the Estate of Archie B. Hackett.

**WHEREFORE,** Counsel for Plaintiff, Archie B. Hackett, respectfully requests the Court GRANT Plaintiff's Motion to Substitute Francis Wadsworth, as Personal Representative for the Estate of Archie B. Hackett.

**Dated:** August 7, 2019

                                            Respectfully Submitted,

                                            **KENNY & KENNY, PLLC**

By: _____
       Michael P. Kenny, Esq.
       **KENNY & KENNY, PLLC**
       *Attorneys for Plaintiff*
       315 West Fayette Street
       Syracuse, NY 13202
       Telephone: (315) 471-0524
       Fax: (315) 471-4238
       MPKenny@kenny-kenny.com