# EXHIBIT A
## (Death Certificate)

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**Recorded District:** 0805
**Register Number:** 24-2017

**1. Name:** Archie B. Hackett Jr.
**2. Sex:** Male
**3A. Date of Death:** 8/24/2017
**3B. Hour:** 9:21 PM

**4A. Place of Death:** Private Residence
**4C. Name of Facility / Address:** 440 Cole Hill Road
**4D. Locality:** Town — Otselic
**4E. County of Death:** Chenango

**4G. Was Decedent Transferred from Another Institution:** No

**5. Date of Birth:** 12/24/1952
**6A. Age:** 64 yrs
**7A. City and State of Birth:** Norwich, NY

**8. Served in U.S. Armed Forces:** Yes — 1970-1976 Vietnam
**9. Decedent of Hispanic Origin:** No, not Spanish/Hispanic/Latino
**10. Decedent's Race:** White / Caucasian

**11. Decedent's Education:** 9th-12th grade; no diploma

**12. Social Security Number:** 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
**13. Marital Status:** Married
**14. Surviving Spouse:** Kari Freunscht

**15A. Usual Occupation:** Owner
**15B. Kind of Business/Industry:** Automotive
**15C. Name of Company:** Burts Truck Repair / R S Truck Parts

**16A. Residence:** New York
**16B. County:** Chenango
**16C. Locality:** Town — Otselic
**16D. Street and Number of Residence:** 440 Cole Hill Rd, Plymouth NY
**16E. Zip Code:** 13832

**17. Birth Name of Father/Parent:** Archie B. Hackett Sr.
**18. Birth Name of Mother/Parent:** Margaret Joslyn

**19A. Name of Informant:** Kari Hackett
**19B. Mailing Address:** 440 Cole Hill Road, Plymouth NY 13832

**20A. Disposition:** Cremation — 8/28/2017
**20B. Place of Burial/Cremation:** Hillington Crematory
**20C. Location:** Morris, NY

**21A. Name and Address of Funeral Home:** R J Faby Funeral Home, 46 No. Broad St, Norwich NY 13815
**21B. Registration Number:** 01454

**22A. Name of Funeral Director:** Michael C. Wright
**22C. Registration Number:** 13872

**23B. Date Filed:** 8/29/2017
**24B. Date Issued:** 8/29/2017

**25A. Certification — Certifier's Name:** Kevin Steckline
**License No:** CD1678
**Date:** 8/25/2017
**Certifier's Title:** Attending Physician
**Address:** 38A Classic St, Sherburne NY 13460

**26A. Attending physician attended deceased from:** 11/20/2015 to 8/24/2017
**26B. Deceased last seen alive:** 6/6/2017
**26C. Pronounced:** 8/24/2017 at 9:21 PM

**27. Manner of Death:** Natural Cause
**28. Was case referred to Coroner or Medical Examiner:** No
**29A. Autopsy:** No

## CAUSE OF DEATH

**30. Death was caused by:**
- **Part I (A) Immediate Cause:** Cardiopulmonary Arrest — minutes
- **Due to (B):** Lung Cancer — months

**Did Tobacco Use Contribute to Death:** Yes

**32. Was Decedent Hospitalized in Last 2 Months:** Yes

Name of Decedent: Archie Hackett
Date of Death: 8/24/17