# EXHIBIT B

**(Certificate of Appointment of Executor)**

Certificate# 5859

# Surrogate's Court of the State of New York
## Chenango County
### Certificate of Appointment of Executor

File #: 2017-197

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

Name of Decedent: **Archie B Hackett Jr**    Date of Death: **August 24, 2017**

Domicile: **Chenango**

Fiduciary Appointed: **Francis Wadsworth**
Mailing Address: 313 Main Street
Vestal NY  13850

Type of Letters Issued: **LETTERS TESTAMENTARY**

Letters Issued On: **September 12, 2017**

Limitations: NO DISTRIBUTION SHALL BE MADE TO ANY INMATE OR PRISONER BENEFICIARY OF THE ESTATE FOR A PERIOD OF THIRTY DAYS FOLLOWING THE DATE OF THE ORDER OR DECREE DIRECTING SUCH PAYMENT.

and such Letters are unrevoked and in full force as of this date.

Dated: September 12, 2017

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Chenango County Surrogate's Court at Norwich, New York.

WITNESS, Hon. Frank B. Revoir, Jr., Judge of the Chenango County Surrogate's Court.

*[signature]*

Maria A. Matott, Chief Clerk
Chenango County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Chenango County Surrogate's Court*