## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member case.

**Dated:** August 7, 2019

_____
Michael P. Kenny, Esq.
**KENNY & KENNY, PLLC**
*Attorneys for Plaintiff*
315 West Fayette Street
Syracuse, NY 13202
Telephone: (315) 471-0524
Fax: (315) 471-4238
MPKenny@kenny-kenny.com
