UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates To:**

*Archie B. Hackett v. Janssen Research & Development, LLC, et al*

Case No.: 2:17-cv-07622

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Francis Wadsworth as Personal Representative of the Estate of Archie B. Hackett, as Plaintiff in this action, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge