UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE ELDON E. FALLON |
| Bruce J. Arndt    2:16-cv-05886 _____ | ) ) | MAG. JUDGE NORTH |

**ORDER OF DISMISSAL WITH PREJUDICE**

IT IS ORDERED that the Motion for Voluntary Dismissal with Prejudice filed by Plaintiff Anna Arndt, Surviving Spouse of Bruce J. Arndt, R. Doc. 14462, is hereby **GRANTED**.

New Orleans, Louisiana this __5th__ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE