UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Claudia Hensley v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-00604

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14473, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Thomas Hensley, Sr., Personal Representative for the Estate of Claudia Hensley, is substituted for Plaintiff Claudia Hensley as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE