**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James O. Taylor v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-04618

<u>**ORDER**</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 14477, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Melanie Taylor, surviving spouse of James O. Taylor, is

substituted for Plaintiff James O. Taylor as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE