UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

**This Document Relates To:**

*John Mullane v. Janssen Research & Development, LLC, et al*

Case No.: 2:17-cv-01227

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, John Mullane, respectfully moves this Court to substitute JULIE MULLANE, as the Personal Representative for the Estate of John Mullane, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. John Mullane passed away on February 26, 2019 (*see* Exhibit A).

2. John Mullane's action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Julie Mullane as Plaintiff in the present action, on behalf of the Estate of John Mullane.

**WHEREFORE,** Counsel for Plaintiff, John Mullane, respectfully requests the Court GRANT Plaintiff's Motion to Substitute Julie Mullane, as Personal Representative for the Estate of John Mullane.

**Dated:** August 7, 2019

Respectfully Submitted,

**KENNY & KENNY, PLLC**

By: _____
Michael P. Kenny, Esq.
**KENNY & KENNY, PLLC**
*Attorneys for Plaintiff*
315 West Fayette Street
Syracuse, NY 13202
Telephone: (315) 471-0524
Fax: (315) 471-4238
MPKenny@kenny-kenny.com