# EXHIBIT A

## (Death Certificate)

DOH-1961 (6/2011)

RESIDENCE

NCHS

**NEW YORK STATE
DEPARTMENT OF HEALTH**

# CERTIFICATE OF DEATH

RECORDED DISTRICT **3300**

REGISTER NUMBER **0880**

131-2019-00012852

**STATE FILE NUMBER**

1. NAME: FIRST — MIDDLE — LAST: **John H. Mullane**
2. SEX: MALE ☒ 1 / FEMALE ☐ 2
3A. DATE OF DEATH: MONTH **02** DAY **26** YEAR **2019**
3B. HOUR: **04:05 AM**

4A. PLACE OF DEATH: (Check one) HOSPITAL DOA ☐ / HOSPITAL ER ☐ / HOSPITAL OUTPATIENT ☐ / HOSPITAL INPATIENT ☐ / NURSING HOME ☒ / PRIVATE RESIDENCE ☐ / HOSPICE FACILITY ☐ / OTHER (Specify) ☐

4B. IF FACILITY, DATE ADMITTED: MONTH **03** DAY **26** YEAR **2018**

4C. NAME OF FACILITY: (If not facility, give address) **Elderwood At Liverpool**

4D. LOCALITY: (Check and specify) CITY ☐ VILLAGE ☐ TOWN ☐ **Liverpool Village**

4E. COUNTY OF DEATH: **Onondaga**

4F. MEDICAL RECORD NO.

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☒ YES ☐

5. DATE OF BIRTH: MONTH **04** DAY **26** YEAR **1951**

6A. AGE IN YRS. **67**

6B. IF UNDER 1 YEAR ENTER: months / days

6C. IF UNDER 1 DAY ENTER: hours / minutes

7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) **Syracuse, New York**

7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH:

8. SERVED IN U.S. ARMED FORCES? (Specify period) NO ☐ YES ☒ 0 ☐ 1

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino.
A ☒ No, not Spanish/Hispanic/Latino   B ☐ Yes, Mexican, Mexican American, Chicano
C ☐ Yes, Puerto Rican   D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE. Check one or more races to indicate what the decedent considered himself or herself to be:
A ☒ White/Caucasian   B ☐ Black or African American   C ☐ Asian Indian   D ☐ Chinese
E ☐ Filipino   F ☐ Japanese   G ☐ Korean   N ☐ Vietnamese
J ☐ Native Hawaiian   K ☐ Guamanian or Chamorro   M ☐ Samoan
N ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify)   R ☐ Other Pacific Islander (specify)
S ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.
1 ☐ ≤ 8th grade   2 ☐ 9th-12th grade, no diploma   3 ☒ High school graduate or GED
4 ☐ Some college credit, but no degree   5 ☐ Associate's degree   6 ☐ Bachelor's degree
7 ☐ Master's degree   8 ☐ Doctorate/Professional degree

12. SOCIAL SECURITY NUMBER: **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**

13. MARITAL STATUS: NEVER MARRIED ☐ / MARRIED ☐ 1 / WIDOWED ☐ 2 / DIVORCED ☒ 3 / SEPARATED ☐ 5

14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated.

15A. USUAL OCCUPATION: (Do not enter retired) **Superintendent of Buildings & Grounds**

15B. KIND OF BUSINESS OR INDUSTRY: **Education**

15C. NAME AND LOCALITY OF COMPANY OR FIRM: **Syracuse City School District, Syracuse, NY**

16A. RESIDENCE: (State or Country if not USA) **NY**

16B. County or Region/Province If not USA: **Onondaga**

16C. LOCALITY: (Check and specify) CITY ☐ VILLAGE ☐ TOWN ☐ **Clay Town**

16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐ YES ☐ NO   IF NO, SPECIFY TOWN:

16D. STREET AND NUMBER OF RESIDENCE: **4800 Bear Road, Liverpool**

16E. ZIP CODE: **13088**

17. BIRTH NAME OF FATHER / PARENT: FIRST **Henry** MI **L.** LAST **Mullane**

BIRTH NAME OF MOTHER / PARENT: FIRST **Beatrice** MI LAST **Boland**

19A. NAME OF INFORMANT: **Betsy Mullane**

19B. MAILING ADDRESS: (Include zip code) **8132 Cicero Mills Road, Cicero Town, NY 13039**

