UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

**This Document Relates To:**

*John Mullane v. Janssen Research & Development, LLC, et al*

Case No.: 2:17-cv-01227

### ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Julie Mullane as Personal Representative of the Estate of John Mullane, as Plaintiff in this action, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge