**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | )   MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | )   SECTION L |
| JOANN FURNISH | ) |
| Civil Action No.: 2:16-cv-15132 | )   JUDGE ELDON E. FALLON |
| | ) |
| | )   MAGISTRATE JUDGE NOTH |
| | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND AND VACATE**
**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff respectfully moves this Court for its Order to withdraw, rescind and vacate

plaintiff's Stipulation of Dismissal with Prejudice that was submitted and filed on August 5,

2019.

The submission and filing of plaintiff's Stipulation of Dismissal with Prejudice was in

error and was done prematurely as the Stipulation of Dismissal with Prejudice was to be

submitted through MDL Centrality as part of plaintiff's enrollment in the Xarelto Settlement

Program Protocol. The Stipulation of Dismissal with Prejudice was intended to be held by the

Claims Administrator until either the Settlement is approved or in the event the settlement is terminated, the dismissal will be returned to Plaintiff without prejudice to ether side.

Defendants do not oppose this motion.

In support of this motion, plaintiff also relies upon the Declaration of J. William Savage in support of this motion.

A proposed form of Order is submitted herewith.

Respectfully submitted this 7th day of August, 2019

J. WILLIAM SAVAGE, P.C.

By: *J. William Savage*
J. William Savage
OSB 773347 [Oregon State Bar]
WSBA 32148 [Washington State Bar]
J. William Savage, P.C.
620 S.W. Fifth Avenue, Suite 1125
Portland, OR  97204
Phone: (503) 222-0200
Fax: (503) 248-0200
Email: jwsavage@earthlink.net
Attorneys for Plaintiff JoAnn Furnish

**For Information Only – Defendants' Attorneys**

DRINKER BIDDLE & REATH LLP
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com
Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson,
Janssen Research & Development, LLC, and
Janssen Ortho LLC

ARNOLD & PORTER KAYE SCHOLER LLP
Andrew K. Solow
250 West 55th Street

Page 2 – PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND AND VACATE
PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare

IRWIN FRITCHIE URQUHART & MOORE LLC
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ J. William Savage*
Of attorneys for plaintiff