**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION L |
| JOANN FURNISH ) Civil Action No.: 2:16-cv-15132 ) ) | JUDGE ELDON E. FALLON |
| ) ) | MAGISTRATE JUDGE NOTH |

**DECLARATION OF J. WILLIAM SAVAGE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

I, J. William Savage, under the pain and penalty of perjury hereby declare:

1. I am counsel for the plaintiff Joann Furnish in this case. I make this Declaration based upon personal knowledge, and in support of plaintiff's Unopposed Motion to Withdraw, Rescind and Vacate Plaintiff's Stipulation of Dismissal with Prejudice;

2. On August 5, 2019, I submitted and filed plaintiff's Stipulation of Dismissal with Prejudice with the court through the CM/ECF system;

Page 1 – DECLARATION OF J. WILLIAM SAVAGE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

3. The submission and filing of plaintiff's Stipulation of Dismissal with Prejudice was in error and was done prematurely as the Stipulation of Dismissal with Prejudice was to be submitted through MDL Centrality as part of plaintiff's enrollment in the Xarelto Settlement Program Protocol;

4. The Stipulation of Dismissal with Prejudice is intended to be held by the Claims Administrator until either the proposed settlement is approved or in the event the settlement is terminated, the dismissal will be returned to plaintiff without prejudice to either side;

5. I have received confirmation from defendants' counsel that they do not oppose this motion.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY.

Dated this 7th day of August, 2019.

J. WILLIAM SAVAGE, P.C.

By: *J. William Savage*
J. William Savage
OSB 773347 [Oregon State Bar]
WSBA 32148 [Washington State Bar]
J. William Savage, P.C.
620 S.W. Fifth Avenue, Suite 1125
Portland, OR  97204
Phone: (503) 222-0200
Fax: (503) 248-0200
Email: jwsavage@earthlink.net
Attorneys for Plaintiff JoAnn Furnish

Page 2 – DECLARATION OF J. WILLIAM SAVAGE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  *s/ J. William Savage*
                                                  Of attorneys for plaintiff

Page 3 – DECLARATION OF J. WILLIAM SAVAGE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE