**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION L |
| JOANN FURNISH Civil Action No.: 2:16-cv-15132 | ) ) ) | JUDGE ELDON E. FALLON |
| | ) ) | MAGISTRATE JUDGE NOTH |
| | ) | |

### ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having come before the court upon the unopposed motion of plaintiff Joann Furnish requesting the court's Order to withdraw, rescind and vacate plaintiff's Stipulation of Dismissal with Prejudice that was submitted and filed on August 5, 2019.

The court having reviewed the records and files herein and being duly advised in the premises, now, therefore,

IT IS HERBY ORDERED that plaintiff's Stipulation of Dismissal with Prejudice

that was submitted and filed on August 5, 2019 is deemed and the same is hereby withdrawn,

rescinded and vacated.


_____
Judge


Prepared and Submitted by:
J. William Savage
Of attorneys for plaintiff Joann Furnish

J. William Savage
OSB 773347 [Oregon State Bar]
WSBA 32148 [Washington State Bar]
J. William Savage, P.C.
620 S.W. Fifth Avenue, Suite 1125
Portland, OR  97204
Phone: (503) 222-0200
Fax: (503) 248-0200
Email: jwsavage@earthlink.net
Attorneys for Plaintiff JoAnn Furnish


For Information Only – Defendants' Attorneys

DRINKER BIDDLE & REATH LLP
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com
Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson,


Page 2 – ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND
AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Janssen Research & Development, LLC, and
Janssen Ortho LLC

ARNOLD & PORTER KAYE SCHOLER LLP
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare

IRWIN FRITCHIE URQUHART & MOORE LLC
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants

Page 3 – ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW, RESCIND
AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ J. William Savage*
Of attorneys for plaintiff