UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| This Document Relates to: | MAG. JUDGE NORTH |
| *Luis Perez and Jacqueline Lopez v. Janssen Research & Development, LLC, et al.;* Civil Action No.: 2:18-cv-06930-EEF-MBN | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Jacqueline Lopez, surviving wife and representative of the decedent Luis Perez, and moves pursuant to Fed. R. Civ. P. 25(a) to substitute herself as Plaintiff in this action based on the death of Luis Perez.

A Notice/Suggestion of Death was filed in the MDL on July 29, 2019 (Doc. #14395).

DATED: August 7, 2019

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Wendy R. Fleishman*
Wendy R. Fleishman
Daniel R. Leathers
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com
dleathers@lchb.com

*Attorneys for Plaintiff*

1821371.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

DATED:  August 7, 2019               */s/ Wendy R. Fleishman*

1821371.1