# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| **This Document Relates to:** | **MAG. JUDGE NORTH** |
| *Luis Perez and Jacqueline Lopez v. Janssen Research & Development, LLC, et al.;* Civil Action No.: 2:18-cv-06930-EEF-MBN | |

## [PROPOSED] ORDER GRANTING
## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Jacqueline Lopez, surviving wife and representative of the decedent Luis Perez, and moved pursuant to Fed. R. Civ. P. 25(a) to substitute herself as Plaintiff in this action based on the death of Luis Perez. (Doc. # 14840).

A Notice/Suggestion of Death was filed in the MDL on July 29, 2019 (Doc. #14395).

This Court hereby finds that, pursuant to Fed. R. Civ. P. 25(a), Jacqueline Lopez is decedent Luis Perez' successor or representative, and therefore so ORDERS and GRANTS the motion for substitution. (Doc. # 14840).


DATED: _____          _____
                                 ELDON E. FALLON
                                 UNITED STATES DISTRICT COURT JUDGE

1826964.1