**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| This Document Relates to: | MAG. JUDGE NORTH |
| *Neil Scott and Sandra Scott v. Janssen Research & Development, LLC, et al.* Civil Action No. 2:17-cv-2290 | |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**

Sandra Scott, surviving wife and representative of the decedent Neil Scott, and moved pursuant to Fed. R. Civ. P. 25(a) to substitute herself as Plaintiff in this action based on the death of Neil Scott (Doc. # 14841).

A Notice/Suggestion of Death was filed in the MDL on July 29, 2019 (Doc. #14394).

This Court hereby finds that, pursuant to Fed. R. Civ. P. 25(a), Sandra Scott is decedent Neil Scott's successor or representative, and therefore so ORDERS and GRANTS the motion for substitution. (Doc. # 14841).

DATED: _____

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1826961.1