# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Crystal Spence*                                                                                   *2:16-cv-07654*

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **TASHA OVERMAN**, surviving daughter of Plaintiff-Decedent **CRYSTAL SPENCE**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased mother **CRYSTAL SPENCE**.

1. Plaintiff, **CRYSTAL SPENCE**, filed a products liability lawsuit against Defendants on June 1, 2016.

2. Subsequently, Plaintiff's Counsel learned that **CRYSTAL SPENCE** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on August 7, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: August 7, 2019

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
2354 S. Acadian Thruway, Suite C
Baton Rouge, LA 70808
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on August 7, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**