**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Crystal Spence*                                                                                                                    *2:16-cv-07654*

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Tasha Overman, surviving daughter of Crystal Spence, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE

Dated:  August 7, 2019

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thruway
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
2354 S. Acadian Thruway, Suite C
Baton Rouge, LA  70808
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on August 7, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**