## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Vera Wittenbrink*                                                                                                 2:16-cv-07687

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **VERA WITTENBRINK** on July 6, 2016.

Dated: August 7, 2019

                                              Respectfully submitted,

                                              MURPHY LAW FIRM, LLC

                                              s/*Peyton P. Murphy*
                                              PEYTON P. MURPHY (LA # 22125)
                                              2354 S. Acadian Thruway
                                              Baton Rouge, LA  70808
                                              Telephone: (225) 928-8800
                                              Facsimile: (225) 246-8780
                                              Email: peyton@murphylawfirm.com

                                              s/*Todd C. Comeaux*
                                              TODD C. COMEAUX (LA # 23453)
                                              2354 S. Acadian Thruway, Suite C
                                              Baton Rouge, LA  70808
                                              Telephone: (225) 706-9000
                                              Facsimile: (225) 706-9001
                                              Email: tc@comeauxlawfirm.com

                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on August 7, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**