# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Vera Wittenbrink*                                                                                                              *2:16-cv-07687*

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Robert Wittenbrink, surviving son of Vera Wittenbrink, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.


                                                                     UNITED STATES DISTRICT JUDGE

Dated: August 7, 2019

                                      Respectfully submitted,

                                      MURPHY LAW FIRM, LLC

                                      s/*Peyton P. Murphy*
                                      PEYTON P. MURPHY (LA # 22125)
                                      2354 S. Acadian Thruway
                                      Baton Rouge, LA  70808
                                      Telephone: (225) 928-8800
                                      Facsimile: (225) 246-8780
                                      Email: peyton@murphylawfirm.com

                                      s/*Todd C. Comeaux*
                                      TODD C. COMEAUX (LA # 23453)
                                      2354 S. Acadian Thruway, Suite C
                                      Baton Rouge, LA  70808
                                      Telephone: (225) 706-9000
                                      Facsimile: (225) 706-9001
                                      Email: tc@comeauxlawfirm.com

                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on August 7, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                                      /s/ *Peyton P. Murphy*
                                      **PEYTON P. MURPHY**