UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> MARY E. DENNIS <br> Civil Action No.: 2:15-cv-00448 | ) MDL No. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE ELDON E. FALLON <br> ) MAGISTRATE JUDGE NORTH <br> ) <br> ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Michael J. Hall on behalf of his deceased grandmother, Mary E. Dennis.

1. Mary E. Dennis filed a products liability lawsuit against the defendants on January 30, 2015.

2. On May 4, 2018, Mary E. Dennis died.

3. Mary E. Dennis' products liability action against defendants survived her death and was not extinguished.

4. Michael J. Hall, surviving grandson and Representative of Mary E. Dennis' estate, is a proper party to substitute for plaintiff-decedent Mary E. Dennis and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Michael J. Hall requests that this Court grant his request for substitution as plaintiff in this action.

This 7th day of August, 2019.

<div style="margin-left: 2em;">

By:     */s/ Alexandra V. Boone*
        **LES WEISBROD**
        Texas Bar No. 21104900
        **ALEXANDRA V. BOONE**
        Texas Bar No. 00795259
        **MILLER WEISBROD LLP**
        11551 Forest Central Drive, Suite 300
        Dallas, Texas  75243
        Telephone:     (214) 987-0005
        Fax:             (214) 987-2545
        E-Mail:  lweisbrod@millerweisbrod.com

        **ATTORNEYS FOR PLAINTIFF**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

<div style="margin-left: 2em;">

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

</div>