# Stone, Kaitlyn E.

| | |
|---|---|
| **From:** | William <​█████████​> |
| **Sent:** | Tuesday, August 6, 2019 6:05 PM |
| **To:** | Sharko, Susan M; andrew.solow@arnoldporter.com; william.hoffman@arnoldporter.com; kmoore@irwinlle.com; Stone, Kaitlyn E. |
| **Subject:** | Re: Xarelto Stipulation of Dismissal With Prejudice (Pundmann) |

Hello Ladies and Gentlemen,

I inadvertently filed the Stipulation of Dismissal with the Court in addition to uploading it to MDL Centrality.  I intended to enroll in the settlement and have already uploaded the settlement enrollment papers to the MDL Centrality.

I would like to join in our Motion to Withdraw the Stipulation.  Since you have access to electronic filing, I will appreciate if you will take care of filing a joint motion to withdraw.

Please advise.

Thanks so much.

William R. Pundmann


-----Original Message-----
From: William <​█████████​>
To: susan.sharko <susan.sharko@dbr.com>; andrew.solow <andrew.solow@arnoldporter.com>; william.hoffman <william.hoffman@arnoldporter.com>; kmoore <kmoore@irwinlle.com>
Sent: Sat, Aug 3, 2019 5:36 pm
Subject: Xarelto Stipulation of Dismissal With Prejudice

Hello ladies and gentlemen,

I, as a plaintiff representing myself as Pro Se in the Xarelto case, hereby attach an executed Stipulation of Dismissal with Prejudice.

The Court does not allow me to file by operation of the Court's electronic filing system.  A copy of the attachment was certified mailed on July30 and the Court received it on August 2.

If you have any questions, please do not hesitate to contact me.

Thank you.

William R. PUNDMANN, Pro Se

Civil Action No. 19-07937, Sect. L, Mag. 5
United States District Court
Eastern District of Louisiana