UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>**WILLIAM R. PUNDMANN**<br>Civil Action No. 2:19-cv-07937 | **MDL 2592**<br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Motion to Withdraw Document:

**IT IS HEREBY ORDERED** that document 14699 and document 14800 are withdrawn and Case No. 2:19-cv-07937 reopened.

Signed New Orleans, Louisiana, this _____ day of _____ 2019.

_____
Eldon K. Fallon, United States District Court Judge