# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )  ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: EARL C. GOSSETT and THELMA D. GOSSETT Civil Action No.: 2:16-cv-13971 | ) ) |

## **MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Thelma D. Gossett on behalf of her deceased husband, Earl C. Gossett.

1. Earl C. Gossett and Thelma D. Gossett filed a products liability lawsuit against the defendants on August 19, 2016.

2. On May 26, 2019, Earl C. Gossett died.

3. Earl C. Gossett's products liability action against defendants survived his death and was not extinguished.

4. Thelma D. Gossett, surviving spouse and Representative of Earl C. Gossett's estate, is a proper party to substitute for plaintiff-decedent Earl C. Gossett and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Thelma D. Gossett requests that this Court grant her request for substitution as plaintiff in this action.

This 7th day of August, 2019.

By: /s/ Alexandra V. Boone
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

/s/Alexandra V. Boone
**ALEXANDRA V. BOONE**