# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **JOYCE CHRISTMAS** <br> Civil Action No. 2:16-cv-16116 | **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## **MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Jay Stuemke, Counsel for Joyce Christmas, now deceased, moves this Honorable Court for an order to substitute Rose Renee Christmas on behalf of her deceased mother Joyce Christmas, in the above captioned matter and in support thereof, states the following.

1,  Joyce Christmas filed a Xarelto product liability case against the Defendants on November 20, 2015.

2.  On November 10, 2016, Joyce Christmas died. Counsel for Ms. Christmas recently learned of his passing.

3.  Joyce Christmas's product liability action against Defendants survived her death and was not extinguished.

4.  Rose Renee Christmas, surviving daughter and Representative of Joyce Christmas's estate, is a proper party to substitute for plaintiff-decedent Joyce Christmas and proceed forward with the surviving products liability claim on her behalf.

1

2

WHEREFORE, counsel requests that the Court grant this motion and substitute Rose Renee Christmas as the Plaintiff in this action.


Dated:  August 6, 2019 　　　　　　　　　/s/ *Jay E. Stuemke*
**SIMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jstuemke@sgptrial.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system  as indicated on the electronic filing receipt. Parties may access this filing through  the Court's electronic filing system.

Dated:  August 6, 2019                                          */s/ Jay E. Stuemke*