# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | )**MDL No. 2592**<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>**SYLVIA DRUMMONC**<br>Civil Action No. 2:16-cv-16446 | **SECTION L**<br>)<br>)<br>)**JUDGE ELDON E. FALLON**<br>)<br>)<br>)**MAGISTRATE JUDGE NORTH**<br>) |

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party  Plaintiff Sylvia Drummond, as well as any responses thereto, finds the motions  meritorious.  Therefore,

**IT IS ORDERED AND ADJUDGED THAT:**

1.     Counsel for Plaintiff's motion is GRANTED

2.     JEANETTE MOORE, Individually and as Representative of the Estate of SYLVIA DRUMMOND, is substituted for Plaintiff Sylvia Drummond as the proper  Plaintiff in the above captioned case.

**SO ORDERED:**

New Orleans, Louisiana, this_____day of_____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Solo Page