# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: **EVELYN FENDER and JIMMY FENDER** Civil Action No. 2:15-cv-02975 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## *NOTICE AND SUGGESTION OF DEATH*

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff Evelyn Fender and Jimmy Fender, notes the death during the pendency of this action of Plaintiffs Evelyn Fender and Jimmy Fender. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Melissa L. McEntyre, who is a surviving heir and representative of Plaintiffs Evelyn Fender and Jimmy Fender's estate.

Dated: August 8, 2019

/s/ *Jay E. Stuemke*
**IMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email: jstuemke@sgptrial.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice and Suggestion of Death was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 8, 2019                              */s/ Jay E. Stuemke*