UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>EVELYN FENDER and JIMMY FENDER<br>Civil Action No. 2:15-cv-02975 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Jay Stuemke, Counsel for Evelyn Fender and Jimmy Fender, now both deceased, moves this Honorable Court for an order to substitute Melissa L. McEntyre on behalf of her deceased mother Evelyn Fender, and father Jimmy Fender, in the above captioned matter and in support thereof, states the following.

1,  1,   Evelyn Fender and Jimmy Fender filed a Xarelto product liability case against the Defendants on July 27, 2015.

2.   On November 12, 2018, Evelyn Fender died. Counsel for Ms. Fender recently learned of her passing.

3.   On April 12, 2019, Jimmy Fender died. Counsel for Mr. Fender recently learned of his passing.

4.   Evelyn and Jimmy Fender's product liability action against Defendants survived their death and was not extinguished.

1

5. Melissa L. McEntyre, surviving daughter and Representative of Evelyn Fender and Jimmy Fender's estate, is a proper party to substitute for plaintiff-decedent Evelyn Fender and Jimmy Fender and proceed forward with the surviving products liability claim on their behalf.

WHEREFORE, counsel requests that the Court grant this motion and substitute Melissa L. McEntyre as the Plaintiff in this action.

Dated:  August 8, 2019          /s/ *Jay E. Stuemke*
**SIMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jstuemke@sgptrial.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  August 8, 2019                         */s/ Jay E. Stuemke*