UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>EVELYN FENDER and JIMMY FENDER<br>Civil Action No. 2:15-cv-02975 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Evelyn Fender and Jimmy Fender, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED

2. MELISSA L. McENTYRE, Individually and as Representative of the Estates of EVELYN FENDER and JIMMY FENDER, is substituted for PlaintiffS Evelyn Fender and Jimmy Fender as the proper Plaintiff in the above captioned case.

**SO ORDERED:**

New Orleans, Louisiana, this _____ day of _____. 2019.

Solo Page

_____
UNITED STATES DISTRICT COURT JUDGE

Solo Page