# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> )MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **CHRISTINE HUCKABY** <br> Civil Action No. 2:16-cv-00088 | SECTION L <br> ) <br> ) <br> )JUDGE ELDON E. FALLON <br> ) <br> ) <br> )MAGISTRATE JUDGE NORTH <br> ) |

## *NOTICE AND SUGGESTION OF DEATH*

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff Christine Huckaby, notes the death during the pendency of this action of Plaintiff Christine Huckaby. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Janice H. Bell, who is a surviving heir and representative of Plaintiff Christine Huckaby's estate.

Dated: August 8, 2019              /s/ *Jay E. Stuemke*
                                                              **SIMON GREENSTONE PANATIER PC**
                                                             1201 Elm Street, Suite 3400
                                                             Dallas, Texas  75270
                                                             Telephone: (214) 276-7680
                                                             Facsimile: (214) 276-7699
                                                             Email: jstuemke@sgptrial.com

                                                             *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice and Suggestion of Death was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: <u>August 8, 2019</u>　　　　　　　　　　　　<u>/s/ Jay E. Stuemke</u>

2