# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **CHRISTINE HUCKABY** <br> Civil Action No. 2:16-cv-00088 | **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Jay Stuemke, Counsel for Christine Huckaby, now deceased, moves this Honorable Court for an order to substitute Janice H. Bell on behalf of her deceased mother Christine Huckaby, in the above captioned matter and in support thereof, states the following.

1, Christine Huckaby filed a Xarelto product liability case against the Defendants on January 6, 2016..

2. On January 11, 2019, Christine Huckaby died. Counsel for Ms. Huckaby recently learned of her passing.

3. Christine Huckaby's product liability action against Defendants survived her death and was not extinguished.

4. Janice H. Bell, surviving daughter and Representative of Christine Huckaby's estate, is a proper party to substitute for plaintiff-decedent Christine Huckaby and proceed forward with the surviving products liability claim on her behalf.

1

2

WHEREFORE, counsel requests that the Court grant this motion and substitute Janice H. Bell as the Plaintiff in this action.

Dated:  August 8, 2019  /s/ *Jay E. Stuemke*
**SIMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jstuemke@sgptrial.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 8, 2019                           */s/ Jay E. Stuemke*