# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **CHRISTINE HUCKABY** <br> Civil Action No. 2:16-cv-00088 | **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Christine Huckaby, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED

2. JANICE H. BELL, Individually and as Representative of the Estate of CHRISTINE HUCKABY, is substituted for Plaintiff Christine Huckaby as the proper Plaintiff in the above captioned case.

**SO ORDERED:**

New Orleans, Louisiana, this _____ day of _____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Solo Page