UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>LARRY VORAS<br>Civil Action No. 2:15-cv-06399 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Jay Stuemke, Counsel for Larry Voras, now deceased, moves this Honorable Court for an order to substitute Pamela Showers on behalf of her deceased father Larry Voras, in the above captioned matter and in support thereof, states the following.

1, Larry Voras filed a Xarelto product liability case against the Defendants on November 20, 2015.

2. On January 26, 2019, Larry Voras died. Counsel for Mr. Voras recently learned of his passing.

3. Larry Voras's product liability action against Defendants survived his death and was not extinguished.

4. Pamela Showers, surviving daughter and Representative of Larry Voras's estate, is a proper party to substitute for plaintiff-decedent Larry Voras and proceed forward with the surviving products liability claim on his behalf.

1

2

WHEREFORE, counsel requests that the Court grant this motion and substitute Pamela Showers as the Plaintiff in this action.

Dated:  August 8, 2019  /s/ *Jay E. Stuemke*
**SIMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jstuemke@sgptrial.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 8, 2019                                        */s/ Jay E. Stuemke*