UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> BARBARA PRICE and ALPHONSO PRICE <br> Civil Action No. 2:16-cv-03705 | SECTION L <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Jay Stuemke, Counsel for Barbara Price, now deceased, moves this Honorable Court for an order to substitute Alphonso Price on behalf of his deceased spouse Barbara Price, in the above captioned matter and in support thereof, states the following.

1, Barbara Price and Alphonso Price filed a Xarelto product liability case against the Defendants on April 26, 2016.

2. On June 14, 2016, Barbara Price died. Counsel for Ms. Price recently learned of her passing.

3. Barbara Price's product liability action against Defendants survived her death and was not extinguished.

4. Alphonso Price, surviving spouse and Representative of Barbara Price's estate, is a proper party to substitute for plaintiff-decedent Barbara Price and proceed forward with the surviving products liability claim on her behalf.

1

2

WHEREFORE, counsel requests that the Court grant this motion and substitute Alphonso Price as the Plaintiff in this action.

Dated:  August 8, 2019               /s/ *Jay E. Stuemke*
                                                 **SIMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jstuemke@sgptrial.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system  as indicated on the electronic filing receipt. Parties may access this filing through  the Court's electronic filing system.

Dated:  August 8, 2019                                      */s/ Jay E. Stuemke*