# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> )MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> NANCY SUE ESTES and <br> LAWRENCE ESTES <br> Civil Action No. 2:17-cv-00483 | SECTION L <br> ) <br> ) <br> )JUDGE ELDON E. FALLON <br> ) <br> ) <br> )MAGISTRATE JUDGE NORTH <br> ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Jay Stuemke, Counsel for Nancy Sue Estes, now deceased, moves this Honorable Court for an order to substitute Lawrence Estes on behalf of his deceased spouse Nancy Sue Estes, in the above captioned matter and in support thereof, states the following.

1, Nancy Sue Estes and Lawrence Estes filed a Xarelto product liability case against the Defendants on November 22, 2016.

2. On January 6, 2018, Nancy Sue Estes died. Counsel for Ms. Estes recently learned of her passing.

3. Nancy Sue Estes's product liability action against Defendants survived her death and was not extinguished.

4. Lawrence Estes, surviving spouse and Representative of Nancy Sue Estes's estate, is a proper party to substitute for plaintiff-decedent Nancy Sue Estes and proceed forward with the surviving products liability claim on her behalf.

1

2

WHEREFORE, counsel requests that the Court grant this motion and substitute Lawrence Estes as the Plaintiff in this action.


Dated:  August 8, 2019  /s/ *Jay E. Stuemke*
**SIMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jstuemke@sgptrial.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 8, 2019                                    */s/ Jay E. Stuemke*