# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: NANCY SUE ESTES and LAWRENCE ESTES Civil Action No. 2:17-cv-00483 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Nancy Estes, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED

2. LAWRENCE ESTES, Individually and as Representative of the Estate of NANCY SUE ESTES, is substituted for Plaintiff Nancy Sue Estes as the proper Plaintiff in the above captioned case.

**SO ORDERED:**

New Orleans, Louisiana, this _____ day of _____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Solo Page