**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 6, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**


A telephone call was held on this date from the Chambers of the Honorable Eldon E.

Fallon. Andy Birchfield participated on behalf of Plaintiffs. Susan Sharko and Steven Glickstein

participated on behalf of Defendants. The parties discussed the status of the case.


JS10 (00:08)