### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) MDL 2592 )  ) SECTION L ) |
| This Document Relates To:  ALL CASES | ) HONORABLE ELDON E. FALLON ) ) MAG. JUDGE NORTH ) ) ) |

### CASE MANAGEMENT ORDER NO. 9A
### (Supplemental Stay Order)

For good cause shown,  the Court finds and hereby **ORDERS** that:

1.      The following orders constitute obligations that must be complied with by the parties, and that are not subject to the stay set forth in Pretrial Order No. 9.

   a.   CMO 10 [Doc. No. 12901, entered March 25, 2019]

   b.   CMO 11 [Doc. No. 12902, entered March 25, 2019]

   c.   CMO 11A [entered simultaneously herewith, supplementing CMO 11 which remains in effect]

   d.   CMO 12A [superseding CMO 12,  entered simultaneously herewith]

   e.   PTO 32A [superseding PTO 32,  entered simultaneously herewith]

2.      Except as specified herein,  the stay of litigation set forth Case Management Order No. 2 shall remain in effect until further order of the Court.

New Orleans, Louisiana, this 6th day of August, 2019.

**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**