*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION ) ) ) ) | MDL 2592 |
| ) | SECTION L |
| ) ) | HONORABLE ELDON E. FALLON |
| **This Document Relates To:  ALL CASES** ) ) | MAG. JUDGE NORTH |

**CASE MANAGEMENT ORDER NO. 11A**
**(Supplemental Docket Control Order)**

For good cause shown, the Court finds and hereby **ORDERS** that:

1. Case Management Order No. 11 sets forth obligations of plaintiffs who do not participate in the Settlement Program.

2. The deadlines for plaintiffs to fulfill those obligations are a specified number of days, which varies depending upon the obligation, after "the conclusion of the Settlement Program enrollment period."

3. This order advises all parties that "the conclusion of the Settlement Program enrollment period," as used in Case Management Order No. 11, is September 4, 2019. All deadlines set forth in Case Management Order No. 11 that are keyed to the conclusion of the Settlement Program enrollment period will run from September 4, 2019.

4. Case Management Order No. 11 is confirmed in all other respects.

New Orleans, Louisiana, this 6th day of August, 2019.

*[signature]*

**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**