UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) MDL 2592 ) ) SECTION L ) ) HONORABLE ELDON E. FALLON ) |
| **This Document Relates To:  ALL CASES** | ) MAG. JUDGE NORTH ) ) ) ) |

**CASE MANAGEMENT ORDER NO. 12A**
(Superseding Order on Notice of Intent to Proceed)

For good cause shown, and in recognition that a number of plaintiffs did not submit an Enrollment Election Form (attached hereto as Exhibit A) on or before August 5, 2019, electing either to enroll or not enroll in the Settlement Program, the Court deems it appropriate to enter an order superseding Case Management Order 12, so that the court can accurately assess and manage the docket of this MDL.

1. As specified in Case Management Order No. 12, all plaintiffs who failed to submit a complete and fully executed Enrollment Election Form by August 5, 2019 must file and serve a completed Notice of Intent to Proceed through MDL Centrality on or before **August 19, 2019**. The Notice of Intent to Proceed must be signed by the Plaintiff. A copy of the form is attached as Exhibit B.

2. In addition, all plaintiffs who submitted an Enrollment Election Form electing not to enroll in the Settlement Program must file and serve a completed Notice of Intent to Proceed through MDL Centrality on or before **August 19, 2019**. The Notice of Intent to Proceed must be signed by the Plaintiff. A copy of the form is attached as Exhibit B. The Court deems this necessary to learn whether those who elect not to participate in the Settlement Program intend to proceed with litigation and comply with applicable case management orders.

3. In addition, any plaintiff not eligible to participate in the Settlement Program, or who received a notice of ineligibility to participate in the Settlement Program, must file a Notice of Intent to Proceed through MDL Centrality on or before **August 19, 2019**,

unless by that date the plaintiff has appealed the notice of ineligibility to the Special Master.  The Notice of Intent to Proceed must be signed by the Plaintiff.  A copy of the form is attached as Exhibit B.

4. Any plaintiff not desiring or ineligible to participate in the Settlement Program, and who desires to dismiss his or her case rather than proceed to litigation, may file a dismissal with prejudice in lieu of filing a Notice of Intent to Proceed.  Any plaintiff not desiring or ineligible to participate in the Settlement Program, and who desires to proceed to litigation, must comply with the requirements of Case Management Orders No. 11 and 11A in addition to filing a Notice of Intent to Proceed by August 19, 2019.

5. Failure to comply with the terms of this Order will subject the Plaintiff's case to dismissal with prejudice pending an Order to Show Cause Hearing to be set soon thereafter.

6. The parties have advised the Court that the deadline for eligible claimants to submit an Enrollment Election Form has been extended to September 4, 2019 for plaintiffs who timely submitted a request.  All parties are advised that the extension of the enrollment period does **not** extend the August 19, 2019 deadline to file a Notice of Intent to Proceed.

7. Notwithstanding paragraph 6,  if a plaintiff in good faith intends to enroll in the Settlement Program by September 4, 2019,  and has communicated such intent in **writing** to the Claims Administrator,  the Court will extend such deadline to file the Notice of Intent to Proceed for that particular plaintiff from August 19, 2019 until September 4, 2019.  The Court cautions counsel that such extension from August 19, 2019 to September 4, 2019 is intended only for plaintiffs who in good faith have made the decision to enroll in the Settlement Program by September 4, 2019,  and is not to be used for plaintiffs who do not intend to enroll or who have not communicated with counsel about the settlement.  The Court desires to get an accurate census of those plaintiffs who wish to continue to litigate,  and therefore the extension should not be used by plaintiffs who will elect not to participate in the Settlement Program or who have failed to communicate with their counsel about the case.

New Orleans, Louisiana, this 6th day of August, 2019.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**