# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No.: 2592<br>Section: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates To:**
Raymond Barker, et al. v. Janssen Research & Development LLC, et al.

Individual Case ID: 2:17-cv-6560

## MOTION TO SUBSTITUE PARTY

Counsel for Plaintiff, Raymond Barker, respectfully moves this court to substitute Troy E. Barker, Personal Representative for the Estate of Raymond Barker, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Raymond Barker passed away on April 4, 2019 (*see* Exhibit A).

2. Raymond Barker's action against Defendants survives his death and is not extinguished.

3. The Hillsdale County Probate Court has appointed Troy E. Barker as Personal Representative of Raymond Barker's estate (*see* Exhibit B).

**THEREFORE,** Plaintiff hereby moves that Troy E. Barker be substituted for Raymond Barker as Plaintiff in this action. Should this motion be granted, Plaintiff further moves this case to be re-captioned *Troy E. Barker, Personal Representative of the Estate of Raymond Barker v. Janssen Research & Development LLC, et al.*

Dated: <u>August 8, 2019</u>  Respectfully Submitted,
 **GALLON, TAKACS &**
 **BOISSONEAULT, CO., L.P.A.**


 By: <u>*/s/ Jonathan M. Ashton*</u>
 Jonathan M. Ashton
 **GALLON, TAKACS &**
 **BOISSONEAULT, CO., L.P.A.**
 3516 Granite Circle
 Toledo, OH 43617
 Tel:    (419) 843-2001
 Fax:    (419) 843-8022
 Email: jashton@gallonlaw.com

**CERTICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2019, I electronically filed the foregoing *Motion to Substitute Party* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filings to all attorneys of record.

                                               */s/ Jonathan M. Ashton*
                                               Jonathan M. Ashton