# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2592** <br> **Section: L** <br><br> **JUDGE: ELDON E. FALLON** <br> **MAG. JUDGE: MICHAEL NORTH** |

**This Document Relates To:**
Raymond Barker

Individual Case ID: 2:17-cv-6560

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute the Estate of Raymond Barker, as Plaintiff in this action. The court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Dated: _____

                                                                                   Hon. Eldon E. Fallon
                                                                                    United States District Court Judge