# EXHIBIT A
**(Death Certificate)**

# STATE OF MICHIGAN
## CERTIFICATE OF DEATH

CF 080   FILE NUMBER: 224475

**1. DECEDENT'S NAME** (First, Middle, Last): Raymond Edwin Barker
**2. DATE OF BIRTH:** June 23, 1950
**3. SEX:** Male
**4. DATE OF DEATH:** April 04, 2019

**5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS:**
**6a. AGE - Last Birthday (Years):** 68
**6b. UNDER 1 YEAR:** MONTHS / DAYS
**6c. UNDER 1 DAY:** HOURS / MINUTES

**7a. LOCATION OF DEATH:** Hillsdale Hospital
**7b. CITY, VILLAGE OR TOWNSHIP OF DEATH:** Hillsdale
**7c. COUNTY OF DEATH:** Hillsdale

**8a. CURRENT RESIDENCE - STATE:** Michigan
**8b. COUNTY:** Hillsdale
**8c. LOCALITY:** Woodbridge Twp
**8d. STREET AND NUMBER:** 2180 East Montgomery Road

**8e. ZIP CODE:** 49242
**9. BIRTH PLACE:** Hillsdale, Michigan
**10. SOCIAL SECURITY NUMBER:** 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
**11. DECEDENT'S EDUCATION:** 11th Grade

**12. RACE:** Caucasian
**13a. ANCESTRY:** American
**13b. HISPANIC ORIGIN:** No
**14. EVER IN THE U.S. ARMED FORCES?:** No

**15. USUAL OCCUPATION:** Supervisor
**16. KIND OF BUSINESS OR INDUSTRY:** Manufacturing
**17. MARITAL STATUS:** Divorced
**18. NAME OF SURVIVING SPOUSE:** 

**19. FATHER'S NAME** (First, Middle, Last): Elmer Raymond Barker
**20. MOTHER'S NAME BEFORE FIRST MARRIED** (First, Middle, Last): Mary Ellen Barnett

**21a. INFORMANT'S NAME:** Terry Michael Masbaum
**21b. RELATIONSHIP TO DECEDENT:** Son
**21c. MAILING ADDRESS:** 272 Nash Road, Coldwater, Michigan 49036

**22. METHOD OF DISPOSITION:** Cremation
**23a. PLACE OF DISPOSITION:** Paschal Cremation Service
**23b. LOCATION - City or Village, State:** Hudson, Michigan

**24. SIGNATURE OF MORTUARY SCIENCE LICENSEE:** Timothy Dean Hampton
**25. LICENSE NUMBER:** 4501006611
**26. NAME AND ADDRESS OF FUNERAL FACILITY:** Hampton Funeral Homes 3380 West Carleton Road Hillsdale, Michigan 49242

**27a. CERTIFIER:** [X] Certifying Physician - "To the best of my knowledge, death occurred due to the cause(s) and manner stated."
[ ] Medical Examiner - "On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated."
Signature and: Justin Oneese, MD

**28a. ACTUAL OR PRESUMED TIME OF DEATH:** 05:40 AM
**28b. PRONOUNCED DEAD ON:** April 04, 2019
**28c. TIME PRONOUNCED DEAD:** 05:40 AM

**29. MEDICAL EXAMINER CONTACTED:** No
**30. PLACE OF DEATH:** Hospital
**31. IF HOSPITAL:** Inpatient

**27b. DATE SIGNED:** April 04, 2019
**27c. LICENSE NUMBER:** 4301100204
**32. MEDICAL EXAMINER'S CASE NUMBER:** n/a
**33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:**

**34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN:** Justin Oneese, MD, Hillsdale Hospital, 168 South Howell Street, Hillsdale, Michigan 49242

**35a. REGISTRAR'S SIGNATURE:** Marney M. Kast
**35b. DATE FILED:** April 09, 2019

**36. PART I.** ENTER the chain of events- diseases, injuries or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, fibrillation without showing the etiology. Enter only one cause on line.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. IMMEDIATE CAUSE | Pneumonia | Days |
| b. DUE TO | Hypoxia Respiratory Failure | Days |
| c. DUE TO | Stage 4 adenocarcinoma in lung | Months |
| d. UNDERLYING CAUSE | Hypertension | Years |

**PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I: CORONARY ARTERY DISEASE/MYOCARDIAL INFARCTION, Type 2 diabetes, Acid-Fast Bacillus, CKD

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?:** [ ] Yes  [ ] Probably  [X] No  [ ] Unknown

**38. IF FEMALE:** (not applicable)

**39. MANNER OF DEATH:** Natural
**40a. WAS AN AUTOPSY PERFORMED?:** No
**40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?:** Not Applicable

**41a. DATE OF INJURY:**
**41b. TIME OF INJURY:**
**41c. DESCRIBE HOW INJURY OCCURRED:**
**41d. INJURY AT WORK:**
**41e. PLACE OF INJURY:**
**41f. IF TRANSPORTATION INJURY:**
**41g. LOCATION:**

---

**CLERK'S CERTIFICATE**
**STATE OF MICHIGAN** } SS
**COUNTY OF HILLSDALE**

I, MARNEY M. KAST, Clerk of the County of Hillsdale, and Clerk of the Circuit Court for said County the same being a Court of Record and having a seal, do hereby certify that this is a copy of the original record thereof now remaining in my office, and have found said copy to be, and that the same is, a true and correct transcript therefrom, and of the whole of such original record, In Testimony Whereof, I have hereunto set my hand and affixed seal of said Court, at Hillsdale, this ____ day of April A.D. 2019

**MARNEY M. KAST, COUNTY CLERK**
_____ **DEPUTY CLERK**

SL01773495

VRHOSS14(1/12) Authority: MCL 333.2882

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.**