# EXHIBIT B

**(Hillsdale County Probate Court Documents)**

Approved, SCAO

JIS CODE: LET

| STATE OF MICHIGAN PROBATE COURT COUNTY OF Hillsdale | LETTERS OF AUTHORITY FOR SPECIAL PERSONAL REPRESENTATIVE | FILE NO. 19-36250 DE |
|---|---|---|

Estate of Raymond E. Barker

TO:
Name and address

Troy E. Barker
30 Glendale Ave
Hillsdale MI 49242

Telephone no.
517-610-5747

You have been appointed and qualified as special personal representative of the estate on __8-2-2019__. You are authorized to perform all acts authorized by law unless exceptions are specified below.    Date

☑ Your authority is limited in the following way:
  ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
  ☑ Other restrictions or limitations are:
    Complete the settlement paperwork and process in MDL No. 14-02592 Baker v. Janssen Research & Development

☑ These letters expire: __8-26-2019__
                         Date

__8-2-19__
Date

_Michell A Biard_ P39145
Judge (formal proceedings)/Register (informal proceedings)   Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

| Jonathan M. Ashton | P78732 |
|---|---|
| Attorney name (type or print) | Bar no. |
| 3516 Granite Circle | |
| Address | |
| Toledo OH 43617 | 419-843-2001 |
| City, state, zip | Telephone no. |

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

8/2/19
Date

_signature_
Deputy register

Do not write below this line - For court use only

MCL 700.3103, MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,
PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE      MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

**The following provisions are mandatory reporting duties specified in Michigan law and Michigan court rules and are not the only duties required of you.** See MCL 700.3701 through MCL 700.3722 for other duties. Your failure to comply may result in the court suspending your powers and appointing a special fiduciary in your place. It may also result in your removal as fiduciary.

- **CONTINUED ADMINISTRATION:** If the estate is not settled within 1 year after the first personal representative's appointment, you must file with the court and send to each interested person a notice that the estate remains under administration, specifying the reasons for the continued administration. You must give this notice within 28 days of the first anniversary of the first personal representative's appointment and all subsequent anniversaries during which the administration remains uncompleted. If such a notice is not received, an interested person may petition the court for a hearing on the necessity for continued administration or for closure of the estate. [MCL 700.3703(4), MCL 700.3951(3), MCR 5.144, MCR 5.307, MCR 5.310]

- **DUTY TO COMPLETE ADMINISTRATION OF ESTATE:** You must complete the administration of the estate and file appropriate closing papers with the court. Failure to do so may result in personal assessment of costs. [MCR 5.310]

- **CHANGE OF ADDRESS:** You are required to inform the court and all interested persons of any change in your address within 7 days of the change.

## Additional Duties for Supervised Administration

If this is a supervised administration, in addition to the above reporting duties, you are also required to prepare and file with this court the following written reports or information.

- **INVENTORY:** You are required to file with the probate court an inventory of the assets of the estate within 91 days of the date your letters of authority are issued or as ordered by the court. You must send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). If the value of any item has been obtained through an appraiser, the inventory should include the appraiser's name and address with the item or items appraised by that appraiser. You must also provide the name and address of each financial institution listed on your inventory at the time the inventory is presented to the court. The address for a financial institution shall be either that of the institution's main headquarters or the branch used most frequently by the personal representative. [MCL 700.3706, MCR 5.307, MCR 5.310(E)]

- **ACCOUNTS:** You are required to file with this court once a year, either on the anniversary date that your letters of authority were issued or on another date you choose (you must notify the court of this date) or more often if the court directs, a complete itemized accounting of your administration of the estate. This itemized accounting must show in detail all income and disbursements and the remaining property, together with the form of the property. Subsequent annual and final accountings must be filed within 56 days following the close of the accounting period. When the estate is ready for closing, you are also required to file a final account with a description of property remaining in the estate. All accounts must be served on the required persons at the same time they are filed with the court, along with proof of service.

- **ESTATE (OR INHERITANCE) TAX INFORMATION:** You are required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

## Additional Duties for Unsupervised Administration

If this is an unsupervised administration, in addition to the above reporting duties, you are also required to prepare and provide to all interested persons the following written reports or information.

