## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2592 SECTION: L |
| ) ) ) ) ) | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: KATHRYN A. HOLMQUIST Civil Action No.: 2:16-cv-17732 | |

## **MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Donnie L. Holmquist on behalf of his deceased mother, Kathryn A. Holmquist.

1. Kathryn A. Holmquist filed a products liability lawsuit against the defendants on December 22, 2016.

2. On June 24, 2018, Kathryn A. Holmquist died.

3. Kathryn A. Holmquist's products liability action against defendants survived her death and was not extinguished.

4. Donnie L. Holmquist, surviving son and Representative of Kathryn A. Holmquist's estate, is a proper party to substitute for plaintiff-decedent Kathryn A. Holmquist and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Donnie L. Holmquist requests that this Court grant his request for substitution as plaintiff in this action.

This 8th day of August, 2019.

By:    */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2