UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  ) ) ) ) THIS DOCUMENT RELATES TO: ) CURTIS R. IRWIN and SHIRLEY A. IRWIN ) Civil Action No.: 2:16-cv-15492 ) | MDL No. 2592  SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Shirley A. Irwin on behalf of her deceased husband, Curtis R. Irwin.

1. Curtis R. Irwin and Shirley A. Irwin filed a products liability lawsuit against the defendants on October 13, 2016.

2. On April 1, 2019, Curtis R. Irwin died.

3. Curtis R. Irwin's products liability action against defendants survived his death and was not extinguished.

4. Shirley A. Irwin, surviving spouse and Representative of Curtis R. Irwin's estate, is a proper party to substitute for plaintiff-decedent Curtis R. Irwin and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Shirley A. Irwin requests that this Court grant her request for substitution as plaintiff in this action.

This 8th day of August, 2019.

By: */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:               (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**