## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: PRISCILLA LAMAR Civil Action No.: 2:16-cv-12556 | ) ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Priscilla Ann Lamar on behalf of her deceased mother, Priscilla Lamar.

1. Priscilla Lamar filed a products liability lawsuit against the defendants on July 8, 2016.

2. On February 26, 2019, Priscilla Lamar died.

3. Priscilla Lamar's products liability action against defendants survived her death and was not extinguished.

4. Priscilla Ann Lamar, daughter and Representative of Priscilla Lamar's estate, is a proper party to substitute for plaintiff-decedent Priscilla Lamar and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Priscilla Ann Lamar requests that this Court grant her request for substitution as plaintiff in this action.

This 8th day of August, 2019.

                    By:   */s/ Alexandra V. Boone*
                              **LES WEISBROD**
                              Texas Bar No. 21104900
                              **ALEXANDRA V. BOONE**
                              Texas Bar No. 00795259
                              **MILLER WEISBROD LLP**
                              11551 Forest Central Drive, Suite 300
                              Dallas, Texas 75243
                              Telephone:    (214) 987-0005
                              Fax:            (214) 987-2545
                              E-Mail: lweisbrod@millerweisbrod.com

                              **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                              */s/Alexandra V. Boone*
                              **ALEXANDRA V. BOONE**