UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT DAVIS | JUDGE: ELDON E. FALLON |
| Civil Action No. 2:15-cv-04736 | MAG. JUDGE MICHAEL NORTH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed R. Civil P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**SANDERS PHILLIPS GROSSMAN, LLC**

By: /s/ Randi Kassan
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
rkassan@thesandersfirm.com

*Attorneys for Plaintiff*

Dated: 8/9/19

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
P: (973) 549-7000
Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson*

Dated: 8/9/19

**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer
HealthCare Pharmaceuticals Inc. and
Bayer Pharma AG*

Dated: 8/9/19
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
P: (504) 310-2100
kmoore@irwinllc.com

*Liaison Counsel for Defendants*

Dated: 8/9/19