## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| *Edward Ryan v. Janssen Research &* | * | |
| *Development LLC, et al.* | * | **MAGISTRATE JUDGE NORTH** |
| **Case No. 2:18-cv-05327** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Mary Esther Ryan, who respectfully moves this Court for an order substituting Mary Esther Ryan as party plaintiff for Edward Ryan, her deceased husband for the following reasons:

1.

The above captioned lawsuit was filed on May 25, 2018 on behalf of Edward Ryan.

2.

Edward Ryan passed away on July 11, 2018 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Mary Esther Ryan on August 9, 2019 (Exhibit 1).

3.

Mary Esther Ryan, as the surviving spouse of Edward Ryan, is a proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Mary Esther Ryan has the proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Mary Esther Ryan respectfully requests that she be substituted as party plaintiff on behalf of Edward Ryan, her deceased husband.

Dated: August 9, 2019                              Respectfully submitted,

/s/ M. Palmer Lambert
Gerald E. Meunier (#9471)
M. Palmer Lambert (#33228)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ M. Palmer Lambert
M. PALMER LAMBERT