# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE ELDON E. FALLON |
| *Edward Ryan v. Janssen Research & Development LLC, et al.* Case No. 2:18-cv-05327 | * * * * | MAGISTRATE JUDGE NORTH |

*******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Mary Esther Ryan, as the legal successor of Edward Ryan, be substituted as party plaintiff on behalf of Edward Ryan.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**JUDGE**