UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Brenda Hensley,<br><br>              Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br><br><br>              Defendants,<br><br>**This Document Relates to:**<br>**No: 2:15-cv-02379** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

      Pursuant to Fed. R. Civ. P. 25, Counsel for Plaintiff Brenda Hensley respectfully notifies this Honorable Court and Defendants that Plaintiff Brenda Hensley has died. Counsel for Plaintiff Brenda Hensley has had ongoing communications to client via mail without returned mail during the pendency of this litigation. Upon the settlement announcement, we again reached out to the client several times via mail, email and phone but did not receive any response or return of materials. Upon investigation and attempts to reach family members identified in her Plaintiff Fact Sheet we were able to locate an obituary for Plaintiff Brenda Hensley indicating she died in Arizona on August 28, 2016. As of today's date we have been unsuccessful in receiving any response from identified family members.

Dated: August 9, 2019                          Respectfully Submitted,

By: /s/ <u>Lisa A. Gorshe, Esq.</u>
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on August 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Lisa A. Gorshe, Esq.
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com
*Counsel for Plaintiff*