# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| George Mixon,<br><br>     Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT  LLC, et al<br><br><br>     Defendants,<br><br>**This Document Relates to:**<br>**No: 2:16-cv-11011** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

  Pursuant to Fed. R. Civ. P. 25, Counsel for Plaintiff George Mixon respectfully notifies this Honorable Court and Defendants that Plaintiff George Mixon has died.  Counsel for Plaintiff George Mixon received mail, originally postmarked dated August 29, 2017, as "Return to Sender Not Deliverable As Addressed Unable to Forward-Return to Sender. He passed away".  Counsel for Plaintiff George Mixon attempted to reach out to him through his emergency contact information over the past several years in order to confirm a location and date of death but was unsuccessful.  We were finally able to reach a neighbor that was able to confirm he died in Gary, Indiana although they could not confirm the date. We have been unsuccessful on attempts to locate the obituary or any family members.

Dated: August 9, 2019                                    Respectfully Submitted,

By: /s/ *Lisa A. Gorshe, Esq.*
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Lisa A Gorshe, certify that on August 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *Lisa A. Gorshe, Esq.*
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*