UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Raffaela Debartoli v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-5429

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14461, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Anthony Debartoli, surviving son of Raffaela Debartoli, is substituted for Plaintiff Raffaela Debartoli as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 7th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE