UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SYBIL VINSON,** | ) | **MDL. NO 2591** |
| | ) | |
| **Plaintiff,** | ) | **SECTION: L** |
| | ) | |
| v. | ) | **JUDGE: ELDON E. FALLON** |
| | ) | |
| **JANSSEN RESEARCH & DEVELOPMENT** | ) | **MAG. JUDGE MICHAEL NORTH** |
| **LLF f/k/a JOHNSON AND JOHNSON** | ) | |
| **PHARMACEUTICAL RESEARCH AND** | ) | |
| **DEVELOPMENT LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **Plaintiff: Sybil Vinson,** | ) | |
| **Case No. 2:19-cv-08884** | ) | |

## PLAINTIFF'S VOULUNTARY DISMSSAL

Plaintiff Sybil Vinson hereby voluntarily dismisses her cause of action against Defendants without prejudice pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i). Each part shall bear its own cost incurred.

Respectfully submitted,

**DICKERSON OXTON, LLC**

/s/ *Chelsea Dickerson*_____
Chelsea Oxton Dickerson, MO#63374
DICKERSON OXTON, LLC
1200 Main Street, Suite 2120
Kansas City, MO 64105
Phone: (816) 268-1960
Fax: (816) 268-1965
cdickerson@dickersonoxton.com
*ATTORNEY FOR PLAINTIFF*