UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: HARRY L. LAMM Civil Action No.: 2:16-cv-15716 | ) ) ) |

## NOTICE AND SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff Harry L. Lamm, notes the death during the pendency of this action of Plaintiff Harry L. Lamm. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Geraldine L. Heenan and Harry L. Lamm, Jr., who are surviving heirs and Co-Executors of Plaintiff Harry L. Lamm's estate.

This 9th day of August, 2019.

By: */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**