# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: HARRY L. LAMM Civil Action No.: 2:16-cv-15716 | ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Co-Executors Geraldine L. Heenan and Harry L. Lamm, Jr. on behalf of their deceased father, Harry L. Lamm.

1. Harry L. Lamm filed a products liability lawsuit against the defendants on October 20, 2016.

2. On February 21, 2018, Harry L. Lamm died.

3. Harry L. Lamm's products liability action against defendants survived his death and was not extinguished.

4. Co-Executors of Harry L. Lamm's estate, Geraldine L. Heenan and Harry L. Lamm, Jr., are proper parties to substitute for plaintiff-decedent Harry L. Lamm and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Geraldine L. Heenan and Harry L. Lamm request that this Court grant their request for substitution as plaintiffs in this action.

This 9th day of August, 2019.

By:   */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**