**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) HARRY L. LAMM ) Civil Action No.: 2:16-cv-15716 ) ) | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |

**ORDER ON MOTION TO SUBSTITUTE PARTY**

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED

2. Co-Executors of HARRY L. LAMM'S estate, GERALDINE L. HEENAN AND HARRY L. LAMM, JR., are substituted as Plaintiffs in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____
JUDGE ELDON E. FALLON