# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: RALPH J. MASSETT Civil Action No.: 2:16-cv-01689 | ) ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Susan Massett on behalf of her deceased spouse, Ralph J. Massett.

1. Ralph J. Massett filed a products liability lawsuit against the defendants on February 19, 2016.

2. On December 11, 2016, Ralph J. Massett died.

3. Ralph J. Massett's products liability action against defendants survived his death and was not extinguished.

4. Susan Massett, surviving spouse and Representative of Ralph J. Massett's estate, is a proper party to substitute for plaintiff-decedent Ralph J. Massett and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Susan Massett requests that this Court grant her request for substitution as plaintiff in this action.

This 9th day of August, 2019.

By:  */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:  (214) 987-0005
Fax:  (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2