# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )  MDL No. 2592 )  )  SECTION: L )  JUDGE ELDON E. FALLON )  MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: JACKSON NEIL MCGEE Civil Action No.: 2:15-cv-01909 | ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Doris A. McGee on behalf of her deceased spouse, Jackson Neil McGee.

1. Jackson Neil McGee filed a products liability lawsuit against the defendants on June 4, 2015.

2. On April 6, 2017, Jackson Neil McGee died.

3. Jackson Neil McGee's products liability action against defendants survived his death and was not extinguished.

4. Doris A. McGee, surviving spouse and Representative of Jackson Neil McGee's estate, is a proper party to substitute for plaintiff-decedent Jackson Neil McGee and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Doris A. McGee requests that this Court grant her request for substitution as plaintiff in this action.

This 10th day of August, 2019.

|  |  |
|---|---|
| By: | */s/ Alexandra V. Boone* |
|  | **LES WEISBROD** |
|  | Texas Bar No. 21104900 |
|  | **ALEXANDRA V. BOONE** |
|  | Texas Bar No. 00795259 |
|  | **MILLER WEISBROD LLP** |
|  | 11551 Forest Central Drive, Suite 300 |
|  | Dallas, Texas  75243 |
|  | Telephone:     (214) 987-0005 |
|  | Fax:               (214) 987-2545 |
|  | E-Mail:  lweisbrod@millerweisbrod.com |

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2