UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>WALTER ORSBORNE and BONNIE ORSBORNE<br>Civil Action No.: 2:15-cv-02099 | ) MDL No. 2592<br>)<br>) SECTION: L<br>) JUDGE ELDON E. FALLON<br>) MAGISTRATE JUDGE NORTH<br>)<br>) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Bonnie Orsborne on behalf of her deceased husband, Walter Orsborne.

1. Walter Orsborne and Bonnie Orsborne filed a products liability lawsuit against the defendants on June 4, 2015.

2. On January 25, 2016, Walter Orsborne died.

3. Walter Orsborne's products liability action against defendants survived his death and was not extinguished.

4. Bonnie Orsborne, surviving spouse and Representative of Walter Orsborne's estate, is a proper party to substitute for plaintiff-decedent Walter Orsborne and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Bonnie Orsborne requests that this Court grant her request for substitution as plaintiff in this action.

This 10th day of August, 2019.

By:    */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**