**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | ) | MAGISTRATE JUDGE NORTH |
| URBANO PACINI and DEANNA PACINI | ) | |
| Civil Action No.: 2:15-cv-02135 | ) | |

## NOTICE AND SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiffs Urbano Pacini and Deanna Pacini, notes the death during the pendency of this action of Plaintiff Urbano Pacini. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Deanna Pacini, who is a surviving heir and representative of Plaintiff Urbano Pacini's estate.

This 12th day of August, 2019.

By:     */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:               (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**