UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> URBANO PACINI and DEANNA PACINI <br> Civil Action No.: 2:15-cv-02135 | ) MDL No. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE ELDON E. FALLON <br> ) MAGISTRATE JUDGE NORTH <br> ) <br> ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Deana Pacini on behalf of her deceased husband, Urbano Pacini.

1. Urbano Pacini and Deanna Pacini filed a products liability lawsuit against the defendants on June 4, 2015.

2. On October 26, 2018, Urbano Pacini died.

3. Urbano Pacini's products liability action against defendants survived his death and was not extinguished.

4. Deanna Pacini, surviving spouse and Representative of Urbano Pacini's estate, is a proper party to substitute for plaintiff-decedent Urbano Pacini and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Deanna Pacini requests that this Court grant her request for substitution as plaintiff in this action.

This 12th day of August, 2019.

By:    */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:                 (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2