# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: HENRY V. ROSSETTI Civil Action No.: 2:16-cv-13946 | ) MAGISTRATE JUDGE NORTH ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Michael H. Rossetti, Executor of the Estate of his deceased father, for Plaintiff Henry V. Rossetti.

1. Henry V. Rossetti filed a products liability lawsuit against the defendants on August 18, 2016.

2. On August 1, 2017, Henry V. Rossetti died.

3. Henry V. Rossetti's products liability action against defendants survived his death and was not extinguished.

4. Executor of Henry V. Rossetti's estate, Michael H. Rossetti, is a proper party to substitute for plaintiff-decedent Henry V. Rossetti and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Michael H. Rossetti requests that this Court grant his request for substitution as plaintiff in this action.

This 12th day of August, 2019.

By:   */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2