**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> MICHAEL SIKORSKI <br> Civil Action No.: 2:16-cv-01759 | |

**NOTICE AND SUGGESTION OF DEATH**

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff Michael Sikorski, notes the death during the pendency of this action of Plaintiff Michael Sikorski. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Denise Ketchmark as Successor Trustee of The Sikorski Trust No. 1 which controls the Estate of Plaintiff Michael Sikorski.

This 12th day of August, 2019.

By:  */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**