**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )  MDL No. 2592 |
| | ) |
| | )  SECTION: L |
| | )  JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | )  MAGISTRATE JUDGE NORTH |
| MICHAEL SIKORSKI | ) |
| Civil Action No.: 2:16-cv-01759 | ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Denise Ketchmark as Successor Trustee of The Sikorski Trust No. 1 which controls the Estate of Plaintiff Michael Sikorski, for Plaintiff Michael Sikorski.

1. Michael Sikorski filed a products liability lawsuit against the defendants on February 19, 2016.

2. On August 28, 2016, Michael Sikorski died.

3. Michael Sikorski's products liability action against defendants survived his death and was not extinguished.

4. Denise Ketchmark as Successor Trustee of The Sikorski Trust No. 1 which controls the Estate of Plaintiff Michael Sikorski, is a proper party to substitute for plaintiff-decedent Michael Sikorski and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Denise Ketchmark as Successor Trustee of The Sikorski Trust No. 1 requests that this Court grant her request for substitution as plaintiff in this action.

This 12th day of August, 2019.

By:    */s/ Alexandra V. Boone*
       **LES WEISBROD**
       Texas Bar No. 21104900
       **ALEXANDRA V. BOONE**
       Texas Bar No. 00795259
       **MILLER WEISBROD LLP**
       11551 Forest Central Drive, Suite 300
       Dallas, Texas  75243
       Telephone:    (214) 987-0005
       Fax:          (214) 987-2545
       E-Mail:  lweisbrod@millerweisbrod.com

       **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

       */s/Alexandra V. Boone*
       **ALEXANDRA V. BOONE**

2