UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Darcus Martin v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-04429

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14587, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff John Martin, surviving son of Darcus Martin, is substituted for Plaintiff Darcus Martin as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE