AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Dennis Garcia ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   2:19-cv-08073-EEF-MBN |
| Janssen Research & Development LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dennis Garcia

Date:     07/31/2019

*Attorney's signature*

Michael D. Wolff, Esq.
*Printed name and bar number*

Law Offices of Sobo & Sobo, LLP
One Dolson Avenue
Middletown, New York 10940
*Address*

mwolff@sobolaw.com
*E-mail address*

(845) 343-7626
*Telephone number*

(845) 343-0929
*FAX number*