UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Andrew Nabutovsky v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-08735

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 14508, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Bella Nabutovsky, on behalf of the Estate of Andrew

Nabutovsky, is substituted for Plaintiff Andrew Nabutovsky as the proper party plaintiff in the

above captioned case.

New Orleans, Louisiana, this 5th day of August, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE