**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sharon Thames, o/b/o the Estate of Shirley Jenkins v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-03722

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 14551, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Murray Jenkins, surviving spouse of Shirley Jenkins, is

substituted for Plaintiff Shirley Jenkins as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE