UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            MDL NO. 2592
PRODUCTS LIABILITY LITIGATION
                                        SECTION L

                                        JUDGE ELDON E. FALLON

                                        MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Marie Podesta and Harold Podesta v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-07596

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 14557, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Victoria Podesta, surviving daughter of Marie Podesta and

Harold Podesta, is substituted for Plaintiffs Marie Podesta and Harold Podesta as the proper party

plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE