# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: JOHN G. STAFFORD Civil Action No.: 2:15-cv-00513 | ) ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Collette M. Stafford on behalf of her deceased husband, John G. Stafford.

1. John G. Stafford filed a products liability lawsuit against the defendants on January 30, 2015.

2. On February 7, 2017, John G. Stafford died.

3. John G. Stafford's products liability action against defendants survived his death and was not extinguished.

4. Collette M. Stafford, surviving spouse and Representative of John G. Stafford's estate, is a proper party to substitute for plaintiff-decedent John G. Stafford and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Collette M. Stafford requests that this Court grant her request for substitution as plaintiff in this action.

This 13th day of August, 2019.

By:   */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**