UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Susan Forsyth, individually and on behalf of her deceased mother, Mary Kazer v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03641

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14517, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David Forsyth, son-in-law of Susan Forsyth, is substituted for Plaintiff Susan Forsyth as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of August, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT COURT JUDGE