**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DAVID WEBSTER, INDIVIDUALLY AND AS REPRESENTATIVE OF GLENNIS BARKER, DECEASED v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-01960-EEF-MBN**

**PLAINTIFF'S SECOND MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Undersigned counsel, pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Michael Kusuda as Plaintiff, on behalf of the Estate of Glennis Barker, in the above captioned action.

1.   Plaintiff's Complaint was initially filed on our about February 23, 2018 and service was executed thereafter.  (*Robert Baker, Individually and as Representative of Glenis Baker, Deceased*)

2.   Plaintiff's First Amended Complaint was filed on or about June 11, 2018 due to error or omission the Complaint was filed with an inaccuracy in the name of the Plaintiff. (*Robert Barker, Individually and as Representative of Glenis Barker, Deceased*)

3.   Decedent Robert Barker, passed away on June 10, 2018, as reported to the Court in the Notice of Death filed on April 25, 2019.

4.   On May 20, 2019, Plaintiff's counsel moved to substitute David Webster, surviving nephew of Glennis Barker, for plaintiff-decedent Glennis Barker

pursuant to Fed. R. Civ. P. 25(a)(1).  That motion was granted by the Court on May 24, 2019.

5.      Plaintiff's counsel subsequently learned that the decedent Glennis Barker named two successor trustees, not only properly substituted party plaintiff, David Webster, but also named Michael Kusuda as successor trustee.

WHEREFORE, counsel for Plaintiff respectfully requests that this court grant this request for the substitution of previously named David Webster and Michael Kusuda as Plaintiffs in this cause of action.

Dated: August 13, 2019                      Respectfully submitted,

                                            **WATTS GUERRA LLP**

                                             */s/ Ryan L. Thompson*_____
                                            Ryan L. Thompson
                                            TX State Bar No. 24046969
                                            5726 W. Hausman Rd., Suite 119
                                            San Antonio, TX 78249
                                            rlt-bulk@wattsguerra.com
                                            (210) 448-0500
                                            (210) 448-0501 (Fax)

                                            *Attorney for the Plaintiff*

### CERTIFICATE OF SERVICE

The hereby certify that on August 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ Ryan L. Thompson*_____
                                            Ryan L. Thompson