UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DAVID WEBSTER, INDIVIDUALLY AND AS REPRESENTATIVE OF GLENNIS BARKER, DECEASED v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-01960-EEF-MBN**

## ORDER

The Court, after considering the Plaintiff's Second Motion for Substitution of Proper Party as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiffs, previously named David Webster and Michael Kusuda, are substituted as Plaintiffs in the above-captioned lawsuit.

Signed, this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge