# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )  MDL No. 2592<br>)<br>)  SECTION: L<br>)  JUDGE ELDON E. FALLON<br>)  MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>CAROL URIG<br>Civil Action No.: 2:16-cv-01196 | )<br>) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Cynthia L. Watkins on behalf of her deceased mother, Carol Urig.

1. Carol Urig filed a products liability lawsuit against the defendants on January 27, 2016.

2. On June 4, 2019, Carol Urig died.

3. Carol Urig's products liability action against defendants survived her death and was not extinguished.

4. Cynthia L. Watkins, Executor of Carol Urig's estate, is a proper party to substitute for plaintiff-decedent Carol Urig and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Cynthia L. Watkins requests that this Court grant her request for substitution as plaintiff in this action.

This 14th day of August, 2019.

By:   */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2