UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: BEVERLY TABRON Civil Action No. 2:17-cv-08210 | ) SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **JAMES, VERNON & WEEKS, P.A.**<br><br>By: /s/ *[signature]*<br>Wes S. Larsen<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814<br>Telephone: (208) 667-0683<br>wes@jvwlaw.net<br><br>Attorneys for Plaintiffs<br><br>Dated: August 14, 2019 | **DRINKER BIDDLE & REATH LLP**<br><br>By: /s/Susan M. Sharko<br>  Susan M. Sharko<br>  600 Campus Dr.<br>  Florham Park, NJ 07932<br>  Telephone: (973) 549-7000<br>  susan.sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC<br><br>Dated: August 14, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew K. Solow<br>  Andrew K. Solow<br>  250 West 55th Street<br>  New York, New York 10019-9710<br>  Telephone: (212) 836-8000<br>  Facsimile: (212) 836-8689<br>  William Hoffman<br>  601 Massachusetts Ave., NW<br>  Washington, D.C. 20001<br>  Telephone: (202) 942-5000<br>  Facsimile: (202) 942-5999<br>  andrew.solow@arnoldporter.com<br>  william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: August 14, 2019<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br><br>By: /s/ Kim E. Moore<br>  Kim E. Moore<br>  400 Poydras St., Ste, 2700<br>  New Orleans, LA 70130<br>  Telephone: (504) 310-2100<br>  kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on   August 14   , 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/   Wes S. Larsen