UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| _____ | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| **ISAAC ABECKJERR**<br>Civil Action No.: **2:15-cv-4649** | MAGISTRATE JUDGE NORTH |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

parties, pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned

case can be dismissed with prejudice against all Defendants in this action, each party to

bear its own fees and costs.

(SIGNATURES ON NEXT PAGE)

**DIEZ-ARGUELLES & TEJEDOR, P.A.**
By: */s/ Carlos Diez-Arguelles*
Carlos Diez-Arguelles, Esq.
505 North Mills Avenue
Orlando, Florida 32803
407-705-2880
Attorney for Plaintiff
Florida Bar No:
mail@theorlandolawyers.com

Plaintiff Attorney

Date: August 14, 2019

**DRINKER BIDDLE & REATH, LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko, Esq.
600 Campus Dr.
Florham Park, NJ 07932
973-549-7000
Susan.sharko@dbr.com

Attorney for Defendants Janssen Pharmaceuticals, Inc.,
Johnson & Johnson, Janssen Research & Development, LLC,
And Janssen Ortho LLC

Date: August 14, 2019

**ARNOLD & PORTER KAYE SCHOLER, LLP**
By: */s/ Andrew K. Solow*
Andrew K. Solow, Esq.
250 W. 55th St.
New York, NY 10019-9710
T: 212-836-8000
F: 212-836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
T: 202-942-5000
F: 202-942-5999
Andrew.solow@arnoldporter.com
William.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Date: August 14, 2019

**IRWIN FREICHIE URQUHART & MOORE, LLC**
By: */s/ Kim E. Moore*
Kim E. Moore, Esq.
400 Poydras St.
Ste. 2700
New Orleans, LA 70130
504-310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Date: August 14, 2019