UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Loretta Kurcin v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-06829

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14615, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Margaret Johnson, surviving heir and Representative of the Estate of Loretta Kurcin, is substituted for Plaintiff Loretta Kurcin as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE