UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON D. FALLON |
| | MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joe W. Collins and Shirley Collins v. Janssen Research & Development, LLC, et al.*
Case No. 2:17-cv-06597

## ORDER

Considering Plaintiff Joe W. Collins' Unopposed Motion to Dismiss with Prejudice claims against all named Defendants, **R. Doc.** 14562;

**IT IS HEREBY ORDERED** that consortium Plaintiff Shirley Collins' claims against all named Defendants are dismissed with prejudice. Plaintiff Joe W. Collins remains in this action and will continue to prosecute claims against all named Defendants.

This 9th day of ___August___, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE