**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE ELDON E. FALLON |
| JESSIE JAMES HILTON, AS | ) | |
| INDEPENDENT EXECUTOR OF THE | ) | MAGISTRATE JUDGE NORTH |
| ESTATE OF SHIRLEY MAY HILTON | ) | |
| **Civil Action No. 2:15-cv-6950** | ) | |

<u>**ORDER**</u>

This matter comes before the Court on the plaintiff's Ex Parte Motion to Withdraw Documents, R. Doc. 14458. Accordingly;

**IT IS ORDERED** that the following document shall be withdrawn from the docket.

Doc No. 13782    *filed June 18, 2019*    Civil Action No. 2:15-cv-6950

New Orleans, Louisiana this _____7th_____ day of _____August_____, _____2019_____.

_____
United States District Judge