UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Paul M. Markham and Cathy Markham **Case No.: 2:19-cv-00762** | * * * | |

## **ORDER**

This matter come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Document, R. Doc. 14592. Accordingly;

IT IS ORDERED that the following document be withdrawn from the docket.

Doc. No. **14045**  *filed July 8, 2019*  Paul Markham, et al. Case No. 2:19-cv-00762

New Orleans, Louisiana this   9th   day of   August  ,  2019  .

Eldon E. Fallon
United States District Judge