UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

JULI ANN CHAPPELL, and
RICHARD CHAPPELL

**Civil Action No. 2:16-cv-00172-EEF-MBN**

## SUGGESTION OF DEATH

    Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff, Juli Ann Chappell on June 20, 2019.

Dated: August 14, 2019.

                                **WIGGINS, CHILDS PANTAZIS, FISHER, & GOLDFARB, LLC**

                                BY: /s/ Patrick L. Pantazis
                                     Patrick L. Pantazis
                                     Dennis G. Pantazis
                                     D.G. Pantazis, Jr.
                                     **Wiggins, Childs, Pantazis, Fisher, Goldfarb, LLC**
                                     The Kress Building
                                     301 19th Street North
                                     Birmingham, Alabama 35203
                                     Telephone: 205-314-0500
                                     Email: dgp@wigginschilds.com

                                     Robert M. Foote
                                     Kevin Noll
                                     Foote, Mielke', Chavez & O'Neil, LLC
                                     10 West State Street
                                     Suite #200

Geneva, Illinois 60134
Tel. No. 630-232-7450
Email: rmf@fmcolaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Suggestion of Death has been filed and served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 14th day of August 2019.

*/s/Patrick L. Pantazis*