UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Finkenbinder v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-2601

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 14626, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Frances Kinkenbinder, surviving spouse of Kermit

Finkenbinder, is substituted for Plaintiff Kermit Finkenbinder as the proper party plaintiff in the

above captioned case.

New Orleans, Louisiana, this 7th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE