UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*CLARENCE JACKSON v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-02119-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Clarence Jackson, by and through the undersigned counsel of record, moves this Court for an Order substituting Marvin Jackson on behalf of decedent Clarence Jackson. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Clarence Jackson filed this present action on February 26, 2016.

2. Clarence Jackson died on January 4, 2017.

3. On June 27, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Marvin Jackson, surviving grandson of Clarence Jackson, is a proper party to substitute for plaintiff-decedent Clarence Jackson and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Marvin Jackson, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: August 14, 2019                     Respectfully submitted,

                                            **WATTS GUERRA LLP**

                                            */s/ Ryan L. Thompson*
                                            Ryan L. Thompson
                                            TX State Bar No. 24046969
                                            5726 W. Hausman Rd., Suite 119
                                            San Antonio, TX 78249
                                            rthompson@wattsguerra.com
                                            (210) 448-0500
                                            (210) 448-0501 (Fax)

                                            *Attorney for the Plaintiff*


## **CERTIFICATE OF SERVICE**

The hereby certify that on August 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


                                            */s/ Ryan L. Thompson*
                                            Ryan L. Thompson