UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**JULI ANN CHAPPELL, and**
**RICHARD CHAPPELL**               Civil Action No. 2:16-cv-00172-EEF-MBN

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW, Richard Chappell thorough undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and hereby files this Motion for Substitution of Party Plaintiff. Richard Chappell is the surviving spouse of Plaintiff Juli Ann Chappell and has been appointed Executor for the Estate of Juli Ann Chappell. Richard Chappell, as executor for the Estate of Juli Ann Chappell respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of Juli Ann Chappell.

1. Plaintiff, Juli Ann Chappell filed a lawsuit against Defendants on January 1, 2016.

2. Subsequently, Plaintiff's counsel was informed that Juli Ann Chappell passed away on June 20, 2019.

3. Plaintiff-Decedent's claims against Defendants survived her death and are not extinguished.

4. Counsel filed a Suggestion of Death on August 14, 2019, attached hereto as Exhibit A.

5. Richard Chappell, surviving spouse and executor for the Estate of Juli Ann Chappell is the proper party to substitute for plaintiff-decedent Juli Ann Chappell and therefore has proper capacity to proceed forward with the lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1).

WHEREFORE, counsel for Plaintiff request that this Court grant this request to substitute party plaintiff in this Action.

Dated: August 15, 2019.

        **WIGGINS, CHILDS PANTAZIS, FISHER, & GOLDFARB, LLC**

        BY: /s/ Patrick L. Pantazis
           Patrick L. Pantazis
           Dennis G. Pantazis
           D.G. Pantazis, Jr.
           **Wiggins, Childs, Pantazis, Fisher, Goldfarb, LLC**
           The Kress Building
           301 19th Street North
           Birmingham, Alabama 35203
           Telephone: 205-314-0500
           Email: dgp@wigginschilds.com

           Robert M. Foote
           Kevin Noll
           Foote, Mielke', Chavez & O'Neil, LLC
           10 West State Street
           Suite #200
           Geneva, Illinois 60134
           Tel. No. 630-232-7450
           Email: rmf@fmcolaw.com

           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Suggestion of Death has been filed and served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    This the 15th day of August 2019.

                                                                              */s/Patrick L. Pantazis*