UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

JULI ANN CHAPPELL, and
RICHARD CHAPPELL　　　　　　　　　Civil Action No. 2:16-cv-00172-EEF-MBN

## ORDER

　　　IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Richard Chappell the surviving spouse and Executor for the Estate of Juli Ann Chappell, as the Plaintiff in the action is HEREBY GRANTED.

　　New Orleans, Louisiana this _____ day of _____, 2019.


　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE