# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL NO. 2592 )  <br>) SECTION: L  <br>) |
| PRODUCTS LIABILITY LITIGATION | ) JUDGE ELDON E. FALLON )  <br>) MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**MARY HOLADAY v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-01457

## NOTICE OF SUBMISSION OF MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and file this Notice of Submission of Motion for Voluntary Dismissal With Prejudice before the Honorable Eldon E. Fallon.

Respectfully submitted this 15th day of August, 2019.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**

*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**