**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| | ) | **SECTION: L** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

**MARY HOLADAY v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-01457**

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DMISSAL WITH PREJUDICE

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff, **MARY HOLADAY**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Federal Rule of Civil Procedure 4l(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff, **MARY HOLADAY**, passed away on August 17, 2017 and the Next Of Kin does not wish to be substituted on her behalf.

Undersigned Counsel, respectfully requests this Honorable Court grant this Motion for Voluntary Dismissal With Prejudice.

Respectfully submitted this 15ᵗʰ day of August, 2019.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of August, 2019 a true and correct copy of the

foregoing has been submitted to the Clerk of Court for filing and electronic service via the  Court's

CCM/ECF system on all counsel of record.


*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**


*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**