UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Vennie Harris v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-17480

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14668, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Brenda Mangrum, Executor of the Estate of Vennie Harris, is substituted for Plaintiff Vennie Harris as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE