# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| _____ | **SECTION L** |
| THIS DOCUMENT RELATES TO: WALLACE MARTIN | **JUDGE ELDON E. FALLON** |
| Civil Action No. 2:18-cv-08754 | **MAGISTRATE JUDGE NORTH** |

## PROPOSED ORDER

Considering Plaintiffs' Ex Parte Motion to Withdraw Document, R. Doc. 14672.

Accordingly;

**IT IS ORDERED** that the following document shall be withdrawn from the docket:

Doc. No. 14597, filed August 2, 2019, Wallace Martin, Case No. 2:18-cv-08754

New Orleans, Louisiana this  9th  day of  August , 2019 .

_____
Eldon E. Fallon
United States District Judge