### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Pattie Casper v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-12205

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 14660, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Linda Brown, surviving daughter of Pattie Casper, is

substituted for Plaintiff Pattie Casper as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 7th day of August, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE