UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Florence Rasmussen and Ronald Rasmussen v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02705

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14689, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ronald Rasmussen, surviving spouse and Representative of the Estate of Florence Rasmussen, is substituted for Plaintiff Florence Rasmussen as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE