UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| _____ | SECTION L |
| THIS DOCUMENT RELATES TO: ROGER BOMAN, as surviving heir to GERALD BOMAN | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:17-cv-10046 | |

## PROPOSED ORDER

Considering Plaintiffs' Ex Parte Motion to Withdraw Document, R. Doc. 14671.

Accordingly;

**IT IS ORDERED** that the following document shall be withdrawn from the docket:

Doc. No. 14599, filed August 2, 2019, Roger Boman, Case No. 2:17-cv-10046

New Orleans, Louisiana this  9th  day of  August , 2019 .

_____
Eldon E. Fallon
United States District Judge