UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| _____ | SECTION L |
| THIS DOCUMENT RELATES TO: OTILIA NUNEZ, as surviving spouse of LUPE NUNEZ | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:17-cv-01033 | |

## PROPOSED ORDER

Considering Plaintiffs' Ex Parte Motion to Withdraw Document, R. Doc. 14674.

Accordingly;

**IT IS ORDERED** that the following document shall be withdrawn from the docket:

Doc. No. 14595, filed August 2, 2019, Otilia Nunez, Case No. 2:17-cv-01033

New Orleans, Louisiana this 9th day of August, 2019.

_____
Eldon E. Fallon
United States District Judge