UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Lee v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-04779

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party and Amend Complaint, R. Doc. 14734, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Belinda Lee, surviving spouse of James Lee, is substituted for Plaintiff James Lee as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Complaint and caption of the Complaint be amended to correct the proper Plaintiff and to update and include information, allegations, and actions to reflect that Plaintiff James Lee is now deceased.

New Orleans, Louisiana, this 15th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE