UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Launa Dennis v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-6692

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14772, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff June Markum, surviving daughter of Launa Dennis, is substituted for Plaintiff Launa Dennis as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE