UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Teena MacDonald v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-8634

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14709, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Travis C. Gosnell, surviving son and Personal Representative of the Estate of Teena MacDonald, is substituted for Plaintiff Teena MacDonald as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE