UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Raissa Young v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01979

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14791, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Nick Akimoff, surviving sibling of Raissa Young, is substituted for Plaintiff Raissa Young as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE