UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Helen Kunishige v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-02409

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14745, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Norman Kunishige, surviving spouse of Helen Kunishige, is substituted for Plaintiff Helen Kunishige as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE