UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § THIS DOCUMENT RELATES TO: § § The Cases Listed on the attached Exhibit A § § | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Jesse J. Campbell and Tony Seaton, of The Law Offices of Seaton & Bates, PLLC. (Attorneys), notify the Court that Jesse J. Campbell, the Attorney of Record of The Law Offices of Seaton & Bates, recently separated from the firm. Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Jesse J. Campbell and substitution of Tony Seaton of The Law Offices of Seaton & Bates, PLLC in place thereof.

Dated this 15th day of August, 2019.

/s/ Jesse J. Campbell
Jesse J. Campbell

**Law Offices of Seaton & Bates, PLLC**

By: /s/Tony Seaton
Tony Seaton (BPR #7279)
LAW OFFICES OF SEATON & BATES, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967
e-mail: tony@tonyseaton.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Tony Seaton
Tony Seaton

# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Andy Miller | 2:19-cv-04840 |
| Arilla Heaston-Eversley | 2:19-cv-03916 |
| Audrey Singer | 2:19-cv-06687 |
| Bertha Bowen | 2:19-cv-04977 |
| Beryle Eaton | 2:19-cv-03541 |
| Brandon Dawson | 2:19-cv-03693 |
| Charles Oroke | 2:19-cv-04009 |
| Clorinda Montoya | 2:19-cv-08643 |
| Damon Anderson | 2:19-cv-04931 |
| Daniel Yarbrough | 2:19-cv-05281 |
| David Logan | 2:19-cv-04502 |
| Dedra Mccaghren | 2:19-cv-03490 |
| Deloris Seay | 2:19-cv-04297 |
| Don Lemke | 2:19-cv-06516 |
| Donald E. Lamkin | 2:19-cv-04041 |
| Earline Kearse | 2:19-cv-03750 |
| Eleanor Ring | 2:19-cv-03973 |
| Elpidio Tomale | 2:19-cv-05272 |
| Eric Kerchen | 2:19-cv-06505 |
| Ethel White | 2:19-cv-03563 |
| Frank Francione, Jr. | 2:19-cv-05223 |
| Gabrielle Lamp-Scriver | 2:19-cv-07621 |
| George Brennen, Sr. | 2:19-cv-03553 |
| Grayling Adams | 2:19-cv-0457 |
| Harvey Pride | 2:19-cv-03700 |
| Henry Russell | 2:19-cv-03419 |
| Irvin Diaz | 2:19-cv-04831 |
| James Weaver | 2:19-cv-05276 |
| Joe Jones | 2:19-cv-07616 |
| Joyce Brown | 2:19-cv-04464 |
| Larry Hart | 2:19-cv-06681 |
| Laura Tumoszwicz | 2:19-cv-03706 |
| Mark Neal | 2:19-cv-05269 |
| Marla Cook | 2:19-cv-03691 |
| Mary Ann Divito | 2:19-cv-04267 |
| Michael Baney | 2:19-cv-03480 |

| Name | Case Number |
|---|---|
| Nancy Arkle | 2:19-cv-04935 |
| Patricia Williams | 2:19-cv-03431 |
| Richard Lopez | 2:19-cv-05255 |
| Rita Lehner | 2:19-cv-04536 |
| Robert Barber | 2:19-cv-03331 |
| Roberta Baugh | 2:19-cv-03688 |
| Rosie Grogan | 2:19-cv-08036 |
| Samantha Anderson | 2:19-cv-03728 |
| Sarina Harris | 2:19-cv-04954 |
| Shannon Day | 2:19-cv-03533 |
| Sharon Rapley | 2:19-cv-04057 |
| Sharon Hagan | 2:19-cv-05028 |
| Sherry Rester | 2:19-cv-03738 |
| Stephen Sheehan | 2:19-cv-03475 |
| Wanda Bush | 2:19-cv-03423 |
| Wendy Maston | 2:19-cv-03719 |
| William Wetmore | 2:19-cv-03414 |
| William S. Campbell | 2:19-cv-04483 |