## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § § | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: § § | SECTION L <br> JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A § § | MAGISTRATE JUDGE NORTH |

### ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Jesse J. Campbell, is withdrawn as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, Tony Seaton, of The Law Offices of Seaton & Bates, PLLC is substituted as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Andy Miller | 2:19-cv-04840 |
| Arilla Heaston-Eversley | 2:19-cv-03916 |
| Audrey Singer | 2:19-cv-06687 |
| Bertha Bowen | 2:19-cv-04977 |
| Beryle Eaton | 2:19-cv-03541 |
| Brandon Dawson | 2:19-cv-03693 |
| Charles Oroke | 2:19-cv-04009 |
| Clorinda Montoya | 2:19-cv-08643 |
| Damon Anderson | 2:19-cv-04931 |
| Daniel Yarbrough | 2:19-cv-05281 |
| David Logan | 2:19-cv-04502 |
| Dedra Mccaghren | 2:19-cv-03490 |
| Deloris Seay | 2:19-cv-04297 |
| Don Lemke | 2:19-cv-06516 |
| Donald E. Lamkin | 2:19-cv-04041 |
| Earline Kearse | 2:19-cv-03750 |
| Eleanor Ring | 2:19-cv-03973 |
| Elpidio Tomale | 2:19-cv-05272 |
| Eric Kerchen | 2:19-cv-06505 |
| Ethel White | 2:19-cv-03563 |
| Frank Francione, Jr. | 2:19-cv-05223 |
| Gabrielle Lamp-Scriver | 2:19-cv-07621 |
| George Brennen, Sr. | 2:19-cv-03553 |
| Grayling Adams | 2:19-cv-0457 |
| Harvey Pride | 2:19-cv-03700 |
| Henry Russell | 2:19-cv-03419 |
| Irvin Diaz | 2:19-cv-04831 |
| James Weaver | 2:19-cv-05276 |
| Joe Jones | 2:19-cv-07616 |
| Joyce Brown | 2:19-cv-04464 |
| Larry Hart | 2:19-cv-06681 |
| Laura Tumoszwicz | 2:19-cv-03706 |
| Mark Neal | 2:19-cv-05269 |
| Marla Cook | 2:19-cv-03691 |
| Mary Ann Divito | 2:19-cv-04267 |
| Michael Baney | 2:19-cv-03480 |

| Name | Case Number |
|---|---|
| Nancy Arkle | 2:19-cv-04935 |
| Patricia Williams | 2:19-cv-03431 |
| Richard Lopez | 2:19-cv-05255 |
| Rita Lehner | 2:19-cv-04536 |
| Robert Barber | 2:19-cv-03331 |
| Roberta Baugh | 2:19-cv-03688 |
| Rosie Grogan | 2:19-cv-08036 |
| Samantha Anderson | 2:19-cv-03728 |
| Sarina Harris | 2:19-cv-04954 |
| Shannon Day | 2:19-cv-03533 |
| Sharon Rapley | 2:19-cv-04057 |
| Sharon Hagan | 2:19-cv-05028 |
| Sherry Rester | 2:19-cv-03738 |
| Stephen Sheehan | 2:19-cv-03475 |
| Wanda Bush | 2:19-cv-03423 |
| Wendy Maston | 2:19-cv-03719 |
| William Wetmore | 2:19-cv-03414 |
| William S. Campbell | 2:19-cv-04483 |