## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sophie Jaramillo v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-04162

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14759, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Catherine Miller, surviving daughter of Sophie Jaramillo, is substituted for Plaintiff Sophie Jaramillo as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE