UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary Jane Kerston v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-17365

# ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14763, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Debra Bodziak, Trustee of the Mary Jane Revocable Trust, is substituted for Plaintiff Mary Jane Kerston as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE