# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wallace J. Chamblee v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-16301

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14802, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Teresa C. Roberts, surviving daughter and representative of the estate of Wallace J. Chamblee, is substituted for Plaintiff Wallace J. Chamblee as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE