UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John E. Condon and John F. Condon as Attorney in Fact for John E. Condon v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-05069

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14806, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff John F. Condon, surviving son and Independent Executor of the Estate of John E. Condon, is substituted for Plaintiff John E. Condon as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE