UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lorrayne Smith v. Janssen Research & Development, LLC, et al; Case No. 2:17-cv-3858*

## MOTION TO SUBSTITUTE PARTY

Katheryn Gilbert, the decedents daughter, as the Personal Representative for the Estate of Lorrayne Smith, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff's case was filed on or about April 25, 2017 (Lorrayne Smith *v. Janssen Research & Development, LLC, et al*; Case No. *2:17-cv-3858*).

2. Subsequently, Plaintiffs' counsel was informed that Lorrayne Smith passed away on or about Jun 8, 2018.

3. Lorrayne Smith's action against Defendants survives her death and is not extinguished.

4. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 15, 2019 [Doc. 15044].

5. On or about June 11, 2018 the state of Arizona named Katheryn Gilbert, Plaintiff's daughter, as the informant and next of kin of decedent and the Personal Representative for the Estate of Lorrayne Smith.

6. Plaintiff thus moves to substitute Katheryn Gilbert, as Personal Representative for the Estate of Lorrayne Smith, Deceased, as Plaintiff in the present action.

3

WHEREFORE, Counsel for Plaintiffs, Lorrayne Smith, respectfully request the Court grant Plaintiffs' Motion to Substitute Katheryn Gilbert, as Personal Representative for the Estate of Lorrayne Smith, Deceased.

Dated: August 15, 2019                                   Respectfully submitted,

By: */s/ Monte Bond*

    MONTE BOND, Esq.
    Texas Bar No.02585625
    JESSICA GLITZ, Esq.
    Texas Bar No. 24076095
    Tautfest Bond PLLC
    5151 Belt Line Road, Suite 1000
    Dallas, Texas 75254
    214-617-9980 (Phone)
    214-617-9985 (Fax)
    mbond@tautfestbond.com

    **ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                                                                  */s/ Monte Bond*

                                                                  */s/Jessica Glitz*