# STATE OF ARIZONA
## DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS
### CERTIFICATE OF DEATH

**ORIGINAL STATE COPY**

**State File Number:** 102-2018-027592

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | LORRAYNE, CLEO, SMITH |
| 2. AKA'S (IF ANY) | |
| 3. DATE OF DEATH | 06/08/2018 |
| 4. SEX | FEMALE |
| 5. SOCIAL SECURITY NUMBER | [redacted] |
| 6. DATE OF BIRTH | 04/01/1929 |
| 7. AGE | 89 YEARS |
| 8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH | FLORENCE, PINAL, 85132 |
| 9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS) | RESIDENCE [redacted] |
| 10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | MINNEAPOLIS, MINNESOTA |
| 11. MARITAL STATUS | WIDOWED |
| 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) | NOT LISTED |
| 13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP) | [redacted] |
| 14. DECEDENT'S HISPANIC ORIGIN(S) | NO, NOT SPANISH/HISPANIC/LATINO |
| 15. DECEDENT'S RACE(S) | WHITE |
| 16. EVER IN ARMED FORCES | NO |
| 17. OCCUPATION | BUS DRIVER |
| 18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | GOTTHARD, BROR, ANDERSON |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) | EFFIE, ELENOR, LARSON |
| 20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | KATHERYN, MAE, GILBERT |
| 21. RELATIONSHIP | DAUGHTER |
| 22. INFORMANT'S MAILING ADDRESS | [redacted] |
| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | SCIENCE CARE ANATOMICAL, 21410 N 19TH AVENUE ##126, PHOENIX, AZ, 85027 |
| 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | DAVID, , POYNER |
| 25. LICENSE NUMBER | F0891 |
| 26. METHOD(S) OF DISPOSITION | DONATION/CREMATION |
| 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | SCIENCE CARE ANATOMICAL, PHOENIX, AZ, US |
| 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY | CREMATION CENTER OF ARIZONA, PHOENIX, AZ, US |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| Cause | Approximate Interval |
|---|---|
| 29. A. IMMEDIATE CAUSE OF DEATH: METABOLIC ACIDOSIS | 30 MINUTES |
| 31. B. DUE TO OR AS A CONSEQUENCE OF: CORONARY ARTERY DISEASE | 6 MONTHS |
| 33. C. DUE TO OR AS A CONSEQUENCE OF: | |
| 35. D. DUE TO OR AS A CONSEQUENCE OF: | |

### CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | |
| 38. INJURY? | NO |
| 39. INJURY AT WORK? | |
| 40. MANNER OF DEATH | NATURAL DEATH |
| 41. TIME OF DEATH | 17:45 |
| 42. WAS AN AUTOPSY PERFORMED? | NO |
| 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

### CAUSE AND MANNER CERTIFICATION

| Field | Value |
|---|---|
| TO THE BEST OF MY KNOWLEDGE, THE INFORMATION ABOVE IS CORRECT AND THE DEATH OCCURRED DUE TO THE CAUSE(S) AND MANNER STATED. | |
| 44. NAME OF PERSON COMPLETING CAUSE OF DEATH | MICHAEL, , RIDGE |
| 45. DATE CERTIFIED | 06/11/2018 |
| 46. CERTIFIER'S ADDRESS | 1175 E COTTONWOOD LANE #SUITE 1, CASA GRANDE, AZ, 85122 |

Date Registered 06/13/2018    Date Issued 06/15/2018    VS-49 Rev. 12/2017

J0908349

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

This copy not valid unless prepared on a form displaying the state seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.



ARIZONA DEPARTMENT OF HEALTH SERVICES