UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*KATHERYN GILBERT, Individually and on behalf of Decedent LORRAYNE SMITH v.*
*JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-3858*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Katheryn Gilbert, on behalf of the Estate of Lorrayne Smith, is substituted for Plaintiff Katheryn Gilbert, in the above captioned cause.

Date: _____    _____

                                                               Hon. Eldon E. Fallon
                                                                United States District Court Judge