UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Priscilla Lamar v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-12556

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14889, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Priscilla Ann Lamar, surviving daughter and Representative of the Estate of Priscilla Lamar, is substituted for Plaintiff Priscilla Lamar as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE