UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ralph J. Massett v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01689

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14918, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Susan Massett, surviving spouse and Representative of the Estate of Ralph J. Massett, is substituted for Plaintiff Ralph J. Massett as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE