UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Harry L. Lamm v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15716

# ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14916, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Geraldine L. Heenan and Harry L. Lamm, Jr., surviving children and Co-Executors of the Estate of Harry L. Lamm, are substituted for Plaintiff Harry L. Lamm as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE