UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL NO. 2592
PRODUCTS LIABILITY LITIGATION )
)
THIS DOCUMENT RELATES TO: )
) Plaintiff: Melody A. Schmidt
MDL Case No. 2:16-cv-00278 )
)

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I, Tina Stephan on behalf of Melody A. Schmidt, Deceased, hereby notify the Court of my intent to (check one):

__X__  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my Counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8·12·19

Signature of Plaintiff

Tina Stephan
Print Name of Signing Plaintiff

1