# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:  ALFONSO RIBAUDO Civil Action No. 2:17-cv-07144 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## STIPULATION OF DISMSSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

1

| | |
|---|---|
| **SHAW COWART, L.L.P.** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Ethan L. Shaw | By:/s/ Susan M. Sharko |
| Ethan L. Shaw | Susan M. Sharko |
| 1609 Shoal Creek Blvd., Ste. 100 | 600 Campus Dr. |
| Austin, Texas  78701 | Florham Park, NJ  07932 |
| Telephone:  (512) 499-8900 | Telephone:  (973) 549-7000 |
| elshaw@shawcowart.com | susan.sharko@dbr.com |
| Dated:  August 16, 2019 | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Attorneys for Plaintiffs | |
| | Dated:  August 16, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
  Andrew K. Solow
  250 West 55th Street
  New York, NY 10019-9710
  Telephone: (212) 836-8000
  Facsimile: (212) 836-8689
  William Hoffman
  601 Massachusetts Ave., NW
  Washington, D.C. 20001
  Telephone: (202) 942-5000
  Facsimile: (202) 942-5999
  andrew.solow@arnoldporter.com
  william.hoffman@arnoldporter.com

  Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
  Date: August 16, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
  By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

  Liaison Counsel for Defendants
  Dated: August 16, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 16, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/Kim E. Moore