UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
                               :   MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

BRANKO SRECKOVIC,
Civil Action No. 2:16-cv-9805

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Plaintiff, through undersigned counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby moves this Honorable Court for an order substituting Tom Sreckovic on behalf of his father, Branko Sreckovic, for the following reasons:

1. On May 20, 2016, Branko Sreckovic filed a Complaint in the above MDL.

2. On or about September 10, 2017, Branko Sreckovic died.

3. One of Branko Sreckovic's sons, Tom Sreckovic, was found and has expressed interest in continuing this lawsuit.

4. A Suggestion of Death was submitted to this Honorable Court on August 16, 2019. Doc. 15054, *Exhibit 1*.

5. The decedent's son, Tom Sreckovic, is a proper party to be substituted for plaintiff-decedent Branko Sreckovic and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1), which states that "If a party dies and the claim is not extinguished, the court may order substitution of

the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Tom Sreckovic, as a surviving child of Branko Sreckovic, for the current Plaintiff Branko Sreckovic.

Dated:  August 16, 2019                                          Respectfully submitted,

                                                                 DOWD & DOWD, P.C.


                                                   By:   /s/ Laura G. Lumaghi
                                                         Laura G. Lumaghi (MO Bar #50186)
                                                         William T. Dowd (MO Bar #39648)
                                                         DOWD & DOWD, P.C.
                                                         211 N. Broadway, Suite 4050
                                                         St. Louis, MO 63102
                                                         (314) 621-2500
                                                         Fax: (314) 621-2503
                                                         laura@dowdlaw.net
                                                         bill@dowdlaw.net

                                                         *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         /s/ Laura G. Lumaghi