UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

BRANKO SRECKOVIC,
Civil Action No. 2:16-cv-9805

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Tom Sreckovic, as a surviving child of Branko Sreckovic is substituted for Plaintiff Branko Sreckovic, in the above captioned cause.

Dated: _____      _____
                                                                     Hon. Eldon E. Fallon
                                                                     United States District Court Judge