UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) |
| THIS DOCUMENT RELATES TO:<br><br>MDL Case No. 2:15-cv 04185 and<br>2:15-cv 07123 | ) ) ) ) Plaintiffs: Bennie Adams, Scott Adams and Robin Adams on behalf of Diana Sue Adams, Deceased ) |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I, Bennie Adams, Scott Adams and Robin Adams on behalf of Diana Sue Adams, Deceased, hereby notify the Court of my intent to (check one):

__X__     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my Counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date:   8-18-19

*/s/ Bennie Adams*
Bennie Adams

*/s/ Scott Adams*
Scott Adams

*/s/ Robin Adams*
Robin Adams