UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*David Webster, Individually and as Representative of Glennis Barker, Deceased v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-01960

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14978, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs David Webster and Michael Kusuda, Co-Successor Trustees of the Estate of Glennis Barker, are substituted for Plaintiff Glennis Barker as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 14th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE