UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carol Urig v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01196

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party and Amend Complaint, R. Doc. 14982, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Cynthia L. Watkins, surviving daughter and Executor of the Estate of Carol Urig, is substituted for Plaintiff Carol Urig as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE