UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Larry Shelnutt v. Janssen Research & Development, et al.*; Civil Case No.: 2:18-cv-01405 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

This matter comes before the Court on Plaintiff's Ex Parte Motion for Reinstatement of Case, R. Doc. 14809. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion for Reinstatement of Case is hereby **GRANTED**.

New Orleans, Louisiana, this __16th__ day of August, 2019.

_____
United States District Judge