UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Raymond Barker, et al. v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-6560

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14880, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Troy E. Barker, Personal Representative of the Estate of Raymond Barker, is substituted for Plaintiff Raymond Barker as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the case be re-captioned *Troy E. Barker, Personal Representative of the Estate of Raymond Barker v. Janssen Research & Development LLC, et al.*

New Orleans, Louisiana, this 16th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE