# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION L |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | | JUDGE ELDON E. FALLON |
| JOANN FURNISH ) | | |
| **Civil Action No.: 2:16-cv-15132** ) | | MAGISTRATE JUDGE NORTH |

## ORDER

This matter comes before the Court on Plaintiff's Unoppoed Motion to Withdraw Rescind and Vacate Plaintiff's Stipulation of Dismissal with Prejudice that was submitted and filed on August 5, 2019, R. Doc. 14837. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Stipulation of Dismissal with Prejudice is hereby **WITHDRAWN**.

New Orleans, Louisiana this  16th  day of  August , 2019 .

_____
United States District Judge