UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Bettie Difiore vs. Janssen Research & Development LLC, et al,*
**Case No. 2:15-cv-06199**

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that Plaintiff, Bettie Difiore, by and through undersigned counsel, voluntarily dismisses with prejudice the above-entitled action against all Defendants, with each party to bear their own costs and attorney fees.

Dated: August 19, 2019

                                                                    Respectfully Submitted,



                                                     Fareesh S. Sarangi
                                                     Ga Bar No. 735110
                                                     Sarangi Law, LLC
                                                     3350 Riverwood Pkwy., Ste. 1900
                                                     Atlanta, GA. 300339
                                                     404-996-5157 (Telephone)
                                                     678-981-8390 (Facsimile)

                                                     **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

_____
Fareesh S. Sarangi