UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>William R. Pundmann<br>Civil Action No. 2:19-cv-07937 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>MOTION TO WITHDRAW STIPULATION OF DISMISSAL |

MOTION TO WITHDRAW STIPULATION OF DISMISSAL

Mr. William R. Pundmann's Stipulation of Dismissal With Prejudice, which was mailed and filed on August 2, 2019, was mistakenly filed, and I move to withdraw it.

So Ordered:

Mr. William R. Pundmann, Pro Se
By: /s/ W. Pundmann
6 Dorothy Ann Ct.
St. Charles, MO 63303
Telephone: (636) 634-5666

Attorney for Plaintiff
Dated: August 6, 2019

TENDERED FOR FILING

AUG 13 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2019, the foregoing motion was mailed and filed with the Clerk of the Court. Notice of this filing will be emailed to Liaison Counsel for Plaintiffs and Defendants.

*[signature]*
William R. Pundmann, Pro Se

U.S. POSTAGE PAID
FCM LETTER
SAINT CHARLES, MO
63303
AUG 06, 19
AMOUNT
**$6.45**
R2304N118456-06

CERTIFIED MAIL

7019 0160 7000 9636 9478

**Pundmann & Co.**
PRIVATE INVESTORS
P.O. Box 446
St. Charles, MO 63302-0446

6 Dorothy Ann Ct
63323

RETURN RECEIPT REQUESTED

U.S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

70130-$35731

RETURN RECEIPT REQUESTED



70130