# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. 2:19-cv-06286 | Plaintiff: JEWELL ROARK |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I __Tad C. Roark__, hereby notify the Court of my intent to (check one):

__TdP.RL__   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8-12-19

Signature of Plaintiff

TAD C. ROARK
Print Name of Signing Plaintiff