UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. 2:15-cv-06024 | Plaintiff: David Miller, Individually and as Representative of the Estate of Barbara Miller, Deceased |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _David Miller_, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8-19-2019_

_David Miller_
Signature of Plaintiff

_David Miller_
Print Name of Signing Plaintiff