UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*John P. Shaw vs. Janssen Research & Development LLC, et al,*
Cause No. 2:16-cv-16542-EEF-MBN

## MOTION TO SUBSTITUE PARTY

COMES NOW counsel for Plaintiff John P. Shaw and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party and as grounds therefore shows unto the court as follows:

1. Plaintiff Jessie H. Shaw, died on March 8, 2016.

2. This case was originally filed by her son John P. Shaw.

3. Matt Shaw, surviving son has been named by Decedent's last will and testament as the executor of her estate and is proper party to substitute for plaintiff-decedent Jessie H. Shaw and proceed forward with the surviving products liability claim on her behalf.

WHEREFORE, Matt Shaw respectfully requests that she be substituted as Plaintiff in the cause of action.

Dated:  August 20, 2019                                    Respectfully Submitted,


                                                           _____
                                                           Kyla Gail Cole
                                                           State Bar No. 24033113

NEILL LEGLER COLE, PLLC
3141 Hood St. #200
Dallas, Texas 75219
214-748-7777 (Telephone)
214-748-7778

Matthew R. McCarley
Texas State Bar No. 24041426
Fears | Nachawati Law Firm
4925 Greenville Ave. Suite 715
Dallas, Texas 75206
214-890-0711 (Telephone)
214-890-0712
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

_____
Kyla Gail Cole