UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*John P. Shaw vs. Janssen Research & Development LLC, et al,*
**Cause No. 2:16-cv-16542-EEF-MBN**

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party for Decedent, Jessie H. Shaw Doc._, as well as any responses hereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Matt Shaw, executor of the estate of Jessie H. Shaw, is substituted for Plaintiff John P. Shaw as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _, 2019.

_____
UNITED STATES DISCTRICT JUDGE