UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION:   L |
| ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**This document relates to:**
*Richard Bernstein vs. Janssen Research & Development LLC, et al,* **Cause No. 2:16-cv-16546- EEF-MBN**

<u>MOTION TO SUBSTITUE PARTY</u>

Counsel for Plaintiffs, John P. Shaw hereby notifies this Court and all parties to this action that they can now be reached at the following new law firm with the following new contact information:

Kyla Gail Cole
NEILL LEGLER COLE, PLLC
3141 Hood St. #200
Dallas, Texas 75219
214-748-7777 (Telephone)
214-748-7778
kyla@nlcemployeelaw.com;

Please amend your service list accordingly and send all notices, correspondences, and pleadings in this matter to the above law firm.

Dated:  August 5, 2019                    Respectfully Submitted,

_____
Kyla Gail Cole
State Bar No. 24033113
NEILL LEGLER COLE, PLLC
3141 Hood St. #200

Dallas, Texas 75219
214-748-7777 (Telephone)
214-748-7778

Matthew R. McCarley
Texas State Bar No. 24041426
Fears | Nachawati Law Firm
4925 Greenville Ave. Suite 715
Dallas, Texas 75206
214-890-0711 (Telephone)
214-890-0712
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

_____
Kyla Gail Cole