# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Sherrie Thompson<br>Civil Action No. 2:17-cv-06123 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## AGREED MOTION TO WITHDRAW RILEY L. BURNETT AND AMY L. COLLINS AS COUNSEL FOR PLAINTIFF AND MOTION TO SUBSTITUTE CHARLOTTE A. LONG AS COUNSEL FOR PLAINTIFF

Fears Nachawati, PLLC and Burnett Law Firm, Plaintiffs' Counsel in this matter, file this Motion to Withdraw and Substitute Counsel and in support thereof show the following:

1. Plaintiffs' Counsel Riley L. Burnett and Amy L. Collins seek to withdraw from this matter because Fears Nachawati Law Firm, PLLC will be handling this matter for resolution and an agreement has been worked out between counsel.

2. Plaintiffs' Counsel Charlotte A. Long of Fears Nachawati Law Firm, PLLC will be handling this matter instead of Riley L. Burnett and Amy L. Collins of Burnett Law Firm.

## REQUESTED RELIEF

For the above reasons, Plaintiffs' Counsel hereby requests that the Court grant permission for Riley L. Burnett and Amy L. Collins to withdraw from this case and Charlotte A. Long to substitute as counsel.

Respectfully submitted,

**/s/ CHARLOTTE A. LONG**

**Charlotte A. Long**
Texas Bar No. 24094692
charlotte@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**/s/ RILEY L. BURNETT, JR.**
Riley L. Burnett, Jr.
Texas Bar No. 03428900
rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
acollins@rburnettlaw.com
**BURNETT LAW FIRM**
3737 Buffalo Speedway, Suite 1850
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900- 2120

**ATTORNEYS FOR THE PLAINTIFF**

Dated: August 20, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2019, a true and correct copy of the above and foregoing document was served via electronic case filing on all counsel of record.

**/s/ CHARLOTTE A. LONG**