**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) SECTION L |
| Sherrie Thompson Civil Action No. 2:17-cv-06123 | ) ) ) JUDGE ELDON E. FALLON |
| | ) ) MAGISTRATE JUDGE NORTH |

**PROPOSED ORDER GRANTING AGREED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

The Court having examined the foregoing Agreed Motion to Withdraw Riley L. Burnett and Amy L. Collins of Burnett Law Firm as Counsel for Plaintiff and Motion to Substitute Charlotte A. Long of Fears Nachawati, PLLC as Counsel for Plaintiff filed by the parties seeking the substitution of Riley L. Burnett and Amy L. Collins of Burnett Law Firm for Charlotte A. Long of Fears Nachawati, PLLC. The Court finds that the Agreed Motion Should be GRANTED.

It is therefore ORDERED that the Order Granting Agreed Motion to Withdraw and Substitute Counsel is granted.

SIGNED on this _____ day of _____, 2019.

_____
JUDGE ELDON E. FALLON