# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) **MDL No. 2592** <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES <br><br> TO: **PEGGY FAIN** <br><br> Civil Action No. 2:16-cv-09384 | **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

<div style="columns:2">

**Ferrer Poirot Wansbrough**

By: /s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com

Attorney for the Plaintiffs

Attorneys for Plaintiffs

Dated:  August 19 , 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
  Susan M. Sharko
  600 Campus Dr.
  Florham Park, NJ 07932
  Telephone: (973) 549-7000
  susan.sharko@dbr.com

  Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: August 19, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
  Andrew K. Solow
  250 West 55th Street
  New York, New York 10019-9710
  Telephone: (212) 836-8000
  Facsimile: (212) 836-8689
  William Hoffman
  601 Massachusetts Ave., NW
  Washington, D.C. 20001
  Telephone: (202) 942-5000
  Facsimile: (202) 942-5999
  andrew.solow@arnoldporter.com
  william.hoffman@arnoldporter.com

  Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: August 19, 2019

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
  Kim E. Moore
  400 Poydras St., Ste, 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  kmoore@irwinllc.com

  Liaison Counsel for Defendants

Dated: August 19, 2019

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kim E. Moore