UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**This Document Relates to:**
*HOWARD JORDAN, Individually and on behalf of Decedent LAURA JORDAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:19-cv-08405*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Laura Jordan, on or about April 17, 2019 .

Dated: August 21, 2019

Respectfully submitted,

/s/ Monte Bond
Monte Bond, Esq.
Texas Bar No. 02585625
Jessica Glitz
Texas Bar No. 24076095
Tautfest Bond PLLC
5151 Belt Line Rd.
Ste. 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com
jglitz@tautfestbond.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 21, 2019

                                         Respectfully submitted,

                                         /s/ Monte Bond
                                         Monte Bond, Esq.
                                         Texas Bar No. 02585625
                                         Jessica Glitz
                                         Texas Bar No. 24076095
                                         Tautfest Bond PLLC
                                         5151 Belt Line Rd.
                                         Ste. 1000
                                         Dallas, Texas 75254
                                         214-617-9980 (Phone)
                                         214-853-4281 (Fax)
                                         mbond@tautfestbond.com
                                         jglitz@tautfestbond.com

                                         *Attorneys for the Plaintiffs*