UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Anders v. Janssen Research and Development, LLC*, 16-cv-17927
*Bogan v. Janssen Research and Development, LLC*, 17-cv-01095
*Beasley v. Janssen Research & Development, LLC*, 17-cv-07028
*Marr v. Janssen Research & Development, LLC*, 18-cv-00693
*Hines v. Janssen Research & Development, LLC*, 18-cv-01213
*Hubbard v. Janssen Research & Development, LLC*, 18-cv-06386
*Cappiello v. Janssen Research & Development, LLC*, 18-cv-13631
*Lund v. Janssen Research & Development, LLC*, 19-cv-01224
*Sheldon v. Janssen Research & Development, LLC*, 19-cv-08570
*Glover v. Janssen Research & Development, LLC*, 19-cv-08615
*Rochester v. Janssen Research & Development, LLC*, 19-cv-08652
*Betro v. Janssen Research & Development, LLC*, 19-cv-08679
*Stewart v. Janssen Research & Development, LLC*, 19-cv-08841
*Manella v. Janssen Research & Development, LLC*, 19-cv-08881

## ORDER

The Court has been notified that Attorney Michael Louis Kelly, the counsel of record of the above-captioned MDL cases, has not yet complied with the following notice requirement from July 25, 2019:

> All documents filed in this Court must be filed electronically pursuant to Local Rule 5.7 E and this Court's Administrative Procedures for Electronic Filing. Attorneys must register for electronic filing at www.laed.uscourts.gov/case-information/cmecf/e-file-registration. There is no fee for this registration. An attorney who, due to exceptional circumstances, is unable to comply with the requirements of electronic filing, may apply to the Court for an order granting an exemption. The application shall be in writing, filed with the Clerk of Court, and shall state the reason for the attorney's inability to comply.
>
> Failure to comply within fifteen (15) days may result in an Order to Show Cause to be issued. Please make a note on the E-file Registration Form that it is related to MDL - Xarelto.

Accordingly;

**IT IS ORDERED** that Attorney Michael Louis Kelly either comply with the above notice or withdraw from the aforementioned cases.

**IT IS FURTHER ORDERED** that if Attorney Kelly does not comply by August 28, 2019, an Order to Show Cause will be issued.

New Orleans, Louisiana this 19th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

CC:  Michael Louis Kelly
     Kirtland & Packard LLP
     2041 Rosecrans Ave.
     Suite 300
     El Segundo, CA 90245
     310-536-1000
     Fax: 310-536-1001
     Email: mlk@kirtlandpackard.com