UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Smith v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-06769

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14632, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff L.B. Lominic, Esquire, Public Administrator of the Estate of Barbara Jean Smith Howard, is substituted for Plaintiff Barbara Jean Smith Howard as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE