UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Luis Perez and Jacqueline Lopez v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-06930

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14840, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jacqueline Lopez, surviving spouse of Luis Perez, is substituted for Plaintiff Luis Perez as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE