UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Neil Scott and Sandra Scott v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-2290

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14841, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sandra Scott, surviving spouse of Neil Scott, is substituted for Plaintiff Neil Scott as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE