# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592** <br> **SECTION L** |
| THIS DOCUMENT RELATES TO: <br><br> **WILLIAM R. PUNDMANN** <br> Civil Action No. 2:19-cv-07937 | **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Motion to Withdraw Documents, R. Doc. 14854,

**IT IS HEREBY ORDERED** that document 14699 and document 14800 are withdrawn and Case No. 2:19-cv-07937 reopened.

New Orleans, Louisiana, this 15th day of August, 2019.

_____
Eldon E. Fallon, United States District Court Judge