UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jackson Neil McGee v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-01909

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14920, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Doris A. McGee, surviving spouse and Representative of the Estate of Jackson Neil McGee, is substituted for Plaintiff Jackson Neil McGee as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE