UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**
*NANCY SOLE v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv-5257*

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and hereby files this Motion for Substitution of Party Plaintiff. Cira Lopez is the only survivor of Nancy Sole and moves this court for an order substituting Cira Lopez, on behalf of the Estate of Nancy Sole, in the above captioned cause.

1. Nancy Sole filed a products liability lawsuit against defendants on October 19, 2015.

2. Plaintiff Nancy Sole died on April 7, 2018.

3. Plaintiff's products liability action against defendants survived her death and was not extinguished.

4. Cira Lopez surviving sister of Nancy Sole is a proper party to substitute for plaintiff-decedent Nancy Sole and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 5(a)(1). "If a party died and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. The Estate is in the process of being opened in Miami-Dade County.

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action, Cira Lopez.

Dated: August 21, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*