UNITED STATES DISTRICT COURT

EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*NANCY SOLE v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

Civil Action No.: 2:15-cv-5257

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before the Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.
2. CIRA LOPEZ, as Representative of the Estate of NANCY SOLE, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____
JUDGE ELDON E. FALLON