UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Urbano Pacini and Deanna Pacini v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-02135

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14925, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Deanna Pacini, surviving spouse and Representative of the Estate of Urbano Pacini, is substituted for Plaintiff Urbano Pacini as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE