**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Henry V. Rossetti v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13946

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14930, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michael H. Rossetti, surviving son and Executor of the Estate of Henry V. Rossetti, is substituted for Plaintiff Henry V. Rossetti as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE