UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Sikorski v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01759

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party, R. Doc. 14940, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Denise Ketchmark, Successor Trustee of The Sikorski Trust No. 1 which controls the Estate of Michael Sikorski, is substituted for Plaintiff Michael Sikorski as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE