UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Clarence Jackson v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02119

# ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party and Amend Complaint, R. Doc. 14998, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Marvin Jackson, surviving grandson of Clarence Jackson, is substituted for Plaintiff Clarence Jackson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE