UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Juli Ann Chappell and Richard Chappell v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-00172

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15007, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Richard Chappell, surviving spouse and Executor of the Estate of Juli Ann Chappell, is substituted for Plaintiff Juli Ann Chappell as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE