# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Terry Mettler*<br>*Civil Action No. 2:17-cv-02884*<br>-------------------------------------------------------- | | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Terry Mettler.

August 22, 2019

Respectfully submitted,

/s/ Shamus B. Mulderig
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ Shamus B, Mulderig
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS