UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Terry Mettler* *Civil Action No. 2:17-cv-02884* | | |
| ------------------------------------------------------------- | | |

## ORDER

IT IS ORDERED that the Motion for Substitution of Kaela Mettler, the daughter of Terry Mettler, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge