# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION L JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § | MAGISTRATE JUDGE NORTH |

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Michael D. Wolff of The Law Offices of Sobo & Sobo (Attorneys), notify the Court that Brandon Cotter, attorney formerly of the Law Offices of Sobo & Sobo, LLP, no longer works with said firm. Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Brandon Cotter and substitution of Michael D. Wolff in place thereof.

Dated this 22nd day of August, 2019.

SOBO & SOBO, LLP

Michael D. Wolff, Esq.
mwolff@sobolaw.com
One Dolson Avenue
Middletown, NY 10940
Tel: (845) 343-7626
Fax: (845) 343-0929
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 22, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                        Michael D. Wolff, Esq.

# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Koklila Bhatt | 2:19-cv-08174 |
| Albert Buro | 2:19-cv-08307 |
| Christopher Perkins | 2:19-cv-08306 |
| Dewey Smith Jr. | 2:19-cv-08029 |
| Richard Eanni | 2:19-cv-08197 |
| Fred Keller | 2:19-cv-08312 |
| Sean Featherstone | 2:19-cv-08107 |
| Dennis Garcia | 2:19-cv-08073 |
| Ana Pena | 2:19-cv-08310 |
| Melissa Reed | 2:19-cv-08309 |
| Terry Speece | 2:19-cv-08148 |
| Yolanda Smith | 2:19-cv-08187 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § | SECTION L JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § | MAGISTRATE JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Brandon Cotter, formerly o the Law Offices of Sobo & Sobo, LLP, is withdrawn as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, Michael D. Wolff, of the Law Offices of Sobo & Sobo, LLP, is substituted as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Koklila Bhatt | 2:19-cv-08174 |
| Albert Buro | 2:19-cv-08307 |
| Christopher Perkins | 2:19-cv-08306 |
| Dewey Smith Jr. | 2:19-cv-08029 |
| Richard Eanni | 2:19-cv-08197 |
| Fred Keller | 2:19-cv-08312 |
| Sean Featherstone | 2:19-cv-08107 |
| Dennis Garcia | 2:19-cv-08073 |
| Ana Pena | 2:19-cv-08310 |
| Melissa Reed | 2:19-cv-08309 |
| Terry Speece | 2:19-cv-08148 |
| Yolanda Smith | 2:19-cv-08187 |