## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | **MDL No. 2592** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*LEON HAUSER  v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*Civil Action Number 2:16-cv-01858*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, notes the death during pendency of this action of Plaintiff  Leon Hauser  on  November 29, 2017.

By:  /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By:  /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd   day of August, 2019 , a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the  Court's CCM/ECF system on all counsel of record.


*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**