**STATE OF FLORIDA**

**BUREAU of VITAL STATISTICS**

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2017185079  **DATE ISSUED:** December 4, 2017

**STATE FILE DATE:** December 3, 2017

### DECEDENT INFORMATION
NAME: LEON D HAUSER

DATE OF DEATH: November 29, 2017  SEX: MALE  AGE: 085 YEARS
DATE OF BIRTH: September 4, 1932  SSN: 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
BIRTHPLACE: NEWARK, NEW JERSEY, UNITED STATES
PLACE WHERE DEATH OCCURRED: INPATIENT
FACILITY NAME OR STREET ADDRESS: BROWARD HEALTH NORTH
LOCATION OF DEATH: DEERFIELD BEACH, BROWARD COUNTY, 33064

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE
RESIDENCE: 3510 OAKS WAY APT NO. 506, POMPANO BEACH, FLORIDA 33069, UNITED STATES
COUNTY: BROWARD
OCCUPATION, INDUSTRY: SALESPERSON, BRIDAL
RACE: X White ___Black or African American ___Asian Indian ___Chinese ___Filipino ___Native Hawaiian
___American Indian or Alaskan Native--Tribe: ___Japanese ___Korean ___Vietnamese
___Guamanian or Chamorro ___Samoan ___Other Pacific Isl:
___Other Asian: ___Other ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: BACHELORS DEGREE  EVER IN U.S. ARMED FORCES? YES

### PARENTS AND INFORMANT INFORMATION
FATHER/PARENT: GORDON HOCHHAUSER
MOTHER/PARENT: ETHEL PEARLMUTTER
INFORMANT: WENDI SILVERBERG
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 2 VICTORIAN HILL, MANALAPAN, NEW JERSEY 07726, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: TEMPLE BETH EL MAUSOLEUM
                     BOCA RATON, FLORIDA
METHOD OF DISPOSITION: ENTOMBMENT
FUNERAL DIRECTOR/LICENSE NUMBER: FRANK MARINARO, F042420
FUNERAL FACILITY: GUTTERMAN WARHEIT MEMORIAL CHAPEL F039865
                  7240 NORTH FEDERAL HWY, BOCA RATON, FLORIDA 33487

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: ASSOCIATE MEDICAL EXAMINER  MEDICAL EXAMINER CASE NUMBER: 17173885
TIME OF DEATH (24 hr): 2333  DATE CERTIFIED: December 3, 2017
CERTIFIER'S NAME: WENDOLYN SNEED
CERTIFIER'S LICENSE NUMBER: ME92953
NAME OF ATTENDING PHYSICIAN (if other than Certifier): NOT ENTERED


, State Registrar

REQ: 2018748404

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

CERTIFICATION OF VITAL RECORD