UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

*LEON HAUSER v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*Civil Action Number 2:16-cv-01858*

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Wendi Silverberg, on behalf of her deceased father, Leon Hauser, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ___ day of _____, 2019.

_____
Eldon K. Fallon, United States District Court Judge