## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re:  XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> The Cases Listed on the attached Exhibit A § <br> § | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

### PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL
### AND SUBSTITUTION OF COUNSEL

Attorney Charles G. Orr and attorney John H. "Trey" Allen, III, of Allen & Nolte, PLLC (Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm, recently passed away.  Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and substitution of John H. "Trey" Allen, III of Allen & Nolte, PLLC in place thereof.

Dated this 23rd day of August, 2019.

/s/ Charles G. Orr
Charles G. Orr


**ALLEN & NOLTE, PLLC**

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

      /s/ John H. "Trey" Allen, III
      John H. "Trey" Allen, III

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Martin Barber | 2:15-cv-02930 |
| Quincy Francis | 2:16-cv-02153 |
| Alan Lang, et al. | 2:16-cv-13243 |
| Robert Hallowell | 2:19-cv-03116 |
| Robbi Shipley, et al. | 2:19-cv-01393 |
| Janina Morabito, et al. | 2:19-cv-03155 |
| Patricia Withrow, et al. | 2:19-cv-03055 |
| Glen Landi, et al. | 2:16-cv-13238 |
| Elizabeth Summerhayes, et al. | 2:19-cv-03079 |
| Joe Vanderslice | 2:19-cv-02891 |
| Robert Givens, et al. | 2:16-cv-12680 |
| Doris Jacobsen | 2:15-cv-02993 |
| Joseph Gavin | 2:16-cv-13100 |
| Dorothy Burks | 2:19-cv-02873 |
| Charlene Ross | 2:16-cv-03486 |
| Russell Ayers | 2:15-cv-02929 |
| Kenneth Potier | 2:16-cv-12876 |
| Carolyn Hookins, et al. | 2:16-cv-13216 |
| Tommy Finch, et al. | 2:16-cv-02617 |
| James Wierman | 2:15-cv-02561 |
| Karsten Stoller, et al. | 2:16-cv-13285 |
| Sharon Longley | 2:18-cv-09189 |
| Roberta Williams, et al. | 2:16-cv-04201 |
| Burton Ford, et al. | 2:15-cv-02960 |
| Raymond Mullen | 2:16-cv-03420 |
| Gentry Richardson | 2:16-cv-12902 |
| Joyce Palmer | 2:16-cv-13258 |
| Sam Lefkowitz | 2:16-cv-03362 |
| Arthur Ertel | 2:16-cv-13054 |
| Barbara Prioreschi, et al. | 2:16-cv-13261 |
| Dawanna Reaves, et al. | 2:16-cv-13262 |
| Janet Matteson, et al. | 2:16-cv-13250 |
| Nelson Welke | 2:16-cv-12031 |
| Tracy Harrison, et al. | 2:16-cv-12691 |
| Cindy Jackson, et al. | 2:16-cv-12694 |
| William McDonough | 2:16-cv-07025 |

| | |
|---|---|
| Manuel Camelo | 2:16-cv-06732 |
| Dennis Ford | 2:15-cv-02976 |
| Nicole Lucas | 2:16-cv-07022 |
| Cheryl Mitchell, et al. | 2:16-cv-05780 |
| Wanda Rowe | 2:16-cv-02698 |
| Christopher Skerstad | 2:16-cv-12846 |
| James Crouch | 2:16-cv-13033 |
| Sharon Gaul, et al. | 2:16-cv-07013 |
| Cheryl Doebel, et al. | 2:16-cv-09933 |
| Kaylee Borden | 2:16-cv-13012 |
| David Miller | 2:16-cv-13252 |
| Dale Risner | 2:16-cv-03484 |
| Shirley Carbine | 2:16-cv-05774 |
| Mary Fox | 2:19-cv-03046 |
| Thomas Cocco | 2:15-cv-02946 |
| Janice Kates | 2:16-cv-02159 |
| Necola Williams | 2:19-cv-02948 |
| John Jennings | 2:15-cv-02994 |
| Carolyn Jennings | 2:16-cv-11678 |
| James Van Etten, et al. | 2:19-cv-03049 |
| Raymond Hess | 2:18-cv-12117 |
| Donzil Burlison | 2:15-cv-02940 |
| Charlotte Harding | 2:15-cv-02985 |
| Margaret Hughes | 2:16-cv-03345 |
| Roberta Bonnet | 2:18-cv-08282 |
| Betty Gore | 2:19-cv-03099 |
| James Hiebert | 2:16-cv-06427 |
| Olin Dunn | 2:15-cv-03735 |
| Franklin Moore | 2:19-cv-02843 |
| Eugenia Pawlikowski, et al. | 2:19-cv-03168 |
| Barbara Atkins | 2:16-cv-12980 |
| Savannah Hornbuckle, et al. | 2:19-cv-03199 |
| Susan Obrin | 2:16-cv-03427 |