# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) <br> PRODUCTS LIABILITY LITIGATION <br> <br> THIS DOCUMENT RELATES TO: <br> <br> The Cases Listed on the attached Exhibit A | § <br> § <br> § <br> § <br> § <br> § <br> § | MDL No. 2592 <br> <br> SECTION L <br> JUDGE ELDON E. FALLON <br> <br> MAGISTRATE JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Martin Barber | 2:15-cv-02930 |
| Quincy Francis | 2:16-cv-02153 |
| Alan Lang, et al. | 2:16-cv-13243 |
| Robert Hallowell | 2:19-cv-03116 |
| Robbi Shipley, et al. | 2:19-cv-01393 |
| Janina Morabito, et al. | 2:19-cv-03155 |
| Patricia Withrow, et al. | 2:19-cv-03055 |
| Glen Landi, et al. | 2:16-cv-13238 |
| Elizabeth Summerhayes, et al. | 2:19-cv-03079 |
| Joe Vanderslice | 2:19-cv-02891 |
| Robert Givens, et al. | 2:16-cv-12680 |
| Doris Jacobsen | 2:15-cv-02993 |
| Joseph Gavin | 2:16-cv-13100 |
| Dorothy Burks | 2:19-cv-02873 |
| Charlene Ross | 2:16-cv-03486 |
| Russell Ayers | 2:15-cv-02929 |
| Kenneth Potier | 2:16-cv-12876 |
| Carolyn Hookins, et al. | 2:16-cv-13216 |
| Tommy Finch, et al. | 2:16-cv-02617 |
| James Wierman | 2:15-cv-02561 |
| Karsten Stoller, et al. | 2:16-cv-13285 |
| Sharon Longley | 2:18-cv-09189 |
| Roberta Williams, et al. | 2:16-cv-04201 |
| Burton Ford, et al. | 2:15-cv-02960 |
| Raymond Mullen | 2:16-cv-03420 |
| Gentry Richardson | 2:16-cv-12902 |
| Joyce Palmer | 2:16-cv-13258 |
| Sam Lefkowitz | 2:16-cv-03362 |
| Arthur Ertel | 2:16-cv-13054 |
| Barbara Prioreschi, et al. | 2:16-cv-13261 |
| Dawanna Reaves, et al. | 2:16-cv-13262 |
| Janet Matteson, et al. | 2:16-cv-13250 |
| Nelson Welke | 2:16-cv-12031 |
| Tracy Harrison, et al. | 2:16-cv-12691 |
| Cindy Jackson, et al. | 2:16-cv-12694 |
| William McDonough | 2:16-cv-07025 |

| | |
|---|---|
| Manuel Camelo | 2:16-cv-06732 |
| Dennis Ford | 2:15-cv-02976 |
| Nicole Lucas | 2:16-cv-07022 |
| Cheryl Mitchell, et al. | 2:16-cv-05780 |
| Wanda Rowe | 2:16-cv-02698 |
| Christopher Skerstad | 2:16-cv-12846 |
| James Crouch | 2:16-cv-13033 |
| Sharon Gaul, et al. | 2:16-cv-07013 |
| Cheryl Doebel, et al. | 2:16-cv-09933 |
| Kaylee Borden | 2:16-cv-13012 |
| David Miller | 2:16-cv-13252 |
| Dale Risner | 2:16-cv-03484 |
| Shirley Carbine | 2:16-cv-05774 |
| Mary Fox | 2:19-cv-03046 |
| Thomas Cocco | 2:15-cv-02946 |
| Janice Kates | 2:16-cv-02159 |
| Necola Williams | 2:19-cv-02948 |
| John Jennings | 2:15-cv-02994 |
| Carolyn Jennings | 2:16-cv-11678 |
| James Van Etten, et al. | 2:19-cv-03049 |
| Raymond Hess | 2:18-cv-12117 |
| Donzil Burlison | 2:15-cv-02940 |
| Charlotte Harding | 2:15-cv-02985 |
| Margaret Hughes | 2:16-cv-03345 |
| Roberta Bonnet | 2:18-cv-08282 |
| Betty Gore | 2:19-cv-03099 |
| James Hiebert | 2:16-cv-06427 |
| Olin Dunn | 2:15-cv-03735 |
| Franklin Moore | 2:19-cv-02843 |
| Eugenia Pawlikowski, et al. | 2:19-cv-03168 |
| Barbara Atkins | 2:16-cv-12980 |
| Savannah Hornbuckle, et al. | 2:19-cv-03199 |
| Susan Obrin | 2:16-cv-03427 |