UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*JACQUELYN LARSEN*
*2:15-cv-3554 -EEF-MN*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Jacquelyn Larsen, on or about December 19, 2015. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Jacquelyn Larsen.

Dated:  August 22, 2019              Respectfully submitted,

                                                               **By: */s/ Andrew S. Williams***
                                                               Andrew S. Williams, Esq.
                                                               Simmons Hanly Conroy
                                                               One Court Street
                                                               Alton, IL 62002
                                                               Tel. 618-259-2222
                                                               Fax 618-259-2251
                                                               awilliams@simmonsfirm.com

                                                               Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff