UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Constance Saxon, Individually and on behalf of the Decedent of Evelyn Halton v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-02310*

## MOTION TO DISREGARD SUGGESTION OF DEATH

Constance Saxon, the decedents daughter, as the Personal Representative for the Estate of Evelyn Halton, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff's case was filed on or about March 16, 2016 (Constance Saxon, Individually and on behalf of Evelyn Halton *v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-02310*).

2. Subsequently, Plaintiffs' counsel filed a notice of suggestion of death in error on August 21, 2019 [Doc. 15117] [Exhibit 1]

3. Plaintiff has filed the original complaint as a reference Exhibit 2.

4. Evelyn Halton's action against Defendants survives her death and is not extinguished.

WHEREFORE, Counsel for Plaintiffs, Evelyn Halton, respectfully request the Court disregard Plaintiffs' filing of a notice of suggestion of death on August 21, 2019, and the complaint and case style stay as is.

Dated: August 23, 2019

                                        Respectfully submitted,

                                        By: */s/ Monte Bond*

                                          MONTE BOND, Esq.
                                          Texas Bar No.02585625
                                          JESSICA GLITZ, Esq.
                                          Texas Bar No. 24076095
                                          Tautfest Bond PLLC
                                          5151 Belt Line Road, Suite 1000
                                          Dallas, Texas 75254
                                          214-617-9980 (Phone)
                                          214-617-9985 (Fax)
                                          mbond@tautfestbond.com

                                          **ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Monte Bond

/s/Jessica Glitz