# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*CONSTANCE SAXON, Individually on behalf of the Decedent of EVELYN HALTON v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02310*

## ORDER

The Court, after considering the Plaintiff's Motion for disregarding the Notice of Suggestion of death that counsel filed in error as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Constance Saxon, on behalf of the Estate of Evelyn Halton, is the representative for Plaintiff Evelyn Halton, in the above captioned cause. The Court will disregard the Notice of Suggestion of death filed on August 21, 2019 [Dkt. 15117]. Court was already informed the Plaintiff was passed on initial filing on March 16, 2016. No further action will be taken.

Date: _____          _____
                                                          Hon. Eldon E. Fallon
                                                          United States District Court Judge