UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Peggy Horn v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-04119*

## MOTION TO SUBSTITUTE PARTY

Sherry Jobe the decedent's daughter, as the Personal Representative for the Estate of Peggy Horn, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff's case was filed on or about May 3, 2016 (Peggy Horn *v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-04119*).

2. Subsequently, Plaintiffs' counsel was informed that Peggy Horn passed away on or about July 17, 2019 .

3. Peggy Horn's action against Defendants survives her death and is not extinguished.

4. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 21, 2019 [Doc. 15120].

5. On or about July 30, 2019 the state of Oklahoma named Sherry Jobe, Plaintiff's daughter, as the informant and next of kin of decedent and the Personal Representative for the Estate of Peggy Horn.

6. Plaintiff thus moves to substitute Sherry Jobe, on behalf of the Estate of Peggy Horn, Deceased, as Plaintiff in the present action.

3

WHEREFORE, Counsel for Plaintiff, Peggy Horn, respectfully request the Court grant Plaintiffs' Motion to Substitute Sherry Jobe, on behalf of the Estate of Peggy Horn, Deceased.

Dated: August 23, 2019                                        Respectfully submitted,

By: /s/ Monte Bond

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 24076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*