

# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2019-015955

*2019040015955*

1. **DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix):** PEGGY SUE HORN
1a. **LAST NAME PRIOR TO FIRST MARRIAGE:** JONES
2. **SEX:** FEMALE
3. **SOCIAL SECURITY NUMBER:** ~~###-##-####~~
4. **EVER IN US ARMED FORCES?** NO
5a. **AGE- Last birthday (years):** 82
5b. **UNDER 1 YEAR - Months/Days:**
5c. **UNDER 1 DAY - Hours/Minutes:**
6. **DATE OF BIRTH (Mo/Day/Yr):** OCTOBER 31, 1936
7. **BIRTHPLACE (City and State or Foreign Country):** JENKS, OKLAHOMA
8a. **RESIDENCE-State:** OKLAHOMA
8b. **RESIDENCE-County:** TULSA
8c. **RESIDENCE-City or Town:** JENKS
8d. **RESIDENCE-Zip Code:** 74037
8e. **RESIDENCE-Inside City Limits?** YES
8f. **RESIDENCE-Street and Number:** 711 S. ELM
8g. **RESIDENCE-Apt. Number:** LOT 9
9. **MARITAL STATUS AT TIME OF DEATH:** ☒ Widowed
10. **SURVIVING SPOUSE'S NAME:**
11a. **FATHER'S NAME:** WILLIAM ALFRED JONES
11b. **FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE:** JONES
12a. **MOTHER'S NAME:** EVA MAE JONES
12b. **MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE:** OSBORN
13. **DECEDENT OF HISPANIC ORIGIN?** NO, NOT SPANISH/HISPANIC/LATINO
14. **DECEDENT'S RACE:** WHITE
15. **DECEDENT'S EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED
16. **DECEDENT'S USUAL OCCUPATION:** AIRCRAFT BONDER
17. **KIND OF BUSINESS / INDUSTRY:** ROCKWELL INTERNATIONAL
18a. **INFORMANT'S NAME:** SHERRY JOBE
18b. **RELATIONSHIP TO DECEDENT:** DAUGHTER
18c. **MAILING ADDRESS:** ~~redacted~~, BROKEN ARROW, OKLAHOMA ~~redacted~~
19. **METHOD OF DISPOSITION:** ☒ Burial
20. **PLACE OF DISPOSITION:** BIXBY CEMETERY
21. **LOCATION:** BIXBY, OKLAHOMA
22. **NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** LEONARD AND MARKER FUNERAL HOME - BIXBY, 6521 E 151ST, BIXBY, OKLAHOMA 74008
23. **FUNERAL HOME DIRECTOR:** MICHAEL KENT MARKER
24. **FH ESTABLISHMENT LICENSE #:** 1026ES
25. **PLACE OF DEATH:** ☒ Decedent's home
26. **FACILITY NAME:** 711 S. ELM LOT 9
27. **CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH:** JENKS, OKLAHOMA, 74037
28. **COUNTY OF DEATH:** TULSA
29. **DATE OF DEATH (Mo/Day/Yr):** MAY 23, 2019
30. **TIME OF DEATH:** 03:43 FOUND
31. **WAS MEDICAL EXAMINER CONTACTED?** YES
32. **WAS AN AUTOPSY PERFORMED?** NO
33. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?**

### 34. CAUSE OF DEATH

**PART I.**
a. **IMMEDIATE CAUSE:** ACUTE PULMONARY EMBOLISM — Approximate interval: IMMEDIATE
b. Due to: CHRONIC PULMONARY EMBOLISM — 7 YEARS
c.
d.

**35. PART II. Other significant conditions contributing to death:** ATRIAL FIBRILLATION

36. **MANNER OF DEATH:** ☒ Natural
37. **IF FEMALE:**
38. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ No
39. **DATE OF INJURY:**
40. **TIME OF INJURY:**
41. **PLACE OF INJURY:**
42. **DESCRIBE HOW INJURY OCCURRED:**
43. **INJURY AT WORK?**
44. **LOCATION OF INJURY:**
45. **IF TRANSPORTATION INJURY:**
46. **CERTIFIER:** ☒ ATTENDING PHYSICIAN - Physician in charge of the patient's care
47. **NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** BRENT LAUGHLIN, MD, 1919 S. WHEELING SUITE 404, TULSA, OKLAHOMA 74104
**Certifier:** BRENT LAUGHLIN, MD
48. **LICENSE NUMBER:** 13111OK
49. **DATE DEATH CERTIFIED:** JUNE 3, 2019
50. **REGISTRAR'S SIGNATURE:** /s/ Kelly M Baker
52. **DATE RECEIVED BY STATE REGISTRAR:** JUNE 4, 2019

*Wednesday, June 05, 2019 10:56:06 AM*

REVISION 2016   VS 15A (12/16)