UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dolores Hymes Lassiter v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-06501*

## MOTION TO SUBSTITUTE PARTY

Laurie E. Bennett the decedents daughter, as the Personal Representative for the Estate of Dolores Hymes Lassiter, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff's case was filed on or about April 1, 2019 (Dolores Hymes Lassiter *v. Janssen Research & Development, LLC, et al*; Case No. *2:19-cv-06501*).

2. Subsequently, Plaintiffs' counsel was informed on or about May 13, 2019 that Dolores Hymes Lassiter passed away on or about.

3. Dolores Hymes Lassiter's action against Defendants survives her death and is not extinguished.

4. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 21, 2019 [Doc. 15118].

5. On or about September 12, 2018 the state of North Carolina named Laurie E. Bennett, Plaintiff's daughter, as the informant and next of kin of decedent and the Personal Representative for the Estate of Dolores Hymes Lassiter.

6. Plaintiff thus moves to substitute Laurie E. Bennett, on behalf of the Estate of Dolores Hymes Lassiter, Deceased, as Plaintiff in the present action.

3

WHEREFORE, Counsel for Plaintiffs, Dolores Hymes Lassiter, respectfully request the Court grant Plaintiffs' Motion to Substitute Laurie E. Bennett, on behalf of the Estate of Dolores Hymes Lassiter, Deceased.

Dated: August 23, 2019

Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 24076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                                                                           */s/ Monte Bond*

                                                                           */s/Jessica Glitz*