# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS
## CERTIFICATE OF DEATH

**REGISTRATION DISTRICT NO.** 011-95  **LOCAL NO.** _____  **COUNTY OF DEATH** Buncombe  **STATE FILE NO.** _____

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Dolores
- 1b. MIDDLE: V.
- 1c. LAST: Lassiter
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Hymes

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 77
- 4. DATE OF BIRTH: March 14, 1941
- 5. BIRTHPLACE: Buncombe, NC
- 6. DATE OF DEATH: September 7, 2018

**PLACE OF DEATH:** Decedent's home
- 7c. FACILITY NAME: 224 S. Beaumont Street
- 7d. CITY OR TOWN: Asheville
- 7e. COUNTY OF DEATH: Buncombe

**8. MARITAL STATUS:** Divorced
**9. SURVIVING SPOUSE:** 
**10a. DECEDENT'S USUAL OCCUPATION:** Mortician/Funeral Director
**10b. KIND OF BUSINESS/INDUSTRY:** Funeral Home

**11. SOCIAL SECURITY NUMBER:** _____
**12a. RESIDENCE–STATE:** NC
**12b. COUNTY:** Buncombe
**12c. CITY OR TOWN:** Asheville
**12d. STREET AND NUMBER:** _____
**12e. INSIDE CITY LIMITS:** Yes
**12f. ZIP CODE:** 28801
**13. WAS DECEDENT EVER IN U.S. ARMED FORCES?** No

**14. DECEDENT'S EDUCATION:** Bachelor's degree (e.g., BA, AB, BS)
**15. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
**16. DECEDENT'S RACE:** Black or African American

**17. FATHER/PARENT:** Mckinley NMN Hymes
**18. MOTHER/PARENT:** Elizabeth NMN Smith

**19a. INFORMANT'S NAME:** Laurie E. Bennett
**19b. RELATIONSHIP TO DECEDENT:** Daughter
**19c. MAILING ADDRESS:** 224 S. Beaumont Street, Asheville, NC 28801

**20a. METHOD OF DISPOSITION:** Burial
**20b. PLACE OF DISPOSITION:** Ashelawn Gardens of Memory
**20c. LOCATION:** Asheville/NC

**21a. SIGNATURE OF FUNERAL DIRECTOR:** Nian W. Avery
**21b. LICENSE NUMBER:** FS 845
**21c. NAME OF EMBALMER:** Nian Watson Avery
**21d. LICENSE NUMBER:** FS 845

**22. NAME AND ADDRESS OF FUNERAL HOME:** Avery's Memorial Chapel, Inc., 542 Hendersonville Rd., Asheville, NC 28803

**23. MEDICAL CERTIFICATION**
- Part I. IMMEDIATE CAUSE: a. pulmonary hypertension
- Approximate Interval Onset to death: _____

**24a. WAS AN AUTOPSY PERFORMED?** No
**24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** No

**25. MANNER OF DEATH:** Natural
**26a. WAS CASE REFERRED TO MEDICAL EXAMINER?** No
**27. TIME OF DEATH (Approximate):** 11:45 PM
**28. DID TOBACCO USE CONTRIBUTE TO DEATH?** Unknown
**29. IF FEMALE:** Not pregnant within past year

**32. CERTIFIER:** Certifying physician/nurse practitioner/physician assistant
**33a. SIGNATURE AND TITLE OF CERTIFIER:** Virginia J Barnhardt MD
**33b. LICENSE NUMBER:** NC 29391
**33c. DATE SIGNED:** 9-11-2018
**33d. NAME AND ADDRESS OF CERTIFIER:** Virginia J Barnhardt MD, 68 Sweeten Creek Rd, Asheville NC 28803

**34. FOR LOCAL REGISTRAR:** Terri C. Rogers
**35. DATE FILED:** 9-12-18

---

**North Carolina**
**Buncombe County**

I, DREW REISINGER, Register of Deeds of Buncombe County, do hereby certify that the above information is from

Volume ****** Page ****** of the record of Vital Statistics for Buncombe County, North Carolina.

Witness my hand and official seal this the __12th__ day of __September__, 20 __18__

DREW REISINGER, Register of Deeds
By: Asst./Deputy/Register of Deeds (Keith R. Green)