UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**
*LAURIE E. BENNETT, on behalf of Decedent DOLORES HYMES LASSITER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:19-cv-06501*

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Laurie E. Bennett, on behalf of the Estate of Dolores Hymes Lassiter, is substituted for Plaintiff Dolores Lassiter, in the above captioned cause.


Date: _____     _____

                                                                                   Hon. Eldon E. Fallon
                                                                                    United States District Court Judge