UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH | |

**THIS DOCUMENT RELATES TO:**

*Laura Jordan v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-08405*

## MOTION TO SUBSTITUTE PARTY

Howard Jordan the decedent's spouse, as the Personal Representative for the Estate of Laura Jordan, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff's case was filed on or about April 4, 2019 (Laura Jordan *v. Janssen Research & Development, LLC, et al*; Case No. *2:19-cv-08405*).

2. Subsequently, Plaintiffs' counsel was informed on or about July 23, 2019 that Laura Jordan passed away on or about April 17, 2019.

3. Laura Jordan's action against Defendants survives her death and is not extinguished.

4. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 21, 2019 [Doc. 15119].

5. On or about April 23, 2019 the state of Georgia named Howard Jordan, Plaintiff's spouse, as the informant and next of kin of decedent and the Personal Representative for the Estate of Laura Jordan.

6. Plaintiff thus moves to substitute Howard Jordan, on behalf of the Estate of Laura Jordan, Deceased, as Plaintiff in the present action.

3

WHEREFORE, Counsel for Plaintiffs, Laura Jordan, respectfully request the Court grant Plaintiffs' Motion to Substitute Howard Jordan, on behalf of the Estate of Laura Jordan, Deceased.

Dated: August 23, 2019                              Respectfully submitted,

By: /s/ Monte Bond

    MONTE BOND, Esq.
    Texas Bar No.02585625
    JESSICA GLITZ, Esq.
    Texas Bar No. 24076095
    Tautfest Bond PLLC
    5151 Belt Line Road, Suite 1000
    Dallas, Texas 75254
    214-617-9980 (Phone)
    214-617-9985 (Fax)
    mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*
