# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*HOWARD JORDAN, Individually and on behalf of Decedent LAURA JORDAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:19-cv-08405*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

      Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Laura Jordan, on or about April 17, 2019 .

Dated: August 21, 2019             Respectfully submitted,

                                           /s/ Monte Bond
                                           Monte Bond, Esq.
                                             Texas Bar No. 02585625
                                             Jessica Glitz
                                             Texas Bar No. 24076095
                                             Tautfest Bond PLLC
                                             5151 Belt Line Rd.
                                             Ste. 1000
                                             Dallas, Texas 75254
                                             214-617-9980 (Phone)
                                             214-853-4281 (Fax)
                                             mbond@tautfestbond.com
                                             jglitz@tautfestbond.com

                                             *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 21, 2019

                                            Respectfully submitted,

                                            /s/ Monte Bond
                                            Monte Bond, Esq.
                                            Texas Bar No. 02585625
                                            Jessica Glitz
                                            Texas Bar No. 24076095
                                            Tautfest Bond PLLC
                                            5151 Belt Line Rd.
                                            Ste. 1000
                                            Dallas, Texas 75254
                                            214-617-9980 (Phone)
                                            214-853-4281 (Fax)
                                            mbond@tautfestbond.com
                                            jglitz@tautfestbond.com

                                            *Attorneys for the Plaintiffs*