# GEORGIA DEATH CERTIFICATE

State File Number: **2019GA000023362**

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | LAURA SHELTON JORDAN |
| 1a | IF FEMALE, ENTER LAST NAME AT BIRTH | SHELTON |
| 2 | SEX | FEMALE |
| 2a | DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 04/17/2019 |
| 3 | SOCIAL SECURITY NUMBER | [redacted] |
| 4a | AGE (Years) | 81 |
| 4b | UNDER 1 YEAR Mos. | |
| 4b | UNDER 1 YEAR Days | |
| 4c | UNDER 1 DAY Hours | |
| 4c | UNDER 1 DAY Mins. | |
| 5 | DATE OF BIRTH (Mo., Day, Year) | 06/15/1937 |
| 6 | BIRTHPLACE | NORTH CAROLINA |
| 7a | RESIDENCE - STATE | FLORIDA |
| 7b | COUNTY | PINELLAS |
| 7c | CITY, TOWN | SEMINOLE |
| 7d | STREET AND NUMBER | 11361 88TH AVENUE N |
| 7e | ZIP CODE | 33772 |
| 7f | INSIDE CITY LIMITS? | YES |
| 8 | ARMED FORCES? | NO |
| 8a | USUAL OCCUPATION | HOMEMKAER |
| 8b | KIND OF INDUSTRY OR BUSINESS | HOMEMAKER |
| 9 | MARITIAL STATUS | MARRIED |
| 10 | SPOUSE NAME | HOWARD L JORDAN |
| 11 | FATHER'S FULL NAME (First, Middle, Last) | CHARLIE SHELTON |
| 12 | MOTHER'S MAIDEN NAME (First, Middle, Last) | MANDE MCGEEHEE |
| 13a | INFORMANT'S NAME (First, Middle, Last) | HOWARD L JORDAN |
| 13b | RELATIONSHIP TO DECEDENT | HUSBAND |
| 13c | MAILING ADDRESS | [redacted] HIGHWAY 165 EUFAULA ALABAMA [redacted] |
| 14 | DECEDENT'S EDUCATION | SOME COLLEGE CREDIT LEADING TO AN ASSOCIATE DEGREE |
| 15 | ORIGIN OF DECEDENT (Italian, Mex., French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16 | DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | WHITE |
| 17a | IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b | IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18 | HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) | PIEDMONT COLUMBUS REGIONAL MIDTOWN |
| 19 | CITY, TOWN or LOCATION OF DEATH | COLUMBUS |
| 20 | COUNTY OF DEATH | MUSCOGEE |
| 21 | METHOD OF DISPOSITION (specify) | BURIAL |
| 22 | PLACE OF DISPOSITION | FT MITCHELL NATIONAL CEMETERY 165 HIGHWAY S FORT MITCHELL ALABAMA 36858 |
| 23 | DISPOSITION DATE (Mo., Day, Year) | 04/22/2019 |
| 24a | EMBALMER'S NAME | LANCE BROOKS |
| 24b | EMBALMER LICENSE NO. | 01338 |
| 25 | FUNERAL HOME NAME | VANCE BROOKS FUNERAL HOME AND CREMATION SERV LLC. |
| 25a | FUNERAL HOME ADDRESS | 3738 HIGHWAY 431 N PHENIX CITY ALABAMA 36868 |
| 26a | SIGNATURE OF FUNERAL DIRECTOR | LANCE CREED BROOKS |
| 26b | FUN. DIR. LICENSE NO | 05810 |
| | AMENDMENTS | |
| 27 | DATE PRONOUNCED DEAD (Mo., Day, Year) | 04/17/2019 |
| 28 | HOUR PRONOUNCED DEAD | 04:10 AM |
| 29a | PRONOUNCER'S NAME | CHRISTOPHER SCOTT REDDOCH |
| 29b | LICENSE NUMBER | 61328 |
| 29c | DATE SIGNED | 04/17/2019 |
| 30 | TIME OF DEATH | 04:10 AM |
| 31 | WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

**32. Part I.** Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE (Final disease or condition resulting in death) | MULTI ORGAN SYSTEM FAILURE | UNKNOWN |
| B. Due to, or as a consequence of | SEPTIC ENCEPHALOPATHY, RESPIRATORY FAILURE | UNKNOWN |
| C. Due to, or as a consequence of | SHOCK, RENAL FAILURE, SHOCK LEVEL | UNKNOWN |
| D. Due to, or as a consequence of | PNEUMONIA WITH SEVERE SEPSIS | UNKNOWN |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| # | Field | Value |
|---|---|---|
| 33 | WAS AUTOPSY PERFORMED? | UNKNOWN |
| 34 | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35 | TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36 | IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37 | ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | NATURAL |
| 38 | DATE OF INJURY (Mo., Day, Year) | |
| 39 | TIME OF INJURY | |
| 40 | PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | |
| 41 | INJURY AT WORK? (Yes or No) | |
| 42 | LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) | |
| 43 | DESCRIBE HOW INJURY OCCURRED | |
| 44 | IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)
**VINCENT NICOLAIS, MD, 034676**

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

| # | Field | Value |
|---|---|---|
| 45a | DATE SIGNED (Mo., Day, Year) | 04/23/2019 |
| 45b | HOUR OF DEATH | 04:10 AM |
| 46a | DATE SIGNED (Mo., Day, Year) | |
| 46b | HOUR OF DEATH | |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
**VINCENT NICOLAIS 710 CENTER ST. BOX 81 COLUMBUS GEORGIA 31902**

48. REGISTRAR (Signature): **/S/ GWENDOLYN DUFFIN**

49. DATE FILED - REGISTRAR (Mo., Day, Year): **04/23/2019**

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

_Gwendolyn Duffin_
DEPUTY STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: _Carrie McClement_
ISSUED BY: _Aachana Polk_
DATE ISSUED: APR 2 3 2019

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**