UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**
*HOWARD JORDAN, on behalf of the estate of LAURA JORDAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:19-cv-08405*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Howard Jordan, on behalf of the Estate of Laura Jordan, is substituted for Plaintiff Laura Jordan, in the above captioned cause.

Date: _____          _____
                                                                         Hon. Eldon E. Fallon
                                                                         United States District Court Judge