# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> GARY WIMBLEY AS ATTORNEY-IN-FACT <br> FOR WILLIE LOVING <br> Civil Action No.: 160903537 | ) MDL No. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE ELDON E. FALLON <br> ) MAGISTRATE JUDGE NORTH <br> ) <br> ) <br> ) |

## NOTICE AND SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff Gary Wimbley as Attorney-in-Fact for Willie Loving, notes the death during the pendency of this action of Willie Loving.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Gary Wimbley as Representative of the Estate of Willie Loving.

This 23rd day of August, 2019.

By: */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Fax:              (214) 987-2545
E-Mail:  aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                                              */s/Alexandra V. Boone*
                                              **ALEXANDRA V. BOONE**