## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: GARY WIMBLEY AS ATTORNEY-IN-FACT FOR WILLIE LOVING Civil Action No.: 160903537 | ) ) ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Gary Wimbley as Representative of the Estate of Willie Loving, for Plaintiff Gary Wimbley as Attorney-in-Fact for Willie Loving.

1. Gary Wimbley as Attorney-in-Fact for Willie Loving filed a products liability lawsuit against the defendants on September 29, 2016.

2. On June 26, 2019, Willie Loving died.

3. Willie Loving's products liability action against defendants survived her death and was not extinguished.

4. Gary Wimbley as Representative of the Estate of Willie Loving, is a proper party to substitute for plaintiff-decedent Willie Loving and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Gary Wimbley as Representative of the Estate of Willie Loving requests that this Court grant his request for substitution as plaintiff in this action.

This 23rd day of August, 2019.

By: */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**