# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ROOSEVELT J. STUBBLEFIELD Civil Action No.: 2:17-cv-01977 | ) ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Tracy L. Reed on behalf of her deceased father, Roosevelt J. Stubblefield.

1. Roosevelt J. Stubblefield filed a products liability lawsuit against the defendants on March 8, 2017.

2. On July 29, 2017, Roosevelt J. Stubblefield died.

3. Roosevelt J. Stubblefield's products liability action against defendants survived his death and was not extinguished.

4. Tracy L. Reed, daughter of Roosevelt J. Stubblefield and Representative of Roosevelt J. Stubblefield's estate, is a proper party to substitute for plaintiff-decedent Roosevelt J. Stubblefield and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Tracy L. Reed requests that this Court grant her request for substitution as plaintiff in this action.

This 23rd day of August, 2019.

By:  */s/ Alexandra V. Boone*
   **LES WEISBROD**
   Texas Bar No. 21104900
   **ALEXANDRA V. BOONE**
   Texas Bar No. 00795259
   **MILLER WEISBROD LLP**
   11551 Forest Central Drive, Suite 300
   Dallas, Texas 75243
   Telephone: (214) 987-0005
   Fax: (214) 987-2545
   E-Mail: aboone@millerweisbrod.com

   **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

   */s/Alexandra V. Boone*
   **ALEXANDRA V. BOONE**

2