# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Shantel Murray <br> Civil Action No. 2:19-cv-06076 | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

/s/ CHARLOTTE A. LONG

**Charlotte A. Long**
Texas Bar No. 24094692
charlotte@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

/s/ MATTHEW R. MCCARLEY
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEYS FOR THE PLAINTIFF

Dated: August 23, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: August 23, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: August 23, 2019

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: August 23, 2019

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 23, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                       **/s/ Charlotte A. Long**
                                                       Charlotte A. Long