# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> )MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **THOMAS TOWNLEY** <br> Civil Action No. 2:16-cv-11781 | **SECTION L** <br> ) <br> ) <br> )**JUDGE ELDON E. FALLON** <br> ) <br> ) <br> )**MAGISTRATE JUDGE NORTH** <br> ) |

## *NOTICE AND SUGGESTION OF DEATH*

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff Thomas Townley, notes the death during the pendency of this action of Plaintiff Thomas Townley. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Shirley Gilliam, who is a surviving heir and representative of Plaintiff Thomas Townley's estate.

Dated:  August 26, 2019          /s/ *Jay E. Stuemke*
                                 **SIMON GREENSTONE PANATIER PC**
                                 1201 Elm Street, Suite 3400
                                 Dallas, Texas  75270
                                 Telephone: (214) 276-7680
                                 Facsimile: (214) 276-7699
                                 Email:  jstuemke@sgptrial.com

                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice and Suggestion of Death was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 26, 2019                         */s/ Jay E. Stuemke*