# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>THOMAS TOWNLEY<br>Civil Action No. 2:16-cv-11781 | SECTION L<br>)<br>)<br>) JUDGE ELDON E. FALLON<br>)<br>)<br>) MAGISTRATE JUDGE NORTH<br>) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Jay Stuemke, Counsel for Thomas Townley, now deceased, moves this Honorable Court for an order to substitute Shirley Gilliam on behalf of her deceased father Thomas Townley, in the above captioned matter and in support thereof, states the following.

1, Thomas Townley filed a Xarelto product liability case against the Defendants on June 27, 2016.

2. On November 18, 2015, Thomas Townley died. Counsel for Mr. Townley recently learned of his passing.

3. Thomas Townley's product liability action against Defendants survived his death and was not extinguished.

4. Shirley Gilliam, surviving daughter and Representative of Thomas Townley's estate, is a proper party to substitute for plaintiff-decedent Thomas Townley and proceed forward with the surviving products liability claim on his behalf.

1

2

WHEREFORE, counsel requests that the Court grant this motion and substitute Shirley Gilliam as the Plaintiff in this action.

Dated:  August 26, 2019            /s/ *Jay E. Stuemke*
**SIMON GREENSTONE PANATIER PC**
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email:  jstuemke@sgptrial.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 26, 2019                    /s/ Jay E. Stuemke