## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | )<br>)**MDL No. 2592**<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>**THOMAS TOWNLEY**<br>Civil Action No. 2:16-cv-11781 | **SECTION L**<br>)<br>)<br>)**JUDGE ELDON E. FALLON**<br>)<br>)<br>)**MAGISTRATE JUDGE NORTH**<br>) |

### <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party  Plaintiff Thomas Townley, as well as any responses thereto, finds the motions  meritorious.  Therefore,

**IT IS ORDERED AND ADJUDGED THAT:**

1.  Counsel for Plaintiff's motion is GRANTED

2.  SHIRLEY GILLIAM, Individually and as Representative of the Estate of THOMAS TOWNLEY, is substituted for Plaintiff Thomas Townley as the proper  Plaintiff in the above captioned case.

**SO ORDERED:**

New Orleans, Louisiana, this_____day of_____. 2019.


_____
UNITED STATES DISTRICT COURT JUDGE