UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) | SECTION L |
| CRAIG PROFFITT | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC; F/K.A JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS.; BAYER CORPORATION;BAYER HEALTHCARE LLC; AND BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER HEALTHCARE AG BAYER AG, BAYER HEALTHCARE AG, BAYER AG, MCKESSON CORPORATION AND JOHN DOES 1-100, INCLUSIVE Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MAGISTRATE JUDGE NORTH

Civil Action No.: 2:16-cv-17927

**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
By: /s/ Anthony D. Birchfield, Jr.
Anthony D. Birchfield, Jr.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Tel: (334) 269-2343
Andy.Birchfield@beasleyallen.com

Attorneys for Plaintiff
Dated: August 26, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: August 26, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Tel: (212)836-8000
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Andrew.Solow@apks.com
William.Hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: August 22, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Tel: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: August 26, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 26, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                      /s/ Andy D. Birchfield, Jr.