UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*William D. Perkins vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05652-EEF-MBN

## MOTION TO SUBSTITUTE PROPER PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1) undersigned counsel moves this Court for an order substituting Karen S. Perkins, spouse of decedent, on behalf of the Estate of William D. Perkins, as Plaintiff in the above-captioned matter.

1. William D. Perkins filed a product liability action against defendants on October 6, 2015.

2. Plaintiff William D. Perkins died November 22, 2017.

3. Plaintiff filed a Notice / Suggestion of Death on August 26, 2019 [Doc 15190].

4. Karen S. Perkins, spouse of William D. Perkins, is a proper party to substitute for plaintiff-decedent William D. Perkins and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court grant this request for substitution of Karen S. Perkins as plaintiff in place of decedent William D. Perkins.

Dated: August 26, 2019                     Respectfully submitted,

<u>/s/ Margret Lecocke</u>
Margret Lecocke
mlecocke@whlaw.com
John T. Boundas
jboundas@whlaw.com
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas  77017-5051
Telephone: (713) 230-2200
Facsimile:  (713) 643-6226

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ Margret Lecocke
    Margret Lecocke