UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**MOTION FOR EXTENSION OF TIME TO COMPLY
WITH SUPPLEMENTAL REGISTRATION REQUIREMENTS
OF CASE MANAGEMENT ORDER NO. 10**

**NOW INTO COURT**, through undersigned counsel, come Fredrick Tyrone Wright, Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves (the "Sterling Family"), who respectfully suggest to the Court that:

1.

The Sterling Family retained Bradley C. Stidham, Attorney, formerly an associate attorney at the firm of Shockey & Associates, A Professional Law Corporation, in connection with their claim arising from Xarelto being prescribed to their mother, Lucille Silket Sterling.

2.

Bradley C. Stidham was terminated from his employment with Shockey & Associates and made no provision for a continuation of the representation of the Sterling Family.

3.

The undersigned was unaware following such termination that no provision had been made for the continuation of the representation of the Sterling Family.

4.

The undersigned only learned of the entry of the Case Management Order No. 10 well after the fact.

5.

An examination of the file material left behind by Bradley C. Stidham includes some but not all medical records pertaining to Lucille Silket Sterling.

6.

Moreover, e-mails and notes of Stidham suggest that while there were other medical records of Mrs. Sterling that were collected and reviewed by Stidham, they are not available for the undersigned to utilize in complying with the supplemental disclosures required by Case Management Order No. 10.

7.

The undersigned has recently written various healthcare providers who previously treated Lucille Silket Sterling in an effort to obtain replacement copies of medical records and additional medical records believed to exist, all pertaining to the care of Mrs. Sterling.

8.

Only after the receipt and review of such replacement and additional medical records will undersigned counsel be able to comply with the specific supplemental disclosures required by Case Management Order No. 10.

9.

The undersigned desires that an extension of time of sixty (60) days from August 28, 2019, or to October 25, 2019, within which to otherwise provide the additional supplemental information required by Case Management Order No. 10.

10.

An assistant to the undersigned has attempted to contract Defendants' Co-Liaison Counsel by e-mail and by phone, without success, in an effort to determine whether or not there is objection to this Motion.

**WHEREFORE**, Fredrick Tyrone Wright, Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves, pray for an extension of time of sixty (60) days through October 25, 2019, within which to comply with the requirements of Case Management Order No. 10.

SHOCKEY & ASSOCIATES
A Professional Law Corporation
10114 Jefferson Highway
Baton Rouge, LA 70809
(225)291-7500

*S/William C. Shockey*
WILLIAM C. SHOCKEY,
Bar Roll #10888
E-mail: wshockey@shockey-associates.com

Attorneys for Fredrick Tyrone Wright, Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 27th day of August, 2019, served a copy of the foregoing Motion for Extension of Time to Comply with Supplemental Registration Requirements of Case Management Order No. 10 on Defendants' Co-Liaison Counsel named below, via e-mail:

    Andrew K. Solow
    William Hoffman
    Susan Sharko
    Kim E. Moore
    John F. Olinde

                                              *S/William C. Shockey*
                                              WILLIAM C. SHOCKEY