UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER GRANTING EXTENSION OF TIME TO COMPLY
WITH SUPPLEMENTAL REGISTRATION REQUIREMENTS
OF CASE MANAGEMENT ORDER NO. 10**

Considering the premises of the foregoing Motion for Extension of Time to Comply with Supplemental Registration Requirements of Case Management Order No. 10:

**IT IS ORDERED** that Fredrick Tyrone Wright, Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves be and are hereby granted an extension of time through October 25, 2019 within which to provide the additional supplemental information required by Case Management Order No. 10.

New Orleans, Louisiana, this _____ day of August, 2019.

_____
United States District Judge