UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## NOTICE OF SUBMISSION

Considering the premises of the foregoing Motion for Extension of Time to Comply with Supplemental Registration Requirements of Case Management Order No. 10:

**IT IS ORDERED** that the Motion for Extension of Time to Comply with Supplemental Registration Requirements of Case Management Order No. 10 filed on behalf of Fredrick Tyrone Wright, Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves is set for submission before the Honorable Eldon E. Fallon on August 28, 2019 at 8:30 o'clock a.m.

SHOCKEY & ASSOCIATES
A Professional Law Corporation
10114 Jefferson Highway
Baton Rouge, LA 70809
(225)291-7500

*S/William C. Shockey*
WILLIAM C. SHOCKEY,
Bar Roll #10888
E-mail: wshockey@shockey-associates.com

Attorneys for Fredrick Tyrone Wright, Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves