# MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES
## CERTIFICATE OF DEATH

STATE FILE NUMBER: 124 -

VS 300 MO 580-2211 (1-10)

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | ANNA ELIZABETH MCCULLOCH |
| 2. SEX | FEMALE |
| 3. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE | MOSER |
| 4. ACTUAL OR PRESUMED DATE OF DEATH | MARCH 14, 2019 |
| 5. SOCIAL SECURITY NUMBER | 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 |
| 6a. AGE – Last Birthday (Years) | 92 |
| 7. DATE OF BIRTH | OCTOBER 06, 1926 |
| 8. BIRTHPLACE | MCCOY, COLORADO |
| 9a. RESIDENCE (COUNTRY) | UNITED STATES |
| (STATE) | MICHIGAN |
| 9b. COUNTY | OAKLAND |
| 9c. CITY, TOWN OR LOCATION | ROCHESTER HILLS |
| 9d. STREET AND NUMBER | 1266 HARDING AVE |
| 9f. ZIP CODE | 48307 |
| 9g. INSIDE CITY LIMITS? | ☒ Yes |
| 10. WAS DECEDENT EVER IN U.S. ARMED FORCES? | ☒ No |
| 11. MARITAL STATUS AT TIME OF DEATH | ☒ Widowed |
| 13. FATHER'S NAME | WILLIAM M MOSER |
| 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | ELIZABETH AULT |
| 15a. INFORMANT'S NAME | KELLY MUDEL |
| 15b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 15c. MAILING ADDRESS | 68629 APPLEVIEW DR, WASHINGTON, MICHIGAN 48095 |

**16. PLACE OF DEATH** — ☒ Inpatient

| Field | Value |
|---|---|
| 17. FACILITY NAME | SAINT LUKE'S NORTH HOSPITAL |
| 18. CITY OR TOWN, STATE AND ZIP CODE | KANSAS CITY, MISSOURI 64154 |
| 19. COUNTY OF DEATH | PLATTE |
| 20a. METHOD OF DISPOSITION | ☒ Burial |
| 20b. DATE OF DISPOSITION | MARCH 21, 2019 |
| 21. PLACE OF DISPOSITION | MT AVON CEMETERY |
| 22. LOCATION | ROCHESTER, MICHIGAN |
| 23. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | MCGILLEY MIDTOWN CHAPEL, 20 W LINWOOD BLVD, KANSAS CITY, MISSOURI 64111 |
| 24. SIGNATURE OF FUNERAL SERVICE LICENSEE | ROBERT W KALKOFEN |
| 25. FUNERAL ESTABLISHMENT LICENSE NUMBER | 2008000327 |
| 26. ACTUAL OR PRESUMED TIME OF DEATH | 5:53 am |
| 27. WAS MEDICAL EXAMINER/CORONER CONTACTED? | ☒ No |

**CAUSE OF DEATH**

PART I.
a. Congestive Heart Failure

29. WAS AN AUTOPSY PERFORMED? ☒ No
30. WERE AUTOPSY FINDINGS AVAILABLE... ☒ No
31. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown
32. IF FEMALE: ☒ Not pregnant within past year
33. MANNER OF DEATH: ☒ Natural

41. CERTIFIER: ☒ Certifying Physician

42. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: Leslie A. Fields, 4401 Wornall Road, Kansas City, MO 64111
43. TITLE OF CERTIFIER: MD
44. CERTIFIER MO LICENSE NUMBER: 2010017182
45. CERTIFIER NPI NUMBER: 1821294489
46. DATE CERTIFIED: 4-09-2019
48. DATE FILED: April 9, 2019

**49. DECEDENT'S EDUCATION:** ☒ Some college credit, but no degree
**50. DECEDENT OF HISPANIC ORIGIN?** ☒ No, not Spanish/Hispanic/Latino
**51. DECEDENT'S RACE:** ☒ White

**52. DECEDENT'S USUAL OCCUPATION:** ASSEMBLY
**53. KIND OF BUSINESS/INDUSTRY:** COMPUTER MNFG

---

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT
(Do not accept if reproduced, or if seal impression cannot be felt.)
THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315 RSMo 2004.)

STATE OF MISSOURI
COUNTY OF Jackson } ss

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health and Senior Services. Witness my hand as County Registrar of Vital Records and the Seal of the Missouri Department of Health and Senior Services.

April 9, 2019

Clifford A. Dennis
Registrar of Vital Records

MO 580-1103 (09-05)