UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*Anna E. McCulloch v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-07962*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Sandra K. Nyquist, on behalf of the Estate of Anna E. McCulloch, in the above captioned cause.

1. Anna E. McCulloch filed a products liability lawsuit against defendants on August 17, 2017.

2. Plaintiff Anna E. McCulloch died on March 14, 2019.

3. Anna E. McCulloch's products liability action against defendants survived her death and was not extinguished

4. Plaintiff filed a Suggestion of Death on August 27, 2019, attached hereto as "Exhibit A".

5. Sandra K. Nyquist, daughter of Anna E. McCulloch, is a proper party to substitute for plaintiff-decedent Anna E. McCulloch and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: August 27, 2019

Respectfully Submitted,

By: */s/ Michael G. Guajardo*
Michael G. Guajardo
Texas Bar No. 00784183
Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, TX 75251
(972) 774-9800 (Phone)
(972) 774-9801 (Fax)
mike@guajardomarks.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 27, 2019

Respectfully Submitted,

By: */s/ Michael G. Guajardo*
Michael G. Guajardo
Texas Bar No. 00784183
Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, TX  75251
(972) 774-9800 (Phone)
(972) 774-9801 (Fax)
mike@guajardomarks.com

*Attorney for Plaintiff*