# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*Anna E. McCulloch v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:17-cv-07962*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Anna E. McCulloch, on or about March 14, 2019.

Dated: August 27, 2019                    Respectfully submitted,

/s/*Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated:  August 27, 2019

                                              Respectfully submitted,

                                              */s/Michael G. Guajardo*
                                              MICHAEL G. GUAJARDO, ESQ.
                                              Texas Bar No. 00784183
                                              J. GREGORY MARKS, ESQ.
                                              Texas Bar No. 12994900

                                              Guajardo & Marks, LLP
                                              Three Forest Plaza
                                              12221 Merit Drive, Suite 945
                                              Dallas, Texas 75251
                                              P:  (972) 774-9800
                                              F:  (972) 774-9801
                                              mike@guajardomarks.com
                                              greg@guajardomarks.com

                                              ATTORNEYS FOR PLAINTIFF

| | | |
|---|---|---|
| VS 300 MO 580-2211 (1-10) | MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES<br>**CERTIFICATE OF DEATH** | STATE FILE NUMBER<br>124 - |

| 1. DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last, Suffix)<br>ANNA ELIZABETH MCCULLOCH | 2. SEX<br>FEMALE | 3. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE<br>MOSER | 4. ACTUAL OR PRESUMED DATE OF DEATH (Month, Day, Year)<br>MARCH 14, 2019 |
|---|---|---|---|
| 5. SOCIAL SECURITY NUMBER<br>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 | 6a. AGE – Last Birthday (Years) 92 / 6b. UNDER 1 YEAR / 6c. UNDER 1 DAY | 7. DATE OF BIRTH (Month, Day, Year)<br>OCTOBER 06, 1926 | 8. BIRTHPLACE (City and State or Foreign Country)<br>MCCOY, COLORADO |
| 9a. RESIDENCE (COUNTRY)<br>UNITED STATES | (STATE, TERRITORY or PROVINCE)<br>MICHIGAN | 9b. COUNTY<br>OAKLAND | 9c. CITY, TOWN OR LOCATION<br>ROCHESTER HILLS |
| 9d. STREET AND NUMBER<br>1266 HARDING AVE | | 9e. APARTMENT NO. / 9f. ZIP CODE 48307 | 9g. INSIDE CITY LIMITS? ☒ Yes ☐ No |
| 10. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No | 11. MARITAL STATUS AT THE TIME OF DEATH<br>☐ Married ☐ Married, but separated ☒ Widowed<br>☐ Divorced ☐ Never Married ☐ Unknown | 12. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage.) | |
| 13. FATHER'S NAME (First, Middle, Last, Suffix)<br>WILLIAM M MOSER | | 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last, Suffix)<br>ELIZABETH AULT | |
| 15a. INFORMANT'S NAME (First, Middle, Last, Suffix)<br>KELLY MUDEL | 15b. RELATIONSHIP TO DECEDENT<br>DAUGHTER | 15c. MAILING ADDRESS (Street and Number, City, State, ZIP Code)<br>68629 APPLEVIEW DR, WASHINGTON, MICHIGAN 48095 | |

**16. PLACE OF DEATH (Check only one: see Instructions.)**

| IF DEATH OCCURRED IN A HOSPITAL | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL |
|---|---|
| ☒ Inpatient ☐ Emergency Room/Outpatient ☐ DOA | ☐ Hospice Facility ☐ Nursing Home/Long Term Care Facility ☐ Decedent's Home ☐ Other (Specify) |

| 17. FACILITY NAME (If not institution, give street and number)<br>SAINT LUKE'S NORTH HOSPITAL | 18. CITY OR TOWN, STATE AND ZIP CODE<br>KANSAS CITY, MISSOURI 64154 | 19. COUNTY OF DEATH<br>PLATTE |
|---|---|---|
| 20a. METHOD OF DISPOSITION<br>☒ Burial ☐ Cremation ☐ Donation ☐ Entombment<br>☐ Removal from State ☐ Other (Specify) | 20b. DATE OF DISPOSITION (Month, Day, Year)<br>MARCH 21, 2019 | 21. PLACE OF DISPOSITION (Name of cemetery, crematory, other place)<br>MT AVON CEMETERY | 22. LOCATION (City or Town, State)<br>ROCHESTER, MICHIGAN |
| 23. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY<br>MCGILLEY MIDTOWN CHAPEL<br>20 W LINWOOD BLVD, KANSAS CITY, MISSOURI 64111 | 24. SIGNATURE OF FUNERAL SERVICE LICENSEE OR OTHER PERSON ACTING AS SUCH<br>▶ ROBERT W KALKOFEN | 25. FUNERAL ESTABLISHMENT LICENSE NUMBER<br>2008000327 |
| 26. ACTUAL OR PRESUMED TIME OF DEATH<br>5:53 am | 27. WAS MEDICAL EXAMINER/CORONER CONTACTED?<br>☐ Yes ☒ No | |

