MINUTE ENTRY
FALLON, J.
AUGUST 28, 2019

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: VARIOUS CASES | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Sindhu Daniels, Esq., on behalf of Plaintiffs
Chanda Miller, Esq., on behalf of Defendants
John Olinde, Esq. on behalf Defendants
Thomas Smith, Esq., by phone, for Certain Plaintiffs
Jennifer Orendi, Esq., by phone, for Certain Plaintiffs
William Shockey, Esq. for Plaintiff, the Estate of Lucille Sterling

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and Ms. Daniels, appeared on behalf of Plaintiffs' Liaison Counsel.  (Rec. Doc. No. 14887)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

Mr. Shockey filed a Motion for Extension of Time to Comply with Supplemental Registration Requirements of Case Management Order No. 10, on behalf of the Estate of Lucille Sterling, Rec. Doc. 15200.  After argument – Motion was Granted in Part for the reasons stated orally on the record.

JS10:     :27