```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

In Re:  XARELTO (RIVAROXABAN)                  :
PRODUCTS LIABILITY LITIGATION                  : MDL NO. 2592
                                               :
                                               : SECTION L
The Case Listed on the attached Exhibit A      : JUDGE ELDON E. FALLON
                                               :
                                               : MAGISTRATE JUDGE NORTH

_____

**PLAINTIFF'S JOINT MOTION FOR WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL**

Attorney Charles G. Orr and Attorney Dorothy J. Dohanics of Dallas W. Hartman, P.C. (Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm, recently passed away.  Pursuant to the request of the Plaintiff Charles F. Dugan (2:19-cv-02841), Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and substitution of Dorothy J. Dohanics, Esquire of Dallas W. Hartman, P.C. in place thereof.

Dated this 28th day of August, 2019.


                                     /s/ Charles G. Orr
                                    Charles G. Orr


                                    DALLAS W. HARTMAN, P.C.

                                     /s/ Dorothy J. Dohanics
                                    Dorothy J. Dohanics
                                    dhartman@dallashartman.com
                                    201 Green Ridge Drive
                                    New Castle, PA  16105
                                    Tel:  (724) 652-4081
                                    Fax:  (724) 652-8380

                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 28th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and email notification of such filing to all registered attorneys of record.

                                            DALLAS W. HARTMAN, P.C.

                                            /s/ Dorothy J. Dohanics
                                            Dorothy J. Dohanics