UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  XARELTO (RIVAROXABAN)              :
PRODUCTS LIABILITY LITIGATION             : MDL NO. 2592
                                          :
                                          : SECTION L
                                          : JUDGE ELDON E. FALLON
                                          :
                                          : MAGISTRATE JUDGE NORTH

---

### ORDER

AND NOW, this _____ day of _____, it is hereby Ordered, Adjudged and Decreed that the Joint Motion for Withdrawal and Substitution of Counsel is GRANTED.  Dorothy J. Dohanics, Esquire of Dallas W. Hartman, P.C. is now counsel for Plaintiff Charles F. Dugan (2:19-cv-02841).

BY THE COURT,


_____,J.