**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS    \*  **MDL NO. 2592**
LIABILITY LITIGATION

                                         \*  **SECTION L**
                                       \*
                                       \*  **JUDGE ELDON E. FALLON**
                                       \*
                                       \*  **MAG. JUDGE NORTH**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

## ORDER

The Court is in receipt of the attached correspondence. Accordingly;

**IT IS ORDERED** that the attached correspondence be filed **UNDER SEAL**.

**IT IS FURTHER ORDERED** that the attached correspondence be forwarded to

Plaintiff's liaison counsel to take any further action, if any.


New Orleans, Louisiana this 26th day of August, 2019.

                                                           _____
                                            UNITED STATES DISTRICT JUDGE


CC:    Leonard A. Davis
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        (504) 581-4892
        Email: ldavis@hhklawfirm.com

        Gerald Edward Meunier
        Gainsburgh, Benjamin, David, Meunier & Warshauer
        Energy Centre
        1100 Poydras St., Suite 2800
        New Orleans, LA 70163-2800
        504-522-2304
        Fax: 504-528-9973
        Email: gmeunier@gainsben.com