UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> GERALDINE EAFORD, Individually and ) <br> As Surviving Spouse of Willie Eaford, ) <br> Deceased ) <br> Civil Action File No. 2:17-cv-08088 ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above-referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below. Counsel for Plaintiff believed that the stipulation for dismissal was required to be filed when submitting the Enrollment Package for the Xarelto Settlement Program. Plaintiff filed the dismissal at the same time it submitted required Enrollment Package documents, including a signed Release, through MDL Centrality. Accordingly, Plaintiff requests that the following document be withdrawn from the Court's docket:

Doc. No. 14515, filed August 1, 2019, Geraldine Eaford, Individually and as Surviving Spouse of Willie Eaford, Deceased, Case No. 2:17-cv-08088

**THE DIXON FIRM, PC**

/s/ SK Rod Dixon
SK ROD DIXON
Georgia Bar Number 223395
1349 W. Peachtree Street
Suite 1995
Atlanta, Georgia 30309
404-733-1166
404-478-7240 (fax)
*Attorney for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that on August 29, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served o all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ S.K. Rod Dixon*