**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| _____ ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| GERALDINE EAFORD, Individually and ) | |
| As Surviving Spouse of Willie Eaford, ) | MAGISTRATE JUDGE NORTH |
| Deceased ) | |
| Civil Action File No. 2:17-cv-08088 ) | |

**PROPOSED ORDER**

These matters come before the Court on the Plaintiff's *Ex Parte* Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket.**

*Doc. No. 14515, filed August 1, 2019, Geraldine Eaford, Individually and as Surviving Spouse of Willie Eaford, Deceased, Case No. 2:17-cv-08088*

_____       _____
Date                                                    Eldon E. Fallon
                                                              United State District Judge