# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| _____ ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| BOBBIE SMETAK, Individually and ) | |
| As Surviving Spouse of Vincent Smetak, ) | MAGISTRATE JUDGE NORTH |
| Deceased ) | |
| Civil Action File No. 2:17-cv-08087 ) | |

## PROPOSED ORDER

These matters come before the Court on the Plaintiff's *Ex Parte* Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket.**

*Doc. No. 14516, filed August 1, 2019, Bobbie Smetak, Individually and as Surviving Spouse of Vincent Smetak, Deceased, Case No. 2:17-cv-08087*

_____           _____
Date                             Eldon E. Fallon
                                 United State District Judge