UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**
*LARRY HOFFMAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02273*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Maria Wery, on behalf of the Estate of Larry Hoffman, in the above captioned cause.

1. Larry Hoffman filed a products liability lawsuit against defendants on March 16, 2016.
2. Plaintiff Larry Hoffman died on October 13, 2018.
3. Larry Hoffman's products liability action against defendants survived his death and was not extinguished
4. Plaintiff's counsel filed a Suggestion of Death on August 29, 2019 attached hereto as

"Exhibit A".

5. Maria Wery is the surviving daughter of Larry Hoffman, Trustee of the Larry Hoffman Testamentary Trust which is his sole heir pursuant to his Last Will and Testament, and the proper party to substitute for plaintiff-decedent Larry Hoffman, and Ms. Wery has proper capacity to proceed forward with the products liability lawsuit on behalf of Mr. Hoffman's estate pursuant to Fed. R. Civ. P. 25(a)(1): "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action.

Dated: August 29, 2019                        Respectfully Submitted,

By: /s/ Neal L. Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825
Telephone:  (203) 610-6393
Facsimile:  (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 29, 2019

Respectfully Submitted,

By: _____
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825
Telephone:  (203) 610-6393
Facsimile:  (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*