**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |

MDL No. 2592

SECTION: L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**Lorenzo Madison, on Behalf of** )
**Estate of Harriet Myers and** )
**on Behalf of Himself and Other** )
**Wrongful Death Beneficiaries of** )
**Harriet Myers** )
)
**Civil Action No. 2:15-cv-02846** )

## <u>ORDER</u>

This matter having come before the Court on Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney Suzanne Keys and the Law Firm of Precious Martin & Associates are withdrawn as attorneys of record in MDL No. 2592 and for Plaintiff Lorenzo Madison.

IT IS FURTHER ORDERED that attorney Andy D. Birchfield, Jr. of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., is substituted as the attorney of record for Plaintiff Lorenzo Madison.

New Orleans, Louisiana this_____day of_____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge