MINUTE ENTRY
FALLON, J.
AUGUST 27, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date from the Chambers of Judge Eldon

E. Fallon. Representatives from Plaintiffs' Lead Counsel, Andy Birchfield, and from

Defendants' Lead Counsel, Susan Sharko and Steve Glickstein, reported to the Court on the

status of the MDL.

JS10: 00:25

1