UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Evelyn Fender and Jimmy Fender v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-02975

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14862, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Melissa L. McEntyre, surviving daughter and Representative of the Estate of Evelyn Fender and Jimmy Fender, is substituted for Plaintiffs Evelyn Fender and Jimmy Fender as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE