UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Anna Marie Vingino v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08448

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14866, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Viletta Vingino, surviving daughter of Anna Marie Vingino, is substituted for Plaintiff Anna Marie Vingino as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE