UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Deyo, Michael v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17639

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious.

It is therefore ORDERED THAT Tammy Deyo, surviving spouse, is substituted for Plaintiff Michael Deyo, in the above captioned cause.

Dated: _____          _____
                                                                            Honorable Eldon E. Fallon
                                                                            United States District Court Judge

1