# UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        MDL: 2592
PRODUCTS LIABILITY LITIGATION

                                                             SECTION: L

                                                              JUDGE: ELDON E. FALLON

                                                              MAG. JUDGE NORTH

RE: 14-MD-2592

## MOTION TO SET ASIDE ORDER ON PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

       Counsel for the below referenced Plaintiff's move for this Court to set aside their Orders on Plaintiff's Stipulation of Dismissal with Prejudice. Counsel inadvertently filed Stipulations of Dismissal in the cases listed below. Counsel for Plaintiff's erroneously believed that copies of Plaintiff's Stipulation for Dismissal with prejudice were required to be filed with the Court, as well as submitted on the MDL with the Enrollment Package for the Xarelto Settlement Program. However, the stipulations of dismissal with prejudice were only to be filed on MDL. Therefore, Plaintiff's respectfully request this Court set aside the Orders on the following motions:

1. Doc. No. 14684     Filed 8/5/19     Dolores Bermudez, Civil Case No. 2:15-cv-5537
2. Doc. No. 14682     Filed 8/5/19     Marina Alix, Civil Case No. 2:15-cv-5239
3. Doc. No. 14683     Filed 8/5/19     Pedro Alvarez, Civil Case No. 2:15-cv-5259
4. Doc. No. 14710     Filed 8/5/19     Berta Caballero, Civil Case No. 2:15-cv-5536
5. Doc. No. 14711     Filed 8/5/19     Haydee Cardenas, Civil Case No. 2:15-cv-5217
6. Doc. No. 14712     Filed 8/5/19     Zoraida Collazo, Civil Case No. 2:15-cv-5434
7. Doc. No. 14713     Filed 8/5/19     Carla Cornejo, Civil Case No. 2:15-cv-5230
8. Doc. No. 14714     Filed 8/5/19     Teresa Dominguez, Civil Case No. 2:15-cv-5427
9. Doc. No. 14715     Filed 8/5/19     Juan Duarte, Civil Case No. 2:15-cv-5222

| | | | |
|---|---|---|---|
| 10. Doc. No. 14716 | Filed 8/5/19 | Maria Gemeliaris, Civil Case No. 2:15-cv-5233 |
| 11. Doc. No. 14717 | Filed 8/5/19 | Godofredo Rondon, Civil Case No. 2:15-cv-5203 |
| 12. Doc. No. 14718 | Filed 8/5/19 | Antonio Gutierrez Valdez, Civil Case No. 2:15-cv-5534 |
| 13. Doc. No. 14719 | Filed 8/5/19 | Miguel Gonzalez, Civil Case No. 2:15-cv-5255 |
| 14. Doc. No. 14721 | Filed 8/5/19 | Gaylon Isaaks, Civil Case No. 2:15-cv-5202 |
| 15. Doc. No. 14722 | Filed 8/5/19 | Susan Jenne, Civil Case No. 2:15-cv-5266 |
| 16. Doc. No. 14724 | Filed 8/5/19 | Maria Ortega, Civil Case No. 2:15-cv-5238 |
| 17. Doc. No. 14726 | Filed 8/5/19 | Luis Pichardo-Mar, Civil Case No. 2:15-cv-5228 |
| 18. Doc. No. 14727 | Filed 8/5/19 | Antonio Piulats, Civil Case No. 2:15-cv-5163 |
| 19. Doc. No. 14728 | Filed 8/5/19 | Eliezer Santiago, Civil Case No. 2:15-cv-5262 |
| 20. Doc. No. 14729 | Filed 8/5/19 | Edilma Sera, Civil Case No. 2:15-cv-5446 |
| 21. Doc. No. 14730 | Filed 8/5/19 | Nancy Sole, Civil Case No. 2:15-cv-5257 |
| 22. Doc. No. 14731 | Filed 8/5/19 | Jose Viana, Civil Case No. 2:15-cv-2518 |
| 23. Doc. No. 14732 | Filed 8/5/19 | Maria Oliva, Civil Case No. 2:15-cv-5237 |
| 24. Doc. No. 14681 | Filed 8/5/19 | Isaac Abeckjerr, Civil Case No. 2:15-cv-4649 |

DEFICIENT, and REFILED:

Doc. No. 14985        Filed 8/14/19

WHEREFORE, Plaintiffs respectfully request that this honorable Court, set aside any Orders on the abovementioned documents.

Dated: August 30, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion to Set Aside has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    Respectfully Submitted,

    By: */s/ Carlos Diez-Arguelles, Esq.*
    **Carlos Diez-Arguelles, Esq.**
    Florida Bar No. 0500569
    Diez-Arguelles Tejedor
    505 North Mills Avenue
    Orlando, FL 32803
    407-705-2880
    Email: mail@theorlandolawyers.com
    *Attorney for Plaintiff*