UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        MDL: 2592
PRODUCTS LIABILITY LITIGATION

                                    SECTION: L

                                    JUDGE: ELDON E. FALLON

                                    MAG. JUDGE NORTH

RE: 14-MD-2592

## MOTION TO WITHDRAW PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for the below referenced Plaintiff's move for this Court's order withdrawing the documents set forth below. Counsel inadvertently filed Stipulations of Dismissal with prejudice in the cases listed below. Counsel for plaintiff's erroneously believed that copies of Plaintiff's Stipulation for Dismissal were required to be filed with the Court, as well as submitted on the MDL with the Enrollment Package for the Xarelto Settlement Program. Therefore, Plaintiff's respectfully request that the following documents be withdrawn from the Court's docket:

1. Doc. No. 14684    Filed 8/5/19    Dolores Bermudez, Civil Case No. 2:15-cv-5537
2. Doc. No. 14682    Filed 8/5/19    Marina Alix, Civil Case No. 2:15-cv-5239
3. Doc. No. 14683    Filed 8/5/19    Pedro Alvarez, Civil Case No. 2:15-cv-5259
4. Doc. No. 14710    Filed 8/5/19    Berta Caballero, Civil Case No. 2:15-cv-5536
5. Doc. No. 14711    Filed 8/5/19    Haydee Cardenas, Civil Case No. 2:15-cv-5217
6. Doc. No. 14712    Filed 8/5/19    Zoraida Collazo, Civil Case No. 2:15-cv-5434
7. Doc. No. 14713    Filed 8/5/19    Carla Cornejo, Civil Case No. 2:15-cv-5230
8. Doc. No. 14714    Filed 8/5/19    Teresa Dominguez, Civil Case No. 2:15-cv-5427
9. Doc. No. 14715    Filed 8/5/19    Juan Duarte, Civil Case No. 2:15-cv-5222

10. Doc. No. 14716    Filed 8/5/19    Maria Gemeliaris, Civil Case No. 2:15-cv-5233

11. Doc. No. 14717    Filed 8/5/19    Godofredo Rondon, Civil Case No. 2:15-cv-5203

12. Doc. No. 14718    Filed 8/5/19    Antonio Gutierrez Valdez, Civil Case No. 2:15-cv-5534

13. Doc. No. 14719    Filed 8/5/19    Miguel Gonzalez, Civil Case No. 2:15-cv-5255

14. Doc. No. 14721    Filed 8/5/19    Gaylon Isaaks, Civil Case No. 2:15-cv-5202

15. Doc. No. 14722    Filed 8/5/19    Susan Jenne, Civil Case No. 2:15-cv-5266

16. Doc. No. 14724    Filed 8/5/19    Maria Ortega, Civil Case No. 2:15-cv-5238

17. Doc. No. 14726    Filed 8/5/19    Luis Pichardo-Mar, Civil Case No. 2:15-cv-5228

18. Doc. No. 14727    Filed 8/5/19    Antonio Piulats, Civil Case No. 2:15-cv-5163

19. Doc. No. 14728    Filed 8/5/19    Eliezer Santiago, Civil Case No. 2:15-cv-5262

20. Doc. No. 14729    Filed 8/5/19    Edilma Sera, Civil Case No. 2:15-cv-5446

21. Doc. No. 14730    Filed 8/5/19    Nancy Sole, Civil Case No. 2:15-cv-5257

22. Doc. No. 14731    Filed 8/5/19    Jose Viana, Civil Case No. 2:15-cv-2518

23. Doc. No. 14732    Filed 8/5/19    Maria Oliva, Civil Case No. 2:15-cv-5237

24. Doc. No. 14681    Filed 8/5/19    Isaac Abeckjerr, Civil Case No. 2:15-cv-4649

DEFICIENT, and REFILED:

Doc. No. 14985    Filed 8/14/19

WHEREFORE, Plaintiffs respectfully request that this honorable Court, enter an Order withdrawing the documents identified above from the Court's docket.

Dated: August 30, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion to Withdraw has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*