## UNITED STATES DISTRICT COURT
## EASTER DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        MDL: 2592
PRODUCTS LIABILITY LITIGATION

                                                                  SECTION: L

                                                                  JUDGE: ELDON E. FALLON

                                                                  MAG. JUDGE NORTH

RE: 14-MD-2592

## ORDER ON MOTION TO WITHDRAW PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Withdraw Documents:

**IT IS HEREBY ORDERED** that documents are withdrawn and their respective cases reopened.

1. Doc. No. 14684     Filed 8/5/19     Dolores Bermudez, Civil Case No. 2:15-cv-5537
2. Doc. No. 14682     Filed 8/5/19     Marina Alix, Civil Case No. 2:15-cv-5239
3. Doc. No. 14683     Filed 8/5/19     Pedro Alvarez, Civil Case No. 2:15-cv-5259
4. Doc. No. 14710     Filed 8/5/19     Berta Caballero, Civil Case No. 2:15-cv-5536
5. Doc. No. 14711     Filed 8/5/19     Haydee Cardenas, Civil Case No. 2:15-cv-5217
6. Doc. No. 14712     Filed 8/5/19     Zoraida Collazo, Civil Case No. 2:15-cv-5434
7. Doc. No. 14713     Filed 8/5/19     Carla Cornejo, Civil Case No. 2:15-cv-5230
8. Doc. No. 14714     Filed 8/5/19     Teresa Dominguez, Civil Case No. 2:15-cv-5427
9. Doc. No. 14715     Filed 8/5/19     Juan Duarte, Civil Case No. 2:15-cv-5222
10. Doc. No. 14716     Filed 8/5/19     Maria Gemeliaris, Civil Case No. 2:15-cv-5233
11. Doc. No. 14717     Filed 8/5/19     Godofredo Rondon, Civil Case No. 2:15-cv-5203
12. Doc. No. 14718     Filed 8/5/19     Antonio Gutierrez Valdez, Civil Case No. 2:15-cv-5534
13. Doc. No. 14719     Filed 8/5/19     Miguel Gonzalez, Civil Case No. 2:15-cv-5255

| | | | |
|---|---|---|---|
| 14. Doc. No. 14721 | Filed 8/5/19 | Gaylon Isaaks, Civil Case No. 2:15-cv-5202 |
| 15. Doc. No. 14722 | Filed 8/5/19 | Susan Jenne, Civil Case No. 2:15-cv-5266 |
| 16. Doc. No. 14724 | Filed 8/5/19 | Maria Ortega, Civil Case No. 2:15-cv-5238 |
| 17. Doc. No. 14726 | Filed 8/5/19 | Luis Pichardo-Mar, Civil Case No. 2:15-cv-5228 |
| 18. Doc. No. 14727 | Filed 8/5/19 | Antonio Piulats, Civil Case No. 2:15-cv-5163 |
| 19. Doc. No. 14728 | Filed 8/5/19 | Eliezer Santiago, Civil Case No. 2:15-cv-5262 |
| 20. Doc. No. 14729 | Filed 8/5/19 | Edilma Sera, Civil Case No. 2:15-cv-5446 |
| 21. Doc. No. 14730 | Filed 8/5/19 | Nancy Sole, Civil Case No. 2:15-cv-5257 |
| 22. Doc. No. 14731 | Filed 8/5/19 | Jose Viana, Civil Case No. 2:15-cv-2518 |
| 23. Doc. No. 14732 | Filed 8/5/19 | Maria Oliva, Civil Case No. 2:15-cv-5237 |
| 24. Doc. No. 14681 | Filed 8/5/19 | Isaac Abeckjerr, Civil Case No. 2:15-cv-4649 |

DEFICIENT, and REFILED:

Doc. No. 14985    Filed 8/14/19

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge