UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Shirley Poole v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03218

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15055, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Elpaso Orsini, surviving son of Shirley Poole, is substituted for Plaintiff Shirley Poole as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE