UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mafalda Viglino v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02693

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14904, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Paul Viglino, surviving son of Mafalda Viglino, is substituted for Plaintiff Mafalda Viglino as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE