UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Nancy Sue Estes and Lawrence Estes v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-00483

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14873, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lawrence Estes, surviving spouse and Representative of the Estate of Nancy Sue Estes, is substituted for Plaintiff Nancy Sue Estes as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE