IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL NO. 2592 |
| | ) |
| | ) SECTION: L |
| PRODUCTS LIABILITY LITIGATION | ) |
| | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

MARY HOLADAY v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:16-cv-01457

**ORDER**

Considering the foregoing Motion to Dismiss with Prejudice, R. Doc. 15008;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Voluntary Dismissal With Prejudice is **GRANTED**, with each party to bear their own costs.

New Orleans, Louisiana this 22nd day of August, 2019.

_____
United States District Judge