UNITED STATES DISTRICT COURT OF
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) **MDL No. 2592** <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> ROBERT SMITH <br> Civil Action No. 17-CV-1225L(5) | ) <br> ) **SECTION L** <br> ) <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above referenced Plaintiff respectfully moves *ex parte* for this Court's Order withdrawing the Stipulation of Dismissal with Prejudice, document number 14456 that was submitted and filed on July 30, 2019.  The submission and filling of plaintiff's Stipulation of Dismissal with Prejudice was in error and was done prematurely.  Counsel for Plaintiff believed that the file-stamped copy of the Plaintiff's Stipulation of Dismissal with Prejudice was required to be submitted with the Enrollment Package for the Xarelto Settlement Program.  The Stipulation of Dismissal with Prejudice was intended to be held by the Claims Administrator until either the Settlement is approved or in the event a settlement is terminated, the dismissal will be returned to Plaintiffs without prejudice to either side.

Defendants do not oppose this motion

In support of this motion, plaintiffs also rely upon the Declaration of Carrie R. Frank in support of this motion.

A proposed form of Order is submitted herewith.

Respectfully submitted on the 30th of August, 2019.

**KLEIN & FRANK, P.C.**

By: /s/ *Carrie Frank*
Carrie Frank
2505 Walnut St., Suite 100
Boulder, CO 80302
Tel: 303-448-8884
Carrie@KleinFrank.com
Attorney for Plaintiffs

**For Information Purposes Only – Defendants' Attorneys**

DRINKER BIDDLE & REATH LLP
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Susan.Sharko@DBR.com
Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson and Johnson,
Janssen Research & Development, LLC, and
Janssen Ortho LLC

ARNOLD & PORTER KAYE SCHOLER LLP
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Andrew.solow@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Williams.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG

IRWIN FRITCHIE URQUHART & MOORE, LLC
Kim E. Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 30, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: /s/ *Elizabeth Patty*
Elizabeth Patty
Paralegal for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| ROBERT SMITH<br>Civil Action No. 17-CV-1225L(5) | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**DECLARATION OF CARRIE R. FRANK**

I, Carrie Frank, am the attorney for the above named Plaintiff, Robert Smith.

1. On July 30, 2019, we filed the completed and signed Enrollment Form, the signed Release, the Certification of Counsel and the Stipulation for Dismissal, pursuant to the Enrollment requirements to participate in the settlement. These documents were required for the August 5, 2019 deadline.

2. In advance of filing the above documents, undersigned counsel's office attempted to get directions to ensure that all documents were filed correctly. Unfortunately, counsel's office was told to follow the procedures provided without receiving more specific direction.

3. All of the required documents were properly submitted to the portal. However, the stipulation to dismiss was inadvertently also filed with the Court.

4. Counsel continued to participate in all required stages of this settlement process including submission of the Certification of Counsel due on September 1, 2019. Counsel has also

filed many of the documents required for the September 4, 2019 deadlines, with the exception of the completed ECF forms, in advance of the deadline.

5. Undersigned counsel was first notified on August 28, 2019 that Plaintiff Smith was classified as "ineligible" because the case had been dismissed. Counsel's office reached out immediately to all appropriate contacts including Brown Greer and Plaintiffs' Liaison Counsel to correct this error.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2019.

        Respectfully submitted,

        **KLEIN & FRANK, P.C.**

        By: /s/ *Carrie Frank*
        Carrie Frank
        2505 Walnut St., Suite 100
        Boulder, CO 80302
        Tel: 303-448-8884
        Carrie@KleinFrank.com
        Attorney for Plaintiffs