## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) **SECTION L** ) ) |
| ROBERT SMITH Civil Action No. 17-CV-1225L(5) | ) ) ) ) **JUDGE ELDON E. FALLON** ) ) ) **MAGISTRATE JUDGE NORTH** ) |

## ORDER REGARDING PLAINTIFF'S *EX PARTE* MOTION TO WITHDRAW DOCUMENT

It is hereby ordered that Plaintiff's *Ex Parte* Motion to Withdraw Document is GRANTED and this case is REACTIVATED.

Dated this \_\_\_\_ day of _____, 2019.

_____
JUDGE ELDON E. FALLON

_____
MAGISTRATE JUDGE NORTH