UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § SECTION L § JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § § MAGISTRATE JUDGE NORTH |

### ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Considering Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 15038;

**IT IS HEREBY ORDERED** that attorney, Jesse J. Campbell, is withdrawn as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

**IT IS FURTHER ORDERED** that attorney, Tony Seaton, of The Law Offices of Seaton & Bates, PLLC is substituted as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this   22nd   day of   August  , 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge