UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Sherrie Thompson Civil Action No. 2:17-cv-06123 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**ORDER**

Considering the foregoing Agreed Motion to Withdraw and Substitute Counsel, R. Doc. 15102;

**IT IS ORDERED** that Riley L. Burnett and Amy L. Collins of Burnett Law Firm are **WITHDRAWN** as Counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Charlotte A. Long of Fears Nachawati, PLLC is **SUBSTITUTED** as Counsel for Plaintiff.

New Orleans, Louisiana, this 27th day of August, 2019.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE