# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| MARTHA JOHNSON, as Personal Representative for the Estate of Robert Johnson, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| | Case 2:17-cv-10010-EEF-MBN |
| v. | Plaintiff No.: 23674 |
| JANSSEN RESEARCH AND DEVELOPMENT LLC *et al.*, | |
| Defendants. | |

## PROPOSED ORDER

These matters come before the Court on the Plaintiff's Ex Parte Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket:**

*Doc. No. 14452, Stipulation of Dismissal with Prejudice, filed July 30, 2019, Martha Johnson as Personal Representative for the Estate of Robert Johnson, Case No. 2:17-cv-10010.*

Dated: _____   _____
Eldon E. Fallon
United States District Judge