UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION: L |
| KENNETH J. ROWELL, | ) ) | JUDGE FALLON |
| Plaintiff, | ) ) ) | MAG. JUDGE NORTH |
| v. | ) ) ) | Case 2:17-cv-10009-EEF-MBN Plaintiff No.: 23344 |
| JANSSEN RESEARCH AND DEVELOPMENT LLC *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below. Counsel for Plaintiff believed that the file-stamped copy of the Plaintiff's stipulation for dismissal was required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiff requests that the following document be withdrawn from the Court's docket:

*Doc. No. 14451, Stipulation of Dismissal with Prejudice, filed July 30, 2019, Kenneth J. Rowell, Case No. 2:17-cv-10009.*

*SIGNATURE ON FOLLOWING PAGE*

1

2

                                   **ANASTOPOULO LAW FIRM, LLC**

*s/ Matthew Nall*
Matthew L. Nall, Esq.
SC Federal Bar No.: 12326
SC Bar No.: 102329
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 29403
(843) 614-8888

**ATTORNEYS FOR PLAINTIFF**

Dated at Charleston, SC
This 3rd day of September 2019.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 3, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ Matthew Nall*