UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2592 |
| ) | SECTION: L |
| KENNETH J. ROWELL, ) ) | JUDGE FALLON |
| Plaintiff, ) ) ) | MAG. JUDGE NORTH |
| v. ) ) ) | Case 2:17-cv-10009-EEF-MBN Plaintiff No.: 23344 |
| JANSSEN RESEARCH AND DEVELOPMENT LLC *et al.*, ) ) ) | |
| Defendants. ) ) | |

---

## PROPOSED ORDER

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket**:

*Doc. No. 14451, Stipulation of Dismissal with Prejudice, filed July 30, 2019, Kenneth J. Rowell, Case No. 2:17-cv-10009.*

Dated: _____          _____
                                                                    Eldon E. Fallon
                                                                    United States District Judge