UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

<u>**JURY TRIAL DEMANDED**</u>

**THIS DOCUMENT RELATES TO:**

**JOHN HOMEYER v. JANSSEN
PHARMACEUTICALS, INC., et al**

**No.  2:16-cv-4346**

## <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting John Matthew Homeyer  on behalf of his deceased father, John Homeyer,   for the following reasons:

I.

On May 12,  2016 John Homeyer filed a Complaint in the above referenced matter.

II

On May 7, 2018 John Homeyer died.

III.

The decedents son, John Matthew Homeyer, is the Proper Party Plaintiff and wishes to be substituted on behalf of John Homeyer, in this case.

WHEREFORE, movant prays for said substitution.


Respectfully submitted this 3rd  day of September, 2019.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd  day of September,  2019  a true and correct copy

of the  foregoing has been submitted to the Clerk of Court for filing and electronic service

via the  Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**