UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Filing Relates to:<br><br>*Henrietta Guste, et al v. Janssen Research & Development, LLC, et al*, No. 2:15-cv-00949-EEF-MBN | |

## **EX PARTE MOTION TO WITHDRAW A DOCUMENT**

Counsel for the above referenced Plaintiff respectfully moves *ex parte* for this Court's Order withdrawing the document set forth below. The submission and filing of Plaintiff's Stipulation of Dismissal with Prejudice was in error and done prematurely. Counsel for Plaintiff believed that the file-stamped copy of the Plaintiff's Stipulation of Dismissal was required to be submitted with the Enrollment Package for the Xarelto Settlement Program. The Stipulation of Dismissal was intended to be held by the Claims Administrator until either the Settlement was approved or in the event a settlement was terminated, the dismissal was to be returned to Plaintiffs without prejudice to either side. Accordingly, Plaintiffs requests that the following document be withdrawn from the Court's docket:

1

*Doc. No.78696, Stipulation of Dismissal with Prejudice, filed July 15, 2019, Henrietta Guste, Case No.: 2:15-cv-00949.*

Respectfully submitted,

*/s/ Jeffrey S. Gennusa*
THOMAS A. GENNUSA, II (6010)
JOSEPH S. PIACUN  (25211)
JEFFREY S. GENNUSA (33142)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
Email: jgennusa@gprlawyers.com

--and--

WILLIAM J. GUSTE (6375)
Guste, Barnett, Schlesinger, Henderson & Alpaugh, LLP
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
**Attorneys for Plaintiffs,**
**Henrietta Guste and**
**Bernard Guste**

Certificate of Service

The undersigned hereby certifies that on September 3, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Jeffrey S. Gennusa*