UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Filing Relates to:<br><br>*Henrietta Guste et al v. Janssen Research & Development, LLC, et al*, No. 2:15-cv-00949-EEF-MBN | |

## ORDER

These matters come before the Court on the Plaintiff's *Ex Parte* Motion to Withdraw a Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket:**

*Doc. No.78696, Stipulation of Dismissal with prejudice, filed on July 15, 2019, Henrietta Guste, Case No.: 2:15-cv-00949*; and

that this case be REACTIVATED.

New Orleans, Louisiana, on this ___ day of _____, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1