UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| EDITH RITCHEY Civil Action No. 2:19-cv-07395-EEF-MBN | ) ) ) ) | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant

to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice

against all Defendants in this action, each party to bear its own fees and costs.

**COWPER LAW LLP**                                    **DRINKER BIDDLE & REATH LLP**

By:    /s/ C. Moze Cowper                      By:    /s/ Susan M. Sharko
       C. Moze Cowper                                  Susan M. Sharko
       10880 Wilshire Blvd., Ste. 1840                 600 Campus Dr.
       Los Angeles, CA 90024                           Florham Park, NJ 07932
       Telephone: (877) 529-3707                       Telephone: (973) 549-7000
       Facsimile: (877) 284-0980                       susan.sharko@dbr.com
       mcowper@cowperlaw.com

       Attorneys for Plaintiffs                        Attorneys for Defendants Janssen
                                                       Pharmaceuticals, Inc., Johnson & Johnson,
                                                       Janssen Research & Development, LLC,
                                                       and Janssen Ortho LLC

       Dated: July 29, 2019                            Dated: September 3           , 2019

///

///

- 1 -

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:    /s/ Andrew K. Solow
        Andrew K. Solow
        250 West 55th Street
        New York, New York 10019-9710
        Telephone:  (212) 836-8000
        Facsimile:  (212) 836-8689
        William Hoffman
        601 Massachusetts Ave., NW
        Washington, DC 200001
        Telephone:  (202) 942-5000
        Facsimile:  (202) 942-5999
        andrew.solow@arnoldporter.com
        william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated:  September 3 , 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By:    /s/ Kim E. Moore
        Kim E. Moore
        400 Poydras St., Ste. 2700
        New Orleans, LA 70130
        Telephone:  (504) 310-2100
        kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated:  September 3 , 2019

- 3 -

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on <u>September 3</u>, 2019 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liasison Counsel for Plaintiss and Defendants by operation of the Court' electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                            /s/ Noel E. Garcia