UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**This document Relates to:**
*Edward Menhennett, Trustee for the Heirs of Leitha Menhennett, deceased v. Janssen Research & Development LLC, et al.;* **Civil Action No. 2:16-cv-03908**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Edward W. Menhennett.

Dated: September 4, 2019

Respectfully Submitted,

By:  /s/Amanda M. Williams
Amanda M. Williams (#341691)
Eric S. Taubel (#0392491)
**Gustafson Gluek PLLC**
120 South Sixth Street,
Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-
E-mail:
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MD 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 4, 2019                                         Respectfully Submitted,

By:  /s/Amanda M. Williams
Amanda M. Williams (#341691)
Eric S. Taubel (#0392491)
**Gustafson Gluek PLLC**
120 South Sixth Street,
Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-
E-mail:
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

*Attorneys for Plaintiff*