UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Betty Cardinal <br> Civil Action No. 2:19-cv-7267 | ) <br> )MDL No. 2592 <br> ) <br> ) <br> ) <br> ) <br> **SECTION L** <br> ) <br> ) <br> )**JUDGE ELDON E. FALLON** <br> ) <br> ) <br> )**MAGISTRATE JUDGE NORTH** <br> ) |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above referenced Plaintiff moves *ex parte* for this Court's order withdrawing the document set forth below. Counsel mistakenly believed that file-stamped copy of the plaintiffs' stipulation for dismissal was required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiff respectfully requests that the following document be withdrawn from the Court's docket:

*Doc. No.:* **14548**     *Filed August 1, 2019*     *Betty Cardinal, Case No.: 2:19-cv-7267*

WHEREFORE, Plaintiff moves for the issuance of this Court's Order withdrawing the document identified above from the Court's docket.

Dated: September 4, 2019                Respectfully submitted,

**DALIMONTE RUEB LLP**

By: /s/Jennifer L. Orendi
Jennifer L. Orendi
1250 Connecticut Avenue NW Suite 200

Washington, DC 20036  
Telephone: (202) 538-2790  
jorendi@drlawllp.com  
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jennifer L. Orendi