# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: Betty Cardinal Civil Action No. 2:19-cv-7267 | ) **SECTION L** ) ) ) **JUDGE ELDON E. FALLON** ) ) ) **MAGISTRATE JUDGE NORTH** ) |

## ORDER

These matters come before the Court on the Plaintiff's Ex Parte Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following document shall be withdrawn from the docket**.

*Doc. No.:* **14548**   *Filed August 1, 2019*   Betty Cardinal, Case No.: 2:19-cv-7267

Dated:_____, 2019   _____
  Eldon E. Fallon
  United States District Judge