## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This document Relates to:**
*Edward Menhennett, Trustee for the Heirs of Leitha Menhennett, deceased v. Janssen Research & Development LLC, et al.;* **Civil Action No. 2:16-cv-03908**

## MOTION TO SUBSTITUTION PARTY PLAINTIFF

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Lisa Butler, on behalf of Leitha and Edward W. Menhennett, in the above captioned cause.

1. Edward W. Menhennett filed a products liability lawsuit against defendants, on behalf of his deceased spouse, Leitha Menhennett, on April 29, 2016.

2. Plaintiff Leitha Menhennett died on April 30, 2014.

3. Plaintiff Edward W. Menhennett died on August 24, 2019.

4. Edward W. Menhennett's product liability action, on behalf of deceased, Leitha Menhennett, against defendants survived his death and was not extinguished.

5. Plaintiffs' counsel filed a Notice and Suggestion of Death on September 7, 2019, attached hereto as "Exhibit A".

6. Lisa Butler is the surviving daughter of Edward W. and Leitha Menhennett, Power of Attorney which is his agent pursuant to his New York Statutory Power of Attorney, and the proper party to substitute for plaintiffs-decedents Edward W. and Leitha Menhennett, and Lisa Butler has proper capacity to proceed forward with the products liability lawsuit on behalf of Mr. and Mrs. Menhennett's estate pursuant to Fed. R. Civ. P. 25(a)(1): "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedents' successor or representative."

WHEREFORE, counsel for Plaintiffs request that this court grant this request for substitution as Plaintiffs in this action.


Dated: September 4, 2019               Respectfully Submitted,

By: /s/Amanda M. Williams
Amanda M. Williams (#341691)
Eric S. Taubel (#0392491)
**Gustafson Gluek PLLC**
120 South Sixth Street,
Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-
E-mail:
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MD 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 4, 2019                             Respectfully Submitted,

By:  /s/Amanda M. Williams
Amanda M. Williams (#341691)
Eric S. Taubel (#0392491)
**Gustafson Gluek PLLC**
120 South Sixth Street,
Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-
E-mail:
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

*Attorneys for Plaintiff*