# Exhibit A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |

**This document Relates to:**
*Edward Menhennett, Trustee for the Heirs of Leitha Menhennett, deceased v. Janssen Research & Development LLC, et al.;* **Civil Action No. 2:16-cv-03908**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Edward W. Menhennett.

Dated: September 4, 2019                                    Respectfully Submitted,

                                             *By:*  */s/Amanda M. Williams*
                                                  Amanda M. Williams (#341691)
                                                  Eric S. Taubel (#0392491)
                                                  **Gustafson Gluek PLLC**
                                                  120 South Sixth Street,
                                                  Suite 2600
                                                  Minneapolis, MN 55402
                                                  Tel: (612) 333-8844
                                                  Fax: (612) 339-
                                                  E-mail:
                                                  awilliams@gustafsongluek.com
                                                  etaubel@gustafsongluek.com

                                                  *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MD 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 4, 2019

Respectfully Submitted,

By:  _/s/Amanda M. Williams_____
Amanda M. Williams (#341691)
Eric S. Taubel (#0392491)
**Gustafson Gluek PLLC**
120 South Sixth Street,
Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-
E-mail:
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

*Attorneys for Plaintiff*

**Other Documents**

2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation

APPEAL,MASTER,PROTO,XARELTO

# U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Williams, Amanda on 9/4/2019 at 3:56 PM CDT and filed on 9/4/2019

| | |
|---|---|
| **Case Name:** | In Re: Xarelto (Rivaroxaban) Products Liability Litigation |
| **Case Number:** | 2:14-md-02592-EEF-MBN |
| **Filer:** | Plaintiff |
| **Document Number:** | 15309 |

**Docket Text:**
**SUGGESTION OF DEATH by Plaintiff as to Edward Menhennett** *, Trustee for the Heirs of Leitha Menhennett, deceased* **(Reference: 16-cv-3908)(Williams, Amanda)**

**2:14-md-02592-EEF-MBN Notice has been electronically mailed to:**

Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com, plambert@gainsben.com

Jacob S. Woody    jswoody@browngreer.com, docketharvester@browngreer.com, MDLCentrality@browngreer.com

John Francis Olinde    olinde@chaffe.com, latuso@chaffe.com

Kim E. Moore    kmoore@irwinllc.com, cbenach@irwinllc.com, fsullivan@irwinllc.com, kbazile@irwinllc.com, kbrilleaux@irwinllc.com, msossamon@irwinllc.com, sjames@irwinllc.com, sribeiro@irwinllc.com, tantonucci@irwinllc.com

Leonard A. Davis    ldavis@hhklawfirm.com, lflemming@hhklawfirm.com, rvalenti@hhklawfirm.com

Neil Overholtz    noverholtz@awkolaw.com, DCross@awkolaw.com, JHoekstra@awkolaw.com, kwilliams@awkolaw.com, mschamberger@awkolaw.com, nbess@awkolaw.com, pbarr@awkolaw.com, rvolpara@awkolaw.com, sgeisler@awkolaw.com

Steven Jay Glickstein    steven.glickstein@kayescholer.com, edocketscalendaring@arnoldporter.com, maoedla@arnoldporter.com

Susan M. Sharko    Susan.Sharko@DBR.com

**2:14-md-02592-EEF-MBN Notice has been delivered by other means to:**

Earl Draeger


Edith Ritchey

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=9/4/2019] [FileNumber=10082522-0
] [59149e508c6bed1abde505359a38765036cfbec72bf82658fead1556afd8357576f
57e55ed5d0217c159683282898f8d70ac151ae526f2c801a1c05e551a9198]]