# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**This document Relates to:**
*Edward Menhennett, Trustee for the Heirs of Leitha Menhennett, deceased v. Janssen Research & Development LLC, et al.;* **Civil Action No. 2:16-cv-03908**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Lisa Butler, on behalf of the Estate of Edward W. and Leitha Menhennett, is substituted for Edward W. Menhennett, previously appointed as executor, in the above-captioned lawsuit.

Dated: _____

                                                         Hon. Eldon E. Fallon
                                                         United States District Court Judge