UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| JOE DEWAYNE BLANKENSHIP, DECEASED, BY AND THROUGH HIS PERSONAL REPRESENTATIVE, BRADLEY BLANKENSHIP AND BRADLEY BLANKENSHIP, INDIVIDUALLY | |
|     Plaintiffs | Civil Action No.: 2:19-cv-08855 |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA) AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
|     Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **REYES │ BROWNE │ REILLEY**<br><br>By: */s/ Ryan J Browne*<br>Ryan J Browne<br>8222 Douglas Ave., Suite 400<br>Dallas, TX 75225<br>Tel: (214) 526-7900<br>ryan@reyeslaw.com<br>**ATTORNEYS FOR PLAINTIFFS**<br>Dated: September 4, 2019 | **DRINKER BIDDLE & REATH LLP**<br>By: */s/ Susan M. Sharko*<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br>**Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson**<br>Dated: September 4, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: */s/ Andrew K. Solow*<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Tel: (212) 836-8000<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Tel: (202) 942-5000<br>Andrew.Solow@apks.com<br>William.Hoffman@apks.com<br>**Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG**<br>Dated: September 4, 2019<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: */s/ Kim E. Moore*<br>Kim E. Moore<br>400 Poydras St., Ste. 2700<br>New Orleans, LA 70130<br>Tel: (504) 310-2100<br>kmoore@irwinllc.com<br>**Liaison Counsel for Defendants**<br>Dated: September 4, 2019 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Ryan J Browne*
Ryan J Browne