UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| VIRGINIA BELL, DECEASED, BY AND THROUGH HER PERSONAL REPRESENTATIVE, BILLY BELL | |
| Plaintiffs | |
| v. | |
| | Civil Action No.: 2:19-cv-08839 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA) AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**REYES │ BROWNE │ REILLEY**

By: */s/ Ryan J Browne*
Ryan J Browne
8222 Douglas Ave., Suite 400
Dallas, TX 75225
Tel: (214) 526-7900
ryan@reyeslaw.com
**ATTORNEYS FOR PLAINTIFFS**
Dated:  September 4, 2019

**DRINKER BIDDLE & REATH LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com
**Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson**
Dated:  September 4, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: */s/ Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Andrew.Solow@apks.com
William.Hoffman@apks.com
**Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG**
Dated:  September 4, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Tel: (504) 310-2100
kmoore@irwinllc.com
**Liaison Counsel for Defendants**
Dated:  September 4, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Ryan J Browne*
Ryan J Browne