NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
# CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 015 00   LOCAL NO. _____   COUNTY OF DEATH: Camden   STATE FILE NO. _____

**DECEDENT'S LEGAL NAME**

TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

| 1a. FIRST | 1b. MIDDLE | 1c. LAST | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| Ernestine | Sawyer | Forbes | | Burgess |

| 2. SEX | 3a. AGE–LAST BIRTHDAY (Yrs) | 3b. UNDER 1 YEAR (Months/Days) | 3c. UNDER 1 DAY (Hours/Minutes) | 4. DATE OF BIRTH (Month/Day/Year) | 5. BIRTHPLACE (County/State or Foreign Country) | 6. DATE OF DEATH (Month/Day/Year) |
|---|---|---|---|---|---|---|
| F | 78 | | | 09/25/1940 | Camden, NC | 07/18/2019 |

**7. PLACE OF DEATH (Check only one)**
- 7a. IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
- 7b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☒ Decedent's home ☐ Other (Specify)

| 7c. FACILITY NAME (If not institution, give street and number) | 7d. CITY OR TOWN | 7e. COUNTY OF DEATH |
|---|---|---|
| 860 S. Sandy Hook Rd. | Shiloh | Camden |

| 8. MARITAL STATUS | 9. SURVIVING SPOUSE (Give name prior to first marriage) | 10a. DECEDENT'S USUAL OCCUPATION (Do not use retired) | 10b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| ☐ Married ☐ Married, but separated ☒ Widowed ☐ Divorced ☐ Never married ☐ Unknown | | Seamstress | Garment Industry |

| 11. SOCIAL SECURITY NUMBER | 12a. RESIDENCE–STATE OR FOREIGN COUNTRY | 12b. COUNTY | 12c. CITY OR TOWN |
|---|---|---|---|
| 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 | NC | Camden | Shiloh |

| 12d. STREET AND NUMBER | 12e. INSIDE CITY LIMITS | 12f. ZIP CODE | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|
| 860 S. Sandy Hook Rd. | ☐ Yes ☒ No | 27974 | ☐ Yes ☒ No |

**14. DECEDENT'S EDUCATION** (Check the box that best describes the highest degree or level of school completed at the time of death)
- ☐ 8th grade or less
- ☐ 9th–12th grade; no diploma
- ☐ High school graduate or GED completed
- ☒ Some college credit, but no degree
- ☐ Associate degree (e.g., AA, AS)
- ☐ Bachelor's degree (e.g., BA, AB, BS)
- ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
- ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

**15. DECEDENT OF HISPANIC ORIGIN?**
- ☒ No, not Spanish/Hispanic/Latino
- ☐ Yes, Mexican, Mexican American, Chicano
- ☐ Yes, Puerto Rican
- ☐ Yes, Cuban
- ☐ Yes, other Spanish/Hispanic/Latino (Specify)

**16. DECEDENT'S RACE**
- ☒ White
- ☐ Black or African American
- ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)
- ☐ Asian Indian ☐ Japanese
- ☐ Chinese ☐ Korean
- ☐ Filipino ☐ Vietnamese
- ☐ Other Asian (Specify)
- ☐ Native Hawaiian
- ☐ Guamanian or Chamorro
- ☐ Samoan
- ☐ Other Pacific Islander (Specify)
- ☐ Other (Specify)

| 17. FATHER/PARENT NAME (First, Middle, Last) (Last Name Prior to First Marriage) | 18. MOTHER/PARENT NAME (First, Middle, Last) (Last Name Prior to First Marriage) |
|---|---|
| Clarence Jones Burgess | Iredell Sawyer |

| 19a. INFORMANT'S NAME | 19b. RELATIONSHIP TO DECEDENT | 19c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Sheila Richards | Daughter | 2105 Tryon Town Circle, Cary, NC 27518 |

| 20a. METHOD OF DISPOSITION | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 20c. LOCATION (City or Town and State) |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | West Lawn Memorial Park Cemetery | Elizabeth City, NC |

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NUMBER | 21c. NAME OF EMBALMER | 21d. LICENSE NUMBER |
|---|---|---|---|
| [signature] | FSL 1863 | O. E. Sommars | FSL 3237 |

**22. NAME AND ADDRESS OF FUNERAL HOME**
Twiford Funeral Homes Memorial Chapel, 405 East Church Street, Elizabeth City, NC 27909

**23. Part I.** Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on lines b, c and/or d. Enter only one cause on a line. DO NOT ABBREVIATE.   Approximate interval: Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) →
a. Recurrent Squamous cell ca of the right buccal mucosa

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b. _____ Due to (or as a consequence of)
c. _____ Due to (or as a consequence of)
d. _____ Due to (or as a consequence of)

**PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| 24a. WAS AN AUTOPSY PERFORMED? | 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No |

| 25. MANNER OF DEATH | 26a. WAS CASE REFERRED TO MEDICAL EXAMINER? | 27. TIME OF DEATH (Approximate) | 28. DID TOBACCO USE CONTRIBUTE TO DEATH? | 29. IF FEMALE: |
|---|---|---|---|---|
| ☒ Natural ☐ Homicide ☐ Accident ☐ Pending ☐ Suicide ☐ Cannot be determined | ☐ Yes ☒ No  26b. IF YES ☐ Declined by Medical Examiner | | ☐ Yes ☒ Probably ☐ No ☐ Unknown | ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |

**MEDICAL EXAMINER ONLY**

| 30. DATE PRONOUNCED (Month/Day/Year) | 31a. DATE OF INJURY (Month/Day/Year) | 31b. TIME OF INJURY | 31c. INJURY AT WORK? | 31d. PLACE OF INJURY–at home, farm, street, factory, office, building, etc. | 31e. IF TRANSPORTATION INJURY SPECIFY: |
|---|---|---|---|---|---|
| | | | ☐ Yes ☐ No | | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

31f. DESCRIBE HOW INJURY OCCURRED
31g. LOCATION OF INJURY (Street/Number/City/State)

**32. CERTIFIER** (Check only one)
- ☒ Certifying physician/nurse practitioner/physician assistant – To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
- ☐ Medical Examiner – On the basis of examination, and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 33a. SIGNATURE AND TITLE OF CERTIFIER | 33b. LICENSE NUMBER | 33c. DATE SIGNED (Month/Day/Year) |
|---|---|---|
| Cristina Alenca [signature] | 182508 | 7/23/2019 |

| 33d. NAME AND ADDRESS OF CERTIFIER (Print legibly) | 38. DATE REGISTERED BY STATE |
|---|---|
| CRISTINA ALENCAR 1503 B N RD Street Elizabeth City, NC | |

| 34. FOR LOCAL REGISTRAR (Name) | 35. DATE FILED (Month/Day/Year) |
|---|---|
| R. Battle Betts Jr. MPA CRO | July 23, 2019 |

DATE CORRECTED (Mo/Day/Yr): _____   ITEM(S) CORRECTED: _____
DATE AMENDED (Mo/Day/Yr): _____   ITEM(S) AMENDED: _____

Substitute For DHHS 1872 (REVISED 11/2017) N.C. VITAL RECORDS

---

CAMDEN COUNTY, NORTH CAROLINA

This is to certify that this is a true and correct reproduction of the official record of DEATH filed in Book 32, Page 285 in this office. Any alteration or erasure voids this certificate.

Witness my hand and official seal of office this the 23RD day of JULY, 2019.

TAMMIE KRAUSS, REGISTER OF DEEDS BY: _Tammie Krauss_ [signature]
Deputy/Assistant Register of Deeds