UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**This documents Relates to:**
*ERNESTINE B. FORBES v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02145*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Sheila Richards, on behalf of the Estate of Ernestine B. Forbes, in the above captioned cause.

1. Ernestine B. Forbes filed a products liability lawsuit against defendants on March 14, 2016.

2. Plaintiff Ernestine B. Forbes died on July 18, 2019.

3. Ernestine B. Forbes's products liability action against defendants survived her death and was not extinguished

4. Plaintiff filed a Suggestion of Death on September 5, 2019, attached hereto as "Exhibit A".

5. Sheila Richards, surviving daughter of Ernestine B. Forbes, is a proper party to substitute for plaintiff-decedent Ernestine B. Forbes and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated:  September 5, 2019

                                      Respectfully Submitted,

                                      By: */s/ Michael G. Guajardo*
                                      Michael G. Guajardo
                                      Texas Bar No. 00784183
                                      Guajardo & Marks, LLP
                                      Three Forest Plaza
                                      12221 Merit Drive, Suite 945
                                      Dallas, TX  75251
                                      (972) 774-9800 (Phone)
                                      (972) 774-9801 (Fax)
                                      mike@guajardomarks.com

                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  September 5, 2019

                                        Respectfully Submitted,

                                        By: */s/ Michael G. Guajardo*
                                        Michael G. Guajardo
                                        Texas Bar No. 00784183
                                        Guajardo & Marks, LLP
                                        Three Forest Plaza
                                        12221 Merit Drive, Suite 945
                                        Dallas, TX  75251
                                        (972) 774-9800 (Phone)
                                        (972) 774-9801 (Fax)
                                        mike@guajardomarks.com

                                        *Attorney for Plaintiff*