# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **MDL NO. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAG. JUDGE NORTH** |

**This Document Relates to:**
*Ernestine B. Forbes v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-02145*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Ernestine B. Forbes, on or about July 18, 2019.

Dated: September 5, 2019

Respectfully submitted,

/s/*Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 5, 2019

Respectfully submitted,

*/s/Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 015-00   LOCAL NO. _____   COUNTY OF DEATH: Camden   STATE FILE NO. _____

TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Ernestine
- 1b. MIDDLE: Sawyer
- 1c. LAST: Forbes
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Burgess

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 78
- 4. DATE OF BIRTH: 09/25/1940
- 5. BIRTHPLACE: Camden, NC
- 6. DATE OF DEATH: 07/18/2019

**PLACE OF DEATH:** Decedent's home
- 7c. FACILITY NAME: 860 S. Sandy Hook Rd.
- 7d. CITY OR TOWN: Shiloh
- 7e. COUNTY OF DEATH: Camden

- 8. MARITAL STATUS: Widowed
- 10a. DECEDENT'S USUAL OCCUPATION: Seamstress
- 10b. KIND OF BUSINESS/INDUSTRY: Garment Industry

- 11. SOCIAL SECURITY NUMBER: 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
- 12a. RESIDENCE-STATE: NC
- 12b. COUNTY: Camden
- 12c. CITY OR TOWN: Shiloh
- 12d. STREET AND NUMBER: 860 S. Sandy Hook Rd.
- 12e. INSIDE CITY LIMITS: No
- 12f. ZIP CODE: 27974
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No

- 14. DECEDENT'S EDUCATION: Some college credit, but no degree
- 15. DECEDENT OF HISPANIC ORIGIN?: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: White

- 17. FATHER/PARENT NAME: Clarence Jones Burgess
- 18. MOTHER/PARENT NAME: Iredell Sawyer

- 19a. INFORMANT'S NAME: Sheila Richards
- 19b. RELATIONSHIP TO DECEDENT: Daughter
- 19c. MAILING ADDRESS: 2105 Tryon Town Circle, Cary, NC 27518

- 20a. METHOD OF DISPOSITION: Burial
- 20b. PLACE OF DISPOSITION: West Lawn Memorial Park Cemetery
- 20c. LOCATION: Elizabeth City, NC

- 21a. SIGNATURE OF FUNERAL DIRECTOR: [signed]
- 21b. LICENSE NUMBER: FSL 1863
- 21c. NAME OF EMBALMER: O. E. Sommars
- 21d. LICENSE NUMBER: FSL 3237

- 22. NAME AND ADDRESS OF FUNERAL HOME: Twiford Funeral Homes Memorial Chapel, 405 East Church Street, Elizabeth City, NC 27909

- 23. IMMEDIATE CAUSE: a. Recurrent Squamous cell ca of the right buccal mucosa

- 25. MANNER OF DEATH: Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: No
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Probably
- 29. IF FEMALE: Not pregnant within past year

- 33a. SIGNATURE AND TITLE OF CERTIFIER: Cristina Alencar
- 33b. LICENSE NUMBER: 182508
- 33c. DATE SIGNED: 7/23/2019
- 33d. NAME AND ADDRESS OF CERTIFIER: CRISTINA ALENCAR 1503 N Rd Street Elizabeth City, NC

- 34. FOR LOCAL REGISTRAR: R. Battle Betts Jr. MPA  CRO
- 35. DATE FILED: July 23, 2019

---

CAMDEN COUNTY, NORTH CAROLINA

This is to certify that this is a true and correct reproduction of the official record of DEATH filed in Book 32, Page 285 in this office. Any alteration or erasure voids this certificate.

Witness my hand and official seal of office this the 23RD day of JULY, 2019.

TAMMIE KRAUSS, REGISTER OF DEEDS BY: _Tammie Krauss_
Deputy/Assistant Register of Deeds