**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          MDL: 2592
PRODUCTS LIABILITY LITIGATION

                                                               SECTION: L

                                                                JUDGE: ELDON E. FALLON

                                                                 MAG. JUDGE NORTH

RE: 14-MD-2592

**<u>NOTICE OF WITHDRAWL OF PLAINTIFF'S STIPULATION OF DISMISSAL
WITH PREJUDICE</u>**

Counsel for the below referenced Plaintiff's files this Notice of Withdrawal for the documents set forth below. Counsel inadvertently filed Stipulations of Dismissal with prejudice in the cases listed below:

1. Doc. No. 14684     Filed 8/5/19     Dolores Bermudez, Civil Case No. 2:15-cv-5537
2. Doc. No. 14682     Filed 8/5/19     Marina Alix, Civil Case No. 2:15-cv-5239
3. Doc. No. 14683     Filed 8/5/19     Pedro Alvarez, Civil Case No. 2:15-cv-5259
4. Doc. No. 14710     Filed 8/5/19     Berta Caballero, Civil Case No. 2:15-cv-5536
5. Doc. No. 14711     Filed 8/5/19     Haydee Cardenas, Civil Case No. 2:15-cv-5217
6. Doc. No. 14712     Filed 8/5/19     Zoraida Collazo, Civil Case No. 2:15-cv-5434
7. Doc. No. 14713     Filed 8/5/19     Carla Cornejo, Civil Case No. 2:15-cv-5230
8. Doc. No. 14714     Filed 8/5/19     Teresa Dominguez, Civil Case No. 2:15-cv-5427
9. Doc. No. 14715     Filed 8/5/19     Juan Duarte, Civil Case No. 2:15-cv-5222
10. Doc. No. 14716     Filed 8/5/19     Maria Gemeliaris, Civil Case No. 2:15-cv-5233
11. Doc. No. 14717     Filed 8/5/19     Godofredo Rondon, Civil Case No. 2:15-cv-5203
12. Doc. No. 14718     Filed 8/5/19     Antonio Gutierrez Valdez, Civil Case No. 2:15-cv-5534

13. Doc. No. 14719     Filed 8/5/19     Miguel Gonzalez, Civil Case No. 2:15-cv-5255

14. Doc. No. 14721     Filed 8/5/19     Gaylon Isaaks, Civil Case No. 2:15-cv-5202

15. Doc. No. 14722     Filed 8/5/19     Susan Jenne, Civil Case No. 2:15-cv-5266

16. Doc. No. 14724     Filed 8/5/19     Maria Ortega, Civil Case No. 2:15-cv-5238

17. Doc. No. 14726     Filed 8/5/19     Luis Pichardo-Mar, Civil Case No. 2:15-cv-5228

18. Doc. No. 14727     Filed 8/5/19     Antonio Piulats, Civil Case No. 2:15-cv-5163

19. Doc. No. 14728     Filed 8/5/19     Eliezer Santiago, Civil Case No. 2:15-cv-5262

20. Doc. No. 14729     Filed 8/5/19     Edilma Sera, Civil Case No. 2:15-cv-5446

21. Doc. No. 14730     Filed 8/5/19     Nancy Sole, Civil Case No. 2:15-cv-5257

22. Doc. No. 14731     Filed 8/5/19     Jose Viana, Civil Case No. 2:15-cv-2518

23. Doc. No. 14732     Filed 8/5/19     Maria Oliva, Civil Case No. 2:15-cv-5237

24. Doc. No. 14681     Filed 8/5/19     Isaac Abeckjerr, Civil Case No. 2:15-cv-4649

DEFICIENT, and REFILED:

Doc. No. 14985     Filed 8/14/19

WHEREFORE, Plaintiffs respectfully request that this honorable Court, enter an Order withdrawing the documents identified above from the Court's docket.

Dated: September 5, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion to Withdraw has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL

Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                    Respectfully Submitted,

                                                    By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*