# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*CHARLIE LYDEN and BETTY LYDEN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
Civil Action No. 2:16-cv-16467

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Charlie Lyden.

Dated:  9/6/2019                    *By: /s/*Stephen B. Wohlford
                                    SWMW Law, LLC
                                    Benjamin R. Schmickle, #6270568
                                    Stephen B. Wohlford, #IL6287698
                                    701 Market Street, Suite 1000
                                    St. Louis, MO 63101
                                    (314) 480-5180
                                    (314) 932-1566 – Facsimile
                                    *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 6, 2019 and that this system will provide notice of such filing to all counsel of record.

                                            *By: /s/*Stephen B. Wohlford_____
                                            SWMW Law, LLC
                                            Benjamin R. Schmickle, #6270568
                                            Stephen B. Wohlford, #IL6287698
                                            701 Market Street, Suite 1000
                                            St. Louis, MO 63101
                                            (314) 480-5180
                                            (314) 932-1566 – Facsimile

                                            *ATTORNEYS FOR PLAINTIFFS*

# Kansas Department of Health and Environment
## Office of Vital Statistics
## CERTIFICATE OF DEATH

State File Number: 115-2018-24394

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | CHARLIE NORMAN LYDEN |
| 2. Sex | MALE |
| 3. Date Of Death (Month, Day, Year) | 12/01/2018 |
| 4. Social Security Number | 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 |
| 5. Date Filed By State Registrar | 12/12/2018 |
| 6. Last Name Prior to First Marriage | |
| 7a. Date Of Birth | 04/24/1929 |
| 7b. Age | 89 YEAR(S) |
| 8. Place Of Birth (City And State Or Foreign Country) | LIBERAL, MISSOURI |
| 9. Decedent Ever In U.S. Armed Forces | YES |
| 10a. Place Of Death | INPATIENT |
| 10b. Facility Name (If Not Institution, Street And Number) | VIA CHRISTI HOSPITAL |
| 10c. County Of Death | CRAWFORD |
| 10d. Zip Code | 66762 |
| 10e. City or Town Of Death | PITTSBURG |
| 11. Marital Status | MARRIED |
| 12. Surviving Spouse (Name Prior to First Marriage) | BETTY STEWART |
| 13a. Residence – Street Address | 1307 N MICHIGAN STREET |
| 13b. State or Foreign Country | KANSAS |
| 13c. County or Province | CRAWFORD |
| 13d. City or Town | PITTSBURG |
| 13e. Zip Code | 66762 |
| 13f. Inside City Limits | YES |
| 14. Decedent's Ancestry | AMERICAN |
| 15. Decedent's Race | WHITE |
| 16. Decedent's Hispanic Origin | NOT SPANISH, HISPANIC, LATINO |
| 17. Decedent's Education | 9TH - 12TH GRADE, NO DIPLOMA |
| 18. Decedent's Occupation | MACHINIST |
| 19. Decedent's Industry | MCNALLY CORPORATION |
| 20. Father/Parent Birth Name (First, Middle, Last) | WELDON C LYDEN |
| 21. Mother/Parent Birth Name (First, Middle, Last) | MABEL LEOTA JENKINS |
| 22a. Informant's Name (First, Middle, Last) | BETTY LYDEN |
| 22b. Mailing Address | 1307 N MICHIGAN STREET, PITTSBURG, KANSAS, 66762 |
| 22c. Relationship To Decedent | WIFE |
| 23. Method Of Disposition | BURIAL |
| 24a. Place Of Disposition | ROSEBANK CEMETERY |
| 24b. Location | MULBERRY, KANSAS |
| 25. Funeral Service Licensee And License Number | /e/BARRY W BEDENE - 1764 |
| 26. Name Of Embalmer And License Number | BARRY W BEDENE - 2827 |
| 27. Name And Address of Firm | BEDENE FUNERAL HOME PO BOX 621, ARMA, KANSAS, 66712 |

### 28. Cause Of Death

Part I. Events (diseases, injuries, or complications) that directly caused the death.

| | Cause | Approximate Interval: Onset To Death |
|---|---|---|
| IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death) | A) ACUTE GASTROINTESTINAL BLEED | A) 2 DAYS |
| Conditions, if any, leading To cause listed on line A) | B) DIVERTICULAR PERFORATION | B) 2 WEEKS |
| | C) DIVERTICULI OF LARGE AND SMALL BOWEL | C) 10 YEARS |
| UNDERLYING CAUSE | D) | D) |

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I.
MYASTHENIA GRAVIS

| Field | Value |
|---|---|
| 29a. Autopsy | NO |
| 29b. Autopsy Findings Available To Complete The Cause Of Death | |
| 29c. Coroner Contacted | NO |
| 30. Did Tobacco Use Contribute To Death? | NO |
| 31. If Female | |
| 32. Manner Of Death | NATURAL |
| 33a. Date Of Injury | |
| 33b. Time Of Injury | |
| 33c. Injury At Work | |
| 33d. How Injury Occurred | |
| 33e. Place Of Injury | |
| 33f. Location | |
| 34a. Date Pronounced Dead | 12/01/2018 |
| 34b. Time Pronounced Dead | 4:17 AM |
| 34c. Actual Or Presumed Time Of Death | 4:17 AM |
| 34d. Name Of Person Pronouncing Death | |
| 34e. License No. | |
| 35a. Pronouncing and Certifying Physician | /e/HOLLY A CRANSTON - MD |
| 35b. License No. | 0431773 |
| 35c. Date Certified | 12/10/2018 |
| 35d. Address And Zip Code Of Person Completing Cause Of Death | 1015 MT CARMEL PL, PITTSBURG, KANSAS, 66762 |

VS231A – Rev. 10/11/2016
12/17/2018 V230000254713 01 LYDEN 201804024394 6 FH