# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*ALLEN WILLARDSON v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-11616*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Allen Willardson.

Dated:   09/06/2019             By: */s/*Stephen B. Wohlford_____
                                SWMW Law, LLC
                                Benjamin R. Schmickle, #6270568
                                Stephen B. Wohlford, #IL6287698
                                701 Market Street, Suite 1000
                                St. Louis, MO 63101
                                (314) 480-5180
                                (314) 932-1566 – Facsimile

                                *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 6, 2019 and that this system will provide notice of such filing to all counsel of record.

      *By: /s/*Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*



**STATE OF UTAH**
**CERTIFICATION OF VITAL RECORD**

# CERTIFICATE OF DEATH
State File Number: 2018006668

## Allen Ivin Willardson

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | May 4, 2018 | Time of Death: | 17:58 |
| City of Death: | Gunnison | County of Death: | Sanpete |
| Age: | 84 | Date of Birth: | April 29, 1934 |
| Place of Birth: | Gunnison, Utah | Sex: | Male |
| Armed Services: | Yes | Marital Status: | Married |
| Spouse's Name: | Nada Ann Pickett | Usual Occupation: | Owner/Operator |
| Industry/Business: | Auto Repair Shop | Education: | 9th Through 12th Grade |
| Residence: | Gunnison, Utah | Parent or Father: | Marlin Earl Willardson |
| Parent or Mother: | Loraine Roper Pickett | Facility Type: | Hospital ER |
| Facility or Address: | Gunnison Valley Hospital | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Debbie M Petrie | Relationship: | Daughter |
| Mailing Address: | 865 North 750 West, Price, Utah 84501 | | |

### DISPOSITION INFORMATION
Method of Disposition: Burial
Place of Disposition: Gunnison City Cemetery, Gunnison, Utah
Date of Disposition: May 10, 2018

### FUNERAL HOME INFORMATION
Funeral Home: Springer Turner Funeral Home - Salina
Address: 150 East Main, Salina, Utah 84654
Funeral Director: Bruce W Turner

### MEDICAL CERTIFICATION
Medical Professional: Gerald J Willden MD, Gunnison Family Medicine, PO Box 600, Gunnison, Utah 84634

### CAUSE OF DEATH
Acute Myocardial Infarction
Tobacco Use: Non-user
Medical Examiner Contacted: No   Autopsy Performed: No   Manner of Death: Natural

Date Registered: May 9, 2018
Date Issued: May 9, 2018

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: High Resolution Border, V & R images in top cycloids, and microtext. This document displays the date, seal, and signature of the Utah State Registrar of Vital Records and Statistics.

Richard J. Oborn, MPA
State Registrar
Rev. 1/16

065734522

Nathan Selin
Interim Director

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE