# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*Allen Willardson v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-11616*

## MOTION FOR SUBSTITUION OF PROPER PARTY

COME NOW Plaintiff, Allen Willardson, deceased, and Debbie Petrie, daughter, as personal representative of the estate, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, hereby file this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Allen Willardson filed a products liability lawsuit against defendants on October 31, 2017 and executed service thereafter on November 14, 2017.

2. Plaintiff Allen Willardson died on May 4, 2018.

3. Allen Willardson's products liability action against defendants survived Plaintiff decedent's death and was not extinguished.

4. Plaintiffs filed a Notice and Suggestion of Death on September 9, 2019, attached hereto as "Exhibit 1."

5. Debbie Petrie, personal representative of the estate of Allen Willardson, is a proper party to substitute for plaintiff, decedent Allen Willardson, and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: September 6, 2019

Respectfully submitted,

By: _/s/Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 9, 2019                                  Respectfully submitted,

*By:* */s/*Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

The Order of the Court is stated below:
Dated: June 17, 2019          /s/ TIFFANY TAYLOR
02:54:45 PM                         District Court Clerk

Shane Clifford
Utah Bar 10063
CLIFFORD LAW OFFICES
PO Box 214
Huntington, UT 84528
Tel: 435-613-1010
Fax: 888-800-4308
shanec@shanecliffordlaw.com

*Attorneys for Petitioner Debbie Petrie*

### IN THE SIXTH JUDICIAL DISTRICT COURT

### IN AND FOR SANPETE COUNTY, STATE OF UTAH

| IN THE MATTER OF THE ESTATE OF: | LETTERS TESTAMENTARY |
|---|---|
| ALLEN I. WILLARDSON | Case No.: 183600037 |
|  | Judge: Wallace A. Lee |

Debbie Petrie was duly appointed and qualified as general Personal Representative of the estate of the above-named decedent on the ___ day of June, 2019, by the Registrar, with all authority pertaining thereto.

1. Administration of the estate shall be unsupervised.

2. These letters are issued to evidence the appointment, qualification, and authority of said representative.

** **END OF DOCUMENT** **