AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| REBECCA SUDDUTH, Individual Behalf of the Wrongful Death Beneficiaries of LINDA TUTOR, DECEASED<br>*Plaintiff*<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON, ET AL<br>*Defendant* | Civil Action No. 2:15-CV-05271 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ESG Operations, Inc., 2062 International Drive, Tupelo, MS 38804

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   Employment records for Linda Tutor from September 1, 2011 to September 18, 2013

| Place: Langston & Lott, PLLC<br>P.O. Box 382<br>Booneville, MS 38829 | Date and Time:<br>October 1, 2019 @ 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 9/3/2019

CLERK OF COURT

_____       OR    _____
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Linda Tutor, Deceased _____, who issues or requests this subpoena, are:

Thomas Cooley, P.O. Box 382, Booneville, MS 38829; email - tcooley@langstonlott.com; phone (662) 7289733

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __ESG Operations__
on *(date)* __9/5/19__ .

☑ I served the subpoena by delivering a copy to the named person as follows: __Barry West__

on *(date)* __9/5/19__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/5/19__

__Van Morehouse__
Server's signature

__Van Morehouse__
Printed name and title

__100 S. Main St. Booneville, MS 38829__
Server's address

Additional information regarding attempted service, etc.: