# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*RICHARD SIMMONS and GRACE SIMMONS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:17-cv-606*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Richard Simmons.

Dated:  9/6/2019                    By: */s/*Stephen B. Wohlford
                                    SWMW Law, LLC
                                    Benjamin R. Schmickle, #6270568
                                    Stephen B. Wohlford, #IL6287698
                                    701 Market Street, Suite 1000
                                    St. Louis, MO 63101
                                    (314) 480-5180
                                    (314) 932-1566 – Facsimile
                                    *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 6, 2019 and that this system will provide notice of such filing to all counsel of record.

                                    *By: /s*/Stephen B. Wohlford_____
                                    SWMW Law, LLC
                                    Benjamin R. Schmickle, #6270568
                                    Stephen B. Wohlford, #IL6287698
                                    701 Market Street, Suite 1000
                                    St. Louis, MO 63101
                                    (314) 480-5180
                                    (314) 932-1566 – Facsimile

                                    *ATTORNEYS FOR PLAINTIFFS*

# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Jan 11 2019

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-18-200540

1. LEGAL NAME OF DECEASED: RICHARD CLINTON SIMMONS
2. DATE OF DEATH - ACTUAL OR PRESUMED: DECEMBER 25, 2018
3. SEX: MALE
4. DATE OF BIRTH: DECEMBER 1, 1952
5. AGE-Last Birthday (Years): 66
6. BIRTHPLACE: AUSTIN, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME: NELDA GRACIELA MARTINEZ
10a. RESIDENCE STREET ADDRESS: 1440 W. BITTERS
10b. APT. NO.: 201
10c. CITY OR TOWN: SAN ANTONIO
10d. COUNTY: BEXAR
10e. STATE: TEXAS
10f. ZIP CODE: 78248
10g. INSIDE CITY LIMITS?: ☒ Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: CHARLES RAYMOND SIMMONS
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: JOYCE MADLINE MCCOMB
13. PLACE OF DEATH: ☒ Inpatient
14. COUNTY OF DEATH: BEXAR
15. CITY/TOWN, ZIP: SAN ANTONIO, 78217
16. FACILITY NAME: NORTHEAST BAPTIST HOSPITAL
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: NELDA GRACIELA SIMMONS - WIFE
18. MAILING ADDRESS OF INFORMANT: 1440 WEST BITTERS # 201, SAN ANTONIO, TX 78248
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: KASSIDY R MAJESKI, BY ELECTRONIC SIGNATURE - 12389
21. ☒ Unknown
22. PLACE OF DISPOSITION: CENTRAL TEXAS CREMATORY
23. LOCATION: TEMPLE, TX
24. NAME OF FUNERAL FACILITY: MARRS-JONES-NEWBY FUNERAL HOME
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 505 OLD AUSTIN HWY, BASTROP, TX 78602
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: KHAWER KHADIMALLY, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: JANUARY 8, 2019
29. LICENSE NUMBER: P5541
30. TIME OF DEATH: 06:50 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: KHAWER KHADIMALLY 8811 VILLAGE DRIVE, SAN ANTONIO, TX 78217
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: INFECTIVE ENDOCARDITIS — DAYS
   b. PANCREATIC ABSCESS — DAYS

34. WAS AN AUTOPSY PERFORMED?: ☒ No
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ No

42a. REGISTRAR FILE NO.: 24000152
42b. DATE RECEIVED BY LOCAL REGISTRAR: JANUARY 11, 2019

EDR NUMBER: 000044444401785

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED: Jan 15 2019

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND