UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

The cases below were raised by Defendants as having failed to comply with the supplemental registration requirements in CMO 10. [Rec. Doc. 14808.] The Plaintiffs in these cases were ordered to show cause as to why the cases should not be dismissed with prejudice for failure to comply with the Court's orders. [Rec. Doc. 14887]. For the reasons stated on the record during the August 28, 2019 Show Cause Hearing, the following cases are dismissed with prejudice:

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 28612 | 2:18-cv-12064 | Afton, Gilley | Excolo Law PLLC |
| 28902 | 2:19-cv-04935 | Arkle, Nancy | Law Offices of Seaton & Bates, PLLC |
| 3704 | 2:15-cv-03655 | Bence, Mary Jo | Sanders Phillips Grossman, LLC |
| 33101 | 2:19-cv-05947 | Busby, Richard | MacArthur, Heder, & Metler |
| 28982 | 2:19-cv-07519 | Butler, Philippine, Individually and as Personal Representative on Behalf of the Estate of Willie Butler, Deceased | Martinez & McGuire PLLC |
| 28993 | 2:19-cv-07527 | Carr, Shirley | Martinez & McGuire PLLC |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 1134 | 2:15-cv-01030 | Carr, Shirley | Brady Law Group |
| 14648 | 2:16-cv-11737 | Castellano, Rocco | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 33057 | 2:19-cv-05238 | Castillo, Ruben | MacArthur, Heder, & Metler |
| 32284 | 2:19-cv-08984 | Cato, Jamelia, Individually and on Behalf of the Estate of Jocelyn Mendoza, Deceased | Baron & Budd, PC |
| 38838 | 2:19-cv-08878 | Clark, Elinda | Excolo Law PLLC |
| 31669 | 2:19-cv-07593 | Corley, Barbara | Dalimonte Rueb LLP |
| 29010 | 2:19-cv-07545 | Davidson, Donald | Martinez & McGuire PLLC |
| 32263 | 2:19-cv-08673 | Dutton, David | Baron & Budd, PC |
| 33141 | 2:19-cv-08941 | Ealy, Patricia, as Administrator for and on Behalf of the Heairs of the Estate of Lawrence Ealy | MacArthur, Heder, & Metler |
| 33012 | 2:19-cv-04372 | Earls, Pearlie | MacArthur, Heder, & Metler |
| 33133 | 2:19-cv-06170 | Ferguson, Robert | MacArthur, Heder, & Metler |
| 38777 | 2:19-cv-08905 | Fulenwider, Edward, on Behalf of the Estate of Thelma South, Deceased | Excolo Law PLLC |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 28612 | 2:18-cv-12064 | Gilley, Afton | Excolo Law PLLC |
| 1138 | 2:15-cv-01030 | Graham, Jack | Brady Law Group |
| 33335 | 2:19-cv-04656 | Grant, Jamesetta H. | Dalimonte Rueb LLP |
| 7147 | 2:15-cv-06352 | Gregan, Blaine | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm; Milstein Jackson Fairchild & Wade, LLP |
| 20424 | 2:17-cv-02619 | Gregory, Porche | Michael A. Mills, PC; Dixon Davis, LLC |
| 28895 | 2:19-cv-08036 | Grogan, Rosie | Law Offices of Seaton & Bates, PLLC |
| 33114 | 2:19-cv-06237 | Hahn, Roger | MacArthur, Heder, & Metler |
| 40299 | 2:18-cv-07119 | Hamar, Bryan | Girardi Keese |
| 30375 | 2:19-cv-07973 | Harrison, Cassandra | Martinez & McGuire PLLC |
| 33126 | 2:19-cv-06110 | Hawkins, Kathyleen | MacArthur, Heder, & Metler |
| 33124 | 2:19-cv-06045 | Henry, Lois | MacArthur, Heder, & Metler |
| 30770 | 2:19-cv-08005 | Henry, Vanzie | Martinez & McGuire PLLC |
| 20920 | 2:17-cv-05822 | Hernandez, Pablo | Tamari Law Group, LLC; The Freeman Law Firm, PC |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 33095 | 2:19-cv-05988 | Johnston, James | MacArthur, Heder, & Metler |
