UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :    MDL No. 2592
                                    :
                                    :    SECTION L
THIS DOCUMENT RELATES TO:           :
THE CASES LISTED BELOW              :
                                    :    JUDGE ELDON E. FALLON
                                    :    MAGISTRATE JUDGE NORTH
                                    :

**ORDER**

The cases below were raised by Defendants as having failed to comply with the supplemental registration requirements in CMO 10. [Rec. Doc. 14808.] The Plaintiffs in these cases had been ordered to show cause as to why the cases should not be dismissed with prejudice. [Rec. Doc. 14887]. For the reasons stated on the record at the August 28, 2019 Show Cause Hearing, the following plaintiffs shall be given until September 12, 2019 to remedy the issues raised by Defendants' Motion. Failure to show cause by appearing before this Court at 9:30 a.m. CT on September 12, 2019, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of a Plaintiff's case with prejudice.

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 14535 | 2:16-cv-12242 | Atchison, James | SWMW Law, LLC |
| 3079 | 2:15-cv-03396 | Nora, Regina | Pro Se |
| 4446 and 6427 | 2:15-cv-05494 | Wright, Fredrick Tyrone; Mychele Diane Hughes, Charles Antell Morris, and Crystal Yvette Eaves, Individually and as Independent Administratrix and on Behalf of the Estate of Lucille Silket Sterling | Shockey & Associates |

New Orleans, Louisiana, on this 30th day of August, 2019.

                                                                                                    */s/ Eldon E. Fallon*
                                                                                                     Judge Eldon E. Fallon
                                                                                                     United States District Court Judge