UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : : : : | MDL No. 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

## ORDER

The cases below were raised by Defendants as having failed to comply with the supplemental registration requirements in CMO 10. [Rec. Doc. 14808.] The Plaintiffs in these cases were ordered to show cause as to why the cases should not be dismissed with prejudice for failure to comply with the Court's orders. [Rec. Doc. 14887]. Prior to the August 28, 2019 Show Cause Hearing on these issues, the Plaintiffs in the cases below agreed to dismiss their cases with prejudice:

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 32249 | 2:19-cv-08915 | Alaniz, Armando | Baron & Budd, PC |
| 4259 | 2:15-cv-04736 | Davis, Robert | Sanders Phillips Grossman, LLC |
| 33417 | 2:19-cv-06253 | Gamez, Rodolfo | Domnick Cunningham & Whalen |
| 24604 | 2:17-cv-11313 | Gardner, Jerry | The Law Office of L. Paul Mankin |
| 41184 | 2:19-cv-08403 | Goins, Rickey | McDonald Worley, PC |
| 42277 | 2:19-cv-08978 | Gomez, Victoria | McDonald Worley, PC |
| 41187 | 2:19-cv-08412 | Guess, Jessie | McDonald Worley, PC |

| 24457 | 2:18-cv-00932 | Harris, Jeffery, Individually and as Representative of the Estate of Fontain Hutchins, Deceased | Bailey & Greer, PLLC |
|---|---|---|---|
| 41205 | 2:19-cv-06502 | Jacobs, Talmadge, Jr. | McDonald Worley, PC |
| 20547 | 2:17-cv-04724 | Jamison, Curtis | The Whitehead Law Firm, LLC |
| 33428 | 2:19-cv-07319 | Jones, Tyteana | Domnick Cunningham & Whalen |
| 29746 | 2:19-cv-06489 | Lopez, Alicia | Fears Nachawati, PLLC |
| 41225 | 2:19-cv-08547 | Maddox, Milton | McDonald Worley, PC |
| 39057 | 2:19-cv-05999 | Mckenzie, Charlotte | Fears Nachawati, PLLC |
| 41246 | 2:19-cv-07958 | Murphy, Candy, Personal Representative of the Estate of Damon Murphy | McDonald Worley, PC |
| 39035 | 2:19-cv-05684 | Pevia, Dorothy | Fears Nachawati, PLLC |
| 38678 | 2:19-cv-05220 | Sanders, Pamela A. | Wagstaff & Cartmell, LLP |
| 39033 | 2:19-cv-06909 | Thompson, Judd | Fears Nachawati, PLLC |
| 41302 | 2:19-cv-06679 | Wilkerson, Arthur | McDonald Worley, PC |
| 28457 | 2:18-cv-12518 | Wilson, Beverly | Childers, Schlueter & Smith, LLC |

New Orleans, Louisiana, on this 30th day of August, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge