# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*SARAH LEVICY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:17-cv-7823*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Sarah Levicy.

Dated:  9/6/2019           *By: /s/*Stephen B. Wohlford_____
              SWMW Law, LLC
              Benjamin R. Schmickle, #6270568
              Stephen B. Wohlford, #IL6287698
              701 Market Street, Suite 1000
              St. Louis, MO 63101
              (314) 480-5180
              (314) 932-1566 – Facsimile
              *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 6, 2019 and that this system will provide notice of such filing to all counsel of record.

                                                *By: /s/*Stephen B. Wohlford_____  
                                                SWMW Law, LLC  
                                                Benjamin R. Schmickle, #6270568  
                                                Stephen B. Wohlford, #IL6287698  
                                                701 Market Street, Suite 1000  
                                                St. Louis, MO 63101  
                                                (314) 480-5180  
                                                (314) 932-1566 – Facsimile

                                                *ATTORNEYS FOR PLAINTIFFS*

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH
State File Number: 101 2018-19891

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Sarah L Levicy |
| 2. DATE AND TIME OF DEATH | May 11, 2018  0615 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | |
| 5. COUNTY OF DEATH | Montgomery |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Montgomery, 36116 |
| 7. PLACE OF DEATH | John Knox Manor, Inc. 2 |
| 8. SEX | Female |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | Moore |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 90 |
| 12. DATE OF BIRTH | Sep 4, 1927 |
| 13. BIRTHPLACE | Alabama |
| 14. SOCIAL SECURITY NUMBER | 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 |
| 15. MARITAL STATUS | Widowed |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Montgomery |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Montgomery, 36104 |
| 20. STREET ADDRESS | 450 Burton Avenue |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | Barbara Mitchell, Daughter, 450 Burton Avenue, Montgomery, AL 36104 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | William Moore Jr |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Milie James Black |
| 24. DISPOSITION OF BODY | Burial |
| 25. CEMETERY OR CREMATORY | Moore Cemetery |
| 26. LOCATION | Gordonsville, Alabama |
| 27. DATE OF DISPOSITION | May 19, 2018 |
| 28. FUNERAL DIRECTOR | Karl K Bell Sr |
| 29. LICENSE NUMBER | |
| 30. DATE SIGNED | May 16, 2018 |
| 31. FUNERAL HOME NAME AND ADDRESS | Bell Funeral Home, P O Box 850, Hayneville, AL 36040 |
| 32. LICENSE NUMBER | |

33. MEDICAL CERTIFICATION: X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

| Field | Value |
|---|---|
| 34. NAME | Donald A Marshall MD |
| 35. LICENSE NUMBER | 6965 |
| 36. DATE SIGNED | May 21, 2018 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 1801 Pine Street, Suite 204, Montgomery, Alabama 36106 |
| 38. REGISTRAR | Nicole Henderson Rushing |
| 39. DATE FILED | May 21, 2018 |

### CAUSE OF DEATH

40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH

| | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. Failure To Thrive | 3 months |
| | B. DUE TO (OR AS A CONSEQUENCE OF): | |
| | C. DUE TO (OR AS A CONSEQUENCE OF): | |
| | D. DUE TO (OR AS A CONSEQUENCE OF): | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: Aspiration Pneumonia

| 42. MANNER OF DEATH | 43. PREGNANT | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | Unknown |

49. HOW INJURY OCCURRED:

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-284-202-5

June 1, 2018

Nicole H Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics