UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

# ORDER

The cases below were raised by Defendants as having failed to comply with the supplemental registration requirements in CMO 10. [Rec. Doc. 14808.] The Plaintiffs in these cases were ordered to show cause as to why the cases should not be dismissed with prejudice. [Rec. Doc. 14887]. For the reasons stated on the record at the August 28, 2019 Show Cause Hearing and with the consent of the Xarelto Plaintiffs' Counsel Leadership, Defendants have asked to withdraw without prejudice their Motions for an Order to Show Cause as to these Plaintiffs. Defendants' request is granted and the Show Cause Order is withdrawn without prejudice as to the Plaintiffs listed below.

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 1753 | 2:15-cv-02605 | Abbott, Daniel | The Mulligan Law Firm |
| 38835 | 2:19-cv-08724 | Abrams, Glenn | Excolo Law PLLC |
| 30883 | 2:19-cv-08814 | Alfaro, Mary Ann | Leonard B. Gabbay PC |
| 42089 | 2:19:CV-1110 | Baker, Melvina | Medley Law Group |
| 41954 | 2:19-cv-11098 | Baldwin, Brenda | Medley Law Group |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 42345 | 2:18-cv-10111 | Bobbitt, Malcolm | Medley Law Group |
| 32254 | 2:19-cv-08640 | Boyd, John | Baron & Budd, PC |
| 32313 | 2:19-cv-03348 | Brown, Donald, Individually and on Behalf of the Estate of Virginia Watson, Deceased | Baron & Budd, PC |
| 24205 | 2:17-cv-07332 | Camille, Dona | Medley Law Group |
| 33491 | 2:19-cv-08981 | Chaney, Deborah, Individually and on Behalf of the Estate of Ralph Lanham, Deceased | Baron & Budd, PC |
| 42342 | 2:18-cv-13475 | Clark, Mabel | Medley Law Group |
| 28874 | 2:19-cv-08784 | Cleveland, Joan | Bachus & Schanker, LLC |
| 23197 | 2:17-cv-02507 | Contreras, Edward | Andrews & Thornton, LLC |
| 25408 | 2:17-cv-17948 | Corcoran, Luke, Jr. | Sangisetty Law Firm, LLC |
| 28907 | 2:19-cv-04831 | Diaz, Irvin | Law Offices of Seaton & Bates, PLLC |
| 33196 | 2:19-cv-08601 | Dolos, Spiros | Baron & Budd, PC |
| 32264 | 2:19-cv-08613 | Edwards, Ellis | Baron & Budd, PC |
| 27715 | 2:18-cv-06939 | Every, Drew | Medley Law Group |
| 42083 | 2:15-cv-02336 | Fisher, Joseph | The Driscoll Firm |
| 42278 | 2:18-cv-06987 | Gill, Rose A. | Medley Law Group |
| 30926 | 2:19-cv-08870 | Goodman, Renee | Leonard B. Gabbay PC |
| 32252 | 2:19-cv-08959 | Guerra, Felipa, Individually and on Behalf of the Estate of Sheronda Booth | Baron & Budd, PC |

2

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 28946 | 2:19-cv-05028 | Hagan, Sharon | Law Offices of Seaton & Bates, PLLC |
| 28892 | 2:19-cv-04954 | Harris, Sarina | Law Offices of Seaton & Bates, PLLC |
| 32269 | 2:19-cv-08972 | Hastings, Margaret, Individually and on Behalf of the Estate of Larry Hastings | Baron & Budd, PC |
| 21421 | 2:17-cv-02988 | Hauge-Travis, Kristie, Individually and as Personal Representative of the Estate of Jeanette Hauge, Deceased | Lieff Cabraser Heimann & Bernstein, LLP |
| 32271 | 2:19-cv-08631 | Horton, Billy | Baron & Budd, PC |
| 4049 | 2:15-cv-04041 | Janicke, Jeffrey | Sanders Phillips Grossman, LLC |
| 30967 | 2:19-cv-06040 | Johnson, Angela, on Behalf of Dollean Phillips, Deceased | Brown and Crouppen, PC |
| 42095 | 2:19_cv-11097 | Johnson, Laura | Medley Law Group |
| 20102 | 2:16-cv-16953 | Jones, Hazel | Hamilton Law Firm, P.C. |
| 33482 | 2:19-cv-09027 | Keagy, Eric | Baron & Budd, PC |
| 41766 | 2:18-cv-09840 | Kincy, Theodis | Medley Law Group |
| 28616 | 2:18-cv-12058 | Kurre, Kellie | Excolo Law PLLC |
| 39127 | 2:19-cv-06447 | Lee, Robert and Deborah Lee | Baron & Budd, PC |
| 3604, 4485, 11941, 11942, and 11943 | 2:16-cv-07641 | Lopez, Maricela, Individually and on Behalf of the Estate of Israel Lopez, Jr.; Israel Lopez, III; Eva Arredondo; and Albert Lopez | The Cagle Law Firm, P.C. |
| 32671 | 2:19-cv-09010 | Luster, Albert Jr. | Schneider Hammers LLC |
| 16913 | 2:16-cv-06624 | Luster, Wilma | The Schlemmer Firm, LLC |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 26538 | 2:17-cv-11608 | May, Charles | The Schlemmer Firm, LLC |
| 41238 | 2:19-cv-08163 | Mitchell, Michael | McDonald Worley, PC |
| 13500 | 2:16-cv-04665 | Moore, Brenda | Baron & Budd, PC |
| 21810 | 2:17-cv-05746 | Mory, Christel | Girardi Keese |
| 11894 | 2:16-cv-10718 | Mueller, Anita | Sanders Phillips Grossman, LLC |
| 28877 | 2:19-cv-05269 | Neal, Mark | Law Offices of Seaton & Bates, PLLC |
| 41763 | 2:18-cv-09964 | Nelson, Nels | Medley Law Group |
| 42344 | 2:19-cv-11113 | Ochoa, Nicolle | Medley Law Group |
| 24946 | 2:17-cv-16025 | Ortiz, Amanda | The Potts Law Firm, LLP |
| 34417 | 2:19-cv-08732 | Page, Rena | Baron & Budd, PC |
| 32287 | 2:19-cv-08741 | Paradis, Kerri | Baron & Budd, PC |
| 32290 | 2:19-cv-08785 | Phillips, Donna | Baron & Budd, PC |
| 42341 | 2:19-cv-11095 | Preston, Robbie | Medley Law Group |
| 33518 | 2:19-cv-08794 | Prioleau, Catherine | Baron & Budd, PC |
| 42284 | 2:19-cv-00497 | Ragonese, Francisco, as Anticipated Personal Representative of the Estate of Carmen Dominicci | Bernheim Dolinsky Kelley, LLC |
| 38846 | 2:19-cv-08948 | Redman, Kurt | Excolo Law PLLC |
| 32294 | 2:19-cv-08804 | Reed, Betty | Baron & Budd, PC |
| 28498 | 2:18-cv-07123 | Reyes, Benita | Girardi Keese |

