EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 | |
| | ) | | EXHIBIT 1 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L | |
| | ) | JUDGE ELDON E. FALLON | |
| | ) | | |
| | ) | MAG. JUDGE NORTH | |
| | ) | | |
| | ) | | |
| | ) | | |

**This Document Relates to:**
*SARAH LEVICY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:17-cv-7823*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby

informs the Honorable Court of the death of Plaintiff, Sarah Levicy.

Dated:   9/6/2019

*By:* /s/Stephen B. Wohlford
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile
*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 6, 2019 and that this system will provide notice of such filing to all counsel of record.

By: /s/Stephen B. Wohlford
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH
State File Number **101 2018-19891**

| 1. DECEASED LEGAL NAME | 2. DATE AND TIME OF DEATH |
|---|---|
| Sarah L Levicy | May 11, 2018     0615 |

| 3. ALIAS NAME (IF ANY) | 4. DATE AND TIME PRONOUNCED DEAD |
|---|---|
| None Given | |

| 5. COUNTY OF DEATH | 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | 7. PLACE OF DEATH |
|---|---|---|
| Montgomery | Montgomery, 36116 | John Knox Manor, Inc. 2 |

| 8. SEX | 9. LAST NAME PRIOR TO FIRST MARRIAGE | 10. SERVED IN ARMED FORCES |
|---|---|---|
| Female | Moore | No |

| 11. AGE | UNDER 1 YEAR MONTHS / DAYS | UNDER 1 DAY HRS / MINS | 12. DATE OF BIRTH | 13. BIRTHPLACE (State or Foreign Country) | 14. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| 90 | | | Sep 4, 1927 | Alabama | 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 |

| 15. MARITAL STATUS | 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | 17. RESIDENCE STATE |
|---|---|---|
| Widowed | | Alabama |

| 18. RESIDENCE COUNTY | 19. CITY, TOWN OR LOCATION AND ZIP CODE | 20. STREET ADDRESS |
|---|---|---|
| Montgomery | Montgomery, 36104 | 450 Burton Avenue |

**21. INFORMANT NAME, RELATIONSHIP AND ADDRESS**
Barbara Mitchell, Daughter, 450 Burton Avenue, Montgomery, AL 36104

| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| William Moore Jr | Milie James Black |

| 24. DISPOSITION OF BODY | 25. CEMETERY OR CREMATORY | 26. LOCATION |
|---|---|---|
| Burial | Moore Cemetery | Gordonsville, Alabama |

| 27. DATE OF DISPOSITION | 28. FUNERAL DIRECTOR | 29. LICENSE NUMBER | 30. DATE SIGNED |
|---|---|---|---|
| May 19, 2018 | Karl K Bell Sr | | May 16, 2018 |

| 31. FUNERAL HOME NAME AND ADDRESS | 32. LICENSE NUMBER |
|---|---|
| Bell Funeral Home, P O Box 850, Hayneville, AL 36040 | |

**33. MEDICAL CERTIFICATION:** X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

| 34. NAME | 35. LICENSE NUMBER | 36. DATE SIGNED |
|---|---|---|
| Donald A Marshall MD | 6965 | May 21, 2018 |

**37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH**
1801 Pine Street, Suite 204, Montgomery, Alabama 36106

| 38. REGISTRAR | 39. DATE FILED |
|---|---|
| Nicole Henderson Rushing | May 21, 2018 |

## CAUSE OF DEATH

**40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

| | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. Failure To Thrive | 3 months |
| UNDERLYING CAUSE | DUE TO (OR AS A CONSEQUENCE OF): B. | |
| | DUE TO (OR AS A CONSEQUENCE OF): C. | |
| | DUE TO (OR AS A CONSEQUENCE OF): D. | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH**
Aspiration Pneumonia

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | Unknown |

**49. HOW INJURY OCCURRED**

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|
| | |

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-284-202-5

June 1, 2018

*Nicole H. Rushing*
Nicole Henderson Rushing
State Registrar of Vital Statistics

ANY ALTERATIONS VOID THIS DOCUMENT