# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*BETSY WEIKLE and MARVIN WEIKLE v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:17-cv-5805*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Betsy Weikle.

Dated:  9/6/2019                    By: */s/*Stephen B. Wohlford
                                    SWMW Law, LLC
                                    Benjamin R. Schmickle, #6270568
                                    Stephen B. Wohlford, #IL6287698
                                    701 Market Street, Suite 1000
                                    St. Louis, MO 63101
                                    (314) 480-5180
                                    (314) 932-1566 – Facsimile
                                    *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

  I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 6, 2019 and that this system will provide notice of such filing to all counsel of record.

      *By: /s/*Stephen B. Wohlford_____
      SWMW Law, LLC
      Benjamin R. Schmickle, #6270568
      Stephen B. Wohlford, #IL6287698
      701 Market Street, Suite 1000
      St. Louis, MO 63101
      (314) 480-5180
      (314) 932-1566 – Facsimile

      *ATTORNEYS FOR PLAINTIFFS*

268553

United States of America

State of West Virginia  County of Greenbrier, ss:

# Death Certificate

I, Robin Loudermilk, Clerk of the Greenbrier County Commission, and as such, custodian of the records of Deaths, hereby certify that Death Record Book **8** Page **110** in my office will show:

Name:   **BETSY MAE ELLEN WEIKLE**

### Death Record Information

| | | | |
|---|---|---|---|
| Birth Date: | March 15, 1976 | Birth Place: | Hinton, WV United States |
| Death Date: | April 19, 2019 | Death Place: | Caldwell, WV United States |
| Date Recorded: | May 01, 2019 | Legal Address: | 1078 CHILDERS RD. |
| State File Date: | April 24, 2019 | Legal City-State: | CALDWELL WV |
| Age: | 43 years | Legal County: | Greenbrier-United States |
| Sex: | FEMALE | | |
| Attendant: | JEFFREY S. COROER COME | | |
| Cause of Death: | hypertensive cardiovascular disease, morbid obesity, copd, diabetis, hepatitis c | | |
| Marital Status: | MARRIED | | |
| Spouse: | MARVIN DOUGLAS WEIKLE | | |
| Mother: | MARY BROOKS | | |
| Father: | BOBBY SMITH SR. | | |

In Testimony Whereof, I have hereunto affixed my Signature and Official Seal on Friday, June 7, 2019.

_Robin Loudermilk_
Robin Loudermilk
Clerk of Greenbrier County Commission

By _Shirley Adwell_
Shirley Adwell
Deputy Clerk