# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*MCKINLEY RANDLE, JR. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:17-cv-1875*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, McKinley Randle, Jr.

Dated:  9/6/2019                       *By: /s/*Stephen B. Wohlford_____
                                       SWMW Law, LLC
                                       Benjamin R. Schmickle, #6270568
                                       Stephen B. Wohlford, #IL6287698
                                       701 Market Street, Suite 1000
                                       St. Louis, MO 63101
                                       (314) 480-5180
                                       (314) 932-1566 – Facsimile
                                       *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 6, 2019 and that this system will provide notice of such filing to all counsel of record.

                                              *By: /s/*Stephen B. Wohlford_____
                                              SWMW Law, LLC
                                              Benjamin R. Schmickle, #6270568
                                              Stephen B. Wohlford, #IL6287698
                                              701 Market Street, Suite 1000
                                              St. Louis, MO 63101
                                              (314) 480-5180
                                              (314) 932-1566 – Facsimile

                                              *ATTORNEYS FOR PLAINTIFFS*

# STATE OF WASHINGTON
# DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH

CERTIFICATE NUMBER: 2018-022197

DATE ISSUED: 05/25/2018
FEE NUMBER: 2781

FIRST AND MIDDLE NAME(S): MCKINLEY
LAST NAME(S): RANDLE JR

COUNTY OF DEATH: PIERCE
DATE OF DEATH: MAY 12, 2018
HOUR OF DEATH: 09:15 AM
SEX: MALE                AGE: 79 YEARS
SOCIAL SECURITY NUMBER: 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

HISPANIC ORIGIN: NO, NOT SPANISH/HISPANIC/LATINO
RACE: BLACK

BIRTH DATE: FEBRUARY 09, 1939
BIRTHPLACE: LAKE PROVIDENCE, LA

MARITAL STATUS: DIVORCED
SPOUSE: NOT APPLICABLE

OCCUPATION: RAILROAD WORKER/COOK
INDUSTRY: RAILROAD/RESTAURANT
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE
US ARMED FORCES: NO

INFORMANT: MCKINLEY RANDLE III
RELATIONSHIP: SON
ADDRESS: 13412 8TH AVE E, TACOMA, WA 98445

PLACE OF DEATH: HOME
FACILITY OR ADDRESS: 401 EAST 78TH ST
CITY, STATE, ZIP: TACOMA, WASHINGTON 98404

RESIDENCE STREET: 401 EAST 78TH ST
CITY, STATE, ZIP: TACOMA, WA 98404
INSIDE CITY LIMITS: YES        COUNTY: PIERCE
TRIBAL RESERVATION: NOT APPLICABLE
LENGTH OF TIME AT RESIDENCE: 44 YEARS

FATHER/PARENT: MCKINLEY RANDLE SR
MOTHER/PARENT: OLLER LEE

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: EDWARDS CREMATORY LLC

CITY, STATE: LAKEWOOD, WASHINGTON
DISPOSITION DATE: MAY 28, 2018

FUNERAL FACILITY: EDWARDS MEMORIAL CENTER

ADDRESS: 3005 BRIDGEPORT WAY W
CITY, STATE, ZIP: UNIVERSITY PLACE, WASHINGTON 98466
FUNERAL DIRECTOR: JAIME N. MARTEN

CAUSE OF DEATH:
A: CHRONIC OBSTRUCTIVE PULMONARY DISEASE
   INTERVAL: UNKNOWN
B:
   INTERVAL:
C:
   INTERVAL:
D:
   INTERVAL:

OTHER CONDITIONS CONTRIBUTING TO DEATH: UNKNOWN

DATE OF INJURY:
HOUR OF INJURY:
INJURY AT WORK:
PLACE OF INJURY:

LOCATION OF INJURY:

CITY, STATE, ZIP:
COUNTY:
DESCRIBE HOW INJURY OCCURRED:

IF TRANSPORTATION INJURY, SPECIFY: NOT APPLICABLE

MANNER OF DEATH: NATURAL
AUTOPSY: NO
WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE
CAUSE OF DEATH: NOT APPLICABLE
DID TOBACCO USE CONTRIBUTE TO DEATH: UNKNOWN
PREGNANCY STATUS IF FEMALE: NO RESPONSE

CERTIFIER NAME: DAVID HUTCHASON, ARNP
TITLE: ARNP
CERTIFIER ADDRESS: PO BOX 5200, MS 3901-1-HH
CITY, STATE, ZIP: TACOMA, WA 98415
DATE SIGNED: MAY 16, 2018

CASE REFERRED TO ME/CORONER: NO
FILE NUMBER: NOT APPLICABLE
ATTENDING PHYSICIAN: DAVID HUTCHASON

LOCAL DEPUTY REGISTRAR: STACEY GAINES
DATE RECEIVED: MAY 17, 2018

NOT VALID IF PHOTOCOPIED OR ALTERED

DOH 422-132 (4/18)