UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**John Richard Heath Sr.** *v. Janssen Research & Development, LLC et al*; Civil Action No. 2:16-cv-2655

### SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, John Richard Heath Sr. which occurred on January 22, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of John Richard Heath Sr's estate.

Dated: September 6, 2019            Respectfully Submitted,

Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of September 2019.

        Kirkendall Dwyer LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        ***Attorney for Plaintiffs***