UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

The Cases Listed on the attached Exhibit A

## ORDER

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 15145, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that attorney, Brandon Cotter, formerly of the Law Offices of Sobo & Sobo, LLP, is withdrawn as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

**IT IS FURTHER ORDERED** that attorney, Michael D. Wolff, of the Law Offices of Sobo & Sobo, LLP, is substituted as attorney of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE