**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Koklila Bhatt | 2:19-cv-08174 |
| Albert Buro | 2:19-cv-08307 |
| Christopher Perkins | 2:19-cv-08306 |
| Dewey Smith Jr. | 2:19-cv-08029 |
| Richard Eanni | 2:19-cv-08197 |
| Fred Keller | 2:19-cv-08312 |
| Sean Featherstone | 2:19-cv-08107 |
| Dennis Garcia | 2:19-cv-08073 |
| Ana Pena | 2:19-cv-08310 |
| Melissa Reed | 2:19-cv-08309 |
| Terry Speece | 2:19-cv-08148 |
| Yolanda Smith | 2:19-cv-08187 |