# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re:  XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> The Cases Listed on the attached Exhibit A § <br> § | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 15151, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

**IT IS FURTHER ORDERED** that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this 3rd day of September, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge