# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Martin Barber | 2:15-cv-02930 |
| Quincy Francis | 2:16-cv-02153 |
| Alan Lang, et al. | 2:16-cv-13243 |
| Robert Hallowell | 2:19-cv-03116 |
| Robbi Shipley, et al. | 2:19-cv-01393 |
| Janina Morabito, et al. | 2:19-cv-03155 |
| Patricia Withrow, et al. | 2:19-cv-03055 |
| Glen Landi, et al. | 2:16-cv-13238 |
| Elizabeth Summerhayes, et al. | 2:19-cv-03079 |
| Joe Vanderslice | 2:19-cv-02891 |
| Robert Givens, et al. | 2:16-cv-12680 |
| Doris Jacobsen | 2:15-cv-02993 |
| Joseph Gavin | 2:16-cv-13100 |
| Dorothy Burks | 2:19-cv-02873 |
| Charlene Ross | 2:16-cv-03486 |
| Russell Ayers | 2:15-cv-02929 |
| Kenneth Potier | 2:16-cv-12876 |
| Carolyn Hookins, et al. | 2:16-cv-13216 |
| Tommy Finch, et al. | 2:16-cv-02617 |
| James Wierman | 2:15-cv-02561 |
| Karsten Stoller, et al. | 2:16-cv-13285 |
| Sharon Longley | 2:18-cv-09189 |
| Roberta Williams, et al. | 2:16-cv-04201 |
| Burton Ford, et al. | 2:15-cv-02960 |
| Raymond Mullen | 2:16-cv-03420 |
| Gentry Richardson | 2:16-cv-12902 |
| Joyce Palmer | 2:16-cv-13258 |
| Sam Lefkowitz | 2:16-cv-03362 |
| Arthur Ertel | 2:16-cv-13054 |
| Barbara Prioreschi, et al. | 2:16-cv-13261 |
| Dawanna Reaves, et al. | 2:16-cv-13262 |
| Janet Matteson, et al. | 2:16-cv-13250 |
| Nelson Welke | 2:16-cv-12031 |
| Tracy Harrison, et al. | 2:16-cv-12691 |
| Cindy Jackson, et al. | 2:16-cv-12694 |
| William McDonough | 2:16-cv-07025 |

| | |
|---|---|
| Manuel Camelo | 2:16-cv-06732 |
| Dennis Ford | 2:15-cv-02976 |
| Nicole Lucas | 2:16-cv-07022 |
| Cheryl Mitchell, et al. | 2:16-cv-05780 |
| Wanda Rowe | 2:16-cv-02698 |
| Christopher Skerstad | 2:16-cv-12846 |
| James Crouch | 2:16-cv-13033 |
| Sharon Gaul, et al. | 2:16-cv-07013 |
| Cheryl Doebel, et al. | 2:16-cv-09933 |
| Kaylee Borden | 2:16-cv-13012 |
| David Miller | 2:16-cv-13252 |
| Dale Risner | 2:16-cv-03484 |
| Shirley Carbine | 2:16-cv-05774 |
| Mary Fox | 2:19-cv-03046 |
| Thomas Cocco | 2:15-cv-02946 |
| Janice Kates | 2:16-cv-02159 |
| Necola Williams | 2:19-cv-02948 |
| John Jennings | 2:15-cv-02994 |
| Carolyn Jennings | 2:16-cv-11678 |
| James Van Etten, et al. | 2:19-cv-03049 |
| Raymond Hess | 2:18-cv-12117 |
| Donzil Burlison | 2:15-cv-02940 |
| Charlotte Harding | 2:15-cv-02985 |
| Margaret Hughes | 2:16-cv-03345 |
| Roberta Bonnet | 2:18-cv-08282 |
| Betty Gore | 2:19-cv-03099 |
| James Hiebert | 2:16-cv-06427 |
| Olin Dunn | 2:15-cv-03735 |
| Franklin Moore | 2:19-cv-02843 |
| Eugenia Pawlikowski, et al. | 2:19-cv-03168 |
| Barbara Atkins | 2:16-cv-12980 |
| Savannah Hornbuckle, et al. | 2:19-cv-03199 |
| Susan Obrin | 2:16-cv-03427 |