UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO:

*Constance Saxon, Individually and on behalf of the Decedent of Evelyn Halton v. Janssen Research & Development LLC, et al*, 2:19-cv-02310

## ORDER

The Court, after considering the Plaintiff's Motion to Disregard Notice of Suggestion of Death that counsel filed in error, R. Doc. 15158, as well as any responses thereto, finds the motion meritorious. Accordingly;

**IT IS ORDERED** that Plaintiff Constance Saxon, on behalf of the Estate of Evelyn Halton, is the representative for Plaintiff Evelyn Halton, in the above captioned cause.

**IT IS FURTHER ORDERED** that the Court will disregard the Notice of Suggestion of death filed on August 21, 2019, R. Doc. 15117. The Court was already informed the Plaintiff was passed on initial filing on March 16, 2016. No further action will be taken.

New Orleans, Louisiana this 3rd day of September, 2019.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE