UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Laura Jordan v. Janssen Research & Development, LLC, et al.*
CA#: 19-cv-08405

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15161, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Howard Jordan, surviving spouse and Personal Representative for the Estate of Laura Jordan, is substituted for Plaintiff Laura Jordan as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE