# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Anna E. McCulloch v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-07962

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15202, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sandra K. Nyquist, surviving daughter of Anna E. McCulloch, is substituted for Plaintiff Anna E. McCulloch as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE