# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Charles F. Dugan<br>Civil Action No. 2:19-cv-02841 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel, R. Doc. 15209;

**IT IS ORDERED** that Charles G. Orr of The Mulligan Law Firm is **WITHDRAWN** as Counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Dorothy J. Dohanics of Dallas W. Hartman, P.C. (Attorneys) is **SUBSTITUTED** as Counsel for Plaintiff.

New Orleans, Louisiana, this 3rd day of September, 2019.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE