UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   }          MDL No. 2592
                               }
PRODUCTS LIABILITY LITIGATION }          SECTION L
                               }          JUDGE FALLON
                               }          MAG. JUDGE NORTH
                               }

This Document relates to:

    **Carrie Hobbs** *v. Janssen Research & Development, LLC et al;*
    **Civil Action No. 2:16-cv-8800**

### SUGGESTION OF DEATH

    Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Carrie Hobbs which occurred on July 7, 2017.  Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Carrie Hobbs's estate.

Dated: September 6, 2019        Respectfully Submitted,

                        Kirkendall Dwyer LLP

                        By: */s/ Andrew F. Kirkendall*
                        Andrew F. Kirkendall
                        Texas Bar No. 24050882
                        Alexander G. Dwyer
                        Texas Bar No. 24054271
                        Kirkendall Dwyer LLP
                        4343 Sigma Rd., STE 200
                        Dallas, TX 75244
                        Phone: 214-271-4027
                        Fax: 214-253-0629
                        ak@kirkendalldwyer.com
                        ad@kirkendalldwyer.com

                        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the

Court using CM/ECF system which will send notification of such filing to all counsel of

record, on this 6th day of September 2019.

Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com


***Attorney for Plaintiffs***