UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

**Robert Hunley** *v. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-0989

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Robert Hunley which occurred on March 8, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Robert Hunley's estate.

Dated: September 6, 2019            Respectfully Submitted,

Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of September 2019.

    Kirkendall Dwyer LLP

    By: */s/ Andrew F. Kirkendall*
    Andrew F. Kirkendall
    Texas Bar No. 24050882
    Alexander G. Dwyer
    Texas Bar No. 24054271
    Kirkendall Dwyer LLP
    4343 Sigma Rd., STE 200
    Dallas, TX 75244
    Phone: 214-271-4027
    Fax: 214-253-0629
    ak@kirkendalldwyer.com
    ad@kirkendalldwyer.com

    ***Attorney for Plaintiffs***