UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

    Bernard McNulty *v. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:19-cv-00980

## SUGGESTION OF DEATH

    Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Bernard McNulty which occurred on May 26, 2019. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Bernard McNulty's estate.

Dated: September 6, 2019        Respectfully Submitted,

                                    Kirkendall Dwyer LLP

                                    By: */s/ Andrew F. Kirkendall*
                                    Andrew F. Kirkendall
                                    Texas Bar No. 24050882
                                    Alexander G. Dwyer
                                    Texas Bar No. 24054271
                                    Kirkendall Dwyer LLP
                                    4343 Sigma Rd., STE 200
                                    Dallas, TX 75244
                                    Phone: 214-271-4027
                                    Fax: 214-253-0629
                                    ak@kirkendalldwyer.com
                                    ad@kirkendalldwyer.com

                                    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of September 2019.

        Kirkendall Dwyer LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        ***Attorney for Plaintiffs***