# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| This Document Relates To:<br>*LEE V. Janssen Research & Development, LLC, et al* Civil Action No. 2:15-CV-04779 | |

## EX PARTE MOTION TO WITHDRAW, RESCIND AND VACATE PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff respectfully moves the Court for its Order to withdraw, rescind and vacate Plaintiff's Stipulation of Dismissal with Prejudice that was submitted and filed on August 29, 2019, Doc. No.: 15267.

The submission and filing of Plaintiff's Stipulation of Dismissal with Prejudice was in error and was done prematurely. Plaintiff's counsel mistakenly believed that a file-stamped copy of the Plaintiff's Stipulation of Dismissal with Prejudice was to be submitted through MDL Centrality as a part of Plaintiff's enrollment in the Xarelto Settlement Program Protocol. The Stipulation of Dismissal with Prejudice was intended to be held by the Claims Administrator until either the Settlement is approved or in the event the settlement is denied, the dismissal will be returned to Plaintiff without prejudice to either side.

Defendants do not oppose this motion.

A proposed form of Order is submitted herewith.

**CUERIA LAW FIRM, LLC**
/s/ R. Brent Cueria
R. Brent Cueria LA. Bar #18176
700 Camp Street, Suite 316
New Orleans, LA 70130
Telephone No.: (504) 525-5211
Facsimile No.: (504) 525-3011
Email: ascuerialaw@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 9, 2019

                                        /s/ R. Brent Cueria
                                        R. Brent Cueria (LA Bar #18176)