UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| This Document Relates To:<br>*LEE V. Janssen Research & Development, LLC, et al* Civil Action No. 2:15-CV-04779 | |

**ORDER**

This matter comes before the Court on Plaintiff's Ex Parte Motion to Withdraw, Rescind and Vacate Plaintiff's Stipulation of Dismissal With Prejudice that was submitted and filed on August 29, 2019, R. Doc. 15267.  Accordingly;

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Stipulation of Dismissal With Prejudice is hereby withdrawn.

New Orleans, Louisiana this ____ day of _____, 2019.

_____
United States District Judge