# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *All Cases Listed on Attached Exhibit A* : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

Plaintiffs identified on Exhibit A have filed lawsuits regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation* and failed to comply with Case Management Order 12A as identified on Exhibit A by Plaintiffs' Steering Committee ("PSC") and Defendants pursuant to Case Management Order ("CMO") No. 12B.[1]

Pursuant to CMO No. 12B, Plaintiffs identified on Exhibit A are ordered to appear before this Court on September 25, 2019, at 8:30 a.m. to show cause as to why their cases should not be dismissed with prejudice for failure to comply with CMO No. 12A.

Plaintiffs' counsel is required to appear in person. Telephone attendance by counsel is not permitted. Plaintiffs (or their representatives) also are required to appear in person; provided, however, that: (i) a plaintiff spouse asserting only a loss of consortium claim is not required to attend if the plaintiff who was the Xarelto user appears in person, (ii) a plaintiff spouse may attend in place of the plaintiff who is the Xarelto user if the Xarelto user is unable to attend, and (iii) the

---

[1] Plaintiffs who are listed with an asterisk did not timely comply with CMO No. 12B but requested an extension of time to enroll until September 9, 2019, due to Hurricane Dorian. They will be removed from the list if compliance is confirmed by the parties.

Court will entertain a written application by the plaintiff(s) or their representative to be excused from personal attendance at the hearing if a motion is made by September 18, 2019, demonstrating with particularity for that particular plaintiff that for medical necessity or other compelling reason the specific plaintiff or representative is unable to attend in person; if the case is brought on behalf of both the plaintiff who is a Xarelto user and the spouse, the application must show good cause for both the Xarelto user and the spouse to be excused.

Attendance at the hearing will be excused, based on a contention that plaintiff timely complied with CMO No. 12A only if the PSC and Defendants stipulate that the plaintiff is in compliance.

Failure to show cause by appearing before this Court at 8:30 a.m. on September 25, 2019, in Courtroom C-468 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 10th day of September, 2019.

_Eldon E. Fallon_
United States District Judge