# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *All Cases Listed on Attached Exhibit A* : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER TO SHOW CAUSE REGARDING PLAINTIFFS OVER WHOSE CLAIMS THE COURT LACKS SUBJECT MATTER JURISDICTION

Plaintiffs identified on Exhibit A have filed lawsuits regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation.* Plaintiffs' Steering Committee ("PSC") and Defendants have identified the Plaintiffs on Exhibit A as plaintiffs over whose claims this Court lacks subject matter jurisdiction because there is no diversity of citizenship.

Plaintiffs identified on Exhibit A are ordered to appear before this Court on September 25, 2019, at 8:30 a.m. to show cause as to why their cases should not be dismissed without prejudice for lack of subject matter jurisdiction pursuant to Pretrial Order (PTO) No. 24.

Under Pretrial Order No. 11B, Plaintiffs' counsel will be responsible for payment of any unpaid filing fees even if the action is dismissed.

Failure to show cause by appearing before this Court at 8:30 a.m. on September 25, 2019, in Courtroom C-468 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case.

New Orleans, Louisiana, on this 10th day of September, 2019.

_____
United States District Judge