# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARLTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGAITON | ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | ) | MAGISTRATE JUDGE NORTH |

| Cornelius Goodwin<br>**Case No.: 2:14-cv-01877** | Loria Powell et al.<br>**Case No.: 2:15-cv-02427** | Jerry Detwiler<br>**Case No.: 2:15-cv-06433** |
|---|---|---|
| Ted Barber<br>**Case No.: 2:15-cv-06432** | Browne Altman<br>**Case No.: 2:15-cv-05535** | Louis Stern<br>**Case No.: 2:15-cv-06436** |
| Tammy Hamm<br>**Case No.: 2:15-cv-06434** | Carol Steinat<br>**Case No.: 2:15-cv-06435** | Frank Keppeler<br>**Case No.: 2:16-cv-10069** |
| Danial Allen et al<br>**Case No.: 2:16-cv-06529** | John Dupree<br>**Case No.: 2:16-cv-12266** | |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's to order withdrawal of the documents set forth below. Counsel's office unfortunately made a clerical error, filing file-stamped copies of the plaintiffs' stipulations for dismissal which were required to submitted with the Enrollment Package for the Xarelto Settlement Program in the Court's docket. Opposing counsel was contacted, and once informed of the clerical mistake, does not oppose this motion. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

| Docket No. **15236** | *filed August 29, 2019 by David Vicknair* | Cornelius Goodwin Case No.: 2:14-cv-01877 |
|---|---|---|
| Docket No. **15237** | *filed August 29, 2019 by David Vicknair* | Loria Powell et al. Case No.: 2:15-cv-02427 |
| Docket No. **15129** | *filed August 22, 2019 by David Vicknair* | Jerry Detwiler Case No.: 2:15-cv-06433 |
| Docket No. **15128** | *filed August 22, 2019 by David Vicknair* | Ted Barber Case No.: 2:15-cv-06432 |
| Docket No. **15127** | *filed August 22, 2019 by David Vicknair* | Browne Altman Case No.: 2:15-cv-05535 |
| Docket No. **15130** | *filed August 22, 2019 by David Vicknair* | Louis Stern Case No.: 2:15-cv-06436 |
| Docket No. **15238** | *filed August 29, 2019 by David Vicknair* | Tammy Hamm Case No.: 2:15-cv-06434 |
| Docket No. **15240** | *filed August 29, 2019 by David Vicknair* | Carol Steinat Case No.: 2:15-cv-06435 |
| Docket No. **15241** | *filed August 29, 2019 by David Vicknair* | Frank Keppeler Case No.: 2:16-cv-10069 |
| Docket No. **15243** | *filed August 29, 2019 by David Vicknair* | Danial Allen et al Case No.: 2:16-cv-06529 |
| Docket No. **15244** | *filed August 29, 2019 by David Vicknair* | John Dupree Case No.: 2:16-cv-12266 |

WHEREFORE, Plaintiffs request an issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: September 10, 2019                /s/ David P. Vicknair_____
                                         **SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
                                         David Vicknair
                                         909 Poydras St., Ste. 1100
                                         New Orleans, LA 70112
                                         Telephone: (504) 684-5200
                                         Facsimile: (504) 613-6351
                                         david@svhclaw.com
                                         *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on <u>September 10, 2019</u>, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                           /s/ *David Vicknair*
                                                                          David P. Vicknair