UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARLTO (RIVAROXABAN) ) <br> PRODUCTS LIABILTY LITIGAITON ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

| Cornelius Goodwin <br> **Case No.: 2:14-cv-01877** | Loria Powell et al. <br> **Case No.: 2:15-cv-02427** | Jerry Detwiler <br> **Case No.: 2:15-cv-06433** |
|---|---|---|
| Ted Barber <br> **Case No.: 2:15-cv-06432** | Browne Altman <br> **Case No.: 2:15-cv-05535** | Louis Stern <br> **Case No.: 2:15-cv-06436** |
| Tammy Hamm <br> **Case No.: 2:15-cv-06434** | Carol Steinat <br> **Case No.: 2:15-cv-06435** | Frank Keppeler <br> **Case No.: 2:16-cv-10069** |
| Danial Allen et al <br> **Case No.: 2:16-cv-06529** | John Dupree <br> **Case No.: 2:16-cv-12266** | |

## **ORDER**

These matters come before the Court on the plaintiffs' Ex-Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket:

| Docket No. **15236** | *filed August 29, 2019 by David Vicknair* | Cornelius Goodwin <br> Case No.: 2:14-cv-01877 |
|---|---|---|
| Docket No. **15237** | *filed August 29, 2019 by David Vicknair* | Loria Powell et al. <br> Case No.: 2:15-cv-02427 |
| Docket No. **15129** | *filed August 22, 2019 by David Vicknair* | Jerry Detwiler <br> Case No.: 2:15-cv-06433 |
| Docket No. **15128** | *filed August 22, 2019 by David Vicknair* | Ted Barber <br> Case No.: 2:15-cv-06432 |
| Docket No. **15127** | *filed August 22, 2019 by David Vicknair* | Browne Altman <br> Case No.: 2:15-cv-05535 |
| Docket No. **15130** | *filed August 22, 2019 by David Vicknair* | Louis Stern <br> Case No.: 2:15-cv-06436 |
| Docket No. **15238** | *filed August 29, 2019 by David Vicknair* | Tammy Hamm <br> Case No.: 2:15-cv-06434 |

| Docket No. **15240** | *filed August 29, 2019 by David Vicknair* | Carol Steinat Case No.: 2:15-cv-06435 |
|---|---|---|
| Docket No. **15241** | *filed August 29, 2019 by David Vicknair* | Frank Keppeler Case No.: 2:16-cv-10069 |
| Docket No. **15243** | *filed August 29, 2019 by David Vicknair* | Danial Allen et al Case No.: 2:16-cv-06529 |
| Docket No. **15244** | *filed August 29, 2019 by David Vicknair* | John Dupree Case No.: 2:16-cv-12266 |

WHEREFORE, this Court hereby Orders withdrawal of the documents identified above from the Court's docket.

Dated: _____, 2019        _____
                                                                      Eldon E. Fallon
                                                                      United States District Judge