UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALBERT CASALMAN<br>Civil Action No. 2:17-cv-00882 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**DUGAN LAW FIRM, PLC**

By: /s/Douglas R. Plymale

    Douglas R. Plymale
    James R. Dugan
    One Canal Place
    365 Canal Street, Suite 1000
    New Orleans, LA 70130
    Telephone: (504) 648-0180
    dplymale@dugan-lawfirm.com
    jdugan@dugan-lawfirm.com

    Attorney for Plaintiff
    Dated: September 6, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Janssen Research &
    Development, LLC, Janssen Ortho LLC, and
    Johnson & Johnson
    Dated: September 6, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street

       New York, New York 10019-9710
       Telephone: (212) 836-8000
       Facsimile: (212) 836-8689
       William Hoffman
       601 Massachusetts Ave., NW
       Washington, D.C. 20001
       Telephone: (202) 942-5000
       Facsimile: (202) 942-5999
       andrew.solow@arnoldporter.com
       william.hoffman@arnoldporter.com

       Attorneys for Defendants Bayer HealthCare
       Pharmaceuticals Inc., and Bayer Pharma AG
       Dated: September 6, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: September 6, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 10, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         /s/Kim E. Moore