# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| HELEN L. ROLLO, <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br> Defendants. | SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> COMPLAINT AND JURY DEMAND <br><br> CIVIL ACTION NO.: **2:16-cv-13082** <br><br><br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-referenced case be dismissed with prejudice, each party to bear its own fees and costs.

**MOTLEY RICE LLC**

By: /s/ Carmen S. Scott
　　Carmen S. Scott
　　28 Bridgeside Boulevard
　　Mt. Pleasant, SC 29464
　　Phone: 843-216-9000
　　cscott@motleyrice.com

　　Attorneys for Plaintiff
　　Dated: September 11, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
　　Susan M. Sharko
　　600 Campus Drive
　　Florham Park, NJ 07932
　　Phone: (973) 549-7000
　　Susan.sharko@dbr.com

　　Attorneys for Defendants Janssen
　　Pharmaceuticals, Inc., Janssen Research
　　& Development, LLC, Janssen Ortho
　　LLC, and Johnson & Johnson
　　Dated: September 11, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
　　Andrew K. Solow
　　250 West 55th Street
　　New York, NY 10019-9710
　　Phone: (212) 836-8000
　　William Hoffman
　　601 Massachusetts Ave., NW
　　Washington, DC 20001
　　Phone: (202) 942-5000
　　Andrew.solow@arnoldporter.com
　　William.hoffman@arnoldporter.com

　　Attorneys for Defendants Bayer HealthCare
　　Pharmaceutical Inc., and Bayer Pharma AG
　　Dated: September 11, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
　　Kim E. Moore
　　400 Poydras St., Suite 2700
　　New Orleans, LA 70130
　　Phone: (504) 310-2100
　　kmoore@irwinllc.com

　　Liaison Counsel for Defendants
　　Dated: September 11, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on September 11, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carmen S. Scott