EXHIBIT D-1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> Patrick Payne <br> Civil Action No. 2:19-cv-06925 | **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

McDonald Worley Attorneys At Law

By: /s/ William H. Barfield
William H. Barfield
Mcdonald Worley, P.C.
1770 Saint James Place,
Suite 100
Houston, Texas 77056
(713) 523-5500
bill@mcdonaldworley.com

Attorneys for Plaintiffs

Dated: September 11, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorneys for Defendants Janssen
   Pharmaceuticals, Inc., Johnson & Johnson,
   Janssen Research & Development, LLC, and
   Janssen Ortho LLC

   Dated: September 11, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   andrew.solow@arnoldporter.com
   william.hoffman@arnoldporter.com

   Attorneys for Defendants Bayer HealthCare
   Pharmaceuticals Inc., and Bayer Pharma AG

   Dated: September 11, 2019

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
   Kim E. Moore
   400 Poydras St., Ste, 2700
   New Orleans, LA 70130
   Telephone: (504) 310-2100
   kmoore@irwinllc.com

   Liaison Counsel for Defendants

   Dated: September 11, 2019

EXHIBIT D-1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 11, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ *William H. Barfield*