# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Connie Lavonne Batey v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-15367*

## MOTION FOR SUBSTITUTION OF PARTY

Plaintiff, Connie Lavonne Batey, through undersigned counsel, moves for substitution of party in this case pursuant to Federal Rule of Civil Procedure 25(a)(1).

Plaintiff, Connie Lavonne Batey, filed products liability lawsuit against defendants on October 7, 2016. Plaintiff, Connie Lavonne Batey, died on May 28, 2019. Plaintiff filed a Notice and Suggestion of Death on September 12, 2019, a copy of which is attached hereto as Exhibit A.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Connie Lavonne Batey's product liability action against defendants survived her death and was not extinguished. Tabitha Barger, surviving daughter, is a proper party to substitute for plaintiff-decedent Tabitha Barger and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1).

WHEREFORE, counsel for Plaintiff respectfully requests that this court grant this Motion to Substitute Party.

Dated: September 12, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ **James C. Ferrell**
　　　　　　　　　　　　　　　　　　　　　James C. Ferrell
　　　　　　　　　　　　　　　　　　　　　Texas Bar No.: 00785857
　　　　　　　　　　　　　　　　　　　　　James C. Ferrell, P.C.
　　　　　　　　　　　　　　　　　　　　　6226 Washington Ave., Ste. 200
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77007
　　　　　　　　　　　　　　　　　　　　　(713) 337-3855
　　　　　　　　　　　　　　　　　　　　　(713) 337-3856 Facsimile
　　　　　　　　　　　　　　　　　　　　　jferrell@jamesferrell-law.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ **James C. Ferrell**
　　　　　　　　　　　　　　　　　　　　　James C. Ferrell
　　　　　　　　　　　　　　　　　　　　　James C. Ferrell, P.C.
　　　　　　　　　　　　　　　　　　　　　6226 Washington Ave., Ste. 200
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77007
　　　　　　　　　　　　　　　　　　　　　(713) 337-3855
　　　　　　　　　　　　　　　　　　　　　(713) 337-3856 Facsimile
　　　　　　　　　　　　　　　　　　　　　jferrell@jamesferrell-law.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*