UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
|---|---|

**THIS DOCUMENT RELATES TO:**

*Connie Lavonne Batey v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-15367*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED THAT** that Plaintiff Tabitha Barger, surviving daughter of Connie Lavonne Batey, is substituted for Plaintiff Connie Lavonne Batey, as the proper party plaintiff in the above captioned case.

This _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge