IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Gallegos v. Janssen Research & Development, LLC, et al.* Civil Action No. 16-cv-16139 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Jose Gallegos, now deceased, moves this Honorable Court for an order to substitute Alicia Gallegos on behalf of her deceased husband, Jose Gallegos, in the above captioned matter and in support thereof, states the following.

1,  Jose Gallegos filed a Xarelto product liability case against the Defendants on August 5, 2016.

2.  On December 7, 2016, Jose Gallegos died.  Counsel for Mr. Gallegos recently learned of his passing.

3.  Jose Gallegos's product liability action against Defendants survived his death and was not extinguished.

4.  The Decedent's wife, Alicia Gallegos, is the Proper Plaintiff and wishes to be substituted on behalf of Jose Gallegos in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Alicia Gallegos as the Plaintiff in this action.

Dated: September 12, 2019 /s/ *Joanne E. Matusko*
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: jmatusko@nastlaw.com

*Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  <u>September 12, 2019</u>            <u>/s/ Joanne E. Matusko</u>