IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Gallegos v. Janssen Research & Development, LLC, et al.* Civil Action No. 16-cv-16139 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Alicia Gallegos, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Alicia Gallegos, surviving wife of Jose Gallegos, is substituted for Plaintiff Jose Gallegos as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____ 2019.

_____
UNITED STATES DISTRICT COURT JUDGE