IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) |
| THIS DOCUMENT RELATES TO: <br> *Engler v. Janssen Research & Development, LLC, et al.* <br> Civil Action No. 16-cv-13965 | ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

## SUGGESTION OF DEATH

Per Federal Rule of Civil Procedure 25(a)(1), Joy Engler, wife of Plaintiff Hugh Engler, suggests upon the record that Hugh Engler died on May 9, 2019. Mr. Engler died during the pendency of this action. Joy Engler will file the appropriate pleadings to appear as the substituted Plaintiff in this matter.

Dated: September 12, 2019

/s/ *Joanne E. Matusko*
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: jmatusko@nastlaw.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: September 12, 2019      */s/ Joanne E. Matusko*
Joanne E. Matusko