IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Engler v. Janssen Research & Development, LLC, et al.* Civil Action No. 16-cv-13965 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Hugh Engler, now deceased, moves this Honorable Court for an order to substitute Joy Engler, on behalf of her deceased spouse, Hugh Engler, in the above captioned matter and in support thereof, states the following.

1, Hugh Engler filed a Xarelto product liability case against the Defendants on July 28, 2016.

2. On May 9, 2019, Hugh Engler died. Counsel for Mr. Engler recently learned of his passing.

3. Hugh Engler's product liability action against Defendants survived his death and was not extinguished.

4. The Decedent's wife, Joy Engler, is the Proper Plaintiff and wishes to be substituted on behalf of Hugh Engler in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Joy Engler as the Plaintiff in this action.


Dated: <u>September 12, 2019</u>     /s/ *Joanne E. Matusko*
                                                     NASTLAW LLC
                                                     1101 Market Street, Suite 2801
                                                     Philadelphia, Pennsylvania 19107
                                                     Telephone: (215) 923-9300
                                                     Facsimile: (215) 923-9302
                                                     Email: jmatusko@nastlaw.com

                                                     *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: September 12, 2019          */s/ Joanne E. Matusko*
                                                                    Joanne E. Matusko