IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Kimble, et al. v. Janssen Research & Development, LLC, et al.* Civil Action No. 17-cv-01238 | | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiffs in the above captioned matter.

Date: September 12, 2019

Respectfully Submitted:

*/s/ Joanne E. Matusko*
Pennsylvania Bar No. 91059
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: jmatusko@nastlaw.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: September 12, 2019            */s/ Joanne E. Matusko*
                                                                            Joanne E. Matusko