IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592 SECTION: L |
| THIS DOCUMENT RELATES TO: *Kimble, et al. v. Janssen Research & Development, LLC, et al.* Civil Action No. 17-cv-01238 | ) ) ) ) ) ) ) | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

<u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

Joanne E. Matusko, Counsel for John A. Kimble, Sr., now deceased, moves this Honorable Court for an order to substitute Gloria J. Kimble on behalf of her deceased husband John A. Kimble, Sr., in the above captioned matter and in support thereof, states the following.

1.      John A. Kimble, Sr., filed a Xarelto product liability case against the Defendants on November 29, 2016.

2.      On May 1, 2019, John A. Kimble, Sr., died.  Counsel for Mr. Kimble recently learned of his passing.

3.      John A. Kimble, Sr.'s product liability action against Defendants survived his death and was not extinguished.

4.      The Decedent's wife, Gloria J. Kimble, is the Proper Plaintiff and wishes to be substituted on behalf of John A. Kimble, Sr., in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Gloria J. Kimble as the Plaintiff in this action.

Dated: <u>September 12, 2019</u>          <u>/s/ *Joanne E. Matusko*</u>
                                        NASTLAW LLC
                                        1101 Market Street, Suite 2801
                                        Philadelphia, Pennsylvania 19107
                                        Telephone: (215) 923-9300
                                        Facsimile: (215) 923-9302
                                        Email: jmatusko@nastlaw.com

                                        *Attorney for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  <u>September 12, 2019</u>          *<u>/s/ Joanne E. Matusko</u>*
                                        Joanne E. Matusko