IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )  ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Kimble, et al. v. Janssen Research & Development, LLC, et al*. Civil Action No. 17-cv-01238 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

NOTICE OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Joanne E. Matusko, counsel for Plaintiff Gloria J. Kimble, and files this Notice of Motion to Substitute Party Plaintiff in the above listed case.

Dated: September 12, 2019     /s/ *Joanne E. Matusko*
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: jmatusko@nastlaw.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: September 12, 2019

/s/ *Joanne E. Matusko*
Joanne E. Matusko