IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Siegel v. Janssen Research & Development, LLC, et al.* Civil Action No. 15-cv-00926 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Robert N. Siegel, now deceased, moves this Honorable Court for an order to substitute Karen Grotte, successor trustee of the Siegel 2004 Trust, on behalf of the decedent, Robert N. Siegel, in the above captioned matter and in support thereof, states the following.

1, Robert N. Siegel filed a Xarelto product liability case against the Defendants on January 23, 2015.

2. On March 11, 2016, Robert N. Siegel died. Counsel for Mr. Siegel recently learned of his passing.

3. Robert N. Siegel's product liability action against Defendants survived his death and was not extinguished.

4. The Decedent's successor trustee, Karen Grotte, is the Proper Plaintiff and wishes to be substituted on behalf of Robert N. Siegel in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Karen Grotte as the Plaintiff in this action.


Dated:  September 12, 2019			/s/ *Joanne E. Matusko*
						NASTLAW LLC
						1101 Market Street, Suite 2801
						Philadelphia, Pennsylvania 19107
						Telephone: (215) 923-9300
						Facsimile: (215) 923-9302
						Email:  jmatusko@nastlaw.com

						*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: September 12, 2019              */s/ Joanne E. Matusko*
                                                  Joanne E. Matusko