UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) )<br>PRODUCTS LIABILITY LITIGATION )<br>)<br>MARGARET BECKSTINE, Individually )<br>and as Personal Representative of the )<br>Estate of FAY BECKSTINE )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JANSEN RESEARCH & DEVELOPMENT, )<br>LLC., ET AL, )<br>    Defendants. ) | MDL No. 2592<br>Case No. 2:16-cv-16470<br><br>Judge Eldon E. Fallon. |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 9.13 of the United States District Court for the Eastern District of Louisiana, Plaintiff Margaret Beckstine, Individually and as Personal Representative of the Estate of Fay Beckstine's Counsel respectfully request that this Court grant Sofia E. Bruera of Bruera Law Firm, PLLC a leave to withdraw their appearance as the attorneys of record in this matter. In support of this motion, Plaintiff's Counsel state as follows:

1. Undersigned has attempted to reach Plaintiff's next of kin and executor of the estate, Margaret Beckstine, for several months. Plaintiff hired a private investigator who confirmed Plaintiff's last known address.

2. Plaintiff's last known address is 7266 W. Market St Lot 164, Mercer, PA 16137.

3. A Show Cause hearing is scheduled for September 25 and undersigned has made Plaintiff aware of this hearing.

WHEREFORE, Plaintiff Counsel respectfully request that the Court grant Sofia E. Bruera leave to withdraw as the attorney of record in this action. Plaintiff Margaret Beckstine, Individually and as

Personal Representative of the Estate of Fay Beckstine will be unrepresented until new counsel is retained.

DATED: September 12, 2019

Respectfully submitted,

**BRUERA LAW FIRM, PLLC**

/s/ Sofia E. Bruera
_____
SOFIA E. BRUERA
State Bar No. 24062189
3100 Timmons Lane Suite 310
Houston, Texas 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@brueralaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed via this Court's CM/ECF, which will send notice of such filing to all necessary parties of record.

DATED: September 12, 2019

/s/ Sofia Bruera
Sofia Bruera