UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> CLARA ANN DORSEY, Individually and ) <br> as Personal Representative of the Estate of ) <br> NANDRA DORSEY ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANSEN RESEARCH & DEVELOPMENT, ) <br> LLC., ET AL, ) <br>     Defendants. ) | MDL No. 2592 <br> Case No. 2:18-cv-01434 <br><br> Judge Eldon E. Fallon. |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 9.13 of the United States District Court for the Eastern District of Louisiana, Plaintiff Clara Dorsey, Individually and as Personal Representative of the Estate of Nandra Dorsey's Counsel respectfully request that this Court grant Sofia E. Bruera of Bruera Law Firm, PLLC a leave to withdraw their appearance as the attorneys of record in this matter. In support of this motion, Plaintiff's Counsel state as follows:

1. Undersigned has attempted to reach Plaintiff's next of kin and executor of the estate, Clara Ann Dorsey, for several months.

2. Plaintiff's last known address is 7342 Proxie Dr, Baton Rouge, LA 70817.

3. A Show Cause hearing is scheduled for September 25 and undersigned has made Plaintiff aware of this hearing.

WHEREFORE, Plaintiff Counsel respectfully request that the Court grant Sofia E. Bruera leave to withdraw as the attorney of record in this action. Plaintiff Clara Dorsey, Individually and as Personal Representative of the Estate of Nandra Dorsey will be unrepresented until new counsel is retained.

DATED: September 12, 2019

                      Respectfully submitted,

                      **BRUERA LAW FIRM, PLLC**

                      */s/ Sofia E. Bruera*
                      _____
                      SOFIA E. BRUERA
                      State Bar No. 24062189
                      3100 Timmons Lane Suite 310
                      Houston, Texas 77027
                      Telephone: (832) 430-4000
                      Facsimile: (832) 558-3523
                      E-mail: sofia@brueralaw.com

                      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2019, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed via this Court's CM/ECF, which will send notice of such filing to all necessary parties of record.

DATED: September 12, 2019

                      */s/ Sofia Bruera*
                      Sofia Bruera