UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> CLARA ANN DORSEY, Individually and ) <br> as Personal Representative of the Estate of ) <br> NANDRA DORSEY ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANSEN RESEARCH & DEVELOPMENT, ) <br> LLC., ET AL, ) <br>     Defendants. ) | MDL No. 2592 <br> Case No. 2:18-cv-01434 <br><br> Judge Eldon E. Fallon. |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Sofia E. Bruera of Bruera Law Firm, PLLC is withdrawn as the Plaintiffs' attorney of record.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United State District Court Judge