IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *Barbier v. Janssen Research & Development, LLC, et al.* ) ) Civil Action No. 16-cv-00486 ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Carolyn Barbier, moves this Honorable Court for an order to substitute Tammy Bonin as attorney-in-fact for Ms. Barbier in the above captioned matter and in support thereof, states the following.

1,  Ms. Carolyn Barbier filed a Xarelto product liability case against the Defendants on December 22, 2015.

2.  On July 20, 2019, Ms. Carolyn Barbier executed a notarized Durable General Power of Attorney appointing Ms. Tammy Bonin as her attorney-in-fact for, among other powers, legal proceedings.

3.  Carolyn Barbier's product liability action against Defendants is currently pending before this Court.

4.  Ms. Carolyn Barbier's agent, Ms. Tammy Bonin as attorney-in-fact for Carolyn Barbier, is the Proper Plaintiff, and Ms. Barbier wishes Ms. Tammy Bonin as attorney-in-fact for Carolyn Barbier to be substituted on her behalf in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Tammy Bonin as attorney-in-fact for Carolyn Barbier as the Plaintiff in this action.

Dated: <u>September 12, 2019</u>      <u>/s/ *Joanne E. Matusko*</u>
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: jmatusko@nastlaw.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  September 12, 2019                    */s/ Joanne E. Matusko*
                                                           Joanne E. Matusko