IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Barbier v. Janssen Research & Development, LLC, et al.* Civil Action No. 16-cv-00486 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Tammy Bonin as attorney-in-fact for Carolyn Barbier, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Tammy Bonin as attorney-in-fact for Carolyn Barbier is substituted for Plaintiff Carolyn Barbier as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____ 2019.

_____
UNITED STATES DISTRICT COURT JUDGE