MINUTE ENTRY
FALLON, J.
SEPTEMBER 12, 2019

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 16-12242, 15-3396 & 15-5494 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Drake

Appearances:  Leonard Davis, Esq., on behalf of Plaintiffs
              Chanda Miller, Esq., on behalf of Defendants

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and Mr. Davis appeared on behalf of Plaintiffs' Liaison Counsel.  (Rec. Doc. No. 15344)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:     :03