**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)        )
PRODUCTS LIABILITY LITIGATION     )     MDL No. 2592
                                          )
_____  )     SECTION L
                                          )
THIS DOCUMENT RELATES TO:        )     JUDGE ELDON E. FALLON
GERALDINE EAFORD, Individually and   )
As Surviving Spouse of Willie Eaford,    )     MAGISTRATE JUDGE NORTH
Deceased                               )
Civil Action File No. 2:17-cv-08088     )

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15246;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the

docket:

*Doc. No. 14515, filed August 1, 2019, Geraldine Eaford, Individually and as Surviving Spouse*

*of Willie Eaford, Deceased, Case No. 2:17-cv-08088*

New Orleans, Louisiana, this 4th day of September, 2019.

_____
Eldon E. Fallon
United State District Judge