**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO.2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE FALLON | |
| ) | MAG. JUDGE NORTH | |

_____

**THIS DOCUMENT RELATES TO:**

*Gonzales v. Janssen Research & Development, LLC et al.*
**Civil Action No.: 2:18-cv-4386**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that Plaintiff, Debbie Gonzales, hereby dismisses all claims with prejudice against all Defendants in the above referenced action, Civil Action No.: 2:18-cv-4386, only. Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| **CANEPA RIEDY ABELE** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Bryan T. Abele<br>Bryan T. Abele<br>851 South Rampart Blvd., Suite 160<br>Las Vegas, Nevada 89145<br>Tel: (702) 304-2335<br>babele@canepariedy.com | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com |
| Attorneys for Plaintiff Debbie Gonzales<br>Dated: September 16, 2019 | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: September 16, 2019 |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | By: /s/ Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Tel: (212) 836-8000<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Tel: (202) 942-5000<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com |
| | Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: September 16, 2019 |

IRWIN FRITCHIE URQUHART &
MOORE LLC


By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Tel: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 16, 2019