UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBERT MARR<br>Civil Action No. 2:18-cv-00693 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**DEFENDANT'S JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

NOW INTO COURT comes Defendant, Janssen Research & Development, LLC, who files this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Defendant requests that Claudia V. Garcia and Rodney M. Hudson of Drinker Biddle & Reath LLP be withdrawn as counsel of record for Defendant Janssen Ortho LLC in this matter.

The Defendant further requests the substitution of Susan M. Sharko of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Claudia V. Garcia and Rodney M. Hudson of Drinker Biddle & Reath LLP.

Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC have conferred with Claudia V. Garcia and Rodney M. Hudson of Drinker Biddle & Reath LLP, and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Defendant respectfully requests that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC be substituted

as counsel for Claudia V. Garcia and Rodney M. Hudson of Drinker Biddle & Reath LLP as counsel of record in this matter.

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendant Janssen Research & Development, LLC
Dated: September 11, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 11, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Rodney M. Hudson
Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
rodney.hudson@dbr.com

Dated: September 11, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Claudia V. Garcia
Rodney M. Hudson

Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
claudia.garcia@dbr.com

Dated: September 11, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 13, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/Kim E. Moore