UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cases Listed in Exhibit A | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

NOW INTO COURT comes Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson (incorrectly named in the Complaints as Johnson & Johnson Company), who file this Joint Motion for Withdrawal and Substitution of Counsel for the cases listed in Exhibit A, and respectfully represents to this Court as follows:

The Defendants request that David Covey be withdrawn as counsel of record for Defendants in these cases.

The Defendants further request the substitution of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Mr. Covey.

Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC have conferred with Mr. Covey and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Defendants respectfully request that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel of record in this matter.

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
  Susan M. Sharko
  600 Campus Dr.
  Florham Park, NJ 07932
  Telephone: (973) 549-7000
  susan.sharko@dbr.com

  Attorneys for Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson Company
  Dated: September 12, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
  Kim E. Moore
  400 Poydras St., Ste, 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  kmoore@irwinllc.com

  Liaison Counsel for Defendants
  Dated: September 12, 2019


**COVEY LAW**

By: /s/ David M. Covey
  David M. Covey
  47 Plaza St.
  Brooklyn, NY 11217
  dcovey@dcoveylaw.com

  Dated: September 12, 2019

## **EXHIBIT A**

|   | **Plaintiff Name** | **Docket Number** |
|---|---|---|
| 1 | JANE ANDERSON and DALE ANDERSON | 2:16-cv-17258 |
| 2 | MIRNA APONTE, on behalf of the Estate of GLADYS APONTE, deceased and MIRNA APONTE, individually | 2:16-cv-10099 |
| 3 | DAVID AYERS | 2:17-cv-09409 |
| 4 | LINDA BAILE | 2:17-cv-09942 |
| 5 | LEONARD BALEWSKI and CAROL BALEWSKI | 2:16-cv-13854 |
| 6 | RUSSELL BREWER and PEGGY ANN BREWER | 2:17-cv-02358 |
| 7 | LORRAINE BURCH, as Proposed Administrator of the Estate of JAMES BURCH, and LORRAINE BURCH, individually | 2:16-cv-13853 |
| 8 | LINDA CHAFFEE | 2:17-cv-05615 |
| 9 | JOHN COMPITELLO, as Administrator of the Estate of STELLA COMPITELLO, deceased, and JOHN COMPITELLO, individually | 2:16-cv-15487 |
| 10 | TIMOTHY COONLY, as Executor of the Estate of GERALDINE COONLY, deceased, and TIMONY COONLY, individually | 2:17-cv-01096 |
| 11 | ELIZABETH CRUZ | 2:18-cv-08670 |
| 12 | PATRICIA FYE and JAMIE FYE | 2:17-cv-17907 |
| 13 | JAMES HALL and DIANE HALL | 2:16-cv-15488 |
| 14 | LYLE LOOMIS and KATHLEEN LOOMIS | 2:16-cv-17257 |
| 15 | EDDIE MARTINEZ and MARYLINE MARTINEZ | 2:17-cv-17908 |
| 16 | THERESA MASELLI and JOSEPH MASELLI | 2:17-cv-06802 |
| 17 | ANTHONY MILLAN | 2:18-cv-01858 |
| 18 | CATHERINE MARISOLA and ALFONSO MARISOLA | 2:17-cv-02359 |
| 19 | LOUIS MONTANEZ | 2:17-cv-17909 |
| 20 | RITA NNADI and SYLVESTER NNADI | 2:17-cv-01098 |
| 21 | LESLIE OAKLEY | 2:17-cv-09412 |
| 22 | CATHERINE PORTER | 2:17-cv-12515 |
| 23 | RICHARD PROSSER, as Personal Representative of the Estate of STEPHEN PROSSER, and RICHARD PROSSER | 2:17-cv-01097 |
| 24 | PETER RAZIS and MARGARET RAZIS | 2:17-cv-12516 |

|    | Plaintiff Name | Docket Number |
|----|----------------|---------------|
| 25 | ELBA REYES, as Administrator of the Estate of LUIS REYES, and ELBA REYES, individually | 2:16-cv-17260 |
| 26 | JOSEPH ROMAN and ROSA ROMAN | 2:17-cv-09413 |
| 27 | ANDREW SILVESTRI | 2:17-cv-17910 |
| 28 | MELODY SIMPSON on behalf of RODNEY SIMPSON | 2:17-cv-08263 |
| 29 | MICHAEL TERRITO, on behalf of the Estate of JOSEPH TERRITO, deceased, and MICHAEL TERRITO, individually | 2:17-cv-08262 |
| 30 | LARRY TICKLE, as Administrator of the Estate of JANET DOBROSKI TICKLE, and LARRY TICKLE, individually | 2:16-cv-17259 |
| 31 | JOHN TOOMEY and BONNIE TOOMEY | 2:17-cv-08264 |
| 32 | JOAN VALENTINE and CARL VALENTINE | 2:18-cv-04705 |
| 33 | THOMAS WALSH and CINDY WALSH | 2:17-cv-09416 |
| 34 | CAROLE WARD and ALFRED WARD | 2:17-cv-08265 |
| 35 | NYDEAN ZBYTNIEWSKI | 2:17-cv-05624 |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 13, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                      /s/Kim E. Moore