# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cases Listed in Exhibit A | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel;

**IT IS HEREBY ORDERED** that Mr. Covey is withdrawn as Defendants' counsel of record for the cases listed in Exhibit A.

**IT IS FURTHER ORDERED** that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC is substituted as Defendants' counsel of record for the cases listed in Exhibit A.

THUS DONE AND SIGNED on this ____ day of _____, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**

|   | Plaintiff Name | Docket Number |
|---|---|---|
| 1 | JANE ANDERSON and DALE ANDERSON | 2:16-cv-17258 |
| 2 | MIRNA APONTE, on behalf of the Estate of GLADYS APONTE, deceased and MIRNA APONTE, individually | 2:16-cv-10099 |
| 3 | DAVID AYERS | 2:17-cv-09409 |
| 4 | LINDA BAILE | 2:17-cv-09942 |
| 5 | LEONARD BALEWSKI and CAROL BALEWSKI | 2:16-cv-13854 |
| 6 | RUSSELL BREWER and PEGGY ANN BREWER | 2:17-cv-02358 |
| 7 | LORRAINE BURCH, as Proposed Administrator of the Estate of JAMES BURCH, and LORRAINE BURCH, individually | 2:16-cv-13853 |
| 8 | LINDA CHAFFEE | 2:17-cv-05615 |
| 9 | JOHN COMPITELLO, as Administrator of the Estate of STELLA COMPITELLO, deceased, and JOHN COMPITELLO, individually | 2:16-cv-15487 |
| 10 | TIMOTHY COONLY, as Executor of the Estate of GERALDINE COONLY, deceased, and TIMONY COONLY, individually | 2:17-cv-01096 |
| 11 | ELIZABETH CRUZ | 2:18-cv-08670 |
| 12 | PATRICIA FYE and JAMIE FYE | 2:17-cv-17907 |
| 13 | JAMES HALL and DIANE HALL | 2:16-cv-15488 |
| 14 | LYLE LOOMIS and KATHLEEN LOOMIS | 2:16-cv-17257 |
| 15 | EDDIE MARTINEZ and MARYLINE MARTINEZ | 2:17-cv-17908 |
| 16 | THERESA MASELLI and JOSEPH MASELLI | 2:17-cv-06802 |
| 17 | ANTHONY MILLAN | 2:18-cv-01858 |
| 18 | CATHERINE MARISOLA and ALFONSO MARISOLA | 2:17-cv-02359 |
| 19 | LOUIS MONTANEZ | 2:17-cv-17909 |
| 20 | RITA NNADI and SYLVESTER NNADI | 2:17-cv-01098 |
| 21 | LESLIE OAKLEY | 2:17-cv-09412 |
| 22 | CATHERINE PORTER | 2:17-cv-12515 |
| 23 | RICHARD PROSSER, as Personal Representative of the Estate of STEPHEN PROSSER, and RICHARD PROSSER | 2:17-cv-01097 |
| 24 | PETER RAZIS and MARGARET RAZIS | 2:17-cv-12516 |

|    | **Plaintiff Name** | **Docket Number** |
|----|--------------------|-------------------|
| 25 | ELBA REYES, as Administrator of the Estate of LUIS REYES, and ELBA REYES, individually | 2:16-cv-17260 |
| 26 | JOSEPH ROMAN and ROSA ROMAN | 2:17-cv-09413 |
| 27 | ANDREW SILVESTRI | 2:17-cv-17910 |
| 28 | MELODY SIMPSON on behalf of RODNEY SIMPSON | 2:17-cv-08263 |
| 29 | MICHAEL TERRITO, on behalf of the Estate of JOSEPH TERRITO, deceased, and MICHAEL TERRITO, individually | 2:17-cv-08262 |
| 30 | LARRY TICKLE, as Administrator of the Estate of JANET DOBROSKI TICKLE, and LARRY TICKLE, individually | 2:16-cv-17259 |
| 31 | JOHN TOOMEY and BONNIE TOOMEY | 2:17-cv-08264 |
| 32 | JOAN VALENTINE and CARL VALENTINE | 2:18-cv-04705 |
| 33 | THOMAS WALSH and CINDY WALSH | 2:17-cv-09416 |
| 34 | CAROLE WARD and ALFRED WARD | 2:17-cv-08265 |
| 35 | NYDEAN ZBYTNIEWSKI | 2:17-cv-05624 |