# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>**BARBARA MOWRY**<br>Civil Action No. 2:15-cv-00131<br><br>**CAROL ANDERS**<br>Civil Action No. 2:16-cv-17927 | ) ) SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH |

## ORDER

Now pending before the Court is a Motion for Substitution and Withdrawal of Counsel in the above referenced cases. Upon consideration of said motion, it is hereby ORDERED that this motion is granted.

It is ordered that Rodney M. Hudson, Esquire of Drinker Biddle & Reath LLP is allowed to withdraw as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation in the above referenced cases and that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted in his place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation in place of Rodney M. Hudson in the matters referenced above.

New Orleans, Louisiana, on this ____ day of _____, 2019.

_____
United States District Judge