UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> BOBBIE SMETAK, Individually and ) <br> As Surviving Spouse of Vincent Smetak, ) <br> Deceased ) <br> Civil Action File No. 2:17-cv-08087 ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**PROPOSED ORDER**

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15248;

**IT IS HEREBY ORDERED** that the following document shall be withdrawn from the docket:

*Doc. No. 14516, filed August 1, 2019, Bobbie Smetak, Individually and as Surviving Spouse of Vincent Smetak, Deceased, Case No. 2:17-cv-08087*

New Orleans, Louisiana this   4th   day of   September  , 2019  .

_____
Eldon E. Fallon
United State District Judge