# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) SECTION L |
| **FILIPINA CASTRO** Civil Action No. 2:16-cv-17921 | ) |
| | ) JUDGE ELDON E. FALLON |
| **PAMELA JOAN HUNZICKER** Civil Action No. 2:16-cv-17923 | ) |
| | ) MAGISTRATE JUDGE NORTH |
| **ANGELA CANTALINI** Civil Action No. 2:16-cv-17924 | ) |
| **WILLIAM CHISHOLM** Civil Action No. 2:16-cv-17925 | ) |
| **GERALDINE BREAUD** Civil Action No. 2:17-cv-03502 | ) |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendant Bayer HealthCare Pharmaceuticals Inc. moves this Court for substitution of counsel asking that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted for Rodney M. Hudson, Esquire of Drinker Biddle & Reath LLP as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced cases.

Defendant Bayer HealthCare Pharmaceuticals Inc. moves this Court to withdraw Rodney M. Hudson as counsel in the above referenced cases.

WHEREFORE Defendant Bayer HealthCare Pharmaceuticals Inc. requests this Honorable Court to remove Rodney M. Hudson as counsel of record in these cases and Andrew Solow,

William Hoffman, and John F. Olinde be substituted as counsel for Defendant Bayer HealthCare

Pharmaceuticals Inc. in the above referenced cases.

**DRINKER BIDDLE & REATH LLP**
By: /s/ Rodney M. Hudson
   Rodney M. Hudson
   50 Fremont Street, 20th Floor
   San Francisco, CA 94105
   Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
   rodney.hudson@dbr.com


Dated: September 13, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   andrew.solow@arnoldporter.com
   william.hoffman@arnoldporter.com

   Attorneys for Defendant Bayer HealthCare
   Pharmaceuticals Inc.

   Dated: September 13, 2019


**CHAFFE MCCALL L.L.P.**
By: /s/ John F. Olinde
   John F. Olinde (LA Bar #1515)
   1100 Poydras Street
   Suite 2300
   New Orleans, LA 70163
   Telephone: (504) 585-7241
   Facsimile: (504) 544-6084
   olinde@chaffe.com

   Attorneys for Defendant Bayer HealthCare
   Pharmaceuticals Inc.

   Dated: September 13, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 13, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*