## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) SECTION L |
| FILIPINA CASTRO Civil Action No. 2:16-cv-17921 | ) ) ) JUDGE ELDON E. FALLON |
| PAMELA JOAN HUNZICKER Civil Action No. 2:16-cv-17923 | ) ) ) MAGISTRATE JUDGE NORTH |
| ANGELA CANTALINI Civil Action No. 2:16-cv-17924 | ) ) ) |
| WILLIAM CHISHOLM Civil Action No. 2:16-cv-17925 | ) ) ) |
| GERALDINE BREAUD Civil Action No. 2:17-cv-03502 | ) ) ) |

## **ORDER**

Now pending before the Court is a Motion for Substitution and Withdrawal of Counsel in the above referenced cases. Upon consideration of said motion, it is hereby ORDERED that this motion is granted.

It is ordered that Rodney M. Hudson, Esquire of Drinker Biddle & Reath LLP is allowed to withdraw as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced cases and that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted in his place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in place of Rodney M. Hudson in the matters referenced above.

New Orleans, Louisiana, on this _____ day of _____, 2019.

                                                                                                                                                          _____

                                                                                                                                                          United States District Judge