# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) SECTION L ) |
| **Jeanne Jeffcoat** <br> Civil Action No. 2:14-cv-02861 <br> **Shirley Boynton** <br> Civil Action No. 2:14-cv-02863 <br> **Carolyn Uselton** <br> Civil Action No. 2:14-cv-02864 <br> **Julia Green** <br> Civil Action No. 2:14-cv-02865 <br> **Patsy Skipworth** <br> Civil Action No. 2:14-cv-02999 <br> **Barbara Donahue** <br> Civil Action No. 2:15-cv-00338 <br> **Anthony Cabral** <br> Civil Action No. 2:15-cv-00339 <br> **Theodore Clabeaux** <br> Civil Action No. 2:15-cv-00340 <br> **Mirna Aponte** <br> Civil Action No. 2:16-cv-10099 <br> **Lorraine Burch** <br> Civil Action No. 2:16-cv-13853 <br> **Leonard Balewski** <br> Civil Action No. 2:16-cv-13854 <br> **John Compitello** <br> Civil Action No. 2:16-cv-15487 <br> **James Hall** <br> Civil Action No. 2:16-cv-15488 <br> **Lyle Loomis** <br> Civil Action No. 2:16-cv-17257 <br> **Jane Anderson** <br> Civil Action No. 2:16-cv-17258 <br> **Larry Tickle** <br> Civil Action No. 2:16-cv-17259 <br> **Elba Reyes** <br> Civil Action No. 2:16-cv-17260 <br> **Timothy Coonly** <br> Civil Action No. 2:17-cv-01096 <br> **Richard Prosser** <br> Civil Action No. 2:17-cv-01097 <br> **Rita Nnadi** <br> Civil Action No. 2:17-cv-01098 | ) **JUDGE ELDON E. FALLON** ) ) ) ) **MAGISTRATE JUDGE NORTH** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| **Russell Brewer** <br> Civil Action No. 2:17-cv-02358 <br> **Catherine Mirasola** <br> Civil Action No. 2:17-cv-02359 <br> **Thomas Weir** <br> Civil Action No. 2:17-cv-02886 <br> **Linda Chaffee** <br> Civil Action No. 2:17-cv-05615 <br> **Nydean Zbytniewski** <br> Civil Action No. 2:17-cv-05624 <br> **Theresa Maselli** <br> Civil Action No. 2:17-cv-06802 <br> **Michael Territo** <br> Civil Action No. 2:17-cv-08262 <br> **Melody Simpson** <br> Civil Action No. 2:17-cv-08263 <br> **John Toomey** <br> Civil Action No. 2:17-cv-08264 <br> **Carole Ward** <br> Civil Action No. 2:17-cv-08265 <br> **David Ayers** <br> Civil Action No. 2:17-cv-09409 <br> **Leslie Oakley** <br> Civil Action No. 2:17-cv-09412 <br> **Joseph Roman** <br> Civil Action No. 2:17-cv-09413 <br> **Thomas Walsh** <br> Civil Action No. 2:17-cv-09416 <br> **Linda Baile** <br> Civil Action No. 2:17-cv-09942 <br> **Catherine Porter** <br> Civil Action No. 2:17-cv-12515 <br> **Peter Razis** <br> Civil Action No. 2:17-cv-12516 <br> **Patricia Fye** <br> Civil Action No. 2:17-cv-17907 <br> **Eddie Martinez** <br> Civil Action No. 2:17-cv-17908 <br> **Louis Montanez** <br> Civil Action No. 2:17-cv-17909 <br> **Andrew Silvestri** <br> Civil Action No. 2:17-cv-17910 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation move this Court for substitution of counsel asking that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire, of the law firm of Chaffe McCall L.L.P., be substituted for David Covey, Esquire of the Law Office of David Covey as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation in the above referenced cases.

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation move this Court to withdraw David Covey as counsel in the above referenced cases.

WHEREFORE Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation remove David Covey as counsel of record in these cases and Andrew Solow, William Hoffman, and John F. Olinde be substituted as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation in the above referenced cases.

| LAW OFFICE OF DAVID COVEY | ARNOLD & PORTER KAYE SCHOLER LLP |
|---|---|
| By: /s/ David Covey<br>David Covey<br>100 Wall Street 10th Floor<br>New York, NY 10005<br>Telephone: (212) 509-1630<br>Facsimile: (212) 509-9559<br>dcovey@dcoveylaw.com | By: /s/Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com |
| Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation | Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation |
| Dated: September 13, 2019 | Dated: September 13, 2019 |

          **CHAFFE MCCALL L.L.P.**
        By: /s/ John F. Olinde
            John F. Olinde (LA Bar #1515)
            1100 Poydras Street
            Suite 2300
            New Orleans, LA 70163
            Telephone: (504) 585-7241
            Facsimile: (504) 544-6084
            olinde@chaffe.com

            Attorneys for Defendants Bayer
            HealthCare Pharmaceuticals Inc., Bayer
            HealthCare LLC, and Bayer Corporation

            Dated: September 13, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 13, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*