UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) SECTION L ) |
| **Jeanne Jeffcoat** Civil Action No. 2:14-cv-02861 | ) ) JUDGE ELDON E. FALLON |
| **Shirley Boynton** Civil Action No. 2:14-cv-02863 | ) ) |
| **Carolyn Uselton** Civil Action No. 2:14-cv-02864 | ) MAGISTRATE JUDGE NORTH ) |
| **Julia Green** Civil Action No. 2:14-cv-02865 | ) ) |
| **Patsy Skipworth** Civil Action No. 2:14-cv-02999 | ) ) |
| **Barbara Donahue** Civil Action No. 2:15-cv-00338 | ) ) |
| **Anthony Cabral** Civil Action No. 2:15-cv-00339 | ) ) |
| **Theodore Clabeaux** Civil Action No. 2:15-cv-00340 | ) ) |
| **Mirna Aponte** Civil Action No. 2:16-cv-10099 | ) ) |
| **Lorraine Burch** Civil Action No. 2:16-cv-13853 | ) ) |
| **Leonard Balewski** Civil Action No. 2:16-cv-13854 | ) ) |
| **John Compitello** Civil Action No. 2:16-cv-15487 | ) ) |
| **James Hall** Civil Action No. 2:16-cv-15488 | ) ) |
| **Lyle Loomis** Civil Action No. 2:16-cv-17257 | ) ) |
| **Jane Anderson** Civil Action No. 2:16-cv-17258 | ) ) |
| **Larry Tickle** Civil Action No. 2:16-cv-17259 | ) ) |
| **Elba Reyes** Civil Action No. 2:16-cv-17260 | ) ) |
| **Timothy Coonly** Civil Action No. 2:17-cv-01096 | ) ) |
| **Richard Prosser** Civil Action No. 2:17-cv-01097 | ) |

| | |
|---|---|
| **Rita Nnadi** <br> Civil Action No. 2:17-cv-01098 <br> **Russell Brewer** <br> Civil Action No. 2:17-cv-02358 <br> **Catherine Mirasola** <br> Civil Action No. 2:17-cv-02359 <br> **Thomas Weir** <br> Civil Action No. 2:17-cv-02886 <br> **Linda Chaffee** <br> Civil Action No. 2:17-cv-05615 <br> **Nydean Zbytniewski** <br> Civil Action No. 2:17-cv-05624 <br> **Theresa Maselli** <br> Civil Action No. 2:17-cv-06802 <br> **Michael Territo** <br> Civil Action No. 2:17-cv-08262 <br> **Melody Simpson** <br> Civil Action No. 2:17-cv-08263 <br> **John Toomey** <br> Civil Action No. 2:17-cv-08264 <br> **Carole Ward** <br> Civil Action No. 2:17-cv-08265 <br> **David Ayers** <br> Civil Action No. 2:17-cv-09409 <br> **Leslie Oakley** <br> Civil Action No. 2:17-cv-09412 <br> **Joseph Roman** <br> Civil Action No. 2:17-cv-09413 <br> **Thomas Walsh** <br> Civil Action No. 2:17-cv-09416 <br> **Linda Baile** <br> Civil Action No. 2:17-cv-09942 <br> **Catherine Porter** <br> Civil Action No. 2:17-cv-12515 <br> **Peter Razis** <br> Civil Action No. 2:17-cv-12516 <br> **Patricia Fye** <br> Civil Action No. 2:17-cv-17907 <br> **Eddie Martinez** <br> Civil Action No. 2:17-cv-17908 <br> **Louis Montanez** <br> Civil Action No. 2:17-cv-17909 <br> **Andrew Silvestri** <br> Civil Action No. 2:17-cv-17910 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| | |

## **ORDER**

Now pending before the Court is a Motion for Substitution and Withdrawal of Counsel in the above referenced cases. Upon consideration of said motion, it is hereby ORDERED that this motion is granted.

It is ordered that David Covey, Esquire of the Law Office of David Covey is allowed to withdraw as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation in the above referenced cases and that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted in his place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation in place of David Covey in the matters referenced above.

New Orleans, Louisiana, on this ____ day of _____, 2019.

                                                        United States District Judge