UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Hoffman v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02273

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15254, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Maria We1y, surviving daughter of Larry Hoffman and Trustee of the Larry Hoffman Testamentary Trust, is substituted for Plaintiff Larry Hoffman as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE