UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Lorenzo Madison, on Behalf of
Estate of Harriet Myers and
on Behalf of Himself and Other
Wrongful Death Beneficiaries of
Harriet Myers

Civil Action No. 2:15-cv-02846

## ORDER

Considering Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 15255;

**IT IS HEREBY ORDERED** that attorney Suzanne Keys, Crystal Wise Martin, Rafael Green, and Retoya Gilmer of the Law Firm of Precious Martin & Associates are withdrawn as attorneys of record in MDL No. 2592 and for Plaintiff Lorenzo Madison.

**IT IS FURTHER ORDERED** that attorney Andy D. Birchfield, Jr. of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., is substituted as the attorney of record for Plaintiff Lorenzo Madison.

New Orleans, Louisiana this  4th  day of  September , 2019.

Honorable Eldon E. Fallon
United States District Court Judge