UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| _____ | SECTION L |
| THIS DOCUMENT RELATES TO: JEANISE WATTERS Civil Action File No. 17-CV-1226 | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER**

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15284;

**IT IS HEREBY ORDERED** that the following document shall be withdrawn from the docket:

*Doc. No. 14457, filed July 30, 2019, Jeanise Watters, Case No. 2:17-cv-1226*

New Orleans, Louisiana this 11th day of September, 2019.

_____
Eldon E. Fallon
United State District Judge