# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| _____ ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| ROBERT SMITH ) | |
| Civil Action File No. 17-CV-1225 ) | MAGISTRATE JUDGE NORTH |
| ) | |
| ) | |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15289;

**IT IS HEREBY ORDERED** that the following document shall be withdrawn from the docket:

*Doc. No. 14456, filed July 30, 2019, Robert Smith, Case No. 2:17-cv-1225*

New Orleans, Louisiana this **11th** day of **September**, **2019**.

_____
Eldon E. Fallon
United State District Judge