UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JULIA MORRIS on behalf of the estate of GERALD MORRIS<br>Civil Action No. 2:16-cv-15230 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**PROVOST UMPHREY LAW FIRM LLP**

By: /s/Christopher T. Kirchmer

    Christopher T. Kirchmer
    490 Park Street
    Beaumont, TX 77701
    Telephone: (409) 835-6000
    ckirchmer@pulf.com

    Attorney for Plaintiff
    Dated: September 11, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
    Dated: September 11, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street

>New York, New York 10019-9710
>Telephone: (212) 836-8000
>Facsimile: (212) 836-8689
>William Hoffman
>601 Massachusetts Ave., NW
>Washington, D.C. 20001
>Telephone: (202) 942-5000
>Facsimile: (202) 942-5999
>andrew.solow@arnoldporter.com
>william.hoffman@arnoldporter.com
>
>Attorneys for Defendants Bayer HealthCare
>Pharmaceuticals Inc., and Bayer Pharma AG
>Dated: September 11, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

>By: /s/ Kim E. Moore
>    Kim E. Moore
>    400 Poydras St., Ste, 2700
>    New Orleans, LA 70130
>    Telephone: (504) 310-2100
>    kmoore@irwinllc.com
>
>    Liaison Counsel for Defendants
>    Dated: September 11, 2019

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on September 16, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                   /s/Kim E. Moore