# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*VALENCIA BERRY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:17-cv-11590*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Valencia Berry.

Dated:  9/16/2019          *By: /s/*Stephen B. Wohlford_____
                           SWMW Law, LLC
                           Benjamin R. Schmickle, #6270568
                           Stephen B. Wohlford, #IL6287698
                           701 Market Street, Suite 1000
                           St. Louis, MO 63101
                           (314) 480-5180
                           (314) 932-1566 – Facsimile
                           *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 16, 2019 and that this system will provide notice of such filing to all counsel of record.

                                        *By: /s/*Stephen B. Wohlford_____
                                        SWMW Law, LLC
                                        Benjamin R. Schmickle, #6270568
                                        Stephen B. Wohlford, #IL6287698
                                        701 Market Street, Suite 1000
                                        St. Louis, MO 63101
                                        (314) 480-5180
                                        (314) 932-1566 – Facsimile

                                        *ATTORNEYS FOR PLAINTIFFS*

# GOVERNMENT OF DISTRICT OF COLUMBIA
## DEPARTMENT OF HEALTH
## WASHINGTON D.C.
### CERTIFICATE OF DEATH

FILE DATE: JANUARY 18, 2017

FILE NUMBER: 108-2017-000097

FULL NAME OF DECEASED: VALENCIA DOLORES BERRY

GENDER: FEMALE

SSN: 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

DATE OF DEATH: JANUARY 08, 2017

TIME OF DEATH: 2:38 PM

PLACE OF DEATH: 5011 AMES STREET NE

DATE OF BIRTH: APRIL 21, 1962

BIRTHPLACE: WASHINGTON, DISTRICT OF COLUMBIA

MOTHER'S MAIDEN NAME: DELORIES MILES

FATHER/PARENT'S NAME: UNKNOWN

MARITAL STATUS: NEVER MARRIED

EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED

SURVIVING SPOUSE:

RESIDENCE: WASHINGTON, DISTRICT OF COLUMBIA

RACE: BLACK OR AFRICAN AMERICAN

FUNERAL HOME: RONALD TAYLOR II FUNERAL HOME

HISPANIC ORIGIN: NO, NOT SPANISH / HISPANIC / LATINA

PLACE OF DISPOSITION: LINCOLN MEMORIAL CEMETERY

DATE OF DISPOSITION: JANUARY 18, 2017

METHOD OF DISPOSITION: BURIAL

MANNER OF DEATH: NATURAL

CERTIFIER: SASHA-GAY I BRELAND M.D.

CAUSE OF DEATH
  A. HYPERTENSIVE CARDIOVASCULAR DISEASE

ONSET:
  NOT STATED

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Vital Records Division, Department of Health, District of Columbia.

DATE ISSUED  SEPTEMBER 13, 2019

Terra J. Abrams, MBA
State Registrar

WARNING: IT IS UNLAWFUL TO MAKE COPIES OF THIS DOCUMENT AND PRESENT THEM AS OFFICIAL COPY OF AN ORIGINAL CERTIFICATE.

