# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |

**This Document Relates to:**
*VALENCIA BERRY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-11590*

### ORDER GRANTING MOTION FOR SUBSTITUION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff, Inocencio Quinones, as personal representative of the estate of Valencia Berry, is substituted for Plaintiff Valencia Berry in the above-captioned cause.

Entered this _____ day of _____, 2019 into the United States Eastern District Court of Louisiana.

_____

HONORABLE DISTRICT JUDGE ELDON E. FALLON