UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) | MDL NO.2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Gonzales v. Janssen Research & Development, LLC et al.*
Civil Action No.: 2:18-cv-4386

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that Plaintiff, Debbie Gonzales, hereby dismisses all claims with prejudice against all Defendants in the above referenced action, Civil Action No.: 2:18-cv-4386, only. Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| **CANEPA RIEDY ABELE** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Bryan T. Abele<br>Bryan T. Abele<br>851 South Rampart Blvd., Suite 160<br>Las Vegas, Nevada 89145<br>Tel: (702) 304-2335<br>babele@canepariedy.com | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com |
| Attorneys for Plaintiff Debbie Gonzales<br>Dated: September 16, 2019 | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: September 16, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
William Hoffman
601 Massachusetts Ave., NW
Washington, DC  20001
Tel: (202) 942-5000
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated:September 16, 2019

       IRWIN FRITCHIE URQUHART &
       MOORE LLC

       By: /s/ Kim E. Moore
       Kim E. Moore
       400 Poydras Street, Suite 2700
       New Orleans, Louisiana 70130
       Tel: (504) 310-2100
       kmoore@irwinllc.com

       Liaison Counsel for Defendants
       Dated: September 16, 2019

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2019, the foregoing pleading was filed electronically with the Clerk of th Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kristie L. Fischer