UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

| | |
|---|---|
| | MDL NO. 2592 |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| JACK LESTER | MAGISTRATE JUDGE: MICHAEL NORTH |
| | Civil Action No.: 2:15-cv-06635-EEF-MBN |

-------------------------------------------------------------------X

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff, by and through the undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed without prejudice for lack of subject matter jurisdiction.

2. On September 16, 2019, Plaintiff submitted an executed Enrollment Election Form indicating the intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Orders and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 16, 2019
Garden City, New York

                                                SANDERS PHILLIPS GROSSMAN, LLC

                                                /s/ *Randi Kassan*
                                                Randi Kassan, Esq.
                                                Sanders Phillips Grossman, LLC
                                                100 Garden City Plaza, Suite 500
                                                Garden City, NY 11530
                                                P: (516) 741-5600
                                                F: (516) 741-0128
                                                rkassan@thesandersfirm.com

                                                ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

| | |
|---|---|
| | MDL NO. 2592 |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| JACK LESTER | MAGISTRATE JUDGE: MICHAEL NORTH |
| | Civil Action No.: 2:15-cv-06635-EEF-MBN |

---------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 16, 2019.

Respectfully Submitted,

SANDERS PHILLIPS GROSSMAN, LLC

/s/ Randi Kassan
Randi Kassan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
rkassan@thesandersfirm.com

*Attorneys for Plaintiff*