UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> KIMBERLY BROTHERS, on behalf of ) <br> the Estate of HAROLD BROTHERS ) <br> Civil Action No. 2:15-cv-04961 ) <br> ) <br> ) | MDL No. 2592 <br><br><br> SECTION L <br><br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A AND LACK OF SUBJECT MATTER JURISDICTION**

COMES NOW, Plaintiff Kimberly Brothers, on behalf of the Estate of Harold Brothers, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A and lack of subject matter jurisdiction.

2. On September 17, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.

3. As this case is not part of the settlement group, it is respectfully submitted this matter be transferred into Pennsylvania State Court or allowed to remain in this court pending finality of the settlement program.

1

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Respectfully submitted,

**BURNETT LAW FIRM**

*s/ Riley Burnett, Jr.*
**Riley L. Burnett , Jr.**
Burnett Law Firm
3737 Buffalo Speedway, Ste. 1850
Houston, TX 77098
Tel: 832-413-4410
Fax: 832-900-2120
Email: rburnett@rburnettlaw.com
*ATTORNEY FOR PLAINTIFFS*

Dated: September 17, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 17, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      By: s/ Karen H. Beyea-Schroeder