UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. 2592 |
| THIS DOCUMENT RELATES TO: JOHN KATSOULAS Civil Action No. 2:16-cv-3139 | | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**APPLICATION TO BE EXCUSED FROM SEPTEMBER 25, 2019 SHOW CAUSE HEARING**

COMES NOW, Counsel T. Christopher Pinedo and on behalf of the survivors of John Katsoulas and files the Application for the family of John Katsoulas to be excused from the September 25, 2019 Show Cause Hearing and in support of the same would show the Court the following:

John Katsoulas passed away during the pendency of this Xarelto claim, leaving no children and no surviving relatives in the United States. John Katsoulas emigrated to the United States from Greece. After much search, Plaintiff's counsel has recently located the surviving brother of John Katsoulas, a Mr. George Katsoulas who lives near Athens Greece. Plaintiff's counsel has communicated with George Katsoulas through an interpreter and Mr. George Katsoulas confirmed that John Katsoulas had no surviving relatives in the United States. It would be very difficult and expensive for George Katsoulas to attend the Show Cause hearing and he therefore asks to be excused from the same. Mr. George Katsoulas has expressed his desire to participate in the Xarelto Settlement on behalf of John Katsoulas and the settlement documents have been or are in the

process of being delivered to him. Said documents are scheduled to arrive on September 18. Plaintiff's counsel has contacted the American Embassy in Athens Greece and they have agreed to notarize the documents however the first available appointment to notarize the documents is not until October. For all these reasons, Plaintiff's counsel asks that the survivors of Mr. John Katsoulas be excused from attending the September 25, 2019 show cause hearing and that additional time be given to the Katsoulas family to supply the necessary settlement documents.

**HILLIARD MARTINEZ GONZALES LLP**

By: /s/ *T. Christopher Pinedo*
T. Christopher Pinedo
719 S. Shoreline Blvd
Corpus Christi, TX 78401
Tel: (361) 882-1612
cpinedo@hmglawfirm.com
Attorneys for Plaintiff

Dated: September 17, 2019

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 17, 2019, the foregoing pleading was filed electronically with the clerk of the court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *T. Christopher Pinedo*