EXHIBIT D-1

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) **SECTION L** |
| EUNICE APPLEQUIST, | ) ) |
| Civil Action No. 2:15-cv-2530 | ) **JUDGE ELDON E. FALLON** ) ) |
| | ) **MAGISTRATE JUDGE NORTH** ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and cost.

**ZECCOLA & SELINGER, LLC**

By: /s/ John S. Selinger_____
    John S. Selinger
    2127 Crompond Road, Suite 205
    Cortlandt Manor, NY 10567
    Telephone: (914) 402-7290
    john@zslawyers.com

Attorneys for Plaintiffs

Dated: September 17, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/  Susan M. Sharko_____
    Susan  M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson,
Janssen Research & Development, LLC, and
Janssen Ortho LLC

Dated: September 17, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/  Andrew K. Solow_____
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG

Dated: September 17, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore_____
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: September 17, 2019