**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: PEGGY COLONE Civil Action No.: 2:17-cv-04692 | | |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Peggy Colone, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed without prejudice for lack of subject matter jurisdiction.

2. On August 5, 2019, Plaintiff submitted an executed Enrollment Election Form, Release and Stipulation of Dismissal indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. Unfortunately, Plaintiff signed her enrollment form in the wrong place by the attorney signature.  Please see the enrollment form attached as Exhibit A with a red arrow marking where Plaintiff signed.  We are in the process of trying to obtain a clearer enrollment form from Plaintiff but have not yet received it back.

4. In addition, on August 29, 2019, we received a Notice of Incomplete Enrollment Package alleging the missing signature on the enrollment form.  The notice gives Plaintiff until September 19, 2019 to respond to this deficiency.

5. WHEREFORE, Plaintiff has complied with the Court's Case Management Orders and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that Plaintiff's case not be dismissed.

This 17th day of September, 2019.

By:     */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:              (214) 987-2545
E-Mail:  aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**

2