UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

MICHAEL A. WILLIS

Civil Action No.: 2:16-cv-12781

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record, R. Doc. 11101;

**IT IS HEREBY ORDERED** that Reid J. Elkus and Donald C. Sisson, and Elkus & Sisson, P.C. is withdrawn as Plaintiff's attorney of record.

New Orleans, Louisiana, this 17th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE