## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| _____ | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE ELDON E. FALLON |
| MARTHA JOHNSON, as Personal | ) | |
| Representative for THE ESTATE OF | ) | MAGISTRATE JUDGE NORTH |
| ROBERT JOHNSON | ) | |
| Civil Action File No. 17-CV-10010 | ) | |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15294;

**IT IS HEREBY ORDERED** that the following document shall be withdrawn from the docket:

*Doc. No. 14452, Stipulation of Dismissal with Prejudice, filed July 30, 2019, Martha Johnson as Personal Representative for the Estate of Robert Johnson, Case No. 2:17-cv-10010*

New Orleans, Louisiana this ___13th___ day of ___September___, ___2019___.

_____
Eldon E. Fallon
United State District Judge