# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> KENNETH J. ROWELL ) <br> Civil Action File No. 17-CV-10009 ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15295;

**IT IS HEREBY ORDERED** that the following document shall be withdrawn from the docket:

*Doc. No. 14451, Stipulation of Dismissal with Prejudice, filed July 30, 2019, Kenneth J. Rowell, Case No. 2:17-cv-10009*

New Orleans, Louisiana this 13th day of September, 2019.

_____
Eldon E. Fallon
United State District Judge