UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John Homeyer v. Janssen Research & Development, LLC, et al.*
CA#: 16-cv-4346

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15298, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff John Matthew Homeyer, surviving son of John Homeyer, is substituted for Plaintiff John Homeyer as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE