# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| _____ ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| *Henrietta Guste, et al v. Janssen* ) | |
| *Research & Development, LLC, et al* ) | MAGISTRATE JUDGE NORTH |
| Civil Action File No. 15-CV-00949 ) | |
| ) | |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15304;

**IT IS HEREBY ORDERED** that the following document shall be withdrawn from the docket:

*R. Doc. No. 14121, Stipulation of Dismissal with Prejudice, filed July 15, 2019, Henrietta Guste, Case No.: 2:15-cv-00949*

New Orleans, Louisiana this   16th   day of   September  ,  2019  .

_____
Eldon E. Fallon
United State District Judge