# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: *Betty Cardinal* Civil Action No. 19-CV-7267 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15310;

**IT IS HEREBY ORDERED** that the following document shall be withdrawn from the docket:

*Doc. No.: 14548*     *Filed August 1, 2019*     *Betty Cardinal, Case No.: 2:19-cv-7267*

New Orleans, Louisiana this 16th day of September, 2019.

Eldon E. Fallon
United State District Judge