UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Allen Willardson v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-11616

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 15337, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Debbie Petrie, surviving daughter and personal

representative of the estate of Allen Willardson, is substituted for Plaintiff Allen Willardson as the

proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE