UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*McKinley Randle, Jr. v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-1875

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15355, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Miranda Randle, surviving daughter and Personal Representative of the Estate of McKinley Randle, Jr., is substituted for Plaintiff McKinley Randle, Jr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE