UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| This Document Relates To:<br>*Lee v. Janssen Research & Development, LLC, et al* Civil Action No. 2:15-CV-04779 | |

## ORDER

Considering Plaintiff's Ex Parte Motion to Withdraw, Rescind and Vacate Plaintiff's Stipulation of Dismissal With Prejudice, R. Doc. 15414;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Stipulation of Dismissal With Prejudice that was submitted and filed on August 29, 2019, R. Doc. 15267, is hereby withdrawn.

New Orleans, Louisiana this 16th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE