UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARLTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGAITON | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | ) | MAGISTRATE JUDGE NORTH |

| Cornelius Goodwin<br>**Case No.: 2:14-cv-01877** | Loria Powell et al.<br>**Case No.: 2:15-cv-02427** | Jerry Detwiler<br>**Case No.: 2:15-cv-06433** |
|---|---|---|
| Ted Barber<br>**Case No.: 2:15-cv-06432** | Browne Altman<br>**Case No.: 2:15-cv-05535** | Louis Stern<br>**Case No.: 2:15-cv-06436** |
| Tammy Hamm<br>**Case No.: 2:15-cv-06434** | Carol Steinat<br>**Case No.: 2:15-cv-06435** | Frank Keppeler<br>**Case No.: 2:16-cv-10069** |
| Danial Allen et al<br>**Case No.: 2:16-cv-06529** | John Dupree<br>**Case No.: 2:16-cv-12266** | |

**ORDER**

Considering Plaintiffs' Ex-Parte Motion to Withdraw Documents, R. Doc. 15422;

**IT IS HEREBY ORDERED** that the following documents shall be withdrawn from the docket:

| Docket No. **15236** | *filed August 29, 2019 by David Vicknair* | Cornelius Goodwin<br>Case No.: 2:14-cv-01877 |
|---|---|---|
| Docket No. **15237** | *filed August 29, 2019 by David Vicknair* | Loria Powell et al.<br>Case No.: 2:15-cv-02427 |
| Docket No. **15129** | *filed August 22, 2019 by David Vicknair* | Jerry Detwiler<br>Case No.: 2:15-cv-06433 |
| Docket No. **15128** | *filed August 22, 2019 by David Vicknair* | Ted Barber<br>Case No.: 2:15-cv-06432 |
| Docket No. **15127** | *filed August 22, 2019 by David Vicknair* | Browne Altman<br>Case No.: 2:15-cv-05535 |
| Docket No. **15130** | *filed August 22, 2019 by David Vicknair* | Louis Stern<br>Case No.: 2:15-cv-06436 |
| Docket No. **15238** | *filed August 29, 2019 by David Vicknair* | Tammy Hamm<br>Case No.: 2:15-cv-06434 |

| Docket No. **15240** | *filed August 29, 2019 by David Vicknair* | Carol Steinat<br>Case No.: 2:15-cv-06435 |
| --- | --- | --- |
| Docket No. **15241** | *filed August 29, 2019 by David Vicknair* | Frank Keppeler<br>Case No.: 2:16-cv-10069 |
| Docket No. **15243** | *filed August 29, 2019 by David Vicknair* | Danial Allen et al<br>Case No.: 2:16-cv-06529 |
| Docket No. **15244** | *filed August 29, 2019 by David Vicknair* | John Dupree<br>Case No.: 2:16-cv-12266 |

New Orleans, Louisiana this  16th  day of  September , 2019 .

_____
Eldon E. Fallon
United States District Judge

2