UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Connie Lavonne Batey v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15367

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15497, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Tabitha Barger, surviving daughter of Connie Lavonne Batey, is substituted for Plaintiff Connie Lavonne Batey as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE