UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jose Gallegos v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-16139

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15501, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Alicia Gallegos, surviving spouse of Jose Gallegos, is substituted for Plaintiff Jose Gallegos as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE