UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carolyn Barbier v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-00486

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15530, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Tammy Bonin, as attorney-in-fact for Carolyn Barbier, is substituted for Plaintiff Carolyn Barbier as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE