UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ROBERT MARR**<br>Civil Action No. 2:18-cv-00693 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 15541;

**IT IS HEREBY ORDERED** that Claudia V. Garcia and Rodney M. Hudson of Drinker Biddle & Reath LLP are withdrawn as Defendant Janssen Research & Development, LLC's counsel of record.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as Defendant's counsel of record.

New Orleans, on this 17th day of September, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE