UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cases Listed in Exhibit A | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 15542;

**IT IS HEREBY ORDERED** that David Covey is withdrawn as Defendants' counsel of record for the cases listed in Exhibit A.

**IT IS FURTHER ORDERED** that Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 are substituted as Defendants' counsel of record for the cases listed in Exhibit A.

New Orleans, Louisiana, on this 17th day of September, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE