# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) SECTION L |
| BARBARA MOWRY<br>Civil Action No. 2:15-cv-00131 | ) ) ) JUDGE ELDON E. FALLON |
| CAROL ANDERS<br>Civil Action No. 2:16-cv-17927 | ) ) ) MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Motion for Substitution and Withdrawal of Counsel, R. Doc. 15546;

**IT IS HEREBY ORDERED** that this motion is **GRANTED**. Rodney M. Hudson, Esquire of Drinker Biddle & Reath LLP is allowed to withdraw as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation in the above referenced cases.

**IT IS FURTHER ORDERED** that Andrew Solow, Esquire, and William Hoffman, Esquire, of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire, of the law firm of Chaffe McCall L.L.P., be substituted in his place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation in place of Rodney M. Hudson in the matters referenced above.

New Orleans, Louisiana, on this 17th day of September, 2019.

*Eldon E. Fallon*
United States District Judge