# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| SARA JEAN JONAS<br>Civil Action No. 2:14-cv-02925 | ) SECTION L ) ) |
| TATYANA TONYAN<br>Civil Action No. 2:14-cv-02926 | ) JUDGE ELDON E. FALLON ) ) |
| MARILYN HANEY<br>Civil Action No. 2:14-cv-02927 | ) MAGISTRATE JUDGE NORTH ) ) |
| JOANNE NASH<br>Civil Action No. 2:15-cv-02004 | ) ) ) |
| EARL ULLOM<br>Civil Action No. 2:16-cv-13856 | ) ) ) |
| ALICE VOROS<br>Civil Action No. 2:16-cv-15949 | ) ) ) |
| THOMAS KENNEY<br>Civil Action No. 2:16-cv-17926 | ) ) ) |
| MONIQUE BOGAN<br>Civil Action No. 2:17-cv-01095 | ) ) ) |
| HERMAN BINION<br>Civil Action No. 2:17-cv-02065 | ) ) ) |
| CHRISTINE CRAIG<br>Civil Action No. 2:17-cv-03501 | ) ) ) |
| CHRISTEL MORY<br>Civil Action No. 2:17-cv-05746 | ) ) ) |
| KENNETH BEASLEY<br>Civil Action No. 2:17-cv-07028 | ) ) |

**ORDER**

Considering the foregoing Motion for Substitution and Withdrawal of Counsel, R. Doc. 15547;

**IT IS HEREBY ORDERED** that that this motion is **GRANTED**. Rodney M. Hudson, Esquire of Drinker Biddle & Reath LLP is allowed to withdraw as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation in the above referenced cases.

**IT IS FURTHER ORDERED** that Andrew Solow, Esquire, and William Hoffman, Esquire, of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire, of the law firm of Chaffe McCall L.L.P., be substituted in his place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation in place of Rodney M. Hudson in the matters referenced above.

New Orleans, Louisiana, on this 17th day of September, 2019.

United States District Judge