UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: | ) <br> ) SECTION L |
| FILIPINA CASTRO <br> Civil Action No. 2:16-cv-17921 | ) <br> ) <br> ) JUDGE ELDON E. FALLON |
| PAMELA JOAN HUNZICKER <br> Civil Action No. 2:16-cv-17923 | ) <br> ) <br> ) MAGISTRATE JUDGE NORTH |
| ANGELA CANTALINI <br> Civil Action No. 2:16-cv-17924 | ) <br> ) <br> ) |
| WILLIAM CHISHOLM <br> Civil Action No. 2:16-cv-17925 | ) <br> ) <br> ) |
| GERALDINE BREAUD <br> Civil Action No. 2:17-cv-03502 | ) <br> ) <br> ) |

**ORDER**

Considering the foregoing Motion for Substitution and Withdrawal of Counsel, R. Doc. 15549;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Rodney M. Hudson, Esquire, of Drinker Biddle & Reath LLP is allowed to withdraw as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced cases.

**IT IS FURTHER ORDERED** that Andrew Solow, Esquire, and William Hoffman, Esquire, of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire, of the law firm of Chaffe McCall L.L.P., be substituted in his place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in place of Rodney M. Hudson in the matters referenced above.

New Orleans, Louisiana, on this 17th day of September, 2019.

United States District Judge