UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: JEVOTA MORSE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JACK MORSE, DECEASED CASE NO. 16-cv-1605 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Tammy Allen, Legal Representative for Plaintiff Jevota Morse OBO Jack Morse, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 12, 2019, a private investigator retained by Bernstein Liebhard LLP located Tammy Allen, the daughter of Jevota and Jack Morse. Our office called Ms. Allen later that day, and she informed us that Jevota Morse had passed away on December 23, 2018. Ms. Allen informed our office that she is the only surviving heir to Jevota and Jack Morse, and would like to enroll in the settlement on her deceased parent's behalf.

3. On September 16, 2019, Tammy Allen, Legal Representative of the Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

4. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, and that this Plaintiff's case not be dismissed.

Dated: September 17, 2019

**BERNSTEIN LIEBHARD LLP**

By: /s/ Sandy Liebhard
Sandy Liebhard
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
liebhard@bernlieb.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

      /s/Sandy Liebhard