UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br><br>**ESTATE OF EDDIE MAE MODKINS**<br>Civil Action No. 2:15-cv-06912 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of the Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **JONES WARD PLC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Alex C. Davis<br>Alex C. Davis<br>1205 E. Washington St., Ste. 111<br>Louisville, KY 40206<br>Phone: (502) 882-6000<br>Fax: (502) 587-2007<br>alex@jonesward.com<br>*Attorney for Plaintiff*<br>Dated: September 17, 2019 | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Phone: (973) 549-7000<br>susan.sharko@dbr.com<br><br>*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson Janssen Research & Development, LLC, and Janssen Ortho LLC*<br>Dated: September 17, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
Andrew K. Solow
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

Dated: September 17, 2019


**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Liaison Counsel for Defendants*

Dated: September 17, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 17, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     /s/ Alex C. Davis_____
                                                     Alex C. Davis
                                                     *Counsel for the Plaintiff*