UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN)          SECTION: L
PRODUCTS LIABILITY LITIGATION

                                      JUDGE: ELDON E. FALLON

THIS DOCUMENT RELATES TO:

                                      MAGISTRATE JUDGE:
JERRY HENDERSON                       MICHAEL NORTH


                                      Civil Action No.: 2:16-cv-07934

-------------------------------------------------------------------X

---

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE
MANAGEMENT ORDER 12A

---

COMES NOW, Plaintiff Jerry Henderson, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1.      On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2.      On September 13, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3.      WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A,

and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause

Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 18, 2019

Atlanta, Georgia

FERRER POIROT & WANSBROUGH

*/s/ Russell T. Abney*_____

Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Fax: 770.933.3425
atlanta@lawyerworks.com

*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN)                SECTION: L
PRODUCTS LIABILITY LITIGATION


                                            JUDGE: ELDON E. FALLON

THIS DOCUMENT RELATES TO:


                                            MAGISTRATE JUDGE:
JERRY HENDERSON                             MICHAEL NORTH



                                            Civil Action No.: 2:16-cv-07934

-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's

September 10, 2019 Order to Show Cause was served upon all parties of record electronically by

CM/ECF on September 18, 2019.


                              Respectfully Submitted,

                              FERRER POIROT & WANSBROUGH


                              */s/ Russell T. Abney*_____

                              Russell T. Abney, Esq.
                              Attorney I.D. No. 000875 (GA)
                              FERRER, POIROT & WANSBROUGH
                              2100 RiverEdge Pkwy NW, Suite 1025
                              Atlanta, GA 30328
                              Telephone: 800.661.8210
                              Fax: 770.933.3425
                              atlanta@lawyerworks.com

                              *Attorney for the Plaintiff*