# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION   * | |
| * | SECTION L |
| THIS DOCUMENT RELATES TO   * | |
| * | JUDGE ELDON E. FALLON |
| *Norris Rader, et al v. Janssen Research &*   * | |
| *Development LLC, et al.*   * | MAGISTRATE JUDGE NORTH |
| Case No. 2:17-cv-09823   * | |
| * | |

*********************************************

## SUGGESTION OF DEATH

Patsy M. Rader, wife of Norris P. Rader, Sr., suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Norris P. Rader, Sr., plaintiff of record in the above captioned case. Mr. Rader passed away on December 10, 2017, during the pendency of this action. Mr. Rader's surviving spouse will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Dated: September 18, 2019

Respectfully submitted,

/s/ *M. Palmer Lambert*
Gerald E. Meunier (#9471)
M. Palmer Lambert (#33228)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>*/s/ M. Palmer Lambert*
>M. PALMER LAMBERT