# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:** 6403939
**STATE FILE NUMBER:** 2017-040-00752

## DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | RADER SR, NORRIS PERRY |
| DATE OF BIRTH | [redacted] |
| DATE OF DEATH | 12/10/2017 |
| TIME OF DEATH | 06:29 PM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | NEW IBERIA, LA UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | [redacted] |
| AGE | 83 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 2213 JEFFERSON TERRACE BLVD, NEW IBERIA, LA 70560 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | IBERIA |

## PERSONAL

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | OWNER |
| INDUSTRY OF OCCUPATION | RETAIL LUMBER |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | MARSALIS, PATSY |
| FATHER/PARENT NAME | RADER, CHARLES CONNELL |
| FATHER/PARENT PLACE OF BIRTH | UNKNOWN, KY UNITED STATES |
| MOTHER/PARENT NAME | HEBERT, IDA MAE |
| MOTHER/PARENT PLACE OF BIRTH | JEANERETTE, LA UNITED STATES |
| INFORMANT'S NAME | RADER, PATSY |
| RELATIONSHIP TO DECEDENT | WIFE |
| INFORMANT'S ADDRESS | 2213 JEFFERSON TERRACE BLVD, NEW IBERIA, LA 70560 UNITED STATES |
| EDUCATION | BACHELOR'S DEGREE (E.G. BS, AB, BA) |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

## DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | INPATIENT |
| FACILITY NAME | OUR LADY OF LOURDES REGIONAL MEDICAL CENTER |
| FACILITY ADDRESS | 4801 AMBASSADOR CAFFERY PKWY, LAFAYETTE, LA 70508 UNITED STATES |
| PARISH/COUNTY | LAFAYETTE |

## DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | ST. MARCELLUS CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | NEW IBERIA, LA UNITED STATES |
| DATE OF DISPOSITION | 12/13/2017 |

## FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | PELLERIN FUNERAL HOME - NEW IBERIA |
| ADDRESS OF FUNERAL FACILITY | 502 JEFFERSON TERACE RD, NEW IBERIA, LA 70560 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | KING, GEORGE W |
| LICENSE NUMBER | E1953 |
| CORONER NOTIFIED? | N |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 12/13/2017 |

## MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

## CAUSE OF DEATH

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | APPROXIMATE INTERVAL Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. ACUTE RESPIRATORY FAILURE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. ACUTE RENAL FAILURE | UNK |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. SEVERE SEPSIS WITH SEPTIC SHOCK | UNK |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
HEMORRHAGIC SHOCK PULMONARY EMBOLISM

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

## INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY: 
PARISH/COUNTY:
DESCRIBE HOW INJURY OCCURED:

## CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 12/9/2017 TO 12/10/2017 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 12/12/2017 |
| CERTIFIER NAME | KITAKULE, MOSES M |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 2309 E. MAIN ST. - APT/STE 202, NEW IBERIA, LA 70560 UNITED STATES |
| BURIAL TRANSIT PERMIT | 245104 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 12/11/2017 |
| DATE FILED WITH REGISTRAR | 12/13/2017 |

## REGISTRAR

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Gregory, Roslyn Ann
Issued On: 12/14/2017 1:05:40 PM




006403939

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.


**DEVIN GEORGE**
**STATE REGISTRAR**



A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

AmeriTech, Incorporated — ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE