UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * * * | **MDL No. 2592** |
| | * | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | * * | |
| *Norris Rader, et al v. Janssen Research & Development LLC, et al.* | * * | **JUDGE ELDON E. FALLON** |
| **Case No. 2:17-cv-09823** | * * | **MAGISTRATE JUDGE NORTH** |

*********************************************

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Patsy M. Rader, who respectfully moves this Court for an order substituting Patsy M. Rader as party plaintiff for Norris P. Rader, Sr., her deceased husband for the following reasons:

1.

The above captioned lawsuit was filed on September 29, 2017 on behalf of Norris P. Rader, Sr.

2.

Norris P. Rader, Sr., passed away on December 10, 2017 during the pendency of this action, as reported to this Court in the Suggestion of Death filed by Patsy M. Rader on September 18, 2019 (Rec. Doc. 15656).

3.

Patsy M. Rader, as the surviving spouse of Norris P. Rader, Sr., is a proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Patsy M. Rader has the proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Patsy M. Rader respectfully requests that she be substituted as party plaintiff on behalf of Norris P. Rader, Sr., her deceased husband.

Dated: September 18, 2019						Respectfully submitted,

/s/ *M. Palmer Lambert*
Gerald E. Meunier (#9471)
M. Palmer Lambert (#33228)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT