UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * * * | **MDL No. 2592** |
| | * | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | * * | **JUDGE ELDON E. FALLON** |
| *Norris Rader, et al v. Janssen Research & Development LLC, et al.* **Case No. 2:17-cv-09823** | * * * | **MAGISTRATE JUDGE NORTH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Patsy M. Rader, as the legal successor of Norris P. Rader, Sr., be substituted as party plaintiff on behalf of Norris P. Rader, Sr.

New Orleans, Louisiana, this _____ day of _____, 2019.

                                                                                      _____
                                                                                      **JUDGE**