UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE: ELDON E. FALLON

THIS DOCUMENT RELATES TO:

MAGISTRATE JUDGE:
FLOYD HUSE                          MICHAEL NORTH

Civil Action No.: 2:16-cv-09852

-------------------------------------------------------------------X

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE
MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Floyd Huse, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 17, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 18, 2019

Atlanta, Georgia

                                        FERRER POIROT & WANSBROUGH

                                        */s/ Russell T. Abney*_____

                                        Russell T. Abney, Esq.
                                        Attorney I.D. No. 000875 (GA)
                                        FERRER, POIROT & WANSBROUGH
                                        2100 RiverEdge Pkwy NW, Suite 1025
                                        Atlanta, GA 30328
                                        Telephone: 800.661.8210
                                        Fax: 770.933.3425
                                        atlanta@lawyerworks.com

                                        ***Attorney for the Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN)　　　　　　　SECTION: L
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE: ELDON E. FALLON

THIS DOCUMENT RELATES TO:

　　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE:
FLOYD HUSE　　　　　　　　　　　　　　　　　MICHAEL NORTH


　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No.: 2:16-cv-09852

---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 18, 2019.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　FERRER POIROT & WANSBROUGH

　　　　　　　　　　　　　　　　　　　*/s/ Russell T. Abney*_____

　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　　2100 RiverEdge Pkwy NW, Suite 1025
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　　　　Telephone: 800.661.8210
　　　　　　　　　　　　　　　　　　　Fax: 770.933.3425
　　　　　　　　　　　　　　　　　　　atlanta@lawyerworks.com

　　　　　　　　　　　　　　　　　　　***Attorney for the Plaintiff***