# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **Margaret Boyles** <br> Civil Action No. 2:16-cv-12037 | SECTION L <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Margaret Boyles in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs. This stipulation shall only apply to Plaintiff Margaret Boyles.

| | |
|---|---|
| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** | **DRINKER BIDDLE & REATH LLP** |
| By: /s Levi M. Plesset | By: /s/Susan M. Sharko |
| Levi M. Plesset | Susan M. Sharko |
| Milstein, Jackson, Fairchild & Wade, LLP | 600 Campus Dr. |
| 10250 Constellation Blvd, Suite 1400 | Florham Park, NJ 07932 |
| Los Angeles, CA 60067 | Telephone: (973) 549-7000 |
| Tel: (310) 396-9600 | susan.sharko@dbr.com |
| Fax: (310) 396-9635 | |
| lplesset@mjfwlaw.com | |
| | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Attorneys for Plaintiffs | |
| Dated: September 18, 2019 | Dated: September 18, 2019 |

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/Andrew K. Solow
 Andrew K. Solow
 250 West 55th Street
 New York, New York 10019-9710
 Telephone: (212) 836-8000
 Facsimile: (212) 836-8689
 William Hoffman
 601 Massachusetts Ave., NW
 Washington, D.C. 20001
 Telephone: (202) 942-5000
 Facsimile: (202) 942-5999
 andrew.solow@arnoldporter.com
 william.hoffman@arnoldporter.com

 Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

 Dated: September 18, 2019

 IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
 Kim E. Moore
 400 Poydras St., Ste, 2700
 New Orleans, LA 70130
 Telephone: (504) 310-2100
 kmoore@irwinllc.com

 Liaison Counsel for Defendants

 Dated: September 18, 2019

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on   September 18   , 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     /s/ Levi M. Plesset