UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br><br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Leroy Lasher* <br> Civil Action No. 2:17-cv-00917 | | |

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, the undersigned counsel and submits this Response to the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply with Case Management Order 12A. For the reasons set forth below, the undersigned counsel requests to be excused from attendance at the September 25, 2019.

1. On or about July 18, 2019, my office learned that Plaintiff Leroy Lasher had passed away.

2. I contacted Mr. Lasher's daughter, Tamara Lasher, on July 18, 2019, and discussed the settlement program, including the procedures necessary for substitution of parties.

3. On July 29, 2019, Ms. Lasher contacted my office and indicated that she did not wish to serve as a representative claimant or otherwise participate in the Xarelto Settlement program.

1

4. I returned Ms. Lasher's call and, after another in-depth discussion about the settlement program, I confirmed that she did not wish to serve as a representative claimant or otherwise participate in the Xarelto settlement program.

5. On July 30, 2019, I filed a Suggestion of Death without a corresponding Motion to Substitute Parties pursuant to Fed. R. Civ. P. 25(a).

6. I do not represent any of Mr. Lasher's family members.

7. Because Mr. Lasher is deceased, I do not have the power or authority to continue or terminate the action on my own initiative. *See* Restatement (Second) of Agency § 120(1) (1958).

8. Because I do not represent any parties or nonparties that are seeking to substitute themselves as representative claimants in this matter, I do not have authority to move for substitution under Fed. R. Civ. P. 25(a)(1).

WHEREFORE, based on the foregoing, the undersigned counsel respectfully requests that he be excused from attendance at the September 25, 2019, hearing.

Respectfully Submitted,

Dated: September 18, 2019

/s/ Benjamin A. Bertram
Benjamin A. Bertram
Bertram & Graf, L.L.C.
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Phone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2019, the foregoing document was filed electronically using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other Plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

/s/ Benjamin A. Bertram
*Attorney for Plaintiff*