UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| **MELVIN HARRIS** | JUDGE: ELDON E. FALLON |
| Civil Action No.: **17-CV-03450** | MAG. JUDGE MICHAEL NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| PETERSON AND ASSOCIATES, P.C. | DRINKER BIDDLE & REATH LLP |
| By: */s/ David M. Peterson* | By: /s/Susan M. Sharko |
| David M. Peterson, Esq. | Susan M. Sharko |
| Nicholas Clevenger, Esq. | 600 Campus Dr. |
| 801 W. 47th Street, Ste. 107 | Florham Park, NJ 07932 |
| Kansas City, MO 64112 | Telephone: (973) 549-7000 |
| (816) 531-4440  Telephone | susan.sharko@dbr.com |
| (816) 531-0660  Fax | Attorneys for Defendants Janssen |
| dmp@petersonlawfirm.com | Pharmaceuticals, Inc., Johnson & Johnson, |
| nsc@petersonlawfirm.com | Janssen Research & Development, LLC, and |
| | Janssen Ortho LLC |
| *ATTORNEYS FOR PLAINTIFF* | Dated: September 18, 2019 |
| | |
| | ARNOLD & PORTER KAYE SCHOLER LLP |

1

By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 18, 2019


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants

Dated: September 18, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 18, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Kim E. Moore