UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**This Document Relates to:**
*Marina Peralta-Alvarez* – Case No.: 2:19-cv-9434

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF MARINA PERALTA ALVAREZ

Pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana and Federal Rule of Civil Procedure 7, the undersigned counsel for MARINA PERALTA and all other attorneys of record in this matter, hereby request the Court and counsel allow withdrawal as counsel of record for MARINA PERALTA and in support thereof state:

The undersigned have made numerous attempts to contact the client, Plaintiff MARINA PERALTA including telephone call and written correspondence. The undersigned have undertaken all reasonable efforts to communicate with the client to be sure that the client's information has not changed and is current. Nevertheless, Ms. Peralta has failed to respond to all of Counsel's numerous communications attempts regarding the upcoming deadlines in this case. Counsel has sent numerous letters via regular U.S. Mail to Plaintiff's last known address of 11344 NW 56th Street Miami FL 33178. Undersigned counsel has attempted to call the client at the contact number provided by the client numerous times without no response. Copies of said letters are attached as composite Exhibit A.

A copy of this motion will be served upon Plaintiff at her last known address Marina Peralta-Alvarez 11344 NW 56 Street Miami, FL 33178.

As such the undersigned seeks to withdraw from the representation of the Plaintiff, Marina Peralta Alvarez

**STATEMENT OF NOTIFICATION TO THE CLIENT OF CERTAIN DEADLINES**

The undersigned counsel has made numerous attempts to notify the client and provided the client of certain deadlines required by the MDL Xarelto Settlement Program. Those deadlines are as follows:

| | |
|---|---|
| • Supplemental Registration | 6/10/2010 |
| • Enrollment | 8/5/2019 |
| • Election to Participate in Alternative Resolution Program | 9/4/2019 |
| • Claims Submission | 9/4/2019 |
| • Extraordinary Circumstances Fund Application | 9/4/2019 |
| • Extraordinary Circumstances Fund Package | 10/4/2019 |

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order Withdrawing Maria D. Tejedor, Esq., Carlos R. Diez-Arguelles, Esq., and Diez-Arguelles & Tejedor, P.A. from the representation of Plaintiff, Marina Peralta-Alvarez.

Dated: 9/18/2019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw As Counsel of Record Without Substitution has been filed electronically on this ___ day of September 2019 using the Court's CM/ECF system and sent via USPS Certified Mail to Plaintiff MARINA PERALTA ALVAREZ at her last known address of:

Marina Peralta Alvarez
11344 NW 56 Street
Miami, FL 33178.

Dated: 9/18/2019                                       Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*

# EXHIBIT A

# (composite)

## **RETURN OF SERVICE**

Letter

Case Number: _____

Plaintiff:
**MARINA PERALTA**

vs.

Defendant:


MJD2015012295

For:
Maria Tejedor, Esq.
Diez-Arguelles & Tejedor, PA
505 North Mills Avenue
Orlando, FL 32803

Received by Orange Legal, Inc. on the 3rd day of September, 2015 at 11:20 am to be served on **Marina Peralta, 11344 N.W. 56 St., Miami, FL 33178**.

I, Alexander Montoya, do hereby affirm that on the **4th day of September, 2015** at **8:10 am, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **Letter** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is fifteen (15) years of age or older to wit: **Jane Doe, Co-Resident** at **11344 N.W. 56 St., Miami, FL 33178** and informed said person of the contents therein, pursuant to F.S. 48.031 (1).

**Additional Information pertaining to this Service:**

Jane Doe/co-resident stated Mr. Peralta is out of town in Dominican Republic, refused to take documents in hand, read contents aloud and left on floor by door.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Alexander Montoya**
CPS 1576

Orange Legal, Inc.
633 E. Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: MJD-2015012295
Ref: 241665



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*
Jack T. Cook, *of Counsel*
Julia G. Young, *of Counsel*
Kelly V. Beattie

*Board Certified Trial Attorneys

www.theorlandolawyers.com

Toll Free: (888) 888-3773
Fax: (888) 611-7879

505 N. Mills Ave
Orlando, FL 32803
Phone: (407)705-2880

Please Reply To Orlando Office

3705 N. Himes Ave
Tampa, FL 32703

3132 Ponce de Leon Blvd
Miami, FL 33134

January 28, 2016

Sra. Marina Peralta
11344 NW 56 St.
Miami, FL 33178

Estimada Sra. Peralta:

Hemos intentado comunicarnos con usted con respecto a su caso pendiente en contra de Xarelto; pero lastimosamente no hemos podido comunicarnos. Al recibir de esta carta, favor comuníquese con nuestra oficina para así discutir temas pendientes sobre su caso. A su vez; por favor encuentre adjunto varias formas para obtener sus records farmacéuticos. Le pedimos que por favor firme las formas en donde se le indica y luego nos la devuelve en el sobre con la estampilla pre-pagada que también le hemos adjuntado para su conveniencia. **POR FAVOR NO LES PONGA FECHA A ESTAS FORMAS**.

Si usted tuviese alguna duda o pregunta, por favor comuníquese con nosotros a su conveniencia.

Sinceramente,

Maria D. Tejedor

MDT/lj



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

505 N. Mills Ave
Orlando, FL 32803
Phone: (407)705 2880

*Board Certified Trial Attorneys

Please Reply To Orlando Office

www.theorlandolawyers.com

3705 N. Himes Ave
Tampa, FL 32703

Toll Free: (888) 888-3773
Fax: (888) 611-7879

3132 Ponce de Leon Blvd
Miami, FL 33134

August 24, 2017

Ms. Marina Peralta Alvarez
11344 NW 56 ST.
Miami, FL   33178

*Re: Caso de Xarelto*

Estimada Sra. Peralta Alvarez:

Hemos intentado comunicarnos con usted pero sin exito. Hemos tratado varias veces. Al recibo de esta carta, favor de comunicarse con nuestra oficina. Es importante que discutimos su reclamacion.

Gracias por su atención a este asunto.

Muy atentamente,

Maria D. Tejedor

MDT/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

505 N. Mills Ave
Orlando, FL 32803
Phone: (407) 705 2880

*Board Certified Trial Attorneys

Please Reply To Orlando Office

www.theorlandolawyers.com

3705 N. Himes Ave
Tampa, FL 32703

Toll Free: (888) 888-3773
Fax: (888) 611-7879

3132 Ponce de Leon Blvd
Miami, FL 33134

October 10, 2018

Ms. Marina Peralta Alvarez
11344 NW 56 ST.
Miami, FL   33178

*Re: Caso de Xarelto – URGENTE*

Estimada Sra. Peralta Alvarez:

Hemos intentado comunicarnos con usted pero sin exito. Hemos tratado varias veces. Al recibo de esta carta, favor de comunicarse con nuestra oficina. Es importante que discutimos su reclamacion.

Gracias por su atención a este asunto.

Muy atentamente,

Maria D. Tejedor

MDT/mb



## DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

505 N. Mills Ave
Orlando, FL 32803
Phone: (407)705 2880

*Board Certified Trial Attorneys

www.theorlandolawyers.com

Toll Free: (888) 888-3773
Fax: (888) 611-7879

Please Reply To Orlando Office

3705 N. Himes Ave
Tampa, FL 32703

3132 Ponce de Leon Blvd
Miami, FL 33134

April 2, 2019

Ms. Marina Peralta Alvarez
11344 NW 56 ST.
Miami, FL   33178

*Re: Caso de Xarelto*

Estimada Sra. Peralta Alvarez:

Hemos intentado comunicarnos con usted pero sin exito. Al recibo de esta carta, favor de comunicarse con nuestra oficina. Es importante que discutimos su reclamacion.

Gracias por su atención a este asunto.

Muy atentamente,

Maria D. Tejedor

MDT/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:     (407)705-2880
Toll Free: (888) 888-3773
Facsimile: (407) 512-5868

May 16, 2019

Ms. Marina Peralta Alvarez
11344 NW 56 ST.
Miami, FL   33178

**RE:  Your Xarelto case**

Dear Ms. Peralta Alvarez:

We have been attempting to reach for a significant amount of time to discuss your products liability case and <u>certain court deadlines that have to be met</u>. However, we have been unsuccessful in our attempts. To date, we have not heard from you. This has significantly prejudice your case. Please contact us immediately upon receipt of this letter.

Sincerely,

Carlos Diez-Arguelles

CRDA/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:    (407)705-2880
Toll Free: (888)888-3773
Facsimile: (407)512-5868

August 6, 2019

Ms. Marina Peralta Alvarez
11344 NW 56 ST.
Miami, FL  33178

**Re: XARELTO**

Dear Ms. Peralta Alvarez:

We have made numerous attempts to contact you by telephone and in writing relative to your Xarelto case. However, to date you have not contacted our office. Please be advised that lack of communication on your part is jeopardizing your case. Upon receipt of this letter, kindly contact us so we may further discuss your claim.

Sincerely,

Maria Tejedor

MDT/mb