UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 SECTION: L |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**This Document Relates To:**
*Marina Peralta-Alvarez* – Case No.: 2:19-cv-9434

### AFFIDAVIT OF CARLOS R. DIEZ-ARGUELLES, ESQ.

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, this day personally appeared Carlos R. Diez-Arguelles, Esq., who after being duly sworn, deposes and states:

1. My name is Carlos R. Diez-Arguelles, Esq., and I am over the age of 18 and have person knowledge in this matter.

2. I own and operate Diez-Arguelles & Tejedor, P.A., in Orlando, Florida with my partner Maria D. Tejedor, Esq.

3. My firm was retained to represent Plaintiff, Marina Peralta in the instant matter.

4. Subsequent to the retainer agreement, myself, nor my office has been able to successfully contact Plaintiff.

5. Written correspondence via U.S. Mail to the last known address provided to Marina Peralta Alvarez and the correspondence has been returned.

6. We have attempted to call Plaintiff Marina Peralta at the telephone number provided to us by the client and the number has been disconnected.

7. We have attempted to make Service of Process to the address provided to us by the client at the commencement of representation which was returned unsuccessful.

8. We have attempted to advise the client of the deadlines and provided the client deadlines in this case which are the following:

    - Supplemental Registration                                          6/10/2010
    - Enrollment                                                         8/5/2019
    - Election to Participate in Alternative Resolution Program          9/4/2019
    - Claims Submission                                                  9/4/2019
    - Extraordinary Circumstances Fund Application                       9/4/2019
    - Extraordinary Circumstances Fund Package                           10/4/2019

9. As such we have not been able to confer with our client since the commencement of this case.

FURTHER AFFIANT SAYETH NAUGHT,

Signed and delivered this _18_ day of _September_, 2019.

_____
Carlos R. Diez-Arguelles

The foregoing instrument was acknowledged before me this _18th_ day of _September_, 2019, by Carlos R. Diez-Arguelles who is (personally known to me) (or who has produced) _____ as identification.

MELANIE BARRETTO
Notary Public - State of Florida
Commission # GG 295137
My Comm. Expires May 20, 2023
Bonded through National Notary Assn.

_____
NOTARY PUBLIC (signature)

_____
Print Name