UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION     SECTION: L

JUDGE ELDON E. FALLON
MAGISTRATE JUDGE NORTH

**This Document Relates to:**

*Marina Peralta-Alvarez* – Case No. 2:19-cv-9434

**ORDERED AND ADJUDGED:**

Considering the foregoing Motion to Withdraw as Counsel, .

IT IS HEREBY ORDERED that Carlos R. Diez-Arguelles and Maria Tejedor, and Diez-Arguelles & Tejedor is withdrawn as Plaintiff's attorney of record.

**DONE and ORDERED** in New Orleans, Louisiana, on this ____ day of _____, 2019.

_____
Judge Eldon E. Fallon