**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | )<br>)MDL No. 2592<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>**Judy Nelson**<br>Civil Action No. 2:15-cv-06144 | **SECTION L**<br>)<br>)<br>)**JUDGE ELDON E. FALLON**<br>)<br>)<br>)**MAGISTRATE JUDGE NORTH**<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Judy Nelson in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs. This stipulation shall only apply to Plaintiff Judy Nelson.

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: /s Levi M. Plesset

Levi M. Plesset
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 60067
Tel: (310) 396-9600
Fax: (310) 396-9635
lplesset@mjfwlaw.com

Attorneys for Plaintiffs

Dated:  September 18    , 2019


**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko

Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com


Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson,
Janssen Research & Development, LLC, and
Janssen Ortho LLC


Dated:  September 18    , 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow

Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com


Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG


Dated:  September 18    , 2019

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore

Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com


Liaison Counsel for Defendants


Dated:  September 18    , 2019

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that on   September 18  ,   2019,   the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                          /s/ Levi M. Plesset