UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELDON E. FALLON |
| GEORGE SHELTON, CASE NO. 2:19-cv-09038 | MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff GEORGE SHELTON, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. Around July 10, 2019, Plaintiff was admitted to Mercy Hospital for treatment for the flu. He was later transferred to University of Maryland Hospital where he stayed until he was discharged on September 13, 2019.

2. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

3. Due to Mr. Shelton's recent release from the hospital and current health status, it would be very difficult for him to attend the Show Cause hearing and therefore asks to be excused from the same. In his absence, his counsel will appear on his behalf.

Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

RESPECTFULLY SUBMITTED,

s/*Robert M. Hammers, Jr.*
Robert M. Hammers, Jr. Bar No. 337211

Schneider Hammers LLC
5555 Glenridge Connector Suite 975
Atlanta, GA 30342
Phone:  770-394-0047
Fax:  404-600-2626

rob@schneiderhammers.com

      I hereby certify that on September 18, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/<u>*Robert M. Hammers, Jr.*</u>