UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**This Document Relates to:**
*Carmen Bonell* – Case No. 2:15-cv-5196

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF CARMEN BONELL

Pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana and Federal Rule of Civil Procedure 7, the undersigned counsel for CARMEN BONELL and all other attorneys of record in this matter, hereby request the Court and counsel allow withdrawal as counsel of record for CARMEN BONELL and in support thereof state:

The undersigned has made numerous attempts to contact the client, Plaintiff CARMEN BONELL including telephone call and written correspondence. The undersigned have undertaken all reasonable efforts to communicate with the client to be sure that the client's information has not changed and is current. Nevertheless, Ms. Bonell has failed to respond to all of Counsel's numerous communications attempts regarding the upcoming deadlines in this case. Counsel has sent numerous letters via regular U.S. Mail to Plaintiff's last known address of 8638 Harding Avenue, Apt 602, Miami Beach, FL 33141. Undersigned counsel has attempted to call the client at the contact number provided by the client numerous times without no response. Copies of said letters are attached as composite Exhibit A.

A copy of this motion will be served upon Plaintiff at her last known address CARMEN BONELL 8638 Harding Avenue, Apt 602, Miami Beach, FL 33141.

As such, the undersigned seeks to withdraw from the representation of Plaintiff, Carmen Bonell.

## STATEMENT OF NOTIFICATION TO THE CLIENT OF CERTAIN DEADLINES

The undersigned counsel has made numerous attempts to notify the client and provided the client of certain deadlines required by the MDL Xarelto Settlement Program. Those deadlines are as follows:

- Supplemental Registration — 6/10/2010
- Enrollment — 8/5/2019
- Election to Participate in Alternative Resolution Program — 9/4/2019
- Claims Submission — 9/4/2019
- Extraordinary Circumstances Fund Application — 9/4/2019
- Extraordinary Circumstances Fund Package — 10/4/2019

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order Withdrawing Maria D. Tejedor, Esq., Carlos R. Diez-Arguelles, Esq., and Diez-Arguelles & Tejedor, P.A. from the representation of Plaintiff, CARMEN BONELL.

Dated: 9/18/2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw As Counsel of Record Without Substitution has been filed electronically on this ___ day of September 2019 using the Court's CM/ECF system and sent via USPS Certified Mail to Plaintiff CARMEN BONELL at her last known address of:

Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL 33141

Dated: 9/18/2019

Respectfully Submitted,

By: /s/ *Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*

# EXHIBIT A
# (COMPOSITE)

**DIEZ · ARGUELLES | TEJEDOR**
505 North Mills Ave. | Orlando, FL 32803

ORLANDO FL 327
20 FEB 15
PM 3 L

Ms. Carmen Bonell
8638 Harding Avenue
Miami, FL 33141



NIXIE   335   7E   1   0005/01/15

RETURN TO SENDER
SC: 32803311595   *0374-04973-15-41*



**ARGUELLES | TEJEDOR**
North Mills Ave. I Orlando, FL. 32803



Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

RIXIE
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD



RGUELLES | TEJEDOR

North Mills Ave. I Orlando, FL 32803

FL 331
28 MAY '19



02  1P
0000795150
$000.50
MAILED FROM ZIP CODE 32803

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

NIXIE        331  DE  1            0006/10/19
         RETURN TO SENDER
            UNCLAIMED
         UNABLE TO FORWARD

         BC: 32803531305     *1101-06547-23-43



DIEZ - ARGUELLES | TEJEDOR

505 North Mills Ave. I Orlando, FL 32803



Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

```
NIXIE        331   DE 1         8007/23/
          RETURN TO SENDER
               VACANT
          UNABLE TO FORWARD

          BC: 32803531305    *1401-02942-03
```



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main: (407)705-2880
Toll Free: (888)888-3773
Facsimile: (407)512-5868

August 6, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL 33141

Re: Xarelto

Dear Sra. Bonell:

We have made numerous attempts to contact you by telephone and in writing relative to your Xarelto case. However, to date you have not contacted our office. Please be advised that lack of communication on your part is jeopardizing your case. Upon receipt of this letter, kindly contact us so we may further discuss your claim.

Sincerely,

Maria D. Tejedor

MDT/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:      (407)705-2880
Toll Free: (888)888-3773
Facsimile: (407)512-5868

June 3, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

Re: Caso de Xarelto

Estimada Sra. Bonell:

Hemos intentado comunicarnos con usted pero sin exito. Al recibo de esta carta, favor de comunicarse con nuestra oficina. Es importante que discutimos su reclamacion.

Gracias por su atention a este asunto.

Muy atentamente,

Maria D. Tejedor

MDT/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:      (407)705-2880
Toll Free: (888) 888-3773
Facsimile: (407) 512-5868

May 13, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

RE:  Your Xarelto case

Dear Ms. Bonell:

  We have been attempting to reach for a significant amount of time to discuss your products liability case and <u>certain court deadlines that have to be met</u>. However, we have been unsuccessful in our attempts. To date, we have not heard from you. This has significantly prejudice your case. Please contact us immediately upon receipt of this letter.

Sincerely,

Carlos Diez-Arguelles

CRDA/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:       (407)705-2880
Toll Free:  (888) 888-3773
Facsimile: (407) 512-5868

May 23, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL  33141

RE:  Caso de Xarelto

Estimada Sra. Bonell:

Tomamos nota de que usted tenía anemia y sangrado por prolapso de vejiga. Sin embargo, no tenemos evidencia de lesión relacionada con Xarelto en el momento de la ingesta de Xarelto.

Proporcione los registros adicionales, si los hay, relacionados con el evento de sangrado y los detalles de la ingesta de Xarelto.

Sinceramente,

Maria D. Tejedor

MDT/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

505 N. Mills Ave
Orlando, FL 32803
Phone: (407)705 2880

*Board Certified Trial Attorneys

Please Reply To Orlando Office

www.theorlandolawyers.com

3705 N. Himes Ave
Tampa, FL 32703

Toll Free: (888) 888-3773
Fax: (888) 611-7879

3132 Ponce de Leon Blvd
Miami, FL 33134

March 28, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL  33141

Estimado/a Sra. Bonell:

Hemos intentado comunicarnos con usted pero sin exito. Al recibo de esta carta, favor de comunicarse con nuestra oficina. Es importante que discutimos su reclamacion.

Gracias por su atention a este asunto.

Muy atentamente,

Melanie Barrett

Maria D. Tejedor

MDT/mb