UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELDON E. FALLON |
| JAMES BRADLEY, CASE NO. 2:19-cv-09026 | MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff JAMES BRADLEY, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. Counsel lost contact with James Bradley in late 2018. Our firm has diligently worked to comply with the Court's Case Management Order 12A. We are requesting additional time to get the necessary forms signed and notarized once we locate Mr. Bradley. Since we are not able to locate Mr. Bradley at this time, we are requesting that he be excused from the Show Cause hearing. In his absence, his counsel will appear on his behalf.

Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

RESPECTFULLY SUBMITTED,

s/*Robert M. Hammers, Jr.*
Robert M. Hammers, Jr. Bar No. 337211

Schneider Hammers LLC
5555 Glenridge Connector Suite 975
Atlanta, GA 30342
Phone:  770-394-0047
Fax:  404-600-2626

rob@schneiderhammers.com

   I hereby certify that on September 18, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                       s/*Robert M. Hammers, Jr.*