IN RE: XARELTO (RIVAROXABAN)           MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION          SECTION: L


                                       JUDGE ELDON E. FALLON
                                       MAGISTRATE JUDGE NORTH


**This Document Relates to:**

*Carmen Bonell* – Case No.: 2:15-cv-5196

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff, Carmen Bonell, by and through the undersigned counsel, and hereby files this response to the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply with Case Management Order 12A, and states:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed without prejudice for lack of subject matter jurisdiction.

2. On September 18, 2019, a Motion to Withdraw as Counsel of Record without Substitution for Plaintiff has been filed in the instant matter. See Exhibit A attached hereto.

3. As such, we have not been able to comply with Case Management Order 12A.

   WHEREFORE, Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused pending the Court's Order for Counsel to be Withdrawn as attorney of record in the instant matter.

Dated: September 18, 2019


(CERTIFICATE OF SERVICE ON NEXT PAGE)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO.: 2592
SECTION: L

JUDGE ELDON E. FALLON
MAGISTRATE JUDGE NORTH

**This Document Relates to:**
*Carmen Bonell* – Case No. 2:15-cv-5196

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF CARMEN BONELL

Pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana and Federal Rule of Civil Procedure 7, the undersigned counsel for CARMEN BONELL and all other attorneys of record in this matter, hereby request the Court and counsel allow withdrawal as counsel of record for CARMEN BONELL and in support thereof state:

The undersigned has made numerous attempts to contact the client, Plaintiff CARMEN BONELL including telephone call and written correspondence. The undersigned have undertaken all reasonable efforts to communicate with the client to be sure that the client's information has not changed and is current. Nevertheless, Ms. Bonell has failed to respond to all of Counsel's numerous communications attempts regarding the upcoming deadlines in this case. Counsel has sent numerous letters via regular U.S. Mail to Plaintiff's last known address of 8638 Harding Avenue, Apt 602, Miami Beach, FL 33141. Undersigned counsel has attempted to call the client at the contact number provided by the client numerous times without no response. Copies of said letters are attached as composite Exhibit A.

A copy of this motion will be served upon Plaintiff at her last known address CARMEN BONELL 8638 Harding Avenue, Apt 602, Miami Beach, FL 33141.

As such, the undersigned seeks to withdraw from the representation of Plaintiff, Carmen Bonell.

## STATEMENT OF NOTIFICATION TO THE CLIENT OF CERTAIN DEADLINES

The undersigned counsel has made numerous attempts to notify the client and provided the client of certain deadlines required by the MDL Xarelto Settlement Program. Those deadlines are as follows:

| | |
|---|---|
| • Supplemental Registration | 6/10/2010 |
| • Enrollment | 8/5/2019 |
| • Election to Participate in Alternative Resolution Program | 9/4/2019 |
| • Claims Submission | 9/4/2019 |
| • Extraordinary Circumstances Fund Application | 9/4/2019 |
| • Extraordinary Circumstances Fund Package | 10/4/2019 |

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order Withdrawing Maria D. Tejedor, Esq., Carlos R. Diez-Arguelles, Esq., and Diez-Arguelles & Tejedor, P.A. from the representation of Plaintiff, CARMEN BONELL.

Dated: 9/18/2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw As Counsel of Record Without Substitution has been filed electronically on this ___ day of September 2019 using the Court's CM/ECF system and sent via USPS Certified Mail to Plaintiff CARMEN BONELL at her last known address of:

Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL 33141

Dated: 9/18/2019                                        Respectfully Submitted,

By: /s/ Carlos Diez-Arguelles, Esq.
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*

# EXHIBIT A
# (COMPOSITE)



DIEZ · ARGUELLES | TEJEDOR

505 North Mills Ave. | Orlando, FL 32803

ORLANDO
FL 327
19 FEB '15
PM 3 L

Ms. Carmen Bonell
8638 Harding Avenue
Miami, FL 33141



NIXIE     333     7E 1      DE 1
                  RETURN TO SENDER

SC: 324035313305          *0374-04973-19-41



ARGUELLES | TEJEDOR

North Mills Ave. | Orlando, FL. 32803



UNITED STATES POSTAGE

PITNEY BOWES

02 1P        $000.50⁰
0000795150
MAILED FROM ZIP CODE 32803

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

RIXIE       331   CE 1          2284/18/19
              RETURN TO SENDER
                   UNCLAIMED
              UNABLE TO FORWARD
6C: 32803531305      *1101-06446-28-39



RGUELLES | TEJEDOR

North Mills Ave. I Orlando, FL 32803

FL 331
28 MAY '19



UNITED STATES POSTAGE
PITNEY BOWES
$000.50⁰
02 1P
0000795150
MAILED FROM ZIP CODE 32803

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

NIXIE     331   DE 1       0006/10/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 32803531305     *1101-06547-23-43



# DIEZ - ARGUELLES | TEJEDOR

505 North Mills Ave  I  Orlando, FL 32803



02  1P
$
0000795160
MAILED FROM ZIP

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

NIXIE        331   DE 1          0007/23/

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 32803531385    *1401-02942-03



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor◆

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:      (407)705-2880
Toll Free: (888)888-3773
Facsimile: (407)512-5868

August 6, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL  33141

        Re: Xarelto

Dear Sra. Bonell:

        We have made numerous attempts to contact you by telephone and in writing relative to your Xarelto case.  However, to date you have not contacted our office.  Please be advised that lack of communication on your part is jeopardizing your case.  Upon receipt of this letter, kindly contact us so we may further discuss your claim.

                                    Sincerely,

                                    Maria D. Tejedor

MDT/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:      (407)705-2880
Toll Free: (888)888-3773
Facsimile: (407)512-5868

June 3, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

Re: Caso de Xarelto

Estimada Sra. Bonell:

Hemos intentado comunicarnos con usted pero sin exito.  Al recibo de esta carta, favor de comunicarse con nuestra oficina.  Es importante que discutimos su reclamacion.

Gracias por su atention a este asunto.

Muy atentamente,

Maria D. Tejedor

MDT/mb

(por)

Urgente!



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
María D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:       (407)705-2880
Toll Free: (888) 888-3773
Facsimile: (407) 512-5868

May 13, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL  33141

       RE: Your Xarelto case

Dear Ms. Bonell:

       We have been attempting to reach for a significant amount of time to discuss your products liability case and certain court deadlines that have to be met. However, we have been unsuccessful in our attempts. To date, we have not heard from you. This has significantly prejudice your case. Please contact us immediately upon receipt of this letter.

                     Sincerely,

                     Carlos Diez-Arguelles

CRDA/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

*Board Certified Trial Attorneys

www.theorlandolawyers.com

505 N Mills Avenue
Orlando, FL 32803

Main:     (407)705-2880
Toll Free: (888) 888-3773
Facsimile: (407) 512-5868

May 23, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL  33141

RE:  Caso de Xarelto

Estimada Sra. Bonell:

Tomamos nota de que usted tenía anemia y sangrado por prolapso de vejiga. Sin embargo, no tenemos evidencia de lesión relacionada con Xarelto en el momento de la ingesta de Xarelto.

Proporcione los registros adicionales, si los hay, relacionados con el evento de sangrado y los detalles de la ingesta de Xarelto.

Sinceramente,

Maria D. Tejedor

MDT/mb



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

505 N. Mills Ave
Orlando, FL 32803
Phone: (407)705 2880

*Board Certified Trial Attorneys

www.theorlandolawyers.com

Toll Free: (888) 888-3773
Fax: (888) 611-7879

Please Reply To Orlando Office

3705 N. Himes Ave
Tampa, FL 32703

3132 Ponce de Leon Blvd
Miami, FL 33134

March 28, 2019

Sra. Carmen Bonell
8638 Harding Avenue Apt 602
Miami Beach, FL   33141

Estimado/a Sra. Bonell:

Hemos intentado comunicarnos con usted pero sin exito.  Al recibo de esta carta, favor de comunicarse con nuestra oficina.  Es importante que discutimos su reclamacion.

Gracias por su atention a este asunto.

Muy atentamente,

Maria D. Tejedor

MDT/mb