UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: **Tara Tuggle** Civil Action No. 2:16-cv-06592 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Tara Tuggle in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs. This stipulation shall only apply to Plaintiff Tara Tuggle.

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: /s Levi M. Plesset
Levi M. Plesset
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 60067
Tel: (310) 396-9600
Fax: (310) 396-9635
lplesset@mjfwlaw.com

Attorneys for Plaintiffs

Dated:  September 18   , 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
 Susan M. Sharko
 600 Campus Dr.
 Florham Park, NJ 07932
 Telephone: (973) 549-7000
 susan.sharko@dbr.com


 Attorneys for Defendants Janssen
 Pharmaceuticals, Inc., Johnson & Johnson,
 Janssen Research & Development, LLC, and
 Janssen Ortho LLC


 Dated:  September 18   , 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
 Andrew K. Solow
 250 West 55th Street
 New York, New York 10019-9710
 Telephone: (212) 836-8000
 Facsimile: (212) 836-8689
 William Hoffman
 601 Massachusetts Ave., NW
 Washington, D.C. 20001
 Telephone: (202) 942-5000
 Facsimile: (202) 942-5999
 andrew.solow@arnoldporter.com
 william.hoffman@arnoldporter.com

 Attorneys for Defendants Bayer HealthCare
 Pharmaceuticals Inc., and Bayer Pharma AG

 Dated:  September 18    , 2019

 **IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
 Kim E. Moore
 400 Poydras St., Ste, 2700
 New Orleans, LA 70130
 Telephone: (504) 310-2100
 kmoore@irwinllc.com

 Liaison Counsel for Defendants

 Dated:  September 18    , 2019

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 18, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Levi M. Plesset