UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| WILLIAM FELL Civil Action No. 2:16-cv-13437 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**FERRELL LAW GROUP**
By: /s/ James C. Ferrell
James C. Ferrell
6226 Washington Ave, Suite 200
Houston, Texas 77007
Telephone: (713) 337-3855
Jferrell@jamesferrell-law.com

Attorney for Plaintiff

Dated: September 18, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: September 18, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, NY 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington DC, 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    Andrew.solow@arnoldporter.com
    William.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: September 18, 2019


**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste. 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: September 18, 2019


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 18th of September, 2019, the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


**/s/  James C. Ferrell**