UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| RICHARD E. GOMEZ Civil Action No. 2:17-cv-01123 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **FERRELL LAW GROUP** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ James C. Ferrell | By: /s/Susan Sharko |
| James C. Ferrell | Susan M. Sharko |
| 6226 Washington Ave, Suite 200 | 600 Campus Drive |
| Houston, Texas 77007 | Florham Park, NJ 07932 |
| Telephone: (713) 337-3855 | Telephone: (973) 549-7000 |
| Jferrell@jamesferrell-law.com | susan.sharko@dbr.com |
| Attorney for Plaintiff | Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Dated: September 18, 2019 | Dated: September 18, 2019 |

          **ARNOLD & PORTER KAYE SCHOLER LLP**
          By: <u>/s/Andrew K. Solow</u>
           Andrew K. Solow
           250 West 55th Street
           New York, NY 10019-9710
           Telephone: (212) 836-8000
           Facsimile: (212) 836-8689
           William Hoffman
           601 Massachusetts Ave., NW
           Washington DC, 20001
           Telephone: (202) 942-5000
           Facsimile: (202) 942-5999
           Andrew.solow@arnoldporter.com
           William.hoffman@arnoldporter.com

          Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: September 18, 2019


          **IRWIN FRITCHIE URQUHART & MOORE LLC**
          By: <u>/s/Kim E. Moore</u>
           Kim E. Moore
           400 Poydras St., Ste. 2700
           New Orleans, LA 70130
           Telephone: (504) 310-2100
           Kmoore@irwinllc.com

          Liaison Counsel for Defendants

Dated: September 18, 2019


## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 18th of September, 2019, the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


              **<u>/s/ James C. Ferrell</u>**