UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**HUGH H. ENGLER AND JOY ENGLER**<br>Civil Action No. 2:16-cv-13965 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**NastLaw LLC**

By: /s/ _Joanne E. Matusko_

Dianne M. Nast
Daniel N. Gallucci
Joanne E. Matusko
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
dnast@nastlaw.com
dgallucci@nastlaw.com
jmatusko@nastlaw.com

Attorney for Plaintiff
Dated: September 18, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorneys for Defendants Janssen
   Pharmaceuticals, Inc., Janssen Research &
   Development, LLC, Janssen Ortho LLC, and
   Johnson & Johnson
   Dated: September 18, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
   Andrew K. Solow
   250 West 55th Street

       New York, New York 10019-9710
       Telephone: (212) 836-8000
       Facsimile: (212) 836-8689
       William Hoffman
       601 Massachusetts Ave., NW
       Washington, D.C. 20001
       Telephone: (202) 942-5000
       Facsimile: (202) 942-5999
       andrew.solow@arnoldporter.com
       william.hoffman@arnoldporter.com

       Attorneys for Defendants Bayer HealthCare
       Pharmaceuticals Inc., and Bayer Pharma AG
       Dated: September 18, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: September 18, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Joanne E. Matusko*