UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L |
|  | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**This Document Relates To:**
*Carmen Bonell* – Case No.: 2:15-cv-5196

### AFFIDAVIT OF CARLOS R. DIEZ-ARGUELLES, ESQ.

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, this day personally appeared Carlos R. Diez-Arguelles, Esq., who after being duly sworn, deposes and states:

1. My name is Carlos R. Diez-Arguelles, Esq., and I am over the age of 18 and have person knowledge in this matter.

2. I own and operate Diez-Arguelles & Tejedor, P.A., in Orlando, Florida with my partner Maria D. Tejedor, Esq.

3. My firm was retained to represent Plaintiff, Carmen Bonell in the instant matter.

4. Subsequent to the retainer agreement, myself, nor my office has been able to successfully contact Plaintiff to discuss specific deadlines in the instant matter.

5. We have attempted to send correspondence via U.S. Mail to the last known address for Carmen Bonell and the correspondence has been returned to our office.

6. We have attempted to contact the client at the telephone number provided to us by the client and the number has been disconnected.

7. We have attempted to advise the client of the deadlines and provided the client of the deadlines in this case which are the following:

   - Supplemental Registration due                                              6/10/2010
   - Enrollment due                                                             8/5/2019
   - Election to Participate in Alternative Resolution Program                  9/4/2019
   - Claims Submission                                                          9/4/2019
   - Extraordinary Circumstances Fund Application                               9/4/2019
   - Extraordinary Circumstances Fund Package                                   10/4/2019

8. As such we have not been able to confer with our client since the commencement of this case to discuss and meet the above deadlines.

FURTHER AFFIANT SAYETH NAUGHT,

Signed and delivered this ___ day of SEPTEMBER, 2019.

_____
Carlos R. Diez-Arguelles

The foregoing instrument was acknowledged before me this 18th day of September, 2019, by Carlos R. Diez-Arguelles who is (personally known to me) (or who has produced) _____ as identification.

_____
NOTARY PUBLIC (signature)

MELANIE BARRETTO
Notary Public - State of Florida
Commission # GG 295137
My Comm. Expires May 20, 2023
Bonded through National Notary Assn.

Print Name

(SEAL)