UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Carmen Bonell* – Case No. 2:15-cv-5196

**ORDERED AND ADJUDGED:**

Considering the foregoing Motion to Withdraw as Counsel,

IT IS HEREBY ORDERED that Carlos R. Diez-Arguelles and Maria Tejedor, and Diez-Arguelles & Tejedor is withdrawn as Plaintiff's attorney of record.

**DONE and ORDERED** in New Orleans, Louisiana, on this ____ day of _____, 2019.

_____
Judge Eldon E. Fallon