**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) § | | |
| PRODUCTS LIABILITY LITIGATION § | MDL No. 2592 | |
| § | | |
| THIS DOCUMENT RELATES TO: § | SECTION L | |
| § | JUDGE ELDON E. FALLON | |
| Diane Barnes § | | |
| Civil Action No. 2:16-cv-09962 § | MAGISTRATE JUDGE NORTH | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Diane Barnes, by and through her undersigned Counsel of record, and respectfully submits this Response to the Order to Show Cause filed on September 10, 2019, and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 11, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. On September 17, 2019, Plaintiff received Notice of Complete Enrollment Package through the MDL Centrality portal.

4. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Case 2:14-md-02592-EEF-MBN Document 15752 Filed 09/18/19 Page 2 of 2

Dated: September 18, 2019

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jennifer Nolte
Jennifer Nolte