UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| FRANK FARAONE Civil Action No. 2:16-cv-11750 | |

### PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Frank Faraone, by and through his undersigned Counsel of record, respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. For several months prior to the September 4th enrollment deadline, Counsel attempted to contact Plaintiff by phone, letter, and private investigator to inform him of the settlement.

2. On September 5, 2019, Counsel was contacted by Plaintiff's wife, Alfreda Runge, who informed Counsel that Plaintiff had died. That same day, Counsel sent via overnight delivery the enrollment package to Ms. Runge to complete on behalf of Plaintiff.

3. On September 10, 2019, Ms. Runge returned the enrollment package and Counsel submitted an executed Enrollment Election Form, Release, Release Addendum for Deceased Claimants, and Sworn Declaration for Deceased Xarelto Product User with No Last Will and Testament via the MDL Centrality portal indicating her intent to enroll in the Xarelto Settlement Program on behalf of Plaintiff.

4.      Ms. Runge cannot attend the September 25, 2019 hearing because she is recovering from cancer and received her final round of radiation last week. The effect of the radiation treatment limits her ability to travel to the point where Ms. Runge believes she cannot ride in a plane from California to Louisiana.

5.      Furthermore, Ms. Runge has an injury to her foot, which makes it difficult for her to walk. She has a doctor's appointment in California for this issue on September 27, 2019, and Ms. Runge fears her attendance at the September 25, 2019 hearing could cause her to miss her appointment.

6.      Finally, Ms. Runge is scheduled for eye surgery on October 2, 2019. Ms. Runge needs time to prepare for the procedure.

WHEREFORE, Plaintiff is now in compliance with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Ms. Runge's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 18, 2019              /s/ David P. Vicknair
                                       **SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
                                       David Vicknair
                                       909 Poydras St., Ste. 1100
                                       New Orleans, LA 70112
                                       Telephone: (504) 684-5200
                                       Facsimile: (504) 613-6351
                                       david@svhclaw.com
                                       *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILTY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| THIS DOCUMENT RELATES TO: ) | MAGISTRATE JUDGE NORTH |
| ) | |
| FRANK FARAONE ) | |
| Civil Action No. 2:16-cv-11750 ) | |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply with Case Management Order 12A was served upon all parties of record electronically by CM/ECF on September 18, 2019.

/s/ David P. Vicknair
**SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
David Vicknair
909 Poydras St., Ste. 1100
New Orleans, LA 70112
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
david@svhclaw.com
*Attorney for Plaintiff*

3