UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXOBAN) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Aubrey S. King<br>v. Janssen Research & Development LLC, et al.<br>Civil Action Number: 2:16-cv-03502-EEF-MBN | MDL NUMBER 2592<br><br>SECTION L<br><br>JUDGE:<br>ELDON E. FALLON<br><br>MAGISTRATE JUDGE:<br>MICHAEL B. NORTH<br><br>JURY DEMAND |

## MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT HEARING

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **ROBERT MICHAEL KING ON BEHALF OF AUBREY S. KING**, to file this Motion to Be Excused From Personal Attendance at Hearing.

1.

On September 10, 2019, the Court issued the Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply With Case Management Order 12A and the above referenced case was listed on Exhibit A. Aubrey S. King died while this case was pending and Robert Michael King is the son of Aubrey S. King. Robert Michael King became aware of the Xarelto Settlement Program after being contacted as the Legal Representative of Aubrey S. King by the Murray Law Firm. Robert Michael King intended to timely submit the paperwork to participate in the Xarelto Settlement Program on behalf of Aubrey S. King but accidentally sent a Federal Express envelope containing the settlement paperwork through the United States Postal Service. This inadvertent

1

error by Robert Michael King resulted in a delay in receipt of the settlement paperwork by the Murray Law Firm.

2.

Undersigned counsel submitted the settlement paperwork including the Enrollment Election Form, Release of All Claims, SD-2 Sworn Declaration: Deceased Xarelto Product User with No Last Will and Testament, and Alabama Certificate of Death upon receipt on September 5, 2019. The Enrollment Package has now been submitted and the file is complete.

3.

Robert Michael King is unable to attend the hearing on September 25, 2019, at 8:30 a.m. due to the inability to miss work and travel considerations. Robert Michael King is a construction worker and there is a deadline for completion of the current construction project such that he is not able to take time off from work. Robert Michael King also resides in Athens, Alabama, which is approximately 435 miles from the courthouse and travel would be a financial hardship. Undersigned counsel will be present at the hearing in person.

**WHEREFORE,** Plaintiff, **ROBERT MICHAEL KING ON BEHALF OF AUBREY S. KING**, respectfully requests that this Motion to Be Excused From Personal Attendance at Hearing be granted.

**DATED:     SEPTEMBER 18, 2019**

Respectfully Submitted,

**/s/ Jessica W. Hayes (#28927)**
Stephen B. Murray, Sr. (#9858)
Arthur M. Murray (#27694)
**Jessica W. Hayes (#28927)**
Robin Myers Primeau (#32613)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
Email: smurray@murray-lawfirm.com
Email: amurray@murray-lawfirm.com
Email: jhayes@murray-lawfirm.com
Email: rmyers@murray-lawfirm.com

**CERTIFICATE OF SERVICE**

I, **Jessica W. Hayes, Trial Attorney (#28927)**, hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system this 18th day of September, 2019.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**/s/ Jessica W. Hayes (#28927)**
**Jessica W. Hayes (#28927)**