EXHIBIT D-1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | )<br>)**MDL No. 2592**<br>)<br>) |
| THIS DOCUMENT RELATES<br><br>TO: **RAYMOND WOOD**<br><br> Civil Action No. 2:16-cv-16956 | )<br>**SECTION L**<br>)<br>)<br>)**JUDGE ELDON E. FALLON**<br>)<br>)<br>)**MAGISTRATE JUDGE NORTH**<br>) |

## <u>RESPONSE TO THE COURT'S SHOW CAUSE ORDER</u>

The Court issued a show cause order as to why this case should not be dismissed for lack of jurisdiction.  Plaintiff has no objection to the Court dismissing this case without prejudice based on the Court's lack of jurisdiction over this case.

**Ferrer Poirot Wansbrough**

By: /s/ Russell T. Abney

Russell T. Abney, Esq.

Attorney I.D. No. 000875 (GA)

FERRER, POIROT &

WANSBROUGH

2100 RiverEdge Pkwy NW, Suite 1025

Atlanta, GA 30328

Telephone: 800.521.4492

Fax: 866.513.0115

atlanta@lawyerworks.com

Attorney for the Plaintiffs


Attorneys for Plaintiffs

Dated September 18, 2019

EXHIBIT D-1

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned hereby certifies that on  September 18  ,   2019,   the   foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          /s/   Russell T. Abney