UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Zator v. Janssen Research & Development LLC et al.*, Cause No. 2:19-CV-7115 | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**PLAINTIFF BETTY ZATOR'S MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THIS COURT'S SEPTEMBER 25, 2019 SHOW-CAUSE HEARING DUE TO MEDICAL NECESSITY**

Pursuant to this Court's Case Management Order 12A entered on September 10, 2019 ("CMO 12A"), Plaintiff Betty Zator ("Ms. Zator") moves to be excused from this Court's September 25, 2019 hearing for reasons of medical necessity, and hereby shows as follows:

**FACTUAL BACKGROUND AND MOTION**

Ms. Zator, a resident of Monongalia County, West Virginia, ingested Xarelto from approximately July 9, 2012 through September 1, 2012, and suffered severe gastrointestinal bleeding on February 1, 2012 as a direct result of Xarelto usage. Due to complications from the severe bleeding, she suffers from permanent mobility issues, including balance problems. Over this past summer, she suffered from a major fall when she attempted to wash a wall at her ranch, and lay outside for three hours before someone found her. She also has a pacemaker, never drives, and never goes outside of her town in West Virginia.

For these reasons demonstrating medical necessity—one of the bases for excuse from personal attendance outlined in CMO 12A—Ms. Zator is unable to travel from her home in Maidsville, West Virginia to New Orleans, Louisiana to attend this Court's September 25, 2019

2

show-cause hearing. Accordingly, under CMO 12A, Ms. Zator moves this Court to excuse her from personally attending the September 25, 2019 hearing in this matter.

Dated: September 18, 2019

                                                  Respectfully submitted,

                                                  **TRAMMELL PC**

                                                  BY: _/s/ Fletcher V. Trammell_____
                                                  FLETCHER V. TRAMMELL
                                                  TX Bar No. 24042053
                                                  MICHAEL R. DARLING
                                                  TX Bar No. 24105778
                                                  TRAMMELL PC
                                                  3262 Westheimer, Suite 423
                                                  Houston, TX 77098
                                                  (800) 405-1740

                                                  ***Attorneys for Plaintiff***