# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Baldia v. Janssen Research & Development LLC et al.*, Cause No. 2:19-CV-5360 | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

## PLAINTIFF EMILIO BALDIA'S MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THIS COURT'S SEPTEMBER 25, 2019 SHOW-CAUSE HEARING DUE TO MEDICAL NECESSITY

Pursuant to this Court's Case Management Order 12A entered on September 10, 2019 ("CMO 12A"), Plaintiff Emilio Baldia ("Mr. Baldia") moves to be excused from this Court's September 25, 2019 hearing for reasons of medical necessity, and hereby shows as follows:

### FACTUAL BACKGROUND AND MOTION

Mr. Baldia, a resident of Solano County, California, ingested Xarelto from approximately January 2016 through December 22, 2016, and suffered severe internal bleeding on December 22, 2016 as a direct result of Xarelto usage. Due to complications from the severe bleeding, he suffers from permanent mobility issues, including major trouble walking. He is required to use a walker to get around at all, and very rarely leaves his home. He has not left California in the past four years, and does not fly. He is on a substantial regimen of medication for his failing heart and lungs, including blood sugar medication, and is on permanent oxygen. The oxygen tanks he has will only last him four hours.

For these reasons demonstrating medical necessity—one of the bases for excuse from personal attendance outlined in CMO 12A—Mr. Baldia is unable to travel from his home in Fairfield, California to New Orleans, Louisiana to attend this Court's September 25, 2019 show-

2

cause hearing. Accordingly, under CMO 12A, Mr. Baldia moves this Court to excuse him from personally attending the September 25, 2019 hearing in this matter.

Dated: September 18, 2019

        Respectfully submitted,

        **TRAMMELL PC**

        BY:  */s/ Fletcher V. Trammell*
        FLETCHER V. TRAMMELL
        TX Bar No. 24042053
        MICHAEL R. DARLING
        TX Bar No. 24105778
        TRAMMELL PC
        3262 Westheimer, Suite 423
        Houston, TX 77098
        (800) 405-1740

        ***Attorneys for Plaintiff***