UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Rodgers v. Janssen Research & Development LLC et al.*, Cause No. 2:19-CV-8443 | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### PLAINTIFF NATHANIEL RODGERS' MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THIS COURT'S SEPTEMBER 25, 2019 SHOW-CAUSE HEARING DUE TO MEDICAL NECESSITY

Pursuant to this Court's Case Management Order 12A entered on September 10, 2019 ("CMO 12A"), Plaintiff Nathaniel Rodgers ("Mr. Rodgers") moves to be excused from this Court's September 25, 2019 hearing for reasons of medical necessity, and hereby shows as follows:

### FACTUAL BACKGROUND AND MOTION

Mr. Rodgers, a resident of Wayne County, Michigan, ingested Xarelto from approximately October 2016 to November 2016, and suffered a hemorrhagic stroke on November 29, 2016 as a direct result of Xarelto usage. Due to complications from the severe stroke, he has lasting and permanent problems with balance and mobility; he has major trouble walking. Additionally, his left arm is entirely non-functioning. He cannot even move his left fingers.

For these reasons demonstrating medical necessity—one of the bases for excuse from personal attendance outlined in CMO 12A—Mr. Rodgers is unable to travel from his home in Redford, Michigan to New Orleans, Louisiana to attend this Court's September 25, 2019 show-cause hearing. Accordingly, under CMO 12A, Mr. Rodgers moves this Court to excuse him from personally attending the September 25, 2019 hearing in this matter.

Dated: September 18, 2019

                                              Respectfully submitted,

**TRAMMELL PC**

BY: _/s/ Fletcher V. Trammell_
FLETCHER V. TRAMMELL
TX Bar No. 24042053
MICHAEL R. DARLING
TX Bar No. 24105778
TRAMMELL PC
3262 Westheimer, Suite 423
Houston, TX 77098
(800) 405-1740

***Attorneys for Plaintiff***