UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Rodgers v. Janssen Research & Development LLC et al.*, Cause No. 2:19-CV-8443 | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### ORDER GRANTING PLAINTIFF NATHANIEL RODGERS' MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THIS COURT'S SEPTEMBER 25, 2019 SHOW-CAUSE HEARING DUE TO MEDICAL NECESSITY

THIS MATTER, having come before this Court on Plaintiff's Motion to Be Excused from Personal Attendance at this Court's September 25, 2019 Show-Cause Hearing Due to Medical Necessity—and this Court having reviewed it and being otherwise sufficiently advised—it is hereby ORDERED that Plaintiff's Motion to Be Excused is hereby GRANTED, and Plaintiff is excused from personal attendance at this Court's September 25, 2019 show-cause hearing.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge