UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Williams v. Janssen Research & Development LLC et al.*, Cause No. 2:18-CV-14304 | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

### PLAINTIFF FRANCES WILLIAMS' MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THIS COURT'S SEPTEMBER 25, 2019 SHOW-CAUSE HEARING DUE TO MEDICAL NECESSITY

Pursuant to this Court's Case Management Order 12A entered on September 10, 2019 ("CMO 12A"), Plaintiff Frances Williams ("Ms. Williams") moves to be excused from this Court's September 25, 2019 hearing for reasons of medical necessity, and hereby shows as follows:

### FACTUAL BACKGROUND AND MOTION

Ms. Williams, a resident of Jefferson County, Ohio, ingested Xarelto from approximately August 3, 2015 to December 28, 2016 and suffered a severe gastrointestinal bleed on December 28, 2016, as a direct result of Xarelto usage. Due to complications from the severe bleed, she cannot move, and is entirely bedridden. Ms. Williams' daughter, Helen Williams, stated that traveling would literally kill her mother.

For these reasons demonstrating medical necessity—one of the bases for excuse from personal attendance outlined in CMO 12A—Ms. Williams is unable to travel from her home in Wintersville, Ohio to New Orleans, Louisiana to attend this Court's September 25, 2019 show-cause hearing. Accordingly, under CMO 12A, Ms. Williams moves this Court to excuse her from personally attending the September 25, 2019 hearing in this matter.

Dated: September 18, 2019

                                                Respectfully submitted,

**TRAMMELL PC**

BY:  */s/ Fletcher V. Trammell*
FLETCHER V. TRAMMELL
TX Bar No. 24042053
MICHAEL R. DARLING
TX Bar No. 24105778
TRAMMELL PC
3262 Westheimer, Suite 423
Houston, TX 77098
(800) 405-1740

***Attorneys for Plaintiff***