UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------X

| | |
|---|---|
| | MDL NO. 2592 |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| WILMA PARTON as surviving spouse of DELMAR PARTON | |
| | Civil Action No.: 2:16-cv-09075 |

------------------------------------------------------------------X

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE
MANAGEMENT ORDER 12A

COMES NOW, Plaintiff WILMA PARTON as surviving spouse of DELMAR PARTON, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1.   On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2.   On September 18, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3.	WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 18, 2019

Atlanta, Georgia

                                      FERRER POIROT & WANSBROUGH

                                      */s/ Russell T. Abney*_____

                                      Russell T. Abney, Esq.
                                      Attorney I.D. No. 000875 (GA)
                                      FERRER, POIROT & WANSBROUGH
                                      2100 RiverEdge Pkwy NW, Suite 1025
                                      Atlanta, GA 30328
                                      Telephone: 800.661.8210
                                      Fax: 770.933.3425
                                      atlanta@lawyerworks.com

                                      ***Attorney for the Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

--------------------------------------------------------------------X

| | |
|---|---|
| | MDL NO. 2592 |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| WILMA PARTON as surviving spouse of DELMAR PARTON | |
| | Civil Action No.: 2:16-cv-09075 |

--------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 18, 2019.

                                                Respectfully Submitted,

                                                FERRER POIROT & WANSBROUGH

                                                */s/ Russell T. Abney*_____

                                                Russell T. Abney, Esq.
                                                Attorney I.D. No. 000875 (GA)
                                                FERRER, POIROT & WANSBROUGH
                                                2100 RiverEdge Pkwy NW, Suite 1025
                                                Atlanta, GA 30328
                                                Telephone: 800.661.8210
                                                Fax: 770.933.3425
                                                atlanta@lawyerworks.com

                                                ***Attorney for the Plaintiff***