UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

| | |
|---|---|
| | MDL NO. 2592 |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAGISTRATE JUDGE: |
| DAVID MOORE | MICHAEL NORTH |
| | Civil Action No.: 2:16-cv-09234 |

-------------------------------------------------------------------X

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff David Moore, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. Plaintiff David Moore files this his Response to the Court's Show Cause order and respectfully shows the Court the following:

Mr. Moore has consistently expressed his intention to participate in the Xarelto Settlement Program, but after the enrollment forms were mailed to him he lost contact with counsel. Mr. Moore recently contacted his counsel and again advised that he wished to participate in the Xarelto Settlement Program. When asked why he had not timely returned his enrollment forms he explained that his residence had burned and that as a result he lost his phone and, as a result of the residential fire, that his mail had been interrupted and he had just received the enrollment forms and other communications from counsel regarding the settlement.

3. Accordingly, Plaintiff David Moore respectfully requests that he be allowed a reasonable time to submit his enrollment materials and to participate in the Xarelto Settlement Program.

.

Dated: September 18, 2019

Atlanta, Georgia

                                              FERRER POIROT & WANSBROUGH

                                              */s/ Russell T. Abney*_____

                                              Russell T. Abney, Esq.
                                              Attorney I.D. No. 000875 (GA)
                                              FERRER, POIROT & WANSBROUGH
                                              2100 RiverEdge Pkwy NW, Suite 1025
                                              Atlanta, GA 30328
                                              Telephone: 800.661.8210
                                              Fax: 770.933.3425
                                              atlanta@lawyerworks.com

                                              ***Attorney for the Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN)     SECTION: L
PRODUCTS LIABILITY LITIGATION

JUDGE: ELDON E. FALLON

THIS DOCUMENT RELATES TO:

MAGISTRATE JUDGE:
DAVID MOORE     MICHAEL NORTH

Civil Action No.: 2:16-cv-09234

----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 18, 2019.

Respectfully Submitted,

FERRER POIROT & WANSBROUGH

*/s/ Russell T. Abney*_____

Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Fax: 770.933.3425
atlanta@lawyerworks.com

***Attorney for the Plaintiff***