UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       )     MDL No. 2592
PRODUCTS LIABILITY LITIGATION   )
                                    )     SECTION:  L
                                    )
                                    )
                                    )     JUDGE FALLON
                                    )
                                    )
                                    )     MAG. JUDGE NORTH
                                    )

**THIS DOCUMENT RELATES TO:**

**DUWAYNE BENDICKSON and ANNA BENDICKSON**
**C.A. No. 2:16-cv-00877**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Russell T. Abney and the Ferrer, Poirot and Wansbrough Law Firm,
(collectively referred to as "FPW" or "the firm") and file this their Motion to Withdraw as
Counsel of Record for Plaintiffs Duwayne Bendickson and Anna Bendickson (collectively
referred to as "the Bendicksons") and would respectfully show the Court as follows:

The Bendicksons notified FPW in writing that they were terminating the firm's authority
to represent them in this matter and that they would retain new counsel.  FPW delayed filing this
motion in anticipation of the Bendicksons retaining new counsel.   The Bendicksons, however,
apparently have not retained new counsel and continue to indicate that they will have new
counsel take over the case after FPW withdraws.

Mr. Bendickson suffered and intracranial hemorrhage while taking Xarelto and have been
incapacitated ever since.  Ms. Bendickson is his primary caregiver and, therefore, is unable to
travel.  Therefore, FPW respectfully request that it be allowed to withdraw as counsel of record

1

for the Bendicksons in this matter and that the Bendicksons be given thirty (30) days to retain new counsel.

FPW attempted to confer with counsel for Defendants on several occasions beginning September 3, 2019.  Defense counsel have been unresponsive to every communication so the motion was filed without knowledge of the defendants' agreement or opposition.

Plaintiffs address is:

Duwayne Bendickson and Anna Bendickson
823 Hillside Drive
North Augusta, SC 29841

WHEREFORE, PREMISES CONSIDERED, Movants respectfully request that they be allowed to withdraw as counsel of record for Plaintiff in this matter, and that they have such other and further relief to which they may be justly entitled.  This Motion is made in good faith and will not prejudice any party.

Dated:  September 18, 2019.                    Respectfully submitted,


                                               s/ 000875
                                               Russell T. Abney (GA Bar #000875)
                                               FERRER POIROT WANSBROUGH
                                               2100 Riveredge Parkway Suite 1025
                                               Atlanta, GA 30328
                                               Telephone: (800) 661-8210
                                               Facsimile (770) 933-3425
                                               rabney@lawyerworks.com

                                               Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing Motion to Withdraw as Counsel has been served on all counsel by CM/ECF on September 18, 2019.

The undersigned further certifies that Plaintiffs have been notified of all deadlines and pending court appearances pertaining to their cause of action and that on September 3, 2019 a true and correct copy of Movant's Motion to Withdraw as Counsel of Record has been served by First Class Mail and Certified Mail to Plaintiffs Duwayne Bendickson and Anna Bendickson at their last known address as follows:

Plaintiffs Duwayne Bendickson and Anna Bendickson
823 Hillside Drive
North Augusta, SC 29841


s/ 000875
Russell T. Abney

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants have been unresponsive to communications about this motion.


s/ 000875
Russell T. Abney