UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br><br>JUDGE FALLON<br><br><br>MAG. JUDGE NORTH |

# ORDER

On this day, the Court considered the motion of Russell T. Abney and the Ferrer, Poirot and Wansbrough Law Firm to withdraw as counsel of record for Plaintiffs Duwayne Bendickson and Anna Bendickson. The Court finds the motion meritorious and hereby:

ORDERS, Russell T. Abney and the Ferrer, Poirot and Wansbrough Law Firm are hereby removed as counsel of records for Duwayne Bendickson and Anna Bendickson in this case. Furthermore, this case is hereby stayed thirty (30) days from the date of this Order to allow Plaintiffs to retain new counsel.

Signed this _____ day of _____, 2019

_____

Eldon Fallon, Judge Presiding