UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**DUWAYNE BENDICKSON and ANNA BENDICKSON**
**C.A. No. 2:16-cv-00877**

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW Russell T. Abney and the Ferrer, Poirot and Wansbrough Law Firm, (collectively referred to as "FPW" or "the firm") and file this their Response to the Court's Show Cause Order ('Response') relating to Plaintiffs Duwayne Bendickson and Anna Bendickson (collectively referred to as "the Bendicksons") and would respectfully show the Court as follows:

FPW is the counsel of record for the Bendicksons in this action.  The Bendicksons have made it very clear that they do not wish to participate in the Xarelto Settlement Program.  They have also notified FPW in writing that they were terminating the firm's authority to represent them in this matter and that they would retain new counsel. A Motion to Withdraw as Counsel is being filed contemporaneously with this Response.

Mr. Bendickson suffered and intracranial hemorrhage while taking Xarelto and have been incapacitated ever since.  Ms. Bendickson is his primary caregiver and, therefore, is unable to

1

travel. Therefore, FPW respectfully request that it be allowed to withdraw as counsel of record and that the Bendicksons be given thirty (30) days to retain new counsel.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully request that they be allowed to withdraw as counsel of record for Plaintiff in this matter, and that this case be stayed for thirty (30) days so that the Bendicksons may retain new counsel.

Dated: September 3, 2019.                                  Respectfully submitted,

                                                          s/ 000875
                                                          Russell T. Abney (GA Bar #000875)
                                                          FERRER POIROT WANSBROUGH
                                                          2100 Riveredge Parkway Suite 1025
                                                          Atlanta, GA 30328
                                                          Telephone: (800) 661-8210
                                                          Facsimile (770) 933-3425
                                                          rabney@lawyerworks.com

                                                          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing Motion to Withdraw as Counsel has been served on all counsel by CM/ECF on September 3, 2019.

The undersigned further certifies that Plaintiffs have been notified of all deadlines and pending court appearances pertaining to their cause of action and that on September 3, 2019 a true and correct copy of Movant's Motion to Withdraw as Counsel of Record has been served by First Class Mail and Certified Mail to Plaintiffs Duwayne Bendickson and Anna Bendickson at their last known address as follows:

Plaintiffs Duwayne Bendickson and Anna Bendickson
823 Hillside Drive
North Augusta, SC 29841

s/ 000875
Russell T. Abney

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants have been unresponsive to communications about this motion.

s/ 000875
Russell T. Abney