UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ISAAC BEECHER PACKER, JR. | MAGISTRATE JUDGE: MICHAEL NORTH<br><br>Civil Action No.: 2:19-cv-05956 |

---------------------------------------------------------------------X

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Isaac Beecher Packer, Jr., by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. We have been informed Isaac Beecher Packer, Jr. recently passed away and are in the process of enrolling the heirs.

Dated: September 18, 2019

Atlanta, Georgia

                                FERRER POIROT & WANSBROUGH

                                */s/ Russell T. Abney*_____

                                Russell T. Abney, Esq.
                                Attorney I.D. No. 000875 (GA)
                                FERRER, POIROT & WANSBROUGH
                                2100 RiverEdge Pkwy NW, Suite 1025
                                Atlanta, GA 30328
                                Telephone: 800.661.8210
                                Fax: 770.933.3425
                                atlanta@lawyerworks.com

                                ***Attorney for the Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE: ELDON E. FALLON

ISAAC BEECHER PACKER, JR.

MAGISTRATE JUDGE: MICHAEL NORTH

Civil Action No.: 2:19-cv-05956

----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 18, 2019.

Respectfully Submitted,

FERRER POIROT & WANSBROUGH

*/s/ Russell T. Abney*_____

Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Fax: 770.933.3425
atlanta@lawyerworks.com

***Attorney for the Plaintiff***