UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| *Alexander Driggers*<br>*Case No.: 2:17-cv-07679* | | |

## APPLICATION FOR WAIVER OF APPEARANCE REQUIREMENT RE: OSC FOR PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

Good cause exists to waive the personal attendance requirement for ALEXANDER DRIGGERS due to the fact that the Plaintiff is deceased.

Plaintiff's counsel has taken reasonable steps to locate and communicate with his next-of-kin and to substitute in an appropriate successor in interest to pursue the Decedent's claim, but has been unable to do so as of yet. The process of identifying the appropriate successor in interest takes time.

Plaintiff's counsel asks this court to waive the personal attendance requirement for this Plaintiff and to allow counsel to appear on this Plaintiff's behalf.

Alternatively, it is requested that the Court permit Plaintiffs' counsel a reasonable period of time to identify the appropriate person to substitute in as the Plaintiff in lieu of Mr. Driggers and to cure the issue(s) leading to the current Order to Show Cause prior to dismissing the action with prejudice.

Respectfully submitted.

Dated: September 18, 2019                                              **WILSHIRE LAW FIRM**

By:  /s/ Bobby Saadian
Bobby Saadian, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September 2019, a true and correct copy of the foregoing Application for Waiver of Appearance Requirements Re: OSC for Plaintiffs who failed to Comply with the Case Management Order 12A was served via the CM/ECF system, which send notification of the filing to all parties of record.

    /s/ Bobby Saadian
Bobby Saadian, Esq.