UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Janice Hickman* Case No.: 2:17-cv-02003 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**DECLARATION OF BOBBY SAADIAN RE: OSC REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

I, BOBBY SAADIAN, declare as follows:

1. I am an attorney duly admitted to practice law by the State of California and the State of Texas in good standing I am the attorney of record for Plaintiff Janice Hickman in this action. The facts set forth in this declaration are of my own personal knowledge, and if called to testify I could and would competently testify as follows.

2. In the process of complying with the Court's order regarding settlement enrollment, Plaintiff's counsel became aware that Plaintiff, Janice Hickman, passed away on May 6, 2019.

3. Accordingly, Plaintiff Janice Hickman will be unable to attend the September 25, 2019 hearing. It is therefore requested that Plaintiff Janice Hickman be permitted to attend via counsel.

4. Further, declarant is in the process of identifying the appropriate successor in interest and filing to substitute the successor in interest in as the Plaintiff with the Court. It is therefore requested that prior to dismissing the Decedent's claim with prejudice, that the Court allow 90 days to file the necessary documents and cure the issue(s) that led to the current OSC hearing.

I declare under penalty of perjury under the laws of the State of California that the forgoing

is true and correct. Executed on September 18, 2019, at Los Angeles, California.

/s/ Bobby Saadian
Bobby Saadian, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September 2019, a true and correct copy of the foregoing Declaration of Bobby Saadian Re: OSC for Plaintiffs who failed to Comply with the Case Management Order 12A was served via the CM/ECF system, which send notification of the filing to all parties of record.

    /s/ Bobby Saadian
Bobby Saadian, Esq.