UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

IN RE: XARELTO (RIVAROXABAN)  :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :
:
:
:  SECTION L
:
:
:  JUDGE ELDON E. FALLON
:  MAGISTRATE JUDGE NORTH
:

### APPLICATION FOR WAIVER OF APPEARANCE REQUIREMENT RE: OSC FOR PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

Good cause exists to waive the personal attendance requirement for the following Plaintiffs due to the fact that Plaintiffs' counsel has been unable to contact the clients to notify them of the hearing, and they therefore do not have notice of the September 25, 2019 hearing or the consequences for failing to attend:

1. Airiauna Edwards;
2. Anthony Dunson;
3. Dawn Moore;
4. Debbie Blount;
5. Donna Meyer;
6. Ester Hayslip;
7. Frederick Stasey;
8. Gloria Hampton;
9. Janet Stephenson;

10. Jessie Morris;

11. John Davis;

12. Johnny Neely;

13. Michael Floyd;

14. Roberd Ford; and

15. Sam Floyd.

Plaintiffs' counsel has taken reasonable steps to locate and communicate with these clients as set forth in the concurrently filed declarations but has been unable to do so as of yet. Since the above Plaintiffs do not have notice of the hearing or the consequences for failing to attend, Plaintiffs' counsel asks the Court to permit the parties to attend through counsel, rather than individually.

Alternatively, since the above Plaintiffs are unaware of this hearing it is requested that the Court permit Plaintiffs' counsel a reasonable period of time to get in contact with the Plaintiffs and to cure the issue(s) leading to the current Order to Show Cause prior to dismissing the action with prejudice.

Respectfully submitted.

Dated: September 18, 2019                                                    **WILSHIRE LAW FIRM**

                                                                             By:  /s/ Bobby Saadian____
                                                                                  Bobby Saadian, Esq.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of September 2019, a true and correct copy of the foregoing Application for Waiver of Appearance Requirements Re: OSC for Plaintiffs who failed to Comply with the Case Management Order 12A was served via the CM/ECF system, which send notification of the filing to all parties of record.

                                                /s/ Bobby Saadian
                                                Bobby Saadian, Esq.