**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

IN RE: XARELTO (RIVAROXABAN)     :     **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION     :
                                        :
                                        :     **SECTION L**
THIS DOCUMENT RELATES TO     :
                                        :
                                        :     **JUDGE ELDON E. FALLON**
                                        :     **MAGISTRATE JUDGE NORTH**
                                        :

<u>**DECLARATION OF BOBBY SAADIAN RE: OSC REGARDING PLAINTIFFS WHO**</u>

<u>**HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**</u>

I, BOBBY SAADIAN, declare as follows:

1.       I am an attorney duly admitted to practice in federal court and I am an attorney with Wilshire Law Firm, attorneys of record for Plaintiffs in this action. The facts set forth in this declaration are of my own personal knowledge, and if sworn I could and would competently testify.

2.       Plaintiff's counsel has taken reasonable steps to locate and communicate with the following Plaintiffs, but have been unable to do despite multiple attempts:

a.       Debbie Blount.  Attached as **Exhibit A** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

b.       Sam Floyd. Attached as **Exhibit B** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

c.       Robert Ford. Attached as **Exhibit C** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact

Plaintiff.

        d.      Michael Floyd. Attached as **Exhibit D** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        e.      John Neely. Attached as **Exhibit E** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        f.      Jessie Morris. Attached as **Exhibit F** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        g.      Janet Stephenson. Attached as **Exhibit G** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        h.      Gloria Hampton. Attached as **Exhibit H** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        i.      Frederick Stasey. Attached as **Exhibit I** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        j.      Ester Hayslip. Attached as **Exhibit J** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        k.      Dona Meyer. Attached as **Exhibit K** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

        l.      Dawn Moore. Attached as **Exhibit L** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact

Plaintiff.

m.      Anthony Dunson. Attached as **Exhibit M** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

n.      Airiauna Edwards. Attached as **Exhibit N** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

o.      John Davis. Attached as **Exhibit O** is a true and correct copy of the letter our firm sent Plaintiff, documenting Wilshire Law Firm's numerous failed attempts to contact Plaintiff.

3.      Accordingly, the above-mentioned Plaintiffs will be unable to attend the September 25, 2019 hearing. It is therefore requested that the above-mentioned Plaintiffs be permitted to attend via counsel.

4.      It is furthermore requested that prior to dismissing these Plaintiffs' claims with prejudice, that the Court allow 90 days to file the necessary documents and cure the issues that led to the current OSC hearing.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on September 18, 2019, at Los Angeles, California.

/s/ Bobby Saadian
_____

Bobby Saadian, Esq.

# EXHIBIT A

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 11, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Debbie Blout
133 Bradley 268
Hermitage, AR 71647

> RE:   **Xarelto Settlement Program – FINAL NOTICE**
>
> **Fredrick Stasey v. Janssen Pharmaceuticals, et al – (Case 2:17-cv-07474)**

Dear Debbie Blount,

The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

**<u>If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.</u>**  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

Sincerely,

*Bobby Saadian*

Bobby Saadian

# EXHIBIT B



**WILSHIRE LAW FIRM, PLC**

3055 Wilshire Blvd, 12ᵗʰ Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Sam Foyd
3993 Raceview Avenue
Cincinnati, OH 45211

   **RE:** **Xarelto Settlement Program – FINAL NOTICE**

     **Samuel J. Floyd v. Janssen Pharmaceuticals, et al – (Case 2:19-cv-07366)**

Dear Sam Floyd,

  The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

  <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

  Sincerely,

*Bobby Saadian*

Bobby Saadian

# EXHIBIT C



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Robert Ford
145 Green Forest Road
Cosby, TN  37788

      **RE:**    **Xarelto Settlement Program – FINAL NOTICE**

             **Robert Ford v. Janssen Pharmaceuticals, et al – (Case 2:18-cv-05560)**

Dear Robert Ford,

      The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o  **August 5, 2019** – Settlement Enrollment Deadline
- o  **August 19, 2019** – Notice of Intent Deadline
- o  **September 4, 2019** – Enrollment Extension Deadline

      All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

      <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

      Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT D



Bobby Saadian, Esq. JD/MBA

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Colin M. Jones, Esq.        Nicol Hajjar, Esq.
Justin F. Marquez, Esq.     Vy Nguyen, Esq.
Robert Dart, Esq.           Tae Kim, Esq.
Jon Teller, Esq.            Gregory Stuck, Esq.
Sutton A. Shapiro, Esq.     Thiago Coelho, Esq.
Daniel B. Miller, Esq.      Patty Chen, Esq.
Hazel Chang, Esq.           Michael Matta, Esq.

September 13, 2019

**VIA CERTIFIED MAIL #**

Michael Floyd
13207 – A Laerson Court
Mount Airy, MD  21771

     **RE:**    **Xarelto Settlement Program – FINAL NOTICE**

            **Michael Floyd v. Janssen Pharmaceuticals, et al – (Case 2:15-cv-04678)**

Dear Michael Floyd,

     The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

     All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

         **If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

     Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT E



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Johnny Neely
7901 NW 10th Street
Oklahoma City, OK 73127

    **RE:**    **Xarelto Settlement Program – FINAL NOTICE**

            **Johnny Neely v. Janssen Pharmaceuticals, et al – (Case 2:18-cv-11452)**

Dear Johnny Neely,

      The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- **August 5, 2019** – Settlement Enrollment Deadline
- **August 19, 2019** – Notice of Intent Deadline
- **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

        <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

        Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT F



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Jessie Morris
1312 Cleveland Ave NE
Caton, OH 44703

      **RE:**    **Xarelto Settlement Program – FINAL NOTICE**

           **Jessie Morris v. Janssen Pharmaceuticals, et al – (Case 2:19-cv-01253)**

           **Our Reference Number:  28792**

Dear Jessie Morris,

    The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- **August 5, 2019** – Settlement Enrollment Deadline
- **August 19, 2019** – Notice of Intent Deadline
- **September 4, 2019** – Enrollment Extension Deadline

    All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

    <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

           Sincerely,

           *Bobby Saadian*

           Bobby Saadian

EXHIBIT G

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12ᵗʰ Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com



Bobby Saadian, Esq. JD/MBA

| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Janet Stephenson
3014 Poplar Ave
Greenville, TX 75402

      **RE:**   **Xarelto Settlement Program – FINAL NOTICE**

            **Janet Stephenson v. Janssen Pharmaceuticals, et al – (Case 2:19-cv-01695)**

Dear Janet Stephenson,

      The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

      All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

      <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

      Sincerely,

      *Bobby Saadian*

      Bobby Saadian

EXHIBIT H



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12ᵗʰ Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Gloria Hampton
4678 Riverside Drive
Estero, FL 33928

> RE: **Xarelto Settlement Program – FINAL NOTICE**
>
> **Gloria Hampton  v. Janssen Pharmaceuticals, et al – (Case 2:18-cv-08397)**

Dear Gloria Hampton,

The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

> <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT I



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12ᵗʰ Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

**VIA CERTIFIED MAIL #**

Fredrick Stasey
8049 Snapper Trail
Orlando, FL  32822

> RE:  **Xarelto Settlement Program – FINAL NOTICE**
>
> **Fredrick Stasey v. Janssen Pharmaceuticals, et al – (Case 2:18-cv-01266)**

Dear Fredrick Stasey,

The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT J



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Gregory Stuck, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Patty Chen, Esq. |
| Hazel Chang, Esq. | Michael Matta, Esq. |

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Ester Hayslip
6995 Kings Mills RD
Mainville, OH 45039

   **RE:** **Xarelto Settlement Program – FINAL NOTICE**

      **Ester Hayslip v. Janssen Pharmaceuticals, et al – (Case 2:17-cv-09327)**

Dear Ester Hayslip,

  The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

    o **August 5, 2019** – Settlement Enrollment Deadline
    o **August 19, 2019** – Notice of Intent Deadline
    o **September 4, 2019** – Enrollment Extension Deadline

  All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

  <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

    Sincerely,

    *Bobby Saadian*

    Bobby Saadian

EXHIBIT K



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

Colin M. Jones, Esq.          Nicol Hajjar, Esq.
Justin F. Marquez, Esq.       Vy Nguyen, Esq.
Robert Dart, Esq.             Tae Kim, Esq.
Jon Teller, Esq.              Gregory Stuck, Esq.
Sutton A. Shapiro, Esq.       Thiago Coelho, Esq.
Daniel B. Miller, Esq.        Patty Chen, Esq.
Hazel Chang, Esq.             Michael Matta, Esq.

September 13, 2019

**VIA CERTIFIED MAIL #**

Donna Meyer
3335 E. Spring Rd.
Mazon, IL 60444

> **RE:   Xarelto Settlement Program – FINAL NOTICE**
>
> **Donna Meyer v. Janssen Pharmaceuticals, et al – (Case 2:16-cv-15075)**
>
> **Our Reference Number:  17616**

Dear Donna Meyer,

The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT L



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

Colin M. Jones, Esq.          Nicol Hajjar, Esq.
Justin F. Marquez, Esq.      Vy Nguyen, Esq.
Robert Dart, Esq.             Tae Kim, Esq.
Jon Teller, Esq.              Gregory Stuck, Esq.
Sutton A. Shapiro, Esq.      Thiago Coelho, Esq.
Daniel B. Miller, Esq.       Patty Chen, Esq.
Hazel Chang, Esq.            Michael Matta, Esq.

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Dawn Moore
14035 Rosedale Highway
Bakersfield, CA 93314

   **RE:** **Xarelto Settlement Program – FINAL NOTICE**

     **Dawn Moore v. Janssen Pharmaceuticals, et al – (Case 2:19-cv-0616)**

Dear Dawn Moore,

   The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

   All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

   <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

   Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT M



Bobby Saadian, Esq. JD/MBA

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Colin M. Jones, Esq.          Nicol Hajjar, Esq.
Justin F. Marquez, Esq.       Vy Nguyen, Esq.
Robert Dart, Esq.             Tae Kim, Esq.
Jon Teller, Esq.              Gregory Stuck, Esq.
Sutton A. Shapiro, Esq.       Thiago Coelho, Esq.
Daniel B. Miller, Esq.        Patty Chen, Esq.
Hazel Chang, Esq.             Michael Matta, Esq.

---

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Anthony Dunson
8714 South Manistee Avenue
Chicago, IL 60617

      **RE:**    **Xarelto Settlement Program – FINAL NOTICE**

              **Anthony Dunson v. Janssen Pharmaceuticals, et al – (Case 2:18-cv-04744)**

Dear Anthony Dunson,

      The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

-   **August 5, 2019** – Settlement Enrollment Deadline
-   **August 19, 2019** – Notice of Intent Deadline
-   **September 4, 2019** – Enrollment Extension Deadline

      All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

      <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

      Sincerely,

*Bobby Saadian*

Bobby Saadian

EXHIBIT N



Bobby Saadian, Esq. JD/MBA

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Colin M. Jones, Esq.  Nicol Hajjar, Esq.
Justin F. Marquez, Esq. Vy Nguyen, Esq.
Robert Dart, Esq.  Tae Kim, Esq.
Jon Teller, Esq.  Gregory Stuck, Esq.
Sutton A. Shapiro, Esq. Thiago Coelho, Esq.
Daniel B. Miller, Esq. Patty Chen, Esq.
Hazel Chang, Esq.  Michael Matta, Esq.

September 13, 2019

<u>**VIA CERTIFIED MAIL #**</u>

Airiauna Edwards
605 Saint Monica Dr.
Cahokia, IL 62206

  **RE:** **Xarelto Settlement Program – FINAL NOTICE**

    **Airiauna Edwards v. Janssen Pharmaceuticals, et al – (Case 2:17-cv-08226)**

Dear Airianuna Edwards,

  The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o **August 5, 2019** – Settlement Enrollment Deadline
- o **August 19, 2019** – Notice of Intent Deadline
- o **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

  <u>**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**</u>  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

  Sincerely,

  *Bobby Saadian*

  Bobby Saadian

EXHIBIT O



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

Colin M. Jones, Esq.              Nicol Hajjar, Esq.
Justin F. Marquez, Esq.          Vy Nguyen, Esq.
Robert Dart, Esq.                Tae Kim, Esq.
Jon Teller, Esq.                 Gregory Stuck, Esq.
Sutton A. Shapiro, Esq.          Thiago Coelho, Esq.
Daniel B. Miller, Esq.           Patty Chen, Esq.
Hazel Chang, Esq.                Michael Matta, Esq.

September 13, 2019

**VIA CERTIFIED MAIL #**

John Davis
4773 Ridge Top Road
Mariposa, CA 95338

> **RE:    Xarelto Settlement Program – FINAL NOTICE**
>
> **John Davis v. Janssen Pharmaceuticals, et al – (Case 2:19-cv-07345)**
>
> **Our Reference Number:  38631**

Dear John Davis,

The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- o   **August 5, 2019** – Settlement Enrollment Deadline
- o   **August 19, 2019** – Notice of Intent Deadline
- o   **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

**If you do not contact us prior to the hearing on September 25, 2019, you may face possible sanctions for failing to comply with court orders and deadlines, including the dismissal of your case with prejudice.**  If the court chooses to do so, your Xarelto case will be permanently dismissed and you will not be able to file a lawsuit in the future based on the same injuries.

Sincerely,

*Bobby Saadian*

Bobby Saadian

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of September 2019, a true and correct copy of the foregoing Declaration of Bobby Saadian Re: OSC for Plaintiffs who failed to Comply with the Case Management Order 12A was served via the CM/ECF system, which send notification of the filing to all parties of record.


<u>/s/ Bobby Saadian</u>
Bobby Saadian, Esq.