UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Russell Sharp, Jr. v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12551-EEF-MBN*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of the Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **HENSLEY LEGAL GROUP, PC** | **DRINKER BIDDLE & REATH, LLP** |
| By: /s/ Sarah Graziano | By: /s/ Susan M. Sharko |
| Sarah Graziano | Susan M. Sharko |
| 117 E. Washington St, Ste 200 | 600 Campus Drive |
| Indianapolis, IN 46204 | Florham Park, NJ 07932 |
| 317-472-3333 Phone | 973-549-7000 Phone |
| sgraziano@hensleylegal.com | susan.sharko@dbr.com |
| | |
| Attorney for Plaintiff | Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho, LLC. |
| | |
| Dated: September 18, 2019 | Dated: September 18, 2019 |

**ARNOLD & PORTER KAY SCHOLER, LLP**
By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 1019
212-836-8000 Phone
Andrew.solow@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000 Phone
William.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: September 18, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste 2700
New Orleans, LA 70130
504-310-2100 Phone
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: September 18, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/  *Sarah Graziano*