## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL No. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION: L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |

**THIS DOCUMENT RELATES TO:**

***Vernon Rucks as Representative of the Wrongful DEath Estate of Ruth Rucks v. Janssen Research & Development, LLC, et al;***
***Case. No. 2:17-cv-10635-EEF-MBN***

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of the Plaintiff in the above-captioned case be

dismissed with prejudice against all Defendants in this action, each party to bear its own fees and

costs.

**HENSLEY LEGAL GROUP, PC**
By: /s/ Sarah Graziano
Sarah Graziano
117 E. Washington St, Ste 200
Indianapolis, IN 46204
317-472-3333 Phone
sgraziano@hensleylegal.com

Attorney for Plaintiff


Dated:September 18, 2019

**DRINKER BIDDLE & REATH, LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
973-549-7000 Phone
susan.sharko@dbr.com

Attorney for Defendants Janssen Pharmaceuticals,
Inc., Johnson & Johnson, Janssen Research &
Development, LLC, and Janssen Ortho, LLC.

Dated: September 18, 2019

**ARNOLD & PORTER KAY SCHOLER, LLP**
By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 1019
212-836-8000 Phone
Andrew.solow@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, DC 20001
202-942-5000 Phone
William.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG

Dated: September 18, 2019


**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste 2700
New Orleans, LA 70130
504-310-2100 Phone
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: September 18, 2019

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Sarah Graziano*