UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. |
| THIS DOCUMENT RELATES TO: | 2592 |
| *Howell v. Janssen Research & Development LLC et al.*, | SECTION L |
| Cause No. 2:19-cv-04266 | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

## MOTION TO BE EXCUSED FROM SEPTEMBER 25, 2019 SHOW-CAUSE HEARING

Plaintiffs respectfully request to be excused from the September 25, 2019 Show-Cause hearing and respectfully show as follows:

1. This Court's Show Cause Order states that "Plaintiffs identified on Exhibit A have filed lawsuits regarding the medication Xarelto®,…and failed to comply with Case Management Order 12A as identified on Exhibit A by Plaintiffs' Steering Committee ('PSC') and Defendants pursuant to Case Management Order ('CMO) No. 12B." (Doc. 15416). This case appears as Case No. 198 on Exhibit A. (Doc. 15416-1, page 9).

2. Case Management Order 12A provides, in pertinent part: "As specified in Case Management Order No. 12, all plaintiffs who failed to submit a complete and fully executed Enrollment Election Form by August 5, 2019 must file and serve a completed Notice of Intent to Proceed through MDL Centrality on or before August 19, 2019."

3. As reflected in the following screenshot of the MDL Centrality website (and also in the attached Declaration of Plaintiffs' counsel that is attached as Exhibit "A," which supplies additional proof), the Plaintiffs uploaded an executed Enrollment Election Form on July 21, 2019:



4.      That Enrollment Election Form, a copy of which is attached as Exhibit "B," was completed and fully executed by all Plaintiffs in this case. (Exhibit "B"). All of the Plaintiffs elected to enroll in the Xarelto Settlement Program. (Id.).

5.      Because the Plaintiffs submitted a completed and fully executed Enrollment Election Form before the August 5, 2019 deadline, they believe that they complied with this Court's Orders, including CMO No. 12A

6.      The Court's Show-Cause Order states that this "Court will entertain a written application by the plaintiff(s) or their representative to be excused from personal attendance at the hearing if a motion is made by September 18, 2019, demonstrating with particularity for that particular plaintiff that for medical necessity or other compelling reason the specific plaintiff or representative is unable to attend in person; if the case is brought on behalf of both the plaintiff

who is a Xarelto user and the spouse, the application must show good cause for both the Xarelto user and the spouse to be excused." (Doc. 15416).

7. The Plaintiffs respectfully show that it will cause extreme financial hardship to attend the hearing in Louisiana since all Plaintiffs reside in Georgia. Moreover, the Plaintiffs are represented by only one attorney in this lawsuit and he is already scheduled to be in a medical-malpractice jury trial that is starting on September 23, 2019 and will likely continue through the rest of that week, including on September 25, 2019. (Exhibit "A" at ¶¶ 7-8). The contact information for that Court is: The Honorable Roger B. Lane, Superior Court of Glynn County Georgia, 701 H Street, Suite 202, Brunswick, GA, Phone: 912-554-7366. The case that will be tried is Marti Toole, et al. v. UHS of Delaware, Inc., et al., Glynn Superior Court; Civil Action Number, Case # CE18-00735.

8. The Plaintiffs have contacted their representative at Brown Geer about this matter, but Plaintiffs' counsel was not able to obtain confirmation that the PSC and Defendants have stipulated that the Plaintiffs are in compliance before the Court's September 18, 2019 deadline for filing this Motion. (Exhibit "A" at ¶ 9).

9. A proposed Order is respectfully submitted at Exhibit "C."

WHEREFORE, the Plaintiffs very most respectfully request that they be excused from appearing in person at the September 25, 2019 Show-Cause Hearing.

RESPECTFULLY SUBMITTED, this 18th day of September, 2019.

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP

/s Paul Scott
Paul M. Scott, Esq.
Georgia Bar No. 140960

Post Office Box 220
Brunswick, GA 31521
Cell: 912-223-3987
Office: 912-264-8544
Fax: 912-264-9667
pscott@brbcsw.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all parties of record electronically by CM/ECF on September 18, 2019

RESPECTFULLY SUBMITTED, this 18th day of September, 2019.

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP


/s Paul Scott
Paul M. Scott, Esq.
Georgia Bar No. 140960

Post Office Box 220
Brunswick, GA 31521
Cell: 912-223-3987
Office: 912-264-8544
Fax: 912-264-9667
pscott@brbcsw.com

*Attorney for Plaintiffs*