UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. |
| THIS DOCUMENT RELATES TO: | 2592 |
| *Howell v. Janssen Research & Development LLC et al.*, Cause No. 2:19-cv-04266 | SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**DECLARATION OF PAUL SCOTT**

1.  My name is Paul Scott. I am an attorney licensed in the State of Georgia, and am admitted to practice before the United States District Courts for the Northern, Middle, and Southern Districts of Georgia; the Court of Appeals for the Eleventh Circuit; the Georgia Court of Appeals; and the Georgia Supreme Court.

2.  I am counsel for the Plaintiffs in this lawsuit.

3.  On July 21, 2019, I personally uploaded to MDL Centrality's website for the Xarelto MDL, the completed and fully executed Enrollment Election Form that is attached as Exhbit "B" to Plaintiffs' Motion to be Excused from the September 25, 2019 Show-Cause Hearing. That Enrollment Election Form was completed and fully executed by all Plaintiffs in this case. (See Exhibit "B" to Plaintiffs' Motion). All of the Plaintiffs elected to enroll in the Xarelto Settlement Program. (Id.)

4.  Right after I personally uploaded that Enrollment Election Form on July 21, 2019, I took a screenshot of MDL Centrality's website for my records as proof that I uploaded that document (and others) on that date. A true and correct copy of that screenshot follows on the next page:





5. When I took that screenshot on July 21, 2019, the software that I used (Picasa) automatically generated a date and time in the file name, reflecting the date and time that I saved that screen shot. The file name is "Fact Sheet Information - Mozilla Firefox 7212019 72113 PM," which indicates that I took the above screenshot on or before July 21, 2019 at 7:21 PM. For the Court's reference, here is the screenshot of my computer that shows the file name that I just described:



6. Because I submitted a completed and fully executed Enrollment Election Form—wherein all of my clients elected to enroll in the Xarelto Settlement Program—before the August 5, 2019 deadline, I believed that my clients had fully complied with this Court's Orders, including CMO No. 12A. We also have also timely submitted all other settlement documents.

7. I am the only attorney for the Plaintiffs in this case pending before this Court. I am already scheduled to be in a medical-malpractice jury trial in Georgia that is starting on September 23, 2019 and will likely continue through the rest of that week. Absent a settlement, which is very unlikely at this point, we will still be in trial on September 25, 2019. I am the only attorney from my law firm in that case, too.

8. The medical-malpractice case that will be tried is <u>Marti Toole, et al. v. UHS of Delaware, Inc., et al.</u>, Glynn Superior Court; Civil Action Number, Case # CE18-00735. The contact information for that Court is: The Honorable Roger B. Lane, Superior Court of Glynn County Georgia, 701 H Street, Suite 202, Brunswick, GA, Phone: 912-554-7366.

9. I have contacted our representative at Brown Geer about this matter, but I have not been able to obtain confirmation that the PSC and Defendants have stipulated that the Plaintiffs are in compliance before the Court's deadline for filing this Motion.

10. I am respectfully requesting that my clients and I be excused from appearing in person at the September 25, 2019 show-cause hearing.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2019.

_____
Paul Scott