UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Howell v. Janssen Research & Development LLC et al.*, Cause No. 2:19-cv-04266 | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER GRANTING PLAINTIFFS' MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THIS COURT'S SEPTEMBER 25, 2019 SHOW-CAUSE HEARING**

THIS MATTER, having come before this Court on Plaintiffs Motion to Be Excused from this Court's September 25, 2019 Show-Cause Hearing, and this Court having reviewed said Motion, and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiffs' Motion to Be Excused is hereby GRANTED, and Plaintiffs are excused from personal attendance at this Court's September 25, 2019 show-cause hearing.

New Orleans, Louisiana this ____ day of ____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge