# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PAMELA A. SANDERS<br>Civil Action No. 2:19-cv-05220 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants, Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson (incorrectly named in the Complaint as Johnson & Johnson Company) who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Defendant requests that Rodney M. Hudson of Drinker Biddle & Reath LLP be withdrawn as counsel of record for Defendants in this matter.

The Defendants further request the substitution of Susan M. Sharko of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Rodney M. Hudson of Drinker Biddle & Reath LLP.

Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC have conferred with Rodney M. Hudson of Drinker Biddle & Reath LLP, and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Defendants respectfully request that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel for Rodney M. Hudson of Drinker Biddle & Reath LLP as counsel of record in this matter.

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

Attorneys for Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson
Dated: September 13, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 13, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Rodney M. Hudson
    Rodney M. Hudson
    Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
    Telephone: (415) 591-7500
    rodney.hudson@dbr.com

Dated: September 13, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore