UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: KOBRE MCCOY CASE NO. 17-cv-5133 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Kobre McCoy, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On August 14, 2019, Plaintiff submitted an executed Release of Claims indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. On September 17, 2019, we received a Notice of Incomplete Enrollment

Package. This notice gives Plaintiff until October 8, 2019 to respond to this deficiency by submitting an executed Enrollment Election Form.

4. On September 17, 2019, Plaintiff submitted an executed Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

5.   WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, and that this Plaintiff's case not be dismissed.

Dated: September 19, 2019

**SLATER SLATER SCHULMAN LLP**

By: /s/ Jonathan E. Schulman
Jonathan E. Schulman
445 Broadhollow Road
Suite 419
Melville, NY 11747
Telephone: (631) 420-9300
JSchulman@sssfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/Jonathan Schulman