UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2592 ) ) ) ) SECTION L ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| VEOLA MCCRAY<br>Civil Action No. 2:15-cv-06177 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Veola McCray, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 19, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

1

Respectfully submitted,

**BURNETT LAW FIRM**

*s/ Riley Burnett, Jr.*
**Riley L. Burnett , Jr.**
Burnett Law Firm
3737 Buffalo Speedway, Ste. 1850
Houston, TX 77098
Tel: 832-413-4410
Fax: 832-900-2120
Email: rburnett@rburnettlaw.com
*ATTORNEY FOR PLAINTIFFS*

Dated: September 19, 2019

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on September 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    By: s/ Karen H. Beyea-Schroeder