UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Howell v. Janssen Research & Development LLC et al.,*<br><br>**Cause No. 2:19-cv-04266** | MAGISTRATE JUDGE NORTH |

## WITHDRAWL OF MOTION TO BE EXCUSED

## FROM SEPTEMBER 25, 2019 SHOW-CAUSE HEARING

The Plaintiffs having been advised that they will be removed from the OTSC list, hereby withdraw their Motion to Be Excused from the September 25, 2019 Show-Cause Hearing. (Doc. 15813).

Respectfully submitted, this 19th day of September, 2019.


                                              s/ Paul Scott

Paul Scott, Esq.

Georgia Bar No. 140960

Post Office Box 220

Brunswick, Georgia 31520

Attorney for Plaintiff

pscott@brbcsw.com

912-264-8544

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was served upon all parties of record electronically by CM/ECF on September 19, 2019

RESPECTFULLY SUBMITTED, this 19th day of September, 2019.

      s/ Paul Scott

      Paul Scott, Esq.

      Georgia Bar No. 140960

      Post Office Box 220

      Brunswick, Georgia 31520

      Attorney for Plaintiff

      pscott@brbcsw.com

      912-264-8544