UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| *Stump vs. Janssen Research et al* *15-cv-01143* | ) ) | |

## ORDER

This cause coming on before the court upon the motion of Charles E. Adler/Adler Law Offices, Ltd., for entry of an order excusing the appearance of Charles E. Adler/Adler Law Offices, Ltd at the show cause hearing set for September 25, 2019.

IT IS HEREBY ORDERED that Charles E. Adler/Adler Law Offices, Ltd is excused from appearing at the show cause hearing set on September 25, 2019.

**ENTERED:**

_____
Judge

3