# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL 2592 |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) ) | |
| ) | JUDGE ELDON E. FALLON |
| *Jackson vs. Janssen Research etal* ) *15-cv-01162* ) | |

## MOTION TO EXCUSE APPEARANCE

Now comes Charles E. Adler/Adler Law Offices, Ltd., movant and moves this court to enter an order excusing the appearance of Charles E. Adler/Adler Law Offices, Ltd. at the Show Cause hearing presently set for September 25, 2019. In support hereof, your movant says as follows.

1. That on September 10, 2019 this court issued an order to show cause why certain actions should not be dismissed. Attached to the order was a listing of cases and attorneys who were required to appear in court at the time of the show cause hearing.

2. That that with regard to case number 15 –cv –01162 your movant Charles E Adler\Adler Law Offices, Ltd was erroneously listed as plaintiff's attorney of record.

3. That Adler Law Offices, Ltd is not nor never has been attorney of record for plaintiff nor has it ever filed an appearance on behalf of plaintiff. That this fact has been communicated to the plaintiff's committee who apparently has transmitted the information to the defendant's committee. That Charles E Adler has notified the attorney of record for plaintiff of the foregoing.

1

Wherefore, Charles E. Adler/Adler Law Offices, Ltd., moves this court to enter an order excusing the appearance of Charles E Adler\Adler Law Offices, Ltd at the hearing on the order to show cause set for September 25, 2019.

    Respectfully submitted,

/s/ Charles E. Adler
Charles E. Adler
Adler Law Offices, Ltd.
2 N. LaSalle St., Ste 1600
Chicago, IL 60602
Phone: 312-236-2700
E-Mail: ca@adlerltd.com

I, Charles E Adler the attorney certify that the above and foregoing is true and correct.

/s/ Charles E. Adler