UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ROSCOE MILLER<br><br>Civil Action No.: 2:15-cv-5286 | JUDGE: ELDON E. FALLON<br><br>MAGISTRATRE JUDGE NORTH |

-------------------------------------------------------------------X

PLAINTIFF'S RESPONSE TO ORDER TO SHOW
CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO
COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Roscoe Miller, deceased, by and through his undersigned Counsel of record, and the proposed representative of his estate, Michael Miller, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 4, 2019, before the elapse of the extended deadline for submission of release papers in this case, counsel for Plaintiff uploaded a signed Release and Enrollment Election Form indicating Mr. Miller's intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3.     On September 5, counsel for Plaintiff amended the submission and uploaded into the portal a fully executed, signed and notarized Release and Release Addendum along with other necessary ancillary papers.

WHEREFORE, since Plaintiff's representative's papers were uploaded before the September 4, 2019 deadline had elapsed, and since Plaintiff is now compliant with the Court's Case Management Order 12A, Counsel for plaintiff respectfully requests that Plaintiff's representative's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 19, 2019

THE LANIER LAW FIRM, PLLC

*/s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm
126 E. 56th Street, Fl. 6
New York, NY 10022
Telephone: 212-421-2800
Fax: 212-421-2878
CTH@lanierlawfirm.com

***Attorney for the Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE: ELDON E. FALLON |
| ROSCOE MILLER | MAGISTRATE JUDGE: MICHAEL NORTH |

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 19, 2019.

Respectfully Submitted,

THE LANIER LAW FIRM, PLLC

*/s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm
126 E. 56th Street, Fl. 6
New York, NY 10022
Telephone: 212-421-2800
Fax: 212-421-2878
CTH@lanierlawfirm.com

*Attorney for the Plaintiff*