UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO<br>(RIVAROXABAN) PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE: ELDON E. FALLON |
| MARY JANE MADDOX | MAGISTRATRE JUDGE NORTH |
| Civil Action No.: 2:15-cv-5276 | |

-------------------------------------------------------------------X

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE
MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Roscoe Miller, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 18, 2019, Counsel for Plaintiff submitted an executed Release, Enrollment Election Form, Release Addendum and Sworn Declaration, along with the Last Will and Testament of Mary Jane Maddox, and of Mary Catherine Lattea, indicating the intent of the proposed representative, Sylvia Jean Ellinger Badgley, to enter the Xarelto settlement on behalf of Mary Jane Maddox, her deceased sister.

3. Sylvia Jean Ellinger Badgley is the sister of deceased plaintiff, Mary Jane Maddox, and executor and sole heir of the estate of Mary Catherine Lattea, who was the executor and sole heir of the estate of Mary Jane Maddox, and therefore Ms. Badgley is a proper representative for the Estate of Mary Jane Maddox.

4. Sylvia Jean Ellinger Badgley is unable to travel due to her current medical condition, as she is recuperating from a fall with broken bones and a recent surgery and is not ambulatory and is unable to leave her house, therefore counsel for Plaintiff prays that this Court will excuse her absence at the Show Cause hearing.

5. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 19, 2019

THE LANIER LAW FIRM, PLLC

*/s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm
126 E. 56th Street, Fl. 6
New York, NY 10022
Telephone: 212-421-2800
Fax: 212-421-2878
CTH@lanierlawfirm.com

***Attorney for the Plaintiff***

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE: ELDON E. FALLON |
| MARY JANE MADDOX | MAGISTRATE JUDGE: MICHAEL NORTH |

-------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 19, 2019.

        Respectfully Submitted,

        THE LANIER LAW FIRM, PLLC

        */s/ Catherine T. Heacox*
        Catherine T. Heacox, Esq.
        The Lanier Law Firm
        126 E. 56th Street, Fl. 6
        New York, NY 10022
        Telephone: 212-421-2800
        Fax: 212-421-2878
        CTH@lanierlawfirm.com

        *Attorney for the Plaintiff*