# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| CAROLYN HUNNEWELL, <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br> Defendants. | SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> CIVIL ACTION NO.: **2:15-cv-330** <br><br><br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-referenced case be dismissed with prejudice, each party to bear its own fees and costs.

**MOTLEY RICE LLC**

By: /s/ Carmen S. Scott
   Carmen S. Scott
   28 Bridgeside Boulevard
   Mt. Pleasant, SC 29464
   Phone: 843-216-9000
   cscott@motleyrice.com

   Attorneys for Plaintiff
   Dated: September 19, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
   Susan M. Sharko
   600 Campus Drive
   Florham Park, NJ 07932
   Phone: (973) 549-7000
   Susan.sharko@dbr.com

   Attorneys for Defendants Janssen
   Pharmaceuticals, Inc., Janssen Research
   & Development, LLC, and Janssen Ortho
   LLC
   Dated: September 19, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
   Andrew K. Solow
   250 West 55th Street
   New York, NY 10019-9710
   Phone: (212) 836-8000
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, DC 20001
   Phone: (202) 942-5000
   Andrew.solow@arnoldporter.com
   William.hoffman@arnoldporter.com

   Attorneys for Defendants Bayer HealthCare
   Pharmaceutical Inc., and Bayer Pharma AG
   Dated: September 19, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
   Kim E. Moore
   400 Poydras St., Suite 2700
   New Orleans, LA 70130
   Phone: (504) 310-2100
   kmoore@irwinllc.com

   Liaison Counsel for Defendants
   Dated: September 19, 2019

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certified that on September 19, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ Carmen S. Scott