# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **CURTIS L. ELLIOTT,** | **SECTION: L** |
| Plaintiff, | **JUDGE FALLON** |
| | **MAG. JUDGE NORTH** |
| v. | |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,** | **CIVIL ACTION NO.: 2:18-cv-5680** |
| | **PLAINTIFF'S RESPONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A** |
| Defendants. | |

COMES NOW, Plaintiff Curtis L. Elliott, by and through his undersigned Counsel, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1.  On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2.  Plaintiff's executed Release was uploaded to MDL Centrality on July 16, 2019 and

a draft Stipulation of Dismissal was uploaded to MDL Centrality on July 30, 2019. However, Plaintiff's executed Enrollment Election Form was inadvertently not uploaded.

3. On September 13, 2019, Plaintiff's executed Enrollment Form indicating his intent in enrolling in the Xarelto Settlement Program was uploaded to MDL Centrality.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that the Plaintiff's case not be dismissed.

Dated: September 19, 2019                                      Respectfully submitted,

                                                               **MOTLEY RICE LLC**

                                                               By: /s/ Carmen S. Scott
                                                                   Carmen S. Scott
                                                                   28 Bridgeside Boulevard
                                                                   Mt. Pleasant, SC 29464
                                                                   Phone: 843-216-9000
                                                                   cscott@motleyrice.com

                                                               Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certified that on September 19, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Carmen S. Scott