IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| VAL DALE OLSEN,<br><br>      Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>      Defendants. | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>CIVIL ACTION NO.: **2:17-cv-5978**<br><br><br>PLAINTIFF'S RESPONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A |

  COMES NOW, Plaintiff Val Dale Olsen, by and through his undersigned Counsel, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

  1.  On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

  2.  Plaintiff's executed Release and a draft Stipulation of Dismissal were uploaded to

MDL Centrality on August 2, 2019. However, Plaintiff's executed Enrollment Election Form was inadvertently not uploaded.

3. Plaintiff received a Notice of Incomplete Enrollment on August 29, 2019, indicating that the Enrollment Form had not been submitted and must be submitted by the deadline on the Notice, which was September 19, 2019.

3. On September 11, 2019, Plaintiff's executed Enrollment Form indicating his intent in enrolling in the Xarelto Settlement Program was uploaded to MDL Centrality.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that the Plaintiff's case not be dismissed.

Dated: September 19, 2019                                   Respectfully submitted,

**MOTLEY RICE LLC**

By: /s/ Carmen S. Scott
    Carmen S. Scott
    28 Bridgeside Boulevard
    Mt. Pleasant, SC 29464
    Phone: 843-216-9000
    cscott@motleyrice.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certified that on September 19, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ Carmen S. Scott