# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MARY SHAW,<br><br>                    Plaintiff, | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>                    Defendants. | CIVIL ACTION NO.: **2:15-cv-2653**<br><br>PLAINTIFF'S RESPONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A |

COMES NOW, Mary Shaw, by and through her undersigned Counsel, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. Despite numerous attempts at contact, undersigned counsel had been unable to

reach Plaintiff prior to September 9, 2019.  On September 9, 2019, Plaintiff's daughter and Power of Attorney, Betty Blanton, contacted the undersigned and relayed that the Plaintiff had recently had a heart attack and was residing in a Nursing Home. Further, Plaintiff's daughter and Power of Attorney indicated that she herself also was in bad health and was currently hospitalized.

3. Undersigned counsel made arrangements for a Notary Public to hand-deliver the settlement paperwork to Plaintiff's Power of Attorney on September 10, 2019 in the hospital.

3. On September 11, 2019, Plaintiff's executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program were uploaded to MDL Centrality.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that the Plaintiff's case not be dismissed.

Dated: <u>September 19, 2019</u>                                   Respectfully submitted,

                                                       **MOTLEY RICE LLC**

                                        By: <u>/s/ Carmen S. Scott</u>
                                              Carmen S. Scott
                                              28 Bridgeside Boulevard
                                              Mt. Pleasant, SC 29464
                                              Phone: 843-216-9000
                                              cscott@motleyrice.com

                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certified that on September 19, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Carmen S. Scott