UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Kaela Mettler* *Civil Action No. 2:17-cv-02884* | | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Kaela Mettler, by and through her undersigned counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On August 5, 2019, Plaintiff filed her Enrollment Election Form choosing to enroll in the settlement.  At that time, Plaintiff requested an extension from BrownGreer to secure the remaining settlement documents.  Plaintiff's request was granted and Plaintiff's deadline was extended until September 4, 2019.  Plaintiff filed additional Enrollment documents on September 4, 2019 and a Notice of Intent to Proceed on September 10, 2019.  On September 5, 2019, Plaintiff received a Notice of Incomplete Enrollment.  The Notice gave Plaintiff until September 26, 2019 to respond to the Notice of Incomplete Enrollment.  Plaintiff has already cured the deficiency regarding the Election Enrollment Form and is working diligently to address the remaining issues raised in the Notice.

Plaintiff fully expects to meet the September 26, 2019 deadline.  Plaintiff would respectfully request that she be removed from the Order to Show Cause and be allowed until the September 26, 2019 deadline to respond to the Notice of Incomplete Enrollment.

3.WHEREFORE, Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that Plaintiff's case not be dismissed.

September 19, 2019Respectfully submitted,

/s/ *Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member case.

/s/ *Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS