# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MARIA CARRILLO,<br><br>                Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>                Defendants. | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>CIVIL ACTION NO.: **2:15-cv-190**<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-referenced case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **MOTLEY RICE LLC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Carmen S. Scott<br>    Carmen S. Scott<br>    28 Bridgeside Boulevard<br>    Mt. Pleasant, SC 29464<br>    Phone: 843-216-9000<br>    cscott@motleyrice.com<br><br>    Attorneys for Plaintiff<br>    Dated: September 19, 2019 | By: /s/ Susan M. Sharko<br>    Susan M. Sharko<br>    600 Campus Drive<br>    Florham Park, NJ 07932<br>    Phone: (973) 549-7000<br>    Susan.sharko@dbr.com<br><br>    Attorneys for Defendants Janssen<br>    Pharmaceuticals, Inc., Janssen Research<br>    & Development, LLC, and Janssen Ortho<br>    LLC<br>    Dated: September 19, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, NY 10019-9710
    Phone: (212) 836-8000
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, DC 20001
    Phone: (202) 942-5000
    Andrew.solow@arnoldporter.com
    William.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceutical Inc., and Bayer Pharma AG
    Dated: September 19, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Suite 2700
    New Orleans, LA 70130
    Phone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: September 19, 2019

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certified that on <u>September 19, 2019</u> the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

              <u>/s/ Carmen S. Scott</u>