**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

---

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2592**

**JAMES DENTON, Surviving Heir of the Estate of JUDY IRENE DENTON,**

Plaintiff,

v.

**JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,**

Defendants.

**SECTION: L**
**JUDGE FALLON**
**MAG. JUDGE NORTH**

**CIVIL ACTION NO.: 2:16-cv-13071**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-referenced case be dismissed with prejudice, each party to bear its own fees and costs.

**MOTLEY RICE LLC**

By: /s/ Carmen S. Scott
Carmen S. Scott
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
cscott@motleyrice.com

Attorneys for Plaintiff
Dated: September 19, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Phone: (973) 549-7000
Susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: September 19, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Phone: (212) 836-8000
William Hoffman
601 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 942-5000
Andrew.solow@arnoldporter.com
William.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceutical Inc., and Bayer Pharma AG
Dated: September 19, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 19, 2019

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that on September 19, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carmen S. Scott