## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2592**

NORMAN ARLO JONES and BARBARA
JONES, Wife,

              Plaintiffs,

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS,
INC. f/k/a JANSSEN PHARMACEUTICA
INC. f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., JOHNSON &
JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS,
INC., BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE
LLC, BAYER HEALTHCARE AG, and
BAYER AG,

              Defendants.

**SECTION: L**
**JUDGE FALLON**
**MAG. JUDGE NORTH**

**CIVIL ACTION NO.: 2:16-cv-7970**

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-referenced case be

dismissed with prejudice, each party to bear its own fees and costs.

**MOTLEY RICE LLC**

By: /s/ Carmen S. Scott
    Carmen S. Scott
    28 Bridgeside Boulevard
    Mt. Pleasant, SC 29464
    Phone: 843-216-9000
    cscott@motleyrice.com

    Attorneys for Plaintiffs
    Dated: September 19, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
    Susan M. Sharko
    600 Campus Drive
    Florham Park, NJ 07932
    Phone: (973) 549-7000
    Susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Janssen Research
    & Development, LLC, Janssen Ortho
    LLC, and Johnson & Johnson
    Dated: September 19, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, NY 10019-9710
    Phone: (212) 836-8000
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, DC 20001
    Phone: (202) 942-5000
    Andrew.solow@arnoldporter.com
    William.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceutical Inc., and Bayer Pharma AG
    Dated: September 19, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Suite 2700
    New Orleans, LA 70130
    Phone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: September 19, 2019

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certified that on <u>September 19, 2019</u> the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

       <u>/s/ Carmen S. Scott       </u>