# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>JOE. L. ALLEN<br><br>        Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY,<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Civil Action No.: 2:16-cv-4336** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claim of Plaintiff, JOE. L. ALLEN, is dismissed with prejudice against all Defendants, with each party to bear its own fees and costs.

| | |
|---|---|
| **WEITZ & LUXENBERG, P.C.** | **DRINKER BIDDLE & REATH LLP** |
| By: */s/ Danielle Gold* <br> Danielle Gold <br> 700 Broadway <br> New York, NY 10003 <br> Telephone: (212) 485-1823 <br> E-mail: dgold@weitzlux.com | By: /s/ Susan Sharko <br> Susan Sharko <br> 600 Campus Drive <br> Florham Park, NJ 07932 <br> Telephone: (973) 549-7000 <br> E-mail: Susan.Sharko@dbr.com |
| Attorney for Plaintiff | Attorney for Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. and Johnson & Johnson |
| Dated: 09/19/2019 | Dated: 09/19/2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Andrew.solow@arnoldporter.com
William.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: 09/19/2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

Attorney for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: 09/19/2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim. E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: 09/19/2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

By: */s/ Danielle Gold*
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 485-1823
E-mail: dgold@weitzlux.com