UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO: IDA HEWETT Civil Action No. 2:17-cv-12627 | ) SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**EX PARTE MOTION TO WITHDRAW DOCUMENT**

Counsel for the above-referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below. Counsel for Plaintiff inadvertently filed a Stipulation of Dismissal of the above-referenced case. Thereafter, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.

Accordingly, Plaintiff requests that the following document be withdraw from the Court's docket:

*Doc. No. 82943, filed September 17, 2019, Ida Hewett, Case No. 2:17-cv-12627.*

    ONDER LAW FIRM

By:   /s/ Stephanie L. Rados
James G. Onder, #38049
Stephanie L. Rados, #65117
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
rados@onderlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Stephanie L. Rados