# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) )MDL No. 2592 ) |
| THIS DOCUMENT RELATES TO: IDA HEWETT Civil Action No. 2:17-cv-12627 | ) **SECTION L** ) ) )JUDGE ELDON E. FALLON ) ) )MAGISTRATE JUDGE NORTH ) |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw document, R. Doc. 82943;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

*Doc. No. 82943, filed September 17, 2019, Ida Hewett, Case No. 2:17-cv-12627.*

New Orleans, Louisiana, this _____ day of September, 2019.

_____
Eldon E. Fallon
United State District Judge