# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: DELILAH VELA-TORRAS Civil Action No. 2:19-cv-03059 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

/s/ Charles G. Orr
Charles G. Orr
chiporrjd@gmail.com
3710 Rawlins Street, Suite 901
Dallas, TX 75219
(214) 219-9779

Attorney for Plaintiff

Dated: September 19, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

   Dated: September 19, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   andrew.solow@arnoldporter.com
   william.hoffman@arnoldporter.com

   Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

   Dated: September 19, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
   Kim E. Moore
   400 Poydras St., Ste, 2700
   New Orleans, LA 70130
   Telephone: (504) 310-2100
   kmoore@irwinllc.com

   Liaison Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Charles G. Orr
                                                  Charles G. Orr