**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** <br><br><br> **THIS DOCUMENT RELATES TO:** <br><br> Leigh Ann Darconte <br> Case No.: 2:17-cv-02690 <br><br><br> Ronald Lawhorne <br> Case No.:  2:15-cv-06868 | **Master File No.  2592** <br> **MDL No.  2:14-MD-02592** <br><br> **JUDGE: ELDON E. FALLON** <br> **MAG: JUDGE MICHAEL NORTH** <br><br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A** |

<u>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**</u>

COMES NOW, Plaintiffs' Leigh Ann Darconte and Ronald Lawhorne, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Case filed on September 10, 2019 and state as follows:

1.  On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned actions, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2.  On August 29, 2019, plaintiff Leigh Ann Darconte received a notice of incomplete enrollment with a response date due September 11, 2019. On September 11, 2019, plaintiff Leigh

Ann Darconte a completed an executed Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. On September 13, 2019, plaintiff Leigh Ann Darconte received a notice of complete Enrollment package from MDL Centrality.

4. On September 11, 2019, plaintiff Ronald Lawhorne submitted a completed release and Enrollment Election Form indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

5. WHEREFORE, plaintiff Leigh Ann Darconte and Ronald Lawhorne are now compliant with the Court's Case Management Order 12A and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that Plaintiffs' cases not be dismissed.

Respectfully submitted,

Dated: September 19, 2019

LENZE LAWYERS, PLC.

By:  /s/Jennifer A. Lenze, CA Bar# 246858
Email: jlenze@lenzelawyers.com
LENZE LAWYERS, PLC
1300 Highland Ave, Suite 207
Manhattan Beach, CA 90266
Tel.: 310-322-8800 | Fax.: 310-322-8811

Attorney for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on September 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>/s/ Jennifer A. Lenze</u>