EXHIBIT D-1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: KAYLE MARTINO Civil Action No. 2:16-cv-09537 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Kayle Martino in the above- captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs. This stipulation shall only apply to Plaintiff Kayle Martino.

**FERRER POIROT & WANSBROUGH**

By: /s/ Russell T. Abney
Russell T. Abney , Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
Attorney for the Plaintiffs

Attorneys for Plaintiffs
Dated: September 18, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson,
Janssen Research & Development, LLC, and
Janssen Ortho LLC

Dated September 19, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow 250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG

Dated September 19, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
 Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants Dated:
Dated September 19, 2019

EXHIBIT D-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kim Moore