**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | )<br>)**MDL No. 2592**<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>JAMES SMITH<br><br>2:16-CV-9272 | **SECTION L**<br>)<br>)<br>)**JUDGE ELDON E. FALLON**<br>)<br>)<br>)**MAGISTRATE JUDGE NORTH**<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**SWEENEY MERRIGAN LAW, LLP**

By:   /s/ Peter M. Merrigan

Peter  M. Merrigan, BBO #673272
peter@sweeneymerrigan.com
Thomas T. Merrigan, BBO #343480
tom@sweeneymerrigan.com
Jonathan T. Merrigan, BBO#681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW, LLP
268 Summer Street, LL
Boston, MA 02210
Telephone: (617) 391-9001
Fax: (617) 357-9001


Attorneys for Plaintiffs


Dated:   September 19, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
     Susan M. Sharko
     600 Campus Dr.
     Florham Park, NJ 07932
     Telephone: (973) 549-7000
     susan.sharko@dbr.com

     Attorneys for Defendants Janssen
     Pharmaceuticals, Inc., Johnson & Johnson,
     Janssen Research & Development, LLC, and
     Janssen Ortho LLC

     Dated: September 19, 2019


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
     Andrew K. Solow
     250 West 55th Street
     New York, New York 10019-9710
     Telephone: (212) 836-8000
     Facsimile: (212) 836-8689
     William Hoffman
     601 Massachusetts Ave., NW
     Washington, D.C. 20001
     Telephone: (202) 942-5000
     Facsimile: (202) 942-5999
     andrew.solow@arnoldporter.com
     william.hoffman@arnoldporter.com

     Attorneys for Defendants Bayer HealthCare
     Pharmaceuticals Inc., and Bayer Pharma AG

     Dated: September 19, 2019


**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
     Kim E. Moore
     400 Poydras St., Ste, 2700
     New Orleans, LA 70130
     Telephone: (504) 310-2100
     kmoore@irwinllc.com

     Liaison Counsel for Defendants

     Dated: September 19, 2019