# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>FLORA BOHLMAN<br>Civil Action No. 2:17-cv-02285 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**THE BENTON LAW FIRM PLLC**

By: /s/Jeff Benton_____

   Jeff Benton
   1825 Market Center Blvd., Suite 350
   Dallas, TX 75207
   Telephone: (214) 219-4878
   Jeff@thebentonlawfirm.com

Attorney for Plaintiff
Dated: September 13, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko_____
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: September 13, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow_____
   Andrew K. Solow
   250 West 55th Street

      New York, New York 10019-9710
      Telephone: (212) 836-8000
      Facsimile: (212) 836-8689
      William Hoffman
      601 Massachusetts Ave., NW
      Washington, D.C. 20001
      Telephone: (202) 942-5000
      Facsimile: (202) 942-5999
      andrew.solow@arnoldporter.com
      william.hoffman@arnoldporter.com

      Attorneys for Defendants Bayer HealthCare
      Pharmaceuticals Inc., and Bayer Pharma AG
      Dated: September 13, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: September 13, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                  /s/Kim E. Moore