**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>**CONCEPCION SANDOVAL**<br>Civil Action No. 2:18-cv-02773 | **MDL 2592**<br><br>**SECTION L**<br><br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH**<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**THE BENTON LAW FIRM PLLC**

By: /s/Jeff Benton_____

    Jeff Benton
    1825 Market Center Blvd., Suite 350
    Dallas, TX 75207
    Telephone: (214) 219-4878
    Jeff@thebentonlawfirm.com

    Attorney for Plaintiff
    Dated:  September 13, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko_____
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Janssen Research &
    Development, LLC,  Janssen Ortho LLC, and
    Johnson & Johnson
    Dated: September 13, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow_____
    Andrew K. Solow

250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 13, 2019

**IRWIN FRITCHIE URQUHART & MOORE
LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 13, 2019

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore