# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| THIS DOCUMENT RELATED TO : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| Michelle Burns, as Executrix of : | |
| the Estate of Albert Hardin : | MAGISTRATE JUDGE NORTH |
| Civil Action No.: 2:15-cv-01322 : | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Michelle Burns, as Executrix of the Estate of Albert Hardin, by and through her undersigned Counsel of record, and respectfully submits this Response to the Order to Show Cause filed on September 10, 2019, and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On June 7, 2019, Plaintiff uploaded settlement documents to the MDL Centrality website. On August 29, 2019 Plaintiff received a Notice of Incomplete Enrollment stating that an Enrollment Form containing Plaintiff and Plaintiff's counsel signature was missing as well as the Stipulation of Dismissal was not signed on the Certificate of Service.

3. Upon receipt of this Notice, Plaintiff's counsel discovered that they had inadvertently uploaded an unsigned Enrollment Form. On September 12, 2019, Plaintiff uploaded the Enrollment Form signed by both Plaintiff and counsel executed by the Plaintiff on June 5, 2019.

4. On September 6, 2019, Plaintiff uploaded a corrected version of the Stipulation of Dismissal.

5. To this date, Plaintiff is awaiting a Notice of Complete Enrollment from Brown Greer.

WHEREFORE, as Plaintiff is now compliant with the Court's Case Management Order 12A, Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 20, 2019

**ENGLISH, LUCAS, PRIEST & OWSLEY, LLP**

/s/ Jessica R. Shoulders
Jessica R. Shoulders
jshoulders@elpolaw.com
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Phone: (270) 781-6500
Fax: (270) 782-7782
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jessica R. Shoulders
Jessica R. Shoulders