EXHIBIT D-1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) )MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>Carlos Alvardo, as surviving spouse of Emily J. Alvarado, deceased<br>Civil Action No. 2:17cv06977 | **SECTION L**<br>)<br>)<br>)**JUDGE ELDON E. FALLON**<br>)<br>)<br>)**MAGISTRATE JUDGE NORTH**<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**

By: /s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
Post Office Box 4160
Montgomery, AL 36103
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com


Attorneys for Plaintiffs

Dated: September 20, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Johnson & Johnson,
    Janssen Research & Development, LLC,
    and Janssen Ortho LLC

    Dated:  September 20, 2019

**ARNOLD & PORTER KAYE SCHOLER**
**LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc., and Bayer Pharma
    AG

    Dated: September 20, 2019

**IRWIN FRITCHIE URQUHART &**
**MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants

    Dated:  September 20, 2019

EXHIBIT D-1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice  of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    /s/Andy D. Birchfield, Jr._____