# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carol Anglin-Beckford v. Janssen Research & Development LLC, et al*, 2:17-cv-15448

## ORDER

Plaintiff's case was dismissed with prejudice on February 2, 2019. *See* R. Doc. 12570. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Withdraw as Counsel of Record, R. Doc. 10996, be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 19th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE