UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | ) | MAGISTRATE JUDGE NORTH |
| BERNICE PHILPOT and CLYDE GORDON PHILPOT, SR. | ) ) | |
| Civil Action No.: 2:16-cv-03944 | ) | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Jessica May Philpot on behalf of her deceased mother, Bernice Philpot and deceased father, Clyde Gordon Philpot, Sr..

1. Bernice Philpot and Clyde Gordon Philpot, Sr. filed a products liability lawsuit against the defendants on April 30, 2016.

2. On March 7, 2018, Bernice Philpot died.

3. On July 1, 2019, Clyde Gordon Philpot, Sr. died

4. Bernice Philpot's and Clyde Gordon Philpot, Sr.'s products liability action against defendants survived their deaths and was not extinguished.

5. Jessica May Philpot, daughter of Bernice Philpot and Clyde Gordon Philpot, Sr. and representative of her parents' estate, is a proper party to substitute for plaintiff-decedents Bernice Philpot and Clyde Gordon Philpot, Sr. and proceed forward with the surviving products liability claim on their behalf.

Based on the foregoing, Jessica May Philpot requests that this Court grant her request for substitution as plaintiff in this action.

This 20th day of September, 2019.

By: */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**