# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *All Cases Listed on Attached Exhibit A* : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER RESCHEDULING HEARING TO SHOW CAUSE

The hearing previously set for September 25, 2019 by Orders entered on September 10, 2019 [Document 15416 and Document 15417] is hereby rescheduled for **October 7, 2019**. The Plaintiffs' Steering Committee and Defendants are hereby directed to submit to the Court on October 1, 2019 an updated joint report of plaintiffs that have failed to comply with Case Management Orders 12A and 12B.

Plaintiffs that have failed to comply with Case Management Orders 12A and 12B will be required to appear before this Court on October 7, 2019 at 8:30 a.m. to show cause as to why their case should not be dismissed. Plaintiffs' counsel is also required to appear in person. Telephone attendance is not permitted.

Attendance at the hearing will be excused, based on a contention that plaintiff timely complied with CMO No. 12A only if the Plaintiffs' Steering Committee and Defendants stipulate that the plaintiff is in compliance and so ordered by the Court.

Failure to show cause by appearing before this Court at 8:30 a.m. on October 7, 2019, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 20th day of September, 2019.

                                                         */s/ Eldon E. Fallon*
                                           UNITED STATES DISTRICT JUDGE

2