**EXHIBIT A**

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 1. | 16868 | 2:16-cv-12480 | Lowe, Deborah | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace |
| 2. | 4294 | 2:15-cv-04703 | Weringer, Racine | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace |
| 3. | 9533 | 2:16-cv-02015 | Brantley, Pearline | Baron & Budd, PC | Baron & Budd |
| 4. | 5399 | 2:15-cv-06230 | Price, Sollie | Baron & Budd, PC | Baron & Budd |
| 5. | 31539 | 2:19-cv-08524 | Gunn, Ken, Sr. | Beacon Legal Group, PLLC | Beacon Legal Group PLLC |
| 6. | 31540 | 2:19-cv-08852 | Thomas, Georgina T. | Beacon Legal Group, PLLC | Beacon Legal Group PLLC |
| 7. | 4041 | 2:15-cv-03713 | Robinson, Stanley Neil | Bernstein Liebhard LLP | Bernstein Liebhard LLP |
| 8. | 28604 | 2:19-cv-00350 | Schafer, Jessica | Brown, LLC | Brown, LLC |
| 9. | 2939 | 2:15-cv-02389 | Kennedy, Neil | Burke Harvey, LLC | Burke Harvey, LLC |
| 10. | 6877 | 2:15-cv-06833 | West, Delores | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 11. | 4008 | 2:15-cv-04961 | Brothers, Kimberly | Burnett Law Firm | Burnett Law Firm |
| 12. | 9402 | 2:16-cv-03460 | Walsh, Patricia | Burnett Law Firm | Burnett Law Firm |
| 13. | 31030 | 2:19-cv-07919 | Varnado, Lucious | Carmen D. Caruso Law Firm | Carmen D. Caruso Law Firm |
| 14. | 16263 | 2:16-cv-14643 | Leek, Linda | Comeaux Law Firm; Murphy Law Firm | Murphy Law Firm |
| 15. | 12972 | 2:16-cv-09162 | Lewis, Kenneth | Comeaux Law Firm; Murphy Law Firm | Murphy Law Firm |
| 16. | 16325 | 2:16-cv-14266 | Stealy, Dan | Comeaux Law Firm; Murphy Law Firm | Murphy Law Firm |
| 17. | 13349 | 2:16-cv-15801 | Huggins, Stan | Cory Watson, PC | Cory Watson |
| 18. | 9161 | 2:16-cv-00487 | Jorgensen, Erika | Cory Watson, PC | Cory Watson |
| 19. | 10361 | 2:16-cv-03035 | Schearer, Inez | Cory Watson, PC | Cory Watson |
| 20. | 12224 | 2:16-cv-16399 | States, David | Cory Watson, PC | Cory Watson |
| 21. | 12132 | 2:16-cv-13730 | Turek, Helen | Cory Watson, PC | Cory Watson |
| 22. | 11776 | 2:16-cv-07588 | Vaden, Tonya | Cory Watson, PC | Cory Watson |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 23. | 15253 | 2:17-cv-04458 | Jemison, Thelma | Dugan Law Firm, PLC | The Dugan Law Firm |
| 24. | 29399 | 2:19-cv-04463 | Abuhmoud, Suha | Fears Nachawati, PLLC | Fears \| Nachawati |
| 25. | 30041 | 2:19-cv-06414 | Boring, Rodger | Fears Nachawati, PLLC | Fears \| Nachawati |
| 26. | 30111 | 2:19-cv-06463 | Branch, Sandra | Fears Nachawati, PLLC | Fears \| Nachawati |
| 27. | 38962 | 2:19-cv-06553 | Bryant, Elmore | Fears Nachawati, PLLC | Fears \| Nachawati |
| 28. | 30173 | 2:19-cv-06736 | Cole, Kathleen | Fears Nachawati, PLLC | Fears \| Nachawati |
| 29. | 4324 | 2:15-cv-04119 | Crawley, Ethel | Fears Nachawati, PLLC | Fears \| Nachawati |
| 30. | 30307 | 2:19-cv-04825 | Derico, Mark | Fears Nachawati, PLLC | Fears \| Nachawati |
| 31. | 16315 | 2:16-cv-13003 | Dykstra, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 32. | 38912 | 2:19-cv-04263 | Francis, Patricia | Fears Nachawati, PLLC | Fears \| Nachawati |
| 33. | 29556 | 2:19-cv-04652 | Gonzalez, Sergio | Fears Nachawati, PLLC | Fears \| Nachawati |
| 34. | 10042 | 2:16-cv-03006 | Gost, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 35. | 29949 | 2:19-cv-06239 | Goushy, Theodore | Fears Nachawati, PLLC | Fears \| Nachawati |
| 36. | 29913 | 2:19-cv-05024 | Guillen, Jose | Fears Nachawati, PLLC | Fears \| Nachawati |
| 37. | 29518 | 2:19-cv-04559 | Hargrove, Jolanda | Fears Nachawati, PLLC | Fears \| Nachawati |
| 38. | 4336 | 2:15-cv-04204 | Hirliman, Richard | Fears Nachawati, PLLC | Fears \| Nachawati |
| 39. | 39014 | 2:19-cv-04985 | Hosley, James | Fears Nachawati, PLLC | Fears \| Nachawati |
| 40. | 39017 | 2:19-cv-04763 | Johnson, Elizabeth | Fears Nachawati, PLLC | Fears \| Nachawati |
| 41. | 39006 | 2:19-cv-04276 | Kenney, Kelly | Fears Nachawati, PLLC | Fears \| Nachawati |
| 42. | 29231 | 2:19-cv-03660 | Kingan, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati |
| 43. | 12732 | 2:16-cv-07758 | Kozianowski, Gary | Fears Nachawati, PLLC | Fears \| Nachawati |
| 44. | 39078 | 2:19-cv-05394 | McFarland, Brent | Fears Nachawati, PLLC | Fears \| Nachawati |
| 45. | 30233 | 2:19-cv-04108 | Milano, Donna | Fears Nachawati, PLLC | Fears \| Nachawati |
| 46. | 21464 | 2:16-cv-17873 | Milliron, Nada Anna | Fears Nachawati, PLLC | Fears \| Nachawati |
| 47. | 29867 | 2:19-cv-04594 | Mills, Ron | Fears Nachawati, PLLC | Fears \| Nachawati |
| 48. | 29157 | 2:19-cv-05366 | O'Neill, Margaret | Fears Nachawati, PLLC | Fears \| Nachawati |
| 49. | 13491 | 2:15-cv-03008 | Pozo, April | Fears Nachawati, PLLC | Fears \| Nachawati |
| 50. | 29501 | 2:19-cv-03489 | Richwine, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 51. | 29454 | 2:19-cv-05172 | Robertson, Tony | Fears Nachawati, PLLC | Fears \| Nachawati |
| 52. | 29449 | 2:19-cv-05144 | Robinson, Gloria | Fears Nachawati, PLLC | Fears \| Nachawati |
| 53. | 29720 | 2:19-cv-05810 | Ross, Donald | Fears Nachawati, PLLC | Fears \| Nachawati |
| 54. | 30371 | 2:19-cv-03566 | Shipp, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 55. | 30213 | 2:19-cv-04149 | Summers, Paul | Fears Nachawati, PLLC | Fears \| Nachawati |
| 56. | 15998 | 2:16-cv-12987 | Walters, William | Fears Nachawati, PLLC | Fears \| Nachawati |
| 57. | 39016 | 2:19-cv-07433 | Watson, Jamie | Fears Nachawati, PLLC | Fears \| Nachawati |
| 58. | 29229 | 2:19-cv-04979 | Wilmington, Beverly | Fears Nachawati, PLLC | Fears \| Nachawati |
| 59. | 39003 | 2:19-cv-04250 | Woodkirk, Audrey | Fears Nachawati, PLLC | Fears \| Nachawati |
| 60. | 38259 | 2:19-cv-05031 | Zachary, Jaye | Fears Nachawati, PLLC | Fears \| Nachawati |
| 61. | 17440 | 2:16-cv-16535 | Connahan, Margaret J. | Fears Nachawati, PLLC; Neill Legler Cole, PLLC | Neill Legler Cole, PLLC |
| 62. | 12868 | 2:16-cv-06931 | Lorincz, Judith | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 63. | 17316 | 2:16-cv-16956 | Wood, Raymond | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 64. | 19877 | 2:17-cv-03651 | Caporale, Donna | Forman Law Offices, PA | Forman Law Offices |
| 65. | 20042 | 2:17-cv-03772 | Tholl, Jean | Forman Law Offices, PA | Forman Law Offices |
| 66. | 6514 | 2:16-cv-02551 | Heffington, John | Girardi Keese | Girardi Keese |
| 67. | 23813 | 2:17-cv-09832 | Rucker, Douglas B. | Gordon & Partners, PA | Gordon & Partners, P.A. |
| 68. | 7837 | 2:16-cv-01030 | Soliday, Debbie | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 69. | 13873 | 2:16-cv-12564 | Tillman, Geraldine | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 70. | 20083 | 2:17-cv-00326 | Geier, Jackie | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC |
| 71. | 3809 | 2:15-cv-04674 | Miller, Janeann | Hilliard Munoz Gonzales LLP | Hilliard Martinez Gonzales LLP |
| 72. | 3630 | 2:15-cv-04300 | Nelson, Harry M. | Hilliard Munoz Gonzales LLP | Hilliard Martinez Gonzales LLP |
| 73. | 15839 | 2:16-cv-14793 | Friedman, Betty | Hollis Law Firm, P.A. | Hollis Law Firm, P.A. |
| 74. | 26191 | 2:18-cv-03730 | Marchal, Forest | Hovde Dassow + Deets, LLC; Scovern Law; The Lanier Law Firm | The Lanier Law Firm |
| 75. | 2956 | 2:16-cv-07449 | Carson, Maryjo | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 76. | 2937 | 2:15-cv-04692 | Ely, Christine J. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |
| 77. | 7711 | 2:16-cv-14248 | Fauver, Ellen W. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |
| 78. | 3821 | 2:16-cv-03056 | Wolcott, Jeanette | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |
| 79. | 15239 | 2:16-cv-10301 | Pettigrew, Clarence | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, PC | The Cochran Firm - Birmingham |
| 80. | 11773 | 2:16-cv-11011 | Mixon, George | Johnson Becker, PLLC | Johnson Becker |
| 81. | 38480 | 2:19-cv-06223 | Bilyard, James | Johnson Law Group | Johnson Law Group |
| 82. | 27150 | 2:18-cv-05718 | Lumbag, Lucia | Johnson Law Group | Johnson Law Group |
| 83. | 38389 | 2:19-cv-07481 | Mader, Marianne | Johnson Law Group | Johnson Law Group |
| 84. | 6971 | 2:16-cv-00835 | McCollum, Hollis | Johnson Law Group | Johnson Law Group |
| 85. | 41535 | 2:19-cv-00049 | Morris, Lorelei | Johnson Law Group | Johnson Law Group |
| 86. | 38419 | 2:19-cv-05546 | Parsons, Gloria | Johnson Law Group | Johnson Law Group |
| 87. | 28274 | 2:18-cv-08273 | Polyansky, Nikita | Johnson Law Group | Johnson Law Group |
| 88. | 27120 | 2:18-cv-02526 | Tielsch, Bradley | Johnson Law Group | Johnson Law Group |
| 89. | 8583 | 2:16-cv-14477 | Tucker, Cheryl | Kelley & Ferraro LLP | Kelley & Ferraro LLP |
| 90. | 7542 | 2:16-cv-02657 | Ketcherside, Larry | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 91. | 20714 | 2:17-cv-01757 | Manns, Roseann B. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 92. | 8138 | 2:16-cv-01447 | Simmonds, Shannon | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 93. | 25858 | 2:17-cv-07028 | Handlon, Jerry, II | Kirtland & Packard LLP | Kirtland & Packard |
| 94. | 30475 | 2:19-cv-03684 | Biddle, William | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 95. | 30535 | 2:19-cv-03620 | Braun, Arnold | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 96. | 30692 | 2:19-cv-04238 | Collins, Sherry | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 97. | 30629 | 2:19-cv-04779 | Collins, Sherry | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 98. | 30640 | 2:19-cv-04265 | Lamb, Melissa | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 99. | 30698 | 2:19-cv-04882 | Manukyan, Nilda | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 100. | 30737 | 2:19-cv-04893 | Martinez, Amanda | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 101. | 30484 | 2:19-cv-03685 | McDermot, William | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 102. | 30526 | 2:19-cv-03676 | Reedy, Kirk | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 103. | 40718 | 2:19-cv-03143 | Amendolia, Raymond | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 104. | 40997 | 2:19-cv-03907 | Buckenheimer, Wandra | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 105. | 41833 | 2:19-cv-03172 | Chain, Inez | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 106. | 19156 | 2:18-cv-00643 | Cheridor, Marie P. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 107. | 41104 | 2:19-cv-02965 | Christensen, Susan | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 108. | 41121 | 2:19-cv-03077 | Dabat, Lawrence | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 109. | 40986 | 2:19-cv-03346 | Dill, Steven | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 110. | 24024 | 2:17-cv-17566 | Gibson, Adrian | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 111. | 40772 | 2:19-cv-03258 | Guido, Cynthia | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 112. | 40823 | 2:19-cv-03649 | Hamilton, Travis | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 113. | 40878 | 2:19-cv-03537 | Herbert, Patricia | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 114. | 40934 | 2:19-cv-03428 | Rainey, David | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 115. | 40750 | 2:19-cv-03434 | Romano, David | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 116. | 41050 | 2:19-cv-03144 | Russell, Carmella | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 117. | 19548 | 2:18-cv-00215 | Shockley, Emma Jean | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 118. | 40811 | 2:19-cv-03053 | Smadi, Fahmi | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 119. | 41023 | 2:19-cv-03306 | Utley, Jamie | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 120. | 28453 | 2:19-cv-02864 | Young, Edward G., Jr. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 121. | 14369 | 2:16-cv-13884 | Muthard, Rita | Lenze Lawyers, PLC | Lenze Moss, PLC. |
| 122. | 14366 | 2:16-cv-13872 | Pickern, Brenda | Lenze Lawyers, PLC | Lenze Moss, PLC. |
| 123. | 33045 | 2:19-cv-04703 | Shanklin, Eugenia | MacArthur Heder & Metler | MacArthur, Heder, & Metler |
| 124. | 26743 | 2:18-cv-05586 | Ascencio, Angel | Marc J. Bern & Partners LLP - New York | Marc J. Bern & Partners LLP |
| 125. | 41230 | 2:19-cv-08890 | McCloskey, Maureen | McDonald Worley, PC | McDonald Worley |
| 126. | 41231 | 2:19-cv-06780 | McCoy, Patricia | McDonald Worley, PC | McDonald Worley |
| 127. | 41255 | 2:19-cv-08945 | Owens, Robert | McDonald Worley, PC | McDonald Worley |
| 128. | 41311 | 2:19-cv-08105 | Schoonover, Robert | McDonald Worley, PC | McDonald Worley |
| 129. | 41287 | 2:19-cv-06711 | Strefling, Lisa | McDonald Worley, PC | McDonald Worley |
| 130. | 32512 | 2:19-cv-06720 | Feminella, Jennifer | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 131. | 32525 | 2:19-cv-06832 | Hammond, Stephen | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 132. | 32518 | 2:19-cv-06902 | Korab, Edward J. | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 133. | 21361 | 2:17-cv-03501 | Kilbride, Mark | Milstein Jackson Fairchild & Wade, LLP | Milstein Jackson Fairchild & Wade, LLP |
| 134. | 41600 | 2:17-cv-03501 | Smith, Helen | Milstein Jackson Fairchild & Wade, LLP | Milstein Jackson Fairchild & Wade, LLP |
| 135. | 12649 | 2:16-cv-07230 | Cutter, Gregg | Murphy Law Firm | Murphy Law Firm |
| 136. | 17215 | 2:16-cv-14886 | Cayford, Dolores | Murray Law Firm | The Murray Law Firm |
| 137. | 20145 | 2:17-cv-01441 | Hoffman, Charles J. | Murray Law Firm | The Murray Law Firm |
| 138. | 37437 | 2:17-cv-07570 | Monroe, Richard W. | Niemeyer, Grebel & Kruse LLC; Wagstaff & Cartmell, LLP; Wexler Wallace LLP; Brown and Crouppen, PC | Wexler Wallace LLP |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 139. | 37439 | 2:17-cv-07570 | Wedge, Patricia | Niemeyer, Grebel & Kruse LLC; Wagstaff & Cartmell, LLP; Wexler Wallace LLP; Brown and Crouppen, PC | Wexler Wallace LLP |
| 140. | 27702 | 2:18-cv-08099 | Cummins, Rita | Onderlaw, LLC (fka Onder, Shelton, O'Leary & Peterson, LLC) | OnderLaw, LLC |
| 141. | 7137 | 2:15-cv-06627 | Schroeder, Karen | Padberg, Corrigan & Appelbaum | Ferrer, Poirot & Wansbrough |
| 142. | 17748 | 2:16-cv-16470 | Beckstine, Margaret | Pierce Skrabanek, PLLC | Pierce Skrabanek Bruera, PLLC |
| 143. | 6707 | 2:15-cv-06253 | Woolums, James | Potts Law Firm, LLP ; Burnett Law Firm | Burnett Law Firm |
| 144. | 21446 | 2:16-cv-17479 | Delamarter, Toby | Reich & Binstock | Reich and Binstock, LLP |
| 145. | 16003 | 2:15-cv-05092 | Boyd, Christopher | Sanders Law Firm, LLC | Sanders Law |
| 146. | 2650 | 2:15-cv-02662 | Patterson, Bonita | Sanders Law Firm, LLC | Sanders Law |
| 147. | 3944 | 2:15-cv-05120 | Smith, Angela | Sanders Law Firm, LLC | Sanders Law |
| 148. | 4465 | 2:15-cv-04665 | Allison, Bessie | Sanders Phillips Grossman, LLC | Sanders Phillips Grossman, LLC |
| 149. | 3188 | 2:15-cv-03652 | Greve, Florence | Sanders Phillips Grossman, LLC | Sanders Phillips Grossman, LLC |
| 150. | 2802 | 2:15-cv-03604 | Stegman, Steven | Simmons Hanly Conroy | Simmons Hanly Conroy |
| 151. | 7841 | 2:16-cv-00623 | Vogelgesang, Tammy | Simmons Hanly Conroy | Simmons Hanly Conroy |
| 152. | 25746 | 2:17-cv-12720 | Berkey, Kathleen | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 153. | 16511 | 2:16-cv-07975 | Haynes, Steven | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 154. | 5313 | 2:15-cv-06141 | Crawford, Roxanne | Sommerman & Quesada, LLP | Sommerman & Quesada LLP |
| 155. | 27686 | 2:18-cv-07922 | Lieberman, Patricia | Tamari Law Group, LLC | Tamari Law Group, LLC |
| 156. | 39349 | 2:19-cv-08958 | Thornton, Walter | Tamari Law Group, LLC | Tamari Law Group, LLC |
| 157. | 7277 | 2:15-cv-07021 | Broyles, Tonya | The Cochran Firm | The Cochran Firm - Dothan |
| 158. | 15200 | 2:16-cv-07622 | Nichols, Amy | The Cochran Firm Birmingham, PC; Jacoby & Meyers, LLC | The Cochran Firm - Birmingham |
| 159. | 16219 | 2:16-cv-17149 | Berkebile, Deanna | The Driscoll Firm, PC | The Driscoll Firm |
| 160. | 4787 | 2:17-cv-07568 | Burton, Sammie | The Driscoll Firm, PC | The Driscoll Firm |
| 161. | 3333 | 2:16-cv-07172 | Carlin, Gabriela | The Driscoll Firm, PC | The Driscoll Firm |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 162. | 16039 | 2:18-cv-04389 | Comunale, Abe | The Driscoll Firm, PC | The Driscoll Firm |
| 163. | 8995 | 2:16-cv-17149 | Cruz, Carol | The Driscoll Firm, PC | The Driscoll Firm |
| 164. | 25339 | 2:17-cv-07568 | Dalessandro, Lisa | The Driscoll Firm, PC | The Driscoll Firm |
| 165. | 8218 | 2:17-cv-17261 | Gecan, Norma | The Driscoll Firm, PC | The Driscoll Firm |
| 166. | 6568 | 2:16-cv-17148 | Gray, Annie | The Driscoll Firm, PC | The Driscoll Firm |
| 167. | 6578 | 2:17-cv-03504 | Haworth, Joyce | The Driscoll Firm, PC | The Driscoll Firm |
| 168. | 7423 | 2:17-cv-03504 | Heidger, Bill | The Driscoll Firm, PC | The Driscoll Firm |
| 169. | 16236 | 2:16-cv-17149 | Henry, Richard | The Driscoll Firm, PC | The Driscoll Firm |
| 170. | 25451 | 2:16-cv-17149 | Hodge, Tina | The Driscoll Firm, PC | The Driscoll Firm |
| 171. | 41997 | 2:17-cv-03504 | Jones, Robert | The Driscoll Firm, PC | The Driscoll Firm |
| 172. | 7365 | 2:17-cv-03504 | Juscik, Emma | The Driscoll Firm, PC | The Driscoll Firm |
| 173. | 3430 | 2:17-cv-03504 | Kennedy, Albert | The Driscoll Firm, PC | The Driscoll Firm |
| 174. | 15916 | 2:16-cv-13851 | King, Carol | The Driscoll Firm, PC | The Driscoll Firm |
| 175. | 15278 | 2:16-cv-13851 | Levine, Estelle | The Driscoll Firm, PC | The Driscoll Firm |
| 176. | 4762 | 2:17-cv-00372 | Murphy, Dianna | The Driscoll Firm, PC | The Driscoll Firm |
| 177. | 3476 | 2:17-cv-07568 | Olewinski, Leona | The Driscoll Firm, PC | The Driscoll Firm |
| 178. | 7355 | 2:16-cv-17149 | Scott, Jeff | The Driscoll Firm, PC | The Driscoll Firm |
| 179. | 4784 | 2:16-cv-17148 | Sullivan, Ruth | The Driscoll Firm, PC | The Driscoll Firm |
| 180. | 6572 | 2:17-cv-03504 | Thomas, Juanita | The Driscoll Firm, PC | The Driscoll Firm |
| 181. | 4760 | 2:17-cv-03504 | Whitlow, Terry | The Driscoll Firm, PC | The Driscoll Firm |
| 182. | 27811 | 2:18-cv-09006 | Wilson, Alma | The Driscoll Firm, PC | The Driscoll Firm |
| 183. | 9854 | 2:16-cv-06551 | Kent, Alan | The Frankowski Firm, LLC | The Frankowski Firm |
| 184. | 20608 | 2:17-cv-02631 | Barber, Roseanna | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 185. | 26436 | 2:18-cv-03880 | Hayes, Jackie, Sr. | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 186. | 15180 | 2:16-cv-11350 | Hohn, Thomas | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 187. | 14381 | 2:16-cv-11415 | Parksion, Frank | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 188. | 22925 | 2:17-cv-06701 | Tomiak, Patricia | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 189. | 15295 | 2:16-cv-10192 | Warriner, Olga | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 190. | 26043 | 2:18-cv-08005 | Snyder, Nancy | The Law Office of L. Paul Mankin | The Law Office of L. Paul Mankin |
| 191. | 38790 | 2:19-cv-03037 | Donovan, Carolyn | The Mulligan Law Firm | The Mulligan Law Firm |
| 192. | 7797 | 2:16-cv-12812 | Kilpatrick, Stanley | The Mulligan Law Firm | Allen & Nolte, PLLC |
| 193. | 14030 | 2:16-cv-11706 | Lansdown, Rosemarie | The Mulligan Law Firm | The Mulligan Law Firm |
| 194. | 13463 | 2:16-cv-12828 | Moon, Fred | The Mulligan Law Firm | The Mulligan Law Firm |
| 195. | 39464 | 2:19-cv-05338 | Angulo, Isreal | Trammell P.C. | Trammell PC |
| 196. | 39532 | 2:19-cv-08864 | Dejuanini, Irene | Trammell P.C. | Trammell PC |
| 197. | 27401 | 2:18-cv-09245 | Fagg, Katherine | Trammell P.C. | Trammell PC |
| 198. | 39580 | 2:19-cv-06668 | Gutowski, Charles | Trammell P.C. | Trammell PC |
| 199. | 39621 | 2:19-cv-07365 | Kazenmayer, Charles | Trammell P.C. | Trammell PC |
| 200. | 39694 | 2:19-cv-06675 | Morgan, Maxine | Trammell P.C. | Trammell PC |
| 201. | 40393 | 2:19-cv-07644 | Pierce, Betty | Trammell P.C. | Trammell PC |
| 202. | 39780 | 2:19-cv-08716 | Thomas, Gary | Trammell P.C. | Trammell PC |
| 203. | 12297 | 2:16-cv-12134 | Stevens, Darlene C. | Van Wey Law, PLLC | Van Wey Law, PLLC |
| 204. | 1541 | 2:15-cv-05661 | Faye, Edward | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 205. | 18656 | 2:16-cv-17759 | Morgan, Ted | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 206. | 13168 | 2:16-cv-09659 | Ramich, Mike | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 207. | 39893 | 2:19-cv-08426 | Cucchisi, Tina | Wexler Wallace LLP | Wexler Wallace LLP |
| 208. | 42182 | 2:19-cv-00652 | Fried, Eric | Wexler Wallace LLP | Wexler Wallace LLP |
| 209. | 20513 | 2:17-cv-01193 | Gallay, Shirley | Wexler Wallace LLP | Wexler Wallace LLP |
| 210. | 39873 | 2:19-cv-07375 | Sieling, Scott | Wexler Wallace LLP | Wexler Wallace LLP |
| 211. | 20550 | 2:17-cv-04066 | Fabina, John | Wilshire Law Firm | Wilshire Law Firm |
| 212. | 26730 | 2:18-cv-06920 | Weaver, Kathy A. | Wilshire Law Firm | Wilshire Law Firm |
| 213. | 7963 | 2:16-cv-00135 | Gastall, William | Wormington & Bollinger | Wormington & Bollinger |