**EXHIBIT A**

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 1. | 38795 | Gore, Betty | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:19-cv-03099 |
| 2. | 23501 | Wald, Ruth | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:17-cv-09881 |
| 3. | 15475 | Webb, Constance | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-10332 |
| 4. | 14189 | Wittan, David | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-13291 |
| 5. | 14051 | Davis, Susan | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:16-cv-06427 |
| 6. | 13587 | Carroll, Patricia | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-10012 |
| 7. | 13301 | Armstrong, Mary | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-06615 |
| 8. | 9372 | Weakland, James | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-12029 |
| 9. | 9142 | Gnade, Lois | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-02689 |
| 10. | 8898 | Carbine, Shirley | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:16-cv-05774 |
| 11. | 8125 | Clifford, Calvin | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-07009 |
| 12. | 7832 | Stewart, Marvin | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-00506 |
| 13. | 7131 | Harrison, Tracy | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:16-cv-12691 |
| 14. | 5103 | Merkousko, Henry | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-04195 |
| 15. | 4831 | Rowe, Wanda | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:16-cv-02698 |
| 16. | 2846 | Greene, Ruth | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-10045 |
| 17. | 2259 | Williams, Roberta | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:16-cv-04201 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 18. | 1989 | Harding, Charlotte | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:15-cv-02985 |
| 19. | 23674 | Johnson, Martha | Anastopoulo Law Firm, LLC | Anastopoulo Law Firm | 2:17-cv-10010 |
| 20. | 23344 | Rowell, Kenneth J. | Anastopoulo Law Firm, LLC | Anastopoulo Law Firm | 2:17-cv-10009 |
| 21. | 4149 | Moore, Louise | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace | 2:15-cv-04701 |
| 22. | 30987 | Johnson, April | Ashcraft & Gerel, LLP | Ashcraft & Gerel LLP | 2:19-cv-08038 |
| 23. | 20262 | Pruett, Richard, Jr. | Ashcraft & Gerel, LLP | Ashcraft & Gerel LLP | 2:17-cv-01742 |
| 24. | 40237 | Benn, George | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:18-cv-11984 |
| 25. | 40225 | Edwards, Carlton | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-02581 |
| 26. | 40190 | Nooner, Sue | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-02722 |
| 27. | 40162 | Mitchell, Mike | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-02776 |
| 28. | 40160 | Brown, Verna L. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-02736 |
| 29. | 40149 | Nicholson, Roxie | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-06209 |
| 30. | 40116 | Fischer, Mildred | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-02627 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 31. | 40091 | DiGraziano, Warren | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-09008 |
| 32. | 40052 | Mills, Elton | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-06190 |
| 33. | 40032 | Dorsett, K.D. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-02629 |
| 34. | 40020 | Haslam, Fred | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:19-cv-09054 |
| 35. | 25544 | Johnson, Jimmy | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-17814 |
| 36. | 24582 | Spencer, Danny L. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-12771 |
| 37. | 23921 | Williams, William, Jr. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-08171 |
| 38. | 23543 | Taylor, Sonya | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-06981 |
| 39. | 22199 | Thompson, Arnathan | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-05267 |
| 40. | 16431 | Robbins, Robert | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:16-cv-13473 |
| 41. | 16266 | Verner, Tamisha | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:16-cv-01468 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 42. | 2538 | Guerra, Victor M. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:15-cv-00757 |
| 43. | N/A | Hatton, Joe | Aylstock, Witkin, Kreis & Overholtz PLLC | N/A | 2:19-cv-08992 |
| 44. | 1103 | Bertrand, Philip J. | Aylstock, Witkin, Kreis & Overholtz PLLC; Michael Hingle & Associates, LLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:15-cv-00302 |
| 45. | 22521 | Griffin, Shirley A. | Barney & Karamanis, LLP; Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-17929 |
| 46. | 32251 | Visvonti, Suzan | Baron & Budd, PC | Baron & Budd | 2:19-cv-08955 |
| 47. | 42016 | Mead, Barbara | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen | 2:19-cv-00106 |
| 48. | 27280 | Burns, Tina | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen | 2:18-cv-06647 |
| 49. | 26567 | Kelley, Sharon D. | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen | 2:18-cv-03579 |
| 50. | 23391 | Jack, Esmond R. | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen | 2:17-cv-08302 |
| 51. | 22694 | Emerson, Ethel | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen | 2:17-cv-06416 |
| 52. | 22696 | Thompson, Minus | Bernstein Liebhard LLP | Bernstein Liebhard LLP | 2:17-cv-09325 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|-----|-------|----------------|-------------------|---------------------------------------------------|---------------|
| 53. | 2083 | Bell, Brooke E. | Brady Law Group | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:15-cv-03919 |
| 54. | 9658 | Haller, Roberta J. | Brady Law Group; Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:16-cv-10818 |
| 55. | 28028 | Fields, Jimmie | Brown and Crouppen, PC | Brown & Crouppen | 2:18-cv-10086 |
| 56. | 24470 | Overton, Raymond | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC | 2:17-cv-10275 |
| 57. | 18499 | Fuller, Frances Catherine Flynn | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC | 2:16-cv-16347 |
| 58. | 14983 | Fogg, Ray | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC | 2:16-cv-03513 |
| 59. | 8871 | Wescom, Dorothy | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC | 2:16-cv-03659 |
| 60. | 7434 | Childs, Heather | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC | 2:15-cv-06328 |
| 61. | 3115 | Hernandez, Juan | Callahan & Blaine, APLC; Hodes Milman Liebeck, LLP | Callahan & Blaine, APLC | 2:17-cv-05635 |
| 62. | 1087 | Edwards, Martha | Callahan & Blaine, APLC; Hodes Milman Liebeck, LLP | Callahan & Blaine, APLC | 2:15-cv-01510 |
| 63. | 28669 | Long, Virginia Dare | Campbell & Associates; Frazer Law PLC | Frazer PLC | 2:18-cv-10224 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 64. | 17852 | Lauderdale, J.B. | Chaffin Luhana LLP | Chaffin Luhana LLP | 2:16-cv-16859 |
| 65. | N/A | Ross, Geri | Cochran Legal Group, LLP | N/A | 2:16-cv-06710 |
| 66. | 1188 | Banks, Annie | Cory Watson, PC | Cory Watson | 2:14-cv-02941 |
| 67. | 31249 | Lopez, Marilyn | Crumley Roberts | Burke Harvey, LLC | 2:19-cv-06312 |
| 68. | 42046 | Britt, Linda | Cunard Law Firm | Douglas & London | 2:16-cv-06728 |
| 69. | 41819 | White, Virginia E. | Dallas W. Hartman, PC | Dallas W Hartman PC | 2:19-cv-11858 |
| 70. | 41818 | Gerami, Farzin | Dallas W. Hartman, PC | Dallas W Hartman PC | 2:19-cv-11863 |
| 71. | 41817 | Hurst, Todd | Dallas W. Hartman, PC | Dallas W Hartman PC | 2:19-cv-11860 |
| 72. | 31703 | Rhea, Susan | Dickerson Oxton, LLC | Dickerson Oxton, LLC | 2:19-cv-04645 |
| 73. | 31692 | Ridder, Sherry | Dickerson Oxton, LLC | Dickerson Oxton, LLC | 2:19-cv-04090 |
| 74. | 31691 | Green, Karen | Dickerson Oxton, LLC | Dickerson Oxton, LLC | 2:19-cv-06398 |
| 75. | 33449 | Sene, Nancy | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen | 2:19-cv-07394 |
| 76. | 33437 | Mitchell, Rosalyn | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen | 2:19-cv-08690 |
| 77. | 33431 | Lipe, Ron | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen | 2:19-cv-07327 |
| 78. | 33426 | Hunt, Edward | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen | 2:19-cv-08670 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 79. | 33407 | Allmon, Kelly | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen | 2:19-cv-07274 |
| 80. | 33405 | Allen, James B. | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen | 2:19-cv-07199 |
| 81. | 37754 | Restrepo, Vitelma | Douglas & London, PC | Douglas & London | 2:19-cv-05102 |
| 82. | N/A | Williams, Lenore | Excolo Law, PLLC | N/A | 2:19-cv-08888 |
| 83. | 41733 | Block, Norman | Fears Nachawati, PLLC | Mazie Slater Slater Katz & Freeman, LLC | 2:15-cv-04093 |
| 84. | 39093 | Rhodes, Anatasia | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-04620 |
| 85. | 39043 | White, Carolyn | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-04830 |
| 86. | 38946 | Zarate, Elida | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-05425 |
| 87. | 38933 | Wilson, Christopher | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-06140 |
| 88. | 30333 | Richey, Nira | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-05412 |
| 89. | 30312 | Turner, Charles | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-06614 |
| 90. | 30050 | Rivera, Jerry | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-03860 |
| 91. | 30009 | Boyce, Faryl | Fears Nachawati, PLLC | Fears | Nachawati | 2:18-cv-14273 |
| 92. | 29995 | Brown, Lula | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-06280 |
| 93. | 29836 | Davidson, Ryan | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-04566 |
| 94. | 29634 | Elias, Rosemarie | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-04080 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 95. | 29435 | Rosdol, Katherine | Fears Nachawati, PLLC | Fears \| Nachawati | 2:19-cv-04322 |
| 96. | 29416 | Rogers, Percy | Fears Nachawati, PLLC | Fears \| Nachawati | 2:19-cv-05411 |
| 97. | 29179 | Coleman-Ridley, Malisa | Fears Nachawati, PLLC | Fears \| Nachawati | 2:19-cv-04189 |
| 98. | 29167 | Hoffman, Luther | Fears Nachawati, PLLC | Fears \| Nachawati | 2:19-cv-04306 |
| 99. | 29160 | Morrin, Patrick | Fears Nachawati, PLLC | Fears \| Nachawati | 2:19-cv-04310 |
| 100. | 29138 | Jacobs, Jesse | Fears Nachawati, PLLC | Fears \| Nachawati | 2:19-cv-03790 |
| 101. | 42115 | Godwin, Darla Jean | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough | 2:19-cv-00360 |
| 102. | 34734 | Macon, Vonta | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough | 2:19-cv-07882 |
| 103. | 34504 | Davis, William, IV | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough | 2:19-cv-07846 |
| 104. | N/A | Danforth, Shirley A. | Flint & Associates, LLC | N/A | 2:14-cv-02939 |
| 105. | 33170 | Lawson, Ethel | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:19-cv-04279 |
| 106. | 27978 | Corrales, Andrea | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:18-cv-13574 |
| 107. | 25057 | Stallings, Orla | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:18-cv-02612 |
| 108. | 24011 | Burleson, Mickey | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:18-cv-00157 |
| 109. | 23412 | Fick, Ashley | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-12491 |
| 110. | 23314 | Gatling, Johnnie | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-11696 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 111. | 23077 | Brammeier, Robert | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-11090 |
| 112. | 23028 | Duncanson, Robert | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-10688 |
| 113. | 22391 | Jackson, Darry | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-08871 |
| 114. | 21834 | Redden, Estell | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-07081 |
| 115. | 21118 | Ortiz, Juan | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-05828 |
| 116. | 20763 | Thompson, Wendy | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-05239 |
| 117. | 17716 | Elling, Charlotte | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:17-cv-00423 |
| 118. | 17238 | Wise, Julia | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-17443 |
| 119. | 16639 | Farnsworth, Heidi | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-16090 |
| 120. | 16159 | Johnson, Leona | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-15699 |
| 121. | 15932 | Dorsen, Brad | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-15377 |
| 122. | 15691 | Adams, Barbara | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-14865 |
| 123. | 15518 | Jones, Raymond | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-14597 |
| 124. | 15514 | Vodegel, Bobby | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-14626 |
| 125. | 12153 | Peterson, Veronica | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-12109 |
| 126. | 9063 | Dutton, Linda | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-03372 |
| 127. | 7009 | Frank, Jo Ann | Flint Law Firm, LLC | Flint Law Firm, LLC | 2:16-cv-00513 |
| 128. | 31219 | Mendes, Paul | Fox & Farley | Fox and Farley | 2:19-cv-04448 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 129. | 9926 | Batton, Catherine H. | Frazer Law PLC; Campbell & Associates | Frazer PLC | 2:16-cv-02523 |
| 130. | 3899 | Clements, Earl | Gaidry Law Group | Chehardy Sherman | 2:15-cv-04278 |
| 131. | N/A | Viator, Dixie | Galloway Jefcoat, LLP | N/A | 2:19-cv-11273 |
| 132. | 1244 | Guste, Bernard, Jr. | Gennusa, Piacun & Ruli; Guste, Barnett, Schlesinger, Henderson & Alpaugh, LLP | Gennusa, Piacun & Ruli | 2:15-cv-00949 |
| 133. | 41950 | Bell, Willie | Goza & Honnold, LLC | The Bradley Law Firm | 2:19-cv-01848 |
| 134. | 34969 | Stinnett, Milton | Goza & Honnold, LLC | Ferrer, Poirot & Wansbrough | 2:19-cv-01846 |
| 135. | 37554 | Edwards, Diane | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC | 2:19-cv-11604 |
| 136. | 34745 | Rice, Charles | Heninger Garrison Davis, LLC | Ferrer, Poirot & Wansbrough | 2:19-cv-11798 |
| 137. | 34444 | Roberge, Mary | Heninger Garrison Davis, LLC | Ferrer, Poirot & Wansbrough | 2:19-cv-11798 |
| 138. | 33924 | Douglas, Hoyl | Heninger Garrison Davis, LLC | Ferrer, Poirot & Wansbrough | 2:19-cv-11798 |
| 139. | 9379 | Goff, Barbara | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC | 2:16-cv-01803 |
| 140. | N/A | Colley, Carolyn | Heninger Garrison Davis, LLC | N/A | 2:18-cv-13380 |
| 141. | N/A | Shadle, Carol | Heninger Garrison Davis, LLC | N/A | 2:19-cv-11798 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 142. | N/A | Singleton, Connie | Heninger Garrison Davis, LLC | N/A | 2:19-cv-11798 |
| 143. | 23141 | Brown, Sharon | Hollis Law Firm, P.A. | Hollis Law Firm, P.A. | 2:17-cv-06374 |
| 144. | 13415 | Scobel, Leslie | Hood, PC; The Pelham Law Firm | Atlas Partners, LLP | 2:16-cv-12348 |
| 145. | 13172 | Moore, Raymond | Hood, PC; The Pelham Law Firm | Atlas Partners, LLP | 2:16-cv-11701 |
| 146. | 20124 | Allen, Kay | Hurley McKenna & Mertz, PC | Hurley McKenna & Mertz, P.C. | 2:16-cv-17590 |
| 147. | N/A | Guillory, Mary Lou | Jacque B. Pucheu, Jr, Attorney at Law, LLC | N/A | 2:19-cv-07913 |
| 148. | 38553 | Hirasawa, Tomoko | John M. Shea, Esq. | John M. Shea P.C. | 2:19-cv-09919 |
| 149. | 8339 | Grinbeyn, Izrail | Johnson Becker, PLLC | Johnson Becker | 2:16-cv-01574 |
| 150. | 3227 | Pruitt, Donna | Johnson Becker, PLLC | Johnson Becker | 2:15-cv-03508 |
| 151. | 41606 | Delong, Norma | Johnson Law Group | Johnson Law Group | 2:19-cv-02178 |
| 152. | 41539 | Fried, Marilyn | Johnson Law Group | Johnson Law Group | 2:19-cv-00304 |
| 153. | 39840 | Hall, Janet | Johnson Law Group | Johnson Law Group | 2:19-cv-06620 |
| 154. | 28285 | Litke, Betty | Johnson Law Group | Johnson Law Group | 2:18-cv-08875 |
| 155. | 26402 | Levi, Josephine H. | Johnson Law Group | Johnson Law Group | 2:18-cv-03696 |
| 156. | 25629 | Perry, Shirley | Johnson Law Group | Johnson Law Group | 2:18-cv-02723 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 157. | N/A | Nguyen, Vy | Kabateck Brown Kellner, LLP | N/A | 2:19-cv-00825 |
| 158. | 42347 | Eberhardt, William, Sr. | Kansas City Accident Injury Attorneys | Kansas City Accident Injury Attorneys | 2:19-cv-12311 |
| 159. | 18373 | Virag, Shirley G. | Kenny & Kenny, PLLC | Kenny and Kenny, PLLC | 2:16-cv-17930 |
| 160. | 23461 | Linenberger, Vernita M. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | 2:17-cv-08464 |
| 161. | 21596 | Ingersoll, Mary J. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | 2:17-cv-04865 |
| 162. | 13319 | Kane, Leonard L. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | 2:16-cv-08813 |
| 163. | 8624 | Carpenter, Shanna | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | 2:16-cv-02622 |
| 164. | 16545 | Tsao, Shun Huey | Kirklin Soh LLP | Kirklin Soh, LLP | 2:16-cv-07068 |
| 165. | 13202 | Walker, William | Kuhlman & Lucas, LLC | Kuhlman & Lucas, LLC | 2:16-cv-12404 |
| 166. | 30679 | Gatlin, Melissa | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | 2:19-cv-04072 |
| 167. | 30671 | Taylor, William | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | 2:19-cv-04456 |
| 168. | 42318 | Molohon, Lulu F. | Law Office of Christopher K. Johnston, LLC | Fears \| Nachawati | 2:17-cv-17471 |
| 169. | 41084 | Navarre-Heaton, Kim | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03034 |
| 170. | 41028 | Dieudonne, Bryan | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03103 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 171. | 41006 | James, Jeffrey | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03364 |
| 172. | 40847 | Bernard, Suzanne Marie | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03417 |
| 173. | 40819 | Franco, Donna | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03820 |
| 174. | 40806 | Lowe, Neferitti | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03336 |
| 175. | 40793 | Martinez, Mary | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-02949 |
| 176. | 40752 | Chapman, Trennis, Sr. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03653 |
| 177. | 40647 | Brown, Larry | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:19-cv-03054 |
| 178. | 30558 | Pace, Marilyne | Law Office of Christopher K. Johnston, LLC | Laborde Earles Law Firm | 2:19-cv-02935 |
| 179. | 19472 | Olivia, Douglas S. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:18-cv-01627 |
| 180. | 19389 | Brailey, Corrie E. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:18-cv-05644 |
| 181. | 18929 | Collins, Paulette | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:18-cv-01135 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|------|-------|----------------|-------------------|---------------------------------------------------|---------------|
| 182. | N/A | Burker, Ornel J. | Law Office of Christopher K. Johnston, LLC | N/A | 2:17-cv-07849 |
| 183. | N/A | Hough, Arlen | Law Office of Christopher K. Johnston, LLC | N/A | 2:19-cv-03647 |
| 184. | N/A | Meyer, Randolph | Law Office of Christopher K. Johnston, LLC | N/A | 2:19-cv-04354 |
| 185. | N/A | White, Carla | Law Office of Christopher K. Johnston, LLC | N/A | 2:19-cv-02913 |
| 186. | 41640 | Ortega, Julian | Lenze Lawyers, PLC | Lenze Moss, PLC. | 2:19-cv-10261 |
| 187. | 41639 | Nolan, Joyce | Lenze Lawyers, PLC | Lenze Moss, PLC. | 2:18-cv-10173 |
| 188. | 33428 | Jones, Tyteana | Lenze Lawyers, PLC | Domnick Cunningham & Whalen | 2:19-cv-08709 |
| 189. | N/A | Butler, Mary | Lenze Lawyers, PLC | N/A | 2:18-cv-08200 |
| 190. | N/A | Nicholson, John | Lenze Lawyers, PLC | N/A | 2:18-cv-11628 |
| 191. | N/A | Flick, Victoria | Lenze Lawyers, PLC | N/A | 2:18-cv-10262 |
| 192. | 27262 | Lopez, Jacqueline | Lieff, Cabraser, Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | 2:18-cv-06930 |
| 193. | 18628 | Boccasini, Maria | Lieff, Cabraser, Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | 2:16-cv-17619 |
| 194. | N/A | Snider, Dorothy | Lober & Dobson, LLC | N/A | 2:19-cv-10075 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 195. | 25431 | Crain, Marylys J. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:18-cv-01243 |
| 196. | 23319 | Gregg, Rosella | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:17-cv-09419 |
| 197. | 21645 | Gomez, Gloria I. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:17-cv-05140 |
| 198. | 20496 | Walker, Elaine | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:17-cv-02433 |
| 199. | 20473 | Grant, Antonio A. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:17-cv-02225 |
| 200. | 19716 | Bunce, Douglas E. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:17-cv-01163 |
| 201. | 18625 | Fourkiller, Edith | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:17-cv-00602 |
| 202. | 15271 | Simon, Consuelo | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:16-cv-12481 |
| 203. | 8618 | Markham, Hildagard R. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:16-cv-01370 |
| 204. | 7133 | Stevens, Walter | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:16-cv-00173 |
| 205. | 3814 | Walters, Iris | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group | 2:15-cv-03865 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 206. | N/A | Montalto, Sheri | MacArthur Heder & Metler | N/A | 2:19-cv-08912 |
| 207. | N/A | Sutton, Louise | MacArthur Heder & Metler | N/A | 2:19-cv-06334 |
| 208. | 27329 | Robinson, Savannah | Marc J. Bern & Partners LLP | Marc J. Bern & Partners LLP | 2:18-cv-07262 |
| 209. | 16846 | Willis, William Lee | Matthews & Associates | Matthews & Associates | 2:16-cv-14757 |
| 210. | 11735 | Smith, Barbara Ann | Matthews & Associates | Matthews & Associates | 2:16-cv-04772 |
| 211. | 41388 | Woodall, Terrance | McDonald Worley, PC | McDonald Worley | 2:19-cv-06400 |
| 212. | 41314 | Yonkin, David | McDonald Worley, PC | McDonald Worley | 2:19-cv-07361 |
| 213. | 41300 | Wells, Terrenia | McDonald Worley, PC | McDonald Worley | 2:19-cv-08647 |
| 214. | 41254 | Orellano, Linda | McDonald Worley, PC | McDonald Worley | 2:19-cv-06888 |
| 215. | 41191 | Henson, Teresa | McDonald Worley, PC | McDonald Worley | 2:19-cv-06431 |
| 216. | 41169 | Cunningham, John | McDonald Worley, PC | McDonald Worley | 2:19-cv-06276 |
| 217. | N/A | Johnson, Mary Ellen | McDonald Worley, PC | N/A | 2:18-cv-09134 |
| 218. | 14617 | Scharmberg, Edith | McSweeney/Langevin | McSweeney/Langevin LLC | 2:16-cv-09371 |
| 219. | 32527 | Lopez, Enoc | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. | 2:19-cv-06745 |
| 220. | N/A | Stees, Kylin Vaughn | Mike Love & Associates, LLC | N/A | 2:19-cv-10229 |
| 221. | N/A | Willison, Darrel | Milstein Jackson Fairchild & Wade, LLP | N/A | 2:15-cv-02004 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 222. | 23145 | Buum, Lavonne K. | Monsour Law Firm | Monsour Law Firm | 2:17-cv-10971 |
| 223. | 18134 | Ort, Tiffany | Moore Law Group, PLLC | Moore Law Group, PLLC | 2:16-cv-17515 |
| 224. | 25766 | Horwith, Ronda | Morgan & Morgan Complex Litigation Group | Morgan & Morgan | 2:18-cv-01983 |
| 225. | 13198 | Montague, Alexis | Morgan & Morgan Complex Litigation Group | Morgan & Morgan | 2:16-cv-03799 |
| 226. | 5244 | Poppell, Ernest | Morgan & Morgan Complex Litigation Group | Morgan & Morgan | 2:15-cv-05267 |
| 227. | N/A | Dale, Sharon Kay | Motley Rice LLC | N/A | 2:16-cv-17635 |
| 228. | 20802 | Czyzechowicz, Gina M. | Murray Law Firm | The Murray Law Firm | 2:17-cv-02766 |
| 229. | N/A | Schnitzer, Barbara | Nagel Rice, LLP | N/A | 2:19-cv-09533 |
| 230. | 31533 | Gilbert, James R. | Napoli Shkolnik, PLLC | Napoli Shkolnik PLLC | 2:19-cv-07257 |
| 231. | 23108 | Webb, Daniel | Napoli Shkolnik, PLLC | Napoli Shkolnik PLLC | 2:17-cv-09031 |
| 232. | 19139 | Smariga, Julian | Napoli Shkolnik, PLLC | Law Office of Christopher K. Johnston, LLC | 2:18-cv-07841 |
| 233. | 7926 | Bonin, Tammy | NastLaw LLC | NastLaw LLC | 2:16-cv-00486 |
| 234. | 3072 | Newman, Terry | Niemeyer, Grebel & Kruse LLC; Flint & Associates, LLC; Brown and Crouppen, PC | Flint Law Firm, LLC | 2:15-cv-03414 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 235. | 12076 | Terry-Watkins, Yolanda | Peiffer Wolf Carr & Kane | The Michael Brady Lynch Law Firm | 2:16-cv-10477 |
| 236. | 13113 | Sloas, Johnny | Peiffer Wolf Carr & Kane; Milstein Jackson Fairchild & Wade, LLP | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-03375 |
| 237. | 41901 | Kandel, Vernon | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:19-cv-06990 |
| 238. | 41824 | Coffer, Markum | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:19-cv-07240 |
| 239. | 26487 | Rose, Patricia | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:18-cv-05660 |
| 240. | 20273 | Lovelace, Catherine | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:17-cv-01495 |
| 241. | 20101 | Footman, Thelma | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:17-cv-02017 |
| 242. | 17034 | Hoffman, Bonnie | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-14308 |
| 243. | 17032 | Stuard, Barry | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-14076 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 244. | 16551 | Brown, Melvin | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-15380 |
| 245. | 16218 | Lewine, Patricia | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-15168 |
| 246. | 15840 | Mahoney, Daniel | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-14669 |
| 247. | 15490 | Malik, Mehad | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-12271 |
| 248. | 10452 | Scott, Robert | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-06904 |
| 249. | 10103 | Moore, William | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-06893 |
| 250. | 7747 | Simmons, Kathleen | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:15-cv-07119 |
| 251. | 7730 | Gagne, Kathy | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:15-cv-07111 |
| 252. | 37728 | Clancy, Mary | Peterson & Associates, PC | Peterson & Associates, P.C. | 2:19-cv-03813 |
| 253. | 28067 | Wilson, Gloria | Peterson & Associates, PC | Peterson & Associates, P.C. | 2:18-cv-10384 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 254. | 15866 | Redfurn, Dumar | Plymale Law Firm | Plymale Law Firm | 2:16-cv-16307 |
| 255. | 4846 | Lee, Belinda | R. Brent Cueria | Cueria Law Firm, LLC | 2:15-cv-04779 |
| 256. | 38898 | Traylor, Frances Sheron | Ray Hodge & Associates, LLC | Ray Hodge & Associates | 2:19-cv-06429 |
| 257. | 31591 | Jones, Edward L., Jr. | Ray Hodge & Associates, LLC | Ray Hodge & Associates | 2:19-cv-06840 |
| 258. | 40459 | Page, Debra | Reyes Browne Reilley | Reyes|Browne|Reilley | 2:19-cv-07675 |
| 259. | 40422 | Gayles, David | Reyes Browne Reilley | Reyes|Browne|Reilley | 2:19-cv-06426 |
| 260. | 27152 | Melton, Rhonda | Roberts & Roberts | Roberts & Roberts | 2:18-cv-08346 |
| 261. | 32583 | Hosford, Timothy | Ross Law Group | Ross Law Group | 2:19-cv-07214 |
| 262. | 15928 | Vanwinkle, George | Salvi, Schostok & Pritchard PC | Salvi, Schostok & Pritchard P.C. | 2:16-cv-15687 |
| 263. | 10491 | Foster, Austin | Schlichter Bogard & Denton, LLP | Schlichter Bogard & Denton | 2:16-cv-03044 |
| 264. | 1081 | Leach, Dorothy | Schlichter Bogard & Denton, LLP | Schlichter Bogard & Denton | 2:14-cv-02851 |
| 265. | 14081 | Dupree, Wilma | Scott, Sevin & Vicknair | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-12266 |
| 266. | 8073 | Allen, Edith | Scott, Sevin & Vicknair | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-06529 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 267. | 8039 | Keppeler, Frank | Scott, Sevin & Vicknair; Varadi, Hair & Checki LLC | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-10069 |
| 268. | 28909 | Weaver, James | Seaton & Bates, PLLC | Law Offices of Seaton & Bates, PLLC | 2:19-cv-05276 |
| 269. | 6427 | Wright, Fredrick Tyrone | Shockey & Associates | Shockey & Associates | 2:15-cv-05494 |
| 270. | 6688 | Derby, Joyce | Simmons Hanly Conroy | Simmons Hanly Conroy | 2:16-cv-00585 |
| 271. | 6658 | Vannorman, Julie | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP | 2:16-cv-00266 |
| 272. | N/A | Murray, Leslie | Slater, Slater Schulman, LLP | N/A | 2:17-cv-02791 |
| 273. | N/A | Evans, Catherine | Slater, Slater Schulman, LLP | N/A | 2:17-cv-17371 |
| 274. | 16535 | Baker, James | Slater, Slater Schulman, LLP; Douglas & London, PC | Douglas & London | 2:16-cv-10393 |
| 275. | 12021 | Holihen, Karen | Stanley Law Group | Stanley Law Group | 2:16-cv-10264 |
| 276. | 2565 | Wise, Peggy | Stark & Stark | Stark & Stark | 2:15-cv-01999 |
| 277. | 26189 | Ayers, Rickey | SWMW Law, LLC | SWMW Law | 2:18-cv-03901 |
| 278. | 24235 | Petrie, Debbie | SWMW Law, LLC | SWMW Law | 2:17-cv-11616 |
| 279. | 23099 | Whitehead, Laticia | SWMW Law, LLC | SWMW Law | 2:17-cv-07815 |
| 280. | 21993 | Clark, Linnie | SWMW Law, LLC | SWMW Law | 2:17-cv-04847 |
| 281. | 21569 | Longmire, Terry | SWMW Law, LLC | SWMW Law | 2:17-cv-05803 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 282. | 20351 | Moseley, Edward | SWMW Law, LLC | SWMW Law | 2:17-cv-03436 |
| 283. | 18006 | Simmons, Richard | SWMW Law, LLC | SWMW Law | 2:17-cv-00606 |
| 284. | 17657 | Lunzer, Donald | SWMW Law, LLC | SWMW Law | 2:17-cv-00157 |
| 285. | 17606 | Veach, Judy | SWMW Law, LLC | SWMW Law | 2:17-cv-00149 |
| 286. | 17303 | Burks, Charles | SWMW Law, LLC | SWMW Law | 2:16-cv-17123 |
| 287. | 16861 | Lyden, Charlie | SWMW Law, LLC | SWMW Law | 2:16-cv-16467 |
| 288. | 16313 | Krueger, Jerry | SWMW Law, LLC | SWMW Law | 2:16-cv-14510 |
| 289. | 8670 | Sullivan, Jane | SWMW Law, LLC | SWMW Law | 2:16-cv-06729 |
| 290. | N/A | Hernandez, Doris | SWMW Law, LLC | N/A | 2:19-cv-02804 |
| 291. | 22387 | Bell, Jason A. | The Bradley Law Firm | The Bradley Law Firm | 2:18-cv-00294 |
| 292. | 18200 | Bankston, Geri | The Bradley Law Firm | The Bradley Law Firm | 2:16-cv-14829 |
| 293. | 42281 | Manning, Michael | The Buckley Law Group | Fears | Nachawati | 2:17-cv-02296 |
| 294. | 21130 | Stewart, Alvaton | The Buckley Law Group | The Buckley Law Group | 2:17-cv-05123 |
| 295. | 41985 | Schaefer, Arthur | The Driscoll Firm, PC | The Driscoll Firm | 2:17-cv-07568 |
| 296. | 26289 | Diaz, Dicidoro | The Driscoll Firm, PC | The Driscoll Firm | 2:18-cv-04368 |
| 297. | 26264 | Lewis, Frances | The Driscoll Firm, PC | The Driscoll Firm | 2:18-cv-04361 |
| 298. | 23011 | Smith, Paris | The Driscoll Firm, PC | The Driscoll Firm | 2:17-cv-09907 |
| 299. | 15952 | Ramey, Dennis | The Driscoll Firm, PC | The Driscoll Firm | 2:18-cv-04298 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 300. | 9020 | Moore, Andrew | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-03151 |
| 301. | 6634 | Clopton, Curtis | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-08693 |
| 302. | 6619 | Russell, William | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-08124 |
| 303. | 4736 | Jackson, Robert | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-12265 |
| 304. | 3570 | Crouch, Jeana | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-11909 |
| 305. | 3500 | Roberts, Mallie | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-08115 |
| 306. | 3450 | Maynard, Dan | The Driscoll Firm, PC | The Driscoll Firm | 2:18-cv-04294 |
| 307. | 3304 | Cothron, Regina | The Driscoll Firm, PC | The Driscoll Firm | 2:15-cv-07185 |
| 308. | N/A | Hoskins, Elizabeth | The Driscoll Firm, PC | N/A | 2:18-cv-00666 |
| 309. | N/A | Nolan-Dack, Christine | The Driscoll Firm, PC | N/A | 2:17-cv-03504 |
| 310. | 25138 | Teeple, Juanita | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | 2:18-cv-02780 |
| 311. | 16869 | Strasser, Amanda | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | 2:16-cv-13576 |
| 312. | 14117 | Rosenberg, Elaine | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | 2:16-cv-10813 |
| 313. | 12218 | Pugh, Thyeasia | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | 2:16-cv-05657 |
| 314. | 12269 | Heider, Norbert | The Lanier Law Firm | The Lanier Law Firm | 2:16-cv-11340 |
| 315. | 4898 | Throne, Danielle | The Lanier Law Firm | The Lanier Law Firm | 2:15-cv-05365 |
| 316. | 4653 | Trank, Jack | The Lanier Law Firm | The Lanier Law Firm | 2:15-cv-05366 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 317. | 6720 | Davis, Osborn | The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm | 2:16-cv-00067 |
| 318. | 38819 | Slocum, Gary | The Mulligan Law Firm | The Mulligan Law Firm | 2:19-cv-03196 |
| 319. | 38809 | Owen, Lawrence | The Mulligan Law Firm | The Mulligan Law Firm | 2:19-cv-03163 |
| 320. | 38808 | Buie, Tommie | The Mulligan Law Firm | The Mulligan Law Firm | 2:19-cv-02909 |
| 321. | 38803 | Majeske, Walter | The Mulligan Law Firm | The Mulligan Law Firm | 2:19-cv-03141 |
| 322. | 38798 | Hannah, Robert | The Mulligan Law Firm | The Mulligan Law Firm | 2:19-cv-03104 |
| 323. | 14017 | Haben, Devan | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-11465 |
| 324. | 10164 | Wolf, James | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-12038 |
| 325. | 9479 | Von Louda, Milo | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-12018 |
| 326. | 5198 | Chambless, Patsy | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-02613 |
| 327. | 4827 | Yokim, Caroline | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-12853 |
| 328. | 4487 | Abrams, Michelle | The Mulligan Law Firm | The Mulligan Law Firm | 2:15-cv-05500 |
| 329. | 2885 | Clemons, Barbara | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-07003 |
| 330. | 2437 | Stroup, Helen | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-06744 |
| 331. | 2427 | Rich, Oval | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-12899 |
| 332. | 2392 | Guerra, Dario | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-03344 |
| 333. | 2170 | Arft, Sonja | The Mulligan Law Firm | The Mulligan Law Firm | 2:15-cv-02928 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 334. | 2003 | Plowman, Charles | The Mulligan Law Firm | The Mulligan Law Firm | 2:15-cv-03013 |
| 335. | N/A | Davis, Leameca | The Mulligan Law Firm | N/A | 2:19-cv-02916 |
| 336. | N/A | Kehoe, Caroline | The Mulligan Law Firm | N/A | 2:19-cv-03135 |
| 337. | 8923 | Cansler, John | The Potts Law Firm, LLP | The Potts Law Firm, LLP | 2:16-cv-08198 |
| 338. | 8315 | Parrish, Candace | The Potts Law Firm, LLP | The Potts Law Firm, LLP | 2:16-cv-03261 |
| 339. | 17959 | Davis, Hayden | The Whitehead Law Firm, LLC | Whitehead Law Firm | 2:17-cv-00875 |
| 340. | 16922 | Wiseman, Lois | The Whitehead Law Firm, LLC | Whitehead Law Firm | 2:16-cv-16224 |
| 341. | 31125 | Schroeder, Ronald | Ury & Moskow, LLC | Ury & Moskow | 2:19-cv-05029 |
| 342. | 1350 | Goodwin, Rose Marie | Varadi, Hair & Checki LLC | Scott, Vicknair, Hair & Checki, LLC | 2:14-cv-01877 |
| 343. | 6777 | Stern, Louis | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-06436 |
| 344. | 6730 | Steinat, Carol | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-06435 |
| 345. | 6717 | Altman, Browne | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-05535 |
| 346. | 5054 | Barber, Ted | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-06432 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 347. | 5030 | Detwiler, Jerry | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-06433 |
| 348. | 3219 | Powell, Loria | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-02427 |
| 349. | 27495 | Nicholson, Alan | Watts Guerra LLP | Watts Guerra, LLP | 2:18-cv-06771 |
| 350. | 27221 | Corbitt, Donchele | Watts Guerra LLP | Watts Guerra, LLP | 2:18-cv-06374 |
| 351. | 24031 | Chappell, Patricia | Watts Guerra LLP | Watts Guerra, LLP | 2:17-cv-11463 |
| 352. | 20261 | Cason, James | Watts Guerra LLP | Watts Guerra, LLP | 2:17-cv-01444 |
| 353. | 16083 | Reed, Roy | Watts Guerra LLP | Watts Guerra, LLP | 2:16-cv-13488 |
| 354. | 14587 | Finch, Bethany | Watts Guerra LLP | Watts Guerra, LLP | 2:16-cv-06588 |
| 355. | 9114 | Davies, Donna | Watts Guerra LLP | Watts Guerra, LLP | 2:16-cv-02113 |
| 356. | 9376 | Harris, John S. | Weitz & Luxenberg, PC | Weitz & Luxenberg | 2:16-cv-03055 |
| 357. | 7127 | Maclin, Dorothy | Weitz & Luxenberg, PC | Weitz & Luxenberg | 2:16-cv-00199 |
| 358. | N/A | Ludwig, Jackie | Wexler Wallace LLP | N/A | 2:19-cv-07818 |
| 359. | 41611 | Gifford, Michael | Wilshire Law Firm | Wilshire Law Firm | 2:19-cv-07459 |
| 360. | 41579 | Karapetyan, Knarik | Wilshire Law Firm | Wilshire Law Firm | 2:19-cv-02041 |
| 361. | 28550 | Arwood, Carolyn | Wilshire Law Firm | Wilshire Law Firm | 2:19-cv-00619 |
| 362. | 28341 | Sparacino, Anthony | Wilshire Law Firm | Wilshire Law Firm | 2:18-cv-13958 |
| 363. | 27915 | Wilkens, Alicia | Wilshire Law Firm | Wilshire Law Firm | 2:18-cv-11449 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 364. | 27840 | Billiot, Calvin | Wilshire Law Firm | Wilshire Law Firm | 2:18-cv-10805 |
| 365. | 27298 | Schaffer, Robert | Wilshire Law Firm | Wilshire Law Firm | 2:18-cv-08511 |
| 366. | 26846 | Pressley, Louise | Wilshire Law Firm | Wilshire Law Firm | 2:18-cv-07073 |
| 367. | 26463 | Godfrey, Allyssa | Wilshire Law Firm | Wilshire Law Firm | 2:18-cv-06265 |
| 368. | 22066 | Pople, Brian David | Wilshire Law Firm | Wilshire Law Firm | 2:17-cv-07439 |
| 369. | 20905 | Brooks, Muriel | Wilshire Law Firm | Wilshire Law Firm | 2:17-cv-02025 |
| 370. | N/A | McAlister, Cheryl | Wilshire Law Firm | N/A | 2:18-cv-05044 |
| 371. | 15643 | Willis, Michael | | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:16-cv-12781 |