# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *All Cases Listed on Attached Exhibit A* : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER TO SHOW CAUSE REGARDING PLAINTIFFS OVER WHOSE CLAIMS THE COURT LACKS SUBJECT MATTER JURISDICTION

Plaintiffs identified on Exhibit A have filed lawsuits regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Plaintiffs' Steering Committee ("PSC") and Defendants have identified the Plaintiffs on Exhibit A as plaintiffs over whose claims this Court lacks subject matter jurisdiction because there is no diversity of citizenship.

Pursuant to CMO No. 12B, Plaintiffs identified on Exhibit A are ordered to appear before this Court on October 7, 2019, at 8:30 a.m. to show cause as to why their cases should not be dismissed without prejudice for lack of subject matter jurisdiction pursuant to Pretrial Order (PTO) N. 24.

Under Pretrial Order No. 11B, Plaintiffs' counsel will be responsible for payment of any unpaid filing fees even if the action is dismissed.

The Plaintiffs' Steering Committee and Defendants are hereby directed to submit to the Court on October 1, 2019 an updated joint report of plaintiffs who shall remain on this list.

Failure to show cause by appearing before this Court at 8:30 a.m. on October 7, 2019, will result in dismissal of plaintiff's case without prejudice.

New Orleans, Louisiana, on this 20th day of September, 2019.

*Eldon E. Fallon*
United States District Judge