**EXHIBIT A**

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 1. | 14321 | Dukic, Lilijana | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-13209 |
| 2. | 13261 | Estevez, Olivia | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-10346 |
| 3. | 9342 | Downing, James | Allen & Nolte, PLLC | Allen & Nolte, PLLC | 2:16-cv-13036 |
| 4. | 2423 | Lucas, Nicole | Allen & Nolte, PLLC | The Mulligan Law Firm | 2:16-cv-07022 |
| 5. | 33344 | Evans-Jordan, Winfred | Avram Blair & Associates, PC | Avram Blair & Associates, P.C. | 2:19-cv-09388 |
| 6. | 12075 | Stolburg, Mary Ann | Bachus & Schanker, LLC | Bachus & Schanker, LLC | 2:16-cv-05446 |
| 7. | 31957 | Cardinal, Betty | Dalimonte Rueb LLP | Dalimonte Rueb LLP | 2:19-cv-07267 |
| 8. | 30116 | McMichael, Joseph | Fears Nachawati, PLLC | Fears | Nachawati | 2:19-cv-04482 |
| 9. | 7466 | Kirk, Nancy | Goza & Honnold, LLC | Goza & Honnold, LLC | 2:16-cv-00101 |
| 10. | 32907 | Cain, Vivian L. | Guajardo & Marks, LLP | Guajardo & Marks, LLP | 2:19-cv-06564 |
| 11. | 12478 | Motill, Ronald | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC | 2:17-cv-09824 |
| 12. | 9544 | Coe, Thomas M. | Johnson Becker, PLLC | Johnson Becker | 2:16-cv-02309 |
| 13. | 15671 | Means, Jacqueline | Kirkendall Dwyer LLP | The Benton Law Firm | 2:18-cv-03093 |
| 14. | 9039 | Veal, Aneesah N. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | 2:16-cv-03560 |
| 15. | 40634 | Thomas, Dorothy | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | 2:17-cv-08049 |

| No. | BG ID | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data | Docket Number |
|---|---|---|---|---|---|
| 16. | 41182 | Garnes, Calvin | McDonald Worley, PC | McDonald Worley | 2:19-cv-06339 |
| 17. | 3068 | Ostrander, Carolyn | Niemeyer, Grebel & Kruse LLC; Flint & Associates, LLC; Brown and Crouppen, PC | Flint Law Firm, LLC | 2:15-cv-03414 |
| 18. | 3173 | Croall, Yvonne | Seeger Weiss LLP | Seeger Weiss LLP | 2:15-cv-03095 |
| 19. | 41979 | Pol, Gino J., Jr. | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-17148 |
| 20. | 16002 | Bruckner, Paul | The Driscoll Firm, PC | The Driscoll Firm | 2:16-cv-17149 |
| 21. | 38833 | McLaughlin, Dorothy | The Mulligan Law Firm | The Mulligan Law Firm | 2:19-cv-03152 |
| 22. | 15044 | Glenn, Willard | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-14547 |
| 23. | 14139 | Rowley, William | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-12905 |
| 24. | 9340 | Stocker, Charles | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-12911 |
| 25. | 2385 | Francis, Joseph | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-03336 |
| 26. | 2157 | Slater, Gregory | The Mulligan Law Firm | The Mulligan Law Firm | 2:16-cv-06747 |
| 27. | 2106 | Barnes, Ralph | The Mulligan Law Firm | The Mulligan Law Firm | 2:15-cv-02932 |
| 28. | 6647 | Hamm, Tammy | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-06434 |