EXHIBIT D-1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: **ESTATE OF LOLA LATTA** Civil Action No. 2:17-cv-1254 | ) SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

-2-

| ATLAS PARTNERS, LLP | DRINKER BIDDLE & REATH LLP |
|---|---|
| By: /s Richard J. Hood | By: /s/Susan M. Sharko |
| Richard J. Hood, Esq.<br>789 Sherman Street, Ste 420<br>Denver, CO 80203<br>Telephone: (720) 633-9739<br>rich@attorneysfor.us | Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com |
| Attorney for Plaintiffs | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Dated: September 20, 2019 | Dated: _____, 2019 |

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/Andrew K. Solow
　　Andrew K. Solow
　　250 West 55th Street
　　New York, New York 10019-9710
　　Telephone: (212) 836-8000
　　Facsimile: (212) 836-8689
　　William Hoffman
　　601 Massachusetts Ave., NW
　　Washington, D.C. 20001
　　Telephone: (202) 942-5000
　　Facsimile: (202) 942-5999
　　andrew.solow@arnoldporter.com
　　william.hoffman@arnoldporter.com

　　Attorneys for Defendants Bayer HealthCare
　　Pharmaceuticals Inc., and Bayer Pharma AG

　　Dated: _____, 2019

IRWIN FRITCHIE URQUHART & MOORE LLC
By: /s/ Kim E. Moore
　　Kim E. Moore
　　400 Poydras St., Ste, 2700
　　New Orleans, LA 70130
　　Telephone: (504) 310-2100
　　kmoore@irwinllc.com

　　Liaison Counsel for Defendants
　　Dated: _____, 2019

EXHIBIT D-1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on __September 20__, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                     /s/ Kelleen Hood