UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| *Amanda Martinez, individually and as Personal Representative on behalf of the Estate of Dolores Colon, Deceased et al v. Janssen Research & Development LLC et al* Civil Action No. 2:19-cv-04893-EEF-MBN | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **LABORDE EARLES LAW FIRM** | **DRINKER BIDDLE & REATH LLP** |
| | By: /s/Susan M. Sharko |
| By: /s/David C. Laborde | Susan M. Sharko |
| David C. Laborde, LA Bar Roll #: 20907 | 600 Campus Dr. |
| Derrick G. Earles, LA Bar Roll #: 29570 | Florham Park, NJ 07932 |
| Madeleine Brumley, LA Bar Roll #: 37432 | Telephone: (973) 549-7000 |
| Andrew B. Mims, LA Bar Roll #:33990 | susan.sharko@dbr.com |
| Laborde Earles Law Firm LLC | |
| 1901 Kaliste Saloom Rd. | Attorneys for Defendants Janssen |
| Lafayette, LA 70508 | Pharmaceuticals, Inc., Janssen Research & |
| Telephone: (337) 261-2617 | Development, LLC,  Janssen Ortho LLC, |
| Facsimile: (337) 261-1934 | and Johnson & Johnson |
| david@onmyside.com | Dated: September 20, 2019 |
| digger@onmyside.com | |
| madeleine@onmyside.com | |
| andrew@onmyside.com | |

Attorneys for Plaintiff
Dated: September 20, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 20, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated:  September 20, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                         /s/Kim E. Moore