**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)         MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                     SECTION: L JUDGE
                                     FALLON MAG.
                                     JUDGE NORTH

THIS DOCUMENT RELATES TO:
                                     **STIPULATION OF DISMISSAL**
                                     **WITH PREJUDICE**
*Paul L. Payne v. Janssen Research*
*& Development LLC et al*
Civil Action No. 2:19-cv-03792-EEF-MBN

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be

dismissed with prejudice against all Defendants in this action, each party to bear its own fees and

costs.

**LABORDE EARLES LAW FIRM**          **DRINKER BIDDLE & REATH LLP**
                                     By: /s/Susan M. Sharko
By: /s/David C. Laborde              Susan M. Sharko
David C. Laborde, LA Bar Roll #: 20907   600 Campus Dr.
Derrick G. Earles, LA Bar Roll #: 29570  Florham Park, NJ 07932
Madeleine Brumley, LA Bar Roll #: 37432  Telephone: (973) 549-7000
Andrew B. Mims, LA Bar Roll #:33990  susan.sharko@dbr.com
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.              Attorneys for Defendants Janssen
Lafayette, LA 70508                  Pharmaceuticals, Inc., Janssen Research &
Telephone: (337) 261-2617            Development, LLC,  Janssen Ortho LLC,
Facsimile: (337) 261-1934            and Johnson & Johnson
david@onmyside.com                   Dated: September 20, 2019
digger@onmyside.com
madeleine@onmyside.com
andrew@onmyside.com


Attorneys for Plaintiff
Dated: September 20, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 20, 2019

**IRWIN FRITCHIE URQUHART & MOORE
LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated:  September 20, 2019

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore