

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2592

17-cv-6342 - L(5)   Marshall, et al. v. Janssen Research & Development, )
                    LLC, et al., E.D. Missouri, C.A. No. 4:17-01540      )

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE JULY 27, 2017, HEARING SESSION ORDER

     A conditional transfer order was filed in this action (*Marshall*) on May 22, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Marshall* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. Plaintiffs have withdrawn their opposition to transfer.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-150" filed on May 22, 2017, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

     IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 14, 2017, are VACATED insofar as they relate to this action.

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel