## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

---

IN RE:  XARELTO (RIVAROXABAN)          )          MDL 2592
PRODUCTS LIABILITY LITIGATION          )
                                       )          SECTION L
                                       )          JUDGE ELDON E. FALLON
                                       )          MAG. JUDGE NORTH

---

**THIS DOCUMENT RELATES TO:**
*Smith, et al. v. Janssen Research & Development, LLC, et al.*
*CA#: 2:19-cv-00605-EEF-MBN*


## <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

NOW INTO COURT, through undersigned counsel, comes Judith Smith, surviving spouse of Plaintiff-Decedent Robert Smith, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself on behalf of her deceased spouse, Robert Smith.

1.     Plaintiffs Robert Smith and Judith Smith filed a products liability lawsuit against Defendants on January 25, 2019.

2.     Subsequently, Plaintiffs' Counsel learned that Robert Smith died on  March 24, 2019.

3.     Plaintiff-Decedent's action against Defendants survived his death and was not extinguished.

4.     On July 22, 2019, a Suggestion of Death was filed,  attached hereto as "Exhibit A".

5.      Judith Smith, surviving spouse of Robert Smith, and already a Plaintiff in this action, is a proper party to substitute for Plaintiff-Decedent Robert Smith and has proper capacity to proceed forward  with the surviving products liability on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative".

WHEREFORE, Counsel for Plaintiffs respectfully requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: September 23, 2019     Respectfully Submitted


**ASHCRAFT & GEREL LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their counsel in a matter authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michelle A. Parfitt
Michelle A. Parfitt