# EXHIBIT A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Smith and Judith Smith v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:19-cv-00605

## SUGGESTION OF DEATH

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rule of Civil Procedure, hereby informs this Court of the Death of Plaintiff ROBERT SMITH.

Dated: July 22, 2019        Respectfully submitted,

**ASHCRAFT & GEREL, LLP**

/s/Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
1825 K Street, NW Suite 700
Phone: (202) 729-9833
Fax: (202) 416-6392
mparfitt@ashcraftlaw.com
jgreen@ashcraftlaw.com
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has

contemporaneously with or before filing been served on all parties or their counsel in a manner

authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL

Centrality, which will send notice of electronic filing in accordance with the procedures

established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michelle A. Parfitt
Michelle A. Parfitt