UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Smith, et al. v. Janssen Research & Development, LLC, et al.*
*CA#: 2:19-cv-00605-EEF-MBN*

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any response thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Judith Smith, surviving spouse of Robert Smith, is substituted for Plaintiff Robert Smith as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE