## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 <br> ) <br> ) SECTION L <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> Gwenee Bradley v. Janssen, et al. <br><br> Civil Action No. 2:19-cv-06837 | ) <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) MAGISTRATE JUDGE NORTH |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned counsel respectfully moves the Court for leave to withdraw as counsel of record for Plaintiff, Gwenee Bradley, in the above-styled action.  As grounds therefore, counsel avers that the Plaintiff has specifically requested that they withdraw as her counsel in this action and that they file the instant motion.

In further support of this motion, counsel would show that they have provided Plaintiff a copy of the Court's CMO No. 12A and its Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply with Case Management Order 12A [Doc. 15416], along with a copy of the Court's Exhibit "A" [Doc. 15416-1], which identifies Gwenee Bradley as one of the plaintiffs subject to the Order's provisions.  Further, counsel has informed Plaintiff of her obligation to appear before the Court on September 25, 2019, to show cause as to why her case should not be dismissed with prejudice for failure to comply with the Court's CMO No. 12A.

Pleadings, orders, and correspondence may be served on Plaintiff Gwenee Bradley at the following address:  8760 Jamacha Road, No. 7-G, Spring Valley, CA 91977; Ph. (619) 825-7725.

WHEREFORE, for the reasons stated herein, the undersigned counsel respectfully requests that this Honorable Court grant their motion to withdraw as counsel for Plaintiff, Gwenee Bradley, in the above-styled action.

Dated: September 23, 2019                    Respectfully submitted,

                                             s/ David B. Byrne, III.
                                             Andy D. Birchfield, Jr.
                                             C. Gibson Vance
                                             David B. Byrne, III
                                             BEASLEY, ALLEN, CROW,
                                             METHVIN, PORTIS & MILES, P.C.
                                             Post Office Box 4160
                                             Montgomery, Alabama 36103-4160
                                             (334) 269-2343
                                             (334) 954-7555 (facsimile)
                                             Andy.Birchfield@BeasleyAllen.com
                                             Gibson.Vance@BeasleyAllen.com
                                             David.Byrne@BeasleyAllen.com
                                             ***Attorneys for Plaintiff***


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 23, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice  of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. Copies of this pleading were also served on Plaintiff Gwenee Bradley via electronic mail and regular U.S. Mail delivery.


                                             /s/David B. Byrne, III