UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**CAROL ANDERS, on behalf of herself and as surviving spouse of DEAN ANDERS, deceased**<br>Civil Action No. 2:16-cv-17927<br><br>**MONIQUE BOGAN**<br>Civil Action No. 2:17-cv-01095<br><br>**CHRISTINE CRAIG**<br>Civil Action No. 2:17-cv-03501<br><br>**THOMAS R. KENNEY**<br>Civil Action No. 2:16-cv-17926<br><br>**JOANNE NASH**<br>Civil Action No. 2:15-cv-02004 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants, Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson (incorrectly named in the Complaints as Johnson & Johnson Company), and McKesson Corporation, who files this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Defendants request that Rodney M. Hudson of Drinker Biddle & Reath LLP be withdrawn as counsel of record for Defendants Janssen Research & Development LLC, Janssen

Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, and McKesson Corporation in this matter.

The Defendants further request the substitution of Susan M. Sharko of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 in place of Rodney M. Hudson of Drinker Biddle & Reath LLP for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, and McKesson Corporation.

The Defendants further request the substitution of Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Rodney M. Hudson of Drinker Biddle & Reath LLP for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, and Johnson & Johnson.

Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC have conferred with Rodney M. Hudson of Drinker Biddle & Reath LLP and represents that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Defendants respectfully request that Susan M. Sharko of Drinker Biddle & Reath LLP be substituted as counsel of record in place of Rodney M. Hudson of Drinker Biddle and Reath LLP for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, and McKesson Corporation.

WHEREFORE, the Defendants respectfully request that Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel of record in place of Rodney M. Hudson of Drinker Biddle and Reath LLP for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, and Johnson & Johnson.

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, and McKesson Corporation
    Dated: September 16, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, and Johnson & Johnson
    Dated: September 16, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Rodney M. Hudson
    Rodney M. Hudson
    Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
    Telephone: (415) 591-7500
    rodney.hudson@dbr.com

    Dated: September 16, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 23, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/Kim E. Moore