## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | |
| **CAROL ANDERS, on behalf of herself and as surviving spouse of DEAN ANDERS, deceased**<br>Civil Action No. 2:16-cv-17927 | **JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |
| **MONIQUE BOGAN**<br>Civil Action No. 2:17-cv-01095 | |
| **CHRISTINE CRAIG**<br>Civil Action No. 2:17-cv-03501 | |
| **THOMAS R. KENNEY**<br>Civil Action No. 2:16-cv-17926 | |
| **JOANNE NASH**<br>Civil Action No. 2:15-cv-02004 | |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel;

**IT IS HEREBY ORDERED**, that Rodney M. Hudson of Drinker Biddle & Reath LLP is withdrawn as Defendants' counsel of record.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP is substituted as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, and McKesson Corporation.

**IT IS FURTHER ORDERED** that Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC is substituted as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, and Johnson & Johnson.

**THUS DONE AND SIGNED** on this ___ day of _____, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE