UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION

                                                                            SECTION: L

                                                                            JUDGE: ELDON E. FALLON

THIS DOCUMENT RELATES TO:

LEONIDES HIDALGO
Civil Action:2;15-cv-4649

                                                                            MAG. JUDGE NORTH

## MOTION TO WITHDRAW PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for the below referenced Plaintiff's move for this Court's order withdrawing the document set forth below. Counsel inadvertently filed Stipulations of Dismissal with prejudice in the cases listed below. Counsel for plaintiff's erroneously believed that copies of Plaintiff's Stipulation for Dismissal were required to be filed with the Court, as well as submitted on the MDL with the Enrollment Package for the Xarelto Settlement Program. Therefore, Plaintiff's respectfully request that the following documents be withdrawn from the Court's docket:

Doc. No. 14720, filed on August 5, 2019, Leonides Hidalgo, Case No.: 2:15-cv-5537.

WHEREFORE, Plaintiffs respectfully request that this honorable Court, enter an Order withdrawing the document identified above from the Court's docket.

Dated: September 24, 2019

                                                                Respectfully Submitted,

                                                                By: /s/ Carlos Diez-Arguelles, Esq.
                                                                Carlos Diez-Arguelles, Esq.
                                                                Florida Bar No. 0500569
                                                                Diez-Arguelles Tejedor
                                                                505 North Mills Avenue
                                                                Orlando, FL 32803
                                                                407-705-2880
                                                                Email: mail@theorlandolawyers.com
                                                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2019 a copy of the above foregoing Motion to Withdraw has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              Respectfully Submitted,

                              By: /s/ Carlos Diez-Arguelles, Esq.
                              Carlos Diez-Arguelles, Esq.
                              Florida Bar No. 0500569
                              Diez-Arguelles Tejedor
                              505 North Mills Avenue
                              Orlando, FL 32803
                              407-705-2880
                              Email: mail@theorlandolawyers.com
                              Attorney for Plaintiff