UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Valencia Berry v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-11590

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15573, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Inocencio Quinones, surviving brother and Personal Representative of the Estate of Valencia Berry, is substituted for Plaintiff Valencia Berry as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE