# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Norris Rader, et al. v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-09823

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 15657, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patsy M. Rader, surviving spouse of Norris P. Rader, Sr., is substituted for Plaintiff Norris P. Rader, Sr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE