UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br> 2:14-md-02592 |
| THIS DOCUMENT RELATES TO: <br> Kenneth Treur; Civil Action No.: <br> 2:15-cv-01401 | SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

NOW COMES, Plaintiff Beverly Ten Cate on behalf of Kenneth Treur, by and through undersigned counsel, and hereby submits Plaintiff's Response to this Court's Order to Show Cause Regarding Plaintiffs who have filed to Comply with Case Management Order 12A and respectfully pleads as follows:

1. On September 9, 2019, our office after numerous efforts, finally made contact with client's sister Beverly Ten Cate regarding Plaintiff's death and required settlement documents.

2. On September 12, 2019, received required Xarelto settlement documents from client's sister and uploaded onto MDL Centrality to cure Notice of Incomplete Enrollment Package.

3. Pursuant to the MDL Centrality portal all deficiencies have been cured for this case.

FOR THESE REASONS, Plaintiff respectfully requests that the court remove the above listed Plaintiff from the Order to Show Cause Regarding Plaintiffs who have failed to Comply with Case Management Order 12A.

September 24, 2019                                    Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
CRUMLEY ROBERTS, LLP
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
wtharvey@crumleyroberts.com

Brian L. Kinsley
Crumley Roberts, LLP
2400 Freeman Mill Road
Greensboro, NC 27406
Phone: (336) 333-9899
blkinsley@crumleyroberts.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, the foregoing document was filed with the clerk of the Court via CM/ECF, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/W. Todd Harvey
W. Todd Harvey