UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISISANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> FRANK MARKS <br> Civil Action No.: 2:15-cv-02392 | SECTION L <br> ) <br> ) <br> )JUDGE ELDON E. FALLON <br> ) <br> ) <br> )MAGISTRATE JUDGE NORTH <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties Pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **BURKE HARVEY, LLC**<br>By: /s/ W. Todd Harvey<br>W. Todd Harvey<br>3535 Grandview Parkway<br>Suite 100<br>Birmingham, AL 35243<br>Telephone: (205) 930-9091<br>wtharvey@crumleyroberts.com<br><br>Dated: September 24, 2019<br><br>**CRUMLEY ROBERTS, LLP**<br>By: /s/Brian L. Kinsley<br>Brian L. Kinsley<br>2400 Freeman Mill Road<br>Greensboro, NC 27406<br>Telephone: (336) 333-9899<br>blkinsley@crumleyroberts.com<br><br>Attorneys For Plaintiff<br>Date: September 24, 2019 | **DRINKER RIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>6000 Campus Drive<br>Florham, NJ 07932<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com<br><br>Attorneys for Defendants Janssen<br>Pharmaceuticals, Inc., Johnson & Johnson,<br>Janssen Research & Development, LLC, and<br>Janssen Ortho LLC<br>Dated:  September 24, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare<br>Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated:  September 24, 2019<br><br>IRWIN FRITCHIE URQUART & MOORE LLC<br>By: /s/Kim E. Moore<br>Kim E. Moore<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br><br>Liaison Counsel for Defendants<br>Dated:  September 24, 2019 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  September 24, 2019 , 2019, the following pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey