UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION L JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § | MAGISTRATE JUDGE NORTH |

### PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Charles G. Orr and attorney John H. "Trey" Allen, III, of Allen & Nolte, PLLC (Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm, recently passed away. Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and substitution of John H. "Trey" Allen, III of Allen & Nolte, PLLC in place thereof.

Dated this 24th day of September, 2019.

/s/ Charles G. Orr
Charles G. Orr

**ALLEN & NOLTE, PLLC**

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

      /s/ John H. "Trey" Allen, III
      John H. "Trey" Allen, III

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Julie Greenamyer | 2:16-cv-03606 |
| Amanda Ferrell | 2:19-cv-03043 |
| Mary Roach | 2:19-cv-03173 |
| James Graham | 2:19-cv-02888 |
| Kelly Martinez | 2:19-cv-02868 |
| Daniel Abott | 2:15-cv-02605 |
| George Niswanger | 2:19-cv-02943 |
| Karen Steck | 2:19-cv-0308 |
| Annabelle Cooper | 2:19-cv-02874 |
| Myron Levine | 2:15-cv-03005 |
| Catherine Taylor | 2:16-cv-02178 |
| David Mann | 2:16-cv-12699 |
| Gerald Robinson | 2:19-cv-02882 |
| George Donely | 2:19-cv-00933 |
| Hazel Joy Stone | 2:19-cv-03084 |
| Jean Strojan | 2:16-cv-12919 |
| William Kelly | 2:19-cv-03130 |
| John Dyer | 2:19-cv-02897 |
| Pinkey Scott | 2:16-cv-13281 |
| Norma Romero | 2:19-cv-03183 |
| John Kramer | 2:16-cv-00787 |
| Margaret Macindoe | 2:16-cv-13244 |
| Janace Marshall | 2:16-cv-03364 |
| Bud Ray | 2:19-cv-02833 |
| Gregory Slater | 2:16-cv-06747 |
| Charles Southwick | 2:16-cv-04196 |
| Robert Stovsky | 2:16-cv-12915 |
| Devan Haben | 2:16-cv-11465 |
| Linda Adams | 2:16-cv-04825 |
| James Wolf | 2:16-cv-12038 |
| Lawrence Owen | 2:19-cv-03163 |
| Thomas Williams | 2:16-cv-12036 |
| Joyce Robinson | 2:19-cv-03177 |
| Leonora Cunning | 2:15-cv-02952 |
| Hortense Cooper | 2:16-cv-13027 |
| Donald Styles | 2:16-cv-02703 |

| | |
|---|---|
| Hector Lamas | 2:15-cv-03001 |
| Gladys Hartigan | 2:16-cv-12905 |
| Dorothy Gage | 2:16-cv-02688 |
| Ronald Likes | 2:16-cv-11708 |
| William Alward | 2:19-cv-02937 |
| Patsy Chambless | 2:16-cv-02613 |
| Renee Hightower | 2:19-cv-03108 |
| Della Williams | 2:19-cv-03179 |
| Delmas Wilson | 2:19-cv-03061 |
| Ella Patterson | 2:19-cv-00932 |
| Robert Hannah | 2:19-cv-03104 |
| Kenneth Reames | 2:16-cv-12887 |
| Patricia Slocum | 2:19-cv-03196 |
| Hannah Rosette | 2:19-cv-03187 |