UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION L JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § | MAGISTRATE JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Julie Greenamyer | 2:16-cv-03606 |
| Amanda Ferrell | 2:19-cv-03043 |
| Mary Roach | 2:19-cv-03173 |
| James Graham | 2:19-cv-02888 |
| Kelly Martinez | 2:19-cv-02868 |
| Daniel Abott | 2:15-cv-02605 |
| George Niswanger | 2:19-cv-02943 |
| Karen Steck | 2:19-cv-0308 |
| Annabelle Cooper | 2:19-cv-02874 |
| Myron Levine | 2:15-cv-03005 |
| Catherine Taylor | 2:16-cv-02178 |
| David Mann | 2:16-cv-12699 |
| Gerald Robinson | 2:19-cv-02882 |
| George Donely | 2:19-cv-00933 |
| Hazel Joy Stone | 2:19-cv-03084 |
| Jean Strojan | 2:16-cv-12919 |
| William Kelly | 2:19-cv-03130 |
| John Dyer | 2:19-cv-02897 |
| Pinkey Scott | 2:16-cv-13281 |
| Norma Romero | 2:19-cv-03183 |
| John Kramer | 2:16-cv-00787 |
| Margaret Macindoe | 2:16-cv-13244 |
| Janace Marshall | 2:16-cv-03364 |
| Bud Ray | 2:19-cv-02833 |
| Gregory Slater | 2:16-cv-06747 |
| Charles Southwick | 2:16-cv-04196 |
| Robert Stovsky | 2:16-cv-12915 |
| Devan Haben | 2:16-cv-11465 |
| Linda Adams | 2:16-cv-04825 |
| James Wolf | 2:16-cv-12038 |
| Lawrence Owen | 2:19-cv-03163 |
| Thomas Williams | 2:16-cv-12036 |
| Joyce Robinson | 2:19-cv-03177 |
| Leonora Cunning | 2:15-cv-02952 |
| Hortense Cooper | 2:16-cv-13027 |
| Donald Styles | 2:16-cv-02703 |

| | |
|---|---|
| Hector Lamas | 2:15-cv-03001 |
| Gladys Hartigan | 2:16-cv-12905 |
| Dorothy Gage | 2:16-cv-02688 |
| Ronald Likes | 2:16-cv-11708 |
| William Alward | 2:19-cv-02937 |
| Patsy Chambless | 2:16-cv-02613 |
| Renee Hightower | 2:19-cv-03108 |
| Della Williams | 2:19-cv-03179 |
| Delmas Wilson | 2:19-cv-03061 |
| Ella Patterson | 2:19-cv-00932 |
| Robert Hannah | 2:19-cv-03104 |
| Kenneth Reames | 2:16-cv-12887 |
| Patricia Slocum | 2:19-cv-03196 |
| Hannah Rosette | 2:19-cv-03187 |