# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*SANDRA HUTTO v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:16-cv-12244*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Sandra Hutto

Dated:  9/24/2019                           By: */s/*Stephen B. Wohlford_____
                                            SWMW Law, LLC
                                            Benjamin R. Schmickle, #6270568
                                            Stephen B. Wohlford, #IL6287698
                                            701 Market Street, Suite 1000
                                            St. Louis, MO 63101
                                            (314) 480-5180
                                            (314) 932-1566 – Facsimile
                                            *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 24, 2019 and that this system will provide notice of such filing to all counsel of record.

      *By: /s/*Stephen B. Wohlford_____
      SWMW Law, LLC
      Benjamin R. Schmickle, #6270568
      Stephen B. Wohlford, #IL6287698
      701 Market Street, Suite 1000
      St. Louis, MO 63101
      (314) 480-5180
      (314) 932-1566 – Facsimile

      *ATTORNEYS FOR PLAINTIFFS*