THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

This is a true and exact copy of the record on file with the Walker County Health Department.

*Signature of Local Registrar:* Lisa Woods

**Date of Issue:** July 26, 2018

## ALABAMA CERTIFICATE OF DEATH
**STATE FILE NO. 101**

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Sandra Lee HUTTO |
| 2. LAST NAME PRIOR TO FIRST MARRIAGE | Hutto |
| 3. COUNTY OF DEATH | Jefferson |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Birmingham 35211 |
| 5. INSIDE CITY LIMITS? | Yes |
| 6. PLACE OF DEATH | BMC Princeton |
| 7. IF HOSPITAL | Inpatient |
| 8. SEX | Female |
| 9. SOCIAL SECURITY NUMBER | 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 |
| 10. BIRTHPLACE | England |
| 11. AGE | 52 |
| 12. DATE OF BIRTH | November 26, 1965 |
| 13. MARITAL STATUS | Divorced |
| 14. EVER IN US ARMED FORCES? | No |
| 16. DECEASED RESIDENCE-STATE | Alabama |
| 17. COUNTY | Walker |
| 18. CITY, TOWN, OR LOCATION AND ZIP CODE | Oakman 35579 |
| 19. STREET ADDRESS | 9190 Market St |
| 20. INSIDE CITY LIMITS? | Yes |
| 21. FATHER/PARENT NAME | Aaron Hutto |
| 22. MOTHER/PARENT NAME | Jacquline Lee Cooper |
| 23. INFORMANT NAME AND RELATIONSHIP | Milton Martin |
| 24. MAILING ADDRESS OF INFORMANT | 9190 Market St Oakman, AL Walker 35579 |
| 25. DATE OF DISPOSITION | June 27, 2018 |
| 26. METHOD OF DISPOSITION | Cremation |
| 27. CEMETERY OR CREMATORY | Hillcrest Crematory |
| 28. LOCATION | Addison, Alabama |
| 29. FUNERAL HOME | Collins Burke Funeral Home 303 Oakhill Road Jasper, Alabama 35504 |
| 30. FUNERAL HOME (License Number) | 0052 |
| 32. DATE SIGNED BY FUNERAL DIRECTOR | July 24, 2018 |
| 33. FUNERAL DIRECTOR (License Number) | 04307 |
| 35. DATE SIGNED | 7-7-18 |
| 36. DATE OF DEATH | 6-23-18 |
| 37. TIME OF DEATH | 10:22 pm |
| 40. NAME, ADDRESS CERTIFYING CAUSE OF DEATH | John L. Mathews, MD 917 Tuscaloosa Ave SW Birmingham, AL 35211 |
| 41. LICENSE NUMBER | 6477 |
| 42. REGISTRAR - Signature | Lisa Woods |
| 43. DATE FILED | July 26, 2018 |

### MEDICAL CERTIFICATION

**44. PART I. CAUSE OF DEATH**

a. Immediate Cause: coumadin toxicity
b. Due to: lung trauma / fall
c. Due to: fall

Name of deceased: Sandra L. Hutto

THIS IS A LEGAL RECORD AND MUST BE FILED WITHIN FIVE (5) DAYS AFTER DEATH

ADPH-HS-2 Rev. 011118