## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*SANDRA HUTTO v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:16-cv-12244*

### MOTION FOR SUBSTITUION OF PROPER PARTY

COME NOW Plaintiff, Sandra Hutto, deceased, and Tia Sanford, daughter, as personal representative of the estate, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, hereby file this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1.      Sandra Hutto. filed a products liability lawsuit against defendants on June 30, 2016 and executed service thereafter on September 30, 2016.

2.      Plaintiff Sandra Hutto died on June 23, 2018.

3.      Sandra Hutto's products liability action against defendants survived Plaintiff decedent's death and was not extinguished.

4.      Plaintiffs filed a Notice and Suggestion of Death on September 24th, 2019, attached hereto as "Exhibit 1."

5.      Tia Sanford, personal representative of the estate of Sandra Hutto, is a proper party to substitute for plaintiff, decedent Sandra Hutto, and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: September 24, 2019             Respectfully submitted,

By: _/s/Stephen B. Wohlford_____
  SWMW Law, LLC
  Benjamin R. Schmickle, #6270568
  Stephen B. Wohlford, #IL6287698
  701 Market Street, Suite 1000
  St. Louis, MO 63101
  (314) 480-5180
  (314) 932-1566 – Facsimile

  *ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 24, 2019                              Respectfully submitted,


                                        *By:*  */s*/Stephen B. Wohlford_____
                                        SWMW Law, LLC
                                        Benjamin R. Schmickle, #6270568
                                        Stephen B. Wohlford, #IL6287698
                                        701 Market Street, Suite 1000
                                        St. Louis, MO 63101
                                        (314) 480-5180
                                        (314) 932-1566 – Facsimile

                                        *ATTORNEYS FOR PLAINTIFFS*