# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**EXHIBIT 1**

**This Document Relates to:**
*SANDRA HUTTO v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No. 2:16-cv-12244*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Sandra Hutto

Dated: 9/24/2019

By: /s/Stephen B. Wohlford
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile
*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 24, 2019 and that this system will provide notice of such filing to all counsel of record.

>By: /s/Stephen B. Wohlford
>SWMW Law, LLC
>Benjamin R. Schmickle, #6270568
>Stephen B. Wohlford, #IL6287698
>701 Market Street, Suite 1000
>St. Louis, MO 63101
>(314) 480-5180
>(314) 932-1566 – Facsimile
>
>*ATTORNEYS FOR PLAINTIFFS*

Case 2:14-md-02502-RDP-JHE Document 3110-27-1 Filed 03/28/19 Page 3 of 3

This is a true and exact copy of the record on file with the Walker County Health Department.

*Lisa Woods*
Signature of Local Registrar

July 26, 2018
Date of Issue

## ALABAMA CERTIFICATE OF DEATH

STATE FILE NO. 101

TYPE IN PERMANENT DARK INK

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Sandra Lee HUTTO |
| 2. LAST NAME PRIOR TO FIRST MARRIAGE | Hutto |
| 3. COUNTY OF DEATH | Jefferson |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Birmingham 35211 |
| 5. INSIDE CITY LIMITS? | X Yes |
| 6. PLACE OF DEATH | BMC Princeton |
| 7. IF HOSPITAL | Inpatient |
| 8. SEX | Female |
| 9. SOCIAL SECURITY NUMBER | 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 |
| 10. BIRTHPLACE | England |
| 11. AGE | 52 |
| 12. DATE OF BIRTH | November 26, 1965 |
| 13. MARITAL STATUS | Divorced |
| 14. EVER IN US ARMED FORCES? | No |
| 16. DECEASED RESIDENCE-STATE | Alabama |
| 17. COUNTY | Walker |
| 18. CITY, TOWN, OR LOCATION AND ZIP CODE | Oakman 35579 |
| 19. STREET ADDRESS | 9190 Market St |
| 20. INSIDE CITY LIMITS? | X Yes |
| 21. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Aaron Hutto |
| 22. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Jacquline Lee Cooper |
| 23. INFORMANT NAME AND RELATIONSHIP TO DECEASED | Milton Martin |
| 24. MAILING ADDRESS OF INFORMANT | 9190 Market St Oakman, AL Walker 35579 |
| 25. DATE OF DISPOSITION | June 27, 2018 |
| 26. METHOD OF DISPOSITION | XX Cremation |
| 27. CEMETERY OR CREMATORY | Hillcrest Crematory |
| 28. LOCATION | Addison, Alabama |
| 29. FUNERAL HOME | Collins Burke Funeral Home 303 Oakhill Road Jasper, Alabama 35504 |
| 30. FUNERAL HOME License Number | 0052 |
| 32. DATE SIGNED BY FUNERAL DIRECTOR | July 24, 2018 |
| 33. FUNERAL DIRECTOR License Number | 04307 |
| 35. DATE SIGNED | 7/24/18 |
| 36. DATE OF DEATH | 6-23-18 |
| 37. TIME OF DEATH | 1022 pm |
| 40. NAME, ADDRESS OF PERSON CERTIFYING CAUSE OF DEATH | John L. Mathews, MD 917 Tuscaloosa Ave SW Birmingham AL 35211 |
| 41. LICENSE NUMBER | 8411 |
| 42. REGISTRAR – Signature | Lisa Woods |
| 43. DATE FILED | July 26, 2018 |

### MEDICAL CERTIFICATION

44. PART I. CAUSE OF DEATH
a. IMMEDIATE CAUSE: coumadin toxicity
b. lung trauma/fall
c. fall

46. MANNER OF DEATH: Accident

Name of Deceased: Sandra L. Hutto

THIS IS A LEGAL RECORD AND MUST BE FILED WITHIN FIVE (5) DAYS AFTER DEATH
ADPH-HS-2 Rev. 011116