UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jackson v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-01162

# ORDER

Considering Charles E. Adler/Adler Law Offices, Ltd.'s Motion to Excuse Appearance, R. Doc. 15900;

**IT IS ORDERED** that the Motion to Excuse Appearance, R. Doc. 15900, is hereby **GRANTED**. Charles E. Adler/Adler Law Offices, Ltd. is hereby excused from appearing at the show cause hearing set for September 25, 2019 and rescheduled to October 7, 2019.

New Orleans, Louisiana this 24th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE