# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> IDA HEWETT <br> Civil Action No. 2:17-cv-12627 | ) <br> ) **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 15953;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

*Doc. No. 15594, filed September 17, 2019, Ida Hewett, Case No. 2:17-cv-12627.*

New Orleans, Louisiana, this 24th day of September, 2019.

_____
Eldon E. Fallon
United State District Judge