# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Aubrey S. King v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03502

## ORDER

On September 10, 2019, the Court issued an Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply with Case Management Order 12A. R. Doc. 15416. On September 18, 2019, Plaintiff filed a Motion to Be Excused From Personal Attendance at Hearing for the September 25 show cause hearing. R. Doc. 15772. Subsequently, on September 20, 2019, the Court re-scheduled the Show Cause Hearing to October 7, 2019. R. Doc. 16218. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Be Excused From Personal Attendance at Hearing, R. Doc. 15772, is hereby **GRANTED** for the October 7, 2019 show cause hearing date, with the understanding that Plaintiff's counsel will be present at the hearing in-person.

New Orleans, Louisiana this 24th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE