UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>**PAMELA A. SANDERS**<br>Civil Action No. 2:19-cv-05220 | **MDL 2592**<br><br>**SECTION L**<br><br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 15817;

**IT IS HEREBY ORDERED**, that Rodney M. Hudson of Drinker Biddle & Reath LLP is withdrawn as Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson's counsel of record.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as Defendants' counsel of record.

New Orleans, Louisiana, this 24th day of September, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE