UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bernice Philpot and Clyde Gordon Philpot, Sr. v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03944

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 16217, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jessica May Philpot, surviving daughter and representative of the estate of Bernice Philpot and Clyde Gordon Philpot, Sr., is substituted for Plaintiffs Bernice Philpot and Clyde Gordon Philpot, Sr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE