# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2592 |
| ) ) ) | SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ROBERT JENNINGS Civil Action No.: 2:16-cv-16014 ) ) ) ) | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Lorene Barbour on behalf of her deceased father, Plaintiff Robert Jennings.

1. Robert Jennings filed a products liability lawsuit against the defendants on November 1, 2016.

2. On February 3, 2018, Robert Jennings died.

3. Robert Jennings' products liability action against defendants survived his death and was not extinguished.

5. Lorene Barbour, daughter of Robert Jennings and Executrix of Plaintiff Robert Jennings' estate, is a proper party to substitute for plaintiff-decedent Robert Jennings and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Lorene Barbour requests that this Court grant her request for substitution as plaintiff in this action.

This 24th day of September, 2019.

By:   */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**