UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** <br><br> *Donald Broussard v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br> Civil Action No. 2:15-cv-03023 | **MDL No. 2592** <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**PLAINTIFF DONALD BROUSSARD'S RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES Counsel for Plaintiff Donald Broussard, and for the response to the order to show cause, states as follows:

1. Plaintiff Donald Broussard is deceased.

2. Plaintiff's counsel filed suggestions of death on 06/13/2016.

3. None of Donald Broussard's family, nor anyone else, elected to proceed with his case.

4. Pursuant to FRCP 25(a)(1), no motion for substitution was made by any party or by the decedent's successor or representative.

5. Pursuant to FRCP 25(a)(1), since no such motion was made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

1

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel.  314-436-9958
Fax  314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on September 24, 2019 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward