# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** | **MDL No. 2592** |
| | SECTION: L |
| *Kathryn Oberer v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| Civil Action No. 2:17-cv-00661 | |

## PLAINTIFF KATHERYN OBERER'S RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES Counsel for Plaintiff Kathryn Oberer, and for the response to the order to show cause, states as follows:

1. Plaintiff Kathryn Oberer is deceased.

2. Plaintiff's counsel filed suggestions of death on 08/12/2019.

3. Despite Plaintiff's counsel's attempts to obtain a substitute plaintiff, none of Kathryn Oberer's family, nor anyone else, has elected to proceed with his case.

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel.  314-436-9958
Fax  314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on September 24, 2019 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward