UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Judith Chaney v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* Civil Action No. 2:15-cv-02032 | **MDL No. 2592** SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |

**PLAINTIFF JUDITH CHANEY'S RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES Counsel for Plaintiff Judith Chaney, and for the response to the order to show cause, states as follows:

1. Plaintiff Judith Chaney has failed and refused to respond to Plaintiff's counsel.

2. Plaintiff's counsel has communicated to Plaintiff on numerous occasions regarding Plaintiff's duties with respect to the settlement. The communications were via email, U.S. mail, and certified U.S. Mail. The correspondence to Plaintiff emphasized the urgency and importance of Plaintiff's duties. Plaintiff's counsel also sent Plaintiff a copy of the Court's show cause order.

3. Despite receiving Plaintiff's counsel's numerous communications, Plaintiff has failed and refused to respond to Plaintiff's counsel, and has shown no indication that such response will be forthcoming.

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on September 24, 2019 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward