UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| ISAAC ABECKJERES HIDALGO Civil Action: 2:15-cv-4649 | |
| | MAG. JUDGE NORTH |

## MOTION TO WITHDRAW PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for the below referenced Plaintiff's move for this Court's order withdrawing the document set forth below. Counsel inadvertently filed Stipulations of Dismissal with prejudice in the case listed below. Counsel for plaintiff's erroneously believed that copies of Plaintiff's Stipulation for Dismissal were required to be filed with the Court, as well as submitted on the MDL with the Enrollment Package for the Xarelto Settlement Program. Therefore, Plaintiff's respectfully request that the following documents be withdrawn from the Court's docket:

Doc. No. 21, filed on August 14, 2019, Isaac Abeckjer, Case No.: 2:15-cv-4649.

WHEREFORE, Plaintiffs respectfully request that this honorable Court, enter an Order withdrawing the document identified above from the Court's docket.

Dated: September 25, 2019

Respectfully Submitted,

By: /s/ Carlos Diez-Arguelles, Esq.
Carlos Diez-Arguelles, Esq.
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2019 a copy of the above foregoing Motion to Withdraw has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully Submitted,

By: /s/ Carlos Diez-Arguelles, Esq.
Carlos Diez-Arguelles, Esq.
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
Attorney for Plaintiff