UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| ISAAC ABECKJER | |
| Civil Action: 2:15-cv-4649 | |

## ORDER ON MOTION TO WITHDRAW PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Withdraw Documents:

Doc. No. 21, filed on August 14, 2019, ISAAC ABECKJERR, Case No.: 2:15-cv-4649

**IT IS HEREBY ORDERED** that document is hereby withdrawn from the Court's docket and their respective case be reopened.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____,
Eldon E. Fallon, United States District Court Judge