UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| MARGARITO ZAYAS TORRES<br>    Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:15-cv-03832 |

## MOTION FOR SUBSTITUTION OF PARTIES

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Genevieve Zayas, on behalf of the Estate of Margarito Zayas Torres as the Plaintiff in the above captioned matter:

1. Margarito Zayas Torres filed a products liability action on August 27, 2015.

2. Plaintiff, Margarito Zayas Torres died on February 12, 2019.

3. Margarito Zayas Torres' products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on August 20, 2019, attached hereto as "Exhibit A".

5. Genevieve Zayas, surviving child of Margarito Zayas Torres is the proper party to substitute Plaintiff-decedent Margarito Zayas Torres and have the proper capacity to proceed with the surviving products liability lawsuit on his behalf, pursuant to Federal Rule of Civil Procedure 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of parties in this action.

Dated:  September 25, 2019

By:   /s/ Joseph E. "Jed" Cain

Joseph Cain (La. Bar No.: 29785)
jcain@hhklawfirm.com
Brian D. Katz (La. Bar No. 24137)
bkatz@hhklawfirm.com
Stephen J. Herman (La. Bar No.: 23129)
Sherman@hhklawfirm.com
Soren Gislesen (La. Bar No.: 26302)
sgisleson@hhklawfirm.com
Dr. Joseph Kott (La. Bar No.: 24499)
jkott@hhklawfirm.com
HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ Joseph E. "Jed" Cain_____