UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| MARGARITO ZAYAS TORRES<br>   Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br>   Defendants | Civil Action No.: 2:15-cv-03832 |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Margarito Zayas Torres, which occurred on February 20, 2019. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of the estate of Margarito Zayas Torres.

Dated: August 20, 2019

By:     /s/ Joseph E. "Jed" Cain

**Exhibit A**

Joseph Cain (La. Bar No.: 29785)
jcain@hhklawfirm.com
Brian D. Katz (La. Bar No. 24137)
bkatz@hhklawfirm.com
Stephen J. Herman (La. Bar No.: 23129)
Sherman@hhklawfirm.com
Soren Gisleson (La. Bar No.: 26302)
sgisleson@hhklawfirm.com
Dr. Joseph Kott (La. Bar No.: 24499)
jkott@hhklawfirm.com
HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Joseph E. "Jed" Cain