UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| MARGARITO ZAYAS TORRES<br>     Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION,  BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:15-cv-03832 |

## **ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Parties, as well as any responses thereto, finds the motion meritorious.  Therefore,

**IT IS ORDERED** that Plaintiff Genevieve Zayas is hereby substituted for Plaintiff Margarito Zayas Torres. in the above captioned cause.

Dated: _____                    _____
                                                 Hon. Eldon E. Fallon
                                                 United States District Court Judge