UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |

| | | |
|---|---|---|
| Cornelius Goodwin<br>**Case No.: 2:14-cv-01877** | Loria Powell et al.<br>**Case No.: 2:15-cv-02427** | Jerry Detwiler<br>**Case No.: 2:15-cv-06433** |
| Ted Barber<br>**Case No.: 2:15-cv-06432** | Browne Altman<br>**Case No.: 2:15-cv-05535** | Louis Stern<br>**Case No.: 2:15-cv-06436** |
| Carol Steinat<br>**Case No.: 2:15-cv-06435** | Frank Keppeler<br>**Case No.: 2:16-cv-10069** | Danial Allen et al<br>**Case No.: 2:16-cv-06529** |
| John Dupree<br>**Case No.: 2:16-cv-12266** | | |

**PLAINTIFFS' RESPONSE TO THE ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COME NOW, the above referenced Plaintiffs, by and through their undersigned Counsel of record, respectfully submit this response to the Order to Show Cause filed on September 20, 2019 and state as follows:

1. For reasons explained below, Plaintiffs' cases reported as "Ineligible" in MDL Centrality at the time this Order to Show Cause was filed. As of September 24, 2019, Plaintiffs' cases now report as "Eligible – Post Reconsideration" in MDL Centrality.

2. Prior to the September 4, 2019, enrollment deadline, Counsel's office unfortunately made a clerical error, uploading file-stamped copies of the plaintiffs' stipulations of dismissal which were required to be submitted with the Enrollment Package for the Xarelto Settlement Program

on MDL Centrality. Counsel then received Notices of Ineligible Claimant via MDL Centrality.

3. In response to the notices, Counsel prepared an Ex Parte Motion to Withdraw Documents. Prior to filing the motion, opposing counsel was contacted, and once informed of the clerical mistake, opposing counsel did not oppose the motion.

4. Plaintiffs' Ex Parte Motion to Withdraw Documents was filed on September 10, 2019 (Document No. 15422). The Court filed an order granting the motion on September 17, 2019 (Document No. 15628). Subsequently, this order and the correct stipulations of dismissal were uploaded to MDL Centrality in response to the notices.

5. On September 24, 2019, BrownGreer issued a Notice of Post Reconsideration Eligible Claimant in response to Counsel office's requests for reconsideration. Plaintiffs' cases now report as "Eligible – Post Reconsideration" in MDL Centrality.

6. Regarding Plaintiff John Dupree, Counsel's office committed the same clerical error but did not receive a Notice of Ineligible Claimant. To preempt a notice, a correct stipulation of dismissal was uploaded on September 9, 2019. To date, Counsel's office has not received a notice, and Plaintiff Dupree's case reports as "Eligible" in MDL Centrality.

WHEREFORE, Plaintiffs are now in compliance with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiffs' attendance at the Show Cause Hearing be excused and that these Plaintiffs' cases not be dismissed.

Dated: September 25, 2019          /s/ David P. Vicknair_____
                                                              **SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
David Vicknair
909 Poydras St., Ste. 1100
New Orleans, LA 70112
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
david@svhclaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH | |

| Cornelius Goodwin<br>**Case No.: 2:14-cv-01877** | Loria Powell et al.<br>**Case No.: 2:15-cv-02427** | Jerry Detwiler<br>**Case No.: 2:15-cv-06433** |
|---|---|---|
| Ted Barber<br>**Case No.: 2:15-cv-06432** | Browne Altman<br>**Case No.: 2:15-cv-05535** | Louis Stern<br>**Case No.: 2:15-cv-06436** |
| Carol Steinat<br>**Case No.: 2:15-cv-06435** | Frank Keppeler<br>**Case No.: 2:16-cv-10069** | Danial Allen et al<br>**Case No.: 2:16-cv-06529** |
| John Dupree<br>**Case No.: 2:16-cv-12266** | | |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply with Case Management Order 12A was served upon all parties of record electronically by CM/ECF on September 25, 2019.

/s/ David P. Vicknair_____
**SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
David Vicknair
909 Poydras St., Ste. 1100
New Orleans, LA 70112
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
david@svhclaw.com
*Attorney for Plaintiff*