UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILTY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| ) | |
| Tammy Hamm ) | MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:15-cv-06434 ) | |

### PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHOSE CLAIMS THE COURT LACKS SUBJECT MATTER JURISDICTION

COMES NOW, Plaintiff Tammy Hamm, by and through her undersigned Counsel of record, respectfully submits this response to the Order to Show Cause filed on September 20, 2019 and states as follows:

1. Plaintiff is a resident of Pennsylvania. For reasons explained below, Plaintiff's case reported as "Ineligible" in MDL Centrality at the time this Order to Show Cause was filed, resulting in a lack of subject matter jurisdiction. As of September 24, 2019, Plaintiff's case now reports as "Eligible – Post Reconsideration."

2. Prior to the September 4, 2019, enrollment deadline, Counsel's office unfortunately made a clerical error, uploading a file-stamped copy of the plaintiff's stipulation of dismissal which was required to be submitted with the Enrollment Package for the Xarelto Settlement Program on MDL Centrality. After the enrollment deadline had passed, Counsel's office received a Notice of Ineligible Claimant via MDL Centrality.

3. In response to the notice, Counsel prepared an Ex Parte Motion to Withdraw Documents. Prior to filing the motion, opposing counsel was contacted, and once informed of the clerical

mistake, opposing counsel did not oppose the motion.

4. Plaintiff's Ex Parte Motion to Withdraw Documents was filed on September 10, 2019 (Document No. 15422). The Court filed an order granting the motion on September 17, 2019 (Document No. 15628). Subsequently, this order and the correct stipulation of dismissal was uploaded to MDL Centrality in response to the notices.

5. On September 24, 2019, BrownGreer issued a Notice of Post Reconsideration Eligible Claimant in response to Counsel office's request for reconsideration. Plaintiff's case now reports as "Eligible – Post Reconsideration" in MDL Centrality.

WHEREFORE, Plaintiff is now in compliance with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully asks that this Plaintiff's case not be dismissed.

Dated: September 25, 2019                /s/ David P. Vicknair
                                         **SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
                                         David Vicknair
                                         909 Poydras St., Ste. 1100
                                         New Orleans, LA 70112
                                         Telephone: (504) 684-5200
                                         Facsimile: (504) 613-6351
                                         david@svhclaw.com
                                         *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | MDL No. 2592 |
| **PRODUCTS LIABILTY LITIGATION** | ) | |
| | ) | SECTION L |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | JUDGE ELDON E. FALLON |
| | ) | |
| Tammy Hamm | ) | MAGISTRATE JUDGE NORTH |
| **Civil Action No. 2:15-cv-06434** | ) | |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's Order to Show Cause Regarding Plaintiffs Over Whose Claims the Court Lacks Subject Matter Jurisdiction was served upon all parties of record electronically by CM/ECF on September 25, 2019.

/s/ David P. Vicknair
**SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
David Vicknair
909 Poydras St., Ste. 1100
New Orleans, LA 70112
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
david@svhclaw.com
*Attorney for Plaintiff*

3