# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> *Howell v. Janssen Research & Development LLC et al.* <br> Civil Action No. 2:19-cv-04266 | ) <br> ) **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## ORDER

Considering Plaintiff's Motion to Withdraw Document, R. Doc. 15896;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

*Doc. No. 15813, Motion to be Excused from September 25, 2019 Show-Cause Hearing, filed September 18, 2019, Howell, Case No. 2:19-cv-04266.*

New Orleans, Louisiana, this 24th day of September, 2019.

Eldon E. Fallon
United State District Judge