# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : **MDL No. 2592**
 :
 : **SECTION L**
 :
**Paula Murphy** :
 :
  **Plaintiff** : **JUDGE ELDON E. FALLON**
 :
**v.** : **MAGISTRATE JUDGE NORTH**
 :
**JANSSEN RESEARCH & DEVELOPMENT** :
**LLC f/k/a JOHNSON & JOHNSON** :
**PHARMACEUTICAL RESEARCH AND** :
**DEVELOPMENT LLC, JANSSEN ORTHO** : **Civil Action No.: 2:17-cv-1764**
**LLC, JANSSEN PHARMACEUTICALS, INC.** :
**f/k/a JANSSEN PHARMACEUTICA INC.** :
**f/k/a ORTHO-MCNEIL-JANSSEN** : **STIPULATION OF DISMISSAL**
**PHARMACEUTICALS, INC.,** : **WITH PREJUDICE**
**JOHNSON & JOHNSON** :
**BAYER HEALTHCARE** :
**PHARMACEUTICALS INC.,** :
**BAYER PHARMA AG,** :
**BAYER CORPORATION,** :
**BAYER HEALTHCARE LLC,** :
**BAYER HEALTHCARE AG, and BAYER AG,** :
 :
  **Defendants** :
_____ :

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice, each party to bear its own fees and costs.

**KIRKENDALL DWYER LLP**
By: /s/Alexander Dwyer
Andrew F. Kirkendall
Alexander G. Dwyer
4343 Sigma Rd., STE 200
Tel: (214) 271-4027
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

Attorneys for Plaintiff
Dated: September 25, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Janssen Ortho LLC, and Johnson & Johnson
Dated: September 25, 2019

**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 25, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 25, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Alexander Dwyer