# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION. | MDL No: 2592 |
| This applies to:<br>*Betty Friedman v Janssen Research & Development, LLC., et al.* | |
| BETTY FRIEDMAN,<br><br>                    Plaintiff,<br>-against-<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG. | Section L<br><br>Docket No.: 2:16-cv-14793<br><br>Judge Eldon E. Fallon<br>Magistrate Judge North<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

## STIPULATION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

1

Respectfully submitted,

Dated: September 24, 2019

  s/ Jason Chambers_____
Jason Chambers, Esq.
Hollis Law Firm
5100 W. 95th Street
Prairie Village, KS 66207
Telephone: (913) 385-5400
Fax: (913) 385-5402
Email: jason@hollislawfirm.com
*Counsel for Plaintiff*

Dated: September 24, 2019

**DRINKER BIDDLE & REATH LLP**
By: \_\_s/ Susan M. Sharko_____
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com
Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: \_s/ Andrew K. Solow_____
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: _s/ Kim E. Moore_____
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

  I certify that on this 25th day of September, 2019, the attached Stipulation to Dismiss With Prejudice was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                _s/ Jason Chambers_
                Jason Chambers