UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION. | MDL No: 2592 |
| This applies to:<br>*Barbara Borden v Janssen Research & Development, LLC., et al.* | |
| BARBARA BORDEN, | Section L |
| Plaintiff, | Docket No.: 2:15-cv-6202 |
| -against- | Judge Eldon E. Fallon<br>Magistrate Judge North |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG. | **STIPULATION TO DISMISS WITH PREJUDICE** |

**STIPULATION TO DISMISS WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

1

               Respectfully submitted,

Dated: September 24, 2019      _s/ Jason Chambers_____
               Jason Chambers, Esq.
               Hollis Law Firm
               5100 W. 95th Street
               Prairie Village, KS 66207
               Telephone: (913) 385-5400
               Fax: (913) 385-5402
               Email: jason@hollislawfirm.com
               *Counsel for Plaintiff*

Dated: September 24, 2019      **DRINKER BIDDLE & REATH LLP**
               By: __s/ Susan M. Sharko_____
               Susan M. Sharko
               600 Campus Dr.
               Florham Park, NJ 07932
               Telephone: (973) 549-7000
               susan.sharko@dbr.com
               Attorneys for Defendants Janssen
               Pharmaceuticals, Inc., Johnson & Johnson,
               Janssen Research & Development, LLC, and
               Janssen Ortho LLC

               **ARNOLD & PORTER KAYE**
               **SCHOLER LLP**
               By: _s/ Andrew K. Solow_____
               Andrew K. Solow
               250 West 55th Street
               New York, New York 10019-9710
               Telephone: (212) 836-8000
               Facsimile: (212) 836-8689
               William Hoffman
               601 Massachusetts Ave., NW
               Washington, D.C. 20001
               Telephone: (202) 942-5000
               Facsimile: (202) 942-5999
               andrew.solow@arnoldporter.com
               william.hoffman@arnoldporter.com
               Attorneys for Defendants Bayer HealthCare
               Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: _s/ Kim E. Moore_____
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

  I certify that on this 25th day of September, 2019, the attached Stipulation to Dismiss With Prejudice was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                _s/ Jason Chambers_____
                Jason Chambers