UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROABAN) PRODUCTS LIABILITY LITIGATION  ) ) ) ) THIS DOCUMENT RELATES TO:  ) ) HARRY M. NELSON  ) Civil Action No. 2:15-cv-04300  ) ) ) ) ) | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **HILLIARD MARTINEZ GONZALES LLP** By: /s/ *T. Christopher Pinedo* T. Christopher Pinedo 719 S. Shoreline Blvd Corpus Christi, TX 78401 Tel: (361) 882-1612 cpinedo@hmglawfirm.com  Attorneys for Plaintiff  Dated: August 22, 2019 | **DRINKER BIDDLE & REATH LLP** By: /s/ Susan M. Sharko Susan Sharko 600 Campus Dr. Florham Park, NJ 07932 Tel: (973) 549-7000 Susan.Sharko@dbr.com  Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson Dated: August 22, 2019  **ARNOLD & PORTER KAYE SCHOLER LLP** By: /s/ Andrew Solow Andrew K. Solow 250 West 55th Street New York, New York 10019-9710 Tel: (212) 836-8000 |

Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: August 22, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Tel: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: August 22, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2019 the foregoing pleading was filed electronically with the clerk of the court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ T. Christopher Pinedo