UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> PEGGY COLONE ) <br> Civil Action No.: 2:17-cv-04692 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

## AMENDED RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST TO BE EXCUSED FROM APPEARING AT CASE MANAGEMENT ORDER 12A SHOW CAUSE HEARING

COMES NOW, Plaintiff Peggy Colone, by and through her undersigned Counsel of record, and respectfully submits this amended response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed without prejudice for lack of subject matter jurisdiction.

2. On August 5, 2019, Plaintiff submitted an executed Enrollment Election Form, Release and Stipulation of Dismissal indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. Unfortunately, Plaintiff signed her enrollment form in the wrong place by the attorney signature. We previously provided the Court her original enrollment form with a red arrow marking where Plaintiff signed. We asked Plaintiff to sign another enrollment form which we have attached as Exhibit A.

4. In addition, on August 29, 2019, we received a Notice of Incomplete Enrollment Package alleging the missing signature on the enrollment form. The notice gives Plaintiff until

September 19, 2019 to respond to this deficiency. Plaintiff responded to this notice on September 12, 2019 and uploaded the enrollment form signed in the correct spot to Centrality on September 25, 2019.

5. WHEREFORE, Plaintiff has complied with the Court's Case Management Orders and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing currently scheduled for October 7, 2019 be excused and that Plaintiff's case not be dismissed.

This 25th day of September, 2019.

By: */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**