UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO: | ) Master File No.: 2:14-md-02592-EEF-MBN ) ) SECTION: L |
| ANN TROTTER and WAYNE TROTTER | ) JUDGE FALLON ) MAG. JUDGE NORTH |

Civil Action No.: 2:16-cv-02735

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of Plaintiff Ann Trotter.

Respectfully Submitted,

**MOONEYHAM BERRY, LLC**

 s/ Joe Mooneyham
Joe Mooneyham, Fed. ID No. 3965
Post Office Box 8359
Greenville, South Carolina 29604
864.421.0036         Fax 864.421.9060
joe@mbllc.com

*Attorneys for the Plaintiffs*

Greenville, South Carolina
September 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the CM/ECF system on September 26, 2019 and that this system will provide notice of such filing to all counsel of record.

                **MOONEYHAM BERRY, LLC**

                s/ Joe Mooneyham
                Joe Mooneyham, Fed. ID No.  3965
                Post Office Box 8359
                Greenville, South Carolina  29604
                864.421.0036          Fax 864.421.9060
                joe@mbllc.com