# **EXHIBIT A**

DEATH CERTIFICATE



## CERTIFICATION OF VITAL RECORD

Greenville County
Probate Court

2017 AUG 10 AM 10: 03

# DEATH CERTIFICATION

17 - 2301858

STATE FILE NUMBER : 139-17-018335
DECEDENT'S NAME: *ANN WATSON TROTTER*  SEX: FEMALE
AKA'S: *FRANCES ANN DEARHEART WATSON TROTTER*  SOCIAL SECURITY NUMBER: *30-2-300
ARMED FORCES: NO
DATE OF BIRTH: JUNE 19, 1945  AGE: 71 YEARS
TYPE OF PLACE OF DEATH: OTHER (SPECIFY)  COUNTY OF DEATH: NEWBERRY
NAME AND ADDRESS OF PLACE OF DEATH: 105 WOODHAVEN COURT, CROSS HILL, SC 29332
PLACE OF DISPOSITION: WOODLAWN MEMORIAL PARK
DISPOSITION LOCATION: GREENVILLE, SOUTH CAROLINA
METHOD OF DISPOSITION: ENTOMBMENT
DECEDENT'S RESIDENCE: 104 FATHER HUGO DRIVE, GREER, GREENVILLE COUNTY, SC, 29650
PLACE OF BIRTH: SOUTH CAROLINA  MARITAL STATUS: MARRIED
SURVIVING SPOUSE'S NAME: KENNETH WAYNE TROTTER
FATHER'S NAME: HENRY DEARHEART
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: FRANCES CRANE
INFORMANT'S NAME: KENNETH WAYNE TROTTER  RELATIONSHIP: HUSBAND
MAILING ADDRESS: 104 FATHER HUGO DRIVE, GREER, SC, 29650
FUNERAL HOME: MACKEY MORTUARY FUNERALS AND CREMATIONS, 311 CENTURY DR., GREENVILLE, SC, 29607
FUNERAL DIRECTOR: JUDSON N. HORNER  LICENSE NUMBER: 3815
EMBALMER'S NAME: SAMANTHA MCKEOWN  LICENSE NUMBER: 3921
ACTUAL OR PRESUMED DATE OF DEATH : MAY 15, 2017  MANNER OF DEATH : NATURAL
ACTUAL OR PRESUMED TIME OF DEATH: 1435
CAUSE OF DEATH - PART I:

*SOUTH CAROLINA IDENTITY THEFT PROTECTION ACT
SC Code § 30-2-300

*SOUTH CAROLINA IDENTITY THEFT PROTECTION ACT
SC Code § 30-2-300

CORONER CONTACTED? YES  AUTOPSY PERFORMED? NO  AUTOPSY AVAILABLE? NA
DATE OF INJURY: NA  TIME OF INJURY: NA  INJURY AT WORK? NA
PLACE OF INJURY: NA
LOCATION OF INJURY: NA
HOW THE INJURY OCCURRED?
NA
CERTIFIER NAME AND TITLE: MD NANCY HART WICKER  LICENSE NUMBER: LL32603
CERTIFIER'S ADDRESS: 408 WEST ALEXANDER AVE, GREENWOOD, SC, 29646
DATE FILED: MAY 18, 2017
DATE OF ISSUANCE: MAY 18, 2017
SPECIAL INSTRUCTIONS :
NA

SC05984601

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Catherine E. Heigel
Director and State Registrar

Shae R. Sutton
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 07/31/2015

IMAGED