UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO: | ) Master File No.: 2:14-md-02592-EEF-MBN ) ) SECTION: L |
| ANN TROTTER and WAYNE TROTTER | ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Civil Action No.: 2:16-cv-02735 | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Wayne Trotter, as personal representative of the Estate of Ann Trotter, as a plaintiff in this matter, on the grounds that Ms. Trotter has passed away.

Ms. Trotter previously filed this action against the defendants as a result of her ingestion of Xarelto. Her husband, Wayne Trotter, had filed an action for loss of consortium as well, and currently is the personal representative of her estate.

Mr. Trotter alleges that her action for personal injury survives her, and therefore he seeks to be substituted or otherwise permitted to proceed with this action on behalf of her estate and statutory beneficiaries.

**MOONEYHAM BERRY, LLC**

 s/ Joe Mooneyham
Joe Mooneyham, Fed. ID No. 3965
Post Office Box 8359
Greenville, South Carolina  29604
864.421.0036 Fax 864.421.9060
joe@mbllc.com

*Attorneys for the Plaintiffs*

Greenville, South Carolina
September 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the CM/ECF system on September 26, 2019 and that this system will provide notice of such filing to all counsel of record.

**MOONEYHAM BERRY, LLC**

 s/ Joe Mooneyham
Joe Mooneyham, Fed. ID No.  3965
Post Office Box 8359
Greenville, South Carolina  29604
864.421.0036 Fax 864.421.9060
joe@mbllc.com