# EXHIBIT A

PROPOSED ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:XARELTO PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) | Master File No.:  2:14-md-02592-EEF-MBN |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| ANN TROTTER and WAYNE TROTTER | ) ) | JUDGE FALLON MAG. JUDGE NORTH |
| Civil Action No.:  2:16-cv-02735 | ) | |

**ORDER**

The Court, after considering the Plaintiffs' Motion for Substitution of Parties, as well as

any responses thereto, finds the motion meritorious.

**THEREFORE, IT IS ORDERED** that Plaintiff Wayne Trotter, as Personal

Representative for the Estate of Ann Trotter, is hereby substituted for Plaintiff Ann Trotter in the

above captioned cause.


Dated:_____      _____
                                                        UNITED STATES DISTRICT COURT JUDGE

2