UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| DONALD CAMPBELL | MAGISTRATE JUDGE: MICHAEL NORTH |
| | Civil Action No.: 2:17-cv-05755 |

-------------------------------------------------------------------X

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff Donald Campbell, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed without prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 26, 2019, Plaintiff submitted an executed Enrollment Election Form, Release and Stipulation of Dismissal indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Orders and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 27, 2019
Garden City, New York

                        SANDERS PHILLIPS GROSSMAN, LLC

                        /s/ *Randi Kassan*
                        Randi Kassan, Esq.
                        Sanders Phillips Grossman, LLC
                        100 Garden City Plaza, Suite 500
                        Garden City, NY 11530
                        P: (516) 741-5600
                        F: (516) 741-0128
                        rkassan@thesandersfirm.com

                        ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE: ELDON E. FALLON

DONALD CAMPBELL

MAGISTRATE JUDGE: MICHAEL NORTH

Civil Action No.: 2:17-cv-05755

---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 27, 2019.

Respectfully Submitted,

SANDERS PHILLIPS GROSSMAN, LLC

/s/ Randi Kassan
Randi Kassan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
rkassan@thesandersfirm.com

*Attorneys for Plaintiff*