UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| **Emilio Baldia** | : | |
| **Civil Action No. 2:19-cv-5360** | : | **JUDGE ELDON E. FALLON** |
| | : | |
| **Nathaniel Rodgers** | : | **MAGISTRATE JUDGE NORTH** |
| **Civil Action No. 2:19-cv-8443** | : | |
| | : | |
| **Frances Williams** | : | |
| **Civil Action No. 2:18-cv-14304** | : | |
| | : | |
| **Betty Zator** | : | |
| **Civil Action No. 2:19-cv-7115** | : | |
| | : | |

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTIONS TO BE EXCUSED FROM PERSONAL ATTENDANCE

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") submit this joint response to Plaintiffs' motions to be excused from personal attendance filed in the above-referenced cases. (Rec. Docs. 15776, 15777, 15778, and 15779).

Defendants do not oppose the Plaintiffs' motions to be excused from personal attendance at the October 7, 2019, show cause hearing, provided that Plaintiffs' counsel appears at the hearing in-person.

Defendants point out that, under the Court's orders, the inability of a plaintiff to personally attend the October 7, 2019 hearing, and the Court's decision to excuse that plaintiff's personal appearance, does not excuse plaintiff counsel's attendance at the hearing or the plaintiff's

noncompliance with Case Management Order No. 12A.  Compliance with CMO 12A is relatively simple: An MDL plaintiff must either (a) sign a Notice of Intent to Proceed if the plaintiff prefers to litigate his/her action rather than participate in the settlement or was not eligible for the settlement; (b) sign an Enrollment Form evincing participation in the settlement; or (c) authorize his/her counsel to dismiss the action with prejudice if the plaintiff chooses neither to litigate nor to participate in the settlement.

None of these actions are difficult or require travel to the Court.  However, they are important so that the Court may obtain an accurate census of those plaintiffs intending to litigate, as opposed to those who have abandoned their claims, so that the Court may chart the future course of proceedings.

Respectfully submitted this the 27th day of September, 2019.

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorneys for Defendants Janssen
   Pharmaceuticals, Inc., Janssen Research &
   Development, LLC, Janssen Ortho LLC, and
   Johnson & Johnson
   Dated: September 27, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW

        Washington, D.C. 20001
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999
        andrew.solow@arnoldporter.com
        william.hoffman@arnoldporter.com

        Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
        Dated: September 27, 2019

**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde
    John F. Olinde (LA Bar #1515)
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
    Dated: September 27, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: September 27, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 27, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     /s/ John F. Olinde