UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| ****************************************** THIS DOCUMENT RELATES TO | | MAGISTRATE JUDGE NORTH |

*Flynn v. Janssen Research & Development, LLC, et al., 2:16-cv-6701*

---

## EX-PARTE MOTION TO WITHDRAW DOCUMENT AND TO DIRECT CLERK TO REOPEN CASE

Plaintiff, EUGENE FLYNN, moves ex-parte the Court for an Order withdrawing the document set forth below and directing the Clerk of Court to re-open this case. Counsel inadvertently filed a Stipulation of Dismissal with prejudice in the case listed below. Counsel for Plaintiff erroneously believed that copies of Plaintiff's Stipulation for Dismissal was required to be filed with the Court, as well as submitted with the MDL Enrollment Package for the Xarelto Settlement Program. After entry of this document, the Clerk subsequently closed the case. Therefore, Plaintiff respectfully requests that the following document be withdrawn from the Court's docket:

In MDL Case No. 2:14-md-02592- Doc. No. 14670 (filed on August 5, 2019), then corrected Doc No. 14997 (filed on August 14, 2019), Eugene Flynn, Case No.: 16-cv-6701.

In individual case No. 2:16-cv-6701- Doc. No. 12, filed on August 16, 2019.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an order withdrawing the document identified above from the Court's docket and direct the Clerk of Court to re-open this

individual case file and grant any such other or further relief as the Court deems just and proper.

Dated:  09-27-19                                   Respectfully submitted,

                                            **KELLEY UUSTAL, PLC**

                                            By: */s Catherine C. Darlson*
                                            Catherine C. Darlson, Esq.
                                            Florida Bar No. 112440
                                            500 N. Federal Highway, Suite 200
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 522-6601
                                            Facsimile: (954) 522-6608
                                            ccd@kulaw.com
                                            **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

WE HERBY CERTIFY that on September 27, 2019 a copy of the above and foregoing Plaintiff's Motion to Withdraw Plaintiff's Stipulation of Dismissal with Prejudice and to Direct the Clerk to Reopen Case has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            By: */s Catherine C. Darlson*
                                                 Catherine C. Darlson, Esq.