# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 2592** |
| | * | **SECTION L** |
| | * | **JUDGE ELDON E. FALLON** |
| ****************************************** **THIS DOCUMENT RELATES TO** | | **MAGISTRATE JUDGE NORTH** |

*Flynn v. Janssen Research & Development, LLC, et al., 2:16-cv-6701*

## ORDER

Considering Plaintiff's Ex-Parte Motion to Withdraw Document and Direct Clerk to Reopen Case,

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

In MDL Case No. 2:14-md-02592- Doc. No. 14670 (filed on August 5, 2019), then corrected Doc No. 14997 (filed on August 14, 2019), Eugene Flynn, Case No.: 16-cv-6701.

In individual case No. 2:16-cv-6701- Doc. No. 12, filed on August 16, 2019.

And the Clerk is directed to re-open this individual case.

New Orleans, Louisiana, this ___ day of September, 2019

_____
Eldon E. Fallon
United States District Judge