UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jonnetha Coffey v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13749

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff. Plaintiff's individual counsel is instructed to review correspondence and take any appropriate action.

New Orleans, Louisiana this 24th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Leonard Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Email: ldavis@hhklawfirm.com

Gerald Edward Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Suite 2800
New Orleans, LA 70163
Email: gmeunier@gainsben.com

Jonnetha Coffey  
6119 South York Town Avenue  
Apartment 2  
Tulsa, OK 74136