Request

To Judge + Judge

Please allow this documentation to be read in court by a person appointed by you. I have no money to get there so will you allow someone of your choosing to read my testimony in court representing me. My son lives with me but he pays no rent so I have no money to get there so please your Honorable Judge to allow a person of your choosing to read this allowed representing me as present in court.

Thank You

Jannetha Demetris Coffey

(4)

Continued: Documentation concerning my excessive bleeding due to taking Xarelto.

I saw Singer and Golblatt calling for any one that had been injured by the drug. They had a woman from their firm talking to me named Laura.

I filled out all the necessary papers and returned them to Singer and Golblatt. Months passed then years and their agent or secretary or communicator called me and told me the Judge + Judge had picked my case and the amount that I was to be awarded. They then sent me more papers to sign and have notorized but they didn't read like what Laura had told me originally that the Judge

had picked her case and she was the only one they picked at that time Surges talked to me. Laura went on to say that not only had he picked her case but granted her an award. When I got the papers that I was suppose to sign and have notarized they said something completely different so I sent a copy to my sister April Marie Jordan and I gave her permission to look at them as well as my 1st cousin Rhonda and my brother James. April was the only one that showed an interest, so she called Surges + Golfputt and they told her that the case never went to court but that there had been a settlement that the case never went to court that there were 30,000 in the settlement and she needed to sign the papers and have them notarized saying that she was only going to get $600.00 according to April Marie Jordan and she was told that she was going to have to pay $1000.00 application fee

and she said April said they were offering her $600.00. It sounded like she or they had put the money in an endowment policy where you draw on it at intervals and if you did that each time you'd have to pay $1000.00 application fee. They listed only two times would she be able to ever do that and if she died her family or her son couldn't get anything. They said the people Lawyers itt seem would get to keep the remaining money! Or at least that's the way I understand it to the best of my ability.

I felt completely helpless. I get less than $1000.00 a month. I only get $206.00 and $585.00 and my rent $609.00. I don't have any money for food or transportation after I pay my rent and buy a few toiletries. My mom mostly feeds me. there

Jonnetha Demetris Coffey request that the Honorable Judge _____ and _____ allow this letter to speak for me. My mom is my transportation also to doctor, to store, shoping, pharmacy, and any transportation. her name is June Elizabeth Jordan she lives from check to check also she's been doing this for years and even took my son to dialysis to doctor, get his prescription, and to eat even to his graduation from memorial High School.

My mom takes me to church + outings. So I have no money to get to court so I Jonnetha Demetris Coffey asked or request that the Honorable Judge _____ + _____ ecept this letter as my testimoney.

Singer + his team ask me to get all the information that I turned into you all over again. I'm tired your honor and my mom whom helped me is tired.

(8)

I didn't think Singer + his team was telling me the truth about a settlement in the form of what appeared to be an endowment policy that I had to sign my life away and still wasn't going to get anything, that I had to pay $1000.00 to apply to get anything else & live I drew money and cyber showed only 2 times that I could draw and I could do it only twice before death + at death no more money would be available for my family.

Now although Laura cyber agent or communicator relayed this message by phone + through papers gotten.

They spoke to Miss April Marie Jordan without my permission but she had permission to review the papers, she called them, and they told her that the case did go to court that it was a settlement from the beginning and that she would have to sign

1000.00 for an application and she would get $600.00. They went on to say that it's a possibility that Miss Coffey might not get anything according to the information Miss Jordan & April had gotten.

Miss Coffey bled like a hog. Everywhere she went she left puddles of blood as well as on her clothes and in the cars she rode in.

I, Lonnett Demetris Coffey, do on this 18 day of Sept 2019 swear that I've told the truth to the best of my ability. I was given 3 pts of blood & there's only 5 pts pr body.

Signature:

I Jonnetha Demetria Coffey would like for the Judge or Judges to appt. someone to read this letter on my behalf as my testimony concerning the Xarelto Case.

I Jonnetha Coffey has absolutly any money and can't afford a tippet to —

So please allow me to be represented by a person of your choosing to read this in the court as my testimony concerning Seeger + Golblatt and the Xarelto Case. #

Thank you your honor, you can reach me at 6119 So. Yorktown Ave Tulsa, OK. 74136
phone: 918 407 0459
Aprils # is 1 510 287 6463
Moms phone not working now.

She lives at 5213 South Delaware Pl. She lives from pay ck. to pay ck. and is on dialysis three times a wk. Tuesday, Thursday + Saturday from 10:30 - about 3:00 if blood pressure is okay.

My son is Clement Ray he's on dialysis also, but he's selfish and I really don't want him involved in this. He might take everything from me.

I pay all the rent and my mom has to help me make it through the month.

I want to thank Judge North + Jude

Signature: Janrecka Coffer

Demetris Demetris Coffey
6119 So. Yorktown Pl apt. 2
Tulsa, OK 74136

Urgent
To the Honorable Judge North
Urgent help me U.S. District Courthouse, Courtroom C456
Urgent 500 Poydras Street
please MARSHALS New Orleans, Louisiana 70130
Urgent

Case Management Order 12B

CERTIFIED MAIL



Jonnetha D. Cotton
6119 So Mopkingham Apt. 2
Tulsa, OK 74136

Xarelto program
for atty Wm Singer + Rollwitz
120 Olive Street Suite 1901
St Louis, Mo 63110

*address corrected so you can are apt. 2*
*6119 So Yorktown*
*Tulsa Ok 74136*

# GOLDBLATT+SINGER
THE ST. LOUIS INJURY LAW FIRM

September 9, 2019

VIA REGULAR MAIL

Ms. Jonnetha Coffey
6111 South York Town Avenue
Apartment 4
Tulsa, OK 74136

      RE: Xarelto Settlement Program – FINAL NOTICE

Dear Ms. Coffey,

      The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program. These include:
- **August 5, 2019** – Settlement Enrollment Deadline
- **August 19, 2019** – Notice of Intent Deadline
- **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders. The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

      To protect you from potentially being held in contempt of Court and facing possible sanctions for failing to comply with Court orders and deadlines and for failing to appear in Court, **we will file a stipulation of dismissal with prejudice in your case on September 18, 2019, unless we receive written notice otherwise from you on or before September 17, 2019**. This means that your Xarelto case will be permanently dismissed, and you will not be able to file a lawsuit in the future based on the same injuries.

Sincerely,

*[signature]*

Jeffrey S. Singer
Managing Partner

P (314) 231 4100   F (314) 241 5078   |   720 OLIVE STREET, SUITE 1901, ST. LOUIS, MO 63101   |   STLINJURYLAW.CO