Dear Your Honorable Judge North & other Atty Singer called me yesterday Thursday September 9-19-19 and I was on the way to dialysis with my mom she takes it since April. It happen during her hospitalization from April 6-16-2019 St Dionisi.

He asked me if I was going to Louisiana and I told him that I didn't have any money at all that my mother Ms Elizabeth Jordan feeding her

two or three meals a day, taking her to doctors appts to get prescriptions, to get hygiene supplies, to bank and everywhere even to Church, everywhere I'm her main transportation. Atty in talking to her Singer asked her according to Miss Coffey if she was going to Louisiana and she said I have no money to make that trip.

He didn't say anything about representing her he just asked.

DeeDee or Jonnetha told Atty Singer that you money or means to go to Louisiana and I refuse to sign the papers because I didn't believe that was what you award. The reason is Laura the person that was calling me representing him told me the Judge picked

your case and gave your award to us but she couldnt tell her what it was at that time.

Then she changed the entire story when she talked to April Marie Jordan and said the case didnt even go to court. She also I understand said that Miss Caffey could get $600.00 and when she sent the forms they said that she couldnt get anything unless she pd. $1000.00 application fee. and that according to what they presented in the form of an endowment policy that she could draw something in several years and then make another draw several years after that and if and when she died they would give her family nothing.

I believe they would get to keep the remaining balance. Miss Coffey didn't sign the forms they sent because the story had completely changed for the Judge, purely her case to now a settlement like an endowment policy. So if Jonnetha Demetris didn't know what the truth was, I trust the Judge purely her case, then she told April Laury did that the case didn't go to court.

That's why I didn't sign what appeared to be an annuity policy.

Your honor, I Jonnetha Demetris Coffey give you permission to allow someone to read my testimony to the court on my behalf representing me as I have written it. I Jonnetha Demetris wasn't told that he would pay my way to Louisiana

to the hearing not one time. He said he was going but didn't say who he was representing.

I Jonnetta Demetrus Coffey have no money at all not even a dollar in charge my my has been helping me.

I sware the lawyer never offered me any help on services but said that he was going. He never told me why he was going. I repeated to him several times that I can't even feed myself at this time moms been feeding me and mom only has $16.00 in the bank on this date 9-20-19.

Your honor please help me by having someone to head my testimony representing me as if I was there your Honor please help me out

I Jonutta Coff swore to the best of my ability that my statements are true to the best of my understanding and ability. HELP!

Sig. Jonutta Coff



Jonneth Demetris Coffey
6119 So. Fountain Ave
Azusa, CA 91436

Judge North, US District Courthouse
C468, 500 Poydras Street
New Orleans, Louisiana 70130