UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| ***************************************** THIS DOCUMENT RELATES TO | | MAGISTRATE JUDGE NORTH |

*Titi v. Janssen Research & Development, LLC, et al., 2:16-cv-13782*

———————

## ORDER

Considering Plaintiff's Ex-Parte Motion to Withdraw Document, R. Doc. 14669, and Direct Clerk to Reopen Case,

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

Doc. No. 14669, filed on August 5, 2019, TAHSIN TITI, Case No.: 16-cv-13782

and the Clerk is directed to re-open this individual case.

New Orleans, Louisiana, this ___ day of September, 2019

_____
Eldon E. Fallon
United States District Judge