## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | **MDL No. 2592** |
| | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | **SECTION L** |
| | ) | |
| Nicholas DeSandolo | ) | **JUDGE ELDON E. FALLON** |
| Civil Action No. 2:19-cv-07894 | ) | |
| | ) | **MAGISTRATE JUDGE NORTH** |
| | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**WEXLER WALLACE LLP**                          **DRINKER BIDDLE & REATH LLP**

By: /s/ Edward A. Wallace                          By: /s/Susan M. Sharko
Edward A. Wallace                                       Susan M. Sharko
55 W. Monroe Street, Suite 3300                600 Campus Dr.
Chicago, IL 60603                                        Florham Park, NJ 07932
Telephone: (312) 346-2222                        Telephone: (973) 549-7000
eaw@wexlerwallace.com                            susan.sharko@dbr.com

Attorneys for Plaintiffs                                Attorneys for Defendants Janssen Pharmaceuticals,
                                                                  Inc., Johnson & Johnson, Janssen Research &
Dated: September 27, 2019                         Development, LLC, and Janssen Ortho LLC

                                                                  Dated: September 27, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG

Dated: September 27, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: September 27, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 27, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Edward A. Wallace