## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) **MDL No. 2592** | |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: | |
| **SECTION L** | |
| ) | |
| CARLAMETA ANDERSON, individually, and ) | |
| as the Representative of the Estate of DUNBAR ) **JUDGE ELDON E. FALLON** | |
| ANDERSON, JR., ) | |
| ) | |
| Civil Action No. 2:17-cv-2926 ) **MAGISTRATE JUDGE NORTH** | |
| ) | |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above-referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below.  Counsel for Plaintiff believed that the stipulation of dismissal was required to be filed when submitting the Enrollment Package for the Xarelto Settlement Program and thereafter filed the dismissal in the above-referenced case.  Accordingly, Plaintiff requests that the following document be withdrawn from the Court's docket:

*Doc. No. 15435, filed September 11, 2019, Carlameta Anderson, et al., Case No. 2:17-cv-2926.*

ONDER LAW FIRM

By:    /s/ Stephanie L. Rados
James G. Onder, #38049
Stephanie L. Rados, #65117
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
rados@onderlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Stephanie L. Rados