# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| CARLAMETA ANDERSON, individually, and as the Representative of the Estate of DUNBAR ANDERSON, JR., | JUDGE ELDON E. FALLON |
| Civil Action No. 2:17-cv-2926 | MAGISTRATE JUDGE NORTH |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw document, R. Doc. 82673;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

*Doc. No. 15435, filed September 11, 2019, Carlameta Anderson, et al., Case No. 2:17-cv-2926.*

New Orleans, Louisiana, this \_\_\_\_ day of September, 2019.

Eldon E. Fallon
United State District Judge