UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO: | ) Master File No.: 2:14-md-02592-EEF-MBN ) ) SECTION: L |
| ANN TROTTER and WAYNE TROTTER | ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Civil Action No.: 2:16-cv-02735 | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

NOW COMES the Plaintiffs Wayne Trotter, individually and as Personal Representative to the Estate of Ann Trotter, by and through undersigned counsel, respectfully submits this response to the Order to Show Cause filed on September 20, 2019 and states as follows:

1. The plaintiff in this matter who was prescribed Xarelto was Ann Trotter. She passed away after the filing of her lawsuit, referenced above. Her husband, Wayne Trotter, had filed a claim for loss of consortium. He has since filed a motion to be substituted as the plaintiff on behalf of his wife's estate and makes this return, through counsel, in that capacity.

2. Although past retirement age, Mr. Trotter travels for business. He was out of the state as the September 5, 2019 deadline for filing settlement documents neared. As he tried to make plans to return, flight schedules on the east coast were impacted by the approach of Hurricane Dorian, and flights into and out of South Carolina were particularly impacted.

3. Because counsel feared that Mr. Trotter would not be back in time to execute the documents, counsel requested an extension of time through BrownGreer, the claims administrator, and an extension was granted through September 9, 2019.

4. Mr. Trotter in fact was unable to return to South Carolina until after the end of the business day on September 5. However, he executed the documents on September 9, and the documents were uploaded through the MDL Centrality on Monday, September 9, thereby meeting the deadline imposed.

5. The Court's Rule to Show Cause Order reflects the extension that had been requested, as Ms. Trotter's name appears on the Order, but with an asterisk, referencing the extension.

6. Having uploaded the required documents within the time deadline imposed, Mr. Trotter respectfully submits that he is in compliance with the previously established deadlines.

5. Further, on September 27, 2019, counsel for the Trotters received an official communication from the Claims Administrator that a notice was posted in Plaintiffs' portal through MDL Centrality that a "Notice of Complete Enrollment Package" has been posted on behalf of Claimant Ann Trotter.

WHEREFORE, Mr. Trotter, through counsel, respectfully requests that the Court excuse both counsel and Mr. Trotter from appearance at the October 7 hearing, and that the Court find that the Trotters have complied with Case Management Order 12A.

**MOONEYHAM BERRY, LLC**

 s/ Joe Mooneyham
Joe Mooneyham, Fed. ID No.  3965
Post Office Box 8359
Greenville, South Carolina  29604
864.421.0036 Fax 864.421.9060
joe@mbllc.com

*Attorneys for the Plaintiffs*

Greenville, South Carolina
September 27, 2019

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the CM/ECF system on September 27, 2019 and that this system will provide notice of such filing to all counsel of record.

**MOONEYHAM BERRY, LLC**

 s/ Joe Mooneyham
Joe Mooneyham, Fed. ID No.  3965
Post Office Box 8359
Greenville, South Carolina  29604
864.421.0036 Fax 864.421.9060
joe@mbllc.com

*Attorneys for the Plaintiffs*

Greenville, South Carolina
September 27, 2019