# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| CAROL ANDERS, on behalf of herself and as surviving spouse of DEAN ANDERS, deceased<br>Civil Action No. 2:16-cv-17927 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| MONIQUE BOGAN<br>Civil Action No. 2:17-cv-01095 | |
| CHRISTINE CRAIG<br>Civil Action No. 2:17-cv-03501 | |
| THOMAS R. KENNEY<br>Civil Action No. 2:16-cv-17926 | |
| JOANNE NASH<br>Civil Action No. 2:15-cv-02004 | |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 16300;

**IT IS HEREBY ORDERED** that Rodney M. Hudson of Drinker Biddle & Reath LLP is withdrawn as Defendants' counsel of record.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP is substituted as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, and McKesson Corporation.

**IT IS FURTHER ORDERED** that Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC is substituted as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, and Johnson & Johnson.

New Orleans, Louisiana, this 26th day of September, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE