UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § SECTION L § JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § MAGISTRATE JUDGE NORTH |

**ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Considering Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 16313;

**IT IS HEREBY ORDERED** that attorney Charles G. Orr and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

**IT IS FURTHER ORDERED** that attorney John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC are substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this ___25th___ day of September, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge