# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Julie Greenamyer | 2:16-cv-03606 |
| Amanda Ferrell | 2:19-cv-03043 |
| Mary Roach | 2:19-cv-03173 |
| James Graham | 2:19-cv-02888 |
| Kelly Martinez | 2:19-cv-02868 |
| Daniel Abott | 2:15-cv-02605 |
| George Niswanger | 2:19-cv-02943 |
| Karen Steck | 2:19-cv-0308 |
| Annabelle Cooper | 2:19-cv-02874 |
| Myron Levine | 2:15-cv-03005 |
| Catherine Taylor | 2:16-cv-02178 |
| David Mann | 2:16-cv-12699 |
| Gerald Robinson | 2:19-cv-02882 |
| George Donely | 2:19-cv-00933 |
| Hazel Joy Stone | 2:19-cv-03084 |
| Jean Strojan | 2:16-cv-12919 |
| William Kelly | 2:19-cv-03130 |
| John Dyer | 2:19-cv-02897 |
| Pinkey Scott | 2:16-cv-13281 |
| Norma Romero | 2:19-cv-03183 |
| John Kramer | 2:16-cv-00787 |
| Margaret Macindoe | 2:16-cv-13244 |
| Janace Marshall | 2:16-cv-03364 |
| Bud Ray | 2:19-cv-02833 |
| Gregory Slater | 2:16-cv-06747 |
| Charles Southwick | 2:16-cv-04196 |
| Robert Stovsky | 2:16-cv-12915 |
| Devan Haben | 2:16-cv-11465 |
| Linda Adams | 2:16-cv-04825 |
| James Wolf | 2:16-cv-12038 |
| Lawrence Owen | 2:19-cv-03163 |
| Thomas Williams | 2:16-cv-12036 |
| Joyce Robinson | 2:19-cv-03177 |
| Leonora Cunning | 2:15-cv-02952 |
| Hortense Cooper | 2:16-cv-13027 |
| Donald Styles | 2:16-cv-02703 |

| | |
|---|---|
| Hector Lamas | 2:15-cv-03001 |
| Gladys Hartigan | 2:16-cv-12905 |
| Dorothy Gage | 2:16-cv-02688 |
| Ronald Likes | 2:16-cv-11708 |
| William Alward | 2:19-cv-02937 |
| Patsy Chambless | 2:16-cv-02613 |
| Renee Hightower | 2:19-cv-03108 |
| Della Williams | 2:19-cv-03179 |
| Delmas Wilson | 2:19-cv-03061 |
| Ella Patterson | 2:19-cv-00932 |
| Robert Hannah | 2:19-cv-03104 |
| Kenneth Reames | 2:16-cv-12887 |
| Patricia Slocum | 2:19-cv-03196 |
| Hannah Rosette | 2:19-cv-03187 |