UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sandra Hutto v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-12244

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 16327, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Tia Sanford, surviving daughter and personal representative of the estate of Sandra Hutto, is substituted for Plaintiff Sandra Hutto as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 26th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE