UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Zator v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-7115

*Baldia v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-5360

*Rodgers v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-8443

*Williams v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-14304

## ORDER

On September 10, 2019, the Court issued an Order to Show Cause Regarding Plaintiffs Who Have Failed to Comply with Case Management Order 12A. R. Doc. 15416. On September 18, 2019, the above-mentioned Plaintiffs filed Motions to Be Excused From Personal Attendance at Hearing for the September 25 show cause hearing. R. Docs. 15776, 15777, 15778, 15779. Subsequently, on September 20, 2019, the Court re-scheduled the Show Cause Hearing to October 7, 2019. R. Doc. 16218. Accordingly;

**IT IS ORDERED** that Plaintiffs' Motions to Be Excused From Personal Attendance at Show-Cause Hearing, R. Docs. 15776, 15777, 15778, 15779, are hereby **GRANTED** for the

October 7, 2019 show cause hearing date, with the understanding that Plaintiffs' counsel will be present at the hearing in-person.

New Orleans, Louisiana this 26th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE