UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**

*Duwayne Bendickson and Anna Bendickson v. Janssen Research & Development LLC, et al*, 2:16-cv-00877

## ORDER

On June 15, 2016, the Court issued Pretrial Order #30 regarding the Procedure for Withdrawal of Plaintiff's Counsel. R. Doc. 3462. The instant Motion to Withdraw as Counsel of Record Without Substitution, R. Doc. 15790, does not comply with the requirements laid out in Pretrial Order #30. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Withdraw as Counsel of Record, R. Doc. 15790, be and is hereby **DENIED**.

New Orleans, Louisiana, this 26th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE