UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Kaela Mettler* *Civil Action No. 2:17-cv-02884* ---------------------------------------------------------- | | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Kaela Mettler, by and through her undersigned counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On August 5, 2019, Plaintiff filed her Enrollment Election Form choosing to enroll in the settlement. At that time, Plaintiff requested an extension from BrownGreer to secure the remaining settlement documents. Plaintiff's request was granted and Plaintiff's deadline was extended until September 4, 2019. Plaintiff filed additional Enrollment documents on September 4, 2019 and a Notice of Intent to Proceed on September 10, 2019. On September 5, 2019, Plaintiff received a Notice of Incomplete Enrollment. The Notice gave Plaintiff until September 26, 2019 to respond to the Notice of Incomplete Enrollment.

3. On September 24, 2019, Plaintiff uploaded to MDL Centrality her completed and signed Enrollment Election Form, and completed, signed and notarized Release, Sworn Declaration and Release Addendum. Plaintiff's Settlement Program Enrollment is now complete. Insofar as the deficiencies in Plaintiff's enrollment documents have been cured, Plaintiff respectfully requests that she be removed from the Show Cause Order and her case not be dismissed.

4. WHEREFORE, Plaintiff respectfully requests that Plaintiff be removed from the Show Cause Order, that her attendance at the Show Cause Hearing be excused and that Plaintiff's case not be dismissed.

September 27, 2019                                   Respectfully submitted,

/s/ *Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member case.

/s/ *Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS