UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROD GIVEN, JR., Individually and as Special Administrator of the ESTATE OF RODERICK RAY GIVEN, SR.<br><br>            Plaintiffs,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>            Defendants. | CIVIL ACTION NO. MDL No. 2592<br><br>Section L<br><br>Member case No.: 2:17-cv-09288 |

This document relates to Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr., versus Janssen Research & Development, et. al., Action No.: 2:17-CV-09288.

**NOTICE OF SUBMISSION**

Please take notice that Plaintiffs, Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr., by and through the undersigned counsel, will present their Motion for Extension of Time to Effectuate Service of Summons and Complaint on (1) Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC; (2) Johnson & Johnson Company; (3)

Janssen Ortho, LLC; (4) Janssen Pharmaceuticals, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; (5) Bayer Corporation; (6) Bayer AG; (7) Bayer Healthcare LLC; and (8) Bayer Healthcare Pharmaceuticals, Inc. for submission to the Honorable Eldon E. Fallon for a ruling on October 30, 2019.

RESPECTFULLY SUBMITTED:

September 30, 2019


BY: _____
Steve Harrelson
La. Bar Roll No. 28361
HARRELSON LAW FIRM, P.A.
1321 Scott Street
Little Rock, Arkansas  72202-5051
Tel.: (501) 476-3012
Fax: (870) 772-0302
E-Mail: steve@harrelsonfirm.com
Attorney for Plaintiff Given