# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| Leo Moore, Plaintiff | MAGISTRATE JUDGE: MICHAEL NORTH <br><br> Civil Action No.: 2:18-cv-03331 |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Leo Moore by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed without prejudice for lack of subject matter jurisdiction.

2. On September 30, 2019, Plaintiff submitted an executed Enrollment Election Form and Notice of Intent indicating his intent not to enroll in the Xarelto Settlement Program via the MDL Centrality portal.

3. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Orders and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 30, 2019

    /s/ Kenneth A. Stern
Kenneth A. Stern, P30722
STERN LAW, PLLC
Attorney for Plaintiff
41850 West 11 Mile Road
Novi, Michigan 48372-1857
(248) 347-7315
ken@sternlawonline.com

***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

------------------------------------------------------------------

**MDL NO. 2592**

**IN RE: XARELTO (RIVAROXABAN)**     **SECTION: L**
**PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**     **JUDGE: ELDON E. FALLON**

**Leo Moore, Plaintiff**     **MAGISTRATE JUDGE: MICHAEL NORTH**

    **Civil Action No.: 2:18-cv-03331**

------------------------------------------------------------------

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 30, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 30, 2019.

         Respectfully Submitted,

         /s/ Kenneth A. Stern
         Kenneth A. Stern, P30722
         STERN LAW, PLLC
         Attorney for Plaintiff
         41850 West 11 Mile Road
         Novi, Michigan 48372-1857
         (248) 347-7315
         ken@sternlawonline.com

         *Attorneys for Plaintiff*