UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

*********************************************

THIS DOCUMENT RELATES TO:

*(See cases listed in Exhibit A, Schedule of Actions)*

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS OVER
WHOSE CLAIMS THE COURT LACKS SUBJECT MATTER JURISDICTION**

On September 10, 2019, this Court entered an Order to Show Cause why certain plaintiffs'

cases should not be dismissed without prejudice for lack of subject matter jurisdiction.  Plaintiffs

listed on Exhibit A and represented by The Driscoll Firm, P.C. appear on the Order.  For purposes

of their response, we have grouped these plaintiffs into two categories:  (1) plaintiffs who oppose

dismissal because they intend to participate in the Xarelto Settlement Program and will take action

as necessary to resolve any jurisdictional issues (Exhibit B); and (2) plaintiffs for whom we have

no basis to oppose dismissal without prejudice, of their individual claims only, for lack of subject

matter jurisdiction.

> 1.      **Plaintiffs who intend to participate in the Xarelto Settlement Program and will
> take action necessary to resolve any jurisdictional issues.**

The three claimants (or their representatives) listed on Exhibit B have submitted

Enrollment Election Forms indicating their intent to enroll their claims in the Xarelto Settlement

Program and will take action as necessary to resolve any jurisdictional issues.  These plaintiffs are

eligible to participate under the terms of the Settlement Agreement.  As such, these plaintiffs request that the Order to Show Cause be withdrawn in their cases.

      **2.**        **Plaintiffs for whom we have no basis to oppose dismissal without prejudice, of their individual claims only, for lack of subject matter jurisdiction.**

The remaining claimants (or their representatives) listed on Exhibit C, have either authorized dismissal of their lawsuits or have failed to return enrollment materials and to respond to repeated correspondence and multiple contact attempts by their attorneys.  As such, we have no basis to oppose dismissal without prejudice, of their individual claims only, for lack of subject matter jurisdiction.

WHEREFORE, Plaintiffs Abe Comunale, Dianna Murphy, and Terry Whitlow respectfully request, through counsel, that the Order to Show Cause be withdrawn in their cases so that they may participate in the Xarelto Settlement Program.


Signed: September 30, 2019                  Respectfully submitted,

                                By:     */s/ Christopher J. Quinn*_____
                                        Christopher J. Quinn
                                        THE DRISCOLL FIRM, P.C.
                                        211 N. Broadway, 40th Floor
                                        St. Louis, MO 63102
                                        Tel: (314) 932-3232
                                        Fax: (314) 932-3233
                                        chris@thedriscollfirm.com
                                        *Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*