**Exhibit A**
**Schedule of Actions**

| No. | BG ID | Docket No. | Name |
|---|---|---|---|
| 159. | 16219 | 2:16-cv-17149 | Berkebile, Deanna |
| 160. | 4787 | 2:17-cv-07568 | Burton, Sammie |
| 161. | 3333 | 2:16-cv-07172 | Carlin, Gabriela |
| 162. | 16039 | 2:18-cv-04389 | Comunale, Abe |
| 163. | 8995 | 2:16-cv-17149 | Cruz, Carol |
| 164. | 25339 | 2:17-cv-07568 | Dalessandro, Lisa |
| 165. | 8218 | 2:17-cv-17261 | Gecan, Norma |
| 166. | 6568 | 2:16-cv-17148 | Gray, Annie |
| 167. | 6578 | 2:17-cv-03504 | Haworth, Joyce |
| 168. | 7423 | 2:17-cv-03504 | Heidger, Bill |
| 169. | 16236 | 2:16-cv-17149 | Henry, Richard |
| 170. | 25451 | 2:16-cv-17149 | Hodge, Tina |
| 171. | 41997 | 2:17-cv-03504 | Jones, Robert |
| 172. | 7365 | 2:17-cv-03504 | Juscik, Emma |
| 173. | 3430 | 2:17-cv-03504 | Kennedy, Albert |
| 174. | 15916 | 2:16-cv-13851 | King, Carol |
| 175. | 15278 | 2:16-cv-13851 | Levine, Estelle |
| 176. | 4762 | 2:17-cv-00372 | Murphy, Dianna |
| 177. | 3476 | 2:17-cv-07568 | Olewinski, Leona |
| 178. | 7355 | 2:16-cv-17149 | Scott, Jeff |
| 179. | 4784 | 2:16-cv-17148 | Sullivan, Ruth |
| 180. | 6572 | 2:17-cv-03504 | Thomas, Juanita |
| 181. | 4760 | 2:17-cv-03504 | Whitlow, Terry |
| 182. | 27811 | 2:18-cv-09006 | Wilson, Alma |