**Exhibit B**
**Enrolled Claimants Opposing Dismissal**

| No. | BG ID | Docket No. | Name |
|---|---|---|---|
| 162. | 16039 | 2:18-cv-04389 | Comunale, Abe |
| 176. | 4762 | 2:17-cv-00372 | Murphy, Dianna |
| 181. | 4760 | 2:17-cv-03504 | Whitlow, Terry |