UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Jennings v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-16014

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 16336, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lorene Barbour, surviving daughter and Executrix of the estate of Robert Jennings, is substituted for Plaintiff Robert Jennings as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE