UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE: ELDON E. FALLON

ROGER TAYLOR

MAGISTRATE JUDGE:
MICHAEL NORTH

Civil Action No.: 2:16-cv-09190

---------------------------------------------------------------------X

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE
MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Floyd Huse, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 30, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3.	WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: September 30, 2019

Atlanta, Georgia

                        FERRER POIROT & WANSBROUGH

                        */s/ Russell T. Abney*_____

                        Russell T. Abney, Esq.
                        Attorney I.D. No. 000875 (GA)
                        FERRER, POIROT & WANSBROUGH
                        2100 RiverEdge Pkwy NW, Suite 1025
                        Atlanta, GA 30328
                        Telephone: 800.661.8210
                        Fax: 770.933.3425
                        atlanta@lawyerworks.com

                        ***Attorney for the Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

|  |  |
|---|---|
|  | MDL NO. 2592 |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: |  |
| ROGER TAYLOR | MAGISTRATE JUDGE: MICHAEL NORTH |
|  | Civil Action No.: 2:16-cv-09190 |

---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's September 10, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on September 30, 2019.

Respectfully Submitted,

FERRER POIROT & WANSBROUGH

*/s/ Russell T. Abney*

Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Fax: 770.933.3425
atlanta@lawyerworks.com

***Attorney for the Plaintiff***