UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> TIMOTHY R. MCLEAN ) <br> Civil Action No. 2:15-CV-4292 ) <br> ) <br> ) <br> ) <br> ) | Master File No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## MOTION REQUESTING TO BE EXCUSED FROM OCTOBER 7, 2019 HEARING

COMES NOW, T. Christopher Pinedo, Counsel for Timothy R. McLean and files this Motion Requesting to be Excused from the October 7, 2019, Order to Show Cause Hearing and in support of the same would show the Court as follows:

Timothy McLean has moved and has failed to inform his Counsel of his whereabouts. All letters to Timothy McLean have come back undeliverable. Counsel has spent a great deal of time, effort and expense in trying to locate Timothy McLean. The last address Counsel has for Timothy McLean is in Myrtle Beach, South Carolina. Counsel has conducted internet searches, talked to family members, asked the police department to look for him, called nursing homes in the area, all to no avail. Counsel also hired a private investigator in Myrtle Beach to look for Timothy McLean, and the investigator has not been able to locate him. Counsel has made an extensive and good faith attempt to Timothy McLean. Counsel, T. Christopher Pinedo, offices in Corpus Christi, Texas and estimates approximately $1000.00 in expenses for airfare, hotel, meals and transportation to attend the October 7 hearing. Counsel anticipates that the Court will dismiss the case of Timothy McLean since Mr. McLean has not filed out any of the necessary documentation

to participate in the settlement.  Based upon these matters and the expense involved, Counsel, T. Christopher Pinedo, respectfully requests permission to be excused from the October 7, 2019 Order to Show Cause Hearing.

                                        **HILLIARD MARTINEZ GONZALES LLP**

                                        By: /s/ *T. Christopher Pinedo*
T. Christopher Pinedo
719 S. Shoreline Blvd
Corpus Christi, TX 78401
Tel: (361) 882-1612
cpinedo@hmglawfirm.com
Attorneys for Plaintiff

Dated: September 30, 2019

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 30, 2019, the foregoing pleading was filed electronically with the clerk of the court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          /s/ *T. Christopher Pinedo*