UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) SECTION L ) |
| DOROTHY M. SMITH<br>Civil Action No. 2:17-cv-03700 | ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Dorothy M. Smith, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On August 5, 2019, Plaintiff submitted Enrollment Election Form executed by her counsel of record Jay E. Stuemke, indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were

1

uploaded to the MDL Centrality portal.

3. On August 7, 2019, Plaintiff submitted a fully executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

RESPECTFULLY SUBMITTED,

/s/ Jay E. Stuemke
Jay E. Stuemke
TX Bar No. 24003019
SIMON GREENSTONE PANATIER PC
1201 Elm Street
Suite 3400
Dallas, TX 75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email: jstuemke@sgptrial.com

*ATTORNEY FOR PLAINTFF*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     */s/ Jay E. Stuemke*
                                                     Jay E. Stuemke