UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>RAYMOND AMENDOLIA<br>Civil Action No. 2:19-CV-03143 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**<br><br>By: /s/Christopher K. Johnston<br>    Christopher K. Johnston<br>    268 Ponce de Leon Ave., Ste. 1020<br>    San Juan, PR 00918<br>    Telephone: (415) 744-1500<br>    Facsimile: (415) 602-6264<br>    kyle@masstortslaw.com<br><br>Attorney for Plaintiff<br>Dated: September 30, 2019 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>    Susan M. Sharko<br>    600 Campus Dr.<br>    Florham Park, NJ 07932<br>    Telephone: (973) 549-7000<br>    susan.sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: September 30, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/Andrew K. Solow<br>    Andrew K. Solow |

-2-

      250 West 55th Street
      New York, New York 10019-9710
      Telephone: (212) 836-8000
      Facsimile: (212) 836-8689
      William Hoffman
      601 Massachusetts Ave., NW
      Washington, D.C. 20001
      Telephone: (202) 942-5000
      Facsimile: (202) 942-5999
      andrew.solow@arnoldporter.com
      william.hoffman@arnoldporter.com

      Attorneys for Defendants Bayer HealthCare
      Pharmaceuticals Inc., and Bayer Pharma AG
      Dated: September 30, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
      Kim E. Moore
      400 Poydras St., Ste, 2700
      New Orleans, LA 70130
      Telephone: (504) 310-2100
      kmoore@irwinllc.com

      Liaison Counsel for Defendants
      Dated: September 30, 2019

-3-

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                   /s/Christopher K. Johnston