UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**CHESTER PETER ZEPKA**<br>Civil Action No. 2:17-CV-07058 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**LAW OFFICE OF**
**CHRISTOPHER K. JOHNSTON, LLC**

By: /s/Christopher K. Johnston
   Christopher K. Johnston
   268 Ponce de Leon Ave., Ste. 1020
   San Juan, PR 00918
   Telephone: (415) 744-1500
   Facsimile: (415) 602-6264
   kyle@masstortslaw.com

Attorney for Plaintiff
Dated: September 24, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: September 24, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
   Andrew K. Solow

-2-

        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689
        William Hoffman
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999
        andrew.solow@arnoldporter.com
        william.hoffman@arnoldporter.com

        Attorneys for Defendants Bayer HealthCare
        Pharmaceuticals Inc., and Bayer Pharma AG
        Dated: September 24, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: September 24, 2019

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore