UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>OJETTA J. FREEMAN<br>Civil Action No. 2:19-CV-03369 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**LAW OFFICE OF**
**CHRISTOPHER K. JOHNSTON, LLC**

By: /s/Christopher K. Johnston
    Christopher K. Johnston
    268 Ponce de Leon Ave., Ste. 1020
    San Juan, PR 00918
    Telephone: (415) 744-1500
    Facsimile: (415) 602-6264
    kyle@masstortslaw.com

Attorney for Plaintiff
Dated: September 24, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: September 24, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow

-2-

       250 West 55th Street
       New York, New York 10019-9710
       Telephone: (212) 836-8000
       Facsimile: (212) 836-8689
       William Hoffman
       601 Massachusetts Ave., NW
       Washington, D.C. 20001
       Telephone: (202) 942-5000
       Facsimile: (202) 942-5999
       andrew.solow@arnoldporter.com
       william.hoffman@arnoldporter.com

       Attorneys for Defendants Bayer HealthCare
       Pharmaceuticals Inc., and Bayer Pharma AG
       Dated: September 24, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
     Kim E. Moore
     400 Poydras St., Ste, 2700
     New Orleans, LA 70130
     Telephone: (504) 310-2100
     kmoore@irwinllc.com

     Liaison Counsel for Defendants
     Dated: September 24, 2019

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore