UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| SANDRA L. JONES, AS THE PROPOSED PERSONAL REPRESENTATIVE OF THE ESTATE OF BENNY L. JONES SR<br>Civil Action No. 2:18-CV-00370 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Christopher K. Johnston | By: /s/Susan M. Sharko |
| Christopher K. Johnston | Susan M. Sharko |
| 268 Ponce de Leon Ave., Ste. 1020 | 600 Campus Dr. |
| San Juan, PR 00918 | Florham Park, NJ 07932 |
| Telephone: (415) 744-1500 | Telephone: (973) 549-7000 |
| Facsimile: (415) 602-6264 | susan.sharko@dbr.com |
| kyle@masstortslaw.com | |
| | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson |
| Attorney for Plaintiff | |
| Dated: September 24, 2019 | Dated: September 24, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow

-2-

    250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 24, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 24, 2019

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore