## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>**JUDITH BARKER as the Personal Representative fore the ESTATE OF DAVID BARKER**<br>Civil Action No.  2:18-cv-13236 | ) ) SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**HENINGER GARRISON DAVIS**
By: /s/ William L. Bross
William L. Bross
Heninger Garrison Davis
2224 1st Ave. N.
Birmingham, AL 35203
205-326-3336
william@hgdlawfirm.com
Attorneys for Plaintiffs

Dated:  October 1, 2019

**DRINKER BIDDLE & REATH LLP**

By:  /s/Susan M. Sharko

    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: October 1, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: October 1, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: October 1, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on  October 1  , 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                        /s/ William L. Bross