# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) **MDL No. 2592** ) ) ) |
| THIS DOCUMENT RELATES TO: **GEORGIA AFENDOULES, ET AL.** Civil Action No. 2:19-cv-11604 | ) ) **SECTION L** ) ) ) **JUDGE ELDON E. FALLON** ) ) **MAGISTRATE JUDGE NORTH** ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff PATRICIA GRIFFITH as the Personal Representative for the ESTATE OF JOHN GRIFFITH in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**HENINGER GARRISON DAVIS**
By: /s/ William L. Bross
William L. Bross
Heninger Garrison Davis
2224 1st Ave. N.
Birmingham, AL 35203
205-326-3336
william@hgdlawfirm.com
Attorneys for Plaintiffs

Dated:  October 1, 2019

**DRINKER BIDDLE & REATH LLP**

By:      /s/Susan M. Sharko

    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Johnson & Johnson,
    Janssen Research & Development, LLC, and
    Janssen Ortho LLC

    Dated: October 1    , 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc., and Bayer Pharma AG

    Dated:  October 1 , 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants

    Dated: October 1 , 2019

## CERTIFICATE  OF SERVICE

     The undersigned hereby certifies that on____October 1____,  2019,  the  foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the  Court's electronic filing system and  served on all  other plaintiff counsel via MDL Centrality,  which will send notice of electronic filing in accordance with the procedures established in MDL  2592 pursuant to Pre-Trial Order No. 17.

                     /s/ William L. Bross