UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | |
| **CLIFFORD KOCH, as Power of Attorney for MARY ANN KOCH**<br>Civil Action No. 2:18-cv-09417 | **JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel;

**IT IS HEREBY ORDERED** that Mr. Covey is withdrawn as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson.

**IT IS FURTHER ORDERED** that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson.

THUS DONE AND SIGNED on this ___ day of _____, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE