UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JULIA GREEN and ARTHUR GREEN<br>Civil Action No. 2:14-cv-02865 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel;

**IT IS HEREBY ORDERED** that Mr. Covey is withdrawn as counsel of record for Defendants Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc.

**THUS DONE AND SIGNED** on this ___ day of _____, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE