UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHIRLEY BOYNTON and JAMES BOYNTON<br>Civil Action No. 2:14-cv-02863<br><br>ANTHONY CABRAL and CAROL CABRAL<br>Civil Action No. 2:15-cv-00339<br><br>THEODORE CLABEAUX and ELAINE CLABEAUX<br>Civil Action No. 2:15-cv-00340<br><br>BARBARA DONAHUE and ROBERT DONAHUE<br>Civil Action No. 2:15-cv-00338<br><br>JEANNE JEFFCOAT<br>Civil Action No. 2:14-cv-02861<br><br>PATSY SKIPWORTH<br>Civil Action No. 2:14-cv-02999<br><br>CAROLYN USELTON<br>Civil Action No. 2:14-cv-02864 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc. ("Janssen Defendants"), who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represent to this Court as follows:

120836116.1

2

The Janssen Defendants request that David Covey be withdrawn as counsel of record for Janssen Defendants in these cases.

The Janssen Defendants further request the substitution of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Mr. Covey.

Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC have conferred with Mr. Covey and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Janssen Defendants respectfully request that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel of record in this matter.

          Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson Company
    Dated: October 1, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: October 1, 2019

**COVEY LAW**

By: /s/ David M. Covey
    David M. Covey
    47 Plaza St.
    Brooklyn, NY 11217
    dcovey@dcoveylaw.com

    Dated: October 1, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 1, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                        /s/Kim E. Moore

120836116.1