## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : | SECTION L |
| MARLENE I. FREY and ELMER E. FREY, Case No. 2:15-cv-004179 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiffs' counsel, respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On July 16, 2019, Plaintiffs' counsel was informed that Plaintiff, Marlene I. Frey passed away on June 5, 2019.

3. Plaintiff, Elmer E. Frey was ill and grieving the loss of his wife, and therefore, Plaintiffs' counsel attempted to locate other relatives to assist with complying with CMO 12.

4. Plaintiffs' counsel was informed that Matt Frey, Plaintiff-Decedent's son, would act as the Executor of Marlene I. Frey's Estate.

5. Matt Frey, acting as the Executor of Marlene I. Frey's Estate, returned the executed Enrollment Election Form and Release of All Claims Form on October 1, 2019.

6. On October 1, 2019, Plaintiff submitted an executed Enrollment Election Form and Release of All Claims Form indicating the intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated: October 1, 2019

By: /s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiff*

## CERETIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 1st day of October, 2019.

                          By: /s/Emanuella J. Paulos