UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : | SECTION L |
| REBECCA D. BAUMANN, Case No. 2:16-cv-08729 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Rebecca D. Baumann, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. Prior to the September 4, 2019 enrollment deadline, Counsel diligently attempted to make contact with Plaintiff, however, Plaintiff is homeless and was not residing at her last known address.

3. Counsel was unable to locate Plaintiff and sent, by FedEx, all documentation pertaining to the Settlement to all known homeless shelters in the Spokane, Washington area.

4. Counsel also performed several background searches, attempting to locate Plaintiff or any of Plaintiff's relatives, or friends.

5. On September 19, 2019, Plaintiff's counsel was able to make contact with Plaintiff's sister, Gayla Knowles, who explained that Plaintiff was indeed living at a campsite, but recently moved into another homeless shelter.

6. Ms. Knowles stated that Plaintiff does not have a state identification card to have any documents notarized and therefore, was more than likely unable to have her Release of All Claims form notarized.

7. Ms. Knowles assisted Plaintiff in acquiring a state identification card.

8. Plaintiff was issued a temporary state identification card on September 23, 2019 and would receive her permanent state identification with picture in approximately one week.  (Ex. A).

9. Plaintiff received her permanent state identification card on September 30, 2019.

10. Upon receipt of her permanent state identification card, Plaintiff had the Release of All Claims form notarized.

11. On October 1, 2019, Plaintiff submitted an executed Enrollment Election Form and Release of All Claims form indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.

12. Requiring Plaintiff to appear in person before the Court on October 7, 2019 for the Order to Show Cause Hearing would be an undue hardship for Plaintiff due to her homeless status and her inability to travel.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

Dated:  October 1, 2019

By: /s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com

 nmcwilliams@levinlaw.com
 epaulos@levinlaw.com

*Attorneys for the Plaintiff*

## CERETIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 1st day of October, 2019.

By: /s/Emanuella J. Paulos