# EXHIBIT A

WDL736P3023B                                                    REBECCA DAWN BAUMANN

**This is your temporary document. Carry this with you until you receive your new one in the mail.**

Your new card will show the last photo we took. If you don't receive your document in 30 days, please call us at (360) 902-3900 or email Customercare@dol.wa.gov.

This Temporary Document Expires  11/07/2019



**This document is not valid for identification** unless accompanied by another piece of identification, like a recently expired drivers license.

| ~ PERSONAL INFORMATION ~ | |
|---|---|
| NAME | REBECCA DAWN BAUMANN |
| BIRTH DATE | 04/01/1975 |
| GENDER | FEMALE |
| HEIGHT | 5' - 8" |
| WEIGHT | 139 |
| EYES | BLU |
| RESIDENCE ADDRESS | 4518 E WOODGLEN RD MEAD WA 99021-9032 |

| ~ LICENSE INFORMATION ~ | |
|---|---|
| DOCUMENT TYPE | WASHINGTON STATE ID |
| LICENSE # | WDL736P3023B |
| CONTROL # | O0923198G1237 |
| ISSUE DATE | 09/23/2019 |
| EXPIRATION DATE | 04/01/2025 |
| RESTRICTIONS | NONE |
| ENDORSEMENTS | NONE |
| CLASS | NONE |
| ORGAN DONOR | NO |
| VETERAN | NO |

| ~ MAILING ADDRESS ~ | |
|---|---|
| Your license will be mailed to: | 4518 E WOODGLEN RD MEAD WA 99021-9032 |

Identification Card  ID Card Original          $54.00

**Transaction Amount Paid:  $54.00**