UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| LEONIDES HIDALGO | |
| Civil Action: 2:15-cv-5537 | |

**ORDER ON MOTION TO WITHDRAW PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Motion to Withdraw Documents, R. Doc. 16301;

**IT IS HEREBY ORDERED** that following document be withdrawn from the Court's docket and the case be reopened:

*Doc. No. 14720, filed on August 5, 2019, Leonides Hidalgo, Case No.: 2:15-cv-5537*

New Orleans, Louisiana, this 1st day of October, 2019.

_____
United States District Court Judge