UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| ISAAC ABECKJER | |
| Civil Action: 2:15-cv-4649 | |

### ORDER ON MOTION TO WITHDRAW PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Withdraw Document, R. Doc. 16345;

**IT IS HEREBY ORDERED** that the following document is hereby withdrawn from the Court's docket and the case be reopened:

*Doc. No. 21, filed on August 14, 2019, ISAAC ABECKJER, Case No.: 2:15-cv-4649*

New Orleans, Louisiana, this 1st day of October, 2019.

_____
Eldon E. Fallon
United States District Court Judge