UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Margarito Zayas Torres v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-03832

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 16346, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Genevieve Zayas, surviving child of Margarito Zayas Torres, is substituted for Plaintiff Margarito Zayas Torres as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE