UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ann Trotter and Wayne Trotter v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02735

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 16382, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Wayne Trotter, surviving spouse and personal representative of the Estate of Ann Trotter, is substituted for Plaintiff Ann Trotter as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE