UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| ****************************************** THIS DOCUMENT RELATES TO | | MAGISTRATE JUDGE NORTH |

*Flynn v. Janssen Research & Development, LLC, et al., 2:16-cv-6701*

### ORDER

Considering Plaintiff's Ex-Parte Motion to Withdraw Document and Direct Clerk to Reopen Case, R. Doc. 16407;

**IT IS HEREBY ORDERED** that the following documents be withdrawn from the docket and the case be reopened:

In Case No. 14-2592, *Doc. No. 14670 (filed on August 5, 2019), then corrected Doc No. 14997 (filed on August 14, 2019), Eugene Flynn, Case No.: 16-cv-6701.*

In Case No. 16-6701, *Doc. No. 12, filed on August 16, 2019.*

New Orleans, Louisiana, this 1st day of October, 2019.

Eldon E. Fallon
United States District Judge