# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 2592** |
| | * | **SECTION L** |
| | * | **JUDGE ELDON E. FALLON** |
| ****************************************** | | **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO** | | |

*Titi v. Janssen Research & Development, LLC, et al., 2:16-cv-13782*

## ORDER

Considering Plaintiff's Ex-Parte Motion to Withdraw Document and Direct Clerk to Reopen Case, R. Doc. 16407;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket and the case be reopened:

*Doc. No. 14669, filed on August 5, 2019, TAHSIN TITI, Case No.: 16-cv-13782*

New Orleans, Louisiana, this 1st day of October, 2019.

Eldon E. Fallon
United States District Judge