# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> CARLAMETA ANDERSON, individually, and as the Representative of the Estate of DUNBAR ANDERSON, JR., <br><br> Civil Action No. 2:17-cv-2926 | ) <br> ) **SECTION L** <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 16433;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

*Doc. No. 15435, filed September 11, 2019, Carlameta Anderson, et al., Case No. 2:17-cv-2926.*

New Orleans, Louisiana, this 1st day of October, 2019.

_____
Eldon E. Fallon
United State District Judge