**EXHIBIT A**

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 1. | 13301 | 2:16-cv-06615 | Armstrong, Mary | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 2. | 8898 | 2:16-cv-05774 | Carbine, Shirley | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 3. | 5198 | 2:16-cv-02613 | Chambless, Patsy | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 4. | 8125 | 2:16-cv-07009 | Clifford, Calvin | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 5. | 14051 | 2:16-cv-06427 | Davis, Susan | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 6. | 9142 | 2:16-cv-02689 | Gnade, Lois | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 7. | 38795 | 2:19-cv-03099 | Gore, Betty | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 8. | 2846 | 2:16-cv-10045 | Greene, Ruth | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 9. | 14017 | 2:16-cv-11465 | Haben, Devan | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 10. | 38798 | 2:19-cv-03104 | Hannah, Robert | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 11. | 1989 | 2:15-cv-02985 | Harding, Charlotte | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 12. | 7131 | 2:16-cv-12691 | Harrison, Tracy | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 13. | 5103 | 2:16-cv-04195 | Merkousko, Henry | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 14. | 38809 | 2:19-cv-03163 | Owen, Lawrence | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 15. | 4831 | 2:16-cv-02698 | Rowe, Wanda | Allen & Nolte, PLLC | Allen & Nolte, PLLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 16. | 7832 | 2:16-cv-00506 | Stewart, Marvin | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 17. | 9372 | 2:16-cv-12029 | Weakland, James | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 18. | 15475 | 2:16-cv-10332 | Webb, Constance | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 19. | 2259 | 2:16-cv-04201 | Williams, Roberta | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 20. | 14189 | 2:16-cv-13291 | Wittan, David | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 21. | 10164 | 2:16-cv-12038 | Wolf, James | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 22. | 4149 | 2:15-cv-04701 | Moore, Louise | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace |
| 23. | 20262 | 2:17-cv-01742 | Pruett, Richard, Jr. | Ashcraft & Gerel, LLP | Ashcraft & Gerel LLP |
| 24. | 40237 | 2:18-cv-11984 | Benn, George | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 25. | 40160 | 2:19-cv-02736 | Brown, Verna L. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 26. | 40091 | 2:19-cv-09008 | DiGraziano, Warren | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 27. | 40032 | 2:19-cv-02629 | Dorsett, K.D. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 28. | 40225 | 2:19-cv-02581 | Edwards, Carlton | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 29. | 40116 | 2:19-cv-02627 | Fischer, Mildred | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 30. | 2538 | 2:15-cv-00757 | Guerra, Victor M. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 31. | 40020 | 2:19-cv-09054 | Haslam, Fred | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 32. | N/A | 2:19-cv-08992 | Hatton, Joe | Aylstock, Witkin, Kreis & Overholtz PLLC | N/A |
| 33. | 25544 | 2:17-cv-17814 | Johnson, Jimmy | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 34. | 40052 | 2:19-cv-06190 | Mills, Elton | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 35. | 40162 | 2:19-cv-02776 | Mitchell, Mike | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 36. | 40149 | 2:19-cv-06209 | Nicholson, Roxie | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 37. | 40190 | 2:19-cv-02722 | Nooner, Sue | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 38. | 16431 | 2:16-cv-13473 | Robbins, Robert | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 39. | 24582 | 2:17-cv-12771 | Spencer, Danny L. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 40. | 23543 | 2:17-cv-06981 | Taylor, Sonya | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 41. | 22199 | 2:17-cv-05267 | Thompson, Arnathan | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 42. | 16266 | 2:16-cv-01468 | Verner, Tamisha | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 43. | 23921 | 2:17-cv-08171 | Williams, William, Jr. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 44. | 15643 | 2:16-cv-12781 | Willis, Michael | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 45. | 1103 | 2:15-cv-00302 | Bertrand, Philip J. | Aylstock, Witkin, Kreis & Overholtz PLLC; Michael Hingle & Associates, LLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 46. | 22521 | 2:16-cv-17929 | Griffin, Shirley A. | Barney & Karamanis, LLP; Flint Law Firm, LLC | Flint Law Firm, LLC |
| 47. | 22696 | 2:17-cv-09325 | Thompson, Minus | Bernstein Liebhard LLP | Bernstein Liebhard LLP |
| 48. | 2083 | 2:15-cv-03919 | Bell, Brooke E. | Brady Law Group | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 49. | 9658 | 2:16-cv-10818 | Haller, Roberta J. | Brady Law Group; Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 50. | 28028 | 2:18-cv-10086 | Fields, Jimmie | Brown and Crouppen, PC | Brown & Crouppen |
| 51. | 7434 | 2:15-cv-06328 | Childs, Heather | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 52. | 14983 | 2:16-cv-03513 | Fogg, Ray | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 53. | 18499 | 2:16-cv-16347 | Fuller, Frances Catherine Flynn | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 54. | 24470 | 2:17-cv-10275 | Overton, Raymond | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 55. | 8871 | 2:16-cv-03659 | Wescom, Dorothy | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 56. | 1087 | 2:15-cv-01510 | Edwards, Martha | Callahan & Blaine, APLC; Hodes Milman Liebeck, LLP | Callahan & Blaine, APLC |
| 57. | 17852 | 2:16-cv-16859 | Lauderdale, J.B. | Chaffin Luhana LLP | Chaffin Luhana LLP |
| 58. | N/A | 2:16-cv-06710 | Ross, Geri | Cochran Legal Group, LLP | N/A |
| 59. | 42046 | 2:16-cv-06728 | Britt, Linda | Cunard Law Firm | Douglas & London |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 60. | 33405 | 2:19-cv-07199 | Allen, James B. | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen |
| 61. | 33407 | 2:19-cv-07274 | Allmon, Kelly | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen |
| 62. | 33431 | 2:19-cv-07327 | Lipe, Ron | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen |
| 63. | 33437 | 2:19-cv-08690 | Mitchell, Rosalyn | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen |
| 64. | 33449 | 2:19-cv-07394 | Sene, Nancy | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen |
| 65. | N/A | 2:19-cv-08888 | Williams, Lenore | Excolo Law, PLLC | N/A |
| 66. | 41733 | 2:15-cv-04093 | Block, Norman | Fears Nachawati, PLLC | Mazie Slater Slater Katz & Freeman, LLC |
| 67. | 30009 | 2:18-cv-14273 | Boyce, Faryl | Fears Nachawati, PLLC | Fears | Nachawati |
| 68. | 29138 | 2:19-cv-03790 | Jacobs, Jesse | Fears Nachawati, PLLC | Fears | Nachawati |
| 69. | 29416 | 2:19-cv-05411 | Rogers, Percy | Fears Nachawati, PLLC | Fears | Nachawati |
| 70. | 38946 | 2:19-cv-05425 | Zarate, Elida | Fears Nachawati, PLLC | Fears | Nachawati |
| 71. | N/A | 2:14-cv-02939 | Danforth, Shirley A. | Flint & Associates, LLC | N/A |
| 72. | 15691 | 2:16-cv-14865 | Adams, Barbara | Flint Law Firm, LLC | Flint Law Firm, LLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 73. | 23077 | 2:17-cv-11090 | Brammeier, Robert | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 74. | 24011 | 2:18-cv-00157 | Burleson, Mickey | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 75. | 27978 | 2:18-cv-13574 | Corrales, Andrea | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 76. | 15932 | 2:16-cv-15377 | Dorsen, Brad | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 77. | 23028 | 2:17-cv-10688 | Duncanson, Robert | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 78. | 9063 | 2:16-cv-03372 | Dutton, Linda | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 79. | 17716 | 2:17-cv-00423 | Elling, Charlotte | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 80. | 16639 | 2:16-cv-16090 | Farnsworth, Heidi | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 81. | 23412 | 2:17-cv-12491 | Fick, Ashley | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 82. | 7009 | 2:16-cv-00513 | Frank, Jo Ann | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 83. | 23314 | 2:17-cv-11696 | Gatling, Johnnie | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 84. | 22391 | 2:17-cv-08871 | Jackson, Darry | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 85. | 16159 | 2:16-cv-15699 | Johnson, Leona | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 86. | 15518 | 2:16-cv-14597 | Jones, Raymond | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 87. | 12153 | 2:16-cv-12109 | Peterson, Veronica | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 88. | 21834 | 2:17-cv-07081 | Redden, Estell | Flint Law Firm, LLC | Flint Law Firm, LLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 89. | 25057 | 2:18-cv-02612 | Stallings, Orla | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 90. | 15514 | 2:16-cv-14626 | Vodegel, Bobby | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 91. | 17238 | 2:16-cv-17443 | Wise, Julia | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 92. | 3899 | 2:15-cv-04278 | Clements, Earl | Gaidry Law Group | Chehardy Sherman |
| 93. | N/A | 2:19-cv-11273 | Viator, Dixie | Galloway Jefcoat, LLP | N/A |
| 94. | 41950 | 2:19-cv-01848 | Bell, Willie | Goza & Honnold, LLC | The Bradley Law Firm |
| 95. | 34969 | 2:19-cv-01846 | Stinnett, Milton | Goza & Honnold, LLC | Ferrer, Poirot & Wansbrough |
| 96. | N/A | 2:18-cv-13380 | Colley, Carolyn | Heninger Garrison Davis, LLC | N/A |
| 97. | N/A | 2:19-cv-11798 | Shadle, Carol | Heninger Garrison Davis, LLC | N/A |
| 98. | N/A | 2:19-cv-11798 | Singleton, Connie | Heninger Garrison Davis, LLC | N/A |
| 99. | N/A | 2:19-cv-07913 | Guillory, Mary Lou | Jacque B. Pucheu, Jr, Attorney at Law, LLC | N/A |
| 100. | 41539 | 2:19-cv-00304 | Fried, Marilyn | Johnson Law Group | Johnson Law Group |
| 101. | 28285 | 2:18-cv-08875 | Litke, Betty | Johnson Law Group | Johnson Law Group |
| 102. | N/A | 2:19-cv-00825 | Nguyen, Vy | Kabateck Brown Kellner, LLP | N/A |
| 103. | 8624 | 2:16-cv-02622 | Carpenter, Shanna | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 104. | 13202 | 2:16-cv-12404 | Walker, William | Kuhlman & Lucas, LLC | Kuhlman & Lucas, LLC |
| 105. | 30679 | 2:19-cv-04072 | Gatlin, Melissa | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 106. | 40847 | 2:19-cv-03417 | Bernard, Suzanne Marie | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 107. | 19389 | 2:18-cv-05644 | Brailey, Corrie E. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 108. | N/A | 2:17-cv-07849 | Burker, Ornel J. | Law Office of Christopher K. Johnston, LLC | N/A |
| 109. | 40752 | 2:19-cv-03653 | Chapman, Trennis, Sr. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 110. | 41028 | 2:19-cv-03103 | Dieudonne, Bryan | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 111. | 40819 | 2:19-cv-03820 | Franco, Donna | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 112. | N/A | 2:19-cv-03647 | Hough, Arlen | Law Office of Christopher K. Johnston, LLC | N/A |
| 113. | N/A | 2:19-cv-04354 | Meyer, Randolph | Law Office of Christopher K. Johnston, LLC | N/A |
| 114. | 19472 | 2:18-cv-01627 | Olivia, Douglas S. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 115. | 30558 | 2:19-cv-02935 | Pace, Marilyne | Law Office of Christopher K. Johnston, LLC | Laborde Earles Law Firm |
| 116. | N/A | 2:19-cv-02913 | White, Carla | Law Office of Christopher K. Johnston, LLC | N/A |
| 117. | N/A | 2:18-cv-08200 | Butler, Mary | Lenze Lawyers, PLC | N/A |
| 118. | N/A | 2:18-cv-10262 | Flick, Victoria | Lenze Lawyers, PLC | N/A |
| 119. | 33428 | 2:19-cv-08709 | Jones, Tyteana | Lenze Lawyers, PLC | Domnick Cunningham & Whalen |
| 120. | N/A | 2:18-cv-11628 | Nicholson, John | Lenze Lawyers, PLC | N/A |
| 121. | 41639 | 2:18-cv-10173 | Nolan, Joyce | Lenze Lawyers, PLC | Lenze Lawyers, PLC. |
| 122. | 18628 | 2:16-cv-17619 | Boccasini, Maria | Lieff, Cabraser, Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP |
| 123. | 27262 | 2:18-cv-06930 | Lopez, Jacqueline | Lieff, Cabraser, Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP |
| 124. | N/A | 2:19-cv-10075 | Snider, Dorothy | Lober & Dobson, LLC | N/A |
| 125. | 19716 | 2:17-cv-01163 | Bunce, Douglas E. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 126. | 25431 | 2:18-cv-01243 | Crain, Marylys J. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 127. | 18625 | 2:17-cv-00602 | Fourkiller, Edith | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 128. | 21645 | 2:17-cv-05140 | Gomez, Gloria I. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 129. | 20473 | 2:17-cv-02225 | Grant, Antonio A. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 130. | 23319 | 2:17-cv-09419 | Gregg, Rosella | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 131. | 8618 | 2:16-cv-01370 | Markham, Hildagard R. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 132. | 15271 | 2:16-cv-12481 | Simon, Consuelo | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 133. | 7133 | 2:16-cv-00173 | Stevens, Walter | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 134. | 20496 | 2:17-cv-02433 | Walker, Elaine | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 135. | 3814 | 2:15-cv-03865 | Walters, Iris | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 136. | N/A | 2:19-cv-08912 | Montalto, Sheri | MacArthur Heder & Metler | N/A |
| 137. | N/A | 2:19-cv-06334 | Sutton, Louise | MacArthur Heder & Metler | N/A |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 138. | 27329 | 2:18-cv-07262 | Robinson, Savannah | Marc J. Bern & Partners LLP - New York | Marc J. Bern & Partners LLP |
| 139. | 16846 | 2:16-cv-14757 | Willis, William Lee | Matthews & Associates | Matthews & Associates |
| 140. | N/A | 2:18-cv-09134 | Johnson, Mary Ellen | McDonald Worley, PC | N/A |
| 141. | 32527 | 2:19-cv-06745 | Lopez, Enoc | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 142. | N/A | 2:19-cv-10229 | Stees, Kylin Vaughn | Mike Love & Associates, LLC | N/A |
| 143. | N/A | 2:15-cv-02004 | Willison, Darrel | Milstein Jackson Fairchild & Wade, LLP | N/A |
| 144. | N/A | 2:16-cv-17635 | Dale, Sharon Kay | Motley Rice LLC | N/A |
| 145. | N/A | 2:19-cv-09533 | Schnitzer, Barbara | Nagel Rice, LLP | N/A |
| 146. | 19139 | 2:18-cv-07841 | Smariga, Julian | Napoli Shkolnik, PLLC | Law Office of Christopher K. Johnston, LLC |
| 147. | 3072 | 2:15-cv-03414 | Newman, Terry | Niemeyer, Grebel & Kruse LLC; Flint & Associates, LLC; Brown and Crouppen, PC | Flint Law Firm, LLC |
| 148. | 12076 | 2:16-cv-10477 | Terry-Watkins, Yolanda | Peiffer Wolf Carr & Kane | The Michael Brady Lynch Law Firm |
| 149. | 41824 | 2:19-cv-07240 | Coffer, Markum | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 150. | 7730 | 2:15-cv-07111 | Gagne, Kathy | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 151. | 20273 | 2:17-cv-01495 | Lovelace, Catherine | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 152. | 15490 | 2:16-cv-12271 | Malik, Mehad | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 153. | 10103 | 2:16-cv-06893 | Moore, William | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 154. | 26487 | 2:18-cv-05660 | Rose, Patricia | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 155. | 10452 | 2:16-cv-06904 | Scott, Robert | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 156. | 7747 | 2:15-cv-07119 | Simmons, Kathleen | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 157. | 17032 | 2:16-cv-14076 | Stuard, Barry | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 158. | 40422 | 2:19-cv-06426 | Gayles, David | Reyes Browne Reilley | Reyes|Browne|Reilley |
| 159. | 40459 | 2:19-cv-07675 | Page, Debra | Reyes Browne Reilley | Reyes|Browne|Reilley |
| 160. | 10491 | 2:16-cv-03044 | Foster, Austin | Schlichter Bogard & Denton, LLP | Schlichter Bogard & Denton |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 161. | 1081 | 2:14-cv-02851 | Leach, Dorothy | Schlichter Bogard & Denton, LLP | Schlichter Bogard & Denton |
| 162. | N/A | 2:17-cv-17371 | Evans, Catherine | Slater, Slater Schulman, LLP | N/A |
| 163. | N/A | 2:17-cv-02791 | Murray, Leslie | Slater, Slater Schulman, LLP | N/A |
| 164. | 6658 | 2:16-cv-00266 | Vannorman, Julie | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 165. | 2565 | 2:15-cv-01999 | Wise, Peggy | Stark & Stark | Stark & Stark |
| 166. | N/A | 2:19-cv-02804 | Hernandez, Doris | SWMW Law, LLC | N/A |
| 167. | 6634 | 2:16-cv-08693 | Clopton, Curtis | The Driscoll Firm, PC | The Driscoll Firm |
| 168. | 3304 | 2:15-cv-07185 | Cothron, Regina | The Driscoll Firm, PC | The Driscoll Firm |
| 169. | 3570 | 2:16-cv-11909 | Crouch, Jeana | The Driscoll Firm, PC | The Driscoll Firm |
| 170. | 26289 | 2:18-cv-04368 | Diaz, Dicidoro | The Driscoll Firm, PC | The Driscoll Firm |
| 171. | N/A | 2:18-cv-00666 | Hoskins, Elizabeth | The Driscoll Firm, PC | N/A |
| 172. | 26264 | 2:18-cv-04361 | Lewis, Frances | The Driscoll Firm, PC | The Driscoll Firm |
| 173. | 3450 | 2:18-cv-04294 | Maynard, Dan | The Driscoll Firm, PC | The Driscoll Firm |
| 174. | 9020 | 2:16-cv-03151 | Moore, Andrew | The Driscoll Firm, PC | The Driscoll Firm |
| 175. | N/A | 2:17-cv-03504 | Nolan-Dack, Christine | The Driscoll Firm, PC | N/A |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 176. | 15952 | 2:18-cv-04298 | Ramey, Dennis | The Driscoll Firm, PC | The Driscoll Firm |
| 177. | 3500 | 2:16-cv-08115 | Roberts, Mallie | The Driscoll Firm, PC | The Driscoll Firm |
| 178. | 6619 | 2:16-cv-08124 | Russell, William | The Driscoll Firm, PC | The Driscoll Firm |
| 179. | 41985 | 2:17-cv-07568 | Schaefer, Arthur | The Driscoll Firm, PC | The Driscoll Firm |
| 180. | 23011 | 2:17-cv-09907 | Smith, Paris | The Driscoll Firm, PC | The Driscoll Firm |
| 181. | 12218 | 2:16-cv-05657 | Pugh, Thyeasia | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 182. | 14117 | 2:16-cv-10813 | Rosenberg, Elaine | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 183. | 16869 | 2:16-cv-13576 | Strasser, Amanda | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 184. | 25138 | 2:18-cv-02780 | Teeple, Juanita | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC |
| 185. | 4898 | 2:15-cv-05365 | Throne, Danielle | The Lanier Law Firm | The Lanier Law Firm |
| 186. | 6720 | 2:16-cv-00067 | Davis, Osborn | The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 187. | 4487 | 2:15-cv-05500 | Abrams, Michelle | The Mulligan Law Firm | The Mulligan Law Firm |
| 188. | 2170 | 2:15-cv-02928 | Arft, Sonja | The Mulligan Law Firm | The Mulligan Law Firm |
| 189. | 38808 | 2:19-cv-02909 | Buie, Tommie | The Mulligan Law Firm | The Mulligan Law Firm |
| 190. | 2885 | 2:16-cv-07003 | Clemons, Barbara | The Mulligan Law Firm | The Mulligan Law Firm |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 191. | N/A | 2:19-cv-02916 | Davis, Leameca | The Mulligan Law Firm | N/A |
| 192. | 2392 | 2:16-cv-03344 | Guerra, Dario | The Mulligan Law Firm | The Mulligan Law Firm |
| 193. | N/A | 2:19-cv-03135 | Kehoe, Caroline | The Mulligan Law Firm | N/A |
| 194. | 38803 | 2:19-cv-03141 | Majeske, Walter | The Mulligan Law Firm | The Mulligan Law Firm |
| 195. | 2003 | 2:15-cv-03013 | Plowman, Charles | The Mulligan Law Firm | The Mulligan Law Firm |
| 196. | 2427 | 2:16-cv-12899 | Rich, Oval | The Mulligan Law Firm | The Mulligan Law Firm |
| 197. | 2437 | 2:16-cv-06744 | Stroup, Helen | The Mulligan Law Firm | The Mulligan Law Firm |
| 198. | 9479 | 2:16-cv-12018 | Von Louda, Milo | The Mulligan Law Firm | The Mulligan Law Firm |
| 199. | 4827 | 2:16-cv-12853 | Yokim, Caroline | The Mulligan Law Firm | The Mulligan Law Firm |
| 200. | 17959 | 2:17-cv-00875 | Davis, Hayden | The Whitehead Law Firm, LLC | Whitehead Law Firm |
| 201. | 16922 | 2:16-cv-16224 | Wiseman, Lois | The Whitehead Law Firm, LLC | Whitehead Law Firm |
| 202. | 27221 | 2:18-cv-06374 | Corbitt, Donchele | Watts Guerra LLP | Watts Guerra, LLP |
| 203. | 9114 | 2:16-cv-02113 | Davies, Donna | Watts Guerra LLP | Watts Guerra, LLP |
| 204. | 9376 | 2:16-cv-03055 | Harris, John S. | Weitz & Luxenberg, PC | Weitz & Luxenberg |
| 205. | N/A | 2:19-cv-07818 | Ludwig, Jackie | Wexler Wallace LLP | N/A |
| 206. | 26463 | 2:18-cv-06265 | Godfrey, Allyssa | Wilshire Law Firm | Wilshire Law Firm |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 207. | N/A | 2:18-cv-05044 | McAlister, Cheryl | Wilshire Law Firm | N/A |
| 208. | 27298 | 2:18-cv-08511 | Schaffer, Robert | Wilshire Law Firm | Wilshire Law Firm |