**EXHIBIT B**

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 1. | 13587 | 2:16-cv-10012 | Carroll, Patricia | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 2. | 38819 | 2:19-cv-03196 | Slocum, Gary | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 3. | 23501 | 2:17-cv-09881 | Wald, Ruth | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 4. | 23674 | 2:17-cv-10010 | Johnson, Martha | Anastopoulo Law Firm, LLC | Anastopoulo Law Firm |
| 5. | 23344 | 2:17-cv-10009 | Rowell, Kenneth J. | Anastopoulo Law Firm, LLC | Anastopoulo Law Firm |
| 6. | 30987 | 2:19-cv-08038 | Johnson, April | Ashcraft & Gerel, LLP | Ashcraft & Gerel LLP |
| 7. | 32251 | 2:19-cv-08955 | Visvonti, Suzan | Baron & Budd, PC | Baron & Budd |
| 8. | 27280 | 2:18-cv-06647 | Burns, Tina | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen |
| 9. | 22694 | 2:17-cv-06416 | Emerson, Ethel | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen |
| 10. | 23391 | 2:17-cv-08302 | Jack, Esmond R. | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen |
| 11. | 26567 | 2:18-cv-03579 | Kelley, Sharon D. | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen |
| 12. | 42016 | 2:19-cv-00106 | Mead, Barbara | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | Beasley Allen |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 13. | 3115 | 2:17-cv-05635 | Hernandez, Juan | Callahan & Blaine, APLC; Hodes Milman Liebeck, LLP | Callahan & Blaine, APLC |
| 14. | 28669 | 2:18-cv-10224 | Long, Virginia Dare | Campbell & Associates; Frazer Law PLC | Frazer PLC |
| 15. | 1188 | 2:14-cv-02941 | Banks, Annie | Cory Watson, PC | Cory Watson |
| 16. | 31249 | 2:19-cv-06312 | Lopez, Marilyn | Crumley Roberts | Burke Harvey, LLC |
| 17. | 41818 | 2:19-cv-11863 | Gerami, Farzin | Dallas W. Hartman, PC | Dallas W Hartman PC |
| 18. | 41817 | 2:19-cv-11860 | Hurst, Todd | Dallas W. Hartman, PC | Dallas W Hartman PC |
| 19. | 41819 | 2:19-cv-11858 | White, Virginia E. | Dallas W. Hartman, PC | Dallas W Hartman PC |
| 20. | 31691 | 2:19-cv-06398 | Green, Karen | Dickerson Oxton, LLC | Dickerson Oxton, LLC |
| 21. | 31703 | 2:19-cv-04645 | Rhea, Susan | Dickerson Oxton, LLC | Dickerson Oxton, LLC |
| 22. | 31692 | 2:19-cv-04090 | Ridder, Sherry | Dickerson Oxton, LLC | Dickerson Oxton, LLC |
| 23. | 33426 | 2:19-cv-08670 | Hunt, Edward | Domnick Cunningham & Whalen | Domnick Cunningham & Whalen |
| 24. | 37754 | 2:19-cv-05102 | Restrepo, Vitelma | Douglas & London, PC | Douglas & London |
| 25. | 29995 | 2:19-cv-06280 | Brown, Lula | Fears Nachawati, PLLC | Fears | Nachawati |
| 26. | 29179 | 2:19-cv-04189 | Coleman-Ridley, Malisa | Fears Nachawati, PLLC | Fears | Nachawati |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 27. | 29836 | 2:19-cv-04566 | Davidson, Ryan | Fears Nachawati, PLLC | Fears \| Nachawati |
| 28. | 29634 | 2:19-cv-04080 | Elias, Rosemarie | Fears Nachawati, PLLC | Fears \| Nachawati |
| 29. | 29167 | 2:19-cv-04306 | Hoffman, Luther | Fears Nachawati, PLLC | Fears \| Nachawati |
| 30. | 29160 | 2:19-cv-04310 | Morrin, Patrick | Fears Nachawati, PLLC | Fears \| Nachawati |
| 31. | 39093 | 2:19-cv-04620 | Rhodes, Anatasia | Fears Nachawati, PLLC | Fears \| Nachawati |
| 32. | 30333 | 2:19-cv-05412 | Richey, Nira | Fears Nachawati, PLLC | Fears \| Nachawati |
| 33. | 30050 | 2:19-cv-03860 | Rivera, Jerry | Fears Nachawati, PLLC | Fears \| Nachawati |
| 34. | 29435 | 2:19-cv-04322 | Rosdol, Katherine | Fears Nachawati, PLLC | Fears \| Nachawati |
| 35. | 30312 | 2:19-cv-06614 | Turner, Charles | Fears Nachawati, PLLC | Fears \| Nachawati |
| 36. | 39043 | 2:19-cv-04830 | White, Carolyn | Fears Nachawati, PLLC | Fears \| Nachawati |
| 37. | 38933 | 2:19-cv-06140 | Wilson, Christopher | Fears Nachawati, PLLC | Fears \| Nachawati |
| 38. | 34504 | 2:19-cv-07846 | Davis, William, IV | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 39. | 42115 | 2:19-cv-00360 | Godwin, Darla Jean | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 40. | 34734 | 2:19-cv-07882 | Macon, Vonta | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 41. | 33170 | 2:19-cv-04279 | Lawson, Ethel | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 42. | 21118 | 2:17-cv-05828 | Ortiz, Juan | Flint Law Firm, LLC | Flint Law Firm, LLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 43. | 20763 | 2:17-cv-05239 | Thompson, Wendy | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 44. | 31219 | 2:19-cv-04448 | Mendes, Paul | Fox & Farley | Fox and Farley |
| 45. | 9926 | 2:16-cv-02523 | Batton, Catherine H. | Frazer Law PLC; Campbell & Associates | Frazer PLC |
| 46. | 1244 | 2:15-cv-00949 | Guste, Bernard, Jr. | Gennusa, Piacun & Ruli; Guste, Barnett, Schlesinger, Henderson & Alpaugh, LLP | Gennusa, Piacun & Ruli |
| 47. | 33924 | 2:19-cv-11798 | Douglas, Hoyl | Heninger Garrison Davis, LLC | Ferrer, Poirot & Wansbrough |
| 48. | 37554 | 2:19-cv-11604 | Edwards, Diane | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC |
| 49. | 9379 | 2:16-cv-01803 | Goff, Barbara | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC |
| 50. | 34745 | 2:19-cv-11798 | Rice, Charles | Heninger Garrison Davis, LLC | Ferrer, Poirot & Wansbrough |
| 51. | 34444 | 2:19-cv-11798 | Roberge, Mary | Heninger Garrison Davis, LLC | Ferrer, Poirot & Wansbrough |
| 52. | 23141 | 2:17-cv-06374 | Brown, Sharon | Hollis Law Firm, P.A. | Hollis Law Firm, P.A. |
| 53. | 13172 | 2:16-cv-11701 | Moore, Raymond | Hood, PC; The Pelham Law Firm | Atlas Partners, LLP |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 54. | 13415 | 2:16-cv-12348 | Scobel, Leslie | Hood, PC; The Pelham Law Firm | Atlas Partners, LLP |
| 55. | 20124 | 2:16-cv-17590 | Allen, Kay | Hurley McKenna & Mertz, PC | Hurley McKenna & Mertz, P.C. |
| 56. | 38553 | 2:19-cv-09919 | Hirasawa, Tomoko | John M. Shea, Esq. | John M. Shea P.C. |
| 57. | 8339 | 2:16-cv-01574 | Grinbeyn, Izrail | Johnson Becker, PLLC | Johnson Becker |
| 58. | 3227 | 2:15-cv-03508 | Pruitt, Donna | Johnson Becker, PLLC | Johnson Becker |
| 59. | 41606 | 2:19-cv-02178 | Delong, Norma | Johnson Law Group | Johnson Law Group |
| 60. | 39840 | 2:19-cv-06620 | Hall, Janet | Johnson Law Group | Johnson Law Group |
| 61. | 26402 | 2:18-cv-03696 | Levi, Josephine H. | Johnson Law Group | Johnson Law Group |
| 62. | 25629 | 2:18-cv-02723 | Perry, Shirley | Johnson Law Group | Johnson Law Group |
| 63. | 42347 | 2:19-cv-12311 | Eberhardt, William, Sr. | Kansas City Accident Injury Attorneys | Kansas City Accident Injury Attorneys |
| 64. | 18373 | 2:16-cv-17930 | Virag, Shirley G. | Kenny & Kenny, PLLC | Kenny and Kenny, PLLC |
| 65. | 21596 | 2:17-cv-04865 | Ingersoll, Mary J. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 66. | 13319 | 2:16-cv-08813 | Kane, Leonard L. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 67. | 23461 | 2:17-cv-08464 | Linenberger, Vernita M. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 68. | 16545 | 2:16-cv-07068 | Tsao, Shun Huey | Kirklin Soh LLP | Kirklin Soh, LLP |
| 69. | 30671 | 2:19-cv-04456 | Taylor, William | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 70. | 40647 | 2:19-cv-03054 | Brown, Larry | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 71. | 18929 | 2:18-cv-01135 | Collins, Paulette | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 72. | 41006 | 2:19-cv-03364 | James, Jeffrey | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 73. | 40806 | 2:19-cv-03336 | Lowe, Neferitti | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 74. | 40793 | 2:19-cv-02949 | Martinez, Mary | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 75. | 42318 | 2:17-cv-17471 | Molohon, Lulu F. | Law Office of Christopher K. Johnston, LLC | Fears | Nachawati |
| 76. | 41084 | 2:19-cv-03034 | Navarre-Heaton, Kim | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 77. | 41640 | 2:19-cv-10261 | Ortega, Julian | Lenze Lawyers, PLC | Lenze Lawyers, PLC. |
| 78. | 11735 | 2:16-cv-04772 | Smith, Barbara Ann | Matthews & Associates | Matthews & Associates |
| 79. | 41169 | 2:19-cv-06276 | Cunningham, John | McDonald Worley, PC | McDonald Worley |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 80. | 41191 | 2:19-cv-06431 | Henson, Teresa | McDonald Worley, PC | McDonald Worley |
| 81. | 41254 | 2:19-cv-06888 | Orellano, Linda | McDonald Worley, PC | McDonald Worley |
| 82. | 41300 | 2:19-cv-08647 | Wells, Terrenia | McDonald Worley, PC | McDonald Worley |
| 83. | 41388 | 2:19-cv-06400 | Woodall, Terrance | McDonald Worley, PC | McDonald Worley |
| 84. | 41314 | 2:19-cv-07361 | Yonkin, David | McDonald Worley, PC | McDonald Worley |
| 85. | 14617 | 2:16-cv-09371 | Scharmberg, Edith | McSweeney/Langevin | McSweeney/Langevin LLC |
| 86. | 23145 | 2:17-cv-10971 | Buum, Lavonne K. | Monsour Law Firm | Monsour Law Firm |
| 87. | 18134 | 2:16-cv-17515 | Ort, Tiffany | Moore Law Group, PLLC | Moore Law Group, PLLC |
| 88. | 25766 | 2:18-cv-01983 | Horwith, Ronda | Morgan & Morgan Complex Litigation Group | Morgan & Morgan |
| 89. | 13198 | 2:16-cv-03799 | Montague, Alexis | Morgan & Morgan Complex Litigation Group | Morgan & Morgan |
| 90. | 5244 | 2:15-cv-05267 | Poppell, Ernest | Morgan & Morgan Complex Litigation Group | Morgan & Morgan |
| 91. | 20802 | 2:17-cv-02766 | Czyzechowicz, Gina M. | Murray Law Firm | The Murray Law Firm |
| 92. | 31533 | 2:19-cv-07257 | Gilbert, James R. | Napoli Shkolnik, PLLC | Napoli Shkolnik PLLC |
| 93. | 23108 | 2:17-cv-09031 | Webb, Daniel | Napoli Shkolnik, PLLC | Napoli Shkolnik PLLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 94. | 7926 | 2:16-cv-00486 | Bonin, Tammy | NastLaw LLC | NastLaw LLC |
| 95. | 13113 | 2:16-cv-03375 | Sloas, Johnny | Peiffer Wolf Carr & Kane; Milstein Jackson Fairchild & Wade, LLP | Milstein Jackson Fairchild & Wade, LLP |
| 96. | 16551 | 2:16-cv-15380 | Brown, Melvin | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 97. | 20101 | 2:17-cv-02017 | Footman, Thelma | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 98. | 17034 | 2:16-cv-14308 | Hoffman, Bonnie | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 99. | 41901 | 2:19-cv-06990 | Kandel, Vernon | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 100. | 16218 | 2:16-cv-15168 | Lewine, Patricia | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 101. | 15840 | 2:16-cv-14669 | Mahoney, Daniel | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 102. | 37728 | 2:19-cv-03813 | Clancy, Mary | Peterson & Associates, PC | Peterson & Associates, P.C. |
| 103. | 28067 | 2:18-cv-10384 | Wilson, Gloria | Peterson & Associates, PC | Peterson & Associates, P.C. |
| 104. | 15866 | 2:16-cv-16307 | Redfurn, Dumar | Plymale Law Firm | Plymale Law Firm |
| 105. | 4846 | 2:15-cv-04779 | Lee, Belinda | R. Brent Cueria | Cueria Law Firm, LLC |
| 106. | 31591 | 2:19-cv-06840 | Jones, Edward L., Jr. | Ray Hodge & Associates, LLC | Ray Hodge & Associates |
| 107. | 38898 | 2:19-cv-06429 | Traylor, Frances Sheron | Ray Hodge & Associates, LLC | Ray Hodge & Associates |
| 108. | 27152 | 2:18-cv-08346 | Melton, Rhonda | Roberts & Roberts | Roberts & Roberts |
| 109. | 32583 | 2:19-cv-07214 | Hosford, Timothy | Ross Law Group | Ross Law Group |
| 110. | 15928 | 2:16-cv-15687 | Vanwinkle, George | Salvi, Schostok & Pritchard PC | Salvi, Schostok & Pritchard P.C. |
| 111. | 8073 | 2:16-cv-06529 | Allen, Edith | Scott, Sevin & Vicknair | Scott, Vicknair, Hair & Checki, LLC |
| 112. | 14081 | 2:16-cv-12266 | Dupree, Wilma | Scott, Sevin & Vicknair | Scott, Vicknair, Hair & Checki, LLC |
| 113. | 8039 | 2:16-cv-10069 | Keppeler, Frank | Scott, Sevin & Vicknair; Varadi, Hair & Checki LLC | Scott, Vicknair, Hair & Checki, LLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 114. | 28909 | 2:19-cv-05276 | Weaver, James | Seaton & Bates, PLLC | Law Offices of Seaton & Bates, PLLC |
| 115. | 6427 | 2:15-cv-05494 | Wright, Fredrick Tyrone | Shockey & Associates | Shockey & Associates |
| 116. | 6688 | 2:16-cv-00585 | Derby, Joyce | Simmons Hanly Conroy | Simmons Hanly Conroy |
| 117. | 16535 | 2:16-cv-10393 | Baker, James | Slater, Slater Schulman, LLP; Douglas & London, PC | Douglas & London |
| 118. | 12021 | 2:16-cv-10264 | Holihen, Karen | Stanley Law Group | Stanley Law Group |
| 119. | 26189 | 2:18-cv-03901 | Ayers, Rickey | SWMW Law, LLC | SWMW Law |
| 120. | 17303 | 2:16-cv-17123 | Burks, Charles | SWMW Law, LLC | SWMW Law |
| 121. | 21993 | 2:17-cv-04847 | Clark, Linnie | SWMW Law, LLC | SWMW Law |
| 122. | 16313 | 2:16-cv-14510 | Krueger, Jerry | SWMW Law, LLC | SWMW Law |
| 123. | 21569 | 2:17-cv-05803 | Longmire, Terry | SWMW Law, LLC | SWMW Law |
| 124. | 17657 | 2:17-cv-00157 | Lunzer, Donald | SWMW Law, LLC | SWMW Law |
| 125. | 16861 | 2:16-cv-16467 | Lyden, Charlie | SWMW Law, LLC | SWMW Law |
| 126. | 20351 | 2:17-cv-03436 | Moseley, Edward | SWMW Law, LLC | SWMW Law |
| 127. | 24235 | 2:17-cv-11616 | Petrie, Debbie | SWMW Law, LLC | SWMW Law |
| 128. | 18006 | 2:17-cv-00606 | Simmons, Richard | SWMW Law, LLC | SWMW Law |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 129. | 8670 | 2:16-cv-06729 | Sullivan, Jane | SWMW Law, LLC | SWMW Law |
| 130. | 17606 | 2:17-cv-00149 | Veach, Judy | SWMW Law, LLC | SWMW Law |
| 131. | 23099 | 2:17-cv-07815 | Whitehead, Laticia | SWMW Law, LLC | SWMW Law |
| 132. | 18200 | 2:16-cv-14829 | Bankston, Geri | The Bradley Law Firm | The Bradley Law Firm |
| 133. | 22387 | 2:18-cv-00294 | Bell, Jason A. | The Bradley Law Firm | The Bradley Law Firm |
| 134. | 42281 | 2:17-cv-02296 | Manning, Michael | The Buckley Law Group | Fears \| Nachawati |
| 135. | 21130 | 2:17-cv-05123 | Stewart, Alvaton | The Buckley Law Group | The Buckley Law Group |
| 136. | 42282 | 2:17-cv-05123 | Stewart, Alvaton | The Buckley Law Group | Fears \| Nachawati |
| 137. | 4736 | 2:16-cv-12265 | Jackson, Robert | The Driscoll Firm, PC | The Driscoll Firm |
| 138. | 12269 | 2:16-cv-11340 | Heider, Norbert | The Lanier Law Firm | The Lanier Law Firm |
| 139. | 4653 | 2:15-cv-05366 | Trank, Jack | The Lanier Law Firm | The Lanier Law Firm |
| 140. | 8923 | 2:16-cv-08198 | Cansler, John | The Potts Law Firm, LLP | The Potts Law Firm, LLP |
| 141. | 8315 | 2:16-cv-03261 | Parrish, Candace | The Potts Law Firm, LLP | The Potts Law Firm, LLP |
| 142. | 31125 | 2:19-cv-05029 | Schroeder, Ronald | Ury & Moskow, LLC | Ury & Moskow |
| 143. | 1350 | 2:14-cv-01877 | Goodwin, Rose Marie | Varadi, Hair & Checki LLC | Scott, Vicknair, Hair & Checki, LLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 144. | 6717 | 2:15-cv-05535 | Altman, Browne | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC |
| 145. | 5054 | 2:15-cv-06432 | Barber, Ted | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC |
| 146. | 5030 | 2:15-cv-06433 | Detwiler, Jerry | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC |
| 147. | 3219 | 2:15-cv-02427 | Powell, Loria | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC |
| 148. | 6730 | 2:15-cv-06435 | Steinat, Carol | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC |
| 149. | 6777 | 2:15-cv-06436 | Stern, Louis | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC |
| 150. | 20261 | 2:17-cv-01444 | Cason, James | Watts Guerra LLP | Watts Guerra, LLP |
| 151. | 24031 | 2:17-cv-11463 | Chappell, Patricia | Watts Guerra LLP | Watts Guerra, LLP |
| 152. | 14587 | 2:16-cv-06588 | Finch, Bethany | Watts Guerra LLP | Watts Guerra, LLP |
| 153. | 27495 | 2:18-cv-06771 | Nicholson, Alan | Watts Guerra LLP | Watts Guerra, LLP |
| 154. | 16083 | 2:16-cv-13488 | Reed, Roy | Watts Guerra LLP | Watts Guerra, LLP |
| 155. | 7127 | 2:16-cv-00199 | Maclin, Dorothy | Weitz & Luxenberg, PC | Weitz & Luxenberg |
| 156. | 28550 | 2:19-cv-00619 | Arwood, Carolyn | Wilshire Law Firm | Wilshire Law Firm |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|-----|-------|---------------|----------------|-------------------|----------------------------------------------------|
| 157. | 27840 | 2:18-cv-10805 | Billiot, Calvin | Wilshire Law Firm | Wilshire Law Firm |
| 158. | 20905 | 2:17-cv-02025 | Brooks, Muriel | Wilshire Law Firm | Wilshire Law Firm |
| 159. | 41611 | 2:19-cv-07459 | Gifford, Michael | Wilshire Law Firm | Wilshire Law Firm |
| 160. | 41579 | 2:19-cv-02041 | Karapetyan, Knarik | Wilshire Law Firm | Wilshire Law Firm |
| 161. | 22066 | 2:17-cv-07439 | Pople, Brian David | Wilshire Law Firm | Wilshire Law Firm |
| 162. | 26846 | 2:18-cv-07073 | Pressley, Louise | Wilshire Law Firm | Wilshire Law Firm |
| 163. | 28341 | 2:18-cv-13958 | Sparacino, Anthony | Wilshire Law Firm | Wilshire Law Firm |
| 164. | 27915 | 2:18-cv-11449 | Wilkens, Alicia | Wilshire Law Firm | Wilshire Law Firm |