**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *All Cases Listed on Attached Exhibits A and B* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**FIRST SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC. 16218 REGARDING CASES LACKING SUBJECT MATTER JURISDICTION [ORIGINALLY LISTED PLAINTIFFS]**

The plaintiffs listed on Exhibit A to this Order remain subject to the Show Cause hearing scheduled for October 7, 2019 at 8:30 a.m. The personal appearance of plaintiff's counsel is required. The personal appearance of the plaintiff or his/her legal representative is also required, unless excused by formal order upon timely motion showing good cause why attendance is impossible, as set forth in Case Management Order ("CMO") 12A.

Exhibit B is a list of those plaintiffs originally subject to the Show Cause Order in Rec. Doc. 15417 whom the PSC and Defendants state have dismissed their actions or complied with CMO 12A. Plaintiffs listed on Exhibit B are excused from attending the October 7, 2019 hearing. Plaintiff's counsel representing plaintiffs listed on Exhibit B are excused from attending the October 7, 2019 hearing only if they represent no other plaintiffs subject to a show cause order at the October 7, 2019 hearing. Counsel for plaintiffs listed on Exhibit B must personally attend the

October 7, 2019 hearing if they represent other plaintiffs who remain subject to a show cause order.

New Orleans, Louisiana, on this 2nd day of October, 2019.

_____
United States District Judge