**EXHIBIT A**

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 1. | 4294 | 2:15-cv-04703 | Weringer, Racine | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace |
| 2. | 9533 | 2:16-cv-02015 | Brantley, Pearline | Baron & Budd, PC | Baron & Budd |
| 3. | 28604 | 2:19-cv-00350 | Schafer, Jessica | Brown, LLC | Brown, LLC |
| 4. | 2939 | 2:15-cv-02389 | Kennedy, Neil | Burke Harvey, LLC | Burke Harvey, LLC |
| 5. | 6877 | 2:15-cv-06833 | West, Delores | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 6. | 9402 | 2:16-cv-03460 | Walsh, Patricia | Burnett Law Firm | Burnett Law Firm |
| 7. | 29399 | 2:19-cv-04463 | Abuhmoud, Suha | Fears Nachawati, PLLC | Fears | Nachawati |
| 8. | 30041 | 2:19-cv-06414 | Boring, Rodger | Fears Nachawati, PLLC | Fears | Nachawati |
| 9. | 30111 | 2:19-cv-06463 | Branch, Sandra | Fears Nachawati, PLLC | Fears | Nachawati |
| 10. | 38962 | 2:19-cv-06553 | Bryant, Elmore | Fears Nachawati, PLLC | Fears | Nachawati |
| 11. | 30173 | 2:19-cv-06736 | Cole, Kathleen | Fears Nachawati, PLLC | Fears | Nachawati |
| 12. | 4324 | 2:15-cv-04119 | Crawley, Ethel | Fears Nachawati, PLLC | Fears | Nachawati |
| 13. | 30307 | 2:19-cv-04825 | Derico, Mark | Fears Nachawati, PLLC | Fears | Nachawati |
| 14. | 16315 | 2:16-cv-13003 | Dykstra, John | Fears Nachawati, PLLC | Fears | Nachawati |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 15. | 38912 | 2:19-cv-04263 | Francis, Patricia | Fears Nachawati, PLLC | Fears \| Nachawati |
| 16. | 29556 | 2:19-cv-04652 | Gonzalez, Sergio | Fears Nachawati, PLLC | Fears \| Nachawati |
| 17. | 10042 | 2:16-cv-03006 | Gost, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 18. | 29949 | 2:19-cv-06239 | Goushy, Theodore | Fears Nachawati, PLLC | Fears \| Nachawati |
| 19. | 29913 | 2:19-cv-05024 | Guillen, Jose | Fears Nachawati, PLLC | Fears \| Nachawati |
| 20. | 29518 | 2:19-cv-04559 | Hargrove, Jolanda | Fears Nachawati, PLLC | Fears \| Nachawati |
| 21. | 4336 | 2:15-cv-04204 | Hirliman, Richard | Fears Nachawati, PLLC | Fears \| Nachawati |
| 22. | 39017 | 2:19-cv-04763 | Johnson, Elizabeth | Fears Nachawati, PLLC | Fears \| Nachawati |
| 23. | 39006 | 2:19-cv-04276 | Kenney, Kelly | Fears Nachawati, PLLC | Fears \| Nachawati |
| 24. | 29231 | 2:19-cv-03660 | Kingan, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati |
| 25. | 12732 | 2:16-cv-07758 | Kozianowski, Gary | Fears Nachawati, PLLC | Fears \| Nachawati |
| 26. | 39078 | 2:19-cv-05394 | McFarland, Brent | Fears Nachawati, PLLC | Fears \| Nachawati |
| 27. | 30233 | 2:19-cv-04108 | Milano, Donna | Fears Nachawati, PLLC | Fears \| Nachawati |
| 28. | 29867 | 2:19-cv-04594 | Mills, Ron | Fears Nachawati, PLLC | Fears \| Nachawati |
| 29. | 29157 | 2:19-cv-05366 | O'Neill, Margaret | Fears Nachawati, PLLC | Fears \| Nachawati |
| 30. | 29501 | 2:19-cv-03489 | Richwine, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 31. | 29454 | 2:19-cv-05172 | Robertson, Tony | Fears Nachawati, PLLC | Fears \| Nachawati |
| 32. | 29449 | 2:19-cv-05144 | Robinson, Gloria | Fears Nachawati, PLLC | Fears \| Nachawati |
| 33. | 29720 | 2:19-cv-05810 | Ross, Donald | Fears Nachawati, PLLC | Fears \| Nachawati |
| 34. | 30371 | 2:19-cv-03566 | Shipp, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 35. | 30213 | 2:19-cv-04149 | Summers, Paul | Fears Nachawati, PLLC | Fears \| Nachawati |
| 36. | 15998 | 2:16-cv-12987 | Walters, William | Fears Nachawati, PLLC | Fears \| Nachawati |
| 37. | 39016 | 2:19-cv-07433 | Watson, Jamie | Fears Nachawati, PLLC | Fears \| Nachawati |
| 38. | 39003 | 2:19-cv-04250 | Woodkirk, Audrey | Fears Nachawati, PLLC | Fears \| Nachawati |
| 39. | 38259 | 2:19-cv-05031 | Zachary, Jaye | Fears Nachawati, PLLC | Fears \| Nachawati |
| 40. | 12868 | 2:16-cv-06931 | Lorincz, Judith | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 41. | 17316 | 2:16-cv-16956 | Wood, Raymond | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 42. | 6514 | 2:16-cv-02551 | Heffington, John | Girardi Keese | Girardi Keese |
| 43. | 7837 | 2:16-cv-01030 | Soliday, Debbie | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 44. | 13873 | 2:16-cv-12564 | Tillman, Geraldine | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 45. | 2937 | 2:15-cv-04692 | Ely, Christine J. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 46. | 7711 | 2:16-cv-14248 | Fauver, Ellen W. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |
| 47. | 15239 | 2:16-cv-10301 | Pettigrew, Clarence | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, PC | The Cochran Firm - Birmingham |
| 48. | 11773 | 2:16-cv-11011 | Mixon, George | Johnson Becker, PLLC | Johnson Becker |
| 49. | 8583 | 2:16-cv-14477 | Tucker, Cheryl | Kelley & Ferraro LLP | Kelley & Ferraro LLP |
| 50. | 20714 | 2:17-cv-01757 | Manns, Roseann B. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 51. | 25858 | 2:17-cv-07028 | Handlon, Jerry, II | Kirtland & Packard LLP | Kirtland & Packard |
| 52. | 19156 | 2:18-cv-00643 | Cheridor, Marie P. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 53. | 14369 | 2:16-cv-13884 | Muthard, Rita | Lenze Lawyers, PLC | Lenze Lawyers, PLC. |
| 54. | 26743 | 2:18-cv-05586 | Ascencio, Angel | Marc J. Bern & Partners LLP - New York | Marc J. Bern & Partners LLP |
| 55. | 41311 | 2:19-cv-08105 | Schoonover, Robert | McDonald Worley, PC | McDonald Worley |
| 56. | 32512 | 2:19-cv-06720 | Feminella, Jennifer | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 57. | 32525 | 2:19-cv-06832 | Hammond, Stephen | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |

4

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 58. | 32518 | 2:19-cv-06902 | Korab, Edward J. | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 59. | 20145 | 2:17-cv-01441 | Hoffman, Charles J. | Murray Law Firm | The Murray Law Firm |
| 60. | 7137 | 2:15-cv-06627 | Schroeder, Karen | Padberg, Corrigan & Appelbaum | Ferrer, Poirot & Wansbrough |
| 61. | 17748 | 2:16-cv-16470 | Beckstine, Margaret | Pierce Skrabanek, PLLC | Pierce Skrabanek Bruera, PLLC |
| 62. | 6707 | 2:15-cv-06253 | Woolums, James | Potts Law Firm, LLP ; Burnett Law Firm | Burnett Law Firm |
| 63. | 16003 | 2:15-cv-05092 | Boyd, Christopher | Sanders Law Firm, LLC | Sanders Law |
| 64. | 2650 | 2:15-cv-02662 | Patterson, Bonita | Sanders Law Firm, LLC | Sanders Law |
| 65. | 3944 | 2:15-cv-05120 | Smith, Angela | Sanders Law Firm, LLC | Sanders Law |
| 66. | 25746 | 2:17-cv-12720 | Berkey, Kathleen | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 67. | 16511 | 2:16-cv-07975 | Haynes, Steven | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 68. | 27686 | 2:18-cv-07922 | Lieberman, Patricia | Tamari Law Group, LLC | Tamari Law Group, LLC |
| 69. | 39349 | 2:19-cv-08958 | Thornton, Walter | Tamari Law Group, LLC | Tamari Law Group, LLC |
| 70. | 15200 | 2:16-cv-07622 | Nichols, Amy | The Cochran Firm Birmingham, PC; Jacoby & Meyers, LLC | The Cochran Firm - Birmingham |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 71. | 16219 | 2:16-cv-17149 | Berkebile, Deanna | The Driscoll Firm, PC | The Driscoll Firm |
| 72. | 4787 | 2:17-cv-07568 | Burton, Sammie | The Driscoll Firm, PC | The Driscoll Firm |
| 73. | 3333 | 2:16-cv-07172 | Carlin, Gabriela | The Driscoll Firm, PC | The Driscoll Firm |
| 74. | 8995 | 2:16-cv-17149 | Cruz, Carol | The Driscoll Firm, PC | The Driscoll Firm |
| 75. | 25339 | 2:17-cv-07568 | Dalessandro, Lisa | The Driscoll Firm, PC | The Driscoll Firm |
| 76. | 8218 | 2:17-cv-17261 | Gecan, Norma | The Driscoll Firm, PC | The Driscoll Firm |
| 77. | 6568 | 2:16-cv-17148 | Gray, Annie | The Driscoll Firm, PC | The Driscoll Firm |
| 78. | 6578 | 2:17-cv-03504 | Haworth, Joyce | The Driscoll Firm, PC | The Driscoll Firm |
| 79. | 7423 | 2:17-cv-03504 | Heidger, Bill | The Driscoll Firm, PC | The Driscoll Firm |
| 80. | 16236 | 2:16-cv-17149 | Henry, Richard | The Driscoll Firm, PC | The Driscoll Firm |
| 81. | 25451 | 2:16-cv-17149 | Hodge, Tina | The Driscoll Firm, PC | The Driscoll Firm |
| 82. | 41997 | 2:17-cv-03504 | Jones, Robert | The Driscoll Firm, PC | The Driscoll Firm |
| 83. | 7365 | 2:17-cv-03504 | Juscik, Emma | The Driscoll Firm, PC | The Driscoll Firm |
| 84. | 3430 | 2:17-cv-03504 | Kennedy, Albert | The Driscoll Firm, PC | The Driscoll Firm |
| 85. | 15916 | 2:16-cv-13851 | King, Carol | The Driscoll Firm, PC | The Driscoll Firm |
| 86. | 15278 | 2:16-cv-13851 | Levine, Estelle | The Driscoll Firm, PC | The Driscoll Firm |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 87. | 3476 | 2:17-cv-07568 | Olewinski, Leona | The Driscoll Firm, PC | The Driscoll Firm |
| 88. | 7355 | 2:16-cv-17149 | Scott, Jeff | The Driscoll Firm, PC | The Driscoll Firm |
| 89. | 4784 | 2:16-cv-17148 | Sullivan, Ruth | The Driscoll Firm, PC | The Driscoll Firm |
| 90. | 6572 | 2:17-cv-03504 | Thomas, Juanita | The Driscoll Firm, PC | The Driscoll Firm |
| 91. | 27811 | 2:18-cv-09006 | Wilson, Alma | The Driscoll Firm, PC | The Driscoll Firm |
| 92. | 9854 | 2:16-cv-06551 | Kent, Alan | The Frankowski Firm, LLC | The Frankowski Firm |
| 93. | 26043 | 2:18-cv-08005 | Snyder, Nancy | The Law Office of L. Paul Mankin | The Law Office of L. Paul Mankin |
| 94. | 38790 | 2:19-cv-03037 | Donovan, Carolyn | The Mulligan Law Firm | The Mulligan Law Firm |
| 95. | 7797 | 2:16-cv-12812 | Kilpatrick, Stanley | The Mulligan Law Firm | Allen & Nolte, PLLC |
| 96. | 39464 | 2:19-cv-05338 | Angulo, Isreal | Trammell P.C. | Trammell PC |
| 97. | 39532 | 2:19-cv-08864 | Dejuanini, Irene | Trammell P.C. | Trammell PC |
| 98. | 39580 | 2:19-cv-06668 | Gutowski, Charles | Trammell P.C. | Trammell PC |
| 99. | 39621 | 2:19-cv-07365 | Kazenmayer, Charles | Trammell P.C. | Trammell PC |
| 100. | 39694 | 2:19-cv-06675 | Morgan, Maxine | Trammell P.C. | Trammell PC |
| 101. | 40393 | 2:19-cv-07644 | Pierce, Betty | Trammell P.C. | Trammell PC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 102. | 39780 | 2:19-cv-08716 | Thomas, Gary | Trammell P.C. | Trammell PC |
| 103. | 1541 | 2:15-cv-05661 | Faye, Edward | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 104. | 18656 | 2:16-cv-17759 | Morgan, Ted | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 105. | 13168 | 2:16-cv-09659 | Ramich, Mike | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 106. | 20513 | 2:17-cv-01193 | Gallay, Shirley | Wexler Wallace LLP | Wexler Wallace LLP |
| 107. | 39873 | 2:19-cv-07375 | Sieling, Scott | Wexler Wallace LLP | Wexler Wallace LLP |
| 108. | 20550 | 2:17-cv-04066 | Fabina, John | Wilshire Law Firm | Wilshire Law Firm |
| 109. | 26730 | 2:18-cv-06920 | Weaver, Kathy A. | Wilshire Law Firm | Wilshire Law Firm |
| 110. | 7963 | 2:16-cv-00135 | Gastall, William | Wormington & Bollinger | Wormington & Bollinger |