**EXHIBIT A**

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 1. | 9342 | 2:16-cv-13036 | Downing, James | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 2. | 14321 | 2:16-cv-13209 | Dukic, Lilijana | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 3. | 13261 | 2:16-cv-10346 | Estevez, Olivia | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 4. | 2423 | 2:16-cv-07022 | Lucas, Nicole | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 5. | 14139 | 2:16-cv-12905 | Rowley, William | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 6. | 2157 | 2:16-cv-06747 | Slater, Gregory | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 7. | 33344 | 2:19-cv-09388 | Evans-Jordan, Winfred | Avram Blair & Associates, PC | Avram Blair & Associates, P.C. |
| 8. | 12075 | 2:16-cv-05446 | Stolburg, Mary Ann | Bachus & Schanker, LLC | Bachus & Schanker, LLC |
| 9. | 7466 | 2:16-cv-00101 | Kirk, Nancy | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 10. | 15671 | 2:18-cv-03093 | Means, Jacqueline | Kirkendall Dwyer LLP | The Benton Law Firm |
| 11. | 9039 | 2:16-cv-03560 | Veal, Aneesah N. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 12. | 40634 | 2:17-cv-08049 | Thomas, Dorothy | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 13. | 3068 | 2:15-cv-03414 | Ostrander, Carolyn | Niemeyer, Grebel & Kruse LLC; Flint & Associates, LLC; Brown and Crouppen, PC | Flint Law Firm, LLC |
| 14. | 41979 | 2:16-cv-17148 | Pol, Gino J., Jr. | The Driscoll Firm, PC | The Driscoll Firm |
| 15. | 2106 | 2:15-cv-02932 | Barnes, Ralph | The Mulligan Law Firm | The Mulligan Law Firm |
| 16. | 2385 | 2:16-cv-03336 | Francis, Joseph | The Mulligan Law Firm | The Mulligan Law Firm |
| 17. | 15044 | 2:16-cv-14547 | Glenn, Willard | The Mulligan Law Firm | The Mulligan Law Firm |
| 18. | 38833 | 2:19-cv-03152 | McLaughlin, Dorothy | The Mulligan Law Firm | The Mulligan Law Firm |
| 19. | 9340 | 2:16-cv-12911 | Stocker, Charles | The Mulligan Law Firm | The Mulligan Law Firm |