**EXHIBIT B**

| No. | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Primary Law Firm Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 1. | 31957 | 2:19-cv-07267 | Cardinal, Betty | Dalimonte Rueb LLP | Dalimonte Rueb LLP |
| 2. | 30116 | 2:19-cv-04482 | McMichael, Joseph | Fears Nachawati, PLLC | Fears | Nachawati |
| 3. | 32907 | 2:19-cv-06564 | Cain, Vivian L. | Guajardo & Marks, LLP | Guajardo & Marks, LLP |
| 4. | 12478 | 2:17-cv-09824 | Motill, Ronald | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC |
| 5. | 9544 | 2:16-cv-02309 | Coe, Thomas M. | Johnson Becker, PLLC | Johnson Becker |
| 6. | 41182 | 2:19-cv-06339 | Garnes, Calvin | McDonald Worley, PC | McDonald Worley |
| 7. | 3173 | 2:15-cv-03095 | Croall, Yvonne | Seeger Weiss LLP | Seeger Weiss LLP |
| 8. | 16002 | 2:16-cv-17149 | Bruckner, Paul | The Driscoll Firm, PC | The Driscoll Firm |
| 9. | 6647 | 2:15-cv-06434 | Hamm, Tammy | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC |