UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**Carol Meadows**<br>Civil Action No. 2:16-cv-11982 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Carol Meadows in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**THE DRISCOLL FIRM, P.C.**

By: /s/ Christopher J. Quinn

Christopher J. Quinn
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Telephone: (314) 932-3232
chris@thedriscollfirm.com

Attorneys for Plaintiff
Dated:  September 30, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC,  Janssen Ortho LLC, and Johnson & Johnson
Dated: September 30, 2019

-2-

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
  Andrew K. Solow
  250 West 55th Street
  New York, New York 10019-9710
  Telephone: (212) 836-8000
  Facsimile: (212) 836-8689
  William Hoffman
  601 Massachusetts Ave., NW
  Washington, D.C. 20001
  Telephone: (202) 942-5000
  Facsimile: (202) 942-5999
  andrew.solow@arnoldporter.com
  william.hoffman@arnoldporter.com

  Attorneys for Defendants Bayer HealthCare
  Pharmaceuticals Inc., and Bayer Pharma AG
  Dated: September 30, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
  Kim E. Moore
  400 Poydras St., Ste, 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  kmoore@irwinllc.com

  Liaison Counsel for Defendants
  Dated: September 30, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*