UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THOMAS J. WEIR, as Executor of the Estate of CHRISTINE A. WEIR<br>Civil Action No. 2:17-cv-02886 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 16806;

**IT IS HEREBY ORDERED** that Mr. David Covey is withdrawn as counsel of record for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson.

**IT IS FURTHER ORDERED** that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson.

New Orleans, Louisiana, on this 2nd day of October, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE