# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**CLIFFORD KOCH, as Power of Attorney for MARY ANN KOCH**<br>**Civil Action No. 2:18-cv-09417** | **MDL 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 16807;

**IT IS HEREBY ORDERED** that Mr. David Covey is withdrawn as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson.

**IT IS FURTHER ORDERED** that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson.

New Orleans, Louisiana, on this 2nd day of October, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE