UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHIRLEY BOYNTON and JAMES BOYNTON<br>Civil Action No. 2:14-cv-02863<br><br>ANTHONY CABRAL and CAROL CABRAL<br>Civil Action No. 2:15-cv-00339<br><br>THEODORE CLABEAUX and ELAINE CLABEAUX<br>Civil Action No. 2:15-cv-00340<br><br>BARBARA DONAHUE and ROBERT DONAHUE<br>Civil Action No. 2:15-cv-00338<br><br>JEANNE JEFFCOAT<br>Civil Action No. 2:14-cv-02861<br><br>PATSY SKIPWORTH<br>Civil Action No. 2:14-cv-02999<br><br>CAROLYN USELTON<br>Civil Action No. 2:14-cv-02864 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 16809;

**IT IS HEREBY ORDERED** that Mr. David Covey is withdrawn as counsel of record for Defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

New Orleans, Louisiana, on this 2nd day of October, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE