UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| Janice Hickman : | |
| Civil Action No. 2:17-cv-02003 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S
MOTION TO BE EXCUSED FROM OCTOBER 7, 2019 HEARING**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") submit this joint response to Plaintiff's Motion requesting to be excused from the October 7, 2019, hearing or alternatively, for additional time to comply with Case Management Order No. 12A ("CMO 12A") based on Plaintiff's counsel's inability to locate next-of-kin and substitute an appropriate successor in interest. (Rec. Doc. 15799).

The fact remains that the Plaintiff has not complied with the requirements of CMO 12A. The appropriate remedy is dismissal with prejudice.

The inability to locate a successor to continue a deceased plaintiff's case is precisely the type of situation that CMO 12A was designed to address. Plaintiff passed away almost five months ago, on May 5, 2019. This has been significantly more than the time allotted by Fed. R. Civ. P. 25 to substitute a proper plaintiff, and the motion fails to provide any facts which excuse the delay other than to say no successor has yet been found. The Court needs to know how many plaintiffs

desire to continue to litigate rather than settle their claims in order to chart the future course of this litigation. Continued delay without good cause interferes with the Court's ability to effectively manage the litigation and prejudices the Defendants and the overwhelming number of Plaintiffs who have elected to settle.

Defendants also oppose Plaintiff's request for additional time to comply with CMO 12A. The plaintiffs in this litigation have already been given additional time to comply. Plaintiff has had months to complete the enrollment forms or dismiss her case. Compliance with CMO 12A is relatively simple: an MDL plaintiff must either (a) sign a Notice of Intent to Proceed if the plaintiff prefers to litigate his/her action rather than participate in the settlement or was not eligible for the settlement; (b) sign an Enrollment Form evincing participation in the settlement; or (c) authorize his/her counsel to dismiss the action with prejudice if the plaintiff chooses neither to litigate nor to participate in the settlement.

Under Case Management Order No. 12B, Plaintiff has "abandoned [her] claims" by failing to comply with CMO 12A. CMO 12A provides that "[f]ailure to comply with the terms of this Order will subject the Plaintiff's case to dismissal with prejudice pending an Order to Show Cause Hearing." Defendants respectfully request that Plaintiff's Motion to be excused or for additional time be denied. Plaintiff's case should be dismissed with prejudice for failure to comply with CMO 12A.

Respectfully submitted this the 3rd day of October, 2019.

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Janssen Research &
    Development, LLC, Janssen Ortho LLC, and
    Johnson & Johnson
    Dated: October 3, 2019


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc. and Bayer Pharma AG
    Dated: October 3, 2019

**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde
    John F. Olinde (LA Bar #1515)
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
    Dated: October 3, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: October 3, 2019

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                            /s/ John F. Olinde