UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

VERNON RAY
Civil Action No.: 2:16-cv-03346

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**MARTIN & JONES, PLLC**

By: */s/ Carrie R. Guest*
Carrie R. Guest
4140 Parklake Ave., Suite 400
Raleigh, NC 27612
Telephone: (919) 821-0005
Email: crg@m-j.com

Dated: October 3, 2019

**Attorneys for Plaintiffs**

**DRINKER, BIDDLE & REATH, LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Email: susan.sharko@dbr.com

Dated: October 3, 2019

**Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson**

**ARNOLD & PORTER KAYE SCHOLER, LLP**

By: /s/ *Andrew K. Solow*
      Andrew K. Solow
      250 West 55th Street
      New York, NY  10019-7910
      Telephone:  (212) 836-8485
      Facsimile:  (212) 942-5999
      Email:  andrew.solow@arnoldporter.com

      William Hoffman
      601 Massachusetts Avenue, NW
      Washington, DC  20001
      Telephone:  (202) 942-5000
      Facsimile:  (202) 942-5999
      Email:  william.hoffman@arnoldporter.com

      Dated:  October 3, 2019

      **Attorneys for Defendants Bayer HealthCare**
      **Pharmaceuticals, Inc., and Bayer Pharma AG**


**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By: /s/ *Kim E. Moore*
      Kim E. Moore
      400 Poydras Street, Suite 2700
      New Orleans, LA 70130
      Telephone:  (504) 310-2100
      Email:  kmoore@irwinllc.com

      Dated:  October 3, 2019

      **Liaison Counsel for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Carrie R. Guest*