UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| CATHERINE KNUTH, on behalf of the Estate of MARILYN DENT<br>Civil Action No. 2:16-cv-03389 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Catherine Knuth, on behalf of the Estate of Marilyn Dent, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on October 2, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.  This Order was amended on October 2, 2019.

2. On September 19, 2019, after the initial Order to Show Cause, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.  At that time, a response to the Order to Show Cause was filed demonstrating that Plaintiff has now enrolled in the settlement program (Docket Entry 15842).

3. Nonetheless, Plaintiff remains on the Order to Show Cause.

1

4. Attached as Exhibit A is a communication from Ms. Knuth, estate representative, who is disabled and therefore unable to travel due to her condition. In addition, it demonstrates extenuating circumstances as to why this case should be allowed to proceed in the settlement program.

    WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and disabled and unable to travel, Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, the case be entered into the settlement program and that this Plaintiff's case not be dismissed.

Respectfully submitted,

**BURNETT LAW FIRM**

*s/ Riley Burnett, Jr.*
**Riley L. Burnett , Jr.**
Burnett Law Firm
3737 Buffalo Speedway, Ste. 1850
Houston, TX 77098
Tel: 832-413-4410
Fax: 832-900-2120
Email: rburnett@rburnettlaw.com
*ATTORNEY FOR PLAINTIFFS*

Dated: October 3, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: s/ Karen H. Beyea-Schroeder