To whom it may concern,

I am writing in regards to my lawsuit against the xeralto company. I am a disabled person and my son was helping me with this process. He unfortunately is an alcoholic and severe drug addict. He was in recovery when we started this process. He unfortunately relapsed around two years ago. I unfortunately was not aware of certain paperwork that needed to be completed. Family and friends had to come in on an emergency and pack up all my stuff to move to Kansas City to live with my daughter due to my son's behavior. My life had been threatened and you can confirm this with the Jefferson City police department and the Missouri department of health and human services. I am praying you can make an exception to my circumstances and allow me to continue in the class action lawsuit. I am unable to travel due to financial and physical hardships.

Thank you for your consideration,

*Catherine E. Knuth   9-13-19*