UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| James Bradley : Civil Action No. 2:19-cv-09026 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**DEFENDANTS' JOINT REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") submit this joint reply to Plaintiff's response to order to sow cause regarding plaintiffs who have failed to comply with Case Management Order 12A in the above-referenced case because counsel has lost contact with the Plaintiff. (Rec. Doc. 15719).

The fact remains that the Plaintiff has not complied with the requirements of CMO 12A. The appropriate remedy is dismissal with prejudice.

The inability of counsel to locate the plaintiff is precisely the situation that CMO 12A was designed to address. Plaintiff has an obligation to advise his counsel of changes in his contact information, and the response fails to provide any facts which excuse the delay other than to say the plaintiff has not been found. The Court needs to know how many plaintiffs desire to continue to litigate rather than settle their claims in order to chart the future course of this litigation. Continued delay without good cause interferes with the Court's ability to effectively manage the

litigation and prejudices the Defendants and the overwhelming number of Plaintiffs who have elected to settle.

Defendants also oppose any additional time to comply with CMO 12A. The plaintiffs in this litigation have already been given additional time to comply. Plaintiff has had months to complete the enrollment forms or dismiss his case. Compliance with CMO 12A is relatively simple: an MDL plaintiff must either (a) sign a Notice of Intent to Proceed if the plaintiff prefers to litigate his/her action rather than participate in the settlement or was not eligible for the settlement; (b) sign an Enrollment Form evincing participation in the settlement; or (c) authorize his/her counsel to dismiss the action with prejudice if the plaintiff chooses neither to litigate nor to participate in the settlement.

Under Case Management Order No. 12B, Plaintiff has "abandoned [his] claims" by failing to comply with CMO 12A. CMO 12A provides that "[f]ailure to comply with the terms of this Order will subject the Plaintiff's case to dismissal with prejudice pending an Order to Show Cause Hearing." Indeed, Plaintiff's counsel acknowledges that he anticipates dismissal. Defendants respectfully ask that Plaintiff's request to be excused or for additional time be denied. Plaintiff's case should be dismissed with prejudice for failure to comply with CMO 12A.

Respectfully submitted this the 3rd day of October, 2019.

                                      **DRINKER BIDDLE & REATH LLP**

                                      By: /s/Susan M. Sharko
                                          Susan M. Sharko
                                          600 Campus Dr.
                                          Florham Park, NJ 07932
                                          Telephone: (973) 549-7000
                                          susan.sharko@dbr.com

        Attorneys for Defendants Janssen
        Pharmaceuticals, Inc., Janssen Research &
        Development, LLC, Janssen Ortho LLC, and
        Johnson & Johnson
        Dated: October 3, 2019


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc. and Bayer Pharma AG
    Dated: October 3, 2019


**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde
    John F. Olinde (LA Bar #1515)
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc. and Bayer Pharma AG
    Dated: October 3, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: October 3, 2019

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ John F. Olinde