UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2592 ) ) ) ) SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) |
| VEOLA MCCRAY<br>Civil Action No. 2:15-cv-06177 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Veola McCray, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 19, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal. At that time, we filed a Response to the Order indicating that Plaintiff is now enrolled in the settlement and the Order to Show Cause Should be Dismissed as to Ms. McCray.

3. Nonetheless, Ms. McCray remains on a show cause order.

1

4. In communications with Mr. McCray, the plaintiff's husband, we respectfully request that Ms. McCray be enrolled in the settlement and not be required to attend Court this upcoming Monday for the following reasons:

    a.    Ms. McCray had a stroke in May 2019;

    b.    Ms. McCray was hospitalized for the stroke and then to rehabilitation for several months. During this time she was unable to take care of her mail and was not residing at her home to receive calls or mails because she was in rehabilitation.

    c.    Ms. McCray missed the settlement deadlines due to the care and treatment she needed after her stroke in order to get her home. Ms. McCray is still not fully ambulatory and is currently homebound recovering from the stroke. When her husband is not at home, a nurse comes to the home to assist with Ms. McCray's care. She is unable to travel to Court.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, Ms. McCray be enrolled in the settlement program due to the exceptional circumstances, and that this Plaintiff's case not be dismissed.

    Respectfully submitted,

    **BURNETT LAW FIRM**

    *s/ Riley Burnett, Jr.*
    **Riley L. Burnett , Jr.**
    Burnett Law Firm
    3737 Buffalo Speedway, Ste. 1850
    Houston, TX 77098
    Tel: 832-413-4410
    Fax: 832-900-2120
    Email: rburnett@rburnettlaw.com
    *ATTORNEY FOR PLAINTIFFS*

Dated: October 3, 2019

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        By: s/ Karen H. Beyea-Schroeder