## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISISANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) |
| **PRODUCTS LIABILITY LITIGATION** | ) **MDL No. 2592** |
| | ) |
| | ) |
| _____ | ) |
| THIS DOCUMENT RELATES TO: | |
| | **SECTION L** |
| **PHYLLIS GIGL** | ) |
| Civil Action No.: 2:18-cv-08599 | ) |
| | )**JUDGE ELDON E. FALLON** |
| | ) |
| | ) |
| | )**MAGISTRATE JUDGE NORTH** |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

Pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be

dismissed with prejudice against all Defendants in this action, each party to bear its own fees and

costs.

**BURKE HARVEY, LLC**
By: /s/ W. Todd Harvey_____
W. Todd Harvey
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone: (205) 930-9091
wtharvey@crumleyroberts.com

Dated: October 3, 2019

**CRUMLEY ROBERTS, LLP**
By: /s/Brian L. Kinsley_____
Brian L. Kinsley
2400 Freeman Mill Road
Greensboro, NC 27406
Telephone: (336) 333-9899
blkinsley@crumleyroberts.com

Attorneys For Plaintiff
Date: October 3, 2019

**DRINKER RIDDLE & REATH LLP**
By: /s/Susan M. Sharko_____
Susan M. Sharko
6000 Campus Drive
Florham, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson,
Janssen Research & Development, LLC, and
Janssen Ortho LLC
Dated: _____

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow_____
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: _____

**IRWIN FRITCHIE URQUART & MOORE LLC**
By: /s/Kim E. Moore
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100

Liaison Counsel for Defendants
Dated: _____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  October 3rd_____, 2019, the following pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey_____