UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Carmen Bonell Civil Action No. 2:15-cv-05196 | | |

**DEFENDANTS' JOINT REPLY TO PLAINTIFF'S
RESPONSE TO ORDER TO SHOW CAUSE**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") submit this joint reply to Plaintiff's response to order to show cause in the above-referenced case asking the Court to excuse Plaintiff's personal attendance because counsel filed a motion to withdraw as counsel of record. (Rec. Doc. 15724).

On September 24, 2019, the Court denied counsel's motion to withdraw. (Rec. Doc. 16307). The fact remains that the Plaintiff has not complied with the requirements of CMO 12A. The appropriate remedy is dismissal with prejudice.

Plaintiff's counsel sought to withdraw because he has lost contact with the Plaintiff. The inability of counsel to locate the plaintiff is precisely the situation that CMO 12A was designed to address. Plaintiff has an obligation to advise her counsel of changes in her contact information, and the response fails to provide any facts which excuse the delay other than to say the plaintiff has not been found. The Court needs to know how many plaintiffs desire to continue to litigate rather than settle their claims in order to chart the future course of this litigation. Continued delay

without good cause interferes with the Court's ability to effectively manage the litigation and prejudices the Defendants and the overwhelming number of Plaintiffs who have elected to settle.

Defendants also oppose any additional time to comply with CMO 12A. The plaintiffs in this litigation have already been given additional time to comply. Plaintiff has had months to complete the enrollment forms or dismiss her case. Compliance with CMO 12A is relatively simple: an MDL plaintiff must either (a) sign a Notice of Intent to Proceed if the plaintiff prefers to litigate his/her action rather than participate in the settlement or was not eligible for the settlement; (b) sign an Enrollment Form evincing participation in the settlement; or (c) authorize his/her counsel to dismiss the action with prejudice if the plaintiff chooses neither to litigate nor to participate in the settlement.

Under Case Management Order No. 12B, Plaintiff has "abandoned [her] claims" by failing to comply with CMO 12A. CMO 12A provides that "[f]ailure to comply with the terms of this Order will subject the Plaintiff's case to dismissal with prejudice pending an Order to Show Cause Hearing." Defendants respectfully ask that Plaintiff's request to be excused or for additional time be denied. Plaintiff's case should be dismissed with prejudice for failure to comply with CMO 12A.

Respectfully submitted this the 3rd day of October, 2019.

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

>Attorneys for Defendants Janssen
>Pharmaceuticals, Inc., Janssen Research &
>Development, LLC, Janssen Ortho LLC, and
>Johnson & Johnson
>Dated: October 3, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
>Andrew K. Solow
>250 West 55th Street
>New York, New York 10019-9710
>Telephone: (212) 836-8000
>Facsimile: (212) 836-8689
>William Hoffman
>601 Massachusetts Ave., NW
>Washington, D.C. 20001
>Telephone: (202) 942-5000
>Facsimile: (202) 942-5999
>andrew.solow@arnoldporter.com
>william.hoffman@arnoldporter.com
>
>Attorneys for Defendants Bayer HealthCare
>Pharmaceuticals Inc., and Bayer Pharma AG
>Dated: October 3, 2019

**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde
>John F. Olinde (LA Bar #1515)
>1100 Poydras Street
>Suite 2300
>New Orleans, LA 70163
>Telephone: (504) 585-7241
>Facsimile: (504) 544-6084
>olinde@chaffe.com
>
>Attorneys for Defendants Bayer HealthCare
>Pharmaceuticals Inc. and Bayer Pharma AG
>Dated: October 3, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: October 3, 2019

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ John F. Olinde