UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBIN STACY<br>Civil Action No. 2:18-cv-06537 | MDL NO. 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE: MICHAEL NORTH |

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Robin Stacy, by and through her undersigned Counsel of record, and respectfully submits this response to the First Supplemental Order to Show Cause filed on October 2, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned case, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On October 2, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality Portal.

3. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and this Plaintiff's case not be dismissed.

Dated: October 3, 2019

                                        WEXLER WALLACE LLP

                                        /s/ Edward A. Wallace
                                        Edward A. Wallace, Esq.
                                        Wexler Wallace LLP
                                        55 W. Monroe St., Ste 3300
                                        Chicago, IL 60603
                                        T: (312) 346-2222
                                        F: (312) 346-0022

                                        ***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBIN STACY<br>Civil Action No. 2:18-cv-06537 | MDL NO. 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE: MICHAEL NORTH |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's October 2, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on October 3, 2019.

        Respectfully Submitted

        WEXLER WALLACE LLP

        /s/ Edward A. Wallace_____
        Edward A. Wallace, Esq.
        Wexler Wallace LLP
        55 W. Monroe St., Ste 3300
        Chicago, IL 60603
        T: (312) 346-2222
        F: (312) 346-0022

        *Attorney for Plaintiff*