EXHIBIT D-1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO:<br>Mollie Arriola<br>Civil Action No. 2:18-CV-04116 | SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **GOZA & HONNOLD, LLC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s Bradley D. Honnold | By: /s/Susan M. Sharko |
| Bradley D. Honnold | |
| 9500 Nall Ave. Suite 400 | |
| Overland Park, KS 66207 | |
| Telephone: (913) 451-3433 | Susan M. Sharko |
| bhonnold@gohonlaw.com. | 600 Campus Dr. |
| | Florham Park, NJ 07932 |
| Attorneys for Plaintiffs | Telephone: (973) 549-7000 |
| | susan.sharko@dbr.com |
| Dated:  October 3 , 2019 | |
| | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC |
| | |
| | Dated:   October 3 , 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow

Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated:  October 3  , 2019

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
Kim E. Moore

00583595-1

400 Poydras St., Ste, 2700
New Orleans, LA 70130  Telephone:
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated:  October 3, 2019

EXHIBIT D-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  October 3 , 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Bradley D. Honnold
/s/

00583595-1