EXHIBIT D-1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: ANTHONY WILLIAMS Civil Action No. 2:15-CV-01974 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice against all Defendants in this action, each party to bear its own fees and costs.

00576719-1

**GOZA & HONNOLD, LLC**

By: /s Bradley D. Honnold

Bradley D. Honnold

9500 Nall Ave. Suite 400

Overland Park, KS 66207

Telephone:  (913) 451-3433

bhonnold@gohonlaw.com.


Attorneys for Plaintiffs


Dated:   October 3   , 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko



Susan M. Sharko

600 Campus Dr.

Florham Park, NJ 07932

Telephone: (973) 549-7000

susan.sharko@dbr.com


Attorneys for Defendants Janssen

Pharmaceuticals, Inc., Johnson & Johnson,

Janssen Research & Development, LLC, and

Janssen Ortho LLC


Dated:   October 3      , 2019


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow

Andrew K. Solow

250 West 55th Street

New York, New York 10019-9710

Telephone: (212) 836-8000

Facsimile: (212) 836-8689

William Hoffman

601 Massachusetts Ave., NW

Washington, D.C. 20001

Telephone: (202) 942-5000

Facsimile: (202) 942-5999

andrew.solow@arnoldporter.com

william.hoffman@arnoldporter.com


Attorneys for Defendants Bayer HealthCare

Pharmaceuticals Inc., and Bayer Pharma AG


Dated: _____, 2019


**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore

Kim E. Moore

00576719-1

400 Poydras St., Ste, 2700
New Orleans, LA 70130  Telephone:
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated:  __October 3_____, 2019

-2-

EXHIBIT D-1

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on __, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.