UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>RESPONSE TO FIRST SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC. 16218 REGARDING CMO 12A NON-COMPLIANCE [ORIGINALLY LISTED PLAINTIFFS] |

**THIS DOCUMENT RELATES TO:**

*Debbie Ford v. Janssen Research & Development LLC, et al; No. 2:17-cv-08764*

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the First Supplemental Order Regarding October 7, 2019 Show Cause Hearing Scheduled in Rec. Doc. 16218 Regarding CMO 12A Non-Compliance [Originally Listed Plaintiffs] (Rec. Doc. 16868) entered by the Court on October 2, 2019.

I.

This Court has entered an Order to Show Cause for Plaintiffs who have not complied with CMO 12A requiring Plaintiffs to show cause why their cases should not be dismissed with prejudice for failing to comply with this Court's Order.

1

Counsel for Plaintiff would show that after an extended period of attempts to communicate with Plaintiff and either timely enroll her in the Settlement Program or comply with this Court's Orders, counsel has been unsuccessful in getting Ms. Ford to do either.

On September 30, 2019, counsel for Plaintiff emailed an urgent letter to Plaintiff again notifying her of her obligation to appear before the Court at the show cause hearing, this time on October 7, 2019, and inquired as to whether or not she intended to appear.

Counsel further advised that if she did not respond in the affirmative to confirm that she would be attending the hearing by Wednesday, October 2, 2019, counsel would proceed with the filing of a dismissal of her claim, with prejudice, so that she would not risk being held in contempt of court and face possible sanctions for failing to appear.

Being that Ms. Ford did not respond to Plaintiff's counsel and confirm her intent to appear before the Court, counsel proceeded with the filing of a Stipulation of Dismissal on October 3, 2019. (Rec. Doc.17055).

Therefore, since this matter is now dismissed, appearance at the Court's show cause hearing on October 7, 2019 is moot and counsel respectfully requests that he be excused from attendance and appearing on behalf of Plaintiff at the show cause hearing.

WHEREFORE, PREMISES CONSIDERED, Counsel for Plaintiff respectfully requests that the Court take notice of the Stipulation of Dismissal filed on October 3, 2019 and since this matter has now been dismissed, that counsel for Plaintiff be excused from appearing on behalf of Plaintiff at the Show Cause hearing on October 7, 2019.

Dated: October 3, 2019.

Respectfully submitted,

s/ Michael T. Gallagher
MICHAEL T. GALLAGHER
 (Texas Bar #07586000)
THE GALLAGHER LAW FIRM LLP
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile (713) 222-0066
mike@gld-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Response has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/ Michael T. Gallagher
Michael T. Gallagher