UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Charles Baumgardner
Case No. 2:16-cv-00495

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING
PLAINTIFFS WHO HAVE NOT COMPLIED WITH CMO 12A**

COMES NOW, Plaintiff, by and through undersigned Counsel, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019, and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. Undersigned counsel was initially unable to contact Plaintiff or any next of kin, despite numerous attempts by undersigned counsel and a private investigator. On September 25, 2019, undersigned counsel was informed by Plaintiff's daughter, Cynthia Wong, that she would act as Plaintiff's representative claimant for this matter in the Xarelto Settlement Program, as Plaintiff had died during the pendency of his case.

3. On October 2, 2019, Ms. Wong returned the enrollment package and undersigned counsel submitted an executed Enrollment Election Form, Release, Release Addendum for Deceased Claimants, and Sworn Declaration for Deceased Xarelto Product User with No Last Will and

Testament via the MDL Centrality portal indicating her intent to enroll in the Xarelto Settlement Program on behalf of Plaintiff.

WHEREFORE, Plaintiff is now in compliance with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Ms. Wong's attendance at the Show Cause Hearing be excused, and that Plaintiff's case not be dismissed. Undersigned counsel will personally attend the Show Cause Hearing.

Respectfully submitted,

By: __/s/ Daniel J. Carr__
Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER WOLF CARR & KANE
201 St. Charles Avenue, Suite 4314
New Orleans, Louisiana  70170
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@pwcklegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Email: michael@mblynchfirm.com
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

__/s/ Daniel J. Carr__