UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Ruby Smith v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-00053 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**PLAINTIFF'S MOTION FOR REINSTATEMENT OF CASE**

COMES NOW, undersigned counsel for the estate of Plaintiff Ruby Smith, and moves this Court for an order reinstating Plaintiff's case on the docket, and in support states as follows:

1. On September 10th, 2019, this Court entered an Order to Show Cause, document no. 15416, addressing cases who have failed to comply with Case Management Order 12A.

2. The case of Plaintiff Ruby Smith, no. 2.16-cv-00053, was listed.

3. On 6/20/19, Counsel sent the Xarelto Release to claimant via federal express.

4. Counsel attempted contact with Ms. Smith thereafter multiple times via phone call, regular mail and Federal Express regarding the settlement.

5. On 8/14/2019, Counsel learned that the Claimant had passed away in Texas.

6. Counsel learned through the online obituary that claimant had three children, one of whom was still living, Diane Anderson.

7. Counsel's detective located contact information for a step child of Ruby Smith, who, on 8/14/2019, agreed to help try and locate Ruby Smith's daughter, Diane Anderson.

8. Thereafter, counsel received a call from Diane Anderson, who provided a Texas

street address, identified her daughter Jamie Faye Anderson as another potential beneficiary, and asked to be sent the settlement documents to review.

9. Ms. Anderson was informed of the Texas deduction, and of the strict 9/4/2019 deadline to return the settlement documents.

10. Ms. Anderson indicated she would contact counsel if she was interested in entering the settlement.

11. Counsel sent Release documents on August 19, 2019 to Diane Anderson and to Jamie Faye Anderson. Thereafter, Counsel had no further contact with the Ms. Anderson, despite multiple phone calls and letters.

12. The phone number provided by Ms. Anderson does not have a voice mail set up.

13. On September 12, 2019, due to lack of contact and presumed non-interest in the settlement, Counsel sent a notice to Ms. Anderson via Regular Mail and Federal Express (Exhibit 1), notifying her that the case will be dismissed if she did not contact the firm immediately.

14. On September 19, 2019, having had no contact from Ms. Anderson, Counsel filed a Stipulation to Dismiss (Exhibit 2), and sent a copy of the filed Stipulation to the address of Diane Anderson and Jamie Faye Anderson.

15. On October 1, 2019, Counsel was surprised to receive the executed settlement documents from Diane Anderson and from her daughter Jamie Faye Anderson, as stated executor of the Last Will and Testament of Ruby Smith, via Federal Express. A copy of the will was not provided to Counsel.

16. Although Counsel has been unable to contact the proposed representative by telephone to communicate the current status of the case, the intent of the next of kin of Plaintiff

decedent Ruby Smith to enter the settlement is clearly demonstrated by the execution of the settlement papers.

17. Since Counsel stipulated to dismiss the claim of the estate of Plaintiff Decedent Ruby Smith in error, Counsel moves this court to reinstate the case. Counsel's error should not prejudice the estate of Ruby Smith and the interests of her survivors.

18. Counsel notified defense counsel of her intention to file this motion yesterday and requested permission to style the motion as unopposed but having received no response to the request, and mindful of the time pressure, Counsel is filing the motion without having had an opportunity to meet and confer with defense counsel.

> WHEREFORE, the estate of Plaintiff decedent Ruby Smith respectfully requests that her case be reinstated, so that her executor and proposed representative Ms. Jamie Faye Anderson be allowed to enter the settlement on her behalf.

**THE LANIER LAW FIRM**
By: */s/Catherine T. Heacox*
Catherine T. Heacox
126 E. 56th Street, Fl. 6
New York, NY 10022
Telephone: (212) 421-2800
CTH@Lanierlawfirm.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*s/Catherine T. Heacox*