# EXHIBIT 1



**The Lanier Law Firm**

*A Professional Corporation*

**HOUSTON**
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
(713) 659-5200
Fax (713) 659-2204

**LOS ANGELES**
The Lanier Law Firm, PC
21550 Oxnard Street
3rd Floor
Woodland Hills, CA 91367
(310) 277-5100
Fax (310) 277-5103

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800
Fax (212) 421-2878

**OKLAHOMA CITY**
The Lanier Law Firm, PC
431 W. Main, Suite D
Oklahoma City, OK 73102
(405) 243-5506
Fax (405) 698-2770

September 12, 2019

**VIA REGULAR MAIL & FEDEX**

Ruby Smith
c/o Jamie Anderson
1205 Vine Street
Brownwood, TX 76801

Re:  **Urgent: Your Xarelto-Related Claim**

Dear Ms. Anderson,

  The Court established three important deadlines in your case following the announcement of the Xarelto Settlement Program.  These include:

- **August 5, 2019** – Settlement Enrollment Deadline
- **August 19, 2019** – Notice of Intent Deadline
- **September 4, 2019** – Enrollment Extension Deadline

  All these deadlines have now passed. Despite our firm's numerous attempts to contact you and obtain these documents from you, you have failed to comply with the Court's deadlines. The Court has now entered an order (Case Management Order 12B) that requires you and me to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice after failing to comply with the Court's prior orders.  The court hearing is set for September 25, 2019, and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, Louisiana 70130.

  To protect you from potentially being held in contempt of Court and facing possible sanctions for failing to comply with Court orders and deadlines and for failing to appear in Court, we **will** file a stipulation of dismissal with prejudice in your case on September 18, 2019, **unless we receive written notice** otherwise from you on or before September 17, 2019.  This means that your Xarelto case will be permanently dismissed, and you will not be able to file a lawsuit in the future based on the same injuries.

Very truly yours,

*Cat T. H.*

Catherine Heacox
New York Office