# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>*Ruby Smith v. Janssen Research & Development, et al.*; **Civil Case No.: 2:16-cv-00053** | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

## ORDER

This matter comes before the Court on Plaintiff's Ex Parte Motion for Reinstatement of Case. The Court having reviewed the same and being sufficiently advised:

It is hereby Ordered that Plaintiff's Motion for Reinstatement of Case is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2019.

Signed: _____
Hon. Eldon E. Fallon