IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Michael Morgan v. Janssen Research & Development, LLC, et al.* Civil Action  2:17-cv-11607__ | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date:  October 3, 2019                  Respectfully Submitted:

                                            */s/ Tara K. King*

                                            Tara K. King MO #69171
                                            SWMW Law
                                            701 Market St. Ste. 1000
                                            St. Louis, MO 63101
                                            Telephone:   (314) 480-5180
                                            Facsimile:   (314) 932-1566
                                            Email:  tara@swmwlaw.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: October 3, 2019 /s/ Tara K. King
Tara K. King