IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Cris Piner v. Janssen Research & Development, LLC, et al.* Civil Action 2:16-cv-14077__ | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

<u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: <u>October 3, 2019</u>　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　<u>/s/ Tara K. King</u>

　　　　　　　　　　　　　　　　　　　Tara K. King MO #69171
　　　　　　　　　　　　　　　　　　　SWMW Law
　　　　　　　　　　　　　　　　　　　701 Market St. Ste. 1000
　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　Telephone: (314) 480-5180
　　　　　　　　　　　　　　　　　　　Facsimile: (314) 932-1566
　　　　　　　　　　　　　　　　　　　Email: tara@swmwlaw.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: <u>October 3, 2019</u>          <u>*/s/ Tara K. King*</u>
                       Tara K. King