IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: ) *Quintin Williamson v.* ) *Janssen Research & Development,* ) *LLC, et al.* ) Civil Action  2:16-cv-6630___ ) | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

<u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date:  <u>October 3, 2019</u>                     Respectfully Submitted:

                                                       <u>*/s/ Tara K. King*</u>

                                                       Tara K. King MO #69171
                                                       SWMW Law
                                                       701 Market St. Ste. 1000
                                                       St. Louis, MO 63101
                                                       Telephone:   (314) 480-5180
                                                       Facsimile:    (314) 932-1566
                                                       Email:  tara@swmwlaw.com
                                                       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: October 3, 2019                     /s/ Tara K. King
                                                                    Tara K. King