UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROABAN) PRODUCTS LIABILITY LITIGATION | Master File No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| TIMOTHY R. MCLEAN<br>Civil Action No. 2:15-CV-4292 | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

In filing this Stipulation of Dismissal, Plaintiff's Counsel would note that Timothy McLean has abandoned his case. Timothy McClean has moved and has failed to inform his Counsel of his whereabouts. All letters to Timothy McLean have come back undeliverable. Counsel has spent a great deal of time, effort and expense in trying to locate Timothy McLean. The last address Counsel has for Timothy McLean is in Myrtle Beach, South Carolina. Counsel has conducted internet searches, talked to family members, asked the police department to look for him, called nursing homes in the area, all to no avail. Counsel also hired a private investigator in Myrtle Beach to look for Timothy McLean, and the investigator has not been able to locate him. Counsel has made an extensive and good faith effort to locate Timothy McLean and has not been able to locate him.

| | |
|---|---|
| **HILLIARD MARTINEZ GONZALES LLP**<br>By: /s/ *T. Christopher Pinedo*<br>T. Christopher Pinedo<br>719 S. Shoreline Blvd<br>Corpus Christi, TX 78401<br>Tel: (361) 882-1612<br>cpinedo@hmglawfirm.com<br><br>Attorneys for Plaintiff<br><br>Dated: October 3, 2019 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/ Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: October 3, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/ Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Tel: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Tel: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: October 3, 2019<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/ Kim E. Moore<br>Kim E. Moore<br>400 Poydras St., Ste. 2700<br>New Orleans, LA 70130<br>Tel: (504) 310-2100<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants |

Dated: October 3, 2019

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the clerk of the court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *T. Christopher Pinedo*