UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Nandra Dorsey v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:18-cv-1434

## ORDER

      Considering Plaintiff's Response to First Supplemental Order Regarding October 7, 2019 Show Cause Hearing,

IT IS HEREBY ORDERED that Plaintiff and her representative be excused from the October 7, 2019 Show Cause Hearing.

SIGNED this the _____ day of October, 2019.

                                                       _____
                                                       ELDON E. FALLON
                                                       UNITED STATES DISTRICT JUDGE