# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> Jennifer Campbell <br><br><br><br> Civil Action No. 2:19-cv-7910 | SECTION L <br><br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above-referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below. Counsel for Plaintiff believed that the stipulation of dismissal was required to be filed when submitting the Enrollment Package for the Xarelto Settlement Program and thereafter filed the dismissal in the above-referenced case. Accordingly, Plaintiff requests that the following document be withdrawn from the Court's docket:

*Doc. No. 16299, filed September 23, 2019 Jennifer Campbell, Case No. 2:19-cv-7910.*

CARMEN D. CARUSO LAW FIRM

By: /s/ Carmen D. Caruso
#6189462
Carmen D. Caruso Law Firm
77 W. Washington St.
Suite 1900
Chicago, IL 60602
cdc@cdcaruso.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carmen D. Caruso