**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                               SECTION L

                                               JUDGE ELDON E. FALLON

                                               MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Jonnetha Coffey v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13749

<u>**ORDER**</u>

The Court is in receipt of the attached correspondence from the above-mentioned

Plaintiff. Plaintiff's individual counsel is instructed to review correspondence and take any

appropriate action.

Moreover, to the extent that Plaintiff is requesting to be excused from personal

attendance at the October 7, 2019 show cause hearing, that request is hereby **GRANTED**, with

the understanding that Plaintiff's counsel will be present at the hearing in-person. Plaintiff's

counsel is instructed to inform Plaintiff of this waiver of in-person attendance at the hearing.

New Orleans, Louisiana this 3rd day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Leonard Davis
       Herman, Herman & Katz, LLC
       820 O'Keefe Avenue
       New Orleans, LA 70113
       Email: ldavis@hhklawfirm.com

Gerald Edward Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Suite 2800
New Orleans, LA 70163
Email: gmeunier@gainsben.com

Jonnetha Coffey
6119 South York Town Avenue
Apartment 2
Tulsa, OK 74136