Urgent: To the Honorable (...) North of the U.S. District Court, Court Rm. C468

①

Your honor, I am in Tulsa OK. at 6119 So. Yorktown Ave. Tulsa OK 74136 and I want you to know that I respect you and the law highly.

My name is Jonnetha D. Coffey and I bled perfusely while usuing of Xarelto. I ruin most of my cloths and everyones car that I rode in, & all the restrant seats that I set in. I left a trail everywhere.

I have a very limited income. I get $206.00 from SSI and $585 from Social Security a sume of

$$\begin{array}{r} 585 \\ 206 \\ \hline \$791.00 \end{array}$$

a total of 791.00 and it would take almost the total amount for transportation and I wouldnt have any place to live because my rent is $609.00 a month +

$$\begin{array}{r} 791.00 \\ -609 \\ \hline 182.00 \end{array}$$

that leaves me $182. for meds, food, transportation, hygiene products but not enough to get to New Orleans, get a hotel, transportation to and from court house, meals and etc.

I would like to aske you to eccept this as my presence. You may let someone read in as a bu—propy or as if I'm there, or you can call me at 1 918 407 0459 at the or April Marie who they Singer & Goldblatt she talked to; Laura Cumimi who said "The Judge had siced my case and my award, then she later told April that it didn't even go to court and I could get $600.00. according to Laura Cumimi.

but in the papers they sent me it said it was a settlement and I would have to pay $1000.00 to even apply, to get anything out. When they talked to April whose # 15102876463 she's at work on CA time so be aware of that. I gave her permission to try and help me. They told her that the case didn't even go to court but was placed in a settlement from the beginning.

I Jonnetha Coffey Aware that Atty. Singer never told me that he was going to New Orleans to Represent me Nor did he offer to pay my expensive or my for transportation, hotel, food, and transportation to New Orleans and getting back and fourth to the court houses and hotel as well as food and any emergency that might occur or court expenses.

Oh, I was also told later by Jeff Springer that I might get $1000000 as my award but the papers that he wanted me to sign said I'd have to pay $1000.00 just for an application and it would enter me into the settlement when he told me later that I was the only case picked out of $30,000.00 while how could there be a settlement if I was the only person the Honorable Judge North picked out of $30,000.

You can call me I'll try to keep my phone charged + clear

③

I will transfer over on Oct. 7 if you call me.

April my sister will be at work and you may have to leave her a message for her to call back.

Atty. Springer had no intention it seem of awarding me what you had given him but he took the award and took it upon himself to take what you had awarded me and put it in an annuity without your or my permission and was going to charge me $1000.00 for an application to get it and it appeared that there would only two times in my remaining life that I could apply for it and they clearly pointed out that if I died my family wouldn't get what was left implying that, that would be their money.

Thank you, your honor and this is the truth I swore to the best of my ability and understanding of the law.

Again my # 918 407 0459 / My Moms # who has
April's # 510 287 6463 / been my transportation in town
Signature: 918-B98 6059 she
X Jannetta Coffey        Sept 27 2019
Signature X Jannetta Coffey

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Oklahoma_ } ss.
County of _Tulsa_

On this the _27th_ day of _September_, _2019_, before me,
_John King, Jr._, the undersigned Notary Public,
personally appeared _Jonnetha D. Coffey_,

☐ personally known to me – **OR** –
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_____
Signature of Notary Public

JOHN A. KING, JR
Notary Public - State of Oklahoma
Commission Number: 19002574
My Commission Expires Mar 11, 2023

Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

---

INFORMATION IN AREAS 1-4 REQUIRED IN ARIZONA. OPTIONAL IN OTHER STATES.

**Description of Any Attached Document**

1 Title or Type of Document: _Handwritten Letter for Request/Notification of Absence_
2 Document Date: _9/27/2019_    3 Number of Pages: _3 pgs including Ack. Pg._
4 Signer(s) Other Than Named Above: _No other signers_

© 2012 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #25936

6119 Lee Marlow Ave apt 2
Tulsa OK 74136

7019 1120 0000 7519 3277

RETURN RECEIPT
REQUESTED

To Honorable Judge North
U.S. District Courthouse, Courtroom C468
500 Poydras Street New Orleans Louisiana
70130

U.S. MARSHALS

UNITED STATES POSTAL SERVICE
1021
70130
AMOUNT
$6.85
R2303S102750-11