UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| *Brenda Hensley v. Janssen Research* ) | |
| *& Development LLC, et al.*, 2:15-cv-02379 ) | |

**PLAINTIFF BRENDA HENSLEY'S REPSONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

On September 10, 2019, the Court entered a Show Cause Order Regarding Plaintiffs who failed to comply with Case Management Order 12A (R. Doc 15416). This Court required an explanation as to why certain actions, including the action of Brenda Hensley, captioned above, should not be dismissed with prejudice for failure to comply with CMO 12A. Counsel for Plaintiff made numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to obtain the required documentation concerning settlement or in the alternative compliance with CMO 12A documentation. After numerous unsuccessful attempts to reach the Plaintiff, including various skip trace searches including Accurint, we were able to locate an obituary on the internet confirming she died in Arizona on August 28, 2016. Upon locating her obituary, we filed a Suggestion of Death on August 9, 2019 (R. Doc. 14894).

Plaintiff's Counsel has reached out to family members to determine if an Estate was opened or if they wish to proceed. Despite the best efforts of Plaintiff's Counsel, we have been unable to locate a family member that wishes to proceed in the above captioned matter. Counsel does not have written permission from Plaintiff, a Court Appointed Estate Executor, or family member in order to agree to stipulate to the dismissal of this claim with prejudice. However, Counsel has no basis to contest such a dismissal as ordered by the Court at this time.

DATED: October 3, 2019

By: /s/   Lisa Ann Gorshe
Lisa Ann Gorshe
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Direct: 612-436-1852
Facsimile: 612-436-1801

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

/s/ Lisa A. Gorshe

Lisa A. Gorshe