**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| *Larry Lee Welder v. Janssen Research* ) | |
| *& Development LLC, et al.*, 2:17-cv-01710 ) | |
| ) | |

**PLAINTIFF LARRY LEE WELDER'S REPSONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

On September 10, 2019, the Court entered a Show Cause Order Regarding Plaintiffs who failed to comply with Case Management Order 12A (R. Doc 15416). This Court required an explanation as to why certain actions, including the action of Larry Lee Welder, captioned above, should not be dismissed with prejudice for failure to comply with CMO 12A. Counsel for Plaintiff made numerous attempts by telephone, email and written correspondence to contact Plaintiff as well as family members in order to obtain the required documentation concerning settlement or in the alternative compliance with CMO 12A documentation. Despite the best efforts of Plaintiff's counsel, the Plaintiff has been unresponsive and Counsel has been unable to obtain the outstanding materials from the Plaintiff. Counsel believes Plaintiff would want to pursue settlement in light of prior communications but has not received the returned

required documentation. Further, Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of his claim with prejudice; nor a signed intent to decline settlement and proceed with litigation. For these reasons, Counsel has no basis to contest such a dismissal as ordered by the Court at this time.

DATED: October 3, 2019

                        By: /s/  Lisa Ann Gorshe
                            Lisa Ann Gorshe
                            Johnson Becker, PLLC
                            444 Cedar Street, Suite 1800
                            St. Paul, MN 55101
                            Direct: 612-436-1852
                            Facsimile: 612-436-1801

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

/s/ Lisa A. Gorshe

Lisa A. Gorshe