UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **JACK E. EKEY** <br><br> Civil Action No.: 2:15-cv-05506 | ) <br> ) SECTION L <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Jack E. Ekey, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on October 2, 2019 and states as follows:

1. On September 10, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with Prejudice for failing to comply with the Court's Case Management Order 12A. This Order was amended on October 2, 2019.

2. On September 30, 2019, after the initial Order to Show Cause, Plaintiff submitted an executed Enrollment Election Form and Release indicating his intent in enrolling in the Xarelto Settlement Program, and the relevant documents were uploaded to the MDL Centrality portal.

3. Nonetheless, Plaintiff remains on the Order to Show Cause.

4. WHEREFORE, Plaintiff is compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, the case be entered into the settlement program and that this Plaintiff's case not be dismissed.

Dated: October 3, 2019           Respectfully Submitted

**ASHCRAFT & GEREL LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
Mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
Jgreen@ashcraftlaw.com
1825 K Street, NW
Suite #700
Washington, DC 20006
Phone: (202) 729-9833
Fax: (202) 416-6392

*Counsel for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

      /s/ Michelle A. Parfitt
      Michelle A. Parfitt