UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: | ) <br> ) SECTION L <br> ) |
| KELLY COOK <br> Civil Action No. 2:19-cv-06234 | ) <br> ) <br> ) |
| ISRAEL ANGULO <br> Civil Action No. 2:19-cv-05338 | ) <br> ) <br> ) |
| IRENE DEJUANINI <br> Civil Action No. 2:19-cv-08864 | ) <br> ) <br> ) |
| CHARLES GUTOWSKI <br> Civil Action No. 2:19-cv-06668 | ) <br> ) **JUDGE ELDON E. FALLON** <br> ) |
| CHARLES KAZENMAYER <br> Civil Action No. 2:19-cv-07365 | ) <br> ) <br> ) |
| MAXINE MORGAN <br> Civil Action No. 2:19-cv-06675 | ) <br> ) <br> ) |
| BETTY PIERCE <br> Civil Action No. 2:19-cv-07644 | ) <br> ) <br> ) |
| GARY THOMAS <br> Civil Action No. 2:19-cv-08716 | ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** |

**RESPONSE TO ORDERS TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CMO 12A AND PLAINTIFES OVER WHOSE CLAIMS THE COURT LACKS SUBJECT MATTER JURISDICTION**

On October 2, 2019, this Court entered two Supplemental Orders regarding CMO 12A Non-Compliance, and two Supplemental Orders regarding Cases Lacking Subject Matter Jurisdiction. Plaintiffs represented by Trammell PC are listed in Exhibits A to two of the October

2 Supplemental Orders, Docket Numbers 16868 (CMO 12A Non-Compliance, listing Kelly Cook) and 16877 (Lack of Subject Matter Jurisdiction, listing Israel Angulo, Irene Dejuanini, Charles Gutowski, Charles Kazenmayer, Maxine Morgan, Betty Pierce, and Gary Thomas, collectively the "Subject Matter Jurisdiction Plaintiffs"). With respect to the CMO 12A Non-Compliance Supplemental Order listing Kelly Cook in Exhibit A, her case was included in error—it was dismissed with prejudice on September 19, 2019, pursuant to a joint Rule 41 stipulation.[1]

Regarding the Subject Matter Jurisdiction Plaintiffs included in Exhibit A to this Court's Subject Matter Jurisdiction Supplemental Order—Docket Number 16877—each plaintiff in this list other than Charles Gutowski has effectively abandoned his or her case. Trammell PC has attempted on numerous occasions and by various mediums of communication to contact Israel Angulo, Irene Dejuanini, Charles Kazenmayer, Maxine Morgan, Betty Pierce, and Gary Thomas, and has either received agreement to dismiss their cases or the absence of any communication. These six individuals have wholly failed to submit the required settlement documentation, including Enrollment Election Forms, Dismissals, and Releases. Therefore, Trammell PC has no basis to oppose dismissal of the following cases, without prejudice: (1) Israel Angulo, Civil Action No. 2:19-cv-05338; (2) Irene Dejuanini, Civil Action No. 2:19-cv-08864; (3) Charles Kazenmayer, Civil Action No. 2:19-cv-07365; (4) Maxine Morgan, Civil Action No. 2:19-cv-06675; (5) Betty Pierce, Civil Action No. 2:19-cv-07644; and (6) Gary Thomas, Civil Action No. 2:19-cv-08716.

As to Charles Gutowski, his completed Stipulation of Dismissal, Enrollment Election Form, and applicable Release have been uploaded to the MDL Centrality portal—curing the Notice

---

[1] *See* Kelly Cook Rule 41 Dismissal with Prejudice, attached as Exhibit A (also Dkt. No. 15989).

of Incomplete Enrollment Package received on September 10, 2019.[2] For these reasons, he is eligible to participate under the terms of the Xarelto Settlement Agreement, and requests that the Supplemental Order to Show Cause, Docket Number 16877 be withdrawn regarding his case.

For these reasons, Plaintiff Charles Gutowski requests, through counsel, that the Order to Show Cause be withdrawn in his case to permit his participation in the Xarelto Settlement Program.

Dated: October 3, 2019

                                          Respectfully submitted,

                                          **TRAMMELL PC**

                                          BY: _/s/ Fletcher V. Trammell_____
FLETCHER V. TRAMMELL
TX Bar No. 24042053
MICHAEL R. DARLING
TX Bar No. 24105778
TRAMMELL PC
3262 Westheimer, Suite 473
Houston, TX 77098
(800) 405-1740
*Attorneys for Plaintiff*

---

[2] *See* Charles Gutowski Stipulation of Dismissal, attached as Exhibit B; *see also* Charles Gutowski Enrollment Election Form, attached as Exhibit C; *see also* Charles Gutowski Settlement Program Release, attached as Exhibit D.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2019, the foregoing Response to Orders to Show Cause Regarding Plaintiffs Who Have Failed to Comply with CMO 12A and Plaintiffs Over Whose Claims the Court Lacks Subject Matter Jurisdiction was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                   /s/ Michael R. Darling
                                                                                   Michael R. Darling