# EXHIBIT C

## ENROLLMENT ELECTION FORM

Program Award Payments are subject to the provisions on attorneys' fees and costs and Liens.

9. To waive and release any and all claims for punitive or exemplary damages allegedly due to the prescription and/or use of Xarelto, penalties or fines, prejudgment or post judgment interest, and non-physical injuries, in addition to the provisions of the Release provided.

☒ I elect **TO ENROLL** in the Xarelto Settlement Program.

☐ I elect to **NOT** enroll in the Xarelto Settlement Program and understand that I must comply with the Docket Control Order (CMO 11) and follow all its requirements, including paying any unpaid MDL filing fee within 14 days and providing expert reports within the specified deadlines.

### I. XARELTO USER INFORMATION

| Name of Xarelto User | First Charles | | M.I. | Last Gutowski |
|---|---|---|---|---|
| Name of Legal Representative (if applicable) | Barbara Gutowski | | | |
| Case Number and Court | 2:19-cv-06668   MDL 2592 | | | |

### II. CLAIMANT'S SIGNATURE

**IMPORTANT: This form must be Personally Signed by CLAIMANT (the Xarelto user or the Legal Representative of a deceased or incapacitated product user).**

| Signature | *Barbara J Gutowski* | | Date | 9 / 1 / 19 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First BARBARA | MI J | Last Gutowski | |

### III. ENROLLING COUNSEL SIGNATURE

**IMPORTANT: This form must be Personally Signed by ENROLLING COUNSEL.**

**I, the Enrolling Counsel for the above named Claimant, represent and warrant that I have been authorized by all other Persons having an Interest in the Xarelto-related Claim of the Claimant (all terms as defined in the Agreement) to agree on their behalf to the terms and conditions of the Agreement and by my signature below do hereby agree to be bound to the terms of the Agreement on behalf of myself and all other Persons with an Interest in the Claimant's Xarelto-related Claim.**

| Signature | /s/Fletcher V. Trammell | | Date | 10 / 02 / 2019 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First Fletcher | MI | Last Trammell | |
| Firm Name | Trammell PC | Firm Address | 3262 Westheimer Road, Suite 423 Houston, Texas 77098 | |

2

546244
5/7/19