## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) SECTION L |
| **GEORGE BRADY, et al.** | ) ) |
| Civil Action No. 2:18-cv-06781 | ) JUDGE ELDON E. FALLON ) |
| **CHARLES MCMULLEN** | ) ) MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:16-cv-17244 | ) ) |
| **ANTHONY NIGRO** | ) ) |
| Civil Action No. 2:17-cv-11052 | ) ) ) |

## MOTION TO WITHDRAW AND TO  BE RELIEVED  FROM APPEARING AT THE SHOW CAUSE HEARING ON OCTOBER 7, 2019

Pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana and Federal Rule of Civil Procedure 7,  Ashcraft & Gerel, LLP and the undersigned counsel for George Brady, Charles McMullen, and Anthony Nigro and all other attorneys of record in these matters, hereby, request the Court to allow withdrawal as counsel of record for George Brady, Charles McMullen and Anthony Nigro and to be relieved from appearing at the Show Cause Hearing on October 7, 2019. In support thereof, counsel incorporates as Exhibit A the Affidavit of Gertrude N. Ngamga Kamtchoum and states as follows:

### A.  Brady v. Janssen Research & Development, LLC, et al.

1.     Ashcraft & Gerel, LLP has represented Plaintiff George Brady since November 7, 2017 in this matter.

2. Since the announcement of the Xarelto Settlement Program, the undersigned counsel has undertaken good faith and zealous efforts to communicate with the Plaintiffs  George Brady and Joan Brady. Plaintiffs George Brady and his spouse Joan Brady have failed to return counsel's multiple phone calls and voice mail messages, and also have failed to respond to counsel's several written communication attempts regarding compliance with Case Management Order 12A and important deadlines established by the Court.  Specifically, with respect to oral communication, counsel for the Plaintiffs has attempted to contact Joan Brady and left numerous voice mail messages to the telephone number provided to us by George Brady. (See attached Affidavit at P2 ¶ 4).

3. With respect to written communication with the Plaintiffs, counsel has sent letters via Federal Express and U.S. Certified Mail with prepaid return envelopes that were delivered to George Brady's and Joan Brady's last known address of 189 Whisperwood Drive, Dadeville, AL 36853 and has also sent emails to George Brady in an attempt to communicate with the Plaintiffs regarding non-compliance with Case Mangement Order 12 A. Despite all these written efforts, Plaintiffs have failed to communicate with counsel.

4. Further, in an attempt to locate or confirm George Brady's and Joan Brady's last known address of 189 Whisperwood Drive, Dadeville, AL 36853, counsel for the Plaintiffs, on August 28, 2019, hired a private investigator, the Premier Group, Inc. On August 30, 2019, the Premier Group, Inc. confirmed that the address most recently and currently identifiable to the Plaintiffs was the previously provided address of 189 Whisperwood Drive, Dadeville, AL 36853.

5.      Counsel's last and most recent communication with Joan Brady regarding the Xarelto Settlement Program was a final notice sent on September 30, 2019 advising Joan Brady of her failure to comply with Case Management Order 12A and of the show cause hearing scheduled on October 7, 2019.

6.      In an attempt to comply with MDL Order 12A, counsel for the Plaintiffs requested an extension on August 5, 2019 to address compliance with Case Management Order 12A.

7.      Given the lack of oral and written communication from the Plaintiffs, and their failure to comply with Case Management Order 12A, effective representation between counsel and Plaintiffs has been substantially impeded such that counsel going forward cannot effectively represent the Plaintiffs in this matter.

8.      A copy of this motion of withdrawal has been provided to Plaintiffs at their last known address by registered mail and returned receipt. Contained within this mailing, in a letter dated October 2, 2019, counsel for the Plaintiffs has advised Plaintiff Joan Brady: (1) to obtain new counsel should they wish to proceed with their claim; (2) to file a notice of objection within fourteen (14) days of service of the motion to withdraw should they wish to object to withdrawal; and (3) to either comply with Case Management Order 12A or request an extension. (See attached Exhibit B)

### B.  McMullen v. Janssen Research & Development, LLC, et al.

1.      Ashcraft & Gerel, LLP has represented Plaintiff since April 21, 2019 in this matter.

2.      Since the announcement of the Xarelto Settlement Program, the undersigned counsel has undertaken reasonable and good faith efforts to communicate with Plaintiff Charles McMullen.

3. The undersigned counsel has attempted to send electronic mails to Charles McMullen as well as letters via Federal Express and U.S. Certified Mail with prepaid return envelopes that were delivered to his last known address of 11902 Doubloon Cove, Austin, TX 78759. (See attached Affidavit at P3 ¶ 3)

4. The undersigned counsel has also attempted to contact Charles McMullen at the telephone numbers provided to us by him. The numbers were either disconnected or restricted and/or unavailable. (See attached Affidavit at P3 ¶ 4)

5. In an attempt to comply with Case Management Order 12A, counsel for the Plaintiff requested an extension on August 5, 2019 to address compliance with Case Management Order 12A.

6. On August 6, 2019, counsel for the Plaintiff learned of Plaintiff's death through ExtraCo Mortgage Corporation alleging to be a mortgage lien holder of Charles McMullen's property. Additionally, counsel for the Plaintiff learned of his death on August 7, 2019 through Burns Randall, identifying himself as a friend of Charles McMullen.

7. Further, in an attempt to locate Plaintiff Charles McMullen's next of kin or confirm his last known address, Counsel hired on August 29, 2019, a private investigator, the Premier Group, Inc. On August 30, 2019, the Premier Group, Inc. confirmed that the address most recently and currently identifiable to Charles McMullen was the provided address of 11902 Doubloon Cove, Austin, TX, 78759. The investigator also found that Betty McMullen was a relative identifiable to Charles McMullen and previously identifiable to the Doubloon Cove address.

8.     On September 4, 2019, a correspondence was sent to the confirmed Doubloon Cove address. On  September 26, 2019, the September 4, 2019 correspondence was undelivered and returned to the undersigned counsel.

9.     In a last attempt to communicate with Charles McMullen's next of kin, correspondence was sent on October 2, 2019 to Betty McMullen's at 6300 W. 43rd Street, Houston, TX 77092, an address confirmed by the Premier Group, Inc.'s report.

10.    Finally, in an attempt to comply with Case Management Order 12A, counsel for the Plaintiff has requested an extension on August 5, 2019 to address compliance with Case Management Order 12A.

11.    Given the lack of oral and written communication from the Plaintiff's next of kin, effective representation between counsel and Plaintiffs has been substantially impeded such that counsel going forward cannot effectively represent the Plaintiff in this matter.

12.    A copy of this motion of withdrawal has been provided to Plaintiff's next of kin at their last known address by registered mail and returned receipt. Contained within this mailing, in a letter dated October 2, 2019, counsel for the Plaintiff has advised Plaintiff's next of kin: (1) to obtain new counsel should she wish to proceed with the claim; (2) to file a notice of objection within fourteen (14) days of service of the motion to withdraw should they wish to object to withdrawal; and (3) to either comply with Case Management Order 12A or request an extension (See attached Exhibit C).

### C. <u>Nigro v. Janssen Research & Development, LLC, et al.</u>

1.  Ashcraft & Gerel, LLP has represented Plaintiff Anthony Nigro  since August 3, 2016 in this matter.

2.  Since the announcement of the Xarelto Settlement Program, the undersigned counsel has undertaken reasonable and good faith efforts to communicate with Plaintiff Anthony Nigro.

3.  The undersigned counsel has attempted to send electronic mails to Anthony Nigro as well as correspondence via Federal Express and U.S. Certified Mail with prepaid return envelopes that were delivered to Anthony Nigro's last known address of 604 N. Peniel Street, Oklahoma City, OK 73127. (See attached Affidavit at P5 ¶ 3)

4.  The undersigned has also attempted to contact Plaintiff Anthony Nigro at the telephone numbers provided to us by him. The numbers were wrong and/or changed.

5.  Further, the undersigned counsel attempted to contact his sister Angie Goodman, his designated next of kin should he pass away, at the telephone number provided to us by Anthony Nigro. The recording for Angie Goodman stated that "the number has been changed and the new number unknown".  Additionally, the undersigned has contacted informational phone services on Angie Goodman and there was no information on her in Oklahoma City, OK. (See attached Affidavit at P5 ¶ ¶ 5-6)

6.  In further attempt to locate or confirm Plaintiff Anthony Nigro's last known address of 604 N. Peniel Street, Oklahoma City, OK 73127, counsel has hired  a private investigator, the Premier Group, Inc. on August 28, 2019. On August 30, 2019, the Premier Group, Inc. confirmed that the address most recently and currently

identifiable to Anthony Nigro was the provided address of 604 N. Peniel Street, Oklahoma City, OK 73127.

7. On September 4, 2019, correspondence was sent to Anthony Nigro's confirmed last known address of 604 N. Peniel Street, Oklahoma City, OK, 73127. On September 24, 2019, the correspondence was returned undeliverable and the word "deceased" was handwritten on the envelope. (See attached Affidavit at P6 ¶11)

8. In a last attempt to communicate with Anthony Nigro's next of kin, a letter was sent on October 2, 2019 to his designated next of kin, Angie Goodman's last known address of 604 N. Peniel Street, Oklahoma City, OK 73127.

9. In an attempt to comply with Case Management Order 12A, counsel for Plaintiff has requested an extension on August 5, 2019 to address compliance with Case Management Order 12A.

10. Given the lack of oral and written communication from the Plaintiff's next of kin, effective representation between counsel and Plaintiff has been substantially impeded such that counsel going forward cannot effectively represent the Plaintiff in this matter.

11. Thus motion of withdrawal has been provided to Plaintiff's next of kin at her last known address by registered mail and returned receipt. Contained within this mailing, in a letter dated October 2, 2019, counsel for the Plaintiff has advised Plaintiff's next of kin: (1) to obtain new counsel should she wish to proceed with the claim; (2) to file a notice of objection within fourteen (14) days of service of the motion to withdraw should they wish to object to withdrawal; and (3) to either comply with Case Management Order 12A or request an extension. (See attached Exhibit D).

For the reasons set forth above, Plaintiffs' counsel respectfully request an Order from this Court allowing counsel to withdraw from further representation in the matters of George Brady and Joan Brady, Charles McMullen and Anthony Nigro and be relieved from appearing at the Show Cause Hearing on October 7, 2019.

Dated: October 3, 2019

Respectfully submitted,

**ASHCRAFT & GEREL LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite 700
Washington, DC 20006
Phone: (202) 729-9833
Fax: (202) 416-6392
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their counsel in a matter authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

I further certify that true and correct copy of the foregoing Motion to Withdraw as Counsel and the Proposed Order has been sent via USPS Certified Mail to Plaintiffs at their last known address of:

Joan Brady
o/b/o George Brady
189 Whisperwood Drive
Dadeville, AL 36853

Betty McMullen
o/b/o Charles McMullen
1902 Doubloon Cove
Austin, TX 78759

and

6300 W. 43rd Street
Houston, TX 77092

Angie Goodman
o/b/o Anthony Nigro
604 N. Peniel Street
Oklahoma City, OK, 73127

/s/ Michelle A. Parfitt
Michelle A. Parfitt

# EXHIBIT B



# Ashcraft & Gerel, LLP

### Attorneys & Counsellors at Law

*Established in 1953*

Lee C. Ashcraft 1908 – 1993 | Martin E. Gerel 1918 – 2011

Michelle A. Parfitt, Esq.
James F. Green, Esq.
Gertrude N. Ngamga-Kamtchoum, Esq.
gkamtchoum@ashcraftlaw.com
Main: 703-931-5500
Direct: 703-824-4772

*Please respond to the Washington DC Office.*

October 3, 2019

George Brady
Joan Brady
189 Whisperwood Dr.
Dadeville, AL 36853

**RE:    Xarelto Settlement Program**

**George Brady, et al. v. Janssen Research & Development, LLC, et al.**

Dear Mr./Mrs. Brady:

We have made numerous attempts to contact you regarding important deadlines established by the Court following the announcement of the Xarelto Settlement Program. These deadlines include:

·   **August 5, 2019** – Enrollment Election Form Deadline
·   **August 19, 2019** – Notice of Intent to Enroll Deadline
·   **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed and you have failed to comply with the Court's deadlines.  The Court has now entered an Order that requires you to appear in Court in New Orleans to explain why your case should not be dismissed with prejudice for failing to comply

Page 2

with Court's prior Orders. The court hearing is set for **October 7, 2019 at 8:30 a.m., and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, LA 70130**.

Because we attempted to reach you to no avail to address your non-compliance with the Court's prior Orders, we have prepared a motion for leave to withdraw as your counsel terminating our legal representation. A copy of the motion for leave to withdraw as your counsel that we are filing is enclosed herein. Pending court's approval of our motion, we will continue to serve as your counsel of record. In the event the motion is granted by the Court, we will immediately cease to be your counsel and to provide further legal service.

We strongly encourage you to immediately seek the assistance of other legal counsel to further pursue and protect your interests in this matter. **Should you wish to object to our motion to withdraw, a notice of objection Must be filed by You within fourteen (14) days of service of the motion to withdraw** and should include the case name and number.

Please be also advised that **YOU MUST** submit your completed enrollment package no later than October 6, 2019 to avoid dismissal of your case and appearing in Court. In conjunction with the withdrawal, we will make all reasonable efforts to return your file and records in our possession to you or your new legal counsel.

If you have any questions concerning this letter of withdrawal, please do not hesitate to contact us. We wish you the best.

Sincerely,

Michelle A. Parfitt
James F. Green
Gertrude N. Ngamga Kamtchoum

Encl.

Cc: Ron Michael Meneo

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George Brady
Joan Brady
189 Whisperwood Dr.
Dadeville, AL 36853

9590 9402 2776 6351 6440 45

2. Article Number (Transfer from service label)

7017 3380 0000 8118 6962

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT C



# Ashcraft & Gerel, LLP

### Attorneys & Counsellors at Law

*Established in 1953*

Lee C. Ashcraft 1908 – 1993 | Martin E. Gerel 1918 – 2011

Michelle A. Parfitt, Esq.
James F. Green, Esq.
Gertrude N. Ngamga-Kamtchoum, Esq.
gkamtchoum@ashcraftlaw.com
Main:  703-931-5500
Direct:  703-824-4772

*Please respond to the Washington DC Office.*

October 3, 2019

Betty McMullen
o/b/o Charles McMullen
6000 W. 43rd Street
Houston, TX 77092

RE:   **Xarelto Settlement Program**

   **Charles McMullen v. Janssen Research & Development, LLC, et al.**

Dear Ms. McMullen:

   We have made numerous attempts to contact Charles McMullen regarding important deadlines established by the Court following the announcement of the Xarelto Settlement Program. These deadlines include:

· **August 5, 2019** – Enrollment Election Form Deadline
· **August 19, 2019** – Notice of Intent to Enroll Deadline
· **September 4, 2019** – Enrollment Extension Deadline

   All these deadlines have now passed and he has failed to comply with the Court's deadlines.  The Court has now entered an Order that requires his appearance in Court in New Orleans to explain why his case should not be dismissed with prejudice for failing to comply

Page 2

with Court's prior Orders. The court hearing is set for **October 7, 2019 at 8:30 a.m., and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, LA 70130**.

Because we attempted to reach him to no avail to address non-compliance with the Court's prior Orders, we have prepared a motion for leave to withdraw as his counsel terminating our legal representation. A copy of the motion for leave to withdraw as his counsel that we are filing is enclosed herein. Pending court's approval of our motion, we will continue to serve as his counsel of record. In the event the motion is granted by the Court, we will immediately cease to be his counsel and to provide further legal service.

We strongly encourage you to immediately seek the assistance of other legal counsel to further pursue and protect his interests in this matter. **Should you wish to object to our motion to withdraw, a notice of objection Must be filed within fourteen (14) days of service of the motion to withdraw** and should include the case name and number.

Please be also advised that a completed enrollment package **MUST** be submitted no later than October 6, 2019 to avoid dismissal of his case and appearance in Court. In conjunction with the withdrawal, we will make all reasonable efforts to return his file and records in our possession to you or the new legal counsel.

If you have any questions concerning this letter of withdrawal, please do not hesitate to contact us. We wish you the best.


Sincerely,

Michelle A. Parfitt
James F. Green
Gertrude N. Ngamga Kamtchoum


Encl.



# Ashcraft & Gerel, LLP

### Attorneys & Counsellors at Law

*Established in 1953*

Lee C. Ashcraft 1908 – 1993 | Martin E. Gerel 1918 – 2011

Michelle A. Parfitt, Esq.
James F. Green, Esq.
Gertrude N. Ngamga-Kamtchoum, Esq.
gkamtchoum@ashcraftlaw.com
Main:  703-931-5500
Direct:  703-824-4772

*Please respond to the Washington DC Office.*

October 3, 2019

Betty McMullen
o/b/o Charles McMullen
1902 Doubloon Cove
Austin, TX 78759

**RE:   Xarelto Settlement Program**

**Charles McMullen v. Janssen Research & Development, LLC, et al.**

Dear Ms. McMullen:

We have made numerous attempts to contact Charles McMullen regarding important deadlines established by the Court following the announcement of the Xarelto Settlement Program. These deadlines include:

· **August 5, 2019** – Enrollment Election Form Deadline
· **August 19, 2019** – Notice of Intent to Enroll Deadline
· **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed and he has failed to comply with the Court's deadlines.  The Court has now entered an Order that requires his appearance in Court in New Orleans to explain why his case should not be dismissed with prejudice for failing to comply

Page 2

with Court's prior Orders. The court hearing is set for **October 7, 2019 at 8:30 a.m., and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, LA 70130**.

Because we attempted to reach him to no avail to address non-compliance with the Court's prior Orders, we have prepared a motion for leave to withdraw as his counsel terminating our legal representation. A copy of the motion for leave to withdraw as his counsel that we are filing is enclosed herein. Pending court's approval of our motion, we will continue to serve as his counsel of record. In the event the motion is granted by the Court, we will immediately cease to be his counsel and to provide further legal service.

We strongly encourage you to immediately seek the assistance of other legal counsel to further pursue and protect his interests in this matter. **Should you wish to object to our motion to withdraw, a notice of objection Must be filed within fourteen (14) days of service of the motion to withdraw** and should include the case name and number.

Please be also advised that a completed enrollment package  **MUST** be submitted no later than October 6, 2019 to avoid dismissal of his case and appearance in Court. In conjunction with the withdrawal, we will make all reasonable efforts to return his file and records in our possession to you or the new legal counsel.

If you have any questions concerning this letter of withdrawal, please do not hesitate to contact us. We wish you the best.

Sincerely,

Michelle A. Parfitt
James F. Green
Gertrude N. Ngamga Kamtchoum

Encl.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Betty McMullen
o/b/o Charles McMullen
6300 W. 43rd Street
Houston, TX 77092

9590 9402 2776 6351 6440 52

2. Article Number (Transfer from service label)
7017 3380 0000 8118 6948

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Betty McMullen
o/b/o Charles McMullen
1902 Doubloon Cove
Austin, TX 78759

9590 9402 2776 6351 6440 83

2. Article Number (Transfer from service label)
7014 2120 0003 8192 1931

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT D



# Ashcraft & Gerel, LLP

### Attorneys & Counsellors at Law

*Established in 1953*

Lee C. Ashcraft 1908 – 1993 | Martin E. Gerel 1918 – 2011

Michelle A. Parfitt, Esq.
James F. Green, Esq.
Gertrude N. Ngamga-Kamtchoum, Esq.
gkamtchoum@ashcraftlaw.com
Main:  703-931-5500
Direct:  703-824-4772

*Please respond to the Washington DC Office.*

October 3, 2019

Angie Goodman
o/b/o Anthony Nigro
604 N. Peniel Street
Oklahoma City, OK 73127

RE:   **Xarelto Settlement Program**

**Anthony Nigro v. Janssen Research & Development, LLC, et al.**

Dear Ms. Goodman:

We have made numerous attempts to contact Anthony Nigro regarding important deadlines established by the Court following the announcement of the Xarelto Settlement Program. These deadlines include:

· **August 5, 2019** – Enrollment Election Form Deadline
· **August 19, 2019** – Notice of Intent to Enroll Deadline
· **September 4, 2019** – Enrollment Extension Deadline

All these deadlines have now passed and he has failed to comply with the Court's deadlines.  The Court has now entered an Order that requires his appearance in Court in New

| Baltimore | Fairfax | Landover | Silver Spring | Washington D.C. |
|---|---|---|---|---|
| 10 East Baltimore St. | 8280 Willow Oaks Corp. Dr. | 4301 Garden City Dr. | 8403 Colesville Rd. | 1825 K Street, NW |
| Suite 1212 | Suite 600 | Suite 301 | Suite 1250 | Suite 700 |
| Baltimore, MD 21202 | Fairfax, VA 22031 | Landover, MD 20785 | Silver Spring, MD 20910 | Washington, D.C., 20006 |

Page 2

Orleans to explain why his case should not be dismissed with prejudice for failing to comply with Court's prior Orders. The court hearing is set for **October 7, 2019 at 8:30 a.m., and it will be held at the U.S. District Courthouse, Courtroom C468, 500 Poydras Street, New Orleans, LA 70130**.

Because we attempted to reach him to no avail to address non-compliance with the Court's prior Orders, we have prepared a motion for leave to withdraw as his counsel terminating our legal representation. A copy of the motion for leave to withdraw as his counsel that we are filing is enclosed herein. Pending court's approval of our motion, we will continue to serve as his counsel of record. In the event the motion is granted by the Court, we will immediately cease to be his counsel and to provide further legal service.

We strongly encourage you to immediately seek the assistance of other legal counsel to further pursue and protect his interests in this matter. **Should you wish to object to our motion to withdraw, a notice of objection Must be filed within fourteen (14) days of service of the motion to withdraw** and should include the case name and number.

Please be also advised that a completed enrollment package **MUST** be submitted no later than October 6, 2019 to avoid dismissal of his case and appearance in Court. In conjunction with the withdrawal, we will make all reasonable efforts to return his file and records in our possession to you or the new legal counsel.

If you have any questions concerning this letter of withdrawal, please do not hesitate to contact us. We wish you the best.

Sincerely,

Michelle A. Parfitt
James F. Green
Gertrude N. Ngamga Kamtchoum

Encl.

Cc: Ron Michael Meneo

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Angie Goodman
o/b/o Anthony Nigro
604 N. Peniel Street
Oklahoma City, OK 73127

9590 9402 2776 6351 6440 38

2. Article Number *(Transfer from service label)*

7017 3380 0000 8118 6979

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt