# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) SECTION L |
| **GEORGE BRADY, et al.** | ) ) |
| Civil Action No. 2:18-cv-06781 | ) JUDGE ELDON E. FALLON ) |
| **CHARLES MCMULLEN** | ) ) MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:16-cv-17244 | ) ) |
| **ANTHONY NIGRO** | ) ) |
| Civil Action No. 2:17-cv-11052 | |

## AFFIDAVIT OF GERTRUDE N. NGAMGA KAMTCHOUM, ESQ.

BEFORE ME, the undersigned authority, this day personally appeared Gertrude N. Ngamga Kamtchoum, Esq., who after being duly sworn, deposes and states:

1. My name is Gertrude N. Ngamga Kamtchoum, Esq., and I am over the age of 18.

2. The facts set forth in this affidavit are of my own personal knowledge and address the collective efforts communicate with George Brady, Charles McMullen and Anthony Nigro except as set forth below.

### A. Brady v. Janssen Research & Development, LLC, et al.

1. On November 7, 2017, Ashcraft & Gerel, LLP and Ron Michael Meneo, LLC ("RMM") firms were retained to represent Plaintiff George Brady in this instant matter.

2. Since May 22, 2019, "RMM" and the law firm of Ashcraft & Gerel, LLP have taken reasonable steps to locate and communicate with Plaintiffs George Brady and Joan Brady but have been unable to make contact despite multiple attempts.

3. We have attempted to send electronic mail to George Brady as well as letters via Federal Express and U.S. Certified Mail with prepaid return envelopes that were delivered to George and Joan Brady's last known address of 189 Whisperwood Drive, Dadeville, AL 36853.

4. We have attempted to contact Joan Brady and left voice mail messages to the telephone number provided to us by George Brady upon finding of his death.

5. On August 5, 2019, an enrollment extension deadline was requested.

6. On August 28, 2019, we hired a private investigator, the Premier Group, Inc., to locate or confirm his surviving spouse's address.

7. On August 30, 2019, the Premier Group, Inc. confirmed that the address most recently and currently identifiable to Joan Brady by way of paper trail was the provided address of 189 Whisperwood Drive, Dadeville, AL 36853.

8. On September 4, 2019, correspondence was sent to Joan Brady's confirmed last known address of 189 Whisperwood Drive, Dadeville, AL 36853.

9. On September 30, 2019, a final notice was sent to Joan Brady advising her of our intent to withdraw from representation and of her failure to comply with Case Management Order 12A.

10. We have attempted to advise the Plaintiffs of the deadlines and provided the Plaintiffs of the deadlines in this case which are the following:

- Settlement Enrollment Deadline　　　　　　　　　　08/5/2019
- Notice of Intent Deadline　　　　　　　　　　　　　08/19/2019

- Enrollment Extension Deadline                                                  09/04/2019

11. As such, since May 2019, we have not been able to confer with George Brady's surviving spouse Joan Brady to discuss and meet the above deadlines.

### B. McMullen v. Janssen Research & Development, LLC, et al.

1. On April 21, 2015, Ashcraft & Gerel, LLP was retained to represent Plaintiff Charles McMullen in this instant matter.

2. Since May 20, 2019, I have taken reasonable steps to locate and communicate with Plaintiff Charles McMullen but have been unable to do so despite multiple attempts.

3. I have attempted to send electronic mails to Charles McMullen as well as correspondence via Federal Express and U.S. Certified Mail with prepaid return envelopes to his last known address of 11902 Doubloon Cove, Austin, TX 78759.

4. I have attempted to contact Charles McMullen at the telephone numbers provided to us by him. The numbers were either disconnected or restricted and/or unavailable.

5. On August 5, 2019, an enrollment extension deadline was requested.

6. On August 6, 2019, I received a phone call from ExtraCo Mortgage Corporation alleging to be a mortgage lien holder of Charles McMullen's property and to have received correspondence from us that was forwarded to them, and informing us of Charles McMullen's death.

7. On August 7, 2019, I received a phone call from Burns Randall, alleging to be a friend of Charles McMullen who confirmed Charles McMullen's death.

8. On August 29, 2019, a private investigator, the Premier Group, Inc., was hired to locate Plaintiff Charles McMullen's next of kin or confirm the address.

9. On August 30, 2019, the Premier Group, Inc. confirmed that the address most recently and currently identifiable to Charles McMullen by way of paper trail was the provided address of 11902 Doubloon Cove, Austin, TX, 78759. The investigator also found that Betty McMullen was a relative identifiable to Charles McMullen and previously identifiable to the Doubloon Cove address.

10. On September 4, 2019, correspondence was sent to the Doubloon Cove address.

11. On September 26, 2019, the September 4, 2019 correspondence was undelivered and returned to us.

12. On October 2, 2019, a letter was sent to his relative Betty McMullen's at 6300 W. 43rd Street, Houston, TX 77092. This address was identified as current by the Premier Group, Inc.

13. I have made food faith attempted to advise Plaintiff Charles McMullen or his relative Betty McMullen of the deadlines and provided the following deadlines in this instant matter.

- Settlement Enrollment Deadline                                08/05/2019
- Notice of Intent to Enroll Deadline                           08/19/2019
- Election to Participate in Alternative Resolution Program     09/04/2019
- Enrollment Extension Deadline                                 09/04/2019

14. As such, since May 2019, I have not been able to confer with Charles McMullen or his relative Betty McMullen to discuss and meet the above deadlines.

### C. <u>Nigro v. Janssen Research & Development, LLC, et al.</u>

1. On August 3, 2016, Ashcraft & Gerel, LLP and Ron Michael Meneo, LLC ("RMM") firms were retained to represent Plaintiff Anthony Nigro in this instant matter.

2. Since June 3, 2019, "RMM" and I have taken reasonable steps to locate and communicate with the Plaintiff but have been unable to do so despite multiple attempts.

3. We have attempted to send electronic mails to Anthony Nigro as well as correspondence via Federal Express and U.S. Certified Mail with prepaid return envelopes to Anthony Nigro's last known address of 604 N. Peniel Street, Oklahoma City, OK 73127.

4. We have attempted to contact Plaintiff Anthony Nigro at the telephone numbers provided to us by him and the numbers were wrong and/or changed.

5. We have attempted to contact his sister Angie Goodman at the telephone number provided to us by Anthony Nigro and the recording stated that "the number has been changed and the new number unknown".

6. We have called information phone lines in an attempt to get Angie Goodman's information and there was no listing for her in Oklahoma City, OK.

7. On august 5, 2019, an enrollment extension deadline was requested.

8. On August 28, 2019, we hired a private investigator, the Premier Group, Inc. to locate or confirm Anthony Nigro's last known address of 604 N. Peniel Street, Oklahoma City, OK 73127.

9. On August 30, 2019, the Premier Group, Inc. confirmed that the address most recently and currently identifiable to Anthony Nigro by way of paper trail was the provided address of 604 N. Peniel Street, Oklahoma City, OK 73127.

10. On September 4, 2019, correspondence was sent to Anthony Nigro's confirmed last known address of 604 N. Peniel Street, Oklahoma City, OK, 73127.

11. On September 24, 2019, the correspondence was returned undeliverable and the word deceased handwritten on the envelope.

12. On October 2, 2019, a letter was sent to his sister Angie Goodman, his designated next of kin.

13. We have attempted to advise Plaintiff Anthony Nigro or his designated next of kin, Angie Goodman of the deadlines and provided deadlines in this case which are the following:

- Settlement Enrollment Deadline           08/5/2019
- Notice of Intent to Enroll Deadline       08/19/2019
- Enrollment Extension Deadline           09/04/2019

14. As such, since June 2019, we have not been able to confer with Anthony Nigro or his sister Angie Goodman to discuss and meet the above deadlines.

**FURTHER AFFIANT SAYETH NAUGHT,**

Signed and delivered this 3rd day of October 2019.

_____
Gertrude N Ngamga Kamtchoum

10/03/2019
Date

The foregoing instrument was acknowledged before me this 3rd day of October, 2019, by Gertrude N. Ngamga Kamtchoum who is (personally known to me).

_____
NOTARY PUBLIC (signature)

Tram K. Nguyen
Print Name

(SEAL)

TRAM K. NGUYEN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2024

-6-