## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) SECTION L |
| GEORGE BRADY and JOAN BRADY | ) ) |
| Civil Action No. 2:18-cv-06781 | ) JUDGE ELDON E. FALLON ) |
| CHARLES MCMULLEN | ) ) MAGISTRATE JUDGE NORTH |
| Civil Action No.: 2:16-cv-17244 | ) ) |
| ANTHONY NIGRO | ) ) |
| Civil Action No.: 2:17-cv-11052 | ) |

## ORDER

CONSIDERING THE FOREGOING, Motion to Withdraw as Counsel of Record filed by Michelle A. Parfitt, James F. Green and Ashcraft & Gerel, LLP;

IT IS HEREBY ORDERED that Michelle A. Parfitt, James F. Green and Ashcraft & Gerel, LLP be and are allowed to withdraw as counsel of record in the above entitled and captioned matters.

USDC, District of Louisiana, this _____day of _____, 2019.

By:_____
Judge Eldon E. Fallon
United States District Court