UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXIBAN) PRODUCTS LIABILITY LITIGATION | **MDL NO.   2592**<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*(See cases listed in Exhibit "A", Schedule of Actions)*

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO COMPLY WITH CMO 12A**

On September 10, 2019, this Court issued an Order to Show Cause as to why certain cases should not be dismissed without prejudice for failing to comply with Case Management Order 12A. Counsel for the Plaintiffs listed on Exhibit "A" has no basis to oppose dismissal without prejudice of each individual claim on the following grounds: 1) The Plaintiff is deceased with no surviving spouse or heir and/or 2) The Plaintiff has failed to respond to repeated attempts at contact and have therefore abandoned his or her case

**1. PLAINTIFF IS DECEASED WITH NO VIABLE REPRESENTATION**

Prior to the September 4th Deadline, counsel diligently attempted to make contact with William Fernandes (Plaintiff) by sending multiple correspondence by mail and placing numerous telephone calls. Counsel located an obituary for the Plaintiff stating he was survived by his parents and siblings who Counsel was not able to get in touch with. Counsel completed a background search and confirmed Mr. Fernandes does not have any surviving spouse or children. As such, Counsel has no basis to oppose dismissal without prejudice of the claim for William Fernandes for lack of viable representative.

**2. PLAINTIFFS WHO HAVE ABANDONED THEIR CASE**

Prior to the September 4th, 2019 Deadline, Counsel diligently attempted to make contact with each of the Plaintiffs listed in Exhibit A. Counsel sent multiple correspondence by both certified mail and Federal Express to the Plaintiffs. Counsel made several attempts at contacting the clients by phone. The Plaintiffs listed on Exhibit A have failed to return enrollment materials and to respond to any of the repeated attempts at contact made by Counsel. As such, Counsel has no basis to oppose dismissal without prejudice of their individual claims only for lack of contact and abandonment of their case.

WHEREFORE, Plaintiffs have not been compliant with the Court's Case Management Order 12A and Counsel for Plaintiffs listed on Exhibit A has no basis to oppose dismissal without prejudice for each individual claim. As such, the undersigned Counsel respectfully requests attendance at the Show Cause Hearing scheduled for October 7, 2019 be excused.

Dated: October 3, 2019                     **CALLAHAN & BLAINE, APLC**

By:  /s/ Laura M. Morris
     Daniel J. Callahan
     Daniel@callahan-law.com
     Laura M. Morris
     Lmorris@callahan-law.com
     Callahan & Blaine APLC
     3 Hutton Center Drive, 9th Floor
     Santa Ana, CA 92707
     Tel: (714) 241-4444
     Fax: (714) 241-4445

*Attorneys For Plaintiffs*
William Fernandes, Robert Reed, Jennifer Coleman, Shirley Ellis, Luis Fernandez, Martha Gravitt and Lueverne Sellers

EXHIBIT "A"

# Exhibit A
# Schedule of Actions

| No. | Brown Greer ID Number | Docket Number | Name |
|---|---|---|---|
| 105 | 3118 | 2:16-cv-00820 | Reed, Robert |
| 106 | 1194 | 2:16-cv-06884 | Coleman, Jennifer |
| 107 | 2539 | 2:16-cv-06886 | Ellis, Shirley |
| 108 | 2198 | 2:15-cv-06952 | Fernandes, William |
| 109 | 1195 | 2:15-cv-06953 | Fernandez, Luis |
| 110 | 1197 | 2:15-cv-06957 | Gravitt, Martha |
| 111 | 1200 | 2:16-cv-07053 | Sellers, Lueverne |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause Regarding Plaintiffs Who Failed to Comply with Case Management Order 12A has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 3rd day of October, 2019.

/s/ Laura M. Morris

Daniel J. Callahan
Daniel@callahan-law.com
Laura M. Morris
Lmorris@callahan-law.com
3 Hutton Center Drive, 9th Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

Response to Order to Show Cause Regarding Plaintiffs Who Failed to Comply with Case Management Order 12A