# EXHIBIT 1

**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| ALL CASES LISTED ON EXHIBIT 1A | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## DECLARATION

I, Charlotte A. Long, am a licensed member of the Texas Bar and am an attorney case manager overseeing the Xarelto cases at Fears Nachawati PLLC. I am competent to make this Declaration and declare as follows:

1. To my knowledge as a case manager overseeing the Xarelto case docket, the facts recorded in Exhibit 1A and Exhibit 1B were contemporaneously made as a regular practice of conducting business.

2. I have reviewed the case files for the cases listed on Exhibit 1A.  Exhibit 1A shows the dates of the multiple attempts to contact the Plaintiffs listed.

3. I have reviewed the case files listed on Exhibit 1B. The Plaintiffs listed on Exhibit 1B have declared their intent to proceed in the settlement program but have been unable to return the Election Form. I have taken the position with BrownGreer that it should recognize the intent to proceed as substantial compliance with the Case Management

Order 12A due to the Plaintiff submitting their intent to be involved in the settlement program.

4. The Plaintiffs on both Exhibit 1A and 1B have a median age of 67 and have had Xarelto prescribed due to a health condition that makes it difficult for these individuals to travel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2019.

**Charlotte A. Long**
Texas Bar No. 24094692
charlotte@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

# EXHIBIT 1-A

| MDLC | First | Last | Firm | Age | Date lawsuit filed | Contact Attempt1 | Contact Attempt2 | Contact Attempt3 | Contact Attempt4 |
|---|---|---|---|---|---|---|---|---|---|
| 4302 | ALAN | BLOOM | Fears \| Nachawati | 82 | 8/3/2015 | 7/10/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 4317 | TINA | BROWN | Fears \| Nachawati | 60 | 8/3/2015 | 7/27/2019 | 8/5/2019 | 8/29/2019 | 9/5/2019 |
| 4339 | LUELLA | LAUTT | Fears \| Nachawati | 81 | 8/3/2015 | 6/27/2019 | 7/18/2019 | 7/29/2019 | 8/29/2019 |
| 4346 | ANTHONY | MCCANNON | Fears \| Nachawati | 46 | 8/3/2015 | 7/10/2019 | 7/31/2019 | 8/29/2019 | 9/5/2019 |
| 4364 | KAREN | SHELTON | Fears \| Nachawati | 79 | 8/3/2015 | 7/9/2019 | 7/31/2019 | 8/30/2019 | 9/5/2019 |
| 4378 | ERNEST | WARD | Fears \| Nachawati | 67 | 8/3/2015 | 7/15/2019 | 7/31/2019 | 8/30/2019 | 9/2/2019 |
| 10042 | JOHN | GOST | Fears \| Nachawati | 67 | 3/1/2016 | 7/15/2019 | 8/2/2019 | 8/30/2019 | 9/4/2019 |
| 12732 | GARY | KOZIANOWSKI | Fears \| Nachawati | 65 | 4/25/2016 | 7/15/2019 | 8/2/2019 | 8/31/2019 | 9/5/2019 |
| 15998 | WILLIAM | WALTERS | Fears \| Nachawati | 85 | 5/20/2016 | 7/18/2019 | 8/2/2019 | 8/27/2019 | 9/6/2019 |

| 16023 | JOSE | MORA | Fears \| Nachawati | 62 | 5/20/2016 | 7/16/2019 | 7/31/2019 | 8/1/2019 | 9/6/2019 |
|-------|------|------|--------------------|----|-----------|-----------|-----------|----------|----------|
| 16136 | DANIEL | PHILLIPS | Fears \| Nachawati | 86 | 5/20/2016 | 4/11/2019 | 7/13/2019 | 8/13/2019 | 9/3/2019 |
| 16288 | DANNY | HOUCHIN | Fears \| Nachawati | 72 | 5/20/2016 | 7/13/2019 | 8/1/2019 | 8/1/2019 | 9/4/2019 |
| 16315 | JOHN | DYKSTRA | Fears \| Nachawati | 93 | 5/20/2016 | 7/3/2019 | 7/15/2019 | 7/31/2019 | 8/5/2019 |
| 16449 | VICTORIA | ANDERSON | Fears \| Nachawati | 25 | 4/25/2016 | 7/18/2019 | 8/5/2019 | 8/30/2019 | 9/1/2019 |
| 16657 | AUBRY | WEBSTER | Fears \| Nachawati | 38 | 5/13/2016 | 7/15/2019 | 8/5/2019 | 8/30/2019 | 9/6/2019 |
| 25508 | FRANCIS | MCHUGH | Fears \| Nachawati | 78 | 12/19/2017 | 7/9/2019 | 8/1/2019 | 8/5/2019 | 9/5/2019 |
| 26963 | GERRY | WOMACK | Fears \| Nachawati | 54 | 6/21/2018 | 7/15/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 27552 | PAMELA | TAYLOR | Fears \| Nachawati | 55 | 9/20/2018 | 4/3/2019 | 7/5/2019 | 8/22/2019 | 9/4/2019 |
| 27662 | LEKEISHA | CHARLES | Fears \| Nachawati | 39 | 9/20/2018 | 6/19/2019 | 7/9/2019 | 8/8/2019 | 9/3/2019 |

| 27753 | BONITA | MOORE | Fears \| Nachawati | 56 | 9/11/2018 | 7/13/2019 | 8/5/2019 | 8/28/2019 | 9/5/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 28478 | ELMER | SCHMIDT | Fears \| Nachawati | 89 | 9/18/2018 | 7/10/2019 | 7/29/2019 | 8/5/2019 | 9/3/2019 |
| 28636 | KIMBERLY | SMITH | Fears \| Nachawati | 66 | 8/13/2018 | 6/13/2019 | 7/12/2019 | 8/2/2019 | 9/3/2019 |
| 29051 | BILLY | COLLINS | Fears \| Nachawati | 69 | 4/1/2019 | 7/13/2019 | 8/2/2019 | 8/14/2019 | 9/6/2019 |
| 29060 | ROGER | PHILLIPS | Fears \| Nachawati | 73 | 3/30/2019 | 6/4/2019 | 7/30/2019 | 8/1/2019 | 9/6/2019 |
| 29067 | CLIFFORD | HULSEY | Fears \| Nachawati | 74 | 9/12/2018 | 6/27/2019 | 7/29/2019 | 8/2/2019 | 8/28/2019 |
| 29078 | FREDRICK | THORNE | Fears \| Nachawati | 80 | 9/26/2018 | 7/26/2019 | 7/31/2019 | 8/2/2019 | 8/29/2019 |
| 29084 | BRANDON | ADDISON | Fears \| Nachawati | 31 | 3/28/2019 | 6/10/2019 | 7/8/2019 | 7/29/2019 | 8/5/2019 |
| 29094 | ANGELO | SHACKELFORD | Fears \| Nachawati | 61 | 3/29/2019 | 7/18/2019 | 8/5/2019 | 8/27/2019 | 9/6/2019 |
| 29099 | DONALD | VARGO | Fears \| Nachawati | 69 | 3/30/2019 | 6/10/2019 | 7/26/2019 | 7/29/2019 | 8/5/2019 |

| 29103 | PRESTON | STEARNS | Fears \| Nachawati | 38 | 3/30/2019 | 6/6/2019 | 7/17/2019 | 7/30/2019 | 8/20/2019 |
| 29104 | SARAH | LEWIS | Fears \| Nachawati | 42 | 3/28/2019 | 7/17/2019 | 7/30/2019 | 8/27/2019 | 9/5/2019 |
| 29106 | GARY | ROSE | Fears \| Nachawati | 68 | 9/11/2018 | 7/15/2019 | 8/5/2019 | 8/20/2019 | 8/29/2019 |
| 29109 | PREZELLAR | SMITH | Fears \| Nachawati | 90 | 9/11/2018 | 7/17/2019 | 7/30/2019 | 8/5/2019 | 8/31/2019 |
| 29117 | EMARI | DESHONG | Fears \| Nachawati | 37 | 3/31/2019 | 8/2/2019 | 8/5/2019 | 8/22/2019 | 9/4/2019 |
| 29143 | JONATHAN | DUNCAN | Fears \| Nachawati | 54 | 3/31/2019 | 6/3/2019 | 7/29/2019 | 8/5/2019 | 9/1/2019 |
| 29154 | JAMES | PETTY | Fears \| Nachawati | 67 | 3/29/2019 | 7/5/2019 | 8/1/2019 | 8/26/2019 | 9/5/2019 |
| 29157 | MARGARET | O'NEILL | Fears \| Nachawati | 52 | 3/30/2019 | 7/16/2019 | 8/3/2019 | 8/5/2019 | 9/5/2019 |
| 29161 | DONALD | BRITTON | Fears \| Nachawati | 70 | 4/1/2019 | 7/8/2019 | 8/2/2019 | 8/5/2019 | 8/22/2019 |
| 29163 | BRENDA | TOWNSEL | Fears \| Nachawati | 66 | 3/30/2019 | 7/13/2019 | 7/30/2019 | 8/2/2019 | 8/29/2019 |

| 29166 | PEGGY | MOSS | Fears \| Nachawati | 84 | 3/27/2019 | 7/17/2019 | 7/31/2019 | 8/27/2019 | 9/5/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 29168 | CARLOS | FLORES | Fears \| Nachawati | 87 | 3/30/2019 | 4/26/2019 | 8/1/2019 | 8/5/2019 | 8/22/2019 |
| 29173 | EUGENE | LANDS | Fears \| Nachawati | 62 | 3/29/2019 | 7/15/2019 | 7/30/2019 | 8/26/2019 | 9/4/2019 |
| 29190 | TERRY | COLLEY | Fears \| Nachawati | 62 | 4/1/2019 | 7/18/2019 | 8/2/2019 | 8/26/2019 | 9/6/2019 |
| 29193 | BARBARA | HENDERSON | Fears \| Nachawati | 54 | 3/28/2019 | 7/15/2019 | 7/30/2019 | 8/27/2019 | 9/6/2019 |
| 29200 | BRENDA | BRAND | Fears \| Nachawati | 56 | 9/12/2018 | 7/13/2019 | 8/2/2019 | 8/5/2019 | 9/2/2019 |
| 29201 | LILLIAN | KEARSE | Fears \| Nachawati | 83 | 4/1/2019 | 7/23/2019 | 8/5/2019 | 8/26/2019 | 9/3/2019 |
| 29204 | WILLIAM | OLMS | Fears \| Nachawati | 78 | 4/2/2019 | 6/26/2019 | 7/20/2019 | 7/30/2019 | 8/5/2019 |
| 29214 | GLORIA | MATHER | Fears \| Nachawati | 73 | 4/2/2019 | 7/9/2019 | 7/31/2019 | 8/29/2019 | 9/5/2019 |
| 29223 | DONNA | GREER | Fears \| Nachawati | 75 | 4/2/2019 | 7/15/2019 | 7/30/2019 | 8/27/2019 | 9/5/2019 |

| 29231 | JOHN | DEAREY | Fears \| Nachawati | 80 | 3/26/2019 | 5/28/2019 | 7/24/2019 | 7/29/2019 | 8/2/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 29250 | JANIS | KOVACH | Fears \| Nachawati | 54 | 3/26/2019 | 7/18/2019 | 8/2/2019 | 8/27/2019 | 9/6/2019 |
| 29256 | CHARLES | WHITNELL | Fears \| Nachawati | 84 | 3/29/2019 | 7/18/2019 | 8/5/2019 | 8/21/2019 | 9/5/2019 |
| 29258 | FRANCISCO | GUZMAN | Fears \| Nachawati | 90 | 3/28/2019 | 7/15/2019 | 7/31/2019 | 8/1/2019 | 9/5/2019 |
| 29278 | HATTIE | JACKSON | Fears \| Nachawati | 87 | 3/28/2019 | 6/19/2019 | 6/27/2019 | 7/31/2019 | 8/5/2019 |
| 29289 | HILARY | CONNELL | Fears \| Nachawati | 76 | 8/9/2018 | 4/3/2019 | 7/25/2019 | 8/29/2019 | 9/2/2019 |
| 29300 | ALENE | LEE | Fears \| Nachawati | 89 | 3/29/2019 | 7/24/2019 | 7/31/2019 | 8/11/2019 | 9/6/2019 |
| 29321 | MICHAEL | MORIN | Fears \| Nachawati | 43 | 3/30/2019 | 7/1/2019 | 7/29/2019 | 8/2/2019 | 8/22/2019 |
| 29349 | MARVIN | LYNCH | Fears \| Nachawati | 90 | 3/30/2019 | 7/16/2019 | 7/31/2019 | 8/1/2019 | 9/6/2019 |
| 29358 | HUGH | BROWDER | Fears \| Nachawati | 78 | 3/27/2019 | 7/15/2019 | 7/31/2019 | 8/2/2019 | 8/5/2019 |

| 29377 | ZELMA | KELLEY | Fears \| Nachawati | 67 | 3/30/2019 | 6/7/2019 | 7/24/2019 | 7/30/2019 | 8/5/2019 |
| 29382 | MARILYN | HARSH | Fears \| Nachawati | 79 | 3/29/2019 | 6/27/2019 | 7/23/2019 | 8/1/2019 | 8/5/2019 |
| 29393 | CHARLOTTE | MOORE | Fears \| Nachawati | 75 | 3/28/2019 | 7/18/2019 | 7/31/2019 | 8/30/2019 | 9/6/2019 |
| 29396 | ANNA | MEJIA | Fears \| Nachawati | 55 | 3/28/2019 | 6/27/2019 | 7/24/2019 | 8/2/2019 | 8/5/2019 |
| 29399 | SUHA | ABUHMOUD | Fears \| Nachawati | 38 | 3/28/2019 | 7/18/2019 | 7/31/2019 | 8/13/2019 | 9/4/2019 |
| 29407 | SORNG | POL | Fears \| Nachawati | 89 | 3/30/2019 | 6/11/2019 | 7/26/2019 | 7/31/2019 | 8/13/2019 |
| 29411 | JASON | STRIBLING | Fears \| Nachawati | 43 | 3/30/2019 | 7/18/2019 | 8/1/2019 | 8/5/2019 | 9/5/2019 |
| 29414 | JOHN | DICKERSON | Fears \| Nachawati | 62 | 3/30/2019 | 6/27/2019 | 7/24/2019 | 8/5/2019 | 9/4/2019 |
| 29420 | GLORIA | JUAREZ | Fears \| Nachawati | 80 | 3/28/2019 | 6/8/2019 | 8/1/2019 | 8/3/2019 | 8/20/2019 |
| 29427 | VIDA | HUGHES | Fears \| Nachawati | 92 | 3/28/2019 | 7/22/2019 | 8/5/2019 | 8/15/2019 | 8/28/2019 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29436 | ADRIAN | ISHMAEL | Fears \| Nachawati | 52 | 3/28/2019 | 6/27/2019 | 7/23/2019 | 7/30/2019 | 7/31/2019 |
| 29449 | GLORIA | ROBINSON | Fears \| Nachawati | 84 | 3/29/2019 | 7/5/2019 | 7/31/2019 | 8/26/2019 | 9/5/2019 |
| 29454 | TONY | ROBERTSON | Fears \| Nachawati | 44 | 3/29/2019 | 8/1/2019 | 8/2/2019 | 8/5/2019 | 8/26/2019 |
| 29457 | HOWARD | ROSE | Fears \| Nachawati | 72 | 3/29/2019 | 7/15/2019 | 7/30/2019 | 8/5/2019 | 8/26/2019 |
| 29481 | ABIGAIL | NIEZES | Fears \| Nachawati | 49 | 4/1/2019 | 6/8/2019 | 7/2/2019 | 7/30/2019 | 8/1/2019 |
| 29484 | JATON | FOWLER | Fears \| Nachawati | 56 | 3/30/2019 | 6/26/2019 | 7/18/2019 | 7/31/2019 | 8/2/2019 |
| 29501 | RUTH | RICHWINE | Fears \| Nachawati | 80 | 3/26/2019 | 7/24/2019 | 7/30/2019 | 8/11/2019 | 9/6/2019 |
| 29505 | RICHARD | ROBBINS | Fears \| Nachawati | 70 | 4/1/2019 | 7/17/2019 | 7/31/2019 | 8/5/2019 | 9/4/2019 |
| 29515 | LEO | SENSEL | Fears \| Nachawati | 85 | 3/27/2019 | 7/16/2019 | 8/5/2019 | 8/16/2019 | 8/30/2019 |
| 29518 | JOLANDA | HARGROVE | Fears \| Nachawati | 34 | 3/28/2019 | 7/15/2019 | 7/30/2019 | 8/28/2019 | 9/5/2019 |

| 29521 | DAVID | MCFARLAND | Fears \| Nachawati | 66 | 3/29/2019 | 7/13/2019 | 7/30/2019 | 8/2/2019 | 8/5/2019 |
| 29540 | LAURISTON | MCDONNOUGH | Fears \| Nachawati | 86 | 3/28/2019 | 7/26/2019 | 8/5/2019 | 8/29/2019 | 9/4/2019 |
| 29541 | APRIL | LEE | Fears \| Nachawati | 41 | 3/29/2019 | 7/15/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 29546 | BARBARA | WILSON | Fears \| Nachawati | 76 | 3/28/2019 | 7/1/2019 | 7/30/2019 | 8/5/2019 | 8/22/2019 |
| 29556 | SERGIO | GONZALEZ | Fears \| Nachawati | 30 | 3/28/2019 | 7/17/2019 | 8/2/2019 | 8/30/2019 | 9/6/2019 |
| 29558 | JACK | JUSTICE | Fears \| Nachawati | 79 | 3/31/2019 | 6/11/2019 | 6/27/2019 | 8/1/2019 | 8/27/2019 |
| 29587 | LLOYD | STOWE | Fears \| Nachawati | 72 | 4/2/2019 | 7/16/2019 | 7/31/2019 | 8/8/2019 | 9/6/2019 |
| 29599 | BRIAN | TACEY | Fears \| Nachawati | 70 | 3/28/2019 | 7/22/2019 | 8/2/2019 | 8/31/2019 | 9/3/2019 |
| 29615 | CYNTHIA | BROOKS-FETTY | Fears \| Nachawati | 66 | 3/30/2019 | 6/19/2019 | 7/13/2019 | 7/31/2019 | 8/27/2019 |
| 29617 | PEGGY | HUFFMAN | Fears \| Nachawati | 69 | 3/28/2019 | 7/17/2019 | 7/30/2019 | 8/28/2019 | 9/5/2019 |

| 29628 | CONSTANTIN | KONSTANTAKOS | Fears \| Nachawati | 84 | 3/31/2019 | 7/22/2019 | 7/31/2019 | 8/30/2019 | 9/5/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 29632 | LOIS | ERNST | Fears \| Nachawati | 92 | 3/26/2019 | 7/16/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 29642 | JOSEPH | SCURRY | Fears \| Nachawati | 41 | 3/28/2019 | 6/21/2019 | 6/26/2019 | 7/29/2019 | 8/4/2019 |
| 29653 | LEROY | KENDRICK | Fears \| Nachawati | 66 | 3/31/2019 | 7/1/2019 | 7/29/2019 | 8/2/2019 | 8/22/2019 |
| 29657 | CARLTON | HASKINS | Fears \| Nachawati | 67 | 4/2/2019 | 6/10/2019 | 7/18/2019 | 8/1/2019 | 8/14/2019 |
| 29679 | LEE | BROWN | Fears \| Nachawati | 67 | 3/30/2019 | 6/26/2019 | 7/20/2019 | 8/26/2019 | 9/4/2019 |
| 29680 | LINDA | RIVERA | Fears \| Nachawati | 69 | 3/28/2019 | 7/20/2019 | 7/31/2019 | 8/1/2019 | 9/6/2019 |
| 29684 | HERBERT | ASHBY | Fears \| Nachawati | 77 | 3/28/2019 | 7/15/2019 | 8/1/2019 | 8/30/2019 | 9/3/2019 |
| 29685 | THEODORE | KANE | Fears \| Nachawati | 74 | 3/31/2019 | 6/26/2019 | 7/18/2019 | 7/31/2019 | 8/1/2019 |
| 29687 | ROBERT | MCAVOY | Fears \| Nachawati | 76 | 3/29/2019 | 7/19/2019 | 7/30/2019 | 8/5/2019 | 8/29/2019 |

| 29690 | TRACIE | JONES | Fears \| Nachawati | 46 | 9/18/2018 | 7/20/2019 | 7/30/2019 | 8/15/2019 | 9/6/2019 |
|-------|--------|-------|--------------------|----|-----------|-----------|-----------|-----------|----------|
| 29691 | TERESA | MCGILL | Fears \| Nachawati | 43 | 3/30/2019 | 6/3/2019 | 7/20/2019 | 7/29/2019 | 9/1/2019 |
| 29700 | WADE | MCELLIGOTT | Fears \| Nachawati | 62 | 3/29/2019 | 7/20/2019 | 8/5/2019 | 8/26/2019 | 9/6/2019 |
| 29705 | JUDY | LEO | Fears \| Nachawati | 68 | 4/1/2019 | 7/25/2019 | 8/1/2019 | 8/2/2019 | 8/31/2019 |
| 29708 | LOUISA | ESHOE | Fears \| Nachawati | 47 | 3/29/2019 | 6/27/2019 | 7/29/2019 | 8/2/2019 | 8/28/2019 |
| 29709 | MARIA | DIDOMIZIO | Fears \| Nachawati | 65 | 3/29/2019 | 5/28/2019 | 6/8/2019 | 7/29/2019 | 7/30/2019 |
| 29712 | JAMES | SHORT | Fears \| Nachawati | 58 | 3/29/2019 | 6/4/2019 | 7/11/2019 | 7/29/2019 | 8/29/2019 |
| 29720 | DONALD | ROSS | Fears \| Nachawati | 56 | 3/31/2019 | 5/28/2019 | 6/8/2019 | 7/29/2019 | 7/31/2019 |
| 29729 | YVONNE | BASKERVILLE | Fears \| Nachawati | 90 | 3/28/2019 | 6/19/2019 | 7/23/2019 | 7/29/2019 | 7/30/2019 |
| 29742 | LUCY | BILL | Fears \| Nachawati | 87 | 4/1/2019 | 7/25/2019 | 7/30/2019 | 8/5/2019 | 8/27/2019 |

| 29758 | CAROLYN | GEORGE | Fears \| Nachawati | 64 | 4/1/2019 | 6/27/2019 | 7/24/2019 | 7/31/2019 | 8/5/2019 |
| 29761 | MICHAEL | HIU | Fears \| Nachawati | 52 | 4/1/2019 | 7/30/2019 | 7/31/2019 | 8/5/2019 | 8/29/2019 |
| 29787 | BRANDI | TILLMAN | Fears \| Nachawati | 59 | 4/1/2019 | 7/8/2019 | 7/30/2019 | 8/2/2019 | 8/23/2019 |
| 29791 | BENJAMIN | RICHARDS | Fears \| Nachawati | 78 | 4/1/2019 | 7/8/2019 | 7/29/2019 | 7/31/2019 | 8/23/2019 |
| 29795 | RICHARD | VANHERSH | Fears \| Nachawati | 74 | 3/29/2019 | 7/19/2019 | 8/5/2019 | 8/15/2019 | 8/29/2019 |
| 29796 | WADE | COSPER | Fears \| Nachawati | 60 | 3/30/2019 | 7/1/2019 | 7/30/2019 | 8/5/2019 | 8/23/2019 |
| 29809 | SUZANNE | DELLINGER | Fears \| Nachawati | 53 | 4/1/2019 | 7/8/2019 | 8/2/2019 | 8/5/2019 | 8/23/2019 |
| 29819 | MARY | IVEY | Fears \| Nachawati | 63 | 3/31/2019 | 6/19/2019 | 7/24/2019 | 7/31/2019 | 8/27/2019 |
| 29826 | CARLOTTA | WAYCASTER | Fears \| Nachawati | 62 | 3/30/2019 | 6/7/2019 | 8/2/2019 | 8/6/2019 | 8/26/2019 |
| 29828 | NELL | MAYS | Fears \| Nachawati | 78 | 3/31/2019 | 7/19/2019 | 7/31/2019 | 8/27/2019 | 9/6/2019 |

| 29832 | CHARLES | WALTHER | Fears \| Nachawati | 67 | 3/28/2019 | 6/27/2019 | 7/24/2019 | 8/1/2019 | 8/5/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 29837 | TIFFANY | NICHOLS | Fears \| Nachawati | 55 | 3/31/2019 | 7/8/2019 | 7/29/2019 | 8/5/2019 | 8/23/2019 |
| 29838 | MARJORIE | FOILES | Fears \| Nachawati | 101 | 4/1/2019 | 7/8/2019 | 7/30/2019 | 8/1/2019 | 8/23/2019 |
| 29839 | MARGARET | FINK | Fears \| Nachawati | 85 | 9/12/2018 | 7/22/2019 | 8/5/2019 | 8/29/2019 | 9/3/2019 |
| 29854 | NATHANIEL | GREENE | Fears \| Nachawati | 58 | 3/28/2019 | 6/19/2019 | 7/9/2019 | 8/5/2019 | 9/3/2019 |
| 29863 | ROY | MAXWELL | Fears \| Nachawati | 95 | 1/8/2019 | 7/24/2019 | 7/29/2019 | 8/5/2019 | 9/4/2019 |
| 29865 | PHYLLIS | HALL | Fears \| Nachawati | 73 | 3/27/2019 | 7/19/2019 | 8/5/2019 | 8/31/2019 | 9/5/2019 |
| 29867 | RON | MILLS | Fears \| Nachawati | 55 | 3/28/2019 | 7/16/2019 | 8/2/2019 | 8/5/2019 | 8/26/2019 |
| 29873 | BARBARA | MCDUFFIE | Fears \| Nachawati | 71 | 9/17/2018 | 7/15/2019 | 8/3/2019 | 8/5/2019 | 9/3/2019 |
| 29875 | TERRI | MALONE | Fears \| Nachawati | 55 | 3/30/2019 | 7/20/2019 | 8/2/2019 | 8/28/2019 | 9/5/2019 |

| 29881 | AARON | CARMICHAEL | Fears \| Nachawati | 51 | 4/1/2019 | 7/18/2019 | 7/30/2019 | 8/26/2019 | 9/6/2019 |
| 29883 | MANUEL | MEDINA | Fears \| Nachawati | 43 | 3/30/2019 | 7/1/2019 | 7/29/2019 | 8/2/2019 | 8/23/2019 |
| 29884 | GEORGE | CARTER | Fears \| Nachawati | 69 | 3/26/2019 | 7/26/2019 | 8/2/2019 | 8/28/2019 | 9/5/2019 |
| 29905 | ELBERT | DULWORTH | Fears \| Nachawati | 62 | 4/1/2019 | 6/26/2019 | 7/31/2019 | 8/5/2019 | 8/23/2019 |
| 29913 | JOSE | GUILLEN | Fears \| Nachawati | 76 | 3/29/2019 | 7/1/2019 | 7/29/2019 | 8/1/2019 | 8/23/2019 |
| 29923 | GEORGE | LIBBEY | Fears \| Nachawati | 67 | 4/1/2019 | 8/1/2019 | 8/5/2019 | 8/16/2019 | 8/27/2019 |
| 29924 | WILLIAM | CARLSON | Fears \| Nachawati | 71 | 4/1/2019 | 6/26/2019 | 7/26/2019 | 7/30/2019 | 8/28/2019 |
| 29925 | JOHN | ANFORTH | Fears \| Nachawati | 79 | 4/1/2019 | 7/12/2019 | 7/31/2019 | 8/13/2019 | 9/25/2019 |
| 29927 | SYLVESTER | WATSON | Fears \| Nachawati | 69 | 3/30/2019 | 6/26/2019 | 7/20/2019 | 8/5/2019 | 9/4/2019 |
| 29930 | RAMONA | LONG | Fears \| Nachawati | 63 | 3/30/2019 | 6/6/2019 | 7/19/2019 | 7/30/2019 | 8/2/2019 |

| 29931 | ALEXANDRIA | MILLER | Fears \| Nachawati | 39 | 4/2/2019 | 6/26/2019 | 7/18/2019 | 8/1/2019 | 8/5/2019 |
| 29939 | SANDRA | DAGENAIS | Fears \| Nachawati | 79 | 3/30/2019 | 7/26/2019 | 7/30/2019 | 8/31/2019 | 9/3/2019 |
| 29948 | RICKEY | COLEMAN | Fears \| Nachawati | 69 | 8/15/2018 | 6/27/2019 | 7/26/2019 | 8/31/2019 | 9/3/2019 |
| 29955 | NANCY | CALLAHAN | Fears \| Nachawati | 59 | 3/29/2019 | 7/17/2019 | 8/1/2019 | 8/27/2019 | 9/5/2019 |
| 29964 | CAROL | BAKER | Fears \| Nachawati | 67 | 3/29/2019 | 7/2/2019 | 8/8/2019 | 8/29/2019 | 9/3/2019 |
| 29965 | LARRY | CARTINO | Fears \| Nachawati | 82 | 3/27/2019 | 6/26/2019 | 7/26/2019 | 8/2/2019 | 9/5/2019 |
| 29969 | PATRICIA | OGDEN | Fears \| Nachawati | 56 | 4/2/2019 | 6/27/2019 | 7/24/2019 | 8/2/2019 | 8/5/2019 |
| 29986 | HOWARD | FARR | Fears \| Nachawati | 68 | 4/1/2019 | 7/25/2019 | 7/30/2019 | 8/30/2019 | 9/3/2019 |
| 29988 | VIVIAN | MARQUEZ | Fears \| Nachawati | 63 | 4/1/2019 | 7/8/2019 | 7/31/2019 | 8/29/2019 | 9/5/2019 |
| 29992 | BRENDA | HOWARD | Fears \| Nachawati | 65 | 4/1/2019 | 5/21/2019 | 7/30/2019 | 8/5/2019 | 9/4/2019 |

| 29998 | GILBERT | FAIRWEATHER | Fears \| Nachawati | 70 | 4/1/2019 | 7/8/2019 | 7/29/2019 | 8/1/2019 | 8/23/2019 |
|-------|---------|-------------|--------------------|----|----------|----------|-----------|----------|-----------|
| 29999 | TRACY | CARTER | Fears \| Nachawati | 52 | 4/1/2019 | 7/20/2019 | 8/5/2019 | 8/29/2019 | 9/3/2019 |
| 30019 | BILLY | TODD | Fears \| Nachawati | 76 | 3/31/2019 | 7/16/2019 | 7/29/2019 | 8/8/2019 | 9/6/2019 |
| 30025 | GILBERTO | FIGUEROA | Fears \| Nachawati | 82 | 3/29/2019 | 4/18/2019 | 7/31/2019 | 8/2/2019 | 9/4/2019 |
| 30040 | JUSTENA | BANKS | Fears \| Nachawati | 44 | 3/30/2019 | 7/17/2019 | 8/3/2019 | 8/5/2019 | 9/5/2019 |
| 30041 | RODGER | BORING | Fears \| Nachawati | 72 | 4/1/2019 | 7/19/2019 | 7/29/2019 | 8/13/2019 | 9/3/2019 |
| 30047 | HENRY | GRAVES | Fears \| Nachawati | 64 | 4/1/2019 | 7/29/2019 | 7/31/2019 | 8/22/2019 | 9/5/2019 |
| 30048 | WILLIE | WORTHY | Fears \| Nachawati | 72 | 4/1/2019 | 7/20/2019 | 8/2/2019 | 8/27/2019 | 9/6/2019 |
| 30064 | MARK | THORTON | Fears \| Nachawati | 48 | 3/30/2019 | 7/1/2019 | 7/29/2019 | 8/5/2019 | 8/23/2019 |
| 30066 | JUNIUS | MARKS | Fears \| Nachawati | 90 | 3/27/2019 | 7/26/2019 | 7/29/2019 | 8/13/2019 | 9/3/2019 |

| 30078 | MICHAEL | SIMMONS | Fears \| Nachawati | 62 | 3/31/2019 | 6/10/2019 | 7/8/2019 | 7/30/2019 | 8/5/2019 |
| 30086 | JUDY | VICKERS | Fears \| Nachawati | 59 | 3/27/2019 | 7/1/2019 | 7/29/2019 | 8/1/2019 | 8/21/2019 |
| 30090 | DAVID | SCHULTZ | Fears \| Nachawati | 82 | 3/31/2019 | 7/3/2019 | 7/29/2019 | 8/13/2019 | 9/3/2019 |
| 30108 | STANLEY | KIPU | Fears \| Nachawati | 85 | 4/1/2019 | 5/8/2019 | 7/29/2019 | 8/5/2019 | 8/16/2019 |
| 30110 | CAROL | SMITH | Fears \| Nachawati | 58 | 3/27/2019 | 6/26/2019 | 7/19/2019 | 7/30/2019 | 8/5/2019 |
| 30111 | SANDRA | BRANCH | Fears \| Nachawati | 71 | 4/1/2019 | 7/20/2019 | 8/1/2019 | 8/30/2019 | 9/4/2019 |
| 30112 | WILLIAM | VINSON | Fears \| Nachawati | 76 | 4/1/2019 | 4/29/2019 | 5/1/2019 | 7/30/2019 | 8/5/2019 |
| 30123 | KARLA | TAPPS | Fears \| Nachawati | 57 | 3/29/2019 | 6/5/2019 | 8/1/2019 | 8/5/2019 | 8/9/2019 |
| 30132 | JEFFREY | WILDER | Fears \| Nachawati | 49 | 3/30/2019 | 6/26/2019 | 7/29/2019 | 8/1/2019 | 8/7/2019 |
| 30146 | MARY | FREDERICK | Fears \| Nachawati | 57 | 3/27/2019 | 7/26/2019 | 8/2/2019 | 8/28/2019 | 9/5/2019 |

| 30174 | DONALD | BROWN | Fears \| Nachawati | 81 | 4/1/2019 | 6/19/2019 | 7/25/2019 | 8/12/2019 | 9/4/2019 |
| 30179 | PATRICK | CHARETTE | Fears \| Nachawati | 63 | 3/31/2019 | 7/8/2019 | 7/22/2019 | 8/2/2019 | 9/4/2019 |
| 30192 | JOHN EARL | HERBERT | Fears \| Nachawati | 49 | 3/29/2019 | 7/24/2019 | 8/2/2019 | 8/5/2019 | 8/30/2019 |
| 30198 | LUCY | SPIKES | Fears \| Nachawati | 90 | 3/28/2019 | 7/3/2019 | 7/26/2019 | 8/1/2019 | 9/4/2019 |
| 30201 | EUGENIA | KOMORA | Fears \| Nachawati | 60 | 3/31/2019 | 7/8/2019 | 7/29/2019 | 7/31/2019 | 8/23/2019 |
| 30203 | BETTIE | HILL | Fears \| Nachawati | 71 | 3/30/2019 | 7/1/2019 | 7/29/2019 | 7/31/2019 | 8/23/2019 |
| 30204 | MARIAN | FORD | Fears \| Nachawati | 57 | 9/17/2018 | 7/26/2019 | 7/29/2019 | 8/13/2019 | 9/3/2019 |
| 30205 | ZENOBIA | GREEN | Fears \| Nachawati | 76 | 3/27/2019 | 7/20/2019 | 7/31/2019 | 8/30/2019 | 9/5/2019 |
| 30212 | GERALDINE | BUCHANAN | Fears \| Nachawati | 92 | 4/1/2019 | 7/15/2019 | 7/30/2019 | 8/1/2019 | 9/6/2019 |
| 30213 | PAUL | SUMMERS | Fears \| Nachawati | 70 | 3/27/2019 | 7/19/2019 | 8/2/2019 | 8/31/2019 | 9/5/2019 |

| 30232 | ALBIN | WILSON | Fears \| Nachawati | 48 | 4/2/2019 | 7/1/2019 | 7/15/2019 | 8/1/2019 | 8/5/2019 |
| 30233 | DONNA | MILANO | Fears \| Nachawati | 63 | 3/27/2019 | 7/26/2019 | 8/5/2019 | 8/27/2019 | 9/3/2019 |
| 30235 | LISA | MOORE | Fears \| Nachawati | 52 | 3/27/2019 | 6/17/2019 | 7/25/2019 | 8/7/2019 | 9/5/2019 |
| 30278 | WILLA | WASHINGTON | Fears \| Nachawati | 79 | 3/31/2019 | 6/26/2019 | 7/26/2019 | 8/2/2019 | 9/5/2019 |
| 30301 | CAROLYN | PERKINS | Fears \| Nachawati | 77 | 3/27/2019 | 7/19/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 30303 | ANTHONY | TURNER | Fears \| Nachawati | 57 | 3/31/2019 | 6/26/2019 | 7/29/2019 | 8/1/2019 | 8/7/2019 |
| 30304 | HAROLD | POLING | Fears \| Nachawati | 76 | 3/27/2019 | 7/3/2019 | 8/2/2019 | 8/31/2019 | 9/5/2019 |
| 30307 | MARK | DERICO | Fears \| Nachawati | 51 | 3/29/2019 | 7/1/2019 | 7/29/2019 | 8/1/2019 | 8/21/2019 |
| 30311 | BELVIE | TURNER | Fears \| Nachawati | 78 | 3/29/2019 | 7/18/2019 | 7/30/2019 | 8/2/2019 | 8/30/2019 |
| 30326 | MICHAEL | SENN | Fears \| Nachawati | 59 | 3/29/2019 | 7/19/2019 | 8/5/2019 | 8/26/2019 | 9/3/2019 |

| 30329 | SHIRLEY | DUNNING | Fears \| Nachawati | 81 | 3/30/2019 | 7/20/2019 | 8/3/2019 | 8/5/2019 | 9/5/2019 |
| 30330 | SANDRA | WRIGHT | Fears \| Nachawati | 60 | 3/27/2019 | 7/23/2019 | 7/30/2019 | 8/5/2019 | 9/6/2019 |
| 30332 | WILLIE | BOYD | Fears \| Nachawati | 67 | 3/29/2019 | 7/20/2019 | 7/30/2019 | 8/27/2019 | 9/6/2019 |
| 30337 | SHELBY | BIRDINE | Fears \| Nachawati | 58 | 4/2/2019 | 7/17/2019 | 7/30/2019 | 8/20/2019 | 9/16/2019 |
| 30338 | ANNETTE | JONES | Fears \| Nachawati | 64 | 3/29/2019 | 7/18/2019 | 7/29/2019 | 8/13/2019 | 9/6/2019 |
| 30341 | VERLA | LEGG | Fears \| Nachawati | 95 | 4/2/2019 | 6/26/2019 | 7/20/2019 | 8/2/2019 | 8/5/2019 |
| 30343 | BETTIE | BARNES | Fears \| Nachawati | 76 | 3/27/2019 | 7/1/2019 | 7/29/2019 | 8/5/2019 | 8/22/2019 |
| 30356 | MARKIZE | WILLIAMS | Fears \| Nachawati | 23 | 4/2/2019 | 6/19/2019 | 7/25/2019 | 8/26/2019 | 9/5/2019 |
| 30357 | MARK | SMITH | Fears \| Nachawati | 65 | 3/29/2019 | 7/1/2019 | 7/29/2019 | 8/5/2019 | 8/22/2019 |
| 30360 | ORQUIDEA | MARTINEZ | Fears \| Nachawati | 54 | 3/30/2019 | 7/16/2019 | 8/2/2019 | 8/26/2019 | 9/4/2019 |

| 30371 | JOHN | SHIPP | Fears \| Nachawati | 65 | 3/26/2019 | 7/26/2019 | 8/5/2019 | 8/27/2019 | 9/3/2019 |
| 32369 | RONNIE | WILLIAMS | Fears \| Nachawati | 70 | 4/2/2019 | 7/19/2019 | 8/5/2019 | 8/27/2019 | 9/6/2019 |
| 38259 | JAYE | ZACHARY | Fears \| Nachawati | 40 | 3/29/2019 | 7/15/2019 | 7/29/2019 | 8/5/2019 | 8/26/2019 |
| 38906 | MARION | NEWMAN | Fears \| Nachawati | 90 | 3/26/2019 | 7/23/2019 | 7/30/2019 | 8/13/2019 | 9/3/2019 |
| 38910 | THERESA | MAGGARD | Fears \| Nachawati | 62 | 3/28/2019 | 7/22/2019 | 7/30/2019 | 8/5/2019 | 9/3/2019 |
| 38912 | MARGARET | GRUNDY | Fears \| Nachawati | 91 | 3/28/2019 | 7/15/2019 | 8/5/2019 | 8/27/2019 | 9/6/2019 |
| 38915 | NEXHMIA | DARDOVSKI | Fears \| Nachawati | 93 | 3/28/2019 | 7/31/2019 | 8/5/2019 | 8/18/2019 | 8/21/2019 |
| 38919 | LEON | YAGER | Fears \| Nachawati | 69 | 3/28/2019 | 7/20/2019 | 8/1/2019 | 8/31/2019 | 9/5/2019 |
| 38922 | KENNETH | HENDERSON | Fears \| Nachawati | 78 | 3/28/2019 | 7/3/2019 | 8/5/2019 | 8/29/2019 | 9/3/2019 |
| 38923 | ALFREDO | RAMIREZ | Fears \| Nachawati | 82 | 3/27/2019 | 7/23/2019 | 7/30/2019 | 8/26/2019 | 9/6/2019 |

| 38925 | PATRICIA | HETRICK | Fears \| Nachawati | 33 | 3/28/2019 | 7/2/2019 | 7/30/2019 | 8/27/2019 | 9/5/2019 |
| 38935 | ROBERT | MCCALL | Fears \| Nachawati | 92 | 4/1/2019 | 6/27/2019 | 7/24/2019 | 8/2/2019 | 8/5/2019 |
| 38936 | FELILA | LEATIOTA | Fears \| Nachawati | 65 | 3/28/2019 | 7/10/2019 | 8/5/2019 | 8/27/2019 | 9/5/2019 |
| 38945 | DONNA | MARKOVIC | Fears \| Nachawati | 79 | 3/28/2019 | 7/22/2019 | 8/5/2019 | 8/26/2019 | 9/3/2019 |
| 38949 | RAYMOND | JOYAL | Fears \| Nachawati | 83 | 3/27/2019 | 7/24/2019 | 7/29/2019 | 8/21/2019 | 9/5/2019 |
| 38951 | TERRY | WHEELER | Fears \| Nachawati | 69 | 3/28/2019 | 7/30/2019 | 8/5/2019 | 8/27/2019 | 9/5/2019 |
| 38957 | WILLIAM | WEDESKY | Fears \| Nachawati | 76 | 3/29/2019 | 7/23/2019 | 8/5/2019 | 8/29/2019 | 9/6/2019 |
| 38961 | DESMOND | MARTIN | Fears \| Nachawati | 70 | 3/30/2019 | 7/8/2019 | 7/31/2019 | 8/2/2019 | 8/5/2019 |
| 38962 | ELMORE | BRYANT | Fears \| Nachawati | 57 | 4/1/2019 | 7/15/2019 | 7/29/2019 | 7/30/2019 | 8/2/2019 |
| 38963 | MIRIAMA | PITTS | Fears \| Nachawati | 40 | 4/2/2019 | 7/16/2019 | 8/1/2019 | 8/28/2019 | 9/4/2019 |

| 38967 | STEVEN | BROWN | Fears \| Nachawati | 59 | 3/28/2019 | 6/26/2019 | 7/18/2019 | 7/31/2019 | 8/5/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 38970 | KENNETH | LINBERG | Fears \| Nachawati | 84 | 3/28/2019 | 6/26/2019 | 7/26/2019 | 7/30/2019 | 8/28/2019 |
| 38971 | BYRON | MILLENN | Fears \| Nachawati | 60 | 3/31/2019 | 6/29/2019 | 7/30/2019 | 7/31/2019 | 8/27/2019 |
| 38975 | GAIL | OKASH | Fears \| Nachawati | 68 | 4/2/2019 | 7/15/2019 | 7/31/2019 | 8/28/2019 | 9/5/2019 |
| 38978 | WILLIAM | CLARK | Fears \| Nachawati | 77 | 3/30/2019 | 7/20/2019 | 7/29/2019 | 8/31/2019 | 8/5/2019 |
| 38981 | RAMONA | SULHAM | Fears \| Nachawati | 57 | 4/1/2019 | 6/26/2019 | 7/19/2019 | 7/30/2019 | 8/5/2019 |
| 38983 | KENNETH | BROECKER | Fears \| Nachawati | 87 | 3/27/2019 | 6/27/2019 | 7/26/2019 | 8/31/2019 | 9/3/2019 |
| 38988 | SLOBODAN | MIKULIC | Fears \| Nachawati | 89 | 3/29/2019 | 7/20/2019 | 7/31/2019 | 8/30/2019 | 9/3/2019 |
| 38990 | RONALD | MYERS | Fears \| Nachawati | 76 | 3/28/2019 | 6/11/2019 | 7/8/2019 | 7/12/2019 | 7/31/2019 |
| 38993 | DON | INSEL | Fears \| Nachawati | 56 | 3/29/2019 | 7/24/2019 | 8/5/2019 | 8/16/2019 | 8/28/2019 |

| 38994 | CHRISTOPHER | HAND | Fears \| Nachawati | 60 | 3/31/2019 | 6/8/2019 | 7/29/2019 | 7/31/2019 | 8/5/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 38998 | FRANK | KATZ | Fears \| Nachawati | 85 | 3/26/2019 | 7/15/2019 | 7/31/2019 | 8/30/2019 | 9/6/2019 |
| 39002 | NATHANIEL | FRIPP | Fears \| Nachawati | 65 | 3/28/2019 | 7/19/2019 | 7/31/2019 | 8/30/2019 | 9/3/2019 |
| 39003 | AUDREY | WOODKIRK | Fears \| Nachawati | 80 | 3/28/2019 | 7/18/2019 | 8/5/2019 | 8/13/2019 | 9/6/2019 |
| 39006 | KELLY | KENNEY | Fears \| Nachawati | 49 | 3/28/2019 | 7/16/2019 | 8/5/2019 | 8/27/2019 | 9/3/2019 |
| 39016 | JAMIE | WATSON | Fears \| Nachawati | 56 | 4/2/2019 | 7/18/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 39017 | ELIZABETH | JOHNSON | Fears \| Nachawati | 35 | 3/28/2019 | 7/8/2019 | 7/30/2019 | 8/2/2019 | 8/23/2019 |
| 39018 | WILLIAM | FLACK | Fears \| Nachawati | 89 | 9/19/2018 | 7/20/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 39025 | WANDA | PRICE | Fears \| Nachawati | 63 | 3/28/2019 | 7/18/2019 | 7/31/2019 | 8/30/2019 | 9/18/2019 |
| 39039 | JUANITA | LAMBERT | Fears \| Nachawati | 76 | 3/27/2019 | 7/16/2019 | 7/30/2019 | 8/5/2019 | 8/26/2019 |

| 39040 | SUE | LEEK | Fears \| Nachawati | 70 | 3/30/2019 | 6/27/2019 | 7/24/2019 | 7/31/2019 | 8/5/2019 |
| 39046 | ERIC | CAMPBELL | Fears \| Nachawati | 38 | 4/2/2019 | 7/25/2019 | 7/30/2019 | 8/5/2019 | 8/29/2019 |
| 39050 | EARL | HOLIDAY | Fears \| Nachawati | 73 | 3/28/2019 | 4/19/2019 | 8/1/2019 | 8/2/2019 | 8/22/2019 |
| 39055 | CHARLES | CUDJO | Fears \| Nachawati | 75 | 4/2/2019 | 7/29/2019 | 7/31/2019 | 8/22/2019 | 9/5/2019 |
| 39060 | SANDRA | REED | Fears \| Nachawati | 68 | 3/29/2019 | 7/17/2019 | 7/30/2019 | 8/26/2019 | 9/5/2019 |
| 39065 | MARY | METZGER | Fears \| Nachawati | 70 | 3/31/2019 | 7/8/2019 | 7/29/2019 | 8/5/2019 | 8/23/2019 |
| 39068 | STEVEN | JOHNSON | Fears \| Nachawati | 57 | 3/28/2019 | 7/16/2019 | 8/5/2019 | 8/30/2019 | 9/4/2019 |
| 39069 | STANLEY | BEACH | Fears \| Nachawati | 76 | 3/28/2019 | 7/20/2019 | 8/5/2019 | 8/30/2019 | 9/5/2019 |
| 39071 | PHILLIP | ORCUTT | Fears \| Nachawati | 49 | 4/2/2019 | 7/17/2019 | 7/30/2019 | 8/29/2019 | 9/3/2019 |
| 39072 | VIOLETT | SCHILLER | Fears \| Nachawati | 74 | 9/15/2018 | 7/18/2019 | 7/29/2019 | 8/13/2019 | 9/6/2019 |

| 39073 | IRMAJEAN | CAMERLENGO | Fears \| Nachawati | 78 | 3/31/2019 | 7/1/2019 | 7/29/2019 | 8/2/2019 | 8/23/2019 |
|-------|----------|------------|--------------------|----|-----------|----------|-----------|----------|-----------|
| 39074 | GRADY | ARNOLD | Fears \| Nachawati | 79 | 3/29/2019 | 5/1/2019 | 7/19/2019 | 7/29/2019 | 8/4/2019 |
| 39078 | BRENT | MCFARLAND | Fears \| Nachawati | 56 | 3/30/2019 | 6/12/2019 | 6/26/2019 | 7/1/2019 | 7/29/2019 |
| 39086 | TIMOTHY | WHITFIELD | Fears \| Nachawati | 49 | 3/28/2019 | 6/4/2019 | 7/20/2019 | 7/29/2019 | 9/1/2019 |
| 39087 | HAROLD | HAYES | Fears \| Nachawati | 76 | 3/26/2019 | 6/27/2019 | 7/26/2019 | 8/31/2019 | 9/3/2019 |
| 39088 | MALGUM | WHITESIDE | Fears \| Nachawati | 55 | 3/26/2019 | 4/30/2019 | 7/25/2019 | 8/12/2019 | 9/4/2019 |
| 39092 | KATHRYN | RAINES | Fears \| Nachawati | 71 | 4/1/2019 | 6/10/2019 | 7/29/2019 | 8/5/2019 | 9/5/2019 |
| 39100 | DOYLENE | ORR | Fears \| Nachawati | 63 | 4/2/2019 | 7/15/2019 | 8/1/2019 | 8/7/2019 | 9/12/2019 |
| 39103 | TINA | RIPPIE | Fears \| Nachawati | 54 | 3/28/2019 | 6/26/2019 | 7/20/2019 | 7/30/2019 | 8/5/2019 |
| 39108 | CHARLES | STEWART | Fears \| Nachawati | 84 | 3/29/2019 | 7/3/2019 | 7/30/2019 | 8/2/2019 | 8/13/2019 |

| 39110 | PATRICIA | MERRIWEATHER | Fears \| Nachawati | 50 | 4/1/2019 | 4/16/2019 | 5/13/2019 | 8/23/2019 | 9/3/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 39113 | RONALD | DICKSON | Fears \| Nachawati | 74 | 4/1/2019 | 6/27/2019 | 8/1/2019 | 8/5/2019 | 8/31/2019 |
| 39115 | JOSEPH | FLIPPO | Fears \| Nachawati | 44 | 3/28/2019 | 4/19/2019 | 8/1/2019 | 8/5/2019 | 8/22/2019 |
| 39118 | JEANETTE | FULLER | Fears \| Nachawati | 55 | 3/31/2019 | 6/10/2019 | 7/25/2019 | 7/30/2019 | 8/5/2019 |
| 39125 | LAURA | SMITH | Fears \| Nachawati | 41 | 3/30/2019 | 7/25/2019 | 7/29/2019 | 8/5/2019 | 8/16/2019 |
| 39126 | CHARLES | MONSOUR | Fears \| Nachawati | 71 | 3/29/2019 | 5/21/2019 | 6/12/2019 | 7/29/2019 | 9/27/2019 |
| 39127 | ROBERT | LEE | Fears \| Nachawati | 75 | 4/1/2019 | 8/2/2019 | 8/5/2019 | 8/18/2019 | 8/22/2019 |
| 39128 | LUNETTE | LITSEY | Fears \| Nachawati | 36 | 4/1/2019 | 7/25/2019 | 8/1/2019 | 8/5/2019 | 8/30/2019 |
| 39130 | CAROLYN | REYNOLDS | Fears \| Nachawati | 69 | 4/1/2019 | 7/19/2019 | 8/5/2019 | 8/15/2019 | 8/29/2019 |
| 39132 | TERRY | LEE | Fears \| Nachawati | 79 | 4/1/2019 | 6/27/2019 | 7/27/2019 | 8/26/2019 | 9/5/2019 |

| 39140 | KELLY | AGUIRRE | Fears \| Nachawati | 61 | 4/2/2019 | 7/16/2019 | 8/5/2019 | 8/14/2019 | 9/3/2019 |
| 39141 | SHARON | HIGHTOWER | Fears \| Nachawati | 70 | 3/27/2019 | 7/20/2019 | 8/3/2019 | 8/5/2019 | 9/5/2019 |
| 39146 | RICHARD | PACHECO | Fears \| Nachawati | 51 | 4/2/2019 | 7/19/2019 | 8/2/2019 | 8/5/2019 | 9/3/2019 |
| 39147 | CHARLES | KREIDLER | Fears \| Nachawati | 56 | 4/2/2019 | 6/12/2019 | 6/27/2019 | 8/1/2019 | 8/27/2019 |
| 39152 | MARION | MILTON | Fears \| Nachawati | 71 | 4/1/2019 | 7/25/2019 | 8/1/2019 | 8/5/2019 | 8/29/2019 |
| 39153 | WILLIAM | WYNN | Fears \| Nachawati | 72 | 3/29/2019 | 7/1/2019 | 7/30/2019 | 8/2/2019 | 8/22/2019 |
| 39164 | CHRISTINE | JAMES | Fears \| Nachawati | 52 | 4/2/2019 | 7/31/2019 | 8/2/2019 | 8/5/2019 | 8/29/2019 |
| 39166 | BARBARA | TAYLOR | Fears \| Nachawati | 73 | 3/30/2019 | 6/26/2019 | 7/18/2019 | 8/31/2019 | 9/4/2019 |
| 39177 | AZURE | HALL | Fears \| Nachawati | 22 | 3/29/2019 | 7/18/2019 | 8/2/2019 | 8/31/2019 | 8/5/2019 |
| 39181 | JAIMIE | GILSAN | Fears \| Nachawati | 31 | 3/30/2019 | 7/1/2019 | 7/29/2019 | 8/1/2019 | 8/23/2019 |

| 39187 | JOHN | DEGENAR | Fears \| Nachawati | 64 | 4/2/2019 | 7/2/2019 | 8/27/2019 | 8/28/2019 | 9/5/2019 |
| 39188 | GUADALUPE | MARTINEZ | Fears \| Nachawati | 90 | 3/27/2019 | 7/3/2019 | 7/30/2019 | 7/31/2019 | 8/26/2019 |
| 39195 | TONI | RANSFORD | Fears \| Nachawati | 76 | 3/28/2019 | 7/18/2019 | 8/2/2019 | 7/18/2019 | 9/3/2019 |
| 39197 | DONOVAN | GARCIA | Fears \| Nachawati | 46 | 3/30/2019 | 7/1/2019 | 7/29/2019 | 8/5/2019 | 8/23/2019 |
| 39202 | JACQUELINE | GARDNER | Fears \| Nachawati | 56 | 3/28/2019 | 6/27/2019 | 7/15/2019 | 7/30/2019 | 7/31/2019 |
| 39206 | LENARD | RAHMING | Fears \| Nachawati | 41 | 3/31/2019 | 7/2/2019 | 8/2/2019 | 8/28/2019 | 9/5/2019 |
| 39217 | BILLY | ROW | Fears \| Nachawati | 89 | 3/29/2019 | 6/27/2019 | 7/10/2019 | 8/3/2019 | 8/5/2019 |
| 39220 | JESSE | CORPUS | Fears \| Nachawati | 51 | 3/27/2019 | 7/26/2019 | 8/5/2019 | 8/29/2019 | 9/4/2019 |
| 39225 | REBECCA | LUTZ | Fears \| Nachawati | 72 | 4/1/2019 | 7/3/2019 | 7/26/2019 | 8/1/2019 | 9/4/2019 |
| 39231 | EVA | TYNER | Fears \| Nachawati | 77 | 3/26/2019 | 7/15/2019 | 7/30/2019 | 8/4/2019 | 8/5/2019 |

| 39235 | LAURA | CLINE | Fears \| Nachawati | 71 | 3/29/2019 | 6/27/2019 | 7/27/2019 | 8/26/2019 | 9/5/2019 |
| 39236 | STEVEN | LEWIS | Fears \| Nachawati | 68 | 4/1/2019 | 5/28/2019 | 7/20/2019 | 7/31/2019 | 8/5/2019 |
| 39245 | SHAWN | HOLLAND | Fears \| Nachawati | 56 | 3/27/2019 | 7/20/2019 | 7/30/2019 | 8/26/2019 | 9/6/2019 |
| 39249 | WILBUR | LITTLEJOHN | Fears \| Nachawati | 86 | 4/2/2019 | 7/3/2019 | 7/30/2019 | 8/5/2019 | 8/12/2019 |
| 39250 | JAMES | D'AVIGNON | Fears \| Nachawati | 55 | 3/29/2019 | 7/27/2019 | 8/5/2019 | 8/29/2019 | 9/5/2019 |
| 39251 | BILLY | FOUNTAIN | Fears \| Nachawati | 77 | 3/25/2019 | 7/15/2019 | 7/29/2019 | 8/2/2019 | 8/31/2019 |
| 39259 | TIMMOTHY | CARTWRIGHT | Fears \| Nachawati | 47 | 3/28/2019 | 6/27/2019 | 7/22/2019 | 8/12/2019 | 9/3/2019 |
| 39260 | MAMIE | MACK | Fears \| Nachawati | 75 | 4/2/2019 | 6/26/2019 | 7/16/2019 | 7/31/2019 | 8/1/2019 |
| 39263 | LISA | KLINTWORTH | Fears \| Nachawati | 49 | 4/1/2019 | 7/8/2019 | 7/29/2019 | 8/1/2019 | 8/23/2019 |
| 39268 | JOHN | COLE | Fears \| Nachawati | 64 | 4/1/2019 | 6/27/2019 | 7/22/2019 | 7/31/2019 | 8/2/2019 |

| 39272 | DORIS | SIMONS | Fears \| Nachawati | 86 | 4/1/2019 | 6/27/2019 | 7/20/2019 | 7/29/2019 | 8/5/2019 |
|---|---|---|---|---|---|---|---|---|---|
| 39370 | JASON | CLEMENSHAW | Fears \| Nachawati | 47 | 3/27/2019 | 7/26/2019 | 7/30/2019 | 8/31/2019 | 9/3/2019 |
| 42301 | ABDUL | GIBSON | Fears \| Nachawati | 40 | 4/1/2019 | 5/9/2019 | 6/3/2019 | 7/31/2019 | 9/3/2019 |
| 42305 | EARLINE | TORRILLO | Fears \| Nachawati | 68 | 3/25/2019 | 6/24/2019 | 7/5/2019 | 8/30/2019 | 9/1/2019 |

# EXHIBIT 1-B

| MDL PID | First | Middle I | Last | Firm | Age | Filed Suit Date |
|---|---|---|---|---|---|---|
| 30173 | GEORGE | | COLE | Fears \| Nachawati | 63 | 4/2/2019 |
| 29695 | DOROTHY | | SALESKY | Fears \| Nachawati | 85 | 3/30/2019 |
| 38909 | JANICE | | SMITH | Fears \| Nachawati | 77 | 4/1/2019 |
| 29842 | WILHELMINA | B | HARRISON | Fears \| Nachawati | 85 | 3/26/2019 |
| 39319 | TEDDY | | CALDWELL | Fears \| Nachawati | 61 | 3/28/2019 |
| 29844 | CARLEEN | T | RIVERA | Fears \| Nachawati | 55 | 4/1/2019 |
| 30294 | BILLY | | LESTER | Fears \| Nachawati | 73 | 3/29/2019 |
| 42330 | MICHAEL | | JOHNSON | Fears \| Nachawati | 53 | 3/30/2019 |
| 38982 | ANTHONY | | BARTON | Fears \| Nachawati | 65 | 3/31/2019 |
| 39184 | STEVEN | | CHAPMAN | Fears \| Nachawati | 57 | 3/29/2019 |
| 39200 | SELENA | | JUDON | Fears \| Nachawati | 27 | 4/1/2019 |
| 39254 | BECKY | S | BRODERICK | Fears \| Nachawati | 65 | 3/30/2019 |
| 4336 | RICHARD | H | HIRLIMAN | Fears \| Nachawati | 48 | 8/3/2015 |

| 29644 | MARVIN | | JETER | Fears \| Nachawati | 59 | 3/31/2019 |
|---|---|---|---|---|---|---|
| 30219 | FREDERICK | G | BELLVILLE | Fears \| Nachawati | 60 | 3/29/2019 |
| 39145 | MARY | | CLARK | Fears \| Nachawati | 59 | 3/29/2019 |
| 29044 | DOUGLAS | S | KEENER | Fears \| Nachawati | 71 | 3/28/2019 |
| 29148 | CAROL | J | HUNTER | Fears \| Nachawati | 76 | 3/29/2019 |
| 27794 | MARION | R | GALLOWAY | Fears \| Nachawati | 70 | 9/20/2018 |
| 16155 | THELMA | L | PICKERING | Fears \| Nachawati | 87 | 5/20/2016 |
| 29228 | TINA | | MILLER | Fears \| Nachawati | 52 | 4/2/2019 |
| 39194 | MILES | | KUSAYANAGI | Fears \| Nachawati | 58 | 4/1/2019 |
| 29288 | MARCIA | L | CARAWAY | Fears \| Nachawati | 42 | 8/9/2018 |
| 39102 | STACEY | | PRATHER | Fears \| Nachawati | 54 | 4/1/2019 |
| 39211 | JOHN | C | PRUITT | Fears \| Nachawati | 76 | 3/28/2019 |
| 30131 | MELVIN | Q | STALLINGS | Fears \| Nachawati | 63 | 3/28/2019 |