# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | |
| MARY FRIESEN<br>Civil Action No. 2:17-cv-17127 | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff(s) and counsel for Defendants that the above-captioned matter is dismissed in its entirety as to all Defendants.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.

**THE DRISCOLL FIRM, P.C.**

By: /s/Christopher J. Quinn_____

      Christopher J. Quinn
      211 North Broadway, Suite 4050
      St. Louis, Missouri 63012
      Telephone: (314) 932-3232
      chris@thedriscollfirm.com

Attorney for Plaintiff
Dated: October 3, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko_____
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Janssen Research &
    Development, LLC,  Janssen Ortho LLC, and
    Johnson & Johnson
    Dated: October 3, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow_____
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc., and Bayer Pharma AG
    Dated: October 3, 2019

**IRWIN FRITCHIE URQUHART & MOORE
LLC**

By: /s/ Kim E. Moore_____
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: October 3, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore