# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**CARL-JOHAN MADSEN**<br>Civil Action No. 2:17-cv-11578 | **MDL 2592**<br><br>**SECTION L**<br><br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH**<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff(s) and counsel for Defendants that the above-captioned matter is dismissed in its entirety as to all Defendants.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.

**THE DRISCOLL FIRM, P.C.**

By: /s/Christopher J. Quinn

> Christopher J. Quinn
> 211 North Broadway, Suite 4050
> St. Louis, Missouri 63012
> Telephone: (314) 932-3232
> chris@thedriscollfirm.com

Attorney for Plaintiff
Dated: October 3, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko

> Susan M. Sharko
> 600 Campus Dr.
> Florham Park, NJ 07932
> Telephone: (973) 549-7000
> susan.sharko@dbr.com

> Attorneys for Defendants Janssen
> Pharmaceuticals, Inc., Janssen Research &
> Development, LLC,  Janssen Ortho LLC, and
> Johnson & Johnson
> Dated: October 3, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow

> Andrew K. Solow
> 250 West 55th Street
> New York, New York 10019-9710
> Telephone: (212) 836-8000
> Facsimile: (212) 836-8689
> William Hoffman
> 601 Massachusetts Ave., NW
> Washington, D.C. 20001
> Telephone: (202) 942-5000
> Facsimile: (202) 942-5999
> andrew.solow@arnoldporter.com
> william.hoffman@arnoldporter.com

> Attorneys for Defendants Bayer HealthCare
> Pharmaceuticals Inc., and Bayer Pharma AG
> Dated: October 3, 2019

**IRWIN FRITCHIE URQUHART & MOORE
LLC**

By: /s/ Kim E. Moore

> Kim E. Moore
> 400 Poydras St., Ste, 2700
> New Orleans, LA 70130
> Telephone: (504) 310-2100
> kmoore@irwinllc.com

> Liaison Counsel for Defendants
> Dated: October 3, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore