# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATION | MDL NO.2592<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE:<br>MICHAEL NORTH |
| Jimmy Juarez | |
| No.: 2:17-cv-6881 | |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Jimmy Juarez, by and through his undersigned Counsel and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12 A.

2. On September 9, 2019, after several unsuccessful attempts at contact, Plaintiff called undersigned counsel and apologized for lack of communication and explained that he had been hospitalized for the past several months and would return the requisite Xarelto Settlement participation documents as soon as possible.

3. On September 9, 2019, Plaintiff submitted a blank Enrollment Election Form to indicate his intent to enroll in the Xarelto Settlement Program via MDL Centrality. This was advice received from our Xarelto Settlement Program contact point.

4. On September 16, 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality.

5. On September 19, 2019, undersigned Counsel filed a Response to the Order indicating that Plaintiff is now enrolled in the settlement; the Order to Show Cause should be dismissed as to Mr. Juarez and as such his appearance should be excused.

6. Mr. Juarez remains on the Order to Show Cause

7. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, Counsel for plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, Mr. Juarez be enrolled in the Settlement Program and that this Plaintiff's case not be dismissed.

Dated: October 4, 2019

By: */s/ Tara K King*
Benjamin R. Schmickle, #IL6270568
Stephen B. Wohlford, #IL6287698
Tara K. King #MO69171
SWMW Law, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 – Office
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Tara K. King