**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVARAXOBAN) ) | MDL NO.2592 | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L | |
| ) | | |
| ) | JUDGE: ELDON E. FALLON | |
| ) | | |
| ) | MAG. JUDGE: | |
| ) | MICHAEL NORTH | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | | |

*See cases listed in Exhibit "A", Schedule of Actions*

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12 A. Counsel for the Plaintiffs listed on Exhibit "A" has no basis to oppose dismissal without prejudice of each individual claim on the following grounds: 1) The Plaintiff is deceased, Xarelto use could not be substantiated for supplemental enrollment, and surviving heirs could not be located or 2) The Plaintiff has failed to respond to repeated attempts at contact and have therefore abandoned their case.

**1.   PLAINTIFF IS DECEASED, XARELTO USE COULD NOT BE PROVEN AND NEXT OF KIN COULD NOT BE LOCATED**.

Prior to the September 4th Deadline, Counsel made numerous attempts to contact James Atchison (Plaintiff) by sending multiple correspondence and placing numerous phone calls. Counsel located an obituary for Plaintiff stating he was survived by three children, however,

2

there were no last names listed. Counsel proceeded to do a background search and was unable to locate any of the Plaintiff's heirs. Furthermore, Counsel was unsuccessful in locating any records dispositive of Xarelto use. As such, Counsel has no basis to oppose dismissal without prejudice of the claim for James Atchison given our inability to prove use and lack of viable representation.

    **2**. **PLAINTIFFS WHO HAVE ABANDONED THEIR CASE**

Prior to the September 4, 2019 deadline, Counsel diligently attempted to make contact with every Plaintiff listed in Exhibit A. Counsel sent numerous correspondence by Certified, Priority and Electronic Mail. Counsel also made several attempts at contacting the Plaintiffs by phone and in addition employed an investigator to locate the clients due to their non-responsiveness. The Plaintiffs listed on Exhibit A have failed to return enrollment materials and to respond to any of the repeated attempts at contact made by Counsel. As such, Counsel has no basis to oppose dismissal without prejudice of their individual claims only for lack of contact and abandonment of their case.

WHEREFORE, Plaintiffs could not or have not been compliant with the Court's Case Management Order 12A and Counsel for Plaintiffs listed on Exhibit A has no basis to oppose dismissal without prejudice for each individual claim.

Dated: October 4, 2019

                By: */s/ Tara K King*
                Tara K. King #MO69171
                SWMW Law, LLC
                701 Market Street, Suite 1000
                St. Louis, MO 63101
                (314) 480-5180 – Office
                (314) 932-1566 – Facsimile

                **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/Tara K. King*_____
