## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Yolanda Terry-Watkins
Case No. 2:16-cv-10477

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE NOT COMPLIED WITH CMO 12A

COMES NOW, Plaintiff, by and through undersigned Counsel, and respectfully submits this response to the Order to Show Cause filed on September 20, 2019, and states as follows:

1. On September 20, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 20, 2019, Plaintiff returned the enrollment package and undersigned counsel submitted an executed Enrollment Election Form and Release via the MDL Centrality portal indicating her intent to enroll in the Xarelto Settlement Program on behalf of Plaintiff.

3. On September 20, 2019, counsel for Plaintiff notified its assigned Brown Greer representative that it had submitted Plaintiff's enrollment papers, but her case nevertheless remains on "Exhibit A" to the Supplemental Order to the OSC issued on October 2, 2019.

WHEREFORE, Plaintiff is now in compliance with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause

Hearing be excused, and that Plaintiff's case not be dismissed. Undersigned counsel will personally attend the Show Cause Hearing.

> Respectfully submitted,
>
> By:    /s/ Daniel J. Carr
> Joseph C. Peiffer, La. Bar # 26459
> Daniel J. Carr, La. Bar # 31088
> PEIFFER WOLF CARR & KANE
> 201 St. Charles Avenue, Suite 4314
> New Orleans, Louisiana  70170
> Telephone:  (504) 523-2434
> Facsimile:  (504) 523-2464
> Email: dcarr@pwcklegal.com
>
> Michael B. Lynch, Esq.
> THE MICHAEL BRADY LYNCH FIRM
> 127 West Fairbanks Ave. #528
> Winter Park, Florida 32789
> Office: (877) 513-9517
> Fax: (321) 972-3568
> Email: michael@mblynchfirm.com
> *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

     /s/ Daniel J. Carr