IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: ) *Bridey Gray and Jack Frost v.* ) *Janssen Research & Development,* ) *LLC, et al.* ) Civil Action No. 2:17-cv-17372 ) | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

  Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: October 4, 2019       Respectfully Submitted:

                */s/ Tara K. King*

                Tara K. King MO #69171
                SWMW Law
                701 Market St. Ste. 1000
                St. Louis, MO 63101
                Telephone: (314) 480-5180
                Facsimile: (314) 932-1566
                Email: tara@swmwlaw.com
                *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


Dated: October 4, 2019                                 */s/ Tara K. King*
                                                            Tara K. King