IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Joze Garza v. Janssen Research & Development, LLC, et al.* Civil Action No. 2:17-cv-5241 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: October 4, 2019            Respectfully Submitted:

                                           /s/ Tara K. King

                                           Tara K. King MO #69171
                                           SWMW Law
                                           701 Market St. Ste. 1000
                                           St. Louis, MO 63101
                                           Telephone: (314) 480-5180
                                           Facsimile: (314) 932-1566
                                           Email: tara@swmwlaw.com
                                           *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: October 4, 2019                                   */s/ Tara K. King*
                                                                    Tara K. King