IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Josefina Bledsoe v. Janssen Research & Development, LLC, et al.* Civil Action No. 2:17-cv-5925 | | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: October 4, 2019

Respectfully Submitted:

*/s/ Tara K. King*

Tara K. King MO #69171
SWMW Law
701 Market St. Ste. 1000
St. Louis, MO 63101
Telephone: (314) 480-5180
Facsimile: (314) 932-1566
Email: tara@swmwlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: October 4, 2019                      */s/ Tara K. King*
                                                          Tara K. King