UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Nandra Dorsey v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:18-cv-1434

**PLAINTIFF'S RESPONSE TO FIRST SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC 16218 REGARDING CMO 12A NON-COMPLIANCE**

Plaintiff respectfully requests that the Court excuse Plaintiff's attendance at the October 7, 2019 show cause hearing given that Plaintiff's case was cured prior to the October 1, 2019 hearing. Pursuant to the Court's Case Management Order ("CMO") 12A, Plaintiff submitted her (1) signed enrollment form; (2) dismissal; (3) deceased Plaintiff addendum and accompanying documents; and (4) death certificate. *See* Ex. A. Undersigned uploaded these documents to Brown Greer in accordance with the Court's deadline. On October 3, 2019, Plaintiff's liaison counsel circulated an updated list of cases subject to dismissal. Plaintiff's case was listed even though she had timely complied with the requirements under the order. *Id*. Undersigned's staff called Brown Greer and spoke to Caprice Green who stated that Plaintiff's case had not been re-evaluated on October 1st and as a result still appeared as deficient.

2 | P a g e

Given that Plaintiff had timely complied with the Court's order and submitted the necessary documents, Plaintiff requests that she and her representative be excused from the show cause hearing on October 7th, 2019 at 8:30 a.m.

Date: October 4, 2019

                Respectfully submitted,

                BRUERA LAW FIRM, PLLC

                */s/ Sofia E. Bruera*

                SOFIA E. BRUERA
                State Bar No. 24062189
                3100 Timmons Ln, Suite 310
                Houston, Texas 77027
                Telephone: (832) 430-4000
                Facsimile: (832) 558-3523
                E-mail: sofia@brueralaw.com

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

                */s/ Sofia E. Bruera*
                SOFIA E. BRUERA