UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

DOUGLAS POTTER and ORAIDA POTTER
Civil Action No.: 2:17-CV-09347

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**FORMAN LAW OFFICES, P.A.**

By: */s/ Theodore S. Forman*
   Theodore S. Forman
   238 NE 1st Avenue
   Delray Beach, FL 33444
   Tele:  (561) 266-9998
   Email:  ted@formanlawoffices.com

Dated:  October 4, 2019

**Attorneys for Plaintiff**

**DRINKER, BIDDLE & REATH, LLP**

By: */s/ Susan M. Sharko*
   Susan M. Sharko
   600 Campus Drive
   Florham Park, NJ 07932
   Tele:  (973) 549-7000
   Email:  susan.sharko@dbr.com

Dated:  October 4, 2019

**Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson**

**ARNOLD & PORTER KAYE SCHOLER, LLP**

By: */s/ Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, NY 10019-7910
Tele:   (212) 836-8485
Fax:    (212) 942-5999
Email:  andrew.solow@arnoldporter.com

William Hoffman
601 Massachusetts Avenue, NW
Washington, DC 20001
Tele:   (202) 942-5000
Fax:    (202) 942-5999
Email:  william.hoffman@arnoldporter.com

Dated:   October 4, 2019

**Attorneys for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG**

**IRWIN FRITCHIE URQUHART & MOORE, LLC**

By: */s/ Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Tele:   (504) 310-2100
Email:  kmoore@irwinllc.com

Dated:   October 4, 2019

**Liaison Counsel for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Defendants and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Theodore S. Forman*