# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| Duwayne Bendickson : | |
| and Anna Bendickson : | |
| Civil Action No. 2:16-cv-00877 : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |
| : | |

## DEFENDANTS' JOINT REPLY TO PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") submit this joint reply to Plaintiffs' response to order to show cause in the above-referenced case asking the Court to excuse Plaintiffs' personal attendance because counsel filed a motion to withdraw as counsel of record. (Rec. Doc. 15791).

On September 27, 2019, the Court denied counsel's motion to withdraw. (Rec. Doc. 16446). The fact remains that the Plaintiffs have not complied with the requirements of CMO 12A. The appropriate remedy is dismissal with prejudice.

The response fails to provide any facts which excuse the delay in complying with CMO 12A other than to say Plaintiffs want to retain new counsel. Since the enrollment process was set up, Plaintiffs have had months to retain new counsel but admittedly have not done so. The Court needs to know how many plaintiffs desire to continue to litigate rather than settle their claims in order to chart the future course of this litigation. Continued delay without good cause interferes

with the Court's ability to effectively manage the litigation and prejudices the Defendants and the overwhelming number of Plaintiffs who have elected to settle.

Defendants also oppose any additional time to comply with CMO 12A. The plaintiffs in this litigation have already been given additional time to comply. Plaintiffs have had months to complete the enrollment forms or dismiss their case. Compliance with CMO 12A is relatively simple: an MDL plaintiff must either (a) sign a Notice of Intent to Proceed if the plaintiff prefers to litigate his/her action rather than participate in the settlement or was not eligible for the settlement; (b) sign an Enrollment Form evincing participation in the settlement; or (c) authorize his/her counsel to dismiss the action with prejudice if the plaintiff chooses neither to litigate nor to participate in the settlement.

Under Case Management Order No. 12B, Plaintiffs have "abandoned their claims" by failing to comply with CMO 12A. CMO 12A provides that "[f]ailure to comply with the terms of this Order will subject the Plaintiff's case to dismissal with prejudice pending an Order to Show Cause Hearing." Defendants respectfully ask that Plaintiffs' request to be excused or for additional time be denied. Plaintiffs' case should be dismissed with prejudice for failure to comply with CMO 12A.

Respectfully submitted this the 4th day of October, 2019.

        **DRINKER BIDDLE & REATH LLP**

        By: /s/Susan M. Sharko
           Susan M. Sharko
           600 Campus Dr.
           Florham Park, NJ 07932
           Telephone: (973) 549-7000
           susan.sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Janssen Research &
Development, LLC, Janssen Ortho LLC, and
Johnson & Johnson
Dated: October 4, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: October 4, 2019

**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: October 4, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: October 4, 2019

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 4, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ John F. Olinde