UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION THIS DOCUMENT RELATES TO: | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANICE WYRE Civil Action No. 2:19-cv-02029 | |

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Janice Wyre by and through her undersigned Counsel of record, and respectfully submits this response to the First Supplemental Order to Show Cause filed on October 4, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned case, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 4, 2019, Plaintiff submitted an executed Notice to Enroll in the Alternate Resolution Program indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality Portal and is sending her executed enrollment election form and release to her undersigned counsel via priority mail.

3. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause

00583678-1

    Hearing be excused and this Plaintiff's case not be dismissed.
Dated: October 4, 2019

                                        GOZA & HONNOLD LLC

                                        <u>/s/ Bradley D. Honnold</u>
                                        <u>Bradley D. Honnold KS # 22972</u>
                                        Goza & Honnold, LLC
                                        9500 Nall Ave. Suite 400
                                        Overland Park, KS 66207
                                        T: (913) 451-3433
                                        F: (913) 839-0567

                                        ***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION THIS DOCUMENT RELATES TO: | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| EVANS REYNOLDS Civil Action No. 2:18-cv-07647 | |

### CERTIFICATEOFSERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's October 3, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on October 3, 2019.

Respectfully Submitted

GOZA & HONNOLD, LLC

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
9500 Nall Ave. suite 400
Overland Park, KS 66207
T: (913) 451-3433
F: (913) 839.0567

*Attorney for Plaintiff*

00583678-1