# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: JOHN HARRIS Civil Action No.: 2:16-cv-3055 | ) ) ) ) |

## RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST TO BE EXCUSED FROM APPEARING AT CASE MANAGEMENT ORDER 12A SHOW CAUSE HEARING

COMES NOW, Plaintiff John Harris, by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 20, 2019 and states as follows:

1. On September 20, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to comply with CMO No. 12A.

2. On July 14, 2019, Plaintiff signed and completed an executed Enrollment Election Form and Release indicating his intent to enroll in the Xarelto Settlement Program.

3. On August 4, 2019, Counsel's office for the Plaintiff inadvertently submitted an executed Enrollment Election Form, Release and Stipulation of Dismissal for a different claimant.

4. Counsel for the Plaintiff was not aware of the deficiency in Plaintiff's case as Counsel was not notified by email (which was a departure from Brown Greer's established procedure) that a Notice of Incomplete Enrollment had been posted in the Plaintiff's case on September 17, 2019.

5. Counsel did in fact receive an email on September 17, 2019 advising of deficiencies for other claimants which resulted in actions to cure and those cases are not subject to the Order to Show Cause.

6. The Notice of Incomplete Enrollment enables Plaintiff to cure the deficiency in his case by October 8, 2019.

7. Counsel for the Plaintiff only learned of this deficiency yesterday, on October 3, after we received an email from lead counsel's office attaching four separate Orders to Show Cause, one which listed Plaintiff's case as subject to the Order.

8. Surprised to see Plaintiff's case on Exhibit A of one of the supplement Orders we believed we timely enrolled, we checked MDL Centrality and determined that we had inadvertently filed forms for a different claimant under Plaintiff's tab. Thus we immediately corrected the deficiency by uploading the correct Enrollment Election Form and Release signed and completed by the Plaintiff on July 14, 2019.

9. WHEREFORE, Plaintiff has complied with the Court's Case Management Orders and Counsel for Plaintiff respectfully requests that Counsel for the Plaintiff and Plaintiff's attendance at the Show Cause Hearing currently scheduled for October 7, 2019 be excused and that Plaintiff's case not be dismissed.

This 4th day of October, 2019.

By: */s/Lauren Weitz*
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5556
E-mail: lweitz@weitzlux.com

**ATTORNEY FOR PLAINTIFF**

Dated: October 4, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

By: */s/Lauren Weitz*
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5556
E-mail: lweitz@weitzlux.com