UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*RAUL V. EGUARAS, as Power of Attorney Over VIOLETA EGUARAS, an incapacitated adult,  v. Janssen Research & Development*, et al.; Civil Case No.: 2:18-cv-02198 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**RESPONSE TO ORDERS TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CMO 12A**

1. On September 19, 2019, Counsel filed a Stipulation of Dismissal with Prejudice (Document No. 15875), for Plaintiff mentioned above, Case No. 2:18-cv-02198.

2. On October 2, 2019, Counsel received Order to Show Cause, Document No. 16868, listing Plaintiff on Exhibit A.

3. WHEREFORE, Counsel respectfully requests that Plaintiff be moved to Exhibit B list, as a dismissed case, requests permission from the Court that neither Hovde, Dassow & Deets, The Lanier Law Firm, PLLC and Raul Eguaras need to attend the Order to Cause hearing on October 7, 2019.

**THE LANIER LAW FIRM**
By: */s/Catherine T. Heacox*
Catherine T. Heacox
126 E. 56th Street, Fl. 6
New York, NY 10022 Telephone:
(212) 421-2800
CTH@Lanierlawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/Catherine T. Heacox*