UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHIRLEY GALLAY<br>Civil Action No. 2:17-cv-01193 | MDL NO. 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE: MICHAEL NORTH |

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Shirley Gallay, by and through her undersigned Counsel of record, and respectfully submits this response to the First Supplemental Order Regarding October 7, 2019 Show Cause Hearing Scheduled in Rec. Doc. 16218 Regarding Cases Lacking Subject Matter Jurisdiction [ECF DOCUMENT 16877] filed on October 2, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned case, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On September 30 2019, Plaintiff submitted an executed Release and Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality Portal.

3. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and this Plaintiff's case not be dismissed.

Dated: October 4, 2019

/s/ Edward A. Wallace
Edward A. Wallace
WEXLER WALLACE LLP
55 W. Monroe St.
Suite 3300
Chicago, IL 60603
T: (312) 346-2222
F: (312) 346-0022

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE: MICHAEL NORTH |
| SHIRLEY GALLAY Civil Action No. 2:17-cv-01193 | |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's October 2, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on October 4, 2019.

    Respectfully Submitted,

    /s/ Edward A. Wallace_____
    Edward A. Wallace
    WEXLER WALLACE LLP
    55 W. Monroe St.
    Suite 3300
    Chicago, IL 60603
    T: (312) 346-2222
    F: (312) 346-0022

    *Attorney for Plaintiff*