UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| Case No. 2:14-md-02592 -EEF-MBN | : : | SECTION L |
| | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Maria Boccasini (as representative of the estate of Alfredo Boccasini); Case No. 2:16-cv-17619

-and-

Jacqueline Lopez (as representative of the estate of Luis Perez); Case No. 2:18-cv-06930

**RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 16875)
REGARDING PLAINTIFFS WHO HAVE NOT COMPLIED
WITH CMO 12A**

COME NOW, the above-captioned Plaintiffs, by and through undersigned Counsel, and respectfully submits this response to the Order to Show Cause filed on September 20, 2019, and states as follows:

1. On October 2, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned actions, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

Boccasini

2. On August 8, 2019, Plaintiff Boccasini, through her counsel, uploaded to the BrownGreer portal: a) an election form (that inadvertently lacked a signature), b) and notice of intent to proceed (Ex. B to CMO 12A, selecting that she wants to participate in the settlement), and c) a fully-executed and notarized release form (further evidencing intent to be bound and participate in the settlement).

1845107.2

3. On September 24, 2019, Plaintiff Boccasini, via the BrownGreer portal, received a deficiency notice that the election form was not signed and gave until October 15 to cure that signature deficiency. In this interim, this Court entered the subject order to show cause, requiring an appearance on October 7.

4. On October 3, 2019, Plaintiff Boccasini, through her counsel, uploaded a signed settlement election form (curing the deficiency). And, to make no mistake about her intentions, uploaded another notice of intent to proceed (Ex. B to CMO 12A). selecting that she wants to participate in the settlement. *See* Exhibit A.

5. Therefore, to the extent unclear from the August 8, 2019 submissions, Plaintiff Boccasini has now expressed an intent to participate in the settlement and is in full compliance with CMO 12A.

Lopez/Perez

6. On August 8, 2019, Plaintiff Lopez, through her counsel, uploaded to the BrownGreer portal: a) an election form (that inadvertently lacked a signature), b) and notice of intent to proceed (Ex. B to CMO 12A, selecting that she wants to participate in the settlement). And on September 4, 2019, Plaintiff Lopez, through her counsel, uploaded to the BrownGreer portal a fully-executed and notarized release form, further evidencing intent to be bound and participate in the settlement.

7. On September 24, 2019, Plaintiff Lopez, via the BrownGreer portal, received a deficiency notice that the election form was not signed and gave until October 15 to cure that signature deficiency. In this interim, this Court entered the subject order to show cause, requiring an appearance on October 7.

8. On October 3, 2019, Plaintiff Lopez, through her counsel, uploaded a signed settlement election form (curing the deficiency). And, to make no mistake about her intentions, uploaded another notice of intent to proceed (Ex. B to CMO 12A). selecting that she wants to participate in the settlement. *See* Exhibit B.

9. Therefore, to the extent unclear from the August 8, 2019 and September 4, 2019 submissions, Plaintiff Lopez has now expressed an intent to participate in the settlement and is in full compliance with CMO 12A.

BrownGreer Interactions

10. On October 3, 2019, Plaintiff e-mailed this firms' BrownGreer settlement representative, who acknowledged by phone on October 4, 2019 that the CMO 12A conditions for both of the above-reference plaintiffs have been fully met given the executed Enrollment Election Forms

1845107.2

submitted via the MDL Centrality portal indicating both plaintiffs' intent to enroll and be bound by the Xarelto Settlement Program.

11. Further, during the October 4, 2019 phone conversations with BrownGreer settlement representative, the representative stated that an e-mail would be forthcoming today from BrownGreer to plaintiff and defense leadership and to the Court to advise that the above-referenced plaintiffs are now in full compliance with CMO 12A.

Conclusion

WHEREFORE, Plaintiffs are now in compliance with the Court's Case Management Order 12A, and Counsel for the above-captions plaintiffs respectfully requests that Plaintiffs' Counsel attendance at the Show Cause Hearing be excused, that Plaintiffs be 'de-listed' from Exhibit "A" and moved to the 'in compliance' Exhibit "B", and that Plaintiffs' cases not be dismissed. A proposed order is enclosed.

Respectfully submitted,

By:   /s/ Wendy R. Fleishman

Wendy R. Fleishman, Esq.
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013 Office:
(212) 355-9500
Fax: (212) 355-9592
Email: WFLEISHMAN@lchb.com


Adam H. Weintraub
WEINTRAUB LAW, LLC
236 Audubon Blvd.
New Orleans, LA 70118
504-656-6280
Email: aweintraub@ahwfirm.com
*Attorneys for the Plaintiffs*

1845107.2

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

/s/ Wendy R. Fleishman