**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **MDL No. 2592** |
| | **:** | |
| **Case No. 2:14-md-02592 -EEF-MBN** | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| | **:** | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

Maria Boccasini (as representative of the estate of Alfredo Boccasini); Case No. 2:16-cv-17619

-and-

Jacqueline Lopez (as representative of the estate of Luis Perez); Case No. 2:18-cv-06930

**[PROPOSED] ORDER**

1.    Counsel for Maria Boccasini (as representative of the estate of Alfredo Boccasini); Case No.

      2:16-cv-17619; and Jacqueline Lopez (as representative of the estate of Luis Perez); Case No.

      2:18-cv-06930 are now in compliance with CMO 12A.

2.    Counsel for Plaintiffs Boccasini and Lopez are therefore excused from attendance at the October

      7, 2019 Order to Show Cause (Dkt. No. 16875) hearing.

_____

**JUDGE ELDON E. FALLON**