UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: JULIE VAN NORMAN CASE NO. 16-cv266 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## PLAINTIFF'S RESPONSE TO FIRST SUPPLEMENTAL ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW, Plaintiff Julie Van Norman, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on October 2, 2019 and states as follows:

1. On October 2, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On August 2, 2019, Plaintiff submitted an Enrollment Election Form and an executed Release of Claims indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

3. On September 26, 2019, we received a Notice of Incomplete Enrollment

Package. This notice gives Plaintiff until October 17, 2019 to respond to this deficiency by submitting an executed Enrollment Election Form.

4. On October 4, 2019, Plaintiff submitted an executed Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

5. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, and that this Plaintiff's case not be dismissed.

Dated: October 4, 2019

**SLATER SLATER SCHULMAN LLP**

By: /s/ Jonathan E. Schulman
Jonathan E. Schulman
445 Broadhollow Road
Suite 419
Melville, NY 11747
Telephone: (631) 420-9300
JSchulman@sssfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on October 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                      /s/Jonathan Schulman