# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| **KELLI ICKES**, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | **RESPONSE TO ORDER TO SHOW CAUSE** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No: 19-CV-6541 (Terminated on September 17, 2019) |
| Defendants. | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A

COMES NOW Plaintiff Kelli Ickes, by and through her undersigned Counsel of record, and respectfully submits this Response to the Court's Supplemented Order to Show Cause filed on October 2, 2019, and states as follows:

1. On July 30, 2019, Plaintiff Kelli Ickes filed a Notice of Voluntary Dismissal Without Prejudice (MDL 2592 Dkt. 14463) pursuant to F.R.C.P. 41(a)(1)(a)(i), as her lawsuit had not yet been served on the Defendants.

RESPONSE TO ORDER TO SHOW CAUSE - 1

2.     On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A. The Order to Show Cause was later supplemented on October 2, 2019.

3.     Meanwhile, after follow-up from the undersigned Counsel, the Clerk of Court entered a Stipulation and Order of Dismissal on September 17, 2019 in Plaintiff Ickes' individual member case (LAED Case No. 19-CV-6541) and terminated the case. *See* LAED Case No. 19-CV-6541, Dkt. 5. The undersigned Counsel also notified the assigned Brown Greer representative of the dismissal that same day.

4.     Nonetheless, Plaintiff Kelli Ickes' case remains implicated in Exhibit A to the Court's October 2, 2019 First Supplemental Order Regarding October 7, 2019 Show Cause Hearing in Rec. Doc. 16218 Regarding CMO 12A Non-Compliance (MDL 2592 Dkt. 16868).

WHEREFORE, as Plaintiff Kelli Ickes' case has been voluntarily dismissed, Counsel for Plaintiff respectfully requests that Plaintiff's and Counsel's attendance at the October 7, 2019 Show Cause Hearing be excused and the case be removed from the Court's Order to Show Cause.

Dated: October 4, 2019.

By: /s/ Wes S. Larsen_____<br>
Wes S. Larsen (Idaho State Bar #9134)<br>
James, Vernon & Weeks, P.A.<br>
1626 Lincoln Way<br>
Coeur d'Alene, ID<br>
Telephone: (208) 667-0683<br>
Facsimile: (208) 664-1684<br>
Email: wes@jvwlaw.net<br>
Attorneys for Plaintiff Kelli Ickes

RESPONSE TO ORDER TO SHOW CAUSE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL 2592 member cases.

Date: October 4, 2019

                                      Respectfully submitted,

                                      /s/ Wes S. Larsen_____