UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates to: | JUDGE FALLON |
| *Danielle Throne, v. Janssen Research & Development*, et al.; Civil Case No.: 2:15-cv-5365 | MAG. JUDGE NORTH |

**RESPONSE TO ORDERS TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CMO 12A**

1. On September 3, 2019, Counsel uploaded an Enrollment Election Form (Brown Greer Document ID 672656) and Release Form (Brown Greer Document ID672658), for Plaintiff mentioned above, Case No. 2:15-cv-5365.

2. Counsel had preciously obtained an extension to September 4, 2019 to enter this claimant into the settlement.

3. On September 17, 2019, Counsel received a Notice of Incomplete Enrollment for an incorrect Enrollment Form, on the basis that the claimant signed the form on the wrong line.

4. The deadline to cure the Notice of Incomplete Enrollment deficiency is October 8, 2019.

5. On October 2, 2019, Counsel received Order to Show Cause, Document No. 16868, listing Plaintiff on Exhibit A.

6. On October 4, 2019, Counsel uploaded a correct Enrollment Election Form (Brown Greer Document ID 749954).

7. WHEREFORE, Counsel respectfully requests that Plaintiff be removed from the Order to Show Cause exhibit A, for having timely enrolled into the settlement program and curing the deficiency notice. Counsel respectfully requests permission from the Court that neither The Lanier Law Firm, PLLC nor Danielle Throne need to attend the Order to Cause hearing on October 7, 2019.

THE LANIER LAW FIRM
By: */s/Catherine T. Heacox*
Catherine T. Heacox
126 E. 56th Street, Fl. 6
New York, NY 10022 Telephone: (212) 421-2800
CTH@Lanierlawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/Catherine T. Heacox*