## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) JOHN HARRIS ) Civil Action No.: 2:16-cv-3055 ) ) | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    I am admitted or otherwise authorized to practice in this court. Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Dated: October 4, 2019        By: */s/Danielle Gold*
                                                  Danielle Gold
                                                  WEITZ & LUXENBERG, P.C.
                                                  700 Broadway
                                                  New York, NY 10003
                                                  Telephone: (212) 485-1823
                                                  E-mail: dgold@weitzlux.com

                                                  **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

By: */s/Danielle Gold*
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 485-1823
E-mail: dgold@weitzlux.com