IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| This Document Relates to: | SECTION: L<br>JUDGE FALLON |
| ROGER DALE JONES, Plaintiff | MAG. JUDGE NORTH |
| CIVIL ACTION NO.: **2:17-cv-2460** | |

## ORDER

Considering the foregoing Response to the Show Cause Regarding Plaintiff Who Have Failed to Comply with Case Management Order 12A, and good cause appearing:

_____   **IT IS HEREBY ORDERED** that Plaintiff's Counsel and Plaintiff's Representative are Excused from appearing in person at the Show Cause Hearing scheduled on October 7, 2019 and Plaintiff's case not be dismissed.

_____   **IT IS HEREBY ORDERED** that Plaintiff's Representative is Excused from appearing in person at the Show Cause Hearing scheduled on October 7, 2019 and Plaintiff's case not be dismissed.

DONE AND SIGNED this the \_\_\_\_\_ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE