# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>**RANDY ZIMMERMAN**<br>Civil Action No. 2:17-cv-14941 | **MDL 2592**<br><br>**SECTION L**<br><br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## PLAINTIFF'S MOTION TO VACATE DISMISSAL AND REINSTATE CASE

Pursuant to Rule 60(b), Federal Rules of Civil Procedure, Plaintiff Randy Zimmerman files this Motion to Vacate Dismissal and Reinstate Case as set forth below. In support, Plaintiff states as follows:

1) In March 2019 a global resolution was reached for all Xarelto cases, including the above-referenced case.

2) Participating claimants had until August 5, 2019 to enroll in the Xarelto settlement.

3) Despite numerous, continued, and repeated efforts by Plaintiff's counsel, Plaintiff failed to timely complete and return the required enrollment documents.

4) Plaintiff's counsel requested and received an extension until September 4, 2019 for Plaintiff to enroll in the Xarelto settlement.

5) Plaintiff's counsel continued its exhaustive efforts to have Plaintiff complete and return the required enrollment documents in advance of the extended deadline, but unfortunately Plaintiff failed to do so.

6) As a result, Plaintiff did not timely complete or submit the documents required to enroll in the Xarelto settlement.

7) On September 10, 2019 this Court issued an Order to Show Cause as to why certain actions, including the above-captioned case, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

8) Consistent with CMO 12A, Plaintiff's claim was dismissed with prejudice in advance of the Order to Show Cause hearing originally scheduled for September 25, 2019 [Dkt. 15835].

9) Following that dismissal, Plaintiff returned the completed Xarelto settlement enrollment documents to counsel, electing to participate in the Xarelto settlement program.

10) Plaintiff's counsel submitted the completed Xarelto settlement enrollment documents to the BrownGreer portal on September 23, 2019.

11) Plaintiff's counsel has attempted to confer with Defendants' counsel regarding the instant motion but has not yet received a response as to counsel's position on the filing of this motion or the relief sought herein.

12) Rule 60(b)(6), Fed. R. Civ. P., allows the Court to vacate a dismissal for any reason that justifies relief.

13) Defendants will not be prejudiced in any manner if Plaintiff's dismissal is vacated and Plaintiff's case is reinstated.

14) Considering the benefits to Plaintiff and lack of harm to Defendants, principles of equity warrant the Court granting the instant motion and reinstating Plaintiff's case.

WHEREFORE, Plaintiff requests entry by this Court of an order vacating Plaintiff's dismissal and reinstating Plaintiff's case in the MDL and Xarelto settlement program.

Dated: October 4, 2019

Respectfully submitted,

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

By: /s/ Joseph T. Waechter
Joseph T. Waechter
Michael Goetz
201 N. Franklin St., 7th Floor
Tampa, FL 33703
Telephone: (813) 223-5505
JWaechter@forthepeople.com
MGoetz@forthepeople.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Joseph T. Waechter