# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>**RANDY ZIMMERMAN**<br>Civil Action No. 2:17-cv-14941 | **MDL 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering Plaintiff's Motion to Vacate Dismissal and Reinstate Case, filed on October 4, 2019;

**IT IS HEREBY ORDERED** that Plaintiff's Dismissal with Prejudice is **VACATED** and Plaintiff's case is reinstated.

Dated:_____, 2019     _____
Eldon E. Fallon
United States District Judge