UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Hayden Davis v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:17-cv-00875**

**PLAINTIFF'S RESPONSE TO FIRST SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC 16218 REGARDING CMO 12A NON-COMPLIANCE**

Plaintiff respectfully requests that the Court excuse Plaintiff's attendance at the October 7, 2019 show cause hearing given that Plaintiff's case was cured prior to the October 1, 2019 hearing. Pursuant to the Court's Case Management Order ("CMO") 12A, Plaintiff submitted his (1) signed enrollment form. *See* Ex. A. Undersigned uploaded these documents to Brown Greer in accordance with the Court's deadline. On October 4, 2019, Plaintiff's liaison counsel circulated an updated list of cases subject to dismissal. Plaintiff's case was listed even though he had timely complied with the requirements under the order. *Id*. Undersigned's staff called Brown Greer and spoke to Rowan Pippin who stated that Plaintiff's case had not been re-evaluated on October 1st and as a result still appeared as deficient.

Given that Plaintiff had timely complied with the Court's order and submitted the necessary documents, Plaintiff requests that he and his representative be excused from the show cause hearing on October 7th, 2019 at 8:30 a.m.

Date: October 4, 2019

          Respectfully submitted,

          THE WHITEHEAD LAW FIRM, LLC

          */s/ C. Mark Whitehead III, MD, JD*

          C. MARK WHITEHEAD III, MD, JD
          State Bar No. 27682
          3639 Ambassador Caffery Pkwy., Suite 303
          Lafayette, Louisiana 70503-5107
          Telephone: (337) 740-6006
          Facsimile: (337) 205-7754
          E-mail: cmw@whiteheadfirm.com;
          kate@whiteheadfirm.com

          **ATTORNEYS FOR PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

          */s/ C. Mark Whitehead III, MD, JD*
          C. MARK WHITEHEAD III, MD, JD