UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |

Josefina Bledsoe: 2:17-cv-5925
Jose Garza: 2:17-cv-5241
Bridey Gray and Jack Frost: 2:17-cv-17372
Renee Harrington: 2:17-cv-1874
C. Vincent Huelskamp: 2:16-cv-14509
Aretha Jones: 2:19-cv-2797
Michael Morgan: 2:17-cv-11607
Cris Piner: 2:16-cv-14077
Quintin Williamson: 2:16-cv-6630
James Atchison: 2:16-cv-12242
Jimmy Juarez: 2:17-cv-6881

### MOTION FOR ENTRY OF APPEARANCE OF CO-COUNSEL

COMES NOW, Tara K. King, of SWMW Law and moves this Court to enter myself as co-counsel for Plaintiffs Josefina Bledsoe, Jose Garza, Bridey Gray and Jack Frost, Renee Harrington, C. Vincent Huelskamp, Aretha Jones, Michael Morgan, Cris Piner, Quintin Williamson, James Atchison and Jimmy Juarez. Attorney Tara K. King's information is as follows:

SWMW Law
Tara K. King #69171 MO
701 Market St. Ste. 1000
St. Louis, MO 63101
(314) 480-5180 telephone
(314) 932-1566 facsimilie
tara@swmwlaw.com

**WHEREFORE**, SWMW Law, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Entry of Appearance as Co-Counsel of attorney Tara K. King, and for any further relief deemed just and proper.

Respectfully Submitted,

/s/ Tara K. King
SWMW Law
701 Market St. Ste. 1000
St. Louis, MO 63101
314-480-5180 phone
314-932-1566 facsimile
tara@swmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2019, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Tara K. King
*Tara K. King*