IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:  L |
| This Document Relates to Plaintiff(s), | JUDGE: ELDON E. FALLON |
| Josefina Bledsoe: 2:17-cv-5925<br>Jose Garza: 2:17-cv-5241<br>Bridey Gray and Jack Frost: 2:17-cv-17372<br>Renee Harrington: 2:17-cv-1874<br>C. Vincent Huelskamp: 2:16-cv-14509<br>Aretha Jones: 2:19-cv-2797<br>Michael Morgan: 2:17-cv-11607<br>Cris Piner: 2:16-cv-14077<br>Quintin Williamson: 2:16-cv-6630<br>James Atchison: 2:16-cv-12242<br>Jimmy Juarez: 2:17-cv-6881 | MAG. JUDGE: MICHAEL NORTH |

## ORDER ALLOWING ENTRY OF APPEARANCE OF CO-COUNSEL ON BEHALF OF PLAINTIFF'S

This matter came before the Court upon the Motion to Allow Tara K. King, of SWMW Law, to enter her appearance as co-counsel on behalf of Plaintiff's Josefina Bledsoe, Jose Garza, Bridey Gray and Jack Frost, Renee Harrington, C. Vincent Huelskamp, Aretha Jones, Michael Morgan, Cris Piner, Quintin Williamson, James Atchison and Jimmy Juarez, in the above referenced action, and the Court having reviewed the Motion and finding that it is well-taken and should be granted;

It is hereby ORDERED that Tara K. King, of SWMW Law shall be allowed to enter her appearance as co-counsel on behalf of the Plaintiff's Josefina Bledsoe, Jose Garza, Bridey Gray and Jack Frost, Renee Harrington, C. Vincent Huelskamp, Aretha Jones, Michael Morgan, Cris Piner, Quintin Williamson, James Atchison and Jimmy Juarez.

It is so ordered:

New Orleans, Louisiana, on this 4th day of October, 2019

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE