# Lisa Kruse

| | |
|---|---|
| **From:** | Soo Seok Yang <SooSeok.Yang@BeasleyAllen.com> |
| **Sent:** | Tuesday, September 03, 2019 11:17 AM |
| **To:** | Lisa Kruse |
| **Cc:** | Joseph VanZandt; Penny Davies |
| **Subject:** | Xarelto - Policastro |

Lisa – I've checked with BrownGreer and they confirmed that they will process the Policastro case as a Hurricane extension request.

As to those 5-10 cases where you mentioned that you need more time i.e. due to notarization for elderly clients etc., BrownGreer said that they may not grant such requests for an extension for claims submissions, but they recommended that you submit now what you have, expecting a deficiency notice, and cure them within the timeframe that will be specified on the deficiency notice.

Hope this helps, and let me know if you have any further questions.

Thanks,
Soo Seok

**Soo Seok Yang**
Associate
334.495.1121 direct



SooSeok.Yang@BeasleyAllen.com
BeasleyAllen.com
800.898.2034

Facebook | LinkedIn | Twitter | YouTube

CONFIDENTIALITY & PRIVILEGE NOTICE



EXHIBIT A

1