Case 2:14-md-02592-EEF-MBN   Document 17166-2   Filed 10/04/19   Page 1 of 2

## Lisa Kruse

**From:** Soo Seok Yang <SooSeok.Yang@BeasleyAllen.com>
**Sent:** Wednesday, September 04, 2019 1:22 PM
**To:** Lisa Kruse; Sherrod Young; Andy Birchfield
**Cc:** Tara Seidenberg
**Subject:** RE: Request for Enrollment Extension due to hurricane hardship- Thyeasia Pugh (Plaintiff ID 12218)

Lisa – I've checked with BrownGreer and leadership on this issue and they recommend you go ahead to submit the enrollment form today with what you have now (attorney signing the enrollment form and missing client's signature) and expecting a deficiency notice. You'll have 21 days to cure the deficiency from the issuance of the deficiency notice.

Thanks,
Soo Seok



**Soo Seok Yang**
Associate
334.495.1121 direct

SooSeok.Yang@BeasleyAllen.com
BeasleyAllen.com
800.898.2034

Facebook | LinkedIn | Twitter | YouTube
CONFIDENTIALITY & PRIVILEGE NOTICE

---

**From:** Lisa Kruse <Lisak@gld-law.com>
**Sent:** Wednesday, September 4, 2019 1:19 PM
**To:** Sherrod Young <syoung@browngreer.com>; Soo Seok Yang <SooSeok.Yang@BeasleyAllen.com>; Andy Birchfield <Andy.Birchfield@BeasleyAllen.com>
**Cc:** Tara Seidenberg <Taras@gld-law.com>
**Subject:** Request for Enrollment Extension due to hurricane hardship- Thyeasia Pugh (Plaintiff ID 12218)

All-

I am respectfully requesting an extension of time to enroll the above Claimant due to her inability to return her enrollment form today due to issues caused by Hurricane Dorian.

Ms. Pugh lives in Charleston, South Carolina and due to evacuations, she cannot go to the library to print anything and that is her only means of printing the necessary enrollment package forms.

We would appreciate our request for an extension of enrollment being considered and granted under the circumstances. Thank you!

*Lisa Kruse*

Senior Trial Paralegal | Mass Tort Coordinator
**The Gallagher Law Firm, PLLC**
**2905 Sackett Street**
**Houston, Texas 77098**



EXHIBIT B

1

(713) 222-8080 - Phone
(713) 222-0066 - Fax
lisak@gld-law.com
www.gallagher-law-firm.com



*CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.