HOME | SETTLEMENT PROGRAM | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT

MDL 2592 - Xarelto

Search Results

Return to Search Results

Edit Plaintiff Inform

Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 12218 | **Name of the Claimant:** | THYEASIA PUGH |
| **DOB:** | 09/11/1982 | **Date of Retainer Agreement:** | |
| **Principal Attorney:** | Gallagher, Michael T | **State of Residence:** | South Carolina |
| **Name of Representative:** | N/A | **Primary Law Firm:** | The Gallagher Law Firm PLLC |
| **Interested Counsel:** | The Gallagher Law Firm; Ferrer Poirot; Goldwater Law Firm | **Court/Venue:** | United States District Court Eastern District of Louisiana |
| **Case Number:** | 2:16-cv-05657 | | |

Documents

View Documents | Upload

**Uploaded Files**

**Filter:** ALL

| Document ID | Document Type | Created Date | Delete |
|---|---|---|---|
| 719706 | Settlement Program - Release | 09/23/2019 | Remove |
| 719702 | Settlement Program - Enrollment Election Form | 09/23/2019 | Remove |
| 705801 | Settlement Program - Notice of Incomplete Enrollment Package | 09/17/2019 | |
| 688397 | Settlement Program - Lien Disclosure Form | 09/05/2019 | |
| 688395 | Settlement Program - Stipulation of Dismissal | 09/05/2019 | Remove |
| 685508 | Settlement Program - Enrollment Election Form | 09/04/2019 | Remove |
| 337122 | Event Records | 06/13/2017 | Remove |
| 337121 | First Amended Plaintiff Fact Sheet | 06/13/2017 | |
| 337119 | Plaintiff Verification of PFS | 06/13/2017 | Remove |
| 278923 | Other - Response to Deficiency Notice 9-7-16 | 09/07/2016 | Remove |
| 239486 | Plaintiff Verification of PFS | 07/06/2016 | Remove |
| 239485 | Plaintiff Fact Sheet | 07/06/2016 | |
| 236293 | Proof of Use -- Medical Records - Dr Susan Datta - prescriber | 07/01/2016 | Remove |
| 236287 | Event Records - Dr Susan Datta | 07/01/2016 | Remove |
| 236284 | Event Records - Roper St Francis | 07/01/2016 | Remove |

Notices

| | Notice | Notice Date | Response Deadline | Response Received Date | Action |
|---|---|---|---|---|---|
| 1 | Notice of Incomplete Enrollment | 09/17/2019 | 10/08/2019 | 09/23/2019 | Respond |

EXHIBIT D

tabbies

