

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. 2:18-CV-02980 | Plaintiff: Juanita Teeple |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I  Juanita Teeple  , hereby notify the Court of my intent to (check one):

__X__  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 1·1) and all of its requirements.

Date: 8-27-19

Juanita Teeple
Signature of Plaintiff

JUANITA Teeple
Print Name of Signing Plaintiff