**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:  XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| --- | --- |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE ELDON E. FALLON |

**THIS DOCUMENT RELATES TO:**

*Lois Wiseman and Harold Wiseman v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-16224**

## PLAINTIFF'S RESPONSE TO FIRST SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC 16218 REGARDING CMO 12A NON-COMPLIANCE

Plaintiff respectfully requests that the Court excuse Plaintiff's attendance at the October 7, 2019 show cause hearing given that Plaintiff's case has been cured.  The delay in filing the required documents was not caused by in advertence but because Plaintiff is elderly and in poor health and was not well enough to provide the documents previously.

Pursuant to the Court's Case Management Order ("CMO") 12A, Plaintiff has submitted her (1) signed enrollment form; (2) lien disclosure form; (3) dismissal; (4) signed and notarized release; and (5) death certificate of co-plaintiff. *See* Ex. A.

Undersigned uploaded these documents to Brown Greer and was informed by Rowan Pippin at Brown Greer that all deficiencies had been cured.

Given that Plaintiff had complied with the Court's order and submitted the necessary documents, Plaintiff requests that she and her representative be excused from the show cause hearing on October 7th, 2019 at 8:30 a.m.

Date: October 4, 2019

Respectfully submitted,

THE WHITEHEAD LAW FIRM, LLC


*/s/ C. Mark Whitehead III, MD, JD*

C. MARK WHITEHEAD III, MD, JD
State Bar No. 27682
3639 Ambassador Caffery Pkwy., Suite 303
Lafayette, Louisiana 70503-5107
Telephone: (337) 740-6006
Facsimile: (337) 205-7754
E-mail: cmw@whiteheadfirm.com;
kate@whiteheadfirm.com

**ATTORNEYS FOR PLAINTIFF(S)**


**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, a true and correct copy of the above and foregoing

has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule

5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic

filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.


*/s/ C. Mark Whitehead III, MD, JD*
C. MARK WHITEHEAD III, MD, JD