IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| ROGER DALE JONES, Plaintiff, | SECTION: L<br>JUDGE FALLON |
| CIVIL ACTION NO.: 2:17-cv-2460 | MAG. JUDGE NORTH |

**PLAINTIFF'S MOTION TO EXCUSE PLAINTIFF'S COUNSEL AND PLAINTIFF'S REPRESENTATIVE FROM PERSONAL APPEARANCE AT THIS COURT'S OCTOBER 7, 2019 SHOW CAUSE HEARING AND FOR PLAINTIFF'S CASE NOT TO BE DISMSSED, OR IN THE ALTERNATIVE, TO EXCURE PLAINTIFF'S REPRESENTATIVE AT THIS COURT'S OCTOBER 7, 2019 SHOW CAUSE HEARING AND FOR PLAINTIFF'S CASE NOT TO BE DISMISSED**

COMES NOW, Plaintiff, by and through undersigned Counsel, and moves this Court for the Plaintiff's Counsel and Plaintiff's Representative to be excused from this Court's October 7, 2019 hearing for the reasons more fully outlined in the supporting brief.

WHEREFORE, Plaintiff respectfully moves for an order from this Court excusing the personal appearance of both Plaintiff's Counsel and Plaintiff's Representative from the October 7, 2019 Show Cause Hearing, or in the Alternative, Excusing the Personal Appearance of Plaintiff's Representative from Personal Appearance and for Plaintiff's Case Not to be Dismissed.

Dated: October 4, 2019                                  Respectfully submitted,

**MOTLEY RICE LLC**

By: /s/ Carmen S. Scott
   Carmen S. Scott
   28 Bridgeside Boulevard
   Mt. Pleasant, SC 29464
   Phone: 843-216-9000
   cscott@motleyrice.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on October 4, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carmen S. Scott