**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| **ROGER DALE JONES, Plaintiff,** | **SECTION: L**<br>**JUDGE FALLON** |
| **CIVIL ACTION NO.: <u>2:17-cv-2460</u>** | **MAG. JUDGE NORTH** |

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXCUSE PLAINTIFF'S
COUNSEL AND PLAINTIFF'S REPRESENTATIVE FROM PERSONAL
APPEARANCE AT THIS COURT'S OCTOBER 7, 2019 SHOW CAUSE HEARING, OR
IN THE ALTERNATIVE, TO EXCURE PLAINTIFF'S REPRESENTATIVE AT THIS
COURT'S OCTOBER 7, 2019 SHOW CAUSE HEARING AND FOR PLAINTIFF'S
CASE NOT TO BE DISMISSED**

1.     On September 20, 2019, this Court issued an Order to Show Cause and on October 2, 2019, this Court issued a Supplemental Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2.     Plaintiff's counsel was notified that Plaintiff was deceased after forwarding the Settlement Packet to his attention.  His surviving spouse and only intestate heir, Doris K. Jones, executed the Release and Enrollment Form indicating her desire to move forward with Plaintiff's Claim as the representative.

3.     The executed Release was uploaded to MDL Centrality on July 16, 2019.  The executed Enrollment Election form and the required draft Stipulation of Dismissal were uploaded to MDL Centrality on August 5, 2019, in accordance with the Court's initial deadline.  However, a Release Addendum was not uploaded.

4.     After the September 20, 2019 Show Cause Order, Plaintiff's counsel received a

Notice of Incomplete Enrollment on September 24, 2019, indicating that documents evidencing the Representative Claimant's authority to act were missing.   A deadline of October 15, 2019 was given to cure this deficiency.  See Exhibit A.

5.      Plaintiff's attorney was under the mistaken impression that the deadline of October 15, 2019, was the relevant deadline since it was received after the Show Cause Order.  The representative's intention to join the settlement was provided to the Court via the previous filings. Therefore, Plaintiff's counsel did not prepare Plaintiff's representative to attend the Show Cause hearing scheduled for October 7, 2019.

6.      Plaintiff's counsel was unaware that the case remained on the show cause order until liaison counsel forwarded the Court's Supplemental Order entered on October 2, 2019 at 5:59 p.m. via email on October 3, 2019.

7.      Plaintiff's counsel apologizes for the incorrect assumption and assures the Court that we are diligently working on curing deficiencies and have no outstanding cases that have not provided an executed Enrollment Form, executed Release and draft Stipulation of Dismissal.

8.      Further, Plaintiff's Representative has now executed the Release Addendum and Sworn Affidavit.  Those documents were uploaded to MDL Centrality simultaneously with this response, curing the deficiency, and complying with the Court's Case Management Order 12A.

9.      Plaintiff's counsel has no other cases on any of the Show Cause Orders that require attendance on October 7, 2019.

WHEREFORE, based on the above, Plaintiff's representative is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's Representative and Plaintiff's counsel's attendance at the Show Cause Hearing be excused and that the Plaintiff's case not be dismissed.  In the alternative, Plaintiff respectfully

requests that Plaintiff's Representative's attendance be excused and that the Plaintiff's case not be dismissed.

Dated: <u>October 4, 2019</u>

Respectfully submitted,

**MOTLEY RICE LLC**

By: <u>/s/ Carmen S. Scott</u>
    Carmen S. Scott
    28 Bridgeside Boulevard
    Mt. Pleasant, SC 29464
    Phone: 843-216-9000
    cscott@motleyrice.com

Attorneys for Plaintiff