# EXHIBIT A

# XARELTO SETTLEMENT PROGRAM
## MDL 2592



## NOTICE OF INCOMPLETE ENROLLMENT PACKAGE
### DATE OF NOTICE: 9/24/2019
### DEADLINE TO RESPOND: 10/15/2019

### I. XARELTO CLAIMANT INFORMATION

| Claimant Name | Last JONES | | First ROGER | Middle D |
|---|---|---|---|---|
| Claimant ID | 22165 | Primary Counsel | Motley Rice, LLC | |

### II. ENROLLMENT REVIEW

This Notice is an official communication from the Claims Administrator for the Xarelto Settlement Program and relates to the Claimant identified in Section I. After review of the documentation submitted, we have determined that this Claimant has not submitted a complete Enrollment Package pursuant to Section 4 of the Settlement Agreement ("MSA") for the reason(s) shown below. You must submit the missing documentation or cure the matters noted below by the deadline listed at the top of this Notice. Claimants who fail to provide a complete Enrollment Package by the deadline are not eligible to participate in the Settlement Program under Section 4.3 of the MSA, and may subject the Claimant's lawsuit to dismissal with prejudice under Section 5.4 of the MSA.

| | MATTER NEEDING ATTENTION | HOW TO ADDRESS THIS MATTER |
|---|---|---|
| 1. | The submitted records indicate that the Claimant is deceased or incapacitated, but we have not received documentation supporting the authority of the Representative Claimant to sign the Release for that Claimant. | Submit documents evidencing the Representative Claimant's authority to act in a representative capacity for the Claimant.  Read the MDL Case Management Order Regarding the Resolution of Cases Involving the Death or Incapacity of a Product User.  You can access a copy the Order on the secure portal.  You can also access the Orders, related sworn statements, and a step-by-step guide to the types of documents required and how to submit those documents in the Release step of the Enrollment Package menu on your Portal. |

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice, call (888)-521-3767 or email your designated Firm Contact for assistance.