**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **This Document Relates to:** | **SECTION: L** |
| | **JUDGE FALLON** |
| **ROGER DALE JONES, Plaintiff** | **MAG. JUDGE NORTH** |
| **CIVIL ACTION NO.: 2:17-cv-2460** | |

## ORDER

Considering the Plaintiff's Motion and good cause appearing:

_____    **IT IS HEREBY ORDERED** that Plaintiff's Counsel and Plaintiff's Representative are Excused from appearing in person at the Show Cause Hearing scheduled on October 7, 2019 and Plaintiff's case not be dismissed.

_____    **IT IS HEREBY ORDERED** that Plaintiff's Representative is Excused from appearing in person at the Show Cause Hearing scheduled on October 7, 2019 and Plaintiff's case not be dismissed.

DONE AND SIGNED this the \_\_\_\_\_ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE