UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXOBAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: | ) MDL NO. 2592<br>)<br>) SECTION L<br>)<br>) JUDGE ELDON E. FALLON<br>)<br>) MAGISTRATE JUDGE NORTH<br>) |

| | |
|---|---|
| Dorothy Leach<br>**Case No.: 3:14-cv-00989** | Austin Foster<br>**Case No.: 2:16-cv-03044** |
| Jimmie Neeley<br>**Case No.: 2:16-cv-02410** | George Sanders<br>**Case No.: 1:15-cv-00081** |

## EX PARTE MOTION TO EXCUSE PLAINTIFFS FROM PERSONALLY APPEARING AT THE OCTOBER 7, 2019 HEARING

Counsel for Plaintiffs Dorothy Leach, Austin Foster, Jimmie Neeley, and George Sanders respectfully moves this Court to excuse these plaintiffs from personally appearing at the October 7, 2019 hearing for the reasons set forth below. Counsel will still personally appear at the hearing.

1. Plaintiff **Dorothy Leach** is deceased. The only heir with whom counsel has been able to maintain (somewhat) consistent contact is her son Jerry Leach, who is incarcerated at Pinckneyville Correctional Center in Perry County, Illinois, and he is unable to attend the hearing.

2. Plaintiff **Austin Foster** passed away on September 3, 2019. Counsel is searching for an heir to Mr. Foster's estate, but none have been found so far.

3. Plaintiff **Jimmie Neeley** has not responded to counsel's attempts to contact him and, consequently, no arrangements have been confirmed for his attendance at the hearing.

4. Plaintiff **George Sanders** is deceased. His surviving spouse, Tina Sanders, has not

responded to counsel's attempts to contact her and, consequently, no arrangements have been confirmed for her attendance at the hearing.

WHEREFORE, counsel respectfully requests that this Court excuse Plaintiffs Dorothy Leach, Austin Foster, Jimmie Neeley, and George Sanders from personal attendance at the October 7, 2019 hearing. Counsel for these plaintiffs will still personally appear at the hearing on their behalf.

SCHLICHTER, BOGARD & DENTON, LLP

/s/ *Roger C. Denton*
Roger C. Denton
rdenton@uselaws.com
Scott H. Morgan
smorgan@uselaws.com
100 South 4th Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115 (phone)
(314) 621-1365 (fax)

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Scott H. Morgan*