# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXOBAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

| | |
|---|---|
| Dorothy Leach <br> **Case No.: 3:14-cv-00989** | Austin Foster <br> **Case No.: 2:16-cv-03044** |
| Jimmie Neeley <br> **Case No.: 2:16-cv-02410** | George Sanders <br> **Case No.: 1:15-cv-00081** |

## ORDER

Before the Court is the motion by the above referenced plaintiffs to be excused from personally appearing at this Court's Order to Show Cause Hearing on October 7, 2019. The Court GRANTS the motion, and it is hereby ORDERED that Plaintiffs Dorothy Leach, Austin Foster, Jimmie Neeley, and George Sanders are excused from personally appearing at the hearing. It is understood that counsel for these Plaintiffs will still personally appear at the hearing on their behalf.

New Orleans, Louisiana this _____ day of October, 2019.

_____
Eldon E. Fallon
United States District Court Judge