UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br> PRODUCTS LIABLITY LITIGATION <br> THIS DOCUMENT RELATES TO: | MDL NO. 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE: MICHAEL NORTH |
| JEFFREY MOECKEL <br> Civil Action No. 2:16-CV-17622 | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff Jeffrey Moeckel by and through his undersigned Counsel of record, and respectfully submits this response to the First Supplemental Order to Show Cause filed on October 4, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned case, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. On October 3, 2019, Plaintiff submitted an executed Notice of Intent to proceed indicating his intent in enrolling in the Xarelto Settlement Program via the MDL Centrality Portal and is sending his executed enrollment election form and release to her undersigned counsel via priority mail.

3. Plaintiff was delayed in completing his settlement enrollment documents due to deaths in the family in July 2019 and most recently on September 27, 2019.

00583724-1

4. WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance and Plaintiff's Counsel's attendance at the Show Cause Hearing be excused and this Plaintiff's case not be dismissed.

Dated: October 4, 2019

                        GOZA & HONNOLD LLC

                        <u>/s/ Bradley D. Honnold</u>
                        <u>Bradley D. Honnold KS # 22972</u>
                        Goza & Honnold, LLC
                        9500 Nall Ave. Suite 400
                        Overland Park, KS 66207
                        T: (913) 451-3433
                        F: (913) 839-0567

                        ***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABLITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| | MAGISTRATE JUDGE: MICHAEL NORTH |

JEFFREY MOECKEL
Civil Action No. 2:16-CV-17622

### CERTIFICATEOFSERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Response to the Court's October 3, 2019 Order to Show Cause was served upon all parties of record electronically by CM/ECF on October 4, 2019.

Respectfully Submitted

GOZA & HONNOLD, LLC

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
Goza & Honnold, LLC
9500 Nall Ave. suite 400
Overland Park, KS 66207
T: (913) 451-3433
F: (913) 839.0567

*Attorney for Plaintiff*

00583724-1