**EXHIBIT A**

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 1. | 9342 | 2:16-cv-13036 | Downing, James | Allen & Nolte, PLLC | Allen & Nolte, PLLC | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 2. | 14321 | 2:16-cv-13209 | Dukic, Lilijana | Allen & Nolte, PLLC | Allen & Nolte, PLLC | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 3. | 13261 | 2:16-cv-10346 | Estevez, Olivia | Allen & Nolte, PLLC | Allen & Nolte, PLLC | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 4. | 2423 | 2:16-cv-07022 | Lucas, Nicole | Allen & Nolte, PLLC | Allen & Nolte, PLLC | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 5. | 33344 | 2:19-cv-09388 | Evans-Jordan, Winfred | Avram Blair & Associates, PC | Avram Blair & Associates, P.C. | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 6. | 28604 | 2:19-cv-00350 | Schafer, Jessica | Brown, LLC | Brown, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 7. | 2939 | 2:15-cv-02389 | Kennedy, Neil | Burke Harvey, LLC | Burke Harvey, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 8. | 6877 | 2:15-cv-06833 | West, Delores | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 9. | 9402 | 2:16-cv-03460 | Walsh, Patricia | Burnett Law Firm | Burnett Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 10. | 29399 | 2:19-cv-04463 | Abuhmoud, Suha | Fears Nachawati, PLLC | Fears | Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 11. | 30041 | 2:19-cv-06414 | Boring, Rodger | Fears Nachawati, PLLC | Fears | Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 12. | 30111 | 2:19-cv-06463 | Branch, Sandra | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 13. | 38962 | 2:19-cv-06553 | Bryant, Elmore | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 14. | 30173 | 2:19-cv-06736 | Cole, Kathleen | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 15. | 30307 | 2:19-cv-04825 | Derico, Mark | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 16. | 16315 | 2:16-cv-13003 | Dykstra, John | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 17. | 38912 | 2:19-cv-04263 | Francis, Patricia | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 18. | 29556 | 2:19-cv-04652 | Gonzalez, Sergio | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 19. | 10042 | 2:16-cv-03006 | Gost, John | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 20. | 29949 | 2:19-cv-06239 | Goushy, Theodore | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 21. | 29913 | 2:19-cv-05024 | Guillen, Jose | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 22. | 29518 | 2:19-cv-04559 | Hargrove, Jolanda | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 23. | 4336 | 2:15-cv-04204 | Hirliman, Richard | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|-----------|----------------|-------------------|---------------------------------------------------|--------------|
| 24. | 39017 | 2:19-cv-04763 | Johnson, Elizabeth | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 25. | 39006 | 2:19-cv-04276 | Kenney, Kelly | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 26. | 29231 | 2:19-cv-03660 | Kingan, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 27. | 12732 | 2:16-cv-07758 | Kozianowski, Gary | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 28. | 39078 | 2:19-cv-05394 | McFarland, Brent | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 29. | 30233 | 2:19-cv-04108 | Milano, Donna | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 30. | 29867 | 2:19-cv-04594 | Mills, Ron | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 31. | 29157 | 2:19-cv-05366 | O'Neill, Margaret | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 32. | 29501 | 2:19-cv-03489 | Richwine, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 33. | 29454 | 2:19-cv-05172 | Robertson, Tony | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 34. | 29449 | 2:19-cv-05144 | Robinson, Gloria | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 35. | 29720 | 2:19-cv-05810 | Ross, Donald | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 36. | 30371 | 2:19-cv-03566 | Shipp, John | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 37. | 30213 | 2:19-cv-04149 | Summers, Paul | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 38. | 15998 | 2:16-cv-12987 | Walters, William | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 39. | 39016 | 2:19-cv-07433 | Watson, Jamie | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 40. | 39003 | 2:19-cv-04250 | Woodkirk, Audrey | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 41. | 38259 | 2:19-cv-05031 | Zachary, Jaye | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 42. | 6514 | 2:16-cv-02551 | Heffington, John | Girardi Keese | Girardi Keese | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 43. | 7466 | 2:16-cv-00101 | Kirk, Nancy | Goza & Honnold, LLC | Goza & Honnold, LLC | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 44. | 7837 | 2:16-cv-01030 | Soliday, Debbie | Goza & Honnold, LLC | Goza & Honnold, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 45. | 13873 | 2:16-cv-12564 | Tillman, Geraldine | Goza & Honnold, LLC | Goza & Honnold, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 46. | 2937 | 2:15-cv-04692 | Ely, Christine J. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 47. | 7711 | 2:16-cv-14248 | Fauver, Ellen W. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 48. | 15239 | 2:16-cv-10301 | Pettigrew, Clarence | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, PC | The Cochran Firm - Birmingham | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 49. | 11773 | 2:16-cv-11011 | Mixon, George | Johnson Becker, PLLC | Johnson Becker | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 50. | 8583 | 2:16-cv-14477 | Tucker, Cheryl | Kelley & Ferraro LLP | Kelley & Ferraro LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 51. | 20714 | 2:17-cv-01757 | Manns, Roseann B. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 52. | 15671 | 2:18-cv-03093 | Means, Jacqueline | Kirkendall Dwyer LLP | The Benton Law Firm | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 53. | 9039 | 2:16-cv-03560 | Veal, Aneesah N. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|-----------|----------------|-------------------|----------------------------------------------------|--------------|
| 54. | 25858 | 2:17-cv-07028 | Handlon, Jerry, II | Kirtland & Packard LLP | Kirtland & Packard | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 55. | 40634 | 2:17-cv-08049 | Thomas, Dorothy | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 56. | 14369 | 2:16-cv-13884 | Muthard, Rita | Lenze Lawyers, PLC | Lenze Lawyers, PLC. | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 57. | 26743 | 2:18-cv-05586 | Ascencio, Angel | Marc J. Bern & Partners LLP - New York | Marc J. Bern & Partners LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 58. | 41311 | 2:19-cv-08105 | Schoonover, Robert | McDonald Worley, PC | McDonald Worley | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 59. | 32512 | 2:19-cv-06720 | Feminella, Jennifer | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 60. | 32525 | 2:19-cv-06832 | Hammond, Stephen | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 61. | 32518 | 2:19-cv-06902 | Korab, Edward J. | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 62. | 20145 | 2:17-cv-01441 | Hoffman, Charles J. | Murray Law Firm | The Murray Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 63. | 3068 | 2:15-cv-03414 | Ostrander, Carolyn | Niemeyer, Grebel & Kruse LLC; Flint & Associates, LLC; Brown and Crouppen, PC | Flint Law Firm, LLC | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 64. | 17748 | 2:16-cv-16470 | Beckstine, Margaret | Pierce Skrabanek, PLLC | Pierce Skrabanek Bruera, PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 65. | 6707 | 2:15-cv-06253 | Woolums, James | Potts Law Firm, LLP ; Burnett Law Firm | Burnett Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 66. | 25746 | 2:17-cv-12720 | Berkey, Kathleen | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 67. | 16511 | 2:16-cv-07975 | Haynes, Steven | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 68. | 27686 | 2:18-cv-07922 | Lieberman, Patricia | Tamari Law Group, LLC | Tamari Law Group, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 69. | 39349 | 2:19-cv-08958 | Thornton, Walter | Tamari Law Group, LLC | Tamari Law Group, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 70. | 15200 | 2:16-cv-07622 | Nichols, Amy | The Cochran Firm Birmingham, PC; Jacoby & Meyers, LLC | The Cochran Firm - Birmingham | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 71. | 16219 | 2:16-cv-17149 | Berkebile, Deanna | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 72. | 4787 | 2:17-cv-07568 | Burton, Sammie | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 73. | 3333 | 2:16-cv-07172 | Carlin, Gabriela | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 74. | 8995 | 2:16-cv-17149 | Cruz, Carol | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 75. | 25339 | 2:17-cv-07568 | Dalessandro, Lisa | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 76. | 8218 | 2:17-cv-17261 | Gecan, Norma | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 77. | 6568 | 2:16-cv-17148 | Gray, Annie | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 78. | 6578 | 2:17-cv-03504 | Haworth, Joyce | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 79. | 7423 | 2:17-cv-03504 | Heidger, Bill | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 80. | 16236 | 2:16-cv-17149 | Henry, Richard | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 81. | 25451 | 2:16-cv-17149 | Hodge, Tina | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 82. | 41997 | 2:17-cv-03504 | Jones, Robert | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 83. | 7365 | 2:17-cv-03504 | Juscik, Emma | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 84. | 3430 | 2:17-cv-03504 | Kennedy, Albert | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 85. | 15916 | 2:16-cv-13851 | King, Carol | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 86. | 15278 | 2:16-cv-13851 | Levine, Estelle | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 87. | 3476 | 2:17-cv-07568 | Olewinski, Leona | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 88. | 41979 | 2:16-cv-17148 | Pol, Gino J., Jr. | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 89. | 7355 | 2:16-cv-17149 | Scott, Jeff | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 90. | 4784 | 2:16-cv-17148 | Sullivan, Ruth | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 91. | 6572 | 2:17-cv-03504 | Thomas, Juanita | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 92. | 27811 | 2:18-cv-09006 | Wilson, Alma | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 93. | 9854 | 2:16-cv-06551 | Kent, Alan | The Frankowski Firm, LLC | The Frankowski Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 94. | 26043 | 2:18-cv-08005 | Snyder, Nancy | The Law Office of L. Paul Mankin | The Law Office of L. Paul Mankin | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 95. | 2106 | 2:15-cv-02932 | Barnes, Ralph | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 16220; Rec Doc. No. 16880 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|-----------|----------------|-------------------|---------------------------------------------------|--------------|
| 96. | 38790 | 2:19-cv-03037 | Donovan, Carolyn | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 97. | 2385 | 2:16-cv-03336 | Francis, Joseph | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 98. | 15044 | 2:16-cv-14547 | Glenn, Willard | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 99. | 7797 | 2:16-cv-12812 | Kilpatrick, Stanley | The Mulligan Law Firm | Allen & Nolte, PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 100. | 38833 | 2:19-cv-03152 | McLaughlin, Dorothy | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 101. | 9340 | 2:16-cv-12911 | Stocker, Charles | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 16220; Rec Doc. No. 16880 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|-----------|----------------|-------------------|----------------------------------------------------|--------------|
| 102. | 39464 | 2:19-cv-05338 | Angulo, Isreal | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 103. | 39532 | 2:19-cv-08864 | Dejuanini, Irene | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 104. | 39621 | 2:19-cv-07365 | Kazenmayer, Charles | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 105. | 39694 | 2:19-cv-06675 | Morgan, Maxine | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 106. | 40393 | 2:19-cv-07644 | Pierce, Betty | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 107. | 39780 | 2:19-cv-08716 | Thomas, Gary | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|-----------|----------------|-------------------|---------------------------------------------------|-------------|
| 108. | 1541 | 2:15-cv-05661 | Faye, Edward | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 109. | 18656 | 2:16-cv-17759 | Morgan, Ted | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 110. | 13168 | 2:16-cv-09659 | Ramich, Mike | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 111. | 20550 | 2:17-cv-04066 | Fabina, John | Wilshire Law Firm | Wilshire Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 112. | 26730 | 2:18-cv-06920 | Weaver, Kathy A. | Wilshire Law Firm | Wilshire Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 113. | 7963 | 2:16-cv-00135 | Gastall, William | Wormington & Bollinger | Wormington & Bollinger | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |