**EXHIBIT B**

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 1. | 14139 | 2:16-cv-12905 | Rowley, William | Allen & Nolte, PLLC | The Mulligan Law Firm | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 2. | 2157 | 2:16-cv-06747 | Slater, Gregory | Allen & Nolte, PLLC | The Mulligan Law Firm | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 3. | 16868 | 2:16-cv-12480 | Lowe, Deborah | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 4. | 4294 | 2:15-cv-04703 | Weringer, Racine | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 5. | 12075 | 2:16-cv-05446 | Stolburg, Mary Ann | Bachus & Schanker, LLC | Bachus & Schanker, LLC | Rec. Doc. No. 16220; Rec Doc. No. 16880 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 6. | 9533 | 2:16-cv-02015 | Brantley, Pearline | Baron & Budd, PC | Baron & Budd | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 7. | 5399 | 2:15-cv-06230 | Price, Sollie | Baron & Budd, PC | Baron & Budd | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 8. | 31539 | 2:19-cv-08524 | Gunn, Ken, Sr. | Beacon Legal Group, PLLC | Beacon Legal Group PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 9. | 31540 | 2:19-cv-08852 | Thomas, Georgina T. | Beacon Legal Group, PLLC | Beacon Legal Group PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 10. | 4041 | 2:15-cv-03713 | Robinson, Stanley Neil | Bernstein Liebhard LLP | Bernstein Liebhard LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 11. | 4008 | 2:15-cv-04961 | Brothers, Kimberly | Burnett Law Firm | Burnett Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 12. | 31030 | 2:19-cv-07919 | Varnado, Lucious | Carmen D. Caruso Law Firm | Carmen D. Caruso Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 13. | 16263 | 2:16-cv-14643 | Leek, Linda | Comeaux Law Firm; Murphy Law Firm | Murphy Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 14. | 12972 | 2:16-cv-09162 | Lewis, Kenneth | Comeaux Law Firm; Murphy Law Firm | Murphy Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 15. | 16325 | 2:16-cv-14266 | Stealy, Dan | Comeaux Law Firm; Murphy Law Firm | Murphy Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 16. | 13349 | 2:16-cv-15801 | Huggins, Stan | Cory Watson, PC | Cory Watson | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 17. | 9161 | 2:16-cv-00487 | Jorgensen, Erika | Cory Watson, PC | Cory Watson | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 18. | 10361 | 2:16-cv-03035 | Schearer, Inez | Cory Watson, PC | Cory Watson | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 19. | 12224 | 2:16-cv-16399 | States, David | Cory Watson, PC | Cory Watson | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 20. | 12132 | 2:16-cv-13730 | Turek, Helen | Cory Watson, PC | Cory Watson | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 21. | 11776 | 2:16-cv-07588 | Vaden, Tonya | Cory Watson, PC | Cory Watson | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 22. | 31957 | 2:19-cv-07267 | Cardinal, Betty | Dalimonte Rueb LLP | Dalimonte Rueb LLP | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 23. | 15253 | 2:17-cv-04458 | Jemison, Thelma | Dugan Law Firm, PLC | The Dugan Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 24. | 4324 | 2:15-cv-04119 | Crawley, Ethel | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 25. | 39014 | 2:19-cv-04985 | Hosley, James | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 26. | 30116 | 2:19-cv-04482 | McMichael, Joseph | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 27. | 21464 | 2:16-cv-17873 | Milliron, Nada Anna | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 28. | 13491 | 2:15-cv-03008 | Pozo, April | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 29. | 29229 | 2:19-cv-04979 | Wilmington, Beverly | Fears Nachawati, PLLC | Fears \| Nachawati | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|-----------|----------------|-------------------|---------------------------------------------------|-------------|
| 30. | 17440 | 2:16-cv-16535 | Connahan, Margaret J. | Fears Nachawati, PLLC; Neill Legler Cole, PLLC | Neill Legler Cole, PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 31. | 12868 | 2:16-cv-06931 | Lorincz, Judith | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 32. | 17316 | 2:16-cv-16956 | Wood, Raymond | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 33. | 7137 | 2:15-cv-06627 | Schroeder, Karen | Ferrer, Poirot & Wansbrough; Padberg, Corrigan & Appelbaum | Ferrer, Poirot & Wansbrough | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 34. | 19877 | 2:17-cv-03651 | Caporale, Donna | Forman Law Offices, PA | Forman Law Offices | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 35. | 20042 | 2:17-cv-03772 | Tholl, Jean | Forman Law Offices, PA | Forman Law Offices | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 36. | 23813 | 2:17-cv-09832 | Rucker, Douglas B. | Gordon & Partners, PA | Gordon & Partners, P.A. | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 37. | 32907 | 2:19-cv-06564 | Cain, Vivian L. | Guajardo & Marks, LLP | Guajardo & Marks, LLP | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 38. | 20083 | 2:17-cv-00326 | Geier, Jackie | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 39. | 12478 | 2:17-cv-09824 | Motill, Ronald | Heninger Garrison Davis, LLC | Heninger Garrison Davis, LLC | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 40. | 3809 | 2:15-cv-04674 | Miller, Janeann | Hilliard Munoz Gonzales LLP | Hilliard Martinez Gonzales LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 41. | 3630 | 2:15-cv-04300 | Nelson, Harry M. | Hilliard Munoz Gonzales LLP | Hilliard Martinez Gonzales LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 42. | 15839 | 2:16-cv-14793 | Friedman, Betty | Hollis Law Firm, P.A. | Hollis Law Firm, P.A. | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 43. | 26191 | 2:18-cv-03730 | Marchal, Forest | Hovde Dassow + Deets, LLC; Scovern Law; The Lanier Law Firm | The Lanier Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 44. | 2956 | 2:16-cv-07449 | Carson, Maryjo | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 45. | 3821 | 2:16-cv-03056 | Wolcott, Jeanette | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 46. | 9544 | 2:16-cv-02309 | Coe, Thomas M. | Johnson Becker, PLLC | Johnson Becker | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 47. | 38480 | 2:19-cv-06223 | Bilyard, James | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|------------|----------------|-------------------|---------------------------------------------------|--------------|
| 48. | 27150 | 2:18-cv-05718 | Lumbag, Lucia | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 49. | 38389 | 2:19-cv-07481 | Mader, Marianne | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 50. | 6971 | 2:16-cv-00835 | McCollum, Hollis | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 51. | 41535 | 2:19-cv-00049 | Morris, Lorelei | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 52. | 38419 | 2:19-cv-05546 | Parsons, Gloria | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 53. | 28274 | 2:18-cv-08273 | Polyansky, Nikita | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|-----|-------|-----------|----------------|-------------------|---------------------------------------------------|--------------|
| 54. | 27120 | 2:18-cv-02526 | Tielsch, Bradley | Johnson Law Group | Johnson Law Group | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 55. | 7542 | 2:16-cv-02657 | Ketcherside, Larry | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 56. | 8138 | 2:16-cv-01447 | Simmonds, Shannon | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 57. | 30475 | 2:19-cv-03684 | Biddle, William | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 58. | 30535 | 2:19-cv-03620 | Braun, Arnold | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 59. | 30692 | 2:19-cv-04238 | Collins, Sherry | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 60. | 30629 | 2:19-cv-04779 | Collins, Sherry | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 61. | 30640 | 2:19-cv-04265 | Lamb, Melissa | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 62. | 30698 | 2:19-cv-04882 | Manukyan, Nilda | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 63. | 30737 | 2:19-cv-04893 | Martinez, Amanda | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 64. | 30484 | 2:19-cv-03685 | McDermot, William | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 65. | 30526 | 2:19-cv-03676 | Reedy, Kirk | Laborde Earles Law Firm LLC | Laborde Earles Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 66. | 40718 | 2:19-cv-03143 | Amendolia, Raymond | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 67. | 40997 | 2:19-cv-03907 | Buckenheimer, Wandra | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 68. | 41833 | 2:19-cv-03172 | Chain, Inez | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 69. | 19156 | 2:18-cv-00643 | Cheridor, Marie P. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 70. | 41104 | 2:19-cv-02965 | Christensen, Susan | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 71. | 41121 | 2:19-cv-03077 | Dabat, Lawrence | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 72. | 40986 | 2:19-cv-03346 | Dill, Steven | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 73. | 24024 | 2:17-cv-17566 | Gibson, Adrian | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 74. | 40772 | 2:19-cv-03258 | Guido, Cynthia | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 75. | 40823 | 2:19-cv-03649 | Hamilton, Travis | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 76. | 40878 | 2:19-cv-03537 | Herbert, Patricia | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 77. | 40934 | 2:19-cv-03428 | Rainey, David | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 78. | 40750 | 2:19-cv-03434 | Romano, David | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 79. | 41050 | 2:19-cv-03144 | Russell, Carmella | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 80. | 19548 | 2:18-cv-00215 | Shockley, Emma Jean | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 81. | 40811 | 2:19-cv-03053 | Smadi, Fahmi | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 82. | 41023 | 2:19-cv-03306 | Utley, Jamie | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 83. | 28453 | 2:19-cv-02864 | Young, Edward G., Jr. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 84. | 14366 | 2:16-cv-13872 | Pickern, Brenda | Lenze Lawyers, PLC | Lenze Lawyers, PLC. | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 85. | 33045 | 2:19-cv-04703 | Shanklin, Eugenia | MacArthur Heder & Metler | MacArthur, Heder, & Metler | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 86. | 41182 | 2:19-cv-06339 | Garnes, Calvin | McDonald Worley, PC | McDonald Worley | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 87. | 41230 | 2:19-cv-08890 | McCloskey, Maureen | McDonald Worley, PC | McDonald Worley | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 88. | 41231 | 2:19-cv-06780 | McCoy, Patricia | McDonald Worley, PC | McDonald Worley | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 89. | 41255 | 2:19-cv-08945 | Owens, Robert | McDonald Worley, PC | McDonald Worley | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 90. | 41287 | 2:19-cv-06711 | Strefling, Lisa | McDonald Worley, PC | McDonald Worley | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 91. | 21361 | 2:17-cv-03501 | Kilbride, Mark | Milstein Jackson Fairchild & Wade, LLP | Milstein Jackson Fairchild & Wade, LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 92. | 41600 | 2:17-cv-03501 | Smith, Helen | Milstein Jackson Fairchild & Wade, LLP | Milstein Jackson Fairchild & Wade, LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 93. | 12649 | 2:16-cv-07230 | Cutter, Gregg | Murphy Law Firm | Murphy Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 94. | 17215 | 2:16-cv-14886 | Cayford, Dolores | Murray Law Firm | The Murray Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 95. | 37437 | 2:17-cv-07570 | Monroe, Richard W. | Niemeyer, Grebel & Kruse LLC; Wagstaff & Cartmell, LLP; Wexler Wallace LLP; Brown and Crouppen, PC | Wexler Wallace LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 96. | 37439 | 2:17-cv-07570 | Wedge, Patricia | Niemeyer, Grebel & Kruse LLC; Wagstaff & Cartmell, LLP; Wexler Wallace LLP; Brown and Crouppen, PC | Wexler Wallace LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 97. | 27702 | 2:18-cv-08099 | Cummins, Rita | Onderlaw, LLC (fka Onder, Shelton, O'Leary & Peterson, LLC) | OnderLaw, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 98. | 21446 | 2:16-cv-17479 | Delamarter, Toby | Reich & Binstock | Reich and Binstock, LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 99. | 16003 | 2:15-cv-05092 | Boyd, Christopher | Sanders Law Firm, LLC | Sanders Law | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 100. | 2650 | 2:15-cv-02662 | Patterson, Bonita | Sanders Law Firm, LLC | Sanders Law | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 101. | 3944 | 2:15-cv-05120 | Smith, Angela | Sanders Law Firm, LLC | Sanders Law | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 102. | 4465 | 2:15-cv-04665 | Allison, Bessie | Sanders Phillips Grossman, LLC | Sanders Phillips Grossman, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 103. | 3188 | 2:15-cv-03652 | Greve, Florence | Sanders Phillips Grossman, LLC | Sanders Phillips Grossman, LLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 104. | 3173 | 2:15-cv-03095 | Croall, Yvonne | Seeger Weiss LLP | Seeger Weiss LLP | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 105. | 2802 | 2:15-cv-03604 | Stegman, Steven | Simmons Hanly Conroy | Simmons Hanly Conroy | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 106. | 7841 | 2:16-cv-00623 | Vogelgesang, Tammy | Simmons Hanly Conroy | Simmons Hanly Conroy | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 107. | 5313 | 2:15-cv-06141 | Crawford, Roxanne | Sommerman & Quesada, LLP | Sommerman & Quesada LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 108. | 7277 | 2:15-cv-07021 | Broyles, Tonya | The Cochran Firm | The Cochran Firm - Dothan | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 109. | 16002 | 2:16-cv-17149 | Bruckner, Paul | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 16220; Rec Doc. No. 16880 |
| 110. | 16039 | 2:18-cv-04389 | Comunale, Abe | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 111. | 4762 | 2:17-cv-00372 | Murphy, Dianna | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 112. | 4760 | 2:17-cv-03504 | Whitlow, Terry | The Driscoll Firm, PC | The Driscoll Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 113. | 20608 | 2:17-cv-02631 | Barber, Roseanna | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 114. | 26436 | 2:18-cv-03880 | Hayes, Jackie, Sr. | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 115. | 15180 | 2:16-cv-11350 | Hohn, Thomas | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 116. | 14381 | 2:16-cv-11415 | Parksion, Frank | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 117. | 22925 | 2:17-cv-06701 | Tomiak, Patricia | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 118. | 15295 | 2:16-cv-10192 | Warriner, Olga | The Gallagher Law Firm, PLLC | The Gallagher Law Firm PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 119. | 14030 | 2:16-cv-11706 | Lansdown, Rosemarie | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 120. | 13463 | 2:16-cv-12828 | Moon, Fred | The Mulligan Law Firm | The Mulligan Law Firm | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 121. | 27401 | 2:18-cv-09245 | Fagg, Katherine | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 122. | 39580 | 2:19-cv-06668 | Gutowski, Charles | Trammell P.C. | Trammell PC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 123. | 12297 | 2:16-cv-12134 | Stevens, Darlene C. | Van Wey Law, PLLC | Van Wey Law, PLLC | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 124. | 6647 | 2:15-cv-06434 | Hamm, Tammy | Varadi, Hair & Checki LLC; Favret & Lea | Scott, Vicknair, Hair & Checki, LLC | Rec. Doc. No. 16220; Rec. Doc. No. 16880 |
| 125. | 39893 | 2:19-cv-08426 | Cucchisi, Tina | Wexler Wallace LLP | Wexler Wallace LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data | Prior Orders |
|---|---|---|---|---|---|---|
| 126. | 42182 | 2:19-cv-00652 | Fried, Eric | Wexler Wallace LLP | Wexler Wallace LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 127. | 20513 | 2:17-cv-01193 | Gallay, Shirley | Wexler Wallace LLP | Wexler Wallace LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |
| 128. | 39873 | 2:19-cv-07375 | Sieling, Scott | Wexler Wallace LLP | Wexler Wallace LLP | Rec. Doc. No. 15417; Rec. Doc. No. 16877 |