UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> *Betty Jane Henderlong v. Janssen Research* ) <br> *& Development LLC, et al.*, 2:17-cv-02294 ) <br> ) | MDL No. 2592 <br><br> SECTION:  L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**PLAINTIFF BETTY JANE HENDERLONG REPSONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

On September 10, 2019, the Court entered a Show Cause Order Regarding Plaintiffs who failed to comply with Case Management Order 12A (R. Doc 15416).  This Court required an explanation as to why certain actions, including the action of Betty Jane Henderlong, captioned above, should not be dismissed with prejudice for failure to comply with CMO 12A. Counsel believed Plaintiff desired to pursue settlement in light of a telephone conversation on July 10, 2019 where she indicated she had returned all signed/completed documentation and requested we please stop contacting her about the matter as it was returned.  After approximately eight days, Counsel began to reach out again concerning the settlement matter as no documentation was received.  Counsel numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to notify her we did not received the

settlement documentation as required. Counsel believed Plaintiff desired participation in the settlement and elected for her participation with ongoing attempts to secure the properly executed documents.

On September 10, 2019, Counsel received a Notice of Incomplete Enrollment Package with a September 30, 2019 cure date. Counsel provided that Notice, along with the required documents to cure the incomplete package to Plaintiff, via mail and email. Finally, on September 25, 2019, Counsel was able to connect with Plaintiff via phone. She explained she had been injured earlier in the summer at work in a fall from a ladder. Her memory had been affected as well as her emotions due to the head trauma. She recalled receiving letters but disregarded them as she believed she had returned the settlement documents as required. Counsel was able to explain that we had not received the documents which were the reason for our repeated communications. She immediately apologized and requested if someone could bring the documents for her immediate completion. Counsel was able to have them hand delivered for completion that same evening. The documents were uploaded and submitted via MDL Centrality on September 27, 2019. Counsel confirmed that the documents had not yet been reviewed by MDL Centrality as of today's date but remain pending. For these reasons, Counsel respectfully requests the above named Plaintiff be removed from the Order to Show Cause and be allowed to further participate in settlement.

DATED: October 4, 2019

By: /s/   Lisa Ann Gorshe
    Lisa Ann Gorshe
    Johnson Becker, PLLC
    444 Cedar Street, Suite 1800
    St. Paul, MN 55101
    Direct: 612-436-1852
    Facsimile: 612-436-1801

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

/s/ Lisa A. Gorshe

Lisa A. Gorshe