UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Irene Bassett<br>Civil Action No. 2:19-cv-06872 | ) <br>) MDL No. 2592 <br>) <br>) <br>) <br><br>SECTION L <br>) <br>) <br>) JUDGE ELDON E. FALLON <br>) <br>) <br>) MAGISTRATE JUDGE NORTH <br>) |

**ORDER ON PLAINTIFF'S RESPONSE SHOW CAUSE**

The court, having considered Plaintiff's Response to the Court's Order to Show Cause, and Defendant's Response, enters the following Orders:

Plaintiff's request for 30 day extension of time to comply with CMO 12A is Granted\_\_\_ / Denied \_\_\_\_.

Plaintiff's request to be excused from personally appearing at the hearing on the Order to Show Cause is Granted\_\_\_ / Denied \_\_\_\_.

Plaintiff's Counsel is excused \_\_\_\_ not excused \_\_\_\_\_ from personally appearing at the hearing on the Order to Show Cause.