# EXHIBIT A



### Notices

| | Notice | Notice Date | Response Deadline | Response Received Date | Action |
|---|---|---|---|---|---|
| 1 | Notice of Complete Enrollment Package | 09/05/2019 | | | |

### Settlement Program

**Enrollment Closed on 9/4/19, as did the ability to elect to participate in the Alternative Resolution Program or submit an ECF Application. To upload medical records or documents, use the Upload button in the Documents section of this screen. To provide documents in response to a Notice of Incomplete Enrollment, use the Respond button the Notices section of this screen.**

**Supplemental Registration**   **– Completed**    [Edit]

**Enrollment Package**   **Submitted – File is Complete**    [Edit]

**Lien Questionnaire Form**   **– Completed**    [Edit]

**Extraordinary Circumstances Fund**   **ECF Application Ready for Review**    [Edit]

**Alternative Resolution Program**   **– Not Yet Participating**    [Participate]

© 2019 BrownGreer PLC. All rights reserved.

### Plaintiff's Fact Sheet