# EXHIBIT B

# XARELTO SETTLEMENT PROGRAM
## MDL 2592



| NOTICE OF COMPLETE ENROLLMENT PACKAGE |
|---|
| DATE OF NOTICE: 9/5/2019 |

## I. CLAIMANT INFORMATION

| **Claimant Name** | Last: ALVEY | First: WILLIAM | Middle: F |
|---|---|---|---|
| **Plaintiff ID** | 26738 | **Primary Counsel** | Richardson, Patrick, Westbrook & Brickman, LLC |

## II. ENROLLMENT REVIEW

This Notice is an official communication from the Claims Administrator for the Xarelto Settlement Program and relates to the Claimant identified in Section I. After review of the documentation submitted, we have determined that this Claimant has submitted a complete Enrollment Package under Section 4 of the Settlement Agreement.

You do not have to take any action in response to this Notice. Be sure to submit all contemporaneous medical records, proof of Xarelto use and a Lien Disclosure Form to support your claim by the **September 4, 2019** claim submission deadline, if you have not already done so.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice, call (888)-521-3767 or email your designated Firm Contact for assistance.