# EXHIBIT C

# Misty O'Neal

| | |
|---|---|
| **From:** | Soo Seok Yang <SooSeok.Yang@BeasleyAllen.com> |
| **Sent:** | Friday, October 04, 2019 3:59 PM |
| **To:** | Misty O'Neal |
| **Cc:** | Beth Middleton Burke; Aaron Dias; Sonja Howe; Joseph VanZandt |
| **Subject:** | RE: IN RE: XARELTO MDL No. 2592; Alvey, et al. v. Janssen, et al.; Case No. 2:18-cv-06682 |

Misty – I've just received input from BrownGreer as below.  An updated OTSC list will be circulated later today.  Your case should not be included on that list.  If for some reason it is, please let us know.

Per BrownGreer: We have reviewed this issue.  The firms registered these individuals with slightly different SSNs, so our system didn't trigger a duplicate or overlapping claimant review.  We have now reviewed over the overlapping files and deactivated the PID for 38778.  We also updated our case database to link both case numbers to the active file, 26738.  Finally, we updated our OTSC tracker to reflect that this plaintiff's enrollment documentation is sufficient to recommend removal of the cases from the OTSC hearing.  Excolo still needs to dismiss their case and make sure to preserve the active case while doing so.

Thanks,
Soo Seok



**Soo Seok Yang**
Associate
334.495.1121 direct

SooSeok.Yang@BeasleyAllen.com
BeasleyAllen.com
800.898.2034

Facebook | LinkedIn | Twitter | YouTube

CONFIDENTIALITY & PRIVILEGE NOTICE

---

**From:** Misty O'Neal <moneal@rpwb.com>
**Sent:** Friday, October 4, 2019 2:34 PM
**To:** Soo Seok Yang <SooSeok.Yang@BeasleyAllen.com>
**Cc:** Beth Middleton Burke <bburke@rpwb.com>; Aaron Dias <adias@rpwb.com>; Sonja Howe <showe@rpwb.com>
**Subject:** FW: IN RE: XARELTO MDL No. 2592; Alvey, et al. v. Janssen, et al.; Case No. 2:18-cv-06682
**Importance:** High

Soo Seok,

Thank you for forwarding my email below to BrownGreer.  Have you heard back from them yet?  I've also reached out to our firm's contacts at BrownGreer but have not yet received a response.  I'm desperately trying to get confirmation of our compliance in writing today so that I can submit it with a Motion for Miscellaneous Relief that I've prepared for filing in our case today.

I'm hoping the motion, along with proof of our compliance, will be sufficient for the court to excuse us from Monday's hearing.  Do you think that sounds reasonable?

Thanks again for your help!

Sincerely,

**Misty Black O'Neal, Esq.**
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
**Phone:** (843) 727-6500
**Direct:** (843) 727-6536
**Fax:** (843) 216-6509
**Email:** moneal@rpwb.com

---

**From:** Misty O'Neal
**Sent:** Friday, October 04, 2019 11:22 AM
**To:** 'bbarr@levinlaw.com' <bbarr@levinlaw.com>; 'Andy.Birchfield@BeasleyAllen.com' <Andy.Birchfield@BeasleyAllen.com>; 'Joseph.VanZandt@BeasleyAllen.com' <Joseph.VanZandt@BeasleyAllen.com>; 'SooSeok.Yang@BeasleyAllen.com' <SooSeok.Yang@BeasleyAllen.com>; 'susan.sharko@dbr.com' <susan.sharko@dbr.com>; 'steven.glickstein@arnoldporter.com' <steven.glickstein@arnoldporter.com>
**Cc:** Beth Middleton Burke <bburke@rpwb.com>; Aaron Dias <adias@rpwb.com>; Sonja Howe <showe@rpwb.com>; 'kaltman@excololaw.com' <kaltman@excololaw.com>
**Subject:** IN RE: XARELTO MDL No. 2592; Alvey, et al. v. Janssen, et al.; Case No. 2:18-cv-06682
**Importance:** High

Counsel,

It came to our attention late last night that one of our cases has been inadvertently included on Exhibit A to Judge Fallon's recent First Supplemental Order Regarding October 7, 2019, Show Cause Hearing (Document 16868), a copy of which is attached hereto. Our case appears on Line 702 of page 51 on Exhibit A (BG ID 38778). This is the first time this plaintiff's case has been flagged for noncompliance with CMO 12 or its subsequent iterations. As you can see, it did not appear in the original Exhibit A accompanying the 9/20/19 order (see Docket No. 16219-1 attached).

Furthermore, the Alvey case (BG ID 38778) is actually fully compliant with the requirements set forth by the Court. As the attached screen shot of Ms. Alvey's Fact Sheet from MDL Centrality shows, our firm enrolled Ms. Alvey's case (brought on behalf of her late husband's estate) into the Xarelto settlement program on 7/29/2019, and we received a Notice of Complete Enrollment Package on 9/5/2019. Moreover, we have also submitted Ms. Alvey's case for ECF consideration, along with payment of the $1,000 ECF application fee (see the attached letter to BrownGreer).

It appears that the confusion surrounding this case lies in the fact that there was a duplicate filing issue that was not identified by BrownGreer. After our firm filed Ms. Alvey's case in 2018, Keith Altman of Excolo Law (copied here) filed a duplicate action in 2019. Although our firm was never notified of the issue by BrownGreer, the duplicate filing came to our attention in August, and we contacted Mr. Altman of Excolo Law. As you can see from the attached email to Mr. Altman, my colleague, Aaron Dias, reached out to Mr. Altman to notify him of the issue, and it was agreed that Mr. Altman would dismiss his action, while our firm would protect his costs. Ms. Alvey was also in agreement with this arrangement. The attached dismissal template was also provided to Mr. Altman for him to file in an effort to expedite the process and prevent any confusion concerning this claimant. Unfortunately, it appears that the dismissal must have fallen off of Mr. Altman's radar because the action filed for Ms. Alvey by Excolo Law is still pending – as evidenced by the fact that it likewise appears on Exhibit A to Judge Fallon's recent Supplemental Order dated 10/2/2019, albeit on a separate line and identified by the later-filed case number (see Line 158 of page 13 (also assigned BG ID 38778)).

It seems that BrownGreer has conflated the two actions (Excolo is listed as "Plaintiff Counsel per BrownGreer" on our firm's case entry on Exhibit A, and both actions were given the same BG ID). I presume that Mr. Altman's later-filed case

for Ms. Alvey is, in fact, noncompliant because he indicated to our firm that he intended to dismiss the action.  However, the action styled <u>Cecilia Elizabeth Rodgers Alvey, Individually, and as Personal Representative for the Estate of William Francis Alvey, Deceased</u> (Case No. 2:18-cv-06682), which was filed by Richardson, Patrick, Westbrook & Brickman, LLC, has been fully compliant with enrolling in the settlement program and providing the required documentation well within the applicable deadlines.

Please advise as soon as possible as to the appropriate action needed to resolve this matter.  Obviously, we would like to avoid the inconvenience and expense of appearing in person Monday morning to explain the mix-up to Judge Fallon, particularly given the fact that the pending Rule to Show Cause clearly does not apply to the Alvey action filed by our firm.  Thank you for your attention to this matter.

Sincerely,

**Misty Black O'Neal, Esq.**
**Richardson, Patrick, Westbrook & Brickman, LLC**
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
**Phone:** (843) 727-6500
**Direct:** (843) 727-6536
**Fax:** (843) 216-6509
**Email:** moneal@rpwb.com