UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Ronald Wright<br>Civil Action No. 2:19-cv-06981 | ) <br> )MDL No. 2592 <br> ) <br> ) <br> ) <br> ) <br> )SECTION L <br> ) <br> ) <br> )JUDGE ELDON E. FALLON <br> ) <br> ) <br> )MAGISTRATE JUDGE NORTH <br> ) |

**ORDER ON PLAINTIFF'S RESPONSE SHOW CAUSE**

The court, having considered Plaintiff's Response to the Court's Order to Show Cause, and Defendant's Response, enters the following Orders:

Plaintiff's request for 30 day extension of time to comply with CMO 12A is Granted____ / Denied ____.

Plaintiff's request to be excused from personally appearing at the hearing on the Order to Show Cause is Granted____ / Denied ____.

Plaintiff's Counsel is excused ____ not excused _____ from personally appearing at the hearing on the Order to Show Cause.