UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Brian Dunn<br>Civil Action No. 2:19-cv-08479 | )<br>)MDL No. 2592<br>)<br>)<br>)<br>)<br>)SECTION L<br>)<br>)<br>)JUDGE ELDON E. FALLON<br>)<br>)<br>)MAGISTRATE JUDGE NORTH<br>) |

**ORDER ON PLAINTIFF'S RESPONSE SHOW CAUSE**

The court, having considered Plaintiff's Response to the Court's Order to Show Cause, and Defendant's Response, enters the following Orders:

Plaintiff's request for 30 day extension of time to comply with CMO 12A is Granted\_\_\_ / Denied \_\_\_\_.

Plaintiff's request to be excused from personally appearing at the hearing on the Order to Show Cause is Granted\_\_\_ / Denied \_\_\_\_.

Plaintiff's Counsel is excused \_\_\_\_ not excused \_\_\_\_\_ from personally appearing at the hearing on the Order to Show Cause.

_____
Judge Eldon E. Fallon