# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Mark Hough<br>Civil Action No. 2:19-cv-08957 | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) <br> ) <br> ) SECTION L <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff, **Mark Hough,** by and through his undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on September 10, 2019 and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. Counsel for Plaintiff has made multiple attempts to communicate with Plaintiff regarding his case but has been unable to re-establish communications with Plaintiff or obtain authorization from Plaintiff to take either action contemplated by CMO 12A (i.e. election to enroll in the settlement, execute a notice of intent to prosecute, or dismiss his claim).

3. Because Plaintiff's Counsel has been unable to maintain communication with Plaintiff, Plaintiff respectfully requests a 30 day extension of time in which to comply with the Court's Order.

4.      Alternatively, if the Court determines that Plaintiff's case be dismissed, Plaintiff respectfully requests that any dismissal be without prejudice to Plaintiff's right to refile.

5.      Since Plaintiff is not in communication with his attorney, it can't be confirmed that Plaintiff is aware of the Court's Order that Plaintiff personally appear. For these reasons, Plaintiff requests that she be excused from personally appearing at the show cause hearing scheduled for October 7, 2019.

6.      Because the undersigned counsel has been unable to establish communications with Plaintiff, he respectfully requests that he be excused from personally appearing at the show cause hearing scheduled for October 7, 2019.

Respectfully submitted this 4th day of October, 2019

**LEONARD B. GABBAY P.C.**

By:   /s/ Leonard B. Gabbay
Leonard B. Gabbay
State Bar No. 07562950
3001 South Lamar Blvd., Suite 220
Austin Texas 78704
Phone: (512) 472-0404
Fax. (512) 472-1180
team@lbglaw.com
***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Leonard B. Gabbay