UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Christopher Studebaker <br> Civil Action No. 2:19-cv-08831 | ) MDL No. 2592 ) ) ) ) SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) ) MAGISTRATE JUDGE NORTH ) |

**ORDER ON PLAINTIFF'S RESPONSE SHOW CAUSE**

The court, having considered Plaintiff's Response to the Court's Order to Show Cause, and Defendant's Response, enters the following Orders:

Plaintiff's request for 30 day extension of time to comply with CMO 12A is Granted____ / Denied ____.

Plaintiff's request to be excused from personally appearing at the hearing on the Order to Show Cause is Granted____ / Denied ____.

Plaintiff's Counsel is excused ____ not excused _____ from personally appearing at the hearing on the Order to Show Cause.

 

                                                                            _____
                                                                            Judge Eldon E. Fallon