**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)             MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                         SECTION L

                                         JUDGE ELDON E. FALLON

                                         MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Minus Thompson, Jr. v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-09325

<u>**ORDER**</u>

The Court is in receipt of the attached correspondence from the above-mentioned

Plaintiff. Plaintiff's individual counsel is instructed to review correspondence and take any

appropriate action. Pages 3-5 of the attachment shall be filed under seal.

Moreover, to the extent that Plaintiff is requesting to be excused from personal

attendance at the October 7, 2019 show cause hearing, that request is hereby **GRANTED**, with

the understanding that Plaintiff's counsel will be present at the hearing in-person.

New Orleans, Louisiana this 4th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:     Leonard Davis
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Email: ldavis@hhklawfirm.com

Gerald Edward Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Suite 2800
New Orleans, LA 70163
Email: gmeunier@gainsben.com

Minus Thompson Jr.
4412 Fellows Street
South Bend, IND 46614

Broadway Christian Parish
Attention: Minus Thompson Jr.
1412 Carroll Street
South Bend, IN 46613