USPS Priority Mail Express label

FROM: (handwritten, illegible)

TO: Judge Fallon
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

Postage: $25.50
Date Accepted: 10/01/19

Dear Judge Fallon:

I Minus Thompson Jr. is writing to this courtroom to inform you that my Attorney's Bernstein Liebhard LLP as you will see on Exhibit #A proof of notice for me to appear in your courtroom on Oct 7 2019. However, todays date is the 2, 2019 Oct, same day they sent me this information requiring to appear at such short notice.

Also, due to a change of address in my behalf I've moved or has been in the process of moving in the pass 3 weeks from Benton Harbor Michigan to South Bend Ind. Please view my other exhibits change of address. As I am homeless - those address I'm providing is how you can contact me - See Exhibit #C and B#... Requesting to excuss my absence due to being homeless.