UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> Lilijana Dukic; 2:16-cv-13209 § <br> William Rowley; 2:16-cv-12905 § <br> Gregory Slater; 2:16-cv-06747 § <br> Charles Stocker; 2:16-cv-12911 § | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHOSE CLAIMS LACK SUBJECT MATTER JURISDICTION**

COMES NOW, Plaintiffs identified on Exhibit A, by and through their undersigned Counsel of record, and respectfully submit this Response to the First Supplemental Order to Show Cause filed on October 2, 2019, and state as follows:

1. On October 2, 2019, this Court issued a First Supplemental Order Regarding October 7, 2019 Show Cause Hearing as to why certain actions, including the Plaintiffs identified on Exhibit A, should not be dismissed without prejudice for lack of subject matter jurisdiction.

2. Each of the Plaintiffs identified on Exhibit A has submitted an executed Release and Enrollment Election Form indicating his/her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal and will take action as necessary to resolve any jurisdictional issues. These Plaintiffs are eligible to participate under the terms of the Settlement Agreement. As such, these Plaintiffs request that the Order to Show Cause be withdrawn in their cases.

3.       WHEREFORE, all of the Plaintiffs identified on Exhibit A respectfully request, through Counsel, that the Order to Show Cause be withdrawn in their cases so that they may participate in the Xarelto Settlement Program.

Dated: October 4, 2019

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jennifer Nolte
Jennifer Nolte

# EXHIBIT A

| Plaintiff's Name | Civil Action Number |
|---|---|
| Lilijana Dukic | 2:16-cv-13209 |
| William Rowley | 2:16-cv-12905 |
| Gregory Slater | 2:16-cv-06747 |
| Charles Stocker | 2:16-cv-12911 |