UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL No. 2592 |
| | § | |
| THIS DOCUMENT RELATES TO: | § | SECTION L |
| | § | JUDGE ELDON E. FALLON |
| Mary Armstrong; 2:16-cv-06615 | § | |
| Calvin Clifford; 2:16-cv-07009 | § | MAGISTRATE JUDGE NORTH |
| Susan Davis; 2:16-cv-06427 | § | |
| Robert Gnade; 2:16-cv-02689 | § | |
| Betty Gore; 2:19-cv-03099 | § | |
| Ruth Greene; 2:16-cv-10045 | § | |
| Marvin Stewart; 2:16-cv-00506 | § | |
| David Wittan; 2:16-cv-13291 | § | |
| Sonja Arft; 2:15-cv-02928 | § | |
| Dario Guerra; 2:16-cv-03344 | § | |
| Walter Majeske; 2:19-cv-03141 | § | |
| Charles Plowman; 2:15-cv-03013 | § | |
| Oval Richa; 2:16-cv-12899 | § | |
| Milo Von Louda; 2:16-cv-12018 | § | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiffs identified on Exhibit A, by and through their undersigned Counsel of record, and respectfully submit this Response to the First Supplemental Order to Show Cause filed on October 2, 2019, and state as follows:

1. On October 2, 2019, this Court issued a First Supplemental Order Regarding October 7, 2019 Show Cause Hearing as to why certain actions, including the Plaintiffs identified on Exhibit A, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. Each of the Plaintiffs identified on Exhibit A has received a Notice of Incomplete Enrollment Package for which the responses are not yet due. The deadline to respond provided in each of the respective Notices is outlined on Exhibit A.

3. WHEREFORE, all of the Plaintiffs identified on Exhibit A are not ripe for dismissal because the deadline to respond to the Claims Administrator's deficiency notices have not passed, and accordingly Counsel for Plaintiffs respectfully requests that Plaintiffs' attendance at the Show Cause Hearing be excused and that these Plaintiffs' cases not be dismissed.

Dated: October 4, 2019

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jennifer Nolte
Jennifer Nolte

# EXHIBIT A

| Plaintiff's Name | Civil Action Number | Deadline to Respond to Notice of Incomplete Enrollment Package |
|---|---|---|
| Armstrong, Mary | 2:16-cv-06615 | October 8, 2019 |
| Clifford, Calvin | 2:16-cv-07009 | October 8, 2019 |
| Davis, Susan | 2:16-cv-06427 | October 16, 2019 |
| Gnade, Robert | 2:16-cv-02689 | October 8, 2019 |
| Gore, Betty | 2:19-cv-03099 | October 16, 2019 |
| Greene, Ruth | 2:16-cv-10045 | October 8, 2019 |
| Stewart, Marvin | 2:16-cv-00506 | October 8, 2019 |
| Wittan, David | 2:16-cv-13291 | October 16, 2019 |
| Arft, Sonja | 2:15-cv-02928 | October 8, 2019 |
| Guerra, Dario | 2:16-cv-03344 | October 8, 2019 |
| Majeske, Walter | 2:19-cv-03141 | October 8, 2019 |
| Plowman, Charles | 2:15-cv-03013 | October 8, 2019 |
| Rich, Oval | 2:16-cv-12899 | October 8, 2019 |
| Von Louda, Milo | 2:16-cv-12018 | October 16, 2019 |