UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL 2592 |
| PRODUCT LIABILTIY LITIGATION | ) SECTION L |
| | ) HONORABLE ELDON E. FALLON |
| **This Document Relates** | ) MAG. JUDGE NORTH |
| **TO: All Cases on Exhibit 1** | ) |

PLAINTIFFS' MOTION TO WITHDRAW
OBJECTIONS TO SHOW CAUSE ORDERS

Objecting Plaintiffs identified in Document 17117-1, through undersigned counsel, hereby move to withdraw their objections to the show cause orders, previously filed as Document 17117.

October 4, 2019

Respectfully submitted,
/s/ *S. Ann Saucer*
S. Ann Saucer
Louisiana Bar No. 21368
Texas Bar No. 00797885
asaucer@fnlawfirm.com
Charlotte A. Long
Texas Bar No. 24094692
charlotte@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

1

## CERTIFICATE OF SERVICE

I, S. Ann Saucer, hereby certify that on the 4th day of October 2019, I caused a copy of the foregoing Plaintiffs' Motion to Withdraw Objections to Show Cause Orders to be served via the Court's ECF system.

*/s/ S. Ann Saucer*
S. Ann Saucer