## UNITED STATED DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

***WILLIAM LEE WILLIS V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL***
**Civil Action No.: 2:16-cv-14757**

### RESPONSE TO FIRST SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC. 16218 REGARDING CMO 12A NON-COMPLIANCE [SUPPLEMENTAL PLAINTIFFS]

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the First Supplemental Order Regarding October 7, 2019 Show Cause Hearing Scheduled in Rec. Doc. 16218 Regarding CMO 12A Non-Compliance [Supplemental Plaintiffs] (Rec. Doc. 168675) entered by the Court on October 2, 2019.

I.

This Court has entered an Order to Show Cause for Plaintiffs who have not complied with CMO 12A requiring Plaintiffs to show cause why their cases should not be dismissed with prejudice for failing to comply with this Court's Order.

Case Management Order 12A required that for Plaintiffs who failed to submit a complete and fully executed Enrollment Election form by August 5, 2019, they must file and serve a completed Notice of Intent to Proceed through MDL Centrality on or before August 19, 2019.

The case at issue involves a Plaintiff who could not be located prior to the enrollment deadline and who was presumably deceased.  Because counsel was unable to locate Plaintiff or next of kin prior to the August 5, 2019 enrollment deadline, counsel requested and was granted an extension of time until September 4, 2019, in which to enroll this Plaintiff in the Xarelto Settlement Program.

The deadline to file an executed Notice of Intent to Proceed was August 19, 2019, prior to counsel confirming that Plaintiff was in fact deceased.  On August 30, 2019, counsel was able to locate Plaintiff's wife, Christina Willis, and was advised of his passing.  At that time, counsel was advised that Mrs. Willis would like to proceed with participation in the settlement program and a claim package was forwarded to her.  Unfortunately, Mrs. Willis is quite elderly and had difficulty in figuring out how to complete the enrollment forms, and as a result, was not able to return the fully executed enrollment forms by September 4, 2019.

## II.

On September 4, 2019, while Plaintiffs' counsel was actively enrolling additional Plaintiffs in the settlement program, counsel reached out to the Claims Administrator and the PSC for guidance about certain individuals for whom more time was needed to provide executed enrollment package documents, and counsel was informed that extensions would likely not be granted, but that we should submit an unsigned Enrollment Election Form signed by Plaintiff's counsel, and expect a deficiency notice from the Claims Administrator, which we would then be able to try and cure within the timeframe specified on the deficiency notice.  This process was undertaken with respect to several clients represented by the undersigned counsel, including this particular Plaintiff.  (See attached Exhibit "A")

Following this general guidance that it may be possible to timely submit an enrollment form executed by Plaintiff's counsel without a client signature, counsel uploaded an Enrollment Election form indicating Plaintiff's election to enroll in the Settlement Program for Plaintiff's case on September 4, 2019.

### III.

Counsel for Plaintiff would respectfully show the Court that on September 17, 2019, the Claims Administrator generated a deficiency notice in this matter, confirming the fact that Plaintiff had not signed the enrollment election form or submitted an executed Release (See attached Exhibit "B") and giving Plaintiff until October 8, 2019 to respond.  Plaintiff timely responded on September 24, 2019, and provided a fully completed Enrollment Election Form, executed Release, and Stipulation of Dismissal.   (See attached Exhibit "C"). The Release Addendum and Sworn Declaration were uploaded to MDL Centrality today, October 4, 2019. Therefore, Plaintiff contends that she is in compliance, has cured any deficiencies and is enrolled in the Settlement Program and that attendance is not required at the Court's show cause hearing on October 7, 2019.

Given the above and foregoing, Plaintiff respectfully requests that she be excused from attendance at the Show Cause hearing, that her case not be dismissed with prejudice and that her case be allowed to proceed in the Settlement Program.

### V.

Counsel would respectfully show that she was not aware that this Plaintiff was in violation of this Court's Order until she received the Court's Supplemental Order (Rec. No. 16875) on October 3, 2019, identifying supplemental Plaintiffs who are not in compliance.

Further, Plaintiffs' counsel would show the Court that she inadvertently overlooked the language in the Court's order that required "a complete and fully executed Enrollment Election Form" be submitted to MDL Centrality to fully comply with CMO12A.  Counsel believed that enrollment for this Plaintiff had been effectuated and that any enrollment deficiencies could be cured during the deficiency process.

Counsel did not realize until October 3, 2019 that, while the uploading of enrollment election forms signed only by counsel was sufficient for purposes of compliance with the enrollment deadline, that such action was not insufficient to comply with the Court's Orders, and such error was neither inadvertent nor intentional.

Finally, given the close proximity to the hearing date of October 7, 2019, and given that this claim is effectively enrolled in the Settlement Program, or enrolled with a deficiency, counsel respectfully moves for relief from the Court to excuse the attendance of this Plaintiff from the Show Cause hearing on October 7, 2019.

WHEREFORE, PREMISES CONSIDERED, Counsel for Plaintiff respectfully requests that the above matters be allowed to proceed through and participate in the Settlement Program and that this case be deemed enrolled in the Settlement Program and in compliance with the Court's Orders.  Further, Plaintiff requests that she be given the opportunity to cure any remaining enrollment package deficiencies consistent with the Claims Administrator's Notice of Incomplete Enrollment Package, that she be excused from appearing at the Show Cause Hearing on October 7, 2019 due to her advanced age and inability to travel, and the fact that her claim is enrolled in the Settlement Program.

Dated: October 4, 2019                          Respectfully submitted,

                                                /s/ Wendy C. Elsey
                                                DAVID P. MATTHEWS
                                                Texas Bar No.: 13206200
                                                WENDY C. ELSEY
                                                Texas Bar No.: 24053186
                                                Matthews & Associates
                                                2905 Sackett St.
                                                Houston, TX  77098
                                                713.222.8080
                                                713.535.7184 – facsimile
                                                dmatthews@dpmlawfirm.com
                                                welsey@dpmlawfirm.com

                                                ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE


I hereby certify that on October 4, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ Wendy C. Elsey
                                                Wendy C. Elsey