# Exhibit A

**Wendy Elsey**

**From:** Carprice Green <ccgreen@browngreer.com>
**Sent:** Monday, September 9, 2019 7:17 AM
**To:** Wendy Elsey
**Subject:** RE: LaJuana Watkins - PID #19937

Hi Wendy,

I'm following up on this request. We cannot grant this enrollment deadline extension. I can suggest the following:

- If you have been in contact with the Plaintiff and intend to enroll, you may submit an unsigned Enrollment Election Form with any additional supporting documentation you have. We will review the Enrollment Package submission and issue a Notice of Incomplete Enrollment Package that will provide 21 days to cure any deficiencies.

Thanks,
Carprice

**From:** Wendy Elsey <welsey@dpmlawfirm.com>
**Sent:** Wednesday, September 04, 2019 4:51 PM
**To:** Carprice Green <ccgreen@browngreer.com>
**Subject:** LaJuana Watkins - PID #19937
**Importance:** High

Caprice,

We just located this client last week and overnighted the settlement documents to her, which she received. Unfortunately, instead of faxing the documents to us, the client put them in the mail to us yesterday and did not retain a copy. Ms. Watkins is disabled and unable to drive. She also does not have any way to print any of the documents off if we email them to her. For these reasons, we are asking for an additional extension of time in which to receipt and submit the mailed enrollment documents that the client states she has mailed to us.

Thank you,

Wendy C. Elsey
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
welsey@dpmlawfirm.com

CONFIDENTIALITY NOTE: The information contained in this message is privileged and confidential and is intended only for the use of the addressee. The term 'privileged and confidential' includes, without limitation attorney-client privileged communications, attorney work product, trade secrets, and any other proprietary information. Nothing in this message is intended by the attorney or the client to constitute a waiver of the confidentiality of this message. If the reader of this message is not the intended recipient, or employee/agent of the intended recipient, you are hereby notified that any duplication, or distribution of this communication is unauthorized. If you have received this message in error, please notify us immediately by

1

e-mail reply or telephone at (713) 522-5250 so that we can arrange for the return of the original documents to us at no cost to you.