UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | | MDL 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| Stacey Anderson | Case No. 2:16-cv-13148 | JUDGE ELDON E. FALLON |
| Jimmie Baysden | Case No. 2:16-cv-13153 | |
| Clarence Bigley | Case No. 2:16-cv-13154 | MAGISTRATE JUDGE NORTH |
| Pearline Brantley | Case No. 2:16-cv-02015 | |
| Jim Brown | Case No. 2:15-cv-00917 | |
| Robert Burmah | Case No. 2:16-cv-13155 | |
| Frank Carballo | Case No. 2:16-cv-02710 | |
| Marvin Carmichael | Case No. 2:16-cv-04607 | |
| Vincent Cassell | Case No. 2:16-cv-04608 | |
| Maria Guzman | Case No. 2:16-cv-11906 | |
| Mervin Miles | Case No. 2:16-cv-11919 | |
| Betty Fowler | Case No. 2:16-cv-13180 | |
| William Gilley | Case No. 2:19-cv-08684 | |
| Margaret Hastings | Case No. 2:19-cv-08972 | |
| Ronald Jennings | Case No. 2:16-cv-13227 | |
| Elaine Lamothe | Case No. 2:19-cv-08715 | |
| Robert Lossow | Case No. 2:16-cv-13235 | |
| Jasper Nichols | Case No. 2:16-cv-04666 | |
| Emma Page | Case No. 2:16-cv-04670 | |
| Kerri Paradis | Case No. 2:19-cv-08741 | |
| Donna Phillips | Case No. 2:19-cv-08785 | |
| Josefina Rodriguez | Case No. 2:19-cv-09029 | |
| Robert Sabin | Case No. 2:16-cv-10599 | |
| Juan Santos | Case No. 2:16-cv-10694 | |
| Israel Serrano | Case No. 2:19-cv-08998 | |
| Marianna Smith | Case No. 2:17-cv-01809 | |
| David Smith | Case No. 2:19-cv-09039 | |
| Ann Marie Durr | Case No. 2:16-cv-14334 | |
| Charles Taylor | Case No. 2:16-cv-10698 | |
| Linda Thompson | Case No. 2:19-cv-08860 | |
| Deborah Ticey | Case No. 2:19-cv-09045 | |
| Michael Tillman | Case No. 2:16-cv-10704 | |
| Charles Utley | Case No. 2:19-cv-08901 | |
| Patrice Weidler | Case No. 2:16-cv-03453 | |
| Pamela Wheeler | Case No. 2:19-cv-08908 | |
| Mary Whisennand | Case No. 2:16-cv-10722 | |

| | | |
|---|---|---|
| Cary Billington | Case No. 2:19-cv-08520 | |
| Chester Burge | Case No. 2:16-cv-13155 | |
| Richard Dimery | Case No. 2:16-cv-13167 | |
| Spiros Dolos | Case No. 2:19-cv-08601 | |
| Billy Horton | Case No. 2:19-cv-08631 | |
| Curtis Nealey | Case No. 2:19-cv-08723 | |
| Judith Wirth | Case No. 2:18-cv-08353 | |

**PLAINTIFFS' RESPONSE TO FIRST SUPPLEMENTAL ORDER REGARDING ORDER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC 16868 and 16877 REGARDING CMO 12A NON-COMPLIANCE**

Now comes, Plaintiffs referenced above, and files their Response to the First Supplemental Order Regarding October 7, 2019 Show Cause Hearing Scheduled in Rec. Doc 16868 and 16877 Regarding CMO 12A Non-Compliance and respectfully shows the Court as follows:

The Plaintiffs listed on Exhibit A have submitted signed enrollment forms indicating their election to enroll in the Xarelto Settlement Program in compliance with the Court's Case Management Order CMO 12.

The Plaintiffs listed on Exhibit B have filed stipulations of dismissal with prejudice in compliance with the Court's Case Management Order CMO 12.

The Plaintiffs listed on Exhibit C have entered into stipulations of dismissal with prejudice in compliance with the Court's Case Management Order CMO 12, which stipulations are in the process of being filed with the Court.

Therefore, Counsel for Plaintiffs respectfully request that the above referenced cases be removed from the show cause hearing set for October 7, 2019. Further, since counsel has no unresolved cases listed on the Orders to Show Cause, they respectfully request to be excused from appearing at the hearing.

Dated: October 4, 2019              Respectfully submitted,
                                    **BARON & BUDD, P.C.**

                                    By: /s/Sindhu S. Daniel
                                    Sindhu S. Daniel
                                    3102 Oak Lawn Avenue, Suite 1100
                                    Dallas, TX 75219
                                    Telephone: (214) 521-3605
                                    sdaniel@baronbudd.com

                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4th, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.

                                    /s/ Sindhu S. Daniel
                                    Sindhu S. Daniel

-3-