# EXHIBIT A

| BG ID | Docket No. | OTSC Exhibit | LastName | FirstName | Case Status |
|---|---|---|---|---|---|
| 32250 | 2:19-cv-08520 | A (16868) | Billington | Cary | Enrollment election form uploaded to MDL Centrality |
| 14886 | 2:16-cv-13155 | A (16868) | Burge | Chester | Enrollment election form uploaded to MDL Centrality |
| 14959 | 2:16-cv-13167 | A (16868) | Dimery | Richard | Enrollment election form uploaded to MDL Centrality |
| 33196 | 2:19-cv-08601 | A (16868) | Dolos | Spiros | Enrollment election form uploaded to MDL Centrality |
| 32271 | 2:19-cv-08631 | A (16868) | Horton | Billy | Enrollment election form uploaded to MDL Centrality |
| 34426 | 2:19-cv-08723 | A (16868) | Nealey | Curtis | Enrollment election form uploaded to MDL Centrality |
| 27868 | 2:18-cv-08353 | A (16868) | Wirth | Judith | Enrollment election form uploaded to MDL Centrality |