# EXHIBIT B

| BG ID | Docket No. | OTSC Exhibit | LastName | FirstName | Case Status |
|---|---|---|---|---|---|
| 14916 | 2:16-cv-13153 | A (16868) | Baysden | Jimmie | Dismissed |
| 14899 | 2:16-cv-13154 | A (16868) | Bigley | Clarence | Dismissed |
| 9533 | 2:16-cv-02015 | A (16877) | Brantley | Pearline | Dismissed |
| 1761 | 2:15-cv-00917 | A (16868) | Brown | Jim | Dismissed |
| 9685 | 2:16-cv-02710 | A (16868) | Carballo | Frank | Dismissed |
| 13474 | 2:16-cv-04607 | A (16868) | Carmichael | Marvin | Dismissed |
| 16456 | 2:16-cv-11906 | A (16868) | Guzman | Maria | Dismissed |
| 15739 | 2:16-cv-11919 | A (16868) | Miles | Mervin | Dismissed |
| 14841 | 2:16-cv-13180 | A (16868) | Fowler | Betty | Dismissed |
| 32269 | 2:19-cv-08972 | A (16868) | Hastings | Margaret | Dismissed |
| 14938 | 2:16-cv-13227 | A (16868) | Jennings | Ronald | Dismissed |
| 32280 | 2:19-cv-08715 | A (16868) | Lamothe | Elaine | Dismissed |
| 14948 | 2:16-cv-13235 | A (16868) | Lossow | Robert (Bob) | Dismissed |
| 13528 | 2:16-cv-04666 | A (16868) | Nichols | Jasper | Dismissed |
| 32287 | 2:19-cv-08741 | A (16868) | Paradis | Kerri | Dismissed |
| 32290 | 2:19-cv-08785 | A (16868) | Phillips | Donna | Dismissed |
| 15008 | 2:16-cv-10694 | A (16868) | Santos | Juan | Dismissed |
| 32304 | 2:19-cv-09039 | A (16868) | Smith | David | Dismissed |
| 15000 | 2:16-cv-10698 | A (16868) | Taylor | Charles | Dismissed |
| 33524 | 2:19-cv-08860 | A (16868) | Thompson | Linda | Dismissed |
| 32309 | 2:19-cv-09045 | A (16868) | Ticey | Deborah | Dismissed |
| 15076 | 2:16-cv-10704 | A (16868) | Tillman | Michael | Dismissed |
| 32311 | 2:19-cv-08901 | A (16868) | Utley | Charles | Dismissed |
| 12194 | 2:16-cv-03453 | A (16868) | Weidler | Patrice | Dismissed |
| 32315 | 2:19-cv-08908 | A (16868) | Wheeler | Pamela | Dismissed |
| 15098 | 2:16-cv-10722 | A (16868) | Whisennand | Mary | Dismissed |