# EXHIBIT C

| BG ID | Docket No. | OTSC Exhibit | LastName | FirstName | Case Status |
|---|---|---|---|---|---|
| 14550 | 2:16-cv-13148 | A (16868) | Anderson | Stacey | Pending Dismissal |
| 14885 | 2:16-cv-13155 | A (16868) | Burmah | Robert | Pending Dismissal |
| 13476 | 2:16-cv-04608 | A (16868) | Cassell | Vincent | Pending Dismissal |
| 32266 | 2:19-cv-08684 | A (16868) | Gilley | William | Pending Dismissal |
| 13529 | 2:16-cv-04670 | A (16868) | Page | Emma | Pending Dismissal |
| 33522 | 2:19-cv-09029 | A (16868) | Rodriguez | Josefina | Pending dismissal |
| 14980 | 2:16-cv-10599 | A (16868) | Sabin | Robert | Pending Dismissal |
| 32302 | 2:19-cv-08998 | A (16868) | Serrano | Isreal | Pending Dismissal |
| 20354 | 2:17-cv-01809 | A (16868) | Smith | Marianna | Pending Dismissal |
| 16482 | 2:16-cv-14334 | A (16868) | Durr | Ann Marie | Pending Dismissal |