AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Earl Clements and Jackie Clements | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-04278 |
| Janssen Research & Development, LLC, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Earl Clements and Jackie Clements.

Date: 10/4/19

*Attorney's signature*

James M. Williams
*Printed name and bar number*

1 Galleria Blvd, Ste. 1100, Metairie, LA 70001
*Address*

jmw@chehardy.com
*E-mail address*

504-833-5600
*Telephone number*

*FAX number*