UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) SECTION L ) |
| ISRAEL ANGULO<br>Civil Action No. 2:19-cv-05338 | ) ) ) |
| IRENE DEJUANINI<br>Civil Action No. 2:19-cv-08864 | ) ) ) |
| CHARLES KAZENMAYER<br>Civil Action No. 2:19-cv-07365 | ) ) ) |
| MAXINE MORGAN<br>Civil Action No. 2:19-cv-06675 | ) JUDGE ELDON E. FALLON ) ) |
| BETTY PIERCE<br>Civil Action No. 2:19-cv-07644 | ) ) ) |
| GARY THOMAS<br>Civil Action No. 2:19-cv-08716 | ) ) MAGISTRATE JUDGE NORTH |

**SUPPLEMENTAL RESPONSE TO ORDERS TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CMO 12A AND PLAINTIFFS OVER WHOSE CLAIMS THE COURT LACKS SUBJECT MATTER JURISDICTION**

On October 2, 2019, this Court entered two Supplemental Orders regarding CMO 12A Non-Compliance, and two Supplemental Orders regarding Cases Lacking Subject Matter Jurisdiction. Plaintiffs represented by Trammell PC are listed in Exhibits A to two of the October 2 Supplemental Orders, Docket Numbers 16868 (CMO 12A Non-Compliance, listing Kelly Cook) and 16877 (Lack of Subject Matter Jurisdiction, listing Israel Angulo, Irene Dejuanini, Charles

Gutowski, Charles Kazenmayer, Maxine Morgan, Betty Pierce, and Gary Thomas, collectively the "Subject Matter Jurisdiction Plaintiffs").

On October 3, 2019, counsel with Trammell PC filed a Response to Orders to Show Cause Regarding Plaintiffs Who Have Failed to Comply with CMO 12A and Plaintiffs Over Whose Claims the Court Lacks Subject Matter Jurisdiction, Docket Number 17114. The issues identified in that filing regarding plaintiffs Kelly Cook and Charles Gutowski have been resolved pursuant to this Court's Second Supplemental Orders regarding, respectively, CMO 12A Non-Compliance—Docket Number 17174—and Cases Lacking Subject Matter Jurisdiction—Docket Number 17176. Both of these Second Supplemental Orders were entered today, October 4, 2019.

In Exhibit A to the Second Supplemental Order regarding Subject Matter Jurisdiction, six plaintiffs represented by Trammell PC are listed: (1) Israel Angulo; (2) Irene Dejuanini; (3) Charles Kazenmayer; (4) Maxine Morgan; (5) Betty Pierce; and (6) Gary Thomas. Trammell PC still has no basis to oppose dismissal of the following cases, without prejudice: (1) Israel Angulo, Civil Action No. 2:19-cv-05338; (2) Irene Dejuanini, Civil Action No. 2:19-cv-08864; (3) Charles Kazenmayer, Civil Action No. 2:19-cv-07365; (4) Betty Pierce, Civil Action No. 2:19-cv-07644; and (5) Gary Thomas, Civil Action No. 2:19-cv-08716.

However, as to Maxine Morgan, Civil Action No. 2:19-cv-06675, her required Xarelto Settlement Agreement documents were received by Trammell PC early this morning, October 4, 2019.[1] The Enrollment Election Form, Stipulation of Dismissal with Prejudice, and Release of All Claims were all uploaded to the MDL Centrality portal today, October 4, 2019. Therefore, Ms. Morgan has met all requirements of CMO 12A and is eligible to participate in the settlement pursuant to the Xarelto Settlement Agreement.

---

[1] *See* Maxine Morgan Stipulation of Dismissal, attached as Exhibit A; *see also* Maxine Morgan Enrollment Election Form, attached as Exhibit B; *see also* Maxine Morgan Release, attached as Exhibit C.

For these reasons, Plaintiff Maxine Morgan requests, through counsel, that the Order to Show Cause be withdrawn in her case to permit her participation in the Xarelto Settlement Program.

Dated: October 4, 2019

                                              Respectfully submitted,

                                              **TRAMMELL PC**

                                              BY:  */s/ Fletcher V. Trammell*  
                                              FLETCHER V. TRAMMELL  
                                              TX Bar No. 24042053  
                                              MICHAEL R. DARLING  
                                              TX Bar No. 24105778  
                                              TRAMMELL PC  
                                              3262 Westheimer, Suite 473  
                                              Houston, TX 77098  
                                              (800) 405-1740  
                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2019, the foregoing Response to Orders to Show Cause Regarding Plaintiffs Who Have Failed to Comply with CMO 12A and Plaintiffs Over Whose Claims the Court Lacks Subject Matter Jurisdiction was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                               /s/ Michael R. Darling
                                                                               Michael R. Darling