UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Margaret Beckstine, Individually and as Personal Representative of the Estate of Fay Beckstine  v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-16470**

### PLAINTIFF'S RESPONSE TO SECOND SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC 16218 REGARDING CMO 12A NON-COMPLIANCE

Plaintiff respectfully requests that the Court excuse Plaintiff's attendance at the October 7, 2019 show cause hearing given that Plaintiff's case was cured prior to the October 1, 2019 hearing. Pursuant to the Court's Case Management Order ("CMO") 12A, Plaintiff submitted her (1) signed enrollment form; (2) dismissal; (3) deceased Plaintiff addendum and accompanying documents; and (4) death certificate. *See* Ex. A. Undersigned uploaded these documents to Brown Greer in accordance with the Court's deadline on September 20, 2019, far in advance of the October 1, 2019 deadline. On October 4, 2019, Plaintiff's liaison counsel circulated an updated list of cases subject to dismissal. Plaintiff's case was listed even though she had timely complied with the requirements under the order. *Id*.

This is undersigned's only case on any of the Court's orders and is improperly placed on the list. In the interest of judicial expediency and efficiency, Plaintiff requests that she and her representative be excused from the show cause hearing on October 7th, 2019 at 8:30 a.m. Plaintiff complied with the

2 | P a g e

Court's order well in advance of the deadline and costs including travel and a hotel stay would result in an unnecessary and costly expenditure.

Date: October 4, 2019

                                        Respectfully submitted,

                                        BRUERA LAW FIRM, PLLC

                                        */s/ Sofia E. Bruera*

                                        SOFIA E. BRUERA
                                        State Bar No. 24062189
                                        3100 Timmons Ln, Suite 310
                                        Houston, Texas 77027
                                        Telephone: (832) 430-4000
                                        Facsimile: (832) 558-3523
                                        E-mail: sofia@brueralaw.com

                                        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2019, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

                                        */s/ Sofia E. Bruera*
                                        SOFIA E. BRUERA