UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Margaret Beckstine, Individually and as Personal Representative of the Estate of Fay Beckstine  v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-16470**

## ORDER

Considering Plaintiff's Response to Second Supplemental Order Regarding October 7, 2019 Show Cause Hearing,

IT IS HEREBY ORDERED that Plaintiff and her representative be excused from the October 7, 2019 Show Cause Hearing.

SIGNED this the _____ day of October,  2019.


ELDON E. FALLON
UNITED STATES DISTRICT JUDGE