## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **SHARON KAY DALE, Individually and as Personal Representative of the Estate of FLEMON EARNEST DALE,** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| Plaintiff, | |
| v. | |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,** | **CIVIL ACTION NO.: 2:16-cv-17635**<br><br>**PLAINTIFF'S RESPONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A** |
| Defendants. | |

COMES NOW, Plaintiff, by and through undersigned Counsel, and respectfully submits this response to the Order to Show Cause filed on September 20, 2019 and the First Supplemental Order to Show Cause filed on October 2, 2019 and states as follows:

1. On September 20, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2. This case was previously on a Motion to Show Cause Regarding Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Doc. 7562]. Prior to the hearing on September 20, 2017, the plaintiff agreed to file a Stipulation of Dismissal with Prejudice.

3. Although a Stipulation of Dismissal was drafted and circulated, it was inadvertently not filed.

3. On October 20, 2017, an Order indicating that plaintiff had agreed to file a stipulation of dismissal was entered (See Exh. A). The Order was docketed by the Clerk as "Order Dismissing Case" (See Exh. B) and the case was terminated.

4. A Stipulation of Dismissal with Prejudice has been filed in this matter simultaneously with this Response.

WHEREFORE, Plaintiff's counsel respectfully requests that her personal appearance at the Show Cause Hearing be excused and that the case remain closed as it has now properly been dismissed.

Dated: October 5, 2019                                      Respectfully submitted,

                                                            **MOTLEY RICE LLC**

                                                            By: /s/ Carmen S. Scott
                                                                Carmen S. Scott
                                                                28 Bridgeside Boulevard
                                                                Mt. Pleasant, SC 29464
                                                                Phone: 843-216-9000
                                                                cscott@motleyrice.com

                                                            Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on October 5, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carmen S. Scott