# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : : : | SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7562]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following plaintiffs agreed to file stipulations, or stipulations have already been filed, dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Burgess, Michelle | 2:16-cv-09938 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 2. | Burks, Cynthia | 2:16-cv-07503 | Slater, Slater Schulman, LLP |
| 3. | Dale, Flemon Earnest | 2:16-cv-17635 | Motley Rice LLC |
| 4. | Deel, Teresa | 2:16-cv-06974 | Slater, Slater Schulman, LLP |
| 5. | Fiore, Frederick | 2:16-cv-09203 | Childers, Schlueter & Smith, LLC |
| 6. | Good, Dorothy | 2:16-cv-07945 | Slater, Slater Schulman, LLP |
| 7. | Hodgman, Tamara | 2:15-cv-03849 | Childers, Schlueter & Smith, LLC |
| 8. | Jones, Mary (Duplicate Filer) | 2:16-cv-12970 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 9. | Lee, Robert N. | 2:17-cv-00283 | Slater, Slater Schulman, LLP |
| 10. | McCollum, Hollis | 2:16-cv-16607 | Fears Nachawati, PLLC |
| 11. | Mendekeh, Francis | 2:16-cv-09882 | Slater, Slater Schulman, LLP |
| 12. | Moore, Floretta K. | 2:16-cv-03531 | Slater, Slater Schulman, LLP |
| 13. | Robinson, Gloria (Duplicate Filer) | 2:16-cv-09315 | Slater, Slater Schulman, LLP |
| 14. | Rucker, Joshua | 2:16-cv-13001 | Fears Nachawati, PLLC |
| 15. | Stewart, Raymond | 2:16-cv-12995 | Fears Nachawati, PLLC |
| 16. | Stone, Alice | 2:16-cv-17758 | Wagstaff & Cartmell, LLP |
| 17. | Suver, Margaret | 2:16-cv-10222 | Slater, Slater Schulman, LLP |
| 18. | Tate, Glenn B. | 2:16-cv-10985 | Slater, Slater Schulman, LLP |
| 19. | White, Steven D. | 2:16-cv-03704 | Motley Rice LLC |

New Orleans, Louisiana, on this 20th day of October, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

2