# EXHIBIT B

CLOSED,CONSOL,XARELTO

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:16-cv-17635-EEF-MBN

Dale v. Janssen Research & Development LLC et al
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Michael North
Lead case: 2:14-md-02592-EEF-MBN
Member case: (View Member Case)
Cause: 28:1332 Diversity-Wrongful Death

Date Filed: 12/20/2016
Date Terminated: 11/15/2017
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Sharon Kay Dale**
*Individually and as Personal Representative of the Estate of Flemon Earnest Dale*

represented by **Carmen S. Scott**
Motley Rice, LLC (Mount Pleasant)
P. O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
843-216-9160
Email: cscott@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Janssen Research & Development LLC**
*formerly known as*
Johnson & Johnson Pharmaceutical Research and Development, LLC

**Defendant**

**Janssen Ortho LLC**

**Defendant**

**Janssen Pharmaceuticals Inc.**
*formerly known as*
Janssen Pharmaceutica Inc.
*formerly known as*
Ortho-McNeil-Janssen Pharmaceuticals, Inc.

**Defendant**

**Johnson & Johnson Company**

**Defendant**

Bayer Healthcare Pharmaceuticals Inc.

**Defendant**

Bayer Pharma AG

**Defendant**

Bayer Corporation

**Defendant**

Bayer Healthcare LLC

**Defendant**

Bayer HealthCare AG

**Defendant**

Bayer AG

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2016 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5866448) filed by Sharon Kay Dale. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons) Attorney Carmen S. Scott added to party Sharon Kay Dale (pty:pla).(Scott, Carmen) (Entered: 12/20/2016) |
| 12/21/2016 | 2 | Initial Case Assignment to Judge Eldon E. Fallon and Magistrate Judge Michael North. (jeg) (Entered: 12/21/2016) |
| 12/21/2016 | 3 | Summons Issued as to Bayer AG, Bayer Corporation, Bayer Healthcare AG, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Johnson & Johnson Company. (cc) (Entered: 12/21/2016) |
| 12/30/2016 | 4 | PRETRIAL ORDERS #1 - #30. Signed by Judge Eldon E. Fallon.(ADI) (Entered: 12/30/2016) |
| 11/15/2017 | 5 | ORDER DISMISSING CASE- originally filed as rec. doc. 7856 in master case 14-md-2592. Signed by Judge Eldon E. Fallon on 10/20/2017.(mmv) (Entered: 11/15/2017) |

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 10/05/2019 12:47:02 | | |
|---|---|---|---|
| **PACER Login:** | motleyrice:2607557:0 | **Client Code:** | 900510.000-4487 |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-17635-EEF-MBN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |