# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION    MDL NO. 2592

ROGER DALE JONES, Plaintiff,    SECTION: L
                                JUDGE FALLON
CIVIL ACTION NO.: 2:17-cv-2460  MAG. JUDGE NORTH

## NOTICE OF WITHDRAWAL OF MOTION

COMES NOW, Plaintiff, by and through undersigned Counsel, and hereby withdraws his Motion to be Excused From Personal Appearance from the October 7, 2019, Show Cause Hearing and Plaintiff's Case Not be Dismissed [Dkt. # 17170]. This Plaintiff is not subject to the Show Cause Order in question, and therefore the Motion is moot.

Dated: October 5, 2019                    Respectfully submitted,

                                          **MOTLEY RICE LLC**

                                          By: /s/ Carmen S. Scott
                                              Carmen S. Scott
                                              28 Bridgeside Boulevard
                                              Mt. Pleasant, SC 29464
                                              Phone: 843-216-9000
                                              cscott@motleyrice.com

                                          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certified that on October 5, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Carmen S. Scott