UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DOUGLAS E. BUNCE<br>Civil Action No. 2:17-cv-01163 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **LOWE LAW GROUP**<br><br>By: /s/ Zachary P. Lowe<br>Zachary Peter Lowe<br>Nathan Buttars<br>6028 Ridgeline Dr., Suite 200<br>Ogden, UT 84405<br>Phone: 385-298-0175<br>Fax: 801-656-0997<br>pete@lowelawgroup.com<br>nate@lowelawgroup.com<br><br>Attorney for Plaintiff<br>Dated: October 5, 2019 | **DRINKER BIDDLE & REATH LLP**<br><br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: October 5, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street |

    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc., and Bayer Pharma AG
    Dated:  October 5, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated:  October 5, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Nathan Buttars