UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Faryl Boyce, | |
| 2:18-cv-14273 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST TO BE EXCUSED FROM APPEARING AT CASE MANAGEMENT ORDER 12A SHOW CAUSE HEARING

COMES NOW, Plaintiff Faryl Boyce, by and through her undersigned Counsel of record, and respectfully submitted this response to the Order to Show Cause and states as follows:

1. On September 10, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to comply with CMO 12A.

2. On August 26, 2019, Plaintiff submitted an executed and complete Release of all claims, but accidentally omitted her signature on the enrollment election form.

3. Plaintiff's counsel received a Notice of Incomplete enrollment on September 17, 2019 with a deadline to respond on October 8, 2019.

4. On October 5, 2019, Plaintiff submitted an executed am Enrollment Election Form indicating her intent in enrolling in the Xarelto Settlement Program via the MDL Centrality portal.

5.       WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused, and that this Plaintiff's case not be dismissed.

Dated October 5, 2019.

**/s/ Charlotte A. Long**
**Charlotte A. Long**
Texas Bar No. 24094692
charlotte@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Attorney for Plaintiff