# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | |
| **BARBARA ADAMS** <br> Civil Action No. 2:16-cv-14865 | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| **MICKEY BURLESON** <br> Civil Action No. 2:18-cv-00157 | |
| **CHARLOTTE ELLING** <br> Civil Action No. 2:17-cv-00423 | |
| **HEIDI FARNSWORTH** <br> Civil Action No. 2:16-cv-16090 | |
| **JOHNNIE GATLING** <br> Civil Action No. 2:17-cv-11696 | |
| **DARRY JACKSON** <br> Civil Action No. 2:17-cv-08871 | |
| **LEONA JOHNSON** <br> Civil Action No. 2:16-cv-15699 | |
| **ESTELL REDDEN** <br> Civil Action No. 2:17-cv-07081 | |
| **ORLA STALLINGS** <br> Civil Action No. 2:18-cv-02612 | |
| **JULIA WISE** <br> Civil Action No. 2:16-cv-17443 | |
| **ANDREA CORRALES** <br> Civil Action No. 2:18-cv-13574 | |
| **MARYLYS CRAIN** <br> Civil Action No. 2:18-cv-01243 | |
| **EDITH FOURKILLER** <br> Civil Action No. 2:17-cv-00602 | |

| | |
|---|---|
| **ANTONIO GRANT**<br>Civil Action No. 2:17-cv-02225<br><br>**ROSELLA GREGG**<br>Civil Action No. 2:17-cv-09419<br><br>**CONSUELO SIMON**<br>Civil Action No. 2:16-cv-12481<br><br>**ELAINE WALKER**<br>Civil Action No. 2:17-cv-02433 | |

### RESPONSE TO SECOND SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING REGARDING CMO 12A NON-COMPLIANCE (SUPPLEMENTAL PLAINTIFFS)

COME NOW Counsel for Plaintiffs in the above matter, and file this Response to the Second Supplemental Order Regarding the October 7, 2019 Show Cause Hearing Scheduled in Rec. Doc. 16219 Regarding CMO 12A Non-Compliance [Originally Listed and Supplemental Plaintiffs] entered by the Court on October 2, 2019.

This Court has entered an Order to Show Cause for Plaintiffs who have not complied with CMO 12A requiring Plaintiffs to show cause why their cases should not be dismissed with prejudice for failing to comply with this Court's Order. Case Management Order 12A required that for Plaintiffs who failed to submit a complete and fully executed Enrollment Election form by August 5, 2019, they must file and serve a completed Notice of Intent to Proceed through MDL Centrality on or before August 19, 2019.

As a preliminary matter, Plaintiffs' Counsel Flint Law Firm, LLC and Lowe Law Group have 34 cases listed on Exhibit A of the Order entered on October 2, 2019. Of these 34 cases, a Stipulation of Dismissal with Prejudice has been filed in 17 of these cases. (*See* Exhibit A).

The remaining 17 cases at issue involve Plaintiffs who could not be located prior to the enrollment deadline and/or who were presumably deceased, but these Plaintiffs or their next of

kin have since been located and expressed a desire to participate in the settlement.  (*See* Exhibit B).  In summary, all 17 Plaintiffs or their next of kin wish to participate in the Xarelto settlement and none wish to continue litigating their cases.

Considering that Plaintiffs' Counsel was unable to locate Plaintiffs or next of kin prior to the August 5, 2019 enrollment deadline, Counsel requested extensions from the Claims Administrator in which to enroll these Plaintiffs in the Xarelto Settlement Program.  In addition, counsel reached out to the Claims Administrator regarding cases where more time was needed to provide executed enrollment package documents, and Counsel was informed that extensions would likely not be granted**, but that Plaintiffs' Counsel should submit an unsigned Enrollment Election Form as a "placeholder', and expect a deficiency notice from the Claims Administrator, which Plaintiff's Counsel would then address within the time specified on the deficiency notice**.  Plaintiffs' Counsel followed this process with respect to all 17 clients represented by Counsel listed on Exhibit B.

Counsel for Plaintiff would respectfully show the Court that Plaintiffs' Counsel have received and uploaded executed Enrollment Election Forms for nearly all of the 17 Plaintiffs listed on Exhibit B, and all Plaintiffs listed on Exhibit B wish to participate in the Xarelto Settlement program in spite of delays caused by extenuating circumstances.  In particular:

**Adams, Barbara, no. 2:16-cv-14865**:  original Plaintiff is now deceased; son returned enrollment documents on 9/23/19 and uploaded to BrownGreer.

**Burleson, Mickey, no. 2:18-cv-00157**:  Plaintiff suffers from memory issues, and believed he had returned the enrollment documents several times before; Plaintiff finally returned enrollment documents on 9/30/19 and uploaded to BrownGreer.

**Elling, Charlotte, no. 2:17-cv-00423**:  original Plaintiff is now deceased; daughter returned packet on 9/30/19 and uploaded to BrownGreer.

**Farnsworth, Heidi, no. 2:16-cv-16090**:  original Plaintiff is now deceased; daughter returned enrollment documents on 10/4/19.

**Gatling, Johnnie, no. 2:17-cv-11696**:   Plaintiff returned enrollment documents on 10/4/19, delay due to house fire and relocation.

**Jackson, Darry, no. 2:17-cv-08871**: original Plaintiff is now deceased; uncle returned enrollment documents on 9/30/19.

**Johnson, Leona, no. 2:16-cv-15699**:  original Plaintiff is now deceased; husband suffers from dementia and continued to misplace enrollment documents; son returned enrollment documents on 9/24/19 and uploaded to BrownGreer.

**Redden, Estell, no. 2:17-cv-07081**:   Plaintiff returned enrollment documents on 9/30/19, uploaded to BrownGreer.

**Stallings, Orla, no. 2:18-cv-02612**:   original Plaintiff is now deceased; son returned enrollment documents on 9/23/19, uploaded to BrownGreer.

**Wise, Julia, no. 2:16-cv-17443:**   Plaintiff returned enrollment documents on 8/30/19, uploaded to BrownGreer, delay caused by Plaintiff's relocation.

**Corrales, Andrea, no. 2:18-cv-13574**:  original Plaintiff is now deceased; daughter returned enrollment documents on 9/30/19 and uploaded to BrownGreer.

**Crain, Marylys, no. 2:18-cv-01243**:   Plaintiff returned enrollment documents on 9/23/19, uploaded to BrownGreer, delay caused by Plaintiff's relocation.

**Fourkiller, Edith, no. 2:17-cv-00602**:   original Plaintiff is now deceased; Plaintiff's counsel found daughter on 9/27/19 who said she will return enrollment documents.

**Grant, Antonio, no. 2:17-cv-02225**:   Plaintiff is incarcerated and mother is helping him return enrollment documents as of 10/2/19.

**Gregg, Rosella, no. 2:17-cv-09419**:   Plaintiff suffered a debilitating stroke and her daughter will help her return the enrollment documents as of 9/30/19.

**Simon, Consuelo, no. 2:16-cv-12481**:   Plaintiff relocated, investigator was finally able to find client on 9/30/19, who says he is returning enrollment documents.

**Walker, Elaine, no. 2:17-cv-02433**:   Plaintiff suffers from cognitive disability; sister, who is POA, returned enrollment documents on 9/24/19, uploaded to BrownGreer.

Further, Plaintiffs' Counsel would show the Court that Plaintiffs' Counsel misunderstood that the language in the Court's order that required "a complete and fully executed Enrollment Election Form" to be submitted to MDL Centrality to fully comply with CMO12A, did not apply where the Claims Administrator had allowed for a "placeholder" Enrollment Election Form to be

uploaded.  Counsel believed that enrollment for these Plaintiffs had been effectuated and that any enrollment deficiencies could be cured during the deficiency process.  Counsel did not realize that such action was not insufficient to comply with the Court's Orders, and such error was neither inadvertent nor intentional.

Pursuant to the Order entered on October 2, 2019, Plaintiffs' Counsel will be in attendance for the October 7, 2019 Show Cause Hearing, but respectfully ask that the Court excuse the attendance of Plaintiffs due to the short notice and the fact that all the Plaintiffs at issue wish to participate in the Xarelto Settlement program.

WHEREFORE, Plaintiffs respectfully request that their cases not be dismissed with prejudice and that their cases be allowed to proceed in the Settlement Program. Further, Plaintiffs respectfully request that they be given the opportunity to cure any remaining enrollment package deficiencies consistent with the Claims Administrator's Notice of Incomplete Enrollment Package.

DATED:  October 6, 2019

**FLINT LAW FIRM, LLC**

By: /s/Jacob A. Flint
Jacob A. Flint
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flitlaw.com

**LOWE LAW GROUP**

By: /s/Nathan Buttars
Nathan Buttars
6028 Ridgeline Dr., Suite 200
Ogden, UT 84405
Phone:  385-298-0175
Fax:  801-656-0997
nate@lowelawgroup.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Jacob A. Flint