**Exhibit A – Stipulations of Dismissal with Prejudice Filed**

**Flint Law Firm**
| | |
|---|---|
| 2:16-cv-14626 | Vodegel, Bobby |
| 2:17-cv-12491 | Fick, Ashley |
| 2:16-cv-15377 | Dorsen, Brad |
| 2:15-cv-03414 | Ostrander, Carolyn |
| 2:16-cv-00513 | Frank, Jo Ann |
| 2:16-cv-03372 | Dutton, Linda |
| 2:16-cv-14597 | Jones, Raymond |
| 2:17-cv-11090 | Brammeier, Robert |
| 2:17-cv-10688 | Duncanson, Robert |
| 2:16-cv-17929 | Griffin, Shirley A. |
| 2:16-cv-12109 | Peterson, Veronica |
| 2:14-cv-02939 | Danforth, Shirley A. |

**Lowe Law Group**
| | |
|---|---|
| 2:17-cv-01163 | Bunce, Douglas E. |
| 2:16-cv-01370 | Markham, Hildagard R |
| 2:16-cv-00173 | Stevens, Walter |
| 2:15-cv-03865 | Walters, Iris |
| 2:17-cv-05140 | Gomez, Gloria |