## Exhibit B – Participating in Settlement

**Flint Law Firm**

| | |
|---|---|
| 2:16-cv-14865 | Adams, Barbara |
| 2:18-cv-00157 | Burleson, Mickey |
| 2:17-cv-00423 | Elling, Charlotte |
| 2:16-cv-16090 | Farnsworth, Heidi |
| 2:17-cv-11696 | Gatling, Johnnie |
| 2:17-cv-08871 | Jackson, Darry |
| 2:16-cv-15699 | Johnson, Leona |
| 2:17-cv-07081 | Redden, Estell |
| 2:18-cv-02612 | Stallings, Orla |
| 2:16-cv-17443 | Wise, Julia |
| 2:18-cv-13574 | Corrales, Andrea |

**Lowe Law Group**

| | |
|---|---|
| 2:18-cv-01243 | Crain, Marylys J. |
| 2:17-cv-00602 | Fourkiller, Edith |
| 2:17-cv-02225 | Grant, Antonio A. |
| 2:17-cv-09419 | Gregg, Rosella |
| 2:16-cv-12481 | Simon, Consuelo |
| 2:17-cv-02433 | Walker, Elaine |