UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Emma Page<br>Civil Action No. 2:16-cv-04670 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**BARON & BUDD, P.C.**

By: /s/Sindhu S. Daniel_____

Sindhu S. Daniel
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
sdaniel@baronbudd.com

Attorney for Plaintiff
Dated: October 4, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko_____
  Susan M. Sharko
  600 Campus Dr.
  Florham Park, NJ 07932
  Telephone: (973) 549-7000
  susan.sharko@dbr.com

  Attorneys for Defendants Janssen
  Pharmaceuticals, Inc., Janssen Research &
  Development, LLC, Janssen Ortho LLC, and
  Johnson & Johnson
  Dated: October 4, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow_____
  Andrew K. Solow
  250 West 55th Street

New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated October 4, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
　　Kim E. Moore
　　400 Poydras St., Ste, 2700
　　New Orleans, LA 70130
　　Telephone: (504) 310-2100
　　kmoore@irwinllc.com

　　Liaison Counsel for Defendants
　　Dated: October 4, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 6th, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Sindhu S. Daniel