UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATOIN | ∞ ∞ ∞ ∞ | MDL NO. 2592 |
| THIS DOCUMENT REALTES TO: | ∞ ∞ ∞ | SECTION "L" JUDGE: ELDON E. FALLON |
| Earl Clements No: 2:15-cv-04278 | ∞ ∞ ∞ ∞ ∞ ∞ | MAG. JUDGE: MICHAEL NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFF'S WHO HAVE FAILED TO COMPLY
WITH CASE MANAGEMENT ORDER 12A**

NOW COMES, plaintiff, Earl Clements, by and through undersigned counsel who respectfully submits this response to the Order to Show Cause filed on September 20, 2019 and states as follows:

1.  On September 20, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.

2.  On August 5, 2019, undersigned counsel submitted reconsideration correspondence to allow plaintiff to participate in the enrollment process due to his prior ineligibility status.  *See* correspondence attached hereto as Exhibit 1.

3.  On August 9, 2019, undersigned counsel received notification that plaintiff was now eligible to participate in the settlement program after originally being denied.  *See* correspondence attached hereto as Exhibit 2.

4.  On September 4, 2019, undersigned counsel learned that plaintiff, Earl Clements, passed away on Saturday, August 31, 2019.  *See* email dated 9/4/19 attached hereto as Exhibit 3.

5.  Upon learning of plaintiff's passing, undersigned counsel contacted our Xarelto Settlement Program contact point and advised of the issue regarding the passing of our client.  Our contact point advised to submit the documentation we had expecting a deficiency notice and advising we would have 21 days to cure the deficiency from the issuance of the deficiency notice.  *See* email dated 9/4/19 attached hereto as Exhibit 4.

6.  On September 4, 2019, undersigned counsel on behalf of plaintiff, Earl Clements, submitted an Enrollment Election Form, not signed by plaintiff, due to his recent passing, but executed by undersigned counsel, to indicate our client's intent to enroll in the Xarelto Settlement Program via MDL Centrality.  *See* Enrollment Form attached hereto as Exhibit 5.  This was based upon advice received from our Xarelto Settlement Program point of contact.

7.  Additionally, on September 4, 2019, undersigned counsel submitted written correspondence requesting an extension due to plaintiff's untimely passing to submit the required documentation.  *See* correspondence dated 9/4/19 attached hereto as Exhibit 6.

8.  On September 25, 2019, undersigned counsel received the deficiency notice which advised that the corrected documentation would need to be submitted on or before October 15, 2019.  *See* email attached hereto as Exhibit 7.

9.  Undersigned counsel is currently working with plaintiff's heir, who resides out of state, to obtain the required signatures and documentation by the October 15, 2019 deadline.

WHEREFORE, undersigned counsel respectfully requests that plaintiff's heir's attendance at the Show Cause Hearing be excused, that Plaintiff's efforts to be enrolled in the Settlement Program be recognized, and that plaintiff's case not be dismissed. Undersigned counsel and/or a representative from his firm will personally appear at the Show Cause Hearing.

Respectfully submitted:

CHEHARDY, SHERMAN, WILLIAMS
MURRAY, RECILE, STAKELUM,
& HAYES, LLP

s/James M. Williams_____
James M. Williams, Esq. Bar No: 26141
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone:    (504) 833-5600
Facsimile:    (504) 833-8080

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____s/ James M. Williams_____
JAMES M. WILLIAMS