# POST-RECONSIDERATION NOTICE OF ELIGIBLE CLAIMANT

### DATE OF NOTICE: 8/9/2019

## I. XARELTO CLAIMANT INFORMATION

| **Claimant Name** | Last<br>CLEMENTS | | First<br>EARL | Middle<br>E |
|---|---|---|---|---|
| **Claimant ID** | 3899 | **Primary Counsel** | Chehardy Sherman | |

## II. EXPLANATION OF RECONSIDERATION DETERMINATION

This Notice is an official communication from the Claims Administrator for the Xarelto Settlement Program ("Program") and relates to the Claimant identified in Section I. We reviewed the Reconsideration request and supporting materials submitted in response to the Notice of Ineligible Claimant and determined that this Claimant now qualifies as an "Eligible Claimant" under Article 2 of the Xarelto Settlement Agreement and may participate in the Program.

This Claimant should: (1) submit an Enrollment Package on or before the August 5, 2019 deadline, and (2) ensure that all medical records and other proof establishing his/her Qualifying Injury are uploaded to the Xarelto portal on or before the September 4, 2019 claim submission deadline.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice, call or email your designated Firm Contact for assistance.