| | |
|---|---|
| **From:** | P. J. Stakelum, III |
| **To:** | James Williams; Danielle Bogan |
| **Cc:** | Julie Moran |
| **Subject:** | Earl Clements - Xarelto Lawsuit |
| **Date:** | Wednesday, September 04, 2019 12:02:57 PM |

James and Danielle:

I learned today that Earl Clements (a client in the Xarelto class action litigation) passed away on Saturday, August 31, 2019.  I will have more information after the funeral services next week.

Julie:

Please put this in Earl's file.

P. J. Stakelum III
Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP
1 Galleria Blvd., Suite 1100
Metairie, LA 70001
Direct line:  (504) 830-4155
Cell Phone: (985) 237-8460