| | |
|---|---|
| **From:** | Shekinah G. Waller |
| **To:** | Danielle Bogan |
| **Cc:** | sdaniel@baronbudd.com |
| **Subject:** | RE: PID 3899; Earl Clements |
| **Date:** | Wednesday, September 04, 2019 4:58:03 PM |

Danielle,

Since this is related to *enrolling* your case (the extended enrollment deadline is today), we recommend you go ahead to submit the enrollment form **today** with what you have now and expecting a deficiency notice. You'll have 21 days to cure the deficiency from the issuance of the deficiency notice.

If it is a case that has already been enrolled but you need more time for the claim submission, you may request an extension.

Thanks,

Shekinah

**From:** Danielle Bogan <dmb@chehardy.com>
**Sent:** Wednesday, September 04, 2019 4:38 PM
**To:** Shekinah G. Waller <swaller@browngreer.com>
**Cc:** sdaniel@baronbudd.com
**Subject:** PID 3899; Earl Clements

Good afternoon-

    I am writing because I learned today that Mr. Clements passed away over the weekend. As you know there are several pending deadlines. In light of Mr. Clements' recent death the documentation to be submitted has now changed. I am not in possession of all the documentation. Will we be allowed to substitute information? I can be reached via email or at 504-813-4540 to discuss further. Thank you for your assistance.

**Danielle M. Bogan**
Paralegal to James M. Williams

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM, & HAYES, LLP
P (504) 833-5600  |  F (504) 833-8080  |  One Galleria Boulevard, Suite 1100, Metairie, Louisiana 70001
dmb@chehardy.com  |  www.chehardy.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender, and permanently delete the original and any copies or

any printouts thereof. IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.