LAWRENCE E. CHEHARDY  1
DAVID R. SHERMAN  1 2 3 4
JAMES M. WILLIAMS
GEORGE B. RECILE  1
STEVEN E. HAYES  2 3
STEPHEN D. MARX
GEORGE A. MUELLER III 1
CONRAD MEYER 6 7 8
PRESTON L. HAYES
PATRICK K. RESO 2 3
RYAN P. MONSOUR 4
MATTHEW A. SHERMAN
CHARLES O. TAYLOR
INEMESIT U. O'BOYLE
JENNIFER A. LEE
FRANK J. DIVITTORIO
ELSBET C. SMITH
DANIEL E. BURAS, JR.
JESSE P. LAGARDE
SARAH J. L. CHRISTAKIS
ZACHARY R. SMITH
JOHN D. MIRANDA
J. GARRISON JORDAN
PATRICK R. FOLLETTE
JACOB D. YOUNG

MICHAEL H. ELLIS (1944 - 2012)
JULIAN R. MURRAY JR. (1938 - 2017)



**CSW**
**CHEHARDY**
**SHERMAN**
**WILLIAMS**

MURRAY, RECILE,
STAKELUM & HAYES, LLP

ONE GALLERIA BOULEVARD
SUITE 1100
METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 833-5600
TOLL FREE: (855) 833-5600
FAX: (504) 833-8080

MAILING ADDRESS: POST OFFICE BOX 931
METAIRIE, LOUISIANA 70004-0931
www.chehardy.com

ELLEN S. FANTACI 5
REBECCA J. BECK
BARRY W. SARTIN, JR.
ADAM M. STUMPF
ERIN B. RIGSBY
MEGHAN E. RUCKMAN
ADRIENNE L. ELLIS
ANYA M. JONES
MEREDITH E. CHEHARDY
NICHOLAS R. VARISCO

COUNSEL:
FRED L. HERMAN

OF COUNSEL:
P. J. STAKELUM III  1
CONRAD MEYER IV 3
PAULA PERRONE
CARL L. ASPELUND
JANE C. SCHEUERMANN 9
CLARK G. WARDEN, M. D

1 PROFESSIONAL LAW CORPORATION
2 BOARD CERTIFIED TAX ATTORNEY
CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
3 BOARD CERTIFIED ESTATE PLANNING &
ADMINISTRATION SPECIALIST
CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
4 LL.M. IN TAXATION
5 LL.M. IN HEALTH LAW
6 ALSO ADMITTED IN TEXAS
7 MASTER'S, HEALTHCARE ADMIN.
8 FELLOW, AMERICAN COLLEGE OF
HEALTHCARE EXECUTIVES (FACHE)
9 FAMILY LAW SPECIALIST
CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION

September 4, 2019

Claims Administrator
Xarelto Settlement Program

Re:     Earl E. Clements
        Claimant ID# 3899

Dear Sir or Madam:

    We recently enrolled our client claimant Earl E. Clements in the settlement program. I am writing to request an extension to submit some of the necessary claim documentation. We learned today that Mr. Clements passed on Saturday August 31, 2019, as such a short extension is necessary to gather the final paperwork and submit same.

    Should you wish to discuss this matter further, please do not hesitate to contact our office.

    With best regards, I remain

                                                   Sincerely,

                                                   James M. Williams

JMW/dmb