# XARELTO SETTLEMENT PROGRAM
## MDL 2592



## NOTICE OF INCOMPLETE ENROLLMENT PACKAGE
### DATE OF NOTICE: 9/25/2019
### DEADLINE TO RESPOND: 10/16/2019

### I. XARELTO CLAIMANT INFORMATION

| **Claimant Name** | Last<br>CLEMENTS | First<br>EARL | Middle<br>E |
|---|---|---|---|
| **Claimant ID** | 3899 | **Primary Counsel** | Chehardy Sherman |

### II. ENROLLMENT REVIEW

This Notice is an official communication from the Claims Administrator for the Xarelto Settlement Program and relates to the Claimant identified in Section I. After review of the documentation submitted, we have determined that this Claimant has not submitted a complete Enrollment Package pursuant to Section 4 of the Settlement Agreement ("MSA") for the reason(s) shown below. You must submit the missing documentation or cure the matters noted below by the deadline listed at the top of this Notice. Claimants who fail to provide a complete Enrollment Package by the deadline are not eligible to participate in the Settlement Program under Section 4.3 of the MSA, and may subject the Claimant's lawsuit to dismissal with prejudice under Section 5.4 of the MSA.

| | **MATTER NEEDING ATTENTION** | **HOW TO ADDRESS THIS MATTER** |
|---|---|---|
| 1. | Missing Enrollment Form Signature - Claimant or Representative Claimant | Submit a new Enrollment Form that contains the Claimant Name or Representative Claimant Name, if the Claimant is deceased or incompetent, in the "Claimant Signature" field. If you represent the Claimant or Representative Claimant and have authority to sign on his or her behalf, you may type his or her name in the signature field. |
| 2. | You did not submit a Release. | Submit a fully executed Release signed by the Claimant (or Representative Claimant), all Derivative Claimants, and Counsel. You can use the template Release available on the homepage of your Xarelto Portal. |
| 3. | You did not submit a Stipulation of Dismissal. | Submit a completed Stipulation of Dismissal. You can download the Stipulation of Dismissal template that applies to your case on the Enrollment tab of your Xarelto Portal. |

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice, call (888)-521-3767 or email your designated Firm Contact for assistance.