# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | JUDGE ELDON E. FALLON |
| MICHAEL MITCHELL Case No 2:19-cv-02776 | | MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiff's counsel, respectfully submits this response to the Second Supplemental Order to Show Cause [D.E. 17174] filed on October 4, 2019 and states as follows:

1. On October 6, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.
2. On September 5, 2019, Plaintiff's counsel was informed that Plaintiff, Michael Mitchell, had been in the hospital for the last eight months.
3. Plaintiff's counsel were contacted by a friend who had checked Mr. Mitchell's mail periodically while he was in the hospital and had received correspondence from Plaintiff's counsel regarding the Xarelto Settlement Program.
4. Mr. Mitchell's friend stated that he did intend to enroll in the Xarelto Settlement Program and needed new forms to fill out.
5. Plaintiff's counsel attempted to send new forms, but they were returned on September 17, 2019 with a note saying that Mr. Mitchell no longer lives at the address.
6. Plaintiff's counsel has been continuing attempts to contact Mr. Mitchell.

WHEREFORE, Plaintiff intends to enroll in the Xarelto Settlement Program but has been unable to due to illness, Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

RESPECTFULLY SUBMITTED THIS 6th day of October, 2019.

By: /s/ Neil D. Overholtz
Neil D. Overholtz
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 6th day of October 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Neil D. Overholtz*
Neil D. Overholtz