UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| | : | |
| MICHAEL WILLIS | : | MAGISTRATE JUDGE NORTH |
| Case 2:16-cv-12781 | : | |
| | : | |

**PLAINTIFF'S RESPONSE TO ORDR TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiffs' counsel, respectfully submits this response to the Second Supplemental Order to Show Cause [D.E. 17174] filed on October 4, 2019 and states as follows:

1. On October 4, 2019, this Court issued a Second Supplemental Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.
2. Plaintiff's counsel had been largely unable to reach Mr. Willis for the past 5 months despite previous successful contacts.
3. On September 9, 2019, Plaintiff's counsel learned that Mr. Willis had recently suffered multiple strokes and had been recovering.
4. Mr. Willis stated that he intended to enroll in the Xarelto Settlement Program and provided updated contact information.
5. On September 17, Mr. Willis stated that he had received new forms and would work to get them filled out and submitted as soon as possible.

WHEREFORE, Plaintiff intends to enroll in the Xarelto Settlement Program but has been unable to due to illness, Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

RESPECTFULLY SUBMITTED THIS 6th day of October, 2019.

By: /s/Neil D. Overholtz
Neil D. Overholtz
Florida Bar No.:  0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Neil D. Overholtz*
Neil D. Overholtz