UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| | : | |
| SUE NOONER | : | MAGISTRATE JUDGE NORTH |
| Case 2:19-cv-02722 | : | |
| | : | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, Plaintiffs' counsel, respectfully submits this response to the Order to Show Cause [D.E. 16868] filed on October 3, 2019 and states as follows:

1. On October 3, 2019, this Court issued an Order to Show Cause as to why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to comply with the Court's Case Management Order 12A.
2. Plaintiff had previously submitted enrollment documents which were deemed incomplete.
3. Plaintiff's counsel had been largely unable to reach Plaintiff to cure the deficiencies despite multiple and various attempts.
3. After continued attempts to reach Plaintiff, including attempts prior to and after the Court's October 3, 2019 Order to Show Cause, Plaintiff's counsel successfully reached Plaintiff.
4. Plaintiff stated that she intended to enroll in the Xarelto Settlement Program and agreed to comply with the terms of the Settlement Program.
5. On October 4, 2019, Plaintiff submitted her relevant settlement documents which were uploaded to the MDL Centrality portal, curing any deficiencies.

WHEREFORE, Plaintiff is now compliant with the Court's Case Management Order 12A, and Counsel for Plaintiff respectfully requests that Plaintiff's attendance at the Show Cause Hearing be excused and that this Plaintiff's case not be dismissed.

RESPECTFULLY SUBMITTED THIS 6th day of October, 2019.

By: /s/Neil D. Overholtz
Neil D. Overholtz
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Neil D. Overholtz*
Neil D. Overholtz