UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 |
| This Document Relates to: | SECTION L |
| *Perl Dobson*<br>Case No.: 2:16-cv-16801 | **JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |
| *Antonio Phelan Goins*<br>Case No.: 2:17-cv-00488 | |
| *James Smith*<br>Case No.: 2:16-cv-7218 | |
| *Donald Lanning*<br>Case No.: 2:14-cv-02995 | |
| *Robert Duncan*<br>Case No.: 2:16-cv-13953 | |
| *Nick Giardina*<br>Case No.: 2:17-cv-2014 | |
| *Patsy Hubbard*<br>Case No.: 2:16-cv-15968 | |
| *Donald A. Johnson*<br>Case No.: 2:16-cv-16690 | |
| *Yvonne D. Johnson*<br>Case No.: 2:16-cv-17866 | |
| *Biana Kaplun*<br>Case No.: 2:16-cv-1317 | |
| *William Leverett*<br>Case No.: 2:17-cv-3705 | |
| *Matthew Roberts*<br>Case No.: 2:16-cv-2487 | |
| *Jamie R. Spencer*<br>Case No.: 2:17-cv-00501 | |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of the above-referenced Plaintiffs in the above-captioned action.


Date: October 7, 2019                                    */s/ Tudor Farcas*
                                                         Tudor Farcas
                                                         Grant & Eisenhofer, P.A.
                                                         123 Justison Street
                                                         Wilmington, DE 19801
                                                         Phone: 302-622-7000
                                                         Fax: 302-622-7100
                                                         tfarcas@gelaw.com