UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| CECILIA ALVEY, ON BEHALF OF THE THE ESTATE OF WILLIAM ALVEY, DECEASED, | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| Plaintiff, | : | MAGISTRATE JUDGE NORTH |
| v. | : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | : | CIVIL ACTION NO.: 2:19-cv-08759 |
| | : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Cecilia Alvey on Behalf of the Estate of William Alvey, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:19-cv-08759 only.  This stipulation shall not affect the lawsuit filed by Cecilia Elizabeth Rodgers Alvey, Individually, and as Personal Representative of the Estate of William Francis Alvey, which is currently pending in MDL No. 2592 in the Eastern District of Louisiana, bearing case No. 2:18-cv-06682.  All parties shall bear their own costs.

| | |
|---|---|
| **EXCOLO LAW, PLLC**<br>By: /s/Keith L. Altman<br>Keith L. Altman, SBN 257309<br>26700 Lahser Road, Suite 401<br>Southfield, MI  48033<br>Telephone: 516-456-5885<br>kaltman@lawampmmt.com<br><br>Attorney for Plaintiff<br>Dated: October 7, 2019 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: October 7, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/ Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: October 7, 2019<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/ Kim E. Moore<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: October 7, 2019 |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 7, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/Keith L. Altman