# MIKE LOVE & ASSOCIATES LLC

Mike Love
Sam Johnson

Attorneys & Counselors At Law
202 East Lufkin Ave.
Lufkin, Texas 75901
www.TexasLawOffice.com

Telephone 936.632.2000
Facsimile 936.632.2005

October 7, 2019

United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

Dear Sir/Madam:

    I am writing to inform the Court that I am unable to attend the hearing scheduled for today. I have had a family emergency; my father passed away unexpectedly.

    Thank you in advance for your understanding in this matter.

Sincerely,

Mike Love

ML/sw