# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No: 2:16-cv-08705<br><br>**RESPONSE TO FIRST SUPPLEMENTAL ORDER REGARDING OCTOBER 7, 2019 SHOW CAUSE HEARING SCHEDULED IN REC. DOC. 16218 REGARDING CMO 12A NON-COMPLIANCE** |

**THIS DOCUMENT RELATES TO:**

*Curtis Sutton v. Janssen Research & Development LLC, et al; No. 2:16-cv-08705*

COMES NOW Counsel for Plaintiff in the above-captioned matter, and files this Response to the First Supplemental Order Regarding October 7, 2019 Show Cause Hearing Scheduled in Rec. Doc. 16218 Regarding CMO 12A Non-Compliance.

This Court has entered an Order to Show Cause for Plaintiffs who have not complied with CMO 12A requiring Plaintiffs to show cause why their cases should not be dismissed with prejudice for failing to comply with this Court's Order.

On October 7, 2019, counsel for Plaintiff filed a Stipulation of Dismissal. Therefore, since this matter is now dismissed, appearance at the Court's show cause hearing on October 7, 2019 is moot and counsel respectfully requests that he be excused from attendance and appearing on behalf of Plaintiff at the show cause hearing.

WHEREFORE, PREMISES CONSIDERED, Counsel for Plaintiff respectfully requests that the Court take notice of the Stipulation of Dismissal filed on October 7, 2019 and since this matter has now been dismissed, that counsel for Plaintiff be excused from appearing on behalf of Plaintiff at the Show Cause hearing on October 7, 2019.

Dated:  October 7, 2019.

Respectfully submitted,

By:  /s/ James A. Morris
JAMES A. MORRIS, JR.
4111 W. Alameda Ave., Ste. 611
Burbank, CA 91505
Telephone: (747) 283-1144
Facsimile: (747) 283-1143
jmorris@jamlawyers.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies on October 7, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         /s/ James A. Morris, Jr.