UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jeffrey May v. Janssen Research & Development LLC, et al; No. 2:15-cv-04344* | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No: 2:15-cv-04344 |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

COMES NOW, James A. Morris, Counsel for Jeffrey May and files this Motion Requesting to be Excused from the October 7, 2019, Order to Show Cause Hearing and in support of the same would show the Court as follows:

Jeffrey May has been extremely ill and unable to get to a notary. Counsel has made an extensive and good faith attempt to comply with the Court's orders. Counsel anticipates receiving the necessary documents on October 7, 2019. Counsel anticipates being able to cure the deficiency before the due date of October 8, 2019. Based upon these matters, Counsel James A. Morris, respectfully requests permission to be excused from the October 7, 2019 Order to Show Cause Hearing.

**MORRIS LAW FIRM**

By: /s/ James A. Morris
JAMES A. MORRIS, JR.
4111 W. Alameda Ave., Ste. 611
Burbank, CA 91505
Telephone: (747) 283-1144
Facsimile: (747) 283-1143
jmorris@jamlawyers.com
Attorney for Plaintiff

Dated: October 7, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on October 7, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James A. Morris, Jr.