UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*Thomas Adams v. Janssen Research & Development, LLC, et al.*
*2:16-cv-00867*

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Thomas Adams.

Dated: October 7, 2019               Respectfully submitted,

                                     __/s/ James A. Morris, Jr._____
                                     James A. Morris, Esq. (CSBN 296852)
                                     Morris Law Firm
                                     6310 San Vicente Blvd., Ste. 360
                                     Los Angeles, CA 90048
                                     Phone: (323) 302-9488
                                     Fax: (323)931-4990
                                     jmorris@jamlawyers.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the forgoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: October 7, 2019 __/s/ James A. Morris, Jr.____