```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:   XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

                                MDL No. 2592
                                Section "L"
                                Thursday, September 12, 2019
                                New Orleans, Louisiana

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************

                TRANSCRIPT OF SHOW CAUSE HEARING
          HEARD BEFORE THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL

                 GERALD E. MEUNIER
                 GAINSBURGH, BENJAMIN, DAVID,
                 MEUNIER & WARSHAUER
                 1100 POYDRAS STREET
                 SUITE 2800
                 NEW ORLEANS, LA 70163

                 LEONARD A. DAVIS
                 HERMAN, HERMAN & KATZ, LLC
                 820 O'KEEFE AVENUE
                 NEW ORLEANS, LA 70113

FOR THE PLAINTIFFS:

                 ANDY BIRCHFIELD, JR.
                 BEASLEY, ALLEN, CROW, METHVIN,
                 PORTIS & MILES, PC
                 2118 COMMERCE STREET
                 MONTGOMERY, AL 36103
```

```
FOR THE DEFENDANTS' LIAISON COUNSEL:

                    JOHN F. OLINDE
                    CHAFFE MCCALL, LLP
                    1100 POYDRAS STREET
                    SUITE 2300
                    NEW ORLEANS, LA 70163

FOR THE DEFENDANTS:

                    SUSAN SHARKO
                    DRINKER, BIDDLE & REATH, LLP
                    600 CAMPUS DRIVE
                    FLORHAM PARK, NJ 07932

                    JOHN F. OLINDE
                    CHAFFE MCCALL, LLP
                    1100 POYDRAS STREET
                    SUITE 2300
                    NEW ORLEANS, LA 70163

                    STEVEN JAY GLICKSTEIN
                    ANDREW K. SOLOW
                    ARNOLD & PORTER KAYE SCHOLER, LLP
                    250 WEST 55TH STREET
                    NEW YORK, NY 10019

                    CHANDA MILLER
                    DRINKER BIDDLE & REATH
                    1 LOGAN SQUARE
                    PHILADELPHIA, PA 19103


Official Court Reporter:     Nichelle N. Drake, RPR, CRR
                             500 Poydras Street, B-275
                             New Orleans, Louisiana 70130
                             (504) 589-7775

     Proceedings recorded by mechanical stenography,
transcript produced via computer.
```

|             |    |                                                                      |
|-------------|----|----------------------------------------------------------------------|
|             | 1  | **P R O C E E D I N G S**                                            |
| 09:34:33AM  | 2  | (Call to order of the court.)                                        |
| 09:34:33AM  | 3  | THE COURT: I have several motions, to dismiss the                    |
| 09:34:36AM  | 4  | motion to rule show cause, why the case should not be                |
| 09:34:39AM  | 5  | dismissed. I'll hear from the parties.                               |
| 09:34:41AM  | 6  | MS. MILLER: Thank you, Your Honor. This is Chandra                   |
| 09:34:44AM  | 7  | Miller. I'll be speaking on behalf of the defendants.                |
| 09:34:47AM  | 8  | MR. DAVIS: Good morning, Your Honor. Leonard Davis,                  |
| 09:34:50AM  | 9  | plaintiffs' co-liaison counsel. I'll attempt to assist               |
| 09:34:52AM  | 10 | plaintiffs.                                                          |
| 09:34:52AM  | 11 | MS. MILLER: Your Honor, we have three cases listed                   |
| 09:34:55AM  | 12 | for today's hearing. They were originally brought by a               |
| 09:34:58AM  | 13 | motion the defendants filed based on a failure to comply with        |
| 09:35:01AM  | 14 | the supplemental registration requirements in CMO 10. The            |
| 09:35:05AM  | 15 | defendants' motion was filed in August. The three cases that        |
| 09:35:08AM  | 16 | are set for today's hearing were originally heard during the         |
| 09:35:14AM  | 17 | August 28, 2019, Show Cause Hearing, and for the reasons             |
| 09:35:18AM  | 18 | discussed at that hearing were continued until today.                |
| 09:35:20AM  | 19 | And then pursuant to the order Your Honor issued on                  |
| 09:35:23AM  | 20 | September 6th, Record Document 15344, the plaintiffs were            |
| 09:35:28AM  | 21 | ordered to show cause today why the cases should not be              |
| 09:35:31AM  | 22 | dismissed for failure to comply with CMO 10's supplemental           |
| 09:35:36AM  | 23 | registration requirements.                                           |
| 09:35:37AM  | 24 | Since that time, Your Honor, the parties have been                   |
| 09:35:39AM  | 25 | working together and we're pleased to report that two of the         |

|           |    |                                                                      |
|-----------|----|----------------------------------------------------------------------|
| 09:35:44AM | 1  | three cases have addressed the issues that were raised by           |
| 09:35:47AM | 2  | defendants motion, and for those two cases, defendants are          |
| 09:35:49AM | 3  | going to withdraw the motion without prejudice.  For the            |
| 09:35:52AM | 4  | record, Your Honor, that is the *Regina Nora* case; Docket No.      |
| 09:35:58AM | 5  | 15-396, and the *Fredrick Tyrone Wright, et al.* case brought       |
| 09:36:06AM | 6  | on behalf of the Estate of Lucille Sterling, and the docket         |
| 09:36:11AM | 7  | number for that is 155494.                                          |
| 09:36:15AM | 8  | That leaves one case, Your Honor, for which the                     |
| 09:36:19AM | 9  | plaintiff has not complied with the supplemental registration       |
| 09:36:22AM | 10 | requirements of CMO 10 and defendants would ask that Your           |
| 09:36:27AM | 11 | Honor dismiss it with prejudice.  That is the *James Atchison*      |
| 09:36:31AM | 12 | case, Docket No. 16 12242.                                          |
| 09:36:37AM | 13 | Is anyone on the phone for Mr. Atchison?                            |
| 09:36:42AM | 14 | MR. DAVIS:  Your Honor, I understand that the                       |
| 09:36:45AM | 15 | Atchison claimant is represented by the SWMW Law, LLC, law          |
| 09:36:55AM | 16 | firm.  We have reached out to that counsel and we have              |
| 09:36:59AM | 17 | communicated with that counsel specifically.  We understand         |
| 09:37:04AM | 18 | that case counsel has made due diligent attempts to provide         |
| 09:37:08AM | 19 | the supplemental registration information.  At no fault of          |
| 09:37:12AM | 20 | their own, they've been unable to provide this information.         |
| 09:37:15AM | 21 | My appreciation is that -- I would like the case not                |
| 09:37:22AM | 22 | dismissed with prejudice, but they don't oppose the motion.         |
| 09:37:26AM | 23 | THE COURT:  Okay.  Through no fault of counsel, this                |
| 09:37:30AM | 24 | matter hasn't been resolved.  I'll dismiss it with prejudice.       |
| 09:37:38AM | 25 | MS. MILLER:  Thank you, Your Honor.                                 |

```
09:37:39AM   1          The parties will provide the proposed orders for the
09:37:42AM   2   Court.
09:37:42AM   3          THE COURT:  Okay.  Thank you very much.
             4                              * * * *
             5           (WHEREUPON, the proceedings were adjourned.)
             6                              * * * *
             7                       REPORTER'S CERTIFICATE
             8          I, Nichelle N. Drake, RPR, CRR, Official Court
                 Reporter, United States District Court, Eastern District of
             9   Louisiana, do hereby certify that the foregoing is a true and
                 correct transcript, to the best of my ability and
            10   understanding, from the record of the proceedings in the
                 above-entitled and numbered matter.
            11
            12                              /s/ Nichelle N. Drake
                                            Official Court Reporter
            13
```