```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:   XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

                                      MDL No. 2592
                                      Section "L"
                                      Thursday, September 12, 2019
                                      New Orleans, Louisiana

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************



                    TRANSCRIPT OF STATUS CONFERENCE
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL:

                  GERALD E. MEUNIER
                  GAINSBURGH, BENJAMIN, DAVID,
                  MEUNIER & WARSHAUER
                  1100 POYDRAS STREET
                  SUITE 2800
                  NEW ORLEANS, LA 70163

                  LEONARD A. DAVIS
                  HERMAN, HERMAN & KATZ, LLC
                  820 O'KEEFE AVENUE
                  NEW ORLEANS, LA 70113

FOR THE PLAINTIFFS:

                  ANDY BIRCHFIELD, JR.
                  BEASLEY, ALLEN, CROW, METHVIN,
                  PORTIS & MILES, PC
                  2118 COMMERCE STREET
                  MONTGOMERY, AL 36103.
```

FOR THE DEFENDANTS' LIAISON COUNSEL:

    *JOHN F. OLINDE*
    CHAFFE MCCALL, LLP
    1100 POYDRAS STREET
    SUITE 2300
    NEW ORLEANS, LA 70163

FOR THE DEFENDANTS:

    *SUSAN SHARKO*
    DRINKER, BIDDLE & REATH, LLP
    600 CAMPUS DRIVE
    FLORHAM PARK, NJ 07932

    *STEVEN JAY GLICKSTEIN*
    *ANDREW K. SOLOW*
    ARNOLD & PORTER KAYE SCHOLER, LLP
    250 WEST 55TH STREET
    NEW YORK, NY 10019

    *CHANDA MILLER*
    DRINKER BIDDLE & REATH
    1 LOGAN SQUARE
    PHILADELPHIA, PA 19103

Official Court Reporter:    *Nichelle N. Drake, RPR, CRR*
    500 Poydras Street, B-275
    New Orleans, Louisiana 70130
    (504) 589-7775

    Proceedings recorded by mechanical stenography, transcript produced via computer.

```
                     P R O C E E D I N G S
                    (Call to order of the court.)
09:01:22AM     THE COURT:  Good morning, ladies and gentlemen.
09:01:27AM     Call the case.
09:01:27AM     THE DEPUTY CLERK:  MDL No. 2952, In Re: Xarelto
09:01:30AM  Products Liability Litigation.
09:01:32AM     THE COURT:  Counsel, make the appearance for the
09:01:33AM  record.
09:01:34AM     MR. MEUNIER:  Jerry Meunier, co-liaison counsel for
09:01:37AM  plaintiffs.
09:01:41AM     MR. OLINDE:  Your Honor, John Olinde, liaison for the
09:01:55AM  Bayer defendants.  Kim Moore is not here today --
09:01:55AM     THE COURT:  Okay.
09:01:55AM     Dean, we're getting some feedback.
09:01:55AM     Okay.  Let's hear from you.
09:01:57AM     MR. MEUNIER:  Good morning, Jerry Meunier for
09:02:00AM  plaintiffs.
09:02:00AM     We have filed Joint Report No. 40, and I'll just
09:02:04AM  summarize some of the key provisions in it.  Of course,
09:02:09AM  Section 1 references the settlement that was entered on
09:02:12AM  May 6, 2019, and the parties continue to monitor and
09:02:16AM  facilitate the settlement process under that agreement.
09:02:19AM  Enrollment is made through the BrownGreer Centrality website
09:02:26AM  and the Master Settlement Agreement is reviewable in its
09:02:28AM  entirety on that website.
```

```
09:02:30AM   1              Since the last Joint Report, Judge, there's only been
09:02:31AM   2   one pretrial order entered.  That was Pretrial Order 32A
09:02:34AM   3   dealing with service of process, and counsel are encouraged
09:02:38AM   4   to review that.  It sets important deadlines both for those
09:02:42AM   5   in and not in settlement.
09:02:45AM   6              Section 3 of the report, Your Honor, organizes the
09:02:50AM   7   case management orders that you had entered into four
09:02:54AM   8   different categories.  CMOs 9 and 9A dealt with the stay of
09:02:59AM   9   the litigation proceedings for those enrolling in the
09:03:01AM  10   settlement.  And, importantly, 9A listed the orders, that
09:03:05AM  11   those who do not enroll in the settlement are subject to in
09:03:09AM  12   going forward with the litigation and that's Docket No.
09:03:15AM  13   14875, CMO 9A.
09:03:16AM  14              CMOs 10 and 10A deal with the registration of claims
09:03:20AM  15   information.  Importantly, that was for both the settlement
09:03:23AM  16   and for case management inventory accuracy purposes, and the
09:03:27AM  17   registration requirement applies to both those enrolling and
09:03:31AM  18   not enrolling in the settlement.  And the failure to timely
09:03:36AM  19   provide registration information is the basis for the
09:03:37AM  20   dismissal of the case with prejudice.
09:03:40AM  21              CMOs 11 and 11A deal with the obligations of those
09:03:44AM  22   plaintiffs not participating in the settlement, and I won't
09:03:48AM  23   go through all of the deadlines that apply to those
09:03:50AM  24   plaintiffs that are set forth in detail on Pages 3 through 5
09:03:57AM  25   of the Joint Report.  But certainly any counsel who are
```

```
09:04:00AM   1   monitoring today's proceedings need to pay close attention to
09:04:03AM   2   those important deadlines if they are going forward in
09:04:06AM   3   litigation and not enrolling in the settlement.
09:04:09AM   4           And the final category on page 6 of the report are
09:04:13AM   5   CMOs 12, 12A, and 12B.  CMO 12, Your Honor, which was docket
09:04:19AM   6   --- Record Docket No. 13608, set forth an Election Form and
09:04:25AM   7   Notice of Intent to Proceed.  The Notice of Intent to Proceed
09:04:29AM   8   is important.  It offers basically three options in the case.
09:04:33AM   9   The first is to enroll in settlement.  The second is to
09:04:37AM  10   decide not to participate, but to dismiss the case with
09:04:40AM  11   prejudice, and the third is to -- the decision not to
09:04:42AM  12   participate, but to proceed with litigation.  And it's
09:04:46AM  13   important that counsel and plaintiffs take seriously their
09:04:52AM  14   obligation to exercise the decision as to one of those three
09:04:55AM  15   options in the Notice of Intent to Proceed.
09:04:57AM  16           CMO 12A, which is Record Doc 14877, did make it clear
09:05:04AM  17   that even -- that the August 19 deadline for filing the
09:05:08AM  18   Notice of Intent to Proceed, which was set forth in CMO 12,
09:05:11AM  19   was not extended even though the enrollment deadline was
09:05:17AM  20   extended to September 4th.  So that August 19 deadline
09:05:21AM  21   remained in place for those to file a Notice of Intent to
09:05:23AM  22   Proceed and, again, the order makes clear that the failure to
09:05:27AM  23   execute that Notice of Intent to Proceed on a timely basis,
09:05:34AM  24   that is a valid grounds for dismissal of a case with
09:05:37AM  25   prejudice.
```

```
09:05:38AM   1              Under CMO 12B, Judge, you entered yesterday September
09:05:44AM   2   --
09:05:44AM   3              THE COURT:  10th.
09:05:45AM   4              MR. MEUNIER:  -- 10th an Order to Show Cause, which
09:05:48AM   5   is Record Doc 15416, which has an Exhibit A list of cases
09:05:55AM   6   attached to it, and these are cases which as far as we know
09:05:57AM   7   and understand have not either enrolled in the settlement or
09:06:02AM   8   filed a timely Notice of Intent to Proceed.  And those cases
09:06:06AM   9   then are made subject by your Order to Show Cause to a
09:06:10AM  10   hearing on September 25, 2019, to demonstrate why those cases
09:06:14AM  11   should not be dismissed with prejudice.
09:06:17AM  12              And so, again, it's important that counsel who are on
09:06:22AM  13   that list take all necessary steps to assure that the list is
09:06:25AM  14   accurate as to their cases, take any needed steps to correct
09:06:30AM  15   errors on the list, but certainly, to the extent the case is
09:06:33AM  16   validly put on that list, counsel need to be tentative to the
09:06:33AM  17   provisions of the CMO Order to Show Cause which makes it
09:06:41AM  18   necessary for counsel to appear in person.  It precludes
09:06:45AM  19   telephone participation by counsel and only in limited
09:06:50AM  20   circumstances, Judge, does it allow the plaintiff, himself or
09:06:52AM  21   herself, not to personally appear.
09:06:57AM  22              The balance of the Joint Report, Judge, we don't have
09:07:01AM  23   much new information to report on the various sections
09:07:04AM  24   starting with 4 on page 7.  I will mention that with respect
09:07:10AM  25   to the bellwether appeals in the Fifth Circuit as indicated
```

at page 10 of the report, the Fifth Circuit has placed all of those consolidated appeals into bands pending further information from the parties, and the parties are periodically making a joint report to the Fifth Circuit on the status of the settlement as that affects those cases.

Section 10 refers to state/federal coordination. I just think it bears mentioning that because the settlement does embrace obviously the state court proceedings, the needed orders and steps that are being taken in those proceedings as well to coordinate with Your Honor's oversight of the settlement.

And, finally, Judge, Section 12, again, references the Show Cause Hearing which is scheduled for September 25, 2019. And counsel are urged to look at the list of cases that are subject to the dismissal with prejudice under that order that you entered yesterday.

I believe that is all that I have, Judge. I don't know if counsel for defendants or Mr. Birchfield would like to add something.

MR. BIRCHFIELD: Yes, Your Honor. If I could, I just want to touch on the settlement program overall. As Mr. Meunier mentioned, the response has been overwhelming, overwhelmingly favorable. We have over 29,000 claimants that have responded with an Election Form. We are -- we're right at 99 percent of claimants choosing to participate in the

```
09:08:45AM   1   settlement program, so we're -- it's response to the
09:08:51AM   2   excellent settlement program as we see it.  So we're
09:08:56AM   3   encouraged by that response.
09:08:57AM   4            The CMO 12B that the Court entered has a list of
09:09:02AM   5   claimants that have not responded, and we know that there are
09:09:05AM   6   a number of -- a number of situations that would give rise to
09:09:09AM   7   claimants not responding.  A number of the claimants have
09:09:13AM   8   deceased and their next of kin are not interested in
09:09:18AM   9   pursuing.  There's a variety of reasons why, you know,
09:09:20AM  10   claimants would not respond, but it is essential, you know,
09:09:25AM  11   to the settlement program that we address -- we address these
09:09:30AM  12   claimants and also for the court's docket.
09:09:34AM  13            Since the Court entered CMO 12B in the -- in the
09:09:42AM  14   Order to Show Cause Hearing, the list of claimants that are
09:09:45AM  15   required to appear on September the 25th, we received -- we
09:09:48AM  16   have received, the defendants have received, BrownGreer has
09:09:51AM  17   been contacted by claimants saying that they believe they
09:09:55AM  18   have corrected the enrollment issue or they have responded in
09:10:01AM  19   letting us know that they have filed or will soon file a
09:10:06AM  20   stipulation of dismissal with prejudice to address -- to
09:10:10AM  21   address that issue and they're wanting to know whether or not
09:10:13AM  22   they can be excused from the Order to Show Cause Hearing on
09:10:21AM  23   September 25th.
09:10:22AM  24            And, Your Honor, if it pleases the Court, what we
09:10:26AM  25   would propose is that by the end of next week that the
```

09:10:29AM 1   parties, the plaintiffs and the defendants, submit to the
09:10:35AM 2   Court, we will submit to the Court, an updated list for those
09:10:37AM 3   that have been resolved for the Court to determine whether or
09:10:41AM 4   not they need to appear in court or not or whether they can
09:10:45AM 5   be excused.
09:10:46AM 6         So what we would encourage all the plaintiffs'
09:10:49AM 7   counsel for the claimants that are on the list, on the list
09:10:55AM 8   of the show cause, on the 25th, to contact their
09:11:01AM 9   representative at BrownGreer and let BrownGreer know if they
09:11:07AM 10  have filed a Stipulation of Dismissal or if they have taken
09:11:12AM 11  the necessary steps they believe to resolve the issue.  And
09:11:15AM 12  then once BrownGreer has that list, plaintiffs' counsel and
09:11:19AM 13  the defense lawyers will meet and we will see if we can agree
09:11:27AM 14  that a certain portion of these cases -- we recommend would
09:11:30AM 15  be excused.  And then we would submit that list to the Court
09:11:33AM 16  next -- by the end of next week if that pleases the Court.
09:11:39AM 17        THE COURT:  Yeah, that's fine.  If they're resolved,
09:11:40AM 18  then they can be excused, but if they're not resolved, then
09:11:46AM 19  I'm looking for them to come before the court.
09:11:50AM 20        MR. BIRCHFIELD:  One thing that we would -- we want
09:11:52AM 21  to make perfectly clear, you know, to all counsel is that --
09:11:56AM 22  that the plaintiffs' counsel, the executive committee
09:12:02AM 23  unilaterally or the defendants unilaterally nor BrownGreer
09:12:07AM 24  unilaterally can excuse attendance at the hearing.  That
09:12:11AM 25  would be to the Court.  But we would propose -- we'll submit

09:12:14AM  1  a list to you where we all -- where we agree that certain
09:12:17AM  2  cases have been resolved.
09:12:19AM  3       Your Honor, there will also be a supplemental list
09:12:23AM  4  that we will submit by the end of next week for new cases
09:12:28AM  5  that we believe should appear in show cause and that is a
09:12:35AM  6  result of a large number of enrollment forms being submitted
09:12:40AM  7  at the last hour to BrownGreer. And so there was a group of
09:12:45AM  8  cases that they were unable to review in time for us to
09:12:51AM  9  submit to the Court on September the 10th. So there will be
09:12:54AM  10 -- we anticipate a much smaller list, but there will be a
09:12:59AM  11 supplemental list that we would propose to submit by the end
09:13:02AM  12 of next week.
09:13:03AM  13      THE COURT: Okay.
09:13:03AM  14      MR. BIRCHFIELD: So, Your Honor, the schedule, the
09:13:06AM  15 enrollment deadline, the official enrollment deadline of
09:13:11AM  16 September the 4th, when it was extended from August 5th to
09:13:15AM  17 September the 4th, under the Master Settlement Agreement, the
09:13:17AM  18 enrollment deadline triggers a 60-day period for BrownGreer
09:13:22AM  19 to prepare a report to the parties, to the plaintiffs'
09:13:26AM  20 leadership and the defendants of the cases that have enrolled
09:13:30AM  21 in the program with all the demographics. They have 60 days
09:13:34AM  22 to prepare that report, and at the end of that 60-day period,
09:13:39AM  23 once that report is provided to the parties, the defendants
09:13:42AM  24 have 60 days to evaluate to see if the participation
09:13:48AM  25 thresholds have been met and whether or not to exercise their

```
09:13:52AM   1    walkaway rights.  So it's essential that we work diligently
09:14:00AM   2    to give BrownGreer time to adequately prepare this report and
09:14:04AM   3    for the defendants to exercise their evaluation for walkaway
09:14:08AM   4    rights.
09:14:08AM   5              THE COURT:  Okay.  Well, file what you need to file
09:14:11AM   6    with me when you get the new report, you know, the new list.
09:14:15AM   7              MR. BIRCHFIELD:  We will work to supply the Court
09:14:18AM   8    that new list, the supplemental list, and the revised list by
09:14:22AM   9    next Friday, September the 20th.
09:14:28AM  10              THE COURT:  Okay.
09:14:28AM  11              MR. BIRCHFIELD:  Jerry's telling me I misspoke.  So
09:14:35AM  12    Brown -- I'm sorry --
09:14:35AM  13              MR. MEUNIER:  Defendants have --
09:14:35AM  14              MR. BIRCHFIELD:  30 days to --
09:14:36AM  15              MR. MEUNIER:  -- 30 days --
09:14:36AM  16              MR. BIRCHFIELD:  -- exercise --
09:14:37AM  17              MR. MEUNIER:  -- for the BrownGreer report.
09:14:37AM  18              MR. BIRCHFIELD:  Yes.
09:14:40AM  19              MR. MEUNIER:  BrownGreer report within 60 days and
09:14:43AM  20    within 30 days the defendants can exercise their walkaway
09:14:43AM  21    right.
09:14:43AM  22              MR. BIRCHFIELD:  That's right.  I thought that was --
09:14:46AM  23    I misspoke.
09:14:46AM  24              THE COURT:  Okay.  Susan, you have anything?
09:14:49AM  25              MS. SHARKO:  Yes.  Thank you.
```

```
09:14:51AM   1          We're very pleased with the overwhelmingly positive
09:14:55AM   2   response to the settlement program and we look forward to
09:14:58AM   3   working with the plaintiffs through the next weeks to get to
09:15:02AM   4   the end, but I would add and remind the very small number of
09:15:08AM   5   people who have chosen to affirmatively litigate their cases,
09:15:12AM   6   starting at page 2 in the Joint Report, there's a summary of
09:15:16AM   7   upcoming deadlines as set forth in CMOs 11 and 11A.  And we
09:15:22AM   8   would urge this small number of people who intend to litigate
09:15:25AM   9   they say to pay attention to those deadlines because we will
09:15:30AM  10   seek to enforce those strictly.
09:15:32AM  11          THE COURT:  Okay.
09:15:34AM  12          MS. SHARKO:  And then, finally, Pennsylvania's next
09:15:38AM  13   Case Management Conference with Judge New is tomorrow, and I
09:15:42AM  14   think the main topic on the agenda will be discussing
09:15:47AM  15   implementation of an order to show cause process there,
09:15:50AM  16   similar to what Your Honor has.  And the next Case Management
09:15:53AM  17   Conference with Judge Freeman in San Francisco is
09:15:58AM  18   September 18th, and it will be the same topic on the agenda.
09:16:01AM  19          THE COURT:  Yeah.  Let's supply them with the orders
09:16:04AM  20   that we issued so they'll have access to those.
09:16:07AM  21          MS. SHARKO:  We will and we have.
09:16:09AM  22          THE COURT:  Okay.
09:16:10AM  23          MS. SHARKO:  Okay.  Thank you.
09:16:10AM  24          THE COURT:  Thank you, Susan.
09:16:11AM  25          Okay.  Anything, Steve?
```

```
09:16:13AM   1              MR. GLICKSTEIN:  No, nothing extra.
09:16:15AM   2              THE COURT:  All right.  The next status conference,
09:16:16AM   3   we're going to pass up October.  The next one is November
09:16:21AM   4   the 7th, November 7th, at 9:30.  I'll meet with liaison lead
09:16:29AM   5   counsel at 9:00, and we'll start the meeting at 9:30.
09:16:32AM   6              Okay.  We have rule to show cause in some of the
09:16:37AM   7   cases.  You want to take that up now?
09:16:40AM   8              THE DEPUTY CLERK:  Judge, we have to get a different
09:16:42AM   9   call-in, so we have to --
09:16:49AM  10              THE COURT:  All right.  We need a different call-in?
09:16:49AM  11              MR. DAVIS:  I don't believe there is.
09:16:51AM  12              THE COURT:  I think there are two of them resolved
09:16:53AM  13   and one of them still outstanding, but that looks like it
09:16:55AM  14   will be?
09:16:55AM  15              MS. MILLER:  That's correct, Your Honor, two cases
09:16:58AM  16   have addressed the issues and defendants are withdrawing the
09:17:01AM  17   motions to them.  And the third I think Mr. Davis will speak
09:17:04AM  18   on their behalf.
09:17:04AM  19              THE COURT:  Do we need anything --
09:17:06AM  20              THE DEPUTY CLERK:  It's scheduled for 9:30.  I don't
09:17:09AM  21   know if there's one person --
09:17:11AM  22              MR. DAVIS:  There might be one.
09:17:14AM  23              THE COURT:  We better do it?
09:17:17AM  24              THE DEPUTY CLERK:  Yeah.
09:17:18AM  25              THE COURT:  We'll adjourn here and come back at 9:30.
```

```
09:17:21AM   1         MS. MILLER:  Thank you, Your Honor.
09:20:59AM   2                        * * * *
             3         (WHEREUPON, the proceedings were adjourned.)
             4                        * * * *
             5                   REPORTER'S CERTIFICATE
             6         I, Nichelle N. Drake, RPR, CRR, Official Court
                 Reporter, United States District Court, Eastern District of
             7   Louisiana, do hereby certify that the foregoing is a true and
                 correct transcript, to the best of my ability and
             8   understanding, from the record of the proceedings in the
                 above-entitled and numbered matter.
             9
            10                          /s/ Nichelle N. Drake
                                        Official Court Reporter
```