UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No: 2:16-cv-00867<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS DOCUMENT RELATES TO:**

*Thomas Adams v. Janssen Research & Development LLC, et al; No. 2:16-cv-00867*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| **THE MORRIS LAW FIRM**<br>By: /s/ James A. Morris<br>JAMES A. MORRIS, JR.<br>4111 W. Alameda Ave, Ste. 611<br>Burbank, CA 91505<br>Telephone: (747) 283-1144<br>Facsimile: (747) 283-1143<br>jmorris@jamlawyers.com<br><br>Attorney for Plaintiff<br>Dated: October 8, 2019 | **DINKER BIDDLE & REATH, LLP**<br>By: /s/ Susan M. Sharko<br>SUSAN M. SHARKO<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com<br><br>Attorney for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: October 8, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-7740
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Avenue N.W.
Washington, DC 20001
Telephone: (202) 942-6915
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendant Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated:  October 8, 2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AC
Dated:  October 8, 2019


**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated:  October 8, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies on October 8, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ James A. Morris, Jr.