UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jonnetha Coffey v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13749

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff. Plaintiff's individual counsel is instructed to review correspondence and take any appropriate action.

New Orleans, Louisiana this 9th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:   Jonnetha Coffey
      6119 South York Town Avenue
      Apartment 2
      Tulsa, OK 74136