(A)   10-2-19

The lawyer lied through Laura C. + told my sister April that the case didn't even go to court and she could get $600.00 that it was a settlement or something other than an award + who ordered a settlement. Ms. Coffey didn't request that there be a settlement she wanted and wants her award all he was suppose to have was his 1/3, he wanted it all it seem. The Judge, Mr Laura C told Dee Dee gave her an award after pursuing her case. He or his office just took the award. It looks like purchased an annuity policy from someone putting keeping the money or award for themselves + paying on the annuity it appears this is what they're doing. Again it appears they are purchasing an annuity + purchased kept the award for themselves + plan on enjoying her award while paying on the annuity.

This case has gone on for years. You granted Me, Jonnetta Coffey and award. I believe that Springer has taken the award it appears for himself, purchased an annuity policy and wanted Me to accept that. I couldn't for one reason Laura C. told me the judge had picked my case and award. So it appeared somebody was lying. It appeared they were lying when they said it didn't go to court. When the same person that told me it didn't go to court or told April 15102816463 that it didn't go to court, had told her the judge picked her case and the award. Now which one is true. They went against your orders it appears. It appears that they have kept the award for themselves and purchased an annuity policy with a company it appears kept the award and trying to force Miss Coffey to sign obligating herself to the policy. Having to pay $1000.00 they said for an application and they listed only two time she could draw off the policy after paying $1000.00 each time for an application fee. Please your honor take care of this for me. My mom June Jordan 918 398 6059 age 81 + 5 months on 26 of Oct, and my sister is in Calif, April. They went against your award + did what they wanted, to putting the money in a settlement, keeping the money if its an annuity. Please take care of this for me, do what you have to do.

Jonnetha has not Bhired any lawyer but longer or has disrespected it appears the judges decisions — I don't know the truth is

Case: Court date Changed from Sept. 25 to Oct. 17, 2019

An the Honorable Judges Eldon E. Fallon and

the Honorable Judge North Magistrate
address: United States District Court
Eastern District of Louisiana
MDL No 2592 New Orleans, LA 70130

Case: CA# 16-CV-13749

CASE 2:14-md-02592-EEF-MBN
Document 16408 Filed 9-27-19
P 1 of 2

Lawyer that didn't give miss Coffey her Award Seeger + Goldblatt office worker Laura C.

the lawyer that called her Jeff Singer

address

phone

Jonnetha knows nothing about suing Janssen Research + Develope this is a lie who's doing this — even if it is too late to Seeger + Goldblatt by the case but they chose to top the award which has already been granted & put it in an Annuity policy with out my permission + I'll wanted my award which has already

I have no reason to sue when you picked my case & granted my award just give it to me.

been granted & that as far as I'm going. I'm not going to be in a law suit for years it's already been years. I got what was granted.

I Jonnetta Coffey on this 2 day of October swear lied to it appeared, which is the truth it went to court or it didn't, it did so it's not a lie.

The judge granted Jonnetta an award after judge Eldon Fallon chosen her case or Judge North - she doesn't feel the need to take this case any further

she was picked & the award granted the lawyer went against the judge and said things to him it never went to court not Jonnetta & refuse to give her the award but it appears put it into an annuity where he & his firm kept the money wanted to get Jonnetta the seg on this. Your honor I have no reason to sue anyone you picked & granted my award

C.I. (I)   Judge Eldon E. Fallon
           North, (Magistrate)
           Courtroom: C 468

To The Honorable Judge Eldon Fallon
and The Honorable Judge North, Magistrate

that I was told by atty. that through the person he had to call me on several occasion Laurie Conner that my case had been picked by the judge and the award. She never told me how much the award was.

When atty. Singer called me later after they had sent me papers concerning a settlement which I couldn't sign because there statements weren't the same. He said that it was the only one out of 30,000 that the judge picked and on his papers he said there was $275,000,000. I'm trying to show 72.5 million dollars available. I wasn't told by Singers spokes person how much the award was, but that the judge picked it + the award I was never told how much the award the judge allocated for me was.

I didn't order that the money or request it be placed in a settlement or an annuity policy and Singer on his own did that against or without ever

2

telling me how much my award was. How could I make that decision when he had only told me I had an award but not what it was.

I Jonnitha D. Coffey was never told what the award was and I didn't request something I didn't know what to be put in an settlement.

Your Honor, the Lawyer didn't give me what you awarded me. I feel you should force him to give me my award as you awarded it to me and this be closed out.

It took the case years to get where it did at the point where you gave me and the award.

Ms Laura C. told April my sister that the case didn't even go to court. She told me that the Judge picked my case and the award.

In a later conversation he said mine or my case was the only one picked out of 30,000 now what is the truth.

I Refused to sign for a settlement because I was told by Ms Laura C. that it was an award. I didn't want an insurance policy or settlement.

Please don't carry this any further but make a decision for me

(3)

against the lawyer. You don't have to put him in. You'll but he and Miss Laura saying things that weren't true to my sister. The case never went to court but was put in a settlement. Well if you gave me an award who ordered the settlement you didn't and I didn't. I just want my award. I'll be 56 this year and I've been disable since I was 23. Why would you request that I have to take this any further.

He told me that the only thing he wanted to know is why would I Jannetta D. Coffey turn down my award. I didn't. His office never disclosed what you awarded me but took up upon themselves to put it in a settlement without my knowledge or my permission. I just want my award.

The lawyers disobeyed you and didn't give me my award and Miss Laura said it didn't even go to office. Please lets end this. What ever you choose to do to Serger do it & give me my award and release me please to move on with my life.

(4)

The last time I talk to Ginger he told me you wanted me to come to court and tell him why you didn't want his award.

She was never told how much the award was for but took the award on his own without your permission or Miss Coffey's. Put that money in a settlement that she couldn't get. I pd. $1000.00 for an application and told April she could only get $600.00 and that she couldn't draw off the settlement or ins but he mention two different times before her death and if she died her family would get nothing. Help, this lawyer never told me what my award was, your the one that made it and knew. He disobeyed you + your the one that would have to make judgement against him. I wouldn't know because he's saying it never went to court, that right? There was the biggest lie ever. I wouldn't know what to take him to court for since you the person he disobeyed. Please you make this judgement for me + give me my award.

signature

