**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) )MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>INGRID GORDON, individually and on behalf of the estate of HANS GORDON<br>Civil Action No. 2:19-cv-08896 | SECTION L<br>)<br>)<br>)JUDGE ELDON E. FALLON<br>)<br>)<br>)MAGISTRATE JUDGE NORTH<br>) |

**ORDER**

Considering Plaintiff Ingrid Gordon, Individually and on Behalf of the Estate of Hans Gordon's Motion to Withdraw Rule 41 Stipulation of Dismissal with Prejudice;

**IT IS HEREBY ORDERED** that the following document is withdrawn from this Court's docket:

Dkt. No. 15995, Stipulation of Dismissal with Prejudice, filed on September 19, 2019, Ingrid Gordon, Individually and on Behalf of the Estate of Hans Gordon, Cause No. 2:19-cv-08896

_____
Hon. Eldon E. Fallon
United States District Court Judge