UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: DON MCCULLAGH Civil Action No. 2:19-cv-07531 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

**PLAINTIFF DON MCCULLAGH'S MOTION TO WITHDRAW RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Don McCullagh ("Mr. McCullagh") files this Motion to Withdraw Rule 41 Stipulation of Dismissal with Prejudice (the "Motion"), and respectfully shows as follows:

On September 19, 2019, an agreed Rule 41 Stipulation of Dismissal with Prejudice regarding Mr. McCullagh's case was filed. *See* Xarelto MDL, Cause No. 2:14-md-05292-EEF-MBN, Dkt. No. 16018. In an effort to address allegedly deficient cases in a timely fashion and in compliance with the tight Xarelto Settlement Program deadlines, this stipulation was filed inadvertently and without Mr. McCullagh's knowledge.

Due to the erroneous filing of Don McCullagh's Rule 41 Stipulation of Dismissal, Xarelto MDL, Cause No. 2:14-md-05292-EEF-MBN, Dkt. No. 16018, Mr. McCullagh respectfully requests, through counsel, that this Court withdraw this document from its docket.

1

WHEREFORE, Mr. McCullagh respectfully requests, through counsel, that this Court enter an Order withdrawing from its docket the Rule 41 Stipulation of Dismissal with Prejudice filed for his case, Xarelto MDL, Cause No. 2:14-md-05292-EEF-MBN, Dkt. No. 16018.

Dated: October 9, 2019

Respectfully submitted,

**TRAMMELL PC**

BY: _/s/ Fletcher V. Trammell_
FLETCHER V. TRAMMELL
TX Bar No. 24042053
MICHAEL R. DARLING
TX Bar No. 24105778
TRAMMELL PC
3262 Westheimer, Suite 473
Houston, TX 77098
(800) 405-1740
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2019, the foregoing Plaintiff Don McCullagh's Motion to Withdraw Rule 41 Stipulation of Dismissal with Prejudice was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Michael R. Darling
      Michael R. Darling