# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) )MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: DON MCCULLAGH Civil Action No. 2:19-cv-07531 | **SECTION L** ) ) )**JUDGE ELDON E. FALLON** ) ) )**MAGISTRATE JUDGE NORTH** ) |

## ORDER

Considering Plaintiff Don McCullagh's Motion to Withdraw Rule 41 Stipulation of Dismissal with Prejudice;

**IT IS HEREBY ORDERED** that the following document is withdrawn from this Court's docket:

Dkt. No. 16018, Stipulation of Dismissal with Prejudice, filed on September 19, 2019, Don McCullagh, Cause No. 2:19-cv-07531

_____
Hon. Eldon E. Fallon
United States District Court Judge