UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

| | |
|---|---|
| **Ballard, Joseph**<br>Civil Action No 2:19-cv-00116 | |
| **Coffield, Janice**<br>Civil Action No. 2:19-cv-08505 | **Spence, Terry**<br>Civil Action No 2:19-cv-08148 |
| **Eanni, Richard**<br>Civil Action No. 2:19-cv-08197 | **Wagner, Jacob**<br>Civil Action No 2:19-cv-08422 |
| **Featherstone, Sean**<br>Civil Action No. 2:19-cv-08107 | **White, Darrell**<br>Civil Action No 2:19-cv-08125 |
| **Jones, Andrea**<br>Civil Action No 2:19-cv-08597 | **Wilson, Dwana**<br>Civil Action No 2:19-cv-07976 |
| **Jordan, Anita**<br>Civil Action No 2:19-cv-08132 | **Baugh, Roberta**<br>Civil Action No. 2:19-cv-03688 |
| **Keller, Fred**<br>Civil Action No 2:19-cv-08312 | **Yarbrough, Daniel**<br>Civil Action No. 2:19-cv-05281 |
| **Molton, James**<br>Civil Action No 2:19-cv-08450 | **Anderson, Samantha**<br>Civil Action No. 2:19-cv-03728 |
| **Pollard, Lois**<br>Civil Action No 2:19-cv-08162 | **Brown, Joyce**<br>Civil Action No. 2:19-cv-04464 |
| **Reed, Melissa**<br>Civil Action No 21.9-cv-08309 | **Neal, Mark**<br>Civil Action No. 2:19-cv-05269 |
| **Richardson, Acquanetta**<br>Civil Action No 2:19-cv-08434 | **Wetmore, William**<br>Civil Action No. 2:19-cv-03414 |
| **Smith, Yolanda**<br>Civil Action No 2:19-cv-08187 | **Williams, Patricia**<br>Civil Action No. 2:19-cv-03431 |

## DECLARATION OF CHANDA A. MILLER

I, Chanda A. Miller, declare until penalty of perjury that the following is true and correct:

1. I am over eighteen years of age and am competent to testify with respect to the matters set forth herein, all of which are based on personal knowledge.

2. I am admitted to practice law in the Commonwealth of Pennsylvania and State of New Jersey and am a partner at the law firm of Drinker Biddle & Reath LLP, which is counsel to the Janssen Defendants in this litigation.

3. This declaration is submitted on behalf of all Defendants in opposition to the Motions filed and docketed at Rec. Doc. Nos. 17175 and 17338 for the purpose of providing certain statistical information regarding the Order to Show Cause Process instituted by the Court pursuant to Case Management Order ("CMO") 12B in order to enforce CMO 12A, and regarding the Show Cause Hearing held on October 7, 2019.

4. The Motion docketed at Rec. Doc. No. 17175 was filed on behalf of seven plaintiffs represented by the Law Offices of Seaton & Bates, PLLC ("the Seaton firm"). Two of these plaintiffs (Roberta Baugh and Daniel Yarbrough), along with 41 other clients of the firm who were not party to the Motion, complied with CMO 12A prior to the October 7, 2019 Show Cause Hearing by submitting a signed Notice of Intent to Proceed. The remaining five Seaton firm plaintiffs had not complied with CMO 12A, and the plaintiffs and their counsel were ordered to attend the October 7, 2019 Show Cause Hearing to demonstrate compliance with CMO 12A or otherwise show good cause why their actions should not be dismissed with prejudice. Rec. Doc. No. 15416; Rec. Doc. No. 16868; Rec. Doc. No. 17174. Neither the five plaintiffs at issue nor their lawyers attended the hearing as ordered.

5. The motion docketed at Rec. Doc. No. 17338 was filed on behalf of 16 plaintiffs represented by the Law Offices of Sobo & Sobo, LLP ("the Sobo firm"). These plaintiffs had not complied with CMO 12A, and the plaintiffs and their counsel were ordered to attend the October 7, 2019 Show Cause Hearing to demonstrate compliance with CMO 12A or otherwise show good cause why their actions should not be dismissed with prejudice. Rec. Doc. No. 15416; Rec. Doc. No. 16868; Rec. Doc. No. 17174. Neither the sixteen plaintiffs at issue nor their lawyers attended the hearing as ordered. However, 19 other plaintiffs represented by the Sobo firm did comply with CMO 12A by submitting a signed Notice of Intent to Proceed.

Executed on October 10, 2019.

_Chanda A. Miller_
Chanda A. Miller