UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　SECTION L

THIS DOCUMENT RELATES TO:　　　　　　　JUDGE ELDON E. FALLON

　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE NORTH

**Ballard, Joseph**
Civil Action No 2:19-cv-00116

**Coffield, Janice**　　　　　　　　　　　　　**Spence, Terry**
Civil Action No. 2:19-cv-08505　　　　　　Civil Action No 2:19-cv-08148

**Eanni, Richard**　　　　　　　　　　　　　**Wagner, Jacob**
Civil Action No. 2:19-cv-08197　　　　　　Civil Action No 2:19-cv-08422

**Featherstone, Sean**　　　　　　　　　　　**White, Darrell**
Civil Action No. 2:19-cv-08107　　　　　　Civil Action No 2:19-cv-08125

**Jones, Andrea**　　　　　　　　　　　　　　**Wilson, Dwana**
Civil Action No 2:19-cv-08597　　　　　　　Civil Action No 2:19-cv-07976

**Jordan, Anita**　　　　　　　　　　　　　　**Baugh, Roberta**
Civil Action No 2:19-cv-08132　　　　　　　Civil Action No. 2:19-cv-03688

**Keller, Fred**　　　　　　　　　　　　　　**Yarbrough, Daniel**
Civil Action No 2:19-cv-08312　　　　　　　Civil Action No. 2:19-cv-05281

**Molton, James**　　　　　　　　　　　　　**Anderson, Samantha**
Civil Action No 2:19-cv-08450　　　　　　　Civil Action No. 2:19-cv-03728

**Pollard, Lois**　　　　　　　　　　　　　　**Brown, Joyce**
Civil Action No 2:19-cv-08162　　　　　　　Civil Action No. 2:19-cv-04464

**Reed, Melissa**　　　　　　　　　　　　　**Neal, Mark**
Civil Action No 21.9-cv-08309　　　　　　　Civil Action No. 2:19-cv-05269

**Richardson, Acquanetta**　　　　　　　　**Wetmore, William**
Civil Action No 2:19-cv-08434　　　　　　　Civil Action No. 2:19-cv-03414

**Smith, Yolanda**　　　　　　　　　　　　　**Williams, Patricia**
Civil Action No 2:19-cv-08187　　　　　　　Civil Action No. 2:19-cv-03431

## **ORDER**

Before the Court are two substantially identical motions filed by two plaintiffs' firms, the Law Offices of Seaton & Bates, PLLC (Rec. Doc. 17175) and the Law Offices of Sobo & Sobo, LLP (Rec. Doc. 17338), challenging this Court's jurisdiction to enter case management orders and to dismiss cases through the order to show cause process for failure to comply with the Court's orders. The Seaton firm motion was filed on behalf of seven plaintiffs, and the Sobo firm motion was filed on behalf of 16 plaintiffs. Defendants have responded (Rec. Doc. __).

Having read the papers and considered the parties' arguments, and for the additional reasons stated on the record at the October 7, 2019 order to show cause hearing, the Court determines that it had jurisdiction to enter the challenged case management orders and likewise has jurisdiction to dismiss the subject plaintiffs' claims for failure to comply with the Court's orders.

Plaintiffs were given adequate notice and an opportunity to appear and be heard on October 7, 2019, and neither Plaintiffs nor their counsel appeared, and they have never given any reason why their failure to appear or otherwise to comply with the Court's orders should be excused. Accordingly, these motions (Rec. Docs. 17175 & 17338) are hereby **DENIED**.

New Orleans, Louisiana, this _____ day of October, 2019.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**