# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Romeo Deluca | |
| Civil Action No. 2:19-cv-05754 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## *EX PARTE* MOTION TO WITHDRAW STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Romeo Deluca, by and through counsel, respectfully moves this Court for an Order granting Plaintiff's *Ex Parte* Motion to Withdraw the Stipulation of Dismissal with Prejudice that was submitted and filed on October 4, 2019.

The submission and filing of plaintiff's Stipulation of Dismissal with Prejudice was in error. Plaintiff Romeo Deluca has not indicated that he wishes to dismiss his Xarelto claim. Instead, Plaintiff has indicated that he wants to participate in the settlement program and signed the election form to participate in the settlement program as of June 22, 2019; and therefore, the Stipulation of Dismissal was made in error.

Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's *Ex Parte* Motion to Withdraw the Stipulation of Dismissal with Prejudice and reinstate his claim so that he may participate in the settlement program as he has elected.

Respectfully submitted this 10th day of October, 2019.

/s/ CHARLOTTE A. LONG

**Charlotte A. Long**
Texas Bar No. 24094692
charlotte@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Rd.
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on October 10, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ CHARLOTTE A. LONG