# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Romeo Deluca | |
| Civil Action No. 2:19-cv-05754 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## PROPOSED ORDER

This matter comes before the Court on the plaintiff's Ex Parte Motion to Withdraw Documents, R. Doc. 17247. Accordingly;

**IT IS ORDERED** that Plaintiff's Ex Parte Motion to Withdraw Stipulation of Dismissal with Prejudice is hereby **GRANTED**.

New Orleans, Louisiana this ___ day of October 2019.

_____
United States District Judge