# EXHIBIT A

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Sep 06 2019

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER: 142-19-133766**

1. LEGAL NAME OF DECEASED: STANLEY RAY METCALF
2. DATE OF DEATH: AUGUST 27, 2019
3. SEX: MALE
4. DATE OF BIRTH: JUNE 23, 1943
5. AGE: 76
6. BIRTHPLACE: POTEAU, OK
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: Married
9. SURVIVING SPOUSE'S NAME: SHIRLEY ANN PEARSON
10a. RESIDENCE STREET ADDRESS: 6602 HARVEST GLEN DR.
10c. CITY OR TOWN: DALLAS
10d. COUNTY: DALLAS
10e. STATE: TEXAS
10f. ZIP CODE: 75248
10g. INSIDE CITY LIMITS: Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: GLEN METCALF
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: OLLIE CARDEN
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: DALLAS
15. CITY/TOWN, ZIP: DALLAS, 75248
16. FACILITY NAME: 6602 HARVEST GLEN DR.
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SHIRLEY METCALF - WIFE
18. MAILING ADDRESS OF INFORMANT: 6602 HARVEST GLEN, DALLAS, TX 75248
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: RICHARD GREENE, BY ELECTRONIC SIGNATURE - 12320
21. Unknown
22. PLACE OF DISPOSITION: ALL TEXAS CREMATION
23. LOCATION: PLANO, TX
24. NAME OF FUNERAL FACILITY: ALL TEXAS CREMATION
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 101 E. PARK BLVD., #600, PLANO, TX 75074
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: MARY ANNE S CHACKO, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: AUGUST 29, 2019
29. LICENSE NUMBER: Q7337
30. TIME OF DEATH: 09:38 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: MARY ANNE S CHACKO 12221 MERIT DRIVE STE 1500, DALLAS, TX 75251
32. TITLE OF CERTIFIER: MD

33. PART 1.
a. IMMEDIATE CAUSE: ATHEROSCLEROTIC CARDIOVASCULAR DISEASE — Approximate interval: 1 WEEK

34. WAS AN AUTOPSY PERFORMED? No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown
38. IF FEMALE: (n/a)
39. IF TRANSPORTATION INJURY, SPECIFY:

42a. REGISTRAR FILE NO.: 02008007
42b. DATE RECEIVED BY LOCAL REGISTRAR: SEPTEMBER 6, 2019
42c. REGISTRAR: [signature]

EDR NUMBER 000044444554992

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Sep 10 2019

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

