UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>GERALDINE BREAUD<br>Civil Action No. 2:17-cv-03502<br><br>ANGELA CANTALINI, Individually and on Behalf of ULRICA ANN SUSSMAN, Deceased<br>Civil Action No. 2:16-cv-17924<br><br>FILIPINA CASTRO<br>Civil Action No. 2:16-cv-17921<br><br>WILLIAM CHISHOLM<br>Civil Action No. 2:16-cv-17925 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants, Janssen Research & Development LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc., who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Defendants request that Rodney M. Hudson of Drinker Biddle & Reath LLP be withdrawn as counsel of record.

The Defendants further request the substitution of Susan M. Sharko of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Rodney M. Hudson of Drinker Biddle & Reath LLP.

Susan M. Sharko and Kim E. Moore have conferred with Rodney M. Hudson of Drinker Biddle & Reath LLP and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Defendants respectfully request that Susan M. Sharko and Kim E. Moore be substituted as counsel for Rodney M. Hudson as counsel of record in this matter for Defendants Janssen Research & Development LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC,
    Dated: October 14, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: October 14, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Rodney M. Hudson
    Rodney M. Hudson
    Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
    Telephone: (415) 591-7500
    rodney.hudson@dbr.com

    Dated: October 14, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                        /s/Kim E. Moore