UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>GERALDINE BREAUD<br>Civil Action No. 2:17-cv-03502<br><br>ANGELA CANTALINI, Individually and on Behalf of ULRICA ANN SUSSMAN, Deceased<br>Civil Action No. 2:16-cv-17924<br><br>FILIPINA CASTRO<br>Civil Action No. 2:16-cv-17921<br><br>WILLIAM CHISHOLM<br>Civil Action No. 2:16-cv-17925 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel;

**IT IS HEREBY ORDERED**, that Rodney M. Hudson of Drinker Biddle & Reath LLP is withdrawn as counsel of record for Defendants Janssen Research & Development LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel fo record for Defendants Janssen Research & Development LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

**THUS DONE AND SIGNED** on this ___ day of _____, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE