UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *All Cases Listed on Attached Exhibit A* : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS
IDENTIFIED IN REC. DOC. 17176 OVER WHOSE CLAIMS THIS COURT
<u>LACKS SUBJECT MATTER JURISDICTION</u>**

The Plaintiffs listed in Exhibit A were ordered to appear before the Court on October 7, 2019 to demonstrate that this Court has subject matter jurisdiction over their cases or to demonstrate that they had complied with Case Management Order ("CMO") 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement.  *See* Rec. Doc. Nos. 15417, 16220, 16880, 16887, and 17176.  During the October 7, 2019 Show Cause Hearing, the Plaintiffs listed in Exhibit A were not able to demonstrate that they had complied with CMO 12A, nor were they able to demonstrate good cause as to why their cases should not be dismissed for lack of subject matter jurisdiction.  For the reasons set forth on the record during the Show Cause Hearing held on October 7, 2019, the cases of the Plaintiffs listed in Exhibit A are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, on this 15th day of October, 2019.

_____
United States District Judge