**EXHIBIT A TO ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS IDENTIFIED IN REC. DOC. 17176 OVER WHOSE CLAIMS THIS COURT LACKS SUBJECT MATTER JURISDICTION**

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 5 | 33344 | 2:19-cv-09388 | Evans-Jordan, Winfred | Avram Blair & Associates, PC | Avram Blair & Associates, P.C. |
| 6 | 28604 | 2:19-cv-00350 | Schafer, Jessica | Brown, LLC | Brown, LLC |
| 7 | 2939 | 2:15-cv-02389 | Kennedy, Neil | Burke Harvey, LLC | Burke Harvey, LLC |
| 8 | 6877 | 2:15-cv-06833 | West, Delores | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 9 | 9402 | 2:16-cv-03460 | Walsh, Patricia | Burnett Law Firm | Burnett Law Firm |
| 13 | 38962 | 2:19-cv-06553 | Bryant, Elmore | Fears Nachawati, PLLC | Fears \| Nachawati |
| 14 | 30173 | 2:19-cv-06736 | Cole, Kathleen | Fears Nachawati, PLLC | Fears \| Nachawati |
| 16 | 16315 | 2:16-cv-13003 | Dykstra, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 17 | 38912 | 2:19-cv-04263 | Francis, Patricia | Fears Nachawati, PLLC | Fears \| Nachawati |
| 18 | 29556 | 2:19-cv-04652 | Gonzalez, Sergio | Fears Nachawati, PLLC | Fears \| Nachawati |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 20 | 29949 | 2:19-cv-06239 | Goushy, Theodore | Fears Nachawati, PLLC | Fears \| Nachawati |
| 21 | 29913 | 2:19-cv-05024 | Guillen, Jose | Fears Nachawati, PLLC | Fears \| Nachawati |
| 24 | 39017 | 2:19-cv-04763 | Johnson, Elizabeth | Fears Nachawati, PLLC | Fears \| Nachawati |
| 25 | 39006 | 2:19-cv-04276 | Kenney, Kelly | Fears Nachawati, PLLC | Fears \| Nachawati |
| 26 | 29231 | 2:19-cv-03660 | Kingan, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati |
| 27 | 12732 | 2:16-cv-07758 | Kozianowski, Gary | Fears Nachawati, PLLC | Fears \| Nachawati |
| 28 | 39078 | 2:19-cv-05394 | McFarland, Brent | Fears Nachawati, PLLC | Fears \| Nachawati |
| 29 | 30233 | 2:19-cv-04108 | Milano, Donna | Fears Nachawati, PLLC | Fears \| Nachawati |
| 30 | 29867 | 2:19-cv-04594 | Mills, Ron | Fears Nachawati, PLLC | Fears \| Nachawati |
| 31 | 29157 | 2:19-cv-05366 | O'Neill, Margaret | Fears Nachawati, PLLC | Fears \| Nachawati |
| 32 | 29501 | 2:19-cv-03489 | Richwine, Ruth | Fears Nachawati, PLLC | Fears \| Nachawati |
| 33 | 29454 | 2:19-cv-05172 | Robertson, Tony | Fears Nachawati, PLLC | Fears \| Nachawati |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 34 | 29449 | 2:19-cv-05144 | Robinson, Gloria | Fears Nachawati, PLLC | Fears \| Nachawati |
| 35 | 29720 | 2:19-cv-05810 | Ross, Donald | Fears Nachawati, PLLC | Fears \| Nachawati |
| 36 | 30371 | 2:19-cv-03566 | Shipp, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 37 | 30213 | 2:19-cv-04149 | Summers, Paul | Fears Nachawati, PLLC | Fears \| Nachawati |
| 38 | 15998 | 2:16-cv-12987 | Walters, William | Fears Nachawati, PLLC | Fears \| Nachawati |
| 39 | 39016 | 2:19-cv-07433 | Watson, Jamie | Fears Nachawati, PLLC | Fears \| Nachawati |
| 40 | 39003 | 2:19-cv-04250 | Woodkirk, Audrey | Fears Nachawati, PLLC | Fears \| Nachawati |
| 41 | 38259 | 2:19-cv-05031 | Zachary, Jaye | Fears Nachawati, PLLC | Fears \| Nachawati |
| 42 | 6514 | 2:16-cv-02551 | Heffington, John | Girardi Keese | Girardi Keese |
| 46 | 2937 | 2:15-cv-04692 | Ely, Christine J. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |
| 47 | 7711 | 2:16-cv-14248 | Fauver, Ellen W. | Huber, Slack, Thomas, & Marcelle | Huber, Slack, Thomas & Marcelle, LLP |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 48 | 15239 | 2:16-cv-10301 | Pettigrew, Clarence | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, PC | The Cochran Firm - Birmingham |
| 49 | 11773 | 2:16-cv-11011 | Mixon, George | Johnson Becker, PLLC | Johnson Becker |
| 50 | 8583 | 2:16-cv-14477 | Tucker, Cheryl | Kelley & Ferraro LLP | Kelley & Ferraro LLP |
| 51 | 20714 | 2:17-cv-01757 | Manns, Roseann B. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 52 | 15671 | 2:18-cv-03093 | Means, Jacqueline | Kirkendall Dwyer LLP | The Benton Law Firm |
| 54 | 25858 | 2:17-cv-07028 | Handlon, Jerry, II | Kirtland & Packard LLP | Kirtland & Packard |
| 56 | 14369 | 2:16-cv-13884 | Muthard, Rita | Lenze Lawyers, PLC | Lenze Lawyers, PLC. |
| 57 | 26743 | 2:18-cv-05586 | Ascencio, Angel | Marc J. Bern & Partners LLP - New York | Marc J. Bern & Partners LLP |
| 58 | 41311 | 2:19-cv-08105 | Schoonover, Robert | McDonald Worley, PC | McDonald Worley |
| 59 | 32512 | 2:19-cv-06720 | Feminella, Jennifer | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 60 | 32525 | 2:19-cv-06832 | Hammond, Stephen | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 61 | 32518 | 2:19-cv-06902 | Korab, Edward J. | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 62 | 20145 | 2:17-cv-01441 | Hoffman, Charles J. | Murray Law Firm | The Murray Law Firm |
| 63 | 3068 | 2:15-cv-03414 | Ostrander, Carolyn | Niemeyer, Grebel & Kruse LLC; Flint & Associates, LLC; Brown and Crouppen, PC | Flint Law Firm, LLC |
| 65 | 6707 | 2:15-cv-06253 | Woolums, James | Potts Law Firm, LLP ; Burnett Law Firm | Burnett Law Firm |
| 66 | 25746 | 2:17-cv-12720 | Berkey, Kathleen | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 67 | 16511 | 2:16-cv-07975 | Haynes, Steven | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 68 | 27686 | 2:18-cv-07922 | Lieberman, Patricia | Tamari Law Group, LLC | Tamari Law Group, LLC |
| 70 | 15200 | 2:16-cv-07622 | Nichols, Amy | The Cochran Firm Birmingham, PC; Jacoby & Meyers, LLC | The Cochran Firm - Birmingham |
| 93 | 9854 | 2:16-cv-06551 | Kent, Alan | The Frankowski Firm, LLC | The Frankowski Firm |

5

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 94 | 26043 | 2:18-cv-08005 | Snyder, Nancy | The Law Office of L. Paul Mankin | The Law Office of L. Paul Mankin |
| 95 | 2106 | 2:15-cv-02932 | Barnes, Ralph | The Mulligan Law Firm | The Mulligan Law Firm |
| 96 | 38790 | 2:19-cv-03037 | Donovan, Carolyn | The Mulligan Law Firm | The Mulligan Law Firm |
| 97 | 2385 | 2:16-cv-03336 | Francis, Joseph | The Mulligan Law Firm | The Mulligan Law Firm |
| 98 | 15044 | 2:16-cv-14547 | Glenn, Willard | The Mulligan Law Firm | The Mulligan Law Firm |
| 99 | 7797 | 2:16-cv-12812 | Kilpatrick, Stanley | The Mulligan Law Firm | Allen & Nolte, PLLC |
| 100 | 38833 | 2:19-cv-03152 | McLaughlin, Dorothy | The Mulligan Law Firm | The Mulligan Law Firm |
| 101 | 9340 | 2:16-cv-12911 | Stocker, Charles | The Mulligan Law Firm | The Mulligan Law Firm |
| 102 | 39464 | 2:19-cv-05338 | Angulo, Isreal | Trammell P.C. | Trammell PC |
| 103 | 39532 | 2:19-cv-08864 | Dejuanini, Irene | Trammell P.C. | Trammell PC |
| 104 | 39621 | 2:19-cv-07365 | Kazenmayer, Charles | Trammell P.C. | Trammell PC |
| 106 | 40393 | 2:19-cv-07644 | Pierce, Betty | Trammell P.C. | Trammell PC |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 107 | 39780 | 2:19-cv-08716 | Thomas, Gary | Trammell P.C. | Trammell PC |
| 108 | 1541 | 2:15-cv-05661 | Faye, Edward | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 109 | 18656 | 2:16-cv-17759 | Morgan, Ted | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 110 | 13168 | 2:16-cv-09659 | Ramich, Mike | Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLC |
| 111 | 20550 | 2:17-cv-04066 | Fabina, John | Wilshire Law Firm | Wilshire Law Firm |
| 112 | 26730 | 2:18-cv-06920 | Weaver, Kathy A. | Wilshire Law Firm | Wilshire Law Firm |
| 113 | 7963 | 2:16-cv-00135 | Gastall, William | Wormington & Bollinger | Wormington & Bollinger |