UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *All Cases Listed on Attached Exhibit A* | | |

**ORDER EXCUSING PLAINTIFFS IN REC. DOC. 17176 WHO COMPLIED WITH CMO 12A OR DISMISSED THEIR CASES FROM ATTENDING THE OCTOBER 7, 2019 SHOW CAUSE HEARING**

The Plaintiffs listed in Exhibit A were ordered to appear before the Court on October 7, 2019 to demonstrate that this Court has subject matter jurisdiction over their cases or to demonstrate that they had complied with Case Management Order ("CMO") 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement. *See* Rec. Doc. Nos. 15417, 16220, 16880, 16887, and 17176. Before the October 7, 2019 Show Cause Hearing, the Plaintiffs listed in Exhibit A either demonstrated compliance with CMO 12A or dismissed their cases. For the reasons stated on the record during the Show Cause Hearing, the Plaintiffs listed in Exhibit A were excused from attending the hearing.

New Orleans, Louisiana, on this 15th day of October, 2019.

_____
United States District Judge