**EXHIBIT A TO ORDER EXCUSING PLAINTIFFS IN REC. DOC. 17176 WHO COMPLIED WITH CMO 12A OR DISMISSED THEIR CASES FROM ATTENDING THE OCTOBER 7, 2019 SHOW CAUSE HEARING**

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 1 | 9342 | 2:16-cv-13036 | Downing, James | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 2 | 14321 | 2:16-cv-13209 | Dukic, Lilijana | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 3 | 13261 | 2:16-cv-10346 | Estevez, Olivia | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 4 | 2423 | 2:16-cv-07022 | Lucas, Nicole | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 10 | 29399 | 2:19-cv-04463 | Abuhmoud, Suha | Fears Nachawati, PLLC | Fears | Nachawati |
| 11 | 30041 | 2:19-cv-06414 | Boring, Rodger | Fears Nachawati, PLLC | Fears | Nachawati |
| 12 | 30111 | 2:19-cv-06463 | Branch, Sandra | Fears Nachawati, PLLC | Fears | Nachawati |
| 15 | 30307 | 2:19-cv-04825 | Derico, Mark | Fears Nachawati, PLLC | Fears | Nachawati |
| 19 | 10042 | 2:16-cv-03006 | Gost, John | Fears Nachawati, PLLC | Fears | Nachawati |
| 22 | 29518 | 2:19-cv-04559 | Hargrove, Jolanda | Fears Nachawati, PLLC | Fears | Nachawati |
| 23 | 4336 | 2:15-cv-04204 | Hirliman, Richard | Fears Nachawati, PLLC | Fears | Nachawati |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 43 | 7466 | 2:16-cv-00101 | Kirk, Nancy | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 44 | 7837 | 2:16-cv-01030 | Soliday, Debbie | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 45 | 13873 | 2:16-cv-12564 | Tillman, Geraldine | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 53 | 9039 | 2:16-cv-03560 | Veal, Aneesah N. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 55 | 40634 | 2:17-cv-08049 | Thomas, Dorothy | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 64 | 17748 | 2:16-cv-16470 | Beckstine, Margaret | Pierce Skrabanek, PLLC | Pierce Skrabanek Bruera, PLLC |
| 69 | 39349 | 2:19-cv-08958 | Thornton, Walter | Tamari Law Group, LLC | Tamari Law Group, LLC |
| 71 | 16219 | 2:16-cv-17149 | Berkebile, Deanna | The Driscoll Firm, PC | The Driscoll Firm |
| 72 | 4787 | 2:17-cv-07568 | Burton, Sammie | The Driscoll Firm, PC | The Driscoll Firm |
| 73 | 3333 | 2:16-cv-07172 | Carlin, Gabriela | The Driscoll Firm, PC | The Driscoll Firm |
| 74 | 8995 | 2:16-cv-17149 | Cruz, Carol | The Driscoll Firm, PC | The Driscoll Firm |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 75 | 25339 | 2:17-cv-07568 | Dalessandro, Lisa | The Driscoll Firm, PC | The Driscoll Firm |
| 76 | 8218 | 2:17-cv-17261 | Gecan, Norma | The Driscoll Firm, PC | The Driscoll Firm |
| 77 | 6568 | 2:16-cv-17148 | Gray, Annie | The Driscoll Firm, PC | The Driscoll Firm |
| 78 | 6578 | 2:17-cv-03504 | Haworth, Joyce | The Driscoll Firm, PC | The Driscoll Firm |
| 79 | 7423 | 2:17-cv-03504 | Heidger, Bill | The Driscoll Firm, PC | The Driscoll Firm |
| 80 | 16236 | 2:16-cv-17149 | Henry, Richard | The Driscoll Firm, PC | The Driscoll Firm |
| 81 | 25451 | 2:16-cv-17149 | Hodge, Tina | The Driscoll Firm, PC | The Driscoll Firm |
| 82 | 41997 | 2:17-cv-03504 | Jones, Robert | The Driscoll Firm, PC | The Driscoll Firm |
| 83 | 7365 | 2:17-cv-03504 | Juscik, Emma | The Driscoll Firm, PC | The Driscoll Firm |
| 84 | 3430 | 2:17-cv-03504 | Kennedy, Albert | The Driscoll Firm, PC | The Driscoll Firm |
| 85 | 15916 | 2:16-cv-13851 | King, Carol | The Driscoll Firm, PC | The Driscoll Firm |
| 86 | 15278 | 2:16-cv-13851 | Levine, Estelle | The Driscoll Firm, PC | The Driscoll Firm |

| Row No. in Rec. Doc. 17176 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 87 | 3476 | 2:17-cv-07568 | Olewinski, Leona | The Driscoll Firm, PC | The Driscoll Firm |
| 88 | 41979 | 2:16-cv-17148 | Pol, Gino J., Jr. | The Driscoll Firm, PC | The Driscoll Firm |
| 89 | 7355 | 2:16-cv-17149 | Scott, Jeff | The Driscoll Firm, PC | The Driscoll Firm |
| 90 | 4784 | 2:16-cv-17148 | Sullivan, Ruth | The Driscoll Firm, PC | The Driscoll Firm |
| 91 | 6572 | 2:17-cv-03504 | Thomas, Juanita | The Driscoll Firm, PC | The Driscoll Firm |
| 92 | 27811 | 2:18-cv-09006 | Wilson, Alma | The Driscoll Firm, PC | The Driscoll Firm |
| 105 | 39694 | 2:19-cv-06675 | Morgan, Maxine | Trammell P.C. | Trammell PC |