### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *All Cases Listed on Attached Exhibit A* | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

### ORDER REGARDING PLAINTIFFS IN RECORD DOC. NO. 17174 WHO DISMISSED THEIR CASES WITH PREJUDICE PRIOR TO THE OCTOBER 7, 2019 HEARING

The Plaintiffs listed in Exhibit A were ordered to appear before the Court on October 7, 2019 to demonstrate that they had complied with Case Management Order ("CMO") 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement.  *See* RecDoc. Nos. 13608, 14877, 15257, 15416, 16218, 16219, 16868, 16875, and 17174.  The Plaintiffs listed in Exhibit A complied with CMO 12A by dismissing their cases with prejudice and therefore were excused from attending the Show Cause Hearing.

New Orleans, Louisiana, on this 15th day of October, 2019.

United States District Judge