**EXHIBIT A TO ORDER REGARDING PLAINTIFFS IN RECORD DOC. NO. 17174 WHO DISMISSED THEIR CASES WITH PREJUDICE PRIOR TO THE OCTOBER 7, 2019 HEARING**

| Row No. in Rec. Doc. 17176 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 64 | 22521 | 2:16-cv-17929 | Griffin, Shirley A. | Barney & Karamanis, LLP; Flint Law Firm, LLC | Flint Law Firm, LLC |
| 65 | 14550 | 2:16-cv-13148 | Anderson, Stacey | Baron & Budd, PC | Baron & Budd |
| 66 | 14885 | 2:16-cv-09963 | Burmah, Robert, Jr. | Baron & Budd, PC | Baron & Budd |
| 67 | 13476 | 2:16-cv-04608 | Cassell, Vincent | Baron & Budd, PC | Baron & Budd |
| 68 | 16482 | 2:16-cv-14334 | Durr, Ann Marie | Baron & Budd, PC | Baron & Budd |
| 69 | 32266 | 2:19-cv-08684 | Gilley, William | Baron & Budd, PC | Baron & Budd |
| 190 | 29731 | 2:19-cv-06370 | Behringer, Stephanie | Fears Nachawati, PLLC | Fears | Nachawati |
| 197 | 39022 | 2:19-cv-06338 | Bowden, Trena | Fears Nachawati, PLLC | Fears | Nachawati |
| 201 | 30126 | 2:19-cv-04052 | Brewer, Yesta | Fears Nachawati, PLLC | Fears | Nachawati |
| 242 | 29655 | 2:19-cv-04714 | Davenport, Beverly | Fears Nachawati, PLLC | Fears | Nachawati |
| 244 | 29369 | 2:19-cv-05560 | De Garcia, Leonor Garza | Fears Nachawati, PLLC | Fears | Nachawati |
| 247 | 39364 | 2:19-cv-05131 | Denney, Jason | Fears Nachawati, PLLC | Fears | Nachawati |

| Row No. in Rec. Doc. 17176 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 274 | 39186 | 2:19-cv-05959 | Garcia,Tina | Fears Nachawati, PLLC | Fears \| Nachawati |
| 279 | 39124 | 2:19-cv-05699 | Goodman, Korondia | Fears Nachawati, PLLC | Fears \| Nachawati |
| 288 | 29431 | 2:19-cv-04562 | Hall, William | Fears Nachawati, PLLC | Fears \| Nachawati |
| 327 | 39081 | 2:19-cv-05764 | Knox, Pamela | Fears Nachawati, PLLC | Fears \| Nachawati |
| 371 | 29367 | 2:19-cv-04484 | McDuffie, Michael | Fears Nachawati, PLLC | Fears \| Nachawati |
| 375 | 38911 | 2:19-cv-06466 | McGrew, Renee | Fears Nachawati, PLLC | Fears \| Nachawati |
| 394 | 29087 | 2:19-cv-06122 | Morris, Michael | Fears Nachawati, PLLC | Fears \| Nachawati |
| 404 | 29334 | 2:19-cv-05487 | Ouimet, Bibiane | Fears Nachawati, PLLC | Fears \| Nachawati |
| 413 | 39114 | 2:19-cv-05214 | Potter, Brenda | Fears Nachawati, PLLC | Fears \| Nachawati |
| 425 | 39163 | 2:19-cv-03868 | Richards, Sherry | Fears Nachawati, PLLC | Fears \| Nachawati |
| 429 | 29416 | 2:19-cv-05411 | Rogers, Percy | Fears Nachawati, PLLC | Fears \| Nachawati |
| 443 | 29423 | 2:19-cv-08979 | Serna, Maria | Fears Nachawati, PLLC | Fears \| Nachawati |
| 462 | 39155 | 2:19-cv-04742 | Swing, Donald | Fears Nachawati, PLLC | Fears \| Nachawati |
| 467 | 29660 | 2:19-cv-05686 | Thomas, Renada | Fears Nachawati, PLLC | Fears \| Nachawati |
| 481 | 29678 | 2:19-cv-05710 | Wallace, Linda | Fears Nachawati, PLLC | Fears \| Nachawati |

| Row No. in Rec. Doc. 17176 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 504 | 38946 | 2:19-cv-05425 | Zarate, Elida | Fears Nachawati, PLLC | Fears \| Nachawati |
| 509 | N/A | 2:14-cv-02939 | Danforth, Shirley A. | Flint & Associates, LLC | N/A |
| 511 | 23077 | 2:17-cv-11090 | Brammeier, Robert | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 514 | 15932 | 2:16-cv-15377 | Dorsen, Brad | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 515 | 23028 | 2:17-cv-10688 | Duncanson, Robert | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 516 | 9063 | 2:16-cv-03372 | Dutton, Linda | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 519 | 23412 | 2:17-cv-12491 | Fick, Ashley | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 520 | 7009 | 2:16-cv-00513 | Frank, Jo Ann | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 524 | 15518 | 2:16-cv-14597 | Jones, Raymond | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 525 | 12153 | 2:16-cv-12109 | Peterson, Veronica | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 528 | 15514 | 2:16-cv-14626 | Vodegel, Bobby | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 533 | 3899 | 2:15-cv-04278 | Clements, Earl | Gaidry Law Group | Chehardy Sherman |
| 556 | 13212 | 2:16-cv-09166 | Merrell, Archie | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 558 | 14329 | 2:16-cv-10487 | Owens, Denise | Goza & Honnold, LLC | Goza & Honnold, LLC |
| 575 | 7508 | 2:16-cv-01627 | Morgeson, Davonne | Gray & White | Gray and White Law |

| Row No. in Rec. Doc. 17176 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 622 | N/A | 2:17-cv-07849 | Burker, Ornel J. | Law Office of Christopher K. Johnston, LLC | N/A |
| 627 | 19457 | 2:18-cv-02145 | Farr, Doris Ann Nelma | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 630 | N/A | 2:19-cv-03647 | Hough, Arlen | Law Office of Christopher K. Johnston, LLC | N/A |
| 631 | N/A | 2:19-cv-04354 | Meyer, Randolph | Law Office of Christopher K. Johnston, LLC | N/A |
| 633 | 19575 | 2:17-cv-16798 | Miller, Gilbert W. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 635 | 30558 | 2:19-cv-02935 | Pace, Marilyne | Law Office of Christopher K. Johnston, LLC | Laborde Earles Law Firm |
| 636 | 19451 | 2:17-cv-03983 | Smith, Donald | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |

| Row No. in Rec. Doc. 17176 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 655 | 19716 | 2:17-cv-01163 | Bunce, Douglas E. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 658 | 21645 | 2:17-cv-05140 | Gomez, Gloria I. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 661 | 8618 | 2:16-cv-01370 | Markham, Hildagard R. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 663 | 7133 | 2:16-cv-00173 | Stevens, Walter | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 665 | 3814 | 2:15-cv-03865 | Walters, Iris | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 691 | 20709 | 2:17-cv-01827 | Curry, Adolph | Marc J. Bern & Partners LLP - New York | Marc J. Bern & Partners LLP |
| 711 | 32537 | 2:19-cv-06004 | Abney, John | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 713 | 32523 | 2:19-cv-06894 | Blais, Francis | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 715 | 32531 | 2:19-cv-06940 | Greer, Spencer | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 716 | 33378 | 2:19-cv-06753 | Kleven, James | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |

| Row No. in Rec. Doc. 17176 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 717 | 32527 | 2:19-cv-06745 | Lopez, Enoc | Mike Love & Associates, LLC | Mike Love & Associates, L.L.C. |
| 719 | N/A | 2:19-cv-10229 | Stees, Kylin Vaughn | Mike Love & Associates, LLC | N/A |
| 736 | N/A | 2:16-cv-17635 | Dale, Sharon Kay | Motley Rice LLC | N/A |
| 739 | 19139 | 2:18-cv-07841 | Smariga, Julian | Napoli Shkolnik, PLLC | Law Office of Christopher K. Johnston, LLC |
| 766 | 40422 | 2:19-cv-06426 | Gayles, David | Reyes Browne Reilley | Reyes\|Browne\|Reilley |
| 783 | 32662 | 2:19-cv-09026 | Bradley, James | Schneider Hammers LLC | Schneider Hammers LLC |
| 784 | 32673 | 2:19-cv-09052 | Carr, Chester | Schneider Hammers LLC | Schneider Hammers LLC |
| 797 | 25091 | 2:18-cv-01063 | Molina, Teresa | Showard Law Firm, PC | Showard Law Firm |
| 879 | 17086 | 2:16-cv-15436 | Kenning, Daniel | The Benton Law Firm PLLC | The Benton Law Firm |
| 960 | 11629 | 2:16-cv-06498 | Wilbur, Rodney | Thornton Law Firm LLP | Thornton Law Firm |
| 972 | 27221 | 2:18-cv-06374 | Corbitt, Donchele | Watts Guerra LLP | Watts Guerra, LLP |