**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *All Cases Listed on Attached Exhibit A* | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |
| | : | |

**ORDER REGARDING PLAINTIFFS IN REC. DOC. NO. 17174 WHO COMPLIED WITH CASE MANAGEMENT ORDER 12A**

The Plaintiffs listed in Exhibit A were ordered to appear before the Court on October 7, 2019 to demonstrate that they had complied with Case Management Order ("CMO") 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement. *See* Rec. Doc. Nos. 13608, 14877, 15257, 15416, 16218, 16219, 16868, 16875, and 17174. Either before or during the October 7, 2019 Show Cause Hearing, the Plaintiffs listed in Exhibit A demonstrated compliance with CMO 12A. Their actions may proceed accordingly.

New Orleans, Louisiana, on this 15th day of October, 2019.

_____
United States District Judge