**EXHIBIT A TO ORDER REGARDING PLAINTIFFS IN REC. DOC. NO. 17174 WHO COMPLIED WITH CASE MANAGEMENT ORDER 12A**

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 2 | 8898 | 2:16-cv-05774 | Carbine, Shirley | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 3 | 5198 | 2:16-cv-02613 | Chambless, Patsy | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 9 | 14017 | 2:16-cv-11465 | Haben, Devan | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 10 | 38798 | 2:19-cv-03104 | Hannah, Robert | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 11 | 5103 | 2:16-cv-04195 | Merkousko, Henry | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 12 | 38809 | 2:19-cv-03163 | Owen, Lawrence | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 14 | 4831 | 2:16-cv-02698 | Rowe, Wanda | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 16 | 9372 | 2:16-cv-12029 | Weakland, James | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 17 | 15475 | 2:16-cv-10332 | Webb, Constance | Allen & Nolte, PLLC | Allen & Nolte, PLLC |
| 19 | 10164 | 2:16-cv-12038 | Wolf, James | Allen & Nolte, PLLC | The Mulligan Law Firm |
| 20 | 42046 | 2:16-cv-06728 | Britt, Linda | Andre' P. LaPlace; Cunard Law Firm | Douglas & London |
| 21 | 3894 | 2:15-cv-04695 | Hueston, Khadijah | Andre' P. LaPlace; Cunard Law Firm | Law Offices of Andre' P. LaPlace |

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 38 | 40160 | 2:19-cv-02736 | Brown, Verna L. | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 43 | 40116 | 2:19-cv-02627 | Fischer, Mildred | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 51 | 40190 | 2:19-cv-02722 | Nooner, Sue | Aylstock, Witkin, Kreis & Overholtz PLLC | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 70 | 32271 | 2:19-cv-08631 | Horton, Billy | Baron & Budd, PC | Baron & Budd |
| 71 | 13529 | 2:16-cv-04670 | Page, Emma | Baron & Budd, PC | Baron & Budd |
| 72 | 33522 | 2:19-cv-09029 | Rodriguez, Josefina Robledo | Baron & Budd, PC | Baron & Budd |
| 73 | 14980 | 2:16-cv-10599 | Sabin, Robert | Baron & Budd, PC | Baron & Budd |
| 74 | 32302 | 2:19-cv-08998 | Serrano, Isreal | Baron & Budd, PC | Baron & Budd |
| 75 | 20354 | 2:17-cv-01809 | Smith, Marianna | Baron & Budd, PC | Baron & Budd |
| 108 | 42288 | 2:19-cv-01545 | Rose, Peter | Burns Charest LLP | Burns Charest LLP |
| 119 | 17852 | 2:16-cv-16859 | Lauderdale, J.B. | Chaffin Luhana LLP | Chaffin Luhana LLP |
| 162 | 21761 | 2:17-cv-09178 | Bailey, Ronald | Douglas & London, PC; Salim-Beasley, LLC | Douglas & London |
| 177 | 29084 | 2:19-cv-04437 | Addison, Latisha | Fears Nachawati, PLLC | Fears | Nachawati |

2

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 179 | 38909 | 2:19-cv-06526 | Anderson, Angie | Fears Nachawati, PLLC | Fears \| Nachawati |
| 187 | 38982 | 2:19-cv-05703 | Barton, Anthony | Fears Nachawati, PLLC | Fears \| Nachawati |
| 191 | 30219 | 2:19-cv-05093 | Bellville, Frederick | Fears Nachawati, PLLC | Fears \| Nachawati |
| 194 | 41733 | 2:15-cv-04093 | Block, Norman | Fears Nachawati, PLLC | Mazie Slater Slater Katz & Freeman, LLC |
| 198 | 30009 | 2:18-cv-14273 | Boyce, Faryl | Fears Nachawati, PLLC | Fears \| Nachawati |
| 203 | 39254 | 2:19-cv-05401 | Broderick, Becky | Fears Nachawati, PLLC | Fears \| Nachawati |
| 213 | 39319 | 2:19-cv-04748 | Caldwell, Teddy | Fears Nachawati, PLLC | Fears \| Nachawati |
| 217 | 29288 | 2:18-cv-07544 | Caraway, Marcia | Fears Nachawati, PLLC | Fears \| Nachawati |
| 224 | 39184 | 2:19-cv-04869 | Chapman, Steven | Fears Nachawati, PLLC | Fears \| Nachawati |
| 227 | 39145 | 2:19-cv-04910 | Clark, Mary | Fears Nachawati, PLLC | Fears \| Nachawati |
| 239 | 29698 | 2:19-cv-05705 | Crum, Angela | Fears Nachawati, PLLC | Fears \| Nachawati |
| 252 | 27878 | 2:18-cv-08692 | Duckett, James | Fears Nachawati, PLLC | Fears \| Nachawati |
| 272 | 27794 | 2:18-cv-08786 | Galloway, Marion | Fears Nachawati, PLLC | Fears \| Nachawati |
| 284 | 29223 | 2:19-cv-06782 | Greer, Donna | Fears Nachawati, PLLC | Fears \| Nachawati |
| 290 | 29842 | 2:19-cv-03412 | Harrison, Wilhelmina B. | Fears Nachawati, PLLC | Fears \| Nachawati |

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 305 | 29148 | 2:19-cv-05256 | Hunter, Carol | Fears Nachawati, PLLC | Fears \| Nachawati |
| 310 | 29644 | 2:19-cv-05676 | Jeter, Marvin | Fears Nachawati, PLLC | Fears \| Nachawati |
| 311 | 42330 | 2:19-cv-05530 | Johnson, Michael | Fears Nachawati, PLLC | Fears \| Nachawati |
| 317 | 39200 | 2:19-cv-06032 | Judon, Selena | Fears Nachawati, PLLC | Fears \| Nachawati |
| 322 | 29044 | 2:19-cv-04302 | Keener, Douglas | Fears Nachawati, PLLC | Fears \| Nachawati |
| 332 | 39194 | 2:19-cv-06589 | Kusayanagi, Miles | Fears Nachawati, PLLC | Fears \| Nachawati |
| 337 | 39385 | 2:19-cv-07575 | Leary, Olivia | Fears Nachawati, PLLC | Fears \| Nachawati |
| 344 | 30294 | 2:19-cv-05189 | Lester, Billy | Fears Nachawati, PLLC | Fears \| Nachawati |
| 384 | 30002 | 2:18-cv-07220 | Miller, Beverly | Fears Nachawati, PLLC | Fears \| Nachawati |
| 385 | 29228 | 2:19-cv-06817 | Miller, Tina | Fears Nachawati, PLLC | Fears \| Nachawati |
| 414 | 39102 | 2:19-cv-06222 | Prather, Stacey | Fears Nachawati, PLLC | Fears \| Nachawati |
| 416 | 39211 | 2:19-cv-04511 | Pruitt, John | Fears Nachawati, PLLC | Fears \| Nachawati |
| 427 | 29844 | 2:19-cv-05882 | Rivera, Carleen | Fears Nachawati, PLLC | Fears \| Nachawati |
| 506 | 34907 | 2:19-cv-05956 | Packer, Isaac Beecher, Jr. | Ferrer, Poirot & Wansbrough | Ferrer, Poirot & Wansbrough |
| 510 | 15691 | 2:16-cv-14865 | Adams, Barbara | Flint Law Firm, LLC | Flint Law Firm, LLC |

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 512 | 24011 | 2:18-cv-00157 | Burleson, Mickey | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 513 | 27978 | 2:18-cv-13574 | Corrales, Andrea | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 517 | 17716 | 2:17-cv-00423 | Elling, Charlotte | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 518 | 16639 | 2:16-cv-16090 | Farnsworth, Heidi | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 522 | 22391 | 2:17-cv-08871 | Jackson, Darry | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 523 | 16159 | 2:16-cv-15699 | Johnson, Leona | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 526 | 21834 | 2:17-cv-07081 | Redden, Estell | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 527 | 25057 | 2:18-cv-02612 | Stallings, Orla | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 529 | 17238 | 2:16-cv-17443 | Wise, Julia | Flint Law Firm, LLC | Flint Law Firm, LLC |
| 555 | 41950 | 2:19-cv-01848 | Bell, Willie | Goza & Honnold, LLC | The Bradley Law Firm |
| 560 | 34969 | 2:19-cv-01846 | Stinnett, Milton | Goza & Honnold, LLC | Ferrer, Poirot & Wansbrough |
| 576 | 24611 | 2:17-cv-09288 | Given, Rod, Jr. | Harrelson Law Firm, PA | Harrelson Law Firm, PA |
| 594 | 41539 | 2:19-cv-00304 | Fried, Marilyn | Johnson Law Group | Johnson Law Group |
| 610 | 8624 | 2:16-cv-02622 | Carpenter, Shanna | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 611 | 15203 | 2:16-cv-11875 | Lee, Albertha | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 612 | 23461 | 2:17-cv-08464 | Linenberger, Vernita M. | Kirkendall Dwyer LLP | Kirkendall Dwyer LLP |
| 616 | 30679 | 2:19-cv-04072 | Gatlin, Melissa | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 617 | 30533 | 2:19-cv-04622 | Gregory, Larry | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 618 | 41508 | 2:19-cv-05215 | Richards, Maryanne | Laborde Earles Law Firm LLC | Laborde Earles Law Firm |
| 619 | 40847 | 2:19-cv-03417 | Bernard, Suzanne Marie | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 620 | 19389 | 2:18-cv-05644 | Brailey, Corrie E. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 621 | 40647 | 2:19-cv-03054 | Brown, Larry | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 623 | 40752 | 2:19-cv-03653 | Chapman, Trennis, Sr. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 626 | 41028 | 2:19-cv-03103 | Dieudonne, Bryan | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 628 | 40819 | 2:19-cv-03820 | Franco, Donna | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 629 | 19099 | 2:18-cv-03641 | Holmes, Katherine M. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 634 | 19472 | 2:18-cv-01627 | Olivia, Douglas S. | Law Office of Christopher K. Johnston, LLC | Law Office of Christopher K. Johnston, LLC |
| 653 | 14666 | 2:16-cv-08729 | Baumann, Rebecca D. | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. |
| 656 | 25431 | 2:18-cv-01243 | Crain, Marylys J. | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 664 | 20496 | 2:17-cv-02433 | Walker, Elaine | Lowe Law Group; Flint Law Firm, LLC | Lowe Law Group |
| 694 | 27329 | 2:18-cv-07262 | Robinson, Savannah | Marc J. Bern & Partners LLP - New York | Marc J. Bern & Partners LLP |

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 702 | 16846 | 2:16-cv-14757 | Willis, William Lee | Matthews & Associates | Matthews & Associates |
| 731 | 12262 | 2:16-cv-08766 | Hamilton, Mortie | Morris Law Firm | Morris Law Firm |
| 743 | 41824 | 2:19-cv-07240 | Coffer, Markum | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 759 | 10452 | 2:16-cv-06904 | Scott, Robert | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 763 | 12076 | 2:16-cv-10477 | Terry-Watkins, Yolanda | Peiffer Wolf Carr & Kane; The Michael Brady Lynch Firm | The Michael Brady Lynch Law Firm |
| 767 | 40459 | 2:19-cv-07675 | Page, Debra | Reyes Browne Reilley | Reyes|Browne|Reilley |
| 768 | 38778 | 2:18-cv-06682 | Alvey, Cecilia Elizabeth Rodgers | Richardson, Patrick, Westbrook & Brickman, LLC | Excolo Law PLLC |
| 816 | 6658 | 2:16-cv-00266 | Vannorman, Julie | Slater, Slater Schulman, LLP | Slater Slater Schulman LLP |
| 839 | 2565 | 2:15-cv-01999 | Wise, Peggy | Stark & Stark | Stark & Stark |
| 882 | 6634 | 2:16-cv-08693 | Clopton, Curtis | The Driscoll Firm, PC | The Driscoll Firm |
| 883 | 3304 | 2:15-cv-07185 | Cothron, Regina | The Driscoll Firm, PC | The Driscoll Firm |

| Row in Rec. Doc. No. 17174 | BG ID | Docket Number | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 885 | 26289 | 2:18-cv-04368 | Diaz, Dicidoro | The Driscoll Firm, PC | The Driscoll Firm |
| 887 | 26264 | 2:18-cv-04361 | Lewis, Frances | The Driscoll Firm, PC | The Driscoll Firm |
| 889 | 25923 | 2:18-cv-03383 | McCreary, Peggy | The Driscoll Firm, PC | The Driscoll Firm |
| 892 | 15952 | 2:18-cv-04298 | Ramey, Dennis | The Driscoll Firm, PC | The Driscoll Firm |
| 895 | 41985 | 2:17-cv-07568 | Schaefer, Arthur | The Driscoll Firm, PC | The Driscoll Firm |
| 903 | 4898 | 2:15-cv-05365 | Throne, Danielle | The Lanier Law Firm | The Lanier Law Firm |
| 914 | 4487 | 2:15-cv-05500 | Abrams, Michelle | The Mulligan Law Firm | The Mulligan Law Firm |
| 916 | 38808 | 2:19-cv-02909 | Buie, Tommie | The Mulligan Law Firm | The Mulligan Law Firm |
| 935 | 4827 | 2:16-cv-12853 | Yokim, Caroline | The Mulligan Law Firm | The Mulligan Law Firm |
| 958 | 17959 | 2:17-cv-00875 | Davis, Hayden | The Whitehead Law Firm, LLC | Whitehead Law Firm |
| 959 | 16922 | 2:16-cv-16224 | Wiseman, Lois | The Whitehead Law Firm, LLC | Whitehead Law Firm |
| 982 | 26463 | 2:18-cv-06265 | Godfrey, Allyssa | Wilshire Law Firm | Wilshire Law Firm |