# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*ALAN NICHOLSON v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-06771-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Alan Nicholson, by and through the undersigned counsel of record, moves this Court for an Order substituting Naomi Nicholson on behalf of decedent Alan Nicholson. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Alan Nicholson filed this present action on July 18, 2018.

2. Alan Nicholson died on March 6, 2019.

3. On June 12, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Naomi Nicholson, surviving spouse of Alan Nicholson, is a proper party to substitute for plaintiff-decedent Alan Nicholson and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Naomi Nicholson, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: October 15, 2019         Respectfully submitted,

**WATTS GUERRA LLP**

/s/ *Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
Mikal C. Watts
TX State Bar No. 20981820
Paige N. Boldt
TX State Bar No. 24082626
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on October 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Ryan L. Thompson*
Ryan L. Thompson