**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 2592**

**SECTION L**
**JUDGE ELDON E. FALLON**
**MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*ALAN NICHOLSON v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-06771-EEF-MBN**

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Naomi Nicholson, as surviving spouse of Alan Nicholson, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.


Signed, this _____ day of _____, 2019.


_____
Honorable Eldon E. Fallon
United States District Court Judge