# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**
*Rhonda Lafayette-Richardson v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:18-cv-10070*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Rhonda Lafayette-Richardson, on or about September 14, 2019.

Dated:  October 15, 2019

Respectfully submitted,

/s/*Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P:  (972) 774-9800
F:  (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated:  October 15, 2019

                                            Respectfully submitted,

                                            */s/Michael G. Guajardo*
                                            MICHAEL G. GUAJARDO, ESQ.
                                            Texas Bar No. 00784183
                                            J. GREGORY MARKS, ESQ.
                                            Texas Bar No. 12994900

                                            Guajardo & Marks, LLP
                                            Three Forest Plaza
                                            12221 Merit Drive, Suite 945
                                            Dallas, Texas 75251
                                            P:  (972) 774-9800
                                            F:  (972) 774-9801
                                            mike@guajardomarks.com
                                            greg@guajardomarks.com

                                            ATTORNEYS FOR PLAINTIFF