# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Oct 02 2019

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-19-147578

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) (Before Marriage): RHONDA LAFAYETTE RICHARDSON-CROW / RICHARDSON
2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): SEPTEMBER 14, 2019
3. SEX: FEMALE
4. DATE OF BIRTH (mm-dd-yyyy): FEBRUARY 14, 1966
5. AGE-Last Birthday (Years): 53
   IF UNDER 1 YR — Mo / Days
   IF UNDER 1 DAY — Hours / Min
6. BIRTHPLACE (City & State or Foreign Country): DALLAS, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married ☐ Widowed (but not remarried) ☐ Divorced (but not remarried) ☐ Never Married ☐ Unknown
9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage): PHONZELL CROW JR.
10a. RESIDENCE STREET ADDRESS: 8914 ROSECLIFF DR
10b. APT. NO.:
10c. CITY OR TOWN: DALLAS
10d. COUNTY: DALLAS
10e. STATE: TEXAS
10f. ZIP CODE: 75217
10g. INSIDE CITY LIMITS? ☒ Yes ☐ No
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: KIDWELL RICHARDSON
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: BERNICE PITTMAN
13. PLACE OF DEATH (CHECK ONLY ONE)
   IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA
   IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify)
14. COUNTY OF DEATH: DALLAS
15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO): MESQUITE, 75149
16. FACILITY NAME (If not institution, give street address): DALLAS REGIONAL MEDICAL CENTER-GALLOWAY CAMPUS
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: PHONZELL CROW JR. - HUSBAND
18. MAILING ADDRESS OF INFORMANT: 8914 ROSECLIFF DR, DALLAS, TX 75217
19. METHOD OF DISPOSITION: ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Mausoleum ☐ Other (Specify)
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: TIM JEFFERSON, BY ELECTRONIC SIGNATURE - 111680
21. ☐ Unknown  Section:  Block:  Lot: C T  Space: 29
22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): ROCKWALL CEMETERY
23. LOCATION (City/Town, and State): ROCKWALL, TX
24. NAME OF FUNERAL FACILITY: HEAVENLY GATE FUNERAL SERVICES
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 702 GATEWOOD DR, GARLAND, TX 75043
26. CERTIFIER (Check only one): ☒ Certifying physician ☐ Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: MUTAZ ELMAHI, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED (mm-dd-yyyy): SEPTEMBER 23, 2019
29. LICENSE NUMBER: R5258
30. TIME OF DEATH (Actual or presumed): 05:43 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: MUTAZ ELMAHI, 1011 N GALLOWAY AVE, MESQUITE, TX 75114
32. TITLE OF CERTIFIER: MD

33. PART 1. ENTER THE CHAIN OF EVENTS — DISEASES, INJURIES, OR COMPLICATIONS — THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | Cause | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | ACUTE ON CHRONIC MIXED HYPOXIC AND HYPERCAPNIC RESPIRATORY FAILURE | 4 DAYS |
| b. Due to (or as a consequence of) | ANOXIC BRAIN INJURY | 4 DAYS |
| c. Due to (or as a consequence of) | CARDIOPULMONARY ARREST | 4 DAYS |
| d. Due to (or as a consequence of) | ACUTE KIDNEY INJURY | 4 DAYS |

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I: CHRONIC OBSTRUCTIVE PULMONARY DISEASE

34. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No
36. MANNER OF DEATH: ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ No ☐ Previously ☐ Probably ☒ Unknown
38. IF FEMALE: ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year
39. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)
40a. DATE OF INJURY (mm-dd-yyyy):
40b. TIME OF INJURY:
40c. INJURY AT WORK? ☐ Yes ☐ No
40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area):
40e. LOCATION (Street and Number, City, State, Zip Code):
40f. COUNTY OF INJURY:
41. DESCRIBE HOW INJURY OCCURRED:
42a. REGISTRAR FILE NO.: 01004639
42b. DATE RECEIVED BY LOCAL REGISTRAR: OCTOBER 2, 2019
42c. REGISTRAR: [signature]
EDR NUMBER: 000044444564319

JON

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195, 1989)

VS-112 REV 1/2006

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Oct 03 2019



TARA DAS
STATE REGISTRAR



WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE