## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | SECTION "L" |
| | JUDGE ELDON E. FALLON |
| Sandra Weaver v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al<br>Case No.: 2:18-cv-03034 | MAGISTRATE JUDGE |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff Sandra Weaver on June 26, 2018.

Dated: October 15, 2019

RESPECTFULLY SUBMITTED,

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney for Plaintiff**

## CERTIFICATION OF SERVICE

      I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney for Plaintiff**