UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| JAMIE BARBA, as heir of decedent ISABEL BARBA<br>Civil Action No. 2:16-cv-01062 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants, Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc., who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Defendants request that Rodney M. Hudson of Drinker Biddle & Reath LLP be withdrawn as counsel of record.

The Defendants further request the substitution of Susan M. Sharko of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Rodney M. Hudson of Drinker Biddle & Reath LLP.

Susan M. Sharko and Kim E. Moore have conferred with Rodney M. Hudson of Drinker Biddle & Reath LLP and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Defendants respectfully request that Susan M. Sharko and Kim E. Moore be substituted as counsel for Rodney M. Hudson as counsel of record in this matter for Defendants Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc.

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Janssen Research &
Development, LLC, and Janssen Ortho LLC,
Dated: October 15, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: October 15, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Rodney M. Hudson
Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
rodney.hudson@dbr.com

Dated: October 15, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 15, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/Kim E. Moore