# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| JAMIE BARBA, as heir of decedent ISABEL BARBA<br>Civil Action No. 2:16-cv-01062 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel;

**IT IS HEREBY ORDERED**, that Rodney M. Hudson of Drinker Biddle & Reath LLP is withdrawn as counsel of record for Defendants Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc.

**THUS DONE AND SIGNED** on this ___ day of _____, 2019.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE