# UNITED STATES DISTRICT COURT
## EASTER DISTICT OF LOUISANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION** | **Master File No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **MDL No. 2:14-MD-02592** |
| | **JUDGE ELDON E. FALLON** |
| **Baugh, Roberta**<br>Civil Action No.  2:19-cv-03688 | **MAGISTRATE JUDGE NORTH** |
| | **PLAINTIFFS RESPONSE TO ORDER TO** |
| **Yarbrough, Daniel**<br>Civil Action No.  2:19-cv-05281 | **SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANGEMENT ORDER 12A** |
| **Anderson, Samantha**<br>Civil Action No.  2:19-cv-03728 | **PLAINTIFFS MOTION TO DISMISS HYPOTHETICAL CONTRACT ACTION** |
| **Brown, Joyce**<br>Civil Action No.  2:19-cv-04464 | **AND ALL ORDERS ARISING FROM, RELATED TO OR IN RELIANCE THERE ON, PURSUANT TO RULES 12(b)(1),** |
| **Neal, Mark**<br>Civil Action No.  2:19-cv-05269 | **12(b)(6) AND  12(h)(3) AND VACATE ALL ORDERS ARISING FROM THE SAME.** |
| **Wetmore, William**<br>Civil Action No.  2:19-cv-03414 | **PLAINTIFFS MOTION FOR RELEIF FROM THE INSTANT ORDER TO SHOW CAUSE ORDER AS WELL AS XARELTO** |
| **Williams, Patricia**<br>Civil Action No.  2:19-cv-03431 | **MDL 2592 CASE MANAGEMENT ORDERS 9, 9A, 10, 10A, 11, 11A, 12,12A, and 12B** |
| **All Plaintiffs Similarly Situated** | **PURSUANT TO RULE 60(b)(4) AND FURTHER MOVES THIS COURT TO VACATE THESE ORDERS** |

<u>DECLARATION</u>

I, Tony Seaton, declare until penalty of perjury that the following is true and correct:

1.      I am over eighteen years of age and am competent to testify with respect to the matters set forth herein, all of which are based on personal knowledge.

2.      I am admitted to practice law in the State of Tennessee and am a Partner at the law firm of Law Offices of Seaton & Bates, which is counsel to the above-named plaintiffs

3.      This declaration is submitted on behalf of Plaintiffs in Sur Reply to Defendants Response and Objections to the Plaintiffs Motions filed and docketed at Rec. Doc. No. 17175.

4.      Defendants response docketed at Rec. Doc. No. 17353 in direct objection to the relief sought by plaintiffs brought pursuant to FED. R. CIV. P. 60 (b)(4), plaintiffs' motion for relief from the October 7, 2019 Show Cause Hearing. Defendants entered no direct objection to Plaintiffs motions bought Pursuant to FED. R. CIV. P. 12 (b)(1), FED. R. CIV. P. 12 (b)(6), and FED. R. CIV. P. 12 (b)(6), moving this court inter alia, to vacate all orders entered by this Honorable Court arising from, related to, referencing or dependent on the exitance of the private settlement agreement.

 /s/ Tony Seaton_____
    Tony Seaton