# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*KENNETH FANCHER v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04764-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Kenneth Fancher, files this Suggestion of Death upon the Record. Plaintiff Kenneth Fancher departed this world on or about January 30, 2019 during the pendency of this civil action.

Dated: October 16, 2019         Respectfully submitted,

                                                **WATTS GUERRA LLP**
                                                */s/ Ryan L. Thompson*
                                                Ryan L. Thompson
                                                TX State Bar No. 24046969
                                                5726 W. Hausman Rd., Suite 119
                                                San Antonio, TX 78249
                                                rthompson@wattsguerra.com
                                                (210) 448-0500
                                                (210) 448-0501 (Fax)

                                                *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on October 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> */s/ Ryan L. Thompson*
> Ryan L. Thompson