UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*KENNETH FANCHER v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04764-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Kenneth Fancher, by and through the undersigned counsel of record, moves this Court for an Order substituting Mary Fancher on behalf of decedent Kenneth Fancher. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Edgar Parks filed this present action on September 14, 2015.

2. Edgar Parks died on January 30, 2019.

3. On October 16, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Mary Fancher, surviving spouse of Kenneth Fancher, is a proper party to substitute for plaintiff-decedent Kenneth Fancher and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Mary Fancher, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: October 16, 2019     Respectfully submitted,

        **WATTS GUERRA LLP**
        */s/ Ryan L. Thompson*
        Ryan L. Thompson
        TX State Bar No. 24046969
        5726 W. Hausman Rd., Suite 119
        San Antonio, TX 78249
        rthompson@wattsguerra.com
        (210) 448-0500
        (210) 448-0501 (Fax)

        *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on October 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ryan L. Thompson*
        Ryan L. Thompson