UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2592 |
| ) | SECTION: L |
| ) ) | JUDGE ELDON E. FALLON |
| ) ) | MAG. JUDGE NORTH |
| This Document relates to: ) ) | JURY TRIAL DEMANDED |
| Robert Barber v. Janssen Research & Development, LLC, et al. ) ) | E.D. La. No. 2:19-cv-03331 |

## SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Tony Seaton, attorney for Plaintiff, Robert Barber, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, and hereby suggests upon the record that Robert Barber died on July 6, 2019.

Dated this the 17th day of October, 2019.

Respectfully submitted,

By: /s/ Tony Seaton
Tony Seaton, TN Bar #7279
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel For Plaintiff



Barber v. Janssen Research & Development, LLC, et al.
Suggestion of Death

Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, a copy of the above and foregoing Suggestion of Death has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Tony Seaton
Tony Seaton, TN Bar #7279
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel For Plaintiff