UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) **This Document relates to:** ) ) Daniel Yarbrough v. Janssen Research ) & Development, LLC, et al. ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH JURY TRIAL DEMANDED E.D. La. No. 2:19-cv-5281 |

## PLAINTIFF'S MOTION TO SUBSTITUTE

Comes now the Plaintiff, by and through counsel, and hereby files this Motion to Substitute the wife of Daniel Yarbrough, Cheryl Yarbrough, as a party plaintiff for the recently deceased Daniel Yarbrough pursuant to Federal Rule of Civil Procedure 25(a). In support of this Motion, the plaintiff states as follows:

1. A Complaint was filed with this Honorable Court on March 28, 2019, alleging negligence on behalf of the defendants.

2. The claim is currently in the discovery phase.

3. Cheryl Yarbrough suggests on the record of this Honorable Court that on May 20, 2019, Daniel Yarbrough passed away.

4. Federal Rule of Civil Procedure 25(a) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a).

5. This claim is based on the negligent design of a product by the defendant, and thus has not been extinguished.

1

6. Federal Rule of Civil Procedure 25(a) allows for substitution within 90 days after the death is suggested upon the record.

7. This Motion is filed concurrently with a Notice of Suggestion of Death.[1]

8. This Notice suggest to this Honorable Court that the plaintiff, Daniel Yarbrough, passed away on May 20, 2019 and this Motion is made within the required 90 day time frame.

9. Cheryl Yarbrough, surviving heir and wife of Daniel Yarbrough, is a proper party to substitute for plaintiff-decedent Daniel Yarbrough and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1).

10. Therefore, for all the foregoing reasons, the plaintiff requests that an order of substitution be entered substituting Cheryl Yarbrough as a party plaintiff in lieu of the original plaintiff Daniel Yarbrough who unfortunately passed away on May 20, 2019.

Respectfully submitted,

By: /s/ Tony Seaton
Tony Seaton, TN Bar #7279
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel For Plaintiff

---

[1] Notice of Suggestion of Death Attached as Exhibit 1.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, October 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing CM/ECF participants registered to receive service in this MDL.

/s/ Tony Seaton
Tony Seaton, TN Bar #7279
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tony@tonyseaton.com
Counsel For Plaintiff