UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**

*George Brady, et al. v. Janssen Research & Development LLC, et al*, 2:18-cv-06781
*Charles McMullen v. Janssen Research & Development LLC, et al*, 2:16-cv-17244
*Anthony Nigro v. Janssen Research & Development LLC, et al*, 2:17-cv-11052

## ORDER

Plaintiff's case was dismissed with prejudice at the Show Cause Hearing held on October 7, 2019. *See* R. Doc. 17359. Accordingly;

**IT IS ORDERED** that Plaintiff Counsel's Motion to Withdraw and to be Relieved from Appearing at the Show Cause Hearing on October 7, 2019, R. Doc. 17115, be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE