# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| This Document Relates to: | SECTION: L |
| | JUDGE FALLON |
| ROGER DALE JONES, Plaintiff | MAG. JUDGE NORTH |
| CIVIL ACTION NO.: **2:17-cv-2460** | |

## ORDER

A Show Cause Hearing was held before the Court on October 7, 2019 and the above-mentioned case was not dismissed at the hearing. *See* R. Doc. 17359. Accordingly, considering Plaintiff's Motion to Excuse Appearance at the October 7, 2019 Show Cause Hearing and for Plaintiff's Case Not to Be Dismissed, R. Doc. 17170;

**IT IS HEREBY ORDERED** that the Motion be and is **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of October, 2019.

_____
United States District Judge