# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXOBAN PRODUCTS LIABILITY LITIGATION  THIS DOCUMENT RELATES TO: | ) MDL NO. 2592 ) ) SECTION L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH ) |

| | |
|---|---|
| Dorothy Leach **Case No.: 3:14-cv-00989** | Austin Foster **Case No.: 2:16-cv-03044** |
| Jimmie Neeley **Case No.: 2:16-cv-02410** | George Sanders **Case No.: 2:15-cv-00541** |

## ORDER

The aforementioned Plaintiffs' cases were dismissed with prejudice at the October 7, 2019 Show Cause Hearing. *See* R. Doc. 17359. Accordingly, considering the foregoing Ex Parte Motion to Excuse Plaintiffs from Personally Appearing at the October 7, 2019 Show Cause Hearing, R. Doc. 17171;

**IT IS ORDERED** that the Motion be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana this  15th  day of October, 2019.

Eldon E. Fallon
United States District Court Judge