UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| *********************************************** | * | |

**THIS DOCUMENT RELATES TO:**

*Timothy R. McLean v. Janssen Research & Development LLC, et al*, 2:15-cv-04292

## ORDER

Plaintiff's case was dismissed with prejudice on October 3, 2019. *See* R. Doc. 17079. Moreover, the October 7, 2019 Order to Show Cause Hearing that is the subject of the pending Motion has already been held. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion Requesting to Be Excused from October 7, 2019 Hearing, R. Doc. 16471, be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of October, 2019.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE