UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : : *Shirley Palmer*, No. 2:14-cv-02918 : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW COMPLIANCE WITH CASE MANAGEMENT ORDER 12A**

Plaintiff was ordered to appear before the Court on October 7, 2019 to demonstrate that she had complied with CMO 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election form to participate in the proposed settlement. *See* Rec. Doc. Nos. 13608, 14877, 15257, 15416, 16218, 16219, 16868, 16875, and 17174. She failed to do this and failed to otherwise show good cause as to why her case should not be dismissed with prejudice. For the reasons set forth on the record during the October 7, 2019 Show Cause Hearing, the Show Cause Hearing for Plaintiff has been continued to **9:30 am CT on November 1, 2019**.

Plaintiff shall either appear before this Court at 9:30 am CT on November 1, 2019, in Courtroom C-468, U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana or call the Court at 9:30 am CT on November 1, 2019 to participate in this hearing. The dial-in information is as follows – Phone #: 877-336-1839; Access code: 4227405; Security code: 110119. Failure to do so will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this 16th day of October, 2019.

_____
United States District Judge

CC:   Shirley Palmer
      3820 Southwest Kensworth Drive
      Duncan, OK 73533