# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| CHARLES MARSH AS REPRESENTATIVE OF THE ESTATE OF VIOLA G. MARSH; RANDALL DOOLEY AS REPRESENTATIVE OF THE ESTATE OF MARGARET DOOLEY; GERALD WASHBURN; STEVEN W RAY AS REPRESENTATIVE OF THE ESTATE OF PENELOPE A. REIMERS; AND DIANTHA ZUNK<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE SHUSHAN<br><br><u>MOTION TO WITHDRAW DOCUMENTS</u><br><br>Civil Action Nos.:<br>17-cv-01522;<br>17-cv-06401;<br>17-cv-8437;<br>18-cv-5540; and<br>16-cv-17020 |

## <u>EX-PARTE MOTION TO WITHDRAW DOCUMENTS AND TO DIRECT CLERK TO REOPEN CASES</u>

NOW INTO COURT, by and through the undersigned counsel, comes Plaintiffs, nominated below, who respectfully move *Ex Parte* the Court for an Order withdrawing the documents set forth below and directing the Clerk of Court to re-open these cases.

1

Counsel filed a Stipulation of Dismissal with prejudice in each of the cases listed below under the erroneous belief that copies of Plaintiff's Stipulation for Dismissal were required to be filed with the Court, as well as submitted with the MDL Enrollment Package for the Xarelto Settlement Program. After entry of these documents, the Clerk subsequently closed the cases. Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

| MDL 2592 Doc. No. | Date Filed | Individual Case No. | Individual Case Doc. No. |
|---|---|---|---|
| 16450 | September 29, 2019 | Charles Marsh *as Representative of the Estate of Viola G. Marsh* 2:17-cv-01522-EEF-MBN | 6 |
| 16448 | September 29, 2019 | Randall Dooley *as Representative of the Estate of Margaret Dooley* 2:17-cv-06401-EEF-MBN | 6 |
| 16451 | September 29, 2019 | Gerald Washburn 2: 17-cv-8437-EEF-MBN | 5 |
| 16455 | September 29, 2019 | Steven W Ray *as Representative of the Estate of Penelope A. Reimers* 2: 18-cv-5540-EEF-MBN | 5 |
| 16454 | September 29, 2019 | Diantha Zunk 2: 16-cv-17020-EEF-MBN | 6 |

WHEREFORE, Plaintiffs respectfully request that the Court enter an order withdrawing the documents identified above from the Court's docket and direct the Clerk of Court to re-open the individual case files and grant any such other or further relief as the Court deems just and proper.

Respectfully submitted this 17th day of October, 2019.

Dated: October 17, 19                Respectfully Submitted,

                                     By:   /s/ Richard J. Hood
                                           Atlas Partners, LLP
                                           Richard J. Hood (CO #38565)
                                           789 Sherman Street, Ste. 420
                                           Denver, CO 80203
                                           Phone:  720-633-7939
                                           Fax:  303-362-6770
                                           rich@attorneysfor.us

                                           *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

| | |
|---|---|
| **Defense Lead Counsel:**<br>Susan Sharko, Esq.<br>Susan.sharko@dbr.com | **Plaintiffs' Lead Counsel:**<br>Brian Barr, Esq.<br>bbarr@levinlaw.com |
| Steven Glickstein, Esq.<br>sglickstein@kayescholer.com | Andy Birchfield, Esq.<br>Andy.Birchfield@BeasleyAllen.com |
| **Defendants' Liaison Counsel:**<br>James Irwin, Esq.<br>jirwin@irwinllc.com | **Co-Plaintiffs' Lead Counsel:**<br>Gerald Meunier, Esq.<br>gmeunier@gainsben.com |
| John Olinde, Esq.<br>olinde@chaffe.com | Leonard Davis, Esq.<br>ldavis@hhklawfirm.com |
| Dated: October 17, 19 | By: /s/ Richard J. Hood<br>*Attorney for Plaintiff* |