# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| CHARLES MARSH AS REPRESENTATIVE OF THE ESTATE OF VIOLA G. MARSH; RANDALL DOOLEY AS REPRESENTATIVE OF THE ESTATE OF MARGARET DOOLEY; GERALD WASHBURN; STEVEN W RAY AS REPRESENTATIVE OF THE ESTATE OF PENELOPE A. REIMERS; AND DIANTHA ZUNK<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE SHUSHAN<br><br><u>PROPOSED ORDER ON MOTION TO WITHDRAW DOCUMENTS</u><br><br>Civil Action Nos.:<br>17-cv-01522;<br>17-cv-06401;<br>17-cv-8437;<br>18-cv-5540; and<br>16-cv-17020 |

# **PROPOSED ORDER**

This matter comes before the Court on the Plaintiffs' *Ex Parte* Motion to Withdraw Documents.

| **MDL 2592**<br>**Doc. No.** | **Date Filed** | **Individual Case No.** | **Individual**<br>**Case Doc. No.** |
|---|---|---|---|
| 16450 | September 29, 2019 | Charles Marsh *as Representative of the Estate of Viola G. Marsh*<br>2:17-cv-01522-EEF-MBN | 6 |

1

Case 2:14-md-02592-EEF-MBN   Document 17381-1   Filed 10/17/19   Page 2 of 2

| | | | |
|---|---|---|---|
| 16448 | September 29, 2019 | Randall Dooley *as Representative of the Estate of Margaret Dooley*<br>2:17-cv-06401-EEF-MBN | 6 |
| 16451 | September 29, 2019 | Gerald Washburn<br>2:17-cv-8437-EEF-MBN | 5 |
| 16455 | September 29, 2019 | Steven W Ray *as Representative of the Estate of Penelope A. Reimers*<br>2:18-cv-5540-EEF-MBN | 5 |
| 16454 | September 29, 2019 | Diantha Zunk<br>2:16-cv-17020-EEF-MBN | 6 |

Accordingly; **IT IS ORDERED** that Plaintiffs' *Ex Parte* Motion to Withdraw Stipulations of Dismissal with Prejudice for the documents listed above is hereby **GRANTED**. The Clerk of Court is hereby directed to re-open the individual cases.

New Orleans, Louisiana this __ day of October 2019.

_____

United States District Judge

2