UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL 2592  SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Frances Boroughs v. Janssen Research & Development, LLC, et al.*
*CA#: 2:19-cv-07956-EEF-MBN*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, come Bradley Boroughs and Randall Boroughs, surviving sons of Frances Boroughs and Co-Executors of her estate, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully move this Court for an order substituting themselves on behalf of their deceased mother, Frances Boroughs.

1. A products liability lawsuit against Defendants was filed on behalf of Frances Boroughs on April 3, 2019.

2. Frances Boroughs died on January 1, 2018.

3. Frances Boroughs' products liability action against Defendants survived her death and was not extinguished.

4. On July 22, 2019, a Suggestion of Death was filed, attached hereto as "Exhibit A".

5. Bradley Boroughs and Randall Boroughs, surviving sons of Frances Boroughs and co-executors of her estate, are proper parties to substitute for Plaintiff-Decedent Frances Boroughs and have proper capacity to proceed forward with the surviving products liability on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative".

WHEREFORE, Counsel respectfully requests that this Honorable Court grant this Motion.

Dated: October 17, 2019        Respectfully Submitted


**ASHCRAFT & GEREL LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2019, a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their counsel in a matter authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ Michelle A. Parfitt
        Michelle A. Parfitt