# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION L** |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*Frances Boroughs. v. Janssen Research & Development, LLC, et al.*
*CA#: 2:19-cv-07956-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Bradley Boroughs and Randall Boroughs, surviving sons of Plaintiff-Decedent Frances Boroughs and Co-Executors of her estate, are substituted as Plaintiffs in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE