UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE MICHAEL NORTH |
| *Jeffrey May v. Janssen Research & Development LLC, et al; No. 2:15-cv-04344* | Civil Action No: 2:15-cv-04344 |

**PLAINTIFF JEFF MAY'S REQUEST FOR ORAL ARGUMENT AND TO APPEAR BY TELEPHONE ON HIS MOTION FOR RECONSIDERATION and MOTION TO REINSTATE**

Plaintiff Jeff May respectfully requests the Court hear oral argument on his Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims With Prejudice for Failure to Comply with Case Management Order 12A [Document 17359]. Plaintiff additionally requests his counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the Court understand the factual basis for the relief requested. Plaintiff believes that oral argument on his Motion should take five to ten minutes.

**Dated:** **October 17, 2019**

Respectfully submitted,

**MORRIS LAW FIRM**

By: /s/ James A. Morris
JAMES A. MORRIS, JR.
4111 W. Alameda Ave., Ste. 611
Burbank, CA 91505
Telephone: (747) 283-1144
Facsimile: (747) 283-1143
jmorris@jamlawyers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on October 17, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James A. Morris, Jr.