UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Rebecca A. Zurmuehlen v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:15-cv-6661**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO Court, through undersigned counsel, come Kevin K. Zurmuehlen and Kristen L. Lattimer, surviving children of Plaintiff-Decedent Rebecca A. Zurmuehlen and Joint Successor Trustees of her 2007 Trust, who respectfully move this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting themselves, on behalf of their deceased mother, Rebecca A. Zurmuehlen.

1. Rebecca A. Zurmuehlen filed a products liability lawsuit against Defendants on December 10, 2015.

2. Rebecca A. Zurmuehlen died on January 20, 2018.

3. Rebecca A. Zurmuehlen's product liability action against Defendants survived her death and was not extinguished.

4. On July 22, 2019, a Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Kevin K. Zurmuehlen and Kristen L. Lattimer, surviving children of Rebecca A. Zurmuehlen and Joint Successor Trustees of her Trust, are the proper parties to substitute for Plaintiff-Decedent Rebecca A. Zurmuehlen and have proper capacity to proceed forward with the surviving products liability claim on her behalf.

WHEREFORE, Counsel respectfully requests that this Honorable Court grant this Motion for Substitution.

Dated: October 17, 2019        Respectfully Submitted

**ASHCRAFT & GEREL LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their counsel in a matter authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michelle A. Parfitt
Michelle A. Parfitt