UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**
*Rebecca A. Zurmuehlen v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:15-cv-6661**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Kevin K. Zurmuehlen and Kristen L. Lattimer, surviving children of Rebecca A. Zurmuehlen and Joint Successor Trustees of her 2007 Trust, are substituted as Plaintiffs in the above captioned case.

New Orleans, Louisiana this _____day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE