UNITED STATES DISTRICT COURT
EASTER DISTICT OF LOUISANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION | Master File No. 2592<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br><br>**Ballard, Joseph**<br>Civil Action No 2:19-cv-00116<br>**Coffield, Janice**<br>Civil Action No. 2:19-cv-08505<br>**Eanni, Richard**<br>Civil Action No. 2:19-cv-08197<br>**Featherstone, Sean**<br>Civil Action No. 2:19-cv-08107<br>**Jones, Andrea**<br>Civil Action No 2:19-cv-08597<br>**Jordan, Anita**<br>Civil Action No 2:19-cv-08132<br>**Keller, Fred**<br>Civil Action No 2:19-cv-08312<br>**Molton, James**<br>Civil Action No 2:19-cv-08450<br>**Pollard, Lois**<br>Civil Action No 2:19-cv-08162<br>**Reed, Melissa**<br>Civil Action No 2:19-cv-08309<br>**Richardson, Acquanetta**<br>Civil Action No 2:19-cv-08434<br>**Smith, Yolanda**<br>Civil Action No 2:19-cv-08187<br>**Speece, Terry**<br>Civil Action No 2:19-cv-08148<br>**Wagner, Jacob**<br>Civil Action No 2:19-cv-08422<br>**White, Darrell**<br>Civil Action No 2:19-cv-08125<br>**Wilson, Dwana**<br>Civil Action No 2:19-cv-07976 | MDL No. 2:14-MD-02592<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' WHO HAVE FAILED TO COMPLY WITH CASE MANGEMENT ORDER 12A<br><br>PLAINTIFFS' MOTION TO DISMISS HYPOTHETICAL CONTRACT ACTION AND ALL ORDERS ARISING FROM, RELATED TO OR IN RELIANCE THERE ON, PURSUANT TO RULES 12(b)(1), 12(b)(6) AND 12(h)(3) AND VACATE ALL ORDERS ARISING FROM THE SAME.<br><br>PLAINTIFFS' MOTION FOR RELEIF FROM THE INSTANT ORDER TO SHOW CAUSE ORDER AS WELL AS XARELTO MDL 2592 CASE MANAGEMENT ORDERS 9, 9A, 10, 10A, 11, 11A, 12,12A, and 12B PURSUANT TO RULE 60(b)(4) AND FURTHER MOVES THIS COURT TO VACATE THESE ORDERS |

## DECLARATION OF ATTORNEY

I, MICHAEL D. WOLFF, ESQ., declare until penalty of perjury that the following is true and correct:

1. I am over eighteen years of age and am competent to testify with respect to the matters set forth herein, all of which are based on personal knowledge.

2. I am admitted to practice law in the State of New York, and am an attorney at the Law Offices of Sobo & Sobo, LLP, which is counsel to the above-named Plaintiffs.

3. This declaration is submitted on behalf of Plaintiffs in Sur-Reply to Defendants Response and Objections to the Plaintiffs Motions filed and docketed at Rec. Doc. No. 17338.

4. Defendants response docketed at Rec. Doc. No. 17353 in direct objection to the relief sought by plaintiffs brought pursuant to FED. R. CIV. P. 60 (b)(4), plaintiffs' motion for relief from the October 7, 2019 Show Cause Hearing. Defendants entered no direct objection to Plaintiffs motions bought Pursuant to FED. R. CIV. P. 12 (b)(1), FED. R. CIV. P. 12 (b)(6), and FED. R. CIV. P. 12 (b)(6), moving this court inter alia, to vacate all orders entered by this Honorable Court arising from, related to, referencing or dependent on the exitance of the private settlement agreement.

_____
Michael D. Wolff, Esq.