<pre>
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3      ****************************************************************

 4      IN RE:  XARELTO (RIVAROXABAN)
        PRODUCTS LIABILITY LITIGATION
 5

 6                             CIVIL ACTION NO. 14-MD-2592 "L"
                               NEW ORLEANS, LOUISIANA
08:26:04 7                     MONDAY, OCTOBER 7, 2019, 8:30 A.M.

 8
        THIS DOCUMENT RELATES TO
 9      VARIOUS CASES

10      ****************************************************************

11              TRANSCRIPT OF SHOW CAUSE HEARING PROCEEDINGS
                HEARD BEFORE THE HONORABLE ELDON E. FALLON
12                    UNITED STATES DISTRICT JUDGE

13
        APPEARANCES:
14

15      FOR THE PLAINTIFFS:     HERMAN HERMAN & KATZ
                                BY:  LEONARD A. DAVIS, ESQUIRE
16                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA  70113
17

18
                                GAINSBURGH BENJAMIN DAVID
19                              MEUNIER AND WARSHAUER
                                BY:  GERALD E. MEUNIER, ESQUIRE
20                                   CLAIRE BERG, ESQUIRE
                                2800 ENERGY CENTRE
21                              1100 POYDRAS STREET, SUITE 2800
                                NEW ORLEANS, LA  70163
22

23
                                BEASLEY ALLEN CROW METHVIN
24                              PORTIS & MILES
                                BY:  ANTHONY BIRCHFIELD JR., ESQUIRE
25                              POST OFFICE BOX 4160
                                MONTGOMERY, AL  36103
                        *OFFICIAL TRANSCRIPT*
</pre>

```
 1    APPEARANCES CONTINUED:

 2

 3                          LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
 4                          BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
 5                          PENSACOLA, FL  32502

 6

 7    FOR THE DEFENDANTS:   CHAFFE MCCALL
                            BY:  PETER J. ROTOLO, ESQUIRE
 8                          1100 POYDRAS STREET
                            NEW ORLEANS, LA  70163
 9

10

11                          DRINKER BIDDLE & REATH
                            BY:  CHANDA A. MILLER, ESQUIRE
12                          1 LOGAN SQUARE, SUITE 2000
                            PHILADELPHIA, PA  19103

13

14                          DRINKER BIDDLE & REATH
                            BY:  SUSAN M. SHARKO, ESQUIRE
15                          600 CAMPUS DRIVE
                            FLORHAM PARK, NJ  07932
16

17

18                          KAYE SCHOLER
                            BY:  STEVEN GLICKSTEIN, ESQUIRE
19                               ANDREW K. SOLOW, ESQUIRE
                            250 WEST 55TH STREET
20                          NEW YORK, NY  10019

21

22    ALSO PRESENT:         TREY ALLEN, ESQUIRE
                            RILEY BURNETT, ESQUIRE
23                          SALMON FALVEY, ESQUIRE
                            TUDOR FARCAS, ESQUIRE
24                          JUSTIN DUNLAP, ESQUIRE

25
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES:

 2

 3                         LISA GORSHE, ESQUIRE
                           JOHN STEWARD, ESQUIRE
 4                         SCOTT MORGAN, ESQUIRE
                           JOHN FOLEY, ESQUIRE
 5                         TARA KING, ESQUIRE

 6

 7                         CHRIS QUINN, ESQUIRE
                           DANIEL CARR, ESQUIRE
 8                         ADAM FUNK, ESQUIRE
                           ANDRÉ LAPLACE, ESQUIRE
 9                         MORRIS DWECK, ESQUIRE

10

11                         CHRISTINA FELLER, ESQUIRE
                           NATHAN BESS, ESQUIRE
12                         GLORIA BLAIR, ESQUIRE
                           BRIAN KINSLEY, ESQUIRE
13                         CHARLOTTE LONG, ESQUIRE

14

15                         JONATHAN SCHULMAN, ESQUIRE
                           MICHAEL DARLING, ESQUIRE
16                         JUSTIN BAILEY, ESQUIRE
                           BRADLEY HONNOLD, ESQUIRE
17                         JACOB FLINT, ESQUIRE

18

19   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
21                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
22                               Cathy_Pepper@laed.uscourts.gov

23

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

25
```

11:20:34

*OFFICIAL TRANSCRIPT*

1                          **I N D E X**

2

3                                                    <u>PAGE</u>

4

5      TREY ALLEN...................................... 21

6      GLORIA BLAIR................................... 26

7      BRIAN KINSLEY.................................. 29

8      RILEY BURNETT................................. 30

9      SALMON FALVEY................................. 36

10     TUDOR FARCAS.................................. 38

11     JUSTIN DUNLAP................................. 39

12     LISA GORSHE................................... 40

13     JOHN STEWARD................................. 44

14     SCOTT MORGAN................................. 48

15     JOHN FOLEY.................................... 50

16     TARA KING..................................... 51

17     CHRIS QUINN................................... 52

18     DANIEL CARR................................... 54

19     ADAM FUNK..................................... 54

20     ANDRÉ LAPLACE................................ 59

21     LUNCHEON RECESS.............................. 60

22     MORRIS DWECK................................. 62

23     CHRISTINA FELLER............................. 62

24     NATHAN BESS.................................. 63

25     DIANA YASTROVSKAYA........................... 65

                    *OFFICIAL TRANSCRIPT*

1   CATHERINE TOWNE...................................... 66

2   JACOB FLINT......................................... 68

3   BRADLEY HONNOLD..................................... 69

4   CHARLOTTE LONG...................................... 70

5   JUSTIN BAILEY....................................... 71

6   JONATHAN SCHULMAN................................... 72

7   CHARLOTTE LONG...................................... 78

8   MICHAEL DARLING..................................... 84

9

10

11

12  DESCRIPTION                                      PAGE

13

14  RECORD DOC. 17174................................... 14

15  RECORD DOC. 13608................................... 14

16  RECORD DOC. 14877................................... 15

17  RECORD DOC. 15257................................... 16

18  RECORD DOC. 15416................................... 16

19  RECORD DOC. 16218................................... 17

20  RECORD DOC. 16219................................... 17

21  RECORD DOC. 16218................................... 17

22  RECORD DOC. 16219...................................

23  RECORD DOC. 15416................................... 17

24  RECORD DOC. 16219................................... 17

25  RECORD DOC. 16868................................... 18

*OFFICIAL TRANSCRIPT*

```
 1    RECORD DOC. 16875...................................   18

 2    RECORD DOC. 17174...................................   18

 3    RECORD DOC. 17174...................................   21

 4    RECORD DOC. 17174...................................   23

 5    RECORD DOC. 17115...................................   24

 6    RECORD DOC. 17174...................................   61

 7    RECORD DOC. 17174...................................   75

 8    RECORD DOC. 17176...................................   76

 9    RECORD DOC. 15417...................................   76

10    RECORD DOC. 16220...................................   76

11    RECORD DOC. 16880...................................   77

12    RECORD DOC. 16887...................................   77

13    RECORD DOC. 17176...................................   77

14    RECORD DOC. 17174...................................   86
```

```
15

16

17

18

19

20

21

22

23

24

25
```

1          **P-R-O-C-E-E-D-I-N-G-S**

2          MONDAY, OCTOBER 7, 2019

3          M O R N I N G   S E S S I O N

4          (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Be seated, please.  Good morning, ladies

9    and gentlemen.

10              Let's call the case, please.

11          THE DEPUTY CLERK:  MDL 2592, In re:  Xarelto Products

12    Liability Litigation.

13          THE COURT:  Counsel, make your appearance for the

14    record, please.

15          MR. BIRCHFIELD:  Andy Birchfield on behalf of the

16    plaintiffs' steering committee.

17          MS. MILLER:  Good morning, Your Honor.  Chandra Sharko

18    on behalf of the defendants.

19          THE COURT:  Okay.  To put this matter into perspective

20    and to explain why we are here today, let me make a couple of

21    comments.  Civil litigation has changed since many of us in

22    this courtroom have been in law school.  We find that

23    particularly true in the complex litigation aspect.  Instead of

24    the one plaintiff, one defendant method, more and more cases

25    are being filed in groups.  Either because of cost, complexity,

*OFFICIAL TRANSCRIPT*

10:47:40  1    ease of communication, or advertising, we find that there are

10:47:45  2    more and more cases being filed in groups.

10:47:49  3              One method, of course, is the class-action

10:47:53  4    method, but with personal-injury cases, that method is not as

10:47:57  5    effective because of a predominance or the lack of

10:48:02  6    predominance.  As a result, many cases are being filed in the

10:48:06  7    MDL format, in the multidistrict litigation format.

10:48:11  8              The latest statistics indicate that between 40

10:48:15  9    and 45 percent of all civil litigation in the United States

10:48:22 10    District Court courts are in an MDL.  This one here today is

10:48:33 11    the Xarelto case.  It, by the way, was filed in December of

10:48:39 12    2014, so it's been with us about 5 years now.

10:48:44 13              Because of the numbers of cases, and this one has

10:48:51 14    30,000 individual cases in this lawsuit, we have to devise

10:48:57 15    methods, techniques, procedures to handle the cases.  Web sites

10:49:03 16    are set up for each MDL so that everybody can be kept advised

10:49:09 17    of the progress of the case.  Calendars are placed on the web

10:49:15 18    sites so everybody knows not only what has been done but what

10:49:19 19    will be done in the future.  It's accessible to everyone, not

10:49:23 20    only lawyers, not only litigants in this particular case but

10:49:27 21    the world.  It's a website open to everyone.

10:49:30 22              Committees have been to be formed because, in

10:49:32 23    this case, I have a little over a thousand lawyers in the case.

10:49:38 24    You can't have a case tried by a thousand lawyers, so

10:49:41 25    committees have to be formulated for that.

*OFFICIAL TRANSCRIPT*

10:49:45 1          We also use fact sheets in place of

10:49:50 2    interrogatories.  Interrogatories just do not work in this

10:49:54 3    particular type of case.  They are questions asked by lawyers

10:49:59 4    and answered by lawyers.  As a result, it generates a lot of

10:50:06 5    motion practice, and that slows down everything.  So in place

10:50:09 6    of interrogatories, we devised fact sheets.

10:50:13 7          The fact sheets are useful in trying to find out

10:50:18 8    information initially on the scope of the litigation.  We have

10:50:24 9    bellwether trials in this case.  We've had at least five

10:50:28 10   bellwether trials.  I moved one of the trials in Mississippi to

10:50:32 11   give the lawyers an opportunity to see other juries and how

10:50:36 12   other juries will deal with problems.

10:50:38 13          Finally, we get to what's called *vetting* or

10:50:42 14   *culling*, which is necessary in an MDL, which oftentimes is not

10:50:47 15   necessary in the usual one plaintiff, one defendant case.

10:50:55 16   Vetting comes in various stages.  I find that initial vetting,

10:51:00 17   particularly in product liability or pharmaceutical cases, is

10:51:04 18   very helpful to the parties.

10:51:07 19          With the fact sheets, we set them up so that

10:51:10 20   there is various chapters or sections.  The initial section or

10:51:16 21   chapter deals with the use of the person -- when did they use

10:51:20 22   the drug, when did they stop using the drug, if they stopped

10:51:24 23   using the drug, some basic proof that they took the drug,

10:51:30 24   whether it's a prescription, whether it's a letter from a

10:51:35 25   doctor, whether it's an affidavit from a rabbi or priest that I

*OFFICIAL TRANSCRIPT*

10:51:39  1   saw them take the drug.  That's enough to get through the

10:51:43  2   initial stage of taking the drug.

10:51:49  3              When the individual can't do that, I give them

10:51:51  4   notice of it.  I give them the opportunity to explain why they

10:51:54  5   don't have the information.  I set a rule to show cause why the

10:52:00  6   case should not be dismissed.  If they are taking a drug but

10:52:04  7   not Xarelto, they ought not to be in the Xarelto case; they

10:52:08  8   ought to be in another case.  So after setting those matters

10:52:11  9   for a rule to show cause and notifying the party, I dismiss the

10:52:18 10   case.

10:52:18 11              Another aspect of vetting comes when, after the

10:52:24 12   case is more mature, after the bellwether trials are taken and

10:52:29 13   the parties have an opportunity to look at the case, we then

10:52:32 14   have other stages of vetting.

10:52:36 15              After a number of trials in this case, the

10:52:38 16   parties got together and analyzed the case, and they were able

10:52:44 17   to come up with a settlement of the entire case, but the

10:52:50 18   settlement also requires some vetting.  Information has to be

10:52:55 19   obtained from the census of the litigation.

10:53:01 20              Those interested in participating in the

10:53:02 21   settlement have to present some information.  We designed

10:53:10 22   orders requiring the information to be set up and giving

10:53:20 23   parties a time to respond, and we're here today for a rule to

10:53:25 24   show cause why those cases should not be dismissed.

10:53:28 25              Cases of this sort bring to bear the best lawyers

*OFFICIAL TRANSCRIPT*

10:53:33  1    in the country generally handle these cases, but

10:53:37  2    notwithstanding their abilities, notwithstanding their

10:53:40  3    experience, they need to have some participation by their

10:53:44  4    client.  They have to have some active participation by the

10:53:52  5    client.

10:53:52  6             The client cannot just hire a lawyer and then

10:53:55  7    fade out, and then 5, 10, 15 years later make the first call to

10:54:02  8    the lawyer and say, How is my case doing?  It doesn't work that

10:54:07  9    way.  They have to be able to participate in the case.

10:54:10 10             People's lives move on.  We all know that.  All

10:54:15 11    lawyers know that.  They initially are very, very interested in

10:54:19 12    prosecuting their case, but as time goes on, they get married

10:54:23 13    or they have children or grandchildren or they move on to

10:54:27 14    different aspects in their life, and they don't want to deal

10:54:31 15    with it anymore, but they don't want to call the lawyer and

10:54:34 16    say, Forget my case; I'm going to do something else.  They

10:54:39 17    simply don't contact the lawyer.  They move to different

10:54:43 18    places.  They don't tell their lawyer.

10:54:45 19             It's not fair to the lawyers.  The lawyers spend

10:54:49 20    time, energy, money in prosecuting the case, and the least they

10:54:55 21    can do is expect their client to participate in some way,

10:55:00 22    shape, or form.  If they do move, let their lawyer know that

10:55:03 23    they've moved so that the lawyer can contact them.

10:55:08 24             As I say, there is a website in this particular

10:55:10 25    case.  The clients have an opportunity to look at the website

**OFFICIAL TRANSCRIPT**

10:55:15  1   every day if they want to to see what's happening in the case.

10:55:19  2   They know or should know or have the opportunity to know what's

10:55:24  3   happening in their case.

10:55:27  4           So I have done everything I can to encourage the

10:55:36  5   parties or the litigants to participate, to answer the inquiry,

10:55:44  6   to keep in touch with their lawyers, and these matters come

10:55:50  7   before me today to dismiss for a rule to show cause.

10:55:57  8           I'll hear from the parties at this time.

10:56:00  9           MR. BIRCHFIELD:  Thank you, Your Honor.  We certainly

10:56:05 10   appreciate the Court's indulgence this morning.  We have been

10:56:10 11   working with plaintiffs' counsel, with BrownGreer, and

10:56:13 12   defendants' counsel to resolve as many of these issues as we

10:56:17 13   can.

10:56:17 14           We are here on this order to show cause and the

10:56:21 15   plaintiffs that are on the show cause order that prompts this

10:56:26 16   hearing today.  There was a deadline, a court-imposed deadline

10:56:31 17   of August 5th for all plaintiffs to submit an election form

10:56:37 18   indicating whether they choose to participate in the settlement

10:56:41 19   or to not participate in the settlement program.  That is an

10:56:45 20   election form that required the client's signature.

10:56:48 21           There was an August 19th deadline for those who

10:56:52 22   did not want to participate in the settlement but wanted to

10:56:54 23   continue to litigate their case.  There was an August 19th

10:57:00 24   deadline for the client to sign that notice of intent form.

10:57:05 25           There was an extension of the August 5th deadline

*OFFICIAL TRANSCRIPT*

10:57:08  1  to September 4th, so the plaintiffs that did not sign on

10:57:16  2  August 5th or August 19th, they were given a September 4th

10:57:19  3  deadline.

10:57:20  4        The plaintiffs that are on the show cause order

10:57:25  5  are plaintiffs that our best information indicates they did not

10:57:30  6  comply with any of those three orders.

10:57:34  7        BrownGreer has a representative here this

10:57:37  8  morning, and any plaintiff that did appear -- and we did have

10:57:41  9  one plaintiff appear seeking to enroll -- we're accommodating

10:57:45 10  those.

10:57:48 11        Your Honor, one thing that I would ask the Court

10:57:50 12  to do is the order requires plaintiffs' counsel and the

10:57:56 13  plaintiffs to appear in court.  We have asked before but if you

10:58:02 14  would inquire as to whether any plaintiff is present in the

10:58:06 15  courtroom, that would be helpful.

10:58:08 16        THE COURT:  Okay.  Is there any plaintiff, any

10:58:11 17  litigant, any plaintiff litigant present in the courtroom?

10:58:11 18        (No verbal response.)

10:58:14 19        All of the lawyers are there.

10:58:19 20        MR. BIRCHFIELD:  Your Honor, at this point, we have

10:58:23 21  worked through a list with the defendants that are ready to

10:58:25 22  call.  There remains a number of firms with plaintiffs that

10:58:30 23  we're still attempting to resolve, but if we could address

10:58:34 24  these, and Ms. Miller will call this list and indicate whether

10:58:41 25  the plaintiffs have -- the firm has resolved their issues or if

*OFFICIAL TRANSCRIPT*

10:58:44  1    there are claims that are ready for the Court's ruling on the

10:58:50  2    order to show cause for dismissal.

10:58:53  3            THE COURT:  We'll do this by lawyers by firms; is that

10:58:56  4    right?

10:58:58  5            MS. MILLER:  Yes.

10:58:59  6            Thank you, Your Honor.  Chandra Miller speaking

10:59:03  7    for the defendants.

10:59:04  8            We are going to start by calling firm from

10:59:06  9    Record Doc. 17174 that was ordered -- entered for plaintiffs

10:59:11 10    who have failed to show compliance with CMO 12A.

10:59:15 11            There are a series of orders that led to today's

10:59:18 12    show cause hearing that are applicable to all of the plaintiffs

10:59:21 13    we'll be calling in this first group.  For efficiency's sake, I

10:59:26 14    would just like to go through them one time, but please know

10:59:28 15    that it's applicable to all of the plaintiffs we'll be calling.

10:59:32 16            The Court first issued CMO 12 on May 24, 2019.

10:59:38 17    As Your Honor noted, it's been available on the Court's

10:59:41 18    website, and it is docketed at Rec. Doc. 13608.  CMO 12

10:59:47 19    required plaintiffs who are enrolling in the Xarelto settlement

10:59:50 20    program to submit a signed enrollment election form electing to

10:59:54 21    proceed, and required all other plaintiffs to complete and sign

10:59:57 22    a notice of intent to proceed with the litigation.

10:59:59 23            As Mr. Birchfield pointed out, the original

11:00:03 24    deadlines were set in August to submit these documents, and

11:00:06 25    CMO 12 advised plaintiffs that failure to comply with it would

*OFFICIAL TRANSCRIPT*

11:00:10 1   subject the plaintiff's case to dismissal with prejudice.

11:00:14 2           On August 8th, the Court then issued CMO 12A,

11:00:17 3   which is available on the Court's website and has been docketed

11:00:21 4   at Rec. Doc.  14877.  Pursuant to CMO 12A, all plaintiffs who

11:00:28 5   are not eligible for the settlement program or who did not

11:00:32 6   intend to participate in the Xarelto settlement program were

11:00:35 7   required to submit a notice of intent to proceed signed by the

11:00:38 8   plaintiff or his or her legal representative no later than

11:00:42 9   August 19th.

11:00:42 10          Also pursuant to CMO 12A, plaintiffs who were

11:00:47 11  eligible for and intended to enroll in the Xarelto settlement

11:00:53 12  program were required to submit a complete and fully executed

11:00:57 13  enrollment election form no later than September 4, 2019.

11:01:01 14          CMO 12A again advised plaintiffs that failure to

11:01:04 15  comply with it could subject their case to dismissal with

11:01:08 16  prejudice subject to a show cause hearing.

11:01:11 17          CMO 12A also advised plaintiffs that if a

11:01:14 18  plaintiff failed to comply with the order they would be deemed

11:01:16 19  to have abandoned their cases.

11:01:18 20          Finally, plaintiffs were advised that if they

11:01:20 21  were not compliant with CMO 12A, either the plaintiff or his or

11:01:25 22  her legal representative would be required to attend a show

11:01:29 23  cause hearing in person unless excused by formal order based on

11:01:33 24  a timely showing by a timely motion showing good cause why

11:01:37 25  attendance would be impossible.

**OFFICIAL TRANSCRIPT**

CMO 12A also advised counsel that any lawyers who represented noncompliant plaintiffs would be required to attend the show cause hearing in person.

On August 29, 2019, the Court issued CMO 12B, which is available on the Court's website docketed at Rec. Doc. 15257.  CMO 12B set forth the process by which the Court is enforcing CMO 12A.

CMO 12B again advised plaintiffs that plaintiffs who did not comply with CMO 12A would be deemed to have abandoned their cases and that their cases would be subject to dismissal with prejudice at an order to show cause hearing. CMO 12B again reminded plaintiffs and their counsel of the personal attendance requirement at the show cause hearing.

On September 10th, the plaintiffs' steering committee and defendants provided the Court with an initial list of the plaintiffs who had not complied with CMO 12A.  The Court then issued a show cause hearing for these plaintiffs. That order is available on the Court's website and was docketed at Record Doc. 15416.

The September 10th order originally scheduled the show cause hearing for September 25th.  The order advised plaintiffs that at the show cause hearing they would have to either demonstrate compliance with CMO 12A or otherwise show good cause why their actions should not be dismissed with prejudice.  The order reiterated the personal appearance

*OFFICIAL TRANSCRIPT*

11:03:05  1    requirements for plaintiffs and then counsel that were set

11:03:07  2    forth in CMO 12A.

11:03:09  3                On September 20th, the Court issued another

11:03:12  4    order, Rec. Doc. 16218, which advised plaintiffs that the show

11:03:18  5    cause hearing was being continued to today.

11:03:20  6                Also on September 20th, the Court issued a

11:03:23  7    supplemental order to show cause for additional plaintiffs who

11:03:26  8    had been identified as failing to comply with CMO 12A.  This

11:03:30  9    order is available on the Court's website and is docketed at

11:03:34 10    Rec. Doc. 16219.

11:03:36 11                The supplemental order also scheduled a show

11:03:40 12    cause hearing for today for plaintiffs to either demonstrate

11:03:43 13    compliance with CMO 12A or otherwise show good cause why their

11:03:49 14    actions should not be dismissed with prejudice.  The order also

11:03:51 15    reiterated the personal appearance requirements for plaintiffs

11:03:55 16    and their counsel that were set forth in CMO 12A.

11:03:58 17                In both of the September 20th orders,

11:04:01 18    Rec. Doc. 16218 and Rec. Doc. 16219, the Court asked the PSC and

11:04:07 19    defendants to submit revised lists of plaintiffs whose

11:04:12 20    noncompliance with CMO 12A continued on October 1st.  These

11:04:16 21    revised lists were submitted to the Court.

11:04:19 22                On October 2nd the Court issued supplemental

11:04:22 23    orders identifying those plaintiffs whose noncompliance with

11:04:26 24    CMO 12A continued.  These were the same plaintiffs who had been

11:04:31 25    listed on orders going back to Rec. Doc. 15416 and 16219.  The

*OFFICIAL TRANSCRIPT*

11:04:37  1    October 2nd orders were available on the Court's website and

11:04:41  2    are docketed at Rec. Doc. 16868 and 16875.

11:04:47  3                The October 2nd orders reminded these plaintiffs

11:04:51  4    that the show cause hearing was scheduled for today and that

11:04:53  5    the plaintiffs would have to demonstrate compliance with

11:04:57  6    CMO 12A or otherwise show good cause why their actions should

11:05:00  7    not be dismissed with prejudice.  The order also reminded

11:05:04  8    plaintiffs and their counsel of the personal appearance

11:05:06  9    requirements set forth in CMO 12A.

11:05:09 10                Then on October 4th, the Court issued second

11:05:12 11    supplemental orders to identify those plaintiffs who remained

11:05:16 12    noncompliant with CMO 12A as of the morning of October 4th.

11:05:21 13    The October 4th order reminded these plaintiffs that the show

11:05:25 14    cause hearing was scheduled for today and that the plaintiffs

11:05:27 15    would have to demonstrate compliance with CMO 12A or otherwise

11:05:32 16    show good cause why their actions should not be dismissed with

11:05:35 17    prejudice.  The order again reminded plaintiffs and their

11:05:38 18    counsel of the personal appearance requirements set forth in

11:05:41 19    CMO 12A.  That order is available on the Court's website and

11:05:44 20    was docketed at Rec. Doc. 17174.

11:05:49 21                In sum, the plaintiffs and their counsel have

11:05:52 22    been on notice for many months of the plaintiffs' obligations

11:05:55 23    to comply with CMO 12A.  Compliance with CMO 12A is simple.  It

11:06:00 24    requires the plaintiff or his or her legal representative to do

11:06:04 25    one of the following:

**OFFICIAL TRANSCRIPT**

11:06:05  1            Sign a notice of intent to proceed if the

11:06:08  2     plaintiff is not eligible to participate in the settlement

11:06:11  3     program or prefers to litigate rather than participate in the

11:06:15  4     parties' proposed settlement program;

11:06:18  5            Two, sign an enrollment form that the plaintiff

11:06:21  6     is eligible for and desires to participate in the parties'

11:06:24  7     proposed settlement, or;

11:06:25  8            Three, dismiss the action with prejudice.

11:06:28  9            That brings us to today's hearing where we have

11:06:31 10     approximately 1,000 plaintiffs who have been identified as not

11:06:34 11     complying with CMO 12A.

11:06:36 12            Pursuant to the Court's orders, we ask that they

11:06:39 13     be asked to either demonstrate compliance with CMO 12A or

11:06:42 14     otherwise show good cause why their cases should not be

11:06:45 15     dismissed with prejudice.

11:06:46 16            As we discussed, Your Honor, we will call them up

11:06:48 17     by law firm.  There have been a few that since Friday morning

11:06:52 18     have complied.  I will identify those as the firms are called.

11:06:57 19     We will also ask if any of the firms are in attendance or if

11:07:00 20     the plaintiffs are in attendance.

11:07:03 21        MR. BIRCHFIELD:  Thank you.

11:07:03 22            Your Honor, before Ms. Miller begins going down

11:07:06 23     the list, the plaintiffs' executive committee, members of the

11:07:11 24     plaintiffs' steering committee are here this morning.  We've

11:07:14 25     had the opportunity to meet with the plaintiffs' counsel that

*OFFICIAL TRANSCRIPT*

11:07:16  1    have appeared for the show cause hearing, and we will submit a

11:07:22  2    sign-in list for those for ease of the record.

11:07:25  3            Your Honor, we've had the opportunity to discuss

11:07:28  4    with plaintiffs' counsel.  Plaintiffs' counsel have made

11:07:31  5    diligent efforts to obtain compliance to the Court's orders

11:07:35  6    from these plaintiffs, and I want to make that representation

11:07:40  7    to the Court.  Each of the plaintiffs' counsel that is here

11:07:43  8    have assured us that diligent efforts have been made with their

11:07:48  9    clients to procure compliance with the Court's order.

11:07:52 10            There are a handful, Your Honor, where

11:07:56 11    plaintiffs' counsel have been instructed by their clients that

11:08:03 12    they no longer want their representation and firms have filed

11:08:08 13    motions to withdraw in those cases.  Notwithstanding the fact a

11:08:13 14    motion to withdraw was submitted to the Court, the plaintiffs'

11:08:18 15    counsel did notify the claimants of the Court's order to appear

11:08:23 16    in court.

11:08:23 17        THE COURT:  Okay.  I'm familiar with the efforts of

11:08:28 18    counsel, particularly those that appear on the list.  These

11:08:31 19    individuals have gone above and beyond to try to reach their

11:08:36 20    client.  Many of them have hired private investigators at their

11:08:41 21    cost to do investigations to try to find their clients.

11:08:47 22            They're trying to communicate with clients, but

11:08:55 23    letters come back not answered or letters come back marked

11:08:58 24    *moved* or letters have just not been responded to, but it's not

11:09:03 25    the fault of the lawyers.  The lawyers in this case have gone

*OFFICIAL TRANSCRIPT*

11:09:07 1   above and beyond what they need to do to protect themselves

11:09:12 2   from any litigation.

11:09:13 3           I'm familiar with it, and I feel that they have

11:09:17 4   gone above and beyond, and it's no fault at all on the lawyers.

11:09:23 5   It's the clients have to be in contact with their lawyers, and

11:09:28 6   they have to respond to their lawyers.  They can't just ignore

11:09:32 7   it.  We've given so many opportunities, and so it's not the

11:09:36 8   fault of the lawyers.

11:09:40 9           MS. MILLER:  Thank you, Your Honor.

11:09:40 10          The first firm with cases appearing on the list

11:09:43 11  is Allen & Nolte.  They had 19 cases that were listed in rows 1

11:09:47 12  through 19 of Rec. Doc. 17174.

11:09:52 13          Since Friday, 10 of those cases have either come

11:09:56 14  into compliance with CMO 12A or have dismissed the cases with

11:10:00 15  prejudice.  Those are the cases appearing in rows 2, 3, 9, 10,

11:10:07 16  11, 12, 14, 16, 17, and 19.

11:10:13 17          We are now ready to address the remain 9 cases to

11:10:18 18  either show cause why they have complied with CMO 12A or be

11:10:24 19  dismissed with prejudice.

11:10:24 20          Is there anyone here from Allen & Nolte?

11:10:27 21          MR. ALLEN:  Yes.  Trey Allen for the plaintiffs.

11:10:27 22          THE COURT:  Come forward.  Why don't you make your

11:10:42 23  appearance for the record, please.

11:10:43 24          MR. ALLEN:  Trey Allen for the plaintiffs.

11:10:47 25          THE COURT:  Okay.

*OFFICIAL TRANSCRIPT*

11:10:47  1          MS. MILLER:  Thank you, Your Honor.

11:10:48  2              The 9 cases that are listed for Allen & Nolte,

11:10:53  3     rows 1, 4, 5, 6, 7, 8, 13, 15, and 18 have not complied with

11:11:05  4     CMO 12A, and we ask that they be dismissed with prejudice.

11:11:09  5          THE COURT:  Anything from plaintiffs' counsel?

11:11:09  6          MR. ALLEN:  We cannot show cause today why they should

11:11:12  7     not be dismissed, Your Honor.

11:11:13  8          THE COURT:  I'm familiar with this firm, and they have

11:11:15  9     done everything possible.  I'm aware of the attempts that they

11:11:20 10     made to contact their client.  As I say, they've gone above and

11:11:25 11     beyond, and I appreciate you being here today, but we're going

11:11:28 12     to have to dismiss the case.

11:11:31 13          MR. ALLEN:  Thank you, Your Honor.

11:11:33 14          THE COURT:  Thank you very much.  The Court will

11:11:34 15     dismiss those cases.

11:11:35 16          MS. MILLER:  Thank you, Your Honor.

11:11:36 17              Your Honor, we are at this time also going to

11:11:39 18     call the cases for the Mulligan Law Firm.  The Mulligan

11:11:43 19     Law Firm had 22 cases listed on the order.  They were appearing

11:11:48 20     at rows 914 through 935.

11:11:52 21              Three cases have come into compliance with

11:11:55 22     CMO 12A.  Those are the cases appearing in rows 914, 916, and

11:12:01 23     935.

11:12:02 24              The remaining 19 cases from The Mulligan Law Firm

11:12:06 25     group have not complied with CMO 12A, and we ask that they be

*OFFICIAL TRANSCRIPT*

1    dismissed with prejudice.  I believe he's here to speak on

2    behalf of the Mulligan firm as well.

3        MR. ALLEN:  Your Honor, I'm here on behalf of The

4    Mulligan Law Firm.  Mr. Mulligan passed away, and his firm has

5    wound down.  I'm here on behalf of the estate.

6         Attempts have been made to contact all of these

7    people, multiple attempts, and at this point in time I cannot

8    show cause why they should not be dismissed.

9        THE COURT:  I'm familiar with that tragedy, and

10    notwithstanding that tragedy, the firm went forward and tried

11    to reach these individuals and done everything they can,

12    expended money, in fact, to try to find them, and they weren't

13    able to do so.

14         As I say, the litigants have a responsibility to

15    keep in touch with their lawyers and let their lawyers know

16    where they are or respond to their correspondence, so I'll

17    dismiss the cases.

18        MR. ALLEN:  Thank you very much.

19        MS. MILLER:  Your Honor, the next firm with cases

20    appearing on Rec. Doc. 17174 is Ashcraft & Gerel.  They have

21    3 cases, all of which are appearing in rows 24 through 26 of

22    the order.  These cases have not -- these plaintiffs have not

23    complied with CMO 12A, and we ask that they be dismissed with

24    prejudice.

25        THE COURT:  Is anybody here from that firm?

*OFFICIAL TRANSCRIPT*

11:13:24 1        MS. MILLER:  Mr. Davis is here on behalf of this firm.

11:13:27 2        MR. DAVIS:  Good morning, Your Honor.  Plaintiffs'

11:13:28 3  coliaison counsel Leonard Davis appearing on for

11:13:32 4  Ashcraft & Gerel.

11:13:33 5            What was stated a moment ago is correct -- that's

11:13:35 6  George Brady, Charles McMullen, and Anthony Nigro -- and

11:13:41 7  efforts to locate them were set forth in Rec. Doc. 17115.

11:13:45 8        THE COURT:  I did receive that, and again, it's not the

11:13:49 9  fault of the lawyers.  It's the fault of the client.  I'll

11:13:53 10  dismiss it for failure to comply.

11:13:54 11           Let's give the names of the people when you

11:13:56 12  dismiss.

11:13:56 13        MS. MILLER:  Yes.  Can we submit it after the hearing,

11:14:00 14  Your Honor?

11:14:00 15        THE COURT:  Let's go forward with that.

11:14:00 16        MS. MILLER:  Thank you, Your Honor.

11:14:03 17        MR. BIRCHFIELD:  Your Honor, if it's okay, we will call

11:14:05 18  the list of the firms, and we've worked through those, and we

11:14:09 19  will submit to the Court a list of the cases that are subject

11:14:13 20  to the dismissal.

11:14:15 21        THE COURT:  Okay.

11:14:15 22        MS. MILLER:  Thank you, Your Honor.  Next is

11:14:22 23  Avram Blair & Associates.  They have 9 cases.  The cases are

11:14:25 24  appearing in lines 27 through 35.  All plaintiffs from the

11:14:32 25  Avram Blair & Associates remain noncompliant with CMO 12A.

*OFFICIAL TRANSCRIPT*

11:14:37  1          Bachus & Schanker has 3 cases appearing on the

11:14:40  2     list, rows 61 to 63.  None of these plaintiffs have complied

11:14:45  3     with CMO 12A.

11:14:47  4          Beacon Legal Group has 1 case appearing in

11:14:51  5     row 76.

11:14:53  6          Beasley Allen has 1 case.

11:14:55  7          THE COURT:  Do you want to speak on -- wait, somebody

11:14:58  8     is there.

11:14:58  9          MS. BLAIR:  I thought you were going to call me.

11:15:00 10          THE COURT:  Are you going to call her?

11:15:03 11          MR. BIRCHFIELD:  Your Honor, we have discussed with the

11:15:08 12     plaintiffs' counsel, and I made the representations on behalf

11:15:12 13     of everyone, so unless someone has, you know, any additional

11:15:16 14     information to add, I think we would be okay just calling the

11:15:21 15     list of firms that are subject to this, and then we can submit

11:15:25 16     the list to the Court, if that's okay.

11:15:28 17          THE COURT:  That's fine.  If anybody wants to speak in

11:15:30 18     the audience, please feel free to do so, and the Court will

11:15:33 19     certainly listen to you.

11:15:50 20          MS. MILLER:  Your Honor, if you could give us one

11:15:52 21     minute, please.

11:16:07 22          Your Honor, if we could return to

11:16:09 23     Avram Blair & Associates.  They have 9 cases appearing in lines

11:16:12 24     27 through 35.

11:16:13 25          Is there everyone from Avram and Blair here to

*OFFICIAL TRANSCRIPT*

11:16:17  1    make any representations not already presented by the PSC?

11:16:28  2            THE COURT:  You can come forward if you would like.

11:16:28  3            MS. BLAIR:  I am, Your Honor.  Gloria Blair.

11:16:40  4            THE COURT:  Okay.  Ms. Blair.

11:16:42  5            MS. BLAIR:  We have made multiple efforts to contact

11:16:45  6    these clients.  We've had private investigators.  We have

11:16:50  7    exhausted every email, every address possible to no avail.

11:16:56  8            THE COURT:  Yes, I'm aware of the actions that you've

11:16:59  9    taken.  You've gone above and beyond the call of duty.  You've

11:17:04 10    done everything you possibly can to reach these clients.

11:17:07 11    You've expended money on your behalf to try to find them, and

11:17:12 12    notwithstanding that they haven't come forward.  We've notified

11:17:15 13    them.  Apparently they want to move on with their life, and

11:17:21 14    they have a right to do that, so I'll dismiss the case.

11:17:24 15            Thank you for being here.

11:17:25 16            MS. BLAIR:  Thank you.

11:17:26 17            MS. MILLER:  Thank you.

11:17:27 18            Your Honor, Bachus & Schanker had 3 cases

11:17:30 19    appearing in row 61 to 63.  These plaintiffs are noncompliant

11:17:35 20    with CMO 12A.  We ask that they be dismissed with prejudice.

11:17:40 21            Is anyone here on behalf of Bachus & Schanker?

11:17:45 22            (No verbal response.)

11:17:45 23            THE COURT:  I understand that they have done everything

11:17:47 24    possible to reach their clients.  Notwithstanding their

11:17:50 25    Herculean efforts, they haven't been able to do so, and the

*OFFICIAL TRANSCRIPT*

11:17:55  1    clients have not responded.  I'll dismiss them with prejudice.

11:17:58  2         MS. MILLER:  Next, Your Honor, is Beacon Legal Group

11:18:01  3    has 1 case appearing in row 76.  The plaintiff has not complied

11:18:05  4    with CMO 12A.  We ask that it be dismissed with prejudice.

11:18:10  5              Is anyone here on behalf of Beacon Legal Group?

11:18:14  6              (No verbal response.)

11:18:14  7         THE COURT:  The same.  The Court will dismiss that with

11:18:16  8    prejudice.

11:18:17  9         MS. MILLER:  Next is Beasley Allen has 1 case in

11:18:21 10    row 77.  The plaintiff is noncompliant with CMO 12A.  We would

11:18:25 11    ask that the case be dismissed with prejudice.  I believe

11:18:28 12    Mr. Birchfield has spoken to this case.

11:18:30 13         THE COURT:  Again, for the same reasons I'll dismiss

11:18:33 14    the case with prejudice.  Notwithstanding their efforts, they

11:18:37 15    haven't responded.  The Court will dismiss the case.

11:18:41 16         MS. MILLER:  Next is Bertram & Graf, 1 case appearing

11:18:45 17    in row 79.  The plaintiff has not complied with CMO 12A.  We

11:18:51 18    would ask that case be dismissed with prejudice.

11:18:54 19              Is anyone here on behalf of Bertram & Graf?

11:18:58 20              (No verbal response.)

11:18:58 21         THE COURT:  The same.  Dismissed with prejudice.

11:18:59 22         MS. MILLER:  Thank you, Your Honor.

11:19:00 23              Next is Boudreaux & Dahl.  We have 3 cases

11:19:03 24    appearing in row 80 to 82.  The plaintiffs have not complied

11:19:06 25    with CMO 12A.  We would ask that the cases be dismissed with

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 11:19:09 1 | prejudice. |
| 11:19:10 2 | THE COURT:  Is anyone here? |
| 11:19:13 3 | MS. MILLER:  Is anyone here on behalf of |
| 11:19:15 4 | Boudreaux & Dahl? |
| 11:19:15 5 | (No verbal response.) |
| 11:19:16 6 | THE COURT:  The Court will dismiss those with |
| 11:19:18 7 | prejudice. |
| 11:19:19 8 | MS. MILLER:  Thank you, Your Honor. |
| 11:19:19 9 | Next is the Brad Morris Law Firm, 1 case |
| 11:19:24 10 | appearing in row 83.  The plaintiff has not complied with |
| 11:19:28 11 | CMO 12A.  We ask that the case be dismissed with prejudice. |
| 11:19:32 12 | Is there anyone here on behalf of the Brad Morris |
| 11:19:35 13 | firm? |
| 11:19:35 14 | (No verbal response.) |
| 11:19:36 15 | THE COURT:  The same.  Dismissed with prejudice. |
| 11:19:37 16 | MS. MILLER:  Thank you, Your Honor. |
| 11:19:38 17 | Next is the Brady Law Group, 2 cases in rows 84 |
| 11:19:43 18 | to 85.  The plaintiffs have not complied with CMO 12A.  We |
| 11:19:46 19 | would ask that the cases be dismissed with prejudice. |
| 11:19:49 20 | Is anyone here from the Brady Law Group? |
| 11:19:49 21 | (No verbal response.) |
| 11:19:55 22 | THE COURT:  Dismissed with prejudice. |
| 11:19:56 23 | MS. MILLER:  Next is Brown and Crouppen, 1 case |
| 11:20:00 24 | appearing in row 86.  The plaintiff has not complied with |
| 11:20:03 25 | CMO 12A.  We would ask that the case be dismissed with |

**OFFICIAL TRANSCRIPT**

11:20:05 1    prejudice.

11:20:06 2                  Is anyone here on behalf of Brown and Crouppen?

11:20:06 3                  (No verbal response.)

11:20:10 4         THE COURT:  Dismissed with prejudice.

11:20:10 5         MS. MILLER:  The next firm is Burke Harvey with

11:20:18 6    19 cases appearing on the order appearing in rows 87 through

11:20:22 7    105.  We would ask that the cases be dismissed with prejudice

11:20:25 8    for failure to comply with CMO 12A.

11:20:29 9                  Is anyone here on behalf of Burke Harvey?

11:20:32 10        MR. KINSLEY:  Yes, Brian Kinsley.  Good morning,

11:20:44 11   Your Honor.

11:20:45 12        THE COURT:  Good morning.

11:20:45 13        MR. KINSLEY:  I have -- we have exhausted all efforts

11:20:49 14   to attempt to locate these clients, hiring a private

11:20:53 15   investigator, as well as Internet searches, multiple mailings

11:20:53 16   and so forth.

11:20:58 17                  I let defense counsel know that I'm also here

11:20:59 18   representing Crumley Roberts as well, and we have a couple of

11:21:02 19   extra cases on the no show causes.

11:21:04 20        THE COURT:  Okay.  I appreciate all of your efforts to

11:21:07 21   do so, and you've gone above and beyond, and I appreciate your

11:21:10 22   even being here today.  Notwithstanding, I'll dismiss the case

11:21:10 23   with prejudice.

11:21:14 24        MR. KINSLEY:  All right.  Thank you, Your Honor.

11:21:14 25        MS. MILLER:  Thank you, Your Honor.

*OFFICIAL TRANSCRIPT*

11:21:15  1          For the record, the two Crumley Roberts cases

11:21:17  2   that counsel referred appear in rows 130 to 131.

11:21:21  3          The Burnett Law Firm has 2 cases appearing at

11:21:24  4   rows 106 to 107.  I would ask that the plaintiffs be dismissed

11:21:28  5   with prejudice for failure to comply with CMO 12A.

11:21:32  6          Is anyone here from The Burnett Law Firm?

11:21:35  7          MR. BURNETT:  Yes, Your Honor.  Riley Burnett for

11:21:38  8   The Burnett Law Firm.  As with other counsel, we have made

11:21:41  9   repeated efforts to contact our clients and requested that they

11:21:42 10   be here.

11:21:43 11          THE COURT:  Okay.  I appreciate you being here, and I

11:21:45 12   know you've done a lot to try to get them, so notwithstanding

11:21:49 13   that, they have not responded.  It's not the lawyer's fault,

11:21:52 14   it's the clients for failure to do that.  I dismiss it with

11:21:56 15   prejudice.

11:21:56 16          Thank you for being here.

11:21:57 17          MR. BURNETT:  Yes, sir.  If you're done, are we

11:21:59 18   excused, those are of us that you called?

11:22:02 19          THE COURT:  Yes.  That's fine.  That's fine.

11:22:08 20          Okay.  If we've covered your cases, please feel

11:22:11 21   free to leave.  I appreciate your staying.  We had some issues

11:22:15 22   that took a little time, but thank you for being here.

11:22:17 23          MS. MILLER:  Your Honor, next on the list is Callahan &

11:22:21 24   Blaine.  They have 8 cases appearing in rows 109 through 116.

11:22:25 25   We would ask that the cases be dismissed with prejudice for

*OFFICIAL TRANSCRIPT*

11:22:28  1    failure to comply with CMO 12A.

11:22:31  2              Is anyone here from Callahan & Blaine?

11:22:33  3              (No verbal response.)

11:22:33  4         THE COURT:  I dismiss those with prejudice.

11:22:36  5         MS. MILLER:  Next, Your Honor, is Carey Danis & Lowe.

11:22:39  6    They have 1 case appearing in row 117.  We would ask that the

11:22:43  7    case be dismissed with prejudice for failure to comply.

11:22:47  8              Is anyone one here from Carey Danis & Lowe?

11:22:51  9              (No verbal response.)

11:22:51  10        THE COURT:  Let it be dismissed with prejudice.

11:22:53  11        MS. MILLER:  The next case is Cates Mahoney.  It has

11:22:59  12   1 case appearing in row 118.

11:23:02  13             Is anyone here on behalf of Cates Mahoney?

11:23:07  14             (No verbal response.)

11:23:07  15        THE COURT:  Let it be dismissed with prejudice.

11:23:12  16        MS. MILLER:  Childers Schlueter & Smith has 3 cases

11:23:14  17   appearing on the order.  They are in rows 120 through 122.

11:23:19  18             Is anyone here on behalf of Childers Schlueter &

11:23:22  19   Smith?

11:23:23  20             (No verbal response.)

11:23:23  21        THE COURT:  Let those cases be dismissed with

11:23:25  22   prejudice.

11:23:26  23        MS. MILLER:  The Cochran Legal Group has 6 cases

11:23:31  24   appearing on the order in rows 123 to 128.

11:23:36  25             Is anyone here on behalf of The Cochran Legal

*OFFICIAL TRANSCRIPT*

11:23:39 1   Group?

11:23:39 2                     (No verbal response.)

11:23:40 3          THE COURT:  Let those cases be dismissed with

11:23:42 4   prejudice.

11:23:42 5              MS. MILLER:  Thank you, Your Honor.

11:23:45 6                  Criden & Love has 1 case appearing in row 129.

11:23:49 7                  Is anyone here on behalf of Criden & Love?

11:23:54 8                  (No verbal response.)

11:23:54 9          THE COURT:  Let the cases be dismissed --

11:23:57 10         MS. MILLER:  We would ask that the case be dismissed

11:23:59 11  with prejudice.

11:23:59 12         THE COURT:  Go ahead.  It will be dismissed with

11:24:00 13  prejudice.

11:24:00 14             MS. MILLER:  Thank you, Your Honor.

11:24:01 15                 Damon J. Baldone & Associates has 1 case

11:24:06 16  appearing in row 132.

11:24:08 17                 Is anyone here from Damon J. Baldone firm?

11:24:12 18                 (No verbal response.)

11:24:12 19         THE COURT:  Let that case be dismissed with prejudice.

11:24:15 20         MS. MILLER:  Diez-Arguelles has 2 cases appearing in

11:24:18 21  rows 133 to 134.

11:24:21 22                 Is anyone here on behalf of Diez-Arguelles?

11:24:25 23                 (No verbal response.)

11:24:25 24         THE COURT:  Let those 2 cases be dismissed with

11:24:28 25  prejudice.

                            *OFFICIAL TRANSCRIPT*

11:24:28  1          MS. MILLER:  The Dominguez Law Firm has 1 case

11:24:32  2    appearing in row 135.

11:24:33  3              Is anyone here on behalf of the Dominguez Law

11:24:36  4    Firm?

11:24:36  5              (No verbal response.)

11:24:36  6          THE COURT:  Let the cases be dismissed with prejudice.

11:24:38  7          MS. MILLER:  Domnick Cunningham & Whalen has 5 cases

11:24:44  8    appearing in rows 136 through 140.

11:24:47  9              Is anyone here on behalf of Domnick Cunningham &

11:24:51  10   Whalen?

11:24:51  11             (No verbal response.)

11:24:51  12         MR. BIRCHFIELD:  Your Honor, I think counsel for the

11:24:53  13   firm appeared this morning, made the representations about

11:24:56  14   their efforts, but then they had an engagement and needed to

11:25:00  15   leave.

11:25:00  16         THE COURT:  All right.  I appreciate their being here.

11:25:03  17   Let the cases be dismissed with prejudice.

11:25:05  18         MS. MILLER:  The Dr. Malik Law Firm has 2 cases

11:25:12  19   appearing in rows 169 to 170.

11:25:15  20             Is anyone here from The Dr. Malik Law Firm?

11:25:19  21             (No verbal response.)

11:25:19  22         THE COURT:  Let those cases be dismissed with

11:25:21  23   prejudice.

11:25:23  24         MS. MILLER:  Driggs Bills & Day has 1 case appearing in

11:25:26  25   row 171 of the order.

                          *OFFICIAL TRANSCRIPT*

11:25:28  1          Is anyone here on behalf of Driggs Bills & Day?

11:25:32  2               (No verbal response.)

11:25:32  3      THE COURT:  Let the case be dismissed with prejudice.

11:25:34  4      MS. MILLER:  Excolo Law has 5 cases remaining.  They

11:25:38  5  are in rows 172 through 176.

11:25:42  6          Is anyone here on behalf of Excolo Law?

11:25:46  7               (No verbal response.)

11:25:46  8      THE COURT:  Let those cases be dismissed with

11:25:48  9  prejudice.

11:25:49 10      MS. MILLER:  Thank you.

11:25:49 11          Fibich Leebron with co-counsel Schlichter Bogard

11:25:53 12  & Denton has 1 case appearing in row 508.

11:25:57 13          Is anyone here for plaintiff George Sanders?

11:26:01 14               (No verbal response.)

11:26:01 15      THE COURT:  Let the case be dismissed with prejudice.

11:26:04 16      MS. MILLER:  Forester Haynie has 1 case appearing in

11:26:09 17  row 530.

11:26:10 18          Is anyone here on behalf of Forester Haynie?

11:26:14 19               (No verbal response.)

11:26:14 20      THE COURT:  Let the case be dismissed with prejudice.

11:26:16 21      MS. MILLER:  Freedland Harwin Valori has 2 cases

11:26:21 22  appearing in rows 531 to 532.

11:26:25 23          Is anyone here on behalf of Freedland Harwin

11:26:25 24  Valori?

11:26:28 25               (No verbal response.)

*OFFICIAL TRANSCRIPT*

11:26:28  1        MR. BIRCHFIELD:  Counsel was here earlier, Your Honor,

11:26:31  2  and made the representations about their effort but was unable

11:26:34  3  to stay.

11:26:35  4        THE COURT:  Okay.  Let the cases be dismissed with

11:26:38  5  prejudice.

11:26:38  6        MS. MILLER:  Gainsburgh Benjamin has 1 case appearing

11:26:40  7  on the list.  It's in row 534.  I believe Mr. Meunier is here

11:26:44  8  on behalf of that case.

11:26:46  9        MR. MEUNIER:  Judge, I would like to hear from our

11:26:48 10  associate, Claire Berg, about this matter.  We have been in

11:26:54 11  touch with the client, but she'll explain the circumstances.

11:26:55 12        THE COURT:  Okay.

11:26:55 13        MS. BERG:  Good morning, Your Honor.  Claire Berg for

11:26:59 14  Gainsburgh Benjamin.

11:27:00 15             Our client passed away in December 2018.  We were

11:27:03 16  able to get in touch with her family members who expressed to

11:27:06 17  me over the phone that they do not wish to continue, but they

11:27:12 18  have been unresponsive when trying to get written consent for

11:27:16 19  that.

11:27:16 20        THE COURT:  They have a right to decide not to

11:27:18 21  participate.  We've done everything we can to try to reach her.

11:27:22 22  I know we've pursued the case vigorously, but notwithstanding

11:27:28 23  that, they are not going to proceed; so, I'm going to dismiss

11:27:31 24  the case with prejudice.

11:27:32 25        MS. MILLER:  Thank you.

*OFFICIAL TRANSCRIPT*

11:27:32  1              Galloway Jefcoat has 1 case appearing in row 535.

11:27:37  2              Is anyone in the courtroom on behalf of

11:27:39  3  Galloway Jefcoat?

11:27:41  4              (No verbal response.)

11:27:41  5          THE COURT:  Let the case be dismissed with prejudice.

11:27:43  6          MS. MILLER:  Gardi & Haught have 16 cases appearing in

11:27:47  7  rows 536 through 551.

11:27:51  8              Is anyone here on behalf Gardi & Haught?

11:27:54  9              (No verbal response.)

11:27:54 10          THE COURT:  Let the cases be dismissed with prejudice.

11:27:56 11          MS. MILLER:  Girardi Keese has 2 cases appearing in

11:28:01 12  rows 552 to 553.

11:28:05 13              Is anyone here on behalf of or represented by

11:28:09 14  Girardi Keese?

11:28:09 15              (No verbal response.)

11:28:09 16          THE COURT:  Let it be dismissed with prejudice.

11:28:12 17          MS. MILLER:  Goldblatt + Singer has 1 case appearing in

11:28:16 18  row 554.  The co-counsel is The Buxner Law Firm.

11:28:21 19              Is anyone here from Goldblatt + Singer or

11:28:24 20  The Buxner Law Firm?

11:28:25 21          MR. FALVEY:  Yes.  Salmon Falvey.

11:28:40 22              Your Honor, my client, as the Court may remember,

11:28:43 23  wrote the Court, so this is not a case where we have not been

11:28:46 24  able to communicate with her.

11:28:49 25              Without revealing anything privileged, she's

**OFFICIAL TRANSCRIPT**

11:28:53   1   written us several letters that are similar to the one that was

11:28:57   2   sent to the Court where she's very noncommittal about what

11:29:03   3   direction she would like to take in the case.

11:29:06   4           If it please the Court, I would like to perhaps

11:29:09   5   make an oral motion to withdraw.  I don't have clear direction

11:29:13   6   from our client, as the Court might be able to discern from the

11:29:17   7   letter that was sent, what she wants to do, and we've had

11:29:22   8   probably 20 to 30 conversations with her and have no direction.

11:29:27   9         THE COURT:  I know you've contacted her.  It's very

11:29:33   10   difficult to deal with.  It's not your fault.  You've done

11:29:37   11   everything you can.  You've made a recommendation.  You've

11:29:40   12   contacted her.  She's aware of it.

11:29:43   13           I notified her to be here to give or to give you

11:29:46   14   some direction to be here.  She chose not to do so.  I have no

11:29:52   15   other alternative but to dismiss her case with prejudice, and

11:29:59   16   your motion is moot at that time.  The case will be dismissed.

11:30:03   17   Thank you very much.

11:30:04   18         MR. FALVEY:  Thank you, Judge.

11:30:05   19         MS. MILLER:  Thank you, Your Honor.

11:30:07   20           Grant & Eisenhofer has 12 cases appearing on the

11:30:12   21   order.  They are listed in rows 562 through 573.

11:30:16   22           I just want to note for the record that the

11:30:19   23   plaintiff in row 574 was inadvertently listed in error as being

11:30:25   24   represented by Grant & Eisenhofer.  We will address that case

11:30:29   25   separately.

*OFFICIAL TRANSCRIPT*

11:30:30  1          At this time is anyone here from Grant &

11:30:32  2   Eisenhofer to address the plaintiffs listed in rows 562 to 573?

11:30:36  3          MR. FARCAS:  Good morning, Your Honor.  Tudor Farcas

11:30:44  4   from Grant & Eisenhofer.

11:30:44  5          We have made every attempt to contact our

11:30:48  6   clients.

11:30:49  7          THE COURT:  I know you've gone above and beyond the

11:30:51  8   call of duty to do so, and you've expended money, time, and

11:30:56  9   energy in doing it.  It's not your fault at all.  It's the

11:30:59 10   clients'.  I'll dismiss the cases.  They have a right to not

11:31:02 11   proceed.  It's their case.

11:31:04 12          Thank you very much.

11:31:05 13          MR. FARCAS:  Thank you.

11:31:05 14          MS. MILLER:  Gray & White has one case listed in the

11:31:09 15   order appearing in row 575.

11:31:14 16          Is anyone here from Gray & White?

11:31:17 17          (No verbal response.)

11:31:17 18          THE COURT:  Let it be dismissed with prejudice.

11:31:19 19          MS. MILLER:  Harrelson Law Firm.  Excuse me,

11:31:24 20   Your Honor.  Heninger Garrison Davis has 3 cases listed in the

11:31:29 21   order in rows 577 to 579.

11:31:33 22          Is anyone here on behalf of Heninger Garrison?

11:31:35 23          (No verbal response.)

11:31:35 24          THE COURT:  Let the cases be dismissed with prejudice.

11:31:38 25          MS. MILLER:  Holloran Schwartz & Gaertner has 1 case

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 11:31:43 1 | listed in row 580. |
| 11:31:45 2 | Is anyone here on behalf of Holloran Schwartz & |
| 11:31:45 3 | Gaertner? |
| 11:31:48 4 | (No verbal response.) |
| 11:31:48 5 | THE COURT:  Let it be dismissed with prejudice. |
| 11:31:53 6 | MS. MILLER:  Hotze Rankle has 1 case listed in row 581. |
| 11:31:57 7 | Is anyone here on behalf of Hotze Rankle? |
| 11:32:00 8 | MR. DUNLAP:  I am.  Good morning, Your Honor. |
| 11:32:05 9 | Justin Dunlap on behalf of the plaintiff Anthony Franklin. |
| 11:32:09 10 | Mr. Franklin passed away in April of 2019.  We have been in |
| 11:32:14 11 | contact with his parents repeatedly, and to this point they've |
| 11:32:18 12 | been very noncooperative in terms of deciding how they would |
| 11:32:22 13 | like to move forward with their case. |
| 11:32:24 14 | THE COURT:  I know you've tried your best to contact |
| 11:32:28 15 | them.  You have contacted them and tried your best to get them |
| 11:32:32 16 | to cooperate.  They just are not that way, so I understand |
| 11:32:37 17 | their actions or they don't wish to pursue the case.  They've |
| 11:32:42 18 | had enough tragedy in their life, so I'll dismiss the case with |
| 11:32:47 19 | prejudice. |
| 11:32:47 20 | MR. DUNLAP:  Thank you, Your Honor. |
| 11:32:49 21 | THE COURT:  Thank you for being here. |
| 11:32:49 22 | MS. MILLER:  Thank you. |
| 11:32:49 23 | Jacoby & Meyers has 1 case that appears in the |
| 11:32:53 24 | order listed at 589.  It appears that co-counsel for this case |
| 11:32:56 25 | is The Cochran Firm. |

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 11:32:58 | 1 | Is anyone here for the James Upton case from |
| 11:33:00 | 2 | Jacoby & Meyers, The Cochran Firm? |
| 11:33:04 | 3 | (No verbal response.) |
| 11:33:04 | 4 | THE COURT:  Dismissed with prejudice. |
| 11:33:05 | 5 | MS. MILLER:  Jacque Pucheu has 1 case appearing in the |
| 11:33:08 | 6 | order, row 590. |
| 11:33:13 | 7 | Is anyone here from Jacque Pucheu? |
| 11:33:14 | 8 | (No verbal response.) |
| 11:33:14 | 9 | THE COURT:  Dismissed with prejudice. |
| 11:33:15 | 10 | MS. MILLER:  Jensen & Associates has 1 case appearing |
| 11:33:18 | 11 | in row 591. |
| 11:33:21 | 12 | Is anyone here from Jensen & Associates? |
| 11:33:23 | 13 | (No verbal response.) |
| 11:33:23 | 14 | THE COURT:  Dismissed with prejudice. |
| 11:33:24 | 15 | MS. MILLER:  Johnson Becker has 2 cases appearing in |
| 11:33:28 | 16 | rows 592 to 593. |
| 11:33:32 | 17 | Is anyone here from Johnson Becker? |
| 11:33:33 | 18 | (No verbal response.) |
| 11:33:33 | 19 | MS. GORSHE:  Lisa Gorshe, G-O-R-S-H-E, from |
| 11:33:46 | 20 | Johnson Becker, Your Honor. |
| 11:33:46 | 21 | In the instance of Ms. Hensley, she passed away, |
| 11:33:50 | 22 | and no one in her family wishes to step in her shoes, while |
| 11:33:55 | 23 | Mr. Welder has been unresponsive to our repeated contact in |
| 11:33:58 | 24 | reaching out to him. |
| 11:33:59 | 25 | THE COURT:  I appreciate all the efforts you've made, |

*OFFICIAL TRANSCRIPT*

11:34:01  1   and you've done yeoman's work to try to reach him and contact

11:34:05  2   him.  I'll dismiss the case with prejudice.

11:34:08  3          MS. GORSHE:  Thank you, Your Honor.

11:34:09  4          THE COURT:  Thank you.

11:34:09  5          MS. MILLER:  JTB Law Group for Brown L.L.C. has 1 case

11:34:14  6   appearing in the order in row 596.

11:34:18  7             Is anyone here on behalf of JTB Law Group or

11:34:20  8   Brown L.L.C.?

11:34:21  9             (No verbal response.)

11:34:21 10          THE COURT:  Okay.  Dismissed with prejudice.

11:34:24 11          MS. MILLER:  Kabateck Brown Kellner has 2 cases

11:34:28 12   appearing in the order in rows 597 to 598.

11:34:33 13             Is anyone here on behalf of Kabateck Brown

11:34:35 14   Kellner?

11:34:35 15             (No verbal response.)

11:34:35 16          THE COURT:  Dismissed with prejudice.

11:34:37 17          MS. MILLER:  Kelley & Ferraro has 9 cases appearing in

11:34:43 18   the order in rows 599 through 607.

11:34:48 19             Is anyone here on behalf of Kelley & Ferraro?

11:34:51 20             (No verbal response.)

11:34:51 21          THE COURT:  I'll dismiss those cases with prejudice.

11:34:53 22          MS. MILLER:  Kennedy Hodges has 2 cases appearing in

11:34:57 23   the order in rows 608 and 609.

11:35:03 24             Is anyone here on behalf of Kennedy Hodges?

11:35:05 25             (No verbal response.)

*OFFICIAL TRANSCRIPT*

11:35:05   1          THE COURT:  I'll dismiss it with prejudice.

11:35:06   2          MS. MILLER:  Kirtland Packard has 2 cases appearing in

11:35:11   3   rows 613 to 614.

11:35:13   4              Is anyone here on behalf of Kirtland Packard?

11:35:15   5          THE COURT:  Dismissed with prejudice.

11:35:18   6              (No verbal response.)

11:35:18   7          MS. MILLER:  Kuhlman & Lucas has case one appearing in

11:35:23   8   row 615.

11:35:25   9              Is anyone here on behalf of Kuhlman & Lucas?

11:35:25  10              (No verbal response.)

11:35:27  11          THE COURT:  I'll dismiss those cases with prejudice.

11:35:29  12          MS. MILLER:  The Law Offices of Lawrence Beckenstein

11:35:32  13   has 1 case appearing in row 639.

11:35:36  14              Is anyone here on behalf of the Law Offices of

11:35:36  15   Lawrence Beckenstein?

11:35:36  16              (No verbal response.)

11:35:41  17          THE COURT:  Dismissed with prejudice.

11:35:42  18          MS. MILLER:  Lenze Lawyers have 5 cases appearing in

11:35:45  19   rows 640 through 644.

11:35:48  20              Is anyone here on behalf of Lenze Lawyers?

11:35:48  21              (No verbal response.)

11:35:52  22          THE COURT:  Dismissed with prejudice.

11:35:54  23          MS. MILLER:  Leonard Gabbay has 8 cases appearing in

11:35:58  24   rows 645 through 652.

11:36:03  25              Is anyone here on behalf of Leonard Gabbay?

*OFFICIAL TRANSCRIPT*

11:36:04  1                   (No verbal response.)

11:36:04  2          THE COURT:  Dismissed with prejudice.

11:36:09  3          MS. MILLER:  Lober & Dobson has 1 case appearing in the

11:36:11  4   order in row 654.

11:36:14  5                   Is anyone here on behalf of Lober & Dobson?

11:36:16  6                   (No verbal response.)

11:36:17  7          THE COURT:  Dismissed with prejudice.

11:36:21  8          MS. MILLER:  MacArthur Heder & Metler has 22 cases

11:36:23  9   appearing in the order in rows 666 through 687.

11:36:28 10                   Is anyone here on behalf of MacArthur Heder?

11:36:29 11                   (No verbal response.)

11:36:29 12          THE COURT:  Let those cases be dismissed with

11:36:33 13   prejudice.

11:36:35 14          MS. MILLER:  Marc J. Bern & Partners has 10 cases

11:36:36 15   listed in the order in rows 688 through 697.  The 2 cases that

11:36:42 16   are listed in rows 691 and 694 have since resolved the issues,

11:36:49 17   but we need to address the remaining 8 cases.

11:36:52 18                   Is anyone here from Marc J. Bern & Partners?

11:36:55 19                   (No verbal response.)

11:36:55 20          THE COURT:  Let those cases be dismissed with

11:36:57 21   prejudice.

11:37:00 22          MS. MILLER:  Martinez & McGuire has 4 cases which

11:37:04 23   appear in rows 698 through 701.

11:37:08 24                   Is anyone here on behalf of Martinez & McGuire?

11:37:10 25                   (No verbal response.)

                                    *OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 11:37:10 1 | THE COURT:  I'll dismiss the cases. |
| 11:37:17 2 | MS. MILLER:  McDonald Worley has 2 cases listed in rows |
| 11:37:20 3 | 703 and 704. |
| 11:37:22 4 | Is anyone here on behalf of McDonald Worley? |
| 11:37:25 5 | (No verbal response.) |
| 11:37:25 6 | THE COURT:  Let those cases be dismissed with |
| 11:37:27 7 | prejudice. |
| 11:37:31 8 | MS. MILLER:  Meyerkord & Meyerkord has 5 cases listed |
| 11:37:32 9 | in the order.  They appear in rows 705 through 709. |
| 11:37:37 10 | We understand that the plaintiff in row 705 late |
| 11:37:40 11 | this morning gave consent to dismiss the case with prejudice, |
| 11:37:43 12 | but we did not have the opportunity to do a stipulation, and we |
| 11:37:46 13 | would ask that Your Honor dismiss that one with prejudice. |
| 11:37:49 14 | THE COURT:  Dismissed with prejudice. |
| 11:37:51 15 | MR. STEWARD:  John Steward for plaintiffs, Your Honor. |
| 11:37:52 16 | The other two -- the other four plaintiffs, |
| 11:37:57 17 | Ms. Chaney and Ms. DeClark, we have been in contact with, but |
| 11:38:02 18 | they have been nonresponsive and will not give us direction on |
| 11:38:05 19 | the case.  The other two, Ms. Oberer and Ms. Oldaker, are |
| 11:38:10 20 | deceased, and their family members do not wish to pursue the |
| 11:38:14 21 | cases. |
| 11:38:14 22 | THE COURT:  Okay.  I'll dismiss them with prejudice. |
| 11:38:17 23 | Thank you very much for being here. |
| 11:38:18 24 | MR. STEWARD:  Thank you, Your Honor. |
| 11:38:18 25 | MS. MILLER:  Thank you, Your Honor. |

***OFFICIAL TRANSCRIPT***

11:38:20  1          Mike Love & Associates has 12 cases listed in the
11:38:22  2  order.  They appear in rows 711 through 722.
11:38:26  3          Six of these cases were dismissed with prejudice
11:38:30  4  before the hearing.  Those are the cases appearing in rows 711,
11:38:34  5  713, 715, 716, 717, and 719.  That leaves the 6 other cases
11:38:42  6  from Mike Love & Associates to address today.
11:38:46  7          Is anyone here on behalf of Mike Love &
11:38:47  8  Associates?
11:38:48  9          (No verbal response.)
11:38:48 10      THE COURT:  Let those cases be dismissed with
11:38:51 11  prejudice.
11:38:54 12      MS. MILLER:  Milstein Jackson Fairchild & Wade has
11:38:57 13  1 case appearing in 723.
11:38:59 14          Is anyone here on behalf of Milstein Jackson?
11:38:59 15          (No verbal response.)
11:39:01 16      THE COURT:  Let it be dismissed with prejudice.
11:39:04 17      MS. MILLER:  The Monsour Law Firm has 1 case appearing
11:39:07 18  in row 724.
11:39:09 19          Is anyone here on behalf of The Monsour Law Firm?
11:39:11 20          (No verbal response.)
11:39:11 21      THE COURT:  Let it be dismissed with prejudice.
11:39:14 22      MS. MILLER:  Morris Bart has 3 cases appearing in rows
11:39:18 23  725 to 727.
11:39:21 24          Is anyone here on behalf of Morris Bart?
11:39:22 25          (No verbal response.)

                           *OFFICIAL TRANSCRIPT*

11:39:22  1          THE COURT:  Let those cases be dismissed with

11:39:25  2     prejudice.

11:39:25  3          MS. MILLER:  The Morris Law Firm has 8 cases.  They

11:39:29  4     appear in rows 728 through 735.

11:39:32  5                   The case in row 731 has now come into compliance

11:39:37  6     with CMO 12A.

11:39:39  7                   That leaves 7 cases from the Morris Law Firm to

11:39:42  8     address today.

11:39:44  9                   Is anyone here from The Morris Law Firm?

11:39:46 10                   (No verbal response.)

11:39:46 11          THE COURT:  Let those cases be dismissed with

11:39:48 12     prejudice.

11:39:48 13          MS. MILLER:  Nagel Rice has 1 case appearing in row

11:39:53 14     731.

11:39:54 15                   Is anyone here -- excuse me, Your Honor.

11:39:57 16     Nagel Rice has 1 case appearing in row 737.

11:40:02 17                   Is anyone here on behalf of Nessel Rice?

11:40:04 18                   (No verbal response.)

11:40:04 19          THE COURT:  Let it be dismissed prejudice.

11:40:08 20          MS. MILLER:  Napoli Shkolnik has 2 cases appearing in

11:40:09 21     the order.

11:40:10 22                   The case in row 739 has been dismissed with

11:40:12 23     prejudice.

11:40:13 24                   The case in row 738 is to be addressed today.

11:40:16 25                   Is anyone here from Napoli Shkolnik?

*OFFICIAL TRANSCRIPT*

11:40:19  1                    (No verbal response.)

11:40:19  2           THE COURT:  Let it be dismissed with prejudice.

11:40:26  3           MS. MILLER:  Panzavecchia & Associates has 2 cases

11:40:27  4    appearing in the order in row 741 to 742.

11:40:33  5                    Is anyone here for Panzavecchia & Associates,

11:40:36  6    Keri Ballentine, or Luis Miura?

11:40:40  7                    (No verbal response.)

11:40:40  8           THE COURT:  Let it be dismissed with prejudice.

11:40:43  9           MS. MILLER:  Thank you, Your Honor.

11:40:47 10                    Princenthal & May has 1 case in the order

11:40:49 11    appearing in row 765.

11:40:52 12                    Is anyone here on behalf of Princenthal & May?

11:40:54 13                    (No verbal response.)

11:40:54 14           THE COURT:  Let it be dismissed with prejudice.

11:40:59 15           MS. MILLER:  Rosenbaum & Rosenbaum has 5 cases

11:41:03 16    appearing in row 769 to 733.

11:41:07 17                    Is anyone here on behalf of Rosenbaum &

11:41:07 18    Rosenbaum?

11:41:09 19                    (No verbal response.)

11:41:09 20           THE COURT:  Let it be dismissed with prejudice.

11:41:16 21           MS. MILLER:  Salvi Schostok & Pritchard has 1 case

11:41:17 22    appearing in row 774.

11:41:19 23                    Is anyone here on behalf of Salvi Schostok &

11:41:19 24    Pritchard?

11:41:22 25                    (No verbal response.)

*OFFICIAL TRANSCRIPT*

11:41:22  1          THE COURT:  Let it be dismissed with prejudice.

11:41:25  2          MS. MILLER:  Sanders Phillips Grossman has 2 cases in

11:41:28  3     the order appearing in row 776 to 777.

11:41:35  4               Is anyone here on behalf of Sanders Phillips

11:41:35  5     Grossman?

11:41:37  6               (No verbal response.)

11:41:37  7          THE COURT:  Let it be dismissed with prejudice.

11:41:41  8          MS. MILLER:  Sarangi Law has 1 case appearing in row

11:41:45  9     778.

11:41:47 10               Is anyone here on behalf of Sarangi Law?

11:41:49 11               (No verbal response.)

11:41:49 12          THE COURT:  Let it be dismissed with prejudice.

11:41:53 13          MS. MILLER:  Schlichter Bogard & Denton has 4 cases

11:41:54 14     appearing in rows 779 through 782.

11:41:58 15               Is anyone here on behalf of Schlichter Bogard &

11:42:02 16     Denton?

11:42:02 17          MR. MORGAN:  Scott Morgan, Your Honor.

11:42:07 18          THE COURT:  Good to see you.

11:42:09 19          MR. MORGAN:  Thank you.

11:42:10 20               Concerning Dorothy Leach, Mrs. Leach has passed

11:42:15 21     away.  The only heir, she has four of them, the only heir with

11:42:20 22     whom we have been able to maintain any sort of consistent

11:42:24 23     contact is incarcerated in the Pinckneyville Correction Center.

11:42:29 24     We've had a couple of discussions with him.  Each time he's

11:42:31 25     expressed a different desire about participation in the

                           *OFFICIAL TRANSCRIPT*

11:42:34 1    settlement program; however, last we spoke he said that he did,

11:42:38 2    in fact, want to participate.

11:42:39 3              He asked me to ask the Court for an extension of

11:42:43 4    time after his release from incarceration on November 8th.

11:42:47 5    However, I understand in light of the availability of

11:42:50 6    information, as well as the time in which we've had to speak

11:42:55 7    with him about his participation in the settlement program,

11:42:58 8    that request is unlikely to be granted.

11:43:01 9              So we've spoken with liaison counsel and made an

11:43:04 10   arrangement in which he may yet be able to participate up

11:43:07 11   through and until November 15th, if he is able to get his

11:43:11 12   enrollment papers in by that time.

11:43:14 13             THE COURT:  All right.  Well, I'll pass the case then.

11:43:16 14   Then see where we are with it.

11:43:18 15             MR. MEUNIER:  Your Honor, I think the understanding

11:43:19 16   with defendants is that the extension for the participation of

11:43:22 17   the settlement is agreeable provided the case is dismissed and

11:43:25 18   we don't hold it up as a case in litigation.  In other words,

11:43:31 19   the November deadline will apply to his ability to enroll in

11:43:36 20   the settlement which he's declared he wants to do, but the

11:43:40 21   agreement is his case can be dismissed.

11:43:42 22             MR. MORGAN:  That is the agreement with counsel.

11:43:44 23             THE COURT:  Well, I'll support the agreement.  If you

11:43:46 24   made an agreement with them, that's fine.  Let's do it that

11:43:48 25   way.

**OFFICIAL TRANSCRIPT**

11:43:49  1        MS. MILLER:  Thank you, Your Honor.

11:43:51  2             The remaining cases can be dismissed with

11:43:54  3    prejudice for Schlichter Bogard & Denton, is that correct?

11:43:57  4        THE COURT:  Yes.

11:43:58  5        MS. MILLER:  Schneider Hammers has 2 cases appearing in

11:44:01  6    rows 783 to 784.  Both have now been dismissed with prejudice.

11:44:06  7             Seaton & Bates has 5 cases appearing in rows 785

11:44:11  8    to 789.

11:44:14  9             Is anyone here on behalf of Seaton & Bates?

11:44:16 10             (No verbal response.)

11:44:16 11        THE COURT:  Let it be dismissed with prejudice.

11:44:19 12        MS. MILLER:  The Shelton Law Group has 7 cases

11:44:23 13    appearing in rows 790 to 796.

11:44:27 14             Is anyone here on behalf of the Shelton Law

11:44:27 15    Group?

11:44:29 16             (No verbal response.)

11:44:29 17        THE COURT:  Let it be dismissed with prejudice.

11:44:34 18        MS. MILLER:  Simmons Hanly Conroy has 4 cases appearing

11:44:38 19    in rows 798 to 801.

11:44:41 20             Is anyone here on behalf of Simmons Hanly Conroy?

11:44:44 21        MR. FOLEY:  Good morning, Your Honor.  John Foley for

11:44:44 22    Simmons Hanly Conroy.

11:44:54 23             We made numerous attempts to reach these

11:44:59 24    plaintiffs, and we've been unsuccessful in getting them to

11:44:59 25    respond to the notice of intent.

*OFFICIAL TRANSCRIPT*

11:45:00 1          THE COURT:  Thank you very much for being here.  We'll

11:45:02 2     have to dismiss the cases with prejudice.

11:45:04 3          MR. FOLEY:  Thank you, Your Honor.

11:45:05 4          MS. MILLER:  Sobo & Sobo had 6 cases on the order in

11:45:10 5     rows 823 to 838.

11:45:13 6               Is anyone here on behalf of Sobo & Sobo?

11:45:16 7               (No verbal response.)

11:45:16 8          THE COURT:  Let it be dismissed with prejudice.

11:45:22 9          MS. MILLER:  Starnes Law Office has 1 case in row 840.

11:45:25 10              Is anyone here on behalf of Starnes Law Office?

11:45:28 11              (No verbal response.)

11:45:28 12         THE COURT:  Let it be dismissed with prejudice.

11:45:30 13         MS. MILLER:  SWMW Law has 10 cases appearing in rows

11:45:37 14    840 to 850.

11:45:39 15              Is anyone here on behalf of SWMW Law?

11:45:41 16         MS. KING:  Yes.  Good morning, Your Honor.  My name is

11:45:46 17    Tara King from SWMW Law.

11:45:48 18              Like my other colleagues here, we've exhausted

11:45:51 19    all efforts trying to get the clients to participate or call us

11:45:54 20    back.

11:45:55 21         THE COURT:  Thank you very much for all of your

11:45:57 22    efforts.  I appreciate it.  The Court will dismiss them with

11:45:59 23    prejudice.

11:45:59 24         MS. MILLER:  The Cagle Law Firm has 1 case appearing in

11:46:03 25    row 880.

                           *OFFICIAL TRANSCRIPT*

11:46:04  1              Is anyone here from The Cagle Law Firm?

11:46:07  2                   (No verbal response.)

11:46:07  3         THE COURT:  Let it be dismissed with prejudice.

11:46:10  4         MS. MILLER:  The Cochran Firm has 1 case remaining in

11:46:13  5    row 881.  It appears that they are co-counsel with Jacoby &

11:46:17  6    Meyers.

11:46:18  7              Is anyone here for Harold Reynolds?

11:46:18  8                   (No verbal response.)

11:46:24  9         THE COURT:  Let it dismissed with prejudice.

11:46:27 10         MS. MILLER:  The Driscoll Firm had 15 cases on the

11:46:30 11    order listed in rows 882 to 896.  Seven of these plaintiffs

11:46:35 12    have come into compliance with CMO 12A since Friday.  Those are

11:46:38 13    the plaintiffs in rows 882, 883, 885, 887, 892, and 895.

11:46:47 14              I believe Chris Quinn is here to address the

11:46:49 15    remaining plaintiffs.

11:46:51 16         MR. QUINN:  I am, Judge.

11:46:53 17              I have nothing to add to the representations that

11:46:55 18    have been previously made except that in the case of plaintiffs

11:46:57 19    Crouch, Maynard, Roberts, and Smith, these individuals, we

11:47:00 20    understand, have died, and we haven't been able to reach

11:47:03 21    anyone; so, it's no fault of their own, obviously.

11:47:07 22         THE COURT:  Okay.  Well, thank you very much for all of

11:47:08 23    your efforts.  We appreciate it.  The Court will dismiss those

11:47:10 24    cases.

11:47:10 25         MS. MILLER:  The Frankowski Firm has 3 cases appearing

                            *OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 11:47:13  1 | in rows 897 to 899. |
| 11:47:17  2 | Is anyone here on behalf of the Frankowski Firm? |
| 11:47:19  3 | (No verbal response.) |
| 11:47:19  4 | THE COURT:  Let it be dismissed with prejudice. |
| 11:47:21  5 | MS. MILLER:  The Law Office of Emily Mapp Brannon has |
| 11:47:28  6 | 1 case appearing in row 904. |
| 11:47:31  7 | Is anyone here from The Law Office of |
| 11:47:31  8 | Emily Mapp Brannon? |
| 11:47:31  9 | (No verbal response.) |
| 11:47:37 10 | THE COURT:  Let it be dismissed with prejudice. |
| 11:47:38 11 | MS. MILLER:  The Law Office of L. Paul Mankin has |
| 11:47:42 12 | 6 cases appearing in the order.  They are found in rows 905 |
| 11:47:44 13 | through 910. |
| 11:47:46 14 | Is anyone here on behalf of The Law Office of |
| 11:47:49 15 | Paul Mankin? |
| 11:47:49 16 | (No verbal response.) |
| 11:47:49 17 | THE COURT:  Let it be dismissed with prejudice. |
| 11:47:54 18 | MS. MILLER:  The Maher Law Firm has 1 case appearing in |
| 11:47:55 19 | row 911. |
| 11:47:58 20 | Is anyone here on behalf of The Maher Law Firm? |
| 11:48:01 21 | (No verbal response.) |
| 11:48:01 22 | THE COURT:  Let it be dismissed with prejudice. |
| 11:48:04 23 | MS. MILLER:  The Michael Brady Lynch Firm has 2 cases |
| 11:48:07 24 | remaining in rows 912 through 1913.  The Michael Brady Lynch |
| 11:48:15 25 | Firm, as co-counsel with Peiffer Wolf Carr & Kane, has 22 cases |

*OFFICIAL TRANSCRIPT*

11:48:19  1    appearing in rows 743 through 764.

11:48:24  2              Between those two groups there are 3 plaintiffs

11:48:27  3    who are now in compliance -- compliance with CMO 12A, and those

11:48:31  4    are the plaintiffs appearing in rows 743, 759, 763.  It leaves

11:48:37  5    the remaining 21 cases to be addressed today.

11:48:40  6          MR. CARR:  Your Honor, Daniel Carr, Peiffer Wolf Carr &

11:48:44  7    Kane.

11:48:45  8              For the same reasons as others today, despite all

11:48:49  9    of our efforts, we have not been able to get compliance.

11:48:51 10          THE COURT:  Thank you very much for being here.  Thank

11:48:54 11    you for all of your efforts to try to reach them.  I appreciate

11:48:56 12    it.  The Court will dismiss those cases.

11:48:58 13          MS. MILLER:  The Potts Law Firm has 21 cases listed in

11:49:03 14    the order appearing in rows 936 through 956, and the Burnett

11:49:10 15    Law Firm is co-counsel for cases in 955 through 956.  I believe

11:49:14 16    counsel is here to address these 21 cases.

11:49:16 17          MR. FUNK:  Thank you, Your Honor.  May it please the

11:49:18 18    Court.  Adam Funk for The Potts Law Firm and the Burnett Law

11:49:18 19    Firm.

11:49:22 20              Despite all efforts via phone, letter, email,

11:49:25 21    background searches, calls to relatives, neighbors, so on and

11:49:30 22    so forth, we cannot get ahold of any of these clients.

11:49:32 23          THE COURT:  Thank you for the effort.  I appreciate it.

11:49:32 24    I appreciate all of the stuff that you've tried to do.  The

11:49:36 25    Court will dismiss the cases with prejudice.

                              *OFFICIAL TRANSCRIPT*

11:49:37  1          MS. MILLER:  Thank you, Your Honor.

11:49:38  2              The Schlemmer Firm has 1 case listed in row 597.

11:49:45  3              Is anyone here on behalf of The Schlemmer Firm?

11:49:46  4              (No verbal response.)

11:49:46  5          THE COURT:  I'll dismiss it with prejudice.

11:49:48  6          MS. MILLER:  Van Wey Law has 1 case appearing in

11:49:56  7     row 961.

11:49:58  8              Is anyone here on behalf of Van Wey Law?

11:50:01  9              (No verbal response.)

11:50:01 10          THE COURT:  Dismissed with prejudice.

11:50:02 11          MS. MILLER:  The Wilshire Law Firm has 22 cases on the

11:50:09 12     order listed in rows 973 through 994.

11:50:13 13              The plaintiff in row 982 has now come into

11:50:19 14     compliance with CMO 12A.

11:50:21 15              The remaining 21 cases are to be addressed today.

11:50:25 16              Is anyone here on behalf of The Wilshire Law

11:50:27 17     Firm?

11:50:28 18              (No verbal response.)

11:50:28 19          THE COURT:  Let those cases be dismissed with

11:50:30 20     prejudice.

11:50:30 21          MS. MILLER:  Wormington & Bollinger has 1 case listed

11:50:36 22     in row 995.

11:50:39 23              Is anyone here on behalf of Wormington &

11:50:42 24     Bollinger?

11:50:42 25              (No verbal response.)

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 11:50:42 | 1 |
| 11:50:45 | 2 |
| 11:50:48 | 3 |
| 11:50:53 | 4 |
| 11:50:56 | 5 |
| 11:51:01 | 6 |
| 11:51:03 | 7 |
| 11:51:03 | 8 |
| 11:51:04 | 9 |
| 11:51:07 | 10 |
| 11:51:12 | 11 |
| 11:51:17 | 12 |
| 11:51:27 | 13 |
| 11:51:31 | 14 |
| 11:51:31 | 15 |
| 11:51:38 | 16 |
| 11:51:41 | 17 |
| 11:51:42 | 18 |
| 11:51:49 | 19 |
| 11:51:53 | 20 |
| 11:51:56 | 21 |
| 11:52:01 | 22 |
| 11:52:03 | 23 |
| 11:52:10 | 24 |
| 11:52:15 | 25 |

THE COURT:  Let it be dismissed with prejudice.

MS. MILLER:  Your Honor, there are a number of firms who had cases listed in Friday's order, and between Friday and this morning addressed all of the issues.  Just for the record, I'm going to read those firm names and the rows so that those lawyers know that they could be excused, if that's all right with Your Honor.

THE COURT:  Sure.

MS. MILLER:  Barney & Karamanis, row 64.

Baron & Budd had 11 cases in rows 65 through 75.

Burns Charest had 1 case in row 108.

Chaffin Luhana had 1 case appearing in row 119.

Harrelson Law Firm had 1 case appearing in row 576.

Levin Papantonio had 1 case appearing in 653.

Matthews & Associates had 1 case appearing in row 702.

Motley Rice had 1 case appearing in row 736.

Reyes Browne Reilley had 2 cases appearing in row 766 and 767.

Richardson Patrick Westbrook & Brickman had 1 case appearing in row 768.

Showard Law Firm had 1 case appearing in row 797.

Stark & Stark had 1 case appearing in row 839.

The Benton Law Group had 1 case appearing in row

*OFFICIAL TRANSCRIPT*

11:52:21  1  879.

11:52:22  2              Schneider Hammers had 1 case appearing in rows

11:52:26  3  783 to 784.

11:52:27  4              The Lanier Law Firm had 1 case appearing at row

11:52:32  5  903.

11:52:32  6              The Whitehead Law Firm had 2 cases appearing in

11:52:36  7  rows 958 to 959.

11:52:42  8              Thornton Law Firm had 1 case appearing at row

11:52:44  9  960.

11:52:46 10              Watts Guerra had 1 case appearing in 972.

11:52:49 11              Your Honor, as I stated, the law firms that I

11:52:51 12  just listed, starting with Barney & Karamanis through

11:52:56 13  Watts Guerra, the plaintiffs either dismissed their case with

11:52:56 14  prejudice or have come into compliance with CMO 12A, and we'll

11:53:04 15  submit orders to the Court on those as well.

11:53:04 16              At this point, Your Honor, we have a few cases

11:53:07 17  left to address, and with your Court's indulgence, we would

11:53:11 18  like just a few minutes' recess to confer.

11:53:14 19          THE COURT:  All right.  We'll take a ten-minute recess.

11:53:16 20  The Court will stand in recess for ten minutes.

11:53:19 21          THE DEPUTY CLERK:  All rise.

12:05:48 22          (WHEREUPON, at 11:53 a.m., the Court took a recess.)

12:06:10 23          THE DEPUTY CLERK:  All rise.

12:06:12 24          THE COURT:  Be seated, please.  Okay.  We passed one

12:06:19 25  matter so that we could consider it, so I passed it for at

*OFFICIAL TRANSCRIPT*

12:06:24 1   least at this time.  I'll take it up now.

12:06:26 2           MS. MILLER:  Thank you, Your Honor.

12:06:27 3           This relates to the case appearing in row 781,

12:06:32 4   The Law Firm of Schlichter Bogard & Denton.  The plaintiff is

12:06:36 5   Dorothy Leach.  I believe Scott Morgan from Schlichter Bogard

12:06:41 6   has made appearance today as well.

12:06:42 7           Your Honor, the parties have agreed that the heir

12:06:47 8   to Mrs. Leach can enroll in the settlement program and that the

12:06:51 9   paperwork can be signed late.  That is not extending the

12:06:55 10  deadline to comply with CMO 12A, and defendant's condition to

12:07:00 11  late participation is that the case be dismissed with prejudice

12:07:04 12  today.

12:07:04 13          THE COURT:  All right.  Is that the understanding of

12:07:06 14  the parties?

12:07:06 15          MR. MORGAN:  Scott Morgan.

12:07:07 16          Yes, Your Honor, that is.

12:07:09 17          MR. MEUNIER:  That is consistent with the situation,

12:07:11 18  Judge.  This case was going to be dismissed today regardless,

12:07:14 19  but the defendants have agreed to a late enrollment in this

12:07:17 20  case.

12:07:17 21          THE COURT:  I appreciate counsel being here.  Because

12:07:19 22  of his presence he was able to at least extend the opportunity

12:07:23 23  for the party to get into the settlement, so your presence has

12:07:26 24  been very helpful, and I appreciate your being here.  You've

12:07:28 25  done everything you can for your client.

                              *OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 12:07:29 | 1 | MR. MORGAN:  Thank you, Your Honor. |
| 12:07:32 | 2 | MR. MEUNIER:  Thank you, Judge. |
| 12:07:33 | 3 | THE COURT:  We'll take a break for -- |
| 12:07:35 | 4 | MR. MEUNIER:  Judge, I think we have one other counsel |
| 12:07:37 | 5 | who wanted to be heard. |
| 12:07:39 | 6 | MR. LAPLACE:  Good morning, Your Honor.  I'm |
| 12:07:45 | 7 | André LaPlace.  There is five matters on the docket. |
| 12:07:55 | 8 | MS. MILLER:  Actually, three remaining for Mr. LaPlace |
| 12:07:58 | 9 | for failure to comply with CMO 12A in rows 21 through 23. |
| 12:08:04 | 10 | We understand that the plaintiff listed in row 21 |
| 12:08:07 | 11 | has come into compliance with CMO 12A this morning. |
| 12:08:11 | 12 | That leaves Louise Moore and Linda Stump to be |
| 12:08:14 | 13 | addressed by the Court. |
| 12:08:16 | 14 | MR. LAPLACE:  That could be dismissed with prejudice, |
| 12:08:20 | 15 | Your Honor. |
| 12:08:20 | 16 | THE COURT:  Okay.  Fine.  Thank you, André.  Thank you |
| 12:08:22 | 17 | for being here.  Good seeing you.  We'll dismiss it with |
| 12:08:25 | 18 | prejudice. |
| 12:08:26 | 19 | Is that it? |
| 12:08:26 | 20 | Do you want to take a break, Andy? |
| 12:08:29 | 21 | MR. BIRCHFIELD:  Yes, sir.  We could take a lunch |
| 12:08:31 | 22 | break, and we could work through the lunch, and we could get |
| 12:08:35 | 23 | everything in the break. |
| 12:08:38 | 24 | THE COURT:  What time? |
| 12:08:38 | 25 | MR. BIRCHFIELD:  One o'clock. |

*OFFICIAL TRANSCRIPT*

12:08:40  1          THE COURT:  Court will stay in recess until one

12:08:44  2     o'clock.

12:55:55  3               (WHEREUPON, at 12:11 p.m., the Court was in luncheon

12:55:55  4     recess.)

12:55:55  5                         *    *    *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

**P-R-O-C-E-E-D-I-N-G-S**

MONDAY, OCTOBER 7, 2019

A F T E R N O O N   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Be seated, please.  This is a continuation of our motions.

MS. MILLER:  Thank you, Your Honor.  Chandra Miller for the defendants.

We appreciate the opportunity for some time to meet and confer.  The parties are going to continue with the cases that were listed on Record Doc. 17174, which is the order to show cause for plaintiffs who have not complied with CMO 12A.

I've put some statements on the record this morning, and Mr. Birchfield did as well.  We just wanted to note that those statements are applicable to the cases we're continuing to discuss after lunch.

The first firm I would like to discuss now is Bernstein Liebhard.  They have 1 case remaining in row 78 for failure to comply with CMO 12A.  I believe they have counsel in the courtroom.

THE COURT:  Okay.

***OFFICIAL TRANSCRIPT***

01:25:12  1              MR. DWECK:  Good afternoon, Your Honor.

01:25:17  2              THE COURT:  Good afternoon.

01:25:18  3              MR. DWECK:  Morris Dweck from Bernstein Liebhard on

01:25:20  4      behalf of Minus Thompson.

01:25:30  5                   We have alerted the client multiple times about

01:25:32  6      the need to show up today for the order to show cause.  He told

01:25:37  7      us over the phone that he was not planning to appear.  We've

01:25:40  8      also made him aware of all of the requirements of the CMO.

01:25:48  9              THE COURT:  Okay.  Thank you very much for all the

01:25:51 10      efforts.  We have no alternative but to dismiss the case with

01:25:57 11      prejudice.  We appreciate you being here.

01:25:12 12              MR. DWECK:  Thank you, Your Honor.

01:25:58 13              MS. MILLER:  Thank you, Your Honor.

01:26:00 14                   We have Ferrer Poirot.  They have 3 cases on the

01:26:05 15      order listed in rows 505 through 507.

01:26:09 16                   This morning Isaac Packer, who is listed in

01:26:12 17      row 506, came into compliance with CMO 12A.

01:26:15 18                   That leaves the remaining 2 cases to be addressed

01:26:18 19      for dismissal today.

01:26:19 20              MS. FELLER:  So we have Dwayne --

01:26:23 21              THE COURT:  Make your appearance for the record.

01:26:25 22              MS. FELLER:  I apologize.  Christina Feller, Ferrer

01:26:30 23      Poirot & Wansbrough.

01:26:36 24                   We have Anna Bendickson.  She is the wife and

01:26:40 25      appointed guardian of the injured.  She's made it very clear

*OFFICIAL TRANSCRIPT*

01:26:44  1  over phone calls and through a letter that she does not want us

01:26:47  2  to represent her.  She does not want to accept the settlement

01:26:50  3  and wants to continue.  We made her aware of all of the

01:26:54  4  obligations that she has but she is not complying.

01:27:01  5       THE COURT:  You've done all you can.  You've

01:27:03  6  represented her well.  She doesn't want to participate in it.

01:27:07  7  Obviously she hasn't appeared here today.  She hadn't done

01:27:10  8  anything, so I'll dismiss it with prejudice.

01:27:13  9       MS. MILLER:  Thank you.

01:27:15 10            David Moore the parties discussed, and I believe

01:27:17 11  that that will be, subject to Your Honor's approval, dismissed

01:27:21 12  with prejudice today as well.

01:25:12 13            THE COURT:  Okay.

01:25:12 14       MR. FELLER:  Agreed.

01:27:26 15       THE COURT:  Let it be dismissed.  Thank you very much

01:27:29 16  for being here.

01:27:30 17       MS. FELLER:  Thank you.

01:27:30 18       MS. MILLER:  Aylstock Witkin Kreis & Overholtz has

01:27:33 19  25 cases on the list.  They appear in rows 36 through 60.

01:27:36 20            The plaintiffs appearing in lines 38, 43, and 51

01:27:42 21  have addressed the issues with CMO 12A.

01:27:45 22            That leaves the remaining 22 for today's show

01:27:50 23  cause hearing.  I believe they have counsel in the courtroom.

01:27:55 24       THE COURT:  Okay.

01:27:59 25       MR. BESS:  Good afternoon, Your Honor.  Nathan Bess,

*OFFICIAL TRANSCRIPT*

01:28:03  1    Aylstock Witkin Kreis & Overholtz.  We likewise have exhausted

01:28:05  2    all the efforts and options available to us to contact these

01:28:10  3    clients.

01:28:10  4            THE COURT:  You've done everything you possibly can.

01:28:12  5    You've exerted time, effort, and also money, and I have no

01:28:16  6    alternative but to dismiss the case.  These people obviously

01:28:20  7    don't want to proceed with their case.  They won't respond to

01:28:24  8    any of your contacts, and they haven't responded.  They have an

01:28:27  9    opportunity to look at my website.  They haven't done so, so

01:28:33 10    I'll dismiss the case with prejudice.  Thank you for being

01:28:35 11    here.

01:28:37 12            MR. BESS:  Thank you, Your Honor.

01:28:37 13            MS. MILLER:  Kirkendall Dwyer has 3 cases listed in the

01:28:41 14    order.  They appear in rows 610 through 612.

01:28:44 15            Prior to today's hearing, the plaintiffs listed

01:28:46 16    in rows 610 and 612 came into compliance with CMO 12A.  That

01:28:53 17    leaves -- and then today the plaintiff listed in 611,

01:28:58 18    Albertha Lee, submitted a signed enrollment election form, so

01:29:04 19    that addresses all of Kirkendall Dwyer's cases.

01:29:08 20            Laborde Earles has 3 cases listed on the order in

01:29:10 21    rows 616 through 618.  All three of their cases are now in

01:29:14 22    compliance with CMO 12A.

01:29:19 23            Douglas & London has 28 cases listed in today's

01:29:22 24    order in rows 148 through 168.  They are also co-counsel for a

01:29:28 25    case that is listed in row 20.

01:29:29  1                The plaintiff listed in row 20 has come into

01:29:32  2     compliance with CMO 12A.

01:29:35  3                The plaintiff listed in row 162 appeared today

01:29:40  4     and signed the enrollment election form.

01:29:43  5                That leaves the remaining 27 plaintiffs from

01:29:48  6     Douglas & London that are not compliant with CMO 12A, and I

01:29:52  7     believe they have counsel here today.

01:29:54  8           MS. YASTROVSKAYA:  Good afternoon, Your Honor.

01:29:55  9     Diana Yastrovskaya with Douglas & London.

01:30:04  10               Just like everybody else here, we have been

01:30:06  11    extremely diligent in our efforts to contact these clients.

01:30:10  12    Each client was contacted by phone at least four or five times.

01:30:14  13    We also sent numerous emails and at least three contact

01:30:17  14    letters.  We hired private investigators for anyone whose

01:30:20  15    address we were not certain of, but despite our diligent

01:30:25  16    efforts we have not been able to get these clients to comply,

01:30:29  17    Your Honor.

01:30:29  18          THE COURT:  Your firm has been particularly sensitive

01:30:30  19    to it.  They have responded.  They tried to do everything they

01:30:33  20    possibly can, spent time, money, effort.  Notwithstanding, the

01:30:37  21    claimants do not wish to proceed, so I'll dismiss their case

01:30:40  22    with prejudice.

01:30:41  23               Thank you for being here, and thank you for all

01:30:43  24    your help.

01:30:44  25          MS. YASTROVSKAYA:  Thank you, Your Honor.

*OFFICIAL TRANSCRIPT*

01:30:44  1          MS. MILLER:  Thank you.

01:30:47  2          Your Honor, we have counsel for Tamari Law Group

01:30:50  3  here.  They are counsel for 28 cases that are listed in rows

01:30:54  4  851 through 878, and co-counsel for a case listed in row 710

01:31:00  5  for Meyers & Flowers, and these plaintiffs have not complied

01:31:04  6  with CMO 12A.

01:31:06  7          MS. TOWNE:  Good afternoon, Your Honor.

01:31:08  8  Catherine Towne.

01:31:12  9          We have 1 client, line 875, Laura White, who has

01:31:19 10  explicitly told us -- agreed to have her case dismissed.

01:31:23 11          We have 2 cases, 855 and 862, who we have been in

01:31:28 12  contact with, but they have not given us clear direction.

01:31:31 13  They've said they wanted to proceed with the case, but we've

01:31:33 14  made them aware of all the deadlines and the need to appear in

01:31:36 15  court, and they have not complied.

01:31:38 16          All other clients listed -- well, there is one

01:31:45 17  more I would like to address, line 857, Maxine Edwards.  We

01:31:53 18  very recently learned in our efforts to reach her that they

01:31:59 19  were futile because she had been in a nursing home.  She's

01:32:01 20  suffering from dementia and resumed living with her son, and we

01:32:07 21  were just able to get in contact with the son.  He does -- has

01:32:11 22  stated he wishes to participate, but we don't have the election

01:32:14 23  form back.

01:32:16 24          So Ms. Miller has said there is nothing the

01:32:20 25  defendants can do, but I would ask the Court if we could have

*OFFICIAL TRANSCRIPT*

01:32:27  1    additional time to submit that.

01:32:31  2            THE COURT:  Well, let's deal with the other cases

01:32:33  3    first.  We'll dismiss those cases with prejudice.

01:32:35  4            MS. MILLER:  Then we'll come back and discuss

01:32:38  5    Maxie Edwards.

01:31:06  6            MS. TOWNE:  Thank you.

01:32:39  7            THE COURT:  We'll take that up another time.

01:32:42  8            MS. TOWNE:  With regard to the other cases, we have

01:32:44  9    exhausted all efforts of reaching the client by phone, mail,

01:32:48 10    Fed Ex, doing online investigations.  For those who we have

01:32:52 11    spoken to, they have refused to send back the documents.

01:32:55 12            THE COURT:  Okay.  I appreciate all of your efforts.

01:32:56 13    You've done everything possible.  I'll dismiss those cases with

01:32:59 14    prejudice.  No fault of yours at all.

01:33:02 15            MS. TOWNE:  Thank you, Your Honor.

01:33:03 16            MS. MILLER:  Thank you.

01:33:05 17            We have counsel here for a group of cases from

01:33:08 18    Flint Law Firm, and Flint Law Firm has co-counsel with Lowe Law

01:33:16 19    Group.  There are 21 cases in rows 509 through 529 and 11 cases

01:33:20 20    in rows 655 through 665.

01:33:24 21            I think if we could first address the first group

01:33:28 22    from rows 509 to 629, all but one has either been dismissed

01:33:33 23    with prejudice or come into compliance with CMO 12A since

01:33:37 24    Friday.

01:33:37 25            The one remaining is in row 521, and I believe,

*OFFICIAL TRANSCRIPT*

01:33:44  1   subject to Your Honor's approval, counsel has agreed that that

01:33:47  2   would be dismissed with prejudice today.

01:33:49  3           MR. FLINT:  Yes.  Your Honor, Jacob Flint for the

01:33:52  4   plaintiffs on behalf of Flint Law Firm and Lowe Law Group.

01:33:55  5           My staff and I have made every effort to contact

01:33:58  6   these clients, bring them into compliance.  We also delegated

01:34:01  7   the task to an investigator, but they remain either

01:34:05  8   unresponsive or noncompliant.

01:34:07  9           THE COURT:  I'm familiar with the work that you've

01:34:09 10   done.  You've done everything possible.  You've expended time,

01:34:12 11   money, and energy doing it.  Notwithstanding that, the parties

01:34:17 12   do not wish to comply, so I'll dismiss those with prejudice.

01:34:23 13   Thank you for your efforts.

01:34:23 14           MR. FLINT:  Thank you, Your Honor.

01:34:23 15           MS. MILLER:  Then for the cases where Flint Law Firm is

01:34:26 16   co-counsel with Lowe Law Group, those are in rows 655 through

01:34:30 17   665, 7 of the case have come into compliance are dismissed with

01:34:35 18   prejudice.  We still need to address -- those are 655, 656,

01:34:42 19   658, 661, 663, and 665.

01:34:46 20           We need to address the remaining cases for

01:34:49 21   failure to comply with CMO 12A.

01:34:52 22           MR. FLINT:  Again, Your Honor, we made every effort

01:34:55 23   to contact these clients, my staff and I and also an

01:34:58 24   investigator, and they remain noncompliant.

01:35:01 25           THE COURT:  You've done the best you can.  I'll dismiss

***OFFICIAL TRANSCRIPT***

01:35:04  1    those with prejudice.

01:35:04  2                    Thank you very much.  Thanks for being here.

01:35:06  3          MR. FLINT:  Thank you, Your Honor.

01:35:07  4          MS. MILLER:  Thank you.

01:35:08  5                    Goza & Honnold has 7 cases listed in the order.

01:35:14  6    They are in rows 555 through 561.  Excuse me, Your Honor.  The

01:35:22  7    plaintiffs in rows 555, 556, 567, and 560 are now in compliance

01:35:30  8    with CMO 12A.

01:35:31  9                    That leaves the plaintiffs in rows 567, 569, and

01:35:37 10    561 to be addressed here today.

01:35:39 11          THE COURT:  Anything?

01:35:40 12          MR. HONNOLD:  Good afternoon, Your Honor.

01:35:46 13    Bradley Honnold for the plaintiffs, and thank you to Ms. Miller

01:35:49 14    and the BrownGreer team for their patience in helping us

01:35:53 15    demonstrate compliance on the ones that have been taken off the

01:35:56 16    list.

01:35:56 17                    For the other cases, Your Honor, we can't show

01:35:58 18    good cause here today.  Our office has undertaken significant

01:36:02 19    effort to try to them -- help these clients perfect their

01:36:05 20    participation in the settlement, but for various it just not

01:36:07 21    happened.

01:36:08 22          THE COURT:  I know you, and you've spent money to do it

01:36:09 23    as well time and energy, and you've done everything you can, so

01:36:12 24    we'll dismiss those cases with prejudice.

01:36:14 25          MR. HONNOLD:  Thank you, Your Honor.

                              *OFFICIAL TRANSCRIPT*

01:36:15  1          THE COURT:  Thank you.

01:36:15  2          MS. MILLER:  Thank you, Your Honor.

01:36:19  3          Next is the Law Firm of Fears Nachawati.  They

01:36:24  4   have 328 cases listed on today's order appearing in rows 177

01:36:28  5   through 504.  If you could please bear with me while I read

01:36:32  6   some cases into the record.

01:36:34  7          Twenty-nine of the cases came into compliance

01:36:36  8   with CMO 12A are dismissed with prejudice prior to today's

01:36:40  9   hearing.  Those are rows 190, 197, 198, 201, 239, 242, 244,

01:36:54 10   252, 272, 274, 279, 288, 327, 337, 371, 375, 384, 394, 404,

01:37:15 11   413, 416, 425, 429, 443, 462, 467, 481, 504.

01:37:31 12          An additional 25 plaintiffs came into compliance

01:37:33 13   with CMO 12A today.  Those are the plaintiffs appearing in rows

01:37:37 14   177, 179, 187, 191, 194, 203, 213, 217, 224, 227, 284, 290,

01:38:14 15   305, 310, 311, 317, 322, 332, 344, 384, 385, 414, 427.

01:38:43 16          I believe that's it, Your Honor.  I'm just

01:38:56 17   double-checking.  The remaining cases for Fears Nachawati

01:39:00 18   remain noncompliant for CMO 12A.

01:39:06 19          MS. LONG:  May it please the Court, Your Honor.

01:39:06 20   Charlotte Long, Fears Nachawati Law Firm for the plaintiff.

01:39:09 21          We've done everything we can to get ahold of

01:39:12 22   everybody, and we've sent letters, emails.  We've called, hired

01:39:17 23   investigators.  We just cannot get ahold of these plaintiffs,

01:39:20 24   and they are noncompliant.

01:39:21 25          THE COURT:  Okay.  I know the effort you've made.  I

**OFFICIAL TRANSCRIPT**

01:39:24  1    appreciate it.  You've done everything you can.  Through no

01:39:29  2    fault of your own, the plaintiffs do not wish to proceed, so

01:39:34  3    I'll grant the motion on those cases to dismiss with prejudice.

01:39:36  4         MS. LONG:  Thank you, Your Honor.

01:39:36  5         MS. MILLER:  Thank you, Your Honor.

01:39:37  6              Sanders Law Firm has 1 case on the order

01:39:40  7    appearing in row 775.

01:39:42  8              Is anyone in the courtroom for the Sanders Law

01:39:45  9    Firm?

01:39:45 10         THE COURT:  Yes.

01:39:46 11         MR. BAILEY:  Good afternoon, Your Honor.  Justin Bailey

01:39:52 12    on behalf of Sanders Law Firm.

01:39:55 13              Your Honor, on this case, Ms. Stokes passed away

01:39:58 14    late 2018.  We managed to track down the cousin of her

01:40:04 15    grandson, who got us in touch with the grandson who is managing

01:40:07 16    her affairs.  We've had a lot of different contacts with him,

01:40:12 17    advised him of all of the dates and the requirements of this

01:40:14 18    Court.  He has failed to comply at this time, Your Honor.

01:40:17 19         THE COURT:  Thank you for all of your efforts.  I

01:40:19 20    appreciate it.  If he doesn't wish to proceed with the case, he

01:40:24 21    certainly has that right, so I'll dismiss the case with

01:40:26 22    prejudice.

01:40:27 23         MR. BAILEY:  Thank you very much.

01:40:27 24         MS. MILLER:  Thank you, Your Honor.

01:40:29 25              Huber Slack Thomas & Marcelle, 7 cases listed in

*OFFICIAL TRANSCRIPT*

01:40:34  1  the order appearing in 522 to 588.

01:40:38  2           Is anyone in the courtroom on behalf of Huber

01:40:44  3  Slack Thomas & Marcelle?

01:40:44  4     MR. BIRCHFIELD:  Your Honor, counsel did appear and

01:40:47  5  made the affirmance of all the efforts that they had made, but

01:40:51  6  he had a conflict and couldn't be here this afternoon.

01:40:53  7     THE COURT:  Thank you.  The Court will dismiss the

01:40:55  8  matters with prejudice.

01:40:56  9     MS. MILLER:  Thank you, Your Honor.

01:40:59 10           Slater Slater Schulman had 21 cases listed in the

01:41:02 11  order.  They are appearing in rows 802 to 822.

01:41:06 12           The plaintiff appearing in row 816 is now

01:41:13 13  compliant.

01:41:15 14           That leaves the remaining 20 cases to be

01:41:18 15  addressed today.

01:41:22 16     MR. SCHULMAN:  Jonathan Schulman.

01:41:37 17           We have exhausted all efforts.  There was

01:41:41 18  1 plaintiff that came into contact with us yesterday, and we

01:41:46 19  advised that they had to show up here.  They've got -- we've

01:41:50 20  sent out certified mail, emails, phone calls nonstop, and no

01:41:56 21  good cause.

01:41:57 22     THE COURT:  I appreciate your efforts.  You've done

01:41:59 23  everything you can.  I'll dismiss the cases with prejudice.

01:42:02 24  Thank you very much.

01:42:03 25     MR. SCHULMAN:  Thank you, Your Honor.

                   ***OFFICIAL TRANSCRIPT***

01:42:04  1          MS. MILLER:  Thank you, Your Honor.

01:42:05  2              Niemeyer Grebel & Kruse has 1 plaintiff listed in

01:42:09  3      row 740.  It appears that they have co-counsel at Wagstaff &

01:42:16  4      Cartmell, Wexler Wallace, and Brown and Crouppen.

01:42:17  5              Is anyone here on behalf of the plaintiff

01:42:20  6      appearing in row 740?

01:42:21  7          MR. BIRCHFIELD:  Counsel did appear earlier and --

01:42:24  8          THE COURT:  We'll dismiss the case with prejudice.

01:42:27  9          MS. MILLER:  Wagstaff & Cartmell had 10 cases on the

01:42:31 10      order appearing in rows 962 to 971.

01:42:36 11              Is anyone here on behalf of the plaintiffs listed

01:42:38 12      for Wagstaff & Cartmell?

01:42:40 13          MR. BIRCHFIELD:  Again, Your Honor, counsel was here.

01:42:43 14          THE COURT:  All right.  The Court will dismiss it with

01:42:46 15      prejudice.

01:42:46 16          MS. MILLER:  Thank you, Your Honor.

01:42:47 17              The Gallagher Law Firm has 3 cases listed in the

01:42:51 18      order appearing in rows 900 to 902.  The plaintiffs are not

01:42:55 19      compliant with CMO 12A.  I believe counsel was here earlier and

01:42:59 20      confirmed that they had exhausted all efforts.

01:43:02 21          THE COURT:  Let those cases be dismissed with

01:43:04 22      prejudice.

01:43:04 23          MS. MILLER:  Johnson Law Group has 2 cases appearing in

01:43:09 24      the order, rows 594 and 595.

01:43:14 25              The plaintiff appearing in 594 has now come into

*OFFICIAL TRANSCRIPT*

01:43:16  1   compliance with CMO 12A.

01:43:19  2            That leaves the plaintiffs in 595 to show cause

01:43:23  3   today.

01:43:23  4            Is anyone here from the Johnson Law Group or on

01:43:25  5   behalf of the plaintiff in 595?

01:43:27  6            (No verbal response.)

01:43:27  7        THE COURT:  Let those cases be dismissed with

01:43:30  8   prejudice.

01:43:30  9        MS. MILLER:  The Law Office of Christopher K. Johnston

01:43:34 10   had 20 cases listed in today's order appearing in rows 619

01:43:39 11   through 638.

01:43:40 12            Thirteen of the cases came into compliance with

01:43:42 13   CMO 12A are dismissed with prejudice over the weekend.  Those

01:43:46 14   are the plaintiffs appearing in rows 620 through 623, 626

01:43:52 15   through 631, row 633, row 635, and row 636.

01:43:59 16            Then over the lunch break we received notice that

01:44:02 17   2 more came into compliance with CMO 12A.  Those are the

01:44:05 18   plaintiffs appearing in row 619 and row 634.

01:44:09 19            The remaining 5 Christopher K. Johnston

01:44:15 20   plaintiffs have not complied with CMO 12A.  Those are the

01:44:18 21   plaintiffs we would ask that be dismissed with prejudice.

01:44:21 22        THE COURT:  What are ones, the numbers?

01:44:23 23        MS. MILLER:  Sure.  It is row 624, 625, 632, 637, and

01:44:29 24   638.

01:44:30 25        THE COURT:  Let those cases be dismissed with

**OFFICIAL TRANSCRIPT**

01:44:32 1    prejudice.

01:44:32 2         MS. MILLER:  Thank you, Your Honor.

01:44:35 3              Gaidry Law Group with Chehardy Sherman had

01:44:40 4    1 plaintiff listed in the order in row 533.  That case was

01:44:44 5    dismissed with prejudice this morning.

01:44:49 6         THE COURT:  Let it be dismissed.

01:44:50 7         MS. MILLER:  Your Honor, there was 1 plaintiff in row

01:44:55 8    474 who was a *pro se* plaintiff.

01:44:59 9              Is anyone here -- is plaintiff Shirley Palmer in

01:45:03 10   the courtroom?

01:45:03 11             Your Honor, out of abundance of caution, we would

01:45:06 12   like to be able to confirm that she got notice of today's

01:45:09 13   hearing, and we can discuss it with you.

01:45:12 14        MR. BIRCHFIELD:  Your Honor, in Ms. Palmer's case,

01:45:14 15   there were two law firms that had filed motions to withdraw in

01:45:19 16   2015 that were granted, but she was showing up on that list as

01:45:24 17   being represented by them, so we need to confirm that she

01:45:29 18   received information.

01:45:29 19        THE COURT:  All right.  Let's pass that one then.

01:45:31 20        MS. MILLER:  Okay.  Thank you, Your Honor.

01:45:33 21             That is the list of cases for Record Doc. 17174.

01:45:40 22   I know the parties need to confer as to 1 case, and then there

01:45:44 23   is the subject matter jurisdiction order, if Your Honor would

01:45:47 24   like us to start with that.

01:45:49 25        THE COURT:  Sure, let's do that.

**_OFFICIAL TRANSCRIPT_**

01:45:51  1        MS. MILLER:  Your Honor, the next order up is

01:45:53  2   Record Doc. 17176, and that is a show cause hearing for

01:45:58  3   plaintiffs over whose claims this court lacked subject matter

01:46:04  4   jurisdiction because there is no diversity of citizenship.

01:46:09  5        THE COURT:  These cases are state-law cases.  We apply

01:46:13  6   state law because the basis of jurisdiction in this court is

01:46:18  7   diversity citizenship.  So the question is whether or not the

01:46:22  8   individuals are citizens of the locations in which the

01:46:27  9   defendant either is licensed to do business or has their main

01:46:33 10   business.

01:46:34 11        We'll hear about those at this time.

01:46:35 12        MS. MILLER:  Thank you, Your Honor.

01:46:38 13        Due to the number of plaintiffs on the list, I

01:46:40 14   will only repeat this once, but as Your Honor noted, there are

01:46:43 15   issues with respect to where these plaintiffs reside in terms

01:46:48 16   of their state residents, and these plaintiffs on this list are

01:46:52 17   all residents of states or where one or more of the defendants

01:46:54 18   are also residents for purposes of diversity jurisdiction, and

01:46:57 19   this includes the states of California, Delaware, Indiana,

01:47:01 20   New Jersey, New York, and Pennsylvania.

01:47:03 21        The plaintiffs who are subject to today's hearing

01:47:05 22   were originally listed in the orders issued by the Court on

01:47:08 23   September 10th and September 20th.  Those orders were docketed

01:47:11 24   at Rec. Doc. Numbers 15417 and 16220, respectively.

01:47:18 25        The orders advised plaintiffs that they would be

*OFFICIAL TRANSCRIPT*

01:47:20  1    required to show cause as to why their cases should not be

01:47:24  2    dismissed without prejudice pursuant to PTO 24A for lack of

01:47:28  3    subject matter jurisdiction.

01:47:29  4           The orders that the Court has entered also

01:47:31  5    required the plaintiffs and their counsel to personally appear.

01:47:34  6    Those orders can be found at Rec. Doc.  Numbers 16880, 16887,

01:47:42  7    17176.

01:47:43  8           As of Friday's orders, there were 113 plaintiffs

01:47:47  9    still subject to the show cause order for lack of subject

01:47:51 10    matter jurisdiction.  Due to some work over the weekend and

01:47:54 11    over the break today, we've now got that number down to

01:47:58 12    slightly more than 70.  We'll try to call these by law firm

01:48:03 13    again.

01:48:03 14           THE COURT:  Do we know whether any of those are filed

01:48:06 15    in state court also?

01:48:07 16           MS. MILLER:  Those subject to today's orders have not.

01:48:13 17    We addressed them before today.

01:48:16 18           Avram Blair has 1 plaintiff appearing in row 5.

01:48:20 19           Is anyone here on behalf of Avram Blair?

01:48:20 20           MR. BIRCHFIELD:  Counsel was here earlier, Your Honor.

01:48:23 21           THE COURT:  We'll dismiss it without prejudice.

01:48:25 22           MS. MILLER:  Brown LLC had 1 case appearing in row 6.

01:48:33 23           Is anyone here on behalf of the plaintiff

01:48:35 24    appearing in row 6 from Brown L.L.C.?

01:48:35 25           (No verbal response.)

*OFFICIAL TRANSCRIPT*

01:48:38  1           THE COURT:  I'll dismiss it without prejudice.

01:48:40  2           MS. MILLER:  Burke Harvey had two plaintiffs appearing

01:48:43  3      in rows 7 and 8.

01:48:46  4                Is anyone here from Burke Harvey?

01:48:48  5                (No verbal response.)

01:48:48  6           THE COURT:  Dismissed without prejudice.

01:48:49  7           MS. MILLER:  The Burnett Law Firm had 1 plaintiff

01:48:52  8      appearing in row 9.

01:48:54  9           THE COURT:  Same.  Dismissed without prejudice.

01:48:57 10           MS. MILLER:  Fears Nachawati had 32 cases listed in

01:49:03 11      rows 10 through 41.  Four cases addressed the issues prior to

01:49:07 12      today's hearing.  Those were the plaintiffs in rows 10, 11, 12,

01:49:12 13      15.

01:49:12 14                Three more plaintiffs came into compliance today.

01:49:16 15      Those are the plaintiffs appearing in rows 19, 22, and 23.

01:49:20 16                The remaining 21 are to be addressed today, and

01:49:24 17      counsel is present.

01:49:25 18           MS. LONG:  We have no objection, Your Honor.

01:49:34 19           THE COURT:  We'll dismiss it without prejudice.

01:49:34 20           THE COURT REPORTER:  I'm sorry.  Your name?

01:49:29 21           MS. LONG:  Charlotte Long, Fears Nachawati Law Firm.

01:49:36 22           MS. MILLER:  Girardi Keese, 1 case listed in today's

01:49:39 23      order in row 42.

01:49:39 24                Is anyone here from Girardi Keese?

01:49:43 25                (No verbal response.)

*OFFICIAL TRANSCRIPT*

01:49:43 1          THE COURT:  Dismissed without prejudice.

01:49:44 2          MS. MILLER:  Huber Slack Thomas & Marcelle had 2 cases

01:49:50 3  listed in today's order in rows 46 through 47.

01:49:50 4              Is anyone here on behalf of Huber Slack?

01:49:57 5              (No verbal response.)

01:49:57 6          THE COURT:  Let it be dismissed without prejudice.

01:49:58 7          MS. MILLER:  Jacoby & Meyers had 1 case listed in

01:50:02 8  today's order.  It appears that co-counsel is The Cochran Firm.

01:50:07 9  That plaintiff is in row 48.

01:50:10 10             Is anyone here on behalf of Jacoby & Meyers or

01:50:13 11 Cochran on behalf of Clarence Pettigrew?

01:50:14 12             (No verbal response.)

01:50:14 13         THE COURT:  Let it be dismissed without prejudice.

01:50:16 14         MS. MILLER:  Johnson Becker, 1 plaintiff appearing in

01:50:20 15 today's order in row 49.

01:50:23 16             Is anyone here from Johnson Becker?

01:50:24 17         MS. GORSHE:  Lisa Gorshe for the plaintiff,

01:50:32 18 George Mixon.

01:50:33 19             Mr. Mixon, we have been advised by a neighbor,

01:50:36 20 passed away, and there are no family members, so we don't

01:50:40 21 object to the dismissal.

01:50:40 22         THE COURT:  Dismissed without prejudice.

01:50:46 23         MS. MILLER:  Kirkendall Dwyer has 3 cases listed for

01:50:52 24 this order appearing in rows 51 through 53.

01:50:57 25             Plaintiff in row 53 has addressed the issues.

*OFFICIAL TRANSCRIPT*

01:51:02  1          That leaves the plaintiffs appearing in rows 51

01:51:03  2  through 52 to be addressed today.

01:51:05  3          Your Honor, Counsel for Kirkendall Dwyer had to

01:51:09  4  leave for a conflict, but I know that she was here and said

01:51:12  5  that they had tried to get in touch with the plaintiff and were

01:51:15  6  unable to do so.

01:51:17  7      THE COURT:  Let it be dismissed without prejudice.

01:51:18  8      MS. MILLER:  Kirtland & Packard has 1 plaintiff listed

01:51:24  9  in today's order appearing in row 54.

01:51:29 10          Is anyone here from Kirtland & Packard?

01:51:30 11          (No verbal response.)

01:51:30 12      THE COURT:  Dismissed without prejudice.

01:51:32 13      MS. MILLER:  Lenze Lawyers had 1 plaintiff listed for

01:51:35 14  today's hearing in row 56.

01:51:38 15          Is anyone here from Lenze Lawyers?

01:51:40 16          (No verbal response.)

01:51:40 17      THE COURT:  Dismissed without prejudice.

01:51:42 18      MS. MILLER:  Marc J. Bern & Partners had 1 case listed

01:51:46 19  for today's hearing appearing in row 57.

01:51:50 20          Is anyone here from Marc Bern's law firm?

01:51:52 21          (No verbal response.)

01:51:52 22      THE COURT:  Dismissed without prejudice.

01:51:53 23      MS. MILLER:  McDonald Worley had 1 case listed for

01:51:56 24  today's order appearing in row 58.

01:51:59 25          Is anyone here from McDonald Worley?

                              *OFFICIAL TRANSCRIPT*

01:52:01  1              (No verbal response.)

01:52:01  2              THE COURT:  Let it be dismissed without prejudice.

01:52:02  3              MS. MILLER:  Mike Love & Associates had 1 plaintiff

01:52:07  4    listed for today's order -- excuse me, had 3 plaintiffs listed

01:52:10  5    for today's order in row 59 through 61.

01:52:14  6              Is anyone here from Mike Love & Associates?

01:52:16  7              (No verbal response.)

01:52:16  8              THE COURT:  Let it be dismissed without prejudice.

01:52:17  9              MS. MILLER:  The Murray Law Firm had 1 case listed for

01:52:20 10    today's order appearing in row 62.

01:52:25 11              Is anyone here from The Murray Law Firm?

01:52:27 12              (No verbal response.)

01:52:27 13              THE COURT:  Let it be dismissed without prejudice.

01:52:28 14              MS. MILLER:  Niemeyer Grebel & Kruse had 1 plaintiff

01:52:31 15    listed for today's hearing appearing in row 62.

01:52:35 16              Is anyone here from Niemeyer Grebel & Kruse?

01:52:38 17              (No verbal response.)

01:52:38 18              THE COURT:  Let it be dismissed without prejudice.

01:52:40 19              MS. MILLER:  The Potts Law Firm had 1 plaintiff listed

01:52:43 20    in row 65.  Burnett Law Firm may be co-counsel for this case.

01:52:50 21              Is anyone here from the Potts Law Firm or Burnett

01:52:51 22    Law Firm here for James Woolums?

01:52:52 23              (No verbal response.)

01:52:52 24              THE COURT:  Let it be dismissed without prejudice.

01:52:56 25              MS. MILLER:  Slater Slater Schulman had 2 cases listed

*OFFICIAL TRANSCRIPT*

01:52:59 1    for today's hearing appearing in rows 66 through 67.

01:53:02 2    Counsel -- Mr. Schulman is here.

01:53:04 3             MR. SCHULMAN:  Jonathan Schulman.  No objections,

01:53:07 4    Your Honor.

01:53:07 5             THE COURT:  Okay.  It will be dismissed without

01:53:10 6    prejudice.

01:53:10 7             MR. SCHULMAN:  Thank you, Your Honor.

01:53:10 8             MS. MILLER:  The Tamari Law Group had 2 cases listed

01:53:14 9    for today's hearing.  They appear on rows 68 through 69.

01:53:17 10            The plaintiff in row 69 has addressed the issues.

01:53:19 11            That leaves the plaintiff in row 68,

01:53:23 12   Patricia Lieberman, to be addressed here today.

01:53:25 13            MS. TOWNE:  Good afternoon.  Catherine Towne for the

01:53:28 14   plaintiff.  We exhausted all efforts to reach this client and

01:53:31 15   to no avail.

01:53:32 16            THE COURT:  Thank you very much for your help.  It will

01:53:38 17   be dismissed without prejudice.

01:53:39 18            MS. TOWNE:  Thank you, Your Honor.

01:53:39 19            MS. MILLER:  Amy Nichols -- excuse me, Your Honor.  The

01:53:42 20   Cochran Law Firm had one client listed for today Amy Nichols in

01:53:46 21   row 70.

01:53:48 22            Is anyone here from The Cochran or perhaps Jacoby

01:53:48 23   & Meyers?

01:53:52 24            (No verbal response.)

01:53:52 25            THE COURT:  Dismissed without prejudice.

**OFFICIAL TRANSCRIPT**

01:53:56  1        MS. MILLER:  The Frankowski Firm had 1 plaintiff listed

01:53:57  2   in row 93.

01:53:58  3             Is anyone here from the The Frankowski Firm?

01:54:00  4        (No verbal response.)

01:54:00  5        THE COURT:  Let it be dismissed without prejudice.

01:54:01  6        MS. MILLER:  The Law Office of Paul Mankin had

01:54:05  7   1 plaintiff listed for today in row 94.

01:54:08  8             Is anyone here from The Law Office of

01:54:08  9   Paul Mankin?

01:54:08 10        (No verbal response.)

01:54:13 11        THE COURT:  Dismissed without prejudice.

01:54:14 12        MS. MILLER:  The Mulligan Law Firm had 7 cases listed

01:54:18 13   today, along with Allen & Nolte.  They appeared in rows 95 to

01:54:22 14   101.

01:54:22 15             The case listed in row 101 has addressed the

01:54:26 16   issues.

01:54:26 17             That leaves the remaining cases in rows 95

01:54:29 18   through 100 to be addressed today.

01:54:32 19             Mr. Nolte was here today and said that his firm

01:54:35 20   had exhausted all efforts to reach these plaintiffs.

01:54:39 21        THE COURT:  It's dismissed without prejudice.

01:54:41 22        MS. MILLER:  Trammell PC has 6 cases listed in today's

01:54:45 23   order.

01:54:45 24             One case was addressed before the hearing, the

01:54:48 25   plaintiff in row 105.

*OFFICIAL TRANSCRIPT*

01:54:50  1           That leaves the plaintiffs in row 104 and 106 and

01:54:54  2  107 to be addressed by counsel.

01:54:57  3          MR. DARLING:  Good afternoon, Your Honor.

01:54:58  4  Michael Darling with Trammell PC.  It has two M's and two L's.

01:55:03  5           With the exception of the case that opposing

01:55:07  6  counsel just mentioned, we have exhausted every possible

01:55:10  7  effort.  We've made numerous attempts to contact them via

01:55:15  8  phone, email and mail, and we have either received nothing in

01:55:18  9  response or basically just the assent that their case will be

01:55:23 10  dismissed if they don't show up today, and clearly no clients

01:55:26 11  are here.

01:55:26 12          THE COURT:  Okay.  Thank you very much for your help

01:55:28 13  and for your good work.  You've done everything possible to

01:55:30 14  reach these people, and they do not wish to proceed with the

01:55:34 15  case, so I thank you for being here.  Thank you for your work

01:55:37 16  on their behalf, but I'll dismiss the case without prejudice.

01:55:42 17          MS. MILLER:  Wagstaff & Cartmell had 3 cases listed in

01:55:46 18  today's order in rows 108 through 110.

01:55:49 19           Is anyone here from Wagstaff & Cartmell?

01:55:51 20          MR. BIRCHFIELD:  They were here earlier, Your Honor.

01:55:52 21          MS. MILLER:  They were here earlier, Your Honor.  That

01:55:53 22  is correct.  They did explain that they had exhausted all

01:55:57 23  efforts.

01:55:58 24          THE COURT:  The Court will dismiss it without

01:56:00 25  prejudice.

**OFFICIAL TRANSCRIPT**

01:56:05 1          MS. MILLER:  The Wilshire Law Firm had 2 cases listed

01:56:01 2    in today's order in rows 111 to 112.

01:56:04 3               Is anyone here from The Wilshire Law Firm?

01:56:06 4          (No verbal response.)

01:56:06 5     THE COURT:  Let it be dismissed without prejudice.

01:56:11 6          MS. MILLER:  Wormington & Bollinger had 1 case listed

01:56:13 7    for today's order in row 113.

01:56:15 8               Is anyone here from Wormington & Bollinger?

01:56:18 9          (No verbal response.)

01:56:18 10     THE COURT:  Dismissed without prejudice.

01:56:19 11         MS. MILLER:  Your Honor, there were a number of

01:56:22 12   additional plaintiffs who were listed on the order for today

01:56:26 13   who, between Friday and this morning, resolved the issues.

01:56:30 14   Just for the record I would like to read them in.

01:56:30 15     THE COURT:  Yes.

01:56:32 16         MS. MILLER:  That is 4 cases from Allen & Nolte.  They

01:56:36 17   appear in rows 1 through 4 of the order.

01:56:38 18               That is 1 case from The Law Office of

01:56:40 19   Christopher K. Johnston that appeared in row 55.

01:56:43 20               That is 1 case from Pierce Skrabanek that

01:56:47 21   appeared in row 64.

01:56:48 22               That is 22 cases from The Driscoll Firm that

01:56:53 23   appeared in rows 71 through 92.

01:56:56 24               And 3 cases from Goza & Honnold that appeared in

01:57:01 25   rows 43 through 45.

*OFFICIAL TRANSCRIPT*

01:57:04 1          I believe those were the cases listed for today's
01:57:07 2     order, and if Your Honor wouldn't mind asking just to make sure
01:57:10 3     that everyone who wanted to be heard has been heard?
01:57:13 4          THE COURT:  Yes.  Does anyone in the courtroom wish to
01:57:17 5     be heard?  Most of them have left at this time.  There are only
01:57:20 6     three people, four people.
01:57:22 7          Okay.  Thank you very much.  Thank all of you all
01:57:24 8     for your good work.
01:57:27 9          Chandra, you did a great job on this matter.  I
01:57:30 10    know it's hard work.
01:57:36 11         MS. MILLER:  Thank you, Your Honor.
01:57:37 12         I want to thank Mr. Birchfield and his team and
01:57:39 13    BrownGreer for helping us work through these.
01:57:43 14         THE COURT:  Okay.  If nothing further, we'll stand in
01:57:46 15    recess.
01:57:46 16         (WHEREUPON, at this point in the proceedings, there was
01:57:47 17    a discussion held off the record.)
01:57:47 18         MS. MILLER:  So, Maxine Edwards, appearing in row 857
02:06:48 19    of Record Doc. 17174, represented by The Tamari Law Group, was
02:06:54 20    here today for failure to comply with CMO 12A.
02:06:57 21         THE COURT:  We passed that a moment ago.  We take it up
02:07:01 22    now at this time.  The motion is granted dismissing the case,
02:07:06 23    but I do understand that counsel have agreed that if the
02:07:12 24    documents are received by Monday, they are agreeing to allow
02:07:17 25    that case to be included in the settlement program.  Is that

*OFFICIAL TRANSCRIPT*

02:07:22  1    okay?

02:07:22  2          MS. TOWNE:  Yes.  Thank you, Your Honor.

02:07:24  3          MS. MILLER:  Due to the exigent circumstances learned

02:07:29  4    during the lunch break.

       5          THE DEPUTY CLERK:  All rise.

       6          (WHEREUPON, at 2:07 p.m., the proceedings were

       7    concluded.)

       8                             *    *    *

       9

      10                       REPORTER'S CERTIFICATE

      11

      12          I, Cathy Pepper, Certified Realtime Reporter, Registered

      13    Merit Reporter, Certified Court Reporter in and for the State

      14    of Louisiana, Official Court Reporter for the United States

      15    District Court, Eastern District of Louisiana, do hereby

      16    certify that the foregoing is a true and correct transcript to

      17    the best of my ability and understanding from the record of the

      18    proceedings in the above-entitled and numbered matter.

      19

      20                              _s/Cathy Pepper_____

      21                              Cathy Pepper, CRR, RMR, CCR
                                      Certified Realtime Reporter
      22                              Registered Merit Reporter
                                      Official Court Reporter
      23                              United States District Court
                                      Cathy_Pepper@laed.uscourts.gov
      24

      25

                          *OFFICIAL  TRANSCRIPT*

**0**

**07932** [1] - 2:15

**1**

**1** [86] - 2:11, 21:11, 22:3, 25:4, 25:6, 27:3, 27:9, 27:16, 28:9, 28:23, 31:6, 31:12, 32:6, 32:15, 33:1, 33:24, 34:12, 34:16, 35:6, 36:1, 36:17, 38:25, 39:6, 39:23, 40:5, 40:10, 41:5, 42:13, 43:3, 45:13, 45:17, 46:13, 46:16, 47:10, 47:21, 48:8, 51:9, 51:24, 52:4, 53:6, 53:18, 55:2, 55:6, 55:21, 56:11, 56:12, 56:13, 56:15, 56:16, 56:18, 56:22, 56:23, 56:24, 56:25, 57:2, 57:4, 57:8, 57:10, 61:22, 66:9, 71:6, 72:18, 73:2, 75:4, 75:7, 75:22, 77:18, 77:22, 78:7, 78:22, 79:7, 79:14, 80:8, 80:13, 80:18, 80:23, 81:3, 81:9, 81:14, 81:19, 83:1, 83:7, 85:6, 85:17, 85:18, 85:20
**1,000** [1] - 19:10
**10** [8] - 11:7, 21:13, 21:15, 43:14, 51:13, 73:9, 78:11, 78:12
**100** [1] - 83:18
**10019** [1] - 2:19
**101** [2] - 83:14, 83:15
**104** [1] - 84:1
**105** [2] - 29:7, 83:25
**106** [2] - 30:4, 84:1
**107** [2] - 30:4, 84:2
**108** [2] - 56:11, 84:18
**109** [1] - 30:24
**10th** [3] - 16:14, 16:20, 76:23
**11** [4] - 21:16, 56:10, 67:19, 78:12
**110** [1] - 84:18
**1100** [2] - 1:21, 2:8
**111** [1] - 85:2
**112** [1] - 85:2
**113** [2] - 77:8, 85:7
**116** [1] - 30:24
**117** [1] - 31:6

**118** [1] - 31:12
**119** [1] - 56:12
**11:53** [1] - 57:22
**12** [7] - 14:16, 14:18, 14:25, 21:16, 37:20, 45:1, 78:12
**120** [1] - 31:17
**122** [1] - 31:17
**123** [1] - 31:24
**128** [1] - 31:24
**129** [1] - 32:6
**12:11** [1] - 60:3
**12A** [75] - 14:10, 15:2, 15:4, 15:10, 15:14, 15:17, 15:21, 16:1, 16:7, 16:9, 16:16, 16:23, 17:2, 17:8, 17:13, 17:16, 17:20, 17:24, 18:6, 18:9, 18:12, 18:15, 18:19, 18:23, 19:11, 19:13, 21:14, 21:18, 22:4, 22:22, 22:25, 23:23, 24:25, 25:3, 26:20, 27:4, 27:10, 27:17, 27:25, 28:11, 28:18, 28:25, 29:8, 30:5, 31:1, 46:6, 52:12, 54:3, 55:14, 57:14, 58:10, 59:9, 59:11, 61:16, 61:23, 62:17, 63:21, 64:16, 64:22, 65:2, 65:6, 66:6, 67:23, 68:21, 69:8, 70:8, 70:13, 70:18, 73:19, 74:1, 74:13, 74:17, 74:20, 86:20
**12B** [4] - 16:4, 16:6, 16:8, 16:12
**13** [1] - 22:3
**130** [1] - 30:2
**131** [1] - 30:2
**132** [1] - 32:16
**133** [1] - 32:21
**134** [1] - 32:21
**135** [1] - 33:2
**136** [1] - 33:8
**13608** [1] - 14:18
**13608**.....................
.......... [1] - 5:15
**14** [3] - 5:14, 5:15, 21:16
**14-MD-2592** [1] - 1:6
**140** [1] - 33:8
**148** [1] - 64:24
**14877** [1] - 15:4
**14877**.....................
.......... [1] - 5:16
**15** [5] - 5:16, 11:7, 22:3, 52:10, 78:13

**15257** [1] - 16:6
**15257**.....................
.......... [1] - 5:17
**15416** [2] - 16:19, 17:25
**15416**.....................
.......... [2] - 5:18, 5:23
**15417** [1] - 76:24
**15417**.....................
.......... [1] - 6:9
**15th** [1] - 49:11
**16** [4] - 5:17, 5:18, 21:16, 36:6
**162** [1] - 65:3
**16218** [2] - 17:4, 17:18
**16218**.....................
.......... [2] - 5:19, 5:21
**16219** [3] - 17:10, 17:18, 17:25
**16219**.....................
.......... [3] - 5:20, 5:22, 5:24
**16220** [1] - 76:24
**16220**.....................
.......... [1] - 6:10
**168** [1] - 64:24
**16868** [1] - 18:2
**16868**.....................
.......... [1] - 5:25
**16875** [1] - 18:2
**16875**.....................
.......... [1] - 6:1
**16880** [1] - 77:6
**16880**.....................
.......... [1] - 6:11
**16887** [1] - 77:6
**16887**.....................
.......... [1] - 6:12
**169** [1] - 33:19
**17** [6] - 5:19, 5:20, 5:21, 5:23, 5:24, 21:16
**170** [1] - 33:19
**171** [1] - 33:25
**17115** [1] - 24:7
**17115**.....................
.......... [1] - 6:5
**17174** [7] - 14:9, 18:20, 21:12, 23:20, 61:14, 75:21, 86:19
**17174**.....................
.......... [7] - 5:14, 6:2, 6:3, 6:4, 6:6, 6:7, 6:14
**17176** [2] - 76:2, 77:7
**17176**.....................
.......... [2] - 6:8, 6:13
**172** [1] - 34:5
**176** [1] - 34:5

**177** [2] - 70:4, 70:14
**179** [1] - 70:14
**18** [4] - 5:25, 6:1, 6:2, 22:3
**187** [1] - 70:14
**19** [6] - 21:11, 21:12, 21:16, 22:24, 29:6, 78:15
**190** [1] - 70:9
**191** [1] - 70:14
**19103** [1] - 2:12
**1913** [1] - 53:24
**194** [1] - 70:14
**197** [1] - 70:9
**198** [1] - 70:9
**19th** [4] - 12:21, 12:23, 13:2, 15:9
**1st** [1] - 17:20

**2**

**2** [29] - 21:15, 28:17, 30:3, 32:20, 32:24, 33:18, 34:21, 36:11, 40:15, 41:11, 41:22, 42:2, 43:15, 44:2, 46:20, 47:3, 48:2, 50:5, 53:23, 56:19, 57:6, 62:18, 66:11, 73:23, 74:17, 79:2, 81:25, 82:8, 85:1
**20** [5] - 37:8, 64:25, 65:1, 72:14, 74:10
**2000** [1] - 2:11
**201** [1] - 70:9
**2014** [1] - 8:12
**2015** [1] - 75:16
**2018** [2] - 35:15, 71:14
**2019** [7] - 1:7, 7:2, 14:16, 15:13, 16:4, 39:10, 61:2
**203** [1] - 70:14
**20th** [4] - 17:3, 17:6, 17:17, 76:23
**21** [11] - 4:5, 6:3, 54:5, 54:13, 54:16, 55:15, 59:9, 59:10, 67:19, 72:10, 78:16
**213** [1] - 70:14
**217** [1] - 70:14
**22** [7] - 22:19, 43:8, 53:25, 55:11, 63:22, 78:15, 85:22
**224** [1] - 70:14
**227** [1] - 70:14
**23** [3] - 6:4, 59:9, 78:15
**239** [1] - 70:9
**24** [3] - 6:5, 14:16,

23:21
**242** [1] - 70:9
**244** [1] - 70:9
**24A** [1] - 77:2
**25** [2] - 63:19, 70:12
**250** [1] - 2:19
**252** [1] - 70:10
**2592** [1] - 7:11
**25th** [1] - 16:21
**26** [2] - 4:6, 23:21
**27** [3] - 24:24, 25:24, 65:5
**272** [1] - 70:10
**274** [1] - 70:10
**279** [1] - 70:10
**28** [2] - 64:23, 66:3
**2800** [2] - 1:20, 1:21
**284** [1] - 70:14
**288** [1] - 70:10
**29** [2] - 4:7, 16:4
**290** [1] - 70:14
**2:07** [1] - 87:6
**2nd** [3] - 17:22, 18:1, 18:3

**3**

**3** [18] - 21:15, 23:21, 25:1, 26:18, 27:23, 31:16, 38:20, 45:22, 52:25, 54:2, 62:14, 64:13, 64:20, 73:17, 79:23, 81:4, 84:17, 85:24
**30** [2] - 4:8, 37:8
**30,000** [1] - 8:14
**305** [1] - 70:15
**310** [1] - 70:15
**311** [1] - 70:15
**316** [1] - 2:4
**317** [1] - 70:15
**32** [1] - 78:10
**322** [1] - 70:15
**32502** [1] - 2:5
**327** [1] - 70:10
**328** [1] - 70:4
**332** [1] - 70:15
**337** [1] - 70:10
**344** [1] - 70:15
**35** [2] - 24:24, 25:24
**36** [2] - 4:9, 63:19
**36103** [1] - 1:25
**371** [1] - 70:10
**375** [1] - 70:10
**38** [2] - 4:10, 63:20
**384** [2] - 70:10, 70:15
**385** [1] - 70:15
**39** [1] - 4:11
**394** [1] - 70:10

*OFFICIAL TRANSCRIPT*

**4**

**4** [7] - 15:13, 22:3, 43:22, 48:13, 50:18, 85:16, 85:17
**40** [2] - 4:12, 8:8
**404** [1] - 70:10
**41** [1] - 78:11
**413** [1] - 70:11
**414** [1] - 70:15
**416** [1] - 70:11
**4160** [1] - 1:25
**42** [1] - 78:23
**425** [1] - 70:11
**427** [1] - 70:15
**429** [1] - 70:11
**43** [2] - 63:20, 85:25
**44** [1] - 4:13
**443** [1] - 70:11
**45** [2] - 8:9, 85:25
**46** [1] - 79:3
**462** [1] - 70:11
**467** [1] - 70:11
**47** [1] - 79:3
**474** [1] - 75:8
**48** [2] - 4:14, 79:9
**481** [1] - 70:11
**49** [1] - 79:15
**4th** [5] - 13:1, 13:2, 18:10, 18:12, 18:13

**5**

**5** [11] - 8:12, 11:7, 22:3, 33:7, 34:4, 42:18, 44:8, 47:15, 50:7, 74:19, 77:18
**50** [1] - 4:15
**500** [1] - 3:20
**504** [3] - 3:21, 70:5, 70:11
**505** [1] - 62:15
**506** [1] - 62:17
**507** [1] - 62:15
**508** [1] - 34:12
**509** [2] - 67:19, 67:22
**51** [4] - 4:16, 63:20, 79:24, 80:1
**52** [2] - 4:17, 80:2
**521** [1] - 67:25
**522** [1] - 72:1
**529** [1] - 67:19
**53** [2] - 79:24, 79:25
**530** [1] - 34:17
**531** [1] - 34:22
**532** [1] - 34:22
**533** [1] - 75:4
**534** [1] - 35:7

**535** [1] - 36:1
**536** [1] - 36:7
**54** [3] - 4:18, 4:19, 80:9
**55** [1] - 85:19
**551** [1] - 36:7
**552** [1] - 36:12
**553** [1] - 36:12
**554** [1] - 36:18
**555** [2] - 69:6, 69:7
**556** [1] - 69:7
**55TH** [1] - 2:19
**56** [1] - 80:14
**560** [1] - 69:7
**561** [2] - 69:6, 69:10
**562** [2] - 37:21, 38:2
**567** [2] - 69:7, 69:9
**569** [1] - 69:9
**57** [1] - 80:19
**573** [2] - 37:21, 38:2
**574** [1] - 37:23
**575** [1] - 38:15
**576** [1] - 56:14
**577** [1] - 38:21
**579** [1] - 38:21
**58** [1] - 80:24
**580** [1] - 39:1
**581** [1] - 39:6
**588** [1] - 72:1
**589** [1] - 39:24
**589-7779** [1] - 3:21
**59** [2] - 4:20, 81:5
**590** [1] - 40:6
**591** [1] - 40:11
**592** [1] - 40:16
**593** [1] - 40:16
**594** [2] - 73:24, 73:25
**595** [3] - 73:24, 74:2, 74:5
**596** [1] - 41:6
**597** [2] - 41:12, 55:2
**598** [1] - 41:12
**599** [1] - 41:18
**5th** [3] - 12:17, 12:25, 13:2

**6**

**6** [8] - 22:3, 31:23, 45:5, 51:4, 53:12, 77:22, 77:24, 83:22
**60** [2] - 4:21, 63:19
**600** [2] - 2:4, 2:15
**607** [1] - 41:18
**608** [1] - 41:23
**609** [1] - 41:23
**61** [4] - 6:6, 25:2, 26:19, 81:5
**610** [2] - 64:14, 64:16

**611** [1] - 64:17
**612** [2] - 64:14, 64:16
**613** [1] - 42:3
**614** [1] - 42:3
**615** [1] - 42:8
**616** [1] - 64:21
**618** [1] - 64:21
**619** [2] - 74:10, 74:18
**62** [4] - 4:22, 4:23, 81:10, 81:15
**620** [1] - 74:14
**623** [1] - 74:14
**624** [1] - 74:23
**625** [1] - 74:23
**626** [1] - 74:14
**629** [1] - 67:22
**63** [3] - 4:24, 25:2, 26:19
**631** [1] - 74:15
**632** [1] - 74:23
**633** [1] - 74:15
**634** [1] - 74:18
**635** [1] - 74:15
**636** [1] - 74:15
**637** [1] - 74:23
**638** [2] - 74:11, 74:24
**639** [1] - 42:13
**64** [2] - 56:9, 85:21
**640** [1] - 42:19
**644** [1] - 42:19
**645** [1] - 42:24
**65** [3] - 4:25, 56:10, 81:20
**652** [1] - 42:24
**653** [1] - 56:15
**654** [1] - 43:4
**655** [3] - 67:20, 68:16, 68:18
**656** [1] - 68:18
**658** [1] - 68:19
**66** [2] - 5:1, 82:1
**661** [1] - 68:19
**663** [1] - 68:19
**665** [3] - 67:20, 68:17, 68:19
**666** [1] - 43:9
**67** [1] - 82:1
**68** [3] - 5:2, 82:9, 82:11
**687** [1] - 43:9
**688** [1] - 43:15
**69** [3] - 5:3, 82:9, 82:10
**691** [1] - 43:16
**694** [1] - 43:16
**697** [1] - 43:15
**698** [1] - 43:23

**7**

**7** [11] - 1:7, 7:2, 22:3, 46:7, 50:12, 61:2, 68:17, 69:5, 71:25, 78:3, 83:12
**70** [3] - 5:4, 77:12, 82:21
**701** [1] - 43:23
**70113** [1] - 1:16
**70130** [1] - 3:21
**70163** [2] - 1:21, 2:8
**702** [1] - 56:17
**703** [1] - 44:3
**704** [1] - 44:3
**705** [2] - 44:9, 44:10
**709** [1] - 44:9
**71** [2] - 5:5, 85:23
**710** [1] - 66:4
**711** [2] - 45:2, 45:4
**713** [1] - 45:5
**715** [1] - 45:5
**716** [1] - 45:5
**717** [1] - 45:5
**719** [1] - 45:5
**72** [1] - 5:6
**722** [1] - 45:2
**723** [1] - 45:13
**724** [1] - 45:18
**725** [1] - 45:23
**727** [1] - 45:23
**728** [1] - 46:4
**731** [2] - 46:5, 46:14
**733** [1] - 47:16
**735** [1] - 46:4
**736** [1] - 56:18
**737** [1] - 46:16
**738** [1] - 46:24
**739** [1] - 46:22
**740** [2] - 73:3, 73:6
**741** [1] - 47:4
**742** [1] - 47:4
**743** [2] - 54:1, 54:4
**75** [2] - 6:7, 56:10
**759** [1] - 54:4
**76** [5] - 6:8, 6:9, 6:10, 25:5, 27:3
**763** [1] - 54:4
**764** [1] - 54:1
**765** [1] - 47:11
**766** [1] - 56:20
**767** [1] - 56:20
**768** [1] - 56:22
**769** [1] - 47:16
**77** [4] - 6:11, 6:12, 6:13, 27:10
**774** [1] - 47:22
**775** [1] - 71:7

**776** [1] - 48:3
**777** [1] - 48:3
**778** [1] - 48:9
**779** [1] - 48:14
**78** [2] - 5:7, 61:22
**781** [1] - 58:3
**782** [1] - 48:14
**783** [2] - 50:6, 57:3
**784** [2] - 50:6, 57:3
**785** [1] - 50:7
**789** [1] - 50:8
**79** [1] - 27:17
**790** [1] - 50:13
**796** [1] - 50:13
**797** [1] - 56:23
**798** [1] - 50:19

**8**

**8** [6] - 22:3, 30:24, 42:23, 43:17, 46:3, 78:3
**80** [1] - 27:24
**801** [1] - 50:19
**802** [1] - 72:11
**816** [1] - 72:12
**82** [1] - 27:24
**820** [1] - 1:16
**822** [1] - 72:11
**823** [1] - 51:5
**83** [1] - 28:10
**838** [1] - 51:5
**839** [1] - 56:24
**84** [2] - 5:8, 28:17
**840** [2] - 51:9, 51:14
**85** [1] - 28:18
**850** [1] - 51:14
**851** [1] - 66:4
**855** [1] - 66:11
**857** [2] - 66:17, 86:18
**86** [2] - 6:14, 28:24
**862** [1] - 66:11
**87** [1] - 29:6
**875** [1] - 66:9
**878** [1] - 66:4
**879** [1] - 57:1
**880** [1] - 51:25
**881** [1] - 52:5
**882** [2] - 52:11, 52:13
**883** [1] - 52:13
**885** [1] - 52:13
**887** [1] - 52:13
**892** [1] - 52:13
**895** [1] - 52:13
**896** [1] - 52:11
**897** [1] - 53:1
**899** [1] - 53:1
**8:30** [1] - 1:7

**8th** [2] - 15:2, 49:4

## 9

**9** [7] - 21:15, 21:17, 22:2, 24:23, 25:23, 41:17, 78:8
**900** [1] - 73:18
**902** [1] - 73:18
**903** [1] - 57:5
**904** [1] - 53:6
**905** [1] - 53:12
**910** [1] - 53:13
**911** [1] - 53:19
**912** [1] - 53:24
**914** [2] - 22:20, 22:22
**916** [1] - 22:22
**92** [1] - 85:23
**93** [1] - 83:2
**935** [2] - 22:20, 22:23
**936** [1] - 54:14
**94** [1] - 83:7
**95** [2] - 83:13, 83:17
**955** [1] - 54:15
**956** [2] - 54:14, 54:15
**958** [1] - 57:7
**959** [1] - 57:7
**960** [1] - 57:9
**961** [1] - 55:7
**962** [1] - 73:10
**971** [1] - 73:10
**972** [1] - 57:10
**973** [1] - 55:12
**982** [1] - 55:13
**994** [1] - 55:22
**995** [1] - 55:22

## A

**A.M** [1] - 1:7
**a.m** [1] - 57:22
**abandoned** [2] - 15:19, 16:10
**abilities** [1] - 11:2
**ability** [2] - 49:19, 87:17
**able** [16] - 10:16, 11:9, 23:13, 26:25, 35:16, 36:24, 37:6, 48:22, 49:10, 49:11, 52:20, 54:9, 58:22, 65:16, 66:21, 75:12
**above-entitled** [1] - 87:18
**abundance** [1] - 75:11
**accept** [1] - 63:2
**accessible** [1] - 8:19
**accommodating** [1] -

13:9
**action** [2] - 8:3, 19:8
**ACTION** [1] - 1:6
**actions** [6] - 16:24, 17:14, 18:6, 18:16, 26:8, 39:17
**active** [1] - 11:4
**Adam** [1] - 54:18
**ADAM** [2] - 3:8, 4:19
**add** [2] - 25:14, 52:17
**additional** [5] - 17:7, 25:13, 67:1, 70:12, 85:12
**address** [16] - 13:23, 21:17, 26:7, 37:24, 38:2, 43:17, 45:6, 46:8, 52:14, 54:16, 57:17, 65:15, 66:17, 67:21, 68:18, 68:20
**addressed** [20] - 46:24, 54:5, 55:15, 56:4, 59:13, 62:18, 63:21, 69:10, 72:15, 77:17, 78:11, 78:16, 79:25, 80:2, 82:10, 82:12, 83:15, 83:18, 83:24, 84:2
**addresses** [1] - 64:19
**advertising** [1] - 8:1
**advised** [13] - 8:16, 14:25, 15:14, 15:17, 15:20, 16:1, 16:8, 16:21, 17:4, 71:17, 72:19, 76:25, 79:19
**affairs** [1] - 71:16
**affidavit** [1] - 9:25
**affirmance** [1] - 72:5
**afternoon** [10] - 62:1, 62:2, 63:25, 65:8, 66:7, 69:12, 71:11, 72:6, 82:13, 84:3
**ago** [2] - 24:5, 86:21
**agreeable** [1] - 49:17
**agreed** [6] - 58:7, 58:19, 63:14, 66:10, 68:1, 86:23
**agreeing** [1] - 86:24
**agreement** [4] - 49:21, 49:22, 49:23, 49:24
**ahead** [1] - 32:12
**ahold** [3] - 54:22, 70:21, 70:23
**AIDED** [1] - 3:24
**AL** [1] - 1:25
**Albertha** [1] - 64:18
**alerted** [1] - 62:5
**Allen** [9] - 21:11, 21:20, 21:21, 21:24, 22:2, 25:6, 27:9, 83:13, 85:16

**ALLEN** [8] - 1:23, 2:21, 21:21, 21:24, 22:6, 22:13, 23:3, 23:18
**ALLEN........................
....................** [1] - 4:5
**allow** [1] - 86:24
**ALSO** [1] - 2:21
**alternative** [2] - 37:15, 62:10, 64:6
**Amy** [2] - 82:19, 82:20
**analyzed** [1] - 10:16
**AND** [1] - 1:19
**ANDREW** [1] - 2:18
**ANDRÉ** [2] - 3:8, 4:20
**André** [2] - 59:7, 59:16
**Andy** [2] - 7:15, 59:20
**Anna** [1] - 62:24
**answer** [1] - 12:5
**answered** [2] - 9:4, 20:23
**ANTHONY** [1] - 1:24
**Anthony** [2] - 24:6, 39:9
**apologize** [1] - 62:22
**appear** [19] - 13:8, 13:9, 13:13, 20:15, 20:18, 30:2, 43:23, 44:9, 45:2, 46:4, 62:7, 63:19, 64:14, 66:14, 72:4, 73:7, 77:5, 82:9, 85:17
**appearance** [8] - 7:13, 16:25, 17:15, 18:8, 18:18, 21:23, 58:6, 62:21
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**appeared** [9] - 20:1, 33:13, 63:7, 65:3, 83:13, 85:19, 85:21, 85:23, 85:24
**appearing** [131] - 21:10, 21:15, 22:19, 22:22, 23:20, 23:21, 24:3, 24:24, 25:1, 25:4, 25:23, 26:19, 27:3, 27:16, 27:24, 28:10, 28:24, 29:6, 30:3, 30:24, 31:6, 31:12, 31:17, 31:24, 32:6, 32:16, 32:20, 33:2, 33:8, 33:19, 33:24, 34:12, 34:16, 34:22, 35:6, 36:1, 36:6, 36:11, 36:17, 37:20, 38:15, 40:5, 40:10, 40:15, 41:6, 41:12, 41:17, 41:22, 42:2, 42:7, 42:13,

42:18, 42:23, 43:3, 43:9, 45:4, 45:13, 45:17, 45:22, 46:13, 46:16, 46:20, 47:4, 47:11, 47:16, 47:22, 48:3, 48:8, 48:14, 50:5, 50:7, 50:13, 50:18, 51:13, 51:24, 52:25, 53:6, 53:12, 53:18, 54:1, 54:4, 54:14, 55:6, 56:12, 56:13, 56:15, 56:16, 56:18, 56:19, 56:22, 56:23, 56:24, 56:25, 57:2, 57:4, 57:6, 57:8, 57:10, 58:3, 63:20, 70:4, 70:13, 71:7, 72:1, 72:11, 72:12, 73:6, 73:10, 73:18, 73:23, 73:25, 74:10, 74:14, 74:18, 77:18, 77:22, 77:24, 78:2, 78:8, 78:15, 79:14, 79:24, 80:1, 80:9, 80:19, 80:24, 81:10, 81:15, 82:1, 86:18
**applicable** [3] - 14:12, 14:15, 61:19
**apply** [2] - 49:19, 76:5
**appointed** [1] - 62:25
**appreciate** [21] - 12:10, 22:11, 29:20, 29:21, 30:11, 30:21, 33:16, 40:25, 51:22, 52:23, 54:11, 54:23, 54:24, 58:21, 58:24, 61:12, 62:11, 67:12, 71:1, 71:20, 72:22
**approval** [2] - 63:11, 68:1
**April** [1] - 39:10
**Arguelles** [2] - 32:20, 32:22
**arrangement** [1] - 49:10
**Ashcraft** [2] - 23:20, 24:4
**aspect** [2] - 7:23, 10:11
**aspects** [1] - 11:14
**assent** [1] - 84:9
**associate** [1] - 35:10
**Associates** [14] - 24:23, 24:25, 25:23, 32:15, 40:10, 40:12, 45:1, 45:6, 45:8, 47:3, 47:5, 56:16, 81:3, 81:6
**assured** [1] - 20:8

**attempt** [2] - 29:14, 38:5
**attempting** [1] - 13:23
**attempts** [5] - 22:9, 23:6, 23:7, 50:23, 84:7
**attend** [2] - 15:22, 16:2
**attendance** [4] - 15:25, 16:13, 19:19, 19:20
**audience** [1] - 25:18
**August** [10] - 12:17, 12:21, 12:23, 12:25, 13:2, 14:24, 15:2, 15:9, 16:4
**avail** [2] - 26:7, 82:15
**availability** [1] - 49:5
**available** [8] - 14:17, 15:3, 16:5, 16:18, 17:9, 18:1, 18:19, 64:2
**AVENUE** [1] - 1:16
**Avram** [6] - 24:23, 24:25, 25:23, 25:25, 77:18, 77:19
**aware** [6] - 22:9, 26:8, 37:12, 62:8, 63:3, 66:14
**Aylstock** [2] - 63:18, 64:1

## B

**B-275** [1] - 3:20
**Bachus** [3] - 25:1, 26:18, 26:21
**background** [1] - 54:21
**BAILEY** [3] - 3:16, 71:11, 71:23
**Bailey** [1] - 71:11
**BAILEY........................
....................** [1] - 5:5
**Baldone** [2] - 32:15, 32:17
**Ballentine** [1] - 47:6
**Barney** [2] - 56:9, 57:12
**Baron** [1] - 56:10
**BARR** [1] - 2:4
**Bart** [2] - 45:22, 45:24
**based** [1] - 15:23
**basic** [1] - 9:23
**basis** [1] - 76:6
**Bates** [2] - 50:7, 50:9
**BAYLEN** [1] - 2:4
**Beacon** [3] - 25:4, 27:2, 27:5

bear [2] - 10:25, 70:5
**BEASLEY** [1] - 1:23
**Beasley** [2] - 25:6, 27:9
**Beckenstein** [2] - 42:12, 42:15
**Becker** [5] - 40:15, 40:17, 40:20, 79:14, 79:16
**BEFORE** [1] - 1:11
**begins** [1] - 19:22
**behalf** [84] - 7:15, 7:18, 23:2, 23:3, 23:5, 24:1, 25:12, 26:11, 26:21, 27:5, 27:19, 28:3, 28:12, 29:2, 29:9, 31:13, 31:18, 31:25, 32:7, 32:22, 33:3, 33:9, 34:1, 34:6, 34:18, 34:23, 35:8, 36:2, 36:8, 36:13, 38:22, 39:2, 39:7, 39:9, 41:7, 41:13, 41:19, 41:24, 42:4, 42:9, 42:14, 42:20, 42:25, 43:5, 43:10, 43:24, 44:4, 45:7, 45:14, 45:19, 45:24, 46:17, 47:12, 47:17, 47:23, 48:4, 48:10, 48:15, 50:9, 50:14, 50:20, 51:6, 51:10, 51:15, 53:2, 53:14, 53:20, 55:3, 55:8, 55:16, 55:23, 62:4, 68:4, 71:12, 72:2, 73:5, 73:11, 74:5, 77:19, 77:23, 79:4, 79:10, 79:11, 84:16
**bellwether** [3] - 9:9, 9:10, 10:12
**Bendickson** [1] - 62:24
**BENJAMIN** [1] - 1:18
**Benjamin** [2] - 35:6, 35:14
**Benton** [1] - 56:25
**BERG** [2] - 1:20, 35:13
**Berg** [2] - 35:10, 35:13
**Bern** [3] - 43:14, 43:18, 80:18
**Bern's** [1] - 80:20
**Bernstein** [2] - 61:22, 62:3
**Bertram** [2] - 27:16, 27:19
**BESS** [3] - 3:11, 63:25, 64:12
**Bess** [1] - 63:25

BESS.....................
................ [1] - 4:24
**best** [6] - 10:25, 13:5, 39:14, 39:15, 68:25, 87:17
**between** [4] - 8:8, 54:2, 56:3, 85:13
**beyond** [7] - 20:19, 21:1, 21:4, 22:11, 26:9, 29:21, 38:7
**BIDDLE** [2] - 2:10, 2:14
**Bills** [2] - 33:24, 34:1
**Birchfield** [5] - 7:15, 14:23, 27:12, 61:18, 86:12
**BIRCHFIELD** [17] - 1:24, 7:15, 12:9, 13:20, 19:21, 24:17, 25:11, 33:12, 35:1, 59:21, 59:25, 72:4, 73:7, 73:13, 75:14, 77:20, 84:20
**Blaine** [2] - 30:24, 31:2
**Blair** [8] - 24:23, 24:25, 25:23, 25:25, 26:3, 26:4, 77:18, 77:19
**BLAIR** [5] - 3:12, 25:9, 26:3, 26:5, 26:16
BLAIR.....................
................ [1] - 4:6
**Bogard** [6] - 34:11, 48:13, 48:15, 50:3, 58:4, 58:5
**Bollinger** [4] - 55:21, 55:24, 85:6, 85:8
**Boudreaux** [2] - 27:23, 28:4
**BOX** [1] - 1:25
**Brad** [2] - 28:9, 28:12
**BRADLEY** [2] - 3:16, 5:3
**Bradley** [1] - 69:13
**Brady** [5] - 24:6, 28:17, 28:20, 53:23, 53:24
**Brannon** [2] - 53:5, 53:8
**break** [7] - 59:3, 59:20, 59:22, 59:23, 74:16, 77:11, 87:4
**BRIAN** [3] - 2:4, 3:12, 4:7
**Brian** [1] - 29:10
**Brickman** [1] - 56:21
**bring** [2] - 10:25, 68:6
**brings** [1] - 19:9
**Brown** [9] - 28:23,

29:2, 41:5, 41:8, 41:11, 41:13, 73:4, 77:22, 77:24
**Browne** [1] - 56:19
**BrownGreer** [4] - 12:11, 13:7, 69:14, 86:13
**Budd** [1] - 56:10
**Burke** [4] - 29:5, 29:9, 78:2, 78:4
**Burnett** [9] - 30:3, 30:6, 30:7, 30:8, 54:14, 54:18, 78:7, 81:20, 81:21
**BURNETT** [3] - 2:22, 30:7, 30:17
BURNETT..................
.................... [1] - 4:8
**Burns** [1] - 56:11
**business** [2] - 76:9, 76:10
**Buxner** [2] - 36:18, 36:20
**BY** [10] - 1:15, 1:19, 1:24, 2:4, 2:7, 2:11, 2:14, 2:18, 3:23, 3:24

**C**

**Cagle** [2] - 51:24, 52:1
**calendars** [1] - 8:17
**California** [1] - 76:19
**Callahan** [2] - 30:23, 31:2
**CALLED** [2] - 7:4, 61:4
**CAMPUS** [1] - 2:15
**cannot** [5] - 11:6, 22:6, 23:7, 54:22, 70:23
**Carey** [2] - 31:5, 31:8
**CARR** [2] - 3:7, 54:6
**Carr** [3] - 53:25, 54:6
CARR.....................
.................... [1] - 4:18
**Cartmell** [5] - 73:4, 73:9, 73:12, 84:17, 84:19
**case** [173] - 7:10, 8:11, 8:17, 8:20, 8:23, 8:24, 9:3, 9:9, 9:15, 10:6, 10:7, 10:8, 10:10, 10:12, 10:13, 10:15, 10:16, 10:17, 11:8, 11:9, 11:12, 11:16, 11:20, 11:25, 12:1, 12:3, 12:23, 15:1, 15:15, 20:25, 22:12, 25:4, 25:6,

26:14, 27:3, 27:9, 27:11, 27:12, 27:14, 27:15, 27:16, 27:18, 28:9, 28:11, 28:23, 28:25, 29:22, 31:6, 31:7, 31:11, 31:12, 32:6, 32:10, 32:15, 32:19, 33:1, 33:24, 34:3, 34:12, 34:15, 34:16, 34:20, 35:6, 35:8, 35:22, 35:24, 36:1, 36:5, 36:17, 36:23, 37:3, 37:15, 37:16, 37:24, 38:11, 38:14, 38:25, 39:6, 39:13, 39:17, 39:18, 39:23, 39:24, 40:1, 40:5, 40:10, 41:2, 41:5, 42:7, 42:13, 43:3, 44:11, 44:19, 45:13, 45:17, 46:5, 46:13, 46:16, 46:22, 46:24, 47:10, 47:21, 48:8, 49:13, 49:17, 49:18, 49:21, 51:9, 51:24, 52:4, 52:18, 53:6, 53:18, 55:2, 55:6, 55:21, 56:11, 56:12, 56:13, 56:15, 56:16, 56:18, 56:22, 56:23, 56:24, 56:25, 57:2, 57:4, 57:8, 57:10, 57:13, 58:3, 58:11, 58:18, 58:20, 61:22, 62:10, 64:6, 64:7, 64:10, 64:25, 65:21, 66:4, 66:10, 66:13, 68:17, 71:6, 71:13, 71:20, 71:21, 73:8, 75:4, 75:14, 75:22, 77:22, 78:22, 79:7, 80:18, 80:23, 81:9, 81:20, 83:15, 83:24, 84:5, 84:9, 84:15, 84:16, 85:6, 85:18, 85:20, 86:22, 86:25
**cases** [198] - 7:24, 8:12, 8:4, 8:6, 8:13, 8:14, 8:15, 9:17, 10:24, 10:25, 11:1, 15:19, 16:10, 19:14, 20:13, 21:10, 21:11, 21:13, 21:14, 21:15, 21:17, 22:2, 22:15, 22:18, 22:19, 22:21, 22:22, 22:24, 23:17, 23:19, 23:21, 23:22, 24:19, 24:23, 25:1, 25:23, 26:18, 27:23, 27:25, 28:17, 28:19, 29:6,

29:7, 29:19, 30:1, 30:3, 30:20, 30:24, 30:25, 31:16, 31:21, 31:23, 32:3, 32:9, 32:20, 32:24, 33:6, 33:7, 33:17, 33:18, 33:22, 34:4, 34:8, 34:21, 35:4, 36:6, 36:10, 36:11, 37:20, 38:10, 38:20, 38:24, 40:15, 41:11, 41:17, 41:21, 41:22, 42:2, 42:11, 42:18, 42:23, 43:8, 43:12, 43:14, 43:15, 43:17, 43:20, 43:22, 44:1, 44:2, 44:6, 44:8, 44:21, 45:1, 45:3, 45:4, 45:5, 45:10, 45:22, 46:1, 46:3, 46:7, 46:11, 46:20, 47:3, 47:15, 48:2, 48:13, 50:2, 50:5, 50:7, 50:12, 50:18, 51:2, 51:4, 51:13, 52:10, 52:24, 52:25, 53:12, 53:23, 53:25, 54:5, 54:12, 54:13, 54:15, 54:16, 54:25, 55:11, 55:15, 55:19, 56:3, 56:10, 56:19, 57:6, 57:16, 61:14, 61:19, 62:14, 62:18, 63:19, 64:13, 64:19, 64:20, 64:21, 64:23, 66:3, 66:11, 67:2, 67:3, 67:8, 67:13, 67:17, 67:19, 68:15, 68:20, 69:5, 69:17, 69:24, 70:4, 70:6, 70:7, 70:17, 71:3, 71:25, 72:10, 72:14, 72:23, 73:9, 73:17, 73:21, 73:23, 74:7, 74:10, 74:12, 74:25, 75:21, 76:5, 77:1, 78:10, 78:11, 79:2, 79:23, 81:25, 82:8, 83:12, 83:17, 83:22, 84:17, 85:1, 85:16, 85:22, 85:24, 86:1
**CASES** [1] - 1:9
**Cates** [2] - 31:11, 31:13
**Catherine** [2] - 66:8, 82:13
**CATHERINE** [1] - 5:1
**Cathy** [2] - 87:12, 87:21
**CATHY** [1] - 3:19

*OFFICIAL TRANSCRIPT*

Cathy_Pepper@laed
.uscourts.gov [1] -
87:23
cathy_Pepper@laed.
uscourts.gov [1] -
3:22
CAUSE [1] - 1:11
causes [1] - 29:19
caution [1] - 75:11
CCR [2] - 3:19, 87:21
census [1] - 10:19
Center [1] - 48:23
CENTRE [1] - 1:20
certain [1] - 65:15
certainly [3] - 12:9,
25:19, 71:21
CERTIFICATE [1] -
87:10
certified [1] - 72:20
CERTIFIED [1] - 3:19
Certified [3] - 87:12,
87:13, 87:21
certify [1] - 87:16
CHAFFE [1] - 2:7
Chaffin [1] - 56:12
CHANDA [1] - 2:11
Chandra [4] - 7:17,
14:6, 61:10, 86:9
Chaney [1] - 44:17
changed [1] - 7:21
chapter [1] - 9:21
chapters [1] - 9:20
Charest [1] - 56:11
Charles [1] - 24:6
Charlotte [2] - 70:20,
78:21
CHARLOTTE [3] -
3:13, 5:4, 5:7
checking [1] - 70:17
Chehardy [1] - 75:3
Childers [2] - 31:16,
31:18
children [1] - 11:13
choose [1] - 12:18
chose [1] - 37:14
Chris [1] - 52:14
CHRIS [2] - 3:7, 4:17
Christina [1] - 62:22
CHRISTINA [2] - 3:11,
4:23
Christopher [3] - 74:9,
74:19, 85:19
circumstances [2] -
35:11, 87:3
citizens [1] - 76:8
citizenship [2] - 76:4,
76:7
CIVIL [1] - 1:6
civil [2] - 7:21, 8:9

claimants [2] - 20:15,
65:21
claims [2] - 14:1, 76:3
CLAIRE [1] - 1:20
Claire [2] - 35:10,
35:13
Clarence [1] - 79:11
class [1] - 8:3
class-action [1] - 8:3
clear [3] - 37:5, 62:25,
66:12
clearly [1] - 84:10
CLERK [6] - 7:7, 7:11,
57:21, 57:23, 61:7,
87:5
client [19] - 11:4, 11:5,
11:6, 11:21, 12:24,
20:20, 22:10, 24:9,
35:11, 35:15, 36:22,
37:6, 58:25, 62:5,
65:12, 66:9, 67:9,
82:14, 82:20
client's [1] - 12:20
clients [24] - 11:25,
20:9, 20:11, 20:21,
20:22, 21:5, 26:6,
26:10, 26:24, 27:1,
29:14, 30:9, 30:14,
38:6, 51:19, 54:22,
64:3, 65:11, 65:16,
66:16, 68:6, 68:23,
69:19, 84:10
clients' [1] - 38:10
CMO [83] - 14:10,
14:16, 14:18, 14:25,
15:2, 15:4, 15:10,
15:14, 15:17, 15:21,
16:1, 16:4, 16:6,
16:7, 16:8, 16:9,
16:12, 16:16, 16:23,
17:2, 17:8, 17:13,
17:16, 17:20, 17:24,
18:6, 18:9, 18:12,
18:15, 18:19, 18:23,
19:11, 19:13, 21:14,
21:18, 22:4, 22:22,
22:25, 23:23, 24:25,
25:3, 26:20, 27:4,
27:10, 27:17, 27:25,
28:11, 28:18, 28:25,
29:8, 30:5, 31:1,
46:6, 52:12, 54:3,
55:14, 57:14, 58:10,
59:9, 59:11, 61:16,
61:23, 62:8, 62:17,
63:21, 64:16, 64:22,
65:2, 65:6, 66:6,
67:23, 68:21, 69:8,
70:8, 70:13, 70:18,
73:19, 74:1, 74:13,

74:17, 74:20, 86:20
co [13] - 34:11, 36:18,
39:24, 52:5, 53:25,
54:15, 64:24, 66:4,
67:18, 68:16, 73:3,
79:8, 81:20
co-counsel [13] -
34:11, 36:18, 39:24,
52:5, 53:25, 54:15,
64:24, 66:4, 67:18,
68:16, 73:3, 79:8,
81:20
Cochran [9] - 31:23,
31:25, 39:25, 40:2,
52:4, 79:8, 79:11,
82:20, 82:22
coliaison [1] - 24:3
colleagues [1] - 7:21
comments [1] - 7:21
committee [4] - 7:16,
16:15, 19:23, 19:24
committees [2] - 8:22,
8:25
communicate [1] -
20:22, 36:24
communication [1] -
8:1
complete [2] - 14:21,
15:12
complex [1] - 7:23
complexity [1] - 7:25
compliance [34] -
14:10, 16:23, 17:13,
18:5, 18:15, 18:23,
19:13, 20:5, 20:9,
21:14, 22:21, 46:5,
52:12, 54:3, 54:9,
55:14, 57:14, 59:11,
62:17, 64:16, 64:22,
65:2, 67:23, 68:6,
68:17, 69:7, 69:15,
70:7, 70:12, 74:1,
74:12, 74:17, 78:14
compliant [4] - 15:21,
65:6, 72:13, 73:19
complied [17] - 16:16,
19:18, 21:18, 22:3,
22:25, 23:23, 25:2,
27:3, 27:17, 27:24,
28:10, 28:18, 28:24,
61:15, 66:5, 66:15,
74:20
comply [20] - 13:6,
14:25, 15:15, 15:18,
16:9, 17:8, 18:23,
24:10, 29:8, 30:5,
31:1, 31:7, 58:10,
59:9, 61:23, 65:16,
68:12, 68:21, 71:18,
86:20

complying [2] - 19:11,
63:4
COMPUTER [1] - 3:24
COMPUTER-AIDED
[1] - 3:24
concerning [1] - 48:20
concluded [1] - 87:7
condition [1] - 58:10
confer [3] - 57:18,
61:13, 75:22
confirm [2] - 75:12,
75:17
confirmed [1] - 73:20
conflict [2] - 72:6,
80:4
Conroy [3] - 50:18,
50:20, 50:22
consent [2] - 35:18,
44:11
consider [1] - 57:25
consistent [2] - 48:22,
58:17
contact [23] - 11:17,
11:23, 21:5, 22:10,
23:6, 26:5, 30:9,
38:5, 39:11, 39:14,
40:23, 41:1, 44:17,
48:23, 64:2, 65:11,
65:13, 66:12, 66:21,
68:5, 68:23, 72:18,
84:7
contacted [4] - 37:9,
37:12, 39:15, 65:12
contacts [2] - 64:8,
71:16
continuation [1] -
61:8
continue [4] - 12:23,
35:17, 61:13, 63:3
CONTINUED [1] - 2:1
continued [3] - 17:5,
17:20, 17:24
continuing [1] - 61:20
conversations [1] -
37:8
cooperate [1] - 39:16
correct [4] - 24:5,
50:3, 84:22, 87:16
Correction [1] - 48:23
correspondence [1] -
23:16
cost [2] - 7:25, 20:21
Counsel [1] - 80:3
counsel [62] - 7:13,
12:11, 12:12, 13:12,
16:1, 16:12, 17:1,
17:16, 18:8, 18:18,
18:21, 19:25, 20:4,
20:7, 20:11, 20:15,
20:18, 22:5, 24:3,

25:12, 29:17, 30:2,
30:8, 33:12, 34:11,
35:1, 36:18, 39:24,
49:9, 49:22, 52:5,
53:25, 54:15, 54:16,
58:21, 59:4, 61:23,
63:23, 64:24, 65:7,
66:2, 66:3, 66:4,
67:17, 67:18, 68:1,
68:16, 72:4, 73:3,
73:7, 73:13, 73:19,
77:5, 77:20, 78:17,
79:8, 81:20, 82:2,
84:2, 84:6, 86:23
country [1] - 11:1
couple [3] - 7:20,
29:18, 48:24
course [1] - 8:3
COURT [202] - 1:1,
3:19, 7:4, 7:8, 7:13,
7:19, 13:16, 14:3,
20:17, 21:22, 21:25,
22:5, 22:8, 22:14,
23:9, 23:25, 24:8,
24:15, 24:21, 25:7,
25:10, 25:17, 26:2,
26:4, 26:8, 26:23,
27:7, 27:13, 27:21,
28:2, 28:6, 28:15,
28:22, 29:4, 29:12,
29:20, 30:11, 30:19,
31:4, 31:10, 31:15,
31:21, 32:3, 32:9,
32:12, 32:19, 32:24,
33:6, 33:16, 33:22,
34:3, 34:8, 34:15,
34:20, 35:4, 35:12,
35:20, 36:5, 36:10,
36:16, 37:9, 38:7,
38:18, 38:24, 39:5,
39:14, 39:21, 40:4,
40:9, 40:14, 40:25,
41:4, 41:10, 41:16,
41:21, 42:1, 42:5,
42:11, 42:17, 42:22,
43:2, 43:7, 43:12,
43:20, 44:1, 44:6,
44:14, 44:22, 45:10,
45:16, 45:21, 46:1,
46:11, 46:19, 47:2,
47:8, 47:14, 47:20,
48:1, 48:7, 48:12,
48:18, 49:13, 49:23,
50:4, 50:11, 50:17,
51:1, 51:8, 51:12,
51:21, 52:3, 52:9,
52:22, 53:4, 53:10,
53:17, 53:22, 54:10,
54:23, 55:5, 55:10,
55:19, 56:1, 56:8,
57:19, 57:24, 58:13,

58:21, 59:3, 59:16,
59:24, 60:1, 61:4,
61:8, 61:25, 62:2,
62:9, 62:21, 63:5,
63:13, 63:15, 63:24,
64:4, 65:18, 67:2,
67:7, 67:12, 68:9,
68:25, 69:11, 69:22,
70:1, 70:25, 71:10,
71:19, 72:7, 72:22,
73:8, 73:14, 73:21,
74:7, 74:22, 74:25,
75:6, 75:19, 75:25,
76:5, 77:14, 77:21,
78:1, 78:6, 78:9,
78:19, 78:20, 79:1,
79:6, 79:13, 79:22,
80:7, 80:12, 80:17,
80:22, 81:2, 81:8,
81:13, 81:18, 81:24,
82:5, 82:16, 82:25,
83:5, 83:11, 83:21,
84:12, 84:24, 85:5,
85:10, 85:15, 86:4,
86:14, 86:21

**Court** [52] - 8:10,
13:11, 14:16, 15:2,
16:4, 16:7, 16:15,
16:17, 17:3, 17:6,
17:18, 17:21, 17:22,
18:10, 20:7, 20:14,
22:14, 24:19, 25:16,
25:18, 27:7, 27:15,
28:6, 36:22, 36:23,
37:2, 37:4, 37:6,
49:3, 51:22, 52:23,
54:12, 54:18, 54:25,
57:15, 57:20, 57:22,
59:13, 60:3, 66:25,
70:19, 71:18, 72:7,
73:14, 76:22, 77:4,
84:24, 87:13, 87:14,
87:15, 87:22, 87:23

**court** [8] - 12:16,
13:13, 20:16, 60:1,
66:15, 76:3, 76:6,
77:15

**Court's** [14] - 12:10,
14:1, 14:17, 15:3,
16:5, 16:18, 17:9,
18:1, 18:19, 19:12,
20:5, 20:9, 20:15,
57:17

**court-imposed** [1] -
12:16

**courtroom** [10] - 7:22,
13:15, 13:17, 36:2,
61:24, 63:23, 71:8,
72:2, 75:10, 86:4

**courts** [1] - 8:10

**cousin** [1] - 71:14
**covered** [1] - 30:20
**Criden** [2] - 32:6, 32:7
**Crouch** [1] - 52:19
**Crouppen** [3] - 28:23,
29:2, 73:4
**CROW** [1] - 1:23
**CRR** [2] - 3:19, 87:21
**Crumley** [2] - 29:18,
30:1
**culling** [1] - 9:14
**Cunningham** [2] -
33:7, 33:9

# D

**Dahl** [2] - 27:23, 28:4
**Damon** [2] - 32:15,
32:17
**DANIEL** [2] - 3:7, 4:18
**Daniel** [1] - 54:6
**Danis** [2] - 31:5, 31:8
**Darling** [1] - 84:4
**DARLING** [2] - 3:15,
84:3
**DARLING**...................
..................... [1] - 5:8
**dates** [1] - 71:17
**David** [1] - 63:10
**DAVID** [1] - 1:18
**Davis** [3] - 24:1, 24:3,
38:20
**DAVIS** [2] - 1:15, 24:2
**deadline** [8] - 12:16,
12:21, 12:24, 12:25,
13:3, 49:19, 58:10
**deadlines** [2] - 14:24,
66:14
**deal** [4] - 9:12, 11:14,
37:10, 67:2
**deals** [1] - 9:21
**deceased** [1] - 44:20
**December** [2] - 8:11,
35:15
**decide** [1] - 35:20
**deciding** [1] - 39:12
**declared** [1] - 49:20
**deClark** [1] - 44:17
**deemed** [2] - 15:18,
16:9
**defendant** [3] - 7:24,
9:15, 76:9
**defendant's** [1] -
58:10
**defendants** [10] -
7:18, 13:21, 14:7,
16:15, 17:19, 49:16,
58:19, 61:11, 66:25,
76:17

**DEFENDANTS** [1] -
2:7
**defendants'** [1] -
12:12
**defense** [1] - 29:17
**Delaware** [1] - 76:19
**delegated** [1] - 68:6
**dementia** [1] - 66:20
**demonstrate** [6] -
16:23, 17:12, 18:5,
18:15, 19:13, 69:15
**Denton** [5] - 34:12,
48:13, 48:16, 50:3,
58:4
**DEPUTY** [6] - 7:7,
7:11, 57:21, 57:23,
61:7, 87:5
**DESCRIPTION** [1] -
5:12
**designed** [1] - 10:21
**desire** [1] - 48:25
**desires** [1] - 19:6
**despite** [3] - 54:8,
54:20, 65:15
**devise** [1] - 8:14
**devised** [1] - 9:6
**Diana** [1] - 65:9
**DIANA** [1] - 4:25
**died** [1] - 52:20
**Diez** [2] - 32:20, 32:22
**Diez-Arguelles** [2] -
32:20, 32:22
**different** [4] - 11:14,
11:17, 48:25, 71:16
**difficult** [1] - 37:10
**diligent** [4] - 20:5,
20:8, 65:11, 65:15
**direction** [6] - 37:3,
37:5, 37:8, 37:14,
44:18, 66:12
**discern** [1] - 37:6
**discuss** [5] - 20:3,
61:20, 61:21, 67:4,
75:13
**discussed** [3] - 19:16,
25:11, 63:10
**discussion** [1] - 86:17
**discussions** [1] -
48:24
**dismiss** [57] - 10:9,
12:7, 19:8, 22:12,
22:15, 23:17, 24:10,
24:12, 26:14, 27:1,
27:7, 27:13, 27:15,
28:6, 29:22, 30:14,
31:4, 35:23, 37:15,
38:10, 39:18, 41:2,
41:21, 42:1, 42:11,
44:1, 44:11, 44:13,
44:22, 51:2, 51:22,

52:23, 54:12, 54:25,
55:5, 59:17, 62:10,
63:8, 64:6, 64:10,
65:21, 67:3, 67:13,
68:12, 68:25, 69:24,
71:3, 71:21, 72:7,
72:23, 73:8, 73:14,
77:21, 78:1, 78:19,
84:16, 84:24
**dismissal** [7] - 14:2,
15:1, 15:15, 16:11,
24:20, 62:19, 79:21
**dismissed** [143] -
10:6, 10:24, 16:24,
17:14, 18:7, 18:16,
19:15, 21:14, 21:19,
22:4, 22:7, 23:1,
23:8, 23:23, 26:20,
27:4, 27:11, 27:18,
28:15, 28:19, 28:22,
28:25, 29:4, 29:7,
30:4, 30:25, 31:7,
31:10, 31:15, 31:21,
32:3, 32:9, 32:10,
32:12, 32:19, 32:24,
33:6, 33:17, 33:22,
34:3, 34:8, 34:15,
34:20, 35:4, 36:5,
36:10, 36:16, 37:16,
38:18, 38:24, 39:5,
40:4, 40:9, 40:14,
41:10, 41:16, 42:5,
42:17, 42:22, 43:2,
43:7, 43:12, 43:20,
44:6, 44:14, 45:3,
45:10, 45:16, 45:21,
46:1, 46:11, 46:19,
46:22, 47:2, 47:8,
47:14, 47:20, 48:1,
48:7, 48:12, 49:17,
49:21, 50:2, 50:6,
50:11, 50:17, 51:8,
51:12, 52:3, 52:9,
53:4, 53:10, 53:17,
53:22, 55:10, 55:19,
56:1, 57:13, 58:11,
58:18, 59:14, 63:11,
63:15, 66:10, 67:22,
68:2, 68:17, 70:8,
73:21, 74:7, 74:13,
74:21, 74:25, 75:5,
75:6, 77:2, 78:6,
78:9, 79:1, 79:6,
79:13, 79:22, 80:7,
80:12, 80:17, 80:22,
81:2, 81:8, 81:13,
81:18, 81:24, 82:5,
82:17, 82:25, 83:5,
83:11, 83:21, 84:10,
85:5, 85:10

**dismissing** [1] - 86:22
**DISTRICT** [3] - 1:1,
1:1, 1:12
**District** [4] - 8:10,
87:15, 87:23
**diversity** [3] - 76:4,
76:7, 76:18
**Dobson** [2] - 43:3,
43:5
**Doc** [21] - 14:9, 14:18,
15:4, 16:6, 16:19,
17:4, 17:10, 17:18,
17:25, 18:2, 18:20,
21:12, 23:20, 24:7,
61:14, 75:21, 76:2,
76:24, 77:6, 86:19
**DOC** [26] - 5:14, 5:15,
5:16, 5:17, 5:18,
5:19, 5:20, 5:21,
5:22, 5:23, 5:24,
5:25, 6:1, 6:2, 6:3,
6:4, 6:5, 6:6, 6:7,
6:8, 6:9, 6:10, 6:11,
6:12, 6:13, 6:14
**docket** [1] - 59:7
**docketed** [8] - 14:18,
15:3, 16:5, 16:18,
17:9, 18:2, 18:20,
76:23
**doctor** [1] - 9:25
**DOCUMENT** [1] - 1:8
**documents** [3] -
14:24, 67:11, 86:24
**Dominguez** [2] - 33:1,
33:3
**Domnick** [2] - 33:7,
33:9
**done** [26] - 8:18, 8:19,
12:4, 22:9, 23:11,
26:10, 26:23, 30:12,
30:17, 35:21, 37:10,
41:1, 58:25, 63:5,
63:7, 64:4, 64:9,
67:13, 68:10, 68:25,
69:23, 70:21, 71:1,
72:22, 84:13
**Dorothy** [2] - 48:20,
58:5
**double** [1] - 70:17
**double-checking** [1] -
70:17
**Douglas** [3] - 64:23,
65:6, 65:9
**down** [5] - 9:5, 19:22,
23:5, 71:14, 77:11
**Dr** [2] - 33:18, 33:20
**Driggs** [2] - 33:24,
34:1
**DRINKER** [2] - 2:10,
2:14

**Driscoll** [2] - 52:10, 85:22
**DRIVE** [1] - 2:15
**drug** [7] - 9:22, 9:23, 10:1, 10:2, 10:6
**due** [3] - 76:13, 77:10, 87:3
**Dunlap** [1] - 39:9
**DUNLAP** [3] - 2:23, 39:8, 39:20
**DUNLAP**.................... ................ [1] - 4:11
**during** [1] - 87:4
**duty** [2] - 26:9, 38:8
**Dwayne** [1] - 62:20
**DWECK** [4] - 3:9, 62:1, 62:3, 62:12
**Dweck** [1] - 62:3
**DWECK**.................... ................ [1] - 4:22
**Dwyer** [2] - 64:13, 79:23, 80:3
**Dwyer's** [1] - 64:19

## E

**Earles** [1] - 64:20
**ease** [2] - 8:1, 20:2
**Eastern** [1] - 87:15
**EASTERN** [1] - 1:1
**Edwards** [3] - 66:17, 67:5, 86:18
**effective** [1] - 8:5
**efficiency's** [1] - 14:13
**effort** [9] - 35:2, 54:23, 64:5, 65:20, 68:5, 68:22, 69:19, 70:25, 84:7
**efforts** [34] - 20:5, 20:8, 20:17, 24:7, 26:5, 26:25, 27:14, 29:13, 29:20, 30:9, 33:14, 40:25, 51:19, 51:22, 52:23, 54:9, 54:11, 54:20, 62:10, 64:2, 65:11, 65:16, 66:18, 67:9, 67:12, 68:13, 71:19, 72:5, 72:17, 72:22, 73:20, 82:14, 83:20, 84:23
**Eisenhofer** [4] - 37:20, 37:24, 38:2, 38:4
**either** [12] - 7:25, 15:21, 16:23, 17:12, 19:13, 21:13, 21:18, 57:13, 67:22, 68:7, 76:9, 84:8
**ELDON** [1] - 1:11

**electing** [1] - 14:20
**election** [7] - 12:17, 12:20, 14:20, 15:13, 64:18, 65:4, 66:22
**eligible** [4] - 15:5, 15:11, 19:2, 19:6
**email** [3] - 26:7, 54:20, 84:8
**emails** [3] - 65:13, 70:22, 72:20
**Emily** [2] - 53:5, 53:8
**encourage** [1] - 12:4
**ENERGY** [1] - 1:20
**energy** [4] - 11:20, 38:9, 68:11, 69:23
**enforcing** [1] - 16:7
**engagement** [1] - 33:14
**enroll** [4] - 13:9, 15:11, 49:19, 58:8
**enrolling** [1] - 14:19
**enrollment** [7] - 14:20, 15:13, 19:5, 49:12, 58:19, 64:18, 65:4
**entered** [2] - 14:9, 77:4
**entire** [1] - 10:17
**entitled** [1] - 87:18
**error** [1] - 37:23
**ESQUIRE** [35] - 1:15, 1:19, 1:20, 1:24, 2:4, 2:7, 2:11, 2:14, 2:18, 2:18, 2:21, 2:22, 2:22, 2:23, 2:23, 3:3, 3:3, 3:4, 3:4, 3:5, 3:7, 3:7, 3:8, 3:8, 3:9, 3:11, 3:11, 3:12, 3:12, 3:13, 3:15, 3:15, 3:16, 3:16, 3:17
**estate** [1] - 23:5
**Ex** [1] - 67:10
**except** [1] - 52:18
**exception** [1] - 84:5
**Excolo** [2] - 34:4, 34:6
**excuse** [5] - 38:19, 46:15, 69:6, 81:4, 82:19
**excused** [3] - 15:23, 30:18, 56:6
**executed** [1] - 15:12
**executive** [1] - 19:23
**exerted** [1] - 64:5
**exhausted** [11] - 26:7, 29:13, 51:18, 64:1, 67:9, 72:17, 73:20, 82:14, 83:20, 84:6, 84:22
**exigent** [1] - 87:3
**expect** [1] - 11:21

**expended** [4] - 23:12, 26:11, 38:8, 68:10
**experience** [1] - 11:3
**explain** [4] - 7:20, 10:4, 35:11, 84:22
**explicitly** [1] - 66:10
**expressed** [2] - 35:16, 48:25
**extend** [1] - 58:22
**extending** [1] - 58:9
**extension** [3] - 12:25, 49:3, 49:16
**extra** [1] - 29:19
**extremely** [1] - 65:11

## F

**fact** [7] - 9:1, 9:6, 9:7, 9:19, 20:13, 23:12, 49:2
**fade** [1] - 11:7
**failed** [3] - 14:10, 15:18, 71:18
**failing** [1] - 17:8
**failure** [12] - 14:25, 15:14, 24:10, 29:8, 30:5, 30:14, 31:1, 31:7, 59:9, 61:23, 68:21, 86:20
**fair** [1] - 11:19
**Fairchild** [1] - 45:12
**FALLON** [1] - 1:11
**Falvey** [1] - 36:21
**FALVEY** [3] - 2:22, 36:21, 37:18
**FALVEY**.................... ................ [1] - 4:9
**familiar** [5] - 20:17, 21:3, 22:8, 23:9, 68:9
**family** [4] - 35:16, 40:22, 44:20, 79:20
**FARCAS** [3] - 2:23, 38:3, 38:13
**Farcas** [1] - 38:3
**FARCAS**.................... ................ [1] - 4:10
**fault** [11] - 20:25, 21:4, 21:8, 24:9, 30:13, 37:10, 38:9, 52:21, 67:14, 71:2
**Fears** [5] - 70:3, 70:17, 70:20, 78:10, 78:21
**Fed** [1] - 67:10
**Feller** [1] - 62:22
**FELLER** [5] - 3:11, 62:20, 62:22, 63:14,

63:17
**FELLER**.................... ................ [1] - 4:23
**Ferraro** [2] - 41:17, 41:19
**Ferrer** [2] - 62:14, 62:22
**few** [3] - 19:17, 57:16, 57:18
**Fibich** [1] - 34:11
**filed** [7] - 7:25, 8:2, 8:6, 8:11, 20:12, 75:15, 77:14
**finally** [2] - 9:13, 15:20
**fine** [5] - 25:17, 30:19, 49:24, 59:16
**Firm** [72] - 22:18, 22:19, 22:24, 23:4, 28:9, 30:3, 30:6, 30:8, 33:1, 33:4, 33:18, 33:20, 36:18, 36:20, 38:19, 39:25, 40:2, 45:17, 45:19, 46:3, 46:7, 46:9, 51:24, 52:1, 52:4, 52:10, 52:25, 53:2, 53:18, 53:20, 53:23, 53:25, 54:13, 54:15, 54:18, 54:19, 55:2, 55:3, 55:11, 55:17, 56:13, 56:23, 57:4, 57:6, 57:8, 58:4, 67:18, 68:4, 68:15, 70:3, 70:20, 71:6, 71:9, 71:12, 73:17, 78:7, 78:21, 79:8, 81:9, 81:11, 81:19, 81:20, 81:21, 81:22, 82:20, 83:1, 83:3, 83:12, 85:1, 85:3, 85:22
**firm** [21] - 13:25, 14:8, 19:17, 21:10, 22:8, 23:2, 23:4, 23:10, 23:19, 23:25, 24:1, 28:13, 29:5, 32:17, 33:13, 56:5, 61:21, 65:18, 77:12, 80:20, 83:19
**firms** [10] - 13:22, 14:3, 19:18, 19:19, 20:12, 24:18, 25:15, 56:2, 57:11, 75:15
**first** [8] - 11:7, 14:13, 14:16, 21:10, 61:21, 67:3, 67:21
**five** [3] - 9:9, 59:7, 65:12
**FL** [1] - 2:5
**FLINT** [5] - 3:17, 68:3,

68:14, 68:22, 69:3
**Flint** [5] - 67:18, 68:3, 68:4, 68:15
**FLINT**.................... ................ [1] - 5:2
**FLORHAM** [1] - 2:15
**Flowers** [1] - 66:5
**Foley** [1] - 50:21
**FOLEY** [3] - 3:4, 50:21, 51:3
**FOLEY**.................... ................ [1] - 4:15
**following** [1] - 18:25
**FOR** [2] - 1:15, 2:7
**foregoing** [1] - 87:16
**Forester** [2] - 34:16, 34:18
**Forget** [1] - 11:16
**form** [10] - 11:22, 12:17, 12:20, 12:24, 14:20, 15:13, 19:5, 64:18, 65:4, 66:23
**formal** [1] - 15:23
**format** [2] - 8:7
**formed** [1] - 8:22
**formulated** [1] - 8:25
**forth** [8] - 16:6, 17:2, 17:16, 18:9, 18:18, 24:7, 29:16, 54:22
**forward** [6] - 21:22, 23:10, 24:15, 26:2, 26:12, 39:13
**four** [5] - 44:16, 48:21, 65:12, 78:11, 86:6
**Franklin** [2] - 39:9, 39:10
**Frankowski** [4] - 52:25, 53:2, 83:1, 83:3
**free** [2] - 25:18, 30:21
**Freedland** [2] - 34:21, 34:23
**Friday** [6] - 19:17, 21:13, 52:12, 56:3, 67:24, 85:13
**Friday's** [2] - 56:3, 77:8
**fully** [1] - 15:12
**FUNK** [2] - 3:8, 54:17
**Funk** [1] - 54:18
**FUNK**.................... ................ [1] - 4:19
**futile** [1] - 66:19
**future** [1] - 8:19

## G

**Gabbay** [2] - 42:23, 42:25

Gaertner [2] - 38:25, 39:3
Gaidry [1] - 75:3
Gainsburgh [2] - 35:6, 35:14
GAINSBURGH [1] - 1:18
Gallagher [1] - 73:17
Galloway [2] - 36:1, 36:3
Gardi [2] - 36:6, 36:8
Garrison [2] - 38:20, 38:22
generally [1] - 11:1
generates [1] - 9:4
gentlemen [1] - 7:9
George [3] - 24:6, 34:13, 79:18
GERALD [1] - 1:19
Gerel [2] - 23:20, 24:4
Girardi [4] - 36:11, 36:14, 78:22, 78:24
given [3] - 13:2, 21:7, 66:12
GLICKSTEIN [1] - 2:18
Gloria [1] - 26:3
GLORIA [2] - 3:12, 4:6
Goldblatt [2] - 36:17, 36:19
Gorshe [2] - 40:19, 79:17
GORSHE [5] - 3:3, 40:19, 41:3, 79:17
GORSHE..................
...................... [1] - 4:12
Goza [2] - 69:5, 85:24
Graf [2] - 27:16, 27:19
grandchildren [1] - 11:13
grandson [2] - 71:15
Grant [4] - 37:20, 37:24, 38:1, 38:4
grant [1] - 71:3
granted [3] - 49:8, 75:16, 86:22
Gray [2] - 38:14, 38:16
great [1] - 86:9
Grebel [3] - 73:2, 81:14, 81:16
Grossman [2] - 48:2, 48:5
group [4] - 14:13, 22:25, 67:17, 67:21
Group [21] - 25:4, 27:2, 27:5, 28:17, 28:20, 31:23, 32:1, 41:5, 41:7, 50:12, 50:15, 56:25, 66:2,

67:19, 68:4, 68:16, 73:23, 74:4, 75:3, 82:8, 86:19
groups [3] - 7:25, 8:2, 54:2
guardian [1] - 62:25
Guerra [2] - 57:10, 57:13

## H

Hammers [2] - 50:5, 57:2
handful [1] - 20:10
handle [2] - 8:15, 11:1
Hanly [3] - 50:18, 50:20, 50:22
hard [1] - 86:10
Harold [1] - 52:7
Harrelson [2] - 38:19, 56:13
Harvey [4] - 29:5, 29:9, 78:2, 78:4
Harwin [2] - 34:21, 34:23
Haught [2] - 36:6, 36:8
Haynie [2] - 34:16, 34:18
hear [3] - 12:8, 35:9, 76:11
heard [4] - 59:5, 86:3, 86:5
HEARD [1] - 1:11
hearing [31] - 12:16, 14:12, 15:16, 15:23, 16:3, 16:11, 16:13, 16:17, 16:21, 16:22, 17:5, 17:12, 18:4, 18:14, 19:9, 20:1, 24:13, 45:4, 63:23, 64:15, 70:9, 75:13, 76:2, 76:21, 78:12, 80:14, 80:19, 81:15, 82:1, 82:9, 83:24
HEARING [1] - 1:11
Heder [2] - 43:8, 43:10
heir [3] - 48:21, 58:7
held [1] - 86:17
help [4] - 65:24, 69:19, 82:16, 84:12
helpful [3] - 9:18, 13:15, 58:24
helping [2] - 69:14, 86:13
Heninger [2] - 38:20, 38:22
Hensley [1] - 40:21
Herculean [1] - 26:25
hereby [1] - 87:15

HERMAN [2] - 1:15
hire [1] - 11:6
hired [3] - 20:20, 65:14, 70:22
hiring [1] - 29:14
Hodges [2] - 41:22, 41:24
hold [1] - 49:18
Holloran [2] - 38:25, 39:2
home [1] - 66:19
HONNOLD [3] - 3:16, 69:12, 69:25
Honnold [3] - 69:5, 69:13, 85:24
HONNOLD..................
...................... [1] - 5:3
Honor [134] - 7:17, 12:9, 13:11, 13:20, 14:6, 14:17, 19:16, 19:22, 20:3, 20:10, 21:9, 22:1, 22:7, 22:13, 22:16, 22:17, 23:3, 23:19, 24:2, 24:14, 24:16, 24:17, 24:22, 25:11, 25:20, 25:22, 26:3, 26:18, 27:2, 27:22, 28:8, 28:16, 29:11, 29:24, 29:25, 30:7, 30:23, 31:5, 32:5, 32:14, 33:12, 35:1, 35:13, 36:22, 37:19, 38:3, 38:20, 39:8, 39:20, 40:20, 41:3, 44:13, 44:15, 44:24, 44:25, 46:15, 47:9, 48:17, 49:15, 50:1, 50:21, 51:3, 51:16, 54:6, 54:17, 55:1, 56:2, 56:7, 57:11, 57:16, 58:2, 58:7, 58:16, 59:1, 59:6, 59:15, 61:10, 62:1, 62:12, 62:13, 63:25, 64:12, 65:8, 65:17, 65:25, 66:2, 66:7, 67:15, 68:3, 68:14, 68:22, 69:3, 69:6, 69:12, 69:17, 69:25, 70:2, 70:16, 70:19, 71:4, 71:5, 71:11, 71:13, 71:18, 71:24, 72:4, 72:9, 72:25, 73:1, 73:13, 73:16, 75:2, 75:7, 75:11, 75:14, 75:20, 75:23, 76:1, 76:12, 76:14, 77:20, 78:18, 80:3, 82:4, 82:7, 82:18, 82:19,

84:3, 84:20, 84:21, 85:11, 86:2, 86:11, 87:2
Honor's [2] - 63:11, 68:1
HONORABLE [1] - 1:11
Hotze [2] - 39:6, 39:7
Huber [4] - 71:25, 72:2, 79:2, 79:4

## I

identified [2] - 17:8, 19:10
identify [2] - 18:11, 19:18
identifying [1] - 17:23
ignore [1] - 21:6
imposed [1] - 12:16
impossible [1] - 15:25
IN [1] - 1:4
inadvertently [1] - 37:23
incarcerated [1] - 48:23
incarceration [1] - 49:4
included [1] - 86:25
includes [1] - 76:19
Indiana [1] - 76:19
indicate [2] - 8:8, 13:24
indicates [1] - 13:5
indicating [1] - 12:18
individual [2] - 8:14, 10:3
individuals [4] - 20:19, 23:11, 52:19, 76:8
indulgence [2] - 12:10, 57:17
information [9] - 9:8, 10:5, 10:18, 10:21, 10:22, 13:5, 25:14, 49:6, 75:18
initial [4] - 9:16, 9:20, 10:2, 16:15
injured [1] - 62:25
injury [1] - 8:4
inquire [1] - 13:14
inquiry [1] - 12:5
instance [1] - 40:21
instead [1] - 7:23
instructed [1] - 20:11
intend [1] - 15:6
intended [1] - 15:11
intent [5] - 12:24, 14:22, 15:7, 19:1,

50:25
interested [2] - 10:20, 10:11
Internet [1] - 29:15
interrogatories [3] - 9:2, 9:6
investigations [2] - 20:21, 67:10
investigator [3] - 29:15, 68:7, 68:24
investigators [4] - 20:20, 26:6, 65:14, 70:23
Isaac [1] - 62:16
issued [9] - 14:16, 15:2, 16:4, 16:17, 17:3, 17:6, 17:22, 18:10, 76:22
issues [12] - 12:12, 13:25, 30:21, 43:16, 56:4, 63:21, 76:15, 78:11, 79:25, 82:10, 83:16, 85:13

## J

Jackson [2] - 45:12, 45:14
JACOB [2] - 3:17, 5:2
Jacob [1] - 68:3
Jacoby [6] - 39:23, 40:2, 52:5, 79:7, 79:10, 82:22
Jacque [2] - 40:5, 40:7
James [2] - 40:1, 81:22
Jefcoat [2] - 36:1, 36:3
Jensen [2] - 40:10, 40:12
Jersey [1] - 76:20
job [1] - 86:9
John [2] - 44:15, 50:21
JOHN [4] - 3:3, 3:4, 4:13, 4:15
Johnson [7] - 40:15, 40:17, 40:20, 73:23, 74:4, 79:14, 79:16
Johnston [3] - 74:9, 74:19, 85:19
JONATHAN [2] - 3:15, 5:6
Jonathan [2] - 72:16, 82:3
JR [1] - 1:24
JTB [2] - 41:5, 41:7
Judge [5] - 37:18, 52:16, 58:18, 59:2,

59:4
**JUDGE** [1] - 1:12
**judge** [1] - 35:9
**juries** [2] - 9:11, 9:12
**jurisdiction** [6] -
75:23, 76:4, 76:6,
76:18, 77:3, 77:10
**Justin** [2] - 39:9,
71:11
**JUSTIN** [4] - 2:23,
3:16, 4:11, 5:5

## K

**Kabateck** [2] - 41:11,
41:13
**Kane** [2] - 53:25, 54:7
**Karamanis** [2] - 56:9,
57:12
**KATZ** [1] - 1:15
**KAYE** [1] - 2:17
**keep** [2] - 12:6, 23:15
**Keese** [4] - 36:11,
36:14, 78:22, 78:24
**Kelley** [2] - 41:17,
41:19
**Kellner** [2] - 41:11,
41:14
**Kennedy** [2] - 41:22,
41:24
**kept** [1] - 8:16
**Keri** [1] - 47:6
**King** [1] - 51:17
**KING** [2] - 3:5, 51:16
**KING.................**
**..................** [1] - 4:16
**Kinsley** [1] - 29:10
**KINSLEY** [4] - 3:12,
29:10, 29:13, 29:24
**KINSLEY.................**
**..................** [1] - 4:7
**Kirkendall** [4] - 64:13,
64:19, 79:23, 80:3
**Kirtland** [4] - 42:2,
42:4, 80:8, 80:10
**knows** [1] - 8:18
**Kreis** [2] - 63:18, 64:1
**Kruse** [3] - 73:2,
81:14, 81:16
**Kuhlman** [2] - 42:7,
42:9

## L

**L's** [1] - 84:4
**L.L.C** [3] - 41:5, 41:8,
77:24
**LA** [3] - 1:16, 1:21, 2:8

**Laborde** [1] - 64:20
**lack** [3] - 8:5, 77:2,
77:9
**lacked** [1] - 76:3
**ladies** [1] - 7:8
**Lanier** [1] - 57:4
**LAPLACE** [3] - 3:8,
59:6, 59:14
**LaPlace** [2] - 59:7,
59:8
**LAPLACE.................**
**..................** [1] -
4:20
**last** [1] - 49:1
**late** [5] - 44:10, 58:9,
58:11, 58:19, 71:14
**latest** [1] - 8:8
**Laura** [1] - 66:9
**Law** [95] - 22:18,
22:19, 22:24, 23:4,
28:9, 28:17, 28:20,
30:3, 30:6, 30:8,
33:1, 33:3, 33:18,
33:20, 34:4, 34:6,
36:18, 36:20, 38:19,
41:5, 41:7, 42:12,
42:14, 45:17, 45:19,
46:3, 46:7, 46:9,
48:8, 48:10, 50:12,
50:14, 51:9, 51:10,
51:13, 51:15, 51:17,
51:24, 52:1, 53:5,
53:7, 53:11, 53:14,
53:18, 53:20, 54:13,
54:15, 54:18, 55:6,
55:8, 55:11, 55:16,
56:13, 56:23, 56:25,
57:4, 57:6, 57:8,
58:4, 66:2, 67:18,
68:4, 68:15, 68:16,
70:3, 70:20, 71:6,
71:8, 71:12, 73:17,
73:23, 74:4, 74:9,
75:3, 78:7, 78:21,
81:9, 81:11, 81:19,
81:20, 81:21, 81:22,
82:8, 82:20, 83:6,
83:8, 83:12, 85:1,
85:3, 85:18, 86:19
**law** [8] - 7:22, 19:17,
57:11, 75:15, 76:5,
76:6, 77:12, 80:20
**Lawrence** [2] - 42:12,
42:15
**lawsuit** [1] - 8:14
**lawyer** [7] - 11:6, 11:8,
11:15, 11:17, 11:18,
11:22, 11:23
**lawyer's** [1] - 30:13
**Lawyers** [4] - 42:18,

42:20, 80:13, 80:15
**lawyers** [24] - 8:20,
8:23, 8:24, 9:3, 9:4,
9:11, 10:25, 11:11,
11:19, 12:6, 13:19,
14:3, 16:1, 20:25,
21:4, 21:5, 21:6,
21:8, 23:15, 24:9,
56:6
**Leach** [4] - 48:20,
58:5, 58:8
**learned** [2] - 66:18,
87:3
**least** [6] - 9:9, 11:20,
58:1, 58:22, 65:12,
65:13
**leave** [3] - 30:21,
33:15, 80:4
**leaves** [15] - 45:5,
46:7, 54:4, 59:12,
62:18, 63:22, 64:17,
65:5, 69:9, 72:14,
74:2, 80:1, 82:11,
83:17, 84:1
**led** [1] - 14:11
**Lee** [1] - 64:18
**Leebron** [1] - 34:11
**left** [2] - 57:17, 86:5
**legal** [3] - 15:8, 15:22,
18:24
**Legal** [5] - 25:4, 27:2,
27:5, 31:23, 31:25
**Lenze** [4] - 42:18,
42:20, 80:13, 80:15
**LEONARD** [1] - 1:15
**Leonard** [3] - 24:3,
42:23, 42:25
**letter** [4] - 9:24, 37:7,
54:20, 63:1
**letters** [6] - 20:23,
20:24, 37:1, 65:14,
70:22
**Levin** [1] - 56:15
**LEVIN** [1] - 2:3
**Liability** [1] - 7:12
**liability** [1] - 9:17
**LIABILITY** [1] - 1:4
**liaison** [1] - 49:9
**licensed** [1] - 76:9
**Lieberman** [1] - 82:12
**Liebhard** [2] - 61:22,
62:3
**life** [3] - 11:14, 26:13,
39:18
**light** [1] - 49:5
**likewise** [1] - 64:1
**Linda** [1] - 59:12
**line** [2] - 66:9, 66:17
**lines** [2] - 24:24,
25:23, 63:20

**Lisa** [2] - 40:19, 79:17
**LISA** [2] - 3:3, 4:12
**list** [20] - 13:21, 13:24,
16:16, 19:23, 20:2,
20:18, 21:10, 24:18,
24:19, 25:2, 25:15,
25:16, 30:23, 35:7,
63:19, 69:16, 75:16,
75:21, 76:13, 76:16
**listed** [76] - 17:25,
21:11, 22:2, 22:19,
37:21, 37:23, 38:2,
38:14, 38:20, 39:1,
39:6, 39:24, 43:15,
43:16, 44:2, 44:8,
45:1, 52:11, 54:13,
55:2, 55:12, 55:21,
56:3, 57:12, 59:10,
61:14, 62:15, 62:16,
64:13, 64:15, 64:17,
64:20, 64:23, 64:25,
65:1, 65:3, 66:3,
66:4, 66:16, 69:5,
70:4, 71:25, 72:10,
73:2, 73:11, 73:17,
74:10, 75:4, 76:22,
78:10, 78:22, 79:3,
79:7, 79:23, 80:8,
80:13, 80:18, 80:23,
81:4, 81:9, 81:15,
81:19, 81:25, 82:8,
82:20, 83:1, 83:7,
83:12, 83:15, 83:22,
84:17, 85:1, 85:6,
85:12, 86:1
**listen** [1] - 25:19
**lists** [2] - 17:19, 17:21
**litigant** [2] - 13:17
**litigants** [3] - 8:20,
12:5, 23:14
**litigate** [2] - 12:23,
19:3
**Litigation** [1] - 7:12
**LITIGATION** [1] - 1:4
**litigation** [9] - 7:21,
7:23, 8:7, 8:9, 9:8,
10:19, 14:22, 21:2,
49:18
**lives** [1] - 11:10
**living** [1] - 66:20
**LLC** [1] - 77:22
**Lober** [2] - 43:3, 43:5
**locate** [2] - 24:7, 29:14
**locations** [1] - 76:8
**LOGAN** [1] - 2:11
**London** [3] - 64:23,
65:6, 65:9
**LONG** [5] - 3:13,
70:19, 71:4, 78:18,
78:21

**LONG........................**
**............** [2] - 5:4, 5:7
**look** [3] - 10:13, 11:25,
64:9
**Louise** [1] - 59:12
**LOUISIANA** [3] - 1:1,
1:6, 3:21
**Louisiana** [2] - 87:14,
87:15
**Love** [7] - 32:6, 32:7,
45:1, 45:6, 45:7,
81:3, 81:6
**Lowe** [5] - 31:5, 31:8,
67:18, 68:4, 68:16
**Lucas** [2] - 42:7, 42:9
**Luhana** [1] - 56:12
**Luis** [1] - 47:6
**lunch** [5] - 59:21,
59:22, 61:20, 74:16,
87:4
**LUNCHEON** [1] - 4:21
**luncheon** [1] - 60:3
**Lynch** [2] - 53:23,
53:24

## M

**M's** [1] - 84:4
**MacArthur** [2] - 43:8,
43:10
**Maher** [2] - 53:18,
53:20
**Mahoney** [2] - 31:11,
31:13
**mail** [3] - 67:9, 72:20,
84:8
**mailings** [1] - 29:15
**main** [1] - 76:9
**maintain** [1] - 48:22
**Malik** [2] - 33:18,
33:20
**managed** [1] - 71:14
**managing** [1] - 71:15
**Mankin** [4] - 53:11,
53:15, 83:6, 83:9
**Mapp** [2] - 53:5, 53:8
**Marc** [4] - 43:14,
43:18, 80:18, 80:20
**Marcelle** [3] - 71:25,
72:3, 79:2
**marked** [1] - 20:23
**married** [1] - 11:12
**Martinez** [3] - 43:22,
43:24
**matter** [9] - 7:19,
35:10, 57:25, 75:23,
76:3, 77:3, 77:10,
86:9, 87:18
**matters** [4] - 10:8,

12:6, 59:7, 72:8
**Matthews** [1] - 56:16
**mature** [1] - 10:12
**Maxie** [1] - 67:5
**Maxine** [2] - 66:17, 86:18
**Maynard** [1] - 52:19
**MCCALL** [1] - 2:7
**McDonald** [4] - 44:2, 44:4, 80:23, 80:25
**McGuire** [2] - 43:22, 43:24
**McMullen** [1] - 24:6
**MDL** [5] - 7:11, 8:7, 8:10, 8:16, 9:14
**MECHANICAL** [1] - 3:23
**meet** [2] - 19:25, 61:13
**members** [4] - 19:23, 35:16, 44:20, 79:20
**mentioned** [1] - 84:6
**Merit** [2] - 87:13, 87:22
**MERIT** [1] - 3:20
**method** [4] - 7:24, 8:3, 8:4
**methods** [1] - 8:15
**METHVIN** [1] - 1:23
**Metler** [1] - 43:8
**MEUNIER** [7] - 1:19, 1:19, 35:9, 49:15, 58:17, 59:2, 59:4
**Meunier** [1] - 35:7
**Meyerkord** [2] - 44:8
**Meyers** [7] - 39:23, 40:2, 52:6, 66:5, 79:7, 79:10, 82:23
**Michael** [3] - 53:23, 53:24, 84:4
**MICHAEL** [2] - 3:15, 5:8
**might** [1] - 37:6
**Mike** [5] - 45:1, 45:6, 45:7, 81:3, 81:6
**MILES** [1] - 1:24
**Miller** [6] - 13:24, 14:6, 19:22, 61:10, 66:24, 69:13
**MILLER** [166] - 2:11, 7:17, 14:5, 21:9, 22:1, 22:16, 23:19, 24:1, 24:13, 24:16, 24:22, 25:20, 26:17, 27:2, 27:9, 27:16, 27:22, 28:3, 28:8, 28:16, 28:23, 29:5, 29:25, 30:23, 31:5, 31:11, 31:16, 31:23, 32:5, 32:10, 32:14, 32:20, 33:1, 33:7,

33:18, 33:24, 34:4, 34:10, 34:16, 34:21, 35:6, 35:25, 36:6, 36:11, 36:17, 37:19, 38:14, 38:19, 38:25, 39:6, 39:22, 40:5, 40:10, 40:15, 41:5, 41:11, 41:17, 41:22, 42:2, 42:7, 42:12, 42:18, 42:23, 43:3, 43:8, 43:14, 43:22, 44:2, 44:8, 44:25, 45:12, 45:17, 45:22, 46:3, 46:13, 46:20, 47:3, 47:9, 47:15, 47:21, 48:2, 48:8, 48:13, 50:1, 50:5, 50:12, 50:18, 51:4, 51:9, 51:13, 51:24, 52:4, 52:10, 52:25, 53:5, 53:11, 53:18, 53:23, 54:13, 55:1, 55:6, 55:11, 55:21, 56:2, 56:9, 58:2, 59:8, 61:10, 62:13, 63:9, 63:18, 64:13, 66:1, 67:4, 67:16, 68:15, 69:4, 70:2, 71:5, 71:24, 72:9, 73:1, 73:9, 73:16, 73:23, 74:9, 74:23, 75:2, 75:7, 75:20, 76:1, 76:12, 77:16, 77:22, 78:2, 78:7, 78:10, 78:22, 79:2, 79:7, 79:14, 79:23, 80:8, 80:13, 80:18, 80:23, 81:3, 81:9, 81:14, 81:19, 81:25, 82:8, 82:19, 83:1, 83:6, 83:12, 83:22, 84:17, 84:21, 85:1, 85:6, 85:11, 85:16, 86:11, 86:18, 87:3
**Milstein** [2] - 45:12, 45:14
**mind** [1] - 86:2
**Minus** [1] - 62:4
**minute** [2] - 25:21, 57:19
**minutes** [1] - 57:20
**minutes'** [1] - 57:18
**Mississippi** [1] - 9:10
**MITCHELL** [1] - 2:3
**Miura** [1] - 47:6
**Mixon** [2] - 79:18, 79:19
**moment** [2] - 24:5, 86:21
**MONDAY** [3] - 1:7,

7:2, 61:2
**Monday** [1] - 86:24
**money** [8] - 11:20, 23:12, 26:11, 38:8, 64:5, 65:20, 68:11, 69:22
**Monsour** [2] - 45:17, 45:19
**MONTGOMERY** [1] - 1:25
**months** [1] - 18:22
**Moore** [2] - 59:12, 63:10
**moot** [1] - 37:16
**MORGAN** [6] - 3:4, 48:17, 48:19, 49:22, 58:15, 59:1
**Morgan** [3] - 48:17, 58:5, 58:15
**MORGAN..................
......................** [1] -
4:14
**morning** [24] - 7:8, 7:17, 12:10, 13:8, 18:12, 19:17, 19:24, 24:2, 29:10, 29:12, 33:13, 35:13, 38:3, 39:8, 44:11, 50:21, 51:16, 56:4, 59:6, 59:11, 61:18, 62:16, 75:5, 85:13
**Morris** [8] - 28:9, 28:12, 45:22, 45:24, 46:3, 46:7, 46:9, 62:3
**MORRIS** [2] - 3:9, 4:22
**most** [1] - 86:5
**motion** [7] - 9:5, 15:24, 20:14, 37:5, 37:16, 71:3, 86:22
**motions** [2] - 20:13, 61:9, 75:15
**Motley** [1] - 56:18
**move** [6] - 11:10, 11:13, 11:17, 11:22, 26:13, 39:13
**moved** [3] - 9:10, 11:23, 20:24
**MR** [71] - 7:15, 12:9, 13:20, 19:21, 21:21, 21:24, 22:6, 22:13, 23:3, 23:18, 24:2, 24:17, 25:11, 29:10, 29:13, 29:24, 30:7, 30:17, 33:12, 35:1, 35:9, 36:21, 37:18, 38:3, 38:13, 39:8, 39:20, 44:15, 44:24, 48:17, 48:19, 49:15, 49:22, 50:21, 51:3,

52:16, 54:6, 54:17, 58:15, 58:17, 59:1, 59:2, 59:4, 59:6, 59:14, 59:21, 59:25, 62:1, 62:3, 62:12, 63:14, 64:12, 68:3, 68:14, 68:22, 69:3, 69:12, 69:25, 71:11, 71:23, 72:4, 72:16, 72:25, 73:7, 73:13, 75:14, 77:20, 82:3, 82:7, 84:3, 84:20
**MS** [190] - 7:17, 14:5, 21:9, 22:1, 22:16, 23:19, 24:1, 24:13, 24:16, 24:22, 25:9, 25:20, 26:3, 26:5, 26:16, 26:17, 27:2, 27:9, 27:16, 27:22, 28:3, 28:8, 28:16, 28:23, 29:5, 29:25, 30:23, 31:5, 31:11, 31:16, 31:23, 32:5, 32:10, 32:14, 32:20, 33:1, 33:7, 33:18, 33:24, 34:4, 34:10, 34:16, 34:21, 35:6, 35:13, 35:25, 36:6, 36:11, 36:17, 37:19, 38:14, 38:19, 38:25, 39:6, 39:22, 40:5, 40:10, 40:15, 40:19, 41:3, 41:5, 41:11, 41:17, 41:22, 42:2, 42:7, 42:12, 42:18, 42:23, 43:3, 43:8, 43:14, 43:22, 44:2, 44:8, 44:25, 45:12, 45:17, 45:22, 46:3, 46:13, 46:20, 47:3, 47:9, 47:15, 47:21, 48:2, 48:8, 48:13, 50:1, 50:5, 50:12, 50:18, 51:4, 51:9, 51:13, 51:16, 51:24, 52:4, 52:10, 52:25, 53:5, 53:11, 53:18, 53:23, 54:13, 55:1, 55:6, 55:11, 55:21, 56:2, 56:9, 58:2, 59:8, 61:10, 62:13, 62:20, 62:22, 63:9, 63:17, 63:18, 64:13, 65:8, 65:25, 66:1, 66:7, 67:4, 67:6, 67:8, 67:15, 67:16, 68:15, 69:4, 70:2, 70:19, 71:4, 71:5, 71:24, 72:9, 73:1, 73:9, 73:16, 73:23, 74:9, 74:23, 75:2,

75:7, 75:20, 76:1, 76:12, 77:16, 77:22, 78:2, 78:7, 78:10, 78:18, 78:21, 78:22, 79:2, 79:7, 79:14, 79:17, 79:23, 80:8, 80:13, 80:18, 80:23, 81:3, 81:9, 81:14, 81:19, 81:25, 82:8, 82:13, 82:18, 82:19, 83:1, 83:6, 83:12, 83:22, 84:17, 84:21, 85:1, 85:6, 85:11, 85:16, 86:11, 86:18, 87:2, 87:3
**Mulligan** [7] - 22:18, 22:24, 23:2, 23:4, 83:12
**multidistrict** [1] - 8:7
**multiple** [4] - 23:7, 26:5, 29:15, 62:5
**Murray** [2] - 81:9, 81:11

## N

**Nachawati** [5] - 70:3, 70:17, 70:20, 78:10, 78:21
**Nagel** [2] - 46:13, 46:16
**name** [2] - 51:16, 78:20
**names** [2] - 24:11, 56:5
**Napoli** [2] - 46:20, 46:25
**Nathan** [1] - 63:25
**NATHAN** [2] - 3:11, 4:24
**necessary** [2] - 9:14, 9:15
**need** [9] - 11:3, 21:1, 43:17, 62:6, 66:14, 68:18, 68:20, 75:17, 75:22
**needed** [1] - 33:14
**neighbor** [1] - 79:19
**neighbors** [1] - 54:21
**Nessel** [1] - 46:17
**New** [2] - 76:20
**NEW** [6] - 1:6, 1:16, 1:21, 2:8, 2:19, 3:21
**next** [14] - 23:19, 24:22, 27:2, 27:16, 27:23, 28:9, 28:17, 28:23, 29:5, 30:23, 31:5, 31:11, 70:3, 76:1

*OFFICIAL TRANSCRIPT*

Next [1] - 27:9
Nichols [2] - 82:19, 82:20
Niemeyer [3] - 73:2, 81:14, 81:16
Nigro [1] - 24:6
nine [1] - 70:7
NJ [1] - 2:15
NO [1] - 1:6
Nolte [6] - 21:11, 21:20, 22:2, 83:13, 83:19, 85:16
noncommittal [1] - 37:2
noncompliance [2] - 17:20, 17:23
noncompliant [9] - 16:2, 18:12, 24:25, 26:19, 27:10, 68:8, 68:24, 70:18, 70:24
noncooperative [1] - 39:12
none [1] - 25:2
nonresponsive [1] - 44:18
nonstop [1] - 72:20
note [2] - 37:22, 61:19
noted [2] - 14:17, 76:14
nothing [4] - 52:17, 66:24, 84:8, 86:14
notice [9] - 10:4, 12:24, 14:22, 15:7, 18:22, 19:1, 50:25, 74:16, 75:12
notified [2] - 26:12, 37:13
notify [1] - 10:9
notifying [1] - 10:9
notwithstanding [12] - 11:2, 20:13, 23:10, 26:12, 26:24, 27:14, 29:22, 30:12, 35:22, 65:20, 68:11
November [3] - 49:4, 49:11, 49:19
number [6] - 10:15, 13:22, 56:2, 76:13, 77:11, 85:11
numbered [1] - 87:18
numbers [4] - 8:13, 74:22, 76:24, 77:6
numerous [3] - 50:23, 65:13, 84:7
nursing [1] - 66:19
NY [1] - 2:19

**O**

o'clock [2] - 59:25, 60:2
O'KEEFE [1] - 1:16
Oberer [1] - 44:19
object [1] - 79:21
objection [1] - 78:18
objections [1] - 82:3
obligations [2] - 18:22, 63:4
obtain [1] - 20:5
obtained [1] - 10:19
obviously [3] - 52:21, 63:7, 64:6
OCTOBER [3] - 1:7, 7:2, 61:2
October [7] - 17:20, 17:22, 18:1, 18:3, 18:10, 18:12, 18:13
OF [2] - 1:1, 1:11
Office [10] - 51:9, 51:10, 53:5, 53:7, 53:11, 53:14, 74:9, 83:6, 83:8, 85:18
OFFICE [1] - 1:25
office [1] - 69:18
Offices [2] - 42:12, 42:14
OFFICIAL [1] - 3:19
Official [2] - 87:14, 87:22
oftentimes [1] - 9:14
oldaker [1] - 44:19
once [1] - 76:14
one [30] - 7:24, 8:3, 8:10, 8:13, 9:10, 9:15, 13:9, 13:11, 14:14, 18:25, 25:20, 31:8, 37:1, 38:14, 40:22, 42:7, 44:13, 57:24, 59:4, 59:25, 60:1, 66:16, 67:22, 67:25, 75:19, 76:17, 82:20, 83:24
ones [2] - 69:15, 74:22
online [1] - 67:10
open [1] - 8:21
opportunities [1] - 21:7
opportunity [11] - 9:11, 10:4, 10:13, 11:25, 12:2, 19:25, 20:3, 44:12, 58:22, 61:12, 64:9
opposing [1] - 84:5
options [1] - 64:2
oral [1] - 37:5
order [89] - 12:14,

12:15, 13:4, 13:12, 14:2, 15:18, 15:23, 16:11, 16:18, 16:20, 16:21, 16:25, 17:4, 17:7, 17:9, 17:11, 17:14, 18:7, 18:13, 18:17, 18:19, 20:9, 20:15, 22:19, 23:22, 29:6, 31:17, 31:24, 33:25, 37:21, 38:15, 38:21, 39:24, 40:6, 41:6, 41:12, 41:18, 41:23, 43:4, 43:9, 43:15, 44:9, 45:2, 46:21, 47:4, 47:10, 48:3, 51:4, 52:11, 53:12, 54:14, 55:12, 56:3, 61:14, 62:6, 62:15, 64:14, 64:20, 64:24, 69:5, 70:4, 71:6, 72:1, 72:11, 73:10, 73:18, 73:24, 74:10, 75:4, 75:23, 76:1, 77:9, 78:23, 79:3, 79:8, 79:15, 79:24, 80:9, 80:24, 81:4, 81:5, 81:10, 83:23, 84:18, 85:2, 85:7, 85:12, 85:17, 86:2
ORDER [2] - 7:4, 61:4
ordered [1] - 14:9
orders [19] - 10:22, 13:6, 14:11, 17:17, 17:23, 17:25, 18:1, 18:3, 18:11, 19:12, 20:5, 57:15, 76:22, 76:23, 76:25, 77:4, 77:6, 77:8, 77:16
original [1] - 14:23
originally [2] - 16:20, 76:22
ORLEANS [5] - 1:6, 1:16, 1:21, 2:8, 3:21
otherwise [5] - 16:23, 17:13, 18:6, 18:15, 19:14
ought [2] - 10:7, 10:8
Overholtz [2] - 63:18, 64:1
own [2] - 52:21, 71:2

**P**

p.m [2] - 60:3, 87:6
PA [1] - 2:12
Packard [4] - 42:2, 42:4, 80:8, 80:10
Packer [1] - 62:16
PAGE [2] - 4:3, 5:12

Palmer [1] - 75:9
Palmer's [1] - 75:14
Panzavecchia [2] - 47:3, 47:5
Papantonio [1] - 56:15
PAPANTONIO [1] - 2:3
papers [1] - 49:12
paperwork [1] - 58:9
parents [1] - 39:11
PARK [1] - 2:15
participate [16] - 11:9, 11:21, 12:5, 12:18, 12:19, 12:22, 15:6, 19:2, 19:3, 19:6, 35:21, 49:2, 49:10, 51:19, 63:6, 66:22
participating [1] - 10:20
participation [7] - 11:3, 11:4, 48:25, 49:7, 49:16, 58:11, 69:20
particular [3] - 8:20, 9:3, 11:24
particularly [4] - 7:23, 9:17, 20:18, 65:18
parties [12] - 9:18, 10:13, 10:16, 10:23, 12:5, 12:8, 58:7, 58:14, 61:13, 63:10, 68:11, 75:22
parties' [2] - 19:4, 19:6
Partners [3] - 43:14, 43:18, 80:18
party [2] - 10:9, 58:23
pass [2] - 49:13, 75:19
passed [10] - 23:4, 35:15, 39:10, 40:21, 48:20, 57:24, 57:25, 71:13, 79:20, 86:21
patience [1] - 69:14
Patricia [1] - 82:12
Patrick [1] - 56:21
Paul [4] - 53:11, 53:15, 83:6, 83:9
PC [2] - 83:22, 84:4
Peiffer [2] - 53:25, 54:6
Pennsylvania [1] - 76:20
PENSACOLA [1] - 2:5
people [6] - 23:7, 24:11, 64:6, 84:14, 86:6
people's [1] - 11:10
Pepper [3] - 87:12, 87:20, 87:21

PEPPER [1] - 3:19
percent [1] - 8:9
perfect [1] - 69:19
perhaps [2] - 37:4, 82:22
person [2] - 9:21, 15:23, 16:3
personal [6] - 8:4, 16:13, 16:25, 17:15, 18:8, 18:18
personal-injury [1] - 8:4
personally [1] - 77:5
perspective [1] - 7:19
PETER [1] - 2:7
Pettigrew [1] - 79:11
pharmaceutical [1] - 9:17
PHILADELPHIA [1] - 2:12
Phillips [2] - 48:2, 48:4
phone [8] - 35:17, 54:20, 62:7, 63:1, 65:12, 67:9, 72:20, 84:8
Pierce [1] - 85:20
Pinckneyville [1] - 48:23
place [2] - 9:1, 9:5
placed [1] - 8:17
places [1] - 11:18
plaintiff [58] - 7:24, 9:15, 13:8, 13:9, 13:14, 13:16, 13:17, 15:8, 15:18, 15:21, 18:24, 19:2, 19:5, 27:3, 27:10, 27:17, 28:10, 28:24, 34:13, 37:23, 39:9, 44:10, 55:13, 58:4, 59:10, 64:17, 65:1, 65:3, 70:20, 72:12, 72:18, 73:2, 73:5, 73:25, 74:5, 75:4, 75:7, 75:8, 75:9, 77:18, 77:23, 78:7, 79:9, 79:14, 79:17, 79:25, 80:5, 80:8, 80:13, 81:3, 81:14, 81:19, 82:10, 82:11, 82:14, 83:1, 83:7, 83:25
plaintiff's [1] - 15:1
plaintiffs [102] - 12:15, 12:17, 13:1, 13:4, 13:5, 13:13, 13:22, 13:25, 14:9, 14:12, 14:15, 14:19, 14:21, 14:25, 15:4, 15:10, 15:14, 15:17, 15:20,

16:2, 16:8, 16:12,
16:16, 16:17, 16:22,
17:1, 17:4, 17:7,
17:12, 17:15, 17:19,
17:23, 17:24, 18:3,
18:5, 18:8, 18:11,
18:13, 18:14, 18:17,
18:21, 19:10, 19:20,
20:6, 21:21, 21:24,
23:22, 24:24, 25:2,
26:19, 27:24, 28:18,
30:4, 38:2, 44:15,
44:16, 50:24, 52:11,
52:13, 52:15, 52:18,
54:2, 54:4, 57:13,
61:15, 63:20, 64:15,
65:5, 66:5, 68:4,
69:7, 69:9, 69:13,
70:12, 70:13, 70:23,
71:2, 73:11, 73:18,
74:2, 74:14, 74:18,
74:20, 74:21, 76:3,
76:13, 76:15, 76:16,
76:21, 76:25, 77:5,
77:8, 78:2, 78:12,
78:14, 78:15, 80:1,
81:4, 83:20, 84:1,
85:12
**PLAINTIFFS** [1] - 1:15
**plaintiffs'** [16] - 7:16,
12:11, 13:12, 16:14,
18:22, 19:23, 19:24,
19:25, 20:4, 20:7,
20:11, 20:14, 22:5,
24:2, 25:12
**planning** [1] - 62:7
**point** [5] - 13:20, 23:7,
39:11, 57:16, 86:16
**pointed** [1] - 14:23
**Poirot** [2] - 62:14,
62:23
**PORTIS** [1] - 1:24
**possible** [7] - 22:9,
26:7, 26:24, 67:13,
68:10, 84:6, 84:13
**possibly** [3] - 26:10,
64:4, 65:20
**POST** [1] - 1:25
**Potts** [4] - 54:13,
54:18, 81:19, 81:21
**POYDRAS** [3] - 1:21,
2:8, 3:20
**practice** [1] - 9:5
**predominance** [2] -
8:5, 8:6
**prefers** [1] - 19:3
**prejudice** [176] - 15:1,
15:16, 16:11, 16:25,
17:14, 18:7, 18:17,
19:8, 19:15, 21:15,

21:19, 22:4, 23:1,
23:24, 26:20, 27:1,
27:4, 27:8, 27:11,
27:14, 27:18, 27:21,
28:1, 28:7, 28:11,
28:15, 28:19, 28:22,
29:1, 29:4, 29:7,
29:23, 30:5, 30:15,
30:25, 31:4, 31:7,
31:10, 31:15, 31:22,
32:4, 32:11, 32:13,
32:19, 32:25, 33:6,
33:17, 33:23, 34:3,
34:9, 34:15, 34:20,
35:5, 35:24, 36:5,
36:10, 36:16, 37:15,
38:18, 38:24, 39:5,
39:19, 40:4, 40:9,
40:14, 41:2, 41:10,
41:16, 41:21, 42:1,
42:5, 42:11, 42:17,
42:22, 43:2, 43:7,
43:13, 43:21, 44:7,
44:11, 44:13, 44:14,
44:22, 45:3, 45:11,
45:16, 45:21, 46:2,
46:12, 46:19, 46:23,
47:2, 47:8, 47:14,
47:20, 48:1, 48:7,
48:12, 50:3, 50:6,
50:11, 50:17, 51:2,
51:8, 51:12, 51:23,
52:3, 52:9, 53:4,
53:10, 53:17, 53:22,
54:25, 55:5, 55:10,
55:20, 56:1, 57:14,
58:11, 59:14, 59:18,
62:11, 63:8, 63:12,
64:10, 65:22, 67:3,
67:14, 67:23, 68:2,
68:12, 68:18, 69:1,
69:24, 70:8, 71:3,
71:22, 72:8, 72:23,
73:8, 73:15, 73:22,
74:8, 74:13, 74:21,
75:1, 75:5, 77:2,
77:21, 78:1, 78:6,
78:9, 78:19, 79:1,
79:6, 79:13, 79:22,
80:7, 80:12, 80:17,
80:22, 81:2, 81:8,
81:13, 81:18, 81:24,
82:6, 82:17, 82:25,
83:5, 83:11, 83:21,
84:16, 84:25, 85:5,
85:10
**prescription** [1] - 9:24
**presence** [2] - 58:22,
58:23
**present** [4] - 10:21,
13:14, 13:17, 78:17

**PRESENT** [1] - 2:21
**presented** [1] - 26:1
**previously** [1] - 52:18
**priest** [1] - 9:25
**Princenthal** [2] -
47:10, 47:12
**Pritchard** [2] - 47:21,
47:24
**private** [4] - 20:20,
26:6, 29:14, 65:14
**privileged** [1] - 36:25
**pro** [1] - 75:8
**problems** [1] - 9:12
**procedures** [1] - 8:15
**proceed** [12] - 14:21,
14:22, 15:7, 19:1,
35:23, 38:11, 64:7,
65:21, 66:13, 71:2,
71:20, 84:14
**proceedings** [3] -
86:16, 87:6, 87:18
**PROCEEDINGS** [4] -
1:11, 3:23, 7:1, 61:1
**process** [1] - 16:6
**PROCTOR** [1] - 2:3
**procure** [1] - 20:9
**PRODUCED** [1] - 3:24
**product** [1] - 9:17
**PRODUCTS** [1] - 1:4
**Products** [1] - 7:11
**program** [11] - 12:19,
14:20, 15:5, 15:6,
15:12, 19:3, 19:4,
49:1, 49:7, 58:8,
86:25
**progress** [1] - 8:17
**prompts** [1] - 12:15
**proof** [1] - 9:23
**proposed** [2] - 19:4,
19:7
**prosecuting** [2] -
11:12, 11:20
**protect** [1] - 21:1
**provided** [2] - 16:15,
49:17
**PSC** [2] - 17:18, 26:1
**PT0** [1] - 77:2
**Pucheu** [2] - 40:5,
40:7
**purposes** [1] - 76:18
**pursuant** [4] - 15:4,
15:10, 19:12, 77:2
**pursue** [2] - 39:17,
44:20
**pursued** [1] - 35:22
**put** [2] - 7:19, 61:17

## Q

**questions** [1] - 9:3
**Quinn** [1] - 52:14
**QUINN** [2] - 3:7, 52:16
**QUINN.**
**..................** [1] - 4:17

## R

**rabbi** [1] - 9:25
**RAFFERTY** [1] - 2:3
**Rankle** [2] - 39:6, 39:7
**rather** [1] - 19:3
**RE** [1] - 1:4
**re** [1] - 7:11
**reach** [13] - 20:19,
23:11, 26:10, 26:24,
35:21, 41:1, 50:23,
52:20, 54:11, 66:18,
82:14, 83:20, 84:14
**reaching** [2] - 40:24,
67:9
**read** [3] - 56:5, 70:5,
85:14
**ready** [3] - 13:21,
14:1, 21:17
**Realtime** [2] - 87:12,
87:21
**REALTIME** [1] - 3:19
**reasons** [2] - 27:13,
54:8
**REATH** [2] - 2:10, 2:14
**Rec** [15] - 14:18, 15:4,
16:6, 17:4, 17:10,
17:18, 17:25, 18:2,
18:20, 21:12, 23:20,
24:7, 76:24, 77:6
**receive** [1] - 24:8
**received** [4] - 74:16,
75:18, 84:8, 86:24
**recently** [1] - 66:18
**recess** [7] - 57:18,
57:19, 57:20, 57:22,
60:1, 60:4, 86:15
**RECESS.................**
**..................** [1] - 4:21
**recommendation** [1] -
37:11
**RECORD** [26] - 5:14,
5:15, 5:16, 5:17,
5:18, 5:19, 5:20,
5:21, 5:22, 5:23,
5:24, 5:25, 6:1, 6:2,
6:3, 6:4, 6:5, 6:6,
6:7, 6:8, 6:9, 6:10,
6:11, 6:12, 6:13,
6:14

**record** [12] - 7:14,
20:2, 21:23, 30:1,
37:22, 56:4, 61:17,
62:21, 70:6, 85:14,
86:17, 87:17
**Record** [6] - 14:9,
16:19, 61:14, 75:21,
76:2, 86:19
**RECORDED** [1] - 3:23
**referred** [1] - 30:2
**refused** [1] - 67:11
**regard** [1] - 67:8
**regardless** [1] - 58:18
**REGISTERED** [1] -
3:20
**Registered** [1] - 87:12
**registered** [1] - 87:22
**Reilley** [1] - 56:19
**reiterated** [2] - 16:25,
17:15
**RELATES** [1] - 1:8
**relates** [1] - 58:3
**relatives** [1] - 54:21
**release** [1] - 49:4
**remain** [5] - 21:17,
24:25, 68:7, 68:24,
70:18
**remained** [1] - 18:11
**remaining** [21] -
22:24, 34:4, 43:17,
50:2, 52:4, 52:15,
53:24, 54:5, 55:15,
59:8, 61:22, 62:18,
63:22, 65:5, 67:25,
68:20, 70:17, 72:14,
74:19, 78:16, 83:17
**remains** [1] - 13:22
**remember** [1] - 36:22
**reminded** [5] - 16:12,
18:3, 18:7, 18:13,
18:17
**repeat** [1] - 76:14
**repeated** [2] - 30:9,
40:23
**repeatedly** [1] - 39:11
**Reporter** [7] - 87:12,
87:13, 87:14, 87:21,
87:22, 87:22
**REPORTER** [4] - 3:19,
3:19, 3:20, 78:20
**REPORTER'S** [1] -
87:10
**represent** [1] - 63:2
**representation** [2] -
20:6, 20:12
**representations** [5] -
25:12, 26:1, 33:13,
35:2, 52:17
**representative** [4] -
13:7, 15:8, 15:22,

*OFFICIAL TRANSCRIPT*

18:24
**represented** [6] -
16:2, 36:13, 37:24,
63:6, 75:17, 86:19
**representing** [1] -
29:18
**request** [1] - 49:8
**requested** [1] - 30:9
**required** [9] - 12:20,
14:19, 14:21, 15:7,
15:12, 15:22, 16:2,
77:1, 77:5
**requirement** [1] -
16:13
**requirements** [6] -
17:1, 17:15, 18:9,
18:18, 62:8, 71:17
**requires** [3] - 10:18,
13:12, 18:24
**requiring** [1] - 10:22
**reside** [1] - 76:15
**residents** [3] - 76:16,
76:17, 76:18
**resolve** [2] - 12:12,
13:23
**resolved** [3] - 13:25,
43:16, 85:13
**respect** [1] - 76:15
**respectively** [1] -
76:24
**respond** [5] - 10:23,
21:6, 23:16, 50:25,
64:7
**responded** [6] - 20:24,
27:1, 27:15, 30:13,
64:8, 65:19
**response** [95] - 13:18,
26:22, 27:6, 27:20,
28:5, 28:14, 28:21,
29:3, 31:3, 31:9,
31:14, 31:20, 32:2,
32:8, 32:18, 32:23,
33:5, 33:11, 33:21,
34:2, 34:7, 34:14,
34:19, 34:25, 36:4,
36:9, 36:15, 38:17,
38:23, 39:4, 40:3,
40:8, 40:13, 40:18,
41:9, 41:15, 41:20,
41:25, 42:6, 42:10,
42:16, 42:21, 43:1,
43:6, 43:11, 43:19,
43:25, 44:5, 45:9,
45:15, 45:20, 45:25,
46:10, 46:18, 47:1,
47:7, 47:13, 47:19,
47:25, 48:6, 48:11,
50:10, 50:16, 51:7,
51:11, 52:2, 52:8,
53:3, 53:9, 53:16,

53:21, 55:4, 55:9,
55:18, 55:25, 74:6,
77:25, 78:5, 78:25,
79:5, 79:12, 80:11,
80:16, 80:21, 81:1,
81:7, 81:12, 81:17,
81:23, 82:24, 83:4,
83:10, 84:9, 85:4,
85:9
**responsibility** [1] -
23:14
**result** [2] - 8:6, 9:4
**resumed** [1] - 66:20
**return** [1] - 25:22
**revealing** [1] - 36:25
**revised** [2] - 17:19,
17:21
**Reyes** [1] - 56:19
**Reynolds** [1] - 52:7
**Rice** [4] - 46:13,
46:16, 46:17, 56:18
**Richardson** [1] -
56:21
**Riley** [1] - 30:7
**RILEY** [2] - 2:22, 4:8
**rise** [5] - 7:7, 57:21,
57:23, 61:7, 87:5
**RIVAROXABAN** [1] -
1:4
**RMR** [2] - 3:19, 87:21
**Roberts** [3] - 29:18,
30:1, 52:19
**ROOM** [1] - 3:20
**Rosenbaum** [4] -
47:15, 47:17, 47:18
**ROTOLO** [1] - 2:7
**row** [113] - 25:5, 26:19,
27:3, 27:10, 27:17,
27:24, 28:10, 28:24,
31:6, 31:12, 32:6,
32:16, 33:2, 33:25,
34:12, 34:17, 35:7,
36:1, 36:18, 37:23,
38:15, 39:1, 39:6,
40:6, 40:11, 41:6,
42:8, 42:13, 43:4,
44:10, 45:18, 46:5,
46:13, 46:16, 46:22,
46:24, 47:4, 47:11,
47:16, 47:22, 48:3,
48:8, 51:9, 51:25,
52:5, 53:6, 53:19,
55:2, 55:7, 55:13,
55:22, 56:9, 56:11,
56:12, 56:13, 56:16,
56:18, 56:19, 56:22,
56:23, 56:24, 56:25,
57:4, 57:8, 58:3,
59:10, 61:22, 62:17,
64:25, 65:1, 65:3,

66:4, 67:25, 71:7,
72:12, 73:3, 73:6,
74:15, 74:18, 74:23,
75:4, 75:7, 77:18,
77:22, 77:24, 78:8,
78:23, 79:9, 79:15,
79:25, 80:9, 80:14,
80:19, 80:24, 81:5,
81:10, 81:15, 81:20,
82:10, 82:11, 82:21,
83:2, 83:7, 83:15,
83:25, 84:1, 85:7,
85:19, 85:21, 86:18
**rows** [101] - 21:11,
21:15, 22:3, 22:20,
22:22, 23:21, 25:2,
28:17, 29:6, 30:2,
30:4, 30:24, 31:17,
31:24, 32:21, 33:8,
33:19, 34:5, 34:22,
36:7, 36:12, 37:21,
38:2, 38:21, 40:16,
41:12, 41:18, 41:23,
42:3, 42:19, 42:24,
43:9, 43:15, 43:16,
43:23, 44:2, 44:9,
45:2, 45:4, 45:22,
46:4, 48:14, 50:6,
50:7, 50:13, 50:19,
51:5, 51:13, 52:11,
52:13, 53:1, 53:12,
53:24, 54:1, 54:4,
54:14, 55:12, 56:5,
56:10, 57:2, 57:7,
59:9, 62:15, 63:19,
64:14, 64:16, 64:21,
64:24, 66:3, 67:19,
67:20, 67:22, 68:16,
69:6, 69:7, 69:9,
70:4, 70:9, 70:13,
72:11, 73:10, 73:18,
73:24, 74:10, 74:14,
78:3, 78:11, 78:12,
78:15, 79:3, 79:24,
80:1, 82:1, 82:9,
83:13, 83:17, 84:18,
85:2, 85:17, 85:23,
85:25
**rule** [4] - 10:5, 10:9,
10:23, 12:7
**ruling** [1] - 14:1

---

# S

**s/Cathy** [1] - 87:20
**sake** [1] - 14:13
**SALMON** [2] - 2:22,
4:9
**salmon** [1] - 36:21
**Salvi** [2] - 47:21, 47:23

**Sanders** [6] - 34:13,
48:2, 48:4, 71:6,
71:8, 71:12
**Sarangi** [2] - 48:8,
48:10
**saw** [1] - 10:1
**Schanker** [3] - 25:1,
26:18, 26:21
**scheduled** [4] - 16:20,
17:11, 18:4, 18:14
**Schlemmer** [2] - 55:2,
55:3
**Schlichter** [6] - 34:11,
48:13, 48:15, 50:3,
58:4, 58:5
**Schlueter** [2] - 31:16,
31:18
**Schneider** [2] - 50:5,
57:2
**SCHOLER** [1] - 2:17
**school** [1] - 7:22
**Schostok** [2] - 47:21,
47:23
**Schulman** [5] - 72:10,
72:16, 81:25, 82:2,
82:3
**SCHULMAN** [5] - 3:15,
72:16, 72:25, 82:3,
82:7
**SCHULMAN...............
...................** [1] - 5:6
**Schwartz** [2] - 38:25,
39:2
**scope** [1] - 9:8
**Scott** [3] - 48:17, 58:5,
58:15
**SCOTT** [2] - 3:4, 4:14
**se** [1] - 75:8
**searches** [2] - 29:15,
54:21
**seated** [3] - 7:8, 57:24,
61:8
**Seaton** [2] - 50:7, 50:9
**second** [1] - 18:10
**section** [1] - 9:20
**sections** [1] - 9:20
**see** [4] - 9:11, 12:1,
48:18, 49:14
**seeing** [1] - 59:17
**seeking** [1] - 13:9
**send** [1] - 67:11
**sensitive** [1] - 65:18
**sent** [5] - 37:2, 37:7,
65:13, 70:22, 72:20
**separately** [1] - 37:25
**September** [13] - 13:1,
13:2, 15:13, 16:14,
16:20, 16:21, 17:3,
17:6, 17:17, 76:23
**series** [1] - 14:11

**set** [11] - 8:16, 9:19,
10:5, 10:22, 14:24,
16:6, 17:1, 17:16,
18:9, 18:18, 24:7
**setting** [1] - 10:8
**settlement** [22] -
10:17, 10:18, 10:21,
12:18, 12:19, 12:22,
14:19, 15:5, 15:6,
15:11, 19:2, 19:4,
19:7, 49:1, 49:7,
49:17, 49:20, 58:8,
58:23, 63:2, 69:20,
86:25
**seven** [1] - 52:11
**several** [1] - 37:1
**shape** [1] - 11:22
**SHARKO** [1] - 2:14
**Sharko** [1] - 7:17
**sheets** [4] - 9:1, 9:6,
9:7, 9:19
**Shelton** [2] - 50:12,
50:14
**Sherman** [1] - 75:3
**Shirley** [1] - 75:9
**Shkolnik** [2] - 46:20,
46:25
**shoes** [1] - 40:22
**show** [44] - 10:5, 10:9,
10:24, 12:7, 12:14,
12:15, 13:4, 14:2,
14:10, 14:12, 15:16,
15:22, 16:3, 16:11,
16:13, 16:17, 16:21,
16:22, 16:23, 17:4,
17:7, 17:11, 17:13,
18:4, 18:6, 18:13,
18:16, 19:14, 20:1,
21:18, 22:6, 23:8,
29:19, 61:15, 62:6,
63:22, 69:17, 72:19,
74:2, 76:2, 77:1,
77:9, 84:10
**SHOW** [1] - 1:11
**Showard** [1] - 56:23
**showing** [3] - 15:24,
75:16
**sign** [6] - 12:24, 13:1,
14:21, 19:1, 19:5,
20:2
**sign-in** [1] - 20:2
**signature** [1] - 12:20
**signed** [5] - 14:20,
15:7, 58:9, 64:18,
65:4
**significant** [1] - 69:18
**similar** [1] - 37:1
**Simmons** [3] - 50:18,
50:20, 50:22
**simple** [1] - 18:23

*OFFICIAL TRANSCRIPT*

**simply** [1] - 11:17
**Singer** [2] - 36:17, 36:19
**sites** [2] - 8:15, 8:18
**situation** [1] - 58:17
**six** [1] - 45:3
**Skrabanek** [1] - 85:20
**Slack** [4] - 71:25, 72:3, 79:2, 79:4
**Slater** [4] - 72:10, 81:25
**slightly** [1] - 77:12
**slows** [1] - 9:5
**Smith** [3] - 31:16, 31:19, 52:19
**Sobo** [4] - 51:4, 51:6
**SOLOW** [1] - 2:18
**someone** [1] - 25:13
**son** [2] - 66:20, 66:21
**sorry** [1] - 78:20
**sort** [2] - 10:25, 48:22
**SOUTH** [1] - 2:4
**speaking** [1] - 14:6
**spend** [1] - 11:19
**spent** [2] - 65:20, 69:22
**spoken** [3] - 27:12, 49:9, 67:11
**SQUARE** [1] - 2:11
**staff** [2] - 68:5, 68:23
**stage** [1] - 10:2
**stages** [2] - 9:16, 10:14
**stand** [2] - 57:20, 86:14
**Stark** [2] - 56:24
**Starnes** [2] - 51:9, 51:10
**start** [2] - 14:8, 75:24
**starting** [1] - 57:12
**state** [4] - 76:5, 76:6, 76:16, 77:15
**State** [1] - 87:13
**state-law** [1] - 76:5
**statements** [2] - 61:17, 61:19
**STATES** [2] - 1:1, 1:12
**States** [3] - 8:9, 87:14, 87:23
**states** [2] - 76:17, 76:19
**statistics** [1] - 8:8
**stay** [2] - 35:3, 60:1
**staying** [1] - 30:21
**steering** [3] - 7:16, 16:14, 19:24
**STENOGRAPHY** [1] - 3:23
**step** [1] - 40:22

**STEVEN** [1] - 2:18
**Steward** [1] - 44:15
**STEWARD** [3] - 3:3, 44:15, 44:24
**STEWARD.................
........................** [1] - 4:13
**still** [3] - 13:23, 68:18, 77:9
**stipulation** [1] - 44:12
**Stokes** [1] - 71:13
**stop** [1] - 9:22
**stopped** [1] - 9:22
**STREET** [5] - 1:21, 2:4, 2:8, 2:19, 3:20
**stuff** [1] - 54:24
**Stump** [1] - 59:12
**subject** [15] - 15:1, 15:15, 15:16, 16:10, 24:19, 25:15, 63:11, 68:1, 75:23, 76:3, 76:21, 77:3, 77:9, 77:16
**submit** [12] - 12:17, 14:20, 14:24, 15:7, 15:12, 17:19, 20:1, 24:13, 24:19, 25:15, 57:15, 67:1
**submitted** [3] - 17:21, 20:14, 64:18
**suffering** [1] - 66:20
**SUITE** [3] - 1:21, 2:4, 2:11
**sum** [1] - 18:21
**supplemental** [4] - 17:7, 17:11, 17:22, 18:11
**support** [1] - 49:23
**SUSAN** [1] - 2:14
**SWMW** [3] - 51:13, 51:15, 51:17

**T**

**Tamari** [3] - 66:2, 82:8, 86:19
**TARA** [2] - 3:5, 4:16
**Tara** [1] - 51:17
**task** [1] - 68:7
**team** [2] - 69:14, 86:12
**techniques** [1] - 8:15
**ten** [2] - 57:19, 57:20
**ten-minute** [1] - 57:19
**terms** [2] - 39:12, 76:15
**THE** [207] - 1:11, 1:15, 2:7, 7:7, 7:8, 7:11, 7:13, 7:19, 13:16, 14:3, 20:17, 21:22,

21:25, 22:5, 22:8, 22:14, 23:9, 23:25, 24:8, 24:15, 24:21, 25:7, 25:10, 25:17, 26:2, 26:4, 26:8, 26:23, 27:7, 27:13, 27:21, 28:2, 28:6, 28:15, 28:22, 29:4, 29:12, 29:20, 30:11, 30:19, 31:4, 31:10, 31:15, 31:21, 32:3, 32:9, 32:12, 32:19, 32:24, 33:6, 33:16, 33:22, 34:3, 34:8, 34:15, 34:20, 35:4, 35:12, 35:20, 36:5, 36:10, 36:16, 37:9, 38:7, 38:18, 38:24, 39:5, 39:14, 39:21, 40:4, 40:9, 40:14, 40:25, 41:4, 41:10, 41:16, 41:21, 42:1, 42:5, 42:11, 42:17, 42:22, 43:2, 43:7, 43:12, 43:20, 44:1, 44:6, 44:14, 44:22, 45:10, 45:16, 45:21, 46:1, 46:11, 46:19, 47:2, 47:8, 47:14, 47:20, 48:1, 48:7, 48:12, 48:18, 49:13, 49:23, 50:4, 50:11, 50:17, 51:1, 51:8, 51:12, 51:21, 52:3, 52:9, 52:22, 53:4, 53:10, 53:17, 53:22, 54:10, 54:23, 55:5, 55:10, 55:19, 56:1, 56:8, 57:19, 57:21, 57:23, 57:24, 58:13, 58:21, 59:3, 59:16, 59:24, 60:1, 61:7, 61:8, 61:25, 62:2, 62:9, 62:21, 63:5, 63:13, 63:15, 63:24, 64:4, 65:18, 67:2, 67:7, 67:12, 68:9, 68:25, 69:11, 69:22, 70:1, 70:25, 71:10, 71:19, 72:7, 72:22, 73:8, 73:14, 73:21, 74:7, 74:22, 74:25, 75:6, 75:19, 75:25, 76:5, 77:14, 77:21, 78:1, 78:6, 78:9, 78:19, 78:20, 79:1, 79:6, 79:13, 79:22, 80:7, 80:12, 80:17, 80:22, 81:2, 81:8, 81:13, 81:18, 81:24, 82:5, 82:16, 82:25,

83:5, 83:11, 83:21, 84:12, 84:24, 85:5, 85:10, 85:15, 86:4, 86:14, 86:21, 87:5
**themselves** [1] - 21:1
**they've** [6] - 11:23, 22:10, 39:11, 39:17, 66:13, 72:19
**thirteen** [1] - 74:12
**THIS** [1] - 1:8
**THOMAS** [1] - 2:3
**Thomas** [3] - 71:25, 72:3, 79:2
**Thompson** [1] - 62:4
**Thornton** [1] - 57:8
**thousand** [2] - 8:23, 8:24
**three** [8] - 13:6, 19:8, 22:21, 59:8, 64:21, 65:13, 78:14, 86:6
**timely** [2] - 15:24
**TO** [3] - 1:8, 7:4, 61:4
**today** [48] - 7:20, 8:10, 10:23, 12:7, 12:16, 17:5, 17:12, 18:4, 18:14, 22:6, 22:11, 29:22, 45:6, 46:8, 46:24, 54:5, 54:8, 55:15, 58:6, 58:12, 58:18, 62:6, 62:19, 63:7, 63:12, 64:17, 65:3, 65:7, 68:2, 69:10, 69:18, 70:13, 72:15, 74:3, 77:11, 77:17, 78:14, 78:16, 80:2, 82:12, 82:20, 83:7, 83:13, 83:18, 83:19, 84:10, 85:12, 86:20
**today's** [31] - 14:11, 19:9, 63:22, 64:15, 64:23, 70:4, 70:8, 74:10, 75:12, 76:21, 77:16, 78:12, 78:22, 79:3, 79:8, 79:15, 80:9, 80:14, 80:19, 80:24, 81:4, 81:5, 81:10, 81:15, 82:1, 82:9, 83:22, 84:18, 85:2, 85:7, 86:1
**together** [1] - 10:16
**took** [3] - 9:23, 30:22, 57:22
**touch** [6] - 12:6, 23:15, 35:11, 35:16, 71:15, 80:5
**TOWNE** [7] - 66:7, 67:6, 67:8, 67:15, 82:13, 82:18, 87:2
**Towne** [2] - 66:8,

82:13
**TOWNE.................
...............** [1] - 5:1
**track** [1] - 71:14
**tragedy** [3] - 23:9, 23:10, 39:18
**Trammell** [2] - 83:22, 84:4
**TRANSCRIPT** [2] - 1:11, 3:23
**transcript** [1] - 87:16
**TRANSCRIPTION** [1] - 3:24
**TREY** [2] - 2:21, 4:5
**Trey** [1] - 21:21
**trey** [1] - 21:24
**trials** [5] - 9:9, 9:10, 10:12, 10:15
**tried** [7] - 8:24, 23:10, 39:14, 39:15, 54:24, 65:19, 80:5
**true** [2] - 7:23, 87:16
**try** [10] - 20:19, 20:21, 23:12, 26:11, 30:12, 35:21, 41:1, 54:11, 69:19, 77:12
**trying** [4] - 9:7, 20:22, 35:18, 51:19
**Tudor** [1] - 38:3
**TUDOR** [2] - 2:23, 4:10
**twenty** [1] - 70:7
**twenty-nine** [1] - 70:7
**two** [9] - 19:5, 30:1, 44:16, 44:19, 54:2, 75:15, 78:2, 84:4
**type** [1] - 9:3

**U**

**unable** [2] - 35:2, 80:6
**undertaken** [1] - 69:18
**United** [3] - 8:9, 87:14, 87:23
**UNITED** [2] - 1:1, 1:12
**unless** [2] - 15:23, 25:13
**unlikely** [1] - 49:8
**unresponsive** [2] - 35:18, 40:23, 68:8
**unsuccessful** [1] - 50:24
**up** [15] - 8:16, 9:19, 10:17, 10:22, 19:16, 49:10, 49:18, 58:1, 62:6, 67:7, 72:19, 75:16, 76:1, 84:10, 86:21
**Upton** [1] - 40:1

useful [1] - 9:7
usual [1] - 9:15

## V

Valori [2] - 34:21, 34:24
Van [2] - 55:6, 55:8
VARIOUS [1] - 1:9
various [3] - 9:16, 9:20, 69:20
verbal [94] - 13:18, 26:22, 27:6, 27:20, 28:5, 28:14, 28:21, 29:3, 31:3, 31:9, 31:14, 31:20, 32:2, 32:8, 32:18, 32:23, 33:5, 33:11, 33:21, 34:2, 34:7, 34:14, 34:19, 34:25, 36:4, 36:9, 36:15, 38:17, 38:23, 39:4, 40:3, 40:8, 40:13, 40:18, 41:9, 41:15, 41:20, 41:25, 42:6, 42:10, 42:16, 42:21, 43:1, 43:6, 43:11, 43:19, 43:25, 44:5, 45:9, 45:15, 45:20, 45:25, 46:10, 46:18, 47:1, 47:7, 47:13, 47:19, 47:25, 48:6, 48:11, 50:10, 50:16, 51:7, 51:11, 52:2, 52:8, 53:3, 53:9, 53:16, 53:21, 55:4, 55:9, 55:18, 55:25, 74:6, 77:25, 78:5, 78:25, 79:5, 79:12, 80:11, 80:16, 80:21, 81:1, 81:7, 81:12, 81:17, 81:23, 82:24, 83:4, 83:10, 85:4, 85:9
vetting [6] - 9:13, 9:16, 10:11, 10:14, 10:18
via [2] - 54:20, 84:7
vigorously [1] - 35:22

## W

Wade [1] - 45:12
Wagstaff [5] - 73:3, 73:9, 73:12, 84:17, 84:19
wait [1] - 25:7
Wallace [1] - 73:4
Wansbrough [1] - 62:23

wants [4] - 25:17, 37:7, 49:20, 63:3
WARSHAUER [1] - 1:19
Watts [1] - 57:10, 57:13
web [2] - 8:15, 8:17
website [11] - 8:21, 11:24, 11:25, 14:18, 15:3, 16:5, 16:18, 17:9, 18:1, 18:19, 64:9
weekend [2] - 74:13, 77:10
welder [1] - 40:23
WEST [1] - 2:19
Westbrook [1] - 56:21
Wexler [1] - 73:4
Wey [2] - 55:6, 55:8
Whalen [2] - 33:7, 33:10
WHEREUPON [4] - 57:22, 60:3, 86:16, 87:6
White [3] - 38:14, 38:16, 66:9
Whitehead [1] - 57:6
wife [1] - 62:24
Wilshire [4] - 55:11, 55:16, 85:1, 85:3
wish [9] - 35:17, 39:17, 44:20, 65:21, 68:12, 71:2, 71:20, 84:14, 86:4
wishes [2] - 40:22, 66:22
withdraw [4] - 20:13, 20:14, 37:5, 75:15
Witkin [2] - 63:18, 64:1
Wolf [2] - 53:25, 54:6
Woolums [1] - 81:22
words [1] - 49:18
world [1] - 8:21
Worley [4] - 44:2, 44:4, 80:23, 80:25
Wormington [4] - 55:21, 55:23, 85:6, 85:8
wound [1] - 23:5
written [2] - 35:18, 37:1
wrote [1] - 36:23

## X

XARELTO [1] - 1:4
Xarelto [7] - 7:11, 8:11, 10:7, 14:19,

15:6, 15:11

## Y

YASTROVSKAYA [2] - 65:8, 65:25
Yastrovskaya [1] - 65:9
YASTROVSKAYA..... ............................ [1] - 4:25
years [2] - 8:12, 11:7
yeoman's [1] - 41:1
yesterday [1] - 72:18
YORK [1] - 2:19
York [1] - 76:20

*OFFICIAL TRANSCRIPT*