UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>*Ruby Smith v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-00053 | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

## ORDER

Considering Plaintiff's Ex Parte Motion for Reinstatement of Case, R. Doc. 17072;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reinstatement of Case is **GRANTED** and the Clerk is instructed to reinstate the case on the docket.

New Orleans, Louisiana, this 15th day of October, 2019.

_____
United States District Judge