UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO:  Jennifer Campbell  Civil Action No. 2:19-cv-7910 | ) SECTION L ) JUDGE ELDON E FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## ORDER

Considering Plaintiff's *Ex Parte* Motion to Withdraw Document, R. Doc. 17094;

**IT IS HEREBY ORDERED** that the following document be withdrawn from the docket:

*Doc. No. 16299, filed September 23, 2019, Jennifer Campbell, Case No. 2:19-cv-7910.*

New Orleans, Louisiana, this 15th day of October 2019.

_____
Eldon E. Fallon
United State District Judge