# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**RANDY ZIMMERMAN**<br>Civil Action No. 2:17-cv-14941 | MDL 2592<br><br>SECTION L<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering Plaintiff's Motion to Vacate Dismissal and Reinstate Case, filed on October 4, 2019, R. Doc. 17163;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's case is reinstated.

New Orleans, Louisiana, this 15th day of October.

Eldon E. Fallon
United States District Judge