IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| This Document Relates to Plaintiff(s), | JUDGE: ELDON E. FALLON |
| Josefina Bledsoe: 2:17-cv-5925 | MAG. JUDGE: MICHAEL NORTH |

Jose Garza: 2:17-cv-5241
Bridey Gray and Jack Frost: 2:17-cv-17372
Renee Harrington: 2:17-cv-1874
C. Vincent Huelskamp: 2:16-cv-14509
Aretha Jones: 2:19-cv-2797
Michael Morgan: 2:17-cv-11607
Cris Piner: 2:16-cv-14077
Quintin Williamson: 2:16-cv-6630
James Atchison: 2:16-cv-12242
Jimmy Juarez: 2:17-cv-6881

## ORDER ALLOWING ENTRY OF APPEARANCE OF CO-COUNSEL ON BEHALF OF PLAINTIFFS

Considering the foregoing Motion for Entry of Appearance of Co-Counsel, R. Doc. 17165;

**IT IS HEREBY ORDERED** that the Motion be and is **GRANTED** and Tara K. King, of SWMW Law, shall be allowed to enter her appearance as co-counsel on behalf of Plaintiffs Josefina Bledsoe, Jose Garza, Bridey Gray and Jack Frost, Renee Harrington, C. Vincent Huelskamp, Aretha Jones, Michael Morgan, Cris Piner, Quintin Williamson, James Atchison and Jimmy Juarez.

New Orleans, Louisiana, on this 15th day of October, 2019.

_____
United States District Judge