UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jonnetha Coffey v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13749

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff. The Court has received numerous letters from this Plaintiff along a similar vein. *See* R. Docs. 16408, 17097, 17348. Plaintiff's counsel appeared in Court during the October 7, 2019 show cause hearing to report that although Plaintiff's counsel has made numerous attempts to contact Plaintiff, she has not been cooperative or responsive. Therefore, the above-mentioned case was dismissed with prejudice.

New Orleans, Louisiana this 16th day of October, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT COURT JUDGE

CC:  Jonnetha Coffey
     6119 South York Town Avenue
     Apartment 2
     Tulsa, OK 74136