RE: Xarelto Settlement   MDL NO. 2592
① Section L.
Judge Eldon E. Fallon
Magistrate Judge North

# Documentation

1. I Jonnetha Demetris Coffey have no knowledge of what the Judge's award was to me.

2. The Attorney Singer hasn't inform me of what Judge Eldon E. Fallon and Magistrate Judge North awarded me. I know it wasn't a settlement and I havent requested that my award be placed in a settlement.

3. I was told by Laura C. that works for Singer that the Judge picked my case and my award, not a settlement.

4. One of the above is a lie. Lawyer Singer himself said "mine was the only case chosen out of all 30,000 interes", that mine was the only case chosen out of all 30,000 so who ordered a settlement. Ms Laura C. said I had been give an award.

5. It really didn't sound like a settlement it sounded like Atty. Singer aed purchased a annuity policy in my name without my permission and it had to mature to get anything and I would have to pay $1000.00 for an application to apply for anything and never told me the value of the policy if it matures and he only listed two times that I could draw off it and and if I died my (son) or family would get nothing.

6. I had been notified by him that there was a hearing in Oct. on the 25 of Sept I believe and

I believe the 24 of Sept. Then I don't know if Atty. Singer asked for a change but, the date was changed to the 7 of Oct. 7th 2019.

I didn't request that you file a stipulation of dismissal with prejudice you did this without my permission. You never told me what my award was. Nor did you send me my award.

You had Laura to tell April that the case never went to court, but she told April that it was a settlement. I repeat Laura told me the Judge picked my case and the award. Now somebody's lying.

I never told Lawyer Singer that I didn't want to participate in the program or take my award. That's a lie.

I did contact his office over the phone and sent the certified communications back but I had no knowledge of what the award was.

I have no knowledge of what my award is so how can I release the person involved the corp. or the lawyer when I don't know what I'm releaseing him or them of. I was never told by Singer + Globatt what the award was and the Lawyer Singer hisself told me that I was the only one out of 30,000 that the Judge picked so why would there need to be a settlement and he never told me the value of the award and told April it Sergery said you dismissed the case Judge

never went to court. The Atty., it appears is not being honest with me.

I Jonnetha D. Caffey never told Atty. Singer that I didn't want to participate in the Xarelto Claim that's not true and I don't know why he told you that nor Honor.

What is the amount of the award and what did the judge award to me.

I don't know what the award is so how $ can I make a decision on something I don't know about

Ms. Laura C., when she called me said "the Judge had picked my case and the Award" never telling me what the award is.

I can't release my claim because I have no idea what I was awarded and I didn't give the lawyer permission to put it in a policy or any kind of settlement but I want my award.

He has taken it upon himself to put the money into a settlement and if I was the only one the judge choose who else is in the settlement + will benefit. I haven't requested a settlement I want may award.

I Jonnetha D. Caffey have no knowledge of what the award was worth or did I give them permission to put it in a settlement. Jonnetha Caffey

(H)

Again, I have no knowledge of what my award is or what this settlement is about & who ordered a settlement or an annuity policy, who made the rules for a settlement, who benefits from the settlement, How much is it worth & when & who will be awarded the award or settlement or when and who told you I didn't want to participate in the award, I didn't state a lie & I have communicated with you, through phone & certified mail. Your not being honest about that.

What is the truth, will somebody help me!

Honorable Judge Eldon
Fallon + Judge
North
C468, 500 Poydras St
New Orleans Louisiana
70130

Documentation
Jonnetha D Coffey

MDL N 2592

Sec L

Judge E Fallon, Eldon
Magistrate Judge North

I Jonnetha Coffey has no knowledge what may [award] to. Atty Seeger has it appeared taken my award without my permission & on his on without my permission calling it a settlement or having purchased an Annuity policy and kept the money it appears for personal use it appears. How can I sign when I was never told what the award was, told by Laura C. to my sister that it never went to court which is a lye and he hasn't mention any of my concern since he return. Even though you told him I had concerns, he hasn't mention not one all he said was that if I didn't contact him in 7 days he was going to dismiss the case and thats not what I wanted. He appears to be keeping everything away from me, whats going to happen to my award Jonnetha Coffey

Return: Jonnetha D Coffey
6119 So Yorktown Ave #2
Tulsa OK 74136

Judge Eldon E Fallon
Judge North
C468, 500 Poydras Street
New Orleans, Louisianna 70130