UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:     JUDGE ELDON E. FALLON

MAGISTRATE NORTH

**Ballard, Joseph**
Civil Action No 2:19-cv-00116

**Coffield, Janice**
Civil Action No. 2:19-cv-08505

**Spence, Terry**
Civil Action No 2:19-cv-08148

**Eanni, Richard**
Civil Action No. 2:19-cv-08197

**Wagner, Jacob**
Civil Action No 2:19-cv-08422

**Featherstone, Sean**
Civil Action No. 2:19-cv-08107

**White, Darrell**
Civil Action No 2:19-cv-08125

**Jones, Andrea**
Civil Action No 2:19-cv-08597

**Wilson, Dwana**
Civil Action No 2:19-cv-07976

**Jordan, Anita**
Civil Action No 2:19-cv-08132

**Baugh, Roberta**
Civil Action No. 2:19-cv-03688

**Keller, Fred**
Civil Action No 2:19-cv-08312

**Yarbrough, Daniel**
Civil Action No. 2:19-cv-05281

**Molton, James**
Civil Action No 2:19-cv-08450

**Anderson, Samantha**
Civil Action No. 2:19-cv-03728

**Pollard, Lois**
Civil Action No 2:19-cv-08162

**Brown, Joyce**
Civil Action No. 2:19-cv-04464

**Reed, Melissa**
Civil Action No 21.9-cv-08309

**Neal, Mark**
Civil Action No. 2:19-cv-05269

**Richardson, Acquanetta**
Civil Action No 2:19-cv-08434

**Wetmore, William**
Civil Action No. 2:19-cv-03414

**Smith, Yolanda**
Civil Action No 2:19-cv-08187

**Williams, Patricia**
Civil Action No. 2:19-cv-03431

### *EX PARTE* MOTION TO SET HEARING DATE AND ORAL ARGUMENT OF NOVEMBER 7, 2019 ON PLAINTIFFS' MOTIONS FOR RELIEF FROM ORDER TO SHOW CAUSE (REC. DOC. 17175 AND REC. DOC. 17338)

Defendants, through undersigned counsel, move the Court for an Order to set the two pending Motions for Relief from Order to Show Cause (Rec. Doc. 17175 and Rec. Doc. 17338) for hearing and oral argument on November 7, 2019 immediately following the scheduled general Status Conference.

Two nearly identical motions were filed by the Law Offices of Seaton & Bates, PLLC ("Seaton firm") (Rec. Doc. 17175) and the Law Offices of Sobo & Sobo, LLP ("Sobo firm") (Doc. 17338), on behalf of seven Seaton clients and 16 Sobo clients, which challenge this Court's jurisdiction to enter case management orders and to dismiss certain cases pursuant to the order to show cause process established by CMOs 12, 12A, and 12B.

Defendants filed a combined opposition to both motions on October 10, 2019. (Doc. 17353).

The Seaton and Sobo firms each filed motions to file a sur-reply and attaching the proposed sur-reply at Rec. Doc Nos. 17370 and 17373 respectively. The Sobo firm also filed an amended motion to file an amended-sur-reply and attaching the amended sur-reply at Rec. Doc. 17387.

Defendants submit the attached proposed order setting the hearing date and oral argument of the Motions on November 7, 2019.

3531472-1

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.
By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

3531472-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22th day of October 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

                                        */s/      John F. Olinde*

3531472-1