UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)      MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:      JUDGE ELDON E. FALLON

MAGISTRATE NORTH

**Ballard, Joseph**
Civil Action No 2:19-cv-00116

**Coffield, Janice**
Civil Action No. 2:19-cv-08505

**Spence, Terry**
Civil Action No 2:19-cv-08148

**Eanni, Richard**
Civil Action No. 2:19-cv-08197

**Wagner, Jacob**
Civil Action No 2:19-cv-08422

**Featherstone, Sean**
Civil Action No. 2:19-cv-08107

**White, Darrell**
Civil Action No 2:19-cv-08125

**Jones, Andrea**
Civil Action No 2:19-cv-08597

**Wilson, Dwana**
Civil Action No 2:19-cv-07976

**Jordan, Anita**
Civil Action No 2:19-cv-08132

**Baugh, Roberta**
Civil Action No. 2:19-cv-03688

**Keller, Fred**
Civil Action No 2:19-cv-08312

**Yarbrough, Daniel**
Civil Action No. 2:19-cv-05281

**Molton, James**
Civil Action No 2:19-cv-08450

**Anderson, Samantha**
Civil Action No. 2:19-cv-03728

**Pollard, Lois**
Civil Action No 2:19-cv-08162

**Brown, Joyce**
Civil Action No. 2:19-cv-04464

**Reed, Melissa**
Civil Action No 21.9-cv-08309

**Neal, Mark**
Civil Action No. 2:19-cv-05269

**Richardson, Acquanetta**
Civil Action No 2:19-cv-08434

**Wetmore, William**
Civil Action No. 2:19-cv-03414

**Smith, Yolanda**
Civil Action No 2:19-cv-08187

**Williams, Patricia**
Civil Action No. 2:19-cv-03431

## ORDER

Considering the foregoing *Ex Parte* Motion to Set Hearing Date and Oral Argument of November 7, 2019, on Plaintiffs' Motions for Relief from Order to Show Cause (Doc. 17175 and Doc. 17338);

**IT IS ORDERED** that said Motion is **GRANTED** and the Court sets the hearing date and will hear oral argument on Plaintiffs' Motions for Relief from Order to Show Cause (Rec. Doc. 17175 and Rec. Doc. 17338) on November 7, 2019, immediately following the status conference set to begin at 9:00 a.m. that day.

New Orleans, Louisiana, this _____ day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE