## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL No. 2592 |
| | § | |
| THIS DOCUMENT RELATES TO: | § | SECTION L |
| | § | JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § | |
| | § | |

---

### PLAINTIFFS' SUPPLEMENT TO THEIR JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

On August 15th, 2019, Attorney Tony Seaton notified the court that Jesse J. Campbell separated from the firm, and that Tony Seaton should be substituted as Attorney of Record for the plaintiffs listed on attached Exhibit A.  Plaintiffs now move to add Thomas Smith as additional counsel.

Dated this 22nd day of October, 2019.

/s/ Tony Seaton
Tony Seaton

**Law Offices of Seaton & Bates, PLLC**

By: /s/Tony Seaton
Tony Seaton (TN BPR #7279)
LAW OFFICES OF SEATON & BATES, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967
e-mail: tony@tonyseaton.com
*Attorney for the Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 22nd, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Tony Seaton
Tony Seaton (TN BPR #7279)
LAW OFFICES OF SEATON & BATES, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967
e-mail: tony@tonyseaton.com
*Attorney for the Plaintiffs*

EXHIBIT A

| **Plaintiff Name** | **Civil Action No.** |
|---|---|
| Audrene Smith | 2:19-cv-12040 |
| Bettie Williams | 2:19-cv-12041 |
| Brenda Milson | 2:19-cv-11390 |
| Capria Bonner | 2:19-cv-11381 |
| Cheryl Frazier | 2:19-cv-11376 |
| Damita Grant | 2:19-cv-11393 |
| Deborah Smith | 2:19-cv-11532 |
| Erica McQueen | 2:19-cv-11469 |
| Lanice Sarfo | 2:19-cv-11470 |
| Lanita Johnson | 2:19-cv-11652 |
| Marcellis Williams | 2:19-cv-11382 |
| Marion Scales | 2:19-cv-11460 |
| Moira Dessenberg | 2:19-cv-11533 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN Re: XARELTO | § | |
| PRODUCTS LIABILITY LITIGATION | § | MDL No. 2592 |
| | § | |
| THIS DOCUMENT RELATES TO: | § | SECTION L |
| | § | JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § | |
| | § | |

---

**ORDER GRANTING PLAINTIFFS' SUPPLEMENT TO THEIR JOINT**
**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

This matter having come before the Court on Plaintiffs' Supplement to their Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS ORDERED that attorney Thomas Smith of The Law Offices of Seaton & Bates, PLLC shall be added as counsel for the plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this_____day of_____, 2019.


_____
Honorable Eldon E. Fallon
United States District Court Judge

**EXHIBIT A**

| **Plaintiff Name** | **Civil Action No.** |
| --- | --- |
| Audrene Smith | 2:19-cv-12040 |
| Bettie Williams | 2:19-cv-12041 |
| Brenda Milson | 2:19-cv-11390 |
| Capria Bonner | 2:19-cv-11381 |
| Cheryl Frazier | 2:19-cv-11376 |
| Damita Grant | 2:19-cv-11393 |
| Deborah Smith | 2:19-cv-11532 |
| Erica McQueen | 2:19-cv-11469 |
| Lanice Sarfo | 2:19-cv-11470 |
| Lanita Johnson | 2:19-cv-11652 |
| Marcellis Williams | 2:19-cv-11382 |
| Marion Scales | 2:19-cv-11460 |
| Moira Dessenberg | 2:19-cv-11533 |