# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Andy Miller | 2:19-cv-04840 |
| Arilla Heaston-Eversley | 2:19-cv-03916 |
| Audrey Singer | 2:19-cv-06687 |
| Bertha Bowen | 2:19-cv-04977 |
| Beryle Eaton | 2:19-cv-03541 |
| Brandon Dawson | 2:19-cv-03693 |
| Charles Oroke | 2:19-cv-04009 |
| Clorinda Montoya | 2:19-cv-08643 |
| Damon Anderson | 2:19-cv-04931 |
| Daniel Yarbrough | 2:19-cv-05281 |
| David Logan | 2:19-cv-04502 |
| Dedra Mccaghren | 2:19-cv-03490 |
| Deloris Seay | 2:19-cv-04297 |
| Don Lemke | 2:19-cv-06516 |
| Donald E. Lamkin | 2:19-cv-04041 |
| Earline Kearse | 2:19-cv-03750 |
| Eleanor Ring | 2:19-cv-03973 |
| Elpidio Tomale | 2:19-cv-05272 |
| Eric Kerchen | 2:19-cv-06505 |
| Ethel White | 2:19-cv-03563 |
| Frank Francione, Jr. | 2:19-cv-05223 |
| Gabrielle Lamp-Scriver | 2:19-cv-07621 |
| George Brennen, Sr. | 2:19-cv-03553 |
| Grayling Adams | 2:19-cv-0457 |
| Harvey Pride | 2:19-cv-03700 |
| Henry Russell | 2:19-cv-03419 |
| Irvin Diaz | 2:19-cv-04831 |
| James Weaver | 2:19-cv-05276 |
| Joe Jones | 2:19-cv-07616 |
| Joyce Brown | 2:19-cv-04464 |
| Larry Hart | 2:19-cv-06681 |
| Laura Tumoszwicz | 2:19-cv-03706 |
| Mark Neal | 2:19-cv-05269 |
| Marla Cook | 2:19-cv-03691 |
| Mary Ann Divito | 2:19-cv-04267 |
| Michael Baney | 2:19-cv-03480 |

Case 2:14-md-02592-EEF-MBN   Document 17398-2   Filed 10/22/19   Page 2 of 2

| Nancy Arkle | 2:19-cv-04935 |
|---|---|
| Patricia Williams | 2:19-cv-03431 |
| Richard Lopez | 2:19-cv-05255 |
| Rita Lehner | 2:19-cv-04536 |
| Robert Barber | 2:19-cv-03331 |
| Roberta Baugh | 2:19-cv-03688 |
| Rosie Grogan | 2:19-cv-08036 |
| Samantha Anderson | 2:19-cv-03728 |
| Sarina Harris | 2:19-cv-04954 |
| Shannon Day | 2:19-cv-03533 |
| Sharon Rapley | 2:19-cv-04057 |
| Sharon Hagan | 2:19-cv-05028 |
| Sherry Rester | 2:19-cv-03738 |
| Stephen Sheehan | 2:19-cv-03475 |
| Wanda Bush | 2:19-cv-03423 |
| Wendy Maston | 2:19-cv-03719 |
| William Wetmore | 2:19-cv-03414 |
| William S. Campbell | 2:19-cv-04483 |