**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| **********************************************  | * |

**THIS DOCUMENT RELATES TO:**

*Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr. v. Janssen Research & Development LLC, et al*, **2:17-cv-09288**

## ORDER

On September 30, 2019, Plaintiff filed a Motion for Extension of Time to Effectuate Service of Summons and Complaint. R. Doc. 16458. Plaintiff subsequently complied with CMOs 12A and 12B and was thus excused from the October 7, 2019 show cause hearing. R. Doc. 17361-1. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to Effectuate Service of Summons and Complaint, R. Doc. 16458, be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of October, 2019.

UNITED STATES DISTRICT JUDGE