UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**

*Cecilia Elizabeth Rodgers Alvey, Individually, and as Personal Representative of the Estate of William Francis Alvey, Deceased v. Janssen Research & Development LLC, et al*, 2:18-cv-06682

## ORDER

A Show Cause Hearing was held before the Court on October 7, 2019 and the above-mentioned case was listed as having complied with Case Management Order 12A. *See* R. Doc. 17361. Accordingly, considering Plaintiff's Motion for Miscellaneous Relief from October 2, 2019 Show Cause Hearing, R. Doc. 17180;

**IT IS ORDERED** that Plaintiff's Motion for Miscellaneous Relief be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 24th day of October, 2019.

*[signature]*
UNITED STATES DISTRICT JUDGE