UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> JAMES ALEXANDER <br> Civil Action No. 2:19-cv-01219 | **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

**ORDER**

Considering Plaintiff James Alexander's Motion to Withdraw Rule 41 Stipulation of Dismissal with Prejudice, R. Doc. 17349;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the following document is withdrawn from this Court's docket:

*Dkt. No. 15926, Stipulation of Dismissal with Prejudice, filed on September 19, 2019, James Alexander, Cause No. 2:19-cv-01219*

New Orleans, Louisiana this 22nd day of October, 2019.

_____
Hon. Eldon E. Fallon
United States District Court Judge