# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Lisa Ross | |
| Civil Action No. 2:19-cv-07946 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## *EX PARTE* MOTION TO WITHDRAW STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lisa Ross, by and through counsel, respectfully moves this Court for an Order granting Plaintiff's *Ex Parte* Motion to Withdraw the Stipulation of Dismissal with Prejudice that was submitted and filed on September 27, 2019.

The submission and filing of plaintiff's Stipulation of Dismissal with Prejudice was in error. Plaintiff Lisa Ross has not indicated that she wishes to dismiss her Xarelto claim. Instead, Plaintiff has indicated that she wants to participate in the settlement program; and therefore, the Stipulation of Dismissal was made in error.

Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's *Ex Parte* Motion to Withdraw the Stipulation of Dismissal with Prejudice and reinstate her claim so that she may participate in the settlement program.

Respectfully submitted this 28th day of October, 2019.

/S/ William H. Barfield

**William H. Barfield**
Texas Bar No. 24031725

**McDonald Worley, P.C.**
1770 Saint James Place, Ste. 100
Houston, Texas 77056
Tel. (713) 523-5500
Fax (713) 523-5501
bill@mcdonaldworley.com

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on October 28 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/S/ William H. Barfield