# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS DOCUMENT RELATES TO: | ) ) SECTION L |
| Lisa Ross | ) ) |
| Civil Action No. 2:19-cv-07946 | ) JUDGE ELDON E. FALLON ) ) |
| | ) MAGISTRATE JUDGE NORTH ) |

## PROPOSED ORDER

This matter comes before the Court on the plaintiff's Ex Parte Motion to Withdraw Documents, R. Doc. 16397. Accordingly;

**IT IS ORDERED** that Plaintiff's Ex Parte Motion to Withdraw Stipulation of Dismissal with Prejudice is hereby **GRANTED**.

New Orleans, Louisiana this __ day of October 2019.

_____
United States District Judge