UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )  ) |
| THIS DOCUMENT RELATES TO:<br><br>All Cases on Exhibit 1 of R. Doc. 17117 | SECTION L<br>) JUDGE ELDON E FALLON<br>)<br>)<br>) MAGISTRATE JUDGE NORTH<br>) |

## ORDER

Considering Plaintiff's Motion to Withdraw Objections to Show Cause Orders, R. Doc. 17205;

**IT IS HEREBY ORDERED** that the Motion be and is **GRANTED**. The Clerk is instructed to withdraw Plaintiffs' objections to the show cause order, filed as R. Doc. 17117, from the docket.

New Orleans, Louisiana, this 24th day of October 2019.

Eldon E. Fallon
United State District Judge