UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: INGRID GORDON, individually and on behalf of the estate of HANS GORDON Civil Action No. 2:19-cv-08896 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## ORDER

Considering Plaintiff's Motion to Withdraw Rule 41 Stipulation of Dismissal with Prejudice, R. Doc. 17350;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the following document is withdrawn from this Court's docket:

*Dkt. No. 15995, Stipulation of Dismissal with Prejudice, filed on September 19, 2019, Ingrid Gordon, Individually and on Behalf of the Estate of Hans Gordon, Cause No. 2:19-cv-08896*

New Orleans, Louisiana this 22nd day of October, 2019.

Hon. Eldon E. Fallon
United States District Court Judge