UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: DON MCCULLAGH Civil Action No. 2:19-cv-07531 | SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

# ORDER

Considering Plaintiff's Motion to Withdraw Rule 41 Stipulation of Dismissal with Prejudice, R. Doc. 17351;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the following document is withdrawn from this Court's docket:

*Dkt. No. 16018, Stipulation of Dismissal with Prejudice, filed on September 19, 2019, Don McCullagh, Cause No. 2:19-cv-07531*

New Orleans, Louisiana this 22nd day of October, 2019.

Hon. Eldon E. Fallon
United States District Court Judge