UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: Romeo Deluca | SECTION L |
| Civil Action No. 2:19-cv-05754 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**ORDER**

Considering Plaintiff's Ex Parte Motion to Withdraw Stipulation of Dismissal with Prejudice, R. Doc. 17354;

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The following document is withdrawn from the docket:

*R. Doc. 17247, Stipulation of Dismissal, filed on October 4, 2019, member case 19-cv-05754*

New Orleans, Louisiana, this 22nd day of October 2019.

_____
United States District Judge