## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br><br>GERALDINE BREAUD<br>Civil Action No. 2:17-cv-03502<br><br>ANGELA CANTALINI, Individually and on Behalf of ULRICA ANN SUSSMAN, Deceased<br>Civil Action No. 2:16-cv-17924<br><br>FILIPINA CASTRO<br>Civil Action No. 2:16-cv-17921<br><br>WILLIAM CHISHOLM<br>Civil Action No. 2:16-cv-17925 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17356;

**IT IS HEREBY ORDERED** that Rodney M. Hudson of Drinker Biddle & Reath LLP is withdrawn as counsel of record for Defendants Janssen Research & Development LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel fo record for Defendants Janssen Research & Development LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

New Orleans, Louisiana, this 21st day of October, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE