UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alan Nicholson v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-06771

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 17363, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Naomi Nicholson, surviving spouse of Alan Nicholson, is substituted for Plaintiff Alan Nicholson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 21st day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE