# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>**JAMIE BARBA, as heir of decedent ISABEL BARBA**<br>Civil Action No. 2:16-cv-01062 | **MDL 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17369;

**IT IS HEREBY ORDERED** that Rodney M. Hudson of Drinker Biddle & Reath LLP is withdrawn as counsel of record for Defendants Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development LLC and Janssen Pharmaceuticals, Inc.

New Orleans, Louisiana, this 21st day of October, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE