UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kenneth Fancher v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-04764

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 17372, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mary Fancher, surviving spouse of Kenneth Fancher, is substituted for Plaintiff Kenneth Fancher as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE