## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| CHARLES MARSH AS REPRESENTATIVE OF THE ESTATE OF VIOLA G. MARSH; RANDALL DOOLEY AS REPRESENTATIVE OF THE ESTATE OF MARGARET DOOLEY; GERALD WASHBURN; STEVEN W RAY AS REPRESENTATIVE OF THE ESTATE OF PENELOPE A. REIMERS; AND DIANTHA ZUNK | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE SHUSHAN |
| Plaintiffs, v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; ET AL. Defendants. | Civil Action Nos.: 17-cv-01522; 17-cv-06401; 17-cv-8437; 18-cv-5540; and 16-cv-17020 |

## ORDER

Considering Plaintiffs' *Ex Parte* Motion to Withdraw Documents, R. Doc. 17381;

**IT IS ORDERED** that the Motion is hereby **GRANTED**. The Clerk of Court is directed to re-open the individual cases listed below:

| **MDL 2592 Doc. No.** | **Date Filed** | **Individual Case No.** | **Individual Case Doc. No.** |
|---|---|---|---|
| 16450 | September 29, 2019 | Charles Marsh *as Representative of the Estate of Viola G. Marsh* 2:17-cv-01522-EEF-MBN | 6 |

| | | | |
|---|---|---|---|
| 16448 | September 29, 2019 | Randall Dooley *as Representative of the Estate of Margaret Dooley*<br>2:17-cv-06401-EEF-MBN | 6 |
| 16451 | September 29, 2019 | Gerald Washburn<br>2:17-cv-8437-EEF-MBN | 5 |
| 16455 | September 29, 2019 | Steven W Ray *as Representative of the Estate of Penelope A. Reimers*<br>2:18-cv-5540-EEF-MBN | 5 |
| 16454 | September 29, 2019 | Diantha Zunk<br>2:16-cv-17020-EEF-MBN | 6 |

New Orleans, Louisiana this 25th day of October 2019.

_____

United States District Judge