UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Frances Boroughs v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-07956

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 17383, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Bradley Boroughs and Randall Boroughs, surviving sons of Frances Boroughs, are substituted for Plaintiff Frances Boroughs as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 24th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE