**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rebecca A. Zurmuehlen v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6661

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 17385, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Kevin K. Zurmuehlen and Kristen L. Lattimer, surviving children of Rebecca A. Zurmuehlen and Joint Successor Trustees of her 2007 Trust, are substituted for Plaintiff Rebecca A. Zurmuehlen as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 24th day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE