UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO <br> PRODUCTS LIABILITY LITIGATION <br> <br> THIS DOCUMENT RELATES TO: <br> <br> The Cases Listed on the attached Exhibit A | § <br> §    MDL No. 2592 <br> § <br> §    SECTION L <br> §    JUDGE ELDON E. FALLON <br> § <br> § |

## ORDER

Considering Plaintiffs' Supplement to their Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17398;

**IT IS ORDERED** that the Motion is **GRANTED**. Tony Seaton shall be substituted as Attorney of Record for Plaintiffs listed on Exhibit A of the Motion.

**IT IS FURTHER ORDERED** that attorney Thomas Smith of The Law Offices of Seaton & Bates, PLLC shall be added as counsel for Plaintiffs listed on Exhibit A of the Motion.

New Orleans, Louisiana this   24th   day of   October  , 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge