UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO PAULA HARVEY, individually and on behalf of her deceased husband, DAVID HARVEY | : : : : : | JUDGE ELDON E. FALLON |
| | : | |
| Case No. 2:15-cv-02933 | : | MAGISTRATE JUDGE NORTH |

### *EX PARTE* MOTION TO WITHDRAW STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Paula Harvey, individually and on behalf of her deceased husband, David Harvey, respectfully moves this Court for an Order granting Plaintiff's *Ex Parte* Motion to Withdraw the Stipulation of Dismissal with Prejudice that was submitted and filed on September 20, 2019.

The submission and filing of plaintiff's Stipulation of Dismissal with Prejudice was in error. Plaintiff Paula Harvey, individually and on behalf of her deceased husband, David Harvey, has not indicated that she wishes to dismiss her Xarelto claim. Instead, Plaintiff has indicated that she wants to participate in the settlement program; and therefore, the Stipulation of Dismissal was made in error.

Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's *Ex Parte* Motion to Withdraw the Stipulation of Dismissal with Prejudice and reinstate her claim so that she may participate in the settlement program.

Dated: October 29, 2019

Respectfully submitted,

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com


By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**