UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : | |
| PAULA HARVEY, individually and on : | |
| behalf of her deceased husband, : | |
| DAVID HARVEY : | JUDGE ELDON E. FALLON |
| : | |
| Case No. 2:15-cv-02933 : | MAGISTRATE JUDGE NORTH |

**PROPOSED ORDER**

This matter comes before the Court on the plaintiff's Ex Parte Motion to Withdraw Documents, R. Doc. 16051. Accordingly:

IT IS ORDERED that Plaintiff's Ex Parte Motion to Withdraw Stipulation of Dismissal with Prejudice is hereby GRANTED.

New Orleans, Louisiana this ____ day of _____, 2019.

_____
United States District Judge