# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| JAMES BECKER v. JANSEEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, ET AL., Civil Action No. 2:19-cv-03666-EEF-MBN | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Nancy Becker, as surviving spouse of James Becker deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

Signed, this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge