**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| RALPH DAIGLE, SR.  v. JANSEEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, ET AL., Civil Action No. 2:19-cv-04006-EEF-MBN | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

<u>**MOTION FOR SUBSTITUTION OF PARTY**</u>

NOW INTO COURT, Plaintiff Ralph Daigle, Sr., by and through the undersigned

counsel of record, moves this Court for an Order substituting Odete Dougherty on behalf

of decedent Ralph Daigle, Sr. This Motion is brought pursuant to Fed. R. Civ. P 25(a)(1).

1.      Plaintiff Ralph Daigle, Sr. filed this present action on March 26, 2019.

2.      Ralph Daigle, Sr. died on September 13, 2019.

3.      Odete Dougherty, daughter of Ralph Daigle, Sr. is a proper party to

substitute for plaintiff-decedent Ralph Daigle, Sr. and has the proper

capacity to proceed forward with the surviving products liability lawsuit

on his behalf.

WHEREFORE, Odete Dougherty, respectfully requests that she be substituted as Plaintiff in this cause of action.

Respectfully submitted,

**LABORDE EARLES LAW FIRM**

By: /s/David C. Laborde
David C. Laborde, LA Bar Roll #: 20907
Derrick G. Earles, LA Bar Roll #: 29570
Madeleine Brumley, LA Bar Roll #: 37432
Andrew B. Mims, LA Bar Roll #:33990
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
Telephone: (337) 261-2617
Facsimile: (337) 261-1934
david@onmyside.com
digger@onmyside.com
madeleine@onmyside.com
andrew@onmyside.com

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on _____, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/David C. Laborde