# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| **RALPH DAIGLE, SR. v. JANSEEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, ET AL.,** Civil Action No. 2:19-cv-04006-EEF-MBN | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Odete Dougherty, as next of kin of Ralph Daigle, Sr., deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

Signed, this _____ day of _____, 2019.

Honorable Eldon E. Fallon
United States District Court Judge