**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| DONALD SKELLY, JR. v. JANSEEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, ET AL., Civil Action No. 2:19-cv-03793-EEF-MBN | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## <u>MOTION FOR SUBSTITUTION OF PARTY</u>

NOW INTO COURT, Plaintiff Donald Skelly, Jr., by and through the undersigned counsel of record, moves this Court for an Order substituting Cynthia Skelly on behalf of decedent Donald Skelly, Jr. This Motion is brought pursuant to Fed. R. Civ. P 25(a)(1).

1.    Plaintiff Donald Skelly, Jr. filed this present action on March 27, 2019.

2.    Donald Skelly, Jr. died on March 26, 2019.

3.    Cynthia Skelly, surviving spouse of Donald Skelly, Jr., is a proper party to substitute for plaintiff-decedent Donald Skelly, Jr., and has the proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

-1-

WHEREFORE, Cynthia Skelly, respectfully requests that she be substituted as Plaintiff in this cause of action.

Respectfully submitted,

**LABORDE EARLES LAW FIRM**

By: /s/David C. Laborde
David C. Laborde, LA Bar Roll #: 20907
Derrick G. Earles, LA Bar Roll #: 29570
Madeleine Brumley, LA Bar Roll #: 37432
Andrew B. Mims, LA Bar Roll #:33990
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
Telephone: (337) 261-2617
Facsimile: (337) 261-1934
david@onmyside.com
digger@onmyside.com
madeleine@onmyside.com
andrew@onmyside.com

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on _____, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/David C. Laborde