# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Jeffrey May v. Janssen Research & Development LLC, et al; No. 2:15-cv-04344* | JUDGE FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No: 2:15-cv-04344 |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 12A AND FOR THE REQUEST FOR ORAL ARGUMENT

Plaintiff Jeffrey May respectfully requests that his Motion for Reconsideration (Document 17382) and Request for Oral Argument (Document 17384) to be hereby withdrawn as of today's date.

**Dated:** October 31, 2019

Respectfully submitted,

**MORRIS LAW FIRM**

By: /s/ James A. Morris
JAMES A. MORRIS, JR.
4111 W. Alameda Ave., Ste. 611
Burbank, CA 91505
Telephone: (747) 283-1144
Facsimile: (747) 283-1143
jmorris@jamlawyers.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies on October 31, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ James A. Morris, Jr.