UNITED STATES DISTRICT COURT
EASTER DISTICT OF LOUISANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION | Master File No. 2592 |
|---|---|
| | SECTION L |
| All Cases | MDL No. 2:14-MD-02592 |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | **ORDER** |

This Court, after good cause shown, finds that the required subject matter jurisdiction to enter orders to assist the Parties to effectuate the provisions of the private Final Settlement Agreement entered into between, *inter alia*, the MDL Plaintiffs' Steering Committee ("PSC"), and Defendants Janssen and Bayer ("Defendants"), related claims this Court hereby vacates Xarelto MDL Case Management Orders:

Case Management Order #10   (Document 12901)

Case Management Order #10A (Document 12905)

Case Management Order #11 (Document 12902)

Case Management Order #11A (Document 14876)

Case Management Order #12 (Document 13608)

Case Management Order #12A

Case Management Order 12B (Document 15257)

This Court further vacates any and all orders entered by this Court, arising from, related to, referencing or in reliance these referenced Case Management Orders including but not limited to any Order to Show Cause for failure to comply with these refenced orders.

This Court further directs all parties to refrain from seeking further orders to assist the Parties to effectuate the provisions of the private Final Settlement Agreement entered into between, *inter alia*, the MDL Plaintiffs' Steering Committee ("PSC"), and Defendants Janssen and Bayer ("Defendants") until such time as this the parties have properly asserted this Court's jurisdiction, in the record of the case and this Court has entered an order, in the record of this case, conclusive of a finding by this Court that it possesses jurisdiction over the subject matter of the private Final Settlement Agreement entered into between, *inter alia*, the MDL Plaintiffs' Steering Committee ("PSC"), and Defendants Janssen and Bayer ("Defendants").

**IT IS SO ORDERED**

      New Orleans, Louisiana, this ____ day of _____ 2019.

      **HORORABLE ELDON E. FALLON**
      **UNITED STATES DISTIRCT JUDGE**