MINUTE ENTRY
FALLON, J.
NOVEMBER 1, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date from the Chambers of Judge Eldon E. Fallon. Representatives from Plaintiffs' Lead Counsel, Andy Birchfield, and from Defendants' Lead Counsel, Susan Sharko, Chanda Miller, Steve Glickstein, and Andrew Solow reported to the Court on the status of the MDL and discussed the upcoming Monthly Status Conference. Accordingly;

It is strongly suggested that all counsel who have opted clients out of the Settlement attend the November 7 status conference, either in-person or via conference call, as the next steps in the litigation will be discussed.

JS10: 00:18

1