UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO:

*Paula Harvey, Individually, and On Behalf of Her Deceased Husband, David Harvey v. Janssen Research & Development LLC, et al*, **2:15-cv-02933**

## ORDER

On October 29, 2019, Plaintiff Paula Harvey filed a Motion to Withdraw Stipulation of Dismissal with Prejudice. R. Doc. 17423. There were issues with the Motion, which were addressed by Plaintiff's counsel and the Clerk's Office. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Withdraw Stipulation of Dismissal with Prejudice, R. Doc. 17423, be and is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 31st day of October, 2019.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE