UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) RUSSELL KING ) Civil Action No. 2:19-cv-8787 ) ) ) ) | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## MOTION TO WITHDRAW

Counsel for Plaintiff, Andrew N. Faes, undersigned, pursuant to L.R., D. LA 83.2.11, hereby respectfully request leave of this Court permit him, and any other attorneys from his firm who may be entered in this case, to withdraw as counsel for Plaintiff in the above captioned matter. The basis for counsel's request is that Plaintiff has failed to communicate with counsel despite numerous attempts by plaintiff's counsel contact him or his family. Although there were some initial discussions with Plaintiff and/or his family, for several months, Plaintiff failed to return necessary documents to continue with the litigation and/or the settlement enrollment program.

In addition, several months ago, it was discovered that another law firm, The Gallagher Law Firm, also had filed a Petition on behalf of this Plaintiff. (*See* 2:18-cv-02504). As a result of the overlapping representation, an agreement was reached that The Gallagher Law Firm would serve as the primary contact going forward. That information was provided to Brown Greer, who confirmed it had deactivated this client's PID with the MDL portal and that undersigned counsel would no longer serve as primary counsel. (*See* Exhibit 1).

On or about October 18, 2019, undersigned counsel received correspondence from opposing counsel regarding this case and certain requirements that apply to it under CMO 11. Since that time, undersigned counsel has been investigating the events in this case which led to the sending of the October 18, 2019 letter, given that it was believed that another firm was the primary firm. In the course of that investigation, undersigned counsel was informed that Plaintiff also had been unresponsive to The Gallagher Law Firm. In fact, a Stipulation of Dismissal with prejudice was entered in the case originally filed by The Gallagher Law Firm. (*See* Exhibit 2). However, the case originally filed by undersigned counsel was not included in that dismissal. Undersigned Counsel has attempted contacting Plaintiff to inquire as to the desire to continue or dismiss the case, but all efforts to contact him or his family have been unsuccessful. Therefore, undersigned counsel respectfully requests that he, and any other attorneys in his firm who are entered in this case, be permitted to withdraw.

The last known address for Plaintiff is as follows: 904 E. Main St., #A, Bismarck, MO 63624. In addition, undersigned counsel has had the following telephone numbers for Plaintiff, all of which have been unsuccessful at reaching Plaintiff and/or his family members: 573-734-8099; 573-854-0848; 573-430-2333; 573-241-0196.

For the reasons set forth herein, counsel respectfully requests that this Court permit him, and any other attorneys from his firm, to withdraw from representation of Plaintiff in this matter.

This 4th day of November, 2019.

                                      Respectfully submitted,

                                      */s/ Andrew N. Faes*
                                      Andrew N. Faes              MO Bar #59721
                                      Wagstaff & Cartmell LLP
                                      4740 Grand Ave., Suite 300
                                      Kansas City, MO 64112
                                      Phone:  (816) 701-1100
                                      Fax:  (816) 531-2372
                                      afaes@wcllp.com

                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

In addition, I hereby certified that the client has been sent correspondence, by certified mail, notifying him of deadlines and/or court appearances.  Correspondence also has been sent to opposing counsel.

                                      */s/ Andrew N. Faes*
                                      Andrew N. Faes