# Exhibit 1

**From:** Jessica Mears <jmears@browngreer.com>
**Sent:** Wednesday, June 26, 2019 3:11 PM
**To:** Andrea L. Monard <amonard@wcllp.com>
**Cc:** Andrew N. Faes <afaes@wcllp.com>; Vanessa Harris Gross <vgross@wcllp.com>
**Subject:** RE: Xarelto Settlement Program - Supplemental Registration Data

Andrea,

I have confirmed that we have deactivated PIDs 42161 (Batchelor) and 42163 (King). Please let me know if you need anything additional.

Thank you,

**Jessica Mears**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 521-3767 Ext 6045
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1