MINUTE ENTRY
FALLON, J.
NOVEMBER 1, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　　MDL NO. 2592
　　　　PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　　JUDGE FALLON
14-2918　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:　Andy Birchfield, Esq., (via phone) on behalf of Plaintiffs' Steering Committee
　　　　　　　Chanda Miller, Esq., (via phone) on behalf of Defendants

**Show Cause Hearing:**

A Show Cause hearing was held this date and Plaintiff Shirley Palmer, failed to appear  (Rec. Doc. Nos. 17380)

Plaintiff failed to appear for this hearing and it was ORDERED that her case be dismissed with prejudice for failure to prosecute and comply with Case Management Orders.

JS10:　　:04