UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ralph Daigle, Sr. v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-04006

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 17426, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Odete Dougherty, surviving daughter of Ralph Daigle, Sr., is substituted for Plaintiff Ralph Daigle, Sr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 4th day of November, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE