UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donald Skelly, Jr. v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-03793

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 17427, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Cynthia Skelly, surviving spouse of Donald Skelly, Jr., is substituted for Plaintiff Donald Skelly, Jr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 4th day of November, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE