UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| ROBERT BAKER, ET AL<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE SHUSHAN<br><br>MOTION TO WITHDRAW DOCUMENTS<br><br>Civil Action Nos.:<br>17-cv-18013;   19-cv-08528;<br>19-cv-00070;   18-cv-04759;<br>16-cv-06606;   19-cv-08513;<br>17-cv-01254;   19-cv-07064;<br>18-cv-14064;   16-cv-12769;<br>19-cv-07083;   17-cv-11104;<br>16-cv-11685;   16-cv-11694;<br>16-cv-01577;   18-cv-00202;<br>19-cv-07125;   16-cv-11701;<br>19-cv-07101;   16-cv-12325;<br>19-cv-07030;   16-cv-12345;<br>16-cv-12375;   19-cv-07735;<br>18-cv-04797;   16-cv-12348;<br>17-cv-07771;   16-cv-12352;<br>16-cv-14276;   18-cv-08558;<br>19-cv-07725;   16-cv-12358; AND<br>16-cv-12364 |

**EX-PARTE MOTION TO WITHDRAW DOCUMENTS
AND TO DIRECT CLERK TO REOPEN CASES**

   NOW INTO COURT, by and through the undersigned counsel, comes Plaintiffs, nominated below, who respectfully move *Ex Parte* the Court for an Order withdrawing the documents set forth below and directing the Clerk of Court to re-open these cases.

   Counsel filed a Stipulation of Dismissal with prejudice in each of the cases listed below under the erroneous belief that copies of Plaintiff's Stipulation for Dismissal were required to be filed with the Court, as well as submitted with the MDL Enrollment Package for the Xarelto Settlement Program. After

1

entry of these documents, the Clerk subsequently closed the cases. Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

**MDL 2592**

| Doc. No. | Date Filed | Individual Case No. |
| --- | --- | --- |
| 16229 | September 20, 2019 | Robert Baker 2:17-cv-18013-EEF-MBN |
| 16231 | September 20, 2019 | William Belknap 2:19-cv-08528-EEF-MBN |
| 16238 | September 20, 2019 | John Bielawski 2:19-cv-00070-EEF-MBN |
| 16239 | September 20, 2019 | John Chitwood 2:18-cv-04759-EEF-MBN |
| 16240 | September 20, 2019 | Andrea Crews 2:16-cv-06606-EEF-MBN |
| 16241 | September 20, 2019 | Annie Dennard 2:19-cv-08513-EEF-MBN |
| 16236 | September 20, 2019 | Onita Farris *as Representative of the Estate of Lola Latta* 2:17-cv-01254-EEF-MBN |
| 16242 | September 20, 2019 | Raymond Fiday 2:19-cv-07064-EEF-MBN |
| 16243 | September 20, 2019 | Carol Geraci 2:18-cv-14064-EEF-MBN |
| 16244 | September 20, 2019 | Wendy Hardenbrook 2:16-cv-12769-EEF-MBN |
| 16245 | September 20, 2019 | Augustus Ivy 2:19-cv-07083-EEF-MBN |
| 16246 | September 20, 2019 | Lewis Kelly 2:17-cv-11104-EEF-MBN |
| 16452 | September 29, 2019 | Ashley Baldwin *as Representative of the Estate of Edythe Lockett* 2:16-cv-11685 |
| 16258 | September 21, 2019 | Prentiss McPhail 2:16-cv-11694-EEF-MBN |
| 16259 | September 21, 2019 | Jerry McWaters 2:16-cv-01577-EEF-MBN |
| 16232 | September 20, 2019 | Gregory Michaelson 2:18-cv-00202-EEF-MBN |
| 16260 | September 21, 2019 | Walter Miller 2:19-cv-07125-EEF-MBN |
| 16456 | September 29, 2019 | Raymond Moore 2:16-cv-11701-EEF-MBN |
| 16261 | September 21, 2019 | Becky Morrison 2:19-cv-07101-EEF-MBN |
| 16262 | September 21, 2019 | Patricia Parrish 2:16-cv-12325-EEF-MBN |
| 16263 | September 21, 2019 | Kimberly Ray 2:19-cv-07030-EEF-MBN |
| 16264 | September 21, 2019 | Trina Rayoum *as Representative of the Estate of Lucille Rayoum* 2:16-cv-12345-EEF-MBN |
| 16265 | September 21, 2019 | Everlyeen Russell 2:16-cv-12375-EEF-MBN |
| 16237 | September 20, 2019 | Juan Salazar *as Representative of the Estate of Karla Salazar* 2:19-cv-07735-EEF-MBN |
| 16233 | September 20, 2019 | Mary Schoettmer 2:18-cv-04797-EEF-MBN |
| 16457 | September 29, 2019 | Luke Scobel *as Representative of the Estate of Leslie Scobel* 2:16-cv-12348-EEF-MBN |
| 16266 | September 21, 2019 | Edgar Scott 2:17-cv-07771-EEF-MBN |
| 16453 | September 29, 2019 | Jackie Meeks *as Representative of the Estate of Lorene Sledge* 2:16-cv-12352-EEF-MBN |
| 16267 | September 21, 2019 | Caroline Specht 2:16-cv-14276-EEF-MBN |
| 16234 | September 20, 2019 | Junetta Smith 2:18-cv-08558-EEF-MBN |
| 16235 | September 20, 2019 | Philip Turner 2:19-cv-07725-EEF-MBN |

| | | |
|---|---|---|
| 16449 | September 29, 2019 | Margaret Williamson *as Representative of the Estate of Franklin Williamson*<br>2:16-cv-12358-EEF-MBN |
| 16268 | September 21, 2019 | Anthony Ziegler *as Representative of the Estate of Tarma Ziegler*<br>2:16-cv-12364-EEF-MBN |

WHEREFORE, Plaintiffs respectfully request that the Court enter an order withdrawing the documents identified above from the Court's docket and direct the Clerk of Court to re-open the individual case files and grant any such other or further relief as the Court deems just and proper.

Respectfully submitted this 6th day of November, 2019.

Dated: November 6, 2019　　　　　　　Respectfully Submitted,

By:　/s/ Richard J. Hood
　　　Atlas Partners, LLP
　　　Richard J. Hood (CO #38565)
　　　789 Sherman Street, Ste. 420
　　　Denver, CO 80203
　　　Phone: 720-633-7939
　　　Fax: 303-362-6770
　　　rich@attorneysfor.us

　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**Defense Lead Counsel:**
Susan Sharko, Esq.
Susan.sharko@dbr.com

Steven Glickstein, Esq.
sglickstein@kayescholer.com

**Defendants' Liaison Counsel:**
James Irwin, Esq.
jirwin@irwinllc.com

John Olinde, Esq.
olinde@chaffe.com

Dated: November 6, 2019

**Plaintiffs' Lead Counsel:**
Brian Barr, Esq.
bbarr@levinlaw.com

Andy Birchfield, Esq.
Andy.Birchfield@BeasleyAllen.com

**Co-Plaintiffs' Lead Counsel:**
Gerald Meunier, Esq.
gmeunier@gainsben.com

Leonard Davis, Esq.
ldavis@hhklawfirm.com

By: /s/ Richard J. Hood
   *Attorney for Plaintiff*