# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| ROBERT BAKER, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE SHUSHAN<br><br>MOTION TO WITHDRAW DOCUMENTS<br><br>Civil Action Nos.:<br>17-cv-18013;   19-cv-08528;<br>19-cv-00070;   18-cv-04759;<br>16-cv-06606;   19-cv-08513;<br>17-cv-01254;   19-cv-07064;<br>18-cv-14064;   16-cv-12769;<br>19-cv-07083;   17-cv-11104;<br>16-cv-11685;   16-cv-11694;<br>16-cv-01577;   18-cv-00202;<br>19-cv-07125;   16-cv-11701;<br>19-cv-07101;   16-cv-12325;<br>19-cv-07030;   16-cv-12345;<br>16-cv-12375;   19-cv-07735;<br>18-cv-04797;   16-cv-12348;<br>17-cv-07771;   16-cv-12352;<br>16-cv-14276;   18-cv-08558;<br>19-cv-07725;   16-cv-12358; AND<br>16-cv-12364 |

## PROPOSED ORDER

This matter comes before the Court on the Plaintiffs' *Ex Parte* Motion to Withdraw Documents.

**MDL 2592**
| Doc. No. | Date Filed | Individual Case No. |
|---|---|---|
| 16229 | September 20, 2019 | Robert Baker<br>2:17-cv-18013-EEF-MBN |
| 16231 | September 20, 2019 | William Belknap<br>2:19-cv-08528-EEF-MBN |
| 16238 | September 20, 2019 | John Bielawski |

1

| | | |
|---|---|---|
| 16239 | September 20, 2019 | 2:19-cv-00070-EEF-MBN<br>John Chitwood |
| 16240 | September 20, 2019 | 2:18-cv-04759-EEF-MBN<br>Andrea Crews |
| 16241 | September 20, 2019 | 2:16-cv-06606-EEF-MBN<br>Annie Dennard |
| 16236 | September 20, 2019 | 2:19-cv-08513-EEF-MBN<br>Onita Farris *as Representative of the Estate of Lola Latta* |
| 16242 | September 20, 2019 | 2:17-cv-01254-EEF-MBN<br>Raymond Fiday |
| 16243 | September 20, 2019 | 2:19-cv-07064-EEF-MBN<br>Carol Geraci |
| 16244 | September 20, 2019 | 2:18-cv-14064-EEF-MBN<br>Wendy Hardenbrook |
| 16245 | September 20, 2019 | 2:16-cv-12769-EEF-MBN<br>Augustus Ivy |
| 16246 | September 20, 2019 | 2:19-cv-07083-EEF-MBN<br>Lewis Kelly |
| 16452 | September 29, 2019 | 2:17-cv-11104-EEF-MBN<br>Ashley Baldwin *as Representative of the Estate of Edythe Lockett* |
| 16258 | September 21, 2019 | 2:16-cv-11685<br>Prentiss McPhail |
| 16259 | September 21, 2019 | 2:16-cv-11694-EEF-MBN<br>Jerry McWaters |
| 16232 | September 20, 2019 | 2:16-cv-01577-EEF-MBN<br>Gregory Michaelson |
| 16260 | September 21, 2019 | 2:18-cv-00202-EEF-MBN<br>Walter Miller |
| 16456 | September 29, 2019 | 2:19-cv-07125-EEF-MBN<br>Raymond Moore |
| 16261 | September 21, 2019 | 2:16-cv-11701-EEF-MBN<br>Becky Morrison |
| 16262 | September 21, 2019 | 2:19-cv-07101-EEF-MBN<br>Patricia Parrish |
| 16263 | September 21, 2019 | 2:16-cv-12325-EEF-MBN<br>Kimberly Ray |
| 16264 | September 21, 2019 | 2:19-cv-07030-EEF-MBN<br>Trina Rayoum *as Representative of the Estate of Lucille Rayoum* |
| 16265 | September 21, 2019 | 2:16-cv-12345-EEF-MBN<br>Everlyeen Russell |
| 16237 | September 20, 2019 | 2:16-cv-12375-EEF-MBN<br>Juan Salazar *as Representative of the Estate of Karla Salazar* |
| 16233 | September 20, 2019 | 2:19-cv-07735-EEF-MBN<br>Mary Schoettmer |
| 16457 | September 29, 2019 | 2:18-cv-04797-EEF-MBN<br>Luke Scobel *as Representative of the Estate of Leslie Scobel*<br>2:16-cv-12348-EEF-MBN |

| | | |
|---|---|---|
| 16266 | September 21, 2019 | Edgar Scott<br>2:17-cv-07771-EEF-MBN |
| 16453 | September 29, 2019 | Jackie Meeks *as Representative of the Estate of Lorene Sledge*<br>2:16-cv-12352-EEF-MBN |
| 16267 | September 21, 2019 | Caroline Specht<br>2:16-cv-14276-EEF-MBN |
| 16234 | September 20, 2019 | Junetta Smith<br>2:18-cv-08558-EEF-MBN |
| 16235 | September 20, 2019 | Philip Turner<br>2:19-cv-07725-EEF-MBN |
| 16449 | September 29, 2019 | Margaret Williamson *as Representative of the Estate of Franklin Williamson*<br>2:16-cv-12358-EEF-MBN |
| 16268 | September 21, 2019 | Anthony Ziegler *as Representative of the Estate of Tarma Ziegler*<br>2:16-cv-12364-EEF-MBN |

Accordingly; **IT IS ORDERED** that Plaintiffs' *Ex Parte* Motion to Withdraw Stipulations of Dismissal with Prejudice for the documents listed above is hereby **GRANTED**. The Clerk of Court is hereby directed to re-open the individual cases.

New Orleans, Louisiana this __ day of November 2019.

_____

United States District Judge