# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*James Smith v. Janssen Research & Development, LLC, et al.*; Civil Case No.: 2:19-cv-03289 | MDL No. 2592<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## PLAINTIFF'S MOTION TO VACATE DISMISSAL AND REINSTATE CASE

COMES NOW, undersigned counsel for Plaintiff James Smith, and moves this Court to vacate the dismissal of Plaintiff's case and reinstate it on the docket, and in support states as follows:

1. Undersigned counsel represented the following two plaintiffs with the same name in this litigation: James Smith (2:19-cv-03289) and Vivian Smith, on behalf of the Estate of James Smith (2:19-cv-3266).

2. On September 20, 2019, undersigned counsel erred in sending defense counsel a draft stipulation of dismissal in connection with *James Smith v. Janssen Research & Development, LLC, et al.*, Civil Case No. 2:19-cv-03289 (the "Joint Stipulation of Dismissal"). Undersigned counsel meant for the stipulation to be in connection with *Vivian Smith, on behalf of the Estate of James Smith v. Janssen Research & Development, LLC, et al.*, Civil Case No. 2:19-cv-3266.

3. Defendants filed the Joint Stipulation of Dismissal on September 20, 2019. It was entered by this Court on September 30, 2019, dismissing Plaintiff James Smith's case.

4. Undersigned counsel became aware that the wrong case was dismissed after receiving an email from Brown & Greer on November 1, 2019 stating several enrollment documents uploaded to the MDL Centrality profile for Vivian Smith, on behalf of the Estate of James Smith (2:19-cv-3266) included documents relevant to Plaintiff James Smith.

5. Upon notice of the error, undersigned counsel immediately notified defense counsel by email on November 1, 2019 in an attempt to resolve the issue, and at the same time, request agreement to dismiss the correct case, *Vivian Smith, on behalf of the Estate of James Smith v. Janssen Research & Development, et al.,* Civil Case No.: 2:19-cv-3266.

6. Prior to his case being dismissed in error, Plaintiff James Smith had been deemed eligible to participate in the settlement program and his enrollment status was considered "Complete" by Brown & Greer as of October 15, 2019.

7. Since undersigned counsel stipulated to dismiss the claim of the Plaintiff James Smith in error, counsel respectfully requests that this Court issue an Order to reinstate his case. Counsel's error should not prejudice Plaintiff.

8. On November 6, 2019 at 6:50 a.m. Central time, undersigned counsel emailed defense counsel about the filing of this motion. Not having received a response as of the time of this filing and due to the urgency of this matter, this Motion is being submitted without the consent of the Defendants.

WHEREFORE, Plaintiff James Smith respectfully requests that this Court vacate the dismissal of his case and reinstate it on the docket so that he may be allowed to resolve his case through the settlement program.

      LAW OFFICE OF
      CHRISTOPHER K. JOHNSTON, LLC

By: */s/Christopher K. Johnston*
    Christopher K. Johnston

CA Bar No. 261474
268 Ponce de Leon Ave., Ste. 1020
San Juan, PR 00918
Telephone: (415) 744-1500
Facsimile: (415) 602-6264
kyle@masstortslaw.com

Counsel for Plaintiff

Dated:  November 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/Christopher K. Johnston*
