UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To:<br><br>*James Smith v. Janssen Research & Development, LLC, et al.*; Civil Case No.: 2:19-cv-03289 | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**HON. ELDON E. FALLON**<br><br>**MAG. JUDGE NORTH** |

**[PROPOSED] ORDER**

Considering Plaintiff's Motion to Vacate Dismissal and Reinstate Case, filed on November 6, 2019;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's case is reinstated.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Hon. Eldon E. Fallon

United States District Judge