## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:    L |
| This Document Relates to: | JUDGE: ELDON E. FALLON |
| Civil Case # 16-cv-17285 | MAG. JUDGE MICHAEL NORTH |

## MOTION TO WITHDRAW

COMES NOW, Robert J. Evola, having left SL Chapman LLC, and withdraws as counsel in the above-referenced case. Plaintiffs continue to be represented in this litigation by SL Chapman LLC.

DATED: November 13, 2019          RESPECTFULLY SUBMITTED,

BY:    /s/ Robert J. Evola
       Robert J. Evola
       SL Chapman, LLC
       330 North Fourth Street, Suite 330
       St. Louis, Missouri 63102
       Telephone:  (314) 588-9300
       Fax:  (314) 588-9302