UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

## ORDER REGARDING DECEMBER 12, 2019 MONTHLY STATUS CONFERENCE

The next monthly status conference is scheduled for December 12, 2019 at 9:00 a.m. Counsel representing plaintiffs who have elected not to enroll in the parties' proposed global settlement are required to appear in person to report on the status of their respective plaintiffs' compliance with the requirements of Case Management Order No. 11, and to discuss with the Court a proposed scheduling order for: (a) addressing the cases of those plaintiffs who are not in compliance, and (b) proceeding with the cases of those plaintiffs who are in compliance so that they may expeditiously be prepared for dispositive motions, and for either remand to transferor courts or for trial if venue is proper in this district.

The Court has scheduled the following matters for hearing following the December 12, 2019 monthly status conference:

1. If any plaintiffs are alleged to remain non-compliant with Case Management Order No. 12A, then the Court will issue an Order to Show Cause why those cases should not be dismissed with prejudice to be heard following the December 12, 2019 monthly status conference.

1

2.   If plaintiffs represented by Michael Love & Associates LLC intend to file a motion regarding the proposed settlement, as stated at the November 7, 2019 monthly status conference, such motion will be heard with oral argument following the December 12, 2019 monthly status conference. Any such motion must be filed by November 18, 2019, and any opposition must be filed by December 6, 2019. Moving counsel are directed to meet and confer with the PSC prior to filing the motion to determine whether the issues may be resolved or narrowed. The settlement agreement, and any reference in the moving or opposition papers to specific settlement terms, will be filed under seal without prejudice to moving counsel's right to seek an order unsealing the document and to the settling parties' right to oppose such motion.

3.   Regarding motions filed by plaintiffs represented by the Law Offices of Seaton & Bates, PLLC and the Law Offices of Sobo & Sobo, LLP and in light of the fact that plaintiffs' underlying motions (R. Docs. 17175 and 17338) were deemed deficient by the Clerk of the Court (*see* Notices of Deficient Filing dated 10/24/2019 at 11:30 a.m. and 2:52 p.m.), and that plaintiffs' attempted refiling (R. Doc. 17429) also was deemed deficient by the Clerk of the Court (*see* Notice of Deficient Filing dated 11/1/2019 at 11:23 a.m.), the Defendants' Request to Set for Hearing and for Oral Argument (R. Doc.17397) is **DENIED AS MOOT WITHOUT PREJUDICE** of plaintiffs to refile. If refiled properly by November 18, 2019, plaintiffs' motions will be heard following the December 12, 2019 monthly status conference. If moving counsel intend to refile such motions, they are urged to consult with the

Clerk of the Court concerning the local rules applicable to the filing of motions so that their papers are not again deemed deficient by the Clerk of the Court.

New Orleans, Louisiana, this 14th day of November, 2019.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

3