UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO:** *All Cases* | **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE NORTH** |

**ORDER**

Being that the Court has stated that all parties who wish to view the transcripts of the Court's monthly status conferences shall be able to do so;

**IT IS ORDERED** that Ms. Jodi Simcox, Official Court Reporter, post to the record the transcripts of the December 20, 2016 monthly status conference by no later than Friday, November 22, 2019.

**IT IS FURTHER ORDERED** that Ms. Karen Ibos, Official Court Reporter, post to the record the transcript of the March 21, 2018 and March 12, 2019 monthly status conferences by no later than Friday, November 22, 2019.

**IT IS FURTHER ORDERED** that Ms. Toni Tusa, Official Court Reporter, post to the record the transcript of the November 8, 2018, August 1, 2019, and November 7, 2019 monthly status conferences by no later than Friday, November 22, 2019.

New Orleans, Louisiana, this 12th day of November, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE