## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Lisa Ross v. Janssen Research & Development LLC, et al*, 2:19-cv-7946

## ORDER

Plaintiff has indicated that she did not wish to dismiss her Xarelto claim, but instead, wishes to participate in the settlement program. However, Plaintiff has failed to comply with Case Management Order ("CMO") 12A pursuant to CMO 12B. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Withdraw Stipulation of Dismissal with Prejudice, R. Doc. 17407, be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to CMO 12B, Plaintiff is ordered to appear before this Court on Thursday, December 12, 2019 at 9:00 a.m. to show cause as to why her case should not be dismissed with prejudice for failure to comply with CMO 12A. Attendance at the hearing will be excused based on a contention that Plaintiff timely complied with CMO No. 12A, only if the Plaintiffs' Steering Committee ("PSC") and Defendants stipulate that Plaintiff is in compliance and so ordered by the Court. Failure to show cause by appearing before this Court at 9:00 a.m. on December 12, 2019, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, this 12th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE