UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| ************************************************* | * | |

**THIS DOCUMENT RELATES TO:**
*Russell King v. Janssen Research & Development LLC, et al*, **2:19-cv-8787**

## ORDER

Plaintiff's counsel represents that two cases were filed on behalf of this Plaintiff, with the other case being 2:18-cv-2504. Plaintiff's counsel also states that it was agreed the other law firm, The Gallagher Law Firm, would be the primary contact for this Plaintiff. The case filed by The Gallagher Law Firm was subsequently closed by a Stipulation of Dismissal with Prejudice because of Plaintiff's unresponsiveness in pursuing his case. R. Doc. 16177. Plaintiff's counsel has now filed this Motion to Withdraw, R. Doc. 17433, stating that Plaintiff has also been unresponsive and failed to return documents necessary to continue with his case. Accordingly;

**IT IS ORDERED** that Plaintiff's individual case, 19-cv-8787, be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** Plaintiff's Motion to Withdraw, R. Doc. 17433, be and is hereby **GRANTED**.

New Orleans, Louisiana, this 12th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE