UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*James Smith v. Janssen Research & Development, LLC, et al.*; Civil Case No.: 2:19-cv-03289 | MDL No. 2592<br><br>SECTION:  L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Considering Plaintiff's Motion to Vacate Dismissal and Reinstate Case, R. Doc. 17439;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's case is reinstated.

New Orleans, Louisiana, this 12th day of November, 2019.

*[signature]*

Hon. Eldon E. Fallon
United States District Judge