UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO RE-OPEN, AND REINSTATE HIS CASE**

**MAY IT PLEASE THE COURT:**

On October 15, 2019 this case was dismissed by the court stating that plaintiff had failed to comply with CMO 12A.

Plaintiff has timely followed all orders of this court with respect to advising of his intent to opt out of the settlement program, and to submit medical evidence along with an expert's opinion that the plaintiff's death was caused by his use of Xarelto.

On October 3, 2019 plaintiff timely submitted his expert report, (Exhibit "A"), in which the expert witness opined that the plaintiff's death was caused or contributed to by his use of Xarelto.

On November 13, 2019 plaintiff's counsel initiated a telephone conference with defense attorney, and liason counsel, Jerald Munier who advised that he had no objection to plaintiff's Motion to Re-open and Reinstate this case involving a single plaintiff.

Beginning with the plaintiff's death in June, 2016, and the filing of plaintiff's petition on

May 24, 2017, plaintiff's counsel has kept in contact with Brown-Greer, MDL Centrality, concerning this case and has attempted to comply with all orders of this court. Counsel for plaintiff believed that this case was in good standing with the court, and that all medical documents concerning the plaintiff's use of Xarelto, and his death resulting therefrom, together with an expert report had been timely filed with the court.

Plaintiff attaches Exhibit "B", Notice of Intent to Proceed, which was filed in May, 2019 in compliance with CMO 12A.

Respectfully submitted,

**Damon J. Baldone & Associates, APLC**

_____
Damon J. Baldone, TA (LBN 21997)
Thomas E. Dunn, (LBN 5185)
162 New Orleans Boulevard
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
Email: dbaldone@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

_____
Damon J. Baldone