1              UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  XARELTO              *
    (RIVAROXABAN) PRODUCTS        *     Docket No.: MDL-2592
6   LIABILITY LITIGATION          *     Section L
                                  *     New Orleans, Louisiana
7   * * * * * * * * * * * * * * * *     December 20, 2016

8

9      TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
            BEFORE THE HONORABLE ELDON E. FALLON
10               UNITED STATES DISTRICT JUDGE

11

    APPEARANCES:
12

13  For Plaintiffs'
    Liaison Counsel:              Herman, Herman & Katz
14                                BY:  LEONARD A. DAVIS, ESQ.
                                  820 O'Keefe Avenue
15                                New Orleans, Louisiana 70113

16

17                                Barrios, Kingsdorf & Casteix
                                  BY: DAWN M. BARRIOS, ESQ.
18                                701 Poydras Street
                                  Suite 3650
19                                New Orleans, Louisiana 70139

20

21  For Defendants'
    Liaison Counsel:              Irwin Fritchie
22                                BY:  JAMES B. IRWIN, ESQ.
                                  400 Poydras Street
23                                Suite 2700
                                  New Orleans, Louisiana 70130

24

25

1   APPEARANCES:

2
    Also Present:                Jake Woody, BrownGreer
3

4   Official Court Reporter:     Jodi Simcox, RMR, FCRR
                                 500 Poydras Street
5                                Room HB-406
                                 New Orleans, Louisiana 70130
6                                (504) 589-7780

7

8   Proceedings recorded by mechanical stenography, transcript

9   produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2                                                      Page

3        Pretrial Orders                          4

4        Case Management Orders                    4

5        Bellwether Selection                     5

6        Counsel Contact Information Form          5

7        Plaintiff Fact Sheets                    5

8        Defendant Fact Sheets                    5

9        Service of Process Certain Bayer Defendants    5

10       Preservation Order                       6

11       Parties' Interaction with Physicians     6

12       Discovery                                6

13       Discovery Issued to Third Parties        10

14       State/Federal Coordination               10

15       Report From BrownGreen on MDL Centrality    12

16       Matters Set For Hearing                  12

17       Next Status Conference                   13

18

19

20

21

22

23

24

25

1             **<u>PROCEEDINGS</u>**

2           **(December 20, 2016)**

3                **\*\*\*\*\*\***

4

5      (COURT CALLED TO ORDER)

6      **THE COURT:**  Be seated, please.

7      **THE DEPUTY CLERK:**  MDL-2592, *In re:  Xarelto Products*

8  *Liability Litigation.*

9      **THE COURT:**  Will liaison counsel make their

10 appearance for the record, please?

11     **MR. DAVIS:**  Good morning, Your Honor.  Leonard Davis

12 from the law firm of Herman Herman & Katz, representing the

13 plaintiffs.

14     **MR. IRWIN:**  And Jim Irwin for defendants.

15     **THE COURT:**  All right.  I met a moment ago with the

16 lead and liaison counsel to discuss the agenda with them.  I'll

17 take it in the order presented.

18         Lenny?

19     **MR. DAVIS:**  Your Honor, we are on Joint Report

20 No. 22, and I'll go through the agenda and the items listed in

21 the joint report.

22         With respect to pretrial orders, there are no

23 new pretrial orders to report on this month.

24         With respect to case management orders, the

25 parties have submitted to the Court a proposed case management

1   order, 2C, which addresses dispositive motions, and I believe

2   that's in the Court's hands.  We're waiting action from the

3   Court.

4            There's nothing to report on No. 3, bellwether

5   selection.

6            On No. 4, I'd make the same comment that we've

7   made before, in particular to any counsel listening on the

8   phone, with respect to counsel contact information form, please

9   look at Pretrial Order 4A.  I know we've done this on a regular

10  basis, but we are very much considering removing that from the

11  joint report in the future because I think people are getting

12  that idea.

13           **THE COURT:**  Okay.

14           **MR. DAVIS:**  But we want to remind people that that

15  form is something that's out there and needs to be updated.

16           With respect to plaintiff fact sheets, there are

17  motions set following this conference, and we'll be prepared to

18  address that with the Court.

19           Also, the parties are working on a draft

20  pretrial order to submit to the Court that addresses the

21  assistance that the PSC has been providing in respect to those

22  motions.  We should have that to the Court relatively soon.

23           On the next item, defendant fact sheets, there's

24  nothing to report.

25           The next one is service of process on the Bayer

1  defendants.  There's nothing to report.

2           Counsel are reminded with respect to the

3  preservation order, PTO 15, and to look at the Court's Web site

4  with respect to that matter.

5           The next item is the order governing the

6  parties' interaction with physicians.  That issue is being

7  discussed further.  The parties are addressing that, but

8  there's nothing to report at this time.

9           On discovery, which is Item 10 of the report,

10  the Court recently provided the parties biweekly dates for

11  calls going through March of 2017.  We appreciate the Court

12  providing that, and the parties have noted those and will be

13  prepared to address the Court as needed in those calls.  The

14  parties do appreciate those calls.

15           **THE COURT:**  Yes.  We've had some discovery issue with

16  regard to formatting of the documents that the Court's up to

17  speed on.  I've talked to counsel, and, hopefully, we'll be

18  able to continue with our present schedule, but that's a

19  potential if it can't be resolved.  I hope that it can be

20  resolved and we can continue on with our bellwether schedule.

21           Regarding the bellwether trials, I mentioned to

22  counsel in chambers that next time I'll be meeting with the

23  trial counsel for those particular cases to discuss a method of

24  getting the Court's ruling on objections for exhibits before

25  the trial starts so that we don't waste time dealing with

```
 1   argument and the admissibility of exhibits.  I'll take care of
 2   that before the trial even starts.
 3             Also, I talked to them about time limitations on
 4   the trials.  It's been my experience that if you don't have
 5   some time set aside for the trials, they just go interminably.
 6   So, generally, a couple of weeks, two weeks and a couple of
 7   days is sufficient to get the trials underway.  I'll go early
 8   in the morning until the evening, and we'll get a full trial
 9   schedule in.  We can work on Saturdays if necessary.  I'll give
10   them enough time, but we should have some time worked out.
11             Also, we may be able to have remote locations if
12   that's the interest of the parties as to transcripts can be
13   sent immediately to remote locations outside of the courthouse,
14   if that's necessary for the parties.  But oftentimes in these
15   bellwether trials we have a full, packed courthouse and
16   sometimes remote locations is helpful with the ability of the
17   remote locations to write and send briefs directly to the
18   Court.
19             But at least I want them to be thinking about
20   that and other logistical matters that I can work with them on
21   to make this more efficient.
22        MR. DAVIS:  And, Your Honor, the parties will be
23   prepared to discuss the trial issues at the January status
24   conference, and we will have some dialogue before that so we'll
25   be prepared.
```

1          **THE COURT:**  Okay.

2          **MR. DAVIS:**  With respect to various discovery

3   matters, just to give the Court an update, the funding issue

4   matter that's addressed in section 10 was resolved, a response

5   was provided, and we'll remove that from the agenda going

6   forward.

7               The collaborative development issue matter was

8   resolved.  Defendants provided responses, and we'll remove that

9   from the agenda going forward.

10              The Alere INRatio discovery issue, I believe was

11  resolved.  Again, that one will also be removed going forward.

12              With respect to the plaintiffs request for

13  admissions to defendants that we've spoken about in the past,

14  we're still working on that matter.  It hasn't been lost, Your

15  Honor.  But, obviously, we've had other issues that have been

16  pressing and we will get back to that.  We'll report to the

17  Court at the next status conference on that.

18              Expert reports have been exchanged, as Your

19  Honor is aware, with respect to the bellwether trial cases.

20  The issue regarding certain documents requested and experts,

21  that was resolved, and we'll remove that one also from the

22  agenda going forward.

23              With respect to the motion to compel and for

24  protective order to require complete disclosure of documents,

25  that's the native TIFF issue that Your Honor was; addressing

1   earlier.  That issue is still alive.

2           The parties did meet and confer just before the

3   conference as Your Honor asked us to do a few minutes ago.

4   We've agreed that that matter can be set on January the 10th.

5   The defendants (verbatim) will file a brief by January 5th, and

6   defendants, if they file a response, will file one by

7   January 9th, and we've agreed to a noon submission time on

8   that.

9           And as Your Honor is aware, the PSC views that

10  as a very important issue, and we may need discovery on other

11  issues with respect to that.

12          The next item are some Pennsylvania issues that

13  we discussed -- the next two items on the agenda are some

14  Pennsylvania issues that were discussed briefly.  The PSC has

15  agreed to talk with Pennsylvania counsel to try to accommodate

16  coordination, but we do believe that those issues are

17  Pennsylvania state court issues.  If there's further discussion

18  on that and the Court's needed, we'll let you know.

19          **THE COURT:**  Yeah.  Let me hear from Mike on that one

20  if that's a potential problem.  I've been working closely with

21  the judge in Pennsylvania.  He's doing a terrific job up there,

22  and I want to be coordinating with him.  Hopefully, we can get

23  this done in a coordinated fashion so that both courts are

24  satisfied with what's necessary.

25          Check with liaison counsel up there, Mike, and

```
 1   if we can help them, fine, but I would like them to coordinate
 2   with our court.
 3            MR. WEINKOWITZ:  Good morning, Your Honor.  This is
 4   Mike Weinkowitz.  I'm on the phone.
 5            THE COURT:  Yes, Mike.
 6            MR. WEINKOWITZ:  I'm working with MDL in coordinating
 7   all of the discovery issues.  So we're working hard and
 8   cooperating together, and nothing to worry about on that end.
 9            THE COURT:  Good.  Okay.  Well, thank you, Mike.  I
10   do look to you to coordinate.  But if you need anything, you've
11   got to let me know, and we'll deal with it.
12            MR. WEINKOWITZ:  I appreciate it, Your Honor.
13            MR. DAVIS:  The next item on the agenda is discovery
14   issued to third parties.  Your Honor, at this point I don't
15   think there's anything to report with respect to third parties.
16                 State/federal coordination.  Ms. Barrios is here
17   and she can report.
18            THE COURT:  Okay.
19            MS. BARRIOS:  Thank you, Mr. Davis.
20                 Good morning, Your Honor.  Dawn Barrios for the
21   federal/state committee.
22                 I have previously provided to both sides, and to
23   your law clerk, the Xarelto state court stats as of yesterday.
24                 In California, there are 35 cases with 77
25   plaintiffs.  Judge Freeman is the JCCP judge, and he had -- a
```

1    couple of days ago, they had a status conference.  And he was

2    going to hold -- pretty much hold everything until the end of

3    your bellwether trials -- your Louisiana bellwether trials, and

4    then they would really get going.  They're working on initial

5    orders.  But my read of the minute entry is that he is going to

6    allow the MDL to go forward and then he'll follow it.

7                **THE COURT:**  He needs to know that I appreciate his

8    working with us on this.  Whatever we can do to assist him, I

9    certainly will do that.

10               **MS. BARRIOS:**  And I appreciate the information that I

11   get from Ms. Rothman's (phonetic) office on California.

12               In Delaware, there are 228 cases and the same

13   number of plaintiffs, and dispositive motions in 166 cases.  So

14   I don't know how long that number will be that high.

15               In Illinois, there's seven cases and plaintiffs.

16               Missouri has four cases, but 282 plaintiffs.  If

17   you recall, Missouri has a trial date.  And I've asked

18   Mr. Vincent -- Gibson Vance of Mr. Birchfield's office, he's

19   checking with plaintiff's counsel there to see if there's

20   anything that we can do to be of assistance to them to get some

21   coordination going.

22               In New Jersey, the same five cases and

23   plaintiffs.

24               Pennsylvania actually hit the four-digit mark

25   this month.  It's 1,142 cases.  Mathematically, that's

1  80 percent of all -- out of the MDL cases that we have.

2               Your state court stat chart has all the new

3  judges in yellow so that you can feel free to reach out to

4  them.

5          **THE COURT:**  Okay.  Thank you very much.

6          **MS. BARRIOS:**  Thank you, Your Honor.

7          **THE COURT:**  Do you have anything, Jake?

8          **MR. WOODY:**  Just briefly, Your Honor.  I'll give you

9  a quick update on some of our numbers of fact sheets filed.

10              We have just under 15,000 plaintiffs registered

11  and about 13,300 fact sheets filed.  It's been somewhat of a

12  slow month in terms of submissions.  I suspect with the

13  holidays, that's normal.  But we have about 280 fact sheets so

14  far.  And there have been no changes to any of the percentages

15  that I usually go through, partly because there just haven't

16  been that many fact sheets filed.  And I think because that's

17  sort of the norm for a plaintiff in this litigation.

18          **THE COURT:**  All right.  And the discovery pool and

19  the rest of it's --

20          **MR. WOODY:**  All the percentages are identical to last

21  month, so nothing's changed.  I'll keep an eye on it and update

22  as necessary.

23          **THE COURT:**  All right.  Thank you, Jake.

24          **MR. DAVIS:**  Your Honor, the next item, No. 13, on

25  matters set for hearing following the conference.  The parties

1   are prepared to address that following the conference.

2                    And the final item is the next status

3   conference, which is on January the 20th at 9:00 a.m.  As I

4   understand it, Your Honor has set the February conference.

5            **THE COURT:**  Right.  February 10th of 2017.  So the

6   first one in January is January 20th, 2017, and then

7   February 10th, 2017, at 9:00, and I'll meet with liaison

8   counsel early on.

9            **MR. DAVIS:**  I think that's it.  I just want to wish

10  and your staff and all counsel a happy holiday season.

11           **THE COURT:**  Thank you.  The same goes for the Court.

12  All of you, and all of you on the phone, have a happy and

13  healthy holiday season.

14                        * * * * *

15                         *****

16                      <u>**CERTIFICATE**</u>

17           I, Jodi Simcox, RMR, FCRR, Official Court Reporter

18  for the United States District Court, Eastern District of

19  Louisiana, do hereby certify that the foregoing is a true and

20  correct transcript, to the best of my ability and

21  understanding, from the record of the proceedings in the

22  above-entitled and numbered matter.

23

                              <u>*s/Jodi Simcox, RMR, FCRR*</u>
24                             Jodi Simcox, RMR, FCRR
                              Official Court Reporter
25

MR. DAVIS: **[8]** 4/10 4/18 5/13 7/21
8/1 10/12 12/23 13/8
MR. IRWIN: **[1]** 4/13
MR. WEINKOWITZ: **[3]** 10/2 10/5
10/11
MR. WOODY: **[2]** 12/7 12/19
MS. BARRIOS: **[3]** 10/18 11/9 12/5
THE COURT: **[17]**
THE DEPUTY CLERK: **[1]** 4/6

## 1

**1,142 [1]** 11/25
**10 [2]** 6/9 8/4
**10th [3]** 9/4 13/5 13/7
**13 [1]** 12/24
**13,300 [1]** 12/11
**15 [1]** 6/3
**15,000 [1]** 12/10
**166 [1]** 11/13

## 2

**20 [2]** 1/7 4/2
**2016 [2]** 1/7 4/2
**2017 [4]** 6/11 13/5 13/6 13/7
**20th [1]** 13/6
**20th at [1]** 13/3
**22 [1]** 4/20
**228 [1]** 11/12
**2592 [2]** 1/5 4/7
**2700 [1]** 1/23
**280 [1]** 12/13
**282 [1]** 11/16
**2C [1]** 5/1

## 3

**35 [1]** 10/24
**3650 [1]** 1/18

## 4

**400 [1]** 1/22
**406 [1]** 2/5
**4A [1]** 5/9

## 5

**500 [1]** 2/4
**504 [1]** 2/6
**589-7780 [1]** 2/6
**5th [1]** 9/5

## 7

**701 [1]** 1/18
**70113 [1]** 1/15
**70130 [2]** 1/23 2/5
**70139 [1]** 1/19
**77 [1]** 10/24
**7780 [1]** 2/6

## 8

**80 percent [1]** 12/1
**820 [1]** 1/14

## 9

**9:00 [1]** 13/7
**9:00 a.m [1]** 13/3
**9th [1]** 9/7

## A

**a.m [1]** 13/3
**ability [2]** 7/16 13/20
**able [2]** 6/18 7/11
**about [6]** 7/3 7/19 8/13 10/8 12/11
12/13
**above [1]** 13/22
**above-entitled [1]** 13/22
**accommodate [1]** 9/15
**action [1]** 5/2
**actually [1]** 11/24
**address [3]** 5/18 6/13 13/1
**addressed [1]** 8/4
**addresses [2]** 5/1 5/20
**addressing [2]** 6/7 8/25
**admissibility [1]** 7/1
**admissions [1]** 8/13
**Again [2]** 8/11
**agenda [7]** 4/16 4/20 8/5 8/9 8/22 9/13
10/13
**ago [3]** 4/15 9/3 11/1
**agreed [3]** 9/4 9/7 9/15
**Alere [1]** 8/10
**alive [1]** 9/1
**all [10]** 4/15 10/7 12/1 12/2 12/18
12/20 12/23 13/10 13/12 13/12
**allow [1]** 11/6
**also [6]** 2/2 5/19 7/3 7/11 8/11 8/21
**any [2]** 5/7 12/14
**anything [4]** 10/10 10/15 11/20 12/7
**appearance [1]** 4/10
**APPEARANCES [1]** 1/11 2/1
**appreciate [5]** 6/11 6/14 10/12 11/7
11/10
**are [16]**
**argument [1]** 7/1
**as [9]** 6/13 7/12 8/18 9/3 9/9 9/10
10/23 12/22 13/3
**aside [1]** 7/5
**asked [2]** 9/3 11/17
**assist [1]** 11/8
**assistance [2]** 5/21 11/20
**Avenue [1]** 1/14
**aware [2]** 8/19 9/9

## B

**back [1]** 8/16
**Barrios [4]** 1/17 1/17 10/16 10/20
**basis [1]** 5/10
**Bayer [1]** 5/25
**be [18]**
**because [3]** 5/11 12/15 12/16
**been [9]** 5/21 7/4 8/14 8/15 8/18 9/20
12/11 12/14 12/16
**before [6]** 1/9 5/7 6/24 7/2 7/24 9/2
**being [1]** 6/6
**believe [3]** 5/1 8/10 9/16
**bellwether [7]** 5/4 6/20 6/21 7/15 8/19
11/3 11/3
**best [1]** 13/20
**Birchfield's [1]** 11/18
**biweekly [1]** 6/10
**both [2]** 9/23 10/22
**brief [1]** 9/5
**briefly [2]** 9/14 12/8
**briefs [1]** 7/17
**BrownGreer [1]** 2/2

## C

**California [2]** 10/24 11/11
**CALLED [1]** 4/5
**calls [3]** 6/11 6/13 6/14
**can [12]** 6/19 6/20 7/9 7/12 7/20 9/4
9/22 10/1 10/17 11/8 11/20 12/3
**can't [1]** 6/19
**care [1]** 7/1
**case [2]** 4/24 4/25
**cases [10]** 6/23 8/19 10/24 11/12
11/13 11/15 11/16 11/22 11/25 12/1
**Casteix [1]** 1/17
**certain [1]** 8/20
**certainly [1]** 11/9
**CERTIFICATE [1]** 13/16
**certify [1]** 13/19
**chambers [1]** 6/22
**changed [1]** 12/21
**changes [1]** 12/14
**chart [1]** 12/2
**Check [1]** 9/25
**checking [1]** 11/19
**clerk [1]** 10/23
**closely [1]** 9/20
**collaborative [1]** 8/7
**comment [1]** 5/6
**committee [1]** 10/21
**compel [1]** 8/23
**complete [1]** 8/24
**computer [1]** 2/9
**confer [1]** 9/2
**conference [10]** 1/9 5/17 7/24 8/17 9/3
11/1 12/25 13/1 13/3 13/4
**considering [1]** 5/10
**contact [1]** 5/8
**continue [2]** 6/18 6/20
**cooperating [1]** 10/8
**coordinate [1]** 10/1 10/10
**coordinated [1]** 9/23
**coordinating [2]** 9/22 10/6
**coordination [3]** 9/16 10/16 11/21
**correct [1]** 13/20
**counsel [15]**
**couple [3]** 7/6 7/6 11/1
**court [22]**
**Court's [5]** 5/2 6/3 6/16 6/24 9/18
**courthouse [2]** 7/13 7/15
**courts [1]** 9/23

## D

**date [1]** 11/17
**dates [1]** 6/10
**DAVIS [3]** 1/14 4/11 10/19
**DAWN [2]** 1/17 10/20
**days [2]** 7/7 11/1
**deal [1]** 10/11
**dealing [1]** 6/25
**December [2]** 1/7 4/2
**defendant [1]** 5/23
**defendants [6]** 4/14 6/1 8/8 8/13 9/5
9/6
**Defendants' [1]** 1/21
**Delaware [1]** 11/12
**development [1]** 8/7
**dialogue [1]** 7/24
**did [1]** 9/2
**digit [1]** 11/24

**D**
directly [1] 7/17
disclosure [1] 8/24
discovery [8] 6/9 6/15 8/2 8/10 9/10 10/7 10/13 12/18
discuss [3] 4/16 6/23 7/23
discussed [3] 6/7 9/13 9/14
discussion [1] 9/17
dispositive [2] 5/1 11/13
DISTRICT [5] 1/1 1/2 1/10 13/18 13/18
do [9] 6/14 9/3 9/16 10/10 11/8 11/9 11/20 12/7 13/19
Docket [1] 1/5
documents [3] 6/16 8/20 8/24
doing [1] 9/21
don't [4] 6/25 7/4 10/14 11/14
done [3] 5/9 9/23
draft [1] 5/19

**E**
earlier [1] 9/1
early [2] 7/7 13/8
EASTERN [2] 1/2 13/18
efficient [1] 7/21
ELDON [1] 1/9
end [2] 10/8 11/2
enough [1] 7/10
entitled [1] 13/22
entry [1] 11/5
ESQ [3] 1/14 1/17 1/22
even [1] 7/2
evening [1] 7/8
everything [1] 11/2
exchanged [1] 8/18
exhibits [2] 6/24 7/1
experience [1] 7/4
Expert [1] 8/18
experts [1] 8/20
eye [1] 12/21

**F**
fact [6] 5/16 5/23 12/9 12/11 12/13 12/16
FALLON [1] 1/9
far [1] 12/14
fashion [1] 9/23
FCRR [4] 2/4 13/17 13/23 13/24
February [3] 13/4 13/5 13/7
February 10th [2] 13/5 13/7
federal [2] 10/16 10/21
federal/state [1] 10/21
feel [1] 12/3
few [1] 9/3
file [3] 9/5 9/6 9/6
filed [3] 12/9 12/11 12/16
final [1] 13/2
fine [1] 10/1
firm [1] 4/12
first [1] 13/6
five [1] 11/22
follow [1] 11/6
following [3] 5/17 12/25 13/1
foregoing [1] 13/19
form [2] 5/8 5/15
formatting [1] 6/16
forward [5] 8/6 8/9 8/11 8/22 11/6
four [2] 11/16 11/24

four-digit [1] 11/24
free [1] 12/3
Freeman [1] 10/25
Fritchie [1] 1/21
full [2] 7/8 7/15
funding [1] 8/3
further [2] 6/7 9/17
future [1] 5/11

**G**
generally [1] 7/6
get [7] 7/7 7/8 8/16 9/22 11/4 11/11 11/20
getting [2] 5/11 6/24
Gibson [1] 11/18
give [3] 7/9 8/3 12/8
go [5] 4/20 7/5 7/7 11/6 12/15
goes [1] 13/11
going [9] 6/11 8/5 8/9 8/11 8/22 11/2 11/4 11/5 11/21
Good [4] 4/11 10/3 10/9 10/20
got [1] 10/11
governing [1] 6/5

**H**
had [4] 6/15 8/15 10/25 11/1
hands [1] 5/2
happy [2] 13/10 13/12
hard [1] 10/7
has [6] 5/21 9/14 11/16 11/17 12/2 13/4
hasn't [1] 8/14
have [17]
haven't [1] 12/15
HB [1] 2/5
HB-406 [1] 2/5
he [4] 10/25 11/1 11/5 11/7
he'll [1] 11/6
he's [2] 9/21 11/18
healthy [1] 13/13
hear [1] 9/19
hearing [1] 12/25
help [1] 10/1
helpful [1] 7/16
here [1] 10/16
hereby [1] 13/19
Herman [4] 1/13 1/13 4/12 4/12
high [1] 11/14
him [2] 9/22 11/8
his [1] 11/7
hit [1] 11/24
hold [2] 11/2 11/2
holiday [2] 13/10 13/13
holidays [1] 12/13
Honor [16]
HONORABLE [1] 1/9
hope [1] 6/19
hopefully [2] 6/17 9/22
how [1] 11/14

**I**
I'd [1] 5/6
I'll [9] 4/16 4/20 6/22 7/1 7/7 7/9 12/8 12/21 13/7
I'm [2] 10/4 10/6
I've [2] 6/17 9/20 11/17
idea [1] 5/12

identical [1] 12/20
Illinois [1] 10/15
immediately [1] 7/13
important [1] 9/10
information [2] 5/8 11/10
initial [1] 11/4
INRatio [1] 8/10
interaction [1] 6/6
interest [1] 7/12
interminably [1] 7/5
Irwin [3] 1/21 1/22 4/14
is [20]
issue [9] 6/6 6/15 8/3 8/7 8/10 8/20 8/25 9/1 9/10
issued [1] 10/14
issues [8] 7/23 8/15 9/11 9/12 9/14 9/16 9/17 10/7
it [10] 4/17 6/19 6/19 8/14 10/11 10/12 11/6 12/21 13/4 13/9
it's [4] 7/4 11/25 12/11 12/19
item [5] 5/23 6/5 6/9 9/12 10/13 12/24 13/2
items [2] 4/20 9/13

**J**
Jake [3] 2/2 12/7 12/23
JAMES [1] 1/22
January [7] 7/23 9/4 9/5 9/7 13/3 13/6 13/6
January 20th [1] 13/6
January 5th [1] 9/5
January 9th [1] 9/7
January the [1] 13/3
JCCP [1] 10/25
Jersey [1] 11/22
Jim [1] 4/14
job [1] 9/21
Jodi [4] 2/4 13/17 13/23 13/24
joint [3] 4/19 4/21 5/11
judge [4] 1/10 9/21 10/25 10/25
judges [1] 12/3
just [7] 7/5 8/3 9/2 12/8 12/10 12/15 13/9

**K**
Katz [2] 1/13 4/12
keep [1] 12/21
Kingsdorf [1] 1/17
know [5] 5/9 9/18 10/11 11/7 11/14

**L**
last [1] 12/20
law [2] 4/12 10/23
lead [1] 4/16
least [1] 7/19
Lenny [1] 4/18
LEONARD [2] 1/14 4/11
let [3] 9/18 9/19 10/11
LIABILITY [2] 1/6 4/8
liaison [6] 1/13 1/21 4/9 4/16 9/25 13/7
like [1] 10/1
limitations [1] 7/3
listed [1] 4/20
listening [1] 5/7
litigation [3] 1/6 4/8 12/17
locations [4] 7/11 7/13 7/16 7/17

## L

logistical [1] 7/20
long [1] 11/14
look [3] 5/9 6/3 10/10
lost [1] 8/14
LOUISIANA [8] 1/2 1/6 1/15 1/19 1/23
2/5 11/3 13/19

## M

made [1] 5/7
make [3] 4/9 5/6 7/21
management [2] 4/24 4/25
many [1] 12/16
March [1] 6/11
mark [1] 11/24
Mathematically [1] 11/25
matter [6] 6/4 8/4 8/7 8/14 9/4 13/22
matters [3] 7/20 8/3 12/25
may [2] 7/11 9/10
MDL [5] 1/5 4/7 10/6 11/6 12/1
MDL-2592 [1] 1/5 4/7
me [2] 9/19 10/11
mechanical [1] 2/8
meet [2] 9/2 13/7
meeting [1] 6/22
mentioned [1] 6/21
met [1] 4/15
method [1] 6/23
Mike [5] 9/19 9/25 10/4 10/5 10/9
minute [1] 11/5
minutes [1] 9/3
Missouri [2] 11/16 11/17
moment [1] 4/15
month [4] 4/23 11/25 12/12 12/21
MONTHLY [1] 1/9
more [1] 7/21
morning [4] 4/11 7/8 10/3 10/20
motion [1] 8/23
motions [4] 5/1 5/17 5/22 11/13
Mr. [3] 10/19 11/18 11/18
Mr. Birchfield's [1] 11/18
Mr. Davis [1] 10/19
Mr. Vincent [1] 11/18
Ms. [2] 10/16 11/11
Ms. Barrios [1] 10/16
Ms. Rothman's [1] 11/11
much [3] 5/10 11/2 12/5
my [3] 7/4 11/5 13/20

## N

native [1] 8/25
necessary [4] 7/9 7/14 9/24 12/22
need [2] 9/10 10/10
needed [2] 6/13 9/18
needs [2] 5/15 11/7
new [8] 1/6 1/15 1/19 1/23 2/5 4/23
11/22 12/2
next [10] 5/23 5/25 6/5 6/22 8/17 9/12
9/13 10/13 12/24 13/2
no [6] 1/5 4/22 5/4 5/6 12/14 12/24
No. [1] 4/20
No. 22 [1] 4/20
noon [1] 9/7
norm [1] 12/17
normal [1] 12/13
noted [1] 6/12
nothing [5] 5/4 5/24 6/1 6/8 10/8

## O

nothing's [1] 12/21
number [2] 11/13 11/14
numbered [1] 13/22
numbers [1] 12/9

## O

O'Keefe [1] 1/14
objections [1] 6/24
obviously [1] 8/15
office [2] 11/11 11/18
Official [3] 2/4 13/17 13/24
oftentimes [1] 7/14
Okay [5] 5/13 8/1 10/9 10/18 12/5
one [6] 5/25 8/11 8/21 9/6 9/19 13/6
order [8] 4/5 4/17 5/1 5/9 5/20 6/3 6/5
8/24
orders [4] 4/22 4/23 4/24 11/5
Orleans [5] 1/6 1/15 1/19 1/23 2/5
other [3] 7/20 8/15 9/10
our [4] 6/18 6/20 10/2 12/9
out [4] 5/15 7/10 12/1 12/3
outside [1] 7/13

## P

packed [1] 7/15
Page [1] 3/2
particular [2] 5/7 6/23
parties [13] 4/25 5/19 6/7 6/10 6/12
6/14 7/12 7/14 7/22 9/2 10/14 10/15
12/25
parties' [1] 6/6
partly [1] 12/15
past [1] 8/13
Pennsylvania [6] 9/12 9/14 9/15 9/17
9/21 11/24
people [2] 5/11 5/14
percent [1] 12/1
percentages [2] 12/14 12/20
phone [3] 5/8 10/4 13/12
phonetic [1] 11/11
physicians [1] 6/6
plaintiff [2] 5/16 12/17
plaintiff's [1] 11/19
plaintiffs [8] 4/13 8/12 10/25 11/13
11/15 11/16 11/23 12/10
Plaintiffs' [1] 1/13
please [3] 4/6 4/10 5/8
point [1] 10/14
pool [1] 12/18
potential [2] 6/19 9/20
Poydras [3] 1/18 1/22 2/4
prepared [5] 5/17 6/13 7/23 7/25 13/1
present [2] 2/2 6/18
presented [1] 4/17
preservation [1] 6/3
pressing [1] 8/16
pretrial [4] 4/22 4/23 5/9 5/20
pretty [1] 11/2
previously [1] 10/22
problem [1] 9/20
proceedings [4] 1/9 2/8 4/1 13/21
process [1] 5/25
produced [1] 2/9
PRODUCTS [2] 1/5 4/7
proposed [1] 4/25
protective [1] 8/24
provided [4] 6/10 8/5 8/8 10/22

## P

providing [2] 5/21 6/12
PSC [3] 5/21 9/9 9/14
PTO [1] 6/3

## Q

quick [1] 12/9

## R

re [2] 1/5 4/7
reach [1] 12/3
read [1] 11/5
really [1] 11/4
recall [1] 11/17
recently [1] 6/10
record [2] 4/10 13/21
recorded [1] 2/8
regard [1] 6/16
regarding [2] 6/21 8/20
registered [1] 12/10
regular [1] 5/9
relatively [1] 5/22
remind [1] 5/14
reminded [1] 6/2
remote [4] 7/11 7/13 7/16 7/17
remove [3] 8/5 8/8 8/21
removed [1] 8/11
removing [1] 5/10
report [12] 4/19 4/21 4/23 5/4 5/11
5/24 6/1 6/8 6/9 8/16 10/15 10/17
Reporter [3] 2/4 13/17 13/24
reports [1] 8/18
representing [1] 4/12
request [1] 8/12
requested [1] 8/20
require [1] 8/24
resolved [6] 6/19 6/20 8/4 8/8 8/11
8/21
respect [13] 4/22 4/24 5/8 5/16 5/21
6/2 6/4 8/2 8/12 8/19 8/23 9/11 10/15
response [2] 8/4 9/6
responses [1] 8/8
rest [1] 12/19
right [4] 4/15 12/18 12/23 13/5
RIVAROXABAN [1] 1/5
RMR [4] 2/4 13/17 13/23 13/24
Room [2] 2/5
Rothman's [1] 11/11
ruling [1] 6/24

## S

s/Jodi [1] 13/23
same [4] 5/6 11/12 11/22 13/11
satisfied [1] 9/24
Saturdays [1] 7/9
schedule [3] 6/18 6/20 7/9
season [2] 13/10 13/13
seated [1] 4/6
section [2] 1/6 8/4
see [1] 11/19
selection [1] 5/5
send [1] 7/17
sent [1] 7/13
service [1] 5/25
set [5] 5/17 7/5 9/4 12/25 13/4
seven [1] 11/15
she [1] 10/17
sheets [6] 5/16 5/23 12/9 12/11 12/13

## S

sheets... [1] 12/16
should [2] 5/22 7/10
sides [1] 10/22
Simcox [4] 2/4 13/17 13/23 13/24
site [1] 6/3
slow [1] 12/12
so [10] 6/25 7/6 7/24 9/23 10/7 11/13 12/3 12/13 12/21 13/5
some [8] 6/15 7/5 7/10 7/24 9/12 9/13 11/20 12/9
something [1] 5/15
sometimes [1] 7/16
somewhat [1] 12/11
soon [1] 5/22
sort [1] 12/17
speed [1] 6/17
spoken [1] 8/13
staff [1] 13/10
starts [2] 6/25 7/2
stat [1] 12/2
state [5] 9/17 10/16 10/21 10/23 12/2
State/federal [1] 10/16
STATES [3] 1/1 1/10 13/18
stats [1] 10/23
status [5] 1/9 7/23 8/17 11/1 13/2
stenography [1] 2/8
still [2] 8/14 9/1
Street [3] 1/18 1/22 2/4
submission [1] 9/7
submissions [1] 12/12
submit [1] 5/20
submitted [1] 4/25
sufficient [1] 7/7
Suite [2] 1/18 1/23
suspect [1] 12/12

## T

take [2] 4/17 7/1
talk [1] 9/15
talked [2] 6/17 7/3
terms [1] 12/12
terrific [1] 9/21
thank [6] 10/9 10/19 12/5 12/6 12/23 13/11
that [59]
that's [12] 5/2 5/15 6/18 7/12 7/14 8/4 8/25 9/20 11/25 12/13 12/16 13/9
their [1] 4/9
them [9] 4/16 7/3 7/10 7/19 7/20 10/1 10/1 11/20 12/4
then [3] 11/4 11/6 13/6
there [10] 4/22 5/15 5/16 9/21 9/25 10/24 11/12 11/19 12/14 12/15
there's [8] 5/4 5/23 6/1 6/8 9/17 10/15 11/15 11/19
these [1] 7/14
they [4] 7/5 9/6 11/1 11/4
They're [1] 11/4
think [4] 5/11 10/15 12/16 13/9
thinking [1] 7/19
third [2] 10/14 10/15
this [11] 4/23 5/9 5/17 6/8 7/21 9/23 10/3 10/14 11/8 11/25 12/17
those [6] 5/21 6/12 6/13 6/14 6/23 9/16
through [3] 4/20 6/11 12/15

## TIFF [1] 8/25

time [8] 6/8 6/22 6/25 7/3 7/5 7/10 7/10 9/7
together [1] 10/8
transcript [3] 1/9 2/8 13/20
transcripts [1] 7/12
trial [7] 6/23 6/25 7/2 7/8 7/23 8/19 11/17
trials [7] 6/21 7/4 7/5 7/7 7/15 11/3 11/3
true [1] 13/19
try [1] 9/15
two [2] 7/6 9/13

## U

under [1] 12/10
understand [1] 13/4
understanding [1] 13/21
underway [1] 7/7
UNITED [3] 1/1 1/10 13/18
until [2] 7/8 11/2
up [3] 6/16 9/21 9/25
update [3] 8/3 12/9 12/21
updated [1] 5/15
us [2] 9/3 11/8
usually [1] 12/15

## V

Vance [1] 11/18
various [1] 8/2
verbatim [1] 9/5
very [3] 5/10 9/10 12/5
views [1] 9/9
Vincent [1] 11/18

## W

waiting [1] 5/2
want [4] 5/14 7/19 9/22 13/9
was [7] 8/4 8/5 8/7 8/10 8/21 8/25 11/1
waste [1] 6/25
we [23]
we'll [10] 5/17 6/17 7/8 7/24 8/5 8/8 8/16 8/21 9/18 10/11
we're [3] 5/2 8/14 10/7
we've [7] 5/6 5/9 6/15 8/13 8/15 9/4 9/7
Web [1] 6/3
weeks [2] 7/6 7/6
Weinkowitz [1] 10/4
Well [1] 10/9
were [1] 9/14
what's [1] 9/24
Whatever [1] 11/8
which [3] 5/1 6/9 13/3
will [10] 4/9 6/12 7/22 7/24 8/11 8/16 9/5 9/6 11/9 11/14
wish [1] 13/9
Woody [1] 2/2
work [2] 7/9 7/20
worked [1] 7/10
working [7] 5/19 8/14 9/20 10/6 10/7 11/4 11/8
worry [1] 10/8
would [2] 10/1 11/4
write [1] 7/17

## X

XARELTO [3] 1/5 4/7 10/23

## Y

Yeah [1] 9/19
yellow [1] 12/3
Yes [2] 6/15 10/5
yesterday [1] 10/23
you [16]
you've [1] 10/10
your [21]