```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3

 4   IN RE:  XARELTO (RIVAROXABAN)  *      14-MD-2592
     PRODUCTS LIABILITY LITIGATION  *
 5                                  *      Section L
                                    *
 6   Relates to:  All Cases         *      August 1, 2019
                                    *
 7   * * * * * * * * * * * * * * * *

 8

 9              MONTHLY STATUS CONFERENCE BEFORE
                 THE HONORABLE ELDON E. FALLON
10                 UNITED STATES DISTRICT JUDGE

11
     Appearances:
12

13   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  LEONARD A. DAVIS, ESQ.
14                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
15

16   For the Defendants:          Irwin Fritchie Urquhart &
                                    Moore, LLC
17                                BY:  KIM E. MOORE, ESQ.
                                  400 Poydras Street, Suite 2700
18                                New Orleans, Louisiana 70130

19
     For the Defendants:          Chaffe McCall, LLP
20                                BY:  JOHN F. OLINDE, ESQ.
                                  1100 Poydras Street, Suite 2300
21                                New Orleans, Louisiana 70163

22
     Also Participating:          Andy Birchfield, Esq.
23

24

25
```

```
1    Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, Room B-275
2                                 New Orleans, Louisiana 70130
                                  (504) 589-7778
3

4
     Proceedings recorded by mechanical stenography using
5    computer-aided transcription software.
```

```
 1                          PROCEEDINGS
 2                        (August 1, 2019)
 3             THE COURT:  Be seated, please.
 4                  Liaison counsel make their appearance.
 5                  First, call the case, Dean.  I'm sorry.
 6             THE DEPUTY CLERK:  MDL 2592, In re Xarelto Products
 7   Liability Litigation.
 8             MR. DAVIS:  Good morning, Your Honor.  Leonard Davis
 9   from the law firm of Herman, Herman & Katz, co-plaintiffs'
10   liaison counsel.
11             MS. MOORE:  Good morning, Your Honor.  Kim Moore here
12   for the Janssen defendants.
13             MR. OLINDE:  Good morning, Your Honor.  John Olinde
14   for Bayer.
15             THE COURT:  We have lead counsel on the phone also.
16                  What's the agenda, Lenny?  A report on the
17   settlement.
18             MR. DAVIS:  Your Honor, there is a report on the
19   settlement.  Andy Birchfield is on the phone.
20                  Just in brief, I want to remind people of CMO 10
21   and CMO 12 and the August 5 election form deadline, which is
22   just a few days away.  I know Mr. Birchfield wants to speak
23   about that.
24             THE COURT:  Andy, why don't you give us a report.
25             MR. BIRCHFIELD:  Thank you, Your Honor.  We are very
```

```
09:04    1   pleased with the progress that is being made in the enrollment
         2   program so far.  I want to compliment and thank the firms for
         3   the tremendous effort of getting claimants informed of the
         4   terms of the settlement and their participation in this
         5   settlement program.  We are encouraged by the response and the
         6   effort.  As Mr. Davis mentioned, the deadline for submitting
         7   enrollment packages is August 5, so that is Monday.  We have
         8   seen the number of enrollment packages being submitted
         9   escalating as that deadline nears.
        10              One of the things that is at play in this
        11   settlement program particularly, Your Honor, is this is an
        12   elderly population.  The plaintiffs, by and large, are elderly
        13   and are battling a number of health issues.  That makes it all
        14   the more imperative that we move the settlement program forward
        15   as expeditiously as possible.  We are putting a full-court
        16   press to do that so that claimants can receive compensation at
        17   the earliest time possible.
        18         THE COURT:  Andy, why don't you talk about what
        19   efforts the PSC has made to communicate with the individuals or
        20   with their attorneys, seminars or anything of that sort.
        21         MR. BIRCHFIELD:  Yes, sir.  We have hosted in
        22   different cities throughout the country conferences where we
        23   walk through with plaintiffs' counsel the terms of the
        24   settlement and what's necessary to participate in the
        25   settlement program.  Usually every other week we have hosted
```

national phone conferences where we have received questions from plaintiffs' counsel or from their staff, and then we have walked through those questions dealing with the issues that are confronting plaintiffs' counsel. Those calls typically are about 45 minutes to an hour. We have done those throughout this enrollment period.

We are sending emails to plaintiffs' counsel addressing frequently asked questions that we are receiving pertaining to the settlement program. We are also working with BrownGreer, the claims administrator, to post responses to frequently asked questions on the plaintiffs' portal so lawyers have access to that.

Members of the PSC firms are staying in close contact with plaintiffs' counsel, addressing questions, working through any issues that they may be facing. BrownGreer, the claims administrator, also has a firm contact for each firm that has claimants registered in this program.

It has been an enormous effort. I'm really proud to be a part of the effort that has been undertaken here to communicate, facilitate, and just help in any way that we can the plaintiffs that are involved in this program and plaintiffs' counsel. We have received a tremendous response from the plaintiffs' firms that are involved here. I've been impressed with the way that firms have engaged and given serious attention to this effort.

09:09   1          August 5 is Monday.  It's a critical, critical
2   deadline.  It's important that we hold that deadline so that we
3   can have this program completed in the most expeditious way
4   possible.
5          Your Honor, with this client population being
6   elderly, we also note that that can be challenging.  There are
7   situations -- we have been informed of a few already.  There
8   may be some isolated situations where additional time may be
9   needed for a specific claimant.  The settlement program allows
10  for a possible extension.  If the parties agree, it can be
11  extended.
12         We are willing to entertain requests for a
13  specific claimant if the plaintiffs' firm will submit the
14  reasons that it is needed for a specific claimant.  If they
15  will submit that request to BrownGreer, then the parties will
16  look at that and they will entertain that.  It is a matter
17  where the granting of an extension for any individual has to be
18  carefully considered and weighed because an extension will slow
19  down the process.  We are open to entertaining those, but it
20  must be made on behalf of a specific claimant and submitted to
21  BrownGreer in writing through their portal, and the parties
22  will entertain that.
23         **THE COURT:**  The Court is aware of it and has
24  monitored a lot of this communication.  The Court is satisfied
25  with the efforts of the PSC as well as the attorneys that they

09:11  have given full notice both to the attorneys representing the census of the litigation as well as the individual claimants who make up this census.  It's been fair.  We have been down the road a long time now.  We have tried a number of cases in both Louisiana as well as in Mississippi and everybody has full notice of this.

The Court is going to enforce deadlines.  If you are interested in participating, August 5 is the date.  If you are not interested in participating, I understand that, but your case will be dismissed for failure to comply with the Court's orders.

Everyone, if you take a look at it, if you are interested in participating, fine, participate.  If you don't want to mess with the case at all, you want to give up on it, I'll entertain that also.  I will dismiss the case and you will have no further recourse in this particular matter.  August 5 is the deadline, so everybody ought to do whatever they need to do to make that deadline work.

Anything else?

**MR. DAVIS:**  Your Honor, there are a couple of other matters.  One is the issue of filing of dismissals that have recently been done.  I want to remind individuals that if they are not pursuing a case and they desire to dismiss a case, then they must comply with the Federal Rules and file that motion to dismiss here in this Court.

09:12   1                However, separate and apart from that, there are
        2   dismissals that are in connection with the settlement program
        3   and those are not -- and I repeat -- not to be filed in the
        4   Court.  Those go to BrownGreer in connection with the
        5   settlement program.  I want individuals to be clear on that so
        6   that we don't tie up the Court's system with the filing of
        7   those matters.
        8           **THE COURT:**  If anybody has any questions about that,
        9   contact liaison counsel, and they will discuss it with you and
       10   resolve any conflicts you have.
       11           **MR. BIRCHFIELD:**  Your Honor, if I may speak to that
       12   for just a second.
       13           **THE COURT:**  Go ahead, Andy.
       14           **MR. BIRCHFIELD:**  We have been notified that several
       15   firms inadvertently or mistakenly filed those stipulations of
       16   dismissal on behalf of claimants that are choosing to
       17   participate in the settlement program.  With the defendants'
       18   cooperation, we have encouraged that they seek to withdraw
       19   those stipulations of dismissal because for a claimant that is
       20   participating in the settlement program, those stipulations of
       21   dismissal should be submitted to BrownGreer and held in escrow
       22   until the settlement program becomes effective.
       23                One reason that that is so important is for us
       24   to be able to have an accurate accounting.  Stipulations of
       25   dismissal that have been filed since the announcement of the

09:14

1  settlement fall into two groups.  There is a significant number
2  of claimants, as the Court referenced a minute ago, that just
3  choose no longer to participate.  There may be many different
4  reasons for that, but they choose no longer to pursue their
5  claim.  For those claimants, a stipulation of dismissal with
6  prejudice should be filed with the Court so that those cases
7  are cleared from the docket.  But the claims where the
8  plaintiff is choosing to participate in the settlement program,
9  those do not need to be filed at this point.  Those need to be
10 submitted to BrownGreer.
11             We have addressed that issue recently in one of
12 the plaintiffs' conference calls available to all plaintiffs'
13 lawyers across the country and through email.  We wanted to
14 reiterate that at the status conference this morning,
15 Your Honor, as well.
16             We are sending another email asking lawyers to
17 let us know if they filed stipulations of dismissal for
18 claimants that are participating in the settlement program so
19 we can have an accounting and we can work with the defendants
20 and BrownGreer to get that cleared up.  It's important that we
21 get a response for claimants that did mistakenly submit a
22 stipulation of dismissal with the Court.
23             **MR. DAVIS:**  I remind individuals on this call that if
24 there are any questions whatsoever with respect to the election
25 form deadline, the August 5, or dismissals, they can reach out

09:16

and call any of the members of the plaintiff executive committee. We are all available and we can be reached either by email or by phone to answer questions.

The final matter that I have, Your Honor, is one that was brought to our attention by the clerk of court, who has advised us that there are still some individuals that haven't paid filing fees in a number of cases, in particular some of those cases that were in the bundled cases early on.

I remind individuals that there is a pretrial order specifically that addresses the filing fee and the fact that that is due. If that fee has not yet been paid, I encourage those individuals to address that immediately and pay that filing fee promptly. Remember that cases can't go through the settlement program and be finalized or dismissed without the payment of that fee to the Court.

**THE COURT:** We have given people an opportunity to delay the fee, but not to avoid the fee. I've done everything possible to make it easier for the plaintiffs to get into this litigation and participate. But if they are out of the litigation, either by way of settlement or by way of dismissal of their claims, they still owe a filing fee. I'm looking to the lawyers who represented those individuals as the party responsible for paying the filing fee. If you want to participate, continue to participate as an attorney in this Court, then you need to follow the rules and pay the

09:18

1   appropriate amount.
2         **MR. DAVIS:**  Your Honor, that's all that I have on the
3   agenda.  I don't know if defense counsel has something.
4         **THE COURT:**  John, anything?
5         **MR. OLINDE:**  The next status conference.
6         **THE COURT:**  The next status conference is
7   September 12 at 9:00 a.m.  The liaison counsel I look to be
8   present in the court.  The PSC and other members who wish to
9   participate can participate on the phone unless there's some
10  problem that requires their presence.  We will set it as a
11  phone conference at this time for everyone other than the
12  liaison counsel.
13        **MR. DAVIS:**  Thank you, Your Honor.
14        **MR. OLINDE:**  Thank you, Your Honor.
15        **THE COURT:**  Thank you, folks.  Thank you on the
16  phone.
17        **MR. BIRCHFIELD:**  Thank you, Your Honor.
18        **THE COURT:**  I appreciate it, Andy.
19              Court will stand in recess.
20           (Proceedings adjourned.)
21                          * * *
22
23
24
25

Case 2:14-md-02592-EEF-MBN   Document 17455   Filed 11/14/19   Page 12 of 12

12

```
 1                        CERTIFICATE
 2            I, Toni Doyle Tusa, CCR, FCRR, Official Court
 3   Reporter for the United States District Court, Eastern District
 4   of Louisiana, certify that the foregoing is a true and correct
 5   transcript, to the best of my ability and understanding, from
 6   the record of proceedings in the above-entitled matter.
 7
 8
 9                             /s/ Toni Doyle Tusa
                               Toni Doyle Tusa, CCR, FCRR
10                             Official Court Reporter
```