NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ   07068
973-618-0400
Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA SCHNITZER and FRED SCHNITZER | Master Case No. 14-md-2592 |
| Plaintiffs, | Case No.: 2:19-cv-9533-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

BRIEF IN SUPPORT OF PLAINTIFFS' MOTION

Please be advised we represent Plaintiffs with regard to the above-referenced matter. Pursuant to the Court's prior Orders, on September 4, 2019 we submitted the required executed enrollment forms and executed release in the above-referenced matter to the claims administrator. See settlement documents, and email forwarding same to Brown Greer, the claims administrator, attached to the O'Connor Certification as Exhibit "A".

Subsequent to this submission, On September 10, 2019, the court issued an Order to Show Cause, requiring that all parties who had not either submitted the enrollment documents to join the settlement, or filed their intention to notice to proceed with their litigation, show cause as to why their cases should not be dismissed for their failure to do so.

Even though we submitted the required documents, electing to enroll in the settlement program, we reviewed the list to ensure that our case was not on this list. The cases were listed alphabetically by firm, and our case was not on the subject list. See the relevant portion of the list, attached to the O'Connor Certification as Exhibit "B".

It appears that several days prior to the show cause hearing, the list was amended to include additional cases which had not complied with the above directive, to either submit enrollment documents or their intention to proceed with litigation. During the show cause hearing, our case was including on the Order

dismissing cases for failure to comply with the court's prior order, for failure to either submit the enrollment documents, or file the election to proceed with litigation.

We respectful request that this Order was entered in error in our case, as we had provided the necessary documentation to elect to participate in the settlement program, well before the Show Cause hearing.

Pursuant to Fed. R. 59(e) and/or Fed. R. 60, the Court has the ability to alter or amend an Order, in the interest of justice, and to prevent injustice from occurring. In the present case, it is respectfully submitted that since we submitted to necessary documents, prior to even the filing of the show cause motion, and well before the show cause hearing, the present case should not have been dismissed. As such, we respectfully request that this Order be vacated, so that this claim and continue with the settlement procedure.

No Party will suffer any prejudice if this Order is granted, namely the case will be processed through the settlement procedure. However, Plaintiff will be irreparably harmed if their motion is denied.

As such, we respectfully request that Plaintiff's motion be granted.

                                    NAGEL RICE, LLP
                                    Attorneys for Plaintiffs

                                    By: _____
                                    ANDREW L. O'CONNOR

Dated: 11/15/19