NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ  07068
973-618-0400
Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA SCHNITZER and FRED SCHNITZER | Master Case No. 14-md-2592 |
| Plaintiffs, | Case No.: 2:19-cv-9533-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

CERTIFICATE OF SERVICE

    I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the CM/ECF system on November 15, 2019 and that this system will provide notice of such filing to all counsel of record.

                                            NAGEL RICE, LLP
                                            Attorneys for Plaintiffs

Dated:  November 15, 2019       By:   */s/ Andrew L. O'Connor*
                                            Andrew L. O'Connor
                                            Nagel Rice, LLP
                                            103 Eisenhower Parkway
                                            Suite 103
                                            Roseland, New Jersey 07068
                                            T: (973) 618-0400
                                            F: (973) 618-9194