NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ  07068
973-618-0400
Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA SCHNITZER and FRED SCHNITZER | Master Case No. 14-md-2592 |
| Plaintiffs, | Case No.: 2:19-cv-9533-EEF-MBN |
| v. | ORDER |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

Considering Plaintiff's Motion for Reconsideration and to Vacate Dismissal and Reinstate Case; IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff's case is reinstated.

_____
Eldon E. Fallon
United States District Judge