# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **YOLUNDUS MURRIEL** <br><br> Civil Action No. 2:19-cv-13139 | ) <br> ) SECTION L <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendant Bayer HealthCare Pharmaceuticals Inc. moves this Court for substitution of counsel asking that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted for Andrew H. Myers, Esquire of Wheeler Trigg O'Donnell LLP as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced case.

Defendant Bayer HealthCare Pharmaceuticals Inc. moves this Court to withdraw Andrew H. Myers as counsel in the above referenced case.

WHEREFORE Defendant Bayer HealthCare Pharmaceuticals Inc. requests this Honorable Court to remove Andrew H. Myers as counsel of record in this case and Andrew Solow,

William Hoffman, and John F. Olinde be substituted as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced case.

| | |
|---|---|
| **WHEELER TRIGG O'DONNELL LLP**<br> By: /s/ Andrew H. Myers<br>    Andrew H. Myers<br>    370 Seventeenth St.,<br>    Suite 4500<br>    Denver, CO 80202<br>    Telephone: (303) 244-1800<br>    Facsimile: (303) 244-1879<br>    myers@wtotrial.com<br><br>Dated: November 19, 2019 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>  By: /s/Andrew K. Solow<br>    Andrew K. Solow<br>    250 West 55th Street<br>    New York, New York 10019-9710<br>    Telephone: (212) 836-8000<br>    Facsimile: (212) 836-8689<br>    William Hoffman<br>    601 Massachusetts Ave., NW<br>    Washington, D.C. 20001<br>    Telephone: (202) 942-5000<br>    Facsimile: (202) 942-5999<br>    andrew.solow@arnoldporter.com<br>    william.hoffman@arnoldporter.com<br><br>    Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.<br><br>    Dated: November 19, 2019<br><br>   **CHAFFE MCCALL L.L.P.**<br>    By: /s/ John F. Olinde<br>    John F. Olinde (LA Bar #1515)<br>    1100 Poydras Street<br>    Suite 2300<br>    New Orleans, LA 70163<br>    Telephone: (504) 585-7241<br>    Facsimile: (504) 544-6084<br>    olinde@chaffe.com<br><br>    Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.<br><br>    Dated: November 19, 2019 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde