# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> **YOLUNDUS MURRIEL** <br><br> Civil Action No. 2:19-cv-13139 | ) <br> ) SECTION L <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## ORDER

Now pending before the Court is a Motion for Substitution and Withdrawal of Counsel in the above referenced case. Upon consideration of said motion, it is hereby ORDERED that this motion is granted.

It is ordered that Andrew H. Myers, Esquire of Wheeler Trigg O'Donnell LLP is allowed to withdraw as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced case and that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted in his place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in place of Andrew H. Myers in the matter referenced above.

New Orleans, Louisiana, on this ____ day of _____, 2019.

_____ <br>
United States District Judge