## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>**YOLUNDUS R. MURRIEL**<br>**Civil Action No. 2:19-cv-13139** | **MDL 2592**<br><br>**SECTION L**<br><br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendant Johnson & Johnson and Janssen Pharmaceuticals, Inc. (incorrectly named as "Janssen" in the caption), who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

Defendants request that D. Alexander Harrell of Drinker Biddle & Reath LLP, 1717 Main Street, Suite 5400, Dallas, TX 75201 be withdrawn as counsel of record for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc. in this matter.

Defendants further request the substitution of Susan M. Sharko of Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of D. Alexander Harrell.

Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC have conferred with D. Alexander Harrell and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, Defendants respectfully request that Susan M. Sharko of Drinker Biddle & Reath LLP and Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel for D.

Alexander Harrell as counsel of record in this matter for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc.

Respectfully Submitted,

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Johnson & Johnson
    and Janssen Pharmaceuticals, Inc.

    Dated: November 20, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendant

    Dated: November 20, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/D. Alexander Harrell
    D. Alexander Harrell
    1717 Main Street, Suite 5400
    Dallas, TX 75201
    Telephone: (469) 357-2500
    alex.harrell@dbr.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on November 20, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore