UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>JURY TRIAL DEMAND |

**THIS DOCUMENT RELATES TO:**

*Miller et al v. Janssen Research & Development LLC et al*

**Civil Action No.: 2:15-cv-06024**

## AFFIDAVIT OF WENDY C ELSEY

State of Texas §
§
County of Harris §

BEFORE ME, the undersigned authority, this day personally appeared Wendy C. Elsey, who after being duly sworn according to law deposes and says:

1. My name is Wendy C. Elsey, and I am over the age of 18 and have personal knowledge in this matter.

2. I am counsel of record for Plaintiff in the above referenced cause, David Miller, Individually and as Representative of the Estate of Barbara Miller, Deceased.

3. As set out in Counsel's Motion to Withdraw, all reasonable efforts have been made to communicate with the Plaintiff, David Miller, such as by telephone, e-mail, and written correspondence. However, despite Counsel's multiple, repeated attempts at

1

communication, Plaintiff has failed and/or refused to communicate with Counsel regarding this case and his attempts to obtain new counsel.

4. The following details Counsel's and Counsel's staff's efforts to communicate with the Plaintiff since Plaintiff elected not to enroll in the Xarelto Settlement Program:

- 07/19/2019: WCE call to David Miller. Detailed messages left on home and work numbers for return call regarding whether he was retaining new counsel.

- 07/31/2019: WCE call to David Miller. Detailed messages left on home and work numbers for return call regarding whether he was retaining new counsel.

- 08/08/2019: WCE e-mail to David Miller requesting immediate call back sent to David.Miller@lonestar.edu asking if new counsel was retained or if he intended to dismiss case.

- 08/15/2019: BJA calls to David Miller (home, work and alternate).

    - Home: Detailed message left at home number, expressing the need to confirm if he had retained new counsel or in the alternative, would he be allowing us to dismiss his case. Additionally requested return call.

    - Work: Recording that the mailbox was full; therefore, unable to leave message.

    - Alternate: Detailed message left at home number, expressing the need to confirm if he had retained new counsel or in the alternative, would he be allowing us to dismiss his case. Additionally requested return call.

- 08/15/2019: BJA e-mail to David Miller requesting for immediate call sent to bnad1@consolidated.net.

- 08/16/2019: WCE calls to David Miller. Multiple, detailed messages left at home and work numbers, expressing the need to confirm if he had retained new counsel or in the alternative, would he be allowing us to dismiss his case. Additionally requested return call.

- 08/16/2019: WCE e-mail to David Miller requesting he inform counsel if he retained new representation as he had previously indicated; alternatively, if he had not retained new counsel, he would need to complete and return the Notice of Intent to Proceed as required by CMO12. E-mail sent to David.Miller@lonestar.edu and band1@consolidated.net

- 08/19/2019: WCE call to David Miller. Multiple, detailed messages left at home and work numbers, expressing the need to confirm if he had retained new counsel or in the alternative, would he be allowing us to dismiss his case. Additionally requested return call.

- 08/19/2019: WCE e-email to David Miller requesting he call counsel to discuss Notice of Intent to Proceed and clarify whether he obtained new representation. E-mail sent to David.Miller@lonestar.edu.

- 08/28/2019: WCE call to David Miller. Detailed messages left at home and work numbers, expressing the need to confirm if he had retained new counsel or in the alternative, would he be allowing us to dismiss his case. Additionally requested return call.

- 08/28/2019: WCE e-mail to David Miller requesting immediate call to discuss if retained new counsel; in the alternative, would he allow dismissal of the case; or if has changed his mind and would like to participate in the Settlement Program. E-mail sent to David.Miller@lonestar.edu.

- 09/18/2019: WCE call to David Miller. Detailed messages left at home and work numbers, expressing the need to confirm if he had retained new counsel or in the alternative, would he allow counsel to dismiss his case. Additionally requested return call.

- 10/18/2019: WCE letter sent to David Miller at 13006 Park Ave., Conroe, TX 77384, via USPS Priority No. 9405 5102 0098 6881 0980 38, outlining previous discussions regarding case, previous attempts to contact him to discuss case, and requesting permission to dismiss the case. Letter further advised that if response was not received by October 31, 2019, Counsel would file a Motion to Withdraw with the Court [response was not received].

- 10/18/2019: WCE e-mail to David Miller forwarding a copy of 10/18/2019 letter mailed to David.Miller@lonestar.edu and band1@consolidated.net.

- 11/06/2019: WCE e-mail to David Miller following up on the 10/18/2019 letter sent, Counsel's October 31st deadline and forwarding Plaintiff Profile and Consent Form and Shot Form Plaintiff Fact Sheet for review. E-mail sent to David.Miller@lonestar.edu and band1@consolidated.net.

- 11/11/2019: WCE e-mail to David Miller following up on the details outlined in counsel's 10/18/2019 letter, whether he had retained new counsel, and alternatively, request for authorization to dismiss his case. E-mail sent to David.Miller@lonestar.edu and band1@consolidated.net.

- 11/12/2019: WCE call to David Miller. Detailed messages left at home and work numbers to return call to discuss case and whether new counsel obtained.

- 11/12/2019: WCE e-mail to David Miller requesting immediate call back to discuss case sent to David.Miller@lonestar.edu.

- 11/13/2019: WCE multiple calls to David Miller. Detailed messages left at home and work numbers to return call to discuss case and notifying Plaintiff of possibility to still enroll in the Xarelto Settlement Program.

- 11/13/2019: WCE e-mail to David Miller regarding the case and notifying Plaintiff of possibility to still enroll in the Xarelto Settlement Program and forwarded another set of enrollment documents for his execution if electing to enroll in the Xarelto Settlement Program. E-mail sent to David.Miller@lonestar.edu and band1@consolidated.net.

- 11/15/2019: BJA "Please Contact Us" letter sent to David Miller at 13006 Park Ave., Conroe, TX 77384 via regular first class mail, as well as email sent to David.Miller@lonestar.edu and band1@consolidated.net.

5. In each attempt to communicate with Mr. Miller referenced above, detailed information regarding the reason for the contact was left and the urgency with which we needed to speak to Mr. Miller was expressed. However, despite our diligent efforts, Mr. Miller has refused to respond.

6. At this point, Mr. Miller has failed to fulfill his duties and obligations as a plaintiff in his case.

Further Affiant sayeth not.

DATED this 19th day of November 2019.

_____
WENDY C. ELSEY
Matthews & Associates

SWORN TO and SUBSCRIBED before me this 21st day of November, 2019.

_____
Notary Public for the State of Texas
My Commission Expires 07/03/2022

[Notary Seal: Patrick Wayne Edwards, ID # 13163086-8, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES JULY 3, 2022]

4