UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | JURY TRIAL DEMAND |

**THIS DOCUMENT RELATES TO:**

*Miller et al v. Janssen Research & Development LLC et al*

**Civil Action No.: 2:15-cv-06024**

**ORDER GRANTING MOTION TO WITHDRAW**

Considering the forgoing Motion to Withdraw as Counsel,

IT IS HEREBY ORDERED that David P. Matthews, Wendy C. Elsey and the law firm of Matthews & Associates' Uncontested Motion for Leave to Withdraw as Counsel of Record Without Substitution for Plaintiff David Miller, Individually and as Representative of the Estate of Barbara Miller, Deceased, be and is hereby granted.

DONE and ORDERED in New Orleans, Louisiana, on this _____ day of _____ 2019.

_____
Judge Eldon E. Fallon

1