# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| ROBERT BAKER, ET AL<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC; JANSSEN ORTHO LLC;<br>JANSSEN PHARMACEUTICALS, INC.<br>f/k/a JANSSEN PHARMACEUTICA INC.<br>f/k/a ORTHO-MCNEIL-JANSSEN<br>PHARMACEUTICALS, INC.;<br>JOHNSON & JOHNSON COMPANY;<br>BAYER HEALTHCARE<br>PHARMACEUTICALS, INC.;<br>BAYER PHARMA AG; BAYER CORPORATION;<br>BAYER HEALTHCARE LLC; BAYER<br>HEALTHCARE AG; and BAYER AG,<br><br>　　　Defendants. | MDL NO. 2592<br><br>SECTION:　L<br><br>JUDGE:　ELDON E. FALLON<br>MAG. JUDGE SHUSHAN<br><br>**MOTION TO WITHDRAW DOCUMENTS**<br><br>Civil Action Nos.:<br>17-cv-18013;　19-cv-08528;<br>19-cv-00070;　18-cv-04759;<br>16-cv-06606;　19-cv-08513;<br>17-cv-01254;　19-cv-07064;<br>18-cv-14064;　16-cv-12769;<br>19-cv-07083;　17-cv-11104;<br>16-cv-11685;　16-cv-11694;<br>16-cv-01577;　18-cv-00202;<br>19-cv-07125;　16-cv-11701;<br>19-cv-07101;　16-cv-12325;<br>19-cv-07030;　16-cv-12345;<br>16-cv-12375;　19-cv-07735;<br>18-cv-04797;　16-cv-12348;<br>17-cv-07771;　16-cv-12352;<br>16-cv-14276;　18-cv-08558;<br>19-cv-07725;　16-cv-12358; AND<br>16-cv-12364 |

## ORDER

Considering Plaintiffs' *Ex Parte* Motion to Withdraw Documents, R. Doc. 17438;

**MDL 2592**

| Doc. No. | Date Filed | Individual Case No. |
|---|---|---|
| 16229 | September 20, 2019 | Robert Baker<br>2:17-cv-18013-EEF-MBN |
| 16231 | September 20, 2019 | William Belknap<br>2:19-cv-08528-EEF-MBN |
| 16238 | September 20, 2019 | John Bielawski |

| | | |
|---|---|---|
| 16239 | September 20, 2019 | 2:19-cv-00070-EEF-MBN<br>John Chitwood |
| 16240 | September 20, 2019 | 2:18-cv-04759-EEF-MBN<br>Andrea Crews |
| 16241 | September 20, 2019 | 2:16-cv-06606-EEF-MBN<br>Annie Dennard |
| 16236 | September 20, 2019 | 2:19-cv-08513-EEF-MBN<br>Onita Farris *as Representative of the Estate of Lola Latta* |
| 16242 | September 20, 2019 | 2:17-cv-01254-EEF-MBN<br>Raymond Fiday |
| 16243 | September 20, 2019 | 2:19-cv-07064-EEF-MBN<br>Carol Geraci |
| 16244 | September 20, 2019 | 2:18-cv-14064-EEF-MBN<br>Wendy Hardenbrook |
| 16245 | September 20, 2019 | 2:16-cv-12769-EEF-MBN<br>Augustus Ivy |
| 16246 | September 20, 2019 | 2:19-cv-07083-EEF-MBN<br>Lewis Kelly |
| 16452 | September 29, 2019 | 2:17-cv-11104-EEF-MBN<br>Ashley Baldwin *as Representative of the Estate of Edythe Lockett*<br>2:16-cv-11685 |
| 16258 | September 21, 2019 | Prentiss McPhail<br>2:16-cv-11694-EEF-MBN |
| 16259 | September 21, 2019 | Jerry McWaters<br>2:16-cv-01577-EEF-MBN |
| 16232 | September 20, 2019 | Gregory Michaelson<br>2:18-cv-00202-EEF-MBN |
| 16260 | September 21, 2019 | Walter Miller<br>2:19-cv-07125-EEF-MBN |
| 16456 | September 29, 2019 | Raymond Moore<br>2:16-cv-11701-EEF-MBN |
| 16261 | September 21, 2019 | Becky Morrison<br>2:19-cv-07101-EEF-MBN |
| 16262 | September 21, 2019 | Patricia Parrish<br> 2:16-cv-12325-EEF-MBN |
| 16263 | September 21, 2019 | Kimberly Ray<br>2:19-cv-07030-EEF-MBN |
| 16264 | September 21, 2019 | Trina Rayoum *as Representative of the Estate of Lucille Rayoum*<br>2:16-cv-12345-EEF-MBN |
| 16265 | September 21, 2019 | Everlyeen Russell<br>2:16-cv-12375-EEF-MBN |
| 16237 | September 20, 2019 | Juan Salazar *as Representative of the Estate of Karla Salazar*<br>2:19-cv-07735-EEF-MBN |
| 16233 | September 20, 2019 | Mary Schoettmer<br>2:18-cv-04797-EEF-MBN |
| 16457 | September 29, 2019 | Luke Scobel *as Representative of the Estate of Leslie Scobel*<br>2:16-cv-12348-EEF-MBN |

| | | |
|---|---|---|
| 16266 | September 21, 2019 | Edgar Scott<br>2:17-cv-07771-EEF-MBN |
| 16453 | September 29, 2019 | Jackie Meeks *as Representative of the Estate of Lorene Sledge*<br>2:16-cv-12352-EEF-MBN |
| 16267 | September 21, 2019 | Caroline Specht<br>2:16-cv-14276-EEF-MBN |
| 16234 | September 20, 2019 | Junetta Smith<br>2:18-cv-08558-EEF-MBN |
| 16235 | September 20, 2019 | Philip Turner<br>2:19-cv-07725-EEF-MBN |
| 16449 | September 29, 2019 | Margaret Williamson *as Representative of the Estate of Franklin Williamson*<br>2:16-cv-12358-EEF-MBN |
| 16268 | September 21, 2019 | Anthony Ziegler *as Representative of the Estate of Tarma Ziegler*<br>2:16-cv-12364-EEF-MBN |

**IT IS ORDERED** that Plaintiffs' *Ex Parte* Motion to Withdraw Stipulations of Dismissal with Prejudice for the documents listed above is hereby **GRANTED**. The Clerk is instructed to re-open the individual cases.

New Orleans, Louisiana this 18th day of November, 2019.

_____

United States District Judge