UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| *Shirley Palmer*, No. 2:14-cv-02918 | : : | MAGISTRATE JUDGE NORTH |
| | : | |

**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

Plaintiff was ordered to appear before the Court on October 7, 2019 to demonstrate that she had complied with CMO 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement. *See* Rec. Doc. Nos. 13608, 14877, 15257, 15416, 16218, 16219, 16868, 16875, and 17174. For the reasons set forth on the record during the October 7, 2019 Show Cause Hearing, the Hearing for Plaintiff was continued to November 1, 2019. *See* Rec. Doc. No. 17380. Plaintiff was therefore given another opportunity to appear before the Court to demonstrate that she had complied with CMO 12A. Plaintiff failed to appear before the Court on November 1, 2019. She failed to comply with CMO 12A and failed to otherwise show good cause as to why her case should not be dismissed with prejudice. Accordingly, for the reasons set forth on the record during the November 1, 2019 Show Cause Hearing;

**IT IS HEREBY ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 20th day of November, 2019.

*[signature: Eldon E. Fallon]*
United States District Judge