# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: STEPHEN M. SPEARS, Civil Action No. 2:15-cv-5019 | ) ) ) ) ) | SECTION L JUDGE FALLON MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Counsel for Plaintiff hereby suggests upon the record, pursuant to Rule 25, Fed. R. Civ. Proc. Rule, that Stephen M. Spears passed away on July 26, 2019. Counsel will file a motion to substitute Mr. Spears' son Jeff Spears and his daughter Cindy (Spears) Barrett so that the claims survive and the action proceeds.

THE KELLY FIRM

By: /s/ F. Dulin Kelly
F. Dulin Kelly, TN BPR No. 04085
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, Tennessee 37075
Phone: (615) 800-0000
Fax: (615) 824-2674
dulin@kellyfirm.net
clint@kellyfirm.net
*Attorneys for Plaintiff*

Dated: November 22, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 22, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ F. Dulin Kelly