UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION<br>This document relates to:<br><br>*JON CERASARO, ET AL v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.* | ) MDL #: 2592<br>) Section L:<br>) Judge Fallon<br>) Magistrate Judge North<br>)<br>)<br>) 2:17-cv-02398<br>)<br>) |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: November 25, 2019

                                                                                                  Respectfully submitted,

                                                                                                /s/ Christopher LoPalo
                                                                                            Christopher LoPalo, Esq.
                                                                                            Napoli Shkolnik PLLC
                                                                                            400 Broadhollow Rd. Suite 305
                                                                                            Melville, NY 11747
                                                                                            Tel: (212) 397-1000
                                                                                            Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 25, 2019

                                           /s/ Christopher LoPalo
                                           Christopher LoPalo, Esq.