UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION ) ) ) | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: STEPHEN M. SPEARS, Civil Action No. 2:15-cv-5019 ) ) ) ) ) | SECTION L JUDGE FALLON MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION
## FILED ON BEHALF OF STEPHEN M. SPEARS

Counsel for Jeff Spears and Cindy Barrett, the son and daughter and Personal Representatives of deceased Plaintiff, Stephen M. Spears, moves the Court to substitute them as Plaintiffs in place of Stephen M. Spears in this civil action as follows:

1. Stephen M. Spears passed away on July 26, 2019. A Suggestion of Death was filed.

2. Jeff Spears and Cindy Barrett, as substitution for Stephen M. Spears and as his personal representatives, will continue to move the pending cause of action forward.

3. Based on the foregoing, the Court should enter an order substituting Jeff Spears and Cindy Barrett as Plaintiffs in this lawsuit in place and instead of their father, Stephen M. Spears.

Wherefore, counsel for Jeff Spears and Cindy Barrett request the Court enter an order substituting them as Plaintiffs in place and instead of deceased Plaintiff, Stephen M. Spears.

**THE KELLY FIRM**

By: /s/ Clinton L. Kelly
F. Dulin Kelly, TN BPR No. 04085
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, Tennessee 37075
Phone: (615) 800-0000
Fax:    (615) 824-2674
dulin@kellyfirm.net
clint@kellyfirm.net
*Attorneys for Plaintiff*

Dated: November 25, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Clinton L. Kelly