UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *All Cases Listed on Attached Exhibit A* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

Plaintiffs identified on Exhibit A have filed lawsuits regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation* and failed to comply with Case Management Order 12A as identified on Exhibit A by Plaintiffs' Steering Committee ("PSC") and Defendants pursuant to Case Management Order ("CMO") No. 12B. Plaintiffs identified on Exhibit A have failed to comply with Case Management Order 12A but were not previously identified pursuant to the Court's Case Management Order 12B.

Pursuant to CMO No. 12B, Plaintiffs identified on Exhibit A are ordered to appear before this Court on December 12, 2019, at 10:30 a.m. to show cause as to why their cases should not be dismissed with prejudice for failure to comply with CMO No. 12A.

Plaintiffs' counsel is required to appear in person. Telephone attendance by counsel is not permitted. Plaintiffs (or their representatives) also are required to appear in person; provided, however, that: (i) a plaintiff spouse asserting only a loss of consortium claim is not required to attend if the plaintiff who was the Xarelto user appears in person, (ii) a plaintiff spouse may attend in place of the plaintiff who is the Xarelto user if the Xarelto user is unable to attend, and (iii) the

Court will entertain a written application by the plaintiff(s) or their representative to be excused from personal attendance at the hearing if a motion is made by December 5, 2019, demonstrating with particularity for that particular plaintiff that for medical necessity or other compelling reason the specific plaintiff or representative is unable to attend in person; if the case is brought on behalf of both the plaintiff who is a Xarelto user and the spouse, the application must show good cause for both the Xarelto user and the spouse to be excused.

Attendance at the hearing will be excused, based on a contention that plaintiff timely complied with CMO No. 12A only if the PSC and Defendants stipulate that the plaintiff is in compliance and so ordered by the Court.

Failure to show cause by appearing before this Court at 10:30 a.m. on December 12, 2019, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 25th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge