UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Barbara Schnitzer and Fred Schnitzer v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-9533

## ORDER

Considering Plaintiff's Motion for Reconsideration and to Vacate Dismissal and Reinstate Case, R. Doc. 17456;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs' case is reinstated.

New Orleans, Louisiana this 22nd day of November, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE