# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: **YOLUNDUS MURRIEL** Civil Action No. 2:19-cv-13139 | ) ) SECTION L ) ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH ) |

## ORDER

Considering the foregoing Motion for Substitution and Withdrawal of Counsel, R. Doc. 17462;

**IT IS ORDERED** that the Motion be and is **GRANTED**. Andrew H. Myers, Esquire of Wheeler Trigg O'Donnell LLP is allowed to withdraw as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced case and Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., are substituted in his place.

New Orleans, Louisiana, on this 22nd day of November, 2019.

United States District Judge