UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>YOLUNDUS R. MURRIEL<br>Civil Action No. 2:19-cv-13139 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17466;

**IT IS HEREBY ORDERED** that D. Alexander Harrell of Drinker Biddle & Reath LLP is withdrawn as counsel of record for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc. in this matter.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc.

New Orleans, Louisiana, on this 22nd day of November, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE