**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **:** | |
| | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| | **:** | **MAGISTRATE JUDGE NORTH** |
| | **:** | |
| | **:** | **JURY TRIAL DEMAND** |

**THIS DOCUMENT RELATES TO:**

*Miller et al v. Janssen Research & Development LLC et al*

**Civil Action No.: 2:15-cv-06024**

**ORDER**

Considering the foregoing Uncontested Motion to Withdraw as Counsel, R. Doc. 17468;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. David P. Matthews, Wendy C. Elsey and the law firm of Matthews & Associates are hereby allowed to withdraw as counsel for Plaintiff David Miller, Individually and as Representative of the Estate of Barbara Miller, Deceased.

New Orleans, Louisiana, on this 22nd day of November, 2019.

The Honorable Eldon E. Fallon
United States District Court Judge