UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *ALL CASES* | * | |
| | * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## **MOTION FOR ENTRY OF PRE-TRIAL ORDER**

NOW INTO COURT come Plaintiffs' Co-Liaison Counsel, who moves this Court for the entry of Pre-Trial Order as follows:

1.

In order to facilitate the resolution of liens asserted against certain individuals enrolled in the Xarelto Settlement Program so that such liens will be resolved prior to the distribution of settlement proceeds, it is requested that the Court enter a Qualified Protective Order Regarding Transmission and Receipt of personal health Information by the Lien Resolution Administrator in the Xarelto Settlement Agreement, copy attached as Exhibit "A."

2.

The Lien Resolution Administrator appointed by the Xarelto Plaintiffs' Counsel Leadership (XPCL) in the Xarelto Settlement is ARCHER Systems, LLC.

3.

The proposed Pre-Trial Order has been approved by Defendants who consent to the entry of the Pre-Trial Order.

WHEREFORE, mover prays that this motion be granted and that the court enter the proposed attached Pre-Trial Order (Qualified Protective Order Regarding Transmission and

Receipt of personal health Information by the Lien Resolution Administrator in the Xarelto Settlement Agreement).

Dated: December 2, 2019

Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

**Plaintiffs' Co-Liaison Counsel**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 2, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**