UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *ALL CASES* | * * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the Motion for Entry of Pre-Trial Order filed by Plaintiffs' Co-Liaison Counsel;

IT IS ORDERED BY THE COURT that the motion be and is hereby granted, and that the proposed Pre-Trial Order (Qualified Protective Order Regarding Transmission and Receipt of personal health Information by the Lien Resolution Administrator in the Xarelto Settlement Agreement) attached to the motion be entered filed and entered into the record.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge