IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HAZEL JONES, A Single Person,

    Plaintiff(s)

Vs.

BAYER PHARMA AG; BAYER
HEALTHCARE PHARMACEUTICALS
INC.; JANSSEN ORTHO LLC;
JANSSEN PHARMACEUTICALS, INC.,
f/k/a JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC, and JANSSEN
PHARMACEUTICALS INC.,

    Defendant(s)

MDL No. 2592
Case No. 2:19-cv-06904

**DISMISSAL OF CLAIM**

COMES NOW the undersigned on behalf of Hazel Jones and dismisses her claim under Case No. 2:19-cv-06904. This dismissal does not affect Plaintiff Hazel Jones' claim under Case No. 2:16-cv-16953.

Slater Slater Schulman, LLP, withdraws all claims on behalf of Hazel Jones under Case No. 2:19-cv-06904 and also states it has no claim under Hazel Jones' claim under Case No. 2:16-cv-16953.

SLATER SLATER SCHULMAN, LLP
445 Broad Hollow Road, Suite 419
Melville, NY 11747
631-420-9300

11/26/19
Date

JONATHAN E. SCHULMAN
jschulman@sssfirm.com