UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>ELIDA POMPA as administrator for and on behalf of the heirs of the ESTATE of JOSE GARZA,<br><br>      Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC et al., | MDL No. 2592<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>MOTION TO CORRECT CLERICAL ERROR IN FILING<br><br>Civil Action No.: 19-5987 |

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

    Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Elida Pompa, on behalf of the Estate of Jose Garza as the Plaintiff in the above captioned matter:

    1. Elida Pompa on behalf of the Estate of Jose Garza filed a products liability action on April 1, 2019.

    2. Due to a scrivners' error, the name Olega Hernandez was listed as the filing party.

    3 Elida Pompa is the administrator of the Estate and has been appointed as such.

    4. Elida Pompa, surviving child of Jose Garza is the proper party to be reflected in the materials. Olega Hernandez is not a proper party to this matter.

1

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of parties in this action.

Dated: December 4, 2019        Respectfully submitted,

By: /s/ Jeffrey C. Metler
Jeffrey C. Metler
Utah Bar No.:  10137
MACARTHUR HEDER & METLER
4844 N 300 W, Suite 300
Provo, UT 84604
Telephone: (801) 377-1900
Facsimile: (801) 377-1901
Email: jfilings@mhmlawoffices.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing MOTION TO CORRECT CLERICAL ERROR IN FILING has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trail Order No.17.

By: /s/ Jeffrey C. Metler
Jeffrey C. Metler
Utah Bar No.:  10137
MACARTHUR HEDER & METLER
4844 N 300 W, Suite 300
Provo, UT 84604
Telephone: (801) 377-1900
Facsimile: (801) 377-1901
Email: jfilings@mhmlawoffices.com