UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| ELIDA POMPA as administrator for and on behalf of the heirs of the ESTATE of JOSE GARZA, | JUDGE FALLON MAG. JUDGE NORTH |
| Plaintiff, | ORDER ON MOTION TO CORRECT CLERICAL ERROR IN FILING |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC et al., | Civil Action No.: 19-5987 |
| Defendants. | |

THIS MATTER, having come before the court on Plaintiff's Motion to Correct Clerical Error in Filing, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Elida Pompa, as administrator of the estate of Jose Garza, deceased, is the correct Plaintiff in this action and the Plaintiff's Motion to Correct Clerical Error in Filing Plaintiff is GRANTED.

DATED: _____.

_____
Hon. Eldon E. Fallon
United States District Court Judge