UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| | | JUDGE ELDON E. FALLON |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* No. 2:17-cv-05372 | | MAGISTRATE JUDGE NORTH |

## ORDER SETTING HEARING

Plaintiff filed a Motion to Re-Open and Reinstate Case. R. Doc. 17450. Defendants oppose the Motion. R. Doc. 17482. Accordingly;

**IT IS HEREBY ORDERED** that Plaintiff's Motion shall be heard on December 12, 2019, at 11:00 a.m., following the *Xarelto* monthly status conference, hearing on objections to the proposed settlement, and Order to Show Cause Hearing. Plaintiff's counsel is required to appear in person. Telephone attendance by counsel is not permitted. Failure to appear before this Court at 11:00 a.m. on December 12, 2019 will result in denial of Plaintiff's motion.

New Orleans, Louisiana, on this 5th day of December, 2019.

*/s/ Eldon E. Fallon*
United States District Judge