UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) &ast;  MDL 2592
PRODUCTS LIABILITY LITIGATION &ast;
           &ast;  SECTION L
THIS DOCUMENT RELATES TO: &ast;
           &ast;  JUDGE ELDON E. FALLON
*ALL CASES*      &ast;
           &ast;  MAGISTRATE JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Entry of Pre-Trial Order filed by Plaintiffs' Co-Liaison Counsel, R. Doc. 17484;

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The Court will issue a signed Pre-Trial Order to be filed into the record.

New Orleans, Louisiana, this 5th day of December, 2019.

               _____
               Eldon E. Fallon
               United States District Court Judge