UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| *Catherine Robinson, No. 19-06876* | * | JUDGE ELDON E. FALLON |
| *Deborah Anderson, No. 19-07007* | * | |
| *Gayle Sellers, No. 19-12205* | * | |
| *Francis Rixford, No. 19-06961* | * | |
| *George Malone, No. 19-06704* | * | |
| *Andre Hawley, No. 19-06794* | * | |
| *Thomas Kenny, No. 19-06806* | * | |
| *Doris Rotolo, No. 19-06706* | * | |
| *Claude Wood, No. 19-06997* | * | |
| *Curtis Jones, No. 19-06956* | * | |
| *Wallace La Londe, No. 19-06989* | * | |
| *Kathleen Brodkin, No. 19-06910* | * | |
| *Virginia Griffith, No. 19-06844* | * | |
| *Nancy Alexander, No. 19-06822* | * | |
| *Rafic Redwan, No. 19-06732* | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE THE RESPONSE OF THE PLAINTIFFS' STEERING COMMITTEE TO CERTAIN MOVANTS' OBJECTIONS AND REQUESTS CONCERNING THE MASTER SETTLEMENT AGREEMENT UNDER SEAL

NOW COME, the Plaintiffs' Steering Committee ("PSC"), who upon suggesting to the court that its Response to Certain Movants' Objections and Requests Concerning the Master Settlement Agreement contains and/or refers to confidential information that should not be made public and should be filed UNDER SEAL.

WHEREFORE, mover prays that this motion be granted and that the Response of the Plaintiffs' Steering Committee to Certain Movants' Objections and Requests Concerning the Master Settlement Agreement be filed herein UNDER SEAL.

Dated: December 6, 2019

Respectfully submitted,

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS (Bar No. 14190)**
*HERMAN, HERMAN & KATZ, LLC*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

*/s/ Gerald E. Meunier*
**GERALD E. MEUNIER (Bar No. 9471)**
*GAINSBURGH BENJAMIN DAVID*
    *MEUNIER & WARSHAUER, LLC*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Andy D. Birchfield, Jr. (Co-Lead Counsel)
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Email: Andy.Birchfield@BeasleyAllen.com

Brian H. Barr (Co-Lead Counsel)
316 Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7045
Fax: (850) 436-6044
Email: bbarr@levinlaw.com

Russell T. Abney
2100 RiverEdge Parkway,
Suite 720
Atlanta, Georgia 30328
Email: rabney@lawyerworks.com

Dr. Mark Alan Hoffman
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Phone: (215) 574-2000
Fax: (215) 574-3080
Email: mhoffman@rossfellercasey.com

Michael Goetz
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Phone: (813) 221-6581
Fax: (813) 222-4737
Email: MGoetz@ForThePeople.com

Neil D. Overholtz
17 E. Main Street , Suite 200
Pensacola, Florida 32501
Phone: (850) 916-7450
Fax: (850) 916-7449
Email: noverholtz@awkolaw.com

Bradley D. Honnold
11150 Overbrook Rd., Ste. 200
Leawood, KS 66211
Phone: (913) 266-2300
Fax: (913) 266-2366
Email: bhonnold@bflawfirm.com

Frederick Longer
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215-592-4663
Email: flonger@lfsblaw.com

Jeffrey S. Grand
Seeger Weiss
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: jgrand@seegerweiss.com

Roger C. Denton
100 S. 4th Street
St. Louis, MO 63102
Phone: (314) 621-6115
Email: rdenton@uselaws.com

Dianne M. Nast
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Phone: (215) 923-9300
Email: dnast@nastlaw.com

Ellen Relkin
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
Fax: (212) 344-5461
Email: Erelkin@weitzlux.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 6, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

                                                 */s/ Leonard A. Davis*
                                                 **LEONARD A. DAVIS**