UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| *Catherine Robinson, No. 19-06876* | * | JUDGE ELDON E. FALLON |
| *Deborah Anderson, No. 19-07007* | * | |
| *Gayle Sellers, No. 19-12205* | * | |
| *Francis Rixford, No. 19-06961* | * | |
| *George Malone, No. 19-06704* | * | |
| *Andre Hawley, No. 19-06794* | * | |
| *Thomas Kenny, No. 19-06806* | * | |
| *Doris Rotolo, No. 19-06706* | * | |
| *Claude Wood, No. 19-06997* | * | |
| *Curtis Jones, No. 19-06956* | * | |
| *Wallace La Londe, No. 19-06989* | * | |
| *Kathleen Brodkin, No. 19-06910* | * | |
| *Virginia Griffith, No. 19-06844* | * | |
| *Nancy Alexander, No. 19-06822* | * | |
| *Rafic Redwan, No. 19-06732* | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File the Response of the Plaintiffs' Steering Committee to Certain Movants' Objections and Requests Concerning the Master Settlement Agreement Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Response of the Plaintiffs' Steering Committee to Certain Movants' Objections and Requests Concerning the Master Settlement Agreement be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____

Eldon E. Fallon
United States District Court Judge