UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| *Catherine Robinson, No. 19-06876* | * | JUDGE ELDON E. FALLON |
| *Deborah Anderson, No. 19-07007* | * | |
| *Gayle Sellers, No. 19-12205* | * | |
| *Francis Rixford, No. 19-06961* | * | |
| *George Malone, No. 19-06704* | * | |
| *Andre Hawley, No. 19-06794* | * | |
| *Thomas Kenny, No. 19-06806* | * | |
| *Doris Rotolo, No. 19-06706* | * | |
| *Claude Wood, No. 19-06997* | * | |
| *Curtis Jones, No. 19-06956* | * | |
| *Wallace La Londe, No. 19-06989* | * | |
| *Kathleen Brodkin, No. 19-06910* | * | |
| *Virginia Griffith, No. 19-06844* | * | |
| *Nancy Alexander, No. 19-06822* | * | |
| *Rafic Redwan, No. 19-06732* | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**RESPONSE OF THE PLAINTIFFS' STEERING COMMITTEE TO CERTAIN MOVANTS' OBJECTIONS AND REQUESTS CONCERNING THE MASTER SETTLEMENT AGREEMENT**

# FILED UNDER SEAL