UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

| | |
|---|---|
| **Robinson, Catherine** <br> Civil Action No. 2:19-cv-06876 | **Anderson, Deborah** <br> Civil Action No. 2:19-cv-07007 |
| **Sellers, Gayle** <br> Civil Action No. 2:19-cv-12205 | **Rixford, Francis** <br> Civil Action No. 2:19-cv-06961 |
| **Malone, George** <br> Civil Action No. 2:19-cv-06704 | **Hawley, Andre** <br> Civil Action No. 2:19-cv-06794 |
| **Kenny, Thomas** <br> Civil Action No. 2:19-cv-06806 | **Rotolo, Doris** <br> Civil Action No. 2:19-cv-06706 |
| **Wood, Claude** <br> Civil Action No. 2:19-cv-06997 | **Jones, Curtis** <br> Civil Action No. 2:19-cv-06956 |
| **La Londe, Wallace** <br> Civil Action No. 2:19-cv-06989 | **Brodkin, Kathleen** <br> Civil Action No. 2:19-cv-06910 |
| **Griffith, Virginia** <br> Civil Action No. 2:19-cv-06844 | **Alexander, Nancy** <br> Civil Action No. 2:19-cv-06822 |
| **Redwan, Rafic** <br> Civil Action No. 2:19-cv-06732 | |

**DEFENDANTS' OPPOSITION TO MOVANTS' OBJECTIONS
TO SETTLEMENT AGREEMENT**

# FILED UNDER SEAL