**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                 SECTION L

THIS DOCUMENT RELATES TO:                       JUDGE ELDON E. FALLON

                                                 MAGISTRATE NORTH


**Robinson, Catherine**                         **Anderson, Deborah**
Civil Action No. 2:19-cv-06876                  Civil Action No. 2:19-cv-07007

**Sellers, Gayle**                              **Rixford, Francis**
Civil Action No. 2:19-cv-12205                  Civil Action No. 2:19-cv-06961

**Malone, George**                              **Hawley, Andre**
Civil Action No. 2:19-cv-06704                  Civil Action No. 2:19-cv-06794

**Kenny, Thomas**                               **Rotolo, Doris**
Civil Action No. 2:19-cv-06806                  Civil Action No. 2:19-cv-06706

**Wood, Claude**                                **Jones, Curtis**
Civil Action No. 2:19-cv-06997                  Civil Action No. 2:19-cv-06956

**La Londe, Wallace**                           **Brodkin, Kathleen**
Civil Action No. 2:19-cv-06989                  Civil Action No. 2:19-cv-06910

**Griffith, Virginia**                          **Alexander, Nancy**
Civil Action No. 2:19-cv-06844                  Civil Action No. 2:19-cv-06822

**Redwan, Rafic**
Civil Action No. 2:19-cv-06732


**DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL**
**DEFENDANTS' OPPOSITION TO MOVANTS' OBJECTIONS**
**TO SETTLEMENT AGREEMENT**

Pursuant to this Court's directive in Order Regarding December 12, 2019 Monthly Status

Conference (Doc. 17444), Defendants respectfully request leave of the Court to file the attached

Defendants' Opposition to Movants' Objections to Settlement Agreement under seal as it

contains information regarding settlement terms which the Court has requested be filed under

seal.

WHEREFORE Defendants pray that this motion be granted and the attached Defendants'

Opposition to Movants' Objections to Settlement Agreement be filed UNDER SEAL.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
chanda.miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc. and Janssen Research*
*& Development, LLC*

ARNOLD & PORTER LLP

By: /s/ Steven Glickstein
Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ John F. Olinde
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare*
*Pharmaceuticals Inc. and Bayer Pharma AG*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of December 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.


*/s/      John F. Olinde*