UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

| | |
|---|---|
| **Robinson, Catherine**<br>Civil Action No. 2:19-cv-06876 | **Anderson, Deborah**<br>Civil Action No. 2:19-cv-07007 |
| **Sellers, Gayle**<br>Civil Action No. 2:19-cv-12205 | **Rixford, Francis**<br>Civil Action No. 2:19-cv-06961 |
| **Malone, George**<br>Civil Action No. 2:19-cv-06704 | **Hawley, Andre**<br>Civil Action No. 2:19-cv-06794 |
| **Kenny, Thomas**<br>Civil Action No. 2:19-cv-06806 | **Rotolo, Doris**<br>Civil Action No. 2:19-cv-06706 |
| **Wood, Claude**<br>Civil Action No. 2:19-cv-06997 | **Jones, Curtis**<br>Civil Action No. 2:19-cv-06956 |
| **La Londe, Wallace**<br>Civil Action No. 2:19-cv-06989 | **Brodkin, Kathleen**<br>Civil Action No. 2:19-cv-06910 |
| **Griffith, Virginia**<br>Civil Action No. 2:19-cv-06844 | **Alexander, Nancy**<br>Civil Action No. 2:19-cv-06822 |
| **Redwan, Rafic**<br>Civil Action No. 2:19-cv-06732 | |

## ORDER

Considering Defendants' *Ex Parte* Motion for Leave to file Under Seal Defendants' Opposition to Movants' Objections to Settlement Agreement:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Opposition to Movants' Objections to Settlement Agreement (Doc. 17499) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of December, 2019.

                                              _____
                                              ELDON E. FALLON
                                              UNITED STATES DISTRICT COURT JUDGE