UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| *Catherine Robinson, No. 19-06876* | * | JUDGE ELDON E. FALLON |
| *Deborah Anderson, No. 19-07007* | * | |
| *Gayle Sellers, No. 19-12205* | * | |
| *Francis Rixford, No. 19-06961* | * | |
| *George Malone, No. 19-06704* | * | |
| *Andre Hawley, No. 19-06794* | * | |
| *Thomas Kenny, No. 19-06806* | * | |
| *Doris Rotolo, No. 19-06706* | * | |
| *Claude Wood, No. 19-06997* | * | |
| *Curtis Jones, No. 19-06956* | * | |
| *Wallace La Londe, No. 19-06989* | * | |
| *Kathleen Brodkin, No. 19-06910* | * | |
| *Virginia Griffith, No. 19-06844* | * | |
| *Nancy Alexander, No. 19-06822* | * | |
| *Rafic Redwan, No. 19-06732* | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Leave to File the Response of the Plaintiffs' Steering Committee to Certain Movants' Objections and Requests Concerning the Master Settlement Agreement Under Seal, R. Doc. 17496;

**IT IS ORDERED** that the motion is **GRANTED** and the Response of the Plaintiffs' Steering Committee be and is hereby filed **UNDER SEAL**.

New Orleans, Louisiana, this 6th day of December, 2019.

_____
Eldon E. Fallon
United States District Court Judge