UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

| | |
|---|---|
| **Robinson, Catherine** Civil Action No. 2:19-cv-06876 | **Anderson, Deborah** Civil Action No. 2:19-cv-07007 |
| **Sellers, Gayle** Civil Action No. 2:19-cv-12205 | **Rixford, Francis** Civil Action No. 2:19-cv-06961 |
| **Malone, George** Civil Action No. 2:19-cv-06704 | **Hawley, Andre** Civil Action No. 2:19-cv-06794 |
| **Kenny, Thomas** Civil Action No. 2:19-cv-06806 | **Rotolo, Doris** Civil Action No. 2:19-cv-06706 |
| **Wood, Claude** Civil Action No. 2:19-cv-06997 | **Jones, Curtis** Civil Action No. 2:19-cv-06956 |
| **La Londe, Wallace** Civil Action No. 2:19-cv-06989 | **Brodkin, Kathleen** Civil Action No. 2:19-cv-06910 |
| **Griffith, Virginia** Civil Action No. 2:19-cv-06844 | **Alexander, Nancy** Civil Action No. 2:19-cv-06822 |
| **Redwan, Rafic** Civil Action No. 2:19-cv-06732 | |

## ORDER

Considering Defendants' *Ex Parte* Motion for Leave to File Under Seal Defendants' Opposition to Movants' Objections to Settlement Agreement, R. Doc. 17500;

**IT IS ORDERED** that the motion be and is **GRANTED**. Defendants' Opposition to Movants' Objections to Settlement Agreement, R. Doc. 17499, shall be **FILED UNDER SEAL.**

New Orleans, Louisiana, this 6th day of December, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE