UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR
DECEMBER 12, 2019 STATUS CONFERENCE**

1. Settlement

2. Next Steps in Litigation

3. Pre-Trial Orders

4. Case Management Orders

5. Counsel Contact Information Form

6. Plaintiff and Defendant Fact Sheets

7. Service of Process on Defendants

8. Preservation Order

9. Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians.

10. Bellwether Cases

11. State/Federal Coordination

12. Next Status Conference

13. Show Cause Hearings