UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANTS' JOINT BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO RE-OPEN AND REINSTATE HER CASE

**NOW INTO COURT** comes, **Nicole Nails Stone**, Individually and as Executrix of the Estate of Raymond Fulton Nails who wishes to address the issues raised in Defendants' brief.

Thomas Dunn, an associate at Damon J. Baldone & Associates, A Professional Law Corporation, on November 13, 2019, conducted a telephone conference with defense attorney and liaison counsel, Jerald Munier. Mr. Dunn advised Mr. Munier of the plaintiff's upcoming Motion to Re-Open and Reinstate the Case. Mr. Munier advised Mr. Dunn that he had no objection to the filing of the Motion.

Plaintiff seeks relief from the Judgment of this Honorable Court based on Rule 60 (1) mistake, inadvertence, surprise, or excusable neglect.

When Plaintiff's counsel learned of the settlement reached in the Xarelto case, he conferred with his client and the decision was made to opt out of the settlement program. Plaintiff then complied with Case Management Orders 10 - 12A in order to opt out of the settlement program.

Plaintiff's counsel had been in constant contact with employees of Brown and Greer to make sure that all of the requirements to opt out of the settlement had been met.

On April 10, 2019, Jade Samuel with Brown Greer reached out to Plaintiff's counsel and introduced herself as my law firm's contact for the Xarelto Settlement Program. See attached Exhibit 1. On April 19, 2019, Shekinah Walle with Brown Greer emailed the Registration Spreadsheet on behalf of Jade Samuel. On April 23, 2019, Tom Dunn emailed Ms. Walle back the completed Registration Spreadsheet. See Attached Exhibit 2. On April 29, 2019, an email from Jade Samuel to Tom Dunn confirmed that 21864 Nicole N. Stone and 22460 Raymond Nails had been registered. See Attached Exhibit 3. On August 22, 2019, Daniel Sindhu with Baron and Budd sent an email to Tom Dunn stating that an Order to Show Cause Regarding Plaintiff's Failure to Comply with Supplemental Registration Requirements of Case Management Order No. 10 was issued. See Attached Exhibit 4. On August 27, 2019, Damon Baldone reached out to Brown Greer via email asking them for assistance immediately to resolve the supplemental registration requirements. John Applin from Brown Greer replied the same day advising that plaintiff's counsel provided the supplemental registration data to Susan Sharko with Drinker Biddle & Reath, LLP. The supplemental information was provided and plaintiff's

counsel was advised that the next day's court appearance was no longer necessary. See Attached Exhibit 5. Plaintiff's counsel was advised by Jade Samuel that all the necessary documents to opt out of the settlement had been complied with and nothing else was needed.

On October 8, 2019, plaintiff's counsel asked Jade Samuel of Brown Greer "What is the next step? Has the Judge issued any orders on how he will be handling the cases that opted out of the settlement?" On that same day Ms. Samuel answered plaintiff's counsel: "No, I don't have that information as of right now. When I do I will give you an update." On November 12, 2019, plaintiff's counsel sent the following email to Jade:

"I wanted to get an update from you. My firm filed all the necessary paperwork for the claim on the death of Raymond Nails to opt out of the settlement program. When we last spoke you said we had all our paperwork filed and you would be in touch with us regarding the next step. However when looking at Judge Fallon's order dismissing with prejudice plaintiffs claim, Raymond Nails is listed as one of the cases dismissed.

Can you help clarify why Raymond Nails' case was listed as dismissed with prejudice when we complied with the order to opt out of the settlement program? Is this a mistake that needs to be corrected?" See Exhibit 6.

Jade replied on November 13, 2019, stating that the case had been dismissed because CMO 12A was not in compliance. See Exhibit 7.

At that time plaintiff's counsel then contacted Judge Fallon's law clerk, Urjita Sudula, who advised that a Motion to Re-Open and Reinstate the Case needed to be filed.

Plaintiff's counsel kept an open line of communication with Brown Greer, the plaintiff's liaison. The entire time plaintiff's counsel was advised that all of the necessary documents to opt out of the settlement program had been filed. Plaintiff was just waiting on further instructions on how the Court was going to proceed with claimants who opted out of the settlement.

Defenses' next concern is that the Notice of Intent to Proceed was signed by Plaintiff's counsel and not by Plaintiff herself. Plaintiff's counsel interpreted that Notice of Intent to be a pleading of the court as it is captioned identical to a pleading. In the 27 years of practice undersigned counsel has always signed all pleadings in his capacity of representing his clients. However an original signature of Nicole Nails Stone in her individual capacity and as the Executrix of the Estate of Raymond Fulton Nails will be presented in open court and filed on December 12, 2019.

Defenses' also mentioned in their brief that the expert report is not dated, is not signed, and is from a medical doctor from India. Case Management Order 11 B iv does not require the report to be dated, signed, or that the medical doctor be a citizen of the United States. If it pleases the court, plaintiff would be happy to supplement the record with a dated and signed copy if necessary. This expert report does comply with CMO 11 B iv.

In summary, Plaintiff's counsel, under the direction of Brown Greer, was under the assumption that the cases had been opted out of the settlement and were waiting on further instructions from the court or Brown Greer on how and when to proceed.

Respectfully submitted:

Damon J. Baldone & Associates, APLC


Damon J. Baldone, (LBN 21997)
Thomas E. Dunn, (LBN 5185)
162 New Orleans Boulevard
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
Email: dbaldone@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

**Damon J. Baldone**

Mail - Damon Baldone - Outlook

## Fw: law firm contact for the Xarelto Settlement Program

Damon Baldone

Wed 4/10/2019 10:06 AM

To: Prune Carrere <angela@baldonerealestate.com>

Prune:

Print out this email and put in my box.

Damon J. Baldone
Damon J. Baldone, A Professional Law Corporation
162 New Orleans Boulevard
Houma, Louisiana 70364
(985) 868-3427

From: Gwen Levron <gwen@baldonelaw.com>
Sent: Wednesday, April 10, 2019 9:05:41 AM
To: dbaldone@hotmail.com
Subject: Fwd: law firm contact for the Xarelto Settlement Program

Sent from my iPhone

Begin forwarded message:

> From: Jade Samuel <jsamuel@browngreer.com>
> Date: April 10, 2019 at 7:00:42 AM PDT
> To: "damon@baldonelaw.com" <damon@baldonelaw.com>
> Subject: law firm contact for the Xarelto Settlement Program

Counsel:
I am emailing to introduce myself as your law firm contact for the Xarelto Settlement Program. I will help you with any of your questions or needs in this Program. We are working diligently to finalize the Enrollment process and will keep you updated by posting Alerts on the Xarelto MDL Centrality homepage. I will contact you directly about any information specific to your clients.

My contact information is in my email signature below. Feel free to call or email me with any questions or needs you have. I look forward to working with you in this new Program.

Thank you,

**Jade Samuel**
Law Firm Contact
**BROWNGREER PLC**



PLAINTIFF'S
EXHIBIT

250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 521-3767 Ext.5209
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email*

**Thomas Dunn**

| | |
|---|---|
| **From:** | Thomas Dunn [thomas@baldonelaw.com] |
| **Sent:** | Tuesday, April 23, 2019 1:37 PM |
| **To:** | 'Shekinah G. Waller'; 'Damon Baldone'; 'Gwen Levron' |
| **Subject:** | RE: Xarelto Settlement Program: Registration Spreadsheet |
| **Attachments:** | Damon J  Baldone and Associates APLC - 15 Day Registration.xlsx |

Dear Ms. Waller:  Please find attached the spreadsheet you requested that we complete.  As we discussed by telephone, Raymond Nails was deceased when his daughter hired us.  We filed the first suit with Raymond Nails as the plaintiff....then filed a second suit with his daughter, Nicole Stone, as executrix of his estate named as plaintiff. Both suits were filed in the Eastern District of Louisiana.

Tom Dunn


**Thomas E. Dunn**
**Attorney at Law**
**Damon J. Baldone & Associate**
**162 New Orleans Blvd.**
**Houma, LA 70364**
**Phone: (985) 868-3427**
**Fax: (985) 872-2319**


**From:** Shekinah G. Waller [mailto:swaller@browngreer.com]
**Sent:** Friday, April 19, 2019 11:59 AM
**To:** thomas@baldonelaw.com
**Cc:** Jade Samuel
**Subject:** Xarelto Settlement Program: Registration Spreadsheet

Counsel:

I am sending this Registration Spreadsheet on behalf of your Law Firm Contact Jade.  Please fill out the attached spreadsheet and email it back to me at your earliest convenience.

Thank you,

**Shekinah G. Waller**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (888) 521-3767 Extension: 4713
Facsimile:   (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

PLAINTIFF'S
EXHIBIT

2

**Thomas Dunn**

| | |
|---|---|
| **From:** | Jade Samuel [jsamuel@browngreer.com] |
| **Sent:** | Monday, April 29, 2019 10:50 AM |
| **To:** | Thomas Dunn |
| **Subject:** | registration complete |

Hi Thomas,

The two PIDs below have now been registered.

| 21864 | STONE, NICOLE N |
|---|---|
| 22460 | NAILS, RAYMOND |

**Jade Samuel**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (888) 521-3767 Ext.5209
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email*



1

**Gwen Levron**

| | |
|---|---|
| **From:** | Sindhu Daniel [sdaniel@baronbudd.com] |
| **Sent:** | Thursday, August 22, 2019 5:53 PM |
| **To:** | gwen@baldonelaw.com; tomdunn32@gmail.com |
| **Subject:** | RE: Activity in Case 2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation Order to Show Cause |
| **Importance:** | High |

Please see my email below.  Thanks.

**From:** Sindhu Daniel
**Sent:** Friday, August 16, 2019 4:22 PM
**To:** gwen@baldonelaw.com; tomdunn32@gmail.com
**Subject:** FW: Activity in Case 2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation Order to Show Cause

Counsel,

I am reaching out to you on behalf of the Plaintiffs' Leadership.  Attached please find the Order to Show Cause Regarding Plaintiffs' Failure to Comply with Supplemental Registration Requirements of Case Management Order No. 10.  The defendant alleges that you have failed to register the case(s) listed below:

| Docket No. | Plaintiff | Counsel |
|---|---|---|
| 2:17-cv-05372 | Stone, Nicole Nails, Individually and as Executrix of the Estate of Raymond Fulton Nails | Damon J. Baldone & Associates |

If it is your position that you provided Supp. Registration Data to Brown Greer, please let us know as soon as possible in case there was a problem with the formatting of how your firm provided the data to Brown Greer in the bulk upload of spreadsheets.  We don't want cases to be dismissed due to a technical issue.  Please let me know how you plan to handle for the OTSC hearing on August 28, 2019 at 8:30 a.m. CT.  Thanks.

Sindhu

**Sindhu S. Daniel**
Shareholder

214.521.3605 main
sdaniel@baronbudd.com
www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Los Angeles
San Diego | New Jersey | New York | Washington, D.C. | Chico

**From:** Efile_Notice@laed.uscourts.gov <Efile_Notice@laed.uscourts.gov>
**Sent:** Thursday, August 8, 2019 4:53 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation Order to Show Cause

1



This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 8/8/2019 at 4:52 PM CDT and filed on 8/8/2019

| | |
|---|---|
| **Case Name:** | In Re: Xarelto (Rivaroxaban) Products Liability Litigation |
| **Case Number:** | 2:1· π 0259 EE MB |
| **Filer** | |
| **Document Number:** | 1488 |

## Docket Text:
**ORDER TO SHOW CAUSE as to Plaintiffs Listed on Exhibit A, re: [14808] MOTION for Order to Show Cause** *Regarding Plaintiffs Failure to Comply with the Supplemental Requirements of Case Management Order N. 10* **Show Cause Hearing set for 8/28/2019 08:30 AM CT before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 8/8/2019. (Attachments: # (1) Exhibit A)(Reference: Cases listed on Exhibit A)(jeg)**

**Gwen Levron**

| | |
|---|---|
| **From:** | Miller, Chanda A. [Chanda.Miller@dbr.com] |
| **Sent:** | Tuesday, August 27, 2019 5:30 PM |
| **To:** | Sharko, Susan M |
| **Cc:** | Damon Baldone; John Applin; Sindhu Daniel; Gwen Levron; Jake Woody; Andrew Oxenreiter; David Smith; Emily Engle |
| **Subject:** | Re: Xarelto |

Damon -

We understand that you have provided the requisite supplemental registration data for Nicole Nails Stone OBO Raymond Nails. Defendants will withdraw the motion without prejudice as to your client and will advise Judge Fallon accordingly in the morning. You do not need to dial in for the hearing.

Thank you,
Chanda

On Aug 27, 2019, at 6:09 PM, Sharko, Susan M <Susan.Sharko@dbr.com> wrote:

> My colleague Chanda Miller will get back to you if she hasn't already, she is handling the hearing. Thank you.
>
> **From:** Damon Baldone <dbaldone@hotmail.com>
> **Sent:** Tuesday, August 27, 2019 1:36 PM
> **To:** John Applin <japplin@browngreer.com>; Sindhu Daniel <sdaniel@baronbudd.com>; Sharko, Susan M <Susan.Sharko@dbr.com>; Gwen Levron <gwen@baldonelaw.com>
> **Cc:** Jake Woody <jswoody@browngreer.com>; Andrew Oxenreiter <aoxenreiter@browngreer.com>; David Smith <dsmith@browngreer.com>; Emily Engle <eengle@browngreer.com>
> **Subject:** Re: Xarelto
>
> Susan:
>
> First I want to apologize for not submitting the Supplemental Enrollment for Nicole Nails for the death of her father, Raymond Nails. My office had thought this had been completed but it was not. My associate also went in for a stent and his aorta was punctured so he as been out of the office for the last three weeks and his emails slipped through the cracks.
>
> I have just completed the Supplemental Enrollment and I wanted to confirm with you that this satisfies your requirement and the Motion to Dismiss my client's claim is now moot. Please confirm this as well as confirm that I do not have to appear by phone or in person for the Motion to Dismiss tomorrow.
>
> Damon J. Baldone
> Damon J. Baldone, A Professional Law Corporation
> 162 New Orleans Boulevard
> Houma, Louisiana 70364
> (985) 868-3427



PLAINTIFF'S EXHIBIT
5
tabbies

**From:** John Applin <japplin@browngreer.com>
**Sent:** Tuesday, August 27, 2019 3:29 PM
**To:** Damon Baldone <dbaldone@hotmail.com>; Sindhu Daniel <sdaniel@baronbudd.com>
**Cc:** Jake Woody <jswoody@browngreer.com>; Andrew Oxenreiter <aoxenreiter@browngreer.com>;
David Smith <dsmith@browngreer.com>; Emily Engle <eengle@browngreer.com>
**Subject:** RE: Xarelto

I wanted to quickly follow up to indicate that I called Mr. Baldone and directed him to where he
could provide the supplemental registration data for this plaintiff. Per our phone call, Susan
Sharko's email is Susan.Sharko@dbr.com. She is with Drinker Biddle & Reath LLP. She asked
us to direct counsel to contact her in case they think they should be excused from attending the
show cause hearing tomorrow. We are providing her with updates as to which plaintiffs have
complied with CMO 10 but you should also contact her to make sure you don't have to appear
tomorrow.

Thanks,
John

**From:** Damon Baldone <dbaldone@hotmail.com>
**Sent:** Tuesday, August 27, 2019 4:17 PM
**To:** Sindhu Daniel <sdaniel@baronbudd.com>; John Applin <japplin@browngreer.com>
**Cc:** Jake Woody <jswoody@browngreer.com>; Andrew Oxenreiter <aoxenreiter@browngreer.com>;
David Smith <dsmith@browngreer.com>
**Subject:** Re: Xarelto

Brown Greer:

Please call my cell phone at 985-856-3427 or my office at 985-868-3427 immediately to help
me resolve this situation.

Damon J. Baldone
Damon J. Baldone, A Professional Law Corporation
162 New Orleans Boulevard
Houma, Louisiana 70364
(985) 868-3427

**From:** Sindhu Daniel <sdaniel@baronbudd.com>
**Sent:** Tuesday, August 27, 2019 3:09 PM
**To:** John Applin <japplin@browngreer.com>; dbaldone@hotmail.com <dbaldone@hotmail.com>
**Cc:** Jake Woody <jswoody@browngreer.com>; Andrew Oxenreiter <aoxenreiter@browngreer.com>;
David Smith <dsmith@browngreer.com>
**Subject:** Xarelto

Brown Greer, could someone reach out to Damon Baldone (I HAVE ADDED HIM TO THIS EMAIL) so he
can complete the supplemental registration information asap? I have listed the case in question below.
It is BG ID 22460. Thanks.

Sindhu

| 2:17-cv-05372 | Stone, Nicole Nails, Individually and as Executrix of the Estate of Raymond Fulton Nails | Damon J. Baldone & Associates |
|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Dorothy Bolinsky, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail - Damon Baldone - Outlook

## Re: Ineligibility Notice (Raymond Nails)

Damon Baldone

Tue 11/12/2019 1:55 PM

To: Jade Samuel <jsamuel@browngreer.com>; Damon Baldone <damon@baldonelaw.com>; Gwen Levron
<gwen@baldonelaw.com>; Thomas Dunn <thomas@baldonelaw.com>

Jade:

I wanted to get an update from you. My firm filed all the necessary paperwork for the claim on the
death of Raymond Nails to opt out of the settlement program. When we last spoke you said we had all
our paperwork filed and you would be in touch with us regarding the next step. However when looking
at Judge Fallon's order dismissing with prejudice plaintiffs claim, Raymond Nails is listed as one of the
cases dismissed.

Can you help clarify why Raymond Nails case was listed as dismissed with prejudice when we complied
with the order to opt out of the settlement program? Is this a mistake that needs to be corrected?

Damon J. Baldone
Damon J. Baldone, A Professional Law Corporation
162 New Orleans Boulevard
Houma, Louisiana 70364
(985) 868-3427

---

From: Damon Baldone <dbaldone@hotmail.com>
Sent: Friday, October 18, 2019 10:14 AM
To: Jade Samuel <jsamuel@browngreer.com>; Damon Baldone <damon@baldonelaw.com>; Gwen Levron
<gwen@baldonelaw.com>
Subject: Re: Ineligibility Notice (Raymond Nails)

Jade:

Thanks. Please keep me updated.

Damon J. Baldone
Damon J. Baldone, A Professional Law Corporation
162 New Orleans Boulevard
Houma, Louisiana 70364
(985) 868-3427

---

From: Jade Samuel <jsamuel@browngreer.com>
Sent: Friday, October 18, 2019 10:13 AM
To: Damon Baldone <dbaldone@hotmail.com>; Damon Baldone <damon@baldonelaw.com>; Gwen Levron
<gwen@baldonelaw.com>
Subject: RE: Ineligibility Notice (Raymond Nails)

Damon,

PLAINTIFF'S
EXHIBIT
6

No, I do not have that information as of right now. When I do I will give you an update.

Thanks,
Jade

**From:** Damon Baldone <dbaldone@hotmail.com>
**Sent:** Friday, October 18, 2019 11:11 AM
**To:** Damon Baldone <damon@baldonelaw.com>; Jade Samuel <jsamuel@browngreer.com>; Gwen Levron <gwen@baldonelaw.com>
**Subject:** Re: Ineligibility Notice (Raymond Nails)

Jade:

Thanks.

Raymond Nails was the only Xarelto case that my firm in handling.  What is the next step?  Has the Judge issued any orders on how he will be handling the cases that opted out of the settlement?

Damon J. Baldone
Damon J. Baldone, A Professional Law Corporation
162 New Orleans Boulevard
Houma, Louisiana  70364
(985) 868-3427

---

**From:** Damon Baldone <damon@baldonelaw.com>
**Sent:** Friday, October 18, 2019 10:03 AM
**To:** 'Damon Baldone' <dbaldone@hotmail.com>
**Subject:** FW: Ineligibility Notice (Raymond Nails)

---

**From:** Jade Samuel [mailto:jsamuel@browngreer.com]
**Sent:** Friday, October 18, 2019 9:47 AM
**To:** damon@baldonelaw.com
**Subject:** Ineligibility Notice

Good Morning,

In regards to the Ineligibility Notice you do not need to do anything if you agree with the Notice.

Thanks,

**Jade Samuel**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (888) 521-3767 Ext.5209
Facsimile:   (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email*

**Gwen Levron**

| | |
|---|---|
| **From:** | Jade Samuel [jsamuel@browngreer.com] |
| **Sent:** | Wednesday, November 13, 2019 10:23 AM |
| **To:** | Damon Baldone; Damon Baldone; Gwen Levron; Thomas Dunn |
| **Subject:** | RE: Ineligibility Notice (Raymond Nails) |
| **Attachments:** | EXHIBIT A TO ORDER DISMISSING WITH PREJUDICE PLAINTIFFS IN REC. DOC. 17174 WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A.pdf; ORDER DISMISSING WITH PREJUDICE PLAINTIFFS IN REC. DOC. 17174 WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A.pdf |

Damon,

Sorry for the late response, I had my team look further into this. Raymond Nails case was dismissed because you did not comply with CMO 12A. If you would like to reinstate the case you would need to contact the courts.

| 132 | 22460 | 2:17-cv-05372 | Stone, Nicole Nails | Damon J. Baldone & Associates | Damon J. Baldone Associates, APLC |
|---|---|---|---|---|---|

DWP on 10/15 for failure to comply with Court Management Order 12A.

Thanks,
Jade

**From:** Damon Baldone <dbaldone@hotmail.com>
**Sent:** Tuesday, November 12, 2019 2:55 PM
**To:** Jade Samuel <jsamuel@browngreer.com>; Damon Baldone <damon@baldonelaw.com>; Gwen Levron <gwen@baldonelaw.com>; Thomas Dunn <thomas@baldonelaw.com>
**Subject:** Re: Ineligibility Notice (Raymond Nails)

Jade:

I wanted to get an update from you. My firm filed all the necessary paperwork for the claim on the death of Raymond Nails to opt out of the settlement program. When we last spoke you said we had all our paperwork filed and you would be in touch with us regarding the next step. However when looking at Judge Fallon's order dismissing with prejudice plaintiffs claim, Raymond Nails is listed as one of the cases dismissed.

Can you help clarify why Raymond Nails case was listed as dismissed with prejudice when we complied with the order to opt out of the settlement program? Is this a mistake that needs to be corrected?

Damon J. Baldone

Damon J. Baldone, A Professional Law Corporation

162 New Orleans Boulevard

Houma, Louisiana 70364

1



(985) 868-3427

---

**From:** Damon Baldone <dbaldone@hotmail.com>
**Sent:** Friday, October 18, 2019 10:14 AM
**To:** Jade Samuel <jsamuel@browngreer.com>; Damon Baldone <damon@baldonelaw.com>; Gwen Levron <gwen@baldonelaw.com>
**Subject:** Re: Ineligibility Notice (Raymond Nails)

Jade:

Thanks.  Please keep me updated.


Damon J. Baldone

Damon J. Baldone, A Professional Law Corporation

162 New Orleans Boulevard

Houma, Louisiana  70364

(985) 868-3427

---

**From:** Jade Samuel <jsamuel@browngreer.com>
**Sent:** Friday, October 18, 2019 10:13 AM
**To:** Damon Baldone <dbaldone@hotmail.com>; Damon Baldone <damon@baldonelaw.com>; Gwen Levron <gwen@baldonelaw.com>
**Subject:** RE: Ineligibility Notice (Raymond Nails)

Damon,

No, I do not have that information as of right now. When I do I will give you an update.

Thanks,
Jade

---

**From:** Damon Baldone <dbaldone@hotmail.com>
**Sent:** Friday, October 18, 2019 11:11 AM
**To:** Damon Baldone <damon@baldonelaw.com>; Jade Samuel <jsamuel@browngreer.com>; Gwen Levron <gwen@baldonelaw.com>
**Subject:** Re: Ineligibility Notice (Raymond Nails)

Jade:

Thanks.

2

Raymond Nails was the only Xarelto case that my firm in handling. What is the next step? Has the Judge issued any orders on how he will be handling the cases that opted out of the settlement?

Damon J. Baldone

Damon J. Baldone, A Professional Law Corporation

162 New Orleans Boulevard

Houma, Louisiana  70364

(985) 868-3427

---

**From:** Damon Baldone <damon@baldonelaw.com>
**Sent:** Friday, October 18, 2019 10:03 AM
**To:** 'Damon Baldone' <dbaldone@hotmail.com>
**Subject:** FW: Ineligibility Notice (Raymond Nails)

---

**From:** Jade Samuel [mailto:jsamuel@browngreer.com]
**Sent:** Friday, October 18, 2019 9:47 AM
**To:** damon@baldonelaw.com
**Subject:** Ineligibility Notice

Good Morning,

In regards to the Ineligibility Notice you do not need to do anything if you agree with the Notice.

Thanks,

**Jade Samuel**
Law Firm Contact
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (888) 521-3767 Ext.5209
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email*