UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Elida Pompa, as Administrator for and on Behalf of the Heirs of the Estate of Jose Garza v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-5987

## ORDER

The Court, after considering the Plaintiff's Motion to Correct Clerical Error in Filing, R. Doc. 17490, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Elida Pompa, surviving child of Jose Garza, is substituted for Olega Hernandez as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of December, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE