UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *James Atchison, No. 2:16-cv-12242* | : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 10**

Plaintiff's case was raised by Defendants as having failed to comply with the supplemental registration requirements in CMO 10. R. Doc. 14808. Plaintiff has been ordered to show cause as to why his case should not be dismissed with prejudice. R. Doc. 14887. For the reasons stated on the record at the August 28, 2019 Show Cause Hearing, Plaintiff was given until September 12, 2019 to remedy the issues raised by Defendants' Motion. R. Doc. 15344. For the reasons stated on the record during the September 12, 2019 Show Cause Hearing,

**IT IS HEREBY ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 12th day of December, 2019.

*[signature: Eldon E. Fallon]*
United States District Judge