UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. __2592__ | Plaintiff: _Nicole Nails Stone, Individually And as The Executrix of the Estate of Raymond Fulton Nails_ |

NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Nicole Nails Stone_, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _12-12-19_

_Nicole Nails Stone_
Signature of Plaintiff

_Nicole Nails Stone_
Print Name of Signing Plaintiff