MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L (5) |
| THIS DOCUMENT RELATES TO: REF: Various Cases | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Wheeler

Appearances:  Mike Love, Esq. for Plaintiffs
  Andy Birchfield, Esq. for the Plaintiffs' Steering Committee
  Steve Glickstein, Esq., for Defendants

SEALED Objections of Movants, to Certain Punitive Terms Contained in the Proposed "Private Settlement" (17467)

After oral argument – Matter was taken under submission

JS10:   1:45