MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L (5) |
| THIS DOCUMENT RELATES TO: REF: Raymond Nails | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Wheeler

Appearances:  Damon Baldone, Esq. for Plaintiffs
Chanda Miller, Esq., for Defendants
Gerald Meunier, Esq. for Plaintiffs' Liaison Counsel

Motion of Plaintiff, Raymond Nails, represented by his daughter and the Executrix of his Estate, Nicole Nails Stone, to Re-Open and Reinstate Case (17450)

Notice of Intent to Proceed was submitted to the Court.

After oral argument – Motion was GRANTED for the reasons orally stated on the record.

JS10:   :08