MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: VARIOUS CASES | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Wheeler

Appearances:  Chanda Miller, Esq., for Defendants
              Leonard Davis, Esq. for Plaintiffs' Liaison Counsel

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants. (Rec. Doc. No. 17475)

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.


JS10:     :08