UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Roxie Nicholson*, No. 2:19-cv-09037 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER REGARDING PLAINTIFF IN RECORD DOC. NO. 17475 WHO DISMISSED HER CASE WITH PREJUDICE PRIOR TO THE DECEMBER 12, 2019 HEARING**

Plaintiff was ordered to appear before the Court on December 12, 2019 to demonstrate that she had complied with Case Management Order ("CMO") 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement. *See* Rec. Doc. No. 17475. Plaintiff complied with CMO 12A by dismissing her case with prejudice and therefore was excused from attending the Show Cause Hearing.

New Orleans, Louisiana, on this 16th day of December, 2019.

_____
United States District Judge