UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Cases Listed in Exhibit A* | : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER DISMISSING WITH PREJUDICE PLAINTIFFS IN REC. DOC. 17475**
**WHO FAILED TO COMPLY WITH CASE MANAGEMENT ORDER 12A**

The Plaintiffs listed in Exhibit A were ordered to appear before the Court on December 12, 2019 to demonstrate that they had complied with Case Management Order ("CMO") 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement. *See* Rec. Doc. No. 17475. The Plaintiffs listed in Exhibit A did not demonstrate compliance with CMO 12A during the December 12, 2019 Show Cause Hearing, nor were they able to demonstrate good cause why their actions should not be dismissed with prejudice.

Plaintiffs and their counsel have been on notice for many months of their obligation to do one of the following: (1) sign a Notice of Intent to Proceed indicating agreement to comply with applicable case management orders if the plaintiff preferred to litigate rather than participate in the parties' proposed settlement, or was ineligible to participate; (2) sign an Enrollment Form if the plaintiff was eligible and desired to participate in the parties' proposed settlement rather than litigate; or (3) dismiss their cases with prejudice.

CMO 12 outlined these requirements on May 24, 2019. *See* Rec. Doc. No. 13608. The Order also advised that the cases of Plaintiffs who did not comply would be subject to dismissal with prejudice.

CMO 12A, entered on August 8, 2019, reminded Plaintiffs of the importance of complying with these requirements and stated that Plaintiffs who did not comply would be deemed to have abandoned their cases, which would be dismissed with prejudice at a show cause hearing unless the Plaintiff could demonstrate compliance with CMO 12A. *See* Rec. Doc. No. 14877. CMO 12A also advised noncompliant Plaintiffs that they (or their legal representative) and their counsel would be required to attend the show cause hearing in person, unless excused by formal order based on a timely motion showing good cause why attendance would be impossible.

CMO 12B, entered on August 29, 2019, also reminded Plaintiffs of the importance of complying with the requirements set forth in CMO 12 and CMO 12A. Rec. Doc. No. 15257. CMO 12B also advised noncompliant Plaintiffs that they (or their legal representative) and their counsel would be required to attend the show cause hearing in person, unless excused by formal order based on a timely motion showing good cause why attendance would be impossible.

For the reasons set forth on the record during the December 12, 2019 Show Cause Hearing, the Plaintiffs listed in Exhibit A did not demonstrate compliance with CMO 12A during the Show Cause Hearing, nor were they able to demonstrate good cause why their actions should not be dismissed with prejudice. Accordingly;

**IT IS HEREBY ORDERED** that the cases of the Plaintiffs listed in Exhibit A are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 16th day of December, 2019.

_____
United States District Judge