**EXHIBIT A**

| Row No. in Rec. Doc. 17475 | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel | Plaintiff Counsel Per BrownGreer Registration Data |
|---|---|---|---|---|---|
| 2. | 3017 | 2:15-cv-02386 | Garrett, Donald | Burke Harvey, LLC | Burke Harvey, LLC |
| 3. | 3059 | 2:15-cv-02421 | Ward, Sarah | Burke Harvey, LLC | Burke Harvey, LLC |
| 4. | 14889 | 2:16-cv-04790 | Broussard, Jo Ann | Burke Harvey, LLC; Crumley Roberts | Burke Harvey, LLC |
| 5. | 37416 | 2:16-cv-07808 | Lang, Cheryl Lynn | Childers, Schlueter & Smith, LLC | Wexler Wallace LLP |
| 6. | 29400 | 2:19-cv-04708 | Dorne, Carlos | Gardi & Haught, Ltd. | Fears | Nachawati |
| 8. | 41270 | 2:19-cv-07946 | Ross, Lisa | McDonald Worley, PC | McDonald Worley |
| 9. | 26986 | 2:18-cv-06904 | Brinson, Jerdney obo Nathan Lester | Monsour Law Firm | The Gallagher Law Firm PLLC |
| 10. | 38824 | 2:19-cv-03073 | Tucker, Betty | The Mulligan Law Firm | The Mulligan Law Firm |