UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| *The Cases Listed Below* | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

### ORDER REGARDING PLAINTIFFS IN REC. DOC. NO. 17475 WHO COMPLIED WITH CASE MANAGEMENT ORDER 12A

The Plaintiffs listed below were ordered to appear before the Court on December 12, 2019 to demonstrate that they had complied with Case Management Order ("CMO") 12A by submitting a Notice of Intent to Proceed with litigation or a signed Enrollment Election Form to participate in the proposed settlement. *See* Rec. Doc. No. 17475. Prior to the December 12, 2019 Show Cause Hearing, the Plaintiffs listed below demonstrated compliance with CMO 12A. Their actions may proceed accordingly.

| Rec. Doc. 17475 Row No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Counsel |
|---|---|---|---|---|
| 7. | 8624 | 2:16-cv-02622 | Carpenter, Kaitlyn obo Shanna Carpenter | Kirkendall Dwyer LLP |
| 11. | 39876 | 2:19-cv-08072 | Thompson, Sheila | Wexler Wallace LLP |

New Orleans, Louisiana, on this 16th day of December, 2019.

_____
United States District Judge