# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) <br> ) MDL No. 2592 <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> Kathryn Rizor, Civil Action No. 2:19-cv-06969 <br> Kevin Elliott, Civil Action No. 2:19-cv-06742 <br> Michael Dahn, Civil Action No. 2:19-cv-06954 <br> Wilma Wells, Civil Action No. 2:19-cv-06912 | SECTION L <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY FILED, by Plaintiffs pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned cases be dismissed without prejudice against all Defendants in this action, Plaintiffs to bear his/her own fees and costs.

 

**MIKE LOVE & ASSOCIATES, LLC**

By: /s  Mike Love
Mike Love
202 East Lufkin Avenue
Lufkin, Texas 75901
Telephone: (936) 632-2000
Attorneys for Plaintiffs
Dated: December 17, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/   Mike Love