UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | MDL No. 2:14-MD-02592 |
| Roberta Baugh<br>Civil Action No. 2:16-cv-16758 | JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| | NOTICE OF APPEARANCE |

Please enter the appearance of Tony Seaton and Thomas Smith of the Law Offices of Tony Seaton & Associates, PLLC as counsel for Plaintiff Roberta Baugh in MDL 2592 and Case No. 2:16-cv-16758. Any and all communications and filings should include them in these matters.

Dated this 17th day of December, 2019.

/s/ Tony Seaton
Tony Seaton (BPR #7279)
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967
e-mail: tony@tonyseaton.com
*Counsel for Plaintiff*

/s/ Thomas Smith
Thomas Smith (BPR #35331)
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967

1

                              e-mail: tom@tonyseaton.com
                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              /s/ Tony Seaton

                              /s/ Thomas Smith