UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Kathryn Rizor*, No. 2:19-cv-06969 *Kevin Elliott*, No. 2:19-cv-06742 *Michael Dahn*, No. 2:19-cv-06954 *Wilma Wells*, No. 2:19-cv-06912 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### DEFENDANTS' OBJECTION TO PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Defendants respectfully object to Plaintiffs' improper effort to dismiss the cases of Plaintiffs Kathryn Rizor, Kevin Elliott, Michael Dahn, and Wilma Wells without prejudice. If the Plaintiffs want to dismiss their cases, it must be "with prejudice" for the reasons set forth below.

Here are the facts. On December 17, 2019, without prior notice to or consent from Defendants, Plaintiffs filed a Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41 in an attempt to dismiss Plaintiffs' claims. [Rec. Doc. 17522].

Plaintiffs' Notice of Dismissal Without Prejudice is improper. Plaintiffs in these cases served their respective Complaints on the Janssen Defendants between August 5, 2019 and August 12, 2019. Plaintiffs also served their respective Complaints on the Bayer Defendants between August 5, 2019 and August 22, 2019. Accordingly, pursuant to Pretrial Order ("PTO") No. 11 [Rec. Doc. 893], Defendants' Omnibus Answers were deemed the operative answers in these cases no later than September 21, 2019. Pursuant to PTO No. 11, because Defendants' Omnibus Answers have been deemed the operative answer in each case, "the requirements of Fed. R. Civ. P. 41(a) [shall attach] such that any dismissal shall occur only upon a stipulation of dismissal

signed by all parties who have appeared or by Court Order after a properly noticed motion." *See* PTO No. 11.  Pursuant to Fed. R. Civ. P. 41(a), because Defendants have answered Plaintiffs' Complaints, Plaintiffs were required to either obtain Defendants' consent for dismissal or file a motion to dismiss.  Neither happened here.  Defendants should not be prejudiced by Plaintiffs being allowed to unilaterally dismiss their cases without prejudice when Defendants have responded to the operative pleadings in these cases as required by Rule 41(a)(1)(A)(i).

Accordingly, Plaintiffs' December 17, 2019 Notice of Dismissal Without Prejudice should be rejected and not processed by the Court Clerk.  Defendants do not consent to dismissal of the cases without prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
      Kim E. Moore
      400 Poydras Street
      Suite 2700
      New Orleans, LA 70130
      Telephone: (504) 310-2100
      Facsimile:  (504) 310-2120
      kmoore@irwinllc.com

      *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
      John F. Olinde
      1100 Poydras Street
      Suite 2300
      New Orleans, LA 70163
      Telephone: (504) 585-7241
      Facsimile: (504) 544-6084
      olinde@chaffe.com

      *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on December 18, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ Kim E. Moore*
        **Kim E. Moore**