# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION<br><br>***This Document Relates To:***<br>*Phillips v. Janssen Research & Development LLC, et al.;* 16-cv-00910;<br>*Pogue v. Janssen Research & Development LLC, et al.;* 15-cv-05810;<br>*Algazi v. Janssen Research & Development LLC, et al.;* 18-cv-14131;<br>*Osborne v. Janssen Research & Development LLC, et al.;* 16-cv-12772;<br>*Menhennett v. Janssen Research & Development LLC, et al.;* 16-cv-03908;<br>*Mains v. Janssen Research & Development LLC, et al.;* 17-cv-00345;<br>*Owens v. Janssen Research & Development LLC, et al.;* 17-cv-12130;<br>*Celio v. Janssen Research & Development LLC, et al.;* 15-cv-05691;<br>*Russell v. Janssen Research & Development LLC, et al.;* 17-cv-02489;<br>*Higgins v. Janssen Research & Development LLC, et al.;* 17-cv-01774;<br>*Wilkens v. Janssen Research & Development LLC, et al.;* 17-c v-14310; and<br>*Watkins v. Janssen Research & Development LLC, et al.;* 15-cv-02294. | Civil Action No.: 2:14-md-02592<br>MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## **MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT comes Amanda M. Williams, attorney of record for Gustafson Gluek PLLC representing Plaintiffs in this matter, and respectfully requests leave to withdraw attorney, Eric S. Taubel, under the provisions of LR 83.2.11 of the United States District Court Eastern District of Louisiana.

This request is made on the ground that the Eric S. Taubel is no longer with the firm Gustafson Gluek PLLC.  Eric S. Taubel has been informed that the firm has given notifications to clients that the he no longer represents them.

Amanda M. Williams, other counsel on record for Gustafson Gluek PLLC, will remain as counsel for the plaintiffs.  Hereto attached is "Exhibit A" referencing the complete list of cases where Eric S. Taubel is the attorney of records.

We respectfully request that this Honorable Court grant the request of plaintiffs' counsel to be permitted to withdraw from further representation of the plaintiffs and that the other attorney on record continue to represent the plaintiffs in further proceedings.

Respectfully submitted this 18th day of December 2019.

  /s/ Amanda M. Williams
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
awilliams@gustafsongluek.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December 2019 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

                                              /s/ Amanda M. Williams
                                              Amanda M. Williams (#341691)