## **EXHIBIT A**

*Phillips v. Janssen Research & Development LLC, et al.;* 16-cv-00910;

*Pogue v. Janssen Research & Development LLC, et al.;* 15-cv-05810;

*Algazi v. Janssen Research & Development LLC, et al.;* 18-cv-14131;

*Osborne v. Janssen Research & Development LLC, et al.;* 16-cv-12772;

*Menhennett v. Janssen Research & Development LLC, et al.*16-cv-03908;

*Mains v. Janssen Research & Development LLC, et al.;* 17-cv-00345;

*Owens v. Janssen Research & Development LLC, et al.;* 17-cv-12130;

*Celio v. Janssen Research & Development LLC, et al.;* 15-cv-05691;

*Russell v. Janssen Research & Development LLC, et al.;* 17-cv-02489;

*Higgins v. Janssen Research & Development LLC, et al.;* 17-cv-01774;

*Wilkens v. Janssen Research & Development LLC, et al.;* 17-c v-14310; and

*Watkins v. Janssen Research & Development LLC, et al.;* 15-cv-02294.