UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION<br><br>***This Document Relates To:***<br>*Phillips v. Janssen Research & Development LLC, et al.;* 16-cv-00910;<br>*Pogue v. Janssen Research & Development LLC, et al.;* 15-cv-05810;<br>*Algazi v. Janssen Research & Development LLC, et al.;* 18-cv-14131;<br>*Osborne v. Janssen Research & Development LLC, et al.;* 16-cv-12772;<br>*Menhennett v. Janssen Research & Development LLC, et al.;* 16-cv-03908;<br>*Mains v. Janssen Research & Development LLC, et al.;* 17-cv-00345;<br>*Owens v. Janssen Research & Development LLC, et al.;* 17-cv-12130;<br>*Celio v. Janssen Research & Development LLC, et al.;* 15-cv-05691;<br>*Russell v. Janssen Research & Development LLC, et al.;* 17-cv-02489;<br>*Higgins v. Janssen Research & Development LLC, et al.;* 17-cv-01774;<br>*Wilkens v. Janssen Research & Development LLC, et al.;* 17-c v-14310; and<br>*Watkins v. Janssen Research & Development LLC, et al.;* 15-cv-02294. | Civil Action No.: 2:14-md-02592<br>MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

### **[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL**

Considering the foregoing Motion for Withdrawal:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Eric S. Taubel, is withdrawn as the Plaintiffs' Attorney of Records.

Signed New Orleans, Louisiana this _____ day of _____, 201

_____
Eldon E. Fallon, United States District Judge