UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : <br> : | JUDGE ELDON E. FALLON |
| | : <br> : | MAGISTRATE JUDGE NORTH |

### ORDER

Considering the Sealed Motion to Approve the Time and Expense Submissions of Douglas & London, P.C., R. Doc. 9371;

**IT IS HEREBY ORDERED** that Douglas & London's Time and Expense Submissions are accepted for review by the Court's accountant, Philip Garrett, CPA, pursuant to Pre-trial Order No. 8. *See* R. Doc. 183.

New Orleans, Louisiana, on this 17th day of December, 2019.

_____
United States District Judge