UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*Phillips v. Janssen Research & Development LLC, et al.;* 16-cv-00910;<br>*Pogue v. Janssen Research & Development LLC, et al.;* 15-cv-05810;<br>*Algazi v. Janssen Research & Development LLC, et al.;* 18-cv-14131;<br>*Osborne v. Janssen Research & Development LLC, et al.;* 16-cv-12772;<br>*Menhennett v. Janssen Research & Development LLC, et al.;* 16-cv-03908;<br>*Mains v. Janssen Research & Development LLC, et al.;* 17-cv-00345;<br>*Owens v. Janssen Research & Development LLC, et al.;* 17-cv-12130;<br>*Celio v. Janssen Research & Development LLC, et al.;* 15-cv-05691;<br>*Russell v. Janssen Research & Development LLC, et al.;* 17-cv-02489;<br>*Higgins v. Janssen Research & Development LLC, et al.;* 17-cv-01774;<br>*Wilkens v. Janssen Research & Development LLC, et al.;* 17-c v-14310; and<br>*Watkins v. Janssen Research & Development LLC, et al.;* 15-cv-02294. | MDL NO. 14-2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel, R. Doc. 17525;

**IT IS HEREBY ORDERED** that that Motion be and is **GRANTED**. Eric S. Taubel, is withdrawn as counsel of record for Plaintiffs and Amanda M. Williams of Gustafson Gluek PLLC will remain as counsel for the plaintiffs.

New Orleans, Louisiana this 19th day of December, 2019.

_____
United States District Judge