UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *All Cases* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## CASE MANAGEMENT ORDER NO. 8A

Case Management Order ("CMO") 8 set forth the form Short Form Plaintiff Fact Sheet ("Short Form PFS") to be used in this litigation going forward. The Short Form PFS requires plaintiffs to provide certain signed medical authorizations when they serve the fully complete and verified Short Form PFS. Upon good cause shown, the Court **HEREBY ORDERS**:

1. The authorizations attached hereto are the authorizations that plaintiffs must complete and sign in connection with the Short Form PFS.

2. As outlined in the Short Form PFS, authorizations must be provided for each provider, facility, or pharmacy identified in the plaintiff's Short Form PFS.

3. All plaintiffs who have not opted to participate in the Xarelto settlement program shall submit signed and dated authorizations in the forms attached hereto no later than: (1) 30 days from the date of the entry of this Order, or (2) the date the Short Form PFS is due pursuant to CMO 11 (R. Doc. 12902). Plaintiffs also must submit additional authorizations at the time of submission

of any amended Short Form PFS that identifies a new provider, facility, or pharmacy. The signed and dated authorizations shall be served by uploading them to MDL Centrality.

New Orleans, Louisiana, this 23rd day of December, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge