UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JASON GALLEGOS<br><br>Civil Action No. 2:19-cv-05104 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **MACARTHUR HEDER & METLER**<br><br>By: /s/ Jeffrey C. Metler<br>    Jeffrey C. Metler<br>    4844 N 300 W, Suite 300<br>    Provo, UT 84604<br>    Telephone: (801) 377-1900<br>    Facsimile: (801) 377-1901<br>    jeff@mhmlawoffices.com<br><br>    Attorney for Plaintiff<br>    Dated: December 30, 2019 | **DRINKER BIDDLE & REATH LLP**<br><br>By: /s/Susan M. Sharko<br>    Susan M. Sharko<br>    600 Campus Dr.<br>    Florham Park, NJ 07932<br>    Telephone: (973) 549-7000<br>    susan.sharko@dbr.com<br><br>    Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>    Dated: December 30, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
　　Andrew K. Solow
　　250 West 55th Street
　　New York, New York 10019-9710
　　Telephone: (212) 836-8000
　　Facsimile: (212) 836-8689
　　William Hoffman
　　601 Massachusetts Ave., NW
　　Washington, D.C. 20001
　　Telephone: (202) 942-5000
　　Facsimile: (202) 942-5999
　　andrew.solow@arnoldporter.com
　　william.hoffman@arnoldporter.com

　　Attorneys for Defendants Bayer HealthCare
　　Pharmaceuticals Inc. and Bayer Pharma AG
　　Dated: December 30, 2019

**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde
　　John F. Olinde (LA Bar #1515)
　　1100 Poydras Street
　　Suite 2300
　　New Orleans, LA 70163
　　Telephone: (504) 585-7241
　　Facsimile: (504) 544-6084
　　olinde@chaffe.com

　　Attorneys for Defendants Bayer HealthCare
　　Pharmaceuticals Inc. and Bayer Pharma AG
　　Dated: December 30, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
　　Kim E. Moore
　　400 Poydras St., Ste, 2700
　　New Orleans, LA 70130
　　Telephone: (504) 310-2100
　　kmoore@irwinllc.com

　　Liaison Counsel for Defendants
　　Dated: December 30, 2019

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde