UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | MDL No. 2:14-MD-02592 |
| Roberta Baugh Civil Action No. 2:16-cv-16758 | ) ) ) | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| | ) ) ) | NOTICE OF APPEARANCE |

    Please enter the appearance of Tony Seaton and Thomas Smith of the Law Offices of Tony Seaton & Associates, PLLC as counsel for Plaintiff Roberta Baugh in MDL 2592 and Case No. 2:16-cv-16758. Any and all communications and filings should include them in these matters.

Dated: January 3, 2020.

                                                                                       Respectfully submitted,

                                                                                       */s/ Sofia E. Bruera*
                                                                                       Sofia E. Bruera
                                                                                       Texas Bar No. 24062189
                                                                                       3100 Timmons Lane, Suite 310
                                                                                       Houston, Texas 77027
                                                                                       Phone: (832) 430-4000
                                                                                       Fax: (832) 558-3523
                                                                                       e-mail: sofia@brueralaw.com
                                                                                       service e-mail: service@brueralaw.com
                                                                                       ATTORNEY FOR PLAINTIFF

Of Counsel:

*/s/ Tony Seaton*
Tony Seaton (BPR #7279)
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967
e-mail: tony@tonyseaton.com
*Counsel for Plaintiff*

_____

*/s/ Thomas Smith*
Thomas Smith (BPR #35331)
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave.
Johnson City, TN 37601
Phone:(423) 282-1041
Fax: (423) 282-0967
e-mail: tom@tonyseaton.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Sofia E. Bruera