UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| This Document relates to: | |
| | JURY TRIAL DEMANDED |
| Mary Ann Divito v. Janssen Research & Development, LLC, et al. | E.D. La. No. 2:19-cv-04267 |

**PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF**

Comes now the Plaintiff, by and through counsel, and hereby files this Motion to Substitute the husband of Mary Ann Divito, Michael Divito, as a party plaintiff for the recently deceased Mary Ann Divito pursuant to Federal Rule of Civil Procedure 25(a). In support of this Motion, the plaintiff states as follows:

1. A Complaint was filed with this Honorable Court on March 28, 2019, alleging negligence on behalf of the defendants.

2. The claim is currently in the discovery phase, though the plaintiff will likely soon enter the settlement reached in this litigation.

3. Michael Divito suggests on the record of this Honorable Court that on October 19, 2019, Mary Ann Divito passed away.

4. Federal Rule of Civil Procedure 25(a) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a).

5. This claim is based on the negligent design of a product by the defendant, and thus

1

has not been extinguished.

6. Federal Rule of Civil Procedure 25(a) allows for substitution within 90 days after the death is suggested upon the record.

7. This Motion is filed concurrently with a Notice of Suggestion of Death.[1]

8. This Notice suggests to this Honorable Court that the plaintiff, Mary Ann Divito, passed away on October 19, 2019 and this Motion is made within the required 90 day time frame.

9. Michael Divito, surviving heir and husband of Mary Ann Divito, is a proper party to substitute for plaintiff-decedent Mary Ann Divito and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1).

10. Therefore, for all the foregoing reasons, the plaintiff requests that an order of substitution be entered substituting Michael Divito as a party plaintiff in lieu of the original plaintiff Mary Ann Divito who unfortunately passed away on October 19, 2019.

Respectfully submitted,

By: /s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com
Counsel For Plaintiff

---

[1] Notice of Suggestion of Death Attached as Exhibit 1.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing CM/ECF participants registered to receive service in this MDL.

/s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com
Counsel For Plaintiff