UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| This Document relates to: | |
| Mary Ann Divito v. Janssen Research & Development, LLC, et al. | JURY TRIAL DEMANDED |
| | E.D. La. No. 2:19-cv-04267 |

## SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Thomas Smith, attorney for Plaintiff, Mary Ann Divito, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, and hereby suggests upon the record that Mary Ann Divito died on October 19, 2019.

Dated this the 6th day of January, 2020.

Respectfully submitted,

By: /s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com
Counsel For Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a copy of the above and foregoing Suggestion of Death has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Seaton & Bates, PLLC
118 E. Watauga Avenue
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com
Counsel For Plaintiff