UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) This Document relates to: ) ) Mary Ann Divito v. Janssen Research ) & Development, LLC, et al. ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH<br><br>JURY TRIAL DEMANDED<br><br>E.D. La. No. 2:19-cv-04267 |

### ORDER

Before the Court is Plaintiff's Motion to Substitute Plaintiff. Plaintiff seeks to substitute the husband of Plaintiff Mary Ann Divito, Michael Divito, as a party plaintiff due to Plaintiff Mary Ann Divito passing away on October 19, 2019.

**IT IS ORDERED** that Plaintiff's Motion to Substitute Plaintiff is **GRANTED**.

New Orleans, Louisiana, this 6th day of January, 2020.

_____
United States District Court Judge