MINUTE ENTRY
FALLON, J.
JANUARY 3, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date from the Chambers of Judge Eldon E. Fallon. Representatives from Plaintiffs' Lead Counsel, Andy Birchfield and Brian Barr, and from Defendants' Lead Counsel, Susan Sharko, Steve Glickstein, and Andrew Solow reported to the Court on the status of the MDL.

JS10: 00:14