UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary Ann Divito v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-4267

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Plaintiff, R. Doc. 17547, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michael Divito, surviving spouse of Mary Ann Divito, is substituted for Mary Ann Divito as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 7th day of January, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE