UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: BETTY THOMAS as surviving heir of GERALDINE RICHARDSON | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| Civil Action No. 2:17-cv-08199 | |

## EX PARTE MOTION FOR SUBSTITUTION

NOW INTO COURT, through undersigned counsel, comes Louis Richardson, surviving son of Decedent Geraldine Richardson and Executor of her estate, who respectfully moves this Court pursuant to Rule 25 (c)(3) of the Federal Rules of Civil Procedure for an Order substituting himself as Plaintiff.

1. Plaintiff Betty Thomas initiated this suit on behalf of her deceased mother, Geraldine Richardson on August 24, 2019.

2. Subsequently, Plaintiff's counsel learned that the Executor of decedent's Last Will and Testament is her son, Louis Richardson.  See Last and Will Testament attached as Exhibit A.

3. As this Court knows, a settlement has been reached in this matter and the proper parties are required to sign and submit the settlement documents.

3. Louis Richardson is the proper party to substitute Betty Thomas as Plaintiff in this matter in order for the settlement documents to be executed and submitted by the proper party.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

**CAREY DANIS & LOWE**

By: /s/*Jeffrey J. Lowe*
Jeffrey J. Lowe, #35114
8235 Forsyth, Ste. 1100
St. Louis, MO  63105
Ph:  (314) 725-7700
Fax:  (314) 678-3401
jlowe@careydanis.com
*Attorneys for Plaintiffs*

**Certificate of Service**

The undersigned hereby certifies that on January 14, 2020 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/*Jeffrey J. Lowe*