# Last Will and Testament

## OF

### GERALDINE PEARCE RICHARDSON

I, GERALDINE PEARCE RICHARDSON, of the Village of Millstadt, County of St. Clair and State of Illinois, being of sound mind and memory do make, ordain, publish and declare this to be my Last Will and Testament and hereby revoke all prior Wills and Codicils by me made:

FIRST: I order and direct that my Executor hereinafter named pay all my just debts and funeral expenses as soon after my decease as conveniently may be.

SECOND: After the payment of such debts and funeral expenses, I give, devise and bequeath my estate as follows:

1) I give, devise and bequeath all jewelry, except for the following bequeathed jewelry, to my daughter, BETTY JEAN THOMAS. All items are bequeathed for sentimental reasons, not monetary value.

2) I give, devise and bequeath my anniversary ring (8 diamonds) and the $20 gold piece necklace with $10 gold piece earrings to my daughter-in-law, MARTA RICHARDSON.

3) I give, devise and bequeath the emerald and diamond ring that belonged to her great-grandmother Pearce and my engagement ring (diamond solitaire) to my granddaughter, JILL SIMMONS.

PAGE ONE OF MY FOUR PAGE WILL _Geraldine Pearce Richardson_

1-2-08

**PLAINTIFF'S EXHIBIT A**

4)   I give, devise and bequeath the butterfly ring that belonged to her great-grandmother Pearce and the ruby earrings given to me by her grandfather Richardson to my granddaughter, AMANDA RICHARDSON.

5)   I give, devise and bequeath the string of pearls with earrings and diamond flower ring given to me by her great-grandfather Richardson to my great-granddaughter, MAGGIE SIMMONS.

6)   I give, devise and bequeath the 2007 Chevrolet Equinox to my son, LOUIS EDWIN (JOE) RICHARDSON.

7)   I give, devise and bequeath the gun collection to my grandson, MICHAEL AUBUCHON, and my son, LOUIS EDWIN (JOE) RICHARDSON, equally.

8)   I give, devise and bequeath the coin collection that belonged to my husband, LOUIS R. RICHARDSON, to my daughter, BETTY JEAN THOMAS, and my son, LOUIS EDWIN (JOE) RICHARDSON, equally. It is my desire that the coin collection be inventoried and appraised and that they both agree on the distribution. If they cannot agree on the distribution, it is my desire that the coin collection be sold and the proceeds divided equally between them.

9)   All the rest, residue and remainder of my estate, whether real, personal or mixed, I give, devise and bequeath to my daughter, BETTY JEAN THOMAS, and my son, LOUIS EDWIN (JOE) RICHARDSON, equally.

THIRD: I hereby nominate and appoint my son, LOUIS EDWIN (JOE) RICHARDSON, as

PAGE TWO OF MY FOUR PAGE WILL _Geraldine Pearce Richardson_

1-2-08

1-2-08

Executor of this my Last Will and Testament, and request that he be required to furnish no bond; provided, however, that if he shall for any reason fail or cease to act, then and in that event, I hereby nominate and appoint my daughter, BETTY JEAN THOMAS, as Executor of this my Last Will and Testament, without bond. I give to the Executor full power and authority without authorization by any Court to sell, exchange, mortgage or pledge the whole or any part of my estate, real or personal, for such prices, on such terms and to such persons as the Executor decides; to make distribution of my estate, wholly or partly in kind; to pay, settle, compromise or abandon any and all claims, either in favor of or against my estate, as the Executor deems best; and for any of the aforesaid purposes to make, execute and deliver any and all deeds, mortgages, bills of sale or other instruments necessary or desirable therefor.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 3rd day of January, 2008.

_____(SEAL)
GERALDINE PEARCE RICHARDSON

We hereby certify that the foregoing instrument, consisting of four pages, this page included, was on the date thereof signed, sealed, published and declared by GERALDINE PEARCE RICHARDSON as and for her Will in our presence, and that at her request and in her

PAGE THREE OF MY FOUR PAGE WILL _____

1-7-08
1-7-08

presence and in the presence of each other, we have subscribed our names below as witnesses thereto, believing the said GERALDINE PEARCE RICHARDSON, at the time of so signing, to be of sound mind and memory.

_____  
Witness

3744 Mississippi Ave  
Address  
Cahokia, IL

_____  
Witness

3311 Ray Avenue  
Address  
St. Louis, Missouri

PAGE FOUR OF MY FOUR PAGE WILL _Geraldine Pearce Richardson_

1-2-08

1-2-08