# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: BETTY THOMAS as surviving heir of GERALDINE RICHARDSON | **MAGISTRATE JUDGE NORTH** |
| Civil Action No. 2:17-cv-08199 | |

## PROPOSED ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, finds this Motion meritorious. It is therefore:

ORDERED THAT Plaintiff, as Executor of the Estate of Geraldine Richardson, is substituted for Plaintiff Betty Thomas in the above-captioned case.

Entered this _____ day of _____, 2020 into the United States Eastern district of Louisiana.

_____
Honorable Eldon E. Fallon