UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Betty Thomas, as surviving heir of Geraldine Richardson v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-8199

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution, R. Doc. 17551, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Louis Richardson, surviving son and Executor of the Estate of Geraldine Richardson, is substituted for Betty Thomas as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of January, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE