**EXHIBIT A**

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|---|---|---|---|---|---|
| 1. | 30883 | 2:19-cv-08814 | Alfaro, Mary Ann | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |
| 2. | 30907 | 2:19-cv-08617 | Berger, Betty | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|-----|-------|-----------|----------------|----------------|--------------------------|
| 3. | 30896 | 2:19-cv-08799 | Crook, Melissa | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |
| 4. | 30914 | 2:19-cv-08501 | Dean, Sharleen | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|---|---|---|---|---|---|
| 5. | 30925 | 2:19-cv-08348 | Ellis, Phillip | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |
| 6. | 37734 | 2:19-cv-07804 | Groom, Jeffrey | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|---|---|---|---|---|---|
| 7. | 30920 | 2:19-cv-08423 | Hartmann, Linda | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |
| 8. | 30889 | 2:19-cv-07947 | Malone, Judith | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|-----|-------|------------|----------------|----------------|--------------------------|
| 9. | 30906 | 2:19-cv-08080 | McKinney, Juliette | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |
| 10. | 30886 | 2:19-cv-07901 | Nicholson, Barbara | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|---|---|---|---|---|---|
| 11. | 30919 | 2:19-cv-08442 | Rhodes, Alan (Allen) | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |
| 12. | 30911 | 2:19-cv-08545 | Sellars, Virginia | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|-----|-------|-----------|----------------|----------------|--------------------------|
| 13. | 30910 | 2:19-cv-08554 | Thompson, Sylvia | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet <br>• Due 11/4/2019 <br>• Overdue Notice Sent 11/6/2019 <br><br>Plaintiff Profile and Consent Form <br>• Due 11/4/2019 <br>• Overdue Notice Sent 11/6/2019 <br><br>Preservation Notice Statement <br>• Due 12/9/2019 <br>• Overdue Notice Sent 12/13/2019 |
| 14. | 30898 | 2:19-cv-08751 | Uhrig, Ernestine | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet <br>• Due 11/4/2019 <br>• Overdue Notice Sent 11/6/2019 <br><br>Plaintiff Profile and Consent Form <br>• Due 11/4/2019 <br>• Overdue Notice Sent 11/6/2019 <br><br>Preservation Notice Statement <br>• Due 12/9/2019 <br>• Overdue Notice Sent 12/13/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|-----|-------|-----------|----------------|----------------|--------------------------|
| 15. | 30885 | 2:19-cv-08334 | Wagner, Karen | Leonard B. Gabbay, PC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Preservation Notice Statement<br>• Due 12/9/2019<br>• Overdue Notice Sent 12/13/2019 |
| 16. | 33098 | 2:19-cv-05899 | Bailey, Anita | MacArthur Heder & Metler | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019 |
| 17. | 33061 | 2:19-cv-06243 | Carter, Jermaine | MacArthur Heder & Metler | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|---|---|---|---|---|---|
| 18. | 32971 | 2:19-cv-05254 | Davis, Lisa | MacArthur Heder & Metler | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019 |
| 19. | 32994 | 2:19-cv-06058 | Edwards, Christina | MacArthur Heder & Metler | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019 |
| 20. | 33083 | 2:19-cv-05284 | Evans, Warren | MacArthur Heder & Metler | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019 |
| 21. | 33137 | 2:19-cv-06260 | Lee, Janna | MacArthur Heder & Metler | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019 |
| 22. | 33166 | 2:19-cv-06959 | Walker, Stephanie | MacArthur Heder & Metler | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/6/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|---|---|---|---|---|---|
| 23. | 30424 | 2:19-cv-06366 | Reynolds, Gale | Martinez & McGuire PLLC | Preservation Notice Statement <br> • Due 12/9/2019 <br> • Overdue Notice Sent 12/13/2019 |
| 24. | 30430 | 2:19-cv-06379 | Sevy, Katy | Martinez & McGuire PLLC | Short Form Plaintiff Fact Sheet <br> • Due 11/4/2019 <br> • Overdue Notice Sent 11/6/2019 <br><br> Plaintiff Profile and Consent Form <br> • Due 11/4/2019 <br> • Overdue Notice Sent 11/6/2019 <br><br> Preservation Notice Statement <br> • Due 12/9/2019 <br> • Overdue Notice Sent 12/13/2019 |
| 25. | 30777 | 2:19-cv-08267 | Simmons, John | Martinez & McGuire PLLC | Preservation Notice Statement <br> • Due 12/9/2019 <br> • Overdue Notice Sent 12/13/2019 |
| 26. | 32514 | 2:19-cv-06809 | Bolden, Dennis | Mike Love & Associates, LLC | Short Form Plaintiff Fact Sheet <br> • Due 11/4/2019 <br> • Overdue Notice Sent 11/7/2019 <br><br> Plaintiff Profile and Consent Form <br> • Due 11/4/2019 <br> • Overdue Notice Sent 11/7/2019 |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Overdue Form(s) at Issue |
|-----|-------|-----------|----------------|----------------|--------------------------|
| 27. | 32513 | 2:19-cv-06742 | Elliot, Kevin | Mike Love & Associates, LLC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/7/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/7/2019 |
| 28. | 32546 | 2:19-cv-06969 | Rizor, Kathryn | Mike Love & Associates, LLC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/7/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/7/2019 |
| 29. | 32519 | 2:19-cv-06912 | Wells, Wilma | Mike Love & Associates, LLC | Short Form Plaintiff Fact Sheet<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/7/2019<br><br>Plaintiff Profile and Consent Form<br>• Due 11/4/2019<br>• Overdue Notice Sent 11/7/2019 |