# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. 2:19 CV-08814 | Plaintiff: _Mary Ann Alfaro_ |

## NOTICE OF INTENT TO PROCEED

      This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

      I _MARY ANN ALFARO_, hereby notify the Court of my intent to (check one):

_____    Participate in the Xarelto Settlement Program;

_____    Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___    Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7-15-19_

_____
Signature of Plaintiff

_MARY ANN ALFARO_
_____
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _2:19 CV-08619_ | Plaintiff: _Betty Berger_ |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Betty Berger_ , hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _07/13/2019_

_Betty Berger_
Signature of Plaintiff

_Betty Berger_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. _2:19 cv-08799_

Plaintiff: _Melissa Crook_

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Melissa Crook_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7/12/19_

_____
Signature of Plaintiff

_Melissa Crook_
_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. *2:19 cv-08501*

Plaintiff: *Sharleen Dean*

## NOTICE OF INTENT TO PROCEED

    This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

    I _Sharlene M. Dean_, hereby notify the Court of my intent to (check one):

_____      Participate in the Xarelto Settlement Program;

_____      Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✓      Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7/16/2019_

_____
Signature of Plaintiff

_____
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _2:19 cv-08348_ | Plaintiff: _Phillip Ellis_ |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _PHILLIP ELLIS_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _1/26/2019_

_P. Terry Elli_
Signature of Plaintiff

_PHILLIP TERRY ELLIS_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _2:19 cv-07804_ | Plaintiff: _Jeffrey Groom_ |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Jeffrey S. Groom_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

    X    Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7/30/19_

_Jeffrey Groom_
Signature of Plaintiff

_Jeffrey Scott Groom_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19 cv-08423

Plaintiff: _Linda  Hartmann_

## NOTICE OF INTENT TO PROCEED

      This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

      I _Linda Hartmann_, hereby notify the Court of my intent to (check one):

_____      Participate in the Xarelto Settlement Program;

_____      Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____✓____      Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7/15/19_

_Linda Hartmann_
Signature of Plaintiff

_LINDA HARTMANN_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. 2:19 cv-07947 | Plaintiff: Judith Malone |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I, Judith Malone, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____✓____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7-15-19

Judith Malone
Signature of Plaintiff

Judith Malone
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. _2:19 cv-08080_

Plaintiff: _Juliette McKinney_

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Juliette McKinney_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _07|15| 2019_

_Juliette Mcky_
Signature of Plaintiff

_Juliette McKinney_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. _2:19 cv- 07901_

Plaintiff: _Barbara Nicholson_

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Barbara Nicholson_, hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7/18/19_

_____
Signature of Plaintiff

_BARBARA Nicholson_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19 cv. 08442

Plaintiff: ~~Alan~~ Rhodes *(Allen)*

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Allen Rhodes_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7-18-19_

_____
Signature of Plaintiff

_Allen L Rhodes_
_____
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19 cv 08545

Plaintiff: Virginia Sellars

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I Virginia Sellars _____, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7-16-19

Virginia Sellars
Signature of Plaintiff

Virginia Sellars
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19 cv. 08554

Plaintiff: _Sylvia Thompson_

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Sylvia Thompson_, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____✓_____  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _07-23-2019._

_Sylvia Thompson_
Signature of Plaintiff

_Sylvia Thompson_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _2:19 cv-08751_ | Plaintiff: _Ernestine Uhrig_ |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Ernestine M. Uhrig_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _07-20-2019_

_Ernestine M. Uhrig_
Signature of Plaintiff

_Ernestine M. Uhrig_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19 cv. 08334

Plaintiff: _Karen Wagner_

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Karen Wagner_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____✓_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 07-13-2019

Signature of Plaintiff

_Karen Wagner_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 19-5899

Plaintiff: _Anita Bailey_

### NOTICE OF INTENT TO PROCEED

      **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

      I _Anita Bailey_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

__X__ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7-1-19_

_Anita Bailey_
Signature of Plaintiff

_Anita L. Bailey_
Print Name of Signing Plaintiff

Case 2:14-md-02592-EEF-MBN   Document 13603   Filed 05/24/19   Page 7 of 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. ~~2-592~~
19-6243

Plaintiff _Claire Carr_

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Jermaine Carr_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

__X__ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7/31/19

Signature of Plaintiff

_Jermaine Carr_
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. 19-5254 | Plaintiff: _James Davis_ |

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Lisa Davis_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _9/16/2019_

Signature of Plaintiff: _Lisa Davis_

Print Name of Signing Plaintiff: _Lisa Davis_

SAMANTHA LEE WEST
My Commission Expires
July 31, 2022
Crawford County
Commission #18365357

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. ____19 - 6058____

Plaintiff: CHRISTINA EDWARDS FOR THE
ESTATE OF CLIFFORD FOSS

**NOTICE OF INTENT TO PROCEED**

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I ____CHRISTINA EDWARDS____ , hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____X____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7/13/2015

_____
Signature of Plaintiff

CHRISTINA EDWARDS
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. **19-5284**

Plaintiff: **Warren Evans**

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I, **Warren Evans**, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

__X__   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: **9/12/19**

Signature of Plaintiff

**WARREN EVANS**
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. ___19-6260___

Plaintiff: ___JANNA LEE___

## NOTICE OF INTENT TO PROCEED

     **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

     I ___Janna Lee___, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✗___  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: ___10-29-19___

___Janna Gail Lee___
Signature of Plaintiff

___Janna Gail Lee___
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. 19- 6959

Plaintiff: Stephanie Walker

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _____Stephanie_____, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7-1/19

_Stephanie Walker_
Signature of Plaintiff

_Stephanie Walker_
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No.  2:19-CV-06366 | Plaintiff:  Gale Reynolds |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I *Gale Leroy Reynolds / Gale Reynolds* hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8-9-19

_____
Signature of Plaintiff

Gale Leroy Reynolds
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. __2:19-CV-06379__

Plaintiff: __Katy Sevy__

## <u>NOTICE OF INTENT TO PROCEED</u>

     This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

     I __Katy Sevy__, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8-19-19_

\* _Katy Seny_
Signature of Plaintiff

_Katy Sevy_
Print Name of Signing Plaintiff

\* Plaintiff will supplement upon receipt of Katy Sevy's original signature.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No.  2:19-CV-08267 | Plaintiff:  John Simmons |

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I ___John Simmons___, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 08-16-2019

___John Simmons___
Signature of Plaintiff

___John Simmons___
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. **2:19-CV- 06809** | Plaintiff: **DENNIS BOLDEN** |

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I **DENNIS BOLDEN**, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

**DB**_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: **6/30/19**

_____
Signature of Plaintiff

**DENNIS BOLDEN**
_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19-CV-06742

Plaintiff: KEVIN ELLIOTT

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I KEVIN ELLIOTT , hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___K___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 06-17-2019

_____
Signature of Plaintiff

Kevin Elliott
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19-CV-06969

Plaintiff: KATHRYN RIZOR

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I Kathryn Rizor , hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 9-13-19

Kathryn M Rizor
Signature of Plaintiff

Kathryn M. Rizor
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. 2:19-CV-01912

Plaintiff: Wilma J Wells

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I Wilma J Wells, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7/4/19

_____
Signature of Plaintiff

Wilma J. Wells
_____
Print Name of Signing Plaintiff