# EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. 2:19-CV-8721

Plaintiff: *MAGDALENE GIBSON*

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I *Magdalene Gibson*, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: *7-3-19*

*Magdalene Gibson*
Signature of Plaintiff

*MAGDALENE GIBSON*
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. ___2:19-CV-06530___ | Plaintiff: ___BYRON BLACK___ |

### NOTICE OF INTENT TO PROCEED

      **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

      I *Byron K Black*, hereby notify the Court of my intent to (check one):

_____      Participate in the Xarelto Settlement Program;

_____      Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____X____      Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: *9 Aug 19*

                               *Byron K Black*
                                 Signature of Plaintiff

                               *Byron K. Black*
                                 Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. 2:19-CV-07512

Plaintiff: James Burchard

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _James Burchard_ , hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8/15/2019_

_James Burchard_
Signature of Plaintiff

_James Burchard_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. ___2:19-CV-07551___ | Plaintiff: ___DONALD CASTILLO___ |

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Donald Castillo_____, hereby notify the Court of my intent to (check one):

_____    Participate in the Xarelto Settlement Program;

_____    Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___    Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8/9/19_

_____
Signature of Plaintiff

_DONALD D CASTILLO_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____2:19-CV-07503_____

Plaintiff: _____REBECCA DIANGELO_____

### <u>NOTICE OF INTENT TO PROCEED</u>

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _____Rebecca L DiAngelo_____, hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____X_____     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8/12/19

_____
Signature of Plaintiff

Rebecca L DiAngelo
_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. ___2:19-CV-06649___ | Plaintiff: ATHENA ENGEL _____ |

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Athena Engel_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8/9/19_

_A Engel_
Signature of Plaintiff

_Athena Engel_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. ___2:19-CV-07561___

Plaintiff: ___SHARON FORBES___

### <u>NOTICE OF INTENT TO PROCEED</u>

  **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

  I _Sharon Forbes_, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8/9/19_

_Sharon Forbes_
Signature of Plaintiff

_Sharon Forbes_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. __2:19-CV-07570__

Plaintiff: JAMES FRANCO

### <u>NOTICE OF INTENT TO PROCEED</u>

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I __JAMES FRANCO__, hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8/12/2019

_____
Signature of Plaintiff

JAMES FRANCO
_____
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. _2:19-CV-06454_____

Plaintiff: JAMES GILES _____

## NOTICE OF INTENT TO PROCEED

    This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

    I _JAMES L GILES___ hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 9.15.19

_____
Signature of Plaintiff

JAMES L. GILES
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No.   2:19-CV-07578 | Plaintiff:   Jackie Griffis |

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I *Jackie Griffis*, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____X_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: **8/9/2019**

_Jackie J. Griffis_
Signature of Plaintiff

_Jacki Griffis_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No.  2:19-CV-06187

Plaintiff:  Margaret Grover

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I ___Margaret Grover___ hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8/9/2019_

_Margaret M. Grover_
Signature of Plaintiff

_Margaret M. Grover_
Print Name of Signing Plaintiff

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _2:19-CV-08081_____ | Plaintiff: _John Maestas_____ |

### <u>NOTICE OF INTENT TO PROCEED</u>

      **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

      I _John Maestas_ hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____✗_____     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _Aug 9, 2019_

_____
Signature of Plaintiff

_John Maestas_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No.  2:19-CV-08168 | Plaintiff:  Joshua Peppers |

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I Joshua Peppers , hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8-9-19

_____
Signature of Plaintiff

Josh Peppers
_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: <br> MDL Case No. _2:19-CV-08263_____ | Plaintiff: _Angel Sherlin_____ |

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Angel Sherlin_____, hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8-8-19_____

_____
Signature of Plaintiff

_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No.  2:19-CV-06664

Plaintiff:  Nigel Singleton

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Nigel Singleton_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8/15/19

_Nigel Singleton_
Signature of Plaintiff

_Nigel Singleton_
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No.   2:19-CV-06654 | Plaintiff:   Trinity Spencer |

## NOTICE OF INTENT TO PROCEED

      This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

      _Trinity Spencer_ , hereby notify the Court of my intent to (check one):

_____      Participate in the Xarelto Settlement Program;

_____      Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____      Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.


Date: _8-9-19_

_Trinity Spencer_
Signature of Plaintiff

_Trinity Spencer_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. __2:19-CV-06656__ | Plaintiff: __Floris Townes__ |

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I __Floris Townes__, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: __8-9-19__

_____
Signature of Plaintiff

__Floris Townes__
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No.  2:19-CV-08287 | Plaintiff:  Deanna Werner |

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Deanna Werner_ , hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____✓____  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8-9-19

_Deanna Werner_
Signature of Plaintiff

_Deanna Werner_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. _2:19-CV-08286_ | Plaintiff: _Andrew White_ |

### NOTICE OF INTENT TO PROCEED

        This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Andrew White_, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8/15/19_

_____
Signature of Plaintiff

_Andrew White_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No.   2:18-cv-10111

Plaintiff:   Malcolm Bobbitt

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Malcolm Bobbitt_ hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

[X] Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date:   August 15, 2019

_____
Signature of Plaintiff

_____
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No.  2:18-cv-13475

Plaintiff:  Mabel Clark

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I Mabel Clark, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: ___August 15, 2019___

_Mabel M. Clark_
Signature of Plaintiff

_MABEL M. CLARK_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No.   2:18-cv-09965

Plaintiff:   Debra McCoy

## NOTICE OF INTENT TO PROCEED

    This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Debra McCoy_ , hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

__X__ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date:   August 15, 2019

_Debra McCoy_
Signature of Plaintiff

_Debra McCoy_
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No.   2:18-cv-09964

Plaintiff:   Henry Nelson

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Henry Nelson_, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____✗_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date:   August 15, 2019

_____
Signature of Plaintiff

_____
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. 2:19-cv-11095

Plaintiff: Robbie Preston

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I Robbie Preston , hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: August 15, 2019

_____
Signature of Plaintiff

Robbie Preston
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. 2:19-cv-11096 | Plaintiff: Jennifer Troutt |

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I *Jennifer Troutt*, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

__(X)__ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: __August 15, 2019__

_____
Signature of Plaintiff

_____
Christopher   T   LaRue
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: __Roberta Baugh_____

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I __Roberta Baugh_____, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

__✓_____  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _____

_Cathy R Baugh_____
Signature of Plaintiff

_Cathy L Baugh_____
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No. _____

Plaintiff: _____

## NOTICE OF INTENT TO PROCEED

     This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

     I *GEORGE R. BRENNENSr.* hereby notify the Court of my intent to (check one):

_____      Participate in the Xarelto Settlement Program;

_____      Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✓
_____      Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: *7/14/19*

*George R. Brennen Sr.*
Signature of Plaintiff

*GEORGE R. BRENNEN SR.*
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. _____ | Plaintiff: _____ |

## NOTICE OF INTENT TO PROCEED

   This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

   I _FRANK FRANCIOC JR_ , hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _6/5/19_

_____
Signature of Plaintiff

_FRANK A FRANCIOC JR_
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

## NOTICE OF INTENT TO PROCEED

     This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

     I SARINA HARRIS hereby notify the Court of my intent to (check one):

_____      Participate in the Xarelto Settlement Program;

_____      Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

   ✓ _____      Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _____

_Sarina Harris_
Signature of Plaintiff

SARINA HARRIS
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:
MDL Case No.

_____

Plaintiff:

_____

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I Frances P Jones _____, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

~~_____~~ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✓_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8-14-19

_____
Signature of Plaintiff

Frances P Jones
_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _ERIC KERCHEN_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _07/06/19_

_____
Signature of Plaintiff

_ERIC KERCHEN_
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I DONALD LEE LEMKE , hereby notify the Court of my intent to (check one):

_____    Participate in the Xarelto Settlement Program;

_____    Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

√    Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7-8-2019

_____
Signature of Plaintiff

DONALD LEE LEMKE
Print Name of Signing Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No.

Plaintiff:

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Richard Lop_, hereby notify the Court of my intent to (check one):

Participate in the Xarelto Settlement Program;

Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

X

Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8/12/19

_____
Signature of Plaintiff

_Richard Lopez_
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

### NOTICE OF INTENT TO PROCEED

  This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

  I _Sharon L. Ropley_____, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf: or

___✓_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7-30-2019_

_Sharon L. Ropley_____
Signature of Plaintiff

_Sharon L. Ropley_____
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: <br> MDL Case No. _____ | Plaintiff: _____ |

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _____, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✓ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7/5/19

_____
Signature of Plaintiff

Craig Singer
_____
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

**NOTICE OF INTENT TO PROCEED**

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _____, hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✓     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7/11/19

*EGpidio Tomale*
Signature of Plaintiff

ELPIDIO TOMALE
Print Name of Signing Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

## NOTICE OF INTENT TO PROCEED

    **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

    I _Ethel H. White_, hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____✓____     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _9-6-19_

_Ethel H. White_
Signature of Plaintiff

_Ethel H. White_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

## <u>NOTICE OF INTENT TO PROCEED</u>

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I ___Kokila Bhatt___, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: __7.15.2019__

___Kokila Bhatt___
Signature of Plaintiff

___Kokila Bhatt___
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: | |
| MDL Case No. _____ | Plaintiff: _____ |

### NOTICE OF INTENT TO PROCEED

    **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _____ALBERT BYRD_____, hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

✓   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: __7/11/19__

_____
Signature of Plaintiff

ACBM T BYRD

_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _RANDALL  J. CARTER_ |

## NOTICE OF INTENT TO PROCEED

      **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

      I _RANDALL J. CARTER_, hereby notify the Court of my intent to (check one):

_____     Participate in the Xarelto Settlement Program;

_____     Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

____X____     Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _8 / 8 / 2019_

_Randall J. Carter_
Signature of Plaintiff

_RANDALL J. CARTER_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. _____ | Plaintiff: _____ |

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I _Dennis Garcia_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_D.G._ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7/24/2019_

_____
Signature of Plaintiff

_Dennis Garcia_
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _Richard Harms_ |

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Richard Harms_, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8-1-2019

_____
Signature of Plaintiff

_Richard Harms_
_____
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: Barbara Mccray

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I Barbara Mccray _____, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✔ _____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 08/19/2019 _____

_____
Signature of Plaintiff

Barbara McCray
_____
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. _____ | Plaintiff: _____ |

### NOTICE OF INTENT TO PROCEED

    This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

    I _____, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____X_____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: July 22, 2019

_____
Signature of Plaintiff

Prisulla Peña

_____
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _____ |

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Christopher D Perkins_ hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___X___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7-13-19

_____
Signature of Plaintiff

_Christopher D Perkins_
Print Name of Signing Plaintiff

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _____ |

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I DANiel Richard , hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓___ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7/16/19

_____
Signature of Plaintiff
Daniel Richard

DANiel Richard
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: _____

## NOTICE OF INTENT TO PROCEED

  **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

  I _Sara L Shawver_____, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7-16-2019_

_Sara L Shawver_
Signature of Plaintiff

_SARA L SHAWVER_
Print Name of Signing Plaintiff

08-12-16 14:51 FROM- Case 2:14-md-02592-EEF-MBN Document 17554-3 Filed 01/15/20 Page 49 of 54
8878854
T-217 P0001/0005 F-643

Case 2:14-md-02592-EEF-MBN Document 13608 Filed 05/24/19 Page 7 of 7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _____ |

### NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I *Andy Smith*, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✓ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 8-6-19

_____
Signature of Plaintiff

*Andy Smith*
Print Name of Signing Plaintiff

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _____ |

### NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Dewey Smith Jr._, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_DS X_  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _7/30/19_

_Dewey Smith Jr._
Signature of Plaintiff

_Dewey Smith Jr._
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _____ |

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I _Cindyne Torres_, hereby notify the Court of my intent to (check one):

_____  Participate in the Xarelto Settlement Program;

_____  Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

___✓___  Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 7/30/2019

_____
Signature of Plaintiff

_Cindyne Torres_
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: Mary Valentine |

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I Mary Valentine _____, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✔ _____ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 08/19/2019 _____

_Mary H Valentine_
_____
Signature of Plaintiff

mary H. Valentine
_____
Print Name of Signing Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

This Document Relates To:

MDL Case No. _____

Plaintiff: Kashif Winston

## NOTICE OF INTENT TO PROCEED

**This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

I Kashif Winston _____, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✔ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 08/19/2019

_____
Signature of Plaintiff

Kashi Winston
_____
Print Name of Signing Plaintiff

Doc ID: 85a0fb1bd79e646941d654b347aa493019e4858c

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. _____ | Plaintiff: _____ |

## NOTICE OF INTENT TO PROCEED

   **This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).**

   I _Delila M. Zeboskey_ , hereby notify the Court of my intent to (check one):

_____   Participate in the Xarelto Settlement Program;

_____   Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

_____✓_____   Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: _08-2-19_

_Delila M. Zeboskey_
Signature of Plaintiff

_Delila M. Zeboskey_
Print Name of Signing Plaintiff