# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *All Cases Listed on Attached Exhibit A* | | |

### ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO SUBMIT FULLY COMPLETE AND VERIFIED SHORT FORM PFS AND PPCF AND FAILED TO SUBMIT ADDITIONAL DOCUMENTS REQUIRED BY CASE MANAGEMENT ORDER 11

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes, *inter alia*, obligations for plaintiffs who chose not to participate in the Xarelto settlement program or are not eligible to participate in the Xarelto settlement program. The Plaintiffs listed in Exhibit A all signed Notices of Intent to Proceed stating that they chose to litigate their claims against Defendants and would not participate in the Xarelto settlement program. Because Plaintiffs chose to litigate their claims, they must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11. *See* CMO 11.

Pursuant to CMO 11, Plaintiffs are required to, *inter alia*:

1. Serve a Preservation Notice Statement. *See* CMO 11 Section II.

2. Serve an Affidavit of Compliance. *See* CMO 11 Section III.

3. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS, as defined by CMO 8. *See* CMO 11 Section I(B)(i).

    4. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF, as defined by CMO 8. *See id.*

The Plaintiffs listed in the attached Exhibit A submitted a Short Form PFS and a PPCF, but they did not fully complete and verify both forms, as explained in Exhibit A. In addition, the Plaintiffs listed in the attached Exhibit A also failed to submit a Preservation Notice Statement or an Affidavit of Compliance, or both, as required by CMO 11. The specific documents each Plaintiff failed to submit are identified in Exhibit A.

Pursuant to CMO 11, Defendants' counsel sent Plaintiffs' counsel notice of each Plaintiff's failure to serve complete and verified forms and asked each Plaintiff to correct the deficiencies in their forms within 30 days of the notice. Defendants' counsel also sent Plaintiffs' counsel notice of each Plaintiffs' failure to serve a Preservation Notice or an Affidavit Complaint, or both, and asked each Plaintiff to submit the outstanding documents within 30 days of the notice. More than 30 days have passed since Defendants' counsel sent these notices to Plaintiffs' counsel, and Plaintiffs still have not served complete and verified versions of both the Short Form PFS and PPCF and still have not submitted all of the other overdue documents required by CMO 11.

The Plaintiffs listed on the attached Exhibit A are ordered to show cause before this Court at **9:00 am CT on February 6, 2020** in Courtroom C648, U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to appear before the Court will result in the dismissal of the Plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2020.

                                                                                     _____
                                                                                       United States District Judge