**EXHIBIT A**

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 1. | 31543 | 2:19-cv-08123 | Bedard, Amanda R. | Beacon Legal Group, PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies: Plaintiff failed to answer questions regarding Plaintiffs' relevant medical history in Section III, including (1) the identity of healthcare providers who treated Plaintiff in past 12 years, dates of treatment, and conditions treated; (2) medications taken in the 7 year period prior to using Xarelto; and (3) the identity of the pharmacies that dispensed medications to Plaintiff in the past 10 years. Plaintiff also failed to provide information about potential insurance coverage. |
| 2. | 31536 | 2:19-cv-08836 | Davis, Loriann | Beacon Legal Group, PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies: Plaintiff failed to answer questions regarding Plaintiffs' relevant medical history in Section III, including (1) the identity of healthcare providers who treated Plaintiff in past 12 years, dates of treatment, and conditions treated, and (2) medications taken in the 7 year period prior to using Xarelto. Plaintiff failed to produce all documents reflecting medication use in the past 12 years. Plaintiff failed to identify potential insurance coverage in the last 10 years. |

1

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| | | | | | **Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/11/2019<br>• Deficiencies:<br>Plaintiff failed to provide records for each provider who prescribed Xarelto as identified in Section I. Plaintiff also failed to provide records reflecting Plaintiff's alleged use of Xarelto for reduction of risk of recurrence of DVT and/or PE for at least 6 months. Plaintiff's attorney did not provide a handwritten signature for the declaration. |
| 3. | 31545 | 2:19-cv-08914 | Eitel, George | Beacon Legal Group, PLLC | **Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/13/2019<br>• Deficiencies:<br>Plaintiff failed to answer questions regarding the ischemic stroke Plaintiff alleges was caused by Xarelto, including the date of the event and treatment for the event. Plaintiff also failed to produce the requisite medical records regarding treatment for the alleged ischemic stroke. Plaintiff alleged concomitant aspirin use at the time of the alleged event(s) but failed to provide the requisite records demonstrating this. |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 4. | 31548 | 2:19-cv-08812 | Graves, Tammy | Beacon Legal Group, PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies:<br>Plaintiff failed to produce a copy of all medical records and/or documents relating to the use of Xarelto and for all medical treatment received in the previous 12 years that was referenced in the Short Form PFS and PPCF. Plaintiff also failed to provide basic information about herself such as full name, social security number, address, and date of birth. Plaintiff also failed to answer questions regarding her relevant medical history in Section III, including questions relating to (1) the identity of healthcare providers who treated her in the past 12 years, the dates of treatment or reasons for treatment, (2) her prior use of Coumadin, and (3) other medications she took on a regular basis in the 7 year period prior to using Xarelto. Plaintiff stated that she received written instructions regarding Xarelto and that they were in her possession but failed to provide a copy of those written instructions. Plaintiff failed to answer questions regarding potential insurance coverage in the last 10 years.<br><br>**Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/13/2019<br>• Deficiencies:<br>Plaintiff failed to produce medical records from the healthcare provider who prescribed Xarelto to Plaintiff. Plaintiff failed to provide medical records pertaining to the time period and treatment of the |

3

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| | | | | | bleeding event she alleged was caused by Xarelto. Plaintiff alleged concomitant aspirin but failed to provide records demonstrating this. Plaintiff failed to provide medical or pharmacy records demonstrating the timing of her Xarelto use and her alleged event as claimed in Section II. Plaintiff failed to provide records reflecting Plaintiff's alleged use of Xarelto for reduction of risk of recurrence of DVT and/or PE for at least 6 months. Plaintiff's attorney did not provide a handwritten signature for the declaration. |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 5. | 31547 | 2:19-cv-08892 | Hedgepath, Angel | Beacon Legal Group, PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies:<br>Plaintiff failed to answer questions regarding Plaintiff's relevant medical history in Section III, including questions regarding (1) the identity of healthcare providers who treated Plaintiff in the past 12 years, the dates of treatment, or reasons for treatment; (2) pharmacies that dispensed medications to Plaintiff for the past 10 years; and (3) medications Plaintiff took on a regular basis in the 7 year period prior to using Xarelto.<br><br>**Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/11/2019<br>• Deficiencies:<br>Plaintiff failed to identify the prescriber who prescribed Xarelto to the Plaintiff and failed to identify the pharmacy that dispensed Xarelto to the plaintiff. Plaintiff failed to provide medical records from the. Plaintiff failed to provide medical or pharmacy records demonstrating the timing of her Xarelto use and her alleged event as claimed in Section II. Plaintiff's attorney did not provide a handwritten signature for the declaration. |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 6. | 31544 | 2:19-cv-08865 | Malkowski, Murray Mayor | Beacon Legal Group, PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies:<br>Plaintiff failed to answer questions regarding Plaintiff's relevant medical history in Section III, including questions regarding (1) the identity of healthcare providers who treated Plaintiff in the past 12 years, the dates of treatment, or reasons for treatment; (2) the identity of pharmacies that dispensed medications to Plaintiff for the past 10 years; and (3) medications Plaintiff took on a regular basis in the 7 year period prior to using Xarelto. Plaintiff failed to provide a declaration verifying the accuracy of the information that was provided.<br><br>**Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/10/2019<br>• Deficiencies:<br>Plaintiff failed to identify the pharmacy that dispensed Xarelto to Plaintiff and failed to provide records from the dispensing pharmacy. Plaintiff also alleged that Xarelto caused an "other event" but failed to answer questions regarding treatment for that event, including the date of treatment, treating physician, and whether Plaintiff was hospitalized for treatment. Plaintiff failed to provide a declaration verifying the accuracy of the information that was provided. |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 7. | 31546 | 2:19-cv-08676 | Napier, Gustena | Beacon Legal Group, PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies:<br>Plaintiff failed to produce a copy of all medical records and/or documents relating to the use of Xarelto and for all medical treatment received in the previous 12 years that was referenced in the Short Form PFS and PPCF. Plaintiff stated that she received written instructions regarding Xarelto but failed to describe or provide a copy of those written instructions. Plaintiff failed to answer questions regarding Plaintiff's relevant medical history in Section III, including questions regarding (1) the identity of healthcare providers who treated Plaintiff in the past 12 years, the dates of treatment, or reasons for treatment; (2) pharmacies that dispensed medications to Plaintiff for the past 10 years; and (3) medications Plaintiff took on a regular basis in the 7 year period prior to using Xarelto. Plaintiff failed to answer questions regarding potential insurance coverage.<br><br>**Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/11/2019<br>• Deficiencies:<br>Plaintiff failed to provide medical records from each provider who prescribed Xarelto as indicated in the Section I. Plaintiff alleged that multiple bleeding events were caused by Xarelto, but Plaintiff failed to provide information regarding treatment Plaintiff received for each bleeding event. Plaintiff failed to |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| | | | | | provide records reflecting Plaintiff's alleged use of Xarelto for reduction of risk of recurrence of DVT and/or PE for at least 6 months. Plaintiff's attorney did not provide a handwritten signature for the declaration. |
| 8. | 31542 | 2:19-cv-08436 | Schoonver, Johnetta K. | Beacon Legal Group, PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies:<br>Plaintiff failed to produce a copy of all medical records and/or documents relating to the use of Xarelto and for all medical treatment received in the previous 12 years that was referenced in the Short Form PFS and PPCF. Plaintiff failed to answer questions regarding Plaintiff's relevant medical history in Section III, including questions regarding (1) the identity of healthcare providers who treated Plaintiff in the past 12 years, the dates of treatment, or reasons for treatment; (2) pharmacies that dispensed medications to Plaintiff for the past 10 years; and (3) medications Plaintiff took on a regular basis in the 7 year period prior to using Xarelto. Plaintiff also failed to answer questions regarding potential insurance coverage.<br><br>**Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/13/2019<br>• Deficiencies:<br>Plaintiff failed to provide medical records from each Xarelto prescriber and pharmacy records from each pharmacy encompassing the dates of |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| | | | | | alleged use of Xarelto. Plaintiff alleges that Xarelto caused an ischemic stroke but failed to provide the requisite medical records pertaining to the treatment for this alleged event and did not provide the dates of treatment.  Plaintiff indicated that she was taking aspirin concomitant with Xarelto but failed to provide records demonstrating this. Plaintiff failed to provide medical or pharmacy records demonstrating the timing of her Xarelto use and her alleged event as claimed in Section II.  Plaintiff's attorney did not provide a handwritten signature for the declaration. |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 9. | 32529 | 2:19-cv-06732 | Redwan, Rafic | Mike Love & Associates, LLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies:<br>Plaintiff failed to produce a copy of all medical records and/or documents relating to the use of Xarelto and for all medical treatment received in the previous 12 years that was referenced in the Short Form PFS and PPCF. Plaintiff also indicated that medical expenses were being sought but failed to identify the amount of those expenses and failed to produce records of those medical expenses.<br><br>**Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/11/2019<br>• Deficiencies:<br>Plaintiff indicated that Plaintiff had abnormal Anti-Factor assay readings while taking Xarelto but failed to provide the requisite medical records demonstrating this. Plaintiff failed to provide records reflecting Plaintiff's alleged use of Xarelto for reduction of risk of recurrence of DVT and/or PE for at least 6 months. |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 10. | 4870 | 2:15-cv-06024 | Miller, David | Pro Se | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/10/2019<br>• Deficiencies:<br>Plaintiff failed to produce a copy of all medical records and/or documents relating to the use of Xarelto and for all medical treatment received in the previous 12 years that was referenced in the Short Form PFS and PPCF. In Section III, Plaintiff identified various health providers who treated the Xarelto user for various conditions but failed to identify the dates of treatment and the conditions being treated. In Section III, Plaintiff identified various medications the Xarelto user took but failed to answer the questions regarding each medication, including the condition for which they were taken, when the medications were taken, the name and address of the healthcare provider who prescribed the medications, and the name of the pharmacy(ies) were the medications were filled. Plaintiff failed to provide documentation of his legal authority to proceed with the lawsuit and sign the Short Form PFS.<br><br>**Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/10/2019<br>• Deficiencies:<br>In Section I, Plaintiff did not respond to all of the questions regarding the alleged bleeding events or non-bleeding events caused by Xarelto. Plaintiff alleges that Xarelto caused an "other event" that injured the Xarelto user but failed to identify this alleged event, when this alleged event occurred, |

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| | | | | | whether the Xarelto user received treatment for this alleged event, and if so, where the Xarelto user received treatment and the healthcare providers who provided treatment. Plaintiff failed to provide documentation of his legal authority to proceed with the lawsuit and sign the PPCF. |
| 11. | 8402 | 2:16-cv-01259 | Foss, Patricia A. | The Tuttle Law Firm | **Plaintiff Profile and Consent Form:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/10/2019<br>• Deficiencies:<br>Plaintiff alleges that Xarelto caused vaginal or uterine bleeding but failed to provide the requisite medical records pertaining to the treatment for this alleged event. In Section I, Plaintiff alleges that her Xarelto use and alleged bleeding events all occurred prior to September 10, 2015, but failed to provide the requisite medical records demonstrating this. |
| 12. | 30864 | 2:19-cv-07029 | Gosnell, Yvonee | Tim Farris Law Firm PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/15/2019<br>• Deficiencies:<br>Plaintiff failed to answer questions regarding Plaintiff's relevant medical history in Section III, including questions regarding medications Plaintiff has taken, the condition for which each medication used was taken, the identity of the prescriber(s), and the identity of the dispensing pharmacy(ies). |

12

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm | Deficient Form(s) at Issue |
|---|---|---|---|---|---|
| 13. | 30804 | 2:19-cv-03651 | Price, Annette | Tim Farris Law Firm PLLC | **Short Form Plaintiff Fact Sheet:**<br>• Due 11/4/2019<br>• Deficiency Notice Sent 12/16/2019<br>• Deficiencies:<br>Plaintiff failed to provide the required medical records relating to the use of Xarelto or any treatment received in the past 12 years as required by Section VI. Plaintiff also failed to provide a declaration verifying the accuracy of the information that was provided. |