## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *All Cases Listed on Attached Exhibit A* | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

## ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO SUBMIT DOCUMENTS REQUIRED BY CASE MANAGEMENT ORDER 11

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.  This Court entered CMO 11 on March 25, 2019.  *See* Rec. Doc. 12902.  CMO 11 includes, *inter alia*, obligations for Plaintiffs who chose not to participate in the Xarelto settlement program or are not eligible to participate in the Xarelto settlement program.  The Plaintiffs listed in Exhibit A all signed Notices of Intent to Proceed stating that they chose to litigate their claims against Defendants and would not participate in the Xarelto settlement program.  Because Plaintiffs chose to litigate their claims, they must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11.  *See* CMO 11.

Pursuant to CMO 11, Plaintiffs are required to, *inter alia*:

1. Serve a Preservation Notice Statement.  *See* CMO 11 Section II.

2. Serve an Affidavit of Compliance.  *See* CMO 11 Section III.

3. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS.  *See* CMO 11 Section I(B)(i).

4. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF.  *See id.*

Plaintiffs listed in the attached Exhibit A failed to serve all of these required documents by their respective deadlines.  Pursuant to CMO 11, Defendants' counsel sent Plaintiffs' counsel notice of Plaintiff's failure to serve the requisite documents and asked Plaintiff to comply within 30 days of the notice.  More than 30 days have passed since Defendants' counsel sent these notices to Plaintiffs' counsel, and Plaintiffs still have not served all of the documents required by CMO 11.

The Plaintiffs listed on the attached Exhibit A are ordered to show cause before this Court at **9:00 am CT on February 6, 2020** in Courtroom C468, U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to appear before this Court will result in the dismissal of the Plaintiff's case with prejudice.

New Orleans, Louisiana, on this 16th day of January, 2020.

_____
United States District Judge