```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


************************************************************
IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

                           Civil Action No. 14-MD-2592
                           Section "L"
                           New Orleans, Louisiana
                           December 12, 2019

THIS DOCUMENT RELATES TO VARIOUS CASES
************************************************************

  TRANSCRIPT OF MOTION HEARING IN RE: RECORD DOCUMENT 17475
        HEARD BEFORE THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL:

                    LEONARD DAVIS
                    HERMAN HERMAN & KATZ
                    820 O'KEEFE AVENUE
                    NEW ORLEANS, LA 70113

                    GERALD E. MEUNIER
                    GAINSBURGH BENJAMIN DAVID AND WAUSHER
                    2800 ENERGY CENTRE
                    1100 POYDRAS STREET
                    NEW ORLEANS, LA 70163

FOR THE PLAINTIFFS:

                    ANTHONY BIRCHFIELD, JR.
                    BEASLEY ALLEN CROW METHVIN PORTIS & MILES
                    POST OFFICE BOX 4160
                    MONTGOMERY, AL 36103

                    DAWN BARRIOS
                    BARRIOS KINGSDORF & CASTEIX
                    701 POYDRAS STREET
                    SUITE 3650
                    NEW ORLEANS, LA 70139
```

FOR THE DEFENDANTS' LIAISON COUNSEL:

              JAMES B. IRWIN
              IRWIN FRITCHIE URQUHART & MOORE
              TEXACO CENTER
              400 POYDRAS STREET
              SUITE 2700
              NEW ORLEANS, LA 70130

FOR THE DEFENDANTS:

              JOHN F. OLINDE
              CHAFFE MCCALL
              1100 POYDRAS STREET
              NEW ORLEANS, LA 70163

              SUSAN M. SHARKO
              DRINKER BIDDLE & REATH
              600 CAMPUS DRIVE
              FLORHAM PARK, NJ 07932

              CHANDA MILLER
              DRINKER BIDDLE & REATH
              1 LOGAN SQUARE
              PHILADELPHIA, PA 19103

              STEVEN JAY GLICKSTEIN
              ARNOLD & PORTER KAYE SCHOLER
              250 WEST 55TH STREET
              NEW YORK, NY 10019

ALSO PRESENT:      MIKE LOVE
              BENJAMIN MCCORKLE
              CLINT MCGUIRE
              DON MEDLEY
              TOM SMITH
              JULIE RAPHAEL
              KEN STERN
              TIM FARRIS

Official Court Reporter:   Nichelle N. Drake, RPR, CRR
                       500 Poydras Street, B-275
                       New Orleans, Louisiana 70130
                       (504) 589-7775

    Proceedings recorded by mechanical stenography,
transcript produced via computer.

**1**                        **P R O C E E D I N G S**

11:37:04AM  **2**                (Call to order of the court.)

11:37:05AM  **3**        THE COURT:  We have another motion.  What's the next

11:37:03AM  **4**  motion?

11:37:08AM  **5**        MS. MILLER:  Thank you, Your Honor, Chanda Miller.

11:37:11AM  **6**  I'll be speaking on behalf of defendants.  And up next we

11:37:15AM  **7**  have Record Doc 17475.  It's an order to show cause for

11:37:22AM  **8**  plaintiffs who failed to comply with CMO 12A.

11:37:32AM  **9**        THE COURT:  How many of those?

11:37:35AM  **10**        MS. MILLER:  Your Honor, there were 11 plaintiffs

11:37:37AM  **11**  listed on the motion.  One has now been dismissed with

11:37:41AM  **12**  prejudice.  That is the Roxie Nicholson.

11:37:50AM  **13**        THE COURT:  Which one is that?

11:37:52AM  **14**        MS. MILLER:  The first one listed.

11:37:52AM  **15**        THE COURT:  I have it.

11:37:53AM  **16**        MS. MILLER:  And then there are now two plaintiffs

11:37:55AM  **17**  who come into compliance with CMO 12A.  The first is Kaitlyn

11:38:00AM  **18**  Carpenter, Docket No. 16-2622.  She is listed as No. 7.  And

11:38:07AM  **19**  Sheila Thompson, Record Doc 198072.  She is listed as No. 11.

11:38:17AM  **20**        For the remaining eight plaintiffs, they have been

11:38:21AM  **21**  ordered to show cause today for failure to comply with CMO

11:38:26AM  **22**  12A.  CMO 12 and CMO 12A have been in place since May of this

11:38:34AM  **23**  year.  They have required the plaintiffs to do one of three

11:38:37AM  **24**  things.  Submit signed enrollment form electing to

11:38:41AM  **25**  participate in settlement program, submit signed notice

| | | |
|---|---|---|
| 11:38:44AM | 1 | intent to proceed stating that they do not elect to |
| 11:38:49AM | 2 | participate in the settlement program, or to dismiss their |
| 11:38:52AM | 3 | case with prejudice.  None of the remaining eight plaintiffs |
| 11:38:53AM | 4 | have done one of these three simple things.  They were |
| 11:38:56AM | 5 | ordered to show cause today and ordered to appear in person |
| 11:39:01AM | 6 | as were their counsel to either show cause as to why their |
| 11:39:03AM | 7 | case should not be dismissed with prejudice or face |
| 11:39:05AM | 8 | dismissal. |
| 11:39:06AM | 9 | THE COURT:  Anyone here today?  Why don't you read |
| 11:39:10AM | 10 | the -- |
| 11:39:10AM | 11 | MS. MILLER:  Sure.  The first three plaintiffs are |
| 11:39:13AM | 12 | represented by Burke Harvey, that is Donald Garrett, Sara |
| 11:39:19AM | 13 | Ward and Jo Ann Broussard.  They are listed in lines 2 |
| 11:39:27AM | 14 | through 4 of the order and is anyone here -- |
| 11:39:27AM | 15 | THE COURT:  Anyone here from Burke Harvey?  Anyone |
| 11:39:32AM | 16 | from Burke Harvey? |
| 11:39:34AM | 17 | Anything from the plaintiffs?  Anybody contacted |
| 11:39:38AM | 18 | anybody? |
| 11:39:40AM | 19 | MR. BIRCHFIELD:  No, Your Honor. |
| 11:39:43AM | 20 | MR. DAVIS:  We have not heard from them, Your Honor. |
| 11:39:46AM | 21 | MS. MILLER:  Your Honor, one of Mr. Birchfield's |
| 11:39:49AM | 22 | colleagues has been attempting to meet and confer with |
| 11:39:53AM | 23 | counsel on this list, and as of last night, he had no |
| 11:39:55AM | 24 | updates.  We would ask that the cases be dismissed with |
| 11:40:01AM | 25 | prejudice. |

11:40:01AM  **1**   THE COURT:  You know, I've given people the

11:40:03AM  **2**   opportunity to come into court to talk to me, to respond in

11:40:05AM  **3**   some way shape or form.  I can't do anything more.  And so

11:40:09AM  **4**   what the name?  Donald Garrett?

11:40:12AM  **5**   MS. MILLER:  Donald Garrett, Sara Ward and Jo Ann

11:40:17AM  **6**   Broussard.

11:40:17AM  **7**   THE COURT:  Hearing no response, I'll dismiss those

11:40:20AM  **8**   cases with prejudice.

11:40:21AM  **9**   MS. MILLER:  Thank you, Your Honor.

11:40:22AM  **10**  The next name on the list is Carlos Dorne.  He's the

11:40:28AM  **11**  sixth listed plaintiff.  His case was filed by Gardi & Haught

11:40:31AM  **12**  and he also has been represented by Fears Nachawati.  At this

11:40:35AM  **13**  point, we have not heard from either of the two firms.  I

11:40:38AM  **14**  understand Mr. Birchfield and his colleagues have not either.

11:40:42AM  **15**  And I don't believe anyone is in the courtroom on behalf of

11:40:44AM  **16**  Carlos --

11:40:46AM  **17**  THE COURT:  Anybody here?

11:40:47AM  **18**  As I say, as we all know, there are claimants who

11:40:52AM  **19**  come into your office and sign the papers and employ you and

11:40:59AM  **20**  then you don't hear from them anymore.  And when you get

11:41:02AM  **21**  something from counsel opposite to comply with, you have to

11:41:06AM  **22**  send it out and they don't respond to you.  In fact,

11:41:11AM  **23**  oftentimes you get a letter back, your letter back saying

11:41:14AM  **24**  that the person's moved.  And as I say, I understand lawyers

11:41:24AM  **25**  have a responsibility to keep in touch with clients, but

| | | |
|---|---|---|
| 11:41:27AM | 1 | clients also have a responsibility to tell the lawyers where |
| 11:41:30AM | 2 | they are, if they move and to respond to their lawyer.  I |
| 11:41:35AM | 3 | mean, the lawyer can do so much and then it's up to the |
| 11:41:39AM | 4 | client.  And this is obviously one where the client has been |
| 11:41:46AM | 5 | out of touch and hasn't responded, notwithstanding the |
| 11:41:50AM | 6 | efforts of counsel, so I'll dismiss the case with prejudice. |
| 11:41:56AM | 7 | MS. MILLER:  Thank you, Your Honor.  And I realize I |
| 11:41:57AM | 8 | jumped a name on the list.  If we could go back to No. 5, |
| 11:42:03AM | 9 | Cheryl Lynn Lang.  She is represented by Childers, Schlueter |
| 11:42:07AM | 10 | & Smith and was previously represented by Wexler Wallace. |
| 11:42:10AM | 11 | Your Honor, I did have the opportunity to touch base with |
| 11:42:12AM | 12 | Mr. Childers on the case some time ago.  This particular |
| 11:42:16AM | 13 | plaintiff, Ms. Lang, hired two different law firms, filed two |
| 11:42:21AM | 14 | cases and then terminated Mr. Childers's firm and her case |
| 11:42:24AM | 15 | that had been filed on behalf of Wexler Wallace was |
| 11:42:27AM | 16 | previously dismissed.  Mr. Childers has attempted to obtain |
| 11:42:31AM | 17 | her compliance with CMO 12A.  She has not complied, and at |
| 11:42:35AM | 18 | this time, he's unable to maintain contact with her. |
| 11:42:39AM | 19 | THE COURT:  Two lawsuits?  The same lawsuits? |
| 11:42:41AM | 20 | MS. MILLER:  Yes, the plaintiff filed two lawsuits in |
| 11:42:44AM | 21 | this MDL.  One has been dismissed.  The second is now before |
| 11:42:47AM | 22 | you today, Docket No. 167808 because she still has not |
| 11:42:56AM | 23 | complied with CMO 12A and has, according to counsel, not |
| 11:42:57AM | 24 | communicated. |
| 11:42:58AM | 25 | THE COURT:  I'll dismiss the case notwithstanding the |

11:43:03AM   **1**   herculean work of Mr. Childers's firm.  I'm familiar with the

11:43:06AM   **2**   firm and I know if they -- they could possibly contact the

11:43:10AM   **3**   person, they would have done so and so I'll dismiss that with

11:43:14AM   **4**   prejudice.

11:43:15AM   **5**         MS. MILLER:  Your Honor, the next name on the list is

11:43:18AM   **6**   plaintiff Lisa Ross, Docket No. 197946.  She's represented by

11:43:23AM   **7**   a McDonald Worley.  Ms. Ross's case was previously dismissed

11:43:29AM   **8**   for failure to comply with CMO 12A.  She asked to have it

11:43:33AM   **9**   reinstated and said that she would be complying with CMO 12A.

11:43:35AM   **10**   She's back before you today.  Your Honor issued two orders

11:43:37AM   **11**   asking Ms. Ross to appear in person today with her counsel to

11:43:41AM   **12**   either demonstrate compliance with CMO 12A or face dismissal

11:43:45AM   **13**   with prejudice.  I just want to ensure that neither Ms. Ross

11:43:48AM   **14**   nor anyone from McDonald Worley is in the courtroom to

11:43:55AM   **15**   address it.  We would ask that the case be dismissed with

11:43:57AM   **16**   prejudice.

11:43:57AM   **17**         THE COURT:  This is one that I saw before.  I

11:43:59AM   **18**   dismissed it.  She asked that it be reinstated.  We tried to

11:44:02AM   **19**   work with her on it, and this one is the same.  So I'll

11:44:06AM   **20**   dismiss that with prejudice, second time.

11:44:09AM   **21**         MS. MILLER:  Your Honor, Case No. 9 on the list is

11:44:14AM   **22**   Jerdney Brinson on behalf of Nathan Lester.  It's docket

11:44:15AM   **23**   number 186904, was filed by the Monsour Law Firm and the

11:44:23AM   **24**   plaintiff has also been represented by the Gallagher Law

11:44:26AM   **25**   Firm.  This another plaintiff who has not complied with CMO

| | | |
|---|---|---|
| 11:44:27AM | 1 | 12A and we have not been able to touch base with counsel |
| 11:44:31AM | 2 | regarding any -- to bring them into compliance.  My |
| 11:44:36AM | 3 | understanding is the plaintiff has likely become |
| 11:44:39AM | 4 | uncommunicative. |
| 11:44:40AM | 5 | THE COURT:  She has two law firms representing her? |
| 11:44:42AM | 6 | MS. MILLER:  Yes, Your Honor. |
| 11:44:43AM | 7 | THE COURT:  And both of those have been advised of |
| 11:44:45AM | 8 | today's -- |
| 11:44:46AM | 9 | MS. MILLER:  Yes, Your Honor. |
| 11:44:48AM | 10 | THE COURT:  Dismiss it with prejudice. |
| 11:44:50AM | 11 | MS. MILLER:  Your Honor, the last case on the last is |
| 11:44:54AM | 12 | Betty Tucker, it is Docket No. 193073.  Plaintiff's counsel |
| 11:45:03AM | 13 | has been the Mulligan Law Firm.  The Allen & Nolte Law Firm |
| 11:45:06AM | 14 | has also been working on this case given the circumstances of |
| 11:45:09AM | 15 | the Mulligan Law Firm and Mr. Birchfield's colleague was able |
| 11:45:13AM | 16 | to touch base with Mr. Nolte yesterday who was advised that |
| 11:45:19AM | 17 | they put forth their best efforts to try to obtain |
| 11:45:22AM | 18 | Ms. Tucker's compliance with CMO 12A and that she has lost |
| 11:45:28AM | 19 | contact with them and so we would ask that the case be |
| 11:45:30AM | 20 | dismissed with prejudice. |
| 11:45:31AM | 21 | THE COURT:  I'm familiar with this firm too and I |
| 11:45:31AM | 22 | know they do good work.  I know they've have been trying to |
| 11:45:35AM | 23 | get to the person.  Notwithstanding their efforts, she's not |
| 11:45:39AM | 24 | responded so I have no alternative but to dismiss it with |
| 11:45:43AM | 25 | prejudice. |

11:45:44AM  1        MS. MILLER:  Thank you, Your Honor.  That's the last

11:45:46AM  2   name on the list.

3                            * * * *

4            (WHEREUPON, the proceedings were adjourned.)

5                            * * * *

6                       REPORTER'S CERTIFICATE

7            I, Nichelle N. Drake, RPR, CRR, Official Court
        Reporter, United States District Court, Eastern District of
8   Louisiana, do hereby certify that the foregoing is a true and
        correct transcript, to the best of my ability and
9   understanding, from the record of the proceedings in the
        above-entitled and numbered matter.

10

11                           /s/ Nichelle N. Drake
                             Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25