UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Norris Anderson v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-3323

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff. Plaintiff's individual counsel is instructed to review correspondence and contact Plaintiff.

New Orleans, Louisiana, this 28th day of January, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:   Leonard Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Email: ldavis@hhklawfirm.com

      Gerald Edward Meunier
      Gainsburgh, Benjamin, David, Meunier & Warshauer
      Energy Centre
      1100 Poydras St., Suite 2800
      New Orleans, LA 70163
      Email: gmeunier@gainsben.com

Norris Anderson
P.O. Box 772773
Houston, Texas 77215