1-23-2020
Norris Anderson
P.O Box 772773
Houston, Texas 77215

Honorable Judge E. Fallon
500 Poydras Street Courtroom C456
New Orleans LA 70130

Honorable Judge Fallon,

The purpose of this letter is my concerns about the 90% reduction in my settlement in the xarelto case. In the explanation of the claim valuation process it states the base point award is subject to required reduction set forth in the program award criteria. On my letter of the points and award notice (1-9-2020) my reduction was 90% because of Texas Product Liability Law. This would be very traumatic to anyone injured or death had occurred in the family that 90% of their settlement would be taken because of the Texas Product Liability Law.

I have not seen any paperwork as to how the 90% was calculated. How did the special masters and claim administrators come up with a high 90% reduction in my settlement? This would be a huge problem for all Texas residence that Product Liability Law will take 90% of your settlement.

I have already expressed my strong dissatisfaction with the 90% reduction with my attorney without any results.

Point award amounted to $40,000 less 90% ($4,000) less attorney and other fees, more than $36,000 will be taken from my settlement.

I had a serious bleeding event in the hospital for 5 days fighting for my life. I am only asking for (just) compensation for my injuries.

Your cooperation in this matter will be appreciated.

Yours Truly,

Norris Anderson

346-260-1481

Norrisanderson27@gmail.com