UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR**
**FEBRUARY 6, 2020 STATUS CONFERENCE**

1. Settlement

2. Next Steps in Litigation

3. Pre-Trial Orders

4. Case Management Orders

5. Proposed Case Management Order 13

6. Counsel Contact Information Form

7. Plaintiff and Defendant Fact Sheets

8. Service of Process on Defendants

9. Preservation Order

10. Bellwether Cases

11. State/Federal Coordination

12. Next Status Conference

13. Show Cause Hearings [Rec. Docs. 17557, 17558, & 17559]

14. Defendants' Objections to Rec. Doc. 17522 Notice of Voluntary Dismissal Without Prejudice [Rec. Doc. 17524]

00670648