UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION<br><br>***This Document Relates To:***<br><br>*Annette Price v. Janssen Research & Development LLC, et al.;* 19-03651<br><br>*Diana Sebastian v. Janssen Research & Development LLC, et al.;* 19- 01238<br><br>*Yvonne Gosnell v. Janssen Research & Development LLC, et al.;* 19-07029 | Civil Action No.: 2:14-md-02592<br>MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## **MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT comes Timothy M. Farris, attorney of record for Tim Farris Law Firm PLLC representing Plaintiffs in this matter, and respectfully requests leave to withdraw as attorney, under the provisions of LR 83.2.11 of the United States District Court Eastern District of Louisiana.

This request is made on the ground that Plaintiffs', Diana Sebastian and Yvonne Gosnell have not responded to counsel's effort to reach them regarding the settlement and Annette Price was unwilling to sign the settlement enrollment form and was informed of counsel's intent to withdraw.

We respectfully request that this Honorable Court grant the request of plaintiffs' counsel to be permitted to withdraw from further representation of the plaintiffs and that the Plaintiffs' have been put on notice by letter and email of other attorney on record continue to represent the plaintiffs in further proceedings.

Respectfully submitted this 4th day of February, 2020.

/s/ Timothy M. Farris
Timothy M. Farris, MSB#8848
**TIM FARRIS LAW FIRM PLLC**
6645 U. S. Highway 98W, Ste 3
Hattiesburg, MS 39402
Telephone (601)296-1082
Facsimile (601)296-1085
tim@timfarrislaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2020, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Timothy M. Farris
Timothy M. Farris(#8848)