UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*Annette Price v. Janssen Research & Development LLC, et al.;* 19-cv-03651;<br><br>*Diana Sebastian v. Janssen Research & Development LLC, et al.;* 19-cv-01238;<br><br>*Yvonne Gosnell v. Janssen Research & Development LLC, et al.;* 19-cv-07029; | Civil Action No.: 2:14-md-02592<br>MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL**

Considering the foregoing Motion for Withdrawal:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Timothy M. Farris is withdrawn as the Plaintiffs' Attorney of Records.

Signed New Orleans, Louisiana this _____ day of _____, 2020.

_____

Eldon E. Fallon, United States District Judge