UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ********************************************* | * | |

**THIS DOCUMENT RELATES TO:**

*Annette Price v. Janssen Research & Development LLC, et al.; 19-03651*
*Diana Sebastian v. Janssen Research & Development LLC, et al.; 19- 01238*
*Yvonne Gosnell v. Janssen Research & Development LLC, et al.; 19-07029*

## ORDER

On June 15, 2016, the Court issued Pretrial Order #30 regarding the Procedure for Withdrawal of Plaintiff's Counsel. R. Doc. 3462. The instant Motion to Withdraw as Counsel, R. Doc. 17569, does not comply with the requirements laid out in Pretrial Order #30. Accordingly;

**IT IS ORDERED** that Plaintiff's Motion to Withdraw as Counsel, R. Doc. 17569, be and is hereby **DENIED**.

New Orleans, Louisiana, this 4th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE