UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TIM BROCKUS, CARIE BROCKUS, individually and as representatives of the ESTATE OF JOHN BROCKUS<br>Civil Action No. 20-cv-110 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc. ("Janssen Defendants"), who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Janssen Defendants request that Rodney M. Hudson and Claudia V. Garcia of Faegre Drinker Biddle & Reath LLP be withdrawn as counsel of record for Janssen Defendants in these cases.

The Janssen Defendants further request the substitution of Susan M. Sharko of Faegre Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Rodney M. Hudson and Claudia V. Garcia.

Susan M. Sharko and Kim E. Moore have conferred with Rodney M. Hudson and Claudia V. Garcia and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Janssen Defendants respectfully request that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel of record in this matter.

Respectfully Submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Attorneys for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.
Dated: February 4, 2020

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: February 4, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ Rodney M. Hudson
Rodney M. Hudson
Claudia V. Garcia
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Rodney.hudson@faegredrinker.com
Claudia.garcia@faegredrinker.com

Dated: February 4, 2020

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on February 5, 2020 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               /s/Kim E. Moore