

**SMITH ◆ CLINESMITH**
A NATIONAL TRIAL FIRM

Writer's email:
dawn@smithclinesmith.com

February 5, 2020

**Via E-File**
Javier Gutierrez, Case Administrator
500 Poydras Street
Room C456
New Orleans, LA 70130

    Re: *Brockus, et al. v. Janssen Research & Development, LLC, et al.*
    Case No. 2:14-md-02592 (Reference 20-110)
    United States District Court for the Eastern District of Louisiana

Dear Mr. Gutierrez:

    The docket text for Document #17574 is incorrect. There has been no Stipulation of Dismissal With Prejudice for Tim Brockus, Carie Brockus, individually and as representatives of the Estate of John Brockus.

    Document #17574 is Defendant's Joint Motion for Withdrawal and Substitution of Counsel. See Exhibit 1, attached hereto and incorporated by reference.

    To reiterate, Plaintiffs have **not** stipulated to dismiss their case with prejudice. The docket text is incorrect. Please remedy this error as soon as possible.

    If you have any questions, please contact my associate Eric Hitchcock at (214) 953-1900. Thank you.

                                                          Sincerely,

                                                           SMITH CLINESMITH LLP

                                                           DAWN M. SMITH

DMS/EDH

325 N. St. Paul St., 29th Floor • Dallas, Texas 75201 • 214-953-1900 • Facsimile 214-953-1901
www.smithclinesmith.com

EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| TIM BROCKUS, CARIE BROCKUS, individually and as representatives of the ESTATE OF JOHN BROCKUS<br>Civil Action No. 20-cv-110 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc. ("Janssen Defendants"), who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Janssen Defendants request that Rodney M. Hudson and Claudia V. Garcia of Faegre Drinker Biddle & Reath LLP be withdrawn as counsel of record for Janssen Defendants in these cases.

The Janssen Defendants further request the substitution of Susan M. Sharko of Faegre Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Rodney M. Hudson and Claudia V. Garcia.

Susan M. Sharko and Kim E. Moore have conferred with Rodney M. Hudson and Claudia V. Garcia and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Janssen Defendants respectfully request that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel of record in this matter.

Respectfully Submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@faegredrinker.com

Attorneys for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.
Dated: February 4, 2020

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: February 4, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ Rodney M. Hudson
    Rodney M. Hudson
    Claudia V. Garcia
    Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
    Telephone: (415) 591-7500
    Rodney.hudson@faegredrinker.com
    Claudia.garcia@faegredrinker.com

Dated: February 4, 2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2020 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore