# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592**<br><br>**SECTION L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**TIM BROCKUS, CARIE BROCKUS, individually and as representatives of the ESTATE OF JOHN BROCKUS**<br>**Civil Action No. 20-cv-110** | **JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

## MOTION TO STRIKE

NOW INTO COURT through undersigned counsel, comes Janssen Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc. ("Janssen Defendants"), who file this Motion to Strike Rec. Doc. 17574 from the record in this matter.

Janssen Defendants represent that the Motion was incorrectly filed as a Stipulation of Dismissal, but the actual pleading is a Motion to Withdraw and Substitute Counsel of Record. The parties have not stipulated to dismiss this matter.

WHEREFORE, the Janssen Defendants respectfully request that Rec. Doc. 17574 be struck from the record.

    Respectfully Submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.

Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Attorneys for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.
Dated: February 4, 2020

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: February 4, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ Rodney M. Hudson
    Rodney M. Hudson
    Claudia V. Garcia
    Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
    Telephone: (415) 591-7500
    Rodney.hudson@faegredrinker.com
    Claudia.garcia@faegredrinker.com

Dated: February 4, 2020

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 5, 2020 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                    /s/Kim E. Moore