UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br><br>TIM BROCKUS, CARIE BROCKUS, individually and as representatives of the ESTATE OF JOHN BROCKUS<br>Civil Action No. 20-cv-110 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Strike;

**IT IS HEREBY ORDERED** that the Motion to Strike is GRANTED, and Rec. Doc. 17574 is stricken from the record in this matter.

THUS DONE AND SIGNED on this ___ day of _____, 2020.

_____
ELDON E. FALLON, DISTRICT COURT JUDGE