UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | |
| **TIM BROCKUS, CARIE BROCKUS,** individually and as representatives of the **ESTATE OF JOHN BROCKUS** Civil Action No. 20-cv-110 | **JUDGE ELDON E. FALLON** **MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel;

**IT IS HEREBY ORDERED** that Rodney M. Hudson and Claudia V. Garcia of Faegre Drinker Biddle & Reath LLP are withdrawn as counsel of record for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

THUS DONE AND SIGNED on this ___ day of _____, 2020.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT COURT JUDGE