UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>HAZEL S. WEBB<br>Civil Action No. 20-cv-113<br><br>ROY TILLMAN O'BRYANT<br>Civil Action No. 20-cv-111 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17572;

**IT IS HEREBY ORDERED** that Adam J. Spicer of King & Spalding LLP is withdrawn as counsel of record for Defendants Janssen Research & Development, LLC and Johnson & Johnson.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development, LLC and Johnson & Johnson.

New Orleans, Louisiana, on this 6th day of February, 2020.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE