UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>TIM BROCKUS, CARIE BROCKUS, individually and as representatives of the ESTATE OF JOHN BROCKUS<br>Civil Action No. 20-cv-110 | MDL 2592<br><br>SECTION L<br><br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Strike, R. Doc. 17577;

**IT IS HEREBY ORDERED** that the Motion be and is **DENIED AS MOOT**, as R. Doc. 17574 has already been flagged as an error in the record of this matter.

New Orleans, Louisiana, this 6th day of February, 2020.

_____
United States District Judge