UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TIM BROCKUS, CARIE BROCKUS, individually and as representatives of the ESTATE OF JOHN BROCKUS<br>Civil Action No. 20-cv-110 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17578;

**IT IS HEREBY ORDERED** that Rodney M. Hudson and Claudia V. Garcia of Faegre Drinker Biddle & Reath LLP are withdrawn as counsel of record for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.

New Orleans, Louisiana, on this 6th day of February, 2020.

_____
United States District Judge