MINUTE ENTRY
FALLON, J.
FEBRUARY 6, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: Various Cases | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Alexis Vice

Appearances: Andy Birchfield, Esq., on behalf of Certain Plaintiffs
Tim Farris, Esq. on behalf of Plaintiffs Annette Price and Yvonee Gosnell
Chanda Miller, Esq., on behalf of Defendants

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and Mr. Birchfield, appeared on behalf of Plaintiffs' Steering Committee. (Rec. Doc. Nos. 17557, 17558, 17559)

Tim Farris, Esq. appeared on behalf of two plaintiffs.

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:     :30