# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH<br><br>JURY TRIAL DEMANDED |
| This Document relates to:<br>  Jerry D. Ketcher v. Janssen Research<br>  & Development, LLC, et al.<br>  E.D. La. No. 2:16-cv-02012 | | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Lenora Ketcher on behalf of her deceased spouse, Jerry D. Ketcher.

1. Jerry D. Ketcher filed a products liability lawsuit against Defendants on March 10, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Jerry D. Ketcher died on January 30, 2020.

3. Jerry D. Ketcher's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on February 10, 2020.

5. Lenora Ketcher, surviving spouse of Jerry D. Ketcher, is a proper party to substitute for plaintiff-decedent Jerry D. Ketcher and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ.

P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Lenora Ketcher requests that this Court grant her request for substitution as plaintiff in this action.

Dated: February 10, 2020

                                              Respectfully submitted,

                                              By: */s/ Ethan L. Shaw*
                                                     Ethan L. Shaw
                                                     John P. Cowart
                                                     SHAW COWART, L.L.P.
                                                     1609 Shoal Creek Boulevard
                                                     Suite 100
                                                     Austin, Texas 78701
                                                     Telephone: (512) 499-8900
                                                     Facsimile: (512) 320-8906
                                                     elshaw@shawcowart.com
                                                     jcowart@shawcowart.com

                                                *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

                                                */s/ Ethan L. Shaw*