# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Jerry D. Ketcher v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-02012 | | JURY TRIAL DEMANDED |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Jerry D. Ketcher. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Lenora Ketcher, who is the surviving spouse and heir of Jerry D. Ketcher.

Dated: February 10, 2020

Respectfully submitted,

By: */s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      */s/ Ethan L. Shaw*