UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

# ORDER

The cases below were raised by Defendants as having failed to comply with the requirements of Case Management Order 11. R. Doc. 17553. The Plaintiffs in these cases were ordered to show cause as to why their cases should not be dismissed with prejudice for failure to comply with the Court's Orders. R. Doc. 17557. For the reasons stated on the record during the February 6, 2020 Show Cause Hearing, the following cases are **DISMISSED WITH PREJUDICE**:

| No. in Rec. Doc. 17557 | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm |
|---|---|---|---|---|
| 1. | 30883 | 2:19-cv-08814 | Alfaro, Mary Ann | Leonard B. Gabbay, PC |
| 2. | 30907 | 2:19-cv-08617 | Berger, Betty | Leonard B. Gabbay, PC |
| 3. | 30896 | 2:19-cv-08799 | Crook, Melissa | Leonard B. Gabbay, PC |
| 4. | 30914 | 2:19-cv-08501 | Dean, Sharleen | Leonard B. Gabbay, PC |
| 5. | 30925 | 2:19-cv-08348 | Ellis, Phillip | Leonard B. Gabbay, PC |
| 6. | 37734 | 2:19-cv-07804 | Groom, Jeffrey | Leonard B. Gabbay, PC |
| 7. | 30920 | 2:19-cv-08423 | Hartmann, Linda | Leonard B. Gabbay, PC |
| 8. | 30889 | 2:19-cv-07947 | Malone, Judith | Leonard B. Gabbay, PC |
| 9. | 30906 | 2:19-cv-08080 | McKinney, Juliette | Leonard B. Gabbay, PC |
| 10. | 30886 | 2:19-cv-07901 | Nicholson, Barbara | Leonard B. Gabbay, PC |

| No. in Rec. Doc. 17557 | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm |
|---|---|---|---|---|
| 11. | 30919 | 2:19-cv-08442 | Rhodes, Alan | Leonard B. Gabbay, PC |
| 12. | 30911 | 2:19-cv-08545 | Sellars, Virginia | Leonard B. Gabbay, PC |
| 13. | 30910 | 2:19-cv-08554 | Thompson, Sylvia | Leonard B. Gabbay, PC |
| 14. | 30898 | 2:19-cv-08751 | Uhrig, Ernestine | Leonard B. Gabbay, PC |
| 15. | 30885 | 2:19-cv-08334 | Wagner, Karen | Leonard B. Gabbay, PC |
| 16. | 33098 | 2:19-cv-05899 | Bailey, Anita | MacArthur Heder & Metler |
| 17. | 33061 | 2:19-cv-06243 | Carter, Jermaine | MacArthur Heder & Metler |
| 18. | 32971 | 2:19-cv-05254 | Davis, Lisa | MacArthur Heder & Metler |
| 19. | 32994 | 2:19-cv-06058 | Edwards, Christina | MacArthur Heder & Metler |
| 20. | 33083 | 2:19-cv-05284 | Evans, Warren | MacArthur Heder & Metler |
| 21. | 33137 | 2:19-cv-06260 | Lee, Janna | MacArthur Heder & Metler |
| 22. | 33166 | 2:19-cv-06959 | Walker, Stephanie | MacArthur Heder & Metler |
| 24. | 30430 | 2:19-cv-06379 | Sevy, Katy | Martinez & McGuire PLLC |
| 25. | 30777 | 2:19-cv-08267 | Simmons, John | Martinez & McGuire PLLC |
| 26. | 32514 | 2:19-cv-06809 | Bolden, Dennis | Mike Love & Associates, LLC |
| 27. | 32513 | 2:19-cv-06742 | Elliot, Kevin | Mike Love & Associates, LLC |
| 29. | 32519 | 2:19-cv-06912 | Wells, Wilma | Mike Love & Associates, LLC |

New Orleans, Louisiana, on this 10th day of February, 2020.

_____
Judge Eldon E. Fallon
United States District Court Judge