UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jerry D. Ketcher v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-2012

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17585, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lenora Ketcher, surviving spouse of Jerry D. Ketcher, is substituted for Jerry D. Ketcher as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of February, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE