UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) 2592 PRODUCTS LIABILITY LITIGATION | ) MDL No. ) ) |
| THIS ACTION RELATES TO: | ) SECTION: L ) JUDGE ELDON E. FALLON |
| All Plaintiffs Named in Attached Exhibit "A" | ) MAG. JUDGE MICHAEL NORTH ) |
| vs. | ) **MOTION TO SUBSTITUTE** ) **COUNSEL** ) |
| JANSSEN RESEARCH & DEVELOPMENT ) LLC, ET AL.              Defendants | ) ) |

All Plaintiffs listed on Exhibit "A" to this motion, move this Court for an order: (1) substituting the lead counsel for Plaintiffs from Jay Stuemke to David Greenstone and Christina Mancuso in these and the related cases and (2) withdrawing Mr. Stuemke's appearance in these and the related cases.

The basis for the substitution of counsel and withdrawal of Mr. Stuemke's appearance is that Mr. Stuemke is no longer affiliated with Plaintiffs' law firm.

Dated: February 14, 2020

>Respectfully submitted, SIMON GREENSTONE PANATIER, P.C.

>*/s/ Christina Mancuso*
>Christina Mancuso
>Texas SBN: 12891400
>David Greenstone
>Texas SBN: 24007271
>SIMON GREENSTONE PANATIER, P.C.
>1201 Elm Street, Suite 3400
>Dallas, Texas 75270

1

                        Telephone:  (214) 276-7680
                        Facsimile:   (214) 276-7699
                        E-Mail: cmancuso@sgptrial.com
                                    dgreenstone@sgptrila.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2020, the above and foregoing Motion to Substitute Counsel was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                                */s/ Christina Mancuso*
                                                Christina Mancuso