**EXHIBIT A**

| CASE CAPTION | CIVIL ACTION NO. |
|---|---|
| *Larry Baskerville v. Janssen Ortho, LLC, et al.* | *2:16-cv-07130* |
| *Kjell Bomark-Noel, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-06194* |
| *Estate of Lucile Butler, et al. v. Janssen Ortho, LLC, et al.,* | *2:17-cv-02189* |
| *Estate of Robert Byrne, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-06390* |
| *Estate of Joyce Christmas, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-16116* |
| *Scherrie Ann Clark, et al v. Janssen Ortho, LLC, et al.,* | *2:15-cv-03821* |
| *Estate of Roy Daniel Crider, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-16539* |
| *Charles F. Dennis, et al. v. Janssen Ortho, LLC, et al.,* | *2:17-cv-01473* |
| *Sylvia Drummond v. Janssen Ortho, LLC, et al* | *2:16-cv-16446* |
| *Stephanie Denise Biggs v. Janssen Ortho, LLC, et al* | *2:15-cv-07012* |
| *Nancy Sue Estes, et al. v. Janssen Ortho, LLC, et al* | *2:17-cv-00483* |
| *Evelyn Fender, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-2975* |
| *Henrietta Ferrington v. Janssen Ortho, LLC, et al.,* | *2:15-cv-02975* |
| *Robert Filbeck v. Janssen Ortho, LLC, et al* | *2:15-cv-07012* |
| *Estate of Thomas Grove, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00076* |
| *Dawn Hallett v. Janssen Ortho, LLC, et al* | *2:16-cv-00085* |
| *Christine Huckaby v. Janssen Ortho, LLC, et al.,* | *2:16-cv-00088* |
| *Malcolm Jackson, et al., v. Janssen Ortho, LLC, et al* | *2:15-cv-06391* |
| *Estate of Betty Jo Key, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00089* |
| *Cynthia Killian, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-00092* |
| *Fae Kincaid, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00093* |
| *Patricia Lancaster v. Janssen Ortho, LLC, et al.,* | *2:16-cv-00096* |
| *Michael Robert Lohman v. Janssen Ortho, LLC, et al* | *2:17-cv-05222* |
| *Helen Malone v. Janssen Ortho, LLC, et al* | *2:16-cv-00097* |
| *Roy Morris v. Janssen Ortho, LLC, et al.,* | *2:16-cv-16340* |
| *Barbara Nussbaum v. Janssen Ortho, LLC, et al* | *2:17-cv-01141* |
| *Tommy Overshown v. Janssen Ortho, LLC, et al* | *2:15-cv-03232* |
| *Manuel Pelyao v. Janssen Ortho, LLC, et al.,* | *2:15-cv-04011* |
| *Barbara Price, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-03705* |
| *Tammy Sansom v. Janssen Ortho, LLC, et al* | *2:15-cv-06393* |
| *Betty Jane Sawyers v. Janssen Ortho, LLC, et al* | *2:16-cv-16566* |
| *Harold Scott, et al. v. Janssen Ortho, LLC, et al* | *2:17-cv-00244* |
| *Dorothy Mae Smith, et al. v. Janssen Ortho, LLC, et al* | *2:17-cv-03700* |
| *Estate of Gloria Stembridge, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-05483* |
| *Estate of Genevieve Stewart, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-06396* |
| *Thomas Townley v. Janssen Ortho, LLC, et al* | *2:16-cv-11781* |
| *Geraldine Tuttle v. Janssen Ortho, LLC, et al.,* | *2:15-cv-06398* |
| *Larry Voras v. Janssen Ortho, LLC, et al* | *2:15-cv-06399* |
| *Warren Whitaker, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00098* |
| *Sharon Whitehead, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-17003* |
| *Leslie Wolfe v. Janssen Ortho, LLC, et al.,* | *2:15-cv-06400* |