UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *See Attached Exhibit A* | : : : | MAG. JUDGE MICHAEL B. NORTH |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Jay Stumeke of Simon Greenstone Panatier, P.C. is withdrawn as attorney of record in MDL No. 2592 and for the Plaintiffs listed in Exhibit A.

IT IS FURTHER ORDERED that attorney David Greenstone and Christina Mancuso of Simon Greenstone Panatier PC is substituted as the attorney of record for the Plaintiffs listed in **Exhibit A.**

New Orleans, Louisiana, this _____ day of _____, 2019

                                                                                             The Honorable Eldon E. Fallon
                                                                                            United States District Court Judge