UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Yolundus Murriel*, No. 2:19-cv-13139 | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes, *inter alia*, obligations for plaintiffs who are continuing to litigate their claims against Defendants. Plaintiff is continuing to litigate her claims against Defendants, and she therefore must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11. *See* CMO 11.

Pursuant to CMO 11, Plaintiffs are required to, *inter alia*:

1. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS. *See* CMO 11 Section I(B)(i).

2. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF. *See id.*

Plaintiff failed to serve all of these required documents by their respective deadlines. Pursuant to CMO 11, Defendants' counsel sent Plaintiff notice of Plaintiff's failure to serve the requisite documents and asked Plaintiff to comply within 30 days of the notice. More than 30 days have passed since Defendants' counsel sent this notice to Plaintiff, and Plaintiff still has not served all of the documents required by CMO 11.

Plaintiff is ordered to show cause before this Court at **9:00 am CT on March 19, 2020** in Courtroom C468, U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to appear before this Court will result in the dismissal of the Plaintiff's case with prejudice.

New Orleans, Louisiana, on this ____ day of _____ 2020.

_____
United States District Judge