UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH <u>CASE MANAGEMENT ORDER 11</u>**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") respectfully request that this Court issue an Order to Show Cause as to why Plaintiff's case should not be dismissed with prejudice for failure to submit the documents required by Case Management Order ("CMO") No. 11.

This is not the first time that Plaintiff has failed to comply with this Court's Orders. On August 8, 2019, Plaintiff was subject to an Order to Show Cause for failure to comply with CMO 10. (R. Doc. 14887.) Plaintiff was then granted additional time to comply with CMO 10. In September and October 2019, Plaintiff was subject to four Orders to Show Cause for failure to comply with CMO 12A. (R. Doc. 15416; R. Doc. 16218; R. Doc. 16868; and R. Doc. 17174). Plaintiff and her counsel failed to appear at the Show Cause Hearing held on October 7, 2019 regarding Plaintiff's failure to comply with CMO 12A, and Plaintiff's case was dismissed with prejudice. In November 2019, Plaintiff filed a Motion to Re-open and Reinstate her case, which was granted over Defendants' objections on December 12, 2019.

Now, Plaintiff has failed to comply with CMO 11.  This Court entered CMO 11 on March 25, 2019.  *See* Rec. Doc. 12902.  CMO 11 includes, *inter alia*, obligations for plaintiffs who chose not to participate in the Xarelto settlement program or are not eligible to participate in the Xarelto settlement program.  Plaintiff signed a Notice of Intent to Proceed stating that she chose to litigate her claims against Defendants and would not participate in the Xarelto settlement program.  *See* Exhibit A.  Because Plaintiff chose to litigate her claims, she must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11.  *See* CMO 11.  Indeed, in the Notice of Intent to Proceed, Plaintiff acknowledged that she must comply with CMO 11:  **"I understand that my obligations going forward include complying with the Docket Control Order (CMO 11) and all of its requirements."**  *See* Exhibit A (emphasis added).  When reinstating Plaintiff's case, the Court also reiterated that Plaintiff must comply with the Court's Orders and reminded counsel:  "And if it comes up again that you haven't participated in [the litigation], I'm going to have to no recourse but to dismiss it."  *See* Exhibit B, Hr'g Tr. 7:21-23, Dec. 12, 2019.

Pursuant to CMO 11, Plaintiff is required to, *inter alia*:

1. Serve an Affidavit of Compliance.  *See* CMO 11 Section III.

2. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS.  *See* CMO 11 Section I(B)(i).

3. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF.  *See id.*

Plaintiff failed to serve these required documents by their respective deadlines.  On January 3, 2020, Defendants' counsel sent Plaintiff's counsel notice of Plaintiff's failure to serve the Affidavit of Compliance, Short Form PFS, and PPCF and the documents and records required by the Short Form PFS and PPCF.  Defendants' counsel asked that Plaintiff submit the required documents

within 30 days. Defendants' counsel also communicated with Plaintiff's counsel by telephone on January 7, 2020 and by e-mail on January 7, 2020 and January 22, 2020 regarding Plaintiff's failure to comply with CMO 11. More than 30 days have passed since Defendants' counsel first sent overdue notices to Plaintiff's counsel, but Plaintiff still has not complied with CMO 11.

Although Plaintiff explicitly acknowledged that she is obligated to comply with CMO 11, she has simply failed to do so. Without the documents and information required by CMO 11, it is not possible for Defendants to proceed with discovery. Further, this will be the third time Plaintiff has been ordered before the Court for failure to comply with the Court's Orders. Plaintiff's repeated failure to comply warrants dismissal of her case with prejudice.

Therefore, Plaintiff should be ordered to show cause at **9:00 am CT on March 19, 2020**, before the Court as to why her case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
kmoore@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 14, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      */s/ Kim E. Moore*
      **Kim E. Moore**