# EXHIBIT A

Case 2:14-md-02592-EEF-MBN Document 17593 Filed 02/14/20 Page 2 of 2
Case 2:14-md-02592-EEF-MBN Document 17513 Filed 12/13/19 Page 1 of 1
Case 2:14-md-02592-EEF-MBN Document 14877-2 Filed 08/08/19 Page 2 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: MDL Case No. 2592 | Plaintiff: Nicole Nails Stone, Individually And As The Executrix of the Estate of Raymond Fulton Nails |

## NOTICE OF INTENT TO PROCEED

This Notice of Intent to Proceed must be completed by each Plaintiff who does not complete and submit the Settlement Enrollment Election Form. The Notice must be signed by the Plaintiff (either the Xarelto user or the legal representative of a deceased or incapacitated Xarelto user).

I Nicole Nails Stone, hereby notify the Court of my intent to (check one):

_____ Participate in the Xarelto Settlement Program;

_____ Not participate in the Xarelto Settlement Program, and I authorize my counsel to submit a Stipulation of Dismissal, with prejudice, on my behalf; or

✓ Litigate my claims against the Defendants, and I understand that my obligations going forward include complying with the Docket Control Order (Case Management Order 11) and all of its requirements.

Date: 12-12-19

Nicole Nails Stone
Signature of Plaintiff

Nicole Nails Stone
Print Name of Signing Plaintiff