UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | | |

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11

This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes, *inter alia*, obligations for plaintiffs who chose not to participate in the Xarelto settlement program or are not eligible to participate in the Xarelto settlement program. Plaintiff signed a Notice of Intent to Proceed stating that she chose to litigate her claims against Defendants and would not participate in the Xarelto settlement program. Because Plaintiff chose to litigate her claims, she must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11. *See* CMO 11.

Pursuant to CMO 11, Plaintiff is required to, *inter alia*:

1. Serve an Affidavit of Compliance. *See* CMO 11 Section III.

2. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS. *See* CMO 11 Section I(B)(i).

3. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF. *See id.*

Plaintiff failed to serve all of these required documents by their respective deadlines. Pursuant to CMO 11, Defendants' counsel sent Plaintiff's counsel notice of Plaintiff's failure to serve the

2

requisite documents and asked Plaintiff to comply within 30 days of the notice.  More than 30 days have passed since Defendants' counsel sent these notices to Plaintiffs' counsel, and Plaintiffs still have not served all of the documents required by CMO 11.

Plaintiff is ordered to show cause before this Court at **9:00 am CT on March 19, 2020** in Courtroom C468, U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to appear before this Court will result in the dismissal of the Plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2020.

_____
United States District Judge