UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *See Attached Exhibit A* | : : : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17592;

**IT IS HEREBY ORDERED** that the Motion be and is **GRANTED**. Attorney Jay Stumeke of Simon Greenstone Panatier, P.C. is hereby withdrawn as attorney of record in MDL No. 2592 for the Plaintiffs listed in Exhibit A.

**IT IS FURTHER ORDERED** that Attorneys David Greenstone and Christina Mancuso of Simon Greenstone Panatier PC are substituted as the attorneys of record for the Plaintiffs listed in Exhibit A.

New Orleans, Louisiana, this 18th day of February, 2020.

*/s/ Eldon E. Fallon*
The Honorable Eldon E. Fallon
United States District Court Judge