UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**ARTHUR HEINRICH**
Civil Action No. **2:19-cv-04837**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OR RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Arthur Heinrich**,** which occurred on October 15, 2019. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and is incorporated herein by reference.

Dated: February 21, 2020

Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
Bruce@FoxLawTN.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ *Bruce D. Fox*
      Bruce D. Fox (TN Bar No. 008965)