# **EXHIBIT A**

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY

**STATE FILE NUMBER:** 3052019208363
**LOCAL REGISTRATION NUMBER:** 3201930016460

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | ARTHUR |
| 2. MIDDLE | RALPH |
| 3. LAST (Family) | HEINRICH |
| 4. DATE OF BIRTH | 09/20/1955 |
| 5. AGE Yrs. | 64 |
| 6. SEX | M |
| 8. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP | DIVORCED |
| 7. DATE OF DEATH | 10/15/2019 |
| 8. HOUR (24 HOURS) | 1645 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC/LATINO | NO |
| 16. RACE | WHITE |
| 17. USUAL OCCUPATION | CARPENTER |
| 18. KIND OF BUSINESS OR INDUSTRY | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 45 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 21. CITY | BUENA PARK |
| 22. COUNTY/PROVINCE | ORANGE |
| 23. ZIP CODE | 90620 |
| 24. YEARS IN COUNTY | 60 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | CONNIE HEINRICH, SISTER |
| 27. INFORMANT'S MAILING ADDRESS | BUENA PARK, CA 90620 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 31. NAME OF FATHER/PARENT—FIRST | ARTHUR |
| 32. MIDDLE | IRVIN |
| 33. LAST | HEINRICH |
| 34. BIRTH STATE | KS |
| 35. NAME OF MOTHER/PARENT—FIRST | ELEANOR |
| 36. MIDDLE | GEORGIA |
| 37. LAST (BIRTH NAME) | DEROSE |
| 38. BIRTH STATE | MI |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 10/17/2019 |
| 40. PLACE OF FINAL DISPOSITION | BUENA PARK, CA 90620 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | THE OMEGA SOCIETY |
| 45. LICENSE NUMBER | FD1280 |
| 46. SIGNATURE OF LOCAL REGISTRAR | NICHOLE QUICK, MD |
| 47. DATE | 10/17/2019 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | WALNUT VILLAGE REHAB. AND CARE CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | — |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Nursing Home/LTC |
| 104. COUNTY | ORANGE |
| 105. FACILITY ADDRESS | 1401 W BALL ROAD |
| 106. CITY | ANAHEIM |

**CAUSE OF DEATH**

| Line | Cause | Time Interval |
|---|---|---|
| (A) IMMEDIATE CAUSE | CARDIOPULMONARY ARREST | MINS |
| (B) | MULTI ORGAN FAILURE | DAYS |
| (C) | ATHEROSCLEROTIC HEART DISEASE | MOS |
| (D) | | |

108. DEATH REPORTED TO CORONER? NO
109. BIOPSY PERFORMED? NO
110. AUTOPSY PERFORMED? NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE

113. WAS OPERATION PERFORMED: NO

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114(A). Decedent Attended Since | 04/11/2019 |
| 114(B). Decedent Last Seen Alive | 10/14/2019 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | CHRISTOPHER EDWARD SALEM D.O. |
| 116. LICENSE NUMBER | 20A10607 |
| 117. DATE | 10/16/2019 |
| 118. ATTENDING PHYSICIAN | CHRISTOPHER EDWARD SALEM D.O., 11770 WARNER AVENUE STE 101, FOUNTAIN VALLEY, CA 92708 |

---

**CERTIFIED COPY OF VITAL RECORDS**

DATE ISSUED: November 15, 2019

*Nichole Quick, MD*
*Eric S. Handler, M.D.*

ERIC G. HANDLER, M.D.
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

*004420549*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE