# EXHIBIT A

(Documents Uploaded to MDL Centrality on behalf of Plaintiff Patricia A. Foss)

| HOME | SETTLEMENT PROGRAM | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

***This website will be offline for scheduled maintenance from Friday, February 28, 2020, at 9:00 PM ET until 2:00 PM ET on Saturday, February 29, 2020.***

Back To MDL Centrality

MDL 2592 - Xarelto        Search Results

◀◀ Return to Search Results                                    Edit Plaintiff Informa

### Plaintiff Information

| | |
|---|---|
| Plaintiff ID: 8402 | Name of the Claimant: PATRICIA FOSS |
| DOB: [redacted] | Date of Retainer Agreement: 02/08/2016 |
| Principal Attorney: James B. Tuttle, Esq. | State of Residence: New York |
| Name of Representative: | Primary Law Firm: The Tuttle Law Firm |
| Interested Counsel: | Court/Venue: US District Court, Eastern District of Louisiana |
| Case Number: 2:16-cv-01259 | |

### Documents

View Documents   Upload

**Uploaded Files**

Filter: ALL

| Document ID | Description | Received Date | Delete |
|---|---|---|---|
| 807131 | Settlement Program - Notice of Ineligible Claimant | 02/12/2020 | |
| 806278 | Event Records - Event Record | 02/10/2020 | Remove |
| 806277 | Event Records - Event occurred prior to 09/10/2015 | 02/10/2020 | Remove |
| 806276 | Proof of Use--Pharmacy Records - Proof of Use Prior to 09/10/2015 | 02/10/2020 | Remove |
| 806275 | Plaintiff Verification of PFS - Signed Declaration Page Profile and Consent Form of 012420 | 02/10/2020 | Remove |
| 806274 | Plaintiff Verification of PFS - Short Form Complaint Declaration Page for upload of 012420 | 02/10/2020 | Remove |
| 806273 | Case Specific Rule 26a2 Report | 02/10/2020 | Remove |
| 804287 | PPCF Amended Deficiency Notice | 02/04/2020 | |
| 799205 | First Amended Short Form PFS | 01/24/2020 | |
| 799201 | First Amended Plaintiff Profile and Consent Form | 01/24/2020 | |
| 797330 | HIPAA Authorization - Benjamin Chang, MD Authorization | 01/21/2020 | Remove |
| 797328 | HIPAA Authorization - Tonya Corry, MD Authorization | 01/21/2020 | Remove |
| 797327 | HIPAA Authorization - Shaden Tonsi Eldakar-Healn, MD Authorization | 01/21/2020 | Remove |
| 797326 | HIPAA Authorization - Kevin Collins, MD Authorization | 01/21/2020 | Remove |
| 797323 | HIPAA Authorization - Walmart Pharmacy Authorization | 01/21/2020 | Remove |
| 797322 | HIPAA Authorization - Saratoga Hospital Authorization | 01/21/2020 | Remove |
| 797320 | HIPAA Authorization - Edward Liebers, MD Authorization | 01/21/2020 | Remove |
| 797318 | Employment Authorization - Saratoga Hospital - Employment AZ | 01/21/2020 | Remove |
| 797317 | HIPAA Authorization - Joseph Bell, MD Authorization | 01/21/2020 | Remove |
| 797315 | Health Insurance Record Authorization - CDPHP Authorization | 01/21/2020 | Remove |
| 797312 | HIPAA Authorization - James Gaylord, MD Authorization | 01/21/2020 | Remove |
| 797311 | HIPAA Authorization - CVS Pharmacy Authorization | 01/21/2020 | Remove |
| 797308 | HIPAA Authorization - George Forrest, MD Authorization | 01/21/2020 | Remove |
| 797306 | HIPAA Authorization - Harry Gerard Dunn, MD Authorization | 01/21/2020 | Remove |
| 797303 | HIPAA Authorization - Darryl John Dirisio, MD Authorization | 01/21/2020 | Remove |
| 797301 | HIPAA Authorization - Albany Medical Center Authorization | 01/21/2020 | Remove |
| 797297 | HIPAA Authorization - Sunnyview Hospital Authorization | 01/21/2020 | Remove |
| 797285 | HIPAA Authorization - Paula M. Crehan, NP Authorization | 01/21/2020 | Remove |
| 797283 | HIPAA Authorization - Lynn Nicolson, MD | 01/21/2020 | Remove |
| 793986 | Preservation Deficiency Notice | 01/13/2020 | |
| 789433 | SF Deficiency Notice | 01/07/2020 | |
| 785801 | Discovery Affidavit Deficiency Notice | 12/20/2019 | |
| 781834 | PPCF Deficiency Notice | 12/10/2019 | |
| 773664 | Affidavit of Compliance with Discovery - Affidavit of Compliance | 11/07/2019 | Remove |
| 773662 | Pharmacy Records - Sunnyview Pharmaceutical/Medication Records | 11/07/2019 | Remove |
| 773547 | Other - Plaintiff Declaration Page - Short Form Plaintiff Fact Sheet | 11/06/2019 | Remove |
| 773546 | Other - Plaintiff Declaration Page - Profile and Consent Form | 11/06/2019 | Remove |
| 773163 | Settlement Program - Notice of Non Participation | 11/05/2019 | |
| 772804 | Short Form PFS | 11/04/2019 | |
| 772792 | Plaintiff Profile and Consent Form | 11/04/2019 | |
| 769359 | Preservation Notice Statement | 10/28/2019 | Remove |
| 743840 | Settlement Program - Notice of Incomplete Enrollment Package | 10/03/2019 | |
| 623924 | Settlement Program - Notice of Intent to Proceed | 08/16/2019 | Remove |
| 618313 | Settlement Program - Enrollment Election Form | 08/12/2019 | Remove |
| 447908 | Retainer Agreement | 04/09/2019 | Remove |
| 206678 | Plaintiff Fact Sheet | 04/05/2016 | |
| 206385 | Plaintiff Verification of PFS - Plaintiff Signed Declaration | 04/05/2016 | Remove |
| 205876 | Medical Invoices or Billing Records - CDPHP Billing History | 04/01/2016 | Remove |
| 205768 | Health Insurance Record Authorization - Health Insurance Authorization | 04/01/2016 | Remove |
| 205766 | Employment Authorization - Employment Authorization | 04/01/2016 | Remove |
| 205765 | HIPAA Authorization - Medical Records Authorization | 04/01/2016 | Remove |
| 205763 | Proof of Lost Wages - Tax Document | 04/01/2016 | Remove |
| 205762 | Disability Claims Authorization - Authorization | 04/01/2016 | Remove |
| 205504 | Medical Records - Dr. Edward Liebers | 03/31/2016 | Remove |
| 205499 | Medical Records - Dr. Liebers | 03/31/2016 | Remove |
| 205497 | Medical Records - Albany Medical Center Hospital | 03/31/2016 | Remove |
| 205463 | Medical Records - Albany Medical Center | 03/31/2016 | Remove |
| 205452 | Medical Records - Sunnyview Rehabilitation Hospital Medicine Log | 03/31/2016 | Remove |
| 201200 | Medical Records - Albany Medical Center Hospital Record 081815 | 03/22/2016 | Remove |
| 201159 | Pharmacy Records - Medication Administration Summary | 03/22/2016 | Remove |

| | Notice | Notice Date | Response Deadline | Response Received Date | Action |
|---|---|---|---|---|---|
| 1 | Notice of Incomplete Enrollment | 10/03/2019 | 10/24/2019 | | Respond |
| 2 | Notice of Non-Participation | 11/05/2019 | | | |
| 3 | Notice of Ineligible Claimant | 02/12/2020 | 02/22/2020 | | |

Settlement Program

CMO 11 Forms

I. Plaintiff Profile and Consent Form — Amend Fact Sheet

II. Short Form — Amend Fact Sheet