# EXHIBIT B

(Document No. 806276 in MDL Centrality under Plaintiff Patricia A. Foss – Proof of Use – Pharmacy Record – Proof of Use Prior to September 10, 2015)

```
RUN DATE: 08/22/15         Northeast Health NPR Pharmacy *LIVE*              PAGE 87
RUN TIME: 0051              MEDICATION ADMINISTRATION SUMMARY
RUN USER: DCB1

PATIENT: FOSS,PATRICIA              ACCT #: SV00188763   LOC:  SV.2W     U #: SV079277
                                    AGE/SX: 61/F         ROOM: SV273    REG: 07/29/15
REG DR:  Nicolson MD,LynneTaylor    STATUS: DIS IN       BED:  2        DIS: 08/18/15

FOSS,PATRICIA                SV00188763                       (Continued)


ENOX120INJ - Enoxaparin 120 MG/0.8 ML SYRA

  DOSE:    120 MG  (0.8 ML PER DOSE)
  ROUTE:   SQ
  SIG:     BID/9A&9P  (SCH)
  START:   08/17/15-1706       STOP: 08/17/15-2300      DC: 08/17/15-2300
  ORD DR:  Crehan NP,Paula M
  TOT DISP: 1                  TOT COSTS: $23.10        TOT CHARGES: $42.40
  Rx #:    SV000462826

ADMIN DATE  TIME   USER       GVN  BAG  REASON CODE   DOSE GIVEN              CHARGE
08/17/15    1800   SID18       Y                      120 MG                   42.40
(08/17/15) (1706) SITE: ABD


ADMIN TOTALS:                                                                  42.40


RIVA10TA2 - Rivaroxaban 10 MG TAB

  DOSE:    10 MG  (1 TABLET PER DOSE)
  ROUTE:   PO
  SIG:     DAILY  (SCH)
  START:   08/18/15-0900       STOP: None              DC: 08/18/15-1123
  ORD DR:  Crehan NP,Paula M
  TOT DISP: 1                  TOT COSTS: $6.49        TOT CHARGES: $20.40
  Rx #:    SV000462827

ADMIN DATE  TIME   USER       GVN  BAG  REASON CODE   DOSE GIVEN              CHARGE
08/18/15    0825   ND17        Y                      10 MG                    20.40
(08/18/15) (0900)


ADMIN TOTALS:                                                                  20.40
```

