# EXHIBIT C

(Document No. 806277 in MDL Centrality under Plaintiff Patricia A. Foss – Event Record – Event Occurred Prior to September 10, 2015)

**ALBANY MEDICAL CENTER HOSPITAL**
**NEW SCOTLAND AVENUE**
**ALBANY, NY 12208**

CONSULTATION NOTE

NAME: FOSS, PATRICIA  
DOB: ▓▓▓▓  
FROM: HARRY GERARD DUNN, MD  

MR #: 2240548  
ECD #: 308162148  

DATE OF CONSULT: August 19, 2015

FROM: Harry Gerard Dunn, MD

HISTORY: Patricia Foss is a 61-year-old woman I am asked to see in consultation for a history of lupus anticoagulant and newly diagnosed bilateral subdural hematomas while on Lovenox and Xarelto. The patient has a history of being diagnosed this spring with schwannoma at L1 and L2 status post operative resection by Neurosurgery with a decompressive laminectomy on
July 22, 2015. Postoperatively, she was noted to have paralysis of the left lower extremity which has improved at rehab. Because of a history of lupus anticoagulant which had been diagnosed by Dr. Liebers, she had been placed on Lovenox at a dose of 120 mg b.i.d., which she continued from time of diagnosis until the
evening of August 17, 2015. Yesterday morning, she was begun on Xarelto at 10 mg per day. For approximately the past 4 to 5 days, she had noted headache and in speaking with her daughter, there had been a decline in mental status over the past 2 days. There had also been significant nausea and vomiting. CT scan revealed right mixed density subdural hemorrhage in the right frontotemporal region and more extensive subdural hemorrhage in the left temporal region. There was no history of trauma over the past several days. There was also a small hemorrhage noticed over the left tentorium. Patient did receive 2800 units of Kcentra yesterday afternoon. In speaking with Patricia's daughter, her last dose of Lovenox was on the evening of August 17, 2015 and her last dose of Xarelto was in the a.m. of August 18, 2015.

The diagnosis of lupus anticoagulant was established in the setting of evaluation for liver lesions and a prolonged PTT. She has no history of bleeding issues. There is a very distant history of superficial vein thrombosis in the left lower extremity while on birth control pills about 30 years ago. There is no history of DVT, pulmonary embolism, MI, CVA, TIA, or seizures. The patient currently denies chest pain or shortness of breath. She does still note a headache though it has improved. She denies epistaxis, melena, hemoptysis, or hematochezia. She has noted bruising in her Lovenox injection sites.

PAST SURGICAL HISTORY: Resection of a schwannoma at L1-L2 July 2015, colectomy for diverticulitis, liver biopsy in 2012 initially felt to be malignant, subsequently felt to be benign, and a surgical hernia repaired in 2013.

MEDICATIONS: Current medications are Neurontin 100 mg 3 times daily, heparin 5000 units every 12 hours, Keppra 500 mg twice daily, magnesium chloride 64 mg twice daily, Protonix 40 mg daily, K-Dur 10 mEq daily. P.r.n. medications include morphine, Zofran, Tylenol.

ALLERGIES: No known allergies.

FAMILY HISTORY: Father died of sudden death/MI at age 85 and had a distant history of a stroke. Mother died in her 70s of pancreatic cancer. Sister is a breast cancer survivor. Two daughters are alive and well. There is no history of thrombosis in the family.

PERSONAL AND SOCIAL HISTORY: She is an LPN at Saratoga Hospital. Nonsmoker. No significant alcohol

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eConsultation Note DOS: 8/18/2015 - HARRY GERARD DUNN, MD

## ALBANY MEDICAL CENTER HOSPITAL
## NEW SCOTLAND AVENUE
## ALBANY, NY 12208

### CONSULTATION NOTE

NAME: FOSS, PATRICIA  
DOB:  
FROM: HARRY GERARD DUNN, MD

MR #: 2240548  
ECD #: 308162148

intake. Divorced. Born in Troy.

REVIEW OF SYSTEMS: HEENT: Wears glasses. Respiratory: Denies pneumonia. Denies cough, sputum production, or hemoptysis. Cardiovascular: Peripheral vascular disease, ascending thoracic aortic aneurysm. GI: Diverticulitis, fatty liver. Liver lesions noted in 2012, revealing steatosis and minimal fibrosis. Hematology: Positive lupus anticoagulant with distant history of superficial phlebitis in left lower extremity. GU: Negative for nephrolithiasis. Musculoskeletal: Workup for lupus reportedly negative. Dermatology: Chronic changes in the left calf to left ankle area after a traumatic injury 20 to 30 years ago. Neuro: Recent diagnosis of subdural hematoma. Psych: Negative for anxiety or depression. Infectious Disease: Negative for recent fevers.

PHYSICAL EXAMINATION: She is a 61-year-old woman lying in bed in no acute distress. Temp is 36.8, blood pressure of 127/59, pulse is 67, respirations are 16, O2 sat is 98%. HEENT: Normocephalic. Sclerae white. Pupils equal and reactive to light. EOMs are intact. Nasal and oropharyngeal mucosa without ulceration or erythema. Hearing grossly normal. Neck: Supple. Chest: Clear. Heart: Regular without rub or gallop. Abdomen is obese and nontender. Spleen not palpable. There are scattered ecchymoses over her abdomen corresponding with her Lovenox injection sites. Extremities: There are what appear to be chronic stasis-type changes in the left lower extremity just above the ankle. I could not appreciate calf or thigh tenderness to palpation. There is no significant axillary, supraclavicular adenopathy. Hands and feet are warm to touch. There is no active synovitis in hands, wrists, elbows, knees, ankles, or feet. Neuro: She is awake and alert. She is having some difficulty with word finding. There is weakness of the left lower extremity.

LABORATORY DATA: Hemoglobin is 6.1, hematocrit 34, platelets are 223,000. INR is 1, PTT last evening was 36 and actually on July 26, 2015, was actually normal at 29 seconds. Creatinine is 0.6, bilirubin is 1.5, AST 22.

ASSESSMENT AND PLAN: A 61-year-old woman with a history of lupus anticoagulant diagnosed several years ago by Dr. Liebers. I did speak to Dr. Liebers associate, Dr. Delmonte who did forward me a copy of Dr. Liebers' consultation in June of 2014. He also forwarded a letter clearing her for surgery and that feeling she had an increased risk of bleeding. Because of an increased risk of thrombosis, she was placed on Lovenox and Xarelto postop. Unfortunately, she has now had a complication of significant hemorrhagic event. She is now 36 hours from Lovenox and is almost 48 hours from Lovenox and 36 hours from last dose of Xarelto. She did receive Kcentra yesterday afternoon. At the present time, at least by the daughter's history, she may actually from a neurologic standpoint slightly better. Her history of thrombosis is only positive for superficial vein thrombosis in the left lower extremity approximately 25 to 30 years ago while on birth control pills. I would check a bilateral lower extremity Dopplers. If she would have an acute DVT at this point in time, I would place an IVC filter. Otherwise, I believe I would hold on IVC filter placement. I have placed a call to discuss that plan with both Dr. DiRisio of Neurosurgery and Dr. Corry, the Hospitalist attending. As long she has no acute thrombosis in lower extremity, I would also place her on IVC's. She is already on prophylactic heparin. We will follow with you.

Thanks for allowing me to participate in her care.

## ALBANY MEDICAL CENTER HOSPITAL
## NEW SCOTLAND AVENUE
## ALBANY, NY 12208

### CONSULTATION NOTE

NAME: FOSS, PATRICIA  
DOB: [redacted]  
FROM: HARRY GERARD DUNN, MD  

MR #: 2240548  
ECD #: 308162148  

intake. Divorced. Born in Troy.

REVIEW OF SYSTEMS: HEENT: Wears glasses. Respiratory: Denies pneumonia. Denies cough, sputum production, or hemoptysis. Cardiovascular: Peripheral vascular disease, ascending thoracic aortic aneurysm. GI: Diverticulitis, fatty liver. Liver lesions noted in 2012, revealing steatosis and minimal fibrosis. Hematology: Positive lupus anticoagulant with distant history of superficial phlebitis in left lower extremity. GU: Negative for nephrolithiasis. Musculoskeletal: Workup for lupus reportedly negative. Dermatology: Chronic changes in the left calf to left ankle area after a traumatic injury 20 to 30 years ago. Neuro: Recent diagnosis of subdural hematoma. Psych: Negative for anxiety or depression. Infectious Disease: Negative for recent fevers.

PHYSICAL EXAMINATION: She is a 61-year-old woman lying in bed in no acute distress. Temp is 36.8, blood pressure of 127/59, pulse is 67, respirations are 16, O2 sat is 98%. HEENT: Normocephalic. Sclerae white. Pupils equal and reactive to light. EOMs are intact. Nasal and oropharyngeal mucosa without ulceration or erythema. Hearing grossly normal. Neck: Supple. Chest: Clear. Heart: Regular without rub or gallop. Abdomen is obese and nontender. Spleen not palpable. There are scattered ecchymoses over her abdomen corresponding with her Lovenox injection sites. Extremities: There are what appear to be chronic stasis-type changes in the left lower extremity just above the ankle. I could not appreciate calf or thigh tenderness to palpation. There is no significant axillary, supraclavicular adenopathy. Hands and feet are warm to touch. There is no active synovitis in hands, wrists, elbows, knees, ankles, or feet. Neuro: She is awake and alert. She is having some difficulty with word finding. There is weakness of the left lower extremity.

LABORATORY DATA: Hemoglobin is 6.1, hematocrit 34, platelets are 223,000. INR is 1, PTT last evening was 36 and actually on July 26, 2015, was actually normal at 29 seconds. Creatinine is 0.6, bilirubin is 1.5, AST 22.

ASSESSMENT AND PLAN: A 61-year-old woman with a history of lupus anticoagulant diagnosed several years ago by Dr. Liebers. I did speak to Dr. Liebers associate, Dr. Delmonte who did forward me a copy of Dr. Liebers' consultation in June of 2014. He also forwarded a letter clearing her for surgery and that feeling she had an increased risk of bleeding. Because of an increased risk of thrombosis, she was placed on Lovenox and Xarelto postop. Unfortunately, she has now had a complication of significant hemorrhagic event. She is now 36 hours from Lovenox and is almost 48 hours from Lovenox and 36 hours from last dose of Xarelto. She did receive Kcentra yesterday afternoon. At the present time, at least by the daughter's history, she may actually from a neurologic standpoint slightly better. Her history of thrombosis is only positive for superficial vein thrombosis in the left lower extremity approximately 25 to 30 years ago while on birth control pills. I would check a bilateral lower extremity Dopplers. If she would have an acute DVT at this point in time, I would place an IVC filter. Otherwise, I believe I would hold on IVC filter placement. I have placed a call to discuss that plan with both Dr. DiRisio of Neurosurgery and Dr. Corry, the Hospitalist attending. As long she has no acute thrombosis in lower extremity, I would also place her on IVC's. She is already on prophylactic heparin. We will follow with you.

Thanks for allowing me to participate in her care.