# EXHIBIT E

(Specific Causation Opinion
of Dr. Brian Feingold, M.D.)

Brian Feingold, M.D., FACP

2001 Marcus Avenue

Suite N-100

New Hyde Park, New York 11042

February 6, 2020

James B. Tuttle, Esq.

The Tuttle Law Firm

1520 Crescent Road, Suite 300

Clifton Park, New York 12065

**Re: Patricia Foss**

I am a Board-Certified Internist, graduated from New York University School of Medicine and licensed in the state of New York,

Patricia Foss, DOB ▓▓▓▓▓ at the time 61 years old, underwent decompressive laminectomy for resection of a schwannoma at L1-L2 on 07/22/2015. She had a history of lupus anticoagulant. She was treated with Lovenox until 08/17/2015 and was begun on Xarelto on the morning of 08/18/2015. Later in the day on 08/18/2015, she was transferred to Albany Medical Center Hospital and admitted after a four to five-day history of headache, generalized weakness and nausea and vomiting for two days. A head CT scan revealed right mixed density subdural hemorrhage in the right frontotemporal region and more extensive subdural hemorrhage in the left temporal region. There was no history of recent trauma. There was also a small hemorrhage noted over the left tentorium. Of note, the last reported dose of Lovenox was on the evening of 08/17/2015 ad the last dose of Xarelto was in the AM of 08/18/2015. The patient received Kcentra (prothrombin complex concentrate) in an attempt to reverse the anticoagulation. She had no prior history of bleeding issues. She subsequently received an IVC filter for treatment of a leg DVT and was medically managed for her neurologic condition and underwent physical therapy.

On reviewing Ms. Foss's relevant medical records, I opine with a reasonable degree of medical probability that Ms. Foss suffered intracranial hemorrhage (subdural hematomas) that were diagnosed on 08/18/2015.

Based upon my review of Ms. Foss's relevant medical records, as well as based upon my education, training, experience as well as a review of medical literature, I am of the opinion, that to a reasonable degree of medical probability Ms. Foss suffered intracranial hemorrhage (subdural hematomas) diagnosed on 0/8/18/2015. It is further my opinion that with a reasonable degree of medical probability that the use of Xarelto for the treatment of her lupus anticoagulant contributed to her intracranial hemorrhage.

Based on my education, training, and experience, and based on my review of medical literature, use of rivaroxaban (Xarelto) increases risk of bleeding in at-risk patients, including increased risk of intracranial bleeding. The use of rivaroxaban (Xarelto), to a reasonable degree of medical probability, ultimately contributed to her intracranial bleeding.

Sincerely,

Brian Feingold, M.D., FACP