U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA A. FOSS

          Plaintiff,

-against-

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG,
and BAYER AG,

          Defendants.

Master Case no.: 14-md-2592

**ORDER**

Civil Action No.: 2:16-cv-01259-EEF-MBN

**THIS DOCUMENT RELATES TO:**

**PATRICIA A. FOSS**
**Civil Action No.: 2:16-cv-01259-EEF-MBN**

    Considering Plaintiff's Motion for Reconsideration and to Vacate Dismissal and Reinstate Case; IT IS HEREBY ORDERED that the Motion is Granted and Plaintiff's Case is reinstated.

Dated: March ___, 2020

                                            _____
                                            Eldon E. Fallon
                                            United States District Judge