# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Humble et al v. Janssen Research & Development LLC et al
Civil Action No. 2:16-cv-05135-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel for Charles Humble moves this Honorable Court for an order to substitute Charles Humble, Jr., son of the decedent, and personal representative of the estate of Charles Humble, in the above captioned matter and in support thereof, states the following.

1. Charles Humble filed a Xarelto product liability case against the defendants on April 4th, 2016.

2. Charles Humble passed away on February 17th, 2017 during the pendency of this action, as reported to this Court in the Suggestion of Death filed by counsel on May 8th, 2019. (Rec. Doc. 13477).

3. Charles Humble's product liability action against defendants survived his death and was not extinguished.

4. The decedent's successor and personal representative of his estate, Charles Humble, Jr., is the proper plaintiff and wishes to be substituted on behalf of Charles Humble in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Charles Humble, Jr. as the plaintiff in this action.

Dated: February 25th, 2020      Respectfully submitted,

/s/ Deborah S. Kerr_____
Deborah S. Kerr
GOLDBERG & OSBORNE
915 W. Camelback Road
Phoenix, AZ 85013
Telephone: (602) 808-6750
Facsimile: (602) 808-6799
E-mail: dkerr@goldbergandosborne.com
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2020, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ Deborah S. Kerr
                Deborah S. Kerr