# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Humble et al v. Janssen Research & Development LLC et al
Civil Action No. 2:16-cv-05135-EEF-MBN

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Charles Humble, Jr., as the legal successor of Charles Humble, be substituted as party plaintiff on behalf of Charles Humble.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE