# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Humble et al v. Janssen Research & Development LLC et al
Civil Action No. 2:16-cv-05135-EEF-MBN

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through his undersigned counsel, to file the following pleadings, as follows:

1. Motion to Substitute Party Plaintiff; and

2. Proposed Order.

Said motion will be submitted on the 18th day of March, 2020, at 9:00am before the Honorable Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated: February 25th, 2020            Respectfully submitted,

/s/ Deborah S. Kerr
Deborah S. Kerr
GOLDBERG & OSBORNE
915 W. Camelback Road
Phoenix, AZ 85013
Telephone: (602) 808-6750
Facsimile: (602) 808-6799
E-mail: dkerr@goldbergandosborne.com
*Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2020, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Deborah S. Kerr
Deborah S. Kerr