# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | CIVIL ACTION NO.:2:14-md-02592 MDL NO. 2592 |
| This Document Relates To: | SECTION: L JUDGE FALLON |
| Diana Sebastian v. Janssen Research & Development LLC, et al.: 19-cv-01238; | MAG. JUDGE NORTH |

## AMENDED MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT comes Timothy M. Farris, attorney of record for Tim Farris Law Firm PLLC representing Plaintiff, Diana Sebastian in this matter, and respectfully requests leave to withdraw as attorney, under the provisions of LR 83.2.11 of the United States District Court Eastern District of Louisiana.

This request is made on the ground that Plaintiff, Diana Sebastian has not responded to counsel's efforts to reach her regarding the settlement. Plaintiff's counsel has called Plaintiff, left voice messages, sent emails, and letters by U.S. Mail on December 23, 2019, January 6, 2020, and January 13, 2020 with copies of the settlement documents requesting she contact my office immediately. Numerous phone calls have also been made with no return phone call from Plaintiff. Plaintiff Diana Sebastian discussed the case with Plaintiff's counsel and advised she would execute the documents and return same but has failed to do so and now fails to communicate with counsel despite repeated attempts. (See attached Exhibits)

Counsel for Plaintiff sent a letter to Diana Sebastian on January 13, 2020 informing Plaintiff that if she did not contact her attorney that a Motion to Withdraw would be filed. On February 4, 2020 by email and a letter was mailed by U.S. Mail regarding our intent to file the Motion to Withdraw as Counsel. On February 20, 2020, Defendants counsel responded to Plaintiffs' Counsel with no object to the Motion to Withdraw. On February 26, 2020, another

phone call with a voice message was left with Plaintiff and a letter with the Amended Motion to Withdraw with all exhibits attached was mailed by U. S. Mail, certified letter and by Federal Express to Plaintiff.

We respectfully request that this Honorable Court grant the request of Plaintiffs' counsel to be permitted to withdraw from further representation of the Plaintiff and that the Plaintiff has been put on notice by letter by U. S. Mail and Certified Mail and email of the filing of this Motion.

Respectfully submitted this 26th day of February, 2020.

/s/Timothy M. Farris
Timothy M. Farris, MSB#8848
TIM FARRIS LAW FIRM PLLC
6645 U. S. Highway 98W, Ste 3
Hattiesburg, MS 39402
Telephone (601)296-1082
Facsimile (601)296-1085
tim@timfarrislaw.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2020, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record and to Plaintiff, Diana Sebastian at her address 128 E. Cutshall Road, Austin, IN 47102 by U. S. Mail, certified letter and by Federal Express.

/s/Timothy M. Farris
Timothy M. Farris