**Reception User**

| | |
|---|---|
| **From:** | Tim Farris <tim@timfarrislaw.com> on behalf of Tim Farris |
| **Sent:** | Thursday, February 20, 2020 3:21 PM |
| **To:** | Reception User |
| **Subject:** | Fwd: Xarelto MDL: Notice of Deficiency re CMO 11 (Preservation Notice) |

Sent from my iPhone
Tim Farris
Tim Farris Law Firm P.L.L.C.
6645 US Highway 98
Hattiesburg, MS 39402
601-296-1082
tim@timfarrislaw.com

Begin forwarded message:

> **From:** "Miller, Chanda A." <chanda.miller@faegredrinker.com>
> **Date:** February 20, 2020 at 3:17:12 PM CST
> **To:** Tim Farris <tim@timfarrislaw.com>, "Brown, Lindy" <lbrown@bradley.com>, "Goddard, Joan" <joan.goddard@kayescholer.com>, "McCollum, Maegan" <mmccollum@bradley.com>, "Stone, Kaitlyn E." <kaitlyn.stone@faegredrinker.com>
> **Cc:** "myra@timfarrrislaw.com" <myra@timfarrrislaw.com>, Andy Birchfield <Andy.Birchfield@BeasleyAllen.com>, Joseph VanZandt <Joseph.VanZandt@BeasleyAllen.com>, Soo Seok Yang <SooSeok.Yang@BeasleyAllen.com>
> **Subject: RE: Xarelto MDL: Notice of Deficiency re CMO 11 (Preservation Notice)**
>
> Hi Tim –
>
> Defendants do not object to your motion to withdraw in the Dianna Sebastian matter.
>
> Thanks,
> Chanda
>
> **Chanda A. Miller**
> Partner
> chanda.miller@faegredrinker.com
>
> +1 215 988 1197  direct  / +1 215 988 2757 fax
>
> ---
>
> **Faegre Drinker Biddle & Reath** LLP
> One Logan Square, Suite 2000
> Philadelphia, Pennsylvania 19103, USA
>
> Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** – a new firm comprising the former Drinker Biddle & Reath and Faegre Baker Daniels. Our email