UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION

CIVIL ACTION NO.:2:14-md-02592
MDL NO. 2592

This Document Relates To:

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

Diana Sebastian v. Janssen Research & Development LLC, et al.: 19-cv-01238;

## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF LAMAR

I, Timothy M. Farris, Attorney at Law located at 6645 US Highway 98W, Ste 3., Hattiesburg, Mississippi do solemnly swear that I communicated with Diana Sebastian on December 23, 2019, regarding the Xarelto Settlement. Mrs. Sebastian agreed to enter into the settlement and I signed the form on her behalf. I also emailed her that date explaining that she must have the settlement forms completed, signed and sent to my office to file or she would be disqualified from the settlement. After my conversation with her on December 23, 2019, no communication with Mrs. Sebastian have been received and I have been unable to speak with her again, nor received any response to my repeated phone calls and numerous emails or letters from my office.

IN WITNESS WHEREOF, I have signed and delivered this Affidavit, this the 20th Day of February, 2020.

_____
TIMOTHY M. FARRIS

STATE OF MISSISSIPPI
COUNTY OF LAMAR

PERSONALLY appeared before me, the undersigned authority in and for the said county and state, on this the 20th day of February, 2020, within my jurisdiction, the within named Timothy M. Farris who acknowledged that he executed the above and foregoing instrument.

_____
NOTARY PUBLIC

My Commission Expires: 9/25/22

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 83669, MYRA WESTER, Commission Expires Sept. 25, 2022, PERRY COUNTY]