UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCT md-02592
LIABILITY LITIGATION

CIVIL ACTION NO.:2:14-

MDL NO. 2592

This Document Relates To:

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

Diana Sebastian v. Janssen Research & Development LLC, et al.: 19-cv-01238;

## ATTORNEY STATEMENT

I, Timothy M. Farris, Attorney for Plaintiff, Diana Sebastian do solemnly state that on October 11, 2019, the Plaintiff Fact Sheet was entered into MDL Centrality with required and supporting documentation. That on November 3, 2019 a Short Form Plaintiff Fact Sheet and Profile and Consent Form was entered through MDL Centrality. That on November 25, 2019, a Preservation Notice was entered through MDL Centrality (see attached Exhibit A). That on December 9th and 10th, 2019 deficiency notices were issued by Defendants regarding medical records not being submitted for the past twelve years and records from certain providers showing the use of Xarelto, Aspirin and Plavix. Due to the settlement agreement between Plaintiff, counsel and Defendants, further record request ceased at that time. Due to the lack of response from the Plaintiff, counsel has ceased in resolving the deficiencies which would require assistance from the Plaintiff. The filing fee of $400.00 required for filing the Complaint has been paid by my office.(see Exhibit B).

IN WITNESS WHEREOF, I have signed and delivered this Affidavit, this the _____ Day of February, 2020.

TIMOTHY M. FARRIS
Attorney for Diana Sebastian

# XARELTO SETTLEMENT PROGRAM
## MDL 2592



HOME ▼    SETTLEMENT PROGRAM ▼    FACT SHEETS ▼    REPORTING    DOCKET CENTRAL    DISCOVERY CENTRAL    MY ACCOUNT ▼

MDL 2592 - Xarelto    Search Results

◀◀ Return to Search Results    ✎ Edit Plaintiff Inform

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 28715 | Name of the Claimant: | DIANA SEBASTIAN |
| DOB: | 08/01/1975 | Date of Retainer Agreement: | 06/30/2017 |
| Principal Attorney: | Timothy M. Farris | State of Residence: | Indiana |
| Name of Representative: | | Primary Law Firm: | Tim Farris Law Firm, P.L.L.C. |
| Interested Counsel: | | Court/Venue: | US District Court Eastern District of LA |
| Case Number: | 2:19-cv-01238 | | |

### Documents

📄 View Documents    ⬆ Upload

**Uploaded Files**

Filter: ALL ▼

| Document ID | Document Type | Created Date | Delete |
|---|---|---|---|
| 794100 | Preservation Deficiency Notice | 01/13/2020 | |
| 781739 | PPCF Deficiency Notice | 12/10/2019 | |
| 781208 | SF Deficiency Notice | 12/09/2019 | |
| 777461 | Other - Declaration Profile and Consent | 11/26/2019 | Remove |
| 777099 | Preservation Notice | 11/25/2019 | Remove |
| 772558 | Short Form PFS | 11/03/2019 | |
| 772557 | Plaintiff Profile and Consent Form | 11/03/2019 | |
| 770084 | Psychiatric Records Authorization | 10/29/2019 | Remove |
| 770082 | Health Insurance Record Authorization | 10/29/2019 | Remove |
| 770081 | Disability Claims Authorization | 10/29/2019 | Remove |
| 770080 | Workers Compensation Authorization | 10/29/2019 | Remove |
| 770079 | Employment Authorization | 10/29/2019 | Remove |
| 770078 | HIPAA Authorization | 10/29/2019 | Remove |
| 770077 | Other - Declaration | 10/29/2019 | Remove |
| 760420 | Plaintiff Verification of PFS | 10/11/2019 | Remove |
| 760415 | Plaintiff Fact Sheet | 10/11/2019 | |
| 760414 | Psychiatric Records Authorization | 10/11/2019 | Remove |
| 760413 | Health Insurance Record Authorization | 10/11/2019 | Remove |
| 760412 | Disability Claims Authorization | 10/11/2019 | Remove |
| 760411 | Workers Compensation Authorization | 10/11/2019 | Remove |
| 760410 | Employment Authorization | 10/11/2019 | Remove |
| 760409 | HIPAA Authorization | 10/11/2019 | Remove |
| 760395 | Medical Records | 10/11/2019 | Remove |
| 760385 | Medical Records | 10/11/2019 | Remove |
| 760383 | Medical Records | 10/11/2019 | Remove |
| 760378 | Medical Records | 10/11/2019 | Remove |
| 760312 | Medical Records - Pharmacy Records-Walmart | 10/11/2019 | Remove |
| 713672 | Settlement Program - Notice of Non Participation | 09/17/2019 | |
| 631267 | Settlement Program - Notice of Intent to Proceed - Enrollment form | 08/19/2019 | Remove |
| 587718 | Settlement Program - Enrollment Election Form | 08/05/2019 | Remove |
| 495415 | Settlement Program - Post-Reconsideration Notice of Eligible Claimant | 07/03/2019 | |
| 484448 | Settlement Program - Reconsideration Request | 06/06/2019 | Remove |
| 483859 | Settlement Program - Notice of Ineligible Claimant | 06/05/2019 | |
| 441619 | Medical Records - Pharmacy records | 03/06/2019 | Remove |

12/9/19

Tim Farris Law Firm, P.L.L.C.
6645 US Hwy 98 W. Suite 3 Hattiesburg MS 39402

Re: Notice of Deficiency in Short Form PFS
*In re Xarelto (Rivaroxaban) Prods. Liab. Lit.*, MDL No. 2592
Alleged Xarelto User: DIANA SEBASTIAN
Docket No.: 2:19-cv-01238; 2:19-cv-11798

Dear Counsel:

Case Management Orders ("CMOs") 8 and 11 required Plaintiff to serve Defendants with a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and medical records required by the Short Form PFS. The Short Form PFS submitted in the above-referenced case is incomplete and does not meet the requirements of CMOs 8 and 11. The Short Form PFS contains the following deficiencies:

| SFPFS Section | SFPFS Section # | Deficiency |
|---|---|---|
| Document Requests | VI.2. - Copies of All Xarelto-Related Medical Records from Past Twelve Years | Did not provide copies of all medical records relating to the use of Xarelto or any treatment received in the past 12 years that was referenced in the Short Form PFS |

Per CMOs 8 and 11, Plaintiff has 30 days from today to cure the deficiencies cited in this notice by serving a fully complete and verified Short Form PFS, including the documents and medical records required by the Short Form PFS. These documents must be served through MDL Centrality at the following address: www.mdlcentrality.com/MDL2592.

If you have questions regarding the deficiencies cited in this notice, those inquiries should be directed to Defendants at XareltoMDL2592-PFSInquiries@bradley.com

Please be advised that Defendants intend to file motions to show cause for all plaintiffs who fail to cure these deficiencies within 30 days and will seek to have the cases dismissed with prejudice for failure to comply with CMO 11.

This Notice of Deficiency is sent by named Defendants to the extent that they have been properly served in any particular case, and Defendants preserve all applicable service defenses. This Notice does not constitute a waiver of Defendants' right to identify additional CMO 11 deficiencies.

**Plaintiff ID: 28715**

12/10/19

Tim Farris Law Firm, P.L.L.C.
6645 US Hwy 98 W. Suite 3 Hattiesburg MS 39402

    Re:    Notice of Deficiency in Plaintiff Profile and Consent Form ("PPCF")
              *In re Xarelto (Rivaroxaban) Prods. Liab. Lit.,* MDL No. 2592
              Alleged Xarelto User: DIANA SEBASTIAN
              Docket No.:2:19-cv-01238; 2:19-cv-11798

Dear Counsel:

Case Management Orders ("CMOs") 8 and 11 required Plaintiff to serve Defendants with a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and medical records required by the PPCF. The PPCF submitted in the above-referenced case is incomplete and does not meet the requirements of CMOs 8 and 11. The PPCF contains the following deficiencies:

| PPCF Section | PPCF Section # | Deficiency |
|---|---|---|
| Preliminary Case Information | I.D. - Response 1 - Dates of Xarelto Use | Did not provide medical records encompassing the dates of use of Xarelto from each provider who prescribed Xarelto as indicated in I.D |
| Claim Information | II.1. - If yes, provide medical or pharmacy records showing concomitant use of aspirin and Xarelto at time of the alleged events | Records provided do not show concomitant aspirin use at the time of the alleged events in I.F |
| Claim Information | II.2. - If yes, provide medical or pharmacy records showing concomitant use of Plavix/another P2Y12 platelet inhibitor and Xarelto at time of the alleged events | Records provided do not show concomitant Plavix or P2Y12 use at the time of the alleged events in I.F |

Per CMOs 8 and 11, Plaintiff has 30 days from today to cure the deficiencies cited in this notice by serving a fully complete and verified PPCF, including the documents and medical records required by the PPCF. These documents must be served through MDL Centrality at the following address: www.mdlcentrality.com/MDL2592.

If you have questions regarding the deficiencies cited in this notice, those inquiries should be directed to Defendants at XareltoMDL2592-PFSInquiries@bradley.com

Please be advised that Defendants intend to file motions to show cause for all plaintiffs who fail

**Plaintiff ID: 28715**

to cure deficiencies within 30 days and will seek to have the cases dismissed with prejudice for failure to comply with CMO 11.

This Notice of Deficiency is sent by named Defendants to the extent that they have been properly served in any particular case, and Defendants preserve all applicable service defenses. This Notice does not constitute a waiver of Defendants' right to identify additional CMO 11 deficiencies.

**Plaintiff ID: 28715**

**Complaints and Other Initiating Documents**

2:19-cv-01238 Sebastian v. Janssen Research & Development LLC et al

## U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Farris, Timothy on 2/11/2019 at 11:28 AM CST and filed on 2/11/2019
**Case Name:** Sebastian v. Janssen Research & Development LLC et al
**Case Number:** 2:19-cv-01238
**Filer:** Diana Sebastian
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-7419052) filed by Diana Sebastian. (Attachments: # (1) Summons)Attorney Timothy Matthew Farris added to party Diana Sebastian(pty:pet).(Farris, Timothy)**

**2:19-cv-01238 Notice has been electronically mailed to:**

Timothy Matthew Farris    tim@timfarrislaw.com, myra@timfarrislaw.com

**2:19-cv-01238 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=2/11/2019] [FileNumber=9679729-0
] [b38f48c2386fcfea2419de85608483af37420d138717e7fa498e081563f373ee590
03330fe54542425f706cd72e8aa0aa5bd9e256032b78bac375b8e60932197]]
**Document description:** Summons
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=2/11/2019] [FileNumber=9679729-1
] [b4303049cdf2dde9bc53a327d7128d4bd738168d8950efae46c3e93b6f5de81c155
e965f9d3f07aded73ae26123982426e774b3cc5b8fe47b1a760c92663a44d]]