## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCT
LIABILITY LITIGATION

This Document Relates To:

Diana Sebastian v. Janssen Research & Development LLC,
et al.: 19-cv-01238;

CIVIL ACTION NO.:2:14-md-02592
MDL NO. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF LAMAR

    I, Myra Wester, Office Manager of Tim Farris Law Firm PLLC, Hattiesburg, Mississippi do solemnly swear that I have on many occasions by telephone talked to Diana Sebastian regarding the Xarelto Litigation. I repeatedly tried to reach Mrs. Sebastian by phone with no success regarding the settlement forms that must be signed. I have by email sent information to Diana through her husband's work email and when I called her husband's phone number and explained the opportunity to opt into the settlement with a deadline of January 15, 2020 he said he received the documents and printed out the information and gave it to her. I emailed and mailed letters to Mrs. Sebastian on December 23, 2019, January 6, 2020, January 13, 2020 and February 4, 2020.

    IN WITNESS WHEREOF, I have signed and delivered this Affidavit, this the 4th Day of February, 2020.

_MYRA WESTER_

STATE OF MISSISSIPPI
COUNTY OF LAMAR

    PERSONALLY appeared before me, the undersigned authority in and for the said county and state, on this the 4th day of February, 2020, within my jurisdiction, the within named Myra Wester, who acknowledged that she executed the above and foregoing instrument.

_Mary Melinda Gerrity_
NOTARY PUBLIC

My Commission expires:_____

STATE OF MISSISSIPPI
MARY MELINDA GERRITY
NOTARY PUBLIC
ID No. 32103
Commission Expires
December 7, 2020
LAMAR COUNTY



**Tim Farris Law Firm, P.L.L.C.**

6645 U. S. Highway 98 West, Suite 3                                                           601-296-1082
Hattiesburg, Mississippi 39402                                                          601-296-1085 (fax)

February 4, 2020

Diana Sebastian
128 E. Cutshall Road
Austin, IN 47102

Re:  Xarelto Settlement Requirements

Dear Diana:

  Please find enclosed the Motion to Withdraw as attorney regarding your Xarelto litigation due to your failure to respond to our communications regarding the Xarelto settlement requirements.

  If you have any questions, please contact our office.

        Sincerely,

        Timothy M. Farris

Enclosures:



# Tim Farris Law Firm, P.L.L.C.

6645 Highway 98 West Suite 3                                            601-296-1082
Hattiesburg, Mississippi 39402                                         601-296-1085 (fax)

January 13, 2020

Diana Sebastian
128 E. Cutshall Road
Austin, Indiana  47102

RE:  Xarelto Litigation

Dear Mrs. Sebastian:

    We have repeatedly tried to contact you with no response regarding your joining in the
Xarelto settlement. At our conference the Judge made it very clear that the few cases that  had
not joined in would be dismissed due to the low percentage of cases versus over 29
thousand cases that joined in. My office manager, Myra spoke to your husband and he stated he
gave you the necessary forms to join in the Xarelto settlement, but we have not received them
signed and returned. The deadline is January 15, 2020 therefore, if we do not hear from you we
have no other choice but to file a Motion to Withdraw our representation.

    Please contact me by email, fax to phone to discuss this. I hope to hear from you.

Sincerely,

Tim Farris



**The Law Office of**
**Timothy M. Farris, P.L.L.C.**

6645 U. S. Highway 98 West, Suite 3                                    601-296-1082
Hattiesburg, Mississippi 39402                                         601-296-1085 (fax)


January 6, 2020


Diana Sebastian
128 E. Cutshall Road
Austin, IN  47102

Dear Mrs. Sebastian:

   We sent the enclosed forms to you on December 23, 2019 that must be filed to opt into the settlement. We have been unable to contact you and need to speak with you immediately. Again, please find the following:

1. Enrollment Election Form-sign and date only
2. Entire 21 page Release. Page 16 will need to be signed in front of a notary and the notary will complete page 17. Only return those pages to us.
3. Xarelto Lien Disclosure Form-At the time of your bleed, what insurance did you have. We will need the Plan name, ID Type etc. and if it was Medicaid and or Medicare.

If you do not want to opt in the settlement, we need to inform the Court and we will be forced to file a Motion to Withdraw from your case. Please contact us immediately.

                                        Sincerely,

                                        Myra Wester
                                        Office Manager


Enclosures:



**The Law Office of**
**Timothy M. Farris, P.L.L.C.**

6645 U. S. Highway 98 West, Suite 3                                                          601-296-1082
Hattiesburg, Mississippi 39402                                                                601-296-1085 (fax)

December 23, 2019

Diana Sebastian
128 E. Cutshall Road
Austin, IN 47102

Dear Diana:

Please find enclosed the information that must be filed to opt into the settlement.

1. Enrollment Election Form-sign and date only
2. Entire 21 page Release. Page 16 will need to be signed in front of a notary and the notary will complete page 17. Only return those pages to us.
3. Xarelto Lien Disclosure Form-At the time of your bleed, what insurance did you have. We will need the Plan name, ID Type etc. and if it was Medicaid and or Medicare.

If you have any questions, please contact our office. I appreciate your assistance in this and wishing you kind personal regards.

Sincerely,

Myra Wester
Office Manager

Enclosures:



**The Law Office of
Timothy M. Farris, P.L.L.C.**

6645 U. S. Highway 98 West, Suite 3                                    601-296-1082
Hattiesburg, Mississippi 39402                                        601-296-1085 (fax)

November 11, 2019

Diana Sebastian
128 E. Cutshall Road
Austin, IN 47102

Dear Diana:

Please find enclosed the Short Form Plaintiff Fact Sheet and Plaintiff Profile and Consent that was filed with the Court. Please review carefully and if you see any incorrect statements or information, please mark and put the correct information so we may amend the forms. Also please sign on all the authorizations where checked and date and return in the enclosed envelope.

If you have any questions, please contact our office. I appreciate your assistance in this and wishing you kind personal regards.

Sincerely,

Myra Wester
Assistant to Tim Farris

Enclosures:



Reception User <reception@timfarrislaw.com>

---

## Xarelto
1 message

**Reception User** <reception@timfarrislaw.com>       Fri, Aug 2, 2019 at 11:15 AM
To: timsebastianbodyshop@gmail.com

Sign and fax to me 601-296-1085

Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



---



📄 **Xarelto_Enrollment_Election_Form (1).pdf**
408K



Reception User <reception@timfarrislaw.com>

---

## Diana's notice of intent
1 message

---

**Reception User** <reception@timfarrislaw.com>                     Wed, Aug 14, 2019 at 11:37 AM
To: timsebastianbodyshop@gmail.com

Can you have her sign it and fax back? Thanks


Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com





Reception User <reception@timfarrislaw.com>

# Diana's Xarelto Form
1 message

**Reception User** <reception@timfarrislaw.com>                    Fri, Aug 16, 2019 at 10:35 AM
To: timsebastianbodyshop@gmail.com

Can you have her sign this please....I will fill out after deadline Monday

Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



📄 **20190816091450.pdf**
   38K



Reception User <reception@timfarrislaw.com>

---

# Form for Xarelto

1 message

---

**Reception User** <reception@timfarrislaw.com>             Mon, Aug 19, 2019 at 3:41 PM
To: timsebastianbodyshop@gmail.com

---

Tim, since we have not received Diana's signed form, we must file the attached. Do we have you permission and please also scan and send back her signed form. Thanks


Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



---



📄 **Notice of Intent tim farris signed.pdf**
    55K



**Reception User <reception@timfarrislaw.com>**

## Xarelto-Tim Farris-Form faxed over
1 message

**Reception User** <reception@timfarrislaw.com>                    Tue, Aug 20, 2019 at 10:18 AM
To: timsebastianbodyshop@gmail.com

Tim, can you please send her signed form over....fax 601-296-1085

Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



2/18/2020                                    The Law Office of Timothy M. Farris, PLLC Mail - Diana Xarelto case



Reception User <reception@timfarrislaw.com>

---

## Diana Xarelto case

1 message

---

**Reception User** <reception@timfarrislaw.com>                              Thu, Nov 7, 2019 at 2:35 PM
To: timsebastianbodyshop@gmail.com

Hey Tim, I am attaching what we had to file in Diana's case. Will you please print this out or forward to Diana's email to review. I did my best based on the records we have.

The firms that did not join in the settlement across the country are trying to pull together now to start the push for another settlement or go forward toward new trials.  Preparing for that, we will need Diana to fill out the attached HIPPA releases so we can order more records if necessary.

Anything she sees that is incorrect, please have her call me on both attachments labeled Plaintiff profile and consent form and short form PFS.  Exh 3 is BPharmas authorizations. Exh 4 is our release we need signed. She can email them after she has signed or faxed them to me. Exh 5 is what I will need as well so she can list her doctors from 2015 to now.

Any questions, please tell her to call me. Thanks

Can you respond back that you received this? Myra

Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



---

**5 attachments**

The Law Office of Timothy M. Farris, PLLC Mail - Diana Xarelto case

**Plaintiff profile and consent form.pdf**
1812K

**Short form PFS filed.pdf**
3760K

**Exhibit 3.pdf**
402K

**New hi-tech letter.docx**
15K

**Provider list.docx**
18K

**Reception User**

| | |
|---|---|
| **From:** | Reception User |
| **Sent:** | Monday, December 23, 2019 9:54 AM |
| **To:** | timsebastianbodyshop@gmail.com |
| **Subject:** | FW: Xarelto |

**From:** Tim Farris [mailto:tim@timfarrislaw.com]
**Sent:** Monday, December 23, 2019 9:52 AM
**To:** timsebastinbodyshop@gmail.com
**Cc:** Reception User
**Subject:** Xarelto

Diana and Tim,
I am going to give you a call but wanted to send you the update in writing of the present situation regarding the Xarelto litigation. As you are aware a settlement was announced and the Plaintiff's began to file either opt in or opt out notices with the court regarding the proposed settlement. We were hopeful that there would be a large number of Plaintiff's and Plaintiff's attorneys who would opt out of the settlement which would give us leverage to negotiate our own settlement with the companies. That did not happen. Out of 29,000 cases filed in the Xarelto litigation there are only 258 cases left which have not entered into the settlement which represents less than 1% percent of the total cases. There are only 8 attorneys left who have opted their clients out of the settlement. In addition back in May there was a new United States Supreme Court case that dealt with preemption. Prior to this case the preemption of state law was an issue left to the jury to decide on a case by case basis. It was considered a question of fact for the jury based upon all of the information provided to the FDA for approval and for label changes. Unfortunately the United States Supreme Court decided that the issue if preemption is a question of law for the Judge to decide. The judge did not come right out and say it but implied that under the Supreme Court decision that these remaining cases would most likely be dismissed without a jury trial. If the case is dismissed then you would wind up getting nothing.

We have been given the opportunity to opt into the settlement but we must have a signed opt in filed with the court by December 30th so it is imperative that we get it back no later than Friday December 27th,2019. I know it is the holidays but we have just been offered this opportunity today. Given the facts as I have presented them above I have to recommended that you strongly consider opting into the settlement. I will be trying to reach you today.
Thanks
Tim



TIM FARRIS LAW FIRM PLLC
6645 Highway 98 Suite 3
Hattiesburg,MS 39402
601-296-1082 office
601-296-1085 fax
tim@timfarrislaw.com
www.timfarrislaw.com









The Law Office of
Timothy M. Farris, PLLC

Reception User <reception@timfarrislaw.com>

## Xarelto Settlement-Tim Farris Law Firm

1 message

**Reception User** <reception@timfarrislaw.com>                          Mon, Dec 23, 2019 at 4:59 PM
To: diana.sebastian@yahoo.com, timsebastianbodyshop@gmail.com

Diana and Tim, hope this email finds you both well. We have tried to contact you regarding the settlement. The attorney would like to speak with you regarding the xarelto claim. I have attached the forms that must be completed. The first form must be signed and dated, the second form, we need you insurance information at the time of your injury and the release will need to be signed on page 16 and page 17 the notary must sign. See the below email the attorney wrote today:

I wanted to speak with you and send the update in writing of the present situation regarding the Xarelto litigation. As you are aware a settlement was announced and the Plaintiff's began to file either opt in or opt out notices with the court regarding the proposed settlement. We were hopeful that there would be a large number of Plaintiff's and Plaintiff's attorneys who would opt out of the settlement which would give us leverage to negotiate our own settlement with the companies. That did not happen. Out of 29,000 cases filed in the Xarelto litigation there are only 258 cases left which have not entered into the settlement which represents less than 1% percent of the total cases. There are only 8 attorneys left who have opted their clients out of the settlement. In addition back in May there was a new United States Supreme Court case that dealt with preemption. Prior to this case the preemption of state law was an issue left to the jury to decide on a case by case basis. It was considered a question of fact for the jury based upon all of the information provided to the FDA for approval and for label changes. Unfortunately the United States Supreme Court decided that the issue if preemption is a question of law for the Judge to decide. The judge did not come right out and say it but implied that under the Supreme Court decision that these remaining cases would most likely be dismissed without a jury trial. If the case is dismissed then you would wind up getting nothing.

We have been given the opportunity to opt into the settlement but we must have a signed opt in filed with the court by December 30th so it is imperative that we get it back no later than Friday December 27th,2019. I know it is the holidays but we have just been offered this opportunity today. Given the facts as I have presented them above I have to recommended that you strongly consider opting into the settlement. I will be trying to reach you today.

Thanks

Tim Farris

If you are not going to participate, please let us know. Thanks, Myra

Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



---

**3 attachments**

 **ELECTION FORM.pdf**
388K

 **LIEN FORM.pdf**
115K

**RELEASE.pdf**
224K



The Law Office of
Timothy M. Farris, PLLC

Reception User <reception@timfarrislaw.com>

---

## Xarelto-Diana Sebastian-Motion to Withdraw

1 message

**Reception User** <reception@timfarrislaw.com>                    Fri, Jan 10, 2020 at 6:08 PM
To: timsebastianbodyshop@gmail.com

Tim, can you let Diana know that since we cannot get her to complete the necessary form in the settlement we will have to file a Motion to Withdraw as her attorney. When that is done we will need an Order signed by her and if that is not done, the Judge will issue a show cause order for her to appear in court in Louisiana.

We would like to proceed in the settlement since we have worked so hard on her behalf and would like to try to see if some funds could come her way in this. But since we cannot get in touch with her, we have no other alternative. If we don't get a response from her by next Friday, we will be forced to withdraw. Thanks for your assistance.

Sure hope your issues with your eyes get better.

Myra

Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



**Reception User**

| | |
|---|---|
| **From:** | Reception User |
| **Sent:** | Wednesday, January 22, 2020 6:13 PM |
| **To:** | timsebastianbodyshop@gmail.com |
| **Subject:** | FW: XARELTO SETTLEMENT - FINAL ENROLLMENT DEADLINE - 1/29/2020 |

Just got this in today if Diana has changed her mind and wants to settle. Thanks

**From:** Tim Farris [mailto:tim@timfarrislaw.com]
**Sent:** Wednesday, January 22, 2020 3:06 PM
**To:** Reception User
**Subject:** Fwd: XARELTO SETTLEMENT - FINAL ENROLLMENT DEADLINE - 1/29/2020

Sent from my iPhone
Tim Farris
Tim Farris Law Firm P.L.L.C.
6645 US Highway 98
Hattiesburg,MS 39402
601-296-1082
tim@timfarrislaw.com

Begin forwarded message:

> **From:** Joseph VanZandt <Joseph.VanZandt@BeasleyAllen.com>
> **Date:** January 22, 2020 at 3:00:03 PM CST
> **Cc:** Joseph VanZandt <Joseph.VanZandt@BeasleyAllen.com>, Soo Seok Yang
> <SooSeok.Yang@BeasleyAllen.com>
> **Subject: XARELTO SETTLEMENT - FINAL ENROLLMENT DEADLINE - 1/29/2020**

I'm writing as a courtesy to let you know that the absolute final deadline for completing enrollment of clients in the settlement is January 29, 2020. Any client whose signed documents are not uploaded by that date will not be eligible to participate in the settlement. After that date, the enrollment portal will be permanently closed.

If you previously submitted only attorney-signed settlement enrollment documents for any of your clients from whom you had verbal commitments to participate, the actual client-signed documents must be uploaded to MDL Centrality by or on Jan. 29th. If after Jan. 29th, a claimant's file only has an attorney-signed enrollment form, that client will not be eligible for the settlement.

For purposes of clarity (and at the risk of being repetitive), that means for each client enrolling in the settlement, you must upload the following documents by or on Jan. 29th:
1. CLIENT-signed enrollment election form;
2. CLIENT-signed release; and
3. ATTORNEY-signed stipulation of dismissal.

If you have clients that are now deceased, the applicable CAP No. 1 documents such as release addendum and sworn declaration form must be submitted by Jan. 29th as well, signed by the presumed representative where applicable.

1

If you are still working to obtain medical records to support some of your clients' claim, you will still be able to submit those records through MDL Centrality until Feb. 14th. That Feb. 14th date applies only for medical records or other documents supporting a claim – it does not apply to the enrollment documents outlined above.

Please let me and Soo Seok know if you have any questions, but please know there is nothing we can do to extend the Jan. 29th deadline.

Thanks,
Joseph



**Joseph VanZandt**
Principal
334.269.2343

Joseph.VanZandt@BeasleyAllen.com
BeasleyAllen.com
800.898.2034

Facebook | LinkedIn | Twitter | YouTube
CONFIDENTIALITY & PRIVILEGE NOTICE



Reception User <reception@timfarrislaw.com>

# Motion to Withdraw-Xarelto
1 message

**Reception User** <reception@timfarrislaw.com>                                    Wed, Jan 22, 2020 at 4:11 PM
To: timsebastianbodyshop@gmail.com

Tim if you will, please give this Motion to Withdraw to Diana. We will be filing this later today. Thanks


Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com





📄 **MOTION TO WITHDRAW WORD.docx**
   16K

The Law Office of Timothy M. Farris, PLLC Mail - Motion to Withdraw



Reception User <reception@timfarrislaw.com>

---

## Motion to Withdraw

1 message

Reception User <reception@timfarrislaw.com>      Tue, Feb 4, 2020 at 12:00 PM
To: timsebastianbodyshop@gmail.com
Cc: Tim Farris <tim@timfarrislaw.com>

If you will, please see that Diana receives this Motion we have filed regarding our withdrawal in the Xarelto litigation. I will be putting a copy in the mail today.


Thanks


Myra Wester

Legal Assistant

Tim Farris Law Firm, PLLC

6645 US Hwy 98 Suite 3

Hattiesburg, MS 39402

(601)296-1082

(601)296-1085

myra@timfarrislaw.com



---

📄 **20200204102727.pdf**
142K



## TIM FARRIS LAW FIRM P.L.L.C.

July 10th, 2019

Mrs. Diana Sebastian
128 E. Cutshall Road
Austin, Indiana 47102

RE:     Xarelto Settlement Program

Dear Mrs. Sebastian,

   This letter will confirm that you and I had a telephone conference at 1:00 p. Central time where I discussed with you the Pros and Cons of the Settlement Program regarding Xarelto. We also discussed the litigation and the fact that the Plaintiff lost all six cases that have been tried to the jury. We discussed that because your first prescription was after December 1,2015 that you would have a 75% percent reduction in the settlement amounts according to the settlement documents and the grid. We went over the proposed amounts. We are enclosing the Xarelto Settlement Documents for your review. If you have any questions about same do not hesitate to give us a call. This confirms that you have advised me that you do not wish to participate in the Xarelto Settlement Program in its present form and will be signing the election not to participate. We have enclosed that document for you as well. It is imperative that we get that document back no later than July 31,2019 so that we can file same with the court. Failure to file may result in dismissal of your case with prejudice.

   Further, this confirms that I have not made any guarantees as to the potential outcome of any future trials or settlements and you understand that if you do not participate in this settlement program that you may get nothing. It is your decision to not participate and your decision only.

   If you have any questions or comments, please do not hesitate to give me a call.  I look forward to working with you regarding this matter.

       Sincerely,

       Timothy M. Farris



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx Ship Manager - Print Your Label(s)



1. Select the 'Print' button to print 1 copy of each label.
2. The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s).
3. After printing, select your next step by clicking one of the displayed buttons.

**Note:** To review or print individual labels, select the Label button under each label image above.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.