UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | CIVIL ACTION NO.:2:14-md-02592 MDL NO. 2592 |
| This Document Relates To: | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| Diana Sebastian v. Janssen Research & Development LLC, et al.: 19-cv-01238; | |

_____

## {PROPOSED} ORDER GRANTING WITHDRAWAL AS COUNSEL

Considering the foregoing Amended Motion for Withdrawal:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Timothy M. Farris is withdrawn as the Plaintiffs' Attorney of Records.

Signed New Orleans, Louisiana this _____day of _____,2020.

_____
ELDON E. FALLON, UNITED STATES DISTRICT JUDGE