**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)            MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                        SECTION L

                                        JUDGE ELDON E. FALLON

                                        MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Norris Anderson v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-3323

## ORDER

    The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff.

Plaintiff's counsel and liaison counsel are instructed to review this correspondence and contact

Plaintiff.

    New Orleans, Louisiana, this 26th day of February, 2020.


_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Leonard Davis
       Herman, Herman & Katz, LLC
       820 O'Keefe Avenue
       New Orleans, LA 70113
       Email: ldavis@hhklawfirm.com

       Gerald Edward Meunier
       Gainsburgh, Benjamin, David, Meunier & Warshauer
       Energy Centre
       1100 Poydras St., Suite 2800
       New Orleans, LA 70163
       Email: gmeunier@gainsben.com

Norris Anderson
P.O. Box 772773
Houston, Texas 77215