UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Kenneth Goodwin v. Janssen Research | : | JUDGE ELDON E. FALLON |
| & Development, LLC | : | MAGISTRATE JUDGE NORTH |
| Case No. 16-cv-1238 | : | |

# ORDER

Considering Plaintiff Kenneth Goodwin's Motion to Dismiss and Waive Filing Fee, R. Doc. 10465;

**IT IS ORDERED** that the Motion be and is **GRANTED**. The filing fee in this matter is waived and the case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of February, 2020.

United States District Judge