UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Charles Humble v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-5135

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17603, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Charles Humble, Jr., surviving son and Personal Representative of the Estate of Charles Humble, is substituted for Charles Humble as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE