UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____ ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**ARTHUR HEINRICH**
Civil Action No. **2:19-cv-04837**

## *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Christopher A. Heinrich, by and through the undersigned counsel of record, and moves this Court for an Order substituting Christopher A. Heinrich on behalf of decedent Arthur Heinrich**.** This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. At the request of our client Arthur Heinrich to act on his behalf, this present action was filed on March 29, 2019**.**

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3. Plaintiff's counsel was notified on October 23, 2019 by Connie Wold, next of kin, that he died on October 15, 2019.

4. Arthur Heinrich's, product liability action against defendants survived his death and was not extinguished.

5. Plaintiff's Counsel filed a Notice and Suggestion of Death on or about February 21, 2020 [Doc. 17600 and 17600-1].

6. Christopher A. Heinrich, surviving son of plaintiff-decedent, is a proper party to substitute for plaintiff-decedent Arthur Heinrich and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Christopher A. Heinrich, respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated: February 27, 2020

Respectfully submitted,

**FOX & FARLEY**

/s/ *John A. Willis*
Bruce D. Fox (TNBPR# 008965)
brucefox@foxandfarleylaw.com
John A. Willis (TNBPR# 18468)
johnwillis@foxandfarleylaw.com
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *John A. Willis*
John A. Willis (TNBPR# 18468)