**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAGISTRATE JUDGE NORTH** |

THIS DOCUMENT RELATES TO:
**ARTHUR HEINRICH**
Civil Action No. **2:19-cv-04837**

## ORDER ON *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the Court on Plaintiff's *Ex Parte* Motion to Substitute

Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Christopher A. Heinrich, as surviving son of

Arthur Heinrich, deceased, is substituted as Plaintiff in this action and the *Ex Parte* Motion to

Substitute Party Plaintiff is GRANTED.


Signed, this _____ day of _____, 2020.


_____
Honorable Eldon E. Fallon, United States District Court Judge