U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA A. FOSS

      Plaintiff,

 -against-

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG,
and BAYER AG,

      Defendants.

Master Case no.: 14-md-2592

**NOTICE OF MOTION**

Civil Action No.: 2:16-cv-01259-EEF-MBN

**THIS DOCUMENT RELATES TO:**

**PATRICIA A. FOSS**
**Civil Action No.: 2:16-cv-01259-EEF-MBN**

SIRS:

 Please take notice that on the 18th day of March, 2020 the undersigned will move this Court on the annexed affidavit of James B. Tuttle, sworn to the 24th day of February 2020 and the exhibits annexed thereto for an order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, or in the alternative, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure granting relief from the Order of Hon. Eldon E. Fallon entered the 10th day of February 2020

dismissing the claim of Patricia A. Foss, BG ID Number 8402 and Docket Number 2:16-cv-01259 on the grounds that the Order was entered on the basis of a mistake under Rule 60(b) and alternatively under Rule 55(c) setting aside the default for good cause shown, together with such other and further relief as the Court may deem appropriate.

Dated: February 24, 2020

Respectfully submitted,

By: _____
James B. Tuttle, Esq. (NY #1124833)
THE TUTTLE LAW FIRM
Attorney for the Plaintiff
1520 Crescent Road, Suite 300
Clifton Park, New York 12065
Telephone: (518) 783-1001
Facsimile: (518)783-1515
Email: jbtesq@nycap.rr.com