# EXHIBIT B

(Document No. 806276 in MDL Centrality under Plaintiff Patricia A. Foss – Proof of Use – Pharmacy Record – Proof of Use Prior to September 10, 2015)

```
RUN DATE: 08/22/15           Northeast Health NPR Pharmacy *LIVE*              PAGE 87
RUN TIME: 0051               MEDICATION ADMINISTRATION SUMMARY
RUN USER: DCB1

PATIENT: FOSS,PATRICIA          ACCT #: SV00188763    LOC:  SV.2W    U #: SV079277
                                AGE/SX: 61/F          ROOM: SV273    REG: 07/29/15
REG DR: Nicolson MD,LynneTaylor STATUS: DIS IN        BED:  2        DIS: 08/18/15

FOSS,PATRICIA                   SV00188763                           (Continued)
```

ENOX120INJ - Enoxaparin 120 MG/0.8 ML SYRA

```
  DOSE:    120 MG  (0.8 ML PER DOSE)
  ROUTE:   SQ
  SIG:     BID/9A&9P  (SCH)
  START:   08/17/15-1706      STOP: 08/17/15-2300    DC: 08/17/15-2300
  ORD DR:  Crehan NP,Paula M
  TOT DISP: 1                 TOT COSTS: $23.10      TOT CHARGES: $42.40
  Rx #:    SV000462826

ADMIN DATE   TIME   USER      GVN  BAG  REASON CODE   DOSE GIVEN         CHARGE
08/17/15     1800   SID18     Y                       120 MG             42.40
(08/17/15)  (1706)  SITE: ABD


  ADMIN TOTALS:                                                          42.40
```

RIVA10TA2 - Rivaroxaban 10 MG TAB

```
  DOSE:    10 MG  (1 TABLET PER DOSE)
  ROUTE:   PO
  SIG:     DAILY  (SCH)
  START:   08/18/15-0900      STOP: None             DC: 08/18/15-1123
  ORD DR:  Crehan NP,Paula M
  TOT DISP: 1                 TOT COSTS: $6.49       TOT CHARGES: $20.40
  Rx #:    SV000462827

ADMIN DATE   TIME   USER      GVN  BAG  REASON CODE   DOSE GIVEN         CHARGE
08/18/15     0825   ND17      Y                       10 MG              20.40
(08/18/15)  (0900)


  ADMIN TOTALS:                                                          20.40
```

