# EXHIBIT D

**(Document No. 806278 in MDL Centrality under Plaintiff Patricia A. Foss – Event Record)**

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eConsultation Note DOS: 8/18/2015 - HARRY GERARD
DUNN, MD

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY  12208

CONSULTATION NOTE

**NAME:** FOSS, PATRICIA　　　　　　　**MR #:** 2240548
**DOB:**　　　　　　　　　　　　　　　**ECD #:** 308162148
**FROM:** HARRY GERARD DUNN, MD

DATE OF CONSULT: August 19, 2015

FROM: Harry Gerard Dunn, MD

HISTORY: Patricia Foss is a 61-year-old woman I am asked to see in consultation for a history of lupus anticoagulant and newly diagnosed bilateral subdural hematomas while on Lovenox and Xarelto. The patient has a history of being diagnosed this spring with schwannoma at L1 and L2 status post operative resection by Neurosurgery with a decompressive laminectomy on
 July 22, 2015. Postoperatively, she was noted to have paralysis of the left lower extremity which has improved at rehab. Because of a history of lupus anticoagulant which had been diagnosed by Dr. Liebers, she had been placed on Lovenox at a dose of 120 mg b.i.d., which she continued from time of diagnosis until the
 evening of August 17, 2015. Yesterday morning, she was begun on Xarelto at 10 mg per day. For approximately the past 4 to 5 days, she had noted headache and in speaking with her daughter, there had been a decline in mental status over the past 2 days. There had also been significant nausea and vomiting. CT scan revealed right mixed density subdural hemorrhage in the right frontotemporal region and more extensive subdural hemorrhage in the left temporal region. There was no history of trauma over the past several days. There was also a small hemorrhage noticed over the left tentorium.  Patient did receive 2800 units of Kcentra yesterday afternoon. In speaking with Patricia's daughter, her last dose of Lovenox was on the evening of August 17, 2015 and her last dose of Xarelto was in the a.m. of August 18, 2015.

The diagnosis of lupus anticoagulant was established in the setting of evaluation for liver lesions and a prolonged PTT. She has no history of bleeding issues. There is a very distant history of superficial vein thrombosis in the left lower extremity while on birth control pills about 30 years ago. There is no history of DVT, pulmonary embolism, MI, CVA, TIA, or seizures. The patient currently denies chest pain or shortness of breath. She does still note a headache though it has improved. She denies epistaxis, melena, hemoptysis, or hematochezia. She has noted bruising in her Lovenox injection sites.

PAST SURGICAL HISTORY: Resection of a schwannoma at L1-L2 July 2015, colectomy for diverticulitis, liver biopsy in 2012 initially felt to be malignant, subsequently felt to be benign, and a surgical hernia repaired in 2013.

MEDICATIONS: Current medications are Neurontin 100 mg 3 times daily, heparin 5000 units every 12 hours, Keppra 500 mg twice daily, magnesium chloride 64 mg twice daily, Protonix 40 mg daily, K-Dur 10 mEq daily. P.r.n. medications include morphine, Zofran, Tylenol.

ALLERGIES: No known allergies.

FAMILY HISTORY: Father died of sudden death/MI at age 85 and had a distant history of a stroke. Mother died in her 70s of pancreatic cancer. Sister is a breast cancer survivor. Two daughters are alive and well. There is no history of thrombosis in the family.

PERSONAL AND SOCIAL HISTORY: She is an LPN at Saratoga Hospital. Nonsmoker. No significant alcohol

Page 1 of 3

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY  12208

#### CONSULTATION NOTE

**NAME:** FOSS, PATRICIA        **MR #:** 2240548
**DOB:**       **ECD #:** 308162148
**FROM:** HARRY GERARD DUNN, MD

intake. Divorced. Born in Troy.

REVIEW OF SYSTEMS: HEENT: Wears glasses. Respiratory: Denies pneumonia. Denies cough, sputum production, or hemoptysis. Cardiovascular: Peripheral vascular disease, ascending thoracic aortic aneurysm. GI: Diverticulitis, fatty liver. Liver lesions noted in 2012, revealing steatosis and minimal fibrosis. Hematology: Positive lupus anticoagulant with distant history of superficial phlebitis in left lower extremity. GU: Negative for nephrolithiasis. Musculoskeletal: Workup for lupus reportedly negative. Dermatology: Chronic changes in the left calf to left ankle area after a traumatic injury 20 to 30 years ago. Neuro: Recent diagnosis of subdural hematoma. Psych: Negative for anxiety or depression. Infectious Disease: Negative for recent fevers.

PHYSICAL EXAMINATION: She is a 61-year-old woman lying in bed in no acute distress. Temp is 36.8, blood pressure of 127/59, pulse is 67, respirations are 16, O2 sat is 98%. HEENT: Normocephalic. Sclerae white. Pupils equal and reactive to light. EOMs are intact. Nasal and oropharyngeal mucosa without ulceration or erythema. Hearing grossly normal. Neck: Supple. Chest: Clear. Heart: Regular without rub or gallop. Abdomen is obese and nontender. Spleen not palpable. There are scattered ecchymoses over her abdomen corresponding with her Lovenox injection sites. Extremities: There are what appear to be chronic stasis-type changes in the left lower extremity just above the ankle. I could not appreciate calf or thigh tenderness to palpation. There is no significant axillary, supraclavicular adenopathy. Hands and feet are warm to touch. There is no active synovitis in hands, wrists, elbows, knees, ankles, or feet. Neuro: She is awake and alert. She is having some difficulty with word finding. There is weakness of the left lower extremity.

LABORATORY DATA: Hemoglobin is 6.1, hematocrit 34, platelets are 223,000. INR is 1, PTT last evening was 36 and actually on July 26, 2015, was actually normal at 29 seconds. Creatinine is 0.6, bilirubin is 1.5, AST 22.

ASSESSMENT AND PLAN: A 61-year-old woman with a history of lupus anticoagulant diagnosed several years ago by Dr. Liebers. I did speak to Dr. Liebers associate, Dr. Delmonte who did forward me a copy of Dr. Liebers' consultation in June of 2014. He also forwarded a letter clearing her for surgery and that feeling she had an increased risk of bleeding. Because of an increased risk of thrombosis, she was placed on Lovenox and Xarelto postop. Unfortunately, she has now had a complication of significant hemorrhagic event. She is now 36 hours from Lovenox and is almost 48 hours from Lovenox and 36 hours from last dose of Xarelto. She did receive Kcentra yesterday afternoon. At the present time, at least by the daughter's history, she may actually from a neurologic standpoint slightly better. Her history of thrombosis is only positive for superficial vein thrombosis in the left lower extremity approximately 25 to 30 years ago while on birth control pills. I would check a bilateral lower extremity Dopplers. If she would have an acute DVT at this point in time, I would place an IVC filter. Otherwise, I believe I would hold on IVC filter placement. I have placed a call to discuss that plan with both Dr. DiRisio of Neurosurgery and Dr. Corry, the Hospitalist attending. As long she has no acute thrombosis in lower extremity, I would also place her on IVC's. She is already on prophylactic heparin. We will follow with you.

Thanks for allowing me to participate in her care.

Page 2 of 3

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 Surgery or Procedure 8/18/2015 - 1 pg

# ALBANY MEDICAL CENTER
_KNOWN FOR OUR EXPERTISE. CHOSEN FOR OUR CARE._

**RADIOLOGY PROCEDURE NOTE**

DOB: [redacted]   GENDER: F
FOSS, PATRICIA
ECD: 308162148   ENC: 4801863   DOS: 08/18/2015
MRN: 2240548
DIN # NA

SP0050  NkDA

In Room __1428__
Start Time __1440__
End Time __1518__
Out of Room __1520__   Code Status __Full__

| Pre-Procedural Check Verified: | | | Time Out Verified: | | | Site Marking | | |
|---|---|---|---|---|---|---|---|---|
| Patient ID: Name | ✗ DOB | | Correct Patient | ✗ Yes | | Site Marked | Yes ✓ | N/A |
| Correct Procedure | ✗ Yes | | Correct Procedure | ✗ Yes | | Location Marked | | |
| Correct Site / Side | Yes | N/A | Correct Site / Side | ✗ Yes | N/A | Marking Done By | | |
| Special Equipment Needed | ✗ Yes | N/A | Equipment Available | ✗ Yes | N/A | | | |
| Special Pt Position Required | ✗ Yes | N/A | Pt Position Addressed | ✗ Yes | N/A | 2nd Time Out | | |
| Safety Strap | ✗ Yes | N/A | Participants: _Tahilian_ | | | Participants: | | |
| Hand Hygiene Performed: Yes ✗ | | | _Black, MALECKI, REAP_ | | | | | |

INPT: (Location) __DSE__

Procedure (including site/side): __Inferior Vena Cava Filter placement__

Indication: _Lupus Anticoag → EDH_   Consent Obtained: ☑ Yes  ☐ Unable  ☐ Proxy
New Prep Site  Yes ___  No ✗  If yes, why ___

Pain Management:   ☐ None  ☑ Local  ☐ Regional  ☐ Topical  ☐ General Anesthesia Care
___ EMLA  __2__ % Lidocaine  __3__ ml  ___ w/Epi  ✓ w/o Epi ___  Other ___

Description of Procedure / Findings: _____

__Option inferred IVC Filter__
__via Right groin__

Arterial Closure Device Used: ☑ No  ☐ Yes  Type ___
Tube/Catheter(s) Inserted: _____
   ☐ Drainage Catheter Removed intact and without complications

Tube / Catheter secured with: _____

Specimen(s) removed: ☑ None  ☐ Specimen(s) type/location _____
Disposition of specimen(s): ☑ Specimen(s) disposed of  ☐ Sent to Lab - Time ___
Complications: ☑ Stable with no immediate evidence of complications  ☐ Wire removed and intact
   ☐ If yes, describe _____

**ARGON** MEDICAL DEVICES
tel. (800) 927-4669

Option ELITE

| REF | 2225080780 | | 2018-05-31 |
| LOT | Q184028 | | |

LOT 12911443   __30__

| Radiation Exposure | Dosimetry | |
|---|---|---|
| Fluoro Time __min__ / __14.7 mGy__ | | |
| Dose __Lab__ | Verified  Yes ☑ | Initial __Km__ |
| ☐ FT > 30 min. phys/mgr notified | | |

Performed By: Name (print) __Tahilian__   ID# __6356__
Signature _____
Supervising Physician: Name (Print) __Keating__   ID# ___
Technologist __Malecki__  Signature __Malecki__   Date __8/20/15__

**NOTE: Implant Stickers On Back Of Yellow Copy**
96106-VIR (R 7/8/15)   White Copy - Patient Chart   Yellow Copy - Radiology Records

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY 12208

CONSULTATION NOTE

**NAME:** FOSS, PATRICIA                    **MR #:** 2240548
**DOB:**                                    **ECD #:** 308162148
**FROM:** HARRY GERARD DUNN, MD

HARRY GERARD DUNN, MD

HD/acu/roselia.l_accbe

Dict: DUNN MD, HARRY G
Job ID: 46184859

D:  08/19/2015 16:41:22

Doc ID: 57111294
T: 08/20/2015 07:12:03

**Edited By  DUNN, HARRY GERARD MD 21-Aug-2015 09:44:03 -04:00**

Electronically Signed By: DUNN, HARRY GERARD MD on  21-Aug-2015 09:44:03 -04:00

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eConsultation Note DOS: 8/18/2015 - HARRY GERARD DUNN, MD

## ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY  12208

CONSULTATION NOTE

**NAME:** FOSS, PATRICIA          **MR #:** 2240548
**DOB:** [redacted]               **ECD #:** 308162148
**FROM:** HARRY GERARD DUNN, MD

HARRY GERARD DUNN, MD

HD/acu/roselia.i_accbe

Dict: DUNN MD, HARRY G
Job ID: 46184859

D:  08/19/2015 16:41:22

Doc ID: 57111294
T: 08/20/2015 07:12:03

**Edited By  DUNN, HARRY GERARD MD 21-Aug-2015 09:44:03 -04:00**

Electronically Signed By: DUNN, HARRY GERARD MD on  21-Aug-2015 09:44:03 -04:00

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY 12208

CONSULTATION NOTE

**NAME:** FOSS, PATRICIA  
**DOB:** ███████  
**FROM:** HARRY GERARD DUNN, MD

**MR #:** 2240548  
**ECD #:** 308162148

HARRY GERARD DUNN, MD

HD/acu/roselia.i_accbe

Dict: DUNN MD, HARRY G  
Job ID: 46184859

D: 08/19/2015 16:41:22

Doc ID: 57111294  
T: 08/20/2015 07:12:03

**Edited By DUNN, HARRY GERARD MD 21-Aug-2015 09:44:03 -04:00**

Electronically Signed By: DUNN, HARRY GERARD MD on 21-Aug-2015 09:44:03 -04:00



## Preliminary Lower Extremity Venous Duplex Ultrasound Report

Karmody Vascular Lab
The Vascular Group
Albany Medical Center
43 New Scotland Avenue
Albany, NY 12208
518-262-5050

**Patient:** FOSS, PATRICIA
**DOB:**
**Gender:** Female
**Admission Status:** Inpatient
**Exam Quality :** Fair

MRN: 2240548
Exam Date: 8/25/2015 12:16:30 PM
Sonographer: HALDER, POPY RVT
Referring MD: Benjamin Chang MD,

**Procedure:** CPT: 93970 Duplex scan extremity vein, complete and bilateral
**ICD Codes/ Indications:** V12.52 History of thrombophlebitis

## Results

| Right | Spont | Phasic | Cont. | Augm | Pulsatile | Incom | Comp | Part. Comp | Non-Com | Not seen | Thrombus |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Fem | X | X | | X | | | X | | | | None |
| SFJ | | | | | | | X | | | | |
| Prox. Femoral | X | X | | X | | | X | | | | None |
| Mid. Femoral | X | X | | X | | | X | | | | None |
| Dist. Femoral | X | X | | X | | | X | | | | None |
| Deep Femoral | | | | | | | | | | | None |
| Popliteal | X | X | | X | | | X | | | | None |
| Post Tibial | | | | | | | X | | | | None |
| Peroneal | | | | | | | X | | | | None |

| Left | Spont | Phasic | Cont. | Augm | Pulsatile | Incom | Comp | Part. Comp | Non-Com | Not seen | Thrombus |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Fem. | X | X | | X | | | X | | | | None |
| SFJ | | | | | | | X | | | | |
| Prox. Femoral | X | X | | X | | | X | | | | None |
| Mid. Femoral | X | X | | X | | | X | | | | None |
| Dist. Femoral | X | X | | X | | | X | | | | None |
| Deep Femoral | | | | | | | | | | | None |
| Popliteal | X | X | | X | | | X | | | | None |
| Post Tibial | | | | | | | | | | X | |
| Peroneal | | | | | | | | | | X | |

## Findings

**Right:** Common femoral, proximal, mid and distal femoral and popliteal veins are readily compressible with
no evidence of deep venous thrombosis. Venous dynamics including spontaneous flow, respiratory
phasic variation and augmentation show no abnormality. The saphenofemoral junction is readily
compressible. The posterior tibial and peroneal veins are readily compressible with no evidence of



Patient: **FOSS, PATRICIA**                                                                                   Page 2 of 2
DOB: ~~REDACTED~~
Account #: 2240548
Study Date: **8/25/2015 12:16:30 PM**
Exam Type : Lower Extremity Venous Duplex Ultrasound
intraluminal thrombus.

**Left:** Common femoral, proximal, mid and distal femoral and popliteal veins are readily compressible with no
evidence of deep venous thrombosis. Venous dynamics including spontaneous flow, respiratory phasic
variation and augmentation show no abnormality. The saphenofemoral junction is readily
compressible.

**Conclusions**

On the right there is no evidence of lower extremity deep vein thrombosis.
On the left there is no evidence of lower extremity deep vein thrombosis.

Reading Physician: CHANG, BENJAMIN MD

Electronically signed on .



Patient: **FOSS, PATRICIA**                                                    Page 2 of 2

DOB:

Account #: **2240548**

Study Date: **8/25/2015 12:16:30 PM**

am Type : **Lower Extremity Venous Duplex Ultrasound**

    intraluminal thrombus.

**Left:** Common femoral, proximal, mid and distal femoral and popliteal veins are readily compressible with no evidence of deep venous thrombosis. Venous dynamics including spontaneous flow, respiratory phasic variation and augmentation show no abnormality. The saphenofemoral junction is readily compressible.

**Conclusions**

    On the right there is no evidence of lower extremity deep vein thrombosis.

    On the left there is no evidence of lower extremity deep vein thrombosis.

Reading Physician: CHANG, BENJAMIN MD

Electronically signed on .



Patient: FOSS, PATRICIA
DOB:
Account #: 2240548
Study Date: 8/25/2015 12:16:30 PM
Exam Type : Lower Extremity Venous Duplex Ultrasound

Page 2 of 2

intraluminal thrombus.

**Left:** Common femoral, proximal, mid and distal femoral and popliteal veins are readily compressible with no evidence of deep venous thrombosis. Venous dynamics including spontaneous flow, respiratory phasic variation and augmentation show no abnormality. The saphenofemoral junction is readily compressible.

**Conclusions**

On the right there is no evidence of lower extremity deep vein thrombosis.
On the left there is no evidence of lower extremity deep vein thrombosis.

Reading Physician: CHANG, BENJAMIN MD

Electronically signed on .



FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                      LOC: D5N        RM: D522B
DOB:                      SEX: F         ADMIT: 08/18/2015
MR# : 2240548                            DISCHARGED: 08/25/2015
ACCT: 308162148                          ATTEND:ELDAKAR HEIN, SHADEN
```

```
************* ROUTINE TESTING      AMCH BLOOD BANK ************
```

| | |
|---|---|
| DATE: | 08/18/15 |
| TIME: | 1349 |
| FOOTNOTE: | #1 |

| | |
|---|---|
| ABO/Rh TYPE | O NEG |
| ANTIBODY SCREEN | NEG |

```
   #1 ALL TESTS = AL
   {AL} ALBANY MEDICAL CENTER HOSPITAL
```

```
       **** AUTOMATED BLOOD COUNT/DIFFERENTIAL    AMCH HEMATOLOGY *****
```

| | NORMAL | UNITS | [----08/25/15----] 0452 #1 | 0214 #2 | 08/22/15 0733 #3 | 08/20/15 +0703 #4 |
|---|---|---|---|---|---|---|
| WBC | 4.1-9.3 | 10*3/uL | 6.7 | 7.0 | 4.4 | 6.1 |
| RBC | 4.00-5.10 | 10*6/uL | 4.21 | 4.36 | 3.90 * | 3.77 * |
| HgB | 11.0-14.7 | g/dL | 12.9 | 13.3 | 11.7 | 11.5 |
| HCT | 33.0-44.0 | % | 37.8 | 39.2 | 34.5 | 34.5 |
| MCV | 82.3-93.2 | U3 | 89.8 | 89.9 | 88.5 | 91.5 |
| MCH | 27.5-32.2 | MMG | 30.6 | 30.5 | 30.0 | 30.5 |
| MCHC | 32.5-35.1 | GM% | 34.1 | 33.9 | 33.9 | 33.3 |
| RDW | 12.0-15.0 | % | 13.6 | 13.6 | 13.5 | 13.3 |
| PLATELET | 130-350 | 10*3/uL | 327 | 321 | 293 | 226 |
| MPV | 7.5-10.7 | fL | 11.0 * | 10.9 * | 10.6 | 10.5 |
| NEUT | 41-67 | % | 81 * | 81 * | 82 * | 75 * |
| ANEU | 1.6-6.2 | 10*3/uL | 5.4 | 5.7 | 3.6 | 4.6 |
| LYMPH | 28-42 | % | 10 * | 12 * | 10 * | 17 * |
| ALYM | 1.1-3.9 | 10*3/uL | 0.7 * | 0.9 * | 0.5 * | 1.0 * |
| MONO | 4-8.5 | % | 8 | 6 | 8 | 7 |
| EOS | 0-5 | % | 0 | 0 | 0 | 1 |
| AEOS | 0.0-0.5 | 10*3/uL | 0.0 | 0.0 | 0.0 | 0.0 |
| BASO | 0-1 | % | 0 | 0 | 0 | 0 |
| FIMG | 0-1 | % | 1 | 1 | 0 | 0 |
| DTYP2 | | | AUTD | AUTD | AUTD | AUTD |

```
   #1 DTYP2 = AUTOMATED DIFFERENTIAL
   #2 DTYP2 = AUTOMATED DIFFERENTIAL
   #3 DTYP2 = AUTOMATED DIFFERENTIAL
   #4 DTYP2 = AUTOMATED DIFFERENTIAL
```

```
08/27/2015   00:16          FINAL DISCHARGE SUMMARY          PAGE:    1
   SQ7.1                          CONTINUED
```

```
NAME: FOSS,PATRICIA                          LOC: D5N      RM: D522B
DOB:                    SEX: F               ADMIT: 08/18/2015
MR# : 2240548                                DISCHARGED: 08/25/2015
ACCT: 308162148                              ATTEND:ELDAKAR HEIN, SHADEN
```

==== AUTOMATED BLOOD COUNT/DIFFERENTIAL    AMCH HEMATOLOGY =====

| DATE: | | | 08/19/15 | 08/18/15 |
|---|---|---|---|---|
| TIME: | NORMAL | UNITS | 0507 | 1349 |
| FOOTNOTE: | | | #1 | #2 |
| WBC | 4.1-9.3 | 10*3/uL | 6.1 | 5.6 |
| RBC | 4.00-5.10 | 10*6/uL | 3.68 * | 3.89 * |
| HgB | 11.0-14.7 | g/dL | 11.1 | 11.8 |
| HCT | 33.0-44.0 | % | 34.0 | 35.9 |
| MCV | 82.3-93.2 | U3 | 92.4 | 92.3 |
| MCH | 27.5-32.2 | MMG | 30.2 | 30.3 |
| MCHC | 32.5-35.1 | GM% | 32.6 | 32.9 |
| RDW | 12.0-15.0 | % | 13.6 | 13.7 |
| PLATELET | 130-350 | 10*3/uL | 223 | 215 |
| MPV | 7.5-10.7 | fL | 10.4 | 10.4 |
| NEUT | 41-67 | % | 72 * | 73 * |
| ANEU | 1.6-6.2 | 10*3/uL | 4.4 | 4.0 |
| LYMPH | 28-42 | % | 19 * | 20 * |
| ALYM | 1.1-3.9 | 10*3/uL | 1.1 | 1.1 |
| MONO | 4-8.5 | % | 8 | 7 |
| EOS | 0-5 | % | 1 | 0 |
| AEOS | 0.0-0.5 | 10*3/uL | 0.0 | 0.0 |
| BASO | 0-1 | % | 0 | 0 |
| PIMG | 0-1 | % | 0 | 0 |
| DTYP2 | | | AUTD | AUTD |

```
#1 DTYP2 = AUTOMATED DIFFERENTIAL
#2 DTYP2 = AUTOMATED DIFFERENTIAL
```

*********** MANUAL DIFFERENTIAL    AMCH HEMATOLOGY ***********

| DATE: | | | [----08/25/15----] | 08/22/15 | 08/20/15 |
|---|---|---|---|---|---|
| TIME: | NORMAL | UNITS | 0452      0214 | 0733 | +0703 |
| DTYP1 | | | AUTOMATED AUTOMATED | AUTOMATED | AUTOMATED |
| NRBC | 0 | % | 0.0      0.0 | 0.0 | 0.0 |
| ANRBC | 0 | 10*3/uL | 0.0      0.0 | 0.0 | 0.0 |

```
08/27/2015  00:16          FINAL DISCHARGE SUMMARY          PAGE:    2
   SQ7.1                         CONTINUED
```

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                                    LOC: D5N      RM: D522B
DOB:                      SEX: F                       ADMIT: 08/18/2015
MR# : 2240548                                          DISCHARGED: 08/25/2015
ACCT: 308162148                                        ATTEND:ELDAKAR HEIN, SHADEN
```

```
        ==== AUTOMATED BLOOD COUNT/DIFFERENTIAL   AMCH HEMATOLOGY =====

DATE:                                  08/19/15 08/18/15
TIME:            NORMAL        UNITS     0507     1349
FOOTNOTE:                                #1       #2
-------------------------------------------------------------------------------
WBC            4.1-9.3     10*3/uL  6.1        5.6
RBC            4.00-5.10   10*6/uL  3.68 *     3.89 *
HgB            11.0-14.7   g/dL     11.1       11.8
HCT            33.0-44.0   %        34.0       35.9
MCV            82.3-93.2   U3       92.4       92.3
MCH            27.5-32.2   MMG      30.2       30.3
MCHC           32.5-35.1   GM%      32.6       32.9
RDW            12.0-15.0   %        13.6       13.7
PLATELET       130-350     10*3/uL  223        215
MPV            7.5-10.7    fL       10.4       10.4
NEUT           41-67       %        72 *       73 *
ANEU           1.6-6.2     10*3/uL  4.4        4.0
LYMPH          28-42       %        19 *       20 *
ALYM           1.1-3.9     10*3/uL  1.1        1.1
MONO           4-8.5       %        8          7
EOS            0-5         %        1          0
AEOS           0.0-0.5     10*3/uL  0.0        0.0
BASO           0-1         %        0          0
PIMG           0-1         %        0          0
DTYP2                               AUTD       AUTD

    #1 DTYP2 = AUTOMATED DIFFERENTIAL
    #2 DTYP2 = AUTOMATED DIFFERENTIAL


        *********** MANUAL DIFFERENTIAL    AMCH HEMATOLOGY ***********

DATE:                                [----08/25/15----]08/22/15 08/20/15
TIME:            NORMAL       UNITS     0452     0214     0733    +0703
-------------------------------------------------------------------------------
DTYP1                                AUTOMATEDAUTOMATEDAUTOMATEDAUTOMATED
NRBC           0            %        0.0      0.0      0.0     0.0
ANRBC          0            10*3/uL  0.0      0.0      0.0     0.0
```

```
08/27/2015   00:16            FINAL DISCHARGE SUMMARY              PAGE:   2
   SQ7.1                          CONTINUED
```

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                              LOC: D5N      RM: D522B
DOB:                     SEX: F                  ADMIT: 08/18/2015
MR# : 2240548                                    DISCHARGED: 08/25/2015
ACCT: 308162148                                  ATTEND:ELDAKAR HEIN, SHADEN
```

```
              ==== AUTOMATED BLOOD COUNT/DIFFERENTIAL    AMCH HEMATOLOGY =====

DATE:                                    08/19/15 08/18/15
TIME:              NORMAL      UNITS       0507     1349
FOOTNOTE:                                  #1       #2
-----------------------------------------------------------------------------
WBC           4.1-9.3      10*3/uL   6.1       5.6
RBC           4.00-5.10    10*6/uL   3.68 *    3.89 *
HgB           11.0-14.7    g/dL      11.1      11.8
HCT           33.0-44.0    %         34.0      35.9
MCV           82.3-93.2    U3        92.4      92.3
MCH           27.5-32.2    MMG       30.2      30.3
MCHC          32.5-35.1    GM%       32.6      32.9
RDW           12.0-15.0    %         13.6      13.7
PLATELET      130-350      10*3/uL   223       215
MPV           7.5-10.7     fL        10.4      10.4
NEUT          41-67        %         72   *    73   *
ANEU          1.6-6.2      10*3/uL   4.4       4.0
LYMPH         28-42        %         19   *    20   *
ALYM          1.1-3.9      10*3/uL   1.1       1.1
MONO          4-8.5        %         8         7
EOS           0-5          %         1         0
AEOS          0.0-0.5      10*3/uL   0.0       0.0
BASO          0-1          %         0         0
PIMG          0-1          %         0         0
DTYP2                                AUTD      AUTD

     #1 DTYP2 = AUTOMATED DIFFERENTIAL
     #2 DTYP2 = AUTOMATED DIFFERENTIAL


            *********** MANUAL DIFFERENTIAL    AMCH HEMATOLOGY ***********

DATE:                              [----08/25/15----]08/22/15 08/20/15
TIME:              NORMAL   UNITS     0452     0214     0733   +0703
-----------------------------------------------------------------------------
DTYP1                             AUTOMATEDAUTOMATEDAUTOMATEDAUTOMATED
NRBC           0          %        0.0      0.0      0.0      0.0
ANRBC          0          10*3/uL  0.0      0.0      0.0      0.0
```

```
08/27/2015   00:16            FINAL DISCHARGE SUMMARY          PAGE:    2
   SQ7.1                           CONTINUED
```

FOSS, PATRICIA EED# 308162148 1PT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                      LOC: D5N      RM: D522B
DOB: ■■■■■■■■■    SEX: F             ADMIT: 08/18/2015
MR# : 2240548                            DISCHARGED: 08/25/2015
ACCT: 308162148                          ATTEND:ELDAKAR HEIN, SHADEN
```

```
           ============ MANUAL DIFFERENTIAL    AMCH HEMATOLOGY ============
DATE:                              08/19/15 08/18/15
TIME:           NORMAL     UNITS     0507     1349
           --------------------------------------------------------------
DTYP1                             AUTOMATEDAUTOMATED
NRBC              0          %      0.0      0.0
ANRBC             0       10*3/uL  0.0      0.0
```

```
           *********** COAGULATION SCREEN    AMCH HEMATOLOGY *************
DATE:                            [-----08/25/15-----] 08/19/15  08/18/15
TIME:           NORMAL     UNITS     0452     0214     0507      1534
FOOTNOTE:                            #1       #2       #3        #4
           --------------------------------------------------------------
INR                                  1.1      1.1      1.0       1.1
PT           9.8-11.8      SEC      11.0     11.0     10.6      11.0
APTT        24.0-32.0      SEC        29       34  *              36  *
```

    #1 INR = RECOMMENDED THERAPEUTIC INR:
             (OBTAIN INR AT SAME TIME OF DAY)
             PREVENTION OF VENOUS THROMBOEMBOLISM: INR= 2.0-3.0
             DVT OR PE FOLLOWING HEPARIN THERAPY: INR= 2.0-3.0
             TISSUE HEART VALVES,
             VALVULAR HEART DISEASE: INR= 2.0-3.0
             ACUTE ANTERIOR WALL MI (FOLLOWING HEPARIN
             THERAPY): INR= 2.0-3.0
             ATRIAL FIBRILLATION: INR= 2.0-3.0
             MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5
             RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0

    #2 INR = RECOMMENDED THERAPEUTIC INR:
             (OBTAIN INR AT SAME TIME OF DAY)
             PREVENTION OF VENOUS THROMBOEMBOLISM: INR= 2.0-3.0
             DVT OR PE FOLLOWING HEPARIN THERAPY: INR= 2.0-3.0
             TISSUE HEART VALVES,
             VALVULAR HEART DISEASE: INR= 2.0-3.0
             ACUTE ANTERIOR WALL MI (FOLLOWING HEPARIN
             THERAPY): INR= 2.0-3.0
             ATRIAL FIBRILLATION: INR= 2.0-3.0
             MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5
             RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0

    #3 INR = RECOMMENDED THERAPEUTIC INR:
             (OBTAIN INR AT SAME TIME OF DAY)
                                << FOOTNOTE CONTINUED ON NEXT PAGE >>

08/27/2015   00:16          FINAL DISCHARGE SUMMARY          PAGE:    3
   SQ7.1                          CONTINUED

                    -------------------------------------
                        ALBANY MEDICAL CENTER HOSPITAL
                              (518) 262-4540      NEW SCOTLAND AVE.
                    97529 (02/03)  (518) 262-3528  ALBANY, NY 12208-3478

FOSS, PATRICIA 2009 308162148 III MED 8/18/2015 - 8/25/2015 Lab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                           LOC: D5N      RM: D522B
DOB: ████████████    SEX: F                   ADMIT: 08/18/2015
MR# : 2240548                                 DISCHARGED: 08/25/2015
ACCT: 308162148                               ATTEND:ELDAKAR HEIN, SHADEN
```

                                    << CONTINUED FROM PREVIOUS PAGE >>
            PREVENTION OF VENOUS THROMBOEMBOLISM: INR= 2.0-3.0
            DVT OR PE FOLLOWING HEPARIN THERAPY: INR= 2.0-3.0
            TISSUE HEART VALVES,
            VALVULAR HEART DISEASE: INR= 2.0-3.0
            ACUTE ANTERIOR WALL MI (FOLLOWING HEPARIN
            THERAPY): INR= 2.0-3.0
            ATRIAL FIBRILLATION: INR= 2.0-3.0
            MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5
            RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0

     #4 INR = RECOMMENDED THERAPEUTIC INR:
            (OBTAIN INR AT SAME TIME OF DAY)
            PREVENTION OF VENOUS THROMBOEMBOLISM: INR= 2.0-3.0
            DVT OR PE FOLLOWING HEPARIN THERAPY: INR= 2.0-3.0
            TISSUE HEART VALVES,
            VALVULAR HEART DISEASE: INR= 2.0-3.0
            ACUTE ANTERIOR WALL MI (FOLLOWING HEPARIN
            THERAPY): INR= 2.0-3.0
            ATRIAL FIBRILLATION: INR= 2.0-3.0
            MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5
            RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0


            ============ COAGULATION SCREEN    AMCH HEMATOLOGY =============

DATE:                                 08/18/15
TIME:               NORMAL    UNITS     1349
FOOTNOTE:                               #1
-------------------------------------------------------------------------
INR                                   NFULL
PT                9.8-11.8    SEC     NFULL
APTT              24.0-32.0   SEC     NFULL

     #1 INR,APTT = BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY
              AL
        PT = BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY
             CALLED ED,DENA LECLAIR,1428
             AL
     {AL} ALBANY MEDICAL CENTER HOSPITAL

                        ALBANY MEDICAL CENTER HOSPITAL
                             (518)262-4540        NEW SCOTLAND AVE
                 97529 (02/03)  (518)262-3525     ALBANY, NY 12208-3478


Page 4 of 14  printed by: chapmal 11/12/2015 11:56:54 AM -05:00

```
NAME: FOSS,PATRICIA                          LOC: D5N      RM: D522B
DOB:                       SEX: F            ADMIT: 08/18/2015
MR# : 2240548                                DISCHARGED: 08/25/2015
ACCT: 308162148                              ATTEND:ELDAKAR HEIN, SHADEN
```

<< CONTINUED FROM PREVIOUS PAGE >>

```
        PREVENTION OF VENOUS THROMBOEMBOLISM: INR= 2.0-3.0
        DVT OR PE FOLLOWING HEPARIN THERAPY: INR= 2.0-3.0
        TISSUE HEART VALVES,
        VALVULAR HEART DISEASE: INR= 2.0-3.0
        ACUTE ANTERIOR WALL MI (FOLLOWING HEPARIN
        THERAPY): INR= 2.0-3.0
        ATRIAL FIBRILLATION: INR= 2.0-3.0
        MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5
        RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0

    #4 INR = RECOMMENDED THERAPEUTIC INR:
        (OBTAIN INR AT SAME TIME OF DAY)
        PREVENTION OF VENOUS THROMBOEMBOLISM: INR= 2.0-3.0
        DVT OR PE FOLLOWING HEPARIN THERAPY: INR= 2.0-3.0
        TISSUE HEART VALVES,
        VALVULAR HEART DISEASE: INR= 2.0-3.0
        ACUTE ANTERIOR WALL MI (FOLLOWING HEPARIN
        THERAPY): INR= 2.0-3.0
        ATRIAL FIBRILLATION: INR= 2.0-3.0
        MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5
        RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0
```

```
        ============ COAGULATION SCREEN   AMCH HEMATOLOGY ============
DATE:                             08/18/15
TIME:            NORMAL    UNITS    1349
FOOTNOTE:                           #1
-----------------------------------------------------------------
INR                                NFULL
PT             9.8-11.8    SEC     NFULL
APTT          24.0-32.0    SEC     NFULL

    #1 INR,APTT = BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY
               AL
        PT = BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY
           CALLED ED,DENA LECLAIR,1428
               AL
    {AL} ALBANY MEDICAL CENTER HOSPITAL
```

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                        LOC: D5N        RM: D522B
DOB:                      SEX: F           ADMIT: 08/18/2015
MR# : 2240548                              DISCHARGED: 08/25/2015
ACCT: 308162148                            ATTEND:ELDAKAR HEIN, SHADEN
```

### *** GENERAL CHEMISTRY       AMCH CHEMISTRY/IMMUNOLOGY LAB ***

| TEST: | GLUCOSE | NA | K | CL | CO2 | UREA NITROGEN |
|---|---|---|---|---|---|---|
| UNITS: | MG/DL | MEQ/L | MEQ/L | MEQ/L | MMOL/L | MG/DL |
| NORMAL: | 65-99 | 135-145 | 3.4-4.8 | 99-109 | 21-30 | 7-22 |
| 08/25  0214 | 177* AL | 137 AL | 3.7 AL | 106 AL | 23 AL | 27* AL |
| 08/22  0733 | 130* AL | 139 AL | 3.7 AL | 110* AL | 23 AL | 24* AL |
| 08/20 + 0703 | 96 {AL} | 141 {AL} | 3.9 HEMO QUES {AL} | 106 {AL} | 25 {AL} | 15 {AL} |
| 08/19  0507 | 93 AL | 140 AL | 3.3* AL | 107 AL | 26 AL | 12 AL |
| 08/18  1349 | 97 AL | 141 AL | 3.6 AL | 105 AL | 27 AL | 11 AL |

### === GENERAL CHEMISTRY       AMCH CHEMISTRY/IMMUNOLOGY LAB ===

| TEST: | CREAT | ESTIMATED GFR | PROTEIN | ALBUMIN | GLOBULIN |
|---|---|---|---|---|---|
| UNITS: | MG/DL | | GM/DL | GM/DL | GM/DL |
| NORMAL: | 0.6-1.2 | >60 | 6.0-8.0 | 3.5-5.2 | |
| 08/25  0214 | 0.7 AL | >60 (a) (b) (c) (d) (e) AL | | | |

```
                          << RESULTS CONTINUED ON NEXT PAGE >>
```

```
---FOOTNOTES---
HEMO     HEMOLYZED SPECIMEN
QUES     QUESTIONABLE RESULT
(a)      eGFR UNIT IS ML/MIN/1.73m2.
(b)      MDRD EQUATION EVALUATED IN 18 TO 70 YEAR OLD MALE AND FEMALE
(c)      (NON PREGNANT) PATIENTS WITHOUT COMORBID CONDITIONS.
(d)      IF AFRICAN AMERICAN MULTIPLY eGFR BY 1.212.
(e)      CONTACT PHARMACY FOR QUESTIONS ON eGFR USE IN DRUG DOSING
         ADJUSTMENT.
 {AL} ALBANY MEDICAL CENTER HOSPITAL
```

```
08/27/2015  00:16           FINAL DISCHARGE SUMMARY          PAGE:   5
   SQ7.1                         CONTINUED
```

```
NAME: FOSS,PATRICIA                               LOC: D5N       RM: D522B
DOB:                     SEX: F                    ADMIT: 08/18/2015
MR# : 2240548                                      DISCHARGED: 08/25/2015
ACCT: 308162148                                    ATTEND:ELDAKAR HEIN, SHADEN
```

```
                === GENERAL CHEMISTRY     AMCH CHEMISTRY/IMMUNOLOGY LAB ===
TEST:              CREAT   ESTIMATED GFR  PROTEIN   ALBUMIN   GLOBULIN
UNITS:             MG/DL                  GM/DL     GM/DL     GM/DL
NORMAL:            0.6-1.2      >60       6.0-8.0   3.5-5.2
--------------------------------------------------------------------------
                                          << CONTINUED FROM PREVIOUS PAGE >>

08/22   0733      0.6        >60          6.0       3.0*      3.0
                  AL            (f)       AL        AL        AL
                               (g)
                               (h)
                               (i)
                               (j)
                               AL
08/20 + 0703      0.7        >60          6.7       3.3*      3.4
                 {AL}          (f)       {AL}      {AL}      {AL}
                               (g)
                               (h)
                               (i)
                               (j)
                              {AL}
08/19   0507      0.6        >60
                  AL           (f)
                               (g)
                               (h)
                               (i)
                               (j)
                               AL
08/18   1349      0.6        >60          6.8       3.5       3.3
                  AL           (f)       AL        AL        AL
                               (g)
                               (h)
                               (i)
                               (j)
                               AL
```

```
---FOOTNOTES---
(f)    eGFR UNIT IS ML/MIN/1.73m2.
(g)    MDRD EQUATION EVALUATED IN 18 TO 70 YEAR OLD MALE AND FEMALE
(h)    (NON PREGNANT) PATIENTS WITHOUT COMORBID CONDITIONS.
(i)    IF AFRICAN AMERICAN MULTIPLY eGFR BY 1.212.
(j)    CONTACT PHARMACY FOR QUESTIONS ON eGFR USE IN DRUG DOSING
       ADJUSTMENT.
  {AL}  ALBANY MEDICAL CENTER HOSPITAL
```

ALBANY MEDICAL CENTER HOSPITAL

|                | (518)262-4540         | NEW SCOTLAND AVE     |
| 97529 (02/03)  | (518)262-3528         | ALBANY, NY 12208-3478 |

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                              LOC: D5N      RM: D522B
DOB:                    SEX: F                    ADMIT: 08/18/2015
MR# : 2240548                                     DISCHARGED: 08/25/2015
ACCT: 308162148                                   ATTEND:ELDAKAR HEIN, SHADEN
```

```
              === GENERAL CHEMISTRY      AMCH CHEMISTRY/IMMUNOLOGY LAB ===
TEST:           CREAT    ESTIMATED GFR  PROTEIN   ALBUMIN   GLOBULIN
UNITS:          MG/DL                    GM/DL     GM/DL     GM/DL
NORMAL:         0.6-1.2       >60        6.0-8.0   3.5-5.2
-------------------------------------------------------------------------
                                        << CONTINUED FROM PREVIOUS PAGE >>

08/22   0733    0.6        >60           6.0       3.0*      3.0
                AL            (f)         AL        AL        AL
                              (g)
                              (h)
                              (i)
                              (j)
                            AL
08/20 + 0703    0.7        >60           6.7       3.3*      3.4
                {AL}          (f)        {AL}      {AL}      {AL}
                              (g)
                              (h)
                              (i)
                              (j)
                            {AL}
08/19   0507    0.6        >60
                AL            (f)
                              (g)
                              (h)
                              (i)
                              (j)
                            AL
08/18   1349    0.6        >60           6.8       3.5       3.3
                AL            (f)         AL        AL        AL
                              (g)
                              (h)
                              (i)
                              (j)
                            AL
```

```
---FOOTNOTES---
(f)     eGFR UNIT IS ML/MIN/1.73m2.
(g)     MDRD EQUATION EVALUATED IN 18 TO 70 YEAR OLD MALE AND FEMALE
(h)     (NON PREGNANT) PATIENTS WITHOUT COMORBID CONDITIONS.
(i)     IF AFRICAN AMERICAN MULTIPLY eGFR BY 1.212.
(j)     CONTACT PHARMACY FOR QUESTIONS ON eGFR USE IN DRUG DOSING
        ADJUSTMENT.
  {AL} ALBANY MEDICAL CENTER HOSPITAL
```

```
08/27/2015  00:16          FINAL DISCHARGE SUMMARY           PAGE:    6
   SQ7.1                         CONTINUED
```

ALBANY MEDICAL CENTER HOSPITAL
                    (518) 262-4340        NEW SCOTLAND AVE.
        97529 (02/01)  (518) 262-3528     ALBANY, NY 12208-3478

FOSS, PATRICIA ACD# 308162148 IFT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                          LOC: D5N      RM: D522B
DOB:                       SEX: F            ADMIT: 08/18/2015
MR# : 2240548                                DISCHARGED: 08/25/2015
ACCT: 308162148                              ATTEND:ELDAKAR HEIN, SHADEN
```

=== GENERAL CHEMISTRY        AMCH CHEMISTRY/IMMUNOLOGY LAB ===

| TEST: | A/G RATIO | CALCIUM | MAGNESIUM | PHOSPHOROUS | BILIRUBIN TOTAL |
|---|---|---|---|---|---|
| UNITS: | | MG/DL | MG/DL | MG/DL | MG/DL |
| NORMAL: | | 8.6-10.3 | 1.5-2.6 | 2.4-4.7 | 0.1-1.2 |
| 08/25 0214 | | 9.1 AL | 2.3 AL | 3.2 AL | |
| 08/22 0733 | 1.0 AL | 9.0 AL | 2.1 AL | 3.8 AL | 1.1 AL |
| 08/20 + 0703 | 1.0 {AL} | 9.2 {AL} | | | 1.5* {AL} |
| 08/19 0507 | | 9.0 AL | 2.0 AL | | |
| 08/18 1349 | 1.1 AL | 9.2 AL | | | 1.5* AL |

=== GENERAL CHEMISTRY        AMCH CHEMISTRY/IMMUNOLOGY LAB ===

| TEST: | CK | CKMB | CKMB | TROPONIN I | ALK PHOS | AST |
|---|---|---|---|---|---|---|
| UNITS: | IU/L | NG/ML | % | NG/ML | IU/L | IU/L |
| NORMAL: | 30-225 | 0.0-7.0 | 0.0-4.0 | 0.00-0.04 | 30-115 | 5-45 |
| 08/25 1035 | | | | <0.01 TRP1 AL | | |
| 0214 | 41 AL | 1.5 AL | 3.7 AL | <0.01 TRP1 AL | | |
| 08/22 0733 | | | | | 54 AL | 15 AL |
| 08/20 + 0703 | | | | | 60 {AL} | 23 {AL} |
| 08/18 1349 | | | | | 63 AL | 22 AL |

---FOOTNOTES---
TRP1    PERFORMANCE OF TROPONIN ASSAY HAS NOT BEEN FULLY
        CHARACTERIZED BY THE MANUFACTURER. ANALYTICAL PERFORMANCE OF
        THE ASSAY HAS BEEN VALIDATED IN HOUSE.
   {AL} ALBANY MEDICAL CENTER HOSPITAL

08/27/2015   00:16          FINAL DISCHARGE SUMMARY           PAGE:   7
 SQ7.1                          CONTINUED

```
NAME: FOSS,PATRICIA                          LOC: D5N        RM: D522B
DOB:                       SEX: F            ADMIT: 08/18/2015
MR# : 2240548                                DISCHARGED: 08/25/2015
ACCT: 308162148                              ATTEND:ELDAKAR HEIN, SHADEN
```

```
                === GENERAL CHEMISTRY        AMCH CHEMISTRY/IMMUNOLOGY LAB ===
TEST:               ALT
UNITS:              IU/L
NORMAL:             5-60
---------------------------------------------------------------------------
08/22    0733        19
                     AL
08/20  + 0703        26
                    {AL}
08/18    1349        27
                     AL
```

---FOOTNOTES---
  {AL} ALBANY MEDICAL CENTER HOSPITAL

ALBANY MEDICAL CENTER HOSPITAL

                        (518) 262-4540        NEW SCOTLAND AVE
           97529 (02/05)  (518) 262-3528      ALBANY, NY 12208-3478

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                            LOC: D5N       RM: D522B
DOB:                      SEX: F               ADMIT: 08/18/2015
MR# : 2240548                                  DISCHARGED: 08/25/2015
ACCT: 308162148                                ATTEND:ELDAKAR HEIN, SHADEN


              === GENERAL CHEMISTRY        AMCH CHEMISTRY/IMMUNOLOGY LAB ===
TEST:            ALT
UNITS:           IU/L
NORMAL:          5-60
              ------------------------------------------------------------
08/22    0733      19
                   AL
08/20  + 0703      26
                 {AL}
08/18    1349      27
                   AL
```

---FOOTNOTES---
  {AL} ALBANY MEDICAL CENTER HOSPITAL

08/27/2015   00:16              FINAL  DISCHARGE  SUMMARY              PAGE:    8
   SQ7.1                             CONTINUED

ALBANY MEDICAL CENTER HOSPITAL
                    (518) 262-4349
97529 (01/03)      (518) 262-3528        NEW SCOTLAND AVE.
                                         ALBANY, NY 12208-3478

```
NAME: FOSS,PATRICIA                            LOC: D5N      RM: D522B
DOB:                     SEX: F                ADMIT: 08/18/2015
MR# : 2240548                                  DISCHARGED: 08/25/2015
ACCT: 308162148                                ATTEND:ELDAKAR HEIN, SHADEN
```

```
             ********************** OTHER TESTS *************************
08/18   1349 TYPE + SCREEN (CONVERT)
             CROSSMATCH EXPIRATION                    {AL}
                          08/22/2015                     08/18/2015,14:39
```

---FOOTNOTES---
 {AL} ALBANY MEDICAL CENTER HOSPITAL

ALBANY MEDICAL CENTER HOSPITAL
                         (518) 262-4540          NEW SCOTLAND AVE.
             97529 (02/03)  (518) 262-3528       ALBANY, NY 12208-3478

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                              LOC: D5N      RM: D522B
DOB:                      SEX: F                 ADMIT: 08/18/2015
MR# : 2240548                                    DISCHARGED: 08/25/2015
ACCT: 308162148                                  ATTEND:ELDAKAR HEIN, SHADEN
```

```
                          Result Date/Time Appendix
Collect Date/Time    Accession   Test Code/Description        Result Date and Time

08/25/2015 04:52    T23506        AEOS/ABSOLUTE EOSINO      08/25/2015 07:24
                                  ALYM/ABSOLUTE LYMPHO      08/25/2015 07:24
                                  ANEU/ABSOLUTE NEUTRO      08/25/2015 07:24
                                  ANRBC/ABSOLUTE NRBC       08/25/2015 05:40
                                  DTYP1/ABCM                08/25/2015 07:24
                                  DTYP2/ABC                 08/25/2015 07:24
                                  HB/HEMOGLOBIN             08/25/2015 05:40
                                  HCT/HEMATOCRIT            08/25/2015 05:40
                                  HINR/INR                  08/25/2015 05:49
                                  MCH/MCH                   08/25/2015 05:40
                                  MCHC/MCHC                 08/25/2015 05:40
                                  MCV/MCV                   08/25/2015 05:40
                                  MPV/MEAN PLATELET VO      08/25/2015 05:40
                                  NRBC/NUCLEATED RBC        08/25/2015 05:40
                                  PBAS/PERCENT BASO         08/25/2015 07:24
                                  PEOS/PERCENT EOS          08/25/2015 07:24
                                  PIMG/PERCENT IMMA GR      08/25/2015 07:24
                                  PLTC/PLATELET COUNT       08/25/2015 05:40
                                  PLY/PERCENT LYMPH         08/25/2015 07:24
                                  PMO/PERCENT MONO          08/25/2015 07:24
                                  PNEU/PERCENT NEUT         08/25/2015 07:24
                                  PTPT/PT PATIENT TIME      08/25/2015 05:49
                                  PTTP/APTT PATIENT TI      08/25/2015 05:49
                                  RBC/RBC COUNT             08/25/2015 05:40
                                  RDW/RED CELL DISTRIB      08/25/2015 05:40
                                  WBC/WBC COUNT             08/25/2015 05:40
08/25/2015 02:14    T23646        AEOS/ABSOLUTE EOSINO      08/25/2015 02:57
                                  ALYM/ABSOLUTE LYMPHO      08/25/2015 02:57
                                  ANEU/ABSOLUTE NEUTRO      08/25/2015 02:57
                                  ANRBC/ABSOLUTE NRBC       08/25/2015 02:33
                                  BUN/UREA NITROGEN         08/25/2015 02:45
                                  CA/CALCIUM                08/25/2015 02:45
                                  CK/CREATINE KINASE        08/25/2015 02:52
                                  CKMB/CREATINE KINASE      08/25/2015 03:10
                                  CL/CHLORIDE               08/25/2015 02:45
                                  CO2/CARBON DIOXIDE        08/25/2015 02:45
                                  CRET/CREATININE           08/25/2015 02:45
                                  DTYP1/ABCM                08/25/2015 02:57
                                  DTYP2/ABC                 08/25/2015 02:57
                                  GFR/ESTIMATED GFR         08/25/2015 02:45
                                  GLU/GLUCOSE               08/25/2015 02:52
                                  HB/HEMOGLOBIN             08/25/2015 02:33
                                  HCT/HEMATOCRIT            08/25/2015 02:33
                                  HINR/INR                  08/25/2015 02:44
                                  K/POTASSIUM               08/25/2015 02:45
                                  MB/% MB                   08/25/2015 03:10
                                  MCH/MCH                   08/25/2015 02:33
                                  MCHC/MCHC                 08/25/2015 02:33
                        <<CONTINUED ON NEXT PAGE>> 08/27/2015  00:16
FINAL DISCHARGE SUMMARY           PAGE:    10
    SQ7.1                         CONTINUED
```

```
NAME: FOSS,PATRICIA                            LOC: D5N      RM: D522B
DOB:                    SEX: F                  ADMIT: 08/18/2015
MR# : 2240548                                  DISCHARGED: 08/25/2015
ACCT: 308162148                                ATTEND:ELDAKAR HEIN, SHADEN
```

|                           | Result Date/Time Appendix |                        |                         |
| Collect Date/Time | Accession | Test Code/Description | Result Date and Time |
|---|---|---|---|
| 08/25/2015 04:52 | T23506 | AEOS/ABSOLUTE EOSINO | 08/25/2015 07:24 |
|  |  | ALYM/ABSOLUTE LYMPHO | 08/25/2015 07:24 |
|  |  | ANEU/ABSOLUTE NEUTRO | 08/25/2015 07:24 |
|  |  | ANRBC/ABSOLUTE NRBC | 08/25/2015 05:40 |
|  |  | DTYP1/ABCM | 08/25/2015 07:24 |
|  |  | DTYP2/ABC | 08/25/2015 07:24 |
|  |  | HB/HEMOGLOBIN | 08/25/2015 05:40 |
|  |  | HCT/HEMATOCRIT | 08/25/2015 05:40 |
|  |  | HINR/INR | 08/25/2015 05:49 |
|  |  | MCH/MCH | 08/25/2015 05:40 |
|  |  | MCHC/MCHC | 08/25/2015 05:40 |
|  |  | MCV/MCV | 08/25/2015 05:40 |
|  |  | MPV/MEAN PLATELET VO | 08/25/2015 05:40 |
|  |  | NRBC/NUCLEATED RBC | 08/25/2015 05:40 |
|  |  | PBAS/PERCENT BASO | 08/25/2015 07:24 |
|  |  | PEOS/PERCENT EOS | 08/25/2015 07:24 |
|  |  | PIMG/PERCENT IMMA GR | 08/25/2015 07:24 |
|  |  | PLTC/PLATELET COUNT | 08/25/2015 05:40 |
|  |  | PLY/PERCENT LYMPH | 08/25/2015 07:24 |
|  |  | PMO/PERCENT MONO | 08/25/2015 07:24 |
|  |  | PNEU/PERCENT NEUT | 08/25/2015 07:24 |
|  |  | PTPT/PT PATIENT TIME | 08/25/2015 05:49 |
|  |  | PTTP/APTT PATIENT TI | 08/25/2015 05:49 |
|  |  | RBC/RBC COUNT | 08/25/2015 05:40 |
|  |  | RDW/RED CELL DISTRIB | 08/25/2015 05:40 |
|  |  | WBC/WBC COUNT | 08/25/2015 05:40 |
| 08/25/2015 02:14 | T23646 | AEOS/ABSOLUTE EOSINO | 08/25/2015 02:57 |
|  |  | ALYM/ABSOLUTE LYMPHO | 08/25/2015 02:57 |
|  |  | ANEU/ABSOLUTE NEUTRO | 08/25/2015 02:57 |
|  |  | ANRBC/ABSOLUTE NRBC | 08/25/2015 02:33 |
|  |  | BUN/UREA NITROGEN | 08/25/2015 02:45 |
|  |  | CA/CALCIUM | 08/25/2015 02:45 |
|  |  | CK/CREATINE KINASE | 08/25/2015 02:52 |
|  |  | CKMB/CREATINE KINASE | 08/25/2015 03:10 |
|  |  | CL/CHLORIDE | 08/25/2015 02:45 |
|  |  | CO2/CARBON DIOXIDE | 08/25/2015 02:45 |
|  |  | CRET/CREATININE | 08/25/2015 02:45 |
|  |  | DTYP1/ABCM | 08/25/2015 02:57 |
|  |  | DTYP2/ABC | 08/25/2015 02:57 |
|  |  | GFR/ESTIMATED GFR | 08/25/2015 02:45 |
|  |  | GLU/GLUCOSE | 08/25/2015 02:52 |
|  |  | HB/HEMOGLOBIN | 08/25/2015 02:33 |
|  |  | HCT/HEMATOCRIT | 08/25/2015 02:33 |
|  |  | HINR/INR | 08/25/2015 02:44 |
|  |  | K/POTASSIUM | 08/25/2015 02:45 |
|  |  | MB/% MB | 08/25/2015 03:10 |
|  |  | MCH/MCH | 08/25/2015 02:33 |
|  |  | MCHC/MCHC | 08/25/2015 02:33 |

<<CONTINUED ON NEXT PAGE>> 08/27/2015  00:16

```
FINAL DISCHARGE SUMMARY                  PAGE:     10
    SQ7.1                                   CONTINUED
```

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                    LOC: D5N      RM: D522B
DOB:                    SEX: F         ADMIT: 08/18/2015
MR# : 2240548                          DISCHARGED: 08/25/2015
ACCT: 308162148                        ATTEND:ELDAKAR HEIN, SHADEN
```

Result Date/Time Appendix (CONTINUED)

```
                        MCV/MCV                    08/25/2015 02:33
                        MG/MAGNESIUM               08/25/2015 02:52
                        MPV/MEAN PLATELET VO       08/25/2015 02:33
                        NA/SODIUM                  08/25/2015 02:45
                        NRBC/NUCLEATED RBC         08/25/2015 02:33
                        P/PHOSPHORUS               08/25/2015 02:45
                        PBAS/PERCENT BASO          08/25/2015 02:57
                        PEOS/PERCENT EOS           08/25/2015 02:57
                        PIMG/PERCENT IMMA GR       08/25/2015 02:57
                        PLTC/PLATELET COUNT        08/25/2015 02:33
                        PLY/PERCENT LYMPH          08/25/2015 02:57
                        PMO/PERCENT MONO           08/25/2015 02:57
                        PNEU/PERCENT NEUT          08/25/2015 02:57
                        PTPT/PT PATIENT TIME       08/25/2015 02:44
                        PTTP/APTT PATIENT TI       08/25/2015 02:44
                        RBC/RBC COUNT              08/25/2015 02:33
                        RDW/RED CELL DISTRIB       08/25/2015 02:33
                        TROPI/TROPONIN I           08/25/2015 03:10
                        WBC/WBC COUNT              08/25/2015 02:33
08/25/2015 10:35  T23784 TROPI/TROPONIN I         08/25/2015 11:30
08/22/2015 07:33  S15869 AEOS/ABSOLUTE EOSINO     08/22/2015 11:34
                        AGRO/A/G RATIO             08/22/2015 10:25
                        ALBU/ALBUMIN               08/22/2015 10:25
                        ALKP/ALKALINE PHOSPH       08/22/2015 10:25
                        ALT/ALT                    08/22/2015 10:25
                        ALYM/ABSOLUTE LYMPHO       08/22/2015 11:34
                        ANEU/ABSOLUTE NEUTRO       08/22/2015 11:34
                        ANRBC/ABSOLUTE NRBC        08/22/2015 08:19
                        AST/AST                    08/22/2015 10:25
                        BILT/BILIRUBIN, TOTA       08/22/2015 10:25
                        BUN/UREA NITROGEN          08/22/2015 10:25
                        CA/CALCIUM                 08/22/2015 10:25
                        CL/CHLORIDE                08/22/2015 10:25
                        CO2/CARBON DIOXIDE         08/22/2015 10:25
                        CRET/CREATININE            08/22/2015 10:25
                        DTYP1/ABCM                 08/22/2015 11:34
                        DTYP2/ABC                  08/22/2015 11:34
                        GFR/ESTIMATED GFR          08/22/2015 10:25
                        GLOB/GLOBULIN              08/22/2015 10:25
                        GLU/GLUCOSE                08/22/2015 10:25
                        HB/HEMOGLOBIN              08/22/2015 08:19
                        HCT/HEMATOCRIT             08/22/2015 08:19
                        K/POTASSIUM                08/22/2015 10:25
                        MCH/MCH                    08/22/2015 08:19
                        MCHC/MCHC                  08/22/2015 08:19
                        MCV/MCV                    08/22/2015 08:19
                        MG/MAGNESIUM               08/22/2015 10:25
                        MPV/MEAN PLATELET VO       08/22/2015 08:19
                        NA/SODIUM                  08/22/2015 10:25
                        NRBC/NUCLEATED RBC         08/22/2015 08:19
```

<<CONTINUED ON NEXT PAGE>> 08/27/2015 00:16

```
FINAL DISCHARGE SUMMARY        PAGE:   11
     SQ7.1                     CONTINUED
```

```
NAME: FOSS,PATRICIA                         LOC: D5N       RM: D522B
DOB:                    SEX: F              ADMIT: 08/18/2015
MR# : 2240548                              DISCHARGED: 08/25/2015
ACCT: 308162148                            ATTEND:ELDAKAR HEIN, SHADEN
```

                Result Date/Time Appendix (CONTINUED)

```
                      P/PHOSPHORUS              08/22/2015 10:25
                      PBAS/PERCENT BASO         08/22/2015 11:34
                      PEOS/PERCENT EOS          08/22/2015 11:34
                      PIMG/PERCENT IMMA GR      08/22/2015 11:34
                      PLTC/PLATELET COUNT       08/22/2015 08:19
                      PLY/PERCENT LYMPH         08/22/2015 11:34
                      PMO/PERCENT MONO          08/22/2015 11:34
                      PNEU/PERCENT NEUT         08/22/2015 11:34
                      RBC/RBC COUNT             08/22/2015 08:19
                      RDW/RED CELL DISTRIB      08/22/2015 08:19
                      TP/TOTAL PROTEIN          08/22/2015 10:25
                      WBC/WBC COUNT             08/22/2015 08:19
08/20/2015 07:03  H23609  AEOS/ABSOLUTE EOSINO  08/20/2015 07:50
                      AGRO/A/G RATIO            08/20/2015 09:36
                      ALBU/ALBUMIN              08/20/2015 09:36
                      ALKP/ALKALINE PHOSPH      08/20/2015 09:36
                      ALT/ALT                   08/20/2015 09:36
                      ALYM/ABSOLUTE LYMPHO      08/20/2015 07:50
                      ANEU/ABSOLUTE NEUTRO      08/20/2015 07:50
                      ANRBC/ABSOLUTE NRBC       08/20/2015 07:50
                      AST/AST                   08/20/2015 09:36
                      BILT/BILIRUBIN, TOTA      08/20/2015 09:36
                      BUN/UREA NITROGEN         08/20/2015 09:36
                      CA/CALCIUM                08/20/2015 09:36
                      CL/CHLORIDE               08/20/2015 09:36
                      CO2/CARBON DIOXIDE        08/20/2015 09:36
                      CRET/CREATININE           08/20/2015 09:36
                      DTYP1/ABCM                08/20/2015 07:50
                      DTYP2/ABC                 08/20/2015 07:50
                      GFR/ESTIMATED GFR         08/20/2015 09:36
                      GLOB/GLOBULIN             08/20/2015 09:36
                      GLU/GLUCOSE               08/20/2015 09:36
                      HB/HEMOGLOBIN             08/20/2015 07:50
                      HCT/HEMATOCRIT            08/20/2015 07:50
                      K/POTASSIUM               08/20/2015 09:36
                      MCH/MCH                   08/20/2015 07:50
                      MCHC/MCHC                 08/20/2015 07:50
                      MCV/MCV                   08/20/2015 07:50
                      MPV/MEAN PLATELET VO      08/20/2015 07:50
                      NA/SODIUM                 08/20/2015 09:36
                      NRBC/NUCLEATED RBC        08/20/2015 07:50
                      PBAS/PERCENT BASO         08/20/2015 07:50
                      PEOS/PERCENT EOS          08/20/2015 07:50
                      PIMG/PERCENT IMMA GR      08/20/2015 07:50
                      PLTC/PLATELET COUNT       08/20/2015 07:50
                      PLY/PERCENT LYMPH         08/20/2015 07:50
                      PMO/PERCENT MONO          08/20/2015 07:50
                      PNEU/PERCENT NEUT         08/20/2015 07:50
                      RBC/RBC COUNT             08/20/2015 07:50
                      RDW/RED CELL DISTRIB      08/20/2015 07:50
                  <<CONTINUED ON NEXT PAGE>> 08/27/2015  00:16
FINAL DISCHARGE SUMMARY        PAGE:   12
     SQ7.1                    CONTINUED
```

                    ALBANY MEDICAL CENTER HOSPITAL
                        (518)262-4549         NEW SCOTLAND AVE.
               97529 (02/03)  (518)262-3528   ALBANY, NY 12208-3476

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                        LOC: D5N      RM: D522B
DOB:                     SEX: F            ADMIT: 08/18/2015
MR# : 2240548                              DISCHARGED: 08/25/2015
ACCT: 308162148                            ATTEND:ELDAKAR HEIN, SHADEN
```

Result Date/Time Appendix (CONTINUED)

```
                          P/PHOSPHORUS          08/22/2015 10:25
                          PBAS/PERCENT BASO     08/22/2015 11:34
                          PEOS/PERCENT EOS      08/22/2015 11:34
                          PIMG/PERCENT IMMA GR  08/22/2015 11:34
                          PLTC/PLATELET COUNT   08/22/2015 08:19
                          PLY/PERCENT LYMPH     08/22/2015 11:34
                          PMO/PERCENT MONO      08/22/2015 11:34
                          PNEU/PERCENT NEUT     08/22/2015 11:34
                          RBC/RBC COUNT         08/22/2015 08:19
                          RDW/RED CELL DISTRIB  08/22/2015 08:19
                          TP/TOTAL PROTEIN      08/22/2015 10:25
                          WBC/WBC COUNT         08/22/2015 08:19
08/20/2015 07:03   H23609 AEOS/ABSOLUTE EOSINO  08/20/2015 07:50
                          AGRO/A/G RATIO        08/20/2015 09:36
                          ALBU/ALBUMIN          08/20/2015 09:36
                          ALKP/ALKALINE PHOSPH  08/20/2015 09:36
                          ALT/ALT               08/20/2015 09:36
                          ALYM/ABSOLUTE LYMPHO  08/20/2015 07:50
                          ANEU/ABSOLUTE NEUTRO  08/20/2015 07:50
                          ANRBC/ABSOLUTE NRBC   08/20/2015 07:50
                          AST/AST               08/20/2015 09:36
                          BILT/BILIRUBIN, TOTA  08/20/2015 09:36
                          BUN/UREA NITROGEN     08/20/2015 09:36
                          CA/CALCIUM            08/20/2015 09:36
                          CL/CHLORIDE           08/20/2015 09:36
                          CO2/CARBON DIOXIDE    08/20/2015 09:36
                          CRET/CREATININE       08/20/2015 09:36
                          DTYP1/ABCM            08/20/2015 07:50
                          DTYP2/ABC             08/20/2015 07:50
                          GFR/ESTIMATED GFR     08/20/2015 09:36
                          GLOB/GLOBULIN         08/20/2015 09:36
                          GLU/GLUCOSE           08/20/2015 09:36
                          HB/HEMOGLOBIN         08/20/2015 07:50
                          HCT/HEMATOCRIT        08/20/2015 07:50
                          K/POTASSIUM           08/20/2015 09:36
                          MCH/MCH               08/20/2015 07:50
                          MCHC/MCHC             08/20/2015 07:50
                          MCV/MCV               08/20/2015 07:50
                          MPV/MEAN PLATELET VO  08/20/2015 07:50
                          NA/SODIUM             08/20/2015 09:36
                          NRBC/NUCLEATED RBC    08/20/2015 07:50
                          PBAS/PERCENT BASO     08/20/2015 07:50
                          PEOS/PERCENT EOS      08/20/2015 07:50
                          PIMG/PERCENT IMMA GR  08/20/2015 07:50
                          PLTC/PLATELET COUNT   08/20/2015 07:50
                          PLY/PERCENT LYMPH     08/20/2015 07:50
                          PMO/PERCENT MONO      08/20/2015 07:50
                          PNEU/PERCENT NEUT     08/20/2015 07:50
                          RBC/RBC COUNT         08/20/2015 07:50
                          RDW/RED CELL DISTRIB  08/20/2015 07:50
                   <<CONTINUED ON NEXT PAGE>> 08/27/2015  00:16
FINAL DISCHARGE SUMMARY        PAGE:   12
    SQ7.1                      CONTINUED
```

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                          LOC: D5N      RM: D522B
DOB:                     SEX: F              ADMIT: 08/18/2015
MR# : 2240548                                DISCHARGED: 08/25/2015
ACCT: 308162148                              ATTEND:ELDAKAR HEIN, SHADEN
```

Result Date/Time Appendix (CONTINUED)

```
                         TP/TOTAL PROTEIN          08/20/2015 09:36
                         WBC/WBC COUNT             08/20/2015 07:50
08/19/2015 05:07  W18691 AEOS/ABSOLUTE EOSINO      08/19/2015 07:20
                         ALYM/ABSOLUTE LYMPHO      08/19/2015 07:20
                         ANEU/ABSOLUTE NEUTRO      08/19/2015 07:20
                         ANRBC/ABSOLUTE NRBC       08/19/2015 07:20
                         BUN/UREA NITROGEN         08/19/2015 07:51
                         CA/CALCIUM                08/19/2015 07:51
                         CL/CHLORIDE               08/19/2015 07:51
                         CO2/CARBON DIOXIDE        08/19/2015 07:51
                         CRET/CREATININE           08/19/2015 07:51
                         DTYP1/ABCM                08/19/2015 07:20
                         DTYP2/ABC                 08/19/2015 07:20
                         GFR/ESTIMATED GFR         08/19/2015 07:51
                         GLU/GLUCOSE               08/19/2015 07:51
                         HB/HEMOGLOBIN             08/19/2015 07:20
                         HCT/HEMATOCRIT            08/19/2015 07:20
                         HINR/INR                  08/19/2015 06:51
                         K/POTASSIUM               08/19/2015 07:51
                         MCH/MCH                   08/19/2015 07:20
                         MCHC/MCHC                 08/19/2015 07:20
                         MCV/MCV                   08/19/2015 07:20
                         MG/MAGNESIUM              08/19/2015 07:51
                         MPV/MEAN PLATELET VO      08/19/2015 07:20
                         NA/SODIUM                 08/19/2015 07:51
                         NRBC/NUCLEATED RBC        08/19/2015 07:20
                         PBAS/PERCENT BASO         08/19/2015 07:20
                         PEOS/PERCENT EOS          08/19/2015 07:20
                         PIMG/PERCENT IMMA GR      08/19/2015 07:20
                         PLTC/PLATELET COUNT       08/19/2015 07:20
                         PLY/PERCENT LYMPH         08/19/2015 07:20
                         PMO/PERCENT MONO          08/19/2015 07:20
                         PNEU/PERCENT NEUT         08/19/2015 07:20
                         PTPT/PT PATIENT TIME      08/19/2015 06:51
                         RBC/RBC COUNT             08/19/2015 07:20
                         RDW/RED CELL DISTRIB      08/19/2015 07:20
                         WBC/WBC COUNT             08/19/2015 07:20
08/18/2015 15:34  T21536 HINR/INR                  08/18/2015 16:11
                         PTPT/PT PATIENT TIME      08/18/2015 16:11
                         PTTP/APTT PATIENT TI      08/18/2015 16:11
08/18/2015 13:49  T21159 AEOS/ABSOLUTE EOSINO      08/18/2015 14:30
                         AGRO/A/G RATIO            08/18/2015 14:51
                         ALBU/ALBUMIN              08/18/2015 14:51
                         ALKP/ALKALINE PHOSPH      08/18/2015 15:01
                         ALT/ALT                   08/18/2015 15:01
                         ALYM/ABSOLUTE LYMPHO      08/18/2015 14:30
                         ANEU/ABSOLUTE NEUTRO      08/18/2015 14:30
                         ANRBC/ABSOLUTE NRBC       08/18/2015 14:30
                         AST/AST                   08/18/2015 15:01
                         BILT/BILIRUBIN, TOTA      08/18/2015 15:01
                <<CONTINUED ON NEXT PAGE>>  08/27/2015 00:16
FINAL DISCHARGE SUMMARY          PAGE:  13
    SQ7.1                        CONTINUED
```

Page 13 of 14  printed by: chapmal 11/12/2015 11:56:54 AM -05:00

FOSS, PATRICIA FCU4 308162148 ATT MED 8/18/2015   8/18/2015 OMED Results   Batch Date: 8/27/2015

```
NAME:  FOSS,PATRICIA                          LOC: D5N        RM: D522B
DOB:                      SEX: F              ADMIT: 08/18/2015
MR#  : 2240548                                DISCHARGED: 08/25/2015
ACCT: 308162148                               ATTEND:ELDAKAR HEIN, SHADEN
```

Result Date/Time Appendix (CONTINUED)

```
                          BUN/UREA NITROGEN       08/18/2015  14:51
                          CA/CALCIUM              08/18/2015  14:51
                          CL/CHLORIDE             08/18/2015  14:51
                          CO2/CARBON DIOXIDE      08/18/2015  14:51
                          CRET/CREATININE         08/18/2015  14:51
                          DTYP1/ABCM              08/18/2015  14:30
                          DTYP2/ABC               08/18/2015  14:30
                          GFR/ESTIMATED GFR       08/18/2015  14:51
                          GLOB/GLOBULIN           08/18/2015  14:51
                          GLU/GLUCOSE             08/18/2015  15:01
                          HB/HEMOGLOBIN           08/18/2015  14:30
                          HCT/HEMATOCRIT          08/18/2015  14:30
                          K/POTASSIUM             08/18/2015  14:51
                          MCH/MCH                 08/18/2015  14:30
                          MCHC/MCHC               08/18/2015  14:30
                          MCV/MCV                 08/18/2015  14:30
                          MPV/MEAN PLATELET VO    08/18/2015  14:30
                          NA/SODIUM               08/18/2015  14:51
                          NRBC/NUCLEATED RBC      08/18/2015  14:30
                          PBAS/PERCENT BASO       08/18/2015  14:30
                          PEOS/PERCENT EOS        08/18/2015  14:30
                          PIMG/PERCENT IMMA GR    08/18/2015  14:30
                          PLTC/PLATELET COUNT     08/18/2015  14:30
                          PLY/PERCENT LYMPH       08/18/2015  14:30
                          PMO/PERCENT MONO        08/18/2015  14:30
                          PNEU/PERCENT NEUT       08/18/2015  14:30
                          RBC/RBC COUNT           08/18/2015  14:30
                          RDW/RED CELL DISTRIB    08/18/2015  14:30
                          TP/TOTAL PROTEIN        08/18/2015  14:51
                          WBC/WBC COUNT           08/18/2015  14:30
08/18/2015  13:49   T21160
                          %ABR/ABO/RH(D)          08/18/2015  14:39
                          %AS/ANTIBODY SCREEN     08/18/2015  15:06
```

08/27/2015   00:16              FINAL DISCHARGE SUMMARY              PAGE:    14
   SQ7.1                            END OF REPORT

                          ALBANY MEDICAL CENTER HOSPITAL

                              (518)262-4549         NEW SCOTLAND AVE.
                 97529 (02/01)   (518)262-3528      ALBANY, NY 12208-3478

Page 14 of 14  printed by: chapmal 11/12/2015 11:56:54 AM -05:00

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eLab Results - Disch Date: 8/25/2015

```
NAME: FOSS,PATRICIA                           LOC: D5N      RM: D522B
DOB:                       SEX: F             ADMIT: 08/18/2015
MR# : 2240548                                 DISCHARGED: 08/25/2015
ACCT: 308162148                               ATTEND:ELDAKAR HEIN, SHADEN
```

                    Result Date/Time Appendix (CONTINUED)

```
                    BUN/UREA NITROGEN          08/18/2015 14:51
                    CA/CALCIUM                 08/18/2015 14:51
                    CL/CHLORIDE                08/18/2015 14:51
                    CO2/CARBON DIOXIDE         08/18/2015 14:51
                    CRET/CREATININE            08/18/2015 14:51
                    DTYP1/ABCM                 08/18/2015 14:30
                    DTYP2/ABC                  08/18/2015 14:30
                    GFR/ESTIMATED GFR          08/18/2015 14:51
                    GLOB/GLOBULIN              08/18/2015 14:51
                    GLU/GLUCOSE                08/18/2015 15:01
                    HB/HEMOGLOBIN              06/18/2015 14:30
                    HCT/HEMATOCRIT             08/18/2015 14:30
                    K/POTASSIUM                08/18/2015 14:51
                    MCH/MCH                    06/18/2015 14:30
                    MCHC/MCHC                  08/18/2015 14:30
                    MCV/MCV                    08/18/2015 14:30
                    MPV/MEAN PLATELET VO       08/18/2015 14:30
                    NA/SODIUM                  08/18/2015 14:51
                    NRBC/NUCLEATED RBC         08/18/2015 14:30
                    PBAS/PERCENT BASO          08/18/2015 14:30
                    PEOS/PERCENT EOS           08/18/2015 14:30
                    PIMG/PERCENT IMMA GR       08/18/2015 14:30
                    PLTC/PLATELET COUNT        08/18/2015 14:30
                    PLY/PERCENT LYMPH          08/18/2015 14:30
                    PMO/PERCENT MONO           08/18/2015 14:30
                    PNEU/PERCENT NEUT          08/18/2015 14:30
                    RBC/RBC COUNT              08/18/2015 14:30
                    RDW/RED CELL DISTRIB       08/18/2015 14:30
                    TP/TOTAL PROTEIN           08/18/2015 14:51
                    WBC/WBC COUNT              08/18/2015 14:30
08/18/2015 13:49    T21160
                    %ABR/ABO/RH(D)             08/18/2015 14:39
                    %AS/ANTIBODY SCREEN        08/18/2015 15:06
```

                    ALBANY MEDICAL CENTER HOSPITAL
                         (518) 262-4349        NEW SCOTLAND AVE.
           97529 (02/03)   (518) 262-3528      ALBANY, NY 12208-3478

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eInterventional Radiology - Exam Date: 8/20/2015

# ALBANY MEDICAL CENTER
Albany Medical Center Hospital
43 New Scotland Avenue
Albany, New York 12208
**Phone: (518) 262-8440**

Printed: 9/1/2015 9:20 PM

| | | | |
|---|---|---|---|
| **Patient Name:** | FOSS, PATRICIA | **Sex:** | F |
| **DOB:** | | **Pt. Class:** | I |
| **Accession No:** | 5429666 | **Order No:** | 90006 |
| **Med. Rec. No:** | 000002240548 | **Pt NS/Room:** | D5E-D554A |
| **Ordering Dr:** | TANYA CORRY, MD | **Attending Dr:** | TANYA CORRY, MD |
| **Patient Phone:** | (518) 885-3509 | **Visit Number:** | 000308162148 |

***Final Report***

DATE OF EXAM:     Aug 20 2015

IVC FILTER PLACEMENT (Acc#:5429666):

CLINICAL HISTORY:     The patient had a history of prior DVT and was anticoagulated; however, due to bilateral intraparenchymal brain hemorrhages, she could no longer be anticoagulated and a request has been made for placement of an IVC filter.

PROCEDURE:     Placement of an IVC filter using a right groin approach.

OPERATORS:     Shahrouz Tahvilian, MD., Lawrence Keating, MD.

MEDICATIONS:     Fentanyl and Versed administered intravenously by the interventionalist nurse. Lidocaine administered locally for pain control.

RESULT:     After informed consent was obtained. The patient was brought to the interventionalist suite and placed in a supine position. The right groin was then prepped and draped in the usual sterile fashion. Initial sonographic evaluation of the right groin demonstrated a patent right common femoral vein. The overlying skin and subcutaneous tissues were then infiltrated with lidocaine and under ultrasound guidance a micropuncture needle was advanced into the right common femoral vein. A mandrel guidewire was advanced over the needle and the needle was exchanged for a 3-5 French coaxial dilator. The mandrel guidewire and the inner dilator were then removed and a 0.035 inch Coons guidewire was then advanced through the outer dilator into the inferior vena cava under fluoroscopic guidance. The micropuncture dilator was then removed and a filter introducer sheath was advanced over the wire and positioned with its tip at the confluence of the iliac veins. An inferior vena cavogram was then performed in the AP projection.

FINDINGS:     The inferior vena cava was noted to be normal in diameter on the cavogram study. The renal vein inflow of the right and left renal veins was noted with the right renal vein inflow noted at the L2 level. No venous anomalies were identified. There was no evidence of a thrombus within the inferior vena cava.

IVC FILTER PLACEMENT:     Once the renal veins were identified, the Coons guidewire was reintroduced into the filter introducer sheath and the sheath was advanced so that its tip was at the level of the renal vein inflow. The inner dilator of the sheath and the guidewire were then removed. An Option filter was then advanced under fluoroscopic guidance up to the level of the L2 vertebral body. The sheath was then slowly retracted and the IVC filter was deployed at the L1-L2 levels. Once deployment was confirmed under fluoroscopic guidance, the sheath and guidewire were removed and pressure was applied to the right groin for approximately 5 minutes until hemostasis was achieved. The patient tolerated the procedure well and there were no immediate complications.

IMPRESSION:     Technically successful placement of an Option retrievable inferior vena cava filter using a right groin

TANYA CORRY MD
MAILCODE 23
ALBANY MEDICAL CENTER
ALBANY NY 12208

Transcriptionist: KAA On: Aug 25 2015 10:06P

# ALBANY MEDICAL CENTER

Albany Medical Center Hospital
43 New Scotland Avenue
Albany, New York 12208
**Phone:** (518) 262-8440

Printed: 8/20/2015 12:34 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | FOSS, PATRICIA | **Sex:** | F |
| **DOB:** | | **Pt. Class:** | I |
| **Accession No:** | 5427864 | **Order No:** | 90005 |
| **Med. Rec. No:** | 000002240548 | **Pt NS/Room:** | D5E-D554A |
| **Ordering Dr:** | DR EMERGENCY ROOM, | **Attending Dr:** | TANYA CORRY, MD |
| **Patient Phone:** | (518) 885-3509 | **Visit Number:** | 000308162148 |

***Final Report***

DATE OF EXAM:    Aug 19 2015

CT HEAD  (Acc#:5427864):

CLINICAL HISTORY:  Follow up bilateral subdural hematomas.

COMPARISON:  Outside CT head from 08/18/2015.

TECHNIQUE:  Axial CT imaging of the head without intravenous contrast was acquired.

RESULT:        There is redemonstration of a mixed density subdural hematoma along the right frontotemporal convexity.  This measures up to 1.5 cm in thickness in the right frontal region (image 18).  The subdural hematoma appears more uniformly hyperdense as compared to the prior CT, but is not significantly changed in size.  There is an additional mixed density subdural hematoma along the left temporal convexity, which extends to the floor of the left middle cranial fossa.  This measures up to 1.5 cm in thickness (image 10).  Previously this measured up to 1.6 cm in thickness.  There is additional trace subdural hematoma layering along the left tentorial leaflet and posterior falx.  No new area of hemorrhage is identified.  There is no significant mass effect or midline shift.  The ventricular system is stable in size and configuration.  There are no definite extended signs of an acute territorial infarction.  The skull base and calvarium demonstrate no new abnormality.  There is trace mucosal thickening scattered within the paranasal sinuses.

IMPRESSION:        Redemonstration of mixed density subdural hematomas along the bilateral cerebral convexities, as described in the body of the report.  No new area of hemorrhage is identified.

**Read by: JASON HUSTON DO**
**Report reviewed by: JASON HUSTON DO**

**Report  reviewed and signed by: JASON HUSTON DO**
**Signed on: Aug 20 2015 12:28A**

DR EMERGENCY ROOM
ALBANY MED CENTER
RADIOLOGY DEPT
ALBANY NY 12208

Transcriptionist: SGK On: Aug 19 2015 6:37P

1 of 1

# ALBANY MEDICAL CENTER
Albany Medical Center Hospital
43 New Scotland Avenue
Albany, New York 12208
**Phone:** (518) 262-8440

Printed: 8/20/2015 12:34 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | FOSS, PATRICIA | **Sex:** | F |
| **DOB:** | | **Pt. Class:** | I |
| **Accession No:** | 5427864 | **Order No:** | 90005 |
| **Med. Rec. No:** | 000002240548 | **Pt NS/Room:** | D5E-D554A |
| **Ordering Dr:** | DR EMERGENCY ROOM, | **Attending Dr:** | TANYA CORRY, MD |
| **Patient Phone:** | (518) 885-3509 | **Visit Number:** | 000308162148 |

***Final Report***

DATE OF EXAM:   Aug 19 2015

CT HEAD (Acc#:5427864):

CLINICAL HISTORY:  Follow up bilateral subdural hematomas.

COMPARISON: Outside CT head from 08/18/2015.

TECHNIQUE: Axial CT imaging of the head without intravenous contrast was acquired.

RESULT:        There is redemonstration of a mixed density subdural hematoma along the right frontotemporal convexity. This measures up to 1.5 cm in thickness in the right frontal region (image 18). The subdural hematoma appears more uniformly hyperdense as compared to the prior CT, but is not significantly changed in size. There is an additional mixed density subdural hematoma along the left temporal convexity, which extends to the floor of the left middle cranial fossa. This measures up to 1.5 cm in thickness (image 10). Previously this measured up to 1.6 cm in thickness. There is additional trace subdural hematoma layering along the left tentorial leaflet and posterior falx. No new area of hemorrhage is identified. There is no significant mass effect or midline shift. The ventricular system is stable in size and configuration. There are no definite extended signs of an acute territorial infarction. The skull base and calvarium demonstrate no new abnormality. There is trace mucosal thickening scattered within the paranasal sinuses.

IMPRESSION:    Redemonstration of mixed density subdural hematomas along the bilateral cerebral convexities, as described in the body of the report. No new area of hemorrhage is identified.

**Read by: JASON HUSTON DO**
**Report reviewed by: JASON HUSTON DO**

**Report reviewed and signed by: JASON HUSTON DO**
**Signed on: Aug 20 2015 12:28A**

DR EMERGENCY ROOM
ALBANY MED CENTER
RADIOLOGY DEPT
ALBANY NY 12208

Transcriptionist: SGK On: Aug 19 2015 6:37P

# ALBANY MEDICAL CENTER

Albany Medical Center Hospital
43 New Scotland Avenue
Albany, New York 12208
**Phone:** (518) 262-8440

Printed: 9/1/2015 9:20 PM

| | | | |
|---|---|---|---|
| **Patient Name:** | FOSS, PATRICIA | Sex: | F |
| **DOB:** | | Pt. Class: | I |
| **Accession No:** | 5429666 | Order No: | 90006 |
| **Med. Rec. No:** | 000002240548 | Pt NS/Room: | D5E-D554A |
| **Ordering Dr:** | TANYA CORRY, MD | Attending Dr: | TANYA CORRY, MD |
| **Patient Phone:** | (518) 885-3509 | Visit Number: | 000308162148 |

approach.

**Read by: SHAHROUZ TAHVILIAN MD**
**Report reviewed by: LAWRENCE KEATING MD**
**Exams personally reviewed and agree with interpretation: LAWRENCE KEATING MD**
**Report reviewed and signed by: LAWRENCE KEATING MD**
**Signed on: Sep 1 2015 9:20P**

TANYA CORRY MD
MAILCODE 23
ALBANY MEDICAL CENTER
ALBANY NY 12208

Transcriptionist: KAA On: Aug 25 2015 10:06P

FOSS, PATRICIA ECG# 308162148 IPT MED 8/18/2015 - 8/25/2015 wEKG - 25-AUG-2015--02:08:01

| FOSS, PATRICIA | | ID:2240548 | | 25-AUG-2015 02:08:01 | Albany Medical Center-D5N   ROUTINE RECORD |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| (61 yr) | Vent. rate | 64 | BPM | NORMAL SINUS RHYTHM |
| Female   Caucasian | PR interval | 200 | ms | MINIMAL VOLTAGE CRITERIA FOR LVH, MAY BE NORMAL VARIANT |
| | QRS duration | 84 | ms | BORDERLINE ECG |
| Room:D522 | QT/QTc | 412/425 | ms | |
| Loc28 | P-R-T axes | 24  -8 | 45 | Confirmed by ALDERISIO MD, WILLIAM (217) on 8/25/2015 2:40:22 PM |

Technician:Gregory Flaherty
Test ind:CHEST PAIN

Referred by: SHADEN ELDAKAR-HEIN          Confirmed By:  WILLIAM ALDERISIO MD



25mm/s   10mm/mV   40Hz   8.0 SP2   12SL 241   CID: 1



FOSS, PATRICIA ECG# 308162148 IPT MRD 8/18/2015 - 9/25/2015 eEKG - 25-AUG-2015--02:08:01

FOSS, PATRICIA                          ID:2240548            25-AUG-2015 02:08:01            Albany Medical Center-D5N   ROUTINE RECORD

(61 yr)              Vent. rate        64  BPM      NORMAL SINUS RHYTHM
Female   Caucasian          PR interval       200  ms       MINIMAL VOLTAGE CRITERIA FOR LVH, MAY BE NORMAL VARIANT
                            QRS duration      84   ms       BORDERLINE ECG
Room:D522                   QT/QTc       412/425   ms
Loc:28                      P-R-T axes    24  -8   45       Confirmed by ALDERISIO MD, WILLIAM (217) on 8/25/2015 2:49:22 PM

Technician:Gregory Flaherty
Test ind:CHEST PAIN

Referred by: SHADEN ELDAKAR-HEIN        Confirmed By:   WILLIAM ALDERISIO MD

25mm/s   10mm/mV   40Hz   8.0 SP2   12SL 241   CID: 1            EID:217 EDT: 14:49 25-AUG-2015 ORDER: 98597611 ACCOUNT: 308162148
                                                                                                              Page 1 of 1
Page 1 of 1  printed by: chapmal 11/12/2015 11:56:55 AM -05:00

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eSTAT DC Summary-d Adm Date: 8/18/2015 -
ELDAKAR-HEIN, SHADEN TONSI  MD

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY  12208

#### TRANSFER DISCHARGE SUMMARY

**NAME:** FOSS, PATRICIA
**DOB:**
**ATTENDING MD:** SHADEN TONSI
ELDAKAR-HEIN, MD
**ED RESIDENT:**

**MR #:** 2240548
**ECD #:** 308162148
**ADMISSION DATE:** 08/18/2015

**DISCHARGE DATE:**

DATE OF ADMISSION: 08/18/2015
DATE OF DISCHARGE 08/25/2015

ADMISSION DIAGNOSIS: Subdural hematoma.

DISCHARGE DIAGNOSIS: Bilateral subdural hematoma.

SECONDARY DIAGNOSES: Hypertension, antiphospholipid syndrome, DVT, GERD, history of partial
colectomy for diverticulitis, schwannoma, and L1-L2 with a history of resection with residual left footdrop.

CONSULTS: Neurosurgery, Hematology, and VIR.

PROCEDURE: Greenfield filter placement.

HISTORY OF PRESENT ILLNESS: This is a 61-year-old woman presenting with headache, weakness, and
confusion and found to have bilateral subdural hematoma. The patient had a CT scan in the emergency
room revealed subdural hematomas with bilateral cerebral convexities. There was a minimal to
non-midline shift. The patient's home Lovenox for antiphospholipid syndrome was held on admission.
Neurosurgery was consulted with recommendations to start Decadron and Keppra. The patient has
improved over the next few days, currently on a Decadron taper with Neurosurgery continuing to follow.
Regarding antiphospholipid syndrome, the patient had a DVT study revealing a left gastroc vein DVT and
an IVC Greenfield filter was placed by VIR. The patient is currently off of anticoagulation. Regarding type
2 diabetes, she was started on an insulin-based regimen. Currently, she is doing well. She is alert and
oriented x3, able to participate with physical therapy. Headache resolved. The patient is medically stable
for transfer to E8.

DISCHARGE MEDICATIONS: Dulcolax suppository p.r.n. constipation, Decadron 4 mg every 12 hours for
2 more days and followed by Decadron 4 mg every 12 hours, Colace 100 mg p.o. b.i.d., Neurontin 100
mg t.i.d., heparin subcutaneous, Prevacid 30 mg p.o. daily, Keppra 500 mg p.o. b.i.d., milk of magnesia
suspension 30 mL p.o. p.r.n. no bowel movement, Percocet p.r.n. pain, senna 187 two tabs p.o. b.i.d.,
and Fleet enema p.r.n. no bowel movement.

DISCHARGE INSTRUCTIONS: The patient is to follow up with Neurosurgery in-house. They say they will
continue following her and follow up with Hematology per their plan. Repeat lower extremity duplex is
still pending.

SHADEN TONSI ELDAKAR-HEIN, MD

MB/acu/

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eSTAT DC Summary-d Adm Date: 8/18/2015 -
ELDAKAR-HEIN,SHADEN TONSI  MD

## ALBANY MEDICAL CENTER HOSPITAL
## NEW SCOTLAND AVENUE
## ALBANY, NY  12208

### TRANSFER DISCHARGE SUMMARY

**NAME:** FOSS, PATRICIA                    **MR #:** 2240548
**DOB:**                                    **ECD #:** 308162148
**ATTENDING MD:** SHADEN TONSI              **ADMISSION DATE:** 08/18/2015
ELDAKAR-HEIN, MD
**ED RESIDENT:**                            **DISCHARGE DATE:**


Dict: MAYSAM BEHZAD-NOORI, MD
Job ID: 46242518


D:  08/25/2015 10:41:39

Doc ID: 57173735
T: 08/25/2015 13:26:36

**Edited By ELDAKAR-HEIN, SHADEN TONSI MD 11-Sep-2015 10:11:31 -04:00**

Electronically Signed By: ELDAKAR-HEIN, SHADEN TONSI MD on  11-Sep-2015 10:11:32 -04:00
Electronically Signed By: BEHZAD-NOORI, MAYSAM MD on  08-Oct-2015 09:44:05 -04:00

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eSTAT DC Summary-d Adm Date: 8/18/2015 - ELDAKAR-HEIN,SHADEN TONSI  MD

## ALBANY MEDICAL CENTER HOSPITAL
## NEW SCOTLAND AVENUE
## ALBANY, NY  12208

### TRANSFER DISCHARGE SUMMARY

**NAME:** FOSS, PATRICIA              **MR #:** 2240548
**DOB:**                               **ECD #:** 308162148
**ATTENDING MD:** SHADEN TONSI         **ADMISSION DATE:** 08/18/2015
ELDAKAR-HEIN, MD
**ED RESIDENT:**                       **DISCHARGE DATE:**

Dict: MAYSAM BEHZAD-NOORI, MD
Job ID: 46242518


D: 08/25/2015 10:41:39

Doc ID: 57173735
T: 08/25/2015 13:26:36

**Edited By  ELDAKAR-HEIN, SHADEN TONSI MD 11-Sep-2015 10:11:31 -04:00**

Electronically Signed By: ELDAKAR-HEIN, SHADEN TONSI MD on  11-Sep-2015 10:11:32 -04:00
Electronically Signed By: BEHZAD-NOORI, MAYSAM MD on  08-Oct-2015 09:44:05 -04:00

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 1 of 9*

## AMC

43 New Scotland Ave
Albany NY 12208
Phone: 5182623111

| Soarian© Chart Report - Physician Notes | | | |
|---|---|---|---|
| Name: | PATRICIA FOSS | MRN: | 2240548 |
| DOB: | | Patient ID: | 308162148 |
| Age/Sex: | 61Y/F | MPI: | 9299285 |
| Arrival Date/Time: | 08/18/2015 13:25 | | |
| Provider: | Jeremy T Brown, MD, Kevin P Collins, MD, Tiffany Bombard, MD | | |
| Primary Care Physician: | James Gaylord, MD | | |
| PCP Phone Number: | | | |

## General Medical Adult - ED Provider Note

### Collected On: 08/18/2015 17:22

**Arrival Information**
I have reviewed available Ancillary / Nursing Staff documentation
Yes.
Provider Type
Resident Time Seen 8/18/2015 1:39 PM.
Historian
Self.

### HPI

Primary Complaint
General Medical Complaint Specified headache.
Primary Complaint Details
the patient is a 61-year-old female, presents to the emergency department as a transfer from outside hospital, patient underwent spinal surgery on 7/22 for resection of schwannoma here at AMC and has had a headache and vomiting x5 days. Started first dose of Xarelto this morning. Patient underwent CT scan at emergency department due to worsening headache and vomiting which showed bilateral subdural hemorrhage. Patient at outside hospital was given PCC for reversal of anticoagulation, transferred for neurosurgical evaluation. Had previously been on Lovenox twice a day for DVT prophylaxis with a history of lupus anticoagulant. Patient currently reports headache, denies blurry vision, had small amount of nausea and vomiting and transport however states that she has resolution of nausea and vomiting. Denies fevers or chills, has been tolerating by mouth intake.

### Allergies

- NKDA
- NKFA

| Pt Name: | PATRICIA FOSS | MRN: | 2240548 | Patient ID: | 308162148 |
|---|---|---|---|---|---|

Chart Report - Physician Notes  Page 1 of 9

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By  Collins, Kevin MC
Printed On~29-Sep-15 06:33

Case 2:14-md-02592-EEF-MBN Document 17610-6 Filed 02/27/20 Page 44 of 72
FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 2 of 9*

| General Medical Adult - ED Provider Note |
| --- |

continued from previous page

Collected On: 08/18/2015 17:22

Allergy List Was Reviewed
Yes.

**Medications**

DataViewer Home Meds
08/18/2015 17:20
  • Home Medication List:
NALTREXONE-BUPROPION (CONTRAVE) 8 MG-90 MG TABLET EXTENDED RELEASE
CYCLOBENZAPRINE 10 MG TABLET 1 TABLET ORAL EVERY EIGHT HOURS PRN MUSCLE SPASMS
DIPHENHYDRAMINE HCL (BANOPHEN) 25 MG TABLET 1 TABLET ORAL DAILY AT BEDTIME PRN SLEEP
DOCUSATE SODIUM 100 MG CAPSULE 100 MG ORAL TWICE A DAY
ENOXAPARIN 121.109 MG/DOSE (1 MG/KG/DOSE) SUBCUTANEOUS Q12H, [RX ROUND TO NEAREST
10MG] THERAPEUTIC ANTICOAGULATION
FUROSEMIDE (LASIX) 40 MG TABLET 1 TABLET ORAL DAILY PRN LEG SWELLING
GABAPENTIN 100 MG CAPSULE 1 CAPSULE ORAL THREE TIMES A DAY
HYDROCHLOROTHIAZIDE 25 MG TABLET 1 TABLET ORAL DAILY EVERY MORNING
LANSOPRAZOLE (PREVACID) 30 MG CAPSULE,DELAYED RELEASE(DR/EC) 1 CAPSULE ORAL DAILY
EVERY MORNING
MAGNESIUM CHLORIDE (SLOW-MAG) 71.5 MG TABLET,DELAYED RELEASE (DR/EC) 1 TABLET ORAL
TWICE A DAY
OXYCODONE 5 MG TABLET 1 TABLET ORAL EVERY FOUR HOURS PRN PAIN MODERATE
OXYCODONE 5 MG TABLET 2 TABLET ORAL EVERY FOUR HOURS PRN PAIN SEVERE
POTASSIUM CHLORIDE 10 MEQ TABLET,ER PARTICLES/CRYSTALS 1 TABLET ORAL DAILY
SENNOSIDES 8.6 MG TABLET 1 TABLET ORAL TWICE A DAY
TAMSULOSIN 0.4 MG CAPSULE,EXTENDED RELEASE 24HR 1 CAPSULE ORAL DAILY

Home Medication Reconciliation/List Was Reviewed
Yes.

**History**
Significant Med Hx
As Listed Common GERD, HTN, Hyperthyroidism; Addt'l Med History schwanoma in spine, non malignant.
Significant Surg Hx
As Listed Other Laminectomy, Addt'l Surgical History excision of schwannoma.
Smoking Status
Never Smoker.
Alcohol Use

| Pt Name: | PATRICIA FOSS | MRN: | 2240548 | Patient ID: | 308162148 |
| --- | --- | --- | --- | --- | --- |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 2 of 9*

---

| General Medical Adult - ED Provider Note |
| --- |

continued from previous page

**Collected On: 08/18/2015 17:22**

.

Allergy List Was Reviewed
Yes.

**Medications**

DataViewer Home Meds
08/18/2015 17:20
  ● Home Medication List:
NALTREXONE-BUPROPION (CONTRAVE) 8 MG-90 MG TABLET EXTENDED RELEASE
CYCLOBENZAPRINE 10 MG TABLET 1 TABLET ORAL EVERY EIGHT HOURS PRN MUSCLE SPASMS
DIPHENHYDRAMINE HCL (BANOPHEN) 25 MG TABLET 1 TABLET ORAL DAILY AT BEDTIME PRN SLEEP
DOCUSATE SODIUM 100 MG CAPSULE 100 MG ORAL TWICE A DAY
ENOXAPARIN 121.109 MG/DOSE (1 MG/KG/DOSE) SUBCUTANEOUS Q12H, [RX ROUND TO NEAREST
10MG] THERAPEUTIC ANTICOAGULATION
FUROSEMIDE (LASIX) 40 MG TABLET 1 TABLET ORAL DAILY PRN LEG SWELLING
GABAPENTIN 100 MG CAPSULE 1 CAPSULE ORAL THREE TIMES A DAY
HYDROCHLOROTHIAZIDE 25 MG TABLET 1 TABLET ORAL DAILY EVERY MORNING
LANSOPRAZOLE (PREVACID) 30 MG CAPSULE,DELAYED RELEASE(DR/EC) 1 CAPSULE ORAL DAILY
EVERY MORNING
MAGNESIUM CHLORIDE (SLOW-MAG) 71.5 MG TABLET,DELAYED RELEASE (DR/EC) 1 TABLET ORAL
TWICE A DAY
OXYCODONE 5 MG TABLET 1 TABLET ORAL EVERY FOUR HOURS PRN PAIN MODERATE
OXYCODONE 5 MG TABLET 2 TABLET ORAL EVERY FOUR HOURS PRN PAIN SEVERE
POTASSIUM CHLORIDE 10 MEQ TABLET,ER PARTICLES/CRYSTALS 1 TABLET ORAL DAILY
SENNOSIDES 8.6 MG TABLET 1 TABLET ORAL TWICE A DAY
TAMSULOSIN 0.4 MG CAPSULE,EXTENDED RELEASE 24HR 1 CAPSULE ORAL DAILY

.

Home Medication Reconciliation/List Was Reviewed
Yes.

**History**
Significant Med Hx
As Listed Common GERD, HTN, Hyperthyroidism; Addt'l Med History schwanoma in spine, non malignant.
Significant Surg Hx
As Listed Other Laminectomy, Addt'l Surgical History excision of schwannoma.
Smoking Status
Never Smoker.
Alcohol Use

---

| Pt Name: PATRICIA FOSS | MRN: 2240548 | Patient ID: 308162148 |
| --- | --- | --- |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

Case 2:14-md-02592-EEF-MBN Document 17610-6 Filed 02/27/20 Page 46 of 72
FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2010

TB Disposition Summary report EDR (Group) - Archive - Page 3 of 9

## General Medical Adult - ED Provider Note

*continued from previous page*

**Collected On: 08/18/2015  17:22**

Denies.
Illicit Drug Use
Denies.
Family History was/is
Reviewed and is Non-Contributory to the Patient's Illness.

### ROS

Systems Review
At least 10 systems reviewed and are otherwise negative. Yes.

### Exam

General Appearance
Well-Developed and Well-Nourished, Not in Acute Distress, Obese.

Vital Signs
08/18/2015 14:22
- BP: 117/58L (90-140/60-90)
- Heart Rate: 64 (60-90)
- Respirations: 16 (12-20)
- Pulse Ox (%): 95

08/18/2015 13:51
- Temperature: 36.5 (36.1-37.5Cel)

08/18/2015 13:33
- Position: Sitting
- O2 Saturation (%): 94 (91-100)
- O2 Setting: Room Air

I have reviewed and agree with vital signs as listed in the EMR
Yes.
Head/Ear/Nose/Throat
Normocephalic; Atraumatic.
Eye
EOMI; PERRL.
Neck
Comment supple, demonstrates free range of motion.
Respiratory
CTA B/L.
Cardiovascular

---

Pt Name:    PATRICIA  FOSS                    MRN:    2240548                    Patient ID:    308162148

Chart Report - Physician Notes  Page 3 of 9

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

Case 2:14-md-02592-EEF-MBN Document 17610-6 Filed 02/27/20 Page 47 of 72
FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 4 of 9*

| General Medical Adult - ED Provider Note |
| --- |

*continued from previous page*

**Collected On: 08/18/2015 17:22**

RRR; Normal S1, S2.
Gastrointestinal
Soft; NT; +BS.
Extremities
No Cyanosis, Clubbing, Edema.
Musculoskeletal
No Injury or Deformity.
Neurological
AAO x 3; Nonfocal, Comment 4/5 strength to the left lower extremity, 5/5 strength throughout otherwise, moving all 4 extremities equally.
Behavior/Emotional
Appropriate; Cooperative.
Skin
Clean, Dry and Intact.


**ED Orders**


Activity
- **Elevate Head of Bed** 30-60 Degrees, Head and Neck in Neutral Position
- **Bedrest**

Admit/Discharge/Transfer
- **Patient Status** , Admit to Inpatient/ Order Set- General Hospitalist/ House Staff- No
- **Admit To**

Assessments
- **Cranial Nerve Assessment** Q8H
- **Advanced Neurological Assessment** Q1H
- **Advanced Neurological Assessment** Q15MIN if Any Changes PRN
- **Advanced Neurological Assessment** Q1H
- **ED Required Documentation** (Complete)

Code Status
- **Full Code**

Dietary
- **Diet**, NPO

Interventions
- **Antiembolism Stocking Knee High**, Both Lower Extremities For VTE Prophylaxis
- **Apply Antiembolism Stockings**

---

| Pt Name: | PATRICIA FOSS | MRN: | 2240548 | Patient ID: | 308162148 |

*Chart Report - Physician Notes Page 4 of 9*

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 4 of 9*

---

| General Medical Adult - ED Provider Note |
| --- |

continued from previous page

**Collected On: 08/18/2015 17:22**

RRR; Normal S1, S2.
Gastrointestinal
Soft; NT; +BS.
Extremities
No Cyanosis, Clubbing, Edema.
Musculoskeletal
No Injury or Deformity.
Neurological
AAO x 3; Nonfocal, Comment 4/5 strength to the left lower extremity, 5/5 strength throughout otherwise, moving all
4 extremities equally.
Behavior/Emotional
Appropriate; Cooperative.
Skin
Clean, Dry and Intact.

**ED Orders**

Activity
- **Elevate Head of Bed** 30-60 Degrees, Head and Neck in Neutral Position
- **Bedrest**

Admit/Discharge/Transfer
- **Patient Status** , Admit to Inpatient/ Order Set- General Hospitalist/ House Staff- No
- **Admit To**

Assessments
- **Cranial Nerve Assessment** Q8H
- **Advanced Neurological Assessment** Q1H
- **Advanced Neurological Assessment** Q15MIN if Any Changes PRN
- **Advanced Neurological Assessment** Q1H
- **ED Required Documentation** (Complete)

Code Status
- **Full Code**

Dietary
- **Diet**, NPO

Interventions
- **Antiembolism Stocking Knee High**, Both Lower Extremities For VTE Prophylaxis
- **Apply Antiembolism Stockings**

---

| Pt Name: | PATRICIA FOSS | MRN: | 2240548 | Patient ID: | 308162148 |
| --- | --- | --- | --- | --- | --- |

Chart Report - Physician Notes Page 4 of 9

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 08:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 5 of 9*

---

| General Medical Adult - ED Provider Note |
| --- |

**continued from previous page**

Collected On: 08/18/2015 17:22

- **Apply Antiembolism Stockings**
- **Pneumatic Antiembolism Stockings**, Both Lower Extremities For VTE Prophylaxis

IV Access

- **Sodium Chloride 0.9%** Emergent Intravenous 100 mL/h
- **Insert Peripheral Intravenous Access (ED)** (Complete)

Laboratory

- **Basic Metabolic Panel** Pending Date: 08/19/2015
- **CBC with Differential** Pending Date: 08/19/2015
- **Magnesium** Pending Date: 08/19/2015
- **PTT (Partial Thromboplastin Time)** STAT (Complete)
- **PT- INR (Prothrombin Time - International Normalized Ratio)** STAT (Complete)
- **PT- INR (Prothrombin Time - International Normalized Ratio)** STAT (Complete)
- **PTT (Partial Thromboplastin Time)** STAT (Complete)
- **Comprehensive Metabolic Panel (ED Expedited)** STAT (Complete)
- **Type and Screen** STAT (Complete)
- **CBC with Differential** STAT (Complete)

Medication

- **LEVETIRACETAM SOLUTION (KEPPRA)** 500 MG = 5 ML Oral SOLUTION 2XDAY
- **LEVETIRACETAM SOLUTION (KEPPRA)** 1000 MG = 10 ML Oral SOLUTION ONE TIME STAT for 1 Doses, Clinician Dir:LOAD
- **ENALAPRILAT (VASOTEC)** 1.25 MG = 1 ML IntraVenous VIAL Q6H PRN STEP 1 HYPERTENSION, Clinician Dir:MAY REPEAT ONE TIME IN 20 MINUTES IF INEFFECTIVE. IF BP REMAINS ABOVE PARAMETERS, GO TO STEP 2
- **LABETALOL (NORMODYNE)** 20 MG = 4 ML IntraVenous VIAL Q6H PRN STEP 3 HYPERTENSION, Clinician Dir:MAY GIVE 10 MIN AFTER 10 MG DOSE OF LABETALOL IF INEFFECTIVE. HOLD FOR HR BELOW 50 BPM. IF BP REMAINS ABOVE PARAMETERS, GO TO STEP 4
- **CLEVIDIPINE 50MG/100ML PREMIX** 100ML IV Infusion TITRATE, STEP 5: IF STEP 4 INEFFECTIVE START AT 2 MG/H.DBL RATE Q90 SEC UNTIL SBP WITHIN 10-20 MMHG OF GOAL.THEN INCR BY 1MG /H Q5MIN.MAX 16MG/H.HOLD FOR SBP< 140 MMHG OR DBP<_MMHG
- **LABETALOL (NORMODYNE)** 10 MG = 2 ML IntraVenous VIAL Q6H PRN STEP 2 HYPERTENSION, Clinician Dir:IF ENALAPRILAT INEFFECTIVE. HOLD FOR HR BELOW 50 BPM. IF BP REMAINS ABOVE PARAMETERS, GO TO STEP 3
- **LABETALOL (NORMODYNE)** 40 MG = 8 ML IntraVenous VIAL Q6H PRN STEP 4 HYPERTENSION, Clinician Dir:MAY GIVE 10 MIN AFTER 20 MG DOSE OF LABETALOL IF INEFFECTIVE. HOLD FOR HR BELOW 50 BPM. IF BP REMAINS ABOVE PARAMETERS, GO TO STEP 5 (CONTINUOUS INFUSION)
- **ONDANSETRON (ZOFRAN)** 4 MG = 2 ML IntraVenous VIAL Q1H PRN NAUSEA/VOMITING for 1 Days, Clinician Dir:TIMES 2 DOSES. EMERGENCY DEPARTMENT ORDERS (RX MAX = 2)
- **ONDANSETRON (ZOFRAN)** 8 MG = 4 ML IntraVenous VIAL ONE TIME for 1 Doses

---

| Pt Name: PATRICIA FOSS | MRN: 2240548 | Patient ID: 308162148 |
| --- | --- | --- |

Chart Report - Physician Notes Page 5 of 9

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 6 of 9*

| General Medical Adult - ED Provider Note |
| --- |

**continued from previous page**

**Collected On: 08/18/2015 17:22**

Protocol Orders
- **Rapid Response Protocol Order**

Vital Signs
- **Blood Pressure** Keep Systolic Less Than 140 mmHg
- **Vital Signs** Q2H
- **Place on Cardiac Monitor (ED)** (Complete)

**Labs**

Blood Bank
Routine Testing

08/18/2015 13:49
- ABO Rh(D): O NEG
- Antibody Screen: NEG

Chemistry
General Chemistry

08/18/2015 13:49
- Glucose: 97
- Sodium: 141
- Potassium: 3.6
- Chloride: 105
- $CO_2$: 27
- Urea Nitrogen: 11
- Creatinine: 0.6
- Estimated GFR: >60 eGFR UNIT IS ML/MIN/1.73m2. MDRD EQUATION EVALUATED IN 18 TO 70 YEAR OLD MALE AND FEMALE (NON PREGNANT) PATIENTS WITHOUT COMORBID CONDITIONS. IF AFRICAN AMERICAN MULTIPLY eGFR BY 1.212. CONTACT PHARMACY FOR QUESTIONS ON eGFR USE IN DRUG DOSING ADJUSTMENT.
- Albumin: 3.5
- Globulin: 3.3
- Total Protein: 6.8
- A G Ratio: 1.1
- Calcium: 9.2
- Bilirubin, Total: 1.5 H
- Alk Phos: 63
- AST: 22

---

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 6 of 9*

---

## General Medical Adult - ED Provider Note

continued from previous page

**Collected On:** 08/18/2015  17:22

Protocol Orders

- **Rapid Response Protocol Order**

Vital Signs

- **Blood Pressure** Keep Systolic Less Than 140 mmHg
- **Vital Signs** Q2H
- **Place on Cardiac Monitor (ED)** (Complete)

Labs

Blood Bank
Routine Testing

08/18/2015 13:49

- ABO Rh(D): O NEG
- Antibody Screen: NEG

Chemistry
General Chemistry

08/18/2015 13:49

- Glucose: 97
- Sodium: 141
- Potassium: 3.6
- Chloride: 105
- CO2: 27
- Urea Nitrogen: 11
- Creatinine: 0.6
- Estimated GFR; >60 eGFR UNIT IS ML/MIN/1.73m2. MDRD EQUATION EVALUATED IN 18 TO 70 YEAR OLD MALE AND FEMALE (NON PREGNANT) PATIENTS WITHOUT COMORBID CONDITIONS. IF AFRICAN AMERICAN MULTIPLY eGFR BY 1.212. CONTACT PHARMACY FOR QUESTIONS ON eGFR USE IN DRUG DOSING ADJUSTMENT.
- Albumin: 3.5
- Globulin: 3.3
- Total Protein: 6.8
- A G Ratio: 1.1
- Calcium: 9.2
- Bilirubin, Total: 1.5 H
- Alk Phos: 63
- AST: 22

---

| Pt Name: | PATRICIA FOSS | MRN: | 2240548 | Patient ID: | 308162148 |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

---

## General Medical Adult - ED Provider Note

continued from previous page

**Collected On: 08/18/2015 17:22**

- ALT: 27

Hematology
CBC

08/18/2015 13:49

- WBC Count: 5.6
- RBC Count: 3.89 L
- Hemoglobin: 11.8
- Hematocrit: 35.9
- MCV: 92.3
- MCH: 30.3
- MCHC: 32.9
- Red Cell Distribution: 13.7
- Platelet Count: 215
- Mean Platelet Vol: 10.4
- Nucleated RBCs: 0.0
- Absolute Nucleated RBC: 0.0
- Manual Differential: AUTOMATED
- Auto Differential: AUTOMATED DIFFERENTIAL
- Neutrophils-Auto: 73 H
- Lymphocytes-Auto Diff: 20 L
- Monocytes-Auto Diff: 7
- Eosinophils-Auto Diff: 0
- Basophils-Auto Diff: 0
- Percent Immature Granulocytes: 0
- Absolute Neutrophils: 4.0
- Absolute Lymphocytes: 1.1
- Absolute Eosinophils: 0.0

Coagulation - Partial Thromboplastin
08/18/2015 15:34

- APTT Patient Time: 36 H

08/18/2015 13:49

- APTT Patient Time: BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY

Coagulation - Prothrombin Time
08/18/2015 15:34

- PT Patient Time: 11.0
- Internat Normalized Ratio: 1.1

RECOMMENDED THERAPEUTIC INR: (OBTAIN INR AT SAME TIME OF DAY) PREVENTION OF VENOUS
THROMBOEMBOLISM: INR= 2.0-3.0 DVT OR PE FOLLOWING HEPARIN THERAPY: INR= 2.0-3.0 TISSUE
HEART VALVES, VALVULAR HEART DISEASE: INR= 2.0-3.0 ACUTE ANTERIOR WALL MI (FOLLOWING

---

| Pt Name: PATRICIA FOSS | MRN: 2240548 | Patient ID: | 308162148 |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

| General Medical Adult - ED Provider Note |
| --- |

continued from previous page

**Collected On: 08/18/2015 17:22**

HEPARIN THERAPY): INR= 2.0-3.0 ATRIAL FIBRILLATION: INR= 2.0-3.0 MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5 RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0

08/18/2015 13:49

- PT Patient Time: BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY CALLED ED,DENA LECLAIR,1428
  - Internat Normalized Ratio: BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY

Labs or Other Tests Were Ordered During This Visit
Yes.
Labs Reviewed for this Visit
Yes.

**Diagnostic Impression**
Other
Subdural Hemorrhage.
Medical Decision Making
the patient is a 61-year-old female, presents to the emergency department after discovery of subdural hemorrhage at outside hospital. Patient was on Lovenox and xarelto, given PCC prior to transport. plan at this time is to repeat laboratory evaluation, obtain a neurosurgical consult.

Normalities on laboratory evaluation, coagulation study within normal limits following PCC administration. Patient seen and evaluated by neurosurgery, not felt at this time to warrant surgical intervention, recommended admission to the medicine team with frequent neurologic assessment. Patient care has been communicated to the hospitalist service, patient remains in the emergency department at this time pending admission to the neuro step down unit.

**Disposition**
Disposition
Admit Admission Detail Level of Care Intermediate Care, Patient Condition Fair, Comment The decision to admit a patient is a complex medical judgement which can be made only after the provider has considered a number of factors, including the patient's medical history and current medical needs. I determine that this patient demonstrates signs and/or symptoms severe enough to warrant the need for additional medical care and must receive services of such intensity that they can be furnished safely and effectively only on an inpatient basis that is expected to encompass at least two midnights, for reasons included but not limited to: admission and neurologic monitoring for spontaneous subdural hemorrhage.

**Supervisory Note**
Supervisory Note For
Resident I was present with the resident during the history and exam. I have discussed the case with the resident and agree with the findings and plan of care as documented in the resident's note. Yes.

---

| Pt Name: | PATRICIA FOSS | MRN: | 2240548 | Patient ID: | 308162148 |
| --- | --- | --- | --- | --- | --- |

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 9/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 8 of 9*

---

## General Medical Adult - ED Provider Note

continued from previous page

**Collected On: 08/18/2015  17:22**

HEPARIN THERAPY): INR= 2.0-3.0 ATRIAL FIBRILLATION: INR= 2.0-3.0 MECHANICAL PROSTHETIC VALVES: INR= 2.5-3.5 RECURRENT SYSTEMIC EMBOLISM: INR= 2.0-3.0

08/18/2015 13:49

- PT Patient Time: BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY CALLED ED,DENA LECLAIR,1428
- Internat Normalized Ratio: BLOOD TO ANTICOAG RATIO IN TUBE UNSATISFACTORY

Labs or Other Tests Were Ordered During This Visit
Yes.
Labs Reviewed for this Visit
Yes.

**Diagnostic Impression**
Other
Subdural Hemorrhage.
Medical Decision Making
the patient is a 61-year-old female, presents to the emergency department after discovery of subdural hemorrhage at outside hospital. Patient was on Lovenox and xarelto, given PCC prior to transport. plan at this time is to repeat laboratory evaluation, obtain a neurosurgical consult.

Normalities on laboratory evaluation, coagulation study within normal limits following PCC administration. Patient seen and evaluated by neurosurgery, not felt at this time to warrant surgical intervention, recommended admission to the medicine team with frequent neurologic assessment. Patient care has been communicated to the hospitalist service, patient remains in the emergency department at this time pending admission to the neuro step down unit.

**Disposition**
Disposition
Admit Admission Detail Level of Care Intermediate Care, Patient Condition Fair, Comment The decision to admit a patient is a complex medical judgement which can be made only after the provider has considered a number of factors, including the patient's medical history and current medical needs. I determine that this patient demonstrates signs and/or symptoms severe enough to warrant the need for additional medical care and must receive services of such intensity that they can be furnished safely and effectively only on an inpatient basis that is expected to encompass at least two midnights, for reasons included but not limited to: admission and neurologic monitoring for spontaneous subdural hemorrhage.

**Supervisory Note**
Supervisory Note For
Resident I was present with the resident during the history and exam. I have discussed the case with the resident and agree with the findings and plan of care as documented in the resident's note.  Yes.

---

| Pt Name: | PATRICIA FOSS | MRN: | 2240548 | Patient ID: | 308162148 |
|---|---|---|---|---|---|

Chart Report - Physician Notes  Page 8 of 9

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eED Summary Report 9/29/2015

*TB Disposition Summary report EDR (Group) - Archive - Page 9 of 9*

| General Medical Adult - ED Provider Note |
| --- |

**continued from previous page**

**Collected On: 08/18/2015 17:22**

**Billing**

Additional Critical Care Time

**30-74 Min** 30-74 Min Detail Comment I did spend 30 minutes of critical care time for this patient including bedside evaluation, review of any associated diagnostic studies, and discussion with the resident/provider, and discussion with the patient and family. patient arrives with bilateral subdural hematomas and did receive PCC prior to transfer. On multiple reassessments she was able to maintain her mental status and there is no concerns about airway occlusion. Her headache was controlled appropriate analgesia and after clinical stability was determined she was admitted to D554 to the medicine service after consultation with neurosurgery and neurology.

**Electronically signed by Jeremy T Brown, MD on 08/18/2015 17:29**

**Electronically cosigned by Kevin P Collins, MD on 08/21/2015 15:13**

---

| Pt Name: | PATRICIA FOSS | | **MRN:** | 2240548 | | Patient ID: | 308162148 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Chart Report - Physician Notes  Page 9 of 9

© 2003-2015 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2015 Business Objects SA. All rights reserved.

Printed By: Collins, Kevin MD
Printed On: 29-Sep-15 06:33

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg



**Albany Medical Center**
**Physician Admission**
**H &P w/ Medication History &**
**Reconciliation**

HP0010



DOB:        GENDER: F
FOSS, PATRICIA
ECD: 308162148  ENC: 4801883
DOS: 08/18/2015
DIN # NA



MRN:   2240548

Name: Foss, Patricia

DOB: _____

MR#: 2240548

Admission Date: _____

Service: _____ 5DB15

Attending: _____

Primary Care Provider: _____

**CHIEF COMPLAINT:**
61yo F w/ Subdural hemorrhage

**HISTORY OF PRESENT ILLNESS:**

Transfered from Sunny View
5 Days of headache, found to have subdural hemorrhage
On CT Scan. New vomiting last 2 days.

Denies any trauma, fall, hitting head.

Denies other new symptoms.

**PAST MEDICAL and SURGICAL HISTORY:**

Schwannoma vs Neurofibroma L1-L2 s/p resection w/left leg weakness
Hypertension
Hernia repair
Partial colectomy for diverticulitis
GERD
(4) Lups Active on therapy lovust

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg



**Albany Medical Center**
**Physician Admission**
**H &P w/ Medication History &**
**Reconciliation**

HP0010

DOB: ~~~~~~~~~ GENDER: F
FOSS, PATRICIA
ECD: 308162148 ENC: 4901993
MRN: 2240548
DOS: 08/18/2015
DIN # NA

Name: Foss, Patricia                                      EDB15

DOB: _____                    Service: _____

MR#: 2240548                              Attending: _____

Admission Date: _____          Primary Care Provider: _____

**CHIEF COMPLAINT:**
61yo F w/ Subdural hemorrhage

**HISTORY OF PRESENT ILLNESS:**

Transferred from Sunny view.
5 Days of headache, found to have subdural hemorrhage
on CT scan. Nausea/vomiting last 2 days.

Denies any trauma, fall, hitting head.

Denies other new symptoms.

**PAST MEDICAL and SURGICAL HISTORY:**

Schwannoma vs Neurofibroma L4 s/p resection w/Left leg weakness
Hypertension
Hernia repair
Partial Colectomy for diverticulitis
GERD
④ Lyrs eating on Xarelto Lovenox

HP0010-405 (Rev. 1/8/15)

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg




**Albany Medical Center**
**Physician Admission**
**H &P w/ Medication History &**
**Reconciliation**

HP0010

DOB: GENDER: F
FOSS, PATRICIA
ECD: 308162148   ENC: 4801883   DOS: 08/18/2015
MRN:   2240548
OIN # NA

## IMMUNIZATIONS:

Pediatric Patients: Immunizations up to date:  yes    no                Influenza vaccine  (Year given _____)

Adult Patients:   Pneumococcal vaccine   (Year given _____)    Influenza vaccine  (Year given _____)

## SOCIAL HISTORY:

· Smoking: No   Yes   _____ pks/day   _____ years of use  Date quit _____ Cessation Counseling Given ☐ Yes ☐ No

· Alcohol: No   Yes   Amount: _____        ☐ Recovering alcohol dependent  Date quit:_____

· Recreational drugs: No   Yes   Type:_____ Years of use:_____ Date quit:_____

· Occupation: _____Nurse_____ Previous Occupation: _____

· Other (travel, marital status, unsafe sexual practice, pets, stress): no stress

## FAMILY MEDICAL HISTORY: (please specify illness and family member):

| Father | Mother |
|--------|--------|
| stroke | Pancreatic CA |
| | |
| | |
| | |
| | |

## FAMILY CANCER HISTORY:

| WHICH MEMBER | SITE | ALIVE (YES OR NO) |
|--------------|------|-------------------|
| Mother | Pancreas | |
| | | |
| | | |
| | | |
| | | |

## REVIEW OF SYSTEMS:

| | |
|---|---|
| · Last Pap smear* | · Integumentary |
| · Last Breast exam* | Foot Exam |
| · Pregnancy?  fever ( L5lbs) 2 months | · Neurological no 2-day trouble finding words |
| · Constitutional Symptoms (fever, weight loss, etc.) | · Psychiatric ∅ |
| · Eyes, Ears, Nose, Mouth, Throat ∅ | · Endocrine |
| · Cardiovascular ∅ | Hyperglycemic Symptoms |
| · Respiratory ∅ | Hypoglycemic Symptoms |
| · Gastrointestinal  Nausea vomit? | · Hematologic/Lymphatic ∅ |
| · Genitourinary ∅ | · Allergic/Immunologic ∅ |
| · Musculoskeletal | |

HP0010--405  (Rev. 1/8/15)

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg

**Albany Medical Center**
**Physician Admission**
**H &P w/ Medication History &**
**Reconciliation**

HP0010





DOB
FOSS, PATRICIA
ECD: 308162148   ENC: 4801883

GENDER: F
MRN:   2240548
DOS:  08/18/20 :5
OIN # NA

| PHYSICAL EXAM | |
|---|---|
| **VITALS** | · Temp: 36.5 · Maximum Temp: · BP: 117/58 · Pulse: 64 |
| | · RR: 16 · O2 Sats 95 % on ____ · Pain: |

**GENERAL**   A0x3, Tired   NAD, consequat phrase
Consepll world backwords

**HEENT**   PERRL
Left forehead 5/0 pain on light tap

**NECK**   Supple

**CHEST/LUNGS**   CAЯL

**HEART**   S, S, normry, rrr

**BREAST EXAM***

**ABDOMEN**   Soft NT, ND +BS

**RECTAL EXAM**

**GENITOURINARY/PELVIC EXAM***

**SKIN**

**EXTREMITIES/MUSCULOSKELETAL**   5/5 UE   5/5 RLE
Weak hip flexion foot dorsiflexion left

**BACK**

**NEUROLOGICAL**   CN 2-12 intact Remembers 3 items of 5 minutes,
Finger to nose normal, neck supple

**PEDS DEVELOPMENTAL**

*Offering breast and pelvic exam is required by NYS 405 regulations.

HP0010-405  (Rev. 1/8/15)

Page 3 of 5

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg

**Albany Medical Center**
**Physician Admission**
**H &P w/ Medication History &**
**Reconciliation**

HP0010

DOB: ▮▮▮▮    GENDER: F
FOSS, PATRICIA
ECD: 308162148   ENC: 4801983
MRN:        2240548
DOS: 08/18/2015
DIN # NA

| PHYSICAL EXAM | |
|---|---|
| **VITALS** · Temp: 36.5 · Maximum Temp: · BP: 117/58 · Pulse: 64 | · RR: 16 · O2 Sats 95 % on ____ · Pain: |

**GENERAL**  AO×3, Tired , NAD, Can repeat phrase
Can spell world backwords

**HEENT**  PERRL
Left forehead 5/0 pain on light tap

**NECK**  supple

**CHEST/LUNGS**  CA&L

**HEART**  S,S, no mrg, rrr

**BREAST EXAM***

**ABDOMEN**  Soft NT , ND +BS

**RECTAL EXAM**

**GENITOURINARY/PELVIC EXAM***

**SKIN**

**EXTREMITIES/MUSCULOSKELETAL**  5/5 UE   5/5 RLE ,
Weak hip flexion, foot dorsiflexion left

**BACK**

**NEUROLOGICAL**  CN 2-12 intact, Remembers 3/3 items at 5 minutes,
Finger to nose normal , neck supple

**PEDS DEVELOPMENTAL**

*Offering breast and pelvic exam is required by NYS 405 regulations.

HP0010-405 (Rev. 1/8/15)

Page 3 of 5

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg

**Albany Medical Center**
**Physician Admission**
**H &P w/ Medication History &**
**Reconciliation**

HP0010



DOB: GENDER: F
FOSS, PATRICIA
ECD: 308162148  ENC: 4801883

MRN: 2240548
DOS: 08/18/2015
QIN # NA

## LABS:

Reference ranges for lab results are on clinical lab results in chart.

| Ca | GGT | Tot. CPK | Neut | Eos |
|---|---|---|---|---|
| Albumin | LDH | CPK MB | Bands | Baso |
| Globulin | AST  2.2 | %MB | Lymph | MCV |
| T. Protein 6.8 | ALT  27 | Troponin | Mono | RDW |
| A.G. Ratio | ESR | | HbA1C | |
| Total bili 1.5↑ | INR | ABG | | UA |
| Direct bili | PT | pH | HCO₃ | |
| Indirect bili | PTT | PCO₂ | O₂sat% | |
| ALK phos 63 | Mg | Phos | PO₂ | FiO₂ |
| Microbiology | | | | |

Lab flowsheet (right side):

$$\frac{11.8}{35.9}$$   5.6 ⟩   ⟨ 215

$$\begin{array}{ccc} 141 & 105 & 11 \\ 3.6 & 27 & 0.6 \end{array} ⟩ ⟨ 97$$

## OTHER LABS:

## EKG:

## RADIOLOGIC STUDIES:   Got  CT Head

61 yo  F  w/  subdural  hemorrhage  with  no  recollection
of any  trauma

1.  Subdural hemorrhage
   - Neurology  following , will repeat imaging
   - Frequent neuro checks
   - Control Maintain SBP below 140
   - Conservative management  for now, NPO

2.  HTN
   - on labetalol, Clevidipine, enalapril  in hospital

3.  Antiphospholipid syndrome
   - Hold Anticoagulation for bleed

Paulfans   63599
Paul Fang  P64-1

4.  GERD
   - Pantoprazole 40 PO

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg



**Albany Medical Center**
**Physician Admission**
**H & P w/ Medication History**
**& Reconciliation**

HP0010





DOB: ████████  GENDER: F
FOSS, PATRICIA                      MRN:   2240548
ECD: 308162148  ENC: 4801893   DOS: 08/18/2015
DIN # NA

---

**ASSESSMENT / PLAN:**

61 yo F c̄ recent hx remarkable for vbleb wt Sungville rehab
c/o menth removal of L₁-L₂ c̄ laminecty, prn x 5 dys
of HA, admitted c̄ R/ eye WW, found to have subdural
hematoma, follow by neurosx for expectant mngt.

\# Subdural Hematoma
- unknown duration, likely exist post al week.
- mild-to-none L-t-L' shift.
- follow by neurosx, adm to q4h neurocheck, prophlyxn keppra.
- ✓ evacuation at this juncture.

\# hxro Lupus Antiqoa, ē prior clots
- hold home dose therapeutic lovenox given subdl bld.
- Refer to neurosx for tmg of restart #E
- ✓ PT/INR  cont to monitor

\# HTN
- cont HCTZ dly, BP monitor.

\# Chr. bilat leg swelling
- unclear etiology. Some venous stasis on exam.
- ē HF hx however + prior edema.
- cont furosemide 20mg qdy prn

\# Dispo = OBS
\# Diet = heart hlty

d/w Attdg of record.
Medicine Attending
P. Found & Exam.
H&P reviewed agree c̄ above.

**DNR/DNI STATUS:** Full Code        ☐ Not discussed

| | | | |
|---|---|---|---|
| (Credentialed Practitioner Signature) | Allen Z (Print Name) | V6128 (Beeper) | 8/18/15 (Date/Time) |
| ☐ see office note (Attending Physician Signature) | A L'r (Print Name) | 4888 (Beeper) | 8/18/4 (Date/Time) |

Credentialed Practitioner Signature       Print Name       Beeper       Date/Time

☐ see office note

Attending Physician Signature       Print Name       Beeper       Date/Time

---

HP0010-405  (Rev. 1/8/15)                                                        Page 5 of 5

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 History and Physical 8/18/2015 - 5 pg



**Albany Medical Center**
**Physician Admission**
**H &P w/ Medication History**
**& Reconciliation**

HP0010



DOB: ███████  GENDER: F
FOSS, PATRICIA
ECD: 308162148  ENC: 4801683

MRN: 2240546
DOS: 08/18/2015
OIN # NA

---

## ASSESSMENT / PLAN:

61 yo ♀ c̄ recent hx remarkable for stable wt [illegible] relate c/o resolution [illegible] of L, L₂ c̄ laminecty, prev x 5 days of HA, admit c̄ xl epid MRI, found to have subdural hematoma, told by neurosx her expected surgery.

* Subdural Hematoma
  - [illegible] duration, [illegible] worse past xl weeks.
  - mind-to-name [illegible] shift.
  - [illegible] by neurosx, admit to 9th survaille, prophylaxis Keppra
  - ✗ evacuation at this juncture

* [illegible] Lupus Anticoagulant ⊕ prev clot
  - hold home dose [illegible] [illegible] given subdural hld.
  - [illegible] to neurosx for [illegible] of [illegible]
  - ✓ PT/INR, cont to [illegible]

* HTN
  - con't HCTZ [illegible], bp [illegible]

* Chr. LdLt by [illegible]
  - [illegible] etiology, [illegible] renal state on [illegible]
  - ⊕ HF hx, [illegible] ✗ prior echo.
  - con't [illegible] ECG [illegible] prn

* Dispo = OBS
* Diet : hrt [illegible]

[illegible signature lines]
Medicine Attend
Pt seen & [illegible] agree
H&P reviewed agree [illegible]

**DNR/DNI STATUS:** Full Code   ☐ Not discussed

Credentialed Practitioner Signature    Print Name: Allen Fu    Beeper: 60328    Date/Time: 8/18/15

☐ see office note.

Attending Physician Signature    Print Name: A [illegible]    Beeper: 4888    Date/Time: 8/18/15

HP0010-405 (Rev. 1/8/15)

Page 5 of 5

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 Consultation Sheet 8/18/2015 - 3 pg

**ALBANY MEDICAL CENTER HOSPITAL**
**CONSULTATION SHEET**

HP0040

93112B
(2/11/14)

DATE: 08/18/15

DOB: [redacted]   GENDER: F
FOSS, PATRICIA                          MRN:    2240548
ECD: 308162148   ENC: 4801426   DOS: 08/18/2015
                                                 DIN # NA

MEDICAL
RECORD
NUMBER

BIRTH

SEX

FROM: ED

TO: Neurosurgery (Dr Rossi).

CHECK ONE       ☐ CONSULTATION ONLY          ☐ CONSULTATION AND CARE
                ☐ CONSULTATION AND ORDERS

REASON FOR REQUEST:

REPORT:

HP] 61y F with history of lupus Anticoagulant,
status post L1-2 Schwannomas resection by Dr. Dirisio
in 7/2015. She is on lovenox for lupus anticoagulant
she started complaining of headache for 5 days
and complained of generalized weakness she
had CT scan today that showed bilateral SDH.
She has nausea, vomiting. No confusion. No acute
motor deficit.

MH                PSH                Meds           Allgs   Soc Ut      Labs  138 | 104 | 14 |
Lupus anticoagulant   Appendectomy   Hydrochloroth...       NKDA                    3.8 | 27 | 0.5 | 08
HTM               L disc Sx          Protonix
Obesity           Breast bx          Tamsulosin
GERD              Hernia repair      lovenox
                  hemilaminectomy    Gabapentin
                                     Lasix
                                     oxycodone
                                     MgO x

Awake, alert              ASA ↑↑    seen 5.8 | 14
Oriented x 3              I have seen            34.4
Speech C/F                - Eval PE       Dr. RF SDH
EOMI, PER                             Dirisio LT SDH
face symmetric            - Eval PE       H/A
follows xy, LLE weak (1/5 DF)  severe    ↑
              (Baseline)                  Bil SDH =
Sensation                - ↓ Foot drop
grossly intact
no drift
Assess 61y F with Bilateral SDH    Plan    - Dlc Anticoags (Coreg)
   - need neuro Check              - Filter (caval)
   - SBP < 140                     - PT/OT
   - Hold lovenox and Lasix
   - Admit to Dlc attending - Dirisio
        plan

DATE         8/18    TIME
ANSWERED:            ANSWERED: 2:45 PM SIGNED:

CREDENTIALED
PRACTITIONER
ID #

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 Consultation Sheet 8/18/2015 - 3 pg

Priority:  **Routine**



HP0040

8/19/2015  12:27 pm

# Albany Medical Center

## Call Physician Consult Requisition

| | | | |
|---|---|---|---|
| Patient Last Name: | FOSS | Patient First Name: | PATRICIA |
| Sex - DOB: | | MR #: | 2240548 |
| Room / Bed:. | D554A | Patient Account #: | 308162148 |

| | | | |
|---|---|---|---|
| Isolation Indicator: | | Weight: | 262.9 lbs.oz |
| | | Height: | 5/3 ft,in |
| Patient Allergies: | No Known Drug Allergies, No Known Food Allergies | | |

| | | | |
|---|---|---|---|
| Attending Physician: | TanyaNCorry | Ordering Physician: | Heather M Guidarelli, NP |
| Order Entry Time: | 8/19/2015  12:27:00PM | | |
| Order Source: | Entered | Entered By: | guidarh |

| Order: | Call Physician Consult | .Order ID: | 31813441 |
|---|---|---|---|
| | | Occurrence #:. | 98161036 |

Priority:  Routine

- Routine Consult Seen Within 24 Hours
- Emergent Consult Seen Within 1 Hour and Must be Called by Provider

☒

Name of Service or Physician Being Consulted:    hematology

Reason for Consult:    lupus anticoag disorder. Developed SDH on anticoagulation. ?IVC filter and management of anticoagulation

Requesting Provider Name and Phone Number:    Corry

Name of Service or Physician Contacted:    Hematology   Dunn  9282

Date and Time Contacted:    8/19/15 @ 1233   L. Williams   ASA

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 Consultation Sheet 8/18/2015 - 3 pg

Priority: **Routine**

8/19/2015 12:27 pm



HP0040

# Albany Medical Center
## Call Physician Consult Requisition

| Patient Last Name: | FOSS | Patient First Name: | PATRICIA |
|---|---|---|---|
| Sex - DOB: | | MR #: | 2240548 |
| Room / Bed: | D554A | Patient Account #: | 308162148 |

| Isolation Indicator: | | Weight: | 262.9 lbs,oz |
|---|---|---|---|
| | | Height: | 5/3 ft,in |
| Patient Allergies: | No Known Drug Allergies, No Known Food Allergies | | |

| Attending Physician: | TanyaNCorry | Ordering Physician: | Heather M Guidarelli, NP |
|---|---|---|---|
| Order Entry Time: | 8/19/2015 12:27:00PM | | |
| Order Source: | Entered | Entered By: | guidarh |

| Order: | Call Physician Consult | Order ID: | 31813441 |
|---|---|---|---|
| | | Occurrence #: | 98161036 |

Priority:  Routine

- Routine Consult Seen Within 24 Hours
- Emergent Consult Seen Within 1 Hour and Must be Called by Provider

☒

Name of Service or Physician Being Consulted:       hematology

Reason for Consult:       lupus anticoag disorder. Developed SDH on anticoagulation. ?IVC filter and management of anticoagulation

Requesting Provider Name and Phone Number:       Corry

Name of Service or Physician Contacted:       Hematology   Dunn  9282

Date and Time Contacted:       8/19/15 (N) 1233       L. Williams   ASA.

**ALBANY MEDICAL CENTER HOSPITAL**
**CONSULTATION SHEET**

HP0040

93112B
(2/11/14)

DATE: 8/20/15

FROM: VIR

DOB: GENDER: F
FOSS, PATRICIA
ECD: 308162148  ENC: 4801983
DOS: 08/18/2015
MRN: 2240548
DIN # NA

CHECK ONE ☐ CONSULTATION ONLY ☐ CONSULTATION AND ORDERS ☐ CONSULTATION AND CARE

REASON FOR REQUEST: IVC Filter Placement

REPORT:

61 yo female c h/o lupus anticoagulant who recently developed a bilateral subdural hematoma while taking Lovenox and Xarelto. Subdural hematomas present on CT from 8/19/15. Lovenox stopped 8/17/15 and Xarelto stopped 8/18/15. Pt also has developed an acute, occlusive DVT in Left gastrocnemius vein

PMH:
Schwannoma
Diverticulitis

PSH
7/24/15 {lumbar decompressive laminectomy
resection of tumor (schwannoma)}
colectomy
liver biopsy
hernia repair

Meds
Decadron
Neurontin
Heparin SQ
Keppra
Protonix
K-Dur
Zofran
morphine
Clevidipine

Allergy
NKDA

Labs 8/20/15
6.1 \ 11.5 / 226
\ 31.5 /
PT 14.6, INK 1.0 (+/-/-)
BUN 15
Creat 0.7

Plan: IVC Filter placement
Discussed c pt and daughter
Questions answered
Consent obtained

DATE ANSWERED: 8/20/15  TIME ANSWERED: 1130  SIGNED X Bailey NP
CREDENTIALED PRACTITIONER ID # 213-0270

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eConsultation Note DOS: 8/18/2015 - GEORGE P. FORREST, MD

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY  12208

### CONSULTATION NOTE

**NAME:** FOSS, PATRICIA

**DOB:** ~~██████~~

**FROM:** GEORGE P. FORREST, MD

**MR #:** 2240548

**ECD #:** 308162148

DATE OF CONSULT: August 24, 2015

FROM: George P. Forrest, MD

HISTORY: Patricia Foss is a 61-year-old lady admitted to Albany Medical Center on August 18, 2015. Course is noteworthy for:

1. The patient has the lupus anticoagulant.
2. On July 22, 2015, the patient was admitted to Albany Medical Center for lumbar decompressive laminectomy L1-L2 resection of schwannoma.
3. The patient transferred to Sunny View Hospital on July 29, 2015.
4. The patient developed headache with vomiting and is found to have a subarachnoid hemorrhage.
5. The patient readmitted to Albany Medical Center on August 18, 2015.
6. The patient has placement of IVC filter on August 20, 2015.
7. The patient now though in need of and ready to participate in inpatient rehabilitation.

PAST MEDICAL HISTORY: Remarkable for lupus anticoagulant, obesity, GERD, hypertension, appendectomy, hernia repair, hemorrhoid resection, diverticulitis.

MEDICATIONS: Acetaminophen, Decadron, gabapentin, subcutaneous heparin, Prevacid, Keppra, morphine, oxycodone.

ALLERGIES: Allergies to medicines are none.

SOCIAL HISTORY: The patient is a nurse practitioner. She lives alone. There is no history of substance abuse.

REVIEW OF SYSTEMS: Ten system review is negative except as above.

PHYSICAL EXAMINATION: Temperature is 97.8, blood pressure 126/69, heart rate 67, oxygen saturation 99% on room air. Body mass index 49. Head is normocephalic, atraumatic. Lungs are clear. Heart is regular rate and rhythm without murmur or gallop. Abdomen is soft. Good bowel sounds. Extremities without clubbing, cyanosis, or edema. The patient is alert and oriented x3. Cranial nerves II through XII intact. The patient moves both arms and right leg against gravity. Left leg is 2/5. Light touch and pinprick are intact.

LABORATORY DATA: White blood cell count is 4.4, hemoglobin 11.7, hematocrit 34.5, platelets 293,000. Glucose 130, sodium 139, potassium 3.7, chloride 110, bicarbonate 23, BUN 24, creatinine 0.6.

PROBLEM LIST

1. Schwannoma, the patient had resection.
2. Weakness in left lower extremity. The patient will have appropriate therapies.

Page 1 of 3

## ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY 12208

### CONSULTATION NOTE

**NAME:** FOSS, PATRICIA

**DOB:** ████████

**FROM:** GEORGE P. FORREST, MD

**MR #:** 2240548

**ECD #:** 308162148

DATE OF CONSULT: August 24, 2015

FROM: George P. Forrest, MD

HISTORY: Patricia Foss is a 61-year-old lady admitted to Albany Medical Center on August 18, 2015. Course is noteworthy for:

1. The patient has the lupus anticoagulant.
2. On July 22, 2015, the patient was admitted to Albany Medical Center for lumbar decompressive laminectomy L1-L2 resection of schwannoma.
3. The patient transferred to Sunny View Hospital on July 29, 2015.
4. The patient developed headache with vomiting and is found to have a subarachnoid hemorrhage.
5. The patient readmitted to Albany Medical Center on August 18, 2015.
6. The patient has placement of IVC filter on August 20, 2015.
7. The patient now though in need of and ready to participate in inpatient rehabilitation.

PAST MEDICAL HISTORY: Remarkable for lupus anticoagulant, obesity, GERD, hypertension, appendectomy, hernia repair, hemorrhoid resection, diverticulitis.

MEDICATIONS: Acetaminophen, Decadron, gabapentin, subcutaneous heparin, Prevacid, Keppra, morphine, oxycodone.

ALLERGIES: Allergies to medicines are none.

SOCIAL HISTORY: The patient is a nurse practitioner. She lives alone. There is no history of substance abuse.

REVIEW OF SYSTEMS: Ten system review is negative except as above.

PHYSICAL EXAMINATION: Temperature is 97.8, blood pressure 126/69, heart rate 67, oxygen saturation 99% on room air. Body mass index 49. Head is normocephalic, atraumatic. Lungs are clear. Heart is regular rate and rhythm without murmur or gallop. Abdomen is soft. Good bowel sounds. Extremities without clubbing, cyanosis, or edema. The patient is alert and oriented x3. Cranial nerves II through XII intact. The patient moves both arms and right leg against gravity. Left leg is 2/5. Light touch and pinprick are intact.

LABORATORY DATA: White blood cell count is 4.4, hemoglobin 11.7, hematocrit 34.5, platelets 293,000. Glucose 130, sodium 139, potassium 3.7, chloride 110, bicarbonate 23, BUN 24, creatinine 0.6.

PROBLEM LIST

1. Schwannoma, the patient had resection.
2. Weakness in left lower extremity. The patient will have appropriate therapies.

Page 1 of 3

**ALBANY MEDICAL CENTER HOSPITAL**
**NEW SCOTLAND AVENUE**
**ALBANY, NY  12208**

CONSULTATION NOTE

**NAME:** FOSS, PATRICIA          **MR #:** 2240548
**DOB:** ~~redacted~~          **ECD #:** 308162148
**FROM:** GEORGE P. FORREST, MD

3. Subdural hematoma. The patient will have appropriate observation of neurologic status, appropriate therapies.
4. Impaired mobility. The patient will have physical therapy twice per day, train transfers, supine to sit, sit to stand, standing balance, possible distance ambulation with assistive device.
5. Impaired activities of daily living. The patient will have occupational therapy twice per day to make sure she can feed herself, bathe herself, dress herself, wash herself, and perform simple household activities.
6. Lupus anticoagulant. The patient is off full anticoagulation until restarted by Neurosurgery.
7. Morbid obesity, body mass index greater than 40, appropriate nutritional counseling.
8. Hypertension. Adjust medications based on blood pressure readings and side effect profile.
9. GERD.

In summary, this is a 61-year-old lady who had a schwannoma that was resected. She has some weakness in her left lower extremity. Her postoperative course was complicated by a subdural hematoma. She has morbid obesity. She will have physical therapy twice per day, occupational therapy twice per day. Duration of therapies will be in compliance with Medicare guidelines for 15 hours per week of therapy. Goals of therapy and expected outcome are independent transfers, household distance ambulation with assistive device, able to feed herself, bathe herself, dress herself, wash herself, and perform simple household activities. Likely length of stay 2 weeks. Discharged to home. Follow up with neurosurgery. Follow up with primary care. Follow up with Hematology.

GEORGE P. FORREST, MD

GF/acu/cd.karthikeyan_cbe

Dict: FORREST,GEORGE P
Job ID: 46230938

D:  08/24/2015 12:49:08

Doc ID: 57161248
T: 08/25/2015 08:04:02

Page 2 of 3

**ALBANY MEDICAL CENTER HOSPITAL**
**NEW SCOTLAND AVENUE**
**ALBANY, NY  12208**

CONSULTATION NOTE

**NAME:** FOSS, PATRICIA                    **MR #:** 2240548
**DOB:**                                     **ECD #:** 308162148
**FROM:** GEORGE P. FORREST, MD

Electronically Signed By: FORREST, GEORGE P MD on  25-Aug-2015 18:23:00 -04:00

Page 3 of 3

FOSS, PATRICIA ECD# 308162148 IPT MED 8/18/2015 - 8/25/2015 eConsultation Note DOS: 8/18/2015 - GEORGE P. FORREST, MD

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY 12208

CONSULTATION NOTE

**NAME:** FOSS, PATRICIA          **MR #:** 2240548
**DOB:**                          **ECD #:** 308162148
**FROM:** GEORGE P. FORREST, MD

Electronically Signed By: FORREST, GEORGE P MD on 25-Aug-2015 18:23:00 -04:00

Page 3 of 3