U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

PATRICIA A. FOSS    Master Case no.: 14-md-2592

      Plaintiff,

-against-

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON   Civil Action No.: 2:16-cv-01259-EEF-MBN
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG,
and BAYER AG,

      Defendants.

**THIS DOCUMENT RELATES TO:**

**PATRICIA A. FOSS**
**Civil Action No.: 2:16-cv-01259-EEF-MBN**

---

## NOTICE OF SUBMISSION

  **PLEASE TAKE NOTICE** that the Plaintiff's Motion to vacate dismissal is hereby set for submission before District Judge Eldon E. Fallon on the 18th day of March, 2020 at 9:00 a.m.

              By:_____
              James B. Tuttle, Esq. (NY #1124833)
              THE TUTTLE LAW FIRM
              Attorney for the Plaintiff
              1520 Crescent Road, Suite 300
              Clifton Park, New York 12065
              Telephone: (518) 783-1001
              Facsimile: (518)783-1515
              Email: jbtesq@nycap.rr.com

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the CM/ECF system on February 27, 2020 and that this system will provide notice of such filing to all counsel of record.

Dated: February 27, 2020

By: _____
James B. Tuttle, Esq. (NY #1124833)
THE TUTTLE LAW FIRM
Attorney for the Plaintiff
1520 Crescent Road, Suite 300
Clifton Park, New York 12065
Telephone: (518) 783-1001
Facsimile: (518)783-1515
Email: jbtesq@nycap.rr.com