# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *All Cases Listed on Attached Exhibit A* | | |

## ORDER TO SHOW CAUSE REGARDING PLAINTIFFS OVER WHOSE CLAIMS THE COURT LACKS SUBJECT MATTER JURISDICTION

Plaintiffs identified on Exhibit A have filed lawsuits regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation.* This Court lacks subject matter jurisdiction over these Plaintiffs' claims because there is no diversity of citizenship.

Plaintiffs identified on Exhibit A are ordered to appear before this Court on March 19, 2020, at 9:00 am to show cause as to why their cases should not be dismissed without prejudice for lack of subject matter jurisdiction pursuant to Pretrial Order (PTO) No. 24.

Under Pretrial Order No. 11B, Plaintiffs' counsel will be responsible for payment of any unpaid filing fees even if the action is dismissed.

Failure to show cause by appearing before this Court at 9:00 a.m. on March 19, 2020, in Courtroom C-468 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case.

New Orleans, Louisiana, on this _____ day of _____ 2020.

                                                                                                         _____
                                                                                                          United States District Judge