UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ALL CASES*

## ORDER

Due to an unavoidable conflict in the Court's schedule;

**IT IS ORDERED** that the Xarelto Monthly Status Conference currently scheduled for Thursday, March 19, 2020 at 9:00 a.m. is hereby **RESCHEDULED** to Thursday, March 19, 2020 at 9:30 a.m. Dial-in information will be available on the website a couple weeks before the conference.

**IT IS FURTHER ORDERED** that the Xarelto Monthly Status Conference currently scheduled for Tuesday, April 21, 2020, 2020 at 9:00 a.m. is hereby **RESCHEDULED** to Tuesday, April 21, 2020, 2020 at 9:30 a.m. Dial-in information will be available on the website a couple weeks before the conference.

New Orleans, Louisiana, this 28th day of February, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE