# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | CIVIL ACTION NO.:2:14-md-02592 MDL NO. 2592 |
| This Document Relates To: | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| Diana Sebastian v. Janssen Research & Development LLC, et al.: 19-cv-01238; | |

## ORDER

Considering the foregoing Amended Motion to Withdraw as Counsel, R. Doc. 17604;

**IT IS HEREBY ORDERED** that the Motion be and is **GRANTED**. Timothy M. Farris is hereby withdrawn as the above-mentioned Plaintiff's attorney of record.

New Orleans, Louisiana, this 27th day of February, 2020.

_____
United States District Judge