**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *Roscoe Campbell, III* 2:19-cv-08728 | : | |
| | : | |
| *Michael Dahn*, 2:19-cv-06954 | : | **JUDGE ELDON E. FALLON** |
| | : | |
| *Edward Gordon*, 2:19-cv-06325 | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| | : | |

**DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING**
**PLAINTIFFS' FAILURE TO SERVE PROCESS ON BAYER CORPORATION**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (collectively, "Defendants")[1] respectfully request this Court to issue an Order to Show Cause as to why Bayer Corporation should not be dismissed with prejudice for failure to perfect service of process as required by Pretrial Order No. 32A and Fed. R. Civ. P. 4, which would eliminate the non-diverse defendant and allow the Court to retain subject matter jurisdiction.

Plaintiffs have not timely served the non-diverse defendant, Bayer Corporation.  Bayer Corporation should be dismissed, and the actions should proceed against the remaining defendants.

Therefore, the Plaintiffs should be ordered to show cause at **9:00 am CT on March 19, 2020,** before the Court as to why Bayer Corporation should not be dismissed with prejudice for failure to perfect service of process as required by Pretrial Order No. 32A and Fed. R. Civ. P. 4.

---

[1] Defendants file this motion to the extent they have been properly served and preserving all defenses including but not limited to jurisdiction, venue and service.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ *John F. Olinde*