UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| VICTOR GORELICK and KATHIE GORELICK, Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | COMPLAINT and JURY DEMAND Civil Action No.:2:17-cv-00685 |

## SUGGESTION OF DEATH

Pursuant to the Federal Rules of Civil Procedure 25(a)(1), the undersigned counsel hereby informs this Court of the death of Victor Gorelick on February 8, 2020. A motion for substitution of plaintiff will be filed by the appropriate representative of Mr. Gorelick's estate.

Dated:  Chatham, New Jersey
        March 1, 2020

Law Offices of Terence J. Sweeney, Esq.

By:  s/___Terence J. Sweeney_____
         Terence J. Sweeney

                                                                     44 Fairmount Avenue  
                                                                     Suite One  
                                                                      Chatham, New Jersey 07928  
                                                                      Telephone  (973) 665-0400  
                                                                      Facsimile   (973) 665-0401  
                                                                      Attorneys for the plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Suggestion of Death was filed electronically by operation of the Court's Electronic Case Filing System on counsel of record in case No. 2:14-MD-2592.

<u>/s/ Terence J. Sweeney</u>
Terence J. Sweeney, Esq.