UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Arthur Heinrich v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-4837

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17609, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Christopher A. Heinrich, surviving son of Arthur Heinrich, is substituted for Arthur Heinrich as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 28th day of February, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE