# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Roscoe Campbell, III* 2:19-cv-08728 | : : | |
| *Michael Dahn*, 2:19-cv-06954 | : : | JUDGE ELDON E. FALLON |
| *Edward Gordon*, 2:19-cv-06325 | : : : : | MAGISTRATE JUDGE NORTH |

## ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' FAILURE TO SERVE PROCESS ON BAYER CORPORATION

Plaintiffs have filed lawsuits regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation.* Plaintiffs have failed to serve process on Bayer Corporation.

Plaintiffs are ordered to appear before this Court on March 19, 2020 at 9:30 a.m. to show cause as to why their cases should not be dismissed with prejudice for failure to serve process on Bayer Corporation.

Under Pretrial Order No. 11B, Plaintiffs' counsel will be responsible for payment of any unpaid filing fees even if the action is dismissed.

Case 2:14-md-02592-EEF-MBN Document 17619 Filed 03/04/20 Page 2 of 2

2

Failure to show cause by appearing before this Court at 9:30 a.m. on March 19, 2020, in Courtroom C-468 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case.

New Orleans, Louisiana, on this 3rd day of March, 2020.

United States District Judge