UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**THE PLAINTIFFS' STEERING COMMITTEE'S
<u>MOTION FOR LEAVE TO EXCEED PAGE LIMITATION</u>**

NOW COME the Plaintiffs' Steering Committee ("PSC") through its Executive Committee (Co-Lead and Co-Liaison Counsel), who respectfully submit that the Memorandum in Support of The Plaintiffs' Steering Committee's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses exceeds the page limitation as allowed by the local rules and this Honorable Court. The PSC respectfully requests leave of court to file the attached Motion for an Award of Attorney's Fees and Reimbursement of Expenses, along with all supporting memoranda and exhibits, which exceed the page limitation as allowed by the local rules and this Honorable Court.

1

WHEREFORE, mover prays that this motion be GRANTED and that The Plaintiffs' Steering Committee's Motion for an Award of Attorney's Fees and Reimbursement of Expenses, along with all supporting memoranda and exhibits, which exceed the page limitation as allowed by the local rules and this Honorable Court, be filed into the record.

Dated: March 6, 2020

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com


Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Co-Liaison Counsel/*
*Plaintiffs' Executive Committee*

Brian Barr, Esq.
***LEVIN PAPANTONIO***
316 S. Baylen St.
Suite 600
Pensacola, FL   32502
Phone:   (850) 435-7045
Fax:   (850) 436-6044
Email:   bbarr@levinlaw.com

2

3

        Andy Birchfield, Esq.
        **B**EASLEY **A**LLEN
        P.O. Box 4160
        Montgomery, AL   36103
        Phone:   (334) 269-2343
        Fax:   (334) 954-7555
        Email:   andy.birchfield@beasleyallen.com

        *Plaintiffs' Executive Committee*