UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| ***ALL CASES*** | * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering The Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the Plaintiffs' Steering Committee's Motion for an Award of Attorney's Fees and Reimbursement of Expenses, along with all supporting memoranda and exhibits, be filed into the record herein.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge