UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *ALL CASES* | * * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**THE PLAINTIFFS' STEERING COMMITTEE'S
MOTION FOR AN AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES**

NOW COME the Plaintiffs' Steering Committee ("PSC") through its Executive Committee (Co-Lead and Co-Liaison Counsel), who moves this Court for an Order establishing an award of attorneys' fees and reimbursement of expenses for common benefit work performed in this litigation, all as more fully set forth in the attached memorandum in support.

WHEREFORE, mover prays that this motion be GRANTED and that the Court issue and Order establishing an award of attorneys' fees and reimbursement of expenses for common benefit work performed in this litigation.

Dated: March 6, 2020

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

1

2

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER
& WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Co-Liaison Counsel/*
*Plaintiffs' Executive Committee*

Brian Barr, Esq.
***LEVIN PAPANTONIO***
316 S. Baylen St.
Suite 600
Pensacola, FL   32502
Phone:   (850) 435-7045
Fax:   (850) 436-6044
Email:   bbarr@levinlaw.com


Andy Birchfield, Esq.
***BEASLEY ALLEN***
P.O. Box 4160
Montgomery, AL   36103
Phone:   (334) 269-2343
Fax:   (334) 954-7555
Email:   andy.birchfield@beasleyallen.com

*Plaintiffs' Executive Committee*

2