UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| *This document relates to ALL CASES* | * | MAG. JUDGE NORTH |

*******************************************

## ORDER

Considering the foregoing motion of the Plaintiffs' Steering Committee for an award of common benefit attorneys' fees and the reimbursement of common benefit expenses,

IT IS ORDERED that a hearing on this motion will be held on Thursday, March 19, 2020, immediately following the Xarelto MDL status conference scheduled for 9:00 a.m. that day; and

IT IS FURTHER ORDERED that any opposition briefs regarding this motion must be filed by Friday, March 13, 2020.

This done the _____ day of March, 2020, New Orleans, Louisiana.

 

_____
Honorable Eldon E. Fallon
United States District Judge