UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| ***ALL CASES*** | * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

# **O R D E R**

Considering The Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation, R. Doc. 17621;

**IT IS ORDERED** that the Motion be and is **GRANTED**. The Plaintiffs' Steering Committee's Motion for an Award of Attorney's Fees and Reimbursement of Expenses, along with all supporting memoranda and exhibits, are hereby filed into the record herein.

New Orleans, Louisiana, this 6th day of March, 2020.

_____
Eldon E. Fallon
United States District Court Judge