UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| ***ALL CASES*** | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on March 19, 2020, following the monthly status conference scheduled at 9:30 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on The Plaintiffs' Steering Committee's Motion for An Award of Attorneys' Fees and Reimbursement of Expenses, and for such other and further relief as the Court may deem just and appropriate.

Dated: March 6, 2020

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

1

2

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER
& WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Co-Liaison Counsel/*
*Plaintiffs' Executive Committee*

Brian Barr, Esq.
***LEVIN PAPANTONIO***
316 S. Baylen St.
Suite 600
Pensacola, FL   32502
Phone:   (850) 435-7045
Fax:   (850) 436-6044
Email:   bbarr@levinlaw.com


Andy Birchfield, Esq.
***BEASLEY ALLEN***
P.O. Box 4160
Montgomery, AL   36103
Phone:   (334) 269-2343
Fax:   (334) 954-7555
Email:   andy.birchfield@beasleyallen.com

*Plaintiffs' Executive Committee*