P. O.B. 5408 Sugarloaf CA 92386 (Attention: )

(951) 534-8277   (Phone Number)

1   Plaintiff,   in Pro Per

2   **UNITED STATES DISTRICT COURT**
    EASTERN **DISTRICT OF** LOUISIANA

3   In re: Xarelto Products Liability

4   Litigation   Brown, et al.,

5   Plaintiff,

6   vs.

7   Janssen Research &

8   Development LLC, et al.,

9

10   Defendant(s)

Case No.: MDL 2592
19-CV-14669 EEF-MBN

**DECLARATION IN SUPPORT OF**
Plaintiffs  Reply to Defendant's
(Exhibit A) opposition to
Appointment for Pro Bono Counsel.

11   TENDERED FOR FILING

12

13   MAR 06 2020  8

14   U.S. DISTRICT COURT
     Eastern District of Louisiana
     Deputy Clerk

Judge:   ELDON E. FALLON

15   Place:   MAG. JUDGE NORTH

16

17   I,   Barbara Brown

18   (declarant)   , declare as follows:

19   1.   I am the   Plaintiff   in the above entitled case.

20   2.   I have personal knowledge of the following facts, and, if called as a

21   witness, I could and would competently testify thereto.

22   3.   I discussed and attempted to resolve the issues raised in this motion

23   with the opposing counsel in this case on (date):   N/A

24   4.   I am not seeking Pro Bono Counsel to

25   represent myself in this legal action

26

27   5.   Lora Orozco is the only Plaintiff seeking

28   Pro Bono Counsel in this action.

6.   Plaintiff has lost every suit having No representation

SEE: Exhibit A

7. I, plaintiff, Barbara Brown, intend to voluntarily withdraw from this action pending appointment of counsel for Lora Orozco, co-plaintiff.

8. Lora Orozco has never litigated any case in any court in America and is struggling to understand and work this case.

9.

10.

11.

12.

13.

14.

15.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 5, 2020___, in ___Big Bear Lake, California___
(date of signing)                                    (city, state of signing)

___Barbara Brown___                    ___Barbara Brown, in Pro Per___
(Print Name)                                      (Signature)

Name: Barbara Brown
Address: P.O. Box 5408
        Sugarloaf, CA 92386
Phone: (951) 534-8277
Fax:
In Pro Per

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Xarelto Products
Liability Litigation
        Brown, et al., **Plaintiff**

v.

Janssen Research & Development
LLC, et al. **Defendant(s).**

CASE NUMBER: MDL 2592
19-CV-14669 EEF-MBN

Plaintiff's Reply to Defendant's
(Exhibit A) Opposition to. Appointment
**TITLE OF PLEADING**
for Pro Bono Counsel.

        Comes now, Barbara Brown, plaintiff herein
Submit this Reply to Defendant's (Exhibit A) Opposition
to Appointment for Pro Bono Counsel, in connection
with plaintiff, Lora Orozco's application for pro bono
Counsel.

        Lora Orozco is the only Plaintiff in this
action Seeking pro bono counsel.
        I, Barbara Brown, co-Plaintiff, intend to
withdrawl from this action due to my case load
of personal other civil actions in California & scaTUS,
pending the approval for pro bono Counsel for
the surviving plaintiff, Lora Orozco.

TENDERED FOR FILING

MAR 06 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1

2  Barbara Brown _____ (Full Name)

3  P.O. Box 5408 _____ (Address Line 1)

4  Sugarloaf, CA 92386 _____ (Address Line 2)

5  (951) 534-8277 _____ (Phone Number)

   Plaintiff _____ in Pro Per

6  (indicate Plaintiff or Defendant)

7

8

9              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
10

11  In re: Xarelto Products Liability

12  Litigation    Brown, etal ,     Case No.: MDL 2592

13           Plaintiff,              19-CV-14669 EEF-MBN

14      vs.                          PROOF OF SERVICE BY MAIL

15  Janssen Research &

16  Development LLC, et al.

17  _____

18  _____

19  _____ ,

20           Defendant(s).

21  _____

22

23  I, Barbara Brown _____ , declare as follows:
              (name of person serving documents)

24

25  My address is  397 Wabash Ave. Sugarloaf CA 92386

26  _____ , which is located in the

    county where the mailing described below took place.

27  TENDERED FOR FILING

28

    MAR 06 2020        ✓

    U.S. DISTRICT COURT                1
    Eastern District of Louisiana   Proof of Service

1
2  On _March 5, 2020_, I served the document(s) described as:
   (date of mailing)

3  _Plaintiff's Reply to Defendants (Exhibit A) opposition to_
4  _Appointment of Pro Bono Counsel_
   (list the names of the documents you are mailing)
5
6
7
8
9
10
11
12  on all interested parties in this action by placing a true and correct copy thereof in
13  a sealed envelope, with first-class postage prepaid thereon, and deposited said
14  envelope in the United States mail at or in _Big Bear Lake, CA 92315_,
15  addressed to:                                    (city and state of mailing)

16  _Faegre Drinker Biddle & Reath LLP_ (name)    _Lora Orozco_ (name)
17  _608 Campus Dr - Attn. Chanda Miller_          _P.O. Box 1262 Fort Jones CA 96032_ (address)
    _Florham Park, NJ 07932_ (address)
18  _Alice Brown_ (address)                        _Arnold & Porter LLP Attn: Joah Godard_ (address)
19  _P.O. Box 60 Crescent City, CA 95531_ (address) _250 W. 55th St._ (address)
20                                                  _NY, NY 10019_
21  I declare under penalty of perjury that the foregoing is true and correct.

22  Executed on _March 5, 2020_    at _Big Bear Lake, California_.
23            (date)                  (city and state of signing)
24            _Barbara Brown_
              (sign)
25            _Barbara Brown_
26            (print name)
27
28

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

EP13F July 2013   OD: 12.5 x 9.5

PS 10001000006

EMS

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

↑ PEEL FROM THIS CORNER

‡ Money Back Guarantee for U.S. destinations only.

**UNITED STATES POSTAL SERVICE®**

## PRIORITY MAIL EXPRESS®

**FROM:** (please print)

Barbara Brown, in pro per
P.o. Box 5408
Sugarloaf, CA 92386

PHONE ( 951 ) 534-8274

**TO:** (please print)

U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA
ZIP + 4® (U.S. ADDRESSES ONLY)
7 0 1 3 0 -

**DELIVERY OPTIONS** (Customer Use Only)

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

Scheduled Delivery Date (MM/DD/YY) 3/6/20

Date Accepted (MM/DD/YY) 3/5/20

Time Accepted 11:55   ☐ AM ☑ PM

Scheduled Delivery Time
☐ 10:30 AM  ☑ 3:00 PM
☐ 12 NOON

Postage
$ 26.35

Weight   ☐ Flat Rate
lbs.   oz.

10:30 AM Delivery Fee   Return Receipt Fee

Special Handling/Fragile   Sunday/Holiday Premium Fee

Insurance Fee   COD Fee

Live Animal Transportation Fee

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Acceptance Employee Initials

Total Postage & Fees
$ 26.35

U.S. POSTAGE PAID
PME
BIG BEAR CITY, CA
92314
MAR 05, 20
AMOUNT
**$26.35**
R2305H131071-07

EE 354 827 712 US

70130

**PRESS FIRMLY TO SEAL**

LABEL 11-B, JULY 2013

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may
be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY
# ★ MAIL ★
# EXPRESS™

**FLAT RATE ENVELOPE**

ONE RATE ★ ANY WEIGHT*

EP13F July 2013
OD: 12.5 x 9.5

1000 1000 0006

u Park Guaranteo tu 110



SAME GREAT
EXPRESS MAIL®
SERVICE, WITH
A NEW NAME

**UNITED STATES**
**POSTAL SERVICE**®



★★ GUARANTEED*
★★ TRACKED
★★ INSURED