Lora Orozco (Full Name)

_____ (Email Address)

PO Box 1262 (Address Line 1)

Fort Jones, CA 96032 (Address Line 2)

(530) 905-1266 (Phone Number)

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, ALICE BROWN, LORA OROZCO

Plaintiffs,

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC, BAYER CORPORATION, JOHNSON & JOHNSON, INC.,

Defendant(s).

MDL NO.: 2592
Case No.: 19-cv-14669 EEF-MBN
SECTION L  MAG. JUDGE NORTH

PLAINTIFF's (indicate Plaintiff or Defendant)

**EX PARTE APPLICATION FOR APPOINTMENT OF PRO BONO COUNSEL**

## TO THE HONORABLE COURT:

I, (name) Lora Orozco, the ☒ Plaintiff ☐ Defendant in this case, hereby apply to the Court ex parte for (describe your urgent request): appointment of pro bono counsel. I need the assistance of counsel to correct deficiencies in PFS and PPCF filings to avoid motions to dismiss by the defendants to be filed in 23 days for failure to comply with CMO 11.

1
Ex Parte Application

TENDERED FOR FILING
FEB 24 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Plaintiff Alice Brown contacted the opposing counsel/unrepresented party and informed him or her of this ex parte request. (*See* Decl. ¶ 3.) Opposing counsel/unrepresented party: Chanda Miller (Attorney for Janssen Research & Development) (and Johnson & Johnson, Inc.)

☒ indicated that he or she would oppose the ex parte application.

Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

While Attorney Chanda Miller was adamantly opposed to the ex parte application, she refused to state any reasons for her opposition. She would only say, "Defendants will provide a reason." (But NOT to Plaintiffs?!). God only knows!

☐ indicated that he or she would not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party: _____

Plaintiff Alice Brown contacted the opposing counsel/unrepresented party and informed him or her of this ex parte request. (*See* Decl. ¶ 3.) Opposing counsel/unrepresented party: Joan Goddard (Attorney for Bayer Corporation)

☒ indicated that he or she would oppose the ex parte application.

Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

Attorney Joan Goddard would only mimic the words and attitude of Attorney Chanda Miller stating, "We're not able to consent" and "The same as Janssen." (Meaning Attorney Chanda Miller).

☐ indicated that he or she would not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party: _____

☐   other. *(Explain.)* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

This ex parte application is based upon a Memorandum of Points and Authorities, Declaration in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

DATED: February 18, 2020

By: _____Lora Orozco_____
(sign)

_____Lora Orozco_____
(print name)

__Plaintiff__ in Pro Per
(indicate Plaintiff or Defendant)

4
Ex Parte Application