Lora Orozco _____ (Full Name)

_____ (Email Address)

PO Box 1262 _____ (Address Line 1)

Fort Jones, CA 96032 (Address Line 2)

(530) 905-1266 _____ (Phone Number)

Plaintiff _____ in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| BARBARA BROWN, ALICE BROWN, LORA OROZCO, Plaintiffs, vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, BAYER CORPORATION, JOHNSON & JOHNSON, INC., Defendant(s). | MDL NO: 2592<br>Case No.: 19-CV-14669 EEF-MBN<br>SECTION L   MAG. JUDGE NORTH<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR APPOINTMENT OF PRO BONO COUNSEL** |
|---|---|

I, (name) Lora Orozco _____, declare as follows:

1. I am the ☒ Plaintiff ☐ Defendant in the above-entitled case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. Plaintiff Alice Brown contacted the opposing counsel/unrepresented party on 2/18/2020 (date) to give notice that I would be filing this ex parte application.

10
Page Number

Declaration

TENDERED FOR FILING

FEB 24 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

4. The contact information of the opposing counsel/unrepresented party is as follows:

**Opposing Counsel/Unrepresented Party 1**

Name: Chanda Miller

Phone number: (215) 988-1197

Address: Faegre Drinker Biddle & Reath LLP
600 Campus Drive Florham Park, NJ 07932

Email address: chanda.miller@faegredrinker.com

**Opposing Counsel/Unrepresented Party 2**

Name: Joan Goddard

Phone number: (212) 836-7429

Address: Arnold & Porter LLP
250 West 55th street New York, NY 10019

Email address: joan.goddard@arnoldporter.com

5. Opposing counsel/unrepresented party informed me that he or she:

☒ will oppose the ex parte application. Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

Both opposing counsels refused to disclose their reasons for their oppositions to the ex parte application.

---
11
Page Number

Declaration

☐ will not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach the opposing counsel/unrepresented party: _____

¶#6. I am unable to hire an attorney to represent me in this matter due to my Social Security Disability Income. My sole monthly income is $958.00. The income is being used to sustain life, sustain housing, sustain transportation, pay utilities, pay bills, maintain car insurance, buy food and other necessities. Plaintiff Alice Brown's sole monthly income is $943.72 Supplemental Security Income. Plaintiff Barbara Brown's sole monthly income is $963.72 SSI and SSD.

¶#7. I am unable to locate an attorney to perform pro bono representation for me in this case or to represent me on a contingency basis. Even "Legal Shield" will not and cannot offer legal assistance due to their policy that states they cannot assist with pre-existing litigation.

Declaration

¶#8. I am 82 years old. I am not an attorney. I have never attended law school or have taken any online courses/classes for law school. I am legally incompetent and incapable of comprehending the complex legal documents, orders, legal procedures and legal jargon. Due to my advanced age and legal inexperience the likelihood of success without the assistance of counsel will be slim to none.

¶#9. My son, Dexter Brown, experienced a brain hemorrhage on September 12, 2018 after taking Xarelto for seven months. Two months later he was dead. He was 55 years old. A mother should never have to outlive her child. Too many people have suffered the same fate as my son due to the use of Xarelto. My son was wronged. I was wronged. My whole family was wronged.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/18/2020__, in __Fort Jones, California__.
(date of signing) (city, state of signing)

__Lora Orozco__
(signature)

__Lora Orozco__
(name)

__Plaintiff__ in Pro Per
(indicate Plaintiff or Defendant)

13
Page Number

Declaration