## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
**PLAINTIFF(S)**

**VERSUS**

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.
**DEFENDANT(S)**

CIVIL ACTION
MDL NO. 2592
No. 19-cv-14669 EEF-MBN

SECTION: L
MAG. JUDGE NORTH

### ORDER

Considering the Motion For Appointment of pro bono Counsel,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**

TENDERED FOR FILING



FEB 24 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

14