MINUTE ENTRY
FALLON, J.
MARCH 10, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone call was held on this date from the Chambers of the Honorable Eldon E. Fallon. Andy Birchfield participated on behalf of Plaintiffs. Susan Sharko and Steven Glickstein participated on behalf of Defendants. The parties discussed the upcoming Monthly Status Conference and Show Cause Hearings. Accordingly, at the request of the parties;

**IT IS ORDERED** that the March 19, 2020 *Xarelto* monthly status conference is hereby **RESCHEDULED** to April 16, 2020 at 9:30 a.m., with a 9:00 a.m. pre-meeting for Plaintiffs' and Defendants' Steering Committees.

**IT IS FURTHER ORDERED** that the March 19, 2020 *Xarelto* show cause hearings are hereby **RESCHEDULED** to April 16, 2020 at 9:30 a.m. following the monthly status conference.

**IT IS FURTHER ORDERED** that the hearing on the Plaintiffs' Steering Committee's Motion for Attorney Fees, R. Doc. 17623, **REMAINS SCHEDULED** for March 19, 2020 at 9:30 a.m. in the Courtroom of the Honorable Eldon E. Fallon. Only the parties involved in the Motion, and any opposition, are required to attend this hearing.

**IT IS FURTHER ORDERED** that the April 21, 2020 *Xarelto* monthly status conference is hereby **CANCELLED**.

JS10 (00:07)