UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**HARRY NICOLAI**
Civil Action No. **2:19-cv-04894**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OR RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Harry Nicolai**,** which occurred on December 9, 2019. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and is incorporated herein by reference.

Dated: March 17, 2020

Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
Bruce@FoxLawTN.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              /s/ *Bruce D. Fox*
                                                Bruce D. Fox (TN Bar No. 008965)