# **EXHIBIT A**

WHEN THIS COPY CARRIES THE RAISED SEAL OF THE STATE OF NEBRASKA, IT CERTIFIES THE DOCUMENT BELOW TO BE A TRUE COPY OF THE ORIGINAL RECORD ON FILE WITH THE NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, VITAL RECORDS OFFICE, WHICH IS THE LEGAL DEPOSITORY FOR VITAL RECORDS



DATE OF ISSUANCE
12/18/2019

LINCOLN, NEBRASKA

RUSSELL FOSLER
ASSISTANT STATE REGISTRAR
DEPARTMENT OF HEALTH
AND HUMAN SERVICES

19 15821

## STATE OF NEBRASKA - DEPARTMENT OF HEALTH AND HUMAN SERVICES
## CERTIFICATE OF DEATH

| 1. DECEDENT'S NAME (First, Middle, Last, Suffix) Harry Bernard Nicolai | 2. SEX Male | 3. DATE OF DEATH (Mo., Day, Yr.) December 9, 2019 |
|---|---|---|

| 4. CITY AND STATE OR TERRITORY, OR FOREIGN COUNTRY OF BIRTH Chippewa Falls, Wisconsin | 5a. AGE - Last Birthday (Yrs.) 73 | 5b. UNDER 1 YEAR MOS. DAYS | 5c. UNDER 1 DAY HOURS MINS. | 6. DATE OF BIRTH (Mo., Day, Yr.) ▇▇▇ |
|---|---|---|---|---|

| 7. SOCIAL SECURITY NUMBER ▇▇▇▇▇▇ | 8a. PLACE OF DEATH HOSPITAL [X] Inpatient ☐ ER/Outpatient ☐ DOA | OTHER ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other (Specify) | ☐ Hospice Facility |
|---|---|---|---|

| 8b. FACILITY NAME (If not institution, give street and number) Mary Lanning Healthcare |
|---|

| 8c. CITY OR TOWN OF DEATH (Include Zip Code) Hastings 68901 | 8d. COUNTY OF DEATH Adams |
|---|---|

| 9a. RESIDENCE-STATE Nebraska | 9b. COUNTY Adams | 9c. CITY OR TOWN Hastings |
|---|---|---|

| 9d. STREET AND NUMBER ▇▇▇▇▇ | 9e. APT. NO. | 9f. ZIP CODE 68901 | 9g. INSIDE CITY LIMITS [X] YES ☐ NO |
|---|---|---|---|

| 10a. MARITAL STATUS AT TIME OF DEATH [X] Married ☐ Never Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☐ Unknown | 10b. NAME OF SPOUSE (First, Middle, Last, Suffix) If wife, give maiden name Linda Sather |
|---|---|

| 11. FATHER'S NAME (First, Middle, Last, Suffix) Bernard Nicolai Sr | 12. MOTHER'S NAME (First, Middle, Maiden Surname) Geraldine Augustine |
|---|---|

| 13. EVER IN U.S. ARMED FORCES? Give dates of service if Yes. (Yes, No, or Unk.) No | 14a. INFORMANT-NAME Linda Nicolai | 14b. RELATIONSHIP TO DECEDENT Wife |
|---|---|---|

| 15. METHOD OF DISPOSITION ☐ Burial ☐ Donation [X] Cremation ☐ Entombment ☐ Removal ☐ Other (Specify) | 16a. EMBALMER-SIGNATURE Not Embalmed | 16b. LICENSE NO. | 16c. DATE (Mo., Day, Yr.) December 12, 2019 |
|---|---|---|---|

| 16d. CEMETERY, CREMATORY OR OTHER LOCATION BV Cremation Center | CITY / TOWN Hastings | STATE Nebraska |
|---|---|---|

| 17a. FUNERAL HOME NAME AND MAILING ADDRESS (Street, City or Town, State) Livingston-Butler-Volland Funeral Home. 1225 N. Elm. Hastings. Nebraska | 17b. Zip Code 68901 |
|---|---|

### CAUSE OF DEATH (See instructions and examples)

| 18. PART I. Enter the chain of events--diseases, injuries, or complications-that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary. | APPROXIMATE INTERVAL |
|---|---|
| **IMMEDIATE CAUSE (Final disease or condition resulting in death)** IMMEDIATE CAUSE: a) Sepsis | onset to death 7 Days |
| Sequentially list conditions, if any, leading to the cause listed on line a. DUE TO, OR AS A CONSEQUENCE OF: b) Severe Herpes Zoster | onset to death 10 Days |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST DUE TO, OR AS A CONSEQUENCE OF: c) Right Mastoiditis | onset to death 3 Weeks |
| DUE TO, OR AS A CONSEQUENCE OF: d) | onset to death |

| 18. PART II. OTHER SIGNIFICANT CONDITIONS-Conditions contributing to the death but not resulting in the underlying cause given in PART I. Chronic Myelogenous Leukemia, Acute Kidney Injury, Chronic Kidney Disease, Acute Hepatitis, Acute On Chronic Combined Systolic And Diastolic Congestive Heart Failure | 19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? ☐ YES [X] NO |
|---|---|

| 20. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 21a. MANNER OF DEATH [X] Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be determined | 21b. IF TRANSPORTATION INJURY ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) | 21c. WAS AN AUTOPSY PERFORMED? ☐ YES [X] NO 21d. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? ☐ YES ☐ NO |
|---|---|---|---|

| 22a. DATE OF INJURY (Mo., Day, Yr.) | 22b. TIME OF INJURY | 22c. PLACE OF INJURY-At home, farm, street, factory, office building, construction site, etc. (Specify) |
|---|---|---|

| 22d. INJURY AT WORK? ☐ YES ☐ NO | 22e. DESCRIBE HOW INJURY OCCURRED |
|---|---|

| 22f. LOCATION OF INJURY - STREET & NUMBER, APT.NO. | CITY/TOWN | STATE | ZIP CODE |
|---|---|---|---|

| 23a. DATE OF DEATH (Mo., Day, Yr.) December 9, 2019 | 24a. DATE SIGNED (Mo., Day, Yr.) | 24b. TIME OF DEATH |
|---|---|---|
| 23b. DATE SIGNED (Mo., Day, Yr.) December 10, 2019 | 23c. TIME OF DEATH 07:16 AM | 24c. PRONOUNCED DEAD (Mo., Day, Yr.) | 24d. TIME PRONOUNCED DEAD |
| Julie Fletcher, MD | 24e. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) |

| 25. DID TOBACCO USE CONTRIBUTE TO THE DEATH? [X] YES ☐ NO ☐ PROBABLY ☐ UNKNOWN | 26a. HAS ORGAN OR TISSUE DONATION BEEN CONSIDERED? [X] YES ☐ NO | 26b. WAS CONSENT GRANTED? Not Applicable if 26a is NO ☐ YES [X] NO |
|---|---|---|

| 27. NAME, TITLE AND ADDRESS OF CERTIFIER (Type or Print) Julie Fletcher, MD, 715 N St Joseph Ave, Hastings, Nebraska, 68901 |
|---|

| 28a. REGISTRAR'S SIGNATURE | 28b. DATE FILED BY REGISTRAR (Mo., Day, Yr.) December 13, 2019 |
|---|---|

0602258