UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**HARRY NICOLAI**
Civil Action No. **2:19-cv-04894**

## *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Linda Nicolai, by and through the undersigned counsel of record, and moves this Court for an Order substituting Linda Nicolai on behalf of decedent Harry Nicolai**.** This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. At the request of our client Harry Nicolai to act on his behalf, this present action was filed on March 29, 2019**.**

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3. Plaintiff's counsel was notified on February 6, 2020, by Linda Nicolai, widow, that he died on December 9, 2019.

4. Harry Nicolai's, product liability action against defendants survived his death and was not extinguished.

5. Plaintiff's Counsel filed a Notice and Suggestion of Death on or about March 17, 2020 [Doc. 17630 and Doc. 17630-1].

6. Linda Nicolai, surviving widow of plaintiff-decedent, is a proper party to substitute

for plaintiff-decedent Harry Nicolai and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Linda Nicolai, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: March 17, 2020    Respectfully submitted,

**FOX & FARLEY**

/s/ *Bruce D. Fox*
Bruce D. Fox (TNBPR# 008965)
brucefox@foxandfarleylaw.com
John A. Willis (TNBPR# 18468)
johnwillis@foxandfarleylaw.com
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TNBPR# 008965)