UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| *This document relates to ALL CASES* | * | MAG. JUDGE NORTH |

*******************************************

## ORDER

Considering the foregoing motion of the Plaintiffs' Steering Committee for an award of common benefit attorneys' fees and the reimbursement of common benefit expenses, R. Doc. 17623;

On March 6, 2020, the Court ordered that any opposition briefs regarding this motion be filed by Friday, March 13, 2020. Given that no opposition has been filed, **IT IS ORDERED** that the hearing on this motion scheduled for Thursday, March 19, 2020 at 9:30 a.m. is hereby **CANCELLED**. The Court will take the motion under advisement.

New Orleans, Louisiana, this 17th day of March, 2020.

_____
United States District Judge