UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Harry Nicolai v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-4894

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17631, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Linda Nicolai, surviving spouse of Harry Nicolai, is substituted for Harry Nicolai as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of March, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE