UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>MDL NO. 2592 |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | SECTION "L" (5) |

_____

**RULE 54(B) JUDGMENT**

In accordance with the Court's Order and Reasons issued on March 23, 2020, R. Doc. 17634, and pursuant to Federal Rule of Civil Procedure 54(b);

**IT IS ORDERED, ADJUDGED, AND DECREED** that the common benefit fees be awarded in the amount of 12 percent of the Settlement funds, which will total less than $93,000,000 once the claimants enrolled in the Alternative Resolution Program and those who receive awards of $5,000 or less are removed from the calculation. In the event that interest has accumulated on this sum, the interest shall be distributed pro rata.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that common benefit costs be awarded in the amount of 2.75 percent of the Settlement funds to cover costs and expenses.

New Orleans, Louisiana, this 2nd day of April, 2020.

                                                                                  _____
                                                                                  ELDON E. FALLON
                                                                                  UNITED STATES DISTRICT JUDGE