1  Name: Lora Orozco

2  Address: PO Box 1262

3  Fort Jones, CA 96032

4  Phone: (530) 905-1266

5  Fax:

6  In Pro Per

7

8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF LOUISIANA**

9  BARBARA BROWN, ALICE BROWN,     CASE NUMBER: 19-cv-14669 EEF-MBN

10  LORA OROZCO,                    MDL NO: 2592

11                    Plaintiffs     SECTION L   MAG. JUDGE NORTH

12            v.

13  JANSSEN RESEARCH & DEVELOPMENT,      PLAINTIFF'S
    LLC, BAYER CORPORATION,           EX PARTE APPLICATION
14  JOHNSON & JOHNSON, INC.,           FOR RECONSIDERATION

15                    Defendant(s).

16       I, Lora Orozco, one of the Plaintiffs in this case,

17  hereby apply to the Court ex parte for reconsideration of

18  Plaintiff's Ex Parte Application For Appointment of pro bono

19  counsel (Doc. 17626) on the grounds that the Order was

20  entered on the basis of a mistake and errors of fact as

21  follows:

22       1) The Court wrongly stated in its Order (Doc. 17629)

23  "Plaintiffs themselves admit that they do not know if any

24  documents, particularly medical records, exist to support their

25  claim..."

26

27       a) The truth is that Dexter Brown resided with me

28  in my rented home at the time of the administration of

TITLE OF DOCUMENT: FOR RECONSIDERATION   CASE NO.: 19-CV-14669 EEF

1

Xarelto and on September 12, 2018, Dexter experienced a brain hemorrhage due to the use of Xarelto. "THE PLAINTIFFS" never admitted they do not know if any medical records exist to support their claim. I have the records from the first usage of Xarelto to the last usage of Xarelto. They were not attached to the original motion because I had not received them when I filed the motion in February 2020.

b) I do not have the medical records prior to October 1, 2017, almost one year before the Xarelto injury to Dexter Brown, but I always knew that I could and would obtain all medical records to support my claim because the Xarelto use medical records do exist.

c) Dexter Brown was not homeless at the time of his Xarelto injury. This error of fact by the Court's order must have been supplied to the Court by the Defendants in some kind of ex parte communication directly or indirectly to the Court as a fraud upon the Court to sway the Court to DENY my motion.

2) BY the time the Order (Doc. 17629) was issued, all medical records and pharmacy records for Dexter Brown were already posted on the BrownGreer portal. The Court should have reviewed the medical records instead of relying on false information provided by (Defendants?) which caused the Court to issue its order basing it on mistakes and errors of fact. The medical records were for the last year of Dexter's life.

a) Newly discovered evidence came to me by way of Dexter's medical record that claims ER doctors administered a drug to counteract the effect of Xarelto that caused the

TITLE OF DOCUMENT: FOR RECONSIDERATION   CASE NO.: 19-cv-14669 EEF

2

1  Cerebral hemorrhage in Dexter Brown on September 12, 2018. The
2  Court should allow the newly discovered evidence now, as
3  excusable neglect to combat the fraud by (Defendants?). See
4  attached documents from Dexter's medical records relating to
5  Xarelto use. (See Exhibit A).
6     3) The Court wrongly stated, "Plaintiffs have not demonstrated
7  that their case presents "exceptional circumstances," that would
8  warrant the appointment of counsel."
9     a) MDL is very complex and confusing and I have been
10  unable to investigate and present this case adequately due to
11  my ignorance of court procedures and inability to comprehend the
12  400 pages of orders sent to me by this Court.
13     b) Due to the Coronavirus Disease and COVID-19, I
14  am unable to obtain a physician to render a Rule 26(a)(2) report
15  specifying a causation opinion which is due in 34 days. Doctors
16  have reported to me that their main focus is treating COVID-19
17  patients. I need pro bono counsel to obtain the report for my evidence.
18  Date: 3/26/2020          Sign Name: _Lora Orozco_
19                           Print Name: _Lora Orozco_
20
21     Both Counsel for Defendants were contacted by telephone on
22  March 26, 2020 and stated they do not consent to reconsideration.
23
24
25
26
27
28

TITLE OF DOCUMENT: FOR RECONSIDERATION  CASE NO.: 19-CV-14669 EEF

3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
**PLAINTIFF(S)**

**VERSUS**

JANSSEN RESEARCH &
DEVELOPMENT, et al.,
**DEFENDANT(S)**

**CIVIL ACTION**

No. 19-cv-14669 EEF

**SECTION:** L

## ORDER

Considering the Motion FOR RECONSIDERATION ,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this_____ day of _____, 2020.

_____
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** BARBARA BROWN, et al v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al

2. **Case Number:** 19-CV-14669 EEF-MBN

3. **What documents were served?** *[Write the full name or title of the document or documents]* PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION

4. **How was the document served?** *[check one]*

   ☒ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   FAEGRE DRINKER BIDDLE & REATH LLP

   600 CAMPUS DRIVE

   FLORHAM PARK, NJ 07932

   ATTN: CHANDA MILLER

   ARNOLD & PORTER LLP

   250 WEST 55th STREET

   NEW YORK, NY 10019

   ATTN: JOAN GODDARD

6. **When were the documents sent?** MARCH 26, 2020

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Alice Brown*

   Name: ALICE BROWN

   Address: PO BOX 60

   CRESCENT CITY, CA 95531

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.

2. **Case Number:** 19-CV-14669 EEF-MBN

3. **What documents were served?** *[Write the full name or title of the document or documents]* PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION

4. **How was the document served?** *[check one]*

   [X] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   BARBARA BROWN
   PO BOX 5408
   SUGARLOAF, CA 92386
   PLAINTIFF

   LORA OROZCO
   PO BOX 1262
   FORT JONES, CA 96032
   PLAINTIFF

6. **When were the documents sent?** MARCH 26, 2020

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: Alice Brown

   Name: ALICE BROWN

   Address: PO BOX 60
   CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**

# Discharge Instructions

**Fairchild Medical Center**
personal service | precise technology

| | | | |
|---|---|---|---|
| Pt Name: | Brown, Dexter | Acct No: | 30064182 |
| Pt ID: | 0100098646 | Age/Sex: | 54Y / M |

**Discharge Assessment And Instruction**

Entered By :Catherine Schieber, RN on 02/21/2018

## STOP TAKING THESE MEDICATIONS

**If you have questions about your medications, please ask your physician or nurse.**

hydrALAZINE 25 mg Tablet
take 1 tablet by mouth twice a day with food

pantoprazole (ProTONIX) 40 mg tablet,delayed release (DR/EC) 1 tablet
Oral daily

cloNIDine HCl 0.1 mg Tablet
take 1 tablet by mouth twice a day

## DISCHARGE MEDICATIONS (Take these medications after Discharge)

**Scheduled Medications**

| Medication | Last Dose Taken |
|---|---|
| amLODIPine 10 mg Tablet 1 tablet Oral daily | Not given |
| lisinopril 40 mg Tablet 1 tablet Oral daily | Not given |
| metFORMIN 500 mg Tablet 1 tablet Oral twice a day during meal ; take 1 tablet by mouth twice a day every morning and every evening MEALS | 2/21/18  0800 |
| metoprolol tartrate 50 mg Tablet 1 tablet Oral twice a day | 2/21/18 0815 |
| traZODone 100 mg Tablet 1 tablet Oral daily at bedtime  NEED RX | Not given |
| levofloxacin (LevaQUIN) 750 mg Tablet 1 tablet Oral daily  6 days | 2/21/18  1203 |
| docusate sodium 100 mg Capsule 1 capsule Oral three times a day | Not given |
| rivaroxaban (Xarelto) 20 mg Tablet 1 tablet Oral daily | 2/20/18 9:00 pm |
| pramipexole 0.5-2 mg Tablet 1 tablet Oral bedtime  NEED RX | 2/20/18 9:00 pm |
| gabapentin 300 mg Capsule 1 capsule Oral twice a day | Not given |

ePrescribed-sent to this pharmacy
RITE AID-807 S MAIN ST.
807 SOUTH MAIN STREET
YREKA, CA 960973374

FLOMAX Hmg po  NEED RX

© 2014-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

*A*

# Discharge Instructions

**Fairchild Medical Center**
personal service : precise technology

| | | | |
|---|---|---|---|
| **Pt Name:** | Brown, Dexter | **Acct No:** | 30064182 |
| **Pt ID:** | 0100098646 | **Age/Sex:** | 54Y / M |

**Discharge Assessment And Instruction**

Entered By :Catherine Schieber, RN on 02/21/2018

Notify Physician For:    Fever or chills

Temperature over 100.5 lasting more than 8 hours

Nausea and/or vomiting more than 3 times or longer than 24 hrs, not relieved with anti-nausea medication

Diarrhea in large quantity or more than 3-4 bowel movements in 24 hours

Constipation, no bowel movement in 3 days or longer

Shortness of breath

Chest pain

Redness, swelling, warmth, pain at IV access/device site

Redness, swelling, warmth around incision        Bleeding or drainage from incision

Severe weakness or tiredness

Severe pain that pain medication does not control

If symptoms worsen contact your health care provider or call 911

**Discharge Instructions**

Take Xeralto ( blood Thinner) and Levaquin ( both new meds) as prescribed take other meds as prescribed

DO NOT take ASPIRIN because you are already on blood thiiner called Xarelto

PCP and Cardiology and PSYCH f/u in 2-4 weeks

**Education Suggested by CEHRT        Yes**

**Patient Education**

© 2014-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.



# FAIRCHILD
## MEDICAL CLINIC

| | |
|---|---|
| Patient: | Dexter Brown |
| Date of Birth: | 05/31/1963 |
| MRN: | 000001502176 |
| Date: | 02/21/2020 08:57 AM |

## Active Medications

| Medication Name | Directions | Start Date | Rx Comment |
|---|---|---|---|
| Stool Softener 100 mg tablet | take 1 tablet by oral route every day at bedtime as needed | 11/08/2017 | taking as directed |
| hydrocortisone 2.5 % topical cream | apply by topical route 2 times every day to the affected area(s) on torso | 03/09/2018 | taking as directed |
| lisinopril 40 mg tablet | take 1 tablet by oral route every day | 05/04/2018 | taking as directed |
| amlodipine 10 mg tablet | take 1 tablet by oral route every day | 05/04/2018 | taking as directed |
| metoprolol tartrate 50 mg tablet | take 1 tablet by oral route every 12 hours with meals | 06/04/2018 | taking as directed |
| XARELTO 20 MG TABLET | take 1 tablet by mouth once daily | 06/28/2018 | taking as directed |
| gabapentin 300 mg capsule | take 1 capsule by oral route 2 times every day | 06/29/2018 | taking as directed |
| clonidine HCl 0.1 mg tablet | take 1 tablet by oral route 2 times every day | 07/05/2018 | taking as directed |
| metformin 500 mg tablet | take 1 Tablet by oral route 2 times every day with morning and evening meals | 07/09/2018 | taking as directed |
| pramipexole 0.5 mg tablet | take 2 tablet by oral route every day | 07/27/2018 | taking as directed |
| hydrochlorothiazide 25 mg tablet | take 1 tablet by oral route every day | 08/06/2018 | taking as directed |
| furosemide 40 mg tablet | take 1 Tablet by oral route every day | 08/16/2018 | |
| potassium chloride ER 20 mEq tablet,extended release | take 1 tablet by oral route every day with food | 08/16/2018 | |

## Allergies
No known allergies.

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Document Generated by: Amanda St Germain 02/21/2020 08:57 AM

**Fairchild Medical Clinics**
**475 Bruce Street**
**Yreka, CA 96097**
**(530) 842-3507**

| Altered Mental Status - ED Provider Note |
| --- |

continued from previous page

**Collected On: 09/12/2018 12:32**

There is no displaced fracture. IMPRESSION: 1. Acute subarachnoid and intraventricular hemorrhage. This is most likely due to aneurysm rupture. Possible developing obstructive hydrocephalus. End of Report ORDERED BY: JEFFREY EVANS, DO READ BY: REBECCA DYSON, MD on Sep 12 2018 1:32P SIGNED BY: REBECCA DYSON, MD on Sep 12 2018 1:32P 418924

Radiology Findings Discussed with Patient and/or Family Yes

**Consults**

Consultations Call Time 9/12/2018 13:38, Provider Name/Group Dignity Redding transfer center, Details Discussed all of the details of the case with the transfer center..

Consultations Call Time 9/12/2018 13:40, Provider Name/Group Dr. Wolfe, Details Discussed all of the details of the case with the oncall ER Provider. He will accept. .

Consultations Call Time 9/12/2018 13:54, Provider Name/Group Pt's family, Details Pt's family states that the patient is a full code. .

**ED Course**

ED Course Time 9/12/2018 12:32, Clinical Status Stable, Findings This is a morbidly obese Caucasian male who is brought to us by EMS. Family noted earlier today decreased level of consciousness and that the patient was incontinent of urine. He is Glasgow Coma Scale of 14, and will respond to simple questions yes or no. He can follow simple commands. No lateralizing neuro signs are noted at this time. He is a hypertensive, diabetic patient on antihypertensives and Xarelto. At time of arrival the emergency room blood pressures greater than 200 systolic..

ED Course Time 9/12/2018 13:22, Clinical Status Stable, Findings Radiologist read on head CT is noted..

ED Course Time 9/12/2018 13:26, Findings 10 mg alert labetalol IV slow push was given, 2500 units of prothrombin complex concentrate is given IV..

ED Course Time 9/12/2018 14:53, Clinical Status Getting Worse, Findings Patient seems to have decompensated in terms of his alertness, now has some dry heaves and retching. My concern is for further deterioration in route. Helicopter team just arrived gave him the option of intubating him here or intubating him in route we all opted to do it now. See intubation note and OG tube note. No difficulty was encountered either with intubation or orogastric tube placement. Vent settings will be per transfer team..

**Diagnostic Impression**

Problem Obstructive Hydrocephalus, Subarachnoid Hemorrhage, Diabetes Mellitus Type 2 in Obese, Peripheral Circulatory Disorder from Type II Diabetes Mellitus.

Freetext Problem Below the knee amputation on the right, old.

Medical Decision Making Patient is a 55 y/o male who presents to the ED today brought in via EMS for AMS, onset today. Patient lives with his mother, she called EMS today. Per EMS, pt with similar presentations on past EMS calls. On exam patient is not answering questions but he is following commands. Per family, pt has otherwise been normal, although has experienced urinary incontinence over the past two days. Hx of bipolar disorder and DM.

Exam shows a morbidly obese CM, non-verbal but following commands with poor respiratory effort, hypoactive bowel sounds, 2+ pitting edema on the LLE and a BKA on the right. Chest x-ray shows no acute abnormality identified. Head CT shows acute subarachnoid and intraventricular hemorrhage. This is most likely due to

| Name: | Dexter E Brown | MRN: | 1502176 | Patient ID: | 30106487 |
| --- | --- | --- | --- | --- | --- |

Chart Report - Physician Notes  Page 7 of 8

© 2003-2018 Siemens Medical Solutions USA, Inc  All rights reserved
Crystal Reports © 2018 Business Objects SA  All rights reserved

Printed By: JS - Job Scheduler
Printed On: 15-Sep-18 04:02

## Altered Mental Status - ED Provider Note

continued from previous page

**Collected On: 09/12/2018 12:32**

aneurysm rupture. Possible developing obstructive hydrocephalus.

Plan: Emergent transfer ER to ER Mercy Redding. .

### Disposition
Disposition Transfer Transfer Details Decision Time 9/12/2018 13:43 Reason for Transfer acute subarachnoid
and intraventricular hemorrhage, Accepting Facility Dignity health Redding, Accepting Physician for Patient
Transfer Dr. Wolfe, Transition of Care Has the patient been transitioned or referred to another care provider? Yes,
Transition of Care Document to Pt/Family or Care Provider Yes; Case Discussed With Dr. Wolfe/ER, Patient
Condition Fair, Patient Improvement Unchanged, Comment ER to ER.

### Supervisory Note
Supervisory Note For Scribe The documentation recorded by the scribe accurately reflects the service I personally
performed and the decisions made by me. Yes,
Additional Notes
I attest that this document has been generated by a scribe, I have read and agree with it's information though it's
syntax and verbiage might not be quite what I would chose for myself. However, the documentation recorded by
the scribe accurately reflects the service I personally performed and the decisions made by myself. (jce)

### Billing
Additional Critical Care Time 30-74 Min 30-74 Min Detail Comment A total critical care time of 58 minutes was
expended on this patient this includes; doing the H&P, review of medical records, physician computer order entry,
re-examinations, review of test results and discussion with consultants, family and admitting/receiving physicians.
This does not include any time spent in separately billed procedures.

**Documented for Jeff Evans, DO by Miranda Luckey, Scribe on 09/12/2018 13:55**

**Electronically signed by Jeff Evans, DO on 09/12/2018 15:13**

| Name: | Dexter E Brown | MRN: | 1502178 | Patient ID: | 30106487 |
|---|---|---|---|---|---|

Chart Report - Physician Notes  Page 8 of 8



## Mercy Medical Center Redding
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:     (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN: 1001094891(R); 12502113(AMB)

Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex:M

Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:   King,Richard MD

### *Discharge Summary*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Discharge Summary
9/28/2018 16:30 PDT
Auth (Verified)
Travis,Joshua A DO (9/28/2018 16:30 PDT)
Travis,Joshua A DO (10/7/2018 14:16 PDT)

**Discharge Summary**

DATE OF ADMISSION: 09/12/2018

DATE OF DISCHARGE: 09/28/2018

DISCHARGE DIAGNOSES:
1. Intracranial hemorrhage.
2. Contrast dye-induced nephropathy.
3. Acute hypoxic respiratory failure.
4. Type 2 diabetes.
5. Hypertension.
6. Metabolic encephalopathy.

CONSULTANTS:
1. Neurology, Dr. Erek Helseth.
2. Neurosurgery, Dr. Joel Ulloth.
3. General Surgery, Dr. Paul Beck.

IMAGES AND DIAGNOSTICS:
1. Chest x-ray dated 09/12/2018 showed endotracheal tube in good position.
2. CT angio of the head and neck dated 09/12/2018 showed no evidence of vascular malformation, aneurysm, or significant intracranial arterial stenosis.
3. CT of the head dated 09/12/2018 showed diffuse intraventricular hemorrhage.
4. CT of the head dated 09/13/2018 showed intraventricular and subarachnoid hemorrhage.
5. IR angiogram dated 09/13/2018 showed unremarkable cerebral angiogram.
6. CT of the head dated 09/16/2018 showed intraventricular hemorrhage seen unchanged from 09/13/2018.
7. Bilateral lower extremity ultrasound showed no evidence of DVT.
8. CT of the head dated 09/21/2018 showed persistent intraventricular hemorrhage stable with mild hydronephrosis.
9. Echocardiogram dated 09/16/2018 showed EF of 60% to 65%.

OPERATIONS AND PROCEDURES: Gastrostomy tube placement, performed by Dr. Paul Beck on 09/24/2018.

PRESENTATION: The patient is a 55-year-old gentleman who reportedly has history of diabetes, schizoaffective disorder, bipolar disorder, and a right BKA, was transferred from Fairchild Medical Center for an acute subarachnoid and intraventricular

| Legend: | C=Corrected | *=Comment | | H=High | | L=Low | |
|---|---|---|---|---|---|---|---|
| Lab Legend: | C= Critical | @=Corrected | *=Abnormal | H= High | L=Low | i=Interpretive Data | f=Footnotes |

Laboratory Medical Director:     Mark Ramus MD
Date/Time Printed:   2/27/2020 08:18 PST

Case 2:14-md-02592-EEF-MBN Document 17537 Filed 04/07/20 Page 13 of 19



**Dignity Health**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:  (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:  1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years       Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:   King,Richard MD

## *Discharge Summary*

hemorrhage.  The patient reportedly has been less responsive over the last 2 days according to mother, started having urinary incontinence, and was unarousable the morning of admission, was sent to Fairchild Medical Center where he was found to have a subarachnoid with intraventricular hemorrhage, and was transferred to Mercy Medical Center for further evaluation.

HOSPITAL COURSE:  The patient was admitted with above diagnoses, initially admitted to the Intensive Care Unit.  Dr. Helseth evaluated with a CT angiogram that showed no significant findings.  Also, Neurosurgery evaluated and felt no neurosurgical intervention was needed at this point in time.  His bleed stayed stable.  The patient remained somewhat obtunded during most of his hospitalization, was only minimally responsive much of the time.  He had to have a PEG tube placed.  Discussion was held with family regarding their wishes.  They wish for the patient to continue with aggressive care and to try to rehab as much as possible.  The patient had developed a contrast-induced nephropathy which had resolved.  His chronic conditions remained stable throughout.  The patient will need significant rehab at the time of discharge and was discharged to Sutter Coast for ongoing acute skilled rehab.

PHYSICAL EXAMINATION:
VITAL SIGNS:  The patient is afebrile with rest of vital signs within normal limits, saturating well on room air.
RESPIRATORY:  Lung sounds were clear to auscultation.  No wheeze.  No crackles.
CARDIOVASCULAR:  Heart had regular rate and rhythm.  No murmurs.
GASTROINTESTINAL:  Abdomen was obese, soft, nontender, nondistended.  Bowel sounds present in all 4 quadrants.
MUSCULOSKELETAL AND EXTREMITIES:  No edema.  Pulses intact.
NEUROLOGIC:  The patient is pretty somnolent as he has previously been.  No new findings.

DISCHARGE MEDICATIONS:
1.  Norco 5/325 mg 1 tablet via feeding tube every 4 hours as needed for pain.
2.  Amlodipine 10 mg via feeding tube.
3.  Clonidine 0.2 mg p.o. q.8h. via feeding tube.
4.  Gabapentin 300 mg b.i.d. via feeding tube.
5.  Insulin glargine 30 units subcutaneous q.12.
6.  Pramipexole 1 mg via feeding tube daily.
7.  Risperidone 1 mg via feeding tube b.i.d.

DISCHARGE INSTRUCTIONS:
1.  The patient is instructed to take all medications as directed.
2.  The patient will follow up with primary care provider at discharge from Sutter Coast.
3.  Further instructions to be determined once he is discharged from Sutter Coast.
4.  The patient is to seek further medical attention with any reoccurrence of symptoms or any concerning medical issues.

TIME SPENT:  Thirty-five minutes was spent on discharge.

Dictated by: JOSHUA TRAVIS, DO

D: 09/28/2018 16:30:47 /JT    T: 09/29/2018 10:37:19 /NTS    Doc: 278944    Job: 014962

CC:

Date/Time Printed:   2/27/2020 08:18 PST                                          Page 2 of 55



**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:      (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:  1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex: M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:    King, Richard MD

### *Discharge Summary*

*Electronically Signed By:*
*Travis, Joshua A DO*
*On 10/07/18 14:16*
*Co Signature By:*
*Modify Signature By:*



**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #: (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN: 1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963  Age: 55 years  Sex:M
Admit Date: 9/12/2018
Disch Date: 9/28/2018
Physician: King,Richard MD

## *History and Physical*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

History and Physical
9/12/2018 22:53 PDT
Auth (Verified)
King,Richard MD (9/12/2018 23:15 PDT)
King,Richard MD (9/12/2018 23:15 PDT)

Patient: BROWN, DEXTER E   MRN: 1001094891   FIN: 32006730181
Age: 55 years   Sex: M   DOB: 05/31/1963   Active Insurance: PARTNERSHIP
HLTHPLAN MCAL
Admitting MD: King, Richard MD   Location: MMR ICUN: 2508: A   PCP: Fournier,
Christa L FNP
Author: King, Richard MD

Chief Complaint
Intraventricular hemorrhage

History of Present Illness
The history of present illness is obtained exclusively from the emergency physician and
review of the medical record as the patient is intubated.

55 year old male with history of HTN, depression, DM, schizoaffective disorder, bipolar, right
BKA is transfer from Fairchild for an acute subarachnoid and intraventricular hemorrhage.
Per flight medics, patient has becoming less responsive the last 2 day,with urinary
incontinence and was unarousable by his mom this morning. She activated EMS, and on
EMS arrival, patient was able to follow simple commands but was non verbal. He was
transfered to Fairchild medical center where a CT brain revealed subarachnoid and
intraventricular hemorrhage, concerning for ruptured aneurysm, with possible developing
obstructive hydrocephalus. He continued to become less responsive and was intubated. He
is on Xarelto for reasons that are unclear. He was given 2500 units of Kcentra and was
sedated with propofol. He was transferred to Mercy Medical Center, Redding for further
evaluation and management. He was stable in flight, with blood pressure between 120-160s
systolic over 80-90 diastolic.

Dr. Helseth the on-call neuro-interventionalists was consulted. A CT angiogram was
performed and revealed no evidence of aneurysm or vascular malformation. Dr. ulloth the
on-call neurosurgeon was also consulted and does not recommend placement of an EVD at
this time

Review of Systems
Due to patient condition

Objective

Vitals & Measurements
T: 36.4 °C (Temporal Artery) HR: 64 RR: 16 (Total) BP: 117/60 SpO2: 99% Oxygen
Method: Ventilator WT: 145 kg
When I evaluated the patient in the emergency department blood pressure was 146/90

Physical Exam
General: Obese man, Intubated sedated
Neurologic:RASS-3, pupils constricted bilaterally. He moves both lower extremity
spontaneously but does not follow commands. No significant move his upper extremities.

Problem List/Past Medical History
Ongoing
    No qualifying data
Historical
    No qualifying data

Home Medications
    No active home medications

Allergies
No Known Medication Allergies
    Reaction: None Documented

Social History
Alcohol
Unknown alcohol history, 09/12/2018
Home/Environment
Religious restrictions/concerns: None.,
09/12/2018
Substance Abuse
Unknown substance abuse history, 09/12/2018
Tobacco
Not obtained due to cognitive impairment,
09/12/2018

Date/Time Printed: 2/27/2020 08:18 PST



**Dignity Health.**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:      (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:   1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:    King,Richard MD

### *History and Physical*

HEENT: Normocephalic/atraumatic, mucous membranes moist
Pulmonary: Breath sounds clear to auscultation bilaterally
CV: Regular rhythm no murmurs gallops rubs
Abdomen: Obese soft nondistended
Extremities: Nonedematous
Skin: Pink warm well-perfused

Lab Results
Reviewed.  Anti-XA is greater than 1.09.  INR 1.1 potassium 4.8 even 25 creatinine 1.5
glucose 210

Diagnostic Results
(09/12/2018 17:50 PDT CT Angio Head+Neck w Contrast)
IMPRESSION:
   1. No evidence of vascular malformation, aneurysm, or significant
intracranial
arterial stenosis.
2. No significant interval change in the large volume of intraventricular
blood
products, hydrocephalus, and suspected left periventricular parenchymal
hemorrhage. [1]

Assessment/Plan
55-year-old man critically ill who has suffered a spontaneous intraventricular hemorrhage in
the setting of hypertension and diabetes mellitus is now dependent on mechanical
ventilation.

Intraventricular hemorrhage
Plan: Serial neurologic exams.  He does require sedation as he becomes hypertensive
when he is not sedated
      Follow-up CT scan, closely monitor ventricular volume for open hydrocephalus
      Neurosurgery consulted

Factor X A inhibition by Xarelto, incompletely reversed with previous Kcentra administration
Plan: Repeat Kcentra 2500 units
      Monitor and telemetry

Acute Respiratory failure, neuromuscular
Plan: Continue mechanical ventilation to maintain adequate oxygenation, ventilation, and
acid base balance

Hypertension, goal systolic blood pressure 120–140 mmHg
Plan: Nicardipine infusion

Possible acute kidney injury, baseline creatinine unknown
Plan: Continue to monitor renal function, electrolytes, volume status, avoid nephrotoxic
agents, hold metformin and lisinopril regimen.

Diabetes mellitus
Plan: Moderate glycemic control with insulin therapy as needed.

Psychiatric, history of depression, bipolar disorder and schizoaffective disorder

Date/Time Printed:   2/27/2020 08:18 PST                                    Page 5 of 55



**Dignity Health.**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:     (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:   1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years        Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:   King,Richard MD

### Consultation

EXTREMITIES:  Warm and well perfused.

There is 2 CTs available for review.  They both show stable appearing interventricular hemorrhage with mild subarachnoid extension into the cervical medullary junction, basilar cisterns, mild hydrocephalus, which is stable on followup CT scan.

ASSESSMENT AND PLAN:  A 55-year-old male, spontaneous interventricular hemorrhage, small subarachnoid component. He was taking Xarelto, which has been reversed with Kcentra.  He is intubated and sedated, although he has an adequate exam, which can be followed for the time being.  We will also continue following the CTs for evidence of progression of hydrocephalus. I appreciate the opportunity to be involved in Mr. Brown's care.

Dictated by: JOEL ULLOTH, MD

D: 09/13/2018 07:53:42 /JU       T: 09/13/2018 10:32:49 /NTS       Doc: 235169       Job: 044860

cc:

*Electronically Signed By:*
*Ulloth, Joel E MD*
*On 09/18/18 08:33*
*Co Signature By:*
*Modify Signature By:*

Date/Time Printed:    2/27/2020 08:18 PST

 **Dignity Health.**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:     (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:   1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:   King,Richard MD

### *Operative and Procedure Reports*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Operative Report
9/24/2018 16:39 PDT
Auth (Verified)
Beck,Paul V MD (9/24/2018 16:44 PDT)
Beck,Paul V MD (9/24/2018 16:44 PDT)

**Operative Report**

Patient:  **BROWN, DEXTER E**       MRN: 1001094891(R)
Age:  **55 years**   Sex:  **M**   DOB:  **05/31/63**        FIN: 32006730181(H)
Associated Diagnoses:  None
Author:  Beck, Paul V MD

**Operative Information**
  Procedure:  Procedure:
  Percutaneous Endoscopic Gastrostomy (PEG) tube placement.
  **Preoperative Diagnosis:**  Intraventricular hemorrhage (ICD10-CM I61.5, Discharge, Medical).
  **Postoperative Diagnosis:**  Same.
  **Performed by:** Beck, Paul V MD.
  **Assistant:**  N/A.
  **Findings:**  Feeding tube placed in the distal gastric body
  Wound class II.
  **Specimens Removed:**  None.
  **Estimated Blood Loss:** N/A.
  **Indications:**  Dysphagia following intraventricular bleed.
  **Procedure Details:** Date/Time 09/24/18 12:45:00, Procedure Description
   Patient was brought to the endoscopy suite.  He was identified by the nursing staff and the attending physician.  Signed consent was confirmed.  Patient was placed supine and sedation was initiated.  A total of 4 mg of Versed and 100 µg of fentanyl were given throughout the procedure intravenously.  The upper endoscope was easily advanced to the oropharynx, following the nasoenteric feeding tube.  Stomach was insufflated with air.  Needle with sheath was passed into the stomach 3 fingerbreadths below the costal margin just left of the abdominal midline.  Needle was seen entering into the gastric body. Needle was removed, leaving the sheath in place.  Guidewire was passed into the stomach and in the snared with an endoscopic snare.  Wire was pulled back out through the oropharynx and attached to the feeding tube.  Pull-through technique was used to secure the tube in place.  Tube was 8 cm at the skin edge.  Antibiotic ointment followed by Silastic securing flange were placed.  Tube occlusion device was placed followed by the stopcock.  Patient was taken to the postanesthesia care unit in stable condition..
  **Anesthesia Type:** IV Sedation.
  **Lines and Tubes:** PEG tube.
  **Complications:**  None.
  **Correct Counts:** Yes.
  **Disposition:** PACU.
  **Patient status at the end of procedure::**  Stable.

Date/Time Printed:   2/27/2020 08:18 PST

 Gmail                                    Alice Brown <alicebrowninproper@gmail.com>

## BARBARA BROWN, et al., v. JANSSEN RESEARCH & DEVELOPMENT, et al.
1 message

**Alice Brown** <alicebrowninproper@gmail.com>                        Thu, Mar 26, 2020 at 3:55 PM
To: prosedocs@laed.uscourts.gov

Please file the attached document today's date (3/26/2020). I am a pro se litigant in this matter. Call me or email me if there were any problems receiving the document. Thank you!  Alice Brown @ (707)218-6181 or alicebrowninproper@gmail.com

 **USDC LAED.zip**
8166K