Name: Alice Brown

Address: PO Box 60

Crescent City, CA 95531

Phone: (707)218-6181

Fax: _____

In Pro Per

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Apr 08 2020

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, ALICE BROWN, LORA OROZCO,

                                    Plaintiff

                        v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, BAYER

CORPORATION, JOHNSON & JOHNSON, INC.,

                        Defendant(s).

CASE NUMBER:

19-cv-14669 EEF-MBN

MDL NO: 2592

SECTION L    MAG. JUDGE NORTH

## ERRATA TO PLAINTIFF'S
## EX PARTE APPLICATIONS

I, Alice Brown, a plaintiff in this case, hereby submit the attached Exhibit "C"s in this errata as it was inadvertently left out of both ex parte applications recently sent this Court for consideration. Please attach Exhibit C to the "Plaintiff's Ex Parte Application To Appear By Telephone" dated March 9, 2020 and "Plaintiff's Ex Parte Application For Fee Waiver" also dated March 9, 2020. Haste is necessary.

DATED: March 11, 2020

BY: _Alice Brown_

Alice Brown

Plaintiff in Pro Per

TENDERED FOR FILING

Apr 08 2020

U.S. DISTRICT COURT
Eastern District Of Louisiana
Deputy Clerk

**PLEADING PAGE**

SOCIAL SECURITY
560 E HOOVER AVE
CRESCENT CITY CA 95531

# Social Security Administration
# **Supplemental Security Income**
Notice of Change in Payment

Date: December 1, 2019
BNC#: 19S1826B08593 DI

\# 000005926 I=000000 1124 4 COL

||·|||·||·||||·|·|||··|||||·|·|||·||·||·||·||·||·|||·||·|·|·||·|
5922 1 AB 0.409


A17 19S1826B08593
ALICE HELEN BROWN
PO BOX 60
CRESCENT CITY CA 95531-0060

We plan to increase your monthly Supplemental Security Income (SSI) payment from $931.72 to $943.72 beginning January 2020. The amount will change because the cost of living increased during the past year. You will continue to get the new amount each month unless there is a change in the information we use to figure your payment. The new amount includes $160.72 from the State of California.

The rest of this letter explains more about your SSI payments. It also tells you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. We include explanations only for months where payment amounts change.

## **When You Will Receive Your Payments**

Your bank or other financial institution will receive your monthly payment of $943.72 around January 1, 2020, and on the first of each month after that.

## **If You Work Or Want To Return To Work**

Ticket to Work is a voluntary program that helps people getting disability benefits go to work. Employment networks or your State vocational rehabilitation agency can help you find, prepare for, and keep a job. If you join this program, there is no cost to you. We may also set aside review of your medical condition. You can find a list of service providers, benefits and work incentives counselors, and get your questions answered by contacting the Ticket to Work Help Line at 1-866-968-7842 (TTY 1-866-833-2967). You also can visit https://choosework.ssa.gov/findhelp/ online.



SSA-L8151

**See Next Page**

*C*

Case 2:14-md-02592-EEF-MBN Document 17539 Filed 04/06/20 Page 3 of 5

SOCIAL SECURITY
560 E HOOVER AVE
CRESCENT CITY CA 95531

# Social Security Administration
## Supplemental Security Income
Notice of Change in Payment

Date: December 1, 2019
BNC#: 19S1826B08593 DI

# 000005926  I=000000  1124 4 COL

5922 1 AB 0.409

A17 19S1826B08593

ALICE HELEN BROWN
PO BOX 60
CRESCENT CITY CA 95531-0060

We plan to increase your monthly Supplemental Security Income (SSI) payment from $931.72 to $943.72 beginning January 2020. The amount will change because the cost of living increased during the past year. You will continue to get the new amount each month unless there is a change in the information we use to figure your payment. The new amount includes $160.72 from the State of California.

The rest of this letter explains more about your SSI payments. It also tells you how to find affordable health care.

We explain how we figured the monthly payment amount on the worksheet at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. We include explanations only for months where payment amounts change.

## When You Will Receive Your Payments

Your bank or other financial institution will receive your monthly payment of $943.72 around January 1, 2020, and on the first of each month after that.

## If You Work Or Want To Return To Work

Ticket to Work is a voluntary program that helps people getting disability benefits go to work. Employment networks or your State vocational rehabilitation agency can help you find, prepare for, and keep a job. If you join this program, there is no cost to you. We may also set aside review of your medical condition. You can find a list of service providers, benefits and work incentives counselors, and get your questions answered by contacting the Ticket to Work Help Line at 1-866-968-7842 (TTY 1-866-833-2967). You also can visit https://choosework.ssa.gov/findhelp/ online.

SSA-L8151

See Next Page

C

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** Barbara Brown, et al.      v.   Janssen Research, et al.

2. **Case Number:** 19-cv-14669 EEF-MBN

3. **What documents were served?** *[Write the full name or title of the document or documents]* Errata To Plaintiff's Ex Parte Applications

4. **How was the document served?** *[check one]*

    ☑ Placed in U.S. Mail

    ☐ Hand-delivered

    ☐ Sent for delivery (e.g., FedEx, UPS)

    ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

| | |
|---|---|
| Faegre Drinker Biddle & Reath LLP | Arnold & Porter LLP |
| 600 Campus Drive | 250 West 55th Street |
| Florham Park, NJ 07932 | New York, NY 10019 |
| ATTN: Chanda Miller | ATTN: Joan Goddard |

6. **When were the documents sent?** March 11, 2020

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *Alice Brown*

Name: Alice Brown

Address: PO Box 60

Crescent City, CA 95531

# CERTIFICATE OF SERVICE

1

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

2
*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

3
1. **Case Name:** Barbara Brown, et al. _____ v. Janssen Research, et al. _____

4
2. **Case Number:** 19-cv-14669 EEF-MBN _____

5
3. **What documents were served?** *[Write the full name or title of the document or*

6
*documents]* Errata To Plaintiff's Ex Parte Applications _____

7
_____

8
4. **How was the document served?** *[check one]*

9
    [✓] Placed in U.S. Mail

10
    [ ] Hand-delivered

11
    [ ] Sent for delivery (e.g., FedEx, UPS)

12
    [ ] Sent by fax (if the other party has agreed to accept service by fax)

13
5. **Who did you send the document to?** *[Write the full name and contact information for*

14
*each person you sent the document.]*

15
Barbara Brown _____      Lora Orozco _____

16
PO Box 5408 _____      PO Box 1262 _____

17
Sugarloaf, CA 92386 _____      Fort Jones, CA 96032 _____

18
_____      _____

19
6. **When were the documents sent?** March 11, 2020 _____

20
7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for*

21
*delivery should sign, and print their name and address.  You can do this yourself.]*

22
I declare under penalty of perjury under the laws of the United States that the foregoing

23
is true and correct.

24
    Signature: *Alice Brown* _____

25
    Name: Alice Brown _____

26
    Address: PO Box 60 _____

27
    Crescent City, CA 95531 _____

28

## CERTIFICATE OF SERVICE