**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO:       ) <br> ALL ACTIONS                                    ) <br> ) | MDL No. 2592 <br><br> SECTION:  L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**POSTPONEMENT OF ORDERS TO SHOW CAUSE
SCHEDULED TO BE HEARD IN PERSON
ON APRIL 16, 2020 TO A TELEPHONIC HEARING ON MAY 14, 2020**

In consideration of the Eastern District of Louisiana's General Order Nos. 20-2 and 20-5, relating to in-person Court proceedings during the coronavirus situation,

**IT IS HEREBY ORDERED THAT:**

1. The Orders to Show Cause set for an in-person hearing on April 16, 2020, which are listed on Exhibit A to this Order, are postponed and are hereby rescheduled to be heard in a telephonic hearing on **May 14, 2020 at 10:00 a.m.** The dial-in number for the May 14, 2020 hearing is as follows:

   Dial-in #:      877-336-1839

   Access code:   4227405

2. Counsel for the listed plaintiffs, and the plaintiffs themselves, are required to participate in the telephonic hearing set forth in paragraph 1, or their cases will be dismissed in accordance with the Orders to Show Cause.  The Court will entertain requests for postponement if either plaintiff's counsel or the plaintiff is unable to call in due to illness or for other emergency making it infeasible for counsel to participate by phone; any such request for postponement should be made in writing and with a copy to Defendants' counsel by May 7, 2020, or if the illness or

other emergency manifests at a later date, at the earliest practical time thereafter in writing and with a copy to Defendants' counsel, but not later than the May 14, 2020 hearing date.

3. Any additional Motions for Orders to Show Cause that Defendants seek to be considered for the May 14, 2020 Hearing shall be filed no later than April 30, 2020.

New Orleans, Louisiana, this 9th day of April 2020.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE