# EXHIBIT A

| Rec. Doc. Nos. | Plaintiff | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| R. Doc. 17594, R. Doc. 17598 | Yolundus Murriel | 2:19-cv-13139 | Pro Se |
| R. Doc. 17595, R. Doc. 17599 | Nicole Nails Stone, Individually and as Executrix of the Estate of Raymond Fulton Nails | 2:17-cv-5372 | Damon J. Baldone & Associates |
| R. Doc. 17611, R. Doc. 17618 | Robert Deeney | 2:19-cv-8665 | Leonard B. Gabbay, P.C. |
| R. Doc. 17611, R. Doc. 17618 | Patricia Kennedy | 2:19-cv-8697 | Leonard B. Gabbay, P.C. |
| R. Doc. 17611, R. Doc. 17618 | Deborah Tipton | 2:19-cv-8280 | Martinez & McGuire PLLC |
| R. Doc. 17611, | Diana Sebastian | 2:19-cv-08697 | Pro Se |
| R. Doc. 17614, R. Doc. 17619 | Roscoe Campbell, III | 2:19-cv-08278 | Leonard B. Gabbay, P.C. |
| R. Doc. 17614, R. Doc. 17619 | Michael Dahn | 2:19-cv-06954 | Mike Love & Associates, LLC |
| R. Doc. 17614, R. Doc. 17619 | Edward Gordon | 2:19-cv-06325 | MacArthur, Heder & Metler, PLLC |