MINUTE ENTRY
FALLON, J.
APRIL 9, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone call was held on this date from the Chambers of the Honorable Eldon E. Fallon. Andy Birchfield participated on behalf of Plaintiffs. Susan Sharko, Andy Solow, and Steven Glickstein participated on behalf of Defendants. The parties discussed the upcoming Monthly Status Conference and Show Cause Hearings. Accordingly, at the request of the parties;

**IT IS ORDERED** that the April 16, 2020 *Xarelto* monthly status conference is hereby **CANCELLED**. A subsequent Order will be issued with respect to rescheduling the Order to Show Cause Hearing.

JS10: 00:11