## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| JOHN BURKE, Administrator of the Estate of FRANCIS M. BURKE Civil Action No. 2:20-cv-00750 | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### DEFENDANTS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

NOW INTO COURT comes Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson ("Janssen Defendants"), who file this Joint Motion for Withdrawal and Substitution of Counsel, and respectfully represents to this Court as follows:

The Janssen Defendants request that Rita M. Maimbourg and Sarah A. Stover of Tucker Ellis LLP be withdrawn as counsel of record for Janssen Defendants in these cases.

The Janssen Defendants further request the substitution of Susan M. Sharko of Faegre Drinker Biddle & Reath LLP, 600 Campus Dr., Florham Park, NJ 07932 and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 in place of Rita A. Maimbourg and Sarah A. Stover.

Susan M. Sharko and Kim E. Moore have conferred with Rita A. Maimbourg and Sarah A. Stover, and represent that all firms, and counsel of record, consent to the motion.

WHEREFORE, the Janssen Defendants respectfully request that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC be substituted as counsel of record in this matter.

Respectfully Submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen Research & Development, LLC and Johnson & Johnson
    Dated: April 9, 2020

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: April 9, 2020

**TUCKER ELLIS LLP**

By: /s/ Rita A. Maimbourg
    950 Main Avenue, Suite 1100
    Cleaveland, OH 44113
    Telephone: (216) 696-3219
    rita.maimbourg@tuckerellis.com

    Dated: April 9, 2020


By: /s/ Sarah A. Stover
    950 Main Avenue, Suite 1100
    Cleaveland, OH 44113
    Telephone: (216) 696-358
    sarah.stover@tuckerellis.com

Dated: April 9, 2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2020 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore