IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

## **EXHIBIT A – FEE AFFIDAVIT OF [NAME OF LAW FIRM] IN CONNECTION WITH REQUEST FOR ALLOCATION OF COMMON BENEFIT FEE AND COST AWARD**

STATE OF _____

COUNTY/PARISH OF _____

    BEFORE ME, the undersigned authority;

    PERSONALLY CAME AND APPEARED:

        (*INSERT NAME OF PARTNER/AFFIANT*)

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1. I am a partner in the law firm of_____.

2. The address of the law firm identified in number 1 above is_____.

3. I have complied with Pretrial Order No. 8 in all material aspects and the law firm identified herein has submitted true and correct time and expense submissions pursuant to the Court's Pretrial Orders. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4. The Court may rely on the information submitted by my firm to Philip Garrett, the Court appointed Certified Public Accountant which is contained in his Case Cost Management System in this litigation.

5. The extent to which the law firm identified in paragraph no. 1 above made a substantial common benefit contribution to the outcome of the litigation is described as follows:

a. The consistency quantum, duration, and intensity of the firm's commitment to the litigation is as follows:

_____
_____
_____
_____

b. The level of partner participation by the firm is as follows:

_____
_____
_____
_____

c. The firm's membership and leadership on the Plaintiffs' Steering Committee ("PSC") or Executive Committee is as follows:

_____
_____
_____
_____

d. The firm's participation and leadership in discovery (motions, depositions) is as follows:

_____
_____
_____
_____

e. The firm's participation and leadership in law and briefing matters are as follows:

_____
_____
_____
_____

f. The firm's participation and leadership in the development of experts and expert reports is as follows:

_____
_____
_____
_____

g.  The firm's participation and leadership in document review is as follows:

    _____
    _____
    _____
    _____

h.  The firm's activities surrounding the MDL bellwether trials and the trials designated as common benefit trials in coordinated state court litigation, and preparation therefor (identify the plaintiff and venue of each trial and outcome) is as follows:

    _____
    _____
    _____
    _____

i.  The firm's participation and leadership in common benefit settlement negotiations or drafting of settlement documentation, and the administration of the settlement program (excluding individual representations) is as follows:

    _____
    _____
    _____
    _____

j.  The location where the firm's MDL common benefit work occurred.

    _____
    _____
    _____

k.  The following members of the firm held leadership positions on the regular committees engaged in authorized common benefit work (state position and committee):

    _____
    _____
    _____
    _____

l.  The firm's participation in ongoing activities, such as the Fee Allocation Liaison Counsel or Settlement Administration which are intended to provide common benefits:

    _____
    _____
    _____
    _____

m.  Whether Counsel in the firm were or were not involved in the Xarelto litigation prior to the formation of the Xarelto MDL, and the time and expense incurred during such time period outlined below was for common benefit:

    _____
    _____
    _____
    _____

n.  The firm made the following significant contributions to the funding of the litigation (include all assessments made to the MDL):

    _____
    _____
    _____
    _____

o.  The members of the firm who were PSC members, group members, or Executive Committee members whose commitment to the litigation did not ebb included:

    _____
    _____
    _____
    _____

p.  Whether the firm enrolled its clients into the Settlement Program and thereby consented to the terms of the Private Settlement Agreement

    _____
    _____
    _____
    _____

    q.  The other relevant factors which applicant requests be considered by the Court:

_____
_____
_____
_____


_____

SWORN TO AND SUBSCRIBRED BEFORE ME THIS____DAY OF _____, 202___.

_____

NOTARY PUBLIC
Print Name:_____
My commission expires:_____

[APPLY SEAL]