# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JOHN BURKE, Administrator of the Estate of FRANCIS M. BURKE<br>Civil Action No. 2:20-cv-00750 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 17642;

**IT IS HEREBY ORDERED** that the Motion be and is **GRANTED**. Rita A. Maimbourg and Sarah A. Stover of Tucker Ellis LLP are withdrawn as counsel of record for Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson.

**IT IS FURTHER ORDERED** that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP and Kim E. Moore of Irwin Fritchie Urquhart & Moore, LLC are substituted as counsel of record for Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson.

New Orleans, Louisiana, on this 9th day of April, 2020.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE