IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONY H. OAKLEY et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) ACTION NO.:2:16-cv-14215 |
| v. | ) |
| | ) |
| JANSSEN RESEARCH & | ) |
| DEVELOPMENT LLC et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL

NOW COMES Kurt B. Aktug, of the law firm of Egerton & Associates, P.A., and pursuant to Local Rule 83.2.11 gives notice of his appearance as counsel for Plaintiffs Tony H. Oakley and Vickie Oakley in the above-referenced action. Kurt B. Aktug appears in place of Emily J. Beeson, who has withdrawn from Egerton & Associates, P.A. The undersigned hereby requests that all pleadings, motions, notices, correspondence, and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

This the _____ day of April, 2020.

_____
Kurt B. Aktug
kurt@egertonlaw.com
Attorney for Plaintiffs

EGERTON & ASSOCIATES, P.A.
P.O. Box 1920
Greensboro, NC 27402
Tel.: (336) 273-0508
Fax: (336) 273-0562

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL* with the Clerk of Court using the CM/ECF system.

This the _____ day of April, 2020.

_____
Kurt B. Aktug
kurt@egertonlaw.com
Attorney for Plaintiffs

EGERTON & ASSOCIATES, P.A.
P.O. Box 1920
Greensboro, NC 27402
Tel.: (336) 273-0508
Fax: (336) 273-0562