UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        \*        MDL 2592
PRODUCTS LIABILITY LITIGATION      \*

                                    \*        SECTION L

THIS DOCUMENT RELATES TO:         \*

                                      \*        JUDGE ELDON E. FALLON

*ALL CASES*                        \*

                                      \*        MAGISTRATE JUDGE NORTH

                                      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

The Court previously entered its Order & Reasons on March 24, 2020, R. Doc. 17634, establishing a common benefit fee assessment. Additionally, the Settlement Agreement is fully funded; therefore, Enrolled Program Claimants will soon be processed through the Settlement Program. On February 13, 2015, the Court entered Pre-Trial Order No. 8, R. Doc. 183, setting forth the standards and procedures for any counsel seeking to apply for an award of common benefit fees and/or reimbursement of expenses in this litigation. Accordingly;

**IT IS ORDERED** that no further time or expenses after the April 15, 2020 reporting cycle shall be submitted to Philip A. Garrett. Instead, any hours or expenses shall be reported to the Fee Allocation Liaison Counsel by sending time and expense submissions to Plaintiffs' Co-Liaison Counsel Leonard Davis and Gerald Meunier, at PLC@MDL2592.com, rather than the Court-appointed CPA.

New Orleans, Louisiana, this 13th day of April, 2020.

_____
Eldon E. Fallon
United States District Court Judge