UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION |
| | ) ) | MDL NO:2592 |
| THIS DOCUMENT RELATES TO: TONY H. OAKLEY et al., v. JANSSEN RESEARCH & DEVELOPMENT LLC et al., NO.:2:16-cv-14215 | ) ) ) ) ) ) ) | SECTION "L" JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL

NOW COMES Kurt B. Aktug, of the law firm of Egerton & Associates, P.A., and pursuant to Local Rule 83.2.11 gives notice of his appearance as counsel for Plaintiffs Tony H. Oakley and Vickie Oakley in the above-referenced action. Kurt B. Aktug appears in place of Emily J. Beeson, who has withdrawn from Egerton & Associates, P.A. The undersigned hereby requests that all pleadings, motions, notices, correspondence, and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

This the 20 day of April, 2020.

Kurt B. Aktug
kurt@egertonlaw.com
Attorney for Plaintiffs

EGERTON & ASSOCIATES, P.A.
P.O. Box 1920
Greensboro, NC 27402
Tel.: (336) 273-0508
Fax: (336) 273-0562

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL* with the Clerk of Court using the CM/ECF system.

This the 20 day of April, 2020.

Kurt B. Aktug
kurt@egertonlaw.com
Attorney for Plaintiffs

EGERTON & ASSOCIATES, P.A.
P.O. Box 1920
Greensboro, NC 27402
Tel.: (336) 273-0508
Fax: (336) 273-0562

Emily J. Beeson
emilybeeson@gmail.com
Withdrawing Attorney