| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO:2592 |
| THIS DOCUMENT RELATES TO: TONY H. OAKLEY et al., v. JANSSEN RESEARCH & DEVELOPMENT LLC et al., NO.:2:16-cv-14215 | SECTION "L" JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER ON NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Before the Court in Plaintiffs, Notice of Withdrawal of Appearance And Substitution of Counsel in the above-referenced action. Kurt B. Aktug appears in place of Emily J. Beeson, who has withdrawn from Egerton & Associates, P.A.

IT IS ORDERED, that all pleadings, motions, notices, correspondence, and other papers relating to the above-captioned action be sent to the undersigned at the address listed in foregoing Notice.

This the _____ day of April, 2020.

_____
Eldon E. Fallon
United States District Court Judge

3