UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> SEAVEY M. PAGE et al., v. ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT LLC et al., ) <br> NO.: 2:16-cv-12538 ) <br> ) | CIVIL ACTION <br><br> MDL NO:2592 <br><br> SECTION "L" <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL

NOW COMES Kurt B. Aktug, of the law firm of Egerton & Associates, P.A., and pursuant to Local Rule 83.2.11 gives notice of his appearance as counsel for Plaintiffs Seavey M. Page and Patsy Page in the above-referenced action. Kurt B. Aktug appears in place of Emily J. Beeson, who has withdrawn from Egerton & Associates, P.A. The undersigned hereby requests that all pleadings, motions, notices, correspondence, and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

This the __20__ day of April, 2020.

_/s/ Kurt B. Aktug_
Kurt B. Aktug
kurt@egertonlaw.com
Attorney for Plaintiffs

EGERTON & ASSOCIATES, P.A.
P.O. Box 1920
Greensboro, NC 27402
Tel.: (336) 273-0508
Fax: (336) 273-0562

*Emily J. Beeson*
Emily J. Beeson
emilybeeson@gmail.com
Withdrawing Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL* with the Clerk of Court using the CM/ECF system.

This the **20** day of April, 2020.

Kurt B. Aktug
kurt@egertonlaw.com
Attorney for Plaintiffs

EGERTON & ASSOCIATES, P.A.
P.O. Box 1920
Greensboro, NC 27402
Tel.: (336) 273-0508
Fax: (336) 273-0562

Emily J. Beeson
emilybeeson@gmail.com
Withdrawing Attorney

2