UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN) PRODUCTS
LIABILITY LITIGATION

**MDL NO. 2592**
**Section: L**
THIS DOCUMENT RELATES TO: **Judge  ELDON E. FALLON**
**Magistrate Judge North**

JOY STORMS, as personal representative
the Estate of John Martin Storms, and
Individually as surviving spouse

Civil Action No.: 2:16-cv-16550

    Plaintiff

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC
F/KA JOHNSON & JOHNSON PHARMACEUTICALS
RESEARCH AND DEVELOPMENT, LLC; JOHNSON
& JOHNSON COMPANY; JANSSEN ORTHO, LLC, et al.

    Defendants

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Joy Storms as the Personal Representative of the Estate of John Martin Storms for Joy Storms as the personal representative to be appointed of the estate of John Martin Storms.

1. John Martin Storms passed away on December 13, 2015.

2. On November 23, 2016, Joy Storms, the surviving spouse of John Martin Storms, filed a products liability lawsuit against Defendants as the personal representative to be appointed of the Estate of John Martin Storms.

3. Letters of Administration appointing Joy Storms as Personal Representative of the Estate of John M. Storms were entered on February 10, 2020 and recorded on February 17, 2020. See attached Exhibit A.

4. Joy Storms, as Personal Representative of the Estate of John M. Storms, is a proper party to substitute for Joy Storms, personal representative to be appointed of the Estate of John M. Storms, the decedent, and has proper capacity to proceed forward with the lawsuit on the Estate's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Joy Storms requests that this Court grant her request for substitution as the property party plaintiff in this action.

Dated: April 20, 2020

Respectfully Submitted,

By: /s/ Brenda S. Fulmer
Brenda S. Fulmer
Florida Bar No.: 999891
Katherine Kiziah
Florida Bar No.: 0017585
kkiziah@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9498
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this April 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Brenda S. Fulmer
**Brenda S. Fulmer**