Filing # 102555101 E-Filed 01/31/2020 11:43:05 AM

Said letters of administration being in full force and effect as of the date of this certificate.

IN THE CIRCUIT COURT IN AND
FOR ST JOHNS COUNTY, FLORIDA
PROBATE DIVISION

IN RE:     ESTATE OF

JOHN M. STORMS

Deceased.

FILE NO.:   CP20-0080

DIVISION:

_____/

## LETTERS OF ADMINISTRATION

WHEREAS, JOHN M. STORMS, a resident of Ponte Vedra Beach Florida, died on

December 13, 2015, owning assets in the State of Florida, and

WHEREAS, SABRA JOY STORMS has been appointed Personal Representative of the

estate of the Decedent and has performed all acts prerequisite to issuance of Letters of

Administration in the estate.

NOW, THEREFORE, I, the undersigned Circuit Judge, declare SABRA JOY SORMS to be

duly qualified under the laws of the State of Florida to act as Personal Representative of the

estate of JOHN M. STORMS, deceased, with full power to administer the estate according to

law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts

of the Decedent as far as the assets of the estate will permit and the law directs; and to make

distribution of the estate according to law.

WITNESS my hand and the seal of this Court in chambers at St John County, Florida.

Conformed copies to:
Joseph W.C. Boyles, Esq.

R Lee Smith

e-Signed 2/10/2020 4:46 PM CP20-0080

2/10/20

EXHIBIT 'A'

I HEREBY CERTIFY THAT THIS DOCUMENT
IS A TRUE AND CORRECT COPY AS APPEARS
ON RECORD IN ST. JOHNS COUNTY, FLORIDA
WITNESS MY HAND AND OFFICIAL SEAL
THIS ____ DAY OF February 2020
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
BY: _____ D.C.

**Filed for record 02/11/2020 10:44 AM Clerk of Court St. Johns County, FL**