UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS
LIABILITY LITIGATION

MDL NO. 2592
Section: L

THIS DOCUMENT RELATES TO:

Judge  ELDON E. FALLON
Magistrate Judge North

JOY STORMS, as personal representative
the Estate of John Martin Storms, and
Individually as surviving spouse

Civil Action No.: 2:16-cv-16550

    Plaintiff

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC
F/KA JOHNSON & JOHNSON PHARMACEUTICALS
RESEARCH AND DEVELOPMENT, LLC; et al.

    Defendants

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joy Storms, surviving spouse of John M. Storms and Personal Representative of the Estate of John M. Storms, is substituted for Joy Storms in her capacity as personal representative to be appointed as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this \_\_\_ day of _____, 2020.

                                            _____
                                            Honorable Eldon E. Fallon
                                            United States District Court Judge