UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) |
| JOHN BURKE, ADMINISTRATOR OF THE ESTATE OF FRANCIS M. BURKE | ) JUDGE ELDON E. FALLON ) ) |
| Civil Action No. 2:20:cv-00750 | ) MAGISTRATE JUDGE NORTH ) |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendant Bayer HealthCare Pharmaceuticals Inc. moves this Court for substitution of counsel asking that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted for Rita A. Maimbourg, Esquire and Sarah A. Stover, Esquire of the law firm of Tucker Ellis LLP as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced case.

Defendant Bayer HealthCare Pharmaceuticals Inc. moves this Court to withdraw Rita A. Maimbourg and Sarah A. Stover as counsel in the above referenced case.

WHEREFORE Defendant Bayer HealthCare Pharmaceuticals Inc. requests this Honorable Court to remove Rita A. Maimbourg and Sarah A. Stover as counsel of record in this case and Andrew Solow, William Hoffman, and John F. Olinde be substituted as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced case.

1

| | |
|---|---|
| **TUCKER ELLIS LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| By: */s/ Rita A. Maimbourg* | By: */s/Andrew K. Solow* |
| Rita A. Maimbourg | Andrew K. Solow |
| Sarah A. Stover | 250 West 55th Street |
| 950 Main Avenue | New York, New York 10019-9710 |
| Suite 1100 | Telephone: (212) 836-8000 |
| Cleveland, OH 44113-7213 | Facsimile: (212) 836-8689 |
| Telephone: (216) 592-5000 | William Hoffman |
| Facsimile: (216) 592-5009 | 601 Massachusetts Ave., NW |
| Rita.maimbourg@tuckerellis.com | Washington, D.C. 20001 |
| Sarah.stover@tuckerellis.com | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| Dated: April 21, 2020 | andrew.solow@arnoldporter.com |
| | william.hoffman@arnoldporter.com |

Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.

Dated: April 21, 2020

**CHAFFE MCCALL L.L.P.**
By: */s/ John F. Olinde*
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.

Dated: April 21, 2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2020, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*