**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| | ) ) SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) |
| JOHN BURKE, ADMINISTRATOR OF THE ESTATE OF FRANCIS M. BURKE | ) JUDGE ELDON E. FALLON ) |
| Civil Action No. 2:20-cv-00750 | ) MAGISTRATE JUDGE NORTH ) |

## ORDER

Now pending before the Court is a Motion for Substitution and Withdrawal of Counsel in the above referenced case. Upon consideration of said motion, it is hereby ORDERED that this motion is granted.

It is ordered that Rita A. Maimbourg, Esquire and Sarah A. Stover, Esquire of the law firm of Tucker Ellis LLP are allowed to withdraw as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above referenced case and that Andrew Solow, Esquire, and William Hoffman, Esquire of the law firm of Arnold & Porter Kaye Scholer LLP and John F. Olinde, Esquire of the law firm of Chaffe McCall L.L.P., be substituted in their place.

The Clerk is instructed to substitute Andrew Solow, William Hoffman, and John F. Olinde as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in place of Rita A. Maimbourg, Esquire and Sarah A. Stover in the matter referenced above.

New Orleans, Louisiana, on this ____ day of _____, 2020.

_____
United States District Judge