UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Tony H. Oakley, et al.<br>Civil Action No. 2:16-cv-14215 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Motion for Substitution of Counsel, R. Doc. 17653;

**IT IS HEREBY ORDERED** that the Motion be and is **GRANTED**. Emily J. Beeson is withdrawn as counsel of record for Plaintiffs.

**IT IS FURTHER ORDERED** that Kurt B. Aktug is substituted as counsel of record for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, on this 21st day of April, 2020.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE