Kansas Department of Health and Environment
Office of Vital Statistics

# CERTIFICATE OF DEATH

**State File Number:** 115-2020-03106

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name (First, Middle, Last) | JUDITH KAY SCOTT |
| 2 | Sex | FEMALE |
| 3 | Date Of Death (Month, Day, Year) | 01/26/2020 |
| 4 | Social Security Number | 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 |
| 5 | Date Filed By State Registrar | 02/17/2020 |
| 6 | Last Name Prior to First Marriage | COBLE |
| 7a | Date Of Birth | 06/26/1941 |
| 7b | Age | 78 YEAR(S) |
| 8 | Place Of Birth (City And State Or Foreign Country) | COFFEYVILLE, KANSAS |
| 9 | Decedent Ever In U.S. Armed Forces | NO |
| 10a | Place Of Death | INPATIENT |
| 10b | Facility Name (If Not Institution, Street And Number) | WESTERN PLAINS MEDICAL COMPLEX |
| 10c | County Of Death | FORD |
| 10d | Zip Code | 67801 |
| 10e | City or Town Of Death | DODGE CITY |
| 11 | Marital Status | WIDOWED |
| 12 | Surviving Spouse (Name Prior to First Marriage) | |
| 13a | Residence – Street Address | 1606 AVENUE D |
| 13b | State or Foreign Country | KANSAS |
| 13c | County or Province | FORD |
| 13d | City or Town | DODGE CITY |
| 13e | Zip Code | 67801 |
| 13f | Inside City Limits | YES |
| 14 | Decedent's Ancestry | AMERICAN |
| 15 | Decedent's Race | WHITE |
| 16 | Decedent's Hispanic Origin | NOT SPANISH, HISPANIC, LATINO |
| 17 | Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 18 | Decedent's Occupation | HOMEMAKER |
| 19 | Decedent's Industry | OWN HOME |
| 20 | Father/Parent Birth Name (First, Middle, Last) | RAYMOND COBLE |
| 21 | Mother/Parent Birth Name (First, Middle, Last) | FRANCES LIMING |
| 22a | Informant's Name (First, Middle, Last) | MARK SCOTT |
| 22b | Mailing Address | 1606 AVENUE D, DODGE CITY, KANSAS, 67801 |
| 22c | Relationship To Decedent | SON |
| 23 | Method Of Disposition | BURIAL |
| 24a | Place Of Disposition | ROBBINS CEMETERY |
| 24b | Location | COFFEYVILLE, KANSAS |
| 25 | Funeral Service Licensee And License Number | /e/DAVID W BARNES - 1828 |
| 26 | Name Of Embalmer And License Number | MATTHEW D HARRIS - 3748 |
| 27 | Name And Address Of Firm | DAVID W BARNES FUNERAL HOME, 306 N CLINE RD, COFFEYVILLE, KANSAS, 67337 |

**28. Cause Of Death** Part I. Events (diseases, injuries, or complications) that directly caused the death.

| | Cause | Approximate Interval: Onset To Death |
|---|---|---|
| IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death) A) | CARDIOPULMONARY ARREST | A) IMMEDIATE |
| Conditions, if any, leading To cause listed on line A) B) | | B) |
| C) | | C) |
| UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LISTED LAST D) | | D) |

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I.

| Field | Value |
|---|---|
| 29a. Autopsy | NO |
| 29b. Autopsy Findings Available To Complete The Cause Of Death | |
| 29c. Coroner Contacted | NO |
| 30. Did Tobacco Use Contribute To Death? | NO |
| 31. If Female: | NOT PREGNANT WITHIN THE PAST YEAR |
| 32. Manner Of Death | NATURAL |
| 33a. Date Of Injury | |
| 33b. Time Of Injury | |
| 33c. Injury At Work | |
| 33d. How Injury Occurred | |
| 33e. Place Of Injury | |
| 33f. Location | |
| 34a. Date Pronounced Dead | 01/26/2020 |
| 34b. Time Pronounced Dead | 8:36 AM |
| 34c. Actual Or Presumed Time Of Death | 8:36 AM |
| 34d. Name Of Person Pronouncing Death | STEPHEN M MILEY |
| 34e. License No. | #04-33880 |
| 35a. Pronouncing and Certifying Physician | /e/STEPHEN M MILEY - MD |
| 35b. License No. | 0433880 |
| 35c. Date Certified | 02/16/2020 |
| 35d. Address And Zip Code Of Person Completing Cause Of Death | 3001 AVENUE A, DODGE CITY, KANSAS, 67801 |

VS231A – Rev. 10/11/2016
02/18/2020 V240000270026 01 202004003106 1 Reg M TT Processing Unit