UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**JUDITH SCOTT. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-06082**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **MARK SCOTT,** on behalf of his deceased mother, **JUDITH SCOTT**, for the following reasons:

I.

On November 19, 2015 **JUDITH SCOTT** filed a Complaint in the above referenced matter.

II

On January 26, 2020, **JUDITH SCOTT** passed away.

III.

The decedent's son **MARK SCOTT**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **JUDITH SCOTT**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 22nd day of April 2020.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward (Bar # 29508)**
 Samuel C. Ward, Jr., &
 Associates
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
 Email: samuelcward@aol.com

*Attorneys for Mark Scott obo Judith Scott*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of April, 2020 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

      */s/ John Jewell Pace*
      **JOHN JEWELL PACE (#1115)**

      */s/ Samuel C. Ward*
      **SAMUEL C. WARD (#29508)**