UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**JUDITH SCOTT v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-06082**

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **MARK SCOTT**, on behalf of his deceased mother, **JUDITH SCOTT**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2020.

_____
Eldon E. Fallon, United States District Court Judge