UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joy Storms, as Personal Representative of the Estate of John Martin Storms, and Individually v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-16550

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17655, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joy Storms, surviving spouse of John Martin Storms, is substituted for John Martin Storms as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 21st day of April, 2020.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT COURT JUDGE