UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) |
| JOHN BURKE, ADMINISTRATOR OF THE ESTATE OF FRANCIS M. BURKE | ) JUDGE ELDON E. FALLON ) |
| Civil Action No. 2:20-cv-00750 | ) MAGISTRATE JUDGE NORTH ) |

# ORDER

Considering the foregoing Motion for Substitution and Withdrawal of Counsel, R. Doc. 17658;

**IT IS ORDERED** that the Motion be and is **GRANTED**. Rita A. Maimbourg, Esquire, and Sarah A. Stover, Esquire, of the law firm of Tucker Ellis LLP are hereby withdrawn as counsel for Defendant Bayer HealthCare Pharmaceuticals Inc. in the above-referenced case and Andrew Solow, Esquire, and William Hoffman, Esquire, of the law firm of Arnold & Porter Kaye Scholer LLP, and John F. Olinde, Esquire, of the law firm of Chaffe McCall L.L.P., are substituted in their place.

New Orleans, Louisiana, on this 21st day of April, 2020.

_____
United States District Judge