MINUTE ENTRY
FALLON, J.
APRIL 24, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone call was held on this date from the Chambers of the Honorable Eldon E. Fallon. Andy Birchfield, Brian Barr, Leonard Davis, and Gerald Meunier participated on behalf of Plaintiffs. Susan Sharko and Steven Glickstein participated on behalf of Defendants. The parties discussed the status of the settlement program.

JS10 (00:28)