UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Pamela McLain v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:16-cv-00853

## MOTION FOR REFUND OF FILING FEE

**COMES NOW** counsel for Plaintiff, Pamela McLain, requesting and applying for a refund in the amount of $400.00 due to a duplicate case filing charge. The receipt number for this transaction is ALAEDC-8272435. This duplicate amount was charged to a MasterCard ending in 3583.

DATED: APRIL 27, 2020

Respectfully submitted,

s/ Kori Westbrook
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
kwestbrook@johnsonlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                             */s/ Kori Westbrook*  
                                                                             Attorney for Plaintiff