UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Pamela McLain v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:16-cv-00853**

## ORDER

**IT IS ORDERED** that the Motion for Refund of Filing Fee filed by Plaintiff Pamela McLain is hereby **GRANTED**, and the Clerk of the Court is ordered to reverse and refund the duplicated filing fee charges for this matter.

Dated: This _____ day of _____, 2017.

_____

Honorable Judge Eldon E. Fallon
United States District Court Judge