UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Judith Scott v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6082

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17662, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mark Scott, surviving son of Judith Scott, is substituted for Judith Scott as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 23rd day of April, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE