UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : : *Roy Tillman O'Bryant, Jr.*, No. 2:20-cv-00111 : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

Defendants Janssen Research & Development, LLC and Johnson & Johnson ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Plaintiff's case should not be dismissed with prejudice for failure to comply with Case Management Order ("CMO") 11.

This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes, *inter alia*, obligations for plaintiffs who chose not to participate in the Xarelto settlement program or are not eligible to participate in the Xarelto settlement program. Plaintiff chose not to participate in the settlement program, and he must therefore timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11. *See* CMO 11.

Pursuant to CMO 11, Plaintiff is required to, *inter alia*:

1. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS no later than February 17, 2020. *See* CMO 11 Section I(B)(i).

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

    2. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF no later than February 17, 2020. *See id.*

Plaintiffs failed to serve these required documents by their deadline. Pursuant to CMO 11, on February 26, 2020, Defendants' counsel sent Plaintiff's counsel notice of Plaintiff's failure to serve the required documents and asked Plaintiff to comply within 30 days of the notice. More than 60 days have passed since Defendants' counsel sent this notice, but Plaintiff still has not served the required documents and medical records. Plaintiff also has not provided any of the other documents required by CMO 11.

Without the documents and information required by CMO 11, it is not possible for Defendants to proceed with discovery. This warrants dismissal of Plaintiff's case with prejudice.

Therefore, Plaintiff should be ordered to show cause at **10:00 am CT on May 14, 2020**, before the Court as to why his case should not be dismissed with prejudice.

    Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Research & Development, LLC and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on April 30, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Kim E. Moore*
    **Kim E. Moore**