UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : | SECTION L |
| *Roy Tillman O'Bryant, Jr.*, No. 2:20-cv-00111 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes, *inter alia*, obligations for plaintiffs who are continuing to litigate their claims against Defendants. Plaintiff is continuing to litigate his claims against Defendants, and he therefore must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11. *See* CMO 11.

Pursuant to CMO 11, Plaintiffs are required to, *inter alia*:

1. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS. *See* CMO 11 Section I(B)(i).

2. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF. *See id.*

Plaintiff failed to serve all of these required documents by their respective deadlines. Pursuant to CMO 11, Defendants' counsel sent Plaintiff's counsel notice of Plaintiff's failure to serve the requisite documents and asked Plaintiff to comply within 30 days of the notice. More than 30 days have passed since Defendants' counsel sent this notice to Plaintiff's counsel, and Plaintiff still has not served the documents required by CMO 11.

      Plaintiff is ordered to show cause before this Court at a telephonic hearing to be held on **May 14, 2020 at 10:00 am CT**.  The dial-in number for the May 14, 2020 hearing will be provided to Plaintiff and/or his counsel by a member of the Plaintiffs' Steering Committee.

      Counsel for Plaintiff and Plaintiff are required to participate in the May 14, 2020 telephonic hearing, or the case will be dismissed in accordance with this Order to Show Cause.  The Court will entertain a request for postponement if either Plaintiff's counsel or Plaintiff is unable to call in due to illness or other emergency making it infeasible for counsel or Plaintiff to participate by phone.  Any such request for postponement should be made in writing and with a copy to Defendants' counsel by May 7, 2020, or if the illness or other emergency manifests at a later date, at the earliest practical time thereafter in writing and with a copy to Defendants' counsel, but not later than the May 14, 2020 hearing date.

      New Orleans, Louisiana, on this 1st day of May, 2020.

                                                           _/s/ Eldon E. Fallon_

                                                           United States District Judge