IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Mag. Judge North<br>Hon. Eldon E. Fallon |
| This Document Relates to:<br>Plaintiffs listed on the attached Exhibit A | |

## NOTICE OF TRANSFER TO INACTIVE STATUS

PLEASE TAKE NOTICE that effective April 1, 2020 Baird Brown was transferred to inactive status by the California Bar and since that date had not been able to practice law.

Date: May 1, 2020

Respectfully submitted,

/s/ Baird A. Brown_____
Baird A. Brown
LAW OFFICES OF BAIRD BROWN, PC
3055 Wilshire Boulevard, Ste 980
P (213) 487-8880
F (213) 487-8884
bairdbrownlaw@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Lucas Granillo_____
Lucas Granillo

## **Exhibit A**

2:16-cv-00182;   *Hall et al. v. Janssen Research & Development, LLC, et al.*
2:16-cv-00941;   *Pietila v. Janssen Research & Development, LLC, et al.*
2:16-cv-00944;   *Jackson al. v. Janssen Research & Development, LLC, et al.*
2:16-cv-00945;   *James. v. Janssen Research & Development, LLC, et al.*