# UNITED STATES DISRICT COURT
# OF EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------- | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 2592<br><br>SECTION:     L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Dale Hannah v. Janssen Research and Development, LLC et al.*
2:18-cv-07712

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable court of the death of Plaintiff Dale Hannah. A copy of Plaintiff's death certificate is attached hereto as Exhibit A.

Respectfully submitted May 13, 2020.

By:     */s/ Robert K. Finnell*
Robert K. Finnell
Georgia Bar No. 261575
THE FINNELL FIRM
P. O. Box 63
Rome, GA 30162-0063
Phone: 706.235.7272
Fax: 706.235.9461
bob@finnellfirm.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2020, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be served on all CM/ECF participants registered to receive service in this MDL.

/s/ *Robert K. Finnell*
Robert K. Finnell