# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY of FRESNO
### DEPARTMENT OF PUBLIC HEALTH
### FRESNO, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052019247152
LOCAL REGISTRATION NUMBER: 3201910006833

1. NAME OF DECEDENT—FIRST: DALE
2. MIDDLE: ALLEN
3. LAST (Family): HANNAH
4. DATE OF BIRTH: [redacted]
5. AGE Yrs: 68
6. SEX: M
7. DATE OF DEATH: 12/02/2019
8. HOUR: 1940
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES?: YES
12. MARITAL STATUS: DIVORCED
13. EDUCATION: HS GRADUATE
14. HISPANIC: NO
16. RACE: CAUCASIAN
17. USUAL OCCUPATION: OWNER OPERATOR
18. KIND OF BUSINESS OR INDUSTRY: HOUSE PAINTING INDUSTRY
19. YEARS IN OCCUPATION: 40
20. DECEDENT'S RESIDENCE: 968 HOSPITAL DR.
21. CITY: CHOWCHILLA
22. COUNTY/PROVINCE: MADERA
23. ZIP CODE: 93610
24. YEARS IN COUNTY: 10
25. STATE/FOREIGN COUNTRY: CA
27. INFORMANT'S MAILING ADDRESS: 4762 E. KERCKHOFF AVE., FRESNO, CA 93702
28. INFORMANT'S NAME, RELATIONSHIP: DANIEL HANNAH, SON
32. NAME OF FATHER/PARENT—FIRST: KENNETH
   MIDDLE: RUSSELL
   LAST: HANNAH
   BIRTH STATE: MO
35. NAME OF MOTHER/PARENT—FIRST: NADINE
   MIDDLE: ARKANSAS
   LAST (BIRTH NAME): KAGLE
   BIRTH STATE: AR
39. DISPOSITION DATE: 12/10/2019
40. PLACE OF FINAL DISPOSITION: RESIDENCE DANIEL HANNAH SON, 4762 E. KERCKHOFF AVE., FRESNO, CA 93702
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
44. NAME OF FUNERAL ESTABLISHMENT: AFFORDABLE DIRECT CREMATIONS
45. LICENSE NUMBER: FD2098
46. SIGNATURE OF LOCAL REGISTRAR: KENNETH D BIRD, MD MPH
47. DATE: 12/10/2019
101. PLACE OF DEATH: NANCY HINDS HOME
103. IF OTHER THAN HOSPITAL: Hospice
104. COUNTY: FRESNO
105. FACILITY ADDRESS: 1416 W. TWAIN AVE.
106. CITY: FRESNO
107. CAUSE OF DEATH — IMMEDIATE CAUSE (A): SEVERE PULMONARY HYPERTENSION
Time Interval: YRS
108. DEATH REPORTED TO CORONER?: YES — 19-12-017
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: NO
112. OTHER SIGNIFICANT CONDITIONS: CHRONIC OBSTRUCTIVE PULMONARY DISEASE, CONGESTIVE HEART FAILURE, CORONARY ARTERY DISEASE
113. WAS OPERATION PERFORMED: NO
115. SIGNATURE AND TITLE OF CERTIFIER: DUC MINH CHUNG M.D.
116. LICENSE NUMBER: A123039
117. DATE: 12/10/2019
Decedent Attended Since: 11/18/2019
Decedent Last Seen Alive: 12/02/2019
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS: DUC MINH CHUNG M.D., 2615 E CLINTON AVE, FRESNO, CA 93703

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Fresno Co. Department of Public Health.

*001310744*

DATE ISSUED: JAN 17 2020

RAIS VOHRA, M.D.
FRESNO COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE