UNITED STATES DISRICT COURT
OF EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br>------------------------------------------------ | ) ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br>SECTION:    L <br><br>JUDGE:  ELDON E. FALLON <br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Dale Hannah v. Janssen Research
and Development, LLC et al.
2:18-cv-07712*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Daniel Hannah on behalf of his deceased father, Dale Hannah.

Dale Hannah filed a products liability lawsuit against the defendants on August 15, 2018. Plaintiff, Dale Hannah, died on December 2, 2019.  Plaintiff filed a Notice and Suggestion of Death on May 12, 2020, a copy of which is attached hereto as Exhibit A.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Dale Hannah's product liability action against defendants survived his death and was not extinguished.  Daniel Hannah, surviving son, is a proper party to substitute for plaintiff-decent Dale Hannah, and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Fed. R. Civ. P. 25(a)(1).

Dated:  May 13, 2020

                                                By:    */s/ Robert K. Finnell*
                                                           Robert K. Finnell
                                                           Georgia Bar No. 261575
                                                           THE FINNELL FIRM
                                                           P. O. Box 63
                                                           Rome, GA 30162-0063
                                                           Phone: 706.235.7272
                                                           Fax: 706.235.9461
                                                           bob@finnellfirm.com

                                                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2020, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be served on all CM/ECF participants registered to receive service in this MDL.


/s/ *Robert K. Finnell*
Robert K. Finnell