# EXHIBIT A

# UNITED STATES DISRICT COURT
# OF EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ----------------------------------------------- ) ) ) ) ) | MDL No. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Dale Hannah v. Janssen Research and Development, LLC et al.*
*2:18-cv-07712*

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable court of the death of Plaintiff Dale Hannah. A copy of Plaintiff's death certificate is attached hereto as Exhibit A.

Respectfully submitted May 13, 2020.

                By:    */s/ Robert K. Finnell*
                         Robert K. Finnell
                         Georgia Bar No. 261575
                         THE FINNELL FIRM
                         P. O. Box 63
                         Rome, GA 30162-0063
                         Phone: 706.235.7272
                         Fax: 706.235.9461
                         bob@finnellfirm.com

                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2020, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be served on all CM/ECF participants registered to receive service in this MDL.

/s/ *Robert K. Finnell*
Robert K. Finnell

# EXHIBIT A

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

## COUNTY of FRESNO
### DEPARTMENT OF PUBLIC HEALTH
### FRESNO, CALIFORNIA

**CERTIFICATE OF DEATH**

State File Number: 3052010247162
Local Registration Number: 3201910000833

| Field | Value |
|---|---|
| Name of Decedent – First | DALE |
| Middle | ALLEN |
| Last | HANNAH |
| Sex | M |
| Date of Birth | [redacted] |
| Age | 80 |
| Date of Death | 12/02/2019 |
| Hour | 1940 |
| Birth State | CA |
| Ever in US Armed Forces | YES |
| Marital Status | DIVORCED |
| Race | CAUCASIAN |
| Education | HS GRADUATE |
| Usual Occupation | OWNER OPERATOR |
| Kind of Business/Industry | HOUSE PAINTING INDUSTRY |
| Years in Occupation | 40 |
| Residence | 968 HOSPITAL DR |
| City | CHOWCHILLA |
| County | MADERA |
| Zip | 93610 |
| Years in County | 10 |
| State | CA |
| Informant's Mailing Address | 4762 E. KERCKHOFF AVE., FRESNO, CA 93702 |
| Informant's Name / Relationship | DANIEL HANNAH, SON |
| Father – First | KENNETH |
| Middle | RUSSELL |
| Last | HANNAH |
| Birth State | MO |
| Mother – First | NADINE |
| Middle | ARKANSAS |
| Last | KAGLE |
| Birth State | AR |
| Disposition Date | 12/10/2019 |
| Place of Final Disposition | RESIDENCE DANIEL HANNAH SON, 4762 E. KERCKHOFF AVE, FRESNO, CA 93702 |
| Type of Disposition | CR/RES |
| Signature of Embalmer | NOT EMBALMED |
| Name of Funeral Establishment | AFFORDABLE DIRECT CREMATIONS |
| License Number | FD2098 |
| Signature of Local Registrar | KENNETH D. BIRD, MD MPH |
| Date | 12/10/2019 |
| Place of Death | NANCY HINDS HOME |
| Facility Address | 1416 W. TWAIN AVE. |
| County | FRESNO |
| City | FRESNO |
| Cause of Death (Immediate) | SEVERE PULMONARY HYPERTENSION |
| Time Interval | YRS |
| ICD Code | 19-12-017 |
| Other Significant Conditions | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, CONGESTIVE HEART FAILURE, CORONARY ARTERY DISEASE |
| Tobacco Use | NO |
| Certifier | DUC MINH CHUNG, M.D. |
| License Number | A123030 |
| Date | 12/10/2019 |
| Certifier Address | 2615 E. CLINTON AVE, FRESNO, CA 93703 |
| Date Attended First | 11/18/2019 |
| Date Last Seen | 12/02/2019 |

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Fresno Co. Department of Public Health.

*001310744*

DATE ISSUED: JAN 17 2020

Rais Vohra, M.D.
FRESNO COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE