# UNITED STATES DISRICT COURT
# OF EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION:  L JUDGE:  ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Dale Hannah v. Janssen Research and Development, LLC et al.*
2:18-cv-07712

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and this Court deemed full advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Daniel Hannah, as surviving son of Dale Hannah, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

Signed, this _____ day of _____, 2020.

_____
JUDGE ELDON E. FALLON