# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) CARL RUGGIERO ) Civil Action No.: 2:17-CV-01993 ) ) | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Richard Ruggiero on behalf of his deceased uncle, Plaintiff Carl Ruggiero.

1. Carl Ruggiero filed a products liability lawsuit against the defendants on March 9, 2017.

2. On February 5, 2020, Carl Ruggiero died.

3. Carl Ruggiero's products liability action against defendants survived his death and was not extinguished.

5. Richard Ruggiero, nephew of Carl Ruggiero and Administrator of Plaintiff Carl Ruggiero's estate, is a proper party to substitute for plaintiff-decedent Carl Ruggiero and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Richard Ruggiero requests that this Court grant his request for substitution as plaintiff in this action.

This 14th day of May, 2020.

By:  */s/ Alexandra V. Boone*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:                (214) 987-2545
E-Mail:  aboone@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Alexandra V. Boone*
**ALEXANDRA V. BOONE**