UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dale Hannah v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-7712

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17677, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Daniel Hannah, surviving son of Dale Hannah, is substituted for Dale Hannah as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of May, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE