UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carl Ruggiero v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-1993

# ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17680, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Richard Ruggiero, surviving nephew and Administrator of the Estate of Carl Ruggiero, is substituted for Carl Ruggiero as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of May, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE