MINUTE ENTRY
FALLON, J.
MAY 14, 2020

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)                     MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION

                                                      SECTION: L (5)

THIS DOCUMENT RELATES TO:                        JUDGE FALLON
Various Cases                                     MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Andy Birchfield , Esq., on behalf of certain plaintiffs
                Leonard Davis, Esq. and Gerry Meunier, Esq. for the PLC
                Mike Love, Esq. on behalf of certain plaintiffs
                Brent Johnson, Esq. on behalf of certain plaintiffs
                Corban Gunn, Esq. on behalf of certain plaintiffs
                Damon Baldone, Esq. on behalf of certain plaintiffs
                Chanda Miller, Esq., Susan Sharko, Esq. and Steve Glickstein, Esq. on behalf of
                Defendants

## Show Cause Hearing:

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and
Mr. Birchfield, appeared on behalf of Plaintiffs' Steering Committee.   (Rec. Doc. Nos. 17611,
17618, 17640, 17614, 17619, CMO 11)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to
the court regarding the Court's rulings on said matters.

JS10:     1:00