UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Roscoe Campbell, III*, No. 2:19-cv-08728 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER DISMISSING DEFENDANT BAYER CORPORATION WITH PREJUDICE**

On February 28, 2020, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process on Defendant Bayer Corporation. *See* R. Doc. 17614. The Court issued an Order to Show Cause on March 4, 2020. *See* R. Doc. 17619. For the reasons set forth on the record at the May 14, 2020 Show Cause Hearing, **DEFENDANT BAYER CORPORATION IS DISMISSED WITH PREJUDICE**. The case may proceed as to the remaining Defendants.

New Orleans, Louisiana, on this 21st day of May, 2020.

_____
United States District Judge