**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :          MDL No. 2592
                                        :
                                        :          SECTION L
THIS DOCUMENT RELATES TO:               :
                                        :
*Michael Dahn*, No. 2:19-cv-06954       :          **JUDGE ELDON E. FALLON**
                                        :          **MAGISTRATE JUDGE NORTH**
                                        :

ORDER DISMISSING CASE WITH PREJUDICE

On February 28, 2020, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process. *See* R. Doc. 17614. The Court issued an Order to Show Cause on March 4, 2020. *See* R. Doc. 17619. A Show Cause Hearing on Defendants' Motion was held on May 14, 2020. During the hearing, Plaintiff's counsel represented to the Court and counsel that he had been unable to locate records demonstrating that Plaintiff used Xarelto and Plaintiff has not responded to his multiple attempts to communicate with Plaintiff. For the reasons set forth on the record at the May 14, 2020 Show Cause Hearing, Plaintiff's case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 21st day of May, 2020.

_____
United States District Judge