UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Yolundus Murriel*, Case No. 2-19-cv-13139 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER REGARDING PLAINTIFF'S FAILURE TO COMPLY
WITH CASE MANAGEMENT ORDER 11**

On February 14, 2020, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Comply with Case Management Order 11. *See* R. Doc. 17594. The Court issued an Order to Show Cause on February 19, 2020. *See* Rec. Doc. 17598. A Show Cause Hearing was held on Defendants' Motion on May 14, 2020. During the hearing, Plaintiff's representative represented to the Court and counsel that all records he has obtained regarding the decedent's alleged use of Xarelto and her alleged bleeding event have been provided to Defendants' counsel. For the reasons set forth on the record at the May 14, 2020 Show Cause Hearing, Defendants shall proceed with filing a Motion for Summary Judgment in this individual case.

New Orleans, Louisiana, on this 21st day of May, 2020.

_____
United States District Judge