UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Roy Tillman O'Bryant, Jr.*, No. 2:20-cv-00111 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### ORDER REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11

On April 30, 2020, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Comply with Case Management Order 11. *See* Rec. Doc. 17669. The Court issed an Order to Show Cause on May 5, 2020. *See* Rec. Doc. 17671. For the reasons set forth on the record at the May 14, 2020 Show Cause Hearing on Defendants' Motion, Plaintiff has until June 15, 2020 to cure the deficiencies set forth in Defendants' Motion. If Plaintiff has not addressed all of these deficiencies by June 15, 2020, Defendants shall proceed with a Motion to Dismiss.

New Orleans, Louisiana, on this 21st day of May, 2020.

_____
United States District Judge