UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails,* Civil Action No. 2:17-cv-05372 | : : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER REGARDING DEFENDANTS' MOTION TO SHOW CAUSE FOR PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

On February 14, 2020, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Comply with Case Management Order ("CMO") 11. *See* R. Doc. 17595. The Court issued an Order to Show Cause on February 19, 2020. *See* R. Doc. 17599. For the reasons set forth on the record at the May 14, 2020 Show Cause Hearing on Defendants' Motion, the parties shall meet and confer regarding the outstanding information and medical records Plaintiff is required to provide to comply with CMO 11. The Court will schedule a follow-up conference with the parties.

New Orleans, Louisiana, on this 21st day of May, 2020.

_____
United States District Judge