# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Hazel S. Webb*, No. 2:20-cv-00113 | : : : | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

## ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11

On April 30, 2020, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Comply with Case Management Order 11. R. Doc. 17670. The Court issued an Order to Show Cause on May 5, 2020. R. Doc. 17672. For the reasons set forth on the record at the May 14, 2020 Show Cause Hearing on Defendants' Motion, Plaintiff's case is **DISMISSED WITH PREJUDICE** for failure to comply with Case Management Order 11.

New Orleans, Louisiana, on this 21st day of May, 2020.

_____
United States District Judge