## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *All Cases Listed on Attached Exhibit A* | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS OVER WHOSE CLAIMS
THIS COURT LACKS SUBJECT MATTER JURISDICTION**

The Plaintiffs listed in Exhibit A were ordered to appear before the Court on May 14, 2020 to show cause as to why their cases should not be dismissed without prejudice for lack of subject matter jurisdiction pursuant to Pretrial Order ("PTO") No. 24.  *See* Rec. Doc. Nos. 17611, 17618, and 17640.  For the reasons set forth on the record during the Show Cause Hearing held on May 14, 2020, the cases of the Plaintiffs listed in Exhibit A are **DISMISSED WITHOUT PREJUDICE** pursuant to PTO No. 24 for lack of subject matter jurisdiction.

New Orleans, Louisiana, on this 21st day of May, 2020.

_____
United States District Judge