**EXHIBIT A**

| No. | BG ID | Docket No. | Plaintiff Name | Plaintiff Firm |
|---|---|---|---|---|
| 1. | 30905 | 2:19-cv-08665 | Deeney, Robert | Leonard B. Gabbay, PC |
| 2. | 30902 | 2:19-cv-08697 | Kennedy, Patricia | Leonard B. Gabbay, PC |
| 3. | 28715 | 2:19-cv-01238 | Sebastian, Diana | Pro Se |
| 4. | 30455 | 2:19-cv-08280 | Tipton, Deborah | Martinez & McGuire PLLC |