IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30845

_____

A True Copy
Certified order issued Jan 22, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

------------------------------------------------------

JOSEPH ORR, JR.; JOSEPH ORR, III; KELLI WALKER; KIM DEAGANO,

    Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT, L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

    Defendants - Appellees Cross-Appellants

------------------------------------------------------

JOSEPH J. BOUDREAUX, JR.; LORETTA BOUDREAUX,

    Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT, L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

    Defendants - Appellees Cross-Appellants

consolidated with 18-30102

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------

DORA MINGO,

        Plaintiff - Appellant Cross-Appellee

v.

JANSSEN RESEARCH & DEVELOPMENT, L.L.C.; JANSSEN PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG; BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED,

        Defendants - Appellees Cross-Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

CLERK'S OFFICE:

        Under FED. R. APP. P. 42(b), the appeal is dismissed as of January 22, 2020, pursuant to the stipulation of the parties.

                                      LYLE W. CAYCE
                                      Clerk of the United States Court
                                      of Appeals for the Fifth Circuit

                                      *Rebecca L. Leto*
                                      By: _____
                                      Rebecca L. Leto, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT