# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 22, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30845    In re: Xarelto Prod Liability
                          USDC No. 2:14-MD-2592
                          USDC No. 2:15-CV-3708
                          USDC No. 2:14-CV-2720
                          USDC No. 2:14-MD-2592
                          USDC No. 2:15-CV-3469

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                    By: _____
                                    Rebecca L. Leto, Deputy Clerk
                                    504-310-7703

cc w/encl:
    Mr. Stanley Blackmon
    Mr. Lindsey C. Boney
    Mr. Leonard Arthur Davis
    Mr. Rodney M. Hudson
    Mr. Frederick S. Longer
    Mr. William Perdue
    Mrs. Susan M. Sharko
    Ms. Elisabeth S. Theodore
    Mr. Sherman Vance Wittie