IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| *John Burke,* No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

**DEFENDANTS CHARLES MAY, D.O. AND
GRANDVIEW FAMILY PRACTICE, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rules 12(b)(1) of the Federal Rules of Civil Procedure, defendants Charles May, D.O. and Grandview Family Practice, Inc. respectfully move the Court for an order dismissing the Complaint because the Court lacks subject matter jurisdiction over the claims against them. The reasons for the motion are set forth in the accompanying Memorandum.

Respectfully submitted,

/s/Karen M. Cadieux
Theodore M. Munsell (Ohio Bar No. 0022055)
Karen M. Cadieux (Ohio Bar No. 0079240)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 N. High Street
Columbus, Ohio 43215
E-mail: munsell@carpenterlipps.com
          Cadieux@carpenterlipps.com
Tele: (614) 365-4100; Fax: (614) 365-9145
Attorneys for Defendants Charles May, D.O. and
Grandview Family Practice, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2020 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. Copies were also served by electronic mail upon the following:

Rita A Maimbourg     rmaimbourg@tuckerellis.com

William R. Thomas    wthomas@thomaslawlpa.com

Sarah Anne Stover    sarah.stover@tuckerellis.com

/s/Karen M. Cadieux
Theodore M. Munsell (Ohio Bar No. 0022055)
Karen M. Cadieux (Ohio Bar No. 0079240)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 N. High Street
Columbus, Ohio 43215
E-mail: munsell@carpenterlipps.com
         Cadieux@carpenterlipps.com
Tele:  (614) 365-4100; Fax: (614) 365-9145
Attorneys for Defendants Charles May, D.O. and Grandview Family Practice, Inc.