**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| *John Burke,* No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT
DEFENDANTS CHARLES MAY, D.O. AND
GRANDVIEW FAMILY PRACTICE, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**I.   STATEMENT OF FACTS AND ALLEGATIONS.**

Plaintiff John Burke, who is the Administrator of the estate of Francis M. Burke, filed this action on January 14, 2020 in the Franklin County, Ohio Common Pleas Court, asserting a wrongful death claim against defendants Charles May, D.O. and Grandview Family Practice, Inc. (collectively the "Medical Defendants") related to Dr. May prescribing Xarelto to the decedent. *See* Complaint, Doc. No. 8, ¶¶ 249-251.  The Complaint also asserts various products liability, negligence and fraud claims against Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG (collectively "Pharmaceutical Defendants") who allegedly engaged in the business of developing, designing, licensing, manufacturing, distributing, selling, marketing, and/or introducing into interstate commerce throughout the United States.  *See generally* Complaint.  The Complaint alleges that the decedent died on January 14, 2018 as a result of an intracranial hemorrhage allegedly caused by Xarelto.  *Id*. ¶ 3.

On February 21, 2020, the Pharmaceutical Defendants removed this action to the United States District Court for the Southern District of Ohio based on diversity jurisdiction alleging that

the Medical Defendants were fraudulently joined. *See* Notice of Removal, Doc. No. 1. Plaintiff did not dispute the allegation of fraudulent joinder and did not seek to remand the case to state court. On March 4, 2020, a conditional transfer order was issued transferring the case to this Court to be included in the Xarelto Multi District Litigation pending in this Court. *See* Conditional Transfer Order, Doc. No. 12. On April 8, 2020, the final transfer order was entered. *See* Apr. 8, 2020 Order, Doc. No. 13.

There is no diversity jurisdiction in this case as to the Medical Defendants. Plaintiff, John Burke, as Administrator of the Estate of Francis M. Burke is a resident of Franklin County, Ohio. *See* Complaint, ¶ 1. Charles May D.O. is a physician who is licensed to practice medicine in the state of Ohio and Grandview Family Practice, Inc. is his practice. *Id.* ¶ 4. Dr. May is a resident of Columbus, Ohio. *See* Medical License Printout (attached as Exhibit A) available at https://elicense.ohio.gov/oh_verifylicensedetails?pid=a0Rt000000085JaEAI.[1] Grandview Family Practice, Inc. is an Ohio corporation with its principal place of business located in Columbus, Ohio. *See* Amended Articles of Incorporation (attached as Exhibit B) available at https://bizimage.ohiosos.gov/api/image/pdf/201708303142; Reinstatement Filing (attached as Exhibit C) available at https://bizimage.ohiosos.gov/api/image/pdf/202011802204.

## II. LAW AND ARGUMENT.

This Court lacks subject matter jurisdiction over the Medical Defendants and thus they must be dismissed from this case.[2] The Fifth Circuit Court of Appeals has held that "as long as a

---

[1] The Court may take judicial notice of the information contained on the website of the Ohio Medical Board and documents filed with the Ohio Secretary of State that are available on its website. *See* Fed. R. Evid. 201(B). Federal courts can take judicial notice of information and documents found on state websites. *See Swindol v. Aurora Flight Scis. Corp.*, 805 F.3d 516, 519 (5th Cir. 2015). Courts can consider public records when deciding a motion to dismiss. *Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011).

[2] The Medical Defendants have not been served with a summons or the Complaint. This motion, which solely addresses jurisdiction, does not waive any service or service of process defenses and the Medical Defendants preserve their rights to assert these defenses at a later date if they are not dismissed for lack of jurisdiction.

nondiverse party remains joined, the only issue the court may consider is that of jurisdiction itself." *International. Energy Ventures Mgt., L.L.C. v. United Energy Group, Ltd*., 818 F.3d 193, 209 (5th Cir. 2016) "If subject matter jurisdiction is based on diversity, a court never has jurisdiction over a nondiverse party." *Internatl. Energy Ventures Mgt., L.L.C. v. United Energy Group, Ltd*., 818 F.3d 193, 209 (5th Cir. 2016). Lack of jurisdiction due to a nondiverse party can be cured by the dismissal of the nondiverse defendant. *See Doe v. Mckesson*, 945 F.3d 818, 824–25 (5th Cir. 2019). The United States Supreme Court has also recognized that dismissal of a nondiverse defendant can cure jurisdictional defects. *See Wisconsin Dept. of Corr. v. Schacht*, 524 U.S. 381, 388, 118 S.Ct. 2047, 2052, 141 L.Ed.2d 364 (1998). Thus, the Court must dismiss the nondiverse parties who are improperly joined. *International. Energy Ventures Mgt., L.L.C.,* 818 F.3d at 209.

In this case, there is no question that the Medical Defendants are residents of the state of Ohio. Dr. May is a resident of Columbus, Ohio. *See* Medical License Printout (attached as Exhibit A); Complaint, ¶ 4. Grandview Family Practice, Inc. is an Ohio corporation with its principal place of business located in Columbus, Ohio. *See* Amended Articles of Incorporation (attached as Exhibit B); Reinstatement Filing (attached as Exhibit C). There is also no question that Plaintiff is a resident of the state of Ohio. *See* Complaint, ¶ 1 ("Plaintiff, John Burke, is a resident of Franklin County, Ohio"). The Pharmaceutical Defendants removed this action based on diversity jurisdiction alleging that the Medical Defendants were fraudulently joined to prevent removal based on diversity jurisdiction. *See* Notice of Removal, Doc. 1. Plaintiff has not disputed this allegation and did not move to remand the case to state court. Because the Medical Defendants and Plaintiff are all residents of Ohio, the Medical Defendants are nondiverse. This Court thus lacks subject matter jurisdiction to hear the claims against the Medical Defendants. Therefore, the

Court must dismiss the Complaint as to the Medical Defendants so that the Court can retain jurisdiction over the remaining Pharmaceutical Defendants.

### III. CONCLUSION.

For these reasons, Defendants Charles May, D.O. and Grandview Family Practice, Inc. respectfully request that the Court dismiss the Complaint against them as to for lack of jurisdiction.

Respectfully submitted,

/s/Karen M. Cadieux
Theodore M. Munsell (Ohio Bar No. 0022055)
Karen M. Cadieux (Ohio Bar No. 0079240)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 N. High Street
Columbus, Ohio 43215
E-mail: munsell@carpenterlipps.com
 Cadieux@carpenterlipps.com
Tele: (614) 365-4100; Fax: (614) 365-9145
Attorneys for Defendants Charles May, D.O. and
Grandview Family Practice, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2020 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. Copies were also served by electronic mail upon the following:

Rita A Maimbourg     rmaimbourg@tuckerellis.com

William R Thomas     wthomas@thomaslawlpa.com

Sarah Anne Stover    sarah.stover@tuckerellis.com

/s/Karen M. Cadieux
Theodore M. Munsell (Ohio Bar No. 0022055)
Karen M. Cadieux (Ohio Bar No. 0079240)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 N. High Street
Columbus, Ohio 43215
E-mail: munsell@carpenterlipps.com
        Cadieux@carpenterlipps.com
Tele:  (614) 365-4100; Fax: (614) 365-9145
Attorneys for Defendants Charles May, D.O. and Grandview Family Practice, Inc.