

# License Look Up

5/5/2020 11:35 AM

## Charles Barry May

| | |
|---|---|
| Status | Active |
| Sub-Status | |
| Board | Medical Board |
| License Type | Doctor of Osteopathic Medicine (DO) |
| License Number | 34.002569CTR |
| License Issue Date | 07/01/1977 |
| License Expiration Date | 12/01/2020 |
| License Effective Date | 05/26/2018 |
| City | COLUMBUS |
| State | OH |
| Country | |
| Board Action | No |

Board Action Details
Current date & time: **5/5/2020 11:35 AM**

**Disclaimer:** The Joint Commission and NCQA consider on-line status information as fulfilling the primary source verification requirement for verification of licensure in compliance with their respective credentialing standards.



EXHIBIT A