

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 04/27/2020 | 202011802204 | REINSTATEMENT (REN) | 25.00 | 0.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

STEPHEN E. MINDZAK LAW OFFICE, LLC
5 EAST LONG STREET
SUITE 400
COLUMBUS, OH 43215

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Frank LaRose**
702971

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

GRANDVIEW FAMILY PRACTICE, INC.

and, that said business records show the filing and recording of:

| Document(s): | Document No(s): |
|---|---|
| **REINSTATEMENT** | 202011802204 |

Effective Date: 04/27/2020



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 27th day of April, A.D. 2020.

**Ohio Secretary of State**

EXHIBIT C



Form 525B Prescribed by:

Toll Free: 877.767.3453  |  Central Ohio: 614.466.3910

OhioSoS.gov  |  business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

# Reinstatement
### Filing Fee: $25
### Form Must Be Typed

**(CHECK ONLY ONE (1) BOX)**

(1) ☐ Reinstatement of a Nonprofit Corporation (for failure to file a statement of continued existence) (109-RENN)

(2) ☐ Reinstatement of a Limited Liability Partnership (for failure to file biennial report(s)) (112-PLR)
THIS FORM MUST BE ACCOMPANIED BY ALL DELINQUENT BIENNIAL REPORT(S) AND FILING FEE(S)

**Cancellation Date**
The entity was canceled on [MM/DD/YYYY]

(3) ☒ Reinstatement of a Professional Corporation (for failure to file biennial report(s)) (110-RENP)
THIS FORM MUST BE ACCOMPANIED BY ALL DELINQUENT BIENNIAL REPORT(S) AND FILING FEE(S)

**Name of Entity:** GRANDVIEW FAMILY PRACTICE, INC.

**Charter/Registration Number:** 702971

---

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Reinstatement must be signed by an authorized representative. (see instructions for specific information)

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature: Stephen E. Mindzak

By (if applicable): Stephen E. Mindzak, Attorney

Print Name: Stephen E. Mindzak

Signature:

By (if applicable):

Print Name:

Form 525B — Page 1 of 1 — Last Revised: 06/2019

Form 520 Prescribed by:



Toll Free: 877.767.3453  |  Central Ohio: 614.466.3910

OhioSoS.gov  |  business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

# Biennial Report
## (Domestic, Professional Association, Domestic or Foreign LLP)
### Filing Fee: $25
### Form Must Be Typed

**CHECK ONLY ONE (1) Box**

(1) [X]  2018
Indicate Year
Biennial Report of Professional Association (102-YRA) (even-numbered years)

List Profession: MEDICAL

(2) [ ]  
Indicate Year
Biennial Report of Limited Liability Partnership (103-YRL) (odd-numbered years)

If foreign limited liability partnership, provide jurisdiction of formation: 

Name of Entity: GRANDVIEW FAMILY PRACTICE, INC.

Charter or Registration Number: 702971

**Complete the information in this section if box (1) is checked**

**Shareholders of Professional Association**
Authenticating this form constitutes a certification that all the below listed shareholders are duly licensed or otherwise legally authorized to render the professional services in this state in the profession that is listed above.

| Name | Address |
|---|---|
| Charles B. May | 1550 W. Fifth Ave., Columbus, OH  43212 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Complete the applicable information in this section if box (2) is checked**

Address of the partnership's chief executive office:

Mailing Address

City                                              State                           Zip Code

If the chief executive office is not in Ohio, the address of any office of the partnership in Ohio:

Mailing Address

City                                              OH
                                                  State                           Zip Code

If the partnership does <u>not</u> have an office in Ohio, the name and address of the partnership's current agent for service of process:

Name of Agent

Mailing Address

City                                              State                           Zip Code

---

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Report must be signed by an officer of the professional association or partner or authorized representative of the partnership.

Stephen E. Mindzak, Attorney
Signature

By (if applicable)

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

Stephen E. Mindzak
Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

---

Form 520                           Page 2 of 2                           Last Revised: 06/2019