# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| *John Burke,* No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Charles May, D.O. and Grandview Family Practice, Inc. is filing a Motion to Dismiss Plaintiff's Complaint.  The motion will be submitted on 9:00 a.m. on the 10th day of June 2020, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.  Oral argument has not been requested.

Respectfully submitted,

/s/Karen M. Cadieux
Theodore M. Munsell (Ohio Bar No. 0022055)
Karen M. Cadieux (Ohio Bar No. 0079240)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 N. High Street
Columbus, Ohio 43215
E-mail: munsell@carpenterlipps.com
           Cadieux@carpenterlipps.com
Tele:  (614) 365-4100; Fax: (614) 365-9145
Attorneys for Defendants Charles May, D.O. and Grandview Family Practice, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2020 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. Copies were also served by electronic mail upon the following:

Rita A Maimbourg    rmaimbourg@tuckerellis.com

William R. Thomas    wthomas@thomaslawlpa.com

Sarah Anne Stover    sarah.stover@tuckerellis.com

/s/Karen M. Cadieux
Theodore M. Munsell (Ohio Bar No. 0022055)
Karen M. Cadieux (Ohio Bar No. 0079240)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 N. High Street
Columbus, Ohio 43215
E-mail: munsell@carpenterlipps.com
          Cadieux@carpenterlipps.com
Tele:  (614) 365-4100; Fax: (614) 365-9145
Attorneys for Defendants Charles May, D.O. and Grandview Family Practice, Inc.