**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| *John Burke,* No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

**<u>ORDER</u>**

Upon the Motion to Dismiss of Defendants Charles May, D.O. and Grandview Family Practice, Inc., and for good cause shown, the Court finds it lacks subject matter jurisdiction as to Defendants Charles May, D.O. and Grandview Family Practice, Inc. and dismisses Plaintiff's Complaint against them without prejudice.

IT IS SO ORDERED.

New Orleans, Louisiana, on this ___ day of _____ 2020.

_____
United States District Judge