UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails,* Civil Action No. 2:17-cv-05372 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

At the May 14, 2020 Show Cause Hearing, the Court instructed parties to meet and confer regarding the outstanding information and medical records Plaintiff is required to provide to comply with CMO 11 and informed the parties that the Court would schedule a follow-up status conference. *See* R. Doc. 17690. Accordingly;

**IT IS ORDERED** that a telephone status conference is hereby **SCHEDULED** in the aforementioned case on June 25, 2020 at 9:00 a.m. CT. The parties involved in this case ONLY are instructed to participate. The dial-in information is as follows:

Dial-in #: 877-336-1839

Access code: 4227405

New Orleans, Louisiana, on this 22nd day of May, 2020.

*[signature: Eldon E. Fallon]*
_____
United States District Judge