BARBARA BROWN (Full Name)
_____ (Email Address)
PO BOX 5408 (Address Line 1)
SUGARLOAF, CA 92386 (Address Line 2)
(951) 534-8277 (Phone Number)
PLAINTIFF in Pro Per
(indicate Plaintiff or Defendant)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 28 2020
CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
    Plaintiff,
vs.
JANSSEN RESEARCH &
DEVELOPMENT, LLC, et al.
    _____,
    Defendant(s).

Case No.: 19-cv-14669 EEF-MBN
MDL NO: 2592
SECTION L  MAG. JUDGE NORTH

PLAINTIFF 's
(indicate Plaintiff or Defendant)

EX PARTE APPLICATION TO
REMAND

TENDERED FOR FILING
MAY 28 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**TO THE HONORABLE COURT:**

I, (name) BARBARA BROWN, the ☒ Plaintiff ☐ Defendant in this case, hereby apply to the Court ex parte to (describe your urgent request): REMAND THIS CAUSE TO THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO CALIFORNIA IN THAT IT IS THE ORIGINATING COURT.

1

I contacted the opposing counsel/unrepresented party and informed him or her of this ex parte request. (*See* Decl. ¶ 3.) Opposing counsel/unrepresented party: CHANDA MILLER (ATTORNEY FOR JANSSEN RESEARCH & DEVELOPMENT AND JOHNSON & JOHNSON, INC)

☑ indicated that he or she would oppose the ex parte application.

Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

"THE MDL WAS CREATED TO SUPERVISE ALL PRETRIAL PROCEEDINGS, NOT JUST SETTLEMENT."

☐ indicated that he or she would not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party: 

2

I contacted the opposing counsel/unrepresented party and informed him or her of this ex parte request. (*See* Decl. ¶ 3.) Opposing counsel/unrepresented party: JOAN GODDARD (ATTORNEY FOR BAYER CORPORATION)

☑ indicated that he or she would oppose the ex parte application. Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

CHANDA MILLER REPLIED ON BEHALF OF HERSELF AND JOAN GODDARD SAYING, "DEFENDANTS WOULD OPPOSE A MOTION TO THE MDL JUDGE..."

JOAN GODDARD, HERSELF, NEVER RESPONDED TO THE ATTEMPTED MEET & CONFER BY PLAINTIFFS.

☐ indicated that he or she would not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party: _____

1  ☐  other. *(Explain.)* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

This ex parte application is based upon a Memorandum of Points and Authorities, Declaration in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

DATED: __MAY 27, 2020__

By: ___Barbara Brown___
          (sign)

___BARBARA BROWN___
(print name)

___PLAINTIFF___ in Pro Per
(indicate Plaintiff or Defendant)

4