UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
**PLAINTIFF(S)**

**VERSUS**

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,
**DEFENDANT(S)**

CIVIL ACTION
MDL No. 2592
No. 19-CV-14669 EEF-MBN

SECTION: L
MAG. JUDGE NORTH

### ORDER

Considering the Motion TO REMAND _____,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20___.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE