1  BARBARA BROWN _____ (Full Name)

2  _____ (Address Line 1)

3  PO BOX 5408 _____ (Address Line 1)

4  SUGARLOAF, CA 92386 _____ (Address Line 2)

5  (951) 534-8277 _____ (Phone Number)

6  PLAINTIFF _____ in Pro Per

7  (indicate Plaintiff or Defendant)

8

9

10              UNITED STATES DISTRICT COURT
         EASTERN  DISTRICT OF LOUISIANA

11

12  BARBARA BROWN, et al.,            Case No.: 19-CV-14669 EEF-MBN
                                      MDL No: 2592
13           Plaintiff,               SECTION L MAG. JUDGE NORTH
                                      PROOF OF SERVICE BY MAIL
14      vs.

15  JANSSEN RESEARCH &

16  DEVELOPMENT, LLC, et al.

17  _____

18  _____

19  _____

20  _____

21  _____,

           Defendant(s).
22

23      I, ALICE BROWN _____, declare as follows:
24         (name of person serving documents)

25      My address is PO BOX 60 CRESCENT CITY, CALIFORNIA 95531

26  DEL NORTE COUNTY _____, which is located in the

27  county where the mailing described below took place.

28

                                 1

On _MAY 27, 2020_ , I served the document(s) described as:
(date of mailing)

1) Ex Parte Application for _REMAND_

2) Memorandum of Points and Authorities

3) Declaration in Support of Ex Parte Application

4) (Proposed) Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _CRESCENT CITY, CALIFORNIA_ ,
(city and state of mailing)

addressed to:

_FAEGRE DRINKER BIDDLE & REATH LLP_ (name)           _ARNOLD & PORTER LLP_ (name)

_600 CAMPUS DRIVE_ (address)                _250 WEST 55th STREET_ (address)

_FLORHAM PARK, NJ 07932_ (address)          _NEW YORK, NY 10019_ (address)

_ATTN: CHANDA MILLER_ (address)             _ATTN: JOAN GODDARD_ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MAY 27, 2020_ at _CRESCENT CITY, CALIFORNIA_.
(date)                          (city and state of signing)

_Alice Brown_
(sign)

_ALICE BROWN_
(print name)

2

1

2 On _MAY 27, 2020_ , I served the document(s) described as:
(date of mailing)

3 1) Ex Parte Application for _REMAND_

4 2) Memorandum of Points and Authorities

5 3) Declaration in Support of Ex Parte Application

6 4) (Proposed) Order

7 on all interested parties in this action by placing a true and correct copy thereof in

8 a sealed envelope, with first-class postage prepaid thereon, and deposited said

9 envelope in the United States mail at or in _CRESCENT CITY, CALIFORNIA_ ,
(city and state of mailing)

10 addressed to:

11 _BARBARA BROWN_ (name)      _LORA OROZCO_ (name)

12 _PO BOX 5408_ (address)      _PO BOX 1262_ (address)

13 _SUGARLOAF, CA 92386_ (address)   _FORT JONES, CA 96032_ (address)

14 _PLAINTIFF_ (address)      _PLAINTIFF_ (address)

15

16 I declare under penalty of perjury that the foregoing is true and correct.

17 Executed on _MAY 27, 2020_ at _CRESCENT CITY, CALIFORNIA_ .
(date)                              (city and state of signing)

18

19 _Alice Brown_
(sign)

20 _ALICE BROWN_
(print name)

21

22

23

24

25

26

27

28

3.

B. All Existing Plaintiffs who do not participate in the Settlement Program (either

voluntarily or because they are not eligible to participate) and all New Plaintiffs who

are not eligible to participate in the Settlement Program must:

    i.    Pay any unpaid MDL filing fees within 14 days after the conclusion of the Settlement Program enrollment period.

    ii.    File and serve a completed Short Form PFS and PPCF (both as defined in CMO 8) within later of 60 days following the conclusion of the Settlement Program enrollment period or 30 days of the case being docketed in this Court.

    iii.    File and serve updated Short Form PFS and PPCF forms within 60 days of the conclusion of the Settlement Program enrollment period if one is an Existing Plaintiff who does not participate in the Settlement Program or who is ineligible to participate in the Settlement Program for any reason and who previously filed and served their PFS and PPCF.

    iv.    Serve on Defendants a case-specific Rule 26(a)(2) report from a licensed physician qualified to render a specific causation opinion and who offers a specific causation opinion to a reasonable degree of medical probability that the plaintiff's alleged injury or event was caused by taking Xarelto® as directed, which opinion is based on a review of such plaintiff's medical records contemporaneous to the prescription and use of Xarelto® and any claimed Xarelto®-related injury and which report shall attach the contemporaneous medical records of that plaintiff.

    v.    Pay for the cost of prescriber/treater medical records collected by the Marker Group unless the Parties agree or the Court determines that the entirety of the prescriber and treater's medical records pertaining to such plaintiff have previously been produced to Defendants by that Plaintiff.

B. The case-specific reports required pursuant to Section II(A)(iv) shall be served on

Defendants within the following timeframes:

    i.    Existing Plaintiff shall serve within one hundred twenty (120) days of the conclusion of the Settlement Program enrollment period.

    ii.    New Plaintiff shall serve within the earlier of one hundred twenty (120) days of their case being docketing in this Court or the transmission of this Order by Defendants to New Plaintiffs.



2