UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Brown, et al. v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-14669

## ORDER

Considering Plaintiffs' Motion to Remand, R. Doc. 17697;

**IT IS HEREBY ORDERED** that the Motion be and is set for the next submission date of June 24, 2020. Defendants' opposition shall be due by June 16, 2020.

New Orleans, Louisiana, this 28th day of May, 2020.

                                                                          _____
                                                                          UNITED STATES DISTRICT COURT JUDGE

CC:   Barbara Brown
         PO Box 5408
         Sugarloaf, CA 92386
         Alice Brown
         PO Box 60
         Crescent City, CA 95531

         Lora Orozco
         P.O. Box 1262
         Fort Jones, CA 96032