UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *John Burke*, No. 2:20-cv-00750 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS CHARLES MAY, D.O. AND GRANDVIEW FAMILY PRACTICE INC.'S**
<u>**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**</u>

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc., ("Janssen & Bayer"),[1] respectfully move this court for a brief extension of time to respond to the pending Motion to Dismiss (Rec. Doc. No. 17694) filed by Defendants Charles May, D.O. and Grandview Family Practice, Inc. ("Healthcare Providers") in the above-referenced matter, individual Case No. 2:20-cv-00750. The pending Motion to Dismiss has been noticed for submission on June 10, 2020 (Rec. Doc. 17694-5). Pursuant to Local Rule 7.5, a response to the motion would be due June 2, 2020. However, to aid the Court and brief issues raised by the Motion to Dismiss, Janssen and Bayer respectfully request an extension of time until June 9, 2020 to file their responsive pleading. Undersigned counsel certifies that counsel for the Healthcare Providers has been contacted and consents to the extension sought herein.

---

[1] This extension request is without prejudice to the defense that one or more defendants have not been served.

00699713

WHEREFORE, Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc., respectfully request an extension of time allowing them until June 9, 2020 to respond to the pending Motion to Dismiss (Rec. Doc. 17694).

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc.*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

*Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2020 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Kim E. Moore*
    **Kim E. Moore**