UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *John Burke*, No. 2:20-cv-00750 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Consent Motion for Extension of Time (Rec. Doc.         ),

**IT IS ORDERED** that said Motion is **GRANTED** and Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc.'s responsive pleading to Defendants Charles May, D.O. and Grandview Family Practice, Inc.'s pending Motion to Dismiss (Rec. Doc. 17694) is due **June 9, 2020**.

New Orleans, Louisiana, this ___ day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

00699714