UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *John Burke*, No. 2:20-cv-00750 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Consent Motion for Extension of Time, R. Doc. 17701;

**IT IS ORDERED** that the Motion be and is **GRANTED**. Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc.'s responsive pleading to Defendants Charles May, D.O. and Grandview Family Practice, Inc.'s pending Motion to Dismiss, R. Doc. 17694, is hereby due on June 9, 2020.

**IT IS FURTHER ORDERED** that the submission date on the Motion to Dismiss, R. Doc. 17694, is hereby **RESET** to June 17, 2020.

New Orleans, Louisiana, this 1st day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE