UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| ALL CASES | * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**PRETRIAL ORDER NO. 34A**
**(Payment of Unpaid Filing Fees from Plaintiffs Resolved through the Private Settlement Agreement)**

As directed in PTO 34, the parties have conferred with the Clerk of Court regarding the transfer of funds withheld from individual settlement awards due to unpaid filing fees. The Clerk of Court has indicated that it is the responsibility of each individual plaintiff to ensure that the filing fees are paid and that the Clerk's office cannot accept payment in a lump sum from the QSF Administrator. Therefore, PTO 34 should be amended to require counsel to pay unpaid filing fees prior to the release of any settlement awards.  Paragraph 1 of PTO 34 remains in full effect and the ten (10) day period set out in PTO 34 is not extended by the entry of this Order. Accordingly,

**IT IS ORDERED** that Paragraph 2 of PTO 34 is amended as follows:

The QSF Administrator, ARCHER Systems, LLC, and the Settlement Administrator, BrownGreer, are hereby directed to suspend payment of any settlement award to any Plaintiff identified on Exhibit A until such time as the filing fee is paid by counsel representing such Plaintiff. Filing fees paid by counsel shall be paid directly to the Clerk of Court.

New Orleans, Louisiana, this 3rd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE