UNITED STATES FOR DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Civil No. 0:14-md-02592-EEF-MBN<br><br>Action No.: 2:15-cv-04056 |
| CASSIE PEEPLES<br><br>      Plaintiff(s),<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>      Defendant(s). | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**MOTION TO DISMISS AND WAIVE FILING FEE**

      COMES NOW, Sanders Phillips Grossman, LLC by and through Randi Kassan, and moves this Court for an Order of dismissal with prejudice as to docket no. 2:15-cv-04056 only and to waive the filing fee based on the following:

1. Counsel in this case filed a joint complaint captioned Donald Arseneau, et. al. v. Janssen Research & Development LLC, 2:15-cv-03798 on August 26, 2015 which included Plaintiff Cassie Peeples.

2. Thereafter on August 31, 2015, the Joint Complaint was severed into a separate case and assigned the individual Civil Action No. 2:15-cv-04056 pursuant to Xarelto MDL PTO No. 11.

3. Unbeknownst to counsel, a duplicate claim for the same injuries was also filed on behalf of Cassie Peeples by Wagstaff & Cartmell, LLC in this Xarelto MDL under Civil Action No. 2:19-cv-08757 and the filing fee was paid for this case (Filing fee $400 receipt number 053L-7544989).

4. A Stipulation of Dismissal as to our case Civil Action No. 2:15-cv-04056 has been jointly signed by our firm and counsel for defendants and filed in the Master Docket for Xarelto MDL 2592, 2:14-md-02592 on May 21, 2019 (document 13588).

5. Counsel respectfully moves that Civil Action No. 2:15-cv-04056 be dismissed and the filing fee waived.

Dated: June 8, 2020

                                                Respectfully submitted,

                                                /s/: Randi Kassan
                                                SANDERS PHILLIPS GROSSMAN, LLC
                                                Randi Kassan, Esq.
                                                Marc Grossman, Esq.
                                                100 Garden City Plaza, Suite 500,
                                                Garden City, NY 11530
                                                Phone: 516-741-5600
                                                Fax: 516-741-0128
                                                Email: rkassan@thesandersfirm.com
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was filed and served upon all parties of record electronically by CM/ECF, on June 8, 2020.

          Respectfully submitted,

          /s/: Randi Kassan
          SANDERS PHILLIPS GROSSMAN, LLC
          Randi Kassan, Esq.
          Marc Grossman, Esq.
          100 Garden City Plaza, Suite 500
          Garden City, NY 11530
          Phone: 516-741-5600
          Fax: 516-741-0128
          Email: rkassan@thesandersfirm.com