UNITED STATES FOR DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Civil No. 0:14-md-02592-EEF-MBN<br><br>Action No. 2:15-cv-04056 |
| CASSIE PEEPLES<br><br>      Plaintiff(s),<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>      Defendant(s). | ORDER |

**ORDER**

      THIS MATTER was heard on the Motion of Randi Kassan and Sanders Phillips Grossman, LLC and IT IS ORDERED that:

1. Civil Action No. 2:15-cv-04056 is hereby dismissed with prejudice and shall have no effect on the duplicate claim pending in the Xarelto MDL, Civil Action No. 2:19-cv-08757.

2. The filing fee in this matter is waived.

**DONE AND ORDERED** in on this _____ day of _____, 2020.

                                                                _____
                                                                Hon. Eldon E. Fallon