

MICHAEL G. GUAJARDO
MIKE@GUAJARDOMARKS.COM

J. GREGORY MARKS
GREG@GUAJARDOMARKS.COM

June 8, 2020

<u>*Via LAED CM/ECF*</u>
US District Court Eastern District of Louisiana Clerk
500 Poydras Street, Room C456
New Orleans, LA 70130

Re: 2:16-cv-07763; Person v. Janssen Research & Development LLC et al

Dear Clerk:

Today, our firm mistakenly paid the unpaid filing fee for Plaintiff Katie R. Person 2:16-cv-07763, twice. We kindly ask that you refund us for the duplicate transaction for receipt number ALAEDC-8339378. Thank you for your cooperation and assistance in this matter. If you have any questions, please contact my Case Manager Kaitlyn Eaton at (972) 774-9800.

Sincerely,

Michael G. Guajardo

MGG/ke