# W E I T Z
# &
# L U X E N B E R G

A  P R O F E S S I O N A L   C O R P O R A T I O N

• L A W   O F F I C E S •

**700 BROADWAY**  •  **NEW YORK, NY 10003-9536**
**TEL. 212-558-5500**  **FAX 212-344-5461**

WWW.WEITZLUX.COM

June 8, 2020

**Via Electronic Filing**
Clerk of the Court
Carol L. Michel
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, LA 70130

          Re:    MDL - 2592 Xarelto Products Liability Litigation
                  LENTZ v. JANSSEN RESEARCH & DEVELOPMENT, et al.
                  Case No. 2:16-cv-8871

Dear Ms. Michel:

      Pursuant to Pre-Trial Order No. 34 regarding Payment of Unpaid Filing Fees from Plaintiffs Resolved through the Private Settlement Agreement, a $400.00 filing fee was paid in the above matter on Friday, June 5, 2020. *See* Attachment 1. Due to a filing error, a second $400.00 filing fee was paid in the same case on Monday, June 8, 2020. *See* Attachment 2. As a result of this error, counsel on behalf of the Plaintiff respectfully requests the second filing fee of $400.00 be refunded for Case No. 2:16-cv-8871.

      For your assistance, the Tracking ID number for the second filing fee transaction is ALAEDC-8339058. The refund may be issued to the American Express card ending in 2037. I apologize for any inconvenience this may have caused the Court and your staff. Please contact me should any additional information be required. Thank you for your attention to this matter.

                                                Respectfully submitted,
                                                /s/Danielle Gold
                                                Danielle Gold
                                                Attorney for Plaintiff
                                                700 Broadway
                                                New York, New York 10003
                                                Phone: (212) 485-1823
                                                dgold@weitzlux.com

cc:    Finance Department,
        All Counsel of Record, Via ECF

220 LAKE DRIVE EAST, SUITE 210 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921
3011 WEST GRAND BLVD., 24TH FLOOR • DETROIT, MI 48202 • TEL 313-800-4170

2179-123

# ATTACHMENT 1

## Levin, Ross

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, June 05, 2020 5:03 PM |
| **To:** | Levin, Ross |
| **Subject:** | Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

  Account Number: 5743133
  Court: LOUISIANA EASTERN DISTRICT COURT
  Amount: $400.00
  Tracking Id: ALAEDC-8337820
  Approval Code: 119822
  Card Number: ************2037
  Date/Time: 06/05/2020 05:03:22 ET

NOTE: This is an automated message. Please do not reply

**Levin, Ross**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Friday, June 05, 2020 5:04 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-08871-EEF-MBN Lentz v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Gold, Danielle on 6/5/2020 at 4:03 PM CDT and filed on 6/5/2020

**Case Name:**  Lentz v. Janssen Research & Development LLC et al
**Case Number:**  2:16-cv-08871-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8337820)(Gold, Danielle)**


**2:16-cv-08871-EEF-MBN Notice has been electronically mailed to:**

Lauren Weitz   lweitz@weitzlux.com, cchan@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com, erelkin@weitzlux.com, rlevin@weitzlux.com

1

# ATTACHMENT 2

## Levin, Ross

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, June 08, 2020 11:32 AM |
| **To:** | Levin, Ross |
| **Subject:** | Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

```
Account Number: 5743133
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8339058
Approval Code: 138317
Card Number: ************2037
Date/Time: 06/08/2020 11:31:44 ET
```

NOTE: This is an automated message. Please do not reply

**Levin, Ross**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Monday, June 08, 2020 11:34 AM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-08871-EEF-MBN Lentz v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Gold, Danielle on 6/8/2020 at 10:34 AM CDT and filed on 6/8/2020
**Case Name:**        Lentz v. Janssen Research & Development LLC et al
**Case Number:**   [2:16-cv-08871-EEF-MBN](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8339058)(Gold, Danielle)**

**2:16-cv-08871-EEF-MBN Notice has been electronically mailed to:**

Lauren Weitz  lweitz@weitzlux.com, cchan@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com, erelkin@weitzlux.com, rlevin@weitzlux.com