IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| This Document Relates to: David Russell Bean v. Janssen Research & Development, LLC, et al Case No.: 2:16-cv-06625 | **ORDER** |

## SUGGESTION OF DEATH AND EX PARTE MOTION TO SUBSTITUTE

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff David Russell Bean. Counsel respectfully moves this Court for an Order substituting Michael Bean, son of David Russell Bean, as the Party-Plaintiff. Movant shows unto the Court as follows:

1. David Russell Bean instituted this product liability action prior to his death.

2. David Russell Bean passed away on November 03, 2019. See Ex. A. (Death Certificate).

3. Michael Bean is the son of David Russell Bean, and is the heir of David Russell Bean's estate, and is otherwise a proper party to continue this action.

1

WHEREFORE, Michael Bean, hereby respectfully requests that this Court enter an Order substituting him as the Party-Plaintiff in this Action, and that this action be continued as a survival action. A proposed order is attached hereto as Ex. B.

This the 9th day of June, 2020.

    /s/ James R. Faucher
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Phone: (336) 478-6000
Facsimile: (336) 273-5597
james@greensborolawcenter.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Plaintiff, certify that the foregoing was filed with the Court and served using the Court's CM/ECF electronic filing system which will send a copy of the filing to all parties or counsel registered with the Court.

This the 9th day of June, 2020.

/s/ James R. Faucher
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Phone: (336) 478-6000
Facsimile: (336) 273-5597
james@greensborolawcenter.com