

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 03495   LOCAL NO. 724   COUNTY OF DEATH: Forsyth   STATE FILE NO. _____

**1. DECEDENT'S LEGAL NAME**
- 1a. FIRST: David
- 1b. MIDDLE: Russell
- 1c. LAST: Bean
- 1d. SUFFIX: _____
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: _____

**2. SEX:** M
**3a. AGE-LAST BIRTHDAY (Yrs):** 63
**4. DATE OF BIRTH:** 12/23/1955
**5. BIRTHPLACE:** Forsyth, NC
**6. DATE OF DEATH:** 11/03/19

**7. PLACE OF DEATH:** ER/Outpatient
**7c. FACILITY NAME:** Wake Forest Baptist Medical Center
**7d. CITY OR TOWN:** Winston Salem
**7e. COUNTY OF DEATH:** Forsyth

**8. MARITAL STATUS:** Divorced
**9. SURVIVING SPOUSE:** _____
**10a. DECEDENT'S USUAL OCCUPATION:** Manager
**10b. KIND OF BUSINESS/INDUSTRY:** Machinery Mfg.

**11. SOCIAL SECURITY NUMBER:** 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
**12a. RESIDENCE-STATE:** North Carolina
**12b. COUNTY:** Davidson
**12c. CITY OR TOWN:** Lexington
**12d. STREET AND NUMBER:** 1783 Happy Hill Road
**12e. INSIDE CITY LIMITS:** No
**12f. ZIP CODE:** 27295
**13. WAS DECEDENT EVER IN U.S. ARMED FORCES?** Yes

**14. DECEDENT'S EDUCATION:** High school graduate or GED completed
**15. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
**16. DECEDENT'S RACE:** White

**17. FATHER/PARENT NAME:** Doyle Deward Bean
**18. MOTHER/PARENT NAME:** Mildred Rice

**19a. INFORMANT'S NAME:** Michael Bean
**19b. RELATIONSHIP TO DECEDENT:** Son
**19c. MAILING ADDRESS:** 2495 Hartfield Cir. Winston-Salem, NC 27103

**20a. METHOD OF DISPOSITION:** Burial, Cremation
**20b. PLACE OF DISPOSITION:** Davidson Crematory Inc.
**20c. LOCATION:** Lexington, NC

**21. SIGNATURE OF FUNERAL DIRECTOR:** Wayne _____
**21b. LICENSE NUMBER:** FSL 1490
**21c. NAME OF EMBALMER:** Not Embalmed

**22. NAME AND ADDRESS OF FUNERAL HOME:** Davidson Funeral Home, 301 N. Main Street, Lexington, NC 27292

**23. Part I. CHAIN OF EVENTS:**
- a. IMMEDIATE CAUSE: VENTRICULAR TACHYCARDIA
- b. Due to: METABOLIC ACIDOSIS
- c. _____
- d. _____

**24a. WAS AN AUTOPSY PERFORMED?** No
**24b. WERE AUTOPSY FINDINGS AVAILABLE:** _____

**25. MANNER OF DEATH:** Natural
**26a. WAS CASE REFERRED TO MEDICAL EXAMINER?** No
**27. TIME OF DEATH:** 04:45
**28. DID TOBACCO USE CONTRIBUTE TO DEATH?** Unknown
**29. IF FEMALE:** _____

**32. CERTIFIER:** Certifying physician/nurse practitioner/physician assistant

**33a. SIGNATURE AND TITLE OF CERTIFIER:** LC St__ MD RESIDENT PHYSICIAN
**33b. LICENSE NUMBER:** 238002
**33c. DATE SIGNED:** 11/03/19
**33d. NAME AND ADDRESS OF CERTIFIER:** ANDREW STARNES / MED CNTR BLVD WINSTON SALEM NC 27157

**34. FOR LOCAL REGISTRAR:** Joshua R. Swift
**35. DATE FILED:** NOV 12 2019
**36. DATE REGISTERED BY STATE:** _____

DHHS 1872 (REVISED 11/2017) N.C. VITAL RECORDS

2019914444
D 128 3654

**North Carolina - Forsyth County**
**I hereby certify that this is a true and accurate copy of a record in the office of the Register of Deeds**

**13 day of Nov, 20 19.**
**Lynne Johnson, Register of Deeds**

**Deputy-Assistant**