# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| This Document Relates to: David Russell Bean v. Janssen Research & Development, LLC, et al Case No.: 2:16-cv-06625 | **ORDER** |

## ORDER ALLOWING EX PARTE MOTION TO SUBSTITUTE

The Court, after considering the Plaintiff's Motion for Substitution of Party-Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motion meritorious.  Therefore,

IT IS ORDERED that Plaintiff Michael Bean is substituted for Plaintiff David Russell Bean as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana, this the ___ day of _____, 2020.

_____

United States District Court Judge

1