UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Norris Anderson v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-3323

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff. Plaintiff is instructed to contact his counsel to file any appropriate motion on his behalf. Plaintiff is further counseled that ex-parte communication with the Court is not appropriate.

New Orleans, Louisiana, this 9th day of June, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC: Norris Anderson
     P.O. Box 772773
     Houston, Texas 77215