Wales Anderson
P.O. Box 772273
Houston Tex 77215

CERTIFIED MAIL
7019 1640 0001 6954 7107

Judge Eldon E. Fallon
U.S. Marshall
500 Poydras St
Courtroom C456
New Orleans LA 70130

U.S. POSTAGE PAID
FCM LETTER
HOUSTON, TX
77021
JUN 02, 20
AMOUNT
$4.10
R2304P118604-05