UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*David Russell Bean v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-6625

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. 17708, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michael Bean, surviving son of David Russell Bean, is substituted for David Russell Bean as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of June, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE