# UNITED STATES FOR DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Civil No. 0:14-md-02592-EEF-MBN |
| | Action No. 2:15-cv-04056 |
| CASSIE PEEPLES<br><br>Plaintiff(s),<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>Defendant(s). | ORDER |

## ORDER

Considering the foregoing Motion to Dismiss and Waive Filing Fee, R. Doc. 17705;

**IT IS ORDERED** that the Motion be and is **GRANTED**. Civil Action No. 2:15-cv-04056 is hereby **DISMISSED WITH PREJUDICE** and shall have no effect on the duplicate claim pending in the Xarelto MDL, Civil Action No. 2:19-cv-08757. The filing fee in this matter is hereby waived.

New Orleans, Louisiana this 9th day of June, 2020.

_____
United States District Judge