**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

KYOKO H. ESTEPP,
Civil Case No. 2:16-cv-1209

MDL NO. 2592

SECTION:   L

JUDGE:  ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

---

**MOTION FOR REFUND OF ONE FILING FEE**

COMES NOW Plaintiff Kyoko H. Estepp, by and through undersigned counsel files this Motion for Refund of Duplicate Filing Fee and in support would show the Court as follows:

1. Plaintiff Kyoko H. Estepp filed a lawsuit in a joint complaint against Defendants on January 29, 2016. (*Thomas J. Banks, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-00814).

2. On February 11, 2016, a short form complaint was filed on her behalf.  (*Kyoko H. Estepp v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-1209).

3. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

4. On June 8, 2020, Plaintiff's counsel inadvertently paid two filing fees for *Kyoko H. Estepp v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-1209.

5. Plaintiff's counsel respectfully requests that one filing fees be refunded for this matter.

1

**WHEREFORE**, counsel for Plaintiff Kyoko H. Estepp respectfully requests the Court grant Plaintiff's Motion for Refund of Duplicate Filing Fee and direct the Clerk of the Court to reverse the duplicate filing fee in this matter.


DATED: June 9, 2020                              Respectfully submitted,

                                                 By: s/ *Emanuella J. Paulos*
                                                 Emanuella J. Paulos (FL Bar 99010)
                                                 Brian H. Barr (FL Bar 493041)
                                                 Neil E. McWilliams Jr.(FL Bar 16174)
                                                 LEVIN, PAPANTONIO, THOMAS,
                                                 MITCHELL, RAFFERTY & PROCTOR,
                                                 P.A.
                                                 316 South Baylen Street, Suite 600
                                                 Pensacola, Florida 32502
                                                 (850) 435-7107
                                                 (850) 435-7020 (Fax)
                                                 bbarr@levinlaw.com
                                                 nmcwilliams@levinlaw.com
                                                 epaulos@levinlaw.com

                                                 ***Attorneys for Plaintiffs***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 9, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.


By:     s/ *Emanuella J. Paulos*
        Emanuella J. Paulos
        Attorney for Plaintiff