# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION:   L |
| KYOKO H. ESTEPP, Civil Case No. 2:16-cv-1209 | JUDGE:  ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

## ORDER

**IT IS ORDERED** that the Motion for Refund of Duplicate Filing Fee filed by Plaintiff

Kyoko H. Estepp be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to

reverse and refund one of the filing fee charges for this matter.

SIGNED this _____ day of _____, 2020.


_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.


By:     s/ *Emanuella J. Paulos*
       Emanuella J. Paulos
       Attorney for Plaintiff