# EXHIBIT A



**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
+1 215 988 2700 main
+1 215 988 2757 fax

June 1, 2020

**VIA U.S. MAIL**

Ms. Barbara Brown
P.O. Box 5408
Sugarloaf, CA 92386

    **Re:**    *In re: Xarelto Products Liability Litigation*, **MDL No. 2592;**
              *Brown et al. v. Janssen Research & Development LLC, et al.*, **No. 19-cv-14669**

Dear Ms. Brown:

This letter is in response to the voicemails you left for me and for Joan Goddard today regarding CMO 11 compliance and the Rule 26(a)(2) specific causation report. We are willing to agree to extend the deadline for you to serve the Rule 26(a)(2) report for a second time, to August 3, 2020. We trust that resolves the issue you called to discuss.

Very truly yours,

*Chanda A. Miller*

Chanda A. Miller

CAM/ma

cc:    Lora Orozco (via U.S. mail)
        Alice Brown (via U.S. mail and e-mail)
        Joan Goddard, Esq. (via e-mail)