# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Barbara Brown, et al.*, No. 2:19-cv-14669 | | |

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand (Rec. Doc. 17697) is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' deadline to fully comply with Case Management Order 11 (Rec. Doc. 12902), including service of a case-specific Rule 26(a)(2) expert report, is extended to August 3, 2020.

New Orleans, Louisiana, on this ___ day of _____ 2020.

_____
United States District Judge