UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Roscoe Campbell, III*, No. 2:19-cv-08728 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH
<u>CASE MANAGEMENT ORDER 11</u>**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Plaintiff's case should not be dismissed with prejudice for failure to submit the documents and records required by Case Management Order ("CMO") No. 11.

This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes, *inter alia*, obligations for plaintiffs who chose not to participate in the Xarelto settlement program or are not eligible to participate in the Xarelto settlement program. On July 23, 2019, Plaintiff signed a Notice of Intent to Proceed stating that he chose to litigate his claims against Defendants and would not participate in the Xarelto settlement program. *See* Exhibit A. Because Plaintiff chose to litigate his claims, he must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11. *See* CMO 11. Indeed, in the Notice of Intent to Proceed, Plaintiff acknowledged that he must comply with CMO 11: **"I understand that my**

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

**obligations going forward include complying with the Docket Control Order (CMO 11) and all of its requirements."** *See* Exhibit A (emphasis added).

Pursuant to CMO 11, Plaintiff is required to, *inter alia*:

1. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS no later than November 4, 2019. *See* CMO 11 Section I(B)(i).

2. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF no later than November 4, 2019. *See id.*

3. Serve a Preservation Notice Statement no later than December 7, 2019. *See id.* Section II.

4. Serve an Affidavit attesting to his compliance with the discovery obligations of CMO 11 no later than December 17, 2010. *See id.* Section III.

5. Serve a case-specific Rule 26(a)(2) report from a licensed physician qualified to render a specific causation opinion and who offers a specific causation opinion to a reasonable degree of medical probability that the Plaintiff's alleged injury or event was caused by taking Xarelto as directed no later than January 2, 2020. *See id.* Sections I.B.iv., I.B.

Plaintiff failed to serve all of these required documents by their respective deadlines. Defendants' counsel sent Plaintiff's counsel notices of Plaintiff's failure to serve the Short Form PFS and the PPCF and the documents and records required by these forms on November 6, 2019. Defendants' counsel also sent Plaintiff's counsel notice of the failure to serve the Preservation Notice Statement, Affidavit of Compliance, and case-specific Rule 26(a)(2) expert report on December 13, 2019, January 8, 2020, and January 9, 2020, respectively. In each of these notices, Defendants' counsel asked that Plaintiff submit the required documents within 30 days. More than 7 months have passed since Defendants' counsel first sent overdue notices to Plaintiff's counsel, but Plaintiff still has not submitted any of the documents or records required by CMO 11.

Although Plaintiff explicitly acknowledged that he is obligated to comply with CMO 11, he has simply failed to do so. Without the documents and information required by CMO 11, it is

not possible for Defendants to proceed with discovery.  This warrants dismissal of Plaintiff's case with prejudice.

Therefore, Plaintiff should be ordered to show cause at **9:00 am CT on July 9, 2020**, before the Court as to why his case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Kim E. Moore*
    **Kim E. Moore**