UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Roscoe Campbell, III*, No. 2:19-cv-08728 | | |

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes, *inter alia*, obligations for plaintiffs who are continuing to litigate their claims against Defendants. Plaintiff is continuing to litigate her claims against Defendants, and she therefore must timely comply with all of the requirements of the relevant Case Management Orders, including CMO 11. *See* CMO 11.

Pursuant to CMO 11, Plaintiff is required to, *inter alia*:

1. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS. *See* CMO 11 Section I(B)(i).

2. Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF. *See id.*

3. Serve a Preservation Notice Statement. *See id.* Section II.

4. Serve an Affidavit attesting to Plaintiff's compliance with the discovery obligations of CMO 11. *See id.* Section III.

5. Serve a case-specific Rule 26(a)(2) report from a licensed physician qualified to render a specific causation opinion and who offers a specific causation opinion to a reasonable degree of medical probability that Plaintiff's alleged injury or event was caused by taking Xarelto as directed. *See id.* Sections I.B.iv., I.B.

Plaintiff failed to serve all of these required documents by their respective deadlines. Pursuant to CMO 11, Defendants' counsel sent Plaintiff's counsel notice of Plaintiff's failure to serve the requisite documents and asked Plaintiff to comply within 30 days of the notice. More than 30 days have passed since Defendants' counsel sent this notice to Plaintiff's counsel, and Plaintiff still has not served the documents required by CMO 11.

Plaintiff is ordered to show cause before this Court at a telephonic hearing to be held on **July 9, 2020 at 9:00 am CT**. The dial-in number for the July 9, 2020 hearing will be provided to Plaintiff's counsel by a member of the Plaintiffs' Steering Committee.

Counsel for Plaintiff and Plaintiff are required to participate in the July 9, 2020 telephonic hearing, or the case will be dismissed in accordance with this Order to Show Cause. The Court will entertain a request for postponement if either Plaintiff's counsel or Plaintiff is unable to call in due to illness or other emergency making it infeasible for counsel or Plaintiff to participate by phone. Any such request for postponement should be made in writing and with a copy to Defendants' counsel by July 2, 2020, or if the illness or other emergency manifests at a later date, at the earliest practical time thereafter in writing and with a copy to Defendants' counsel, but not later than the July 9, 2020 hearing date.

New Orleans, Louisiana, on this ___ day of _____ 2020.

_____
United States District Judge