

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF DEFICIENT FILING
6/18/2020

TO: Barbara Brown
PO Box 5408
Sugarloaf, CA 92386

SUBJECT: Brown vs. Janssen, et al, 19-14669, MDL #2592, L (5)

Your Reply To Defendant's Response has been received but is Deficient as noted below:

_____ 1. The Clerk's Office is unable to provide you with the information you are requesting.
Therefore, your document is being returned to you.

_____ 2. The Court is unable to act on the subject matter of your letter except in the context of a formal lawsuit.
Therefore, your document is being returned to you.

_____ 3. The Clerk's Office is unable to provide legal advice to individuals on how to proceed with a lawsuit.
Therefore, your document is being returned to you.

_____ 4. The records of this Court do not show that there is any pending case related to you at this time.
Therefore, your document is being returned to you.

_____ 5. Your document appears intended for a different court.
Therefore, your document is being returned to you.

_____ 6. You should not correspond directly with the Magistrate Judge or District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court.
Therefore, your document is being returned to you. You must adhere to this rule in any future filings.

_____ 7. All pleadings and other papers filed must be on 8½" x 11" paper, double spaced, and legibly handwritten or typed. If the document consists of more than two (2) pages, each page of the document must bear a sequential number, beginning with "2" for the second page. Standard font must be used. The Court may refuse to consider text presented in less than standard font, such as small or fine typeface. All margins must be no less on 1". No print or writing may appear in the margins. See Local Rule 10.1.
You must adhere to this rule in any future filings.

_____ 8.   The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $400.00 for the cost of filing a civil complaint. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.

    If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.

_____ 9.   The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $5.00 for filing a petition for habeas relief and habeas related mandamus. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached. Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.

_____ 10.  A writ of habeas corpus submitted by a person in state custody, a § 1983 prisoner suit, a motion to vacate, Your CIVIL COMPLAINT should be submitted on an APPROVED FORM. This form has been enclosed for your convenience. Every Question must be answered on the Complaint Form. If the section or question does not apply to you, you can put Not Applicable or N/A in that Section.

_____ 11.  Your APPLICATION TO PROCEED IN FORMA PAUPERIS should be submitted on an APPROVED FORM. . This form has been enclosed for your convenience. Please submit the filing fee or complete and return the enclosed FORMA PAUPERIS APPLICATION within 21 calendar days from the date of this letter.

    If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.

____12.   Every paper filed, after the complaint, must bear the name of this Court, the title, docket number, section, and magistrate judge number.  See Local Rule 10.1.
Please return the completed form within 21 calendar days from the date of this letter.

____13.   A complaint, affidavit or other pleading submitted to the Clerk for filing must bear an original signature.  A copy is not sufficient.  See Local Rule 11.1.
Please sign and return within 21 calendar days from the date of this letter.

____14.   The filer's name, address, and telephone number shall be typed or printed below the signature. See Local Rule 11.1.
Please return the completed form within 21 calendar days from the date of this letter.

____15.   The complaint and any other pleading must be signed by the filer personally unless filer is represented by a member of the bar of this Court.  If the filer is represented, pleadings must be signed and submitted by counsel.  See Local Rule 11.1.
Please return the completed form within 21 calendar days from the date of this letter.

____16.   The names of all parties must be listed CORRECTLY on the FRONT of your complaint. Please CORRECT and return the completed form within 21 calendar days from the date of this letter.

____17.   Every pleading shall bear a certificate by the party who files it that copies have been served on all parties or their counsel of record by hand or by mail.  See Local Rule 5.4.
You must adhere to this rule in any future filings.

____18.   Parties filing a motion shall, at the time of filing, notice it for submission.  See Local Rule 7.2. Enclosed is a copy of Judge Vance's Submission Dates. Please return the Notice of Submission setting your Motion before Judge Vance and return within 21 calendar days from the date printed at the top of this letter.

____19.   Consent or ex parte motions, shall be accompanied by a proposed order.  See Local Rule 7.3.
Please provide the proposed order and return the document within 21 calendar days of the date of this letter.

_____20.   Pleadings may not be supplemented without permission of the Court. See Local Rule 7.4. Please provide the <u>Motion and Order For Leave To Supplement</u> your petition and return the document within <u>21 calendar days</u> of the date of this letter.

_____21.   Except as noted in Local Rule 7.3, all motions shall be accompanied by a <u>memorandum in support</u>. See Local Rule 7.4. Please return the completed form within <u>21 calendar days</u> from the date of this letter.

_____22.   Once an answer has been filed, a complaint may not be amended or supplemented without permission of the Court. See Local Rule 7.6. Please provide the motion for leave to amend or supplement the complaint and return the document within <u>21 calendar days</u> of the date of this letter.

_____23.   Discovery requests and responses thereto must not be filed until they are used in a proceeding before the Court or until the Court grants an order allowing the filing of the document. Federal Rule of Civil Procedure 5(d). Therefore, your document is being returned to you.

_____24.   28 U.S.C. § 1654 precludes a corporation from appearing through a lay person. A corporation must be represented by an attorney qualified to practice before this Court. Therefore, your document is being returned to you.

_____25.   The record of this matter reflects you are represented by counsel. All pleadings regarding this case must be filed through your counsel of record. All future inquires and correspondence regarding this case should be directed to your attorney of record. You must adhere to this rule in any future filings.

__X__26.   Your <u>Reply To The Defendant's Opposition</u> cannot be filed without permission of the Court. Please provide the <u>Motion For Leave To File Reply</u> and return the document within <u>21 calendar days</u> of the date of this letter.

_____27.   Enclosed is a <u>copy of Judge Barbier's Submission Dates</u>. Please return the Notice of Submission setting your Motion before Judge Barbier and return within <u>21 calendar days</u> from the date printed at the top of this letter.

_____28.   OTHER: The Statement of Account <u>cannot</u> be filled out by you or any other prisoner. The Statement of Account must be completed by the <u>appropriate prison official in Inmate Banking at your facility.</u>

_____29.   OTHER: YOUR DOCUMENT MUST BE TITLED <u>COMPLAINT</u>, see Sample Complaint Format.

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

CAROL L. MICHEL
CLERK OF COURT

By: _____
Deputy Clerk

Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 7/21/14