UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE RICKS<br><br>                    Plaintiff,<br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, et al.,<br><br>                    Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.: 16-cv-3664 |

## APPLICATION FOR REFUND OF FILING FEE

On April 25, 2016, the undersigned counsel filed a Complaint on behalf of Plaintiff Claude Ricks. In compliance with PTO 34A the filing fee for this complaint was paid on June 18, 2020 (Filing Receipt Number ALAEDC-8363149). Due to an administrative error, a duplicate filing fee was paid on the same date (Filing Receipt Number ALAEDC-8363160).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: June 19, 2020

                                                              Respectfully Submitted,

                                                              /s/ Sandy Liebhard
                                                              Sandy Liebhard, Esq.
                                                              **Bernstein Liebhard LLP**
                                                              10 East 40th Street
                                                              New York, New York 10016
                                                              liebhard@bernlieb.com
                                                              Phone: (212) 779-1414

00586300;V1

                              Fax:    (212) 779-3218
                              *Attorney for the Plaintiff*

00586300;V1