# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Lanora Clark v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,* **No. 2:15-cv-02033** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## SUGGESTIONS OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff Lanora Clark, and hereby notifies the Court and the parties of the death of Plaintiff Lanora Clark. A redacted copy of Plaintiff's Certificate of Death is attached hereto.

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel.  314-436-9958
Fax  314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on June 19,2020 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward

1