# MISSOURI

## CERTIFICATION OF DEATH

DATE FILED: MARCH 26, 2020    STATE FILE NUMBER: 124-20-009077

DECEDENT NAME: LANORA ANN CLARK    SEX: FEMALE

DATE OF DEATH: MARCH 23, 2020    COUNTY OF DEATH: PETTIS

DATE OF BIRTH: ▮▮▮▮ 1939    MARITAL STATUS: WIDOWED    EVER IN ARMED FORCES: NO

SOCIAL SECURITY NUMBER: ▮▮▮-▮▮-4089    RESIDENCE ADDRESS: 20893 HWY BB WARSAW, MISSOURI

SURVIVING SPOUSE: (IF WIFE, MAIDEN NAME):

FUNERAL HOME: RESER FUNERAL HOME

UNDERLYING CAUSE (ICD CODE):    MANNER: NATURAL

PNEUMONIA
CONGESTIVE HEART FAILURE
AORTIC ANEURYSM WITH DISSECTION

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: BENTON

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

DATE ISSUED: MARCH 26, 2020

*Kenneth J. Palermo*
Kenneth J. Palermo
State Registrar

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.