# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## PLAINTIFF'S, JOHN BURKE, MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiff, John Burke, Adm., respectfully moves this Court for an order remanding this case back to the Court of Common Pleas, Franklin County, Ohio (from which it was removed). A memorandum in support of this request is attached hereto.

Respectfully submitted,

/s/ William R. Thomas_____
William R. Thomas (0055240)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of June, 2020, a true copy of the foregoing Plaintiff's, John Burke, Motion to Remand for Lack of Subject Matter Jurisdiction was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com
Karen Cadieux, Attorney for Defendant:  cadieux@carpenterlipps.com
Theodore Monroe Munsell, Attorney for Defendant:  munsell@carpenterlipps.com

/s/ William R. Thomas
William R. Thomas (0055240)