# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 SECTION: L |
| THIS DOCUMENT RELATES TO: John Burke, No. 2:20-CV-00750 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion  to Remand for Lack of Subject Matter Jurisdiction  is hereby set for submission before District Judge/Magistrate Judge  Eldon E. Fallon  on  July 8, 2020  At 9:00  a.m.

/s/William R. Thomas
(Signature)

William R. Thomas
(Name)

163 North Sandusky St., Ste. 103
(Address)

Delaware, Ohio 43015
(City)     (State)     (Zip)

740-363-7182
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 20th day of June, 2020.

/s/William R. Thomas
**(SIGNATURE)**