**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *John Burke v. Janssen Research* | : | **JUDGE ELDON E. FALLON** |
| *& Development, LLC et al.* | : | **MAGISTRATE JUDGE NORTH** |
| No. 2:20-CV-00750 | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW**
**CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH**
**CASE MANAGEMENT ORDER 11**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen

Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc. ("Defendants")[1]

respectfully request that this Court issue an Order to Show Cause as to why Plaintiff's case should

not be dismissed with prejudice for failure to submit the documents and records required by Case

Management Order ("CMO") No. 11.

This Court entered CMO 11 on March 25, 2019. *See* Rec. Doc. 12902. CMO 11 includes,

*inter alia*, obligations for plaintiffs who chose not to participate in the Xarelto settlement program

or are not eligible to participate in the Xarelto settlement program. Plaintiff is not eligible to

participate in the Xarelto settlement program because his case was filed on January 14, 2020, and

he therefore must comply with all of the requirements of the Order.

Pursuant to CMO 11, Plaintiff is required to, *inter alia*:

1. Serve a fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS")
   and the documents and records required by the Short Form PFS no later than May 8,
   2020. *See* CMO 11 Section I(B)(i).

---

[1] The Janssen and Bayer Defendants' motion filed herein is without prejudice to the defense that one or more
Defendants have not been served.

2.  Serve a fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF no later than May 8, 2020.  *See id.*

3.  Serve a Preservation Notice Statement no later than May 30, 2020.  *See id.* Section II.

4.  Serve an Affidavit attesting to his compliance with the discovery obligations of CMO 11 no later than June 9, 2020.  *See id.* Section III.

Plaintiff failed to serve all of these required documents by their respective deadlines.  On May 11, 2020, Defendants' counsel sent Plaintiff's counsel notice of Plaintiff's failure to serve the Short Form PFS, the PPCF, and the documents and records required by these forms and asked that the overdue documents and records be served within 30 days.  More than 30 days have passed since Defendants sent this notice, but Plaintiff still has not served any of the required documents and records.  The case is therefore now ripe for an order to show cause.

In addition, on June 8, 2020 and June 10, 2020, respectively, Defendants' counsel sent Plaintiff's counsel notice of Plaintiff's failure to provide the Preservation Notice Statement and Affidavit of Compliance by their respective deadlines.  Each notice asked that Plaintiff submit the required documents within 30 days.  Plaintiff has not responded to these notices either.

Plaintiff has had ample time to provide the basic documents and records necessary to support his claims, but he has not provided any of the required documents.  Without the documents and information required by CMO 11, it is not possible for Defendants to proceed with discovery.  This warrants dismissal of Plaintiff's case with prejudice.

Therefore, Plaintiff should be ordered to show cause at **9:00 am CT on July 9, 2020**, before the Court as to why his case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Kim E. Moore*
    **Kim E. Moore**