# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRED WILLIAMS<br><br>                    Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, et al.,<br><br>                    Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.: 16-cv-11923 |

## APPLICATION FOR REFUND OF FILING FEE

On June 28, 2016, the undersigned counsel filed a Complaint on behalf of Plaintiff Fred Williams. In compliance with PTO 34A the filing fee for this complaint was paid on May 12, 2020 (Filing Receipt Number ALAEDC-8298733). Due to an administrative error, a duplicate filing fee was paid on June 1, 2020. (Filing Receipt Number ALAEDC-8327126).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: June 23, 2020

                                             Respectfully submitted,
                                             DUGAN LAW FIRM, PLC

                                             /s/ Douglas R. Plymale
                                             Douglas R. Plymale, (La. Bar No. 28409)
                                             dplymale@dugan-lawfirm.com
                                             James R. Dugan, II (La. Bar No. 24785)
                                             jdugan@dugan-lawfirm.com
                                             365 Canal Street, Suite 1000
                                             New Orleans, LA 70130
                                             Telephone:    (504) 648-0180