UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELOY SEPEDA AND OLGA SEPEDA<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.: 16-cv-2440 |

## APPLICATION FOR REFUND OF FILING FEE

On March 23, 2016, the undersigned counsel filed a Complaint on behalf of Plaintiffs, Eloy Sepeda and Olga Sepeda. In compliance with PTO 34A the filing fee for this complaint was paid on June 16, 2020 (Filing Receipt Number ALAEDC-8357697). Due to an administrative error, a duplicate filing fee was paid on June 22, 2020. (Filing Receipt Number ALAEDC-8366647).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: June 23, 2020

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　PLYMALE LAW FIRM

　　　　　　　　　　　　　　　　/s/ Douglas R. Plymale
　　　　　　　　　　　　　　　　Douglas R. Plymale, (La. Bar No. 28409)
　　　　　　　　　　　　　　　　drplymale@plymalelawfirm.com
　　　　　　　　　　　　　　　　201 St. Charles Ave., Suite 2500
　　　　　　　　　　　　　　　　New Orleans, LA 70170
　　　　　　　　　　　　　　　　Telephone:　　(504) 355-0092