

June 23, 2020

Clerk of Court
500 Poydras Street
New Orleans, LA 70130

      Re:     MDL - 2592 Xarelto Products Liability Litigation
                 *Goynes v. Janssen 2:16-cv-01412*

Dear Clerk:

    On June 18, 2020, Counsel for plaintiff paid the required filing fee in the amount of $400.00, reference tracking ID: ALAEDC-8362204, attached as Exhibit A. Due to an administrative error, on June 19, 2020, Counsel again paid the filing fee in the amount of $400.00, reference tracking ID: ALAEDC-8364712, attached as Exhibit B.

    Plaintiff's docket reflects the duplicate payment made, attached as Exhibit C. Accordingly, we respectfully request a refund in the amount of $400, for the payment made on June 19, 2020, reference ID: ALAEDC-8364712.

                                  Sincerely,

                                  Neil D. Overholtz

NDO/rlv
Enclosures