| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Robin Volpara |
| **Subject:** | Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |
| **Date:** | Friday, June 19, 2020 11:45:09 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4724135
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-8364712
Approval Code: 01458G
Card Number: ************6128
Date/Time: 06/19/2020 12:45:24 ET

NOTE: This is an automated message. Please do not reply