Query    Reports    Utilities    Help    Log Out

**2:16-cv-01412-EEF-MBN** Goynes v. Janssen Research & Development LLC et al
Eldon E. Fallon, presiding
Michael North, referral
Date filed: 02/19/2016
Date of last filing: 06/19/2020

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed & Entered: 02/19/2016 | Complaint |
| 2 | Filed & Entered: 02/19/2016 | Initial Case Assignment |
| 3 | Filed & Entered: 02/19/2016 | Order |
|   | Filed: 06/18/2020 Entered: 06/22/2020 | Filing Fee Payment - Case Opening 400 |
|   | Filed & Entered: 06/19/2020 | Filing Fee Payment - Case Opening 400 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/23/2020 08:12:13 | | | |
| PACER Login: | aw0389 | Client Code: | xarelto |
| Description: | History/Documents | Search Criteria: | 2:16-cv-01412-EEF-MBN |
| Billable Pages: | 1 | Cost: | 0.10 |