UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 | |
| ) | | |
| ) | | |
| ) | SECTION: L | |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON | |
| ) | | |
| *John Burke v. Janssen Research* ) | MAG. JUDGE NORTH | |
| *& Development, LLC et al.* ) | | |
| No. 2:20-cv-00750 ) | | |

## ORDER

Considering Defendants' June 22, 2020 Motion for Order to Show Cause Regarding Plaintiff's Failure to Comply with Case Management Order 11, R. Doc. 17725, and the Eastern District of Louisiana's General Order No. 20-6 relating to in-person Court proceedings during the COVID-19 pandemic,

**IT IS HEREBY ORDERED THAT** Plaintiff show cause before this Court at a telephonic hearing on **July 9, 2020 at 9:00 AM.** The dial-in number for the hearing is as follows:

Dial-in #:     877-336-1839

Access code:   4227405

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction, R. Doc. 17724, and Defendants' Motion to Dismiss Plaintiff's Complaint, R. Doc. 17694, are set for **ORAL ARGUMENT** on **Thursday, July 9 at 9:00 AM** in conjunction with the Order to Show Cause hearing scheduled above.  The parties are instructed to use the same dial-in information listed above for the hearing on these motions.

2

New Orleans, Louisiana, this 24th day of June 2020.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE