IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO                    MDL No. 2592
(RIVAROXABAN) PRODUCTS     SECTION L
LIABILITY LITIGATION           JUDGE ELDON E. FALLON
                                          MAG. JUDGE NORTH

This Document Relates to:
John Brockus v. Janssen
Research & Development, LLC, et al.
Case No. 2:20-cv-00110

## CONSENT MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER NO. 11

Plaintiffs hereby move the Court for an extension of time to July 27, 2020 to comply with Case Management Order ("CMO") 11, including serving all of the medical records required by CMO 11 and providing the Rule 26(a)(2) case-specific causation report required by CMO 11.

Plaintiffs' deadline to provide the Plaintiff Profile and Consent Form, Short Form Plaintiff Fact Sheet, and the documents and medical records required by these forms was February 20, 2020. Plaintiffs served partially complete forms and some of the required medical records on February 13, 2020. Plaintiffs have continued to serve additional medical records upon receipt from the Decedent's healthcare providers.

On March 27, 2020, Defendants' counsel served Plaintiffs' counsel with Notices of Deficiency as to Plaintiffs' Plaintiff Profile and Consent Form and a Short Form Plaintiff Fact Sheet. At that time, Plaintiffs had not yet produced medical records from two of the Decedent's prescribing physicians. Defendant's counsel asked Plaintiffs to remedy these deficiencies by April 26, 2020.

On April 3, 2020, Plaintiffs' counsel advised that due to the COVID-19 pandemic, Plaintiffs had not yet received all of the requested medical records. Plaintiffs asked Defendants for a thirty-day extension of time, to May 27, 2020, to remedy the deficiencies identified in the March 27, 2020 Notices of Deficiency, including production of the outstanding medical records. Defendants agreed to Plaintiffs' requested extension.

Plaintiffs continued to attempt to obtain the medical records and other information required by CMO 11. Plaintiffs continued to experience difficulty obtaining the necessary records and information because some of Decedent's health care providers either were not responding to records requests or because the facilities were understaffed because of the COVID-19 pandemic, which has led to delays in having records requests processed.

On May 20, 2020, it became apparent to Plaintiffs they would be unable to remedy the deficiencies by May 27, 2020. Plaintiffs requested a second thirty-day extension of time to remedy the CMO 11 deficiencies. Defendants also agreed to Plaintiffs' second extension of time, to June 26, 2020.

It has again become apparent that due to the ongoing COVID-19 pandemic, Plaintiffs will not receive all of the necessary medical records from Decedent's healthcare providers prior to the June 26, 2020 extended deadline, including the records from two of the Decedent's prescribing physicians. Plaintiffs have also not been able to obtain the required Rule 26(a)(2) case-specific causation report from Plaintiffs' retained expert, which was due on May 18, 2020. For these reasons, Plaintiffs have also been unable to provide the requisite Affidavit of Compliance.

Plaintiffs have therefore requested a third extension of time, to July 27, 2020, for Plaintiffs to comply with CMO 11. This includes an extension to provide the outstanding medical records, the case-specific expert report, and the additional deficiencies outlined in the deficiency notices

dated March 27, 2020 and June 11, 2020. Defendants' counsel have advised that under the circumstances, they do not oppose the third requested extension.

Due to the passage of time since the first CMO 11 deadline, Plaintiffs file this Consent Motion seeking the Court's approval of the deadline extension.

WHEREFORE, Plaintiffs respectfully request an extension of time to July 27, 2020 to comply with CMO 11.

Dated: June 24, 2020
/s/ Eric D. Hitchcock
Eric D. Hitchcock, Esq.
SMITH CLINESMITH, LLP
325 N St. Paul, 29th Floor
Dallas, TX 75201
Telephone: (214) 953-1900
Facsimile: (214) 953-1901
eric@smithclinesmith.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other defense counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 24th day of June, 2020.

/s/Eric D. Hitchcock
Eric D. Hitchcock

3