# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO | MDL No. 2592 |
| (RIVAROXABAN) PRODUCTS | SECTION L |
| LIABILITY LITIGATION | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

This Document Relates to:
John Brockus v. Janssen
Research & Development, LLC, et al.
Case No. 2:20-cv-00110

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER NO. 11

Considering the foregoing Consent Motion for Extension of Time to Comply With Case Management Order No. 11, it is HEREBY ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs shall have until July 27, 2020 to comply with CMO 11, including production of the outstanding medical records, production of a Rule 26(a)(2) case-specific causation report, and curing the deficiencies identified by Defendants in their Notices of Deficiency, dated March 27, 2020 and June 11, 2020.

New Orleans, Louisiana, this the _____ day of _____, 2020

_____

UNITED STATES DISTRICT COURT JUDGE