UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| KRIKOR HARBOYAN, an individual<br>　　　Plaintiff, | |
| vs. | |
| JOHNSON & JOHNSON COMPANY;<br>MCKESSON CORPORATION; AND DOES 1-100, inclusive.<br>　　　Defendants. | SUGGESTION OF DEATH<br><br>Case No.:2:17-cv-0523 (C.D. Cal.) |

## SUGGESTION OF DEATH

Pursuant to the Federal Rules of Civil Procedure 25(a)(1), the undersigned counsel hereby informs this Court of the death of Krikor Harboyan on April 16, 2020. A motion for substitution of plaintiff will be filed by the appropriate representative of Mr. Harboyan's estate.

Dated:  Los Angeles, California
        June 25, 2020

                                               Haffner Law PC

                                       By:    s/    Joshua H. Haffner
                                                      Joshua H. Haffner

                                               445 S. Figueroa St., Suite 2625
                                             Los Angeles, CA 90071
                                             Telephone (213) 514-5681
                                             Facsimile (213) 514-5682
                                             Attorney for the plaintiff