UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : : *ALL CASES* : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### MEMORANDUM REGARDING WEBSITE PRESERVATION

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc. ("Janssen"), Janssen Ortho LLC, and Johnson & Johnson respectfully submit this memorandum regarding the preservation and collection of the Xarelto-related websites maintained by Janssen. In accordance with Pretrial Order No. 15, Janssen has preserved and collected copies of the Xarelto-related websites that are maintained by Janssen as these websites have been updated. It is very expensive to collect and preserve a site each time there are updates to it.

Given the burden of continuing to preserve and collect new website updates and the current status of the Xarelto litigation, Janssen seeks to stop preserving new changes to the Xarelto-related websites that Janssen maintains. Janssen has already preserved and collected website changes that encompass the dates relevant to the remaining Xarelto cases, and Janssen will continue to hold all websites changes that were preserved and collected to date. Janssen therefore believes this would not impact the remaining Xarelto cases.

Counsel for Janssen have discussed this issue with Mr. Andy Birchfield, who does not have any objections. Prior to making this change, counsel for Janssen also wanted to bring the issue to the Court's attention to see if the Court has any questions or concerns.

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc.; Janssen Research & Development, LLC; Janssen Ortho LLC; and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2020 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Kim E. Moore*
    **Kim E. Moore**