**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Roy Tillman O'Bryant, Jr.*, No. 2:20-cv-00111 | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| | : | |

**DEFENDANTS' MOTION TO DISMISS BASED ON**
**PLAINTIFF'S FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

Defendants Janssen Research & Development, LLC and Johnson & Johnson ("Defendants"),[1] as detailed in the accompanying Memorandum in Support, hereby request that the Court dismiss Plaintiff's case with prejudice for failure to comply with Case Management Order ("CMO") 11.

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Research*
*& Development, LLC and Johnson & Johnson*

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
     Kim E. Moore
     400 Poydras Street
     Suite 2700
     New Orleans, LA 70130
     Telephone: (504) 310-2100
     Facsimile:  (504) 310-2120
     kmoore@irwinllc.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on June 29, 2020 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

     */s/ Kim E. Moore*
     **Kim E. Moore**