UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Roy Tillman O'Bryant, Jr.*, No. 2:20-cv-00111 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

Defendants Janssen Research & Development, LLC and Johnson & Johnson ("Defendants")[1] respectfully request that this Court dismiss this action with prejudice for failure to comply with Case Management Order ("CMO") 11. Plaintiff previously missed multiple deadlines to provide the Short Form Plaintiff Fact Sheet, Plaintiff Profile and Consent Form, and the documents and records required by the forms. On May 14, 2020, this Court ordered Plaintiff to provide the forms no later than June 15, 2020 or face dismissal with prejudice. *See* Rec. Doc. 17689. Plaintiff failed to provide these documents by June 15, 2020. Further, Plaintiff has now missed all of his deadlines under CMO 11 and has not submitted any of the required materials.

**ARGUMENT**

This is the second time this case has been before the Court for failure to comply with CMO 11. On April 30, 2020, Defendants filed a motion for an order to show cause based on Plaintiff's failure to comply with his initial deadlines under CMO 11. *See* Rec. Doc. 17669 ("Defendants' Show Cause Motion"). CMO 11 required Plaintiff to provide, *inter alia*, the following:

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

1. A fully complete and verified Short Form Plaintiff Fact Sheet ("Short Form PFS") and the documents and records required by the Short Form PFS. *See* CMO 11 Section I(B)(i).

2. A fully complete and verified Plaintiff Profile and Consent Form ("PPCF") and the documents and records required by the PPCF. *See id.*

As set forth in Defendants' Show Cause Motion, Plaintiff failed to provide these documents by their original February 17, 2020 deadline. On February 26, 2020, Defendants' counsel sent Plaintiff's counsel notice of the overdue documents and requested that they be provided no later than March 27, 2020. Plaintiff missed this second deadline as well.

Plaintiff also failed to provide the documents in advance of the May 14, 2020 hearing on Defendants' Show Cause Motion. During the hearing, Plaintiff's counsel acknowledged that Plaintiff had missed multiple deadlines and requested additional time for Plaintiff to provide the required materials. The Court granted Plaintiff 30 additional days—until June 15, 2020—to provide the Short Form PFS, PPCF, and the documents and records required by these forms. *See* Rec. Doc. 17689. The Court furthered directed that if Plaintiff did not provide these documents by June 15, 2020, Defendants should proceed with a motion to dismiss. *See id.*

Plaintiff did not provide any of the documents and records at issue in Defendants' Show Cause Motion by the extended June 15, 2020 deadline. In addition, Plaintiff's deadlines to provide additional documents required by CMO 11 have also passed, and Plaintiff has failed to provide these documents as well. These additional overdue documents include:

1. The Preservation Notice Statement required by CMO 11 Section II.

2. The Affidavit attesting to Plaintiff's compliance with the discovery obligations of CMO 11 required by CMO 11 Section III.

3. The case-specific Rule 26(a)(2) report from a licensed physician qualified to render a specific causation opinion and who offers a specific causation opinion to a reasonable degree of medical probability that the Plaintiff's alleged injury or event was caused by taking Xarelto as directed, which is required by CMO 11 Sections I.B.iv and I.B.

In sum, Plaintiff has not provided any of the documents or records required by CMO 11, despite ample opportunity and multiple extensions. The case cannot move forward and be prepared for trial without this basic and key discovery. Courts routinely dismiss cases with prejudice under similar circumstances where the plaintiff has repeatedly failed to comply with the MDL court's orders. *See, e.g.*, *Dzik v. Bayer Corp.*, 846 F.3d 211, 216 (7th Cir. 2017) (affirming MDL court's dismissal for failure to comply with discovery order in YAZ/Yasmin MDL); *In re Avandia Marketing, Sales Practices & Prods. Liab. Litig.*, 687 F. App'x 210 (3d Cir. 2017) (affirming MDL court's dismissal for failure to comply with an order in Avandia MDL requiring future plaintiffs to provide an expert report); *Freeman v. Wyeth*, 764 F.3d 806, 809–10 (8th Cir. 2014) (affirming MDL court's dismissal of claims for failure to provide medical authorizations in hormone therapy MDL); *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 496 F.3d 863, 866–68 (8th Cir. 2007) (affirming MDL court's dismissal of claims for failure to comply with discovery orders in implantable defibrillators MDL). Plaintiff's failure to comply with the Court's Orders here likewise warrants dismissal of his case with prejudice.

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that their Motion to Dismiss be granted and Plaintiff's case be dismissed with prejudice.

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Research*
*& Development, LLC and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
  Kim E. Moore
  400 Poydras Street
  Suite 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  Facsimile: (504) 310-2120
  kmoore@irwinllc.com

  *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 29, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**