**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:  *Roy Tillman O'Bryant, Jr.*, No. 2:20-cv-00111 | | |

**ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11**

Considering the foregoing Motion to Dismiss with Prejudice for Failure to Comply with Case Management Order 11 (R. Doc    )

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this ___ day of _____ 2020.

_____
United States District Judge