MINUTE ENTRY
FALLON, J.
June 25, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails,* Civil Action No. 2:17-cv-05372 | : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER**

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Damon Baldone, Thomas Dunn, Leonard Davis, and Gerald Meunier participated on behalf of Plaintiffs. Susan Sharko and Steven Glickstein participated on behalf of Defendants. This status conference was set to check in with the parties to determine whether the outstanding CMO 11 requirements had been met. Counsel informed the Court that there remain disagreements regarding completion of the requirements. Therefore, the parties are instructed to meet and confer ahead of the next status conference to resolve these issues. Once all requirements have been met, the Court will work with counsel to set a trial date. Accordingly,

**IT IS ORDERED** that a telephone status conference is hereby **SCHEDULED** in the aforementioned case on July 10, 2020 at 8:30 AM CT. The parties involved in this case ONLY are instructed to participate. The dial-in information is as follows:

Dial-in #: 877-336-1839

Access code: 4227405

JS10: 00:23