# EXHIBIT A

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| **JOHN BURKE**, Administrator of the | : | |
| Estate of Francis M. Burke | | Case No.: |
| | | |
| Plaintiff, | : | Judge: |
| | | |
| v. | | Category "A" |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | | |
| **LLC f/k/a JOHNSON AND JOHNSON** | | |
| **PHARMACEUTICAL RESEARCH AND** | : | |
| **DEVELOPMENT LLC, et al.,** | | |
| | | |
| Defendants. | : | |

## ORDER AND ENTRY

Upon Plaintiff's motion and for good cause shown, an extension of 90 days from the date

of this order is hereby granted within which for Plaintiff to file an Affidavit of Merit.

_____
Judge


APPROVED:


/s/ William R. Thomas
William R. Thomas (#0055240)
Thomas & Company, L.P.A.
163 N. Sandusky Street, Suite 103
Delaware, Ohio 43015
wthomas@thomaslawlpa.com
740-363-7182 – phone
740-363-7153- fax
Attorney for Plaintiff

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Jan 14 6:36 PM-20CV000351

Franklin County Court of Common Pleas

**Date:**              01-14-2020

**Case Title:**        JOHN BURKE ADM -VS- JANSSEN RESEARCH AND
                       DEVELOPMENT  LLC ET AL

**Case Number:**       20CV000351

**Type:**              EXTENSION OF TIME

It Is So Ordered.

/s/ Judge Julie M. Lynch

Court Disposition

Case Number:  20CV000351

Case Style:  JOHN BURKE ADM -VS- JANSSEN RESEARCH AND DEVELOPMENT  LLC ET AL

Motion Tie Off Information:

1.  Motion CMS Document Id: 20CV0003512020-01-1499920000
    Document Title: 01-14-2020-MOTION TO EXTEND TIME - PLAINTIFF: JOHN BURKE ADM
    Disposition: MOTION GRANTED