# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

This Document Relates to:
*John Brockus v. Janssen Research & Development, LLC, et al.* Case No. 2:20-cv-00110

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER NO. 11

Considering the foregoing Consent Motion for Extension of Time to Comply With Case Management Order No. 11:

It is **HEREBY ORDERED** that Plaintiff's' Motion is **GRANTED**. Plaintiffs shall have until July 27, 2020 to comply with CMO 11, including production of the outstanding medical records, production of a Rule 26(a)(2) case-specific causation report, and curing the deficiencies identified by Defendants in their Notices of Deficiency, dated March 27, 2020 and June 11, 2020.

New Orleans, Louisiana, this the 30th day of June, 2020

_____
UNITED STATES DISTRICT JUDGE