UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Horace Green v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-6163

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff.

**IT IS ORDERED** that the attached correspondence be filed **UNDER SEAL.**

**IT IS FURTHER ORDERED** that the attached correspondence be forwarded to Plaintiff's liaison counsel to take further action, if appropriate.

New Orleans, Louisiana, this 29th day of June, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:   Leonard Davis
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Email: ldavis@hhklawfirm.com