## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID NORMAN,** | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| **Plaintiff,** | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, et al.,** | : | Civil Action No.: 2:16-CV-3173 |
| | : | |
| **Defendants** | : | |

## APPLICATION FOR REFUND OF FILING FEE

In compliance with PTO 34A, the filing fee for the Complaint on behalf of Plaintiff David Norman was paid on June 10, 2020 (Filing Receipt Number ALAEDC-8347560). Due to an administrative error, a duplicate filing fee was paid on the same date (Filing Receipt Number ALAEDC-8347562).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: June 30, 2020

                                                        Respectfully submitted,
                                                        CHILDERS, SCHLUETER & SMITH, LLC

                                                        */s/ C. Andrew Childers*
                                                        C. Andrew Childers
                                                        Georgia Bar No. 124398
                                                        1932 North Druid Hills Rd.
                                                        Ste. 100
                                                        Atlanta, GA 30319
                                                        Tel: (404) 419-9500
                                                        achilders@cssfirm.com