# EXHIBIT A

# WINNEBAGO COUNTY HEALTH DEPARTMENT
## ROCKFORD, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER   2020 0020967

DATE ISSUED   3/12/2020

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| MARTHA M BENJAMIN | FEMALE | MARCH 05, 2020 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| WINNEBAGO | 80 YEARS | ▓▓▓▓▓ |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| ROCKFORD | JAVON BEA HOSPITAL |

PLACE OF DEATH
INPATIENT

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? NO |
|---|---|---|---|---|
| RUSSELLVILLE, AL | ▓▓▓▓▓ | WIDOWED | | |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| ▓▓▓▓▓ | | ROCKFORD | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| WINNEBAGO | IL | 61101 | MAUDIE KING | WALTER PETE JOHNSON |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| KIMBERLY BENJAMIN | DAUGHTER | ▓▓▓▓▓ |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | SIGNATURE CREMATION SERVICES | BELOIT, WI | MARCH 12, 2020 |

FUNERAL HOME
AFFORDABLE CREMATION AND FUNERAL SERVICE, 860 BIESTER DRIVE, BELVIDERE, IL, 61008

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| DANIEL R GIESE | 034016589 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| SANDRA MARTELL RN DNP | MARCH 12, 2020 |

CAUSE OF DEATH   PART I.   ACUTE MASSIVE PULMONARY EMBOLI

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a.

Due to (or as a consequence of):
b. ACUTE RIGHT VENTRICULAR FAILURE AND CARDIAC ARREST

Due to (or as a consequence of):
c. SEVERE HYPERTENSION LEADING TO BOWEL ISCHEMIA

Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? NO |
|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|
| | |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| NO | UNKNOWN | NO | | 04:45 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | MARCH 11, 2020 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| ROY, BAHARATI, 8201 EAST RIVERSIDE BOULEVARD, ROCKFORD, ILLINOIS, 61114 | 036085191 |

164284

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Sandra Martell*

Sandra Martell, RN, DNP
Winnebago County Public Health Administrator

LOCAL REGISTRAR
DISTRICT No. 101
WINNEBAGO COUNTY, IL

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE