UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Lanora Clark v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,* **No. 2:15-cv-02033** | **MDL No. 2592** SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |

**MOTION FOR SUBSTITUTION OF PARTY**

COME NOW Counsel for Plaintiff Lanora Clark, pursuant to Fed. R. Civ. P 25(a), based on the death of Plaintiff Lanora Clark, hereby move to substitute Patricia Garvey and Sandra Keith, the personal representatives of the estate of Lanora Clark, as the Plaintiffs in this action.

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel.  314-436-9958
Fax  314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on July 1, 2020 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward

1