UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Lanora Clark v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,* **No. 2:15-cv-02033** | **MDL No. 2592** SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |

### ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party, the motion is HEREBY GRANTED. IT IS ORDERED THAT Plaintiffs Patricia Garvey and Sandra Keith, the personal representatives of the estate of Lanora Clark, be substituted for Lanora Clark as the Plaintiffs in this action.

SO ORDERED:

_____
Hon. Eldon E. Fallon
United States District Court Judge

Dated:_____

1