**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| _____ | ) | **MAGISTRATE JUDGE NORTH** |

THIS DOCUMENT RELATES TO:
**MARTHA BENJAMIN**
Civil Action No. **2:19-cv-00718**

### _EX PARTE_ MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Kimberly Benjamin, by and through the undersigned counsel of record, and moves this Court for an Order substituting Kimberly Benjamin on behalf of decedent Martha Benjamin. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1.      At the request of our client Martha Benjamin to act on her behalf, this present action was filed on January 31, 2019.

2.      All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3.      Plaintiff's counsel was notified on March 11, 2020, by Kimberly Benjamin, heir and next of kin, that Martha Benjamin died on March 5, 2020.

4.      Martha Benjamin's product liability action against defendants survived her death and was not extinguished.

5.      Plaintiff's Counsel filed a Notice and Suggestion of Death on or about July 1, 2019 [Doc. 17743 and 17743-1].

6.      Kimberly Benjamin, surviving daughter of plaintiff-decedent, is a proper party to substitute for plaintiff-decedent Martha Benjamin and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Kimberly Benjamin, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: July 1, 2020                              Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
brucefox@foxandfarleylaw.com
*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)