UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**MARTHA BENJAMIN**
Civil Action No. **2:19-cv-00718**

## ORDER ON *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the Court on Plaintiff's *Ex Parte* Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Kimberly Benjamin, as surviving daughter of Martha Benjamin, deceased, is substituted as Plaintiff in this action and the *Ex Parte* Motion to Substitute Party Plaintiff is GRANTED.

Signed, this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon, United States District Court Judge