# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## PLAINTIFF'S, JOHN BURKE, MEMORANDUM IN OPPOSITION TO DEFENDANTS, JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON AND BAYER HEALTHCARE PHARMACEUTICALS, INC., MOTION FOR ORDER TO SHOW CAUSE

Plaintiff, John Burke, Adm., respectfully asks this Court to deny Defendants', Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc., Motion for Order to Show Cause regarding Plaintiffs' Failure to Comply with Case Management Order 11.

Plaintiff asks that Defendants' motion be denied for the sole reason that this Court lacks subject matter jurisdiction over the instant action for the reasons set forth in Plaintiff's Motion for Remand for Lack of Subject Matter Jurisdiction. R. Doc. 17724. Suffice it to say that there exists no basis for federal jurisdiction in this action because there is no diversity of citizenship amongst the parties (or any other basis for this Court to exercise jurisdiction over this case).

This lack of jurisdiction implicates 28 USC §1447 (c) which provides, in pertinent part: "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."

**CONCLUSION**

Because this Court lacks jurisdiction, Plaintiff asks that this case be remanded to the Court of Common Pleas, Franklin County, Ohio and that no further action be taken in connection with Defendants' Show Cause request.

Respectfully submitted,

*/s/ William R. Thomas*
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: wthomas@thomaslawlpa.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of July, 2020, a true copy of the foregoing Plaintiff's, John Burke, Memorandum In Opposition to Defendants, Janseen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janseen Ortho LLC, Johnson & Johnson and Bayer Healthcare Pharmaceuticals, Inc., Motion for Order to Show was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com
Karen Cadieux, Attorney for Defendant:  cadieux@carpenterlipps.com
Theodore Monroe Munsell, Attorney for Defendant:  munsell@carpenterlipps.com

/s/ William R. Thomas_____
William R. Thomas (0055240)