# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

### DEATH TRANSCRIPT

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**   Certificate No. 156-20-003305

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
Jan 24, 2020 06:06 PM

**1. DECEDENT'S LEGAL NAME:** STEVEN WARREN

**Place of Death:** New York City, Queens — Emergency Dept./Outpatient
**Facility:** Flushing Hospital Medical Center

**Date and Time of Death:** January 19, 2020, 10:19 PM
**Sex:** Male
**Date last attended by a Physician:** 01-19-2020

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

**Name of Medical Certifier:** PIRET PAAS-HOLLAND
**Signature:** Piret Paas-Holland (Signature Electronically Authenticated)
**Address:** 4500 Parsons Blvd Flushing, NY 11355
**License No.:** 266864
**Date:** JAN-19-2020

**7a. Usual Residence State:** New York
**7b. County:** Queens
**7c. City or Town:** Bayside
**ZIP Code:** 11361
**Inside City Limits:** Yes

**8. Date of Birth:** 1953
**9. Age at last birthday:** 66
**10. Social Security No.:** ***-**-7490

**11a. Usual Occupation:** Paramedic
**11b. Kind of business or industry:** FDNY
**12. Aliases or AKAs:** Steven Frederick Warren

**13. Birthplace:** New York, New York
**14. Education:** Some college credit, but no degree

**15. Ever in U.S. Armed Forces?:** No
**16. Marital/Partnership Status at time of death:** Divorced

**18. Father/Parent Name:** Albert Warren
**19. Mother/Parent Name:** Ruth Schindler

**20a. Informant's Name:** Amanda Warren
**20b. Relationship to Decedent:** Daughter
**20c. Address:** Bayside, NY 11361

**21a. Method of Disposition:** Cremation
**21b. Place of Disposition:** Garden State Crematory
**21c. Location of Disposition:** North Bergen, New Jersey
**21d. Date of Disposition:** 01-27-2020

**22a. Funeral Establishment:** Frederick Funeral Home
**22b. Address:** 19215 Northern Blvd Flushing, NY 11358

No Correction History.***

EVT20200141349

Gretchen Van Wye
Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

January 25, 2020

This is to certify that the foregoing is a true copy of a record on file in the Department of Health