# EXHIBIT A



# U.S. District Court
# Eastern District of Louisiana
## Internet Payment History for Parfitt, Michelle A.
### 8/14/2017 to 8/14/2017

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amou |
|---|---|---|---|---|---|
| 17-cv-07834-EEF-BN | 2017-08-14 19:15:44 | Complaint(2:17-cv-07834) [cmp cmp] ( 400.00) | CreditCard | 053L-6307735 | $ 400.0 |
| 17-cv-07834-EEF-BN | 2017-08-14 19:39:41 | Complaint(2:17-cv-07834) [cmp cmp] ( 400.00) | CreditCard | 053L-6307761 | $ 400.0 |

# Transaction Log

### Report Period: 08/14/2017 - 08/14/2017

| Id | Date | Case Number | Text |
|---|---|---|---|
| 6307708 | 08/14/2017 18:36:59 | 2:17-cv-7834 | Opened New CV Case 2:17-cv-7834 |
| 6307761 | 08/14/2017 19:40:21 | 2-17-cv-7834 | COMPLAINT against Bayer Healthcare Pharmaceuticals, JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC (Filing fee $ 400 receipt number 053L-6307761) filed by James Chapman, Sharon Chapman. |

Transactions: 2