# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHERRIE STANULA, et al.,** | : | MDL No. 2592 |
| **Plaintiffs,** | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| v. | : | MAGISTRATE JUDGE NORTH |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, et al.,** | : | Civil Action No.: 2:16-CV-9321 |
| **Defendants** | : | |

## APPLICATION FOR REFUND OF FILING FEE

In compliance with PTO 34A, the filing fee for the Complaint on behalf of Plaintiff Sherrie Stanula was paid on June 10, 2020 (Filing Receipt Number ALAEDC-8347486). Due to an administrative error, a duplicate filing fee was paid on the same date (Filing Receipt Number ALAEDC-8347491).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: July 2, 2020

    Respectfully submitted,
    CHILDERS, SCHLUETER & SMITH, LLC

    */s/ C. Andrew Childers*
    C. Andrew Childers
    Georgia Bar No. 124398
    1932 North Druid Hills Rd.
    Ste. 100
    Atlanta, GA 30319
    Tel: (404) 419-9500
    achilders@cssfirm.com