# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## PARTIAL NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)

Now comes Plaintiff, John Burke, Adm., by and through counsel, undersigned, and dismisses the actions pending against, Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc. **ONLY *without prejudice*** and otherwise than on the merits pursuant to Federal Rule of Civil Procedure 41(A)(i). The actions pending against Grandview Family Practice and Dr. Charles May shall remain pending.

Respectfully submitted,

*/s/ William R. Thomas*
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: wthomas@thomaslawlpa.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this _____ day of July, 2020, a true copy of the foregoing Partial Notice of Dismissal Without Prejudice Pursuant to Rule 41(A) was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com
Karen Cadieux, Attorney for Defendant:  cadieux@carpenterlipps.com
Theodore Monroe Munsell, Attorney for Defendant:  munsell@carpenterlipps.com

    /s/ William R. Thomas_____
William R. Thomas (0055240)