# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Lanora Clark v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,*<br>**No. 2:15-cv-02033** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party,

**IT IS HEREBY ORDERED** that Plaintiffs Patricia Garvey and Sandra Keith, the personal representatives of the estate of Lanora Clark, be substituted for Lanora Clark as the Plaintiffs in this action.

New Orleans, Louisiana, on this 6th day of July 2020.

_____
Hon. Eldon E. Fallon
United States District Court Judge