UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**MARTHA BENJAMIN**
Civil Action No. **2:19-cv-00718**

### ORDER ON *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the Court on Plaintiff's *Ex Parte* Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

**IT IS HEREBY ORDERED** that Plaintiff, Kimberly Benjamin, as surviving daughter of Martha Benjamin, deceased, is substituted as Plaintiff in this action and the *Ex Parte* Motion to Substitute Party Plaintiff is GRANTED.

Signed, this  6th  day of  July , 2020.

*[signature: Eldon E. Fallon]*

Honorable Eldon E. Fallon, United States District Judge