UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *John Burke v. Janssen Research & Development, LLC et al.* No. 2:20-CV-00750 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**JANSSEN AND BAYER DEFENDANTS' OBJECTION TO PLAINTIFF'S NOTICE OF DISMISSAL OF THE CLAIMS AGAINST THEM WITHOUT PREJUDICE [R. DOC. 17751 AND R. DOC. 17752]**

The Janssen and Bayer Defendants respectfully object to Plaintiff's dismissal of the claims against them without prejudice. *See* R. Doc. 17751; R. Doc. 17752. If Plaintiff wishes to dismiss his claims against the Janssen and Bayer Defendants, it must be with prejudice for the reasons set forth below.

The relevant facts are as follows. Plaintiff's case will be heard at a Show Cause Hearing scheduled for July 9, 2020. Plaintiff faces dismissal of his case with prejudice during that hearing for failure to comply with any of the requirements of Case Management Order 11. *See* R. Doc. 17725; R. Doc. 17730. On July 6, 2020, without prior notice to or consent from the Janssen and Bayer Defendants, Plaintiffs filed a Notice of Dismissal Without Prejudice of the Claims Against the Janssen and Bayer Defendants pursuant to Federal Rule of Civil Procedure 41(a)(i). *See* R. Doc. 17751; R. Doc. 17752.

Plaintiff's Notice of Dismissal Without Prejudice is improper. The Bayer Defendant filed an Answer to Plaintiff's Complaint on February 28, 2020. *See* 2:20-cv-00750-EEF-MBN (Dkt. No. 0750), R. Doc. 9. The Janssen Defendants filed an Answer to Plaintiff's Complaint on March 2, 2020. *See* Dkt. No. 0750, R. Doc. 11. Pursuant to Federal Rule of Civil Procedure 41(a),

because the Janssen and Bayer Defendants have answered Plaintiff's Complaint, Plaintiff was required to either obtain all Defendants' consent for dismissal or file a motion to dismiss. Neither happened here. The Janssen and Bayer Defendants should not be prejudiced by Plaintiff being allowed to unilaterally dismiss his claims against them without prejudice and in contravention of the Rules, particularly when Plaintiff is facing dismissal of his case with prejudice. *See, e.g.*, *Karim v. Finch Shipping Co.*, No. Civ. A. 95-4169, Civ. A. 96-1175, 1997 WL 436257, at *7 (July 31, 1997) (Fallon, J.) (agreeing with "courts which have found that a party should not be permitted to avoid an adverse decision on a dispositive motion by dismissing a claim without prejudice" (citations omitted)); *In re Ford Motor Co. Bronco II Prod. Liab. Litig.*, No. Civ. A. 991, 1997 WL 473349, at *4 (E.D. La. Aug. 15, 1997) (Sear, C.J.) (concluding that a party "should not be permitted to avoid an adverse decision on a dispositive motion by dismissing a claim without prejudice").

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.*

2

**FAEGRE DRINKER BIDDLE & REATH LLP**
By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**
By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 8, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  */s/ Kim E. Moore*
                                                  **Kim E. Moore**