

July 7, 2020

<u>Re: Refund of duplicate filing fees</u>

On July 1, our firm inadvertently paid the filing fee three times on this case. We are requesting two refunds please. The receipt numbers are ALAEDC-8382692 and ALAEDC-8382757. Thank you for your assistance in refunding $400 for each overpayment.

Best regards,

Fareesh S. Sarangi

---

FAREESH S. SARANGI, ESQ.

3350 RIVERWOOD PKWY,   P:) 770-984-5380
STE. 1900
ATLANTA, GA. 30339   F:) 678-981-8390

FAREESH@SARANGILAW.COM