# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Abigail I. Marchisio (Ohio Bar No. 0083510), 163 North Sandusky Street, Suite 103, Delaware, Ohio, 43015, respectfully enters her appearance along with William R. Thomas, as counsel for John Burke, Administrator of the Estate of Francis M. Burke.

Respectfully submitted,

*/s/ William R. Thomas*
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: wthomas@thomaslawlpa.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8 day of July, 2020, a true copy of the foregoing Notice of Appearance of Counsel was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com
Karen Cadieux, Attorney for Defendant:  cadieux@carpenterlipps.com
Theodore Monroe Munsell, Attorney for Defendant:  munsell@carpenterlipps.com

                                              /s/ William R. Thomas_____
                                              William R. Thomas (0055240)