UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) )<br>PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*John Burke v. Janssen Research* )<br>*& Development, LLC et al.* )<br>No. 2:20-cv-00750 ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER & REASONS

On July 6, 2020, Plaintiff filed a Partial Notice of Dismissal Without Prejudice Pursuant to Rule 41(A), R. Doc. 17752. This Notice is not in compliance with Rule 41(a)(i) of the Federal Rules of Civil Procedure. However, the Court will now construe it as a motion to dismiss, which it denies for the following reasons.

Federal Rule of Civil Procedure 41(A) allows voluntary dismissal without a court order if one of two conditions are met: "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(A)(i)-(ii). Here, neither condition is satisfied.

First, Bayer HealthCare Pharmaceuticals Inc. filed an Answer to Plaintiff's Complaint on February 28, 2020. *See* Dkt. No. 0750, R. Doc. 9. Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, and Johnson & Johnson filed an Answer to Plaintiff's Complaint on March 2, 2020. *See* Dkt. No. 0750, R. Doc. 11. Therefore, this Notice was filed *after* Defendants answered the Complaint. Second, the parties at issue did not sign a stipulation of

dismissal, as confirmed in the Defendants' Objection to Plaintiff's Notice of Dismissal of the Claims Against Them Without Prejudice, R. Doc. 17755. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Partial Notice of Dismissal is **DENIED**.

New Orleans, Louisiana, this 8th day of July, 2020.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE