MINUTE ENTRY
FALLON, J.
JULY 9, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L (5) |
| THIS DOCUMENT RELATES TO: C.A. 20-750 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  William Thomas , Esq. and Abigail Marchisio, Esq., for Plaintiff John Burke
Leonard Davis, Esq. and Andy Birchfield, Esq. for the PLC
Chanda Miller, Esq., Susan Sharko, Esq. and Rodney Hudson for Janssen Defendants
Steve Glickstein, Esq. and Joan Goddard, Esq., on behalf of Bayer Defendants
Ted Munsell, Esq. and Karen Cadieux, Esq. for Defendants Grandview Family Practice and Charles May

**Show Cause Hearing:**

1. A Show Cause hearing was held this date as to Plaintiff John Burke.  (Rec. Doc. No. 17730)

**Motion Hearing:**

2. Motion of Defendants Charles May, D.O. and Grandview Family Practice, Inc., to Dismiss Plaintiff John Burke's Complaint   (17694)

3. Motion of Plaintiff John Burke, to Remand for Lack of Subject Matter Jurisdiction   (17724)

After argument – The Court issued it's reasons as stated on the record and with written reasons to follow.


JS10:     :30