# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE ELDON E. FALLON |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* No. 2:17-cv-05372 | : : : | MAGISTRATE JUDGE NORTH |

## ORDER

In light of ongoing challenges caused by the COVID-19 pandemic, the Court must reschedule the existing telephonic status conference set for July 10, 2020 at 8:30 AM. Accordingly,

**IT IS HEREBY ORDERED** that this telephonic status conference be rescheduled to Monday, July 13th at 3:30 PM. Counsel are instructed to use the following dial-in information to participate and are expected to be on the line **5 minutes before** the scheduled start time.

Dial-in #: 877-336-1839

Access code: 4227405

New Orleans, Louisiana, on this 9th day of July, 2020.

_____
United States District Judge