UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*John Burke*, No. 2:20-cv-00750

## ORDER

On July 9, 2020 at 9:00 AM, the Court held oral argument on Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction, R. Doc. 17724, and Defendants Charles May, D.O. and Grandview Family Practice, Inc.'s ("Healthcare Defendants") Motion to Dismiss Plaintiff's Complaint, R. Doc. 17694. Argument on these motions occurred in conjunction with a hearing on Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc.'s ("Pharmaceutical Defendants") Motion for Order to Show Cause Regarding Plaintiff's Failure to Comply with Case Management Order 11, R. Doc. 17725. For the reasons orally stated during argument, the Court rules accordingly:

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Motion to Remand is **GRANTED** with regard to Plaintiff's claims against Healthcare Defendants. These claims are hereby **SEVERED AND REMANDED** to the Franklin County Ohio Court of Common Pleas. Plaintiff's Motion to Remand is **DENIED** to the

extent it requested remand of Plaintiff's claims against Pharmaceutical Defendants. The Court retains subject matter jurisdiction over Plaintiff's claims against Pharmaceutical Defendants.

**IT IS ORDERED** that Healthcare Defendants' Motion to Dismiss Plaintiff's Complaint, R. Doc. 17694, be **DENIED AS MOOT** in view of the Court's ruling on Plaintiff's Motion to Remand.

**IT IS ORDERED** that Plaintiff be given a period of five (5) days to file a motion for extension of time to comply with Case Management Order 11. Pharmaceutical Defendants' Motion for Order to Show Cause, R. Doc. 17725, is **DENIED** reserving their right to refile at a later date if necessary.

New Orleans, Louisiana, this 9th day of July 2020

_____
UNITED STATES DISTRICT COURT JUDGE