BARBARA BROWN (Full Name)

_____ (Email Address)

PO BOX 5408 (Address Line 1)

SUGARLOAF, CA. 92386 (Address Line 2)

(951) 534-8277 (Phone Number)

PLAINTIFF in Pro Per

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUL 09 2020
              WP
CAROL L. MICHEL
CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
   Plaintiff,

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

   Defendant(s).

Case No.: 19-CV-14669 EEF-MBN
MDL NO: 2592
SECTION L MAG. JUDGE NORTH

PLAINTIFF's (indicate Plaintiff or Defendant)

**EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND**

**TO THE HONORABLE COURT:**

I, (name) BARBARA BROWN, the ☒ Plaintiff ☐ Defendant in this case, hereby apply to the Court ex parte for (*describe your urgent request*): LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND. HASTE IS NECESSARY IN THAT THE DUE DATE FOR THIS MOTION AND THE UNDERLYING REPLY BRIEF IN SUPPORT OF MOTION TO REMAND IS JULY 9, 2020.

1
Ex Parte Application

1. I contacted the opposing counsel/unrepresented party and informed him or her of this ex parte request. (*See* Decl. ¶ 3.) Opposing counsel/unrepresented party: CHANDA MILLER (ATTORNEY FOR JANSSEN RESEARCH & DEVELOPMENT AND JOHNSON & JOHNSON, INC)

☑ indicated that he or she would oppose the ex parte application. Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

CHANDA MILLER OPPOSES THIS EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND BECAUSE SHE OPPOSED THE UNDERLYING REPLY BRIEF IN SUPPORT OF MOTION TO REMAND AND THE UNDERLYING EX PARTE APPLICATION TO REMAND.

☐ indicated that he or she would not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party: _____

I contacted the opposing counsel/unrepresented party and informed him or her of this ex parte request. (*See* Decl. ¶ 3.) Opposing counsel/unrepresented party: JOAN GODDARD (ATTORNEY FOR BAYER CORPORATION)

☐ indicated that he or she would oppose the ex parte application. Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

_____

_____

_____

_____

_____

_____

_____

_____

☐ indicated that he or she would not oppose the ex parte application.

☑ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party: ON JULY 6, 2020, I, BARBARA BROWN, CALLED JOAN GODDARD AND LEFT A VOICEMAIL MESSAGE. JOAN GODDARD DID NOT RETURN MY CALL AS OF 4:30pm P.S.T.

3
Ex Parte Application

1. ☐ other. (*Explain.*) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

This ex parte application is based upon a Memorandum of Points and Authorities, Declaration in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

DATED: JuLY 6, 2020

By: _Barbara Brown_
(sign)

_BARBARA BROWN_
(print name)

_PLAINTIFF_ in Pro Per
(indicate Plaintiff or Defendant)

4
Ex Parte Application

1 BARBARA BROWN (Full Name)
2 PO BOX 5408 (Address Line 1)
3 SUGARLOAF, CA 92386 (Address Line 1)
4 _____ (Address Line 2)
5 (951) 534-8277 (Phone Number)
6 PLAINTIFF in Pro Per
7 (indicate Plaintiff or Defendant)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
Plaintiff,

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

Defendant(s).

Case No.: 19-CV-14669 EEF-MBN
MDL NO: 2592
SECTION L  MAG. JUDGE NORTH

**PROOF OF SERVICE BY MAIL**

I, ALICE BROWN, declare as follows:
(name of person serving documents)

My address is PO BOX 60 CRESCENT CITY, CALIFORNIA 95531 DEL NORTE COUNTY _____, which is located in the county where the mailing described below took place.

1
Proof of Service by Mail

On __JULY 6, 2020__, I served the document(s) described as:
(date of mailing)

1) Ex Parte Application for __PLAINTIFF'S LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND__

2) Memorandum of Points and Authorities

3) Declaration in Support of Ex Parte Application

4) (Proposed) Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in __CRESCENT CITY, CALIFORNIA__,
(city and state of mailing)

addressed to:

__FAEGRE DRINKER BIDDLE & REATH LLP__ (name)       __ARNOLD & PORTER LLP__ (name)
__600 CAMPUS DRIVE__ (address)                      __250 WEST 55th STREET__ (address)
__FLORHAM PARK, NJ 07932__ (address)                __NEW YORK, NY 10019__ (address)
__ATTN: CHANDA MILLER__ (address)                   __ATTN: JOAN GODDARD__ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JULY 6, 2020__ at __CRESCENT CITY, CALIFORNIA__.
(date)                                (city and state of signing)

__Alice Brown__
(sign)

__ALICE BROWN__
(print name)

2
Proof of Service by Mail

On __JULY 6, 2020__, I served the document(s) described as:
(date of mailing)

1) Ex Parte Application for __PLAINTIFF'S LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND__

2) Memorandum of Points and Authorities

3) Declaration in Support of Ex Parte Application

4) (Proposed) Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in __CRESCENT CITY, CALIFORNIA__,
(city and state of mailing)

addressed to:

| __BARBARA BROWN__ (name) | __LORA OROZCO__ (name) |
| __PO BOX 5408__ (address) | __PO BOX 1262__ (address) |
| __SUGARLOAF, CA 92386__ (address) | __FORT JONES, CA 96032__ (address) |
| __PLAINTIFF__ (address) | __PLAINTIFF__ (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JULY 6, 2020__ at __CRESCENT CITY, CALIFORNIA__.
(date)                                               (city and state of signing)

__Alice Brown__
(sign)

__ALICE BROWN__
(print name)

**3**
Proof of Service by Mail