BARBARA BROWN (Full Name)
_____ (Email Address)
PO BOX 5408 (Address Line 1)
SUGARLOAF, CA 92386 (Address Line 2)
(951) 534-8277 (Phone Number)
PLAINTIFF in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,

Plaintiff,

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

Defendant(s).

Case No.: 19-CV-14669 EEF-MBN
MDL NO: 2592
SECTION L   MAG. JUDGE NORTH

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Introduction

(Include a brief summary of what you are asking the Court to do in this ex parte application and why. Be sure to tell the Court why this request is urgent and cannot be dealt with in a regularly noticed motion.)

PLAINTIFF BARBARA BROWN REQUESTS LEAVE TO FILE HER "REPLY BRIEF IN SUPPORT OF MOTION TO REMAND," WHICH IS ATTACHED HERETO AS EXHIBIT "A," TO CLARIFY HER POSITION AND PROVIDE THE COURT WITH HER RESPONSE TO DEFENDANTS' OPPOSITION WHICH RAISED NEW FACTUAL AND LEGAL ISSUES NOT ADDRESSED BY PLAINTIFF'S INITIAL MOTION.

## II. Factual and Procedural History

*(Include a brief statement of the factual and procedural history of this case as relevant to this ex parte application.)*

On May 27, 2020, Plaintiffs filed in this Court "Plaintiff's Ex Parte Application to Remand." On June 11, 2020, Defendants filed in this Court "Defendants' Opposition to Plaintiffs' Motion to Remand to the U.S. District Court for the Northern District of California." On June 17, 2020 Plaintiffs filed in this Court "Reply Brief in Support of Motion to Remand." On June 18, 2020, this Court's Clerk of Court filed a "Notice of Deficient Filing" on June 18, 2020, stating "Your Reply to the Defendant's Opposition cannot be filed without permission of the Court..." The Notice of Deficient Filing was then sent to all Plaintiffs on June 22, 2020.

### III. Argument

*(Explain the legal basis for the ruling you are asking the Court to make, with citations to relevant law, such as the Federal Rules of Civil Procedure, statutes, case law, and local rules, where applicable. The argument should show the Court how these legal authorities, when applied to the facts of your case, indicate that the Court should rule in your favor.)*

PLAINTIFFS FILES THIS EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND BECAUSE THE DEFENDANTS' RESPONSE TO THE EX PARTE APPLICATION TO REMAND RAISES NEW FACTUAL AND LEGAL ISSUES NOT ADDRESSED BY PLAINTIFFS' INITIAL MOTION. TO CLARIFY THEIR POSITION AND PROVIDE THE COURT WITH THEIR RESPONSE TO THESE ADDITIONAL LEGAL AND FACTUAL ISSUES, PLAINTIFFS REQUESTS LEAVE TO FILE THEIR REPLY BRIEF IN SUPPORT OF MOTION TO REMAND, WHICH IS ATTACHED HERETO AS EXHIBIT "A." THIS RELIEF IS NOT SOUGHT FOR PURPOSES OF DELAY, BUT RATHER SO JUSTICE MAY BE DONE. GOOD CAUSE EXISTS TO ALLOW SUCH LEAVE... AND EQUAL JUSTICE UNDER LAW.

IV. **Conclusion**

For the reasons stated above, this Court should grant the ex parte application.

DATED: JULY 6, 2020

Respectfully submitted,

By: *Barbara Brown*
(signature)

BARBARA BROWN
(name)

PLAINTIFF in Pro Per
(indicate Plaintiff or Defendant)

Memorandum of Points and Authorities

1  BARBARA BROWN (Full Name)
2  _____ (Email Address)
3  PO Box 5408 (Address Line 1)
4  SUGARLOAF, CA 92386 (Address Line 2)
5  (951) 534-8277 (Phone Number)
6  PLAINTIFF in Pro Per
   (indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
    Plaintiff,
vs.
JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,
    Defendant(s).

Case No.: 19-cv-14669 EEF-MBN
MDL NO: 2592
SECTION L  MAG. JUDGE NORTH

**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY BRIEF TO ITS PENDING EX PARTE APPLICATION TO REMAND**

I, (name) BARBARA BROWN, declare as follows:

1. I am the ☒ Plaintiff ☐ Defendant in the above-entitled case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. I contacted the opposing counsel/unrepresented party on JULY 6, 2020 (date) to give notice that I would be filing this ex parte application.

9
Page Number

Declaration

4. The contact information of the opposing counsel/unrepresented party is as follows:

**Opposing Counsel/Unrepresented Party 1**

Name: CHANDA MILLER

Phone number: (215) 988-1197

Address: FAEGRE DRINKER BIDDLE & REATH LLP
600 CAMPUS DRIVE FLORHAM PARK, NJ 07932

Email address: chanda.miller@faegredrinker.com

**Opposing Counsel/Unrepresented Party 2**

Name: JOAN GODDARD

Phone number: (212) 836-7429

Address: ARNOLD & PORTER LLP
250 WEST 55th STREET NEW YORK, NY 10019

Email address: joan.goddard@arnoldporter.com

5. Opposing counsel/unrepresented party informed me that he or she:

☑ will oppose the ex parte application. Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

CHANDA MILLER OPPOSED ALL OF THE PLAINTIFFS' PREVIOUS MOTIONS AND THAT IS THE REASON WHY SHE OPPOSED THIS MOTION FOR LEAVE. TRUE TO FORM.

10
Page Number

Declaration

☐ will not oppose the ex parte application.

☒ ~~JOAN GODDARD~~ was unreachable. I made the following unsuccessful attempts to reach the opposing counsel/unrepresented party: I CALLED HER ON JULY 6, 2020 AND LEFT A VOICEMAIL TO CALL ME TO MEET & CONFER. SHE DID NOT.

¶#___.

¶#___.

_11_
Page Number

Declaration

¶#___.

¶#___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JULY 6, 2020, in SUGARLOAF, CALIFORNIA.
(date of signing) (city, state of signing)

_Barbara Brown_
(signature)

BARBARA BROWN
(name)

PLAINTIFF in Pro Per
(indicate Plaintiff or Defendant)

12
Page Number

Declaration