UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,      CIVIL ACTION
**PLAINTIFF(S)**      MDL NO. 2592
     No. 19-cv-14669 EEF-MBN

**VERSUS**

     SECTION: L
JANSSEN RESEARCH & DEVELOPMENT, LLC, et al., MAG. JUDGE NORTH
**DEFENDANT(S)**

### ORDER

Considering the Motion FOR LEAVE TO FILE A REPLY BRIEF,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE