# EXHIBIT A

1   Your name: BARBARA BROWN

2   Address: PO BOX 5408

3   SUGARLOAF, CA 92386

4   Phone Number: (951) 534-8277

5   E-mail Address:

6   Pro se

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF LOUISIANA

10

11

12   BARBARA BROWN, et al.,        ) MDL NO: 2592
                                    ) SECTION L  MAG. JUDGE NORTH
13   _____ ) Case Number: 19-cv-14669 EEF-MBN

14                                  ) REPLY BRIEF IN SUPPORT OF MOTION
              Plaintiff,            )
                                    ) [type of motion]
15         vs.                      )
                                    )   TO REMAND
16   JANSSEN RESEARCH &             )
                                    )
17   DEVELOPMENT, LLC, et al.,      )
18                                  )
                                    )
19                                  )
                                    )
20              Defendants.         )
                                    )
21                                  )
                                    )
22

23        COMES NOW BARBARA BROWN, PLAINTIFF IN THE ABOVE-

24   ENTITLED MATTER, AND HEREBY REPLIES TO DEFENDANTS'

25   OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO THE

26   U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF

27   CALIFORNIA.

28

REPLY BRIEF
CASE NO.: 19-cv-14669 EEF-MBN ; PAGE 1 OF 3

1

## ARGUMENT

*Explain your response to each of the Opposition arguments. Go in the same order as the Opposition, if possible. Do not just repeat arguments made in the Motion.*

2

3

4   THE PLAINTIFFS ARE OPTING OUT OF THE MULTI-DISTRICT

5   LITIGATION DUE TO THE UNREASONABLE AND IMPOSSIBLE

6   DEMANDS OF THE COURT AND IT'S CASE MANAGEMENT ORDER NO.

7   11 (CMO 11).

8   1) THE PLAINTIFFS ARE NOT SHIRKING THEIR OBLIGATIONS

9   UNDER CMO 11, AS THE DEFENDANTS WRONGLY STATED IN THEIR

10  OPPOSITION.

11      a) THE PLAINTIFFS HAVE COMPLIED WITH THE REQUIREMENTS

12  OF CMO 11 THUS FAR.

13      b) THE PLAINTIFFS CANNOT COMPLY WITH CMO 11'S RULE

14  26(a)(2), OBTAINING A SPECIFIC CAUSATION REPORT DUE TO THE FACTS

15  THAT THE PHYSICIANS ARE UNWILLING TO PREPARE THE REPORT AND

16  THE PLAINTIFFS DO NOT HAVE THE THOUSANDS OF DOLLARS TO PAY

17  ANY PHYSICIAN TO PREPARE THE REPORT.

18  2) ON JUNE 3, 2020, PLAINTIFF BARBARA BROWN INFORMED

19  DEFENDANTS' COUNSEL, CHANDA MILLER AND JOAN GODDARD, THAT THE

20  PLAINTIFFS CANNOT LOCATE A PHYSICIAN TO PREPARE THE RULE 26(a)(2)

21  REPORT AND SUGGESTED THE SOLUTION TO THE PROBLEM WAS FOR THE

22  PARTIES TO STIPULATE THAT THE MEDICAL RECORDS FOR DEXTER BROWN

23  BE SUBSTITUTED FOR THE RULE 26(a)(2) REPORT.

24      a) CHANDA MILLER REPLIED TO BARBARA BROWN'S VOICEMAIL

25  BY EMAIL TO ALICE BROWN ON JUNE 3, 2020. (SEE ATTACHED

26  EXHIBIT A, 2 PAGES).

27      b) PLAINTIFF ALICE BROWN EMAILED MILLER AND GODDARD

28  THE EXHIBITS OF DEXTER BROWN'S MEDICAL RECORD AS MILLER

REQUESTED BY HER DEADLINE OF JUNE 15, 2020. (EXHIBIT B, 4 PAGES).

REPLY BRIEF

CASE NO.: 19-CV-14669 EEF-MBN                    ; PAGE 2 OF 3 *[JDC TEMPLATE – rev. 2017]*

c) CHANDA MILLER NEVER RESPONDED TO ALICE BROWN'S EMAIL OR CONTACTED ANY OF THE PLAINTIFFS TO AGREE OR DISAGREE TO THE STIPULATION SUGGESTED BY BARBARA BROWN ON JUNE 3, 2020. NONE OF THE DEFENDANTS' COUNSEL RESPONDED TO BROWN'S EMAIL.

3) THE PLAINTIFFS DECLARE THAT COORDINATION OF THIS ACTION IS NO LONGER NECESSARY OR WARRANTED IN THAT THEY OPT OUT OF THE MULTIDISTRICT LITIGATION.

a) PLAINTIFFS DID NOT CHOOSE TO NOT PARTICIPATE IN THE NATIONAL SETTLEMENT PROGRAM, AS THE DEFENDANTS WRONGLY STATED IN THEIR OPPOSITION (PAGE 4). THEY WERE DETERMINED TO BE INELIGIBLE. (SEE EXHIBIT C, 1 PAGE).

THE COURT WAS MADE AWARE OF THE RACE OF ALICE & BARBARA BROWN AS "BLACK" BY THE DEFENDANTS' COUNSEL IN THEIR 300-400 PAGE ATTACHMENT TO THEIR OPPOSITION TO PLAINTIFFS MOTION FOR APPOINTMENT OF PRO BONO COUNSEL. THIS COURT'S RACIALLY BIASED USE OF DISCRETION-EITHER INTENTIONAL OR UNINTENTIONAL - IS THE CAUSE OF THE PLAINTIFFS INABILITY TO COMPLY WITH THE CMO II RULE 26(a)(2) REQUIREMENT DUE TO SOCIOECONOMIC INEQUALITIES. THIS SYSTEMIC RACISM ALLOWED THE COURT TO DEPRIVE PLAINTIFFS OF PRO BONO COUNSEL APPOINTMENT, KNOWING, ALONG WITH THE DEFENDANTS COUNSEL, THE COMPLEXITY OF MULTIDISTRICT LITIGATION (PAGE 5, LN 2) IN THIS MDL, AS BLACK PEOPLE, EQUAL JUSTICE IS ONLY AN ILLUSION, LIKE IT WAS FOR THE PARENTS OF EMMETT TILL, LOUIS AND MAMIE TILL (SEE ATTACHED PHOTOS OF EMMETT TILL). BLACK LIVES MATTER !!!

Respectfully submitted,   (INCLUDING DEXTER'S)

Date: ___6/16/20___   Sign Name: _Barbara Brown_

Print Name: _BARBARA BROWN_

REPLY BRIEF

CASE NO.: __19-CV-14669 EEF-MBN__ ; PAGE _3_ OF _3_ [JDC TEMPLATE – rev. 2017]

Justice   Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** BARBARA BROWN, et al.   v.   JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

2. **Case Number:** 19-CV-14669 EEF-MBN

3. **What documents were served?** *[Write the full name or title of the document or documents]* Reply brief in support of Motion TO REMAND

4. **How was the document served?** *[check one]*

    [X] Placed in U.S. Mail

    [ ] Hand-delivered

    [ ] Sent for delivery (e.g., FedEx, UPS)

    [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

FAEGRE DRINKER BIDDLE & REATH LLP                 ARNOLD & PORTER LLP

600 CAMPUS DRIVE                                  250 WEST 55th STREET

FLORHAM PARK, NJ 07932                            NEW YORK, NY 10019

ATTN: CHANDA MILLER                               ATTN: JOAN GODDARD

6. **When were the documents sent?** JUNE 16, 2020

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address.  You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _Alice Brown_

Name: _ALICE BROWN_

Address: _PO BOX 60_

_CRESCENT CITY, CA 95531_

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

Justice   Diversity
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

1
## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT
2
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

3   1.  **Case Name:** BARBARA BROWN, et al.   v.  JANSSEN RESEARCH &
4   2.  **Case Number:** 19-CV-14669 EEF-MBN     DEVELOPMENT, LLC, et al.

5   3.  **What documents were served?** *[Write the full name or title of the document or*
6   *documents]* Reply brief in support of Motion TO REMAND

7   4.  **How was the document served?** *[check one]*

8       ☒  Placed in U.S. Mail

9       ☐  Hand-delivered

10      ☐  Sent for delivery (e.g., FedEx, UPS)

11      ☐  Sent by fax (if the other party has agreed to accept service by fax)

12  5.  **Who did you send the document to?** *[Write the full name and contact information for*
13      *each person you sent the document.]*

14      BARBARA BROWN                    LORA OROZCO
15      PO BOX 5408                      PO BOX 1262
16      SUGARLOAF, CA  92386             FORT JONES, CA 96032
17      PLAINTIFF                        PLAINTIFF

18  6.  **When were the documents sent?** JUNE 16, 2020

19  7.  **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for*
20      *delivery should sign, and print their name and address.  You can do this yourself.]*

21      I declare under penalty of perjury under the laws of the United States that the foregoing
22  is true and correct.

23      Signature:  Alice Brown
24      Name:       ALICE BROWN
25      Address:    PO BOX 60
26                  CRESCENT CITY, CA  95531
27

28

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*



faegre
drinker

faegredrinker.com

**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

**Faegre Drinker Biddle & Reath** LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
+1 215 988 2700 main
+1 215 988 2757 fax

June 3, 2020

**VIA U.S. MAIL**

Ms. Barbara Brown
P.O. Box 5408
Sugarloaf, CA  92386

Re:   *In re: Xarelto Products Liability Litigation*, MDL No. 2592;
      *Brown et al. v. Janssen Research & Development LLC, et al.*, No. 19-cv-14669

Dear Ms. Brown:

On behalf of all Defendants in the above-referenced case, I write in response to the voice mails you left today for me and for Joan Goddard regarding Case Management Order ("CMO") 11 and the Rule 26(a)(2) specific causation report.

CMO 11 contemplates production of an expert report by an independent physician licensed to practice medicine in the United States who has reviewed the medical records and has knowledge, training, and experience in the appropriate medical specialty.  That physician could be but does not have to be the treating physicians.  This is a standard requirement for the prosecution of any products liability case in any jurisdiction.  We understand from your messages that the treating physicians are not willing to support the claims being made in your lawsuit and that you have not yet been able to find a licensed physician who will.  Further, we are not aware of any medical record which supports the contention that a licensed physician has concluded that Xarelto caused the decedent's injury or death.  Please note that proof that the decedent took Xarelto is not sufficient.  There must be proof that a licensed physician concluded that Xarelto was the cause of the injury or death.  If you believe that such a medical record exists, please provide us with a copy of that <u>specific</u> medical record by June 15, 2020.  We are not agreeing to waive the Rule 26(a)(2) report at this time.  We will respond to your request about the Rule 26(a)(2) report after you provide us with the medical record that you claim proves that a licensed physician has concluded that Xarelto caused the decedent's injury or death.

*A*

Ms. Barbara Brown                           -2-                        June 3, 2020

In the meantime, our agreement still stands to extend the time to obtain the Rule 26(a)(2) report until August 3, 2020.

Very truly yours,

*Chanda A. Miller*

Chanda A. Miller

CAM/ma

cc:     Lora Orozco (via U.S. mail)
        Alice Brown (via U.S. mail and e-mail)
        Joan Goddard, Esq. (via e-mail)

 Gmail

**Alice Brown <alicebrowninproper@gmail.com>**

## (no subject)
2 messages

**Alice Brown** <alicebrowninproper@gmail.com>
To: prosedocs@laed.uscourts.gov

Tue, Apr 7, 2020 at 5:23 AM

Part 2 of 3

### 6 attachments

📄 **Scan_20200407 (8).pdf**
183K

📄 **Scan_20200407 (9).pdf**
123K

📄 **Scan_20200407 (10).pdf**
168K

📄 **Scan_20200407 (11).pdf**
255K

📄 **Scan_20200407 (12).pdf**
162K

📄 **Scan_20200407 (13).pdf**
213K

**Alice Brown** <alicebrowninproper@gmail.com>
To: "Miller, Chanda A." <chanda.miller@faegredrinker.com>
Cc: "Goddard, Joan" <Joan.Goddard@arnoldporter.com>

Sun, Jun 14, 2020 at 7:24 PM

---------- Forwarded message ---------
From: **Alice Brown** <alicebrowninproper@gmail.com>
Date: Tue, Apr 7, 2020 at 5:23 AM
Subject:
To: <prosedocs@laed.uscourts.gov>

Part 2 of 3

### 6 attachments

📄 **Scan_20200407 (8).pdf**
183K

📄 **Scan_20200407 (9).pdf**
123K

📄 **Scan_20200407 (10).pdf**
168K

📄 **Scan_20200407 (11).pdf**
255K

📄 **Scan_20200407 (12).pdf**
162K

$\mathcal{B}$

**Scan_20200407 (13).pdf**

 Gmail

**Alice Brown <alicebrowninproper@gmail.com>**

---

# (no subject)
2 messages

---

**Alice Brown** <alicebrowninproper@gmail.com>
To: prosedocs@laed.uscourts.gov

Tue, Apr 7, 2020 at 5:27 AM

Part 3 of 3

### 6 attachments

📄 **Scan_20200407 (14).pdf**
239K

📄 **Scan_20200407 (15).pdf**
68K

📄 **Scan_20200407 (16).pdf**
245K

📄 **Scan_20200407 (17).pdf**
176K

📄 **Scan_20200407 (18).pdf**
127K

📄 **Scan_20200407 (19).pdf**
221K

---

**Alice Brown** <alicebrowninproper@gmail.com>
To: "Miller, Chanda A." <chanda.miller@faegredrinker.com>
Cc: "Goddard, Joan" <Joan.Goddard@arnoldporter.com>

Sun, Jun 14, 2020 at 7:27 PM

---------- Forwarded message ---------
From: **Alice Brown** <alicebrowninproper@gmail.com>
Date: Tue, Apr 7, 2020 at 5:27 AM
Subject:
To: <prosedocs@laed.uscourts.gov>

Part 3 of 3

### 6 attachments

📄 **Scan_20200407 (14).pdf**
239K

📄 **Scan_20200407 (15).pdf**
68K

📄 **Scan_20200407 (16).pdf**
245K

📄 **Scan_20200407 (17).pdf**
176K

📄 **Scan_20200407 (18).pdf**
127K

**Scan_20200407 (19).pdf**

 Gmail

Alice Brown <alicebrowninproper@gmail.com>

## BARBARA BROWN v JANSSEN RESEARCH & DEVELOPMENT LLC

1 message

**Alice Brown** <alicebrowninproper@gmail.com>
To: "Miller, Chanda A." <chanda.miller@faegredrinker.com>
Cc: "Goddard, Joan" <Joan.Goddard@arnoldporter.com>

Sun, Jun 14, 2020 at 8:45 PM

Chanda Miller and Joan Goddard,

The two previous emails from me are parts of Dexter Brown's medical records that were the exhibits to the Plaintiffs' ex parte application for reconsideration (for the appointment of pro bono counsel) that both of you received through the mail. This should be sufficient enough to prove that Dexter was taking Xarelto and as a result of taking Xarelto experienced a brain hemorrhage and died. You both have the entire medical records that were uploaded to the BrownGreer portal. Do you want me to email the entire medical record to you again because it would be repetitive, redundant and a complete waste of everybody's time and energy? Let me know.  Alice Brown @ (707)218-6181 or alicebrowninproper@gmail.com

 Gmail

Alice Brown <alicebrowninproper@gmail.com>

# BARBARA BROWN v JANSSEN RESEARCH & DEVELOPMENT LLC

1 message

**Alice Brown** <alicebrowninproper@gmail.com>
To: "Miller, Chanda A." <chanda.miller@faegredrinker.com>
Cc: "Goddard, Joan" <Joan.Goddard@arnoldporter.com>

Mon, Jun 15, 2020 at 1:45 PM

Chanda Miller and Joan Goddard,

    I am still waiting for an answer to my question, "Do you want me to email the entire medical record to you again...?" It's been 17 hours since I emailed the relevant parts of Dexter Brown's medical record to both of you, so I trust you both have read the emails and heard the telephone recordings that I sent to you separately. I need an answer ASAP. Alice Brown @ (707)218-6181 or alicebrowninproper@gmail.com

# REQUEST FOR RECONSIDERATION

Claimant Name: Dexter Brown
Claimant ID: 42350

The Pro se Plaintiffs, Barbara Brown, Alice Brown, Lora Orozco, hereby request reconsideration of the determination of the Claims Administrator for the Xarelto Settlement Program ("Program") declaring that the Claimant Dexter Brown does not qualify as an "Eligible Claimant" under Article 2 of the Xarelto Settlement Agreement. The Program made the determination on February 12, 2020.

The Plaintiffs disagree with the determination for the following reasons:

1. The Claimant, Dexter Brown, died on November 16, 2018. That is more than four months before the March 25, 2019 date declared in the Program's Notice of Ineligible Claimant.

2. The Plaintiffs are not knowledgeable on the definition of an "Eligible Claimant" under "Article 2" of the Xarelto Settlement Agreement due to the fact that the Defendants failed to provide the "Xarelto Settlement Agreement" to the Plaintiffs.

3. Due to the legal incompetence of the Plaintiffs as Pro se litigants, they are at a disadvantage in this MDL case. They have filed an Ex Parte Application For Appointment of Pro Bono Counsel in the Louisianna District Court Eastern District. If the Court grants the application, the Pro Bono Counsel will be able to evaluate the Plaintiffs' case and determine if Dexter Brown is an "Eligible Claimant" under Article 2 of the Xarelto Settlement Agreement. Therefore Plaintiffs request the Program allow Plaintiffs time to consult with Pro Bono Counsel to make a good legal arguement for Reconsideration of this determination.

Thank you,

Dated: _2/22/2020_

_Lora Orozco_
Lora Orozco

Dated: _2/22/2020_

_Barbara Brown_
Barbara Brown

Dated: _2/22/2020_

_Alice Brown_
Alice Brown

1

C





# EXHIBIT A





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018. All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL**

- Date of del
- USPS TRAC internationa
- Limited inte
- Pick up ava
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EXPECTED DELIVERY DAY: 07/09/20

**USPS TRACKING® NUMBER**

9505 5102 4353 0188 3398 95

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

P S 0 0 0 0 1 0 0 0 0 1 4

U.S. POSTAGE PAID
CRESCENT CITY, CA
08/31
JUL 05, 20
AMOUNT
**$7.75**
R2305K133048-05

999
70130

**PRIORITY MAIL ★**

FROM:

Alice Brown
PO Box 60
Crescent City, CA 95531

TO: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

Label 228, March 2016            FOR DOMESTIC AND INTERNATIONAL USE

**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.

UNITED STATES
POSTAL SERVICE®

PRIORITY®
MAIL

TRACKED*
★ ★
INSURED*
★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.



P S00001000014