**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Brown et al.*, Civil Action No. 19-cv-14669 | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO REMAND**

Defendants Janssen Research & Development LLC, Johnson & Johnson, and Bayer Corporation ("Defendants") respectfully submit this joint opposition to Plaintiffs' Ex Parte Application for Leave to File a Reply in Support of Plaintiffs' Motion to Remand.

Plaintiffs' request for leave to file a reply to their Motion to Remand to the transferor court (R. Doc. No. 17762) inaccurately states the reasons for Defendants' opposition and incorrectly states that one of Defendants' counsel did not reply to their inquiry regarding leave to file. Defendants' counsel Chanda Miller replied on behalf of both herself and Joan Goddard in a letter dated July 6, 2020. The letter, attached as Exhibit A, sets forth the basis for Defendants' opposition for leave to file the reply.

Respectfully submitted,


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer Corporation*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Research*
*& Development, LLC and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2020, the foregoing pleading was sent to the plaintiffs in this individual action by United States mail, postage prepaid.

*/s/ Chanda A. Miller*
**Chanda A. Miller**

The undersigned hereby certifies that on July 13, 2020, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim. E. Moore**