# EXHIBIT A



**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
+1 215 988 2700 main
+1 215 988 2757 fax

July 6, 2020

**VIA U.S. MAIL**

Ms. Barbara Brown
P.O. Box 5408
Sugarloaf, CA 92386

**Re:** *In re: Xarelto Products Liability Litigation*, MDL No. 2592;
*Brown et al. v. Janssen Research & Development LLC, et al.*, No. 19-cv-14669

Dear Ms. Brown:

This letter is in response to your call to me and the voicemail you left for Joan Goddard today in the above-referenced case. You confirmed in your call to me and the voicemail left for Ms. Goddard that the purpose of your calls was to give notice that Plaintiffs intend to file a corrected reply brief in support of their Motion to Remand that is accompanied by a request for leave to file the reply brief. The motion for leave to file a reply should indicate that Defendants object to the filing of the reply for the reasons set forth below.

The initial reply brief that Plaintiffs submitted contained baseless personal attacks on the judge in this case, falsely accusing him of racial bias. These attacks on the integrity of the judge have no factual basis and show contempt for the Court. The Court has already cautioned you not to make baseless accusations concerning the integrity of Defendants' counsel. *See* Order dated Apr. 23, 2020 at 4-5, R. Doc. 17665 ("This is a serious allegation and Plaintiff has provided no evidence to support that Defendants have been 'fraudulent' in any way. Plaintiff is thus warned to refrain from making baseless allegations in her motions and her accusations of fraud and providing false information to the Court are to be stricken from the motion."). Baseless accusations about the integrity of the judge also are impermissible.

Defendants object to the filing of a proposed reply brief that contains any attack upon the integrity or impartiality of the judge, or which accuses him of racial bias. We cannot and will not be a party to such irresponsible behavior by consenting to it. If you seek to file a reply brief over our

Ms. Barbara Brown -2- July 6, 2020

objection, we strongly urge you to delete the groundless allegations of improper conduct by the judge.

Very truly yours,

*Chanda A. Miller*

Chanda A. Miller

cc: Alice Brown (via U.S. mail and e-mail)
      Lora Orozco (via U.S. mail)
      Joan Goddard, Esq. (via e-mail)