**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S, JOHN BURKE, MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER 11**

Plaintiff, John Burke, requests an extension of 30 days, or until August 8, 2020, to comply with Case Management Order 11. It is noted that due to the Covid-19 crisis counsel for Plaintiff was unable to conduct the discovery necessary to obtain the information required by Case Management Order 11. Therefore, an additional 30 days, or until August 8, 2020, is needed to comply.

Please note that counsel for Plaintiff was contacted by counsel for Defendant, Janssen Pharmaceuticals, Inc., etc., Chanda Miller, on July 10, 2020. Attorney Miller indicated that the Defendants would consent to a 30 day extension to comply with Case Management Order 11. On July 10, 2020, Plaintiff sent a copy of a consent motion for approval to Attorney Miller and counsel for the Bayer Defendants, Attorney Joan Goddard. A follow up email was sent on July 13, 2020, seeking approval. At the time of the filing of this motion, no response was received and therefore, this motion is being submitted with a Notice of Submission pursuant to the Local Rules.

Respectfully submitted,

*/s/ William R. Thomas*
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182

Facsimile: (740)363-7153
Email: wthomas@thomaslawlpa.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of July, 2020, a true copy of the foregoing PLAINTIFF'S, JOHN BURKE, MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER 11 was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com
Karen Cadieux, Attorney for Defendant:  cadieux@carpenterlipps.com
Theodore Monroe Munsell, Attorney for Defendant:  munsell@carpenterlipps.com

/s/ William R. Thomas_____
William R. Thomas (0055240)