# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## PLAINTIFF'S, JOHN BURKE, CONSENT MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER 11

Plaintiff, John Burke, Adm., respectfully moves this Court for an extension of 30 days, or until August 8, 2020, to comply with Case Management Order 11.

Respectfully submitted,

*/s/ William R. Thomas*
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: wthomas@thomaslawpa.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2020, a true copy of the foregoing PLAINTIFF'S, JOHN BURKE, CONSENT MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER 11 was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com
Karen Cadieux, Attorney for Defendant:  cadieux@carpenterlipps.com
Theodore Monroe Munsell, Attorney for Defendant:  munsell@carpenterlipps.com

/s/ William R. Thomas_____
William R. Thomas (0055240)