**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JUDGMENT ENTRY**

Upon Motion of the Plaintiff, for good cause shown and with consent from the Defendants, Plaintiff is hereby granted an additional thirty (30) days, or until August 8, 2020, to comply with Case Management Order 11.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of July 2020.

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE