UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*James Chapman, et al. v. Jansen Research & Development, LLC et al.*
**Civil Action No.: 2:17-cv-07834**

## MOTION FOR REFUND OF ELECTRONIC FILING FEE

**COME NOW** Michelle A. Parfitt and James F. Green, counsel for Plaintiffs James Chapman and Sharon Chapman, respectfully requesting a refund in the amount of $400.00 due to a duplicate amount charged on 8/14/2017 to a Visa Card ending in 8313, attached hereto as Exhibit A. The receipt number for this transaction is 053L-6307735.

Because credit card receipts are only retained in Pay.Gov for 18 months and therefore a refund cannot be receipted back to the original credit card, we are further respectfully requesting that a check be issued for the $400 filing fee payable to ASHCRAFT & GEREL LLP and mailed to 1825 K Street, NW, Suite #700, Washington, DC 20006.

Respectfully submitted this July 14, 2020

By:   /s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
**ASHCRAFT & GEREL LLP**
1825 K Street, NW
Suite # 700

Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

*Counsel for Plaintiffs*