**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

IN RE: XARELTO (RIVAROXABAN)                 MDL 2592
PRODUCTS LIABILITY LITIGATION

                                                          SECTION L
                                                           JUDGE ELDON E. FALLON
                                                           MAG. JUDGE NORTH

---

**THIS DOCUMENT RELATES TO:**
*James Chapman, et al. v. Jansen Research & Development, LLC et al.*
Civil Action No.: 2:17-cv-07834

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court refund the $400.00 duplicate filing

fee paid on 8/14/2017 by Ashcraft & Gerel LLP on receipt 053L-6307735 in the above captioned

matter on behalf of Plaintiffs James Chapman and Sharon Chapman.  Credit card receipts are

only retained in Pay.Gov for 18 months and therefore a refund cannot be receipted back to the

original credit card.  Accordingly,

**IT IS FURTHER ORDERED** that a refund check be issued for the $400.00 filing fee

payable to ASHCRAFT & GEREL LLP and mailed to 1825 K Street, NW, Suite #700,

Washington, DC 20006.

New Orleans, Louisiana, this _____ day of July, 2020.

                                                    _____

                                                    NANNETTE JOLIVETTE BROWN
                                                    CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT