UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Annie Wallace *v. Janssen Research & Development, LLC et al;* Civil Action No. 2:16-cv-1045**

### APPLICATION FOR REFUND OF FILING FEE

In Compliance with PTO 34A, the filing fee for the Complaint on behalf of Plaintiff Annie Wallace was paid on June 5, 2020 (Filing fee $ 400 receipt number ALAEDC-8337510). Due to an administrative error, a duplicate filing fee was paid on the same day (Filing fee $ 400 receipt number ALAEDC-8337515).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: July 14, 2020

Respectfully Submitted,

Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*