MINUTE ENTRY
FALLON, J.
July 13, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails,* Civil Action No. 2:17-cv-05372 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## MINUTE ENTRY

A telephonic status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Damon Baldone and Thomas Dunn participated on behalf of Plaintiff, while Leonard Davis and Gerald Meunier participated on behalf of Plaintiffs' Steering Committee. Chanda Miller, Susan Sharko, Steven Glickstein, and Joan Goddard participated on behalf of Defendants. This status conference was set to check in with the parties to determine whether the outstanding CMO 11 requirements had been met since the previous status conference on June 25, 2020.

Counsel informed the Court that the parties have made significant progress in working together to provide the required information and documentation. A few discrepancies remain with regard to completing the CMO 11's requirements. The Court instructed Counsel to continue working together to resolve these issues and specifically requested that Plaintiff confer with the Plaintiffs' Steering Committee to determine what additional discovery is needed. The Court asked Counsel to provide input on the length of time needed to undergo more complete discovery once determined. After input is provided to the Court, pretrial and trial dates will be set. In the meantime, the parties are encouraged to file dispositive motions for the Court

to consider. The Court also noted the difficulties that the COVID-19 pandemic has posed to scheduling and holding trials. Counsel agreed that they will notify the Court when they are ready to discuss next steps.

JS10: 00:11