UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Roscoe Campbell, III,* No. 2:19-cv-08728

## ORDER

Considering the parties' Stipulation of Dismissal with Prejudice, R. Doc. 17748, and the Court's Order to Show Cause related to this Plaintiff, R. Doc. 17739,

**IT IS HEREBY ORDERED** that the Court's Order to Show Cause is now **MOOT** and the associated hearing previously scheduled for July 16, 2020, is **CANCELLED**.

New Orleans, Louisiana, this 15th day of July 2020

_____
UNITED STATES DISTRICT COURT JUDGE