UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Lois Carr*, No. 2:19-cv-12994

### ORDER

The Court has been informed that the parties are working together and making progress toward satisfying the outstanding Case Management Order No. 11 requirements. Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order to Show Cause hearing associated with R. Doc. 17740 is **CONTINUED** to August 17, 2020 at 9:00 AM. Due to the ongoing challenges associated with the COVID-19 pandemic, the hearing will be held telephonically.

**IT IS FURTHER ORDERED** that Counsel use the following dial-in information to participate. Counsel are expected to be on the line **ten (10) minutes before** the scheduled start time.

Dial-in #: 877-336-1839

Access code: 4227405

New Orleans, Louisiana, this 15th day of July 2020.

_____
UNITED STATES DISTRICT COURT JUDGE