**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

Plaintiff, John Burke, Adm., through undersigned counsel, and moves this court to allow Abigail I. Marchisio (OHIO BAR #0083510) to be enrolled as additional counsel of record for Plaintiff in this matter.

Respectfully submitted,

/s/ William R. Thomas
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: wthomas@thomaslawlpa.com

/s/ Abigail I. Marchisio
Abigail I. Marchisio (0083510)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: amarchisio@thomaslawlpa.com

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of July, 2020, a true copy of the foregoing MOTION TO ENROLL AS ADDITIONAL COUNSEL was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com
Karen Cadieux, Attorney for Defendant:  cadieux@carpenterlipps.com
Theodore Monroe Munsell, Attorney for Defendant:  munsell@carpenterlipps.com

/s/ William R. Thomas_____
William R. Thomas (0055240)