**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JUDGMENT ENTRY**

Considering the foregoing Motion to Enroll as Additional Counsel;

IT IS SO ORDERED that the name of Abigail I. Marchisio be entered into the record of this Court as additional counsel for Plaintiff, John Burke, in the above entitled and numbered case.

New Orleans, Louisiana, this ____ day of July 2020.

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE