UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*William Fuller v. Jansen Research & Development, LLC et al.*
Civil Action No.: 2:16-cv-3094

## APPLICTION FOR REFUND OF FILING FEE

In Compliance with PTO 34A, the filing fee for the Complaint on behalf of Plaintiff William Fuller was paid on June 9, 2020 (Filing Fee $400 receipt number ALAEDC-8343724). Due to an administrative error, a duplicate filing fee was paid on the same day (Filing fee $400 receipt number ALAEDC-8343729).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: July 20, 2020

                                         Respectfully Submitted,

                                         Peiffer Wolf Car Kane & Conway

                                         By:*/s/ Joseph C. Peiffer*
                                         Joseph C. Peiffer
                                         Louisiana State Bar No. 26459
                                         Daniel J. Carr
                                         Louisiana State Bar No. 31088
                                         1519 Robert C. Blakes Sr. Drive
                                         New Orleans, LA  70130
                                         Phone: 504-523-2434
                                         Fax: 504-608-1465
                                         jpeiffer@peifferwolf.com
                                         dcarr@peifferwolf.com

                                         *Attorney for Plaintiffs*