# Exhibit A

**2:16-cv-03094-EEF-MBN** Fuller v. Janssen Research & Development, LLC et al
Eldon E. Fallon, presiding
Michael North, referral
Date filed: 04/14/2016
Date of last filing: 06/09/2020

# History

| Doc. No. | Dates | Description |
|---|---|---|
|  | *Filed & Entered:* 06/09/2020 | Filing Fee Payment - Case Opening 400 |
|  | *Filed & Entered:* 06/09/2020 | Filing Fee Payment - Case Opening 400 |
| 3 | *Filed & Entered:* 04/15/2016 | Order |
| 1 | *Filed & Entered:* 04/14/2016 | Complaint |
| 2 | *Filed & Entered:* 04/14/2016 | Initial Case Assignment |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2020 10:39:45 | | | |
| **PACER Login:** | Pwck2018 | **Client Code:** | xarelto |
| **Description:** | History/Documents | **Search Criteria:** | 2:16-cv-03094-EEF-MBN |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |