UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Chris Rayborne v. Jansen Research & Development, LLC et al.*
Civil Action No.: 2:16-cv-759

## APPLICTION FOR REFUND OF ELECTRONIC FILING FEE

**COME NOW** Daniel J. Carr, counsel for Plaintiff William Fuller, requesting and applying for a refund in the amount of $400.00 paid 06/11/2020 due to a duplicate case filing charge, attached hereto as Exhibit A.  The receipt number for this transaction is ALAEDC-8348761.  The duplicate amount in the above captioned matter on behalf of Plaintiff Chris Rayborne.

The duplicate amount was charged to an American Express ending in 1005.

Signed at New Orleans, Louisiana this _____ day of July, 2020.

_____
Judge,