UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Mylo Schultz v. Jansen Research & Development, LLC et al.*
Civil Action No.: 2:16-cv-10417

## APPLICTION FOR REFUND OF FILING FEE

In Compliance with PTO 34A, the filing fee for the Complaint on behalf of Plaintiff Mylo Schultz was paid on June 11, 2020 (Filing Fee $400 receipt number ALAEDC-8348820). Due to an administrative error, a duplicate filing fee was paid on the same day (Filing fee $400 receipt number ALAEDC-8348832).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: July 20, 2020

                                              Respectfully Submitted,

                                              Peiffer Wolf Car Kane & Conway

                                              By:*/s/ Joseph C. Peiffer*
                                              Joseph C. Peiffer
                                              Louisiana State Bar No. 26459
                                              Daniel J. Carr
                                              Louisiana State Bar No. 31088
                                              1519 Robert C. Blakes Sr. Drive
                                              New Orleans, LA  70130
                                              Phone: 504-523-2434
                                              Fax: 504-608-1465
                                              jpeiffer@peifferwolf.com
                                              dcarr@peifferwolf.com

                                              *Attorney for Plaintiffs*