# Exhibit A

**2:16-cv-10417-EEF-MBN** Schultz v. Janssen Research & Development LLC et al
Eldon E. Fallon, presiding
Michael North, referral
Date filed: 06/15/2016
Date of last filing: 06/11/2020

# History

| Doc. No. | Dates | Description |
|---|---|---|
|  | Filed & Entered: 06/11/2020 | Filing Fee Payment - Case Opening 400 |
|  | Filed & Entered: 06/11/2020 | Filing Fee Payment - Case Opening 400 |
| 3 | Filed & Entered: 08/24/2016 | Order |
| 2 | Filed & Entered: 06/16/2016 | Initial Case Assignment |
| 1 | Filed & Entered: 06/15/2016 | Complaint |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2020 10:41:18 | | | |
| PACER Login: | Pwck2018 | Client Code: | xarelto |
| Description: | History/Documents | Search Criteria: | 2:16-cv-10417-EEF-MBN |
| Billable Pages: | 1 | Cost: | 0.10 |