# Exhibit A

**2:16-cv-01380-EEF-MBN** Ovelman v. Janssen Research & Development, LLC, et al
Eldon E. Fallon, presiding
Michael North, referral
**Date filed:** 02/19/2016
**Date of last filing:** 06/12/2020

# History

| Doc. No. | Dates | Description |
|---|---|---|
| | *Filed & Entered:* 06/12/2020 | Filing Fee Payment - Case Opening 400 |
| 1 | *Filed & Entered:* 02/19/2016 | Complaint |
| 2 | *Filed & Entered:* 02/19/2016 | Initial Case Assignment |
| 3 | *Filed & Entered:* 02/19/2016 | Order |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2020 10:42:02 | | | |
| **PACER Login:** | Pwck2018 | **Client Code:** | xarelto |
| **Description:** | History/Documents | **Search Criteria:** | 2:16-cv-01380-EEF-MBN |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |