UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Chris Rayborne v. Jansen Research & Development, LLC et al.*
Civil Action No.: 2:16-cv-759

## APPLICTION FOR REFUND OF FILING FEE

In Compliance with PTO 34A, the filing fee for the Complaint on behalf of Plaintiff Chris Rayborne was paid on June 11, 2020 (Filing Fee $400 receipt number ALAEDC-8348756).  Due to an administrative error, a duplicate filing fee was paid on the same day (Filing fee $400 receipt number ALAEDC-8348761).

For the forgoing reason, I request the court issue a refund of the duplicate filing fee.

Dated: July 20, 2020

                                                    Respectfully Submitted,

                                                    Peiffer Wolf Car Kane & Conway

                                                    By:*/s/ Joseph C. Peiffer*
                                                    Joseph C. Peiffer
                                                    Louisiana State Bar No. 26459
                                                    Daniel J. Carr
                                                    Louisiana State Bar No. 31088
                                                    1519 Robert C. Blakes Sr. Drive
                                                    New Orleans, LA  70130
                                                    Phone: 504-523-2434
                                                    Fax: 504-608-1465
                                                    jpeiffer@peifferwolf.com
                                                    dcarr@peifferwolf.com

                                                    *Attorney for Plaintiffs*