UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*James Chapman, et al. v. Jansen Research & Development, LLC et al.*
Civil Action No.: 2:17-cv-07834

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court refund the $400.00 duplicate filing fee paid on 8/14/2017 by Ashcraft & Gerel LLP on receipt 053L-6307735 in the above captioned matter on behalf of Plaintiffs James Chapman and Sharon Chapman. Credit card receipts are only retained in Pay.Gov for 18 months and therefore a refund cannot be receipted back to the original credit card. Accordingly,

**IT IS FURTHER ORDERED** that a refund check be issued for the $400.00 filing fee payable to ASHCRAFT & GEREL LLP and mailed to 1825 K Street, NW, Suite #700, Washington, DC 20006.

New Orleans, Louisiana, this __16th__ day of July, 2020.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT