# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

Considering Plaintiff's Consent Motion for Extension of Time to Comply with Case Management Order 11, R. Doc. 17770,

**IT IS HEREBY ORDERED** that this motion be **GRANTED.** Plaintiff is given until until August 7, 2020, to comply with Case Management Order 11.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Comply with Case Management Order 11, R. Doc. 17765, is **DENIED AS MOOT** due to its duplicative nature.

New Orleans, Louisiana, this 17th day of July 2020

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE