# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>John Burke, No. 2:20-CV-00750 | : : : | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel, R. Doc. 17777;

**IT IS HEREBY ORDERED** that Abigail I. Marchisio be entered into the record of this Court as additional counsel for Plaintiff, John Burke, in the above titled and numbered case.

New Orleans, Louisiana, this 17th day of July 2020.

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE