UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown, et al. v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-14669

## ORDER

Considering Plaintiffs' Motion for Leave to File a Reply Brief to Its Pending *Ex Parte* Application to Remand, R. Doc. 17762;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 21st day of July 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC: Barbara Brown
PO Box 5408
Sugarloaf, CA 92386
Alice Brown
PO Box 60
Crescent City, CA 95531