UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : SECTION L |
| THIS DOCUMENT RELATES TO: | : |
| *Roy Tillman O'Bryant, Jr.*, No. 2:20-cv-00111 | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

## ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER 11

Considering the foregoing Motion to Dismiss with Prejudice for Failure to Comply with Case Management Order 11, R. Doc. 17734.

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 23 day of July 2020.

United States District Judge