UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALEAN JOHNSON<br>Civil Case No. 2:16-cv-10420 | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**MOTION TO WAIVE DUPLICATE FILING FEE**

COMES NOW Plaintiff Alean Johnson, by and through undersigned counsel files this Motion to Waive Duplicate Filing Fee and in support would show the Court as follows:

1. Plaintiff Alean Johnson filed a lawsuit in a join complaint against Defendants on May 19, 2016. (*Alexander v. Janssen Research & Development, LLC, et al.;* Case No. 2:16-cv-06569).

2. On May 31, 2016, the joint complaint was severed into separate, individual cases, and a short form complaint was filed on her behalf on June 15, 2016. (*Johnson v. Janssen Research & Development LLC, et al.;* Case No. 2:16-cv-10420).

3. On July 17, 2017, a third complaint against Defendants was filed on her behalf by Kagan Legal Group, and counsel paid the filing fee for *Johnson v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research & Development LLC et al;* Case No. 2:17-cv-06813.

4. On July 6, 2018, Kagan Legal Group filed a stipulation of dismissal, and *Johnson v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research & Development LLC et al;* Case No. 2:17-cv-06813 was closed due to dual representation.

5. On May 27, 2020, Pretrial Order No. 34 was entered and ordered any Plaintiff listed on Exhibit A, including Alean Johnson, to pay a filing fee or demonstrate that the filing fee has been paid.

6. Plaintiff's counsel respectfully request that the filing fee be waived in order to avoid duplicate filing fee expenses.

**WHEREFORE**, counsel for Plaintiff Alean Johnson respectfully requests the Court grand Plaintiff's Motion to Waive Duplicate Filing Fee and direct the Clerk of the Court to waive the duplicate filing fee in this matter.

DATED: July 29, 2020

Respectfully submitted,

/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:  /s/ *Russell T. Abney*
     Russell T. Abney, Esq.
     Attorney for the Plaintiff

# ATTACHMENT 1

# Complaints and Other Initiating Documents

2:17-cv-06813 Johnson v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research & Development LLC et al

## U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Kagan, Andrew on 7/17/2017 at 2:25 PM CDT and filed on 7/17/2017

**Case Name:** Johnson v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research & Development LLC et al
**Case Number:** 2:17-cv-06813
**Filer:** Alean Johnson
**Document Number:** 1

**Docket Text:**
**COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-6262274) filed by Alean Johnson. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet)Attorney Andrew Thomas Kagan added to party Alean Johnson(pty:pla).(Kagan, Andrew)**

**2:17-cv-06813 Notice has been electronically mailed to:**

Andrew Thomas Kagan   Andrew@kaganlegalgroup.com, Amy@kaganlegalgroup.com, liz@kaganlegalgroup.com

**2:17-cv-06813 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/17/2017] [FileNumber=8717755-0
] [71345ff070bc6375f093bbde6d0526ea549624868ef133a664db25592ef10baaa3a
b4943043dc8ba3d959c27ba3c0f8a16631825d02a129b233353c88fb74864]]
**Document description:** Civil Cover Sheet Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/17/2017] [FileNumber=8717755-1
] [b905684d9cf78eab9ce7b0a7c39757864a9bc714f5e44c434112d922edfa05036d3
d4c844003379e1ac28b4cc6edd2c19a1d6804d705afe1c07217ab25f2c4db]]