UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** | |
| | JUDGE: ELDON E. FALLON |
| ALEAN JOHNSON | MAG. JUDGE MICHAEL NORTH |
| Civil Case No. 2:16-cv-10420 | |

## ORDER

**IT IS ORDERED** that the Motion to Waive Duplicate Filing Fee by Plaintiff Alean Johnson is **GRANTED,** and the Clerk of the Court is ordered to waive the current filing fee charges for this matter.

SIGNED this_____ day of _____, 2020.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge