UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Gladys Norfleet<br>Civil Case No. 2:16-cv-08566 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO WAIVE DUPLICATE FILING FEE

COMES NOW Plaintiff Gladys Norfleet, by and through undersigned counsel files this Motion to Waive Duplicate Filing Fee and in support would show the Court as follows:

1. Plaintiff Gladys Norfleet filed a lawsuit in a join complaint against Defendants on May 18, 2016. (*Adams v. Janssen Research & Development, LLC, et al.;* Case No. 16-6490).

2. On May 26, 2016, the joint complaint was severed into separate, individual cases, and a short form complaint was filed on her behalf on June 6, 2016. (*Norfleet v. Janssen Research & Development LLC, et al.;* Case No. 2:16-cv-08566).

3. On February 21, 2017, a third complaint against Defendants was filed on her behalf by Wagstaff & Cartmell, LLP, and counsel paid the filing fee for *Norfleet v. Janssen Research & Development LLC et al;* Case No. 2:17-cv-01499.

4. On August 21, 2018, Wagstaff & Cartmell, LLP filed a stipulation of dismissal, and *Norfleet v. Janssen Research & Development LLC et al;* Case No. 2:17-cv-01499 was closed due to dual representation.

5. On May 27, 2020, Pretrial Order No. 34 was entered and ordered any Plaintiff listed on Exhibit A, including Gladys Norfleet, to pay a filing fee or demonstrate that the filing fee has been paid.

6. Plaintiff's counsel respectfully request that the filing fee be waived in order to avoid duplicate filing fee expenses.

**WHEREFORE**, counsel for Plaintiff Alean Johnson respectfully requests the Court grand Plaintiff's Motion to Waive Duplicate Filing Fee and direct the Clerk of the Court to waive the duplicate filing fee in this matter.

DATED: July 29, 2020

Respectfully submitted,

/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:  /s/ *Russell T. Abney*
 Russell T. Abney, Esq.
 Attorney for the Plaintiff

# ATTACHMENT 1

## Tamara Newquist

**From:** Rachel L. Denlinger
**Sent:** Tuesday, February 21, 2017 3:53 PM
**To:** Tamara Newquist
**Subject:** FW: Pay.gov Payment Confirmation: LAED CM ECF

Filing fee for complaint on Chris's AMEX. Please bill to 742-282. Thanks!

Rachel Denlinger
Paralegal
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: (816) 701-1155
Fax: (816) 531-2372
rdenlinger@wcllp.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1109.

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, February 21, 2017 3:52 PM
To: Rachel L. Denlinger
Subject: Pay.gov Payment Confirmation: LAED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Kimberly Lange at (504) 589-7786.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 260QJAOK
Agency Tracking ID: 053L-5979422
Transaction Type: Sale
Transaction Date: Feb 21, 2017 4:51:43 PM

Account Holder Name: Christopher Schnieders Transaction Amount: $400.00 Card Type: AmericanExpress Card Number: ************1004

1