# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO<br>(RIVAROXABAN) PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

This Document Relates to:
John Brockus v. Janssen
Research & Development, LLC, et al.
Case No. 2:20-cv-00110

## ORDER

Considering the foregoing Consent Motion for Extension of Time to Comply With Case Management Order No. 11, R. Doc. 17792,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs shall have until August 26, 2020, to comply with CMO 11. This compliance entails production of the outstanding medical records and affidavits, production of a Rule 26(a)(2) case-specific causation report, and curing the deficiencies identified by Defendants in their Notices of Deficiency, dated March 27, 2020 and June 11, 2020.

New Orleans, Louisiana, this the 29th day of July, 2020

_____
UNITED STATES DISTRICT COURT JUDGE