UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Richard Halley<br>Civil Case No. 2:16-cv-11319 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO WAIVE DUPLICATE FILING FEE

COMES NOW Plaintiff Richard Halley, by and through undersigned counsel files this Motion to Waive Duplicate Filing Fee and in support would show the Court as follows:

1. Plaintiff Richard Halley filed a lawsuit in a join complaint against Defendants on May 17, 2016. (*Adkins v. Janssen Research & Development, LLC, et al.*, 16-6430; Case No. 16-6430).

2. On June 14, 2016, the joint complaint was severed into separate, individual cases, and a short form complaint was filed on his behalf on June 22, 2016. (*Halley v. Janssen Research & Development LLC, et al.;* Case No. 2:16-cv-11319).

3. On June 21, 2016, a third complaint against Defendants was filed on his behalf by Gallagher Law Firm, and counsel paid the filing fee for *Halley v. Janssen Research & Development LLC et al;* Case No. 2:16-cv-11212 on August 15, 2017.

4. On August 14, 2017, Gallagher Law Firm filed a stipulation of dismissal, and *Halley v. Janssen Research & Development LLC et al;* Case No. 2:16-cv-11212 was closed due to dual representation.

5. On May 27, 2020, Pretrial Order No. 34 was entered and ordered any Plaintiff listed on Exhibit A, including Richard Halley, to pay a filing fee or demonstrate that the filing fee has been paid.

6. Plaintiff's counsel respectfully request that the filing fee be waived in order to avoid duplicate filing fee expenses.

**WHEREFORE**, counsel for Plaintiff Richard Halley respectfully requests the Court grant Plaintiff's Motion to Waive Duplicate Filing Fee and direct the Clerk of the Court to waive the duplicate filing fee in this matter.

DATED: July 31, 2020

Respectfully submitted,

/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: /s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney for the Plaintiff

# ATTACHMENT 1

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-11212-EEF-MBN Halley v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |
| **Date:** | Tuesday, August 15, 2017 10:16:29 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered by Gallagher, Michael on 8/15/2017 at 10:15 AM CDT and filed on 8/15/2017

**Case Name:**     Halley v. Janssen Research & Development LLC et al
**Case Number:**     2:16-cv-11212-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Richard Halley re [1] Complaint, (Filing fee $ 400 receipt number 053L-6308374) (Gallagher, Michael)**

**2:16-cv-11212-EEF-MBN Notice has been electronically mailed to:**

Michael T. Gallagher     mike@gld-law.com, lisak@gld-law.com, pamm@gld-law.com

**2:16-cv-11212-EEF-MBN Notice has been delivered by other means to:**