UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Richard Halley<br>Civil Case No. 2:16-cv-11319 | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

**IT IS ORDERED** that the Motion to Waive Duplicate Filing Fee by Plaintiff Richard Halley is **GRANTED,** and the Clerk of the Court is ordered to waive the current filing fee charges for this matter.

SIGNED this_____ day of _____, 2020.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge