# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## PLAINTIFF'S, JOHN BURKE, MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL

Respectfully, the Pharmaceutical defendants (i.e., all defendants other than Dr. May and his practice group) removed this case based an unsubstantiated (and untrue) allegation that Defendants, Charles May, M.D. and his practice group, were "fraudulently" joined as party defendants in the case. At no point has any evidence been provided to substantiate the "fraudulent joinder" basis for removal to this Court. In fact, Dr. May signed Plaintiff's Decedent's death certificate and listed "oral anticoagulants" as the cause of Decedent's "acute intracranial bleed" and death. See Ohio Certificate of Death attached herewith as Exhibit A.

Plaintiff, accordingly, moved for remand noting that Defendants had in no way proven or even tried to prove that Dr. May and his group were misjoined. Moreover, defendants did not file a written opposition to Plaintiff's remand motion and, again, produced no evidence to suggest Plaintiff lacks a viable claim against Dr. May. Plaintiff, accordingly, moved this Court for an order of remand because, respectfully, this Court lacked (and never had) subject matter jurisdiction over this case.

The Court, however, did exercise jurisdiction and, in its order of July 10, 2020, the Court remanded Plaintiff's claims against Dr. May and his practice group but did not

remand claims against the Pharmaceutical defendants. Currently, Plaintiff is put in the predicament of litigating the same claim in two jurisdictions, Ohio and Louisiana –- a situation he would like, with this Court's permission, to avoid.

Plaintiff's counsel is from Delaware, Ohio and seeks this Court's approval to voluntarily dismiss this case, pursue his claims against Dr. May and, hopefully, avoid any need to refile against the Pharmaceutical defendants. Plaintiff moved for remand in good faith and now seeks to dismiss in good faith.

## CONCLUSION

For the reasons stated above, Plaintiff, John Burke, Adm., respectfully requests that this Court permit him to voluntarily dismiss the instant action.

Respectfully submitted,

*/s/ William R. Thomas*
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: wthomas@thomaslawlpa.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___4th___ day of August, 2020, a true copy of the foregoing Memorandum in Support of Motion for Voluntary Dismissal was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com

/s/ William R. Thomas_____
William R. Thomas (0055240)
*Counsel for Plaintiff*

# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Reg. Dist. No. 25
Primary Reg. Dist. No. 2501
Registrar's No. 2018000694
State File No. 2018005204

Type or print in permanent blue or black ink

**1. Decedent's Legal Name:** FRANCIS MARLENE BURKE
**2. Sex:** FEMALE
**3. Date of Death:** JANUARY 14, 2018
**4. Social Security Number:** 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
**5a. Age (Years):** 73
**6. Date of Birth:** DECEMBER 08, 1944
**7. Birthplace:** COLUMBUS, OHIO
**8a. Residence State:** OHIO
**8b. County:** FRANKLIN
**8c. City or Town:** GROVE CITY
**8d. Street and Number:** 3420 JOSEPHINE CIRCLE
**8f. Zipcode:** 43123
**8g. Inside City Limits?:** NO
**9. Ever in US Armed Forces?:** NO
**10. Marital Status at Time of Death:** MARRIED
**11. Surviving Spouse's Name:** GEORGE BURKE
**12. Decedent's Education:** 9TH THRU 12TH GRADE; NO DIPLOMA
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** ROY C BUCKLEY
**16. Mother's Name (prior to first marriage):** WILIDENE HUGHES
**17a. Informant's Name:** GEORGE BURKE
**17b. Relationship to Decedent:** HUSBAND
**17c. Mailing Address:** 3420 JOSEPHINE CIRCLE, GROVE CITY, OHIO 43123
**18a. Place of Death:** HOSPITAL - INPATIENT
**18b. Facility Name:** MOUNT CARMEL MEDICAL CENTER
**18c. City or Town, State and Zip Code:** COLUMBUS, OH 43222
**18d. County of Death:** FRANKLIN
**19. Signature of Funeral Service Licensee or Other Agent:** GARY LYNN DRAKE WOODYARD
**20. License Number:** 006398
**21. Name and Complete Address of Funeral Facility:** O R WOODYARD CO, 1346 S HIGH ST, COLUMBUS, OH 43207
**22a. Method of Disposition:** CREMATION
**22b. Date of Disposition:** JANUARY 19, 2018
**22c. Place of Disposition:** O R WOODYARD CO CREMATORY
**22d. Location:** COLUMBUS, OH
**23. Registrar's Signature:** Sandra Taylor
**24. Date Filed:** JAN 24 2018
**25a. Name of Person Issuing Disposition Permit:** FERGUSON, JAY
**25b. District No.:** 4900
**25c. Date Disposition Permit Issued:** JANUARY 19, 2018
**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 0019
**26c. Date Pronounced Dead:** 1-14-2018
**26d. Was the Medical Examiner or Coroner Contacted?:** NO
**26e. Signature and Title of Certifier:** [signature] DO
**26f. License number:** 34.002569
**26g. Date Signed:** 1/16/18
**27. Name and Address of Person who Completed Cause of Death:** CHARLES MAY, 1550 W 5TH AVE SUITE 100, COLUMBUS, OH 43212

**28. Part I.** Cause of Death:
- a. Immediate Cause: Acute Intracranial bleed — Approximate Interval: ≈ 1 hr
- b. Due to: Oral Anticoagulants
- c. Due to: Pulmonary Emboli

**29a. Was An Autopsy Performed?:** No
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?:** (blank)
**30. Did Tobacco Use Contribute to Death?:** No
**31. If Female, Pregnancy Status:** Not pregnant within past year
**32. Manner of Death:** Natural

HEA 2724 Rev. 07/15-09/16

Sandra Taylor, Franklin County Registrar
JAN 24 2018
[signature]

VOID VOID VOID VOID VOID
I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2015
VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW