**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ELDON E. FALLON |
| John Burke, No. 2:20-CV-00750 | : | |
| | : | MAGISTRATE JUDGE NORTH |

## <u>NOTICE OF SUBMISSION</u>

PLEASE TAKE NOTICE that PLAINTIFF'S, JOHN BURKE, MOTION FOR

VOLUNTARY DISMISSAL is hereby set for submission before District Judge Eldon E.

Fallon on August 19, 2020 at 9:00 a.m.


Respectfully submitted,


*/s/ William R. Thomas*
William R. Thomas (0055240)
163 North Sandusky Street, Ste. 103
Delaware, Ohio 43015
Telephone: (740)363-7182
Facsimile: (740)363-7153
Email: wthomas@thomaslawlpa.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 4th day of August, 2020, a true copy of the foregoing NOTICE OF SUBMISSION was served electronically through the Court's ECF system at the e-mail address registered with the Court, as shown below.

Served electronically upon:

John Francis Olinde, Attorney for Defendant:  olinde@chaffe.com
Andrew K. Solow, Attorney for Defendant:  Andrew.solow@arnoldporter.com
Rita A. Maimbourg, Attorney for Defendant:  rmaimbourg@tuckerellis.com
Sarah Anne Stover, Attorney for Defendant:  sarah.stover@tuckerellis.com

/s/ William R. Thomas
William R. Thomas (0055240)