UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mark Tranckino. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15352

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff, who opted in to the Xarelto settlement program. This correspondence shows that Plaintiff disputes the disbursement of his settlement award by his attorney Rachel Abrams. Accordingly;

**IT IS HEREBY ORDERED** that the attached correspondence be filed into the record. Rachel Abrams should contact Plaintiff to further discuss the breakdown of this disbursement and the terms of their engagement letter.

New Orleans, Louisiana, this 6th day of August 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Rachel Abrams
          Levin Simes Abrams LLP
          1700 Montgomery Street,
          Suite 250
          San Francisco, CA 94111
          Email: rabrams@levinsimes.com

Brian J. Perkins
Meyers & Flowers (St. Charles Office)
3 North Second Street
Suite 300
St. Charles, IL 60174
Email: bjp@meyers-flowers.com

Leonard Davis
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Email: ldavis@hhklawfirm.com