**Claim distribution**

(mstranckino@aol.com)  Wed, Jul 15, 2020 8:10 pm
To: rabrams@levinsimes.com + 3 more   Details

Hello Rachel.
I am very disappointed by the way you handled my distribution. It forced me to review the engagement letter I signed with Levin Simes Abrams. The letter says your fee can be 40% of the amount **recovered**. So far only $43,656.86 has been **recovered.** You deducted 40% of $66,753.61. This excess deduction is $9,238.70. In addition, you deducted 2.75% of $66,753.61. This resulted in an excess deduction of $635.16.

You forced me to examine our previous engagement letter. That contract put a cap on expenses of 4% of the amount recovered in the manner this settlement worked. I compared the two letters closely. There was no breakout of the respective duties of each firm. I did not write either contract. I took a hard look at the second engagement letter and do not believe there was any compensation for me beyond the contract we already had. I believe you should refund the excess of the fees deducted over 4% of $43,656.86. This excess(inclusive of the $635.16 above) is $3,713.05.

I strongly believe this issue should have been resolved in mid June when I sent you a spreadsheet with my expectations about the payout.

There may be many in the same situation I am. Please wire $12,951.75($9,238.70 plus $3,713.05) to correct this mistake as soon as possible.

I hope we can resolve this issue fairly. If we can, I want to discuss lien negotiation. If you can't or don't want to help me with lien negotiation, we need to find another solution. Maybe I can hire additional representation for the lien negotiation.

Regards,
Mark Tranckino