**ANALYSIS OF ERROR IN PAYOUT TO PLAINTIFF**

|  | PER LEVIN SIMES ABRAMS | CORRECT PAYOUT |
|---|---|---|
| PLAINTIFF'S PARTIAL DISTRIBUTION FROM ADMINISTRATOR | 43,656.86 | 43,656.86 |
| ***ENGAGEMENT LETTER BASES FEE ON RECOVERY NOT AWARD*** | | |
| AMOUNT HELD FOR ATTORNEY'S FEES | 26,701.44 | |
| AMOUNT HELD FOR ATTORNEYS FEES IN COMPLIANCE WITH LEVIN SIMES ENGAGEMENT LETTER (43,656.86*.40) | | 17,462.74 |
| EXPENSES IMPROPERLY PAID TO MYERS FLOWERS COVERED BY SECTION 4 OF MYERS FLOWERS ENGAGEMENT LETTER | 1,843.77 | |
| EXPENSES OF LEVIN SIMES PROPERLY TREATED AS COMPENSATION FOR FOR FEE IN LEVIN SIMES ENGAGEMENT LETTER | 3,615.55 | |
| AMOUNT PAID TO PLAINTIFF | 11,496.10 | 26,194.12 |
| % OF DISTRIBUTION PAID TO PLAINTIFF | **26.33%** | **60.00%** |
| % OF DISTRIBUTION RETAINED BY ATTORNEY | **73.67%** | **40.00%** |