

| | WILLIAM A. LEVIN | SARA B. CRAIG |
| --- | --- | --- |
| | LAUREL L. SIMES | MEGHAN E. McCORMICK |
| | RACHEL B. ABRAMS | ANGELA J. NEHMENS |
| | | AMANDA J. G. WALBRUN |

BRIAN J. PERKINS
OF COUNSEL

July 14, 2020

*Sent Via U.S. First Class Mail and electronic mail*

Mark Tranckino
23104 Samuel Street, #105
Torrance, CA 90505
mstranckino@aol.com

Re:   ***In Re: Xarelto Product Liability Litigation***
      LSA Number:        021689
      Litigation:        Xarelto Product Liability

Dear Mark Tranckino:

Enclosed please find your Settlement Distribution Statement for your Xarelto case. We have wired your proceeds according to the instructions you have provided.

Archer Systems, LLC is in the process of determining a final lien amount, if any, with your insurance providers and as such, we have withheld a portion of your recovery which is required by the Defendants to pay any lien holders. Once your lien and all lien related costs are finalized, we will use these funds to pay off your lien, if any, and we will send you a second distribution check of any remaining funds.

If you have any questions, please feel free to contact us at (415) 426-3000. Thank you for the opportunity to represent you in the above referenced claim.

Very truly yours,
**LEVIN SIMES ABRAMS LLP**

Rachel Abrams, Partner

LEVIN SIMES ABRAMS LLP  ::  1700 Montgomery Street, Suite 250, San Francisco, California 94111
Telephone :: (888) 426.4156 :: Main :: (415) 426.3000 :: Facsimile (415) 426.3001 ::  www.levinsimes.com


# LEVIN SIMES ABRAMS LLP

## SETTLEMENT DISTRIBUTION STATEMENT

July 14, 2020

Mark Tranckino
23104 Samuel Street, #105
Torrance, CA 90505

LSA Case #   021689
Injured Party:   Mark Tranckino
Litigation:   Xarelto Product Liability

| | | | |
|---|---|---|---|
| **Gross Settlement**.................................................................................................... | | $ | 66,753.61 |
| **Less: Fees** | | | |
| MDL Common Benefit Fees per Court Order (12% of gross settlement)...... $ | 8,010.43 | | |
| Attorney's Fees -   Brian Perkins, Esq.   50% of fees minus MDL......... $ | 9,345.51 | | |
| Attorney's Fees -   Levin Simes Abrams   50% of fees minus MDL......... $ | 9,345.50 | | |
| Total Fees (40% of gross settlement)................................................................ | | $ | 26,701.44 |
| **Less: Case Costs** | | | |
| MDL Common Benefit Costs per Court Order (2.75% of gross settlement).. $ | 1,835.72 | | |
| Case-Specific Costs..................................................................... $ | 3,623.60 | | |
| | | $ | 5,459.32 |
| **Net Client Recovery After Fees and Costs**................................................................ | | $ | 34,592.85 |
| **Less: Lien Holdback** | | | |
| Net Client Funds to be used to pay Medical liens, if any................................................. | | $ | 23,096.75 |
| **Client Distribution Amount #1**.................................................................................... | | $ | 11,496.10 |

**LEVIN SIMES ABRAMS, LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
(415) 426-3000

# Case Cost Invoice

| Case # | 021689 |
|---|---|
| Date | 7/14/2020 |
| Invoice # | 3892 |

**Bill To**
Mark Tranckino
23104 Samuel Street, #105
Torrance, CA 90505

| Date | Description | Amount |
|---|---|---|
| 1/8/2018 | Meyers & Flowers: Case Costs | 1,843.77 |
| 8/13/2019 | Xarelto Claims Administrator: Filing Fee: EI Settlement Claim Submission | 1,000.00 |
| 8/31/2019 | USPS: Postage 8/29/2019 | 22.68 |
| 4/30/2020 | Xarelto Claims Administrator: Filing Fee: Special Master Appeal Fee for Base Award | 750.00 |
| 4/30/2020 | USPS: Postage 4/30/2020 | 7.15 |
| | Total Reimbursable Expenses | 3,623.60 |

| Total | $3,623.60 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $3,623.60 |