# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>John Burke, Administrator of the Estate of Francis M. Burke<br>Civil Action No. 2:20-cv-00750 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **THOMAS & COMPANY, L.P.A.** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| By: /s/William R. Thomas_____<br>William R. Thomas<br>163 N. Sandusky Street<br>Suite 103<br>Delaware, OH 43015<br>Telephone: (740) 363-7182<br>wthomas@thomaslawlpa.com<br><br>Attorney for Plaintiff<br>Dated: August 7, 2020 | By: /s/Susan M. Sharko_____<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>susan.sharko@faegredrinker.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: August 4, 2020 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
 Andrew K. Solow
 250 West 55th Street
 New York, New York 10019-9710
 Telephone: (212) 836-8000
 Facsimile: (212) 836-8689
 William Hoffman
 601 Massachusetts Ave., NW
 Washington, D.C. 20001
 Telephone: (202) 942-5000
 Facsimile: (202) 942-5999
 andrew.solow@arnoldporter.com
 william.hoffman@arnoldporter.com

 Attorneys for Defendants Bayer HealthCare
 Pharmaceuticals Inc., and Bayer Pharma AG
 Dated: August 4, 2020

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
 Kim E. Moore
 400 Poydras St., Ste, 2700
 New Orleans, LA 70130
 Telephone: (504) 310-2100
 kmoore@irwinllc.com

 Liaison Counsel for Defendants
 Dated: August 4, 2020

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 7, 2020, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                              /s/Kim E. Moore