UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Horace Green v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-6163

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff. This correspondence indicates that Plaintiff was prescribed Xarelto at the time of the onset of Plaintiff's qualifying injury. Accordingly,

**IT IS HEREBY ORDERED** that the attached correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Plaintiff's counsel Michael B. Lynch, Esq. provide a status report on this case to the Court within the next thirty (30) days. Mr. Lynch is also instructed to get in touch with his client to discuss this information.

New Orleans, Louisiana, this 6th day of August 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:   Michael B. Lynch, Esq.
      THE MICHAEL BRADY LYNCH FIRM
      127 West Fairbanks Ave. #528
      Winter Park, Florida 32789

Email: michael@mblynchfirm.com

Jacob S. Woody
BrownGreer PLC (Richmond)
250 Rocketts Way
Richmond, VA 23231
Email: jswoody@browngreer.com

Leonard Davis
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Email: ldavis@hhklawfirm.com