July 8, 2020

TO: Mr. Leonard A. Davis, Esq.
Herman Herman + Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

FROM: Horace Green, Claimant
Xarelto MDL 2592
Case No. 19-CV-6163

Dear Mr. Davis:

This is in response to your letter of July 6, 2020, in which you stated "On June 29, 2020, United States District Court Judge Eldon E. Fallon, issued an order, attaching your correspondence dated June 9, 2020, under seal, and forwarded a copy of it to Plaintiff's Liaison Counsel, to take further action, if appropriate (a copy of your letter is attached). You further state in your letter " An investigation has been undertaken to review your matter, which involves researching the materials provided to Brown Greer, the settlement claims administrator. It appears that the medical records you provided in your letter do not appear to have been submitted to Brown Greer. According to the medical records provided in your letter, it appears you were taking Xarelto as of December 30, 2016, and there is a doctor's note continuing the medication on January, 12, 2017. This was 12 days prior to the injury and, therefore, not within the 72 hour time frame. In your letter to Judge Fallon, dated June 19, 2019, you claim to have been admitted to the hospital on January 29, 2017 for a GI bleed. As such, it appears you did have a qualifying injury—

CONT: HORACE GREEN CASE 19-CV-6163
— CASE MDL 2592 —

GI BLEED AND SEVERE ANEMIA, YOU WERE PLACED IN THE INTENSIVE CARE UNIT AND WAS GIVEN A BLOOD TRANSFUSION. HOWEVER, THE RECORDS BROWN GREER HAS INDICATES THAT XARELTO WAS STOPPED ON JANUARY 19, 2017 AND THAT YOU WERE NOT ON XARELTO AS OF THE JANUARY 19, 2017 INJURY DATE, BUT RATHER AT THAT TIME YOU WERE TAKING ASPIRIN AND PLAVIX."

BY WAY OF HISTORY, ON DECEMBER 27, 2016, DR. GABY WEISSMAN, MD, ADMITTED ME FOR ATRIAL FLUTTER/ATRIAL FIBRILLATION AND PERIPHERAL VASCULAR DISEASE (GOUT). DR. WEISSMAN IS MY CARDIOLOGIST OF RECORD. ON DECEMBER 30, 2016, I WAS DISCHARGED AND GIVEN A PRESCRIPTION FOR XARELTO. I PURCHASED 10 TABLETS FROM CVS AND SUBMITTED THE PRESCRIPTION TO THE VA FOR FILLING. ON JANUARY 5, 2017 THE VA APPROVED MY PRESCRIPTION FOR 90 TABLETS (SEE ATTACHED DOCUMENTS SENT WITH JUDGE FALLON'S CORRESPONDANCE. FOR THE PERIPHERAL VASCULAR DISEASE, I WAS REFERRED TO DR. CAMERON AKBARI AT MEDSTAR HOSPITAL CENTER BY DR. WEISSMAN. ON JANUARY 19, 2017, DR. AKBARI PUT STENTS IN BOTH LEGS IN OUTPATIENT CLINIC. BLOOD THINNER XARELTO WAS STOPPED BEFORE SURGERY AND RESUMED AFTER SURGERY. AT NO TIME DID DR. WEISSMAN STOP THE TAKING OF XARELTO NOR DID DR. AKBARI (CONFIRMED VERBALLY 7/14/20. HE CAN BE REACHED AT (703)626-7077) DURING THE MONTH OF JANUARY 2017. I WAS ON XARELTO 1/29/2017 WITHOUT QUESTION.

WE THANK YOU AND YOUR STAFF FOR YOUR SUPPORT OF OUR MISSION OF TRUTH AND FAIRNESS. GOD BLESS YOU AND FAMILY. STAY SAFE. IF ADDITIONAL INFORMATION IS NEEDED, PLEASE DON'T HESITATE TO CALL ME AT (202) 400-1864.

SINCERELY

Horace C Green

CC: HONORABLE JUDGE ELTON FALLON
US DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA



# HERMAN HERMAN & KATZ, LLC
## ATTORNEYS AT LAW

820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

(504) 581-4892 Main
(504) 561-6024 Fax
(504) 680-0551 Direct
ldavis@hhklawfirm.com

July 6, 2020

Horace Green
4111 Kilbourne Drive
Fort Washington, MD 20744

Rec'd 7/14/2020

Re:   Xarelto MDL 2592
      Claimant: Horace Green
      Case No. 19-cv-6163

Dear Mr. Green:

On June 29, 2020, United States District Court Judge, Eldon E. Fallon, issued an Order attaching your correspondence dated June 19, 2020, UNDER SEAL, and forwarded a copy of it to Plaintiffs' Liaison Counsel to take further action, if appropriate. A copy of the Order is attached.

First let me thank you for your service to our country and for providing the medical records with your letter.

A copy of this letter is being provided to your counsel at the Michael Brady Lynch Law Firm so they are aware of the Order and my communication with you as directed by the Court.

An investigation has been undertaken to review your matter which involves researching the materials provided to BrownGreer, the Settlement Claims Administrator. It appears that the medical records you provided in your letter do not appear to have been submitted to BrownGreer. However, based upon the materials you provided it does not appear that you establish proof of use of Xarelto within 72 hours of the alleged injury. The terms of the Settlement Agreement require an injury within 72 hours of taking the drug Xarelto in order to participate and recover under the Settlement Agreement.

The Settlement Administrator, BrownGreer, issued a No Points Award in your case on March 31, 2020 based upon a lack of proof of use of the drug Xarelto. Mr. Brady timely requested reconsideration of the award on April 10, 2020.

According to the medical records provided in your letter, it appears you were taking Xarelto as of December 30, 2016 and there is a doctor's note continuing the medication on January 12, 2017. This was 17 days prior to the injury and, therefore, not within the 72 hour timeframe. In your letter to Judge Fallon dated June 19, 2020, you claim to have been admitted to the hospital on January 29, 2017 for a GI bleed. As such, it appears you did have a qualifying injury – GI bleed

July 6, 2020
PAGE 2

and severe anemia, you were placed in the intensive care unit and was given a blood transfusion. However, the records indicate that Xarelto was stopped on January 19, 2017 and that you were not on Xarelto as of the January 29, 2017 injury date, but rather at that time you were taking Aspirin and Plavix.

If you believe that some further action should be taken as a result of materials submitted to the Settlement Program or your asserted claim, we suggest that you consult an attorney to determine whatever rights you may have. As Plaintiffs' Liaison Counsel, no further action will be taken by our firm on your behalf. Should you desire to consult an attorney we strongly recommend that this be done as soon as possible.

                    Sincerely,

                    */s/ Leonard A. Davis*

                    **LEONARD A. DAVIS**

LAD:lmb
Enclosures
cc:    Plaintiffs' Executive Committee *(letter only via email only)*
        Honorable Eldon E. Fallon *(letter only via email only)*
        Michael B. Lynch, Esq. *(via email only: mblynchfirm.com)*

# DEPARTMENT OF VETERANS AFFAIRS

VA MEDICAL CENTER
50 IRVING STREET NW
Mail Stop: 08
WASHINGTON, DC 20422

DATE: 6/8/2020
In Reply Refer To: 08
SSN: 4258

HORACE CALVIN GREEN
4111 KILBOURNE DR.
FT WASHINGTON, MD 20744

RE: ROI Plus Request for HORACE CALVIN GREEN

Dear MR GREEN:

We have received your request for information on June 08, 2020.

This individually identifiable information is privileged. Its confidentiality should be maintained along with appropriate security safeguards to protect against individual harm (identity theft), embarrassment, or inconvenience.

We thank you for your support of our mission. If you wish to discuss anything in this letter with me, please contact me at 202-745-8341.

Sincerely,


JIMMY JOHNSON - Release of Information

# Medications

Printed On Jun 15, 2020

RIVAROXABAN 20MG TAB
TAKE ONE TABLET BY MOUTH EVERY DAY WITH FOOD BLOOD THINNER

```
       Status: DISCONTINUED
   Start date: JAN 05, 2017
    Stop date: JAN 06, 2018
Refills remaining: 3
  Days supply: 90
     Quantity: 90
```

Comments:
BLOOD THINNER

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
GREEN, HORACE CALVIN
4111 KILBOURNE DR.
FT WASHINGTON, MARYLAND  20744

VISTA Electronic Medical Documentation
Printed at WASHINGTON VA MEDICAL CENTER

HORACE GREEN
4111 KILBOURNE DRIVE
FORT WASHINGTON, MD 20744

HONORABLE JUDGE ELTON FALLON
US DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM C-456
NEW ORLEANS, LOUISIANA 70130
CASE MDL 2592, CASE 19-CV-6163