UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Mark Tranckino. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15352

## ORDER

The Court has been made aware that Plaintiff continues to dispute the disbursement of his settlement award by his attorney Rachel Abrams. Accordingly;

**IT IS HEREBY ORDERED** that a status conference be held via telephone on Tuesday, August 11, 2020 at 12:00 PM Central Time to further discuss this issue. Counsel are instructed to use the following dial-in information to participate and are expected to be on the line **5 minutes before** the scheduled start time.

Dial-in #: 877-336-1839

Access code: 4227405


New Orleans, Louisiana, this 10th day of August 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Rachel Abrams
       Levin Simes Abrams LLP

1700 Montgomery Street,
Suite 250
San Francisco, CA 94111
Email: rabrams@levinsimes.com

Leonard Davis
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Email: ldavis@hhklawfirm.com