MINUTE ENTRY
FALLON, J.
August 11, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Mark Tranckino. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15352

      A telephone status conference was held on this date from the Chambers of Judge Eldon E. Fallon. Rachel Abrams and Leonard Davis participated on behalf of Plaintiff. Plaintiff's former attorney, Brian Perkins, also participated. Additionally, Susan Sharko from Defendants' Lead Counsel participated. Other attorneys were also present on the call.

      This status conference was convened in response to several phone calls from the Plaintiff complaining of the lack of communication with his attorney. In advance of the conference, Plaintiff's counsel forwarded to the Court a detailed timeline recording the telephone conferences with Plaintiff and the documents sent to him. During the Court's conference with Plaintiff's counsel, the material was discussed, and it became clear to the Court that Plaintiff's counsel had vigorously, adequately, and professionally represented the Plaintiff and kept him advised of the developments in his case.

JS10: 00:06