UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> *Lois Carr*, No. 2:19-cv-12994 | |

## ORDER

On August 17, 2020, the Court held a show cause hearing due to Plaintiff's failure to comply with Case Management Order 11 ("CMO 11"). Plaintiff has not provided the documentation required by CMO 11 despite multiple deadline extensions to do so. Counsel for Plaintiff explained that the COVID-19 pandemic has created delays but that the majority of the documentation is forthcoming. In light of challenges associated with the ongoing COVID-19 pandemic, the court rules as follows:

**IT IS HEREBY ORDERED** that this case is **PASSED** for a period of thirty days. Plaintiff's counsel is instructed to complete all CMO 11 requirements by September 17, 2020. Should counsel encounter further issues, they are instructed to reach out to Defendants' counsel and the Court. If the CMO 11 requirements are not completed in this timeframe, the case will be subject to dismissal with prejudice.

New Orleans, Louisiana, this 17th day of August 2020.

_____
UNITED STATES DISTRICT COURT JUDGE