UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALEAN JOHNSON<br>Civil Case No. 2:16-cv-10420 | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

Considering the foregoing Motion to Waive Duplicate Filing Fee by Plaintiff Alean Johnson, R. Doc. 17794;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the Clerk of the Court is ordered to waive the current filing fee charges for this matter.

SIGNED this 17th day of August, 2020.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge