MINUTE ENTRY
FALLON, J.
AUGUST 17, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L (5) |
| THIS DOCUMENT RELATES TO: C.A. 19-12994 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:   LaShunta M. White Boler, Esq. and Monica Austin-Hatcher, Esq., for Plaintiff Lois Carr
Leonard Davis, Esq. for the PLC
Chanda Miller, Esq. and Susan Sharko, Esq. for Janssen Defendants
Steve Glickstein, Esq. and Joan Goddard, Esq., for Bayer Defendants

**Show Cause Hearing:**

A Show Cause hearing was held this date as to Plaintiff Lois Carr.   (Rec. Doc. No. 17729)

After argument – Matter was passed for 30 days.


JS10:     :16