# **<u>EXHIBIT A</u>**



# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER :**   139-20-030949

**DECEDENT'S NAME:** *DEAN STRICKLAND SR*              **SEX:**  MALE

**AKA's:**  NA                                         **SOCIAL SECURITY NUMBER:** ▇▇▇▇▇

**ARMED FORCES:**  YES

**DATE OF BIRTH:** ▇▇▇▇▇                               **AGE:** 83   YEARS

**TYPE OF PLACE OF DEATH:**  DECEDENT'S HOME           **COUNTY OF DEATH:**  GEORGETOWN

**NAME AND ADDRESS OF PLACE OF DEATH:** ▇▇▇▇▇▇▇▇▇▇

**PLACE OF DISPOSITION:**  MCMILLAN SMALL CREMATORY

**DISPOSITION LOCATION:**  MYRTLE BEACH, SOUTH CAROLINA

**METHOD OF DISPOSITION:**  CREMATION

**DECEDENT'S RESIDENCE:** ▇▇▇▇▇▇▇▇▇▇

**PLACE OF BIRTH:**  NEW YORK                          **MARITAL STATUS:** MARRIED

**SURVIVING SPOUSE'S NAME:**  PATRICIA MALLARD

**FATHER'S NAME:**   EDMUND COLLIER STRICKLAND

**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:**  FREDA PARKER

**INFORMANT'S NAME:**   PATRICIA MALLARD STRICKLAND         **RELATIONSHIP:**  FAMILY MEMBER

**MAILING ADDRESS:** ▇▇▇▇▇▇▇▇▇▇

**FUNERAL HOME:**  GRAHAM FUNERAL HOME, 2200 S. FRASER STREET, GEORGETOWN, SC, 29440

**FUNERAL DIRECTOR:**  JAMES RUSSELL GRAHAM III          **LICENSE NUMBER:**  2313

**EMBALMER'S NAME:**  NA                                **LICENSE NUMBER:**  NA

**ACTUAL OR PRESUMED DATE OF DEATH :**  JULY 17, 2020   **MANNER OF DEATH :**  NATURAL

**ACTUAL OR PRESUMED TIME OF DEATH:**  0537

**CAUSE OF DEATH - PART I**
HEMIPLEGIA POST CEREBROVASCULAR ACCIDENT
N/A
N/A
N/A

**OTHER SIGNIFICANT CONDITIONS - PART II:**
ATRIAL FIBRILLATION, DAIBETES MELLITUS, CHRONIC OBSTRUCTIVE PULMONARY DISEASE, PULMONARY HYPERTENSION, RESPIRATORY FAILURE

**CORONER CONTACTED?**  NO       **AUTOPSY PERFORMED?**  NO    **AUTOPSY AVAILABLE?**  NA

**DATE OF INJURY:** NA           **TIME OF INJURY:**  NA        **INJURY AT WORK?**  NA

**PLACE OF INJURY:**  NA

**LOCATION OF INJURY:** NA

**HOW THE INJURY OCCURRED?**
NA

**CERTIFIER NAME AND TITLE:**  MD EDWIN LEE MCCAMPBELL        **LICENSE NUMBER:** 34466

**CERTIFIER'S ADDRESS:**  391 SEABOARD ST, SUITE 6, MYRTLE BEACH, SC, 29577

**DATE FILED:** JULY 21, 2020

**DATE OF ISSUANCE:** JULY 21, 2020

**SPECIAL INSTRUCTIONS :**
NA

SC08525499

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

*Rick Toomey*
Richard K. Toomey, DHA, FACHE
Director and State Registrar

*Angela P. Saleeby*
Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/25/2019



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE