UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**DEAN STRICKLAND**
Civil Action No. **2:19-cv-04820**

## *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Patricia M. Strickland, by and through the undersigned counsel of record, and moves this Court for an Order substituting Patricia M. Strickland on behalf of decedent Dean Strickland. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. At the request of our client Dean Strickland to act on his behalf, this present action was filed on March 29, 2019.

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3. Plaintiff's counsel was notified on or about July 30, 2020, by Patricia M. Strickland, widow of plaintiff-decedent, that Dean Strickland died on July 17, 2020.

4. Dean Strickland's product liability action against defendants survived his death and was not extinguished.

5. Plaintiff's Counsel filed a Notice and Suggestion of Death on or about August 19, 2020 [Doc. 17812 and 17812-1].

6.	Patricia M. Strickland, widow of plaintiff-decedent, is a proper party to substitute for plaintiff-decedent Dean Strickland and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Patricia M. Strickland, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: August 19, 2020               Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
brucefox@foxandfarleylaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)