**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**DEAN STRICKLAND**
Civil Action No. **2:19-cv-04820**

### ORDER ON *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

Considering Plaintiff's *Ex Parte* Motion to Substitute Party Plaintiff, R. Doc. 17813;

**IT IS HEREBY ORDERED** that Plaintiff Patricia M. Strickland, as widow of Dean Strickland, deceased, is substituted as Plaintiff in this action and the *Ex Parte* Motion to Substitute Party Plaintiff is GRANTED.

Signed, this 24th day of August, 2020.

_____
Honorable Eldon E. Fallon, United States District Court Judge