# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
**PLAINTIFF(S)**

**VERSUS**

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.
**DEFENDANT(S)**

CIVIL ACTION
MDL NO. 2592
No. 19-cv-14669 EEF-MBN

SECTION: L

MAG. JUDGE NORTH

## ORDER

Considering the Motion For Appointment of pro bono Counsel,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20 20.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE