1

2   Lora Orozco _____ (Full Name)

3   _____ (Address Line 1)

4   PO BOX 1262 _____ (Address Line 1)

5   Fort Jones, CA 96032 ____ (Address Line 2)

6   (530) 905-1266 _____ (Phone Number)

7   Plaintiff _____ in Pro Per
    (indicate Plaintiff or Defendant)

8

9

10                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF LOUISIANA**

11  BARBARA BROWN, ALICE BROWN,        MDL No: 2592

12  LORA OROZCO _____,         Case No.: 19-CV-14669 EEF-MBN
                                       SECTION L  MAG. JUDGE NORTH
13              Plaintiffs,
                                       **PROOF OF SERVICE BY MAIL**
    vs.
14
    JANSSEN RESEARCH & DEVELOPMENT,
15
    LLC, BAYER CORPORATION,
16
    JOHNSON & JOHNSON, INC,
17

18  _____

19  _____

20  _____

21  _____,

            Defendant(s).
22

23  I, ___ ALICE BROWN _____, declare as follows:
            (name of person serving documents)
24

25      My address is PO BOX 60 CRESCENT CITY, CA 95531,

26  DEL NORTE COUNTY _____, which is located in the

27  county where the mailing described below took place.

28

                              1
                    Proof of Service by Mail

On ___8/21/2020___, I served the document(s) described as:
<small>(date of mailing)</small>

1) Ex Parte Application for PLAINTIFF'S RENEWED Ex Parte Application for APPOINTMENT OF PRO BONO COUNSEL

2) Memorandum of Points and Authorities

3) Declaration in Support of Ex Parte Application

4) (Proposed) Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in CRESCENT CITY, CALIFORNIA,
<small>(city and state of mailing)</small>
addressed to:

FAEGRE DRINKER BIDDLE & REATH LLP   (name)           ARNOLD & PORTER LLP   (name)

600 CAMPUS DRIVE   (address)           250 WEST 55th STREET (address)

FLORHAM PARK, NJ 07932 (address)           NEW YORK, NY 10019 (address)

ATTN: CHANDA MILLER   (address)           ATTN: JOAN GODDARD   (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/21/2020___   at CRESCENT CITY, CALIFORNIA.
<small>(date)</small>                     <small>(city and state of signing)</small>

_Alice Brown_
<small>(sign)</small>

ALICE BROWN
<small>(print name)</small>

**2**
**Proof of Service by Mail**

On __8/21/2020__, I served the document(s) described as:
(date of mailing)

1) Ex Parte Application for PLAINTIFF'S RENEWED APPOINTMENT OF PRO BOND COUNSEL

2) Memorandum of Points and Authorities

3) Declaration in Support of Ex Parte Application

4) (Proposed) Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in __CRESCENT CITY, CALIFORNIA__,
(city and state of mailing)

addressed to:

| BARBARA BROWN (name) | LORA OROZCO (name) |
| PO BOX 5408 (address) | PO BOX 1262 (address) |
| SUGARLOAF, CA 92386 (address) | FORT JONES, CA 96032 (address) |
| PLAINTIFF (address) | PLAINTIFF (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/21/2020__ at __CRESCENT CITY CALIFORNIA__.
(date)                    (city and state of signing)

_Alice Brown_
(sign)

ALICE BROWN
(print name)

**3**
Proof of Service by Mail

**faegre**
**drinker**

faegredrinker.com

**Kaitlyn E. Stone**
Associate
kaitlyn.stone@faegredrinker.com
973-549-7014 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

February 11, 2020

Lora Orozco
P.O. Box 1262
Fort Jones, CA 96032

Re:   Brown, et al. v. Janssen Research & Development, LLC, et al.,
      Civil Action No. 19-cv-14669 – Deficiency Notice

Dear Ms. Brown:

Below is a list of the deficiencies we have identified with respect to your compliance with CMO 11.  They are broken down by document type below.

You submitted a PDF containing a Plaintiff Verified Profile and Consent Form, a Short Form Plaintiff Fact Sheet ("PFS") and medical records. The Short Form PFS, Plaintiff Profile and Consent Form, Preservation Notice Statement, and Discovery Affidavit must be separately submitted through the MDL Centrality platform rather than submitted a standalone PDF document with handwritten answers. The signed verification page then has to be uploaded as a separate document.  Please correctly upload these overdue documents as soon as possible so that Defendants can review and advise of any deficiencies.  Please remember that any deficiencies notices will be sent directly to the e-mail address(es) you provide to MDL Centrality.

**Plaintiff Profile and Consent Form:**
- Section I.A., Docket No. – Plaintiff did not provide the docket number of the action.
- Section I.D. – Plaintiff did not provide all records from health care providers who prescribed Xarelto and that encompass the dates of use of Xarelto.
- Section I.D. – Plaintiff did not provide all pharmacy records that encompass the dates of use of Xarelto.
- Section I.H. Cause of Death – Plaintiff did not provide cause of death of the Xarelto user.
- Section I.H. Representative Documentation – Plaintiff did not provide documentation supporting the authority of Xarelto user's representative to act on behalf of the deceased Xarelto user
- Section II.3. - Plaintiff did not answer whether the Xarelto user had a PT (Prothrombin time) level higher than 20 while on Xarelto or at the time the Xarelto user experienced the events attributed to Xarelto. If the answer is "yes", Plaintiff

ACTIVE.121953874.01

*A*

must produce medical or pharmacy records demonstrating PT tests received while Xarelto user was on Xarelto.

- Section II.4. – Plaintiff did not answer whether the Xarelto user had an abnormal Anti-Factor Xa assay reading while on Xarelto or at the time of events attributed to Xarelto. If the answer is "yes," Plaintiff must produce medical or pharmacy records demonstrating the levels of Anti-Factor assay readings taken while the Xarelto user was on Xarelto.

- Please note that any amended Plaintiff Profile and Consent Form must be accompanied by a new declaration signed and dated by the plaintiff and by counsel (if counsel is obtained).

**Short Form PFS:**
- Section III.E Other Anticoagulant Medication Used – Plaintiff did not answer whether the Xarelto User ever used any anticoagulation other than Xarelto.
- Section III.G. Medication Use in last 10 years – Plaintiff did not answer whether the Xarelto User had ever taken in the last ten (10) years any of the medications or supplements listed in this section of the SFPFS.
- Section III.H. Other medications taken on a regular basis – Plaintiff did not answer whether there were any prescription medications the Xarelto User had taken on a regular basis in the seven (7) year period before the Xarelto User first took Xarelto.
- Section IV.A Worker's Compensation and Disability Claims – Plaintiff's answers indicate that the Xarelto User filed for workers' compensation, social security and/or state or federal disability benefits within the last ten (10) years, but did not provide the following: (1) year claim was filed; (2) company and/or court where claim was filed; (3) nature of the claimed injury; (4) period of disability; and (5) amount awarded.
- Section VI.B. Prior Convictions – Plaintiff did not answer whether Plaintiff has ever been convicted of, or pled guilty (or no contest) to, a felony and/or a crime involving an act of dishonesty or providing a false statement within the last ten (10) years.
- Section VI.C. Bankruptcy – Plaintiff did not answer whether Plaintiff has filed for bankruptcy in the last five (5) years.
- Section VI. Document Requests – Plaintiff did not provide a yes or no response for every question in Section VI.
- Please note that any amended Short Form Plaintiff Fact Sheet must be accompanied by a new declaration signed and dated by the plaintiff and by counsel (if counsel is obtained).

This letter constitutes notice of these deficiencies pursuant to CMO 11. You have 30 days from today to cure these deficiencies and fully comply with CMO 11 Certification of Compliance Requirements. All of the documents required to be served by CMO 11 shall be served by submitting them via MDL Centrality at the following address: www.mdlcentrality.com/MDL2592. If you have questions regarding the deficiencies cited in this notice, those inquiries should be directed to Defendants at XareltoMDL2592-PFSInquiries@bradley.com

Please be advised that Defendants intend to file motions to show cause for all plaintiffs who fail to cure these deficiencies within 30 days and will seek to have the cases dismissed with prejudice for failure to comply with CMO 11.

ACTIVE.121953874.01

This Notice of Deficiency is sent by named Defendants to the extent that they have been properly served in any particular case, and Defendants preserve all applicable service defenses. This Notice does not constitute a waiver of Defendants' right to identify additional CMO 11 deficiencies.

We understand that you are not represented by counsel. As you know, you have the right to engage your own attorney to represent your rights in this matter, and we cannot give you legal advice.

Very truly yours,

Kaitlyn E. Stone
Associate

KES

cc:   Chanda Miller, Esq.
      Joan Goddard, Esq.
      Maegan McCollum, Esq.
      Lindy Brown, Esq.

ACTIVE.121953874.01

ATTACHMENT

*Insert a copy of this page as needed to continue any section, or to write an introduction.*

III  MEDICAL HISTORY AND AUTHORIZATIONS

A-B  HEALTH CARE PROVIDERS AND FACILITIES

1. SUTTER COAST HOSPITAL - EMERGENCY ROOM
800 EAST WASHINGTON AVE
CRESCENT CITY, CA 95531
11/15/2018 - 11/16/2018
EMERGENCY THAT LED TO DEATH

2. SUTTER COAST HOSPITAL - ACUTE REHAB CENTER
800 EAST WASHINGTON AVE
CRESCENT CITY, CA 95531
9/28/2018 - 11/15/2018
REHAB FOR BRAIN/CEREBRAL HEMORRHAGE

3. MERCY MEDICAL CENTER REDDING
2175 ROSALINE AVE
REDDING, CA 96001
9/12/2018 - 9/28/2018
AIRLIFTED HERE FROM FAIRCHILD MEDICAL CENTER
FOR BRAIN CEREBRAL HEMORRHAGE

4. FAIRCHILD MEDICAL CENTER - EMERGENCY ROOM
444 BRUCE STREET YREKA, CA 96097
9/12/2018
EMERGENCY FOR BRAIN/CEREBRAL HEMORRHAGE

5. SCOTT VALLEY RURAL HEALTH CLINIC
8 COMMERCIAL STREET
ETNA, CA 96027
10/1/2017 - 9/11/2018
PRIMARY CARE PHYSICIAN

CASE NO.: 19-CV-14669 EEF ; PAGE 12 OF 13

B

*Insert a copy of this page as needed to continue any section, or to write an introduction.*

C. PHARMACIES

    1. RITE AID

      807 SOUTH MAIN STREET

      YREKA, CA 96097

    ALL OTHER HEALTH CARE PROVIDERS, HEALTH CARE FACILITIES, PHARMACIES, INSURANCE CARRIERS PROVIDING SERVICE TO DEXTER BROWN PRIOR TO 10/1/2017 ARE UNKNOWN TO US. PRIOR TO 10/1/2017 DEXTER BROWN RESIDED ALONE IN ORANGE COUNTY BEFORE RELOCATING TO SISKIYOU COUNTY WHICH IS APPROXIMATELY 800 MILES NORTH OF ORANGE COUNTY. WE ARE WORKING ON OBTAINING THE MEDICAL RECORDS FROM 10/1/2017 THROUGH 11/16/2018 (THE DATE OF DEXTER BROWN'S DEATH)

CASE NO.: 19-CV-14669 EEF      ; PAGE 13 OF 13

EN BANC ADOPTED RESOLUTION (October 5, 2016):
The Pro Bono Program is adopted as permanent with funding to remain at the current "not to exceed" level of $25,000 per annum.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## RESOLUTION OF THE EN BANC COURT

WHEREAS, the New Orleans Chapter of the Federal Bar Association (hereinafter "the FBA-NO") has expressed to the Court its desire to form a panel of its member attorneys to serve pro bono as appointed counsel to represent pro se civil litigants in cases pending in the Court (hereinafter "the Civil Pro Bono Counsel Panel" or "the Panel"), in the interest of furnishing (a) pro bono service to litigants who request counsel but lack the financial resources to hire a lawyer, (b) pro bono service to the Court in furtherance of the just and efficient administration of its civil docket, and (c) litigation experience to younger lawyers who seek to increase their familiarity and involvement in federal litigation practice in this Court;

WHEREAS, the Court commends the FBA-NO for its efforts and goals and contemplates that it may have sufficient need for such a pro bono project, but seeks to acquire additional data and experience concerning how, pursuant to what guidelines, at what monetary cost, and to what extent such a program might operate;

IT IS HEREBY RESOLVED, upon unanimous vote of the judges of the Court, that a Pilot Program concerning the proposed Civil Pro Bono Counsel Panel is instituted to be operated in civil cases in the Court pursuant to the following protocol:

(1) The Pilot Program will be conducted by the Magistrate Judges of the Court for one year, commencing on July 1, 2014.

(2) The current president of the FBA-NO has appointed a Committee of its members who will be responsible for (a) canvassing its membership, (b) identifying attorneys in good standing at the bar of this Court who have volunteered and are willing to serve on the Civil Pro Bono Counsel Panel, and (c) providing the Court as soon as possible with a list identifying those lawyers by name, firm affiliation (if any), mailing address, email address and telephone number who have volunteered to serve on the Panel. One member of this FBA-NO Committee must be designated as the Pilot Program Coordinator.

(3) During the one-year operation of the Pilot Program, the Magistrate Judges of this Court may appoint counsel who are listed as Panel members to represent pro se litigants in civil cases, but only pursuant to the following standards:

*C*

(a) Before determining whether counsel should be appointed from the Panel, the Magistrate Judge assigned to the case must await the pro se litigant's (i) filing of a written motion for appointment of counsel, or (ii) making of an oral motion on the record during a hearing.

(b) Appointments of counsel from the Panel may only be made in (i) cases of the type that are automatically referred to Magistrate Judges under Local Rule 73.2; (ii) other civil cases in which a Judge of the Court has issued a specific referral order as contemplated by Local Rule 73.3; and (iii) any other civil case in which the Judge refers a motion for appointment of counsel to the assigned Magistrate Judge.

(c) Appointment of counsel from the Panel must be limited only to those pro se litigants who have demonstrated to the Magistrate Judge financial <u>inability</u> to pay privately retained counsel. 28 U.S.C. § 1915(e)(1).

(d) In cases filed by prisoners, counsel may not be appointed from the Panel until the Magistrate Judge has determined that the case should proceed beyond the screening process required in 28 U.S.C. § 1915A.

(e) Counsel from the Panel must <u>not</u> be appointed as a matter of course or ordinary practice, since there is no automatic right to appointment of counsel in civil cases, especially in civil rights cases. <u>Hadd v. LSG-Sky Chefs</u>, 272 F.3d 298, 301 (5th Cir. 2001); <u>Castro v. Becken</u>, 256 F.3d 349, 353-54 (5th Cir. 2001), Instead, in considering motions for appointment of counsel, the Magistrate Judges must apply and briefly address in their appointment orders the appropriate applicable legal standards; including, for example:

(i) in civil rights cases, the requirement that "[a] district court should appoint counsel in a civil rights cases only if presented with exceptional circumstances," <u>Norton v. DiMazana</u>, 122 F.3d 286, 293 (5th Cir. 1997); <u>Ulmer v. Chancellor</u>, 691 F.2d 209, 213 (5th cir. 1982): based upon consideration of "the type and complexity of the case, the litigant's ability to investigate and present the case, and the level of skill required to present the evidence," <u>Romero v. Becken</u>, 256 F.3d 349, 355 (5th Cir. 2001), and whether appointment would be a service to the Court and all parties in the case by "sharpening the issues . . . , shaping the examination of witnesses, and thus shortening the trial and assisting in a just determination." <u>Ulmer,</u> 691 F.2d at 213; and

(ii) in Title VII cases, where "exceptional circumstances" are not required, "the merits of the plaintiff's claims of discrimination; (2) the efforts taken by the plaintiff to obtain counsel; and (3) the plaintiff's financial ability to retain counsel." <u>Gonzalez v. Carlin</u>, 907 F.2d 573, 580 (5th cir. 1990).

(4) When the Magistrate Judge grants a motion for appointment of counsel, the order will designate that the appointment is of a lawyer from the Civil Pro Bono Counsel Panel and forward the order to the FBA-NO Pilot Program Coordinator, who will select a lawyer from the Panel for specific assignment to the case and provide the lawyer's name and contact information to the Magistrate Judge, who will then direct the Clerk to mark that lawyer on the docket sheet of the case as counsel of record for the party.

(5) The Court has approved the expenditure of no more than $25,000.00 payable from the Court's Attorney Registration and Disciplinary Fund described in Local Rule 83.2.2(G) for use in the Pilot Program as follows:

(a) reimbursement of costs must not exceed $2,500.00 per case, and will only be paid upon motion and order of a Magistrate Judge to the Clerk to make payment;

(b) ordinary reimbursable costs are limited to the actual documented cost of case-related (i) long distance telephone and facsimile costs; (ii) photocopying, not to exceed $.10 per page; (iii) deposition transcripts; and (iv) U.S. postage;

(c) upon <u>prior</u> approval of the Magistrate Judge, by motion and order, case-related travel (i) by private automobile at the per mile rate then in effect for federal judiciary employees, and (ii) by other means on an actual documented cost basis at the lowest possible fare, may also be reimbursed.

(d) upon <u>prior</u> approval of the Magistrate Judge, the reasonable fees of expert witnesses may be reimbursed upon motion and order of the Court.

(6) Attorneys fees and taxable costs may be recovered by counsel appointed from the Panel if allowed under the law applicable to the case to the same extent and in the same manner as applicable to retained counsel in the same kind of case. To the extent that recovered taxable costs are the same as costs already reimbursed to counsel from the Court's Attorney Registration and Disciplinary Fund, the previously reimbursed costs must be refunded by counsel to the Attorney Registration and Disciplinary Fund.

(7) At the conclusion of the one year operation of the Pilot Program, the Chief Magistrate Judge, after consultation with the FBA-NO Pilot Program Coordinator and all Judges and Magistrate Judges who have presided over civil cases during the year in which Panel members have been appointed, will present a report to the En Banc Court concerning operation of the project. The report will include (i) the number and type of cases in which appointments have been made; (ii) the reasons for the appointments as

-3-

expressed in the appointment orders; (iii) the then-current status of each case; (iv) the approximate amount of time spent by appointed lawyers on each case; (v) the types of and amounts incurred in litigation costs, including any part of those costs for which reimbursement from Court funds has been sought and rejected or approved for payment by the Clerk; (vi) anecdotal evidence from the appointed lawyers concerning their experiences; and (vii) any other matters that might be relevant to the Court's evaluation of the Pilot Program. Thereafter, the En Banc Court will determine whether and, if so, how the project might continue in effect.

(8) Nothing in this Resolution affects the ability of any Judge of the Court to appoint law students and supervising attorneys of a law school clinic as counsel in any case as provided in Local Rule 83.2.13.

New Orleans, Louisiana, this ___22nd___ day of _____April_____, 2014.

FOR THE COURT:

*Sarah Vance*

SARAH S. VANCE
CHIEF JUDGE

cc:     ALL DISTRICT JUDGES
        ALL MAGISTRATE JUDGES

-4-

| **Discharge Instructions** |
| --- |

**Fairchild Medical Center**
personal service | precise technology

| | | | |
| --- | --- | --- | --- |
| Pt Name: | Brown, Dexter | Acct No: | 30064182 |
| Pt ID: | 0100098646 | Age/Sex: | 54Y / M |

| Discharge Assessment And Instruction | Entered By :Catherine Schieber, RN on 02/21/2018 |
| --- | --- |

## STOP TAKING THESE MEDICATIONS

**If you have questions about your medications, please ask your physician or nurse.**

- **hydrALAZINE** 25 mg Tablet
  take 1 tablet by mouth twice a day with food

- **pantoprazole (ProTONIX)** 40 mg tablet,delayed release (DR/EC) 1 tablet
  Oral daily

- **cloNIDine HCl** 0.1 mg Tablet
  take 1 tablet by mouth twice a day

## DISCHARGE MEDICATIONS (Take these medications after Discharge)

| Scheduled Medications | Last Dose Taken |
| --- | --- |
| ✓ amLODIPine 10 mg Tablet 1 tablet Oral daily | *Not given* |
| ✓ lisinopril 40 mg Tablet 1 tablet Oral daily | *Not given* |
| ✓ metFORMIN 500 mg Tablet 1 tablet Oral twice a day during meal<br>take 1 tablet by mouth twice a day every morning and every evening MEALS | *2/21/18  0800* |
| ✓ metoprolol tartrate 50 mg Tablet 1 tablet Oral twice a day | *2/21/18 0815* |
| ✓ traZODone 100 mg Tablet 1 tablet Oral daily at bedtime *NEED RX* | *Not given* |
| ✓ ℞ levofloxacin (LevaQUIN) 750 mg Tablet 1 tablet Oral daily *6 days* | *2/21/18  1203* |
| ✓ ℞ docusate sodium 100 mg Capsule 1 capsule Oral three times a day | *Not given* |
| ✓ ℞ rivaroxaban (Xarelto) 20 mg Tablet 1 tablet Oral daily | *2/20/18 9:00 pm* |
| ✓ pramipexole 0.5-2 Tablet 1 tablet Oral bedtime *NEED RX* | *2/20/18 9:00 pm* |
| ✓ gabapentin 300 mg Capsule 1 capsule Oral twice a day | *Not given* |

℞ ePrescribed-sent to this pharmacy
RITE AID-807 S MAIN ST.
807 SOUTH MAIN STREET
YREKA, CA 960973374

*FLOMAX 4mg cap   NEED RX*

© 2014-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Discharge Instructions Report
ORE_A0V4_DischargeInst_CSTM_EDR_100217.rpt
Printed  on: 2/21/2018 and 14:43

| Discharge Instructions |
| --- |

**Fairchild Medical Center**
personal service ¦ precise technology

| | | | | |
| --- | --- | --- | --- | --- |
| Pt Name: | Brown, Dexter | | Acct No: | 30064182 |
| Pt ID: | 0100098646 | | Age/Sex: | 54Y / M |

| Discharge Assessment And Instruction | Entered By :Catherine Schieber, RN on 02/21/2018 |
| --- | --- |

**Notify Physician For:**   Fever or chills
Temperature over 100.5 lasting more than 8 hours
Nausea and/or vomiting more than 3 times or longer than 24 hrs, not relieved with anti-nausea medication
Diarrhea in large quantity or more than 3-4 bowel movements in 24 hours
Constipation, no bowel movement in 3 days or longer
Shortness of breath
Chest pain
Redness, swelling, warmth, pain at IV access/device site
Redness, swelling, warmth around incision          Bleeding or drainage from incision
Severe weakness or tiredness
Severe pain that pain medication does not control
If symptoms worsen contact your health care provider or call 911

**Discharge Instructions**
Take Xeralto ( blood Thinner) and Levaquin ( both new meds) as prescribed
take other meds as prescribed
DO NOT take ASPIRIN because you are already on blood thiiner called Xarelto
PCP and Cardiology and PSYCH f/u in 2-4 weeks
**Education Suggested by CEHRT**     Yes
**Patient Education**

© 2014-2018 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.



# FAIRCHILD
## MEDICAL CLINIC

Patient: **Dexter Brown**
Date of Birth: 05/31/1963
MRN: 000001502176
Date: 02/21/2020 08:57 AM

## Active Medications

| Medication Name | Directions | Start Date | Rx Comment |
|---|---|---|---|
| Stool Softener 100 mg tablet | take 1 tablet by oral route  every day at bedtime as needed | 11/08/2017 | taking as directed |
| hydrocortisone 2.5 % topical cream | apply by topical route 2 times every day to the affected area(s) on torso | 03/09/2018 | taking as directed |
| lisinopril 40 mg tablet | take 1 tablet by oral route  every day | 05/04/2018 | taking as directed |
| amlodipine 10 mg tablet | take 1 tablet by oral route  every day | 05/04/2018 | taking as directed |
| metoprolol tartrate 50 mg tablet | take 1 tablet by oral route every 12 hours with meals | 06/04/2018 | taking as directed |
| XARELTO 20 MG TABLET | take 1 tablet by mouth once daily | 06/28/2018 | taking as directed |
| gabapentin 300 mg capsule | take 1 capsule by oral route 2 times every day | 06/29/2018 | taking as directed |
| clonidine HCl 0.1 mg tablet | take 1 tablet by oral route 2 times every day | 07/05/2018 | taking as directed |
| metformin 500 mg tablet | take 1 Tablet by oral route 2 times every day with morning and evening meals | 07/09/2018 | taking as directed |
| pramipexole 0.5 mg tablet | take 2 tablet by oral route  every day | 07/27/2018 | taking as directed |
| hydrochlorothiazide 25 mg tablet | take 1 tablet by oral route  every day | 08/06/2018 | taking as directed |
| furosemide 40 mg tablet | take 1 Tablet by oral route  every day | 08/16/2018 | |
| potassium chloride ER 20 mEq tablet,extended release | take 1 tablet by oral route  every day with food | 08/16/2018 | |

## Allergies
No known allergies.

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Document Generated by:  Amanda St Germain 02/21/2020 08:57 AM

**Fairchild Medical Clinics**
**475 Bruce Street**
**Yreka, CA  96097**
**(530) 842-3507**

Brown, Dexter E Acct No: 30106487 OPT EMR 9/12/2018 - 9/12/2018 ED Physician Note Altered Mental Status - 9/15/2018 4:02:36 AM Jeff Evans, DO PHYNOTE

---

## Altered Mental Status - ED Provider Note

continued from previous page

**Collected On: 09/12/2018 12:32**

There is no displaced fracture. IMPRESSION: 1. Acute subarachnoid and intraventricular hemorrhage. This is most likely due to aneurysm rupture. Possible developing obstructive hydrocephalus. End of Report ORDERED BY: JEFFREY EVANS, DO READ BY: REBECCA DYSON, MD on Sep 12 2018 1:32P SIGNED BY: REBECCA DYSON, MD on Sep 12 2018 1:32P 418924

Radiology Findings Discussed with Patient and/or Family Yes.

**Consults**
Consultations Call Time 9/12/2018 13:38, Provider Name/Group Dignity Redding transfer center, Details Discussed all of the details of the case with the transfer center..
Consultations Call Time 9/12/2018 13:40, Provider Name/Group Dr. Wolfe, Details Discussed all of the details of the case with the oncall ER Provider. He will accept. .
Consultations Call Time 9/12/2018 13:54, Provider Name/Group Pt's family, Details Pt's family states that the patient is a full code. .

**ED Course**
ED Course Time 9/12/2018 12:32, Clinical Status Stable, Findings This is a morbidly obese Caucasian male who is brought to us by EMS. Family noted earlier today decreased level of consciousness and that the patient was incontinent of urine. He is Glasgow Coma Scale of 14, and will respond to simple questions yes or no. He can follow simple commands. No lateralizing neuro signs are noted at this time. He is a hypertensive, diabetic patient on antihypertensives and Xarelto. At time of arrival the emergency room blood pressures greater than 200 systolic..
ED Course Time 9/12/2018 13:22, Clinical Status Stable, Findings Radiologist read on head CT is noted..
ED Course Time 9/12/2018 13:26, Findings 10 mg alert labetalol IV slow push was given, 2500 units of prothrombin complex concentrate is given IV..
ED Course Time 9/12/2018 14:53, Clinical Status Getting Worse, Findings Patient seems to have decompensated in terms of his alertness, now has some dry heaves and retching. My concern is for further deterioration in route. Helicopter team just arrived gave him the option of intubating him here or intubating him in route we all opted to do it now. See intubation note and OG tube note. No difficulty was encountered either with intubation or orogastric tube placement. Vent settings will be per transfer team..

**Diagnostic Impression**
Problem Obstructive Hydrocephalus, Subarachnoid Hemorrhage, Diabetes Mellitus Type 2 in Obese, Peripheral Circulatory Disorder from Type II Diabetes Mellitus.
Freetext Problem Below the knee amputation on the right, old.
Medical Decision Making Patient is a 55 y/o male who presents to the ED today brought in via EMS for AMS, onset today. Patient lives with his mother, she called EMS today. Per EMS, pt with similar presentations on past EMS calls. On exam patient is not answering questions but he is following commands. Per family, pt has otherwise been normal, although has experienced urinary incontinence over the past two days. Hx of bipolar disorder and DM.

Exam shows a morbidly obese CM, non-verbal but following commands with poor respiratory effort, hypoactive bowel sounds, 2+ pitting edema on the LLE and a BKA on the right. Chest x-ray shows no acute abnormality identified. Head CT shows acute subarachnoid and intraventricular hemorrhage. This is most likely due to

| Name: | Dexter E Brown | MRN: | 1502176 | Patient ID: | 30106487 |

Chart Report - Physician Notes  Page 7 of 8

© 2003-2018 Siemens Medical Solutions USA, Inc. All rights reserved
Crystal Reports © 2018 Business Objects SA All rights reserved

Printed By: JS - Job Scheduler
Printed On: 15-Sep-18 04:02

Brown, Dexter E Acct No: 30106487 OPT EMR 9/12/2018 – 9/12/2018 ED Physician Note Altered Mental Status – 9/15/2018 4:02:36 AM Jeff Evans, DO PHYNOTE

---

**Altered Mental Status - ED Provider Note**

*continued from previous page*

**Collected On: 09/12/2018  12:32**

aneurysm rupture. Possible developing obstructive hydrocephalus.

Plan: Emergent transfer ER to ER Mercy Redding. .

**Disposition**
Disposition Transfer Transfer Details Decision Time 9/12/2018 13:43. Reason for Transfer acute subarachnoid and intraventricular hemorrhage, Accepting Facility Dignity health Redding, Accepting Physician for Patient Transfer Dr. Wolfe, Transition of Care Has the patient been transitioned or referred to another care provider? Yes, Transition of Care Document to Pt/Family or Care Provider Yes; Case Discussed With Dr. Wolfe/ER, Patient Condition Fair, Patient Improvement Unchanged, Comment ER to ER.

**Supervisory Note**
Supervisory Note For Scribe The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Yes,
Additional Notes
I attest that this document has been generated by a scribe, I have read and agree with it's information though it's syntax and verbiage might not be quite what I would chose for myself.  However, the documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by myself. (jce)

**Billing**
Additional Critical Care Time 30-74 Min 30-74 Min Detail Comment A total critical care time of 58 minutes was expended on this patient this includes; doing the H&P, review of medical records, physician computer order entry, re-examinations, review of test results and discussion with consultants, family and admitting/receiving physicians. This does not include any time spent in separately billed procedures.

**Documented for Jeff Evans, DO by Miranda Luckey, Scribe on 09/12/2018 13:55**

**Electronically signed by Jeff Evans, DO on 09/12/2018 15:13**

---

| | | | | | |
|---|---|---|---|---|---|
| **Name:** Dexter E Brown | | **MRN:** 1502176 | | **Patient ID:** 30106487 | |

© 2003-2018 Siemens Medical Solutions USA, Inc  All rights reserved
Crystal Reports © 2018 Business Objects SA  All rights reserved

Printed By: JS - Job Scheduler
Printed On: 15-Sep-18 04:02

8 of 8


**Dignity Health.**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:     (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN: 1001094891(R); 12502113(AMB)

Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:  King,Richard MD

## *Discharge Summary*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Discharge Summary
9/28/2018 16:30 PDT
Auth (Verified)
Travis,Joshua A DO (9/28/2018 16:30 PDT)
Travis,Joshua A DO (10/7/2018 14:16 PDT)

**Discharge Summary**

DATE OF ADMISSION: 09/12/2018

DATE OF DISCHARGE: 09/28/2018

DISCHARGE DIAGNOSES:
1. Intracranial hemorrhage.
2. Contrast dye-induced nephropathy.
3. Acute hypoxic respiratory failure.
4. Type 2 diabetes.
5. Hypertension.
6. Metabolic encephalopathy.

CONSULTANTS:
1. Neurology, Dr. Erek Helseth.
2. Neurosurgery, Dr. Joel Ulloth.
3. General Surgery, Dr. Paul Beck.

IMAGES AND DIAGNOSTICS:
1. Chest x-ray dated 09/12/2018 showed endotracheal tube in good position.
2. CT angio of the head and neck dated 09/12/2018 showed no evidence of vascular malformation, aneurysm, or significant intracranial arterial stenosis.
3. CT of the head dated 09/12/2018 showed diffuse intraventricular hemorrhage.
4. CT of the head dated 09/13/2018 showed intraventricular and subarachnoid hemorrhage.
5. IR angiogram dated 09/13/2018 showed unremarkable cerebral angiogram.
6. CT of the head dated 09/16/2018 showed intraventricular hemorrhage seen unchanged from 09/13/2018.
7. Bilateral lower extremity ultrasound showed no evidence of DVT.
8. CT of the head dated 09/21/2018 showed persistent intraventricular hemorrhage stable with mild hydronephrosis.
9. Echocardiogram dated 09/16/2018 showed EF of 60% to 65%.

OPERATIONS AND PROCEDURES:  Gastrostomy tube placement, performed by Dr. Paul Beck on 09/24/2018.

PRESENTATION:  The patient is a 55-year-old gentleman who reportedly has history of diabetes, schizoaffective disorder, bipolar disorder, and a right BKA, was transferred from Fairchild Medical Center for an acute subarachnoid and intraventricular

| Legend: | C=Corrected | *=Comment | | H=High | | L=Low | | |
|---------|-------------|-----------|--|--------|--|-------|--|--|
| Lab Legend: | C= Critical | @=Corrected | *=Abnormal | H= High | L=Low | i=Interpretive Data | f=Footnotes | |

Laboratory Medical Director:     Mark Ramus MD
Date/Time Printed:   2/27/2020 08:18 PST

 **Dignity Health**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:     (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:  1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:   King.Richard MD

## *Discharge Summary*

hemorrhage.  The patient reportedly has been less responsive over the last 2 days according to mother, started having urinary incontinence, and was unarousable the morning of admission, was sent to Fairchild Medical Center where he was found to have a subarachnoid with intraventricular hemorrhage, and was transferred to Mercy Medical Center for further evaluation.

HOSPITAL COURSE:  The patient was admitted with above diagnoses, initially admitted to the Intensive Care Unit.  Dr. Helseth evaluated with a CT angiogram that showed no significant findings.  Also, Neurosurgery evaluated and felt no neurosurgical intervention was needed at this point in time.  His bleed stayed stable.  The patient remained somewhat obtunded during most of his hospitalization, was only minimally responsive much of the time.  He had to have a PEG tube placed.  Discussion was held with family regarding their wishes.  They wish for the patient to continue with aggressive care and to try to rehab as much as possible.  The patient had developed a contrast-induced nephropathy which had resolved.  His chronic conditions remained stable throughout.  The patient will need significant rehab at the time of discharge and was discharged to Sutter Coast for ongoing acute skilled rehab.

PHYSICAL EXAMINATION:
VITAL SIGNS:  The patient is afebrile with rest of vital signs within normal limits, saturating well on room air.
RESPIRATORY:  Lung sounds were clear to auscultation.  No wheeze.  No crackles.
CARDIOVASCULAR:  Heart had regular rate and rhythm.  No murmurs.
GASTROINTESTINAL:  Abdomen was obese, soft, nontender, nondistended.  Bowel sounds present in all 4 quadrants.
MUSCULOSKELETAL AND EXTREMITIES:  No edema.  Pulses intact.
NEUROLOGIC:  The patient is pretty somnolent as he has previously been.  No new findings.

DISCHARGE MEDICATIONS:
1. Norco 5/325 mg 1 tablet via feeding tube every 4 hours as needed for pain.
2. Amlodipine 10 mg via feeding tube.
3. Clonidine 0.2 mg p.o. q.8h. via feeding tube.
4. Gabapentin 300 mg b.i.d. via feeding tube.
5. Insulin glargine 30 units subcutaneous q.12.
6. Pramipexole 1 mg via feeding tube daily.
7. Risperidone 1 mg via feeding tube b.i.d.

DISCHARGE INSTRUCTIONS:
1. The patient is instructed to take all medications as directed.
2. The patient will follow up with primary care provider at discharge from Sutter Coast.
3. Further instructions to be determined once he is discharged from Sutter Coast.
4. The patient is to seek further medical attention with any reoccurrence of symptoms or any concerning medical issues.

TIME SPENT:  Thirty-five minutes was spent on discharge.

Dictated by: JOSHUA TRAVIS, DO

D: 09/28/2018 16:30:47 /JT     T: 09/29/2018 10:37:19 /NTS     Doc: 278944     Job: 014962

cc:

 **Dignity Health**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:      (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:  1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex: M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:    King, Richard MD

## *Discharge Summary*

*Electronically Signed By:*
*Travis, Joshua A DO*
*On 10/07/18 14:16*
*Co Signature By:*
*Modify Signature By:*

 **Dignity Health.**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:    (530) 225-6000

**NAME: BROWN, DEXTER E**
MRN:  1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:    King,Richard MD

## *History and Physical*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

History and Physical
9/12/2018 22:53 PDT
Auth (Verified)
King,Richard MD (9/12/2018 23:15 PDT)
King,Richard MD (9/12/2018 23:15 PDT)

Patient: BROWN, DEXTER E    MRN: 1001094891    FIN: 32006730181
Age: 55 years   Sex: M   DOB: 05/31/1963   Active Insurance: PARTNERSHIP HLTHPLAN MCAL
Admitting MD: King, Richard MD    Location: MMR ICUN: 2508: A   PCP: Fournier, Christa L FNP
Author: King, Richard MD

Chief Complaint
Intraventricular hemorrhage

History of Present Illness
The history of present illness is obtained exclusively from the emergency physician and review of the medical record as the patient is intubated.

55 year old male with history of HTN, depression, DM, schizoaffective disorder, bipolar, right BKA is transfer from Fairchild for an acute subarachnoid and intraventricular hemorrhage. Per flight medics, patient has becoming less responsive the last 2 day,with urinary incontinence and was unarousable by his mom this morning. She activated EMS, and on EMS arrival, patient was able to follow simple commands but was non verbal.  He was transfered to Fairchild medical center where a CT brain revealed subarachnoid and intraventricular hemorrhage, concerning for ruptured aneurysm, with possible developing obstructive hydrocephalus. He continued to become less responsive and was intubated. He is on Xarelto for reasons that are unclear.  He was given 2500 units of Kcentra and was sedated with propofol.  He was transferred to Mercy Medical Center, Redding for further evaluation and management.  He was stable in flight, with blood pressure between 120-160s systolic over 80-90 diastolic.

Dr. Helseth the on-call neuro-interventionalists was consulted.  A CT angiogram was performed and revealed no evidence of aneurysm or vascular malformation.  Dr. ulloth the on-call neurosurgeon was also consulted and does not recommend placement of an EVD at this time

Review of Systems
Due to patient condition

Objective

Vitals & Measurements
T: 36.4 °C (Temporal Artery) HR: 64 RR: 16 (Total) BP: 117/60 SpO2: 99% Oxygen
Method: Ventilator WT: 145 kg
When I evaluated the patient in the emergency department blood pressure was 146/90

Physical Exam
General: Obese man, Intubated sedated
Neurologic:RASS-3, pupils constricted bilaterally. He moves both lower extremity spontaneously but does not follow commands. No significant move his upper extremities.

Problem List/Past Medical History
Ongoing
    No qualifying data
Historical
    No qualifying data

Home Medications
    No active home medications

Allergies
No Known Medication Allergies
    Reaction: None Documented

Social History
Alcohol
Unknown alcohol history, 09/12/2018
Home/Environment
Religious restrictions/concerns: None., 09/12/2018
Substance Abuse
Unknown substance abuse history, 09/12/2018
Tobacco
Not obtained due to cognitive impairment, 09/12/2018

Date/Time Printed:   2/27/2020 08:18 PST

 **Dignity Health**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:     (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:   1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years     Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:  King,Richard MD

## *History and Physical*

HEENT: Normocephalic/atraumatic, mucous membranes moist
Pulmonary: Breath sounds clear to auscultation bilaterally
CV: Regular rhythm no murmurs gallops rubs
Abdomen: Obese soft nondistended
Extremities: Nonedematous
Skin: Pink warm well-perfused

Lab Results
Reviewed.  Anti-XA is greater than 1.09.  INR 1.1 potassium 4.8 even 25 creatinine 1.5
glucose 210

Diagnostic Results
(09/12/2018 17:50 PDT CT Angio Head+Neck w Contrast)
IMPRESSION:
 1. No evidence of vascular malformation, aneurysm, or significant
intracranial
arterial stenosis.
2. No significant interval change in the large volume of intraventricular
blood
products, hydrocephalus, and suspected left periventricular parenchymal
hemorrhage. [1]

Assessment/Plan
55-year-old man critically ill who has suffered a spontaneous intraventricular hemorrhage in
the setting of hypertension and diabetes mellitus is now dependent on mechanical
ventilation.

Intraventricular hemorrhage
Plan: Serial neurologic exams.  He does require sedation as he becomes hypertensive
when he is not sedated
     Follow-up CT scan, closely monitor ventricular volume for open hydrocephalus
     Neurosurgery consulted

Factor X A inhibition by Xarelto, incompletely reversed with previous Kcentra administration
Plan: Repeat Kcentra 2500 units
     Monitor and telemetry

Acute Respiratory failure, neuromuscular
Plan: Continue mechanical ventilation to maintain adequate oxygenation, ventilation, and
acid base balance

Hypertension, goal systolic blood pressure 120–140 mmHg
Plan: Nicardipine infusion

Possible acute kidney injury, baseline creatinine unknown
Plan: Continue to monitor renal function, electrolytes, volume status, avoid nephrotoxic
agents, hold metformin and lisinopril regimen.

Diabetes mellitus
Plan: Moderate glycemic control with insulin therapy as needed.

Psychiatric, history of depression, bipolar disorder and schizoaffective disorder

 **Dignity Health.**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:    (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:  1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963   Age:  55 years      Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:    King,Richard MD

---

### *Consultation*

EXTREMITIES:  Warm and well perfused.

There is 2 CTs available for review.  They both show stable appearing interventricular hemorrhage with mild subarachnoid extension into the cervical medullary junction, basilar cisterns, mild hydrocephalus, which is stable on followup CT scan.

ASSESSMENT AND PLAN:  A 55-year-old male, spontaneous interventricular hemorrhage, small subarachnoid component. He was taking Xarelto, which has been reversed with Kcentra.  He is intubated and sedated, although he has an adequate exam, which can be followed for the time being.  We will also continue following the CTs for evidence of progression of hydrocephalus.  I appreciate the opportunity to be involved in Mr. Brown's care.


Dictated by: JOEL ULLOTH, MD


D: 09/13/2018 07:53:42 /JU    T: 09/13/2018 10:32:49 /NTS    Doc: 235169    Job: 044860

cc:


*Electronically Signed By:*
*Ulloth, Joel E MD*
*On 09/18/18 08:33*
*Co Signature By:*
*Modify Signature By:*

 **Dignity Health.**

**Mercy Medical Center Redding**
2175 Rosaline Avenue
Redding, CA 96001-
Facility Phone #:    (530) 225-6000

NAME: **BROWN, DEXTER E**
MRN:  1001094891(R); 12502113(AMB)
Acct #: 32006730181(H)
Pt Loc: MMR ORTH; 229; A

DOB: 5/31/1963  Age: 55 years    Sex:M
Admit Date:  9/12/2018
Disch Date:  9/28/2018
Physician:    King,Richard MD

### *Operative and Procedure Reports*

DOCUMENT NAME:
RECEIVED DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Operative Report
9/24/2018 16:39 PDT
Auth (Verified)
Beck,Paul V MD (9/24/2018 16:44 PDT)
Beck,Paul V MD (9/24/2018 16:44 PDT)

**Operative Report**

Patient:  **BROWN, DEXTER E**      MRN: **1001094891(R)**       FIN: **32006730181(H)**
Age:  **55 years**   Sex:  **M**   DOB:  **05/31/63**
Associated Diagnoses:  None
Author:  **Beck, Paul V MD**

**Operative Information**
   Procedure:  Procedure:
Percutaneous Endoscopic Gastrostomy (PEG) tube placement.
   **Preoperative Diagnosis:**  Intraventricular hemorrhage (ICD10-CM I61.5, Discharge, Medical).
   **Postoperative Diagnosis:**  Same.
   **Performed by:**  Beck, Paul V MD.
   **Assistant:**  N/A.
   **Findings:**  Feeding tube placed in the distal gastric body
Wound class II.
   **Specimens Removed:**  None.
   **Estimated Blood Loss:**  N/A.
   **Indications:**  Dysphagia following intraventricular bleed.
   **Procedure Details:**  Date/Time  09/24/18 12:45:00, Procedure Description
Patient was brought to the endoscopy suite.  He was identified by the nursing staff and the attending physician.  Signed consent was confirmed.  Patient was placed supine and sedation was initiated.  A total of 4 mg of Versed and 100 µg of fentanyl were given throughout the procedure intravenously.  The upper endoscope was easily advanced to the oropharynx, following the nasoenteric feeding tube.  Stomach was insufflated with air.  Needle with sheath was passed into the stomach 3 fingerbreadths below the costal margin just left of the abdominal midline.  Needle was seen entering into the gastric body. Needle was removed, leaving the sheath in place.  Guidewire was passed into the stomach and in the snared with an endoscopic snare.  Wire was pulled back out through the oropharynx and attached to the feeding tube.  Pull-through technique was used to secure the tube in place.  Tube was 8 cm at the skin edge.  Antibiotic ointment followed by Silastic securing flange were placed.  Tube occlusion device was placed followed by the stopcock.  Patient was taken to the postanesthesia care unit in stable condition..
   **Anesthesia Type:**  IV Sedation.
   **Lines and Tubes:**  PEG tube.
   **Complications:**  None.
   **Correct Counts:**  Yes.
   **Disposition:**  PACU.
   **Patient status at the end of procedure::**  Stable.



218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

(800) 898-2034

BeasleyAllen.com

**David B. Byrne, III**
Principal
david.byrne@beasleyallen.com

ATLANTA | MONTGOMERY

February 17, 2020

Ms. Alice Brown
Post Office Box 60
Crescent City, California

RE:     **Xarelto Litigation**
        **Your Reference Number: 202000003485**

Dear Ms. Brown:

Thank you for contacting our firm regarding the above referenced matter.   However, we are not handling cases involving Xarelto at this time.  You should not take this as an indication that you do not have a claim or that some other lawyer would not be willing to take your claim. Failure to file your claim in a timely manner will result in it being barred forever.  Therefore, if you wish to pursue your claim, you must contact another attorney as soon as possible.

We appreciate you allowing us the opportunity to investigate this claim.  As always, please feel free to contact our firm should you have any questions.

As you may be aware, we handle a variety of cases.  To learn more about the cases we do handle, we welcome you to visit our website at www.BeasleyAllen.com.

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

DAVID B. BYRNE, III

DBB: bnc

E

**ATTORNEYS**
Robert S. Arns
Jonathan E. Davis*
Zachariah D. Hansen
Hillary R. Allyn
Robert C. Foss
Shounak S. Dharap
Michael Langton**

**Investigator**
Jerry Lambert

*Licensed to practice in Nevada and California
** Licensed to practice in Nevada only



**California Office:**

515 Folsom Street
3rd Floor
San Francisco, CA 94105
Tel: 415-495-7800
Fax: 415-495-7888
JED@arnslaw.com

August 13, 2020

Alice Brown
PO Box 60
Crescent City, CA 95531

Dear Ms. Brown:

I am writing concerning your potential case.  We have reviewed this matter, and this office has concluded that we are declining the opportunity to represent you in this matter. This does not mean that you do not have a viable action.  In fact, we encourage you to pursue this matter by contacting another attorney.

## WARNING: YOUR CASE WILL BE BARRED UNLESS YOU TIMELY FILE A CLAIM

You must be warned that unless a legal action is properly instituted prior to the expiration of the statute of limitations, you will be forever barred from instituting an action.

## CONCLUSION
## <u>ACTION REQUESTED OF YOU</u>

Please sign the enclosed copy of this letter, and return it to me in the self-addressed, stamped envelope provided so that our file will be complete.  If we can be of further assistance, or if you have any questions, please do not hesitate to call on us.

**Please Respond to California Office**
**Nevada Office:**
801 RIVERSIDE DRIVE
RENO, NV 89503
TEL: 775-324-2723
FAX: 775-329-7447

Page 2
August 13, 2020

Thank you very much for your courtesy and cooperation in this regard.

Sincerely,

Jonathan E. Davis
JED:mrg

Enclosures


RETURN RECEIPT REQUESTED


I have read and understand the above letter.


Dated:


_____
                    Alice Brown