# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Horace Green v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-6163

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned

Plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that the attached correspondence be filed into the record

under seal.

New Orleans, Louisiana, this 25th day of August 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Michael B. Lynch, Esq.
         THE MICHAEL BRADY LYNCH FIRM
         127 West Fairbanks Ave. #528
         Winter Park, Florida 32789
         Email: michael@mblynchfirm.com

Jacob S. Woody
BrownGreer PLC (Richmond) 250
Rocketts Way
Richmond, VA 23231
Email: jswoody@browngreer.com

Leonard Davis
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Email: ldavis@hhklawfirm.com