

August 27, 2020

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   Application for Refund of Duplicate Electronic Filing Fees
       XARELTO Master Case No.: 14-md-2592
       *Stanley v. Janssen Research & Development, LLC et al: Case No.: 2:16-cv-00394

To Clerk of Court:

The $400 filing fee was inadvertently paid twice on the above listed Xarelto case for Plaintiff Robbie Stanley. The first payment was made on 7/15/2020, and the duplicate payment was made on 8/26/2020.

We respectfully ask the Court to please refund the $400.00 that was paid on 8/26/2020, Receipt number: ALAEDC-8467493.

We apologize for the oversight and confusion.

Sincerely,

William Todd Harvey, Esq.