UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Horace Green v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-6163

## ORDER

The Court is in receipt of the attached status report from Plaintiff's former attorney, Michael Brady Lynch. This status report was ordered by the Court on August 7, 2020 in response to correspondence it received from Plaintiff. R. Doc. 17803. This status report explains that Plaintiff's attorneys vigorously investigated his case but ultimately concluded that the evidence produced did not support a viable claim under the Xarelto settlement program. Nevertheless, Counsel submitted Plaintiff's claim for participation in the settlement program in the event that the Special Master would interpret the evidence differently. Plaintiff's claim was denied by the Special Master and then denied again after Plaintiff's attorneys requested reconsideration of that denial. Plaintiff's counsel did not pursue a Special Master appeal.

**IT IS HEREBY ORDERED** that the attached correspondence be filed into the record under seal. Further, it has come to the Court's attention that Plaintiff calls Court staff often multiple times a day. Plaintiff's claim has been dismissed and the Court therefore no longer has jurisdiction

over the matter. Accordingly, Plaintiff is instructed to cease and desist communication with the Court staff.

New Orleans, Louisiana, this 27th day of August 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:   Horace Green
      4111 Kilbourne Drive
      Fort Washington, MD 20744

      Michael B. Lynch, Esq.
      THE MICHAEL BRADY LYNCH FIRM
      127 West Fairbanks Ave. #528
      Winter Park, Florida 32789
      Email: michael@mblynchfirm.com

      Laurin M. Jacobsen
      Peiffer Wolfe Carr Kane & Conway
      1519 Robert C. Blakes Sr. Drive
      New Orleans, LA 70130
      Email: ljacobsen@peifferwolf.com

      Leonard Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Email: ldavis@hhklawfirm.com