**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Yolundus Murriel*, No. 2:19-cv-13139 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| : | |

**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR
JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc. ("Defendants") respectfully submit this Statement of Undisputed Material Facts in Support of their Joint Motion for Summary Judgment:

**I.     Undisputed Facts Relating to Statute of Limitations**

1. Plaintiff Yolundus Murriel is one of the surviving children of decedent Bertha Barnes.

2. Ms. Barnes was a resident of Colorado. *See, e.g.*, Ex. B at 42–43.

3. Ms. Barnes died of a gastrointestinal ("GI") bleed on December 21, 2012. *See id.* at 42.

4. Plaintiff did not commence this action until September 3, 2019, nearly seven years after Ms. Barnes's fatal bleed. *See* Compl.

5. The Xarelto label in effect in December 2012 explicitly stated that there is a risk of fatal bleeding associated with Xarelto. *See* Ex. D § 5 (Xarelto label).

## II. Undisputed Facts Relating to Proof of Product Use and Specific Causation

6. Ms. Barnes was taking the prescription medication warfarin as of February 27, 2012. *See* Ex. B at 7 (medical record dated February 27, 2012 listing Warfarin 2.5 mg as a medication Ms. Barnes took inpatient on Mondays, Tuesdays, Wednesdays, Fridays, and Saturdays and listing warfarin 5 mg as a medication that Ms. Barnes took inpatient on Sundays and Thursdays).

7. Ms. Barnes was taking warfarin as of March 19, 2012. *See* Ex. B at 8 (medical record dated March 19, 2012 showing that Ms. Barnes was taking 2.5 mg of warfarin (Coumadin) daily.

8. Ms. Barnes was taking warfarin as of July 2, 2012. *See* Ex. B at 9; *see also id.* at 10 (medical records dated July 2, 2012 demonstrating that Ms. Barnes had been taking Coumadin (warfarin) through late June and was to resume taking the medication as of July 2, 2012).

9. Ms. Barnes was hospitalized in Memorial Health System for inpatient treatment from December 8, 2012 through December 20, 2012. *See* Ex. B at 13.

10. Ms. Barnes took a 2.5 mg dose of warfarin on December 8, 2012. *See id.* at 14; *id.* at 24–25.

11. Ms. Barnes took a 2.5 mg dose of warfarin on December 9, 2012. *See id.* at 14; *id.* at 25.

12. Ms. Barnes took a 2.5 mg dose of warfarin on December 10, 2012. *See id.* at 14; *id.* at 25.

13. Ms. Barnes took a 2.5 mg dose of warfarin on December 11, 2012. *See id.* 14; *id.* at 25.

14. Ms. Barnes took a 1 mg dose of warfarin on December 15, 2012. *See id.* at 14; *id.* at 24.

2

15. Ms. Barnes took a 2.5 mg dose of warfarin on December 19, 2012. *See id.* at 15; *id.* at 26.

16. Ms. Barnes took a 2.5 mg dose of warfarin on December 20, 2012. *See id.* at 15; *id.* at 26.

17. Ms. Barnes was discharged from Memorial Health System to an assisted living facility on December 20, 2012. *See id.* at 17, 18.

18. Ms. Barnes returned to Memorial Health System on December 21, 2012 after she was found unresponsive at the assisted living facility. *See* Ex. B at 38, 40.

19. The healthcare providers who treated Ms. Barnes on December 21, 2012 documented that Ms. Barnes had been taking "Coumadin" and that she was "chronically anticoagulated with warfarin [Coumadin]." *See id.* at 38, 40, 42, 44, 45.

20. Ms. Barnes passed away on December 21, 2012. *See id.* at 45.

21. The "Cause of Death" section of the Discharge Summary from Ms. Barnes's medical records states: "history of Coumadin use." *Id.* at 45.

22. Warfarin is an anticoagulant medication. *See* Ex. C (Warfarin package insert).

23. Xarelto is an anticoagulation medication. *See* Ex. D (Xarelto package insert).

24. As of 2012, Xarelto was not available in the United States in a 2.5 mg pill. *See* Ex. D § 3 (Xarelto package insert).

25. As of 2012, Xarelto was not available in the United States in a 5 mg pill. *See* Ex. D § 3 (Xarelto package insert).

26. The approved dosing regimen for Xarelto has never included taking Xarelto only five days a week. *See, e.g.*, Ex. D (Xarelto package insert).

27. As of 2012, warfarin was available in the United States in a 2.5 mg pill. *See* Ex. C § 3 (warfarin package insert).

28. As of 2012, warfarin was available in the United States in a 5 mg pill. *See* Ex. C § 3 (warfarin package insert).

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/*Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

4

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**


The undersigned hereby certifies that on August 27, 2020, the foregoing pleading was sent by U.S. mail postage prepaid and by electronic mail to Plaintiff at her address of record.

*/s/ Chanda A. Miller*
**Chanda A. Miller**