# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

SEP 03 2019

DR. LYNETTE D. CORNELIUS
CLERK OF COURT

Civil Action No. _____
(To be supplied by the court)

_Volundus R. Murriel_, Plaintiff

v.

_Johnson and Johnson_,    Date Served: 9/11/19
                          Company Served: SS
_Janssen_,                _____
_Bayer_,                  20190116860  (N)
                          Personal Service         AS

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Yolundus Murriel 6907 Hillcock Dr. Co Spgs, CO 80922
(Name and complete mailing address)

719-287-0326   YolundurRMurriel@yahoo.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Johnson and Johnson   1 Johnson & Johnson Plaza, NJ
(Name and complete mailing address)

08933   1-800-950-5098
(Telephone number and e-mail address if known)

Defendant 2: Janssen Pharmaceuticals   1 Johnson and Johnson Plaza
(Name and complete mailing address)

NJ 08933   1-800-950-5098
(Telephone number and e-mail address if known)

Defendant 3: Bayer   1 Johnson and Johnson Plaza, NJ, 08933
(Name and complete mailing address)

1-800-950-5098
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Wrongful Death / Negligence Leading to Death /

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1 is an individual, Defendant 1 is a citizen of __New Jersey__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __New Jersey__ (name of state or foreign nation).

Defendant 1 has its principal place of business in __New Jersey__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Wrongful Death

Supporting facts:

ON DECEMBER 21, 2012, BERTHA MAE BARNES died FROM a G.I Bleed that could NOT be stopped by any means, NO ANTidote, NO OPERATION, NO MACHINE WAS AVAILABLE at the time.

FROM the SYMPTOMS she displayed AND the medications that she took, HER blood WAS poisoned AND THERE WAS NO KNOWN KNOWledge aT THE Time ON WHaT TO do TO STOP the bleeding. She did take Coumadin at the time of her death, THERE WAS AN antidote AND procedures to STOP the bleeding CONCERNING Coumadin. However NONE OF THEM worked TO STOP The bleeding AND she continued to bleed out.

KNOWING she did TAKE Xarelto, there WAS NO ANTidote, there WAS NO warning or iNFormation to RESPOND to this event.

IN 2013 The F.D.A. AND JANSSEN Pharmaceutical ANNounced that there is NO ANTIdote FoR UN-CONTROllable bleeding with Xarelto.

4

CLAIM TWO: <u>Negligence Leading to Death</u> (NO PROPER WARNING)

**Supporting facts:**

The release date of the medication Xarelto was July 1, 2011. It was released for Thrombosis after knee surgery. Granted, Bertha Barnes did not have knee surgery. However she did have Thrombocytopenia (ITP) and Thrombosis, not seeing side effects at the time, her doctor perscribed Xarelto to her as an alternative to Coumadin, which it was approved for. At this time the F.D.A. requested a black box warning for the Xarelto Lable. None was given.

Bertha Barnes continued on Xarelto until March 2012. At this time there were still no black box warnings for Xarelto. Bertha Barnes complained that the medication Xarelto "made her head feel funny", claiming "it was hard for her to think". Still no warnings concerning Xarelto side effects of this medication.

During the last month of her life, late November early December, she developed poison in her blood. She had multiple transfusions of blood, still her blood did not improve, and still no Xarelto black box warning. She passed away on 12-21-12. The Xarelto black box warning was released 8-11-13 almost a year later.

5

E.      REQUEST FOR RELIEF

State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF." Compensatory Damages and Punitive Damages.

F.      PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_08-26-19_____
(Date)

(Revised December 2017)