**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Yolundus Murriel*, No. 2:19-cv-13139 | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**DEFENDANTS'** *EX PARTE* **MOTION FOR LEAVE TO FILE**
**EXHIBIT B TO DEFENDANTS' JOINT MOTION FOR SUMMARY**
**JUDGMENT UNDER SEAL**

Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc. ("Defendants") respectfully request leave of Court to file Exhibit B to Defendants' Joint Motion for Summary Judgment (Rec. Doc. 17820-4) in the captioned matter under seal. For the reasons set forth in the attached Memorandum in Support, Defendants respectfully submit that, pursuant to the Stipulated Protective Order entered in this matter, Exhibit B to Defendants' Joint Motion for Summary Judgment should be filed under seal.

WHEREFORE, Defendants pray that this Motion be granted, and that Exhibit B to Defendants' Joint Motion for Summary Judgment be filed UNDER SEAL.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 27, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                        */s/ Kim E. Moore*
                                                        **Kim E. Moore**

    The undersigned hereby certifies that on August 27, 2020, the foregoing pleading was sent by U.S. mail postage prepaid and by electronic mail to Plaintiff at her address of record.

                                                        */s/ Chanda A. Miller*
                                                        **Chanda A. Miller**