UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Yolundus Murriel*, No. 2:19-cv-13139 | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION
FOR LEAVE TO FILE EXHIBIT B TO DEFENDANTS' JOINT MOTION FOR
SUMMARY JUDGMENT UNDER SEAL**

Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc. ("Defendants") respectfully request leave of the Court to file Exhibit B to Defendants' Joint Motion for Summary Judgment (Rec. Doc. 17820-4) in the captioned matter under seal.

Defendants respectfully submit that this Court previously entered a Stipulated Protective Order ("Pretrial Order No. 12" or "PTO 12"), which governs:

> [A]ll hard copy and electronic materials, the information contained therein, and all other information including all copies, excerpts, summaries, or compilations thereof, whether revealed in a document, deposition, other testimony, discovery response or otherwise, produced or disclosed by any party to this proceeding (the "Supplying Party") to any other party (the "Receiving Party").

*See* Pretrial Order No. 12 (Rec. Doc. No. 894, ¶ 2). Furthermore, PTO 12 also states:

> A party may not file in the public record in this action any "PROTECTED INFORMATION" without written permission from the Supplying Party or a court order secured after appropriate notice to the parties. Material or information designated as "PROTECTED INFORMATION" under this Stipulated Protective Order shall not be used or disclosed by any party, or their counsel or any person acting on his/her behalf to any other persons except as provided for hereinafter, and shall not be used for any business or competitive purpose, or for any other purposes

1

> whatsoever, other than the preparation and trial of this action and any appeal in connection with this action.

*See* Pretrial Order No. 12 (Rec. Doc. No. 894, ¶ 18). Thus, the stipulated language of PTO 12 expressly prohibits the filing of such "protected information" without either written permission from the Supplying Party or by Court Order. Exhibit B to Defendants' Joint Motion for Summary Judgment (Rec. Doc. 17820-4) consists of the decedent's personal medical records, which constitute "protected information" within the scope of PTO 12.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Therefore, pursuant to PTO 12 and the applicable case law, Exhibit B to Defendants' Joint Motion for Summary Judgment should be filed UNDER SEAL.

WHEREFORE, Defendants pray that this Motion be granted, and Exhibit B to Defendants' Joint Motion for Summary Judgment (Rec. Doc. 17820-4) be filed UNDER SEAL.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**

The undersigned hereby certifies that on August 27, 2020, the foregoing pleading was sent by U.S. mail postage prepaid and by electronic mail to Plaintiff at her address of record.

*/s/ Chanda A. Miller*
**Chanda A. Miller**