UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Yolundus Murriel*, No. 2:19-cv-13139 | | |

**ORDER**

Considering the foregoing *Ex Parte* Motion filed by Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, and Bayer HealthCare Pharmaceuticals Inc. for Leave to file Exhibit B to Defendants' Joint Motion for Summary Judgment in the captioned matter UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit B to Defendants' Joint Motion for Summary Judgment (Rec. Doc. 17820-4) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE