

JESSE F. FERRER - *TX*
JOE POIROT * - *OK, TX*
AARON G. WANSBROUGH - *TX*
CHRISTINA FELLER - *FL, TX*
MATTHEW DANIEL - *CA, TX*
RUSSELL T. ABNEY - *AL, CT, GA, NY, TX*

† BOARD CERTIFIED - CIVIL TRIAL LAW
 NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED IN *AR, CO, D.C., GA, IL, MA, MN, MO, NC, NY, PA, TX, WI & WV*

JOHN T. KIRTLEY, III * † ^
LATOYA CHAMBERS - *TX*
JAMES HEARON - *TX*
MATTHEW VINSON - *TX*
YVETTE FERRER - *CA, NV, NY*
ELLIS T. HAYS, II - *TX*
TERRIKA M. CRUTCHFIELD - *GA*

* BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

^ AMERICAN BOARD OF TRIAL ADVOCATES

August 28, 2020

DALLAS | ATLANTA
LAWYERWORKS.COM

<u>Via LAED CM/ECF</u>
US District Court Eastern District of Louisiana Clerk
500 Poydras Street, Room C456
New Orleans, LA 70130

**RE: 2:16-cv-09311; Brown v. Janssen Research & Development LLC, et al.**

Dear Clerk:

On August 18, 2020, our firm mistakenly paid the unpaid filing fee for Plaintiff Clease Brown 2:16-cv-09311, twice. We kindly ask that you refund us for the duplicate transaction for receipt number ALAEDC-8453574. Thank you for your cooperation and assistance in this matter. If you have any questions, please contact Bryan Leib at 469-547-3183.

With kind regards,

**Ferrer Poirot Wansbrough**
**Feller Daniel Abney**
info@lawyerworks.com

FPW/5670F16/NLAURENT

P.O. BOX 199109 ▪ 2603 OAK LAWN AVE., #300 ▪ DALLAS, TX 75219-9109 ▪ OFFICE (800) 521-4492 ▪ FAX (866) 513-0115 ▪ FAX (214) 550-2696
PROTECTING VICTIMS' RIGHTS SINCE 1981