JESSE F. FERRER - *TX*
JOE POIROT * - *OK, TX*
AARON G. WANSBROUGH - *TX*
CHRISTINA FELLER - *FL, TX*
MATTHEW DANIEL - *CA, TX*
RUSSELL T. ABNEY - *AL, CT, GA, NY, TX*

† BOARD CERTIFIED - CIVIL TRIAL LAW
  NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED IN *AR, CO, D.C., GA, IL, MA, MN, MO, NC, NY, PA, TX, WI & WV*



JOHN T. KIRTLEY, III * † ^
LATOYA CHAMBERS - *TX*
JAMES HEARON - *TX*
MATTHEW VINSON - *TX*
YVETTE FERRER - *CA, NV, NY*
ELLIS T. HAYS, II - *TX*
TERRIKA M. CRUTCHFIELD - *GA*

* BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

^ AMERICAN BOARD OF TRIAL ADVOCATES

September 03, 2020

DALLAS | ATLANTA
LAWYERWORKS.COM

<u>Via LAED CM/ECF</u>
US District Court Eastern District of Louisiana Clerk
500 Poydras Street, Room C456
New Orleans, LA 70130

**RE: 14-md-2592 | 2:16-cv-08409; Cook v. Janssen Research & Development LLC, et al.**

Dear Clerk:

On 08/31/2020, our firm paid the unpaid filing fee for Plaintiff Willey Cook, 2:16-cv-08409 twice due to the website page freezing (a glitch which we have repeatedly run into). We kindly ask that you refund us for the duplicate transaction for receipt number ALAEDC-8472404. Thank you for your cooperation and assistance in this matter. If you have any questions, please contact Bryan Leib at 469-547-3183.

With kind regards,

Russell Abney

**Ferrer Poirot Wansbrough**
**Feller Daniel Abney**
info@lawyerworks.com

FPW/16614F16#/NLAURENT