UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Brown, et al. v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-14669

### ORDER & REASONS

Before the Court is Plaintiff Lora Orozco's second Motion to Appoint Pro Bono Counsel, R. Doc. 17816. Defendants do not consent to this motion.

On February 24, 2020, Plaintiffs Lora Orozco, Barbara Brown, and Alice Brown, who are *pro se* litigants, filed a Motion to Appoint Pro Bono Counsel, R. Doc. 17626. On March 12, 2020, the Court denied this motion because "a litigant has no general right to a court-appointed attorney in a civil case" and because the Plaintiffs here "have not demonstrated that their case presents 'exceptional circumstances' that would warrant the appointment of counsel." R. Doc. 17629 at 1-2. On April 7, 2020, Plaintiffs filed a Motion for Reconsideration of this order, which the Court denied, stating "it is still unclear to the Court how appointing counsel will enable Plaintiffs to cure any deficiencies that they may have in their case and how Plaintiffs' case presents 'exceptional circumstances' that would warrant the appointment of counsel." R. Docs. 17637; 17665 at 4.

Accordingly, this issue is no longer before the Court. Plaintiffs indicated that they have been unsuccessful in finding an attorney to take their case on a contingency basis. Plaintiffs are

also encouraged to reach out to local law schools and legal clinics for assistance.

**IT IS HEREBY ORDERED** that Plaintiff's second Motion to Appoint Pro Bono Counsel, R. Doc. 17816, is **DENIED**.

New Orleans, Louisiana, this 3rd day of September 2020.

UNITED STATES DISTRICT COURT JUDGE

CC:    Lora Orozco
P.O. Box 1262
Fort Jones, CA 96032

Barbara Brown
PO Box 5408
Sugarloaf, CA 92386

Alice Brown
PO Box 60
Crescent City, CA 95531