UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Yolundus Murriel*, No. 2:19-cv-13139 | : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants for Leave to file Exhibit B to Defendants' Joint Motion for Summary Judgment in the captioned matter UNDER SEAL, R. Doc. 17821;

IT IS HEREBY ORDERED that said Motion is GRANTED, and the Clerk of Court shall file Exhibit B to Defendants' Joint Motion for Summary Judgment (Rec. Doc. 17820-4) UNDER SEAL.

New Orleans, Louisiana, this 3rd day of September, 2020.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE