# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
**PLAINTIFF(S)**

**VERSUS**
JANSSEN RESEARCH &
DEVELOPMENT, LLC, et al.,
**DEFENDANT(S)**

**CIVIL ACTION**

No. 19-cv-14669 EEF

SECTION: L

## ORDER

Considering the Motion FOR DISQUALIFICATION OF JUDGE,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**