Alice Brown

_____ (Full Name)

_____ (Email Address)

PO Box 60

_____ (Address Line 1)

Crescent City, CA 95531

_____ (Address Line 2)

(707)218-6181

_____ (Phone Number)

Plaintiff_____ in Pro Per

(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.

Plaintiff,

vs.

JANSSEN RESEARCH &

DEVELOPMENT, LLC, et al.

Defendant(s).

Case No.: 19-cv-14669 EEF-MBN

MDL NO: 2592

SECTION L  MAG. JUDGE NORTH

**DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR DISQUALIFICATION OF DISTRICT COURT JUDGE**

I, (*name*) ___Alice Brown_____, declare as follows:

    1.    I am the    ☑ Plaintiff    ☐ Defendant    in the above-entitled case.

    2.    I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

    3.    I contacted the opposing counsel/unrepresented party on September 3, 2020 (*date*) to give notice that I would be filing this ex parte application.

*Declaration*

4.      The contact information of the opposing counsel/unrepresented party is as follows:

**Opposing Counsel/Unrepresented Party 1**

Name: Chanda Miller

Phone number: (215)988-1197

Address: Faegre Drinker Biddle & Reath LLP

600 Campus Drive Florham Park, NJ 07932

Email address: chanda.miller@faegredrinker.com

**Opposing Counsel/Unrepresented Party 2**

Name: Joan Goddard

Phone number: (212)836-7429

Address: Arnold & Porter LLP

250 West 55th Street New York, NY 10019

Email address: joan.goddard@arnoldporter.com

5.      Opposing counsel/unrepresented party informed me that he or she:

☒ will oppose the ex parte application. Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

Both opposing counsels, through Chanda Miller, states, "There is no basis for your request, and Defendants will oppose it."

11

1    ¶#___.

2

3

4

5

6

7

8

9    ¶#___.

10

11

12

13

14

15

16

17

18  I declare under penalty of perjury that the foregoing is true and correct.

19  Executed on ___September 4, 2020___, in ___Crescent City, California___.

               (date of signing)             (city, state of signing)

20

21  *Alice Brown*

  (signature)

22

23  Alice Brown

  (name)

24

25  ___Plaintiff___ in Pro Per

  (indicate Plaintiff or Defendant)

26

27

28

Declaration