1  Alice Brown _____ (Full Name)
2  _____ (Address Line 1)
3  PO Box 60 _____ (Address Line 1)
4  Crescent City, CA 95531 _____ (Address Line 2)
5  (707)218-6181 _____ (Phone Number)
6  Plaintiff _____ in Pro Per
7  (indicate Plaintiff or Defendant)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA BROWN, et al. | Case No.: 19-cv-14669 EEF-MBN |
| Plaintiff, | MDL NO: 2592 |
| vs. | SECTION L   MAG. JUDGE NORTH |
| JANSSEN RESEARCH & | **PROOF OF SERVICE BY MAIL** |
| DEVELOPMENT, LLC, et al. | |
| Defendant(s). | |

I, Alice Brown _____, declare as follows:
(name of person serving documents)

My address is PO Box 60 Crescent City, CA 95531 _____, which is located in the Del Norte County _____ county where the mailing described below took place.

1
Proof of Service by Mail

1  On <u>September 4, 2020</u>, I served the document(s) described as:
       (date of mailing)

2  1) Plaintiffs Ex Parte Application for <u>Disqualification of District Court Judge</u>

3  2) Memorandum of Points and Authorities

4  3) Declaration in Support of Ex Parte Application

5  4) (Proposed) Order

6  on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in <u>Crescent City, California</u>,
                                                                  (city and state of mailing)

10  addressed to:

| Faegre Drinker Biddle & Reath LLP (name) | Arnold & Porter LLP (name) |
| 600 Campus Drive (address) | 250 West 55th Street (address) |
| Florham Park, NJ 07932 (address) | New York, NY 10019 (address) |
| ATTN: Chanda Miller (address) | ATTN: Joan Goddard (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>September 4, 2020</u>    at <u>Crescent City, California</u>.
              (date)                          (city and state of signing)

*Alice Brown* (sign)

Alice Brown
(print name)

2
Proof of Service by Mail

On <u>September 4, 2020</u>, I served the document(s) described as:
(date of mailing)

1) Plaintiff's Ex Parte Application for <u>Disqualification of District Court Judge</u>

2) Memorandum of Points and Authorities

3) Declaration in Support of Ex Parte Application

4) (Proposed) Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in <u>Crescent City, California</u>,
(city and state of mailing)

addressed to:

| Barbara Brown (name) | Lora Orozco (name) |
| PO Box 5408 (address) | PO Box 1262 (address) |
| Sugarloaf, CA 92386 (address) | Fort Jones, CA 96032 (address) |
| Plaintiff (address) | Plaintiff (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>September 4, 2020</u> at <u>Crescent City, California</u>.
(date)      (city and state of signing)

*Alice Brown*
(sign)

Alice Brown
(print name)

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 8, 2020 at 10:25:43 AM CDT | 19092814825 | 135 | 4 | Received |

Case 2:14-md-02592-EEF-MBN Document 17827-4 Filed 09/04/20 Page 4 of 4

Sep 08 20,08:23a  Barbara Brown  19092814825  p.1

# FAX COVER SHEET

TO: Clerk of the court
U.S. District Court

COMPANY: Eastern District of Louisiana

DATE: September 8, 2020

FAX PH: (504) 310-8159

FROM: Barbara Brown, Plaintiff

Total Pgs (inc Cover): 4

MESSAGE: Case No. 19-cv-14669 EEF-MBN   MDL No: 2592
Barbara Brown, et al. vs. Janssen Research & Development, LLC, et al.
Please attach this 3 page Proof of Service by Mail to the Ex Parte Application for Disqualification of District Court Judge filed by Alice Brown, Plaintiff on September 4 & 7 & 8 2020. Thank You.