**EXHIBIT A**

| FEE APPLICANT | RECOMMENDED COMMON BENEFIT FEE ALLOCATION | RECOMMENDED COMMON BENEFIT COST REIMBURSEMENT |
|---|---|---|
| **Aylstock Witkin Kreis & Overholtz** | $7,350,000 | $1,707,347.26 |
| **Baron & Budd** | $1,200,000 | $200,857.87 |
| **Barrios Kingsdorf** | $1,250,000 | $318,974.17 |
| **Beasley Allen** | $10,500,000 | $1,523,327.68 |
| **Bruno & Bruno** | $100,000 | $393.66 |
| **Capitelli Wicker** | $50,000 | $254.53 |
| **Childers Schlueter** | $500,000 | $23,030.56 |
| **Cory Watson** | $100,000 | $32,966.96 |
| **Douglas & Londobn** | $7,200,000 | $1,001,936.82 |
| **Douglas Haun** | $15,000 | $0 |
| **Feldman & Pinton** | $1,200,000 | $55,018.74 |
| **Ferrer & Poirot** | $1,150,000 | $928,234.47 |
| **Gainsburgh Benjamin** | $6,500,000 | $853,421.10 |
| **Gallagher Law Firm** | $50,000 | $18,037.38 |
| **Goza Honnold** | $5,700,000 | $1,022,855.54 |
| **Grant Eisenhofer** | $250,000 | $182,204.99 |
| **Heninger Garrison** | $250,000 | $92,348.85 |
| **Herman Herman Katz** | $6,500,000 | $927,659.23 |
| **Irpino Law** | $200,000 | $5,521.02 |
| **Keller Rohrback** | $150,000 | $90.81 |
| **Kirtland & Packard** | $50,000 | $0 |
| **Lambert Firm** | $3,300,000 | $195,968.01 |
| **Levin Papantonio** | $10,500,000 | $1,567,414.99 |
| **Levin Sedran** | $6,500,000 | $1,118,497.10 |
| **Linville Firm** | $55,000 | $0 |
| **Mahone Law Firm** | $10,000 | $718.35 |
| **Morgan & Morgan** | $500,000 | $905,104.47 |
| **Motley Rice** | $500,000 | $226,176.85 |
| **Nast Law Firm** | $2,300,000 | $1,090,289.62 |
| **Ross Feller Casey** | $250,000 | $911,366.45 |
| **Schlichter Bogard & Denton** | $7,200,000 | $1,347,040.11 |
| **Seeger Weiss** | $1,600,000 | $920,518.85 |
| **Stag Liuzza** | $80,000 | $0 |
| **Weitz & Luxenberg** | $3,100,000 | $975,835.93 |
| **Whitehead Law Firm** | $500,000 | $39,610.51 |
| **Settlement Administration** | $0 | $1,672,066.62 |
| **TOTAL** | **$86,660,000.00** | **$19,865,089.50** |