Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
Dennis N. Thomson, LA, AL, AR
Abby L. Roberts, LA, AR
Paige Patriarca, LA
Patrick H. Gibbons, LA
Esmeralda Graham, LA, NM
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Reshonda Thompson, LA
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Kelly Johnson, LA
Travis Williams, LA
Alaina Brandhurst, LA
Lindsey Topp, LA, MS, CA
Adam Bosso, LA
Tamyra Craig, LA
Betsy Barnes, LA
John Richards, LA, AR
Lauren Sullivan, LA, MS
Richard (Rick) Root, LA
Paul Villalobos, LA
*Christine Brandt, AL
John Enochs, LA, TX, MS, KY
Spencer Gulden, LA, TX
Natalie Kobetz, LA
Sarah Constant, LA
Aaron Hurd, LA
Faye Sheets, LA, TN
Rebekah Capers, LA
Jacob Goehring, LA
Marquita Cage, LA
Taylor Burnham, LA, GA
Rachael Fajoni, LA
Eve Vavrick, LA
Alexander Lair, LA
Luc Zeller, LA
Tara Melancon, LA
Robert Warren, LA
*Bert Greenwell, KY, NJ
Jordan Lieberman, LA
Alaraby Johnson, LA
Parker Derenbecker, LA

OF COUNSEL
Shannon Rodriguez, LA
Darryl Dungan, LA, FL
Kristi Tamura, LA
Kathryn Cox, LA
Mark Lumpkin, MS, LA
Stephanie Roberts, LA
Edward L. Boudreaux, III, LA
Melissa Herman, LA
Melodie Molina, LA
Thelia Jean Eaby, LA
Kevin Galatas, LA
Brejette Bundy, LA
Deisha LaGarde, LA

*not licensed to practice in Louisiana

ADMINISTRATOR
Mark Duhon

# MORRIS BART, L.L.C.
## ATTORNEYS AT LAW

Pan American Life Center, 601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130-6036
Telephone 504.525.8000
Fax 504.599.3380

Writer's Direct Dial: (504) 526-1135
Writer's Direct Facsimile: (833) 277-4214
E-mail: rroot@morrisbart.com

September 17, 2020

Carol L. Michel
Clerk of Court
500 Poydras Street
Room C151
New Orleans, LA 70130

**RE:   Application for Refund of Electronic Fees; 15-cv-2498**

Dear Ms. Michel:

I am writing you regarding the Xarelto MDL, 14-md-2592, and specifically one case in that MDL, original case 15-cv-2498, Joann Williams v Bayer AG, et al.

Judge Fallon allowed for the filing of multiple plaintiffs in one complaint, with the individual plaintiffs later being ordered to file individual short form complaints. At that time, it was not required to pay individual $400 filing fees for those severed from the multiple plaintiff complaints. With the settlement of the Xarelto MDL, the Court ordered that these outstanding filing fees be paid. To that end, on June 16 and 18 of this year Mr. Morris Bart, the attorney of record in these cases, asked me to use his credit card to pay the outstanding filing fees in 24 Xarelto cases identified by the Clerk's Office and the Court as having unpaid filing fees, the payment of said fees being a requisite for settlement of the cases.

Unfortunately, the $400.00 filing fee in the Williams matter (15-cv-2498) was paid twice. We apparently attempted to complete the fee payment on June 16, 2020, only to pay again two days later on June 18, 2020, believing we had failed to pay on the 16th. It seems likely that the prompt button on the last screen was not hit, which did not complete the process.

The June 16, 2020 filing fee attempt is found in Receipt No. ALAEDC-8357788 (lag) (Entered: 07/16/2020). The June 18, 2020 Filing fee is reflected on Receipt No. ALAEDC-8362448). Both reflect Morris Bart as the attorney of record paying the fee with a card in his name.

| New Orleans | Baton Rouge | Shreveport | Lafayette | Monroe | Alexandria |
| 504.525.8000 | 225.925.8000 | 318.222.9000 | 337.233.4200 | 318.807.1000 | 318.561.7700 |
| Lake Charles | Gulfport | Pascagoula | Hattiesburg | Mobile | |
| 337.477.4600 | 228.432.9000 | 228.762.4700 | 601.583.8000 | 251.433.2210 | |
| Birmingham | Huntsville | Montgomery | Little Rock | Texarkana | Toll Free |
| 205.251.6700 | 256.539.8500 | 334.834.1800 | 501.376.9000 | 870.772.1669 | 1.800.876.2244 |

www.morrisbart.com

  Mr. Bart respectfully requests that the duplicate filing fee in the amount of $400.00 be credited to the credit card used to pay the fee (the credit card is in his name).  I have attached a copy of the email sent from Marion Barbir, who kindly helped me research the matter.

  As an aside, I would like to note the very helpful and professional assistance provided to me in completing this filing fee task, as Dean Oser, Marion Barbir and Laura Guillot each gave invaluable assistance to our firm.

  The email from Ms. Barbir confirming much of this is included in the application.

        Sincerely,

        /s/ Richard L. Root

        Richard L. Root, for Morris Bart and Morris Bart, LLC

RLR/afs