| From: | Marion Barbir |
|---|---|
| To: | Rick Root |
| Cc: | Javier Gutierrez; Kimberly Lange |
| Subject: | [EXTERNAL]15-cv-02498-EEF-MBN Williams v. Janssen Research and Development, LLC, et al - Duplicate payment |
| Date: | Wednesday, September 16, 2020 2:13:09 PM |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. Root,

In your previous email you stated: I think the culprit is the charge     ALAEDC-8357788  made at 2:19 pm.   I do not see it linked to a case filing, and I think this may be the charge that is not linked to a case.

The subject receipt **ALAEDC-8357788** is now linked to the above referenced Xarelto case 15-cv-2498.  In reviewing the docket, it appears Operations made a manual entry on 7/16/2020 to post that receipt number to this case.

| 07/08/2015 | view1 | COMPLAINT with jury demand against Bayer AG, Bayer Corporation, Bayer HealthCare, AG, Bayer HealthCare, LLC, Bayer Healthcare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., f/k/a Jansssen Pharmaceutica, Inc., f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Johnson and Johnson Company (Prepayment of fee not required pursuant to PTO 11) filed by Joann Williams. (Attachments: # 1 Severance Order, # 2 List of individual case captions)Attorney Mekel Smith Alvarez added to party Joann Williams(pty:pla).(Alvarez, Mekel) Modified on 7/8/2015 (my). (Entered: 07/08/2015) |
|---|---|---|
| 07/08/2015 | view2 | Initial Case Assignment to Judge Eldon E. Fallon and Magistrate Judge Michael North. (JLS) (Entered: 07/08/2015) |
| 07/08/2015 | view3 | PRETRIAL ORDERS #1-#20. Signed by Judge Eldon E. Fallon.(my) (Entered: 07/08/2015) |
| 06/16/2020 | view | Filing fee received from All Plaintiffs : $ 400 - Receipt No. ALAEDC-8357788 (lag) (Entered: 07/16/2020) |
| 06/18/2020 | view | Filing fee paid from All Plaintiffs re 1 Complaint,, (Filing fee $ 400 receipt number ALAEDC-8362448)(Bart, Morris) (Entered: 06/18/2020) |

On June 18, 2020 a second payment of $400.00 was made on receipt ALAEDC-8362448.  At that point, no one was aware of a duplicate payment since the first payment was not manually posted

until 7/16/20.

For our records, we consider ALAEDC-8362448 to be the DUPLICATE PAYMENT.  To obtain a $400.00 refund, Morris Bart will need to submit an "**Application for Refund of Electronic Fees**" in the Xarelto Master Case 14-md-2592 referencing the original case 15-cv-2498.  The application option can be found under Other Filings, Other Documents. First you will need to prepare a letter to attach to the application.

The letter should be on the firm letterhead and include the following:

1. The letter should be addressed to the Clerk of Court
2. Reference the master case 14-md-2592 and original case 15-cv-2498
3. Brief explanation that the filing fee due on a Xarelto case was inadvertently paid twice  (6/16/20 and 6/18/20)
4. Include the duplicate receipt number ALAEDC-8362448 and the date paid (6/18/20)
5. The amount of the refund requested ($400.00)
6. The name of the attorney requesting the refund (attorney of record).

Again, this letter is attached to the application.  Once submitted, you will receive an E-file notice.  Financial will also receive the e-file notice and the refund will be processed in a few days back to the credit card originally charged.

Thank you,

Marion Barbir
Financial Specialist I
U. S. District Court
500 Poydras Street, Room C-151
New Orleans, LA  70130-3319
(504) 589-7785