20A. ☐ BURIAL   ☒ CREMATION   ☐ REMOVAL   ☐ HOLD   ☐ DONATION   MONTH **03** DAY **05** YEAR **2019**   ☐ ENTOMBMENT

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: **Oakwood Crematory**

20C. LOCATION: (City or town and state) **Syracuse, New York**

21A. NAME AND ADDRESS OF FUNERAL HOME: **Mathewson-Forani Funeral Home Inc   200 Kinne Street, East Syracuse Village, NY 13057**

21B. REGISTRATION NUMBER: **01121**

22A. NAME OF FUNERAL DIRECTOR: **Kevin J Mathewson**

22B. SIGNATURE OF FUNERAL DIRECTOR: *Kevin J Mathewson Electronically Signed*

22C. REGISTRATION NUMBER: **12271**

23A. SIGNATURE OF REGISTRAR: ▶ *Indu Gupta Electronically Signed*

23B. DATE FILED: MONTH **02** DAY **27** YEAR **2019**

24A. BURIAL OR REMOVAL PERMIT ISSUED BY: **Diana Kissel**

24B. DATE ISSUED: MONTH **02** DAY **27** YEAR **2019**

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN → OR → CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.

Certifier's Name: **Twinkle Patel, MD**

License No.: **234616**

Signature: *Twinkle Patel, MD   Electronically Signed*

Month **02** Day **26** Year **2019**

25B. Certifier's Title: ☒ 1 Attending Physician   ☐ 0 Physician acting on behalf of Attending Physician   ☐ 1 Coroner   ☐ 2 Medical Examiner / Deputy Medical Examiner

Address: **4800 Bear Rd, Liverpool Village, NY 13088**

25B. If coroner is not a physician, enter Coroner's Physician's name & title.   License No.:   Signature:   Address:

25C. If certifier is not attending physician, enter Attending physician's name & title:   License No.:   Address:

26A. Attending physician attended deceased: FROM Month **03** Day **26** Year **2018** TO Month **02** Day **26** Year **2019**

26B. Deceased last seen alive by attending physician: Month **02** Day **25** Year **2019**

26C. Pronounced Dead ON Month **02** Day **26** Year **2019** AT Time **04:05 AM**

27. MANNER OF DEATH: NATURAL CAUSE ☒ 1 / ACCIDENT ☐ 2 / HOMICIDE ☐ 3 / SUICIDE ☐ 4 / UNDETERMINED CIRCUMSTANCES ☐ 5 / PENDING INVESTIGATION ☐ 6

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? NO ☒ / YES ☐

29A. AUTOPSY? NO ☒ 1 / YES ☐ 2

29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? 0 ☐ NO / 1 ☐ YES

CONFIDENTIAL   SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH   CONFIDENTIAL

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

| | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| PART I. IMMEDIATE CAUSE: (A) dementia  pneumonia | none |
| DUE TO OR AS A CONSEQUENCE OF: (B) esophageal reflex, nausea, vomiting, seizure disorder, atrial fibrillation | none |
| DUE TO OR AS A CONSEQUENCE OF: (C) depression, hx of stroke, hypertension, diabetes type II, hypercholesterolemia | none |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I(A): <<<>>>

DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☒ NO 1 ☐ YES 2 ☐ PROBABLY 3 ☐ UNKNOWN

31A. IF INJURY, DATE: MONTH / DAY / YEAR   HOUR:

31B. INJURY LOCALITY: (City or town and county and state)

31C. DESCRIBE HOW INJURY OCCURRED:

31D. PLACE OF INJURY:

31E. INJURY AT WORK? NO ☐ YES ☐

31F. IF TRANSPORTATION INJURY, SPECIFY: 1 ☐ Driver/Operator   2 ☐ Passenger   3 ☐ Pedestrian   4 ☐ OTHER (specify)

32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS? NO ☒ 0 / YES ☐ 1

33A. IF FEMALE: 1 ☐ Not pregnant within last year   1 ☐ Pregnant at time of death   2 ☐ Not pregnant, but pregnant within 42 days of death   3 ☐ Not pregnant, but pregnant 43 days to 1 year before death   4 ☐ Unknown if pregnant within past year

33B. DATE OF DELIVERY: MONTH / DAY / YEAR