- **INVENTORY:** You are required to prepare an inventory of the assets of the estate within 91 days from the date your letters of authority are issued and to send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). You are required within 91 days from the date your letters of authority are issued, to submit to the court the information necessary to calculate the probate inventory fee that you must pay to the probate court. You may use the original inventory for this purpose. [MCL 700.3706, MCR 5.307]

- **ESTATE (OR INHERITANCE) TAX INFORMATION:** You may be required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

Approved, SCAO                                                                                              OSM CODE: SPO, OAF

| STATE OF MICHIGAN PROBATE COURT | ORDER | FILE NO. |
|---|---|---|
| Hillsdale COUNTY ☑ CIRCUIT COURT - FAMILY DIVISION | APPOINTING SPECIAL FIDUCIARY ☐ SUSPENDING POWERS OF FIDUCIARY | 19-36250 DE |

In the matter of __Estate of Raymond Edwin Barker__

1. Date of entry: _____ Judge: _____

                                                                                                    Bar no.

**THE COURT FINDS:**

2. _____ , fiduciary in this matter, has:
   Name

   ☐ failed to file an inventory;
   ☐ failed to file an account;
   ☐ failed to file a report of guardian on condition of ward;
   ☐ failed to file a notice of continued administration or a paper required to close the estate;
   ☐ _____

☑ 3. Prompt and proper administration of the estate requires the appointment of a special fiduciary because:

   to protect the Estate of the decedent due to a pending Civil case-
   US District Court of Louisiana, Eastern District Case No. 2:17-cv-6560 MDL No. 14-02592 Baker v. Janssen
   Research & Development

☐ 4. There is no qualified, suitable individual willing to act as special fiduciary and the appointment of a professional guardian/conservator as special fiduciary is in the best interest of the ward. A bond must be filed.

**IT IS ORDERED:**

☐ 5. The powers of the fiduciary are suspended.

☑ 6. __Troy E. Barker__ , whose address and telephone number are:
   Name

   | 30 Glendale Ave | Hillsdale | MI | 49242 | 517-610-5747 |
   |---|---|---|---|---|
   | Address | City | State | Zip | Telephone no. |

   is appointed special fiduciary and shall  ☐ give bond in the amount of $ _____ .  The duties of the special
                                            ☑ file an acceptance of appointment.

   fiduciary are: __complete the settlement paperwork and process in MDL No. 14-02592 Baker v. Janssen Research &__
                                                                                                      Development

   ☐ A petition to remove the fiduciary has not been filed. The special fiduciary must file this petition.

☐ 7. There is no person available to act as fiduciary so the powers of _____
                                                                           Name

   as _____ are suspended until further order of this court. Interested persons may petition
      Title

   for removal of the fiduciary and appointment of a successor.   ☐ The estate administration is closed.

☐ 8. Within 28 days the suspended fiduciary shall file an account with this court and serve it on the interested persons.

                                                        _Mitchell D. Birch_
                                                        Judge

Do not write below this line - For court use only

Copies mailed to:
   Fiduciary
   Attorney of record                        A True Copy
   All interested persons of record
   Sureties
                                             By _Gwen Denton_
Date _____                         Register

By _____

                                                                    MCL 700.1309, MCR 5.203(D), MCR 5.204

**PC 602** (9/02) **ORDER APPOINTING SPECIAL FIDUCIARY AND/OR SUSPENDING POWERS OF FIDUCIARY**

Approved, SCAO  JIS CODE: WAC

| STATE OF MICHIGAN PROBATE COURT Hillsdale COUNTY | WAIVER/CONSENT | FILE NO. 19-36250 PE |
|---|---|---|

In the matter of __Estate of Raymond Edwin Barker__

1. I am interested in the matter as __Applicant for Special Personal Representative and Personal Representative__.

☑ 2. I waive notice of the hearing and consent to the application/petition for __Troy E. Barker's Petition for Appointment of Special Representative and Petition for Appointment for Personal Representative. I further, withdraw my application for appointment as Special Personal Representative and my application for Appointment as Personal Representative.__
   Nature of application/petition and name of applicant/petitioner

_____, and I declare that I have received a copy of this application/petition.

☑ 3. I waive notice of the hearing concerning __Troy E. Barker's Petition for Appointment of Special Representative__
   Nature of hearing   and Petition for Personal Representative.

8-2-2019
Date
Elizabeth Barker
Signature

| Jonathan M. Ashton | P76732 | Elizabeth Barker | |
|---|---|---|---|
| Attorney name (type or print) | Bar no. | Name (type or print) | |
| 3516 Granite Circle | | 2180 E. Montgomery Rd | |
| Address | | Address | |
| Toledo OH 43617 | 419-843-2001 | Hillsdale MI 49242 | 517-554-8828 |
| City, state, zip | Telephone no. | City, state, zip | Telephone no. |

2019 AUG -2 P 4: 19

NOTE: Do not use for waivers pursuant to MCL 700.3310.

———————————————————————————————————————————
Do not write below this line - For court use only

PC 561 (9/07) WAIVER/CONSENT    MCL 700.1402, MCR 5.104(B)