**CAUSE OF DEATH (See instructions and examples in handbook)**

28. PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary. | Approximate interval: Onset to Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Congestive Heart Failure
Due to (or as a consequence of):
b. _____
c. _____
d. _____

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| 29. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No |
| 30. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☒ No |

| 31. DID TOBACCO USE CONTRIBUTE TO DEATH?<br>☐ Yes ☐ No ☐ Probably ☒ Unknown | 32. IF FEMALE<br>☒ Not pregnant within past year<br>☐ Pregnant at time of death<br>☐ Not pregnant, but pregnant within 42 days of death<br>☐ Not pregnant, but pregnant 43 days to 1 year before death<br>☐ Unknown if pregnant within the past year | 33. MANNER OF DEATH<br>☒ Natural ☐ Homicide<br>☐ Accident ☐ Pending investigation<br>☐ Suicide ☐ Could not be determined |
|---|---|---|

| 34. DATE OF INJURY | 35. TIME OF INJURY | 36. PLACE OF INJURY | 37. INJURY AT WORK? ☐ Yes ☐ No |
| 38a. LOCATION OF INJURY – STATE | 38b. COUNTY | 38c. CITY OR TOWN | 38d. STREET AND NUMBER | 38e. ZIP CODE |
| 39. DESCRIBE HOW INJURY OCCURRED | 40. IF TRANSPORTATION ACCIDENT (SPECIFY) ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

41. CERTIFIER (CHECK ONLY ONE)
☒ Certifying Physician – To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner/Coroner – On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
SIGNATURE ▶ _[signature]_

| 42. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 28)<br>Leslie A. Fields, 4401 Wornall Road, Kansas City, MO 64111 | 43. TITLE OF CERTIFIER<br>MD |
| 44. CERTIFIER MO LICENSE NUMBER<br>2010017182 | 45. CERTIFIER NPI NUMBER<br>1821294489 | 46. DATE CERTIFIED (Month, Day, Year)<br>4-09-2019 |
| 47. REGISTRAR'S SIGNATURE ▶ _[signature]_ | 48. FOR REGISTRAR ONLY – DATE FILED (Month, Day, Year)<br>April 9, 2019 |

| 49. DECEDENT'S EDUCATION<br>☐ 8th grade or less<br>☐ 9th – 12th grade; no diploma<br>☐ High school graduate or GED completed<br>☒ Some college credit, but no degree<br>☐ Associate degree<br>☐ Bachelor's degree<br>☐ Master's degree<br>☐ Doctorate or professional degree | 50. DECEDENT OF HISPANIC ORIGIN?<br>☒ No, not Spanish/Hispanic/Latino<br>☐ Yes, Mexican, Mexican American, Chicano<br>☐ Yes, Puerto Rican<br>☐ Yes, Cuban<br>☐ Yes, other Spanish/Hispanic/Latino (Specify) | 51. DECEDENT'S RACE<br>☒ White<br>☐ Black or African American<br>☐ American Indian or Alaska Native<br>☐ Asian Indian<br>☐ Chinese<br>☐ Filipino<br>☐ Japanese<br>☐ Korean<br>☐ Vietnamese | ☐ Other Asian (Specify)<br>☐ Native Hawaiian<br>☐ Guamanian or Chamorro<br>☐ Samoan<br>☐ Other Pacific Islander (Specify)<br>☐ Other (Specify)<br>☐ Unknown |
|---|---|---|---|

| 52. DECEDENT'S USUAL OCCUPATION<br>ASSEMBLY | 53. KIND OF BUSINESS/INDUSTRY<br>COMPUTER MNFG |

---

**THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT**
(Do not accept if reproduced, or if seal impression cannot be felt.)
THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315 RSMo 2004.)

STATE OF MISSOURI }
COUNTY OF Jackson } ss.

I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health and Senior Services. Witness my hand as County Registrar of Vital Records and the Seal of the Missouri Department of Health and Senior Services.

April 9, 2019                     Clifford A. Dennie
                                  Registrar of Vital Records

MO 580-1103 (09-05)