| 33041 | 2:19-cv-06160 | Jones, Patricia, as Administrator for and on Behalf of the Heirs of the Estate of Pamela Dorch | MacArthur, Heder, & Metler |
| 33149 | 2:19-cv-06256 | Langley, April | MacArthur, Heder, & Metler |
| 28949 | 2:19-cv-04536 | Lehner, Michael | Law Offices of Seaton & Bates, PLLC |
| 21518 | 2:17-cv-03016 | Leiding, June | Morris Bart, LLC |
| 13872 | 2:16-cv-10396 | Levins, Michael | Sanders Phillips Grossman, LLC |
| 6533 | 2:16-cv-02553 | Lewis, Timothy | Girardi Keese |
| 33074 | 2:19-cv-05247 | Lipp, Shawn | MacArthur, Heder, & Metler |
| 26537 | 2:17-cv-11603 | Luce, Lawrence | The Schlemmer Firm, LLC |
| 39993 | 2:18-cv-07129 | Maples, Carrie, Individually and on Behalf of the Estate of Albert Maples, Deceased | Girardi Keese |
| 30407 | 2:19-cv-06674 | Marshall, Michael | Martinez & McGuire PLLC |
| 38840 | 2:19-cv-08922 | Monroe, Michael | Excolo Law PLLC |
| 30410 | 2:19-cv-06669 | Moreno, George | Martinez & McGuire PLLC |
| 2591 | 2:15-cv-03029 | Mosher, John | Meyerkord & Meyerkord, LLC |
| 33119 | 2:19-cv-06992 | Nadeau, Paul | MacArthur, Heder, & Metler |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 33077 | 2:19-cv-05271 | Nash, Vivian | MacArthur, Heder, & Metler |
| 4399 | 2:15-cv-04700 | Nelson, Camerina | Sanders Phillips Grossman, LLC |
| 20710 | 2:17-cv-02614 | Patterson, Ashley | Michael A. Mills, PC; Dixon Davis, LLC |
| 7860 | 2:16-cv-01091 | Pettway, Barbara | Baron & Budd, PC |
| 30420 | 2:19-cv-08655 | Powell, Susie, Individually and as Personal Representative on Behalf of the Estate of Joseph Hansen | Martinez & McGuire PLLC |
| 30422 | 2:19-cv-08193 | Prigmore, Quintin | Martinez & McGuire PLLC |
| 28957 | 2:19-cv-03738 | Rester, Sherry | Law Offices of Seaton & Bates, PLLC |
| 38837 | 2:19-cv-08863 | Richardson, Nettie | Excolo Law PLLC |
| 30774 | 2:19-cv-08630 | Riggins, Leonard | Martinez & McGuire PLLC |
| 30425 | 2:19-cv-08207 | Rios, Neely | Martinez & McGuire PLLC |
| 33160 | 2:19-cv-06388 | Roberts, Bobby | MacArthur, Heder, & Metler |
| 6532 | 2:16-cv-02543 | Sager, Rebecca | Girardi Keese |
| 28940 | 2:19-cv-04297 | Seay, Deloris | Law Offices of Seaton & Bates, PLLC |
| 30433 | 2:19-cv-06652 | Shepherd, Kenneth | Martinez & McGuire PLLC |
| 33153 | 2:19-cv-06249 | Smith, Deborah | MacArthur, Heder, & Metler |
| 38839 | 2:19-cv-08918 | Starks, Tyrone | Excolo Law PLLC |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 7780 | 2:16-cv-01677 | Swachta, Linda | The Talaska Law Firm, PLLC |
| 2631 | 2:15-cv-03033 | Szatkowski, Casimir | Meyerkord & Meyerkord, LLC |
| 27193 | 2:18-cv-02147 | Terry, Kenneth | Excolo Law PLLC |
| 27930 | 2:18-cv-07132 | Thomas, Glen | Girardi Keese |
| 28687 | 2:19-cv-00403 | Thornton, Marvin | MacArthur, Heder, & Metler |
| 38834 | 2:19-cv-08807 | Townsend, Robert | Excolo Law PLLC |
| 30757 | 2:19-cv-08284 | Washington, Malilae | Martinez & McGuire PLLC |
| 30758 | 2:19-cv-08285 | Washington, Mechelle | Martinez & McGuire PLLC |
| 33144 | 2:19-cv-07011 | Weatherholtz, David | MacArthur, Heder, & Metler |
| 41602 | 2:17-cv-03501 | White, Vanessa | Milstein Jackson Fairchild & Wade, LLP |
| 30763 | 2:19-cv-06650 | Williams, Joyce | Martinez & McGuire PLLC |
| 33136 | 2:19-cv-06018 | Willoughby, Dolores | MacArthur, Heder, & Metler |

New Orleans, Louisiana, on this 30th day of August, 2019.

Judge Eldon E. Fallon
United States District Court Judge