4

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 32295 | 2:19-cv-08813 | Richardson, Teresa | Baron & Budd, PC |
| 30333 | 2:19-cv-05412 | Richey, Nira | Fears Nachawati, PLLC |
| 41777 | 2:19-cv-11112 | Roberts, Megan | Medley Law Group |
| 33522 | 2:19-cv-09029 | Rodriguez, Josefina | Baron & Budd, PC |
| 41820 | 2:18-cv-10119 | Roman, Mary | Medley Law Group |
| 32298 | 2:19-cv-08993 | Russell, Harry, Individually and on Behalf of the Estate of Sylvia Russell | Baron & Budd, PC |
| 32299 | 2:19-cv-08995 | Rust, Diann, Individually and on Behalf of the Estate of Norman Rust | Baron & Budd, PC |
| 7918 | 2:16-cv-01300 | Smith, Bernadette | Bernheim Dolinsky Kelley, LLC |
| 33060 | 2:19-cv-05232 | Smith, John | MacArthur, Heder, & Metler |
| 7415 | 2:16-cv-08996 | Smith, Kenneth | The Driscoll Firm |
| 42093 | 2:19-cv-11100 | Snodgrass, Renee | Baron & Budd, PC |
| 32305 | 2:19-cv-09005 | Spille, Seprenia, Individually, and on Behalf of the Estate of Richard Spille | Baron & Budd, PC |
| 22460 | 2:17-cv-05372 | Stone, Nicole Nails, Individually and as Executrix of the Estate of Raymond Fulton Nails | Damon J. Baldone & Associates |
| 32308 | 2:19-cv-09042 | Stubblefield, Angela | Baron & Budd, PC |
| 30882 | 2:19-cv-08831 | Studebaker, Christopher | Leonard B. Gabbay PC |
| 26523 | 2:17-cv-10151 | Swan, Mark A. | Medley Law Group |
| 33523 | 2:19-cv-08854 | Taylor, Brenda | Baron & Budd, PC |

| BG ID | Docket No. | Plaintiff | Counsel |
|---|---|---|---|
| 24748 | 2:17-cv-13516 | Todorovic, Nedeljko, on Behalf of the Estate of Ivan Todorovic, Deceased | Baron & Budd, PC |
| 42340 | 2:19-cv-11096 | Troutt, Jennifer | Medley Law Group |
| 32251 | 2:19-cv-08955 | Visvonit, Suzan, Individually and on Behalf of the Estate of Nadia Blablo | Baron & Budd, PC |
| 38043 | 2:16-cv-09551 | Waddell, Gary | The Driscoll Firm, PC |
| 41277 | 2:19-cv-08518 | Ward, Alice, Personal Representative for the Estate of Johnie Ruth Shorter | McDonald Worley, PC |
| 42343 | 2:19-cv-11099 | Wheeler, Kenneth | Medley Law Group |
| 32315 | 2:19-cv-08908 | Wheeler, Pamela | Baron & Budd, PC |
| 6553 | 2:17-cv-03504 | White, Norma, as Representative for Ernest White, Deceased | The Driscoll Firm |
| 32317 | 2:19-cv-09011 | Williams, James David, Individually, and on Behalf of the Estate of Lori Williams | Baron & Budd, PC |
| 32291 | 2:19-cv-09016 | Wright, Rhonda, Individually and on Behalf of the Estate of Eula Phillips | Baron & Budd, PC |
| 41785 | 2:18-cv-09966 | Yates, Sue | Medley Law Group |

New Orleans, Louisiana, on this 30th day of August, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge