# EXHIBIT B

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Barbara Eva Brown<br>P.O. Box 5408<br>Sugar loaf CA 92386<br><br>TELEPHONE NO: (951) 534-8277   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: IN PRO PER | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>SEP 12 2019<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: A. WILSON, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Barbara Brown

DEFENDANT: Anaheim Global Medical Center, KPC Healthcare, Inc.

☐ DOES 1 TO

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED *(Number)*:
Type *(check all that apply)*:
☑ MOTOR VEHICLE   ☑ OTHER *(specify)*: Assault and Battery Intentional Infliction
☐ Property Damage   ☐ Wrongful Death       of Emotional Distress
☑ Personal Injury   ☑ Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded   ☐ does not exceed $10,000
                    ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE *(exceeds $25,000)*
☐ ACTION IS RECLASSIFIED by this amended complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

| CASE NUMBER: |
|---|
| 30-2019 |
| 0 1 0 9 6 5 4 8 |
| JUDGE GREGORY H. LEWIS<br>DEPT. C26 |

1. Plaintiff *(name or names)*: Barbara Eva Brown
   alleges causes of action against defendant *(name or names)*: Anaheim Global Medical Center and KPC Healthcare, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

30-2019

| SHORT TITLE: Barbara Brown | CASE NUMBER: |
|---|---|
| vs. Anaheim Global Medical Center, et al. | .0 1 0 9 6 5 4 8 |

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ except defendant *(name):* Anaheim Global Medical Center

      (1) ☐ a business organization, form unknown

      (2) ☑ a corporation

      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*

      (1) ☐ a business organization, form unknown

      (2) ☐ a corporation

      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☑ except defendant *(name):* KPC Healthcare, Inc.

      (1) ☐ a business organization, form unknown

      (2) ☑ a corporation

      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*

      (1) ☐ a business organization, form unknown

      (2) ☐ a corporation

      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

   a. ☐ at least one defendant now resides in its jurisdictional area.

   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.

   d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, and

   a. ☑ has complied with applicable claims statutes, or

   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

4

**PLD-PI-001**

| SHORT TITLE: Barbara Brown vs. Anaheim Global Medical Center, et al. | CASE NUMBER: 30-2019 |
|---|---|

0 1 0 9 0 5 4 8

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [ ] Motor Vehicle
   b. [✓] General Negligence
   c. [✓] Intentional Tort
   d. [ ] Products Liability
   e. [✓] Premises Liability
   f. [✓] Other (specify): Violation of Civil Rights Act of 1964 Title 2

11. Plaintiff has suffered
   a. [ ] wage loss
   b. [ ] loss of use of property
   c. [ ] hospital and medical expenses
   d. [✓] general damage
   e. [ ] property damage
   f. [ ] loss of earning capacity
   g. [✓] other damage (specify): Emotional Distress

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [✓] compensatory damages
      (2) [✓] punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [ ] according to proof
      (2) [✓] in the amount of: $ 50,000.00

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: September 12, 2019
Barbara Eva Brown
(TYPE OR PRINT NAME)

▶ Barbara Eva Brown
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

5

PLD-PI-001(3)

| SHORT TITLE: Barbara Brown v. Anaheim Global Medical Center, et al. | CASE NUMBER 30-2019 |
|---|---|

01096548

___First___ **CAUSE OF ACTION—Intentional Tort**     Page _____
(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff (name): Barbara Brown

alleges that defendant (name): Anaheim Global Medical Center

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on (date): September 14, 2017

at (place): Anaheim Global Medical Center - 1025 S. Anaheim Blvd. Anaheim, CA 9

(description of reasons for liability):

The employees of Anaheim Global Medical Center did cause injury and Intentional Infliction of Emotional Distress when they did use unreasonable force excessive force and unneccessary force, assault and battery in an attempt to cover-up the damage the Medical Center's employees had done to my brother which led to his untimely death.

**CAUSE OF ACTION—Intentional Tort**

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

6

30-2018-01(2)

| SHORT TITLE: Barbara Brown V. Anaheim Global Medical Center, et al. | CASE NUMBER: 0 1 0 9 6 5 4 8 |

_Second_ **CAUSE OF ACTION—General Negligence** Page ____
_(number)_

ATTACHMENT TO  [✓] Complaint  [ ] Cross – Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_ Barbara Brown

alleges that defendant _(name):_ Anaheim Global Medical Center

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on _(date):_ September 14, 2017
at _(place):_ Anaheim Global Medical Center – 1025 S. Anaheim Blvd. Anaheim, CA

_(description of reasons for liability):_

Anaheim Global Medical Center's employees did cause emotional distress to Plaintiff when they laid hands on Plaintiff and drug Plaintiff out of the hospital without provacation. and without reason except to cover-up the murder of Plaintiff's brother.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

7

PLD-PI-001(4)

| SHORT TITLE: Barbara Brown v. Anaheim, Global Medical Center, et al. | CASE NUMBER: 30-2019 |
|---|---|

0 1 0 9 6 5 4 8
Page _____

_Third_ **CAUSE OF ACTION—Premises Liability**
(number)

**ATTACHMENT TO** ☑ Complaint   ☐ Cross–Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Barbara Brown
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* September 14, 2017     plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):* Plaintiff's injury occurred at
Anaheim Global Medical Center – 1025 S. Anaheim Blvd. Anaheim, CA
when the security staff and nurses denied
Plaintiff access to a public building violating
the Civil Rights Act of 1964 Title 2, causing emotional
distress.

Prem.L-2. ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
KPC Healthcare, Inc.

☐ Does _____ to _____

Prem.L-3. ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

☐ Does _____ to _____

Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4. ☑ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*
KPC Healthcare, Inc.

☐ Does _____ to _____

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*

☐ Does _____ to _____

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

8

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address):* | FOR COURT USE ONLY |
|---|---|
| Barbara Eva Brown<br>P.O. Box 5408 Sugarloaf, CA 92386<br>Telephone No.: (951) 534-8277   Fax No. (Optional):<br>E-Mail Address (Optional):<br>ATTORNEY FOR *(Name):* IN PRO PER   Bar No.: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
☑ Central – 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center – 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500

PLAINTIFF/PETITIONER: Barbara Brown
DEFENDANT/RESPONDENT: Anaheim Global Medical Center, KPC Healthcare, Inc.

| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER: 30-2019 |
|---|---|

.0 1 0 9 6 5 4 8

Plaintiff(s)/Petitioner(s), **Barbara Brown**

and defendant(s)/respondent(s), **Anaheim Global Medical Center, KPC Healthcare, Inc.**

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
    ☐ Under section 1141.11 of the Code of Civil Procedure
    ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an *Order on Court Fee Waiver* (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: _____ _____  _____
                 (SIGNATURE OF PLAINTIFF OR ATTORNEY)  (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____ _____  _____
                 (SIGNATURE OF DEFENDANT OR ATTORNEY)  (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use
L1270 (Rev. July 2014)

California Rules of Court, rule 3.221

*14*

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

## NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its Web site as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

15

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF ORANGE

## ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.** A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.** When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.** In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.** ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.** In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.** Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.** If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

L1200 (Rev. Oct. 2014)                                                                 Page 2 of 4

16

**Less discovery.**  There generally is less opportunity to find out about the other side's case with ADR than with litigation.  ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

**Additional costs.**  The neutral may charge a fee for his or her services.  If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

**Effect of delays if the dispute is not resolved.**  Lawsuits must be brought within specified periods of time, known as statues of limitation.  Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

### TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.**  In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

> **Cases for Which Arbitration May Be Appropriate.**  Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

> **Cases for Which Arbitration May Not Be Appropriate.**  If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.**  In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

> **Cases for Which Mediation May Be Appropriate.**  Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

> **Cases for Which Mediation May Not Be Appropriate.**  Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation.**  In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

*17*

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.** Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May Not Be Appropriate.** Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.** Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

**ADDITIONAL INFORMATION.**

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the telephone directories under "Arbitrators" or "Mediators"

Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA) For information regarding DRPA, contact:
- Community Service Programs, Inc. (949) 250-4058
- Orange County Human Relations (714) 480-6572

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE). For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session. For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session. Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) programs is available on the Court's website at www.occourts.org.

*18*

CERTIFICATION OF VITAL RECORD

# COUNTY OF DEL NORTE

## CRESCENT CITY, CALIFORNIA 95531
### CERTIFICATE OF DEATH

3201808000221

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| DEXTER | ELLIOTT | BROWN |

**4. DATE OF BIRTH:** 05/31/1963   REDACTED   **8. HOUR:** 1807

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS | 7. DATE OF DEATH |
|---|---|---|---|---|
| CA | REDACTED | YES [X] NO | NEVER MARRIED | REDACTED |

| 13. EDUCATION | 14. HISPANIC? | 15. RACE |
|---|---|---|
| 11 | [X] NO | WHITE |

| 17. USUAL OCCUPATION | 18. KIND OF BUSINESS OR INDUSTRY | 16. YEARS IN OCCUPATION |
|---|---|---|
| MECHANIC | AUTOMOTIVE | 30 |

| 20. RESIDENCE | 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|---|
| 23 DOUGLAS | FORT JONES | SISKIYOU | 96032 | 1 | CA |

| 26. INFORMANT'S NAME, RELATIONSHIP | |
|---|---|
| LORA OROZCO, MOTHER | PO BOX 1262, FORT JONES, CA 96032 |

| 28. NAME OF SURVIVING SPOUSE/PARTNER—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| | | |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| DONALD | WILLIAM | BROWN | CO |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| LORA | ELIZABETH | TROYAN | CA |

| 39. DISPOSITION DATE | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 11/26/2018 | MOTHER'S RESIDENCE 23 DOUGLAS, FORT JONES, CA 96032 |

| 41. TYPE OF DISPOSITION | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| TR/CR/TR/RES | NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE |
|---|---|---|---|
| WIER'S MORTUARY CHAPEL | FD 826 | ALISSIA D NORTHRUP | 11/21/2018 |

| 100. PLACE OF DEATH | | |
|---|---|---|
| SUTTER COAST HOSPITAL | | |

| 101. COUNTY | 102. FACILITY ADDRESS OR LOCATION | 103. CITY |
|---|---|---|
| DEL NORTE | 800 EAST WASHINGTON BLVD. | CRESCENT CITY |

**107. CAUSE OF DEATH**

IMMEDIATE CAUSE: (A) CARDIAC ARREST   MIN   2018001817

(B) ACUTE HYPOXEMIC RESPIRATORY FAILURE   DAYS

(C) PROGRESSIVE PNEUMONIA   DAYS

**112. OTHER SIGNIFICANT CONDITIONS:** DIABETES, MORBID OBESITY

**113. WAS OPERATION PERFORMED:** NO

| 118. I CERTIFY... | 119. SIGNATURE AND TITLE OF CERTIFIER | | 120. LICENSE NUMBER | 117. DATE |
|---|---|---|---|---|
| | DAVID PHILIP WILSON M.D. | | G37216 | 11/20/2018 |

| | | 116. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|---|---|
| 11/15/2018 | 11/16/2018 | DAVID PHILIP WILSON M.D. 800 EAST WASHINGTON BLVD., CRESCENT CITY, CA 95531 |

'0100010004C2535'

---

### CERTIFIED COPY OF VITAL RECORDS
### STATE OF CALIFORNIA, COUNTY OF DEL NORTE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Del Norte, County Clerk-Recorder.

*000069672*

NOV 2 1 2018

DATE ISSUED

ALISSIA D. NORTHRUP
COUNTY CLERK-RECORDER
DEL NORTE COUNTY, CALIFORNIA



19   EXHIBIT A

## DECLARATION OF ALICE BROWN

I, Alice Brown, declare as follows:

1. My name is Alice Brown.

2. Barbara Brown is my twin sister.

3. My contact information is: PO Box 60 Crescent City, CA 95531. My phone number is (707)218-6181.

4. I reside in Crescent City California in the county of Del Norte.

5. The distance between Crescent City California and Fullerton California is 750 miles and the travel time by automobile is 13 hours.

6. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

7. On or about September 9, 2017, I telephoned my sister, Barbara Brown, to request that she travel to Anaheim Global Medical Center to assist our brother, Dexter Brown, to obtain his medical record so that our mother, Lora Orozco, can initiate transfer of Dexter out of Anaheim Global Medical Center to a skilled nursing facility.

8. Barbara Brown informed me that she will be able travel to Anaheim Global Medical Center on September 14, 2017.

9. On September 14, 2017, at about 2:00 p.m., I telephoned my sister, Janet Brown, who resided in Riverside California when I was unable to reach Barbara on her cell.

10. Janet Brown informed me that she spoke with Barbara Brown over the phone before I called her and said Barbara told her that she was heading to Anaheim Global Medical Center to visit Dexter Brown.

1

20    EXHIBIT B

11. Janet Brown also informed me, during the same phone call, that she had called Dexter Brown at Anaheim Global Medical Center after she spoke with Barbara Brown to inform him that Barbara was going to the hospital to visit him. Janet said that Dexter was happy and surprised that Barbara Brown was going to visit him.

12. Janet Brown told me that she spoke with Dexter Brown for about 10 minutes. She said that Dexter was able to communicate and comprehend what she was saying. She said that he was able to carry on a conversation with ease and that she could clearly understand what he was saying.

13. I was pleasantly surprised that Dexter Brown was communicating due to reports from my mother who said that half the time she attempted to talk with him over the phone he was unable to speak due to Lithium Toxicity on September 1, 2017 and suspected continued administration of Lithium and other psychotropic drugs.

14. On September 14, 2017, at about 5:30 p.m., I received a phone call from Barbara Brown where she informed me that she saw Dexter Brown at Anaheim Global Medical Center about an hour prior and she was horrified at what she saw and experienced there. She told me that Dexter appeared to be paralyzed from the neck down and that he couldn't even utter one word. She stated that all he could mutter was, "ma ma ma ma ma ma" as he attempted to repeat "Mom." Barbara said that Dexter recognized her and became excited when she asked him if he wanted to move up to Mom's house.

15. Barbara Brown was unable to accomplish the goal of helping Dexter Brown gain access to his medical record in order to initiate the transfer out of Anaheim Global Medical Center because she informed me that a security guard physically removed her

2

21

from Dexter's hospital room and a nurse would not let her have access to Dexter's hand to see if he could sign the medical record request form.

16. I strongly believe that on September 14, 2017, between the hours of 2:00 p.m. and 5:00 p.m., the nurses and/or doctors at Anaheim Global Medical Center injected my brother, Dexter Brown, with a paralyzing drug like Rocuronium Bromide to completely further debilitate him so that he wouldn't be able to access his medical record by signing his name on the dotted line. The evidence to support my belief is Dexter's seemingly paralyzed body, Barbara's forced removal from the hospital, the hospital's absolute refusal to allow my mother to request her own son's medical record (as his next of kin), the continual forced administration of Lithium and other psychotropic drugs without obtaining informed consent or any consent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: ___8/21/18___     ___Alice Brown___

**Alice Brown**

3

22

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Barbara Brown<br>P.O. Box 5408<br>Sugarloaf, CA 92386<br>TELEPHONE NO.: (909) 683-559 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): IN PRO PER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 1275 No Berkeley Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: FULLERTON 92832
BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF/PETITIONER: Barbara Brown

DEFENDANT/RESPONDENT: Anaheim Global Medical Center, et al.

| DECLARATION | CASE NUMBER:<br>30-2018-01024396-SC-SC-NJC |
|---|---|

I, Janet C. Brown am a witness for the plaintiff, Barbara Brown.

On September 14, 2017 at approximately 2:30 pm I declare I telephoned Dexter Brown at Anaheim Global Medical Center and informed him that our sister Barbara was on the way to visit with him.

Dexter was pleased and exicted and happy to hear of Barbara's visit.

Dexter was talking, responding and coherent to me on the telephone and we talked for about 15 minutes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: X

Janet C. Brown
(TYPE OR PRINT NAME)

X
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify): witness for Plaintiff

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2005]

**DECLARATION**

Page 1 of 1

23          ExHiBiT C

SC-105, Item 5

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Barbara Brown
P.O. Box 5408
Sugarloaf, CA 92386

TELEPHONE NO.: (909) 683-5591   FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): In Pro Per

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 1275 N. Berkeley Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Fullerton 92838
BRANCH NAME: North Justice Center

PLAINTIFF/PETITIONER: Barbara Brown

DEFENDANT/RESPONDENT: Anaheim Global Medical Center, et al.

CASE NUMBER:
30-2018-01024396-SC-SC-NJC

**DECLARATION**

I, Barbara Brown, Plaintiff herein, and in open court, (4/30/18) and in mediation, and in Anaheim Global Medical Center on 9/14/17, declare that my only intent was to help my brother Dexter Brown obtain and sign AGMC's "Authorization for Disclosure of Health Information" SEE: Exhibit H (the original unsigned form from 9/14/17), Contrary to defendants declaration from Nurse Selinas. Plaintiff will File action against Selinas and AGMC for defamation of character in the near future. Plaintiff's twin sister and mother had asked me to go and obtain the form (AGMC) and to hand Dexter a pen, which I borrowed from the Nurse at Nurses' station, and hold the form so he can at least mark an "X" and for me to witness it. SEE: Exhibit B The release of Dexter's medical file was neccessary for the Attorney, Kimberly Maynard of the Law offices of Marshall Silverberg, could take action to help my family get Dexter out of the hospital (AGMC) to Our mother's home in Fort Jones, CA and to get Dexter competent medical help after AGMC administered a lethal dose of lithium to Dexter Brown, an amputee, homeless, poor man on 8/30/17, 9/1/17 & 9/14/17. and AGMC delayed medical treatment which ultimately led to Dexter's early death, 1/11/18 SEE: Exhibit F This was a "cover-up" by AGMC and KPC when they lied to this court as to my motive of my visit to AGMC. They also lied to Dexter, our Mother and twin sister.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare I was

Date: May 8, 2019                                        not disruptive at AGMC on 9/14

Barbara Brown                                   Barbara Brown
(TYPE OR PRINT NAME)                          (SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify): IN Pro Per

24    EXHIBIT D

Ms. Barbara Brown
P.O. Box 5408 Sugarloaf, CA 92386
(951) 534-8277

Notice of Intent to File Action for Fraud, Gross, Negligence, Assault, etc.

To: KPC. Healthcare, Eric Rokal–1301 N. Tustin Ave. Santa Ana, CA. 92705 and Anaheim Global Medical Center, Hasana Aziz (Risk Management)– 1025 S. Anaheim Blvd. Anaheim, CA 92805.

Please take notice that Barbara Brown, of 397 Wabash Ave. P.O. Box 5408 Sugarloaf, CA 92386, intends to file an action for fraud, Abuse of Power, gross negligence, assault, battery, denial of services and/or access; (Civil Rights Act of 1964), psychological injury, emotional distress; mental anguish, Intentional Infliction of emotional distress; deliberate indifference, dereliction of duty and conspiracy to deprive california resident and u.s. citizen of Rights, privileges and guarantees in Article 1 of the California Constitution and Amendments 1, 4 & 14 of the Bill of Rights in the U.S. Federal Constitution and to discriminate grieve, against Barbara Brown without provocation, unlimited division, on or after the 90th day following service of this Notice of Intent upon you, John Doe 1-10 and Jane Doe 1-10 in the Superior Court of Orange County in the City of Santa Ana, California.

The facts upon which the action will be based are as follows:

On September 14, 2017 at approximately 4:30pm, Barbara Brown, arrived at Anaheim Global Medical Center to visit with older brother, Dexter Brown, to assist him, (a patient) in obtaining his signature on a form to release his medical file to send to his new doctor in his new town where our mother lives, where Dexter was moving to, in Fort Jones, California.

1

Page Number

25   EXHIBIT E

1    Barbare Brown also intended to offer prayers of healing
2    for Dexter, to our God, which is the practice of our religion,
3    in that, the nurse had informed my family that Dexter
4    was given an overdose of Lithium by their staff on September
5    1, 2017 and that he may never fully recover.
6        Barbara entered through the front door of Anaheim
7    Global Medical Center on 9/14/17 about 4:30pm, spoke to
8    front desk security guard, went to records department
9    to obtain form, and proceeded to Dexter's room in the
10   psych ward after borrowing an ink pen from nurse at
11   station, 2 doors before Dexter's room, near the back exit.
12       Barbara Brown, herein, demands the video and audio
13   recordings be preserved and presented (un-edited) to
14   corroborate with eyewitness testimony. Also include
15   all belt recordings from security Guards who made contact
16   with Barbara Brown inside and outside said building from 4:30pm
17   through 4:50pm to 5:00pm in areas described in lines 6-11, herein.
18       As Barbara Brown approached Dexter Brown's room that
19   was in the basement, second door on the left-hand side,
20   the nursing staff of 3-4 women were leaving Dexter's room
21   with dirty linen and trash, at approximately 4:45pm.
22       Upon entry into Dexter's room, Barbara called out to
23   "Dexter, do you know me, your sister, Barbara?" He indicated
24   non-verbally to me, yes, he did recognize Barbara as his sister.
25       Barbara's observation of Dexter Brown was a horrifying,
26   sad scene when Barbara realized Dexter was bloated twice
27   his size, unable to move anything but his head and
28   unable to utter a single word (a paralized mute).

2
Page Number

26

1  It is the opinion of Barbara Brown that her brother,
2  Dexter Brown, had just been given a drug overdose, again,
3  possibly Lithium within the hour by the staff of Anaheim
4  Global Medical Center Known herein as Jane Doe 1-10 and
5  John Doe 1-10, even after my family and myself, Barbara
6  Brown demanded that the hospital discontinue all
7  Psychotropic drugs especially Lithium.
8  · Barbara Brown has Known Dexter Brown for 53
9  years and has visted in person, spoke on the
10  telephone frequently before and after his amputation,
11  and has never seen him in such deplorable conditions
12  helpless, unable to speak or move or to exercise his
13  free will staring at the ceiling with no help & no hope.
14  Janet Brown our oldest sister will testify she spoke
15  to Dexter Brown within 2 hours on the phone (prior to
16  Barbara's visit) and Dexter was coherent, speaking and
17  answering, carrying on a conversation with Janet before
18  he was debilitated and now he can only answer open-ended questions,
19  While visting with Dexter, for five minutes or less,
20  Barbara Brown was met by the nursing staff Jane Doe
21  1-4 within seconds and was told Dexter can not sign
22  the consent to release his medical file and that I, Barbara
23  can not take him anywhere, although Jim
24  of Patients Rights Department said "there is no 5150 hold".
25  Barbara Brown stated the reason for the visit and
26  that the only intention was for Barbara to obtain
27  Dexter's signature or an "X" and to witness that,
28  after asking Dexter if he wanted to sign the form,

3

*Page Number*

27

1. Dexter Brown indicated through non-verbal communication
2. and excited muttering of, "ma Ma Ma Ma Ma Ma Ma"
3. when Barbara asked him if he wanted to sign the form to send
4. his medical Records to his new doctor in Fort Jones at "mama's house".
5. With the Nursing Staff and now Security Guards John Doe
6. 1-10 all telling me, Dexter can not sign their form
7. I, Barbara Brown, said "well let's just try it anyways"
8. and removed the sheet from Dexter's neck to the inside
9. of elbow and looked for needle marks, immediately One
10. security guard grabbed Barbara's arm and another helped to remove
11. Barbara from Dexter's room, the hospital building and parking lot.
12. Barbara Brown did not see life-saving machines in
13. Dexter's room, but did not inspect his right arm due
14. to the fact that an Hispanic nurse, Jane Doe #1, had
15. held Dexter's right arm down covered by a sheet in
16. an attempt to hide something or to restrain Dexter Brown.
17. The Security Staff John Doe 1-4 informed Barbara Brown
18. of the visiting hours (24/7) and threatened and warned and
19. informed Barbara Brown she could not & should not return.
20. The legal basis of the claim and damages are as follows:
21. Barbara Brown suffered psychological injury, emotional
22. distress, mental anguish and nightmares due to the willful, gross,
23. reckless, intentional, unreasonable and illegal acts and/or omissions
24. Committed by Anaheim Global Medical Center nursing and security staff.
25. Due to the willful nature of the staff's misconduct Barbara Brown is
26. entitled to compensation for pain and suffering and also an
27. award of punitive damages for assault, battery, gross negligence,
28. Conspiracy to deprive Barbara Brown of Civil, human, Constitutional & Inherent
29. Rights. DATED: July 23, 2018    Ms. Barbara Brown  Barbara Brown, in proper

-28-

****46412



**Anaheim Global Medical Center**

## Quick Look Triage

Last Name / Apellido __BRoWN__

First Name / Nombre __DeXTeR__

Date of Birth / Fecha de nacimiento __5 - 31 - 64__

Primary Dr. / Médico de atención primaria _____

Reason for Visit / Razón de la visita: __Not Doing well mentally or health__

_____

| Yes | No | |
|-----|-----|---|
| ☐ | ☒ | Do you feel safe at Home? / ¿Se siente seguro en su casa? |
| ☐ | ☒ | Have you traveled outside of US in <30 days? / ¿Ha (Han) viajado fuera de los Estados Unidos en los últimos 30 días? |
| ☒ | ☐ | Do you have thoughts of hurting yourself? / ¿Tiene pensamientos de hacerse daño a sí (ti) mismo? |

Acct: 200154450   MRN: 601046412
BROWN, DEXTER,
05/31/1963, M, 54, S
AT:
DOS: 07/24/2017 AGMC

EXHIBIT F

FINAL (SIGNED)

ANAHEIM GLOBAL MEDICAL CENTER

Discharge Summary Note

| Patient: | Sex: | DOS: | MRN: | Admit Date: | Discharge Date: |
|---|---|---|---|---|---|
| BROWN, DEXTER | Male | 09/03/2017 12:01 | REDACTED | 07/24/2017 20:45 | |

| Age: | DOB: | Room: | Bed: | Visit #: |
|---|---|---|---|---|
| 54Y | REDACTED | 311 | 1 | 100154450 |
| Attending Physician: | | Created By: | | Creation Date: |
| ROSS, GAIL | | ABDISHOO, SERGE | | 09/03/2017 12:01 |

## Admitting Diagnosis

Bipolar Affective Disorder Mixed F 31.63

## Discharge Diagnosis

schizoaffective disorder bipolar type

## Discharge Condition

## HISTORY

## Allergies

No Known Drug Allergies

## HOSPITAL COURSE

54 year old divorced unemployed homeless male admitted 6000 with suicidal ideation and intent to wheel himself in front of traffic to die. He has used July SSI funds in motels and had no funds no resources no support system and once again, returns to the hospital in desperation. He states "I just want to die", reports he is "going blind" but was able to sign medication consents on the line and to read the text with no difficulty. patient was being treated with lithium. A lithium level was taken in the evening of 9/1 and revealed that the lithium was toxic. Lithium level had been therapeutic at 1.1 on 8/2/17 with no change of lithium dose since. Lithium was discontinued and patient was encouraged to hydrate. Patient began to develop increased nausea. Repeat Lithium level was checked on 9/3/17 and remained toxic. Patient had been irritable and non-compliant. he refused oral hydration despite continues attempts to get the patient to drink fluids. Patient continued to be resistant to oral fluid intake and was discharged to medicine unit for treatment of his lithium toxicity.

## RESULTS

## Laboratory

Lab Results for the past 24 hours

| Order | Test | Value | Reference Range | Comments | Status | Collection |
|---|---|---|---|---|---|---|
| Basic Metabolic Panel | SODIUM | 140 | (136-145 mmol/L) | | Final Result | 09/03/2017 06:06:00 |
| Basic Metabolic Panel | POTASSIUM | 3.8 | (3.5-5.1 mmol/L) | | Final Result | 09/03/2017 06:06:00 |
| Basic Metabolic Panel | CHLORIDE | 104 | (98-107 mmol/L) | | Final Result | 09/03/2017 06:06:00 |
| Basic Metabolic Panel | CARBON DIOXIDE | 25 | (21-31 mmol/L) | - | Final Result | 09/03/2017 06:06:00 |
| Basic Metabolic Panel | GLUCOSE | 106 H | (70-105 mg/dL) | | Final Result | 09/03/2017 06:06:00 |

[ NAME: BROWN, DEXTER – MRN: 001046412 – Printed: Sunday, September 03, 2017 12:10:42 PM – Page 1/3 ]

BROWN, DEXTER



# ANAHEIM GLOBAL MEDICAL CENTER
## Patient Profile report

Patient Name:   **BROWN, DEXTER**

Visit ID:      **100154458**                    MR Number:  REDACTED            DOB:  REDACTED
Admit:         **07/24/2017**                   Location:   **UNKNOWN_LOCATION UNKNOWN_ROOM UNKNOWN_BED**

| Demographics | |
|---|---|
| Called Name: | Sex: Male |

| **Primary Address** | **Phone Numbers** | |
|---|---|---|
| HOMELESS | Home Telephone Number: | (714)555-5555 |
| ANAHEIM, __ ZZZZZ-ZZZZ | | |
| Country: United States | | |

## Contacts

| Name | Type | Next of Kin | Emergency Contact | Guardian | Agent | Phone | Phone Type |
|---|---|---|---|---|---|---|---|
| BROWN, DEXTER | Self | N | Y | N | N | (714)555-5555 | Home Telephone Number |
| ROSS, MORTON | Friend | Y | N | N | N | (714)926-4342 | Mobile or Cellular Telephone Number |

## Highest Education Level:

## School Information

| Institution Name | Contact Name | Contact Title/Role | Contact Phone Number |
|---|---|---|---|
| Magnolia High | | | |

Note:
\*\*\*NO OCCUPATIONAL HISTORY DATA \*\*\*

| Patient Education |
|---|
| Last Verified By: BRIAN V. MOORE, RN on 06/26/2017 10:48 |

\*\*\* NO PATIENT EDUCATION DATA \*\*\*

BROWN, DEXTER

31

Date: 07/24/07  Time of page: 1540  Arrival: 1544  End time: 1557  ☐ AM ☐ PM

Consultant: Mr. Stanley ^en  Caller: ER  M/R#: REDACTED

Patient Name: Dexter Brown  DOB: REDACTED  Age: 54  M W 8 D

Social Security #: REDACTED  City: Anaheim  Phone: 714-459-2288

Informant: patient  Relationship: self  Site of eval: ☐ ER ☐ ICU ☐ M/S ☐ Lobby

▶Primary Referral Source: patient  Physician Requesting Evaluation: _____

Language/Cultural/Special Needs: English

Precipitating Crisis/previous IP Hospitalization or outpatient treatment: (when/where/why/results):

Family HX/medical considerations/Medications/Allergies and or substance abuse(Type/Amt/Last Used

Tx history): Impairments: Called to ER to conduct a Psych Evals on the above named patient. Per ER Evaluation, patient is unresolved divorce Depression + Alt to go into traffic. Pt said that he feels Despondent about how his life is. Current Stressors are Unstable living situations, lack of sufficient finances + health Issues - Pt said that

Funding: ☐ OC Medi-cal ☐ Medicare ☐ None ☐ Other: _____  P.G.→

Severity of Impairments: 0=Not present 1=Moderate 2=Debilitating 3=Incapacitating 4=Immediate Danger

| | | | | | | |
|---|---|---|---|---|---|---|
| 0 | Delusions | 0 | Suicidal Behavior | 0 | Homicidal Behavior | 0 | Psycho motor agitation |
| 2 | Hallucinations | 2 | Suicidal thoughts | 0 | Homicidal thought process | | Psycho motor retardation |
| 0 | Delusions | 2 | Dysphoric Mood | | Psychotic thought process | 0 | Self mutilation |
| 2 | Mood Liability | 0 | Assaultiveness | 2 | Dissociative states | 0 | Sleep dysfunction |
| 1 | Obsessions | 0 | Rage Reaction | 1 | Inability to care for self | 0 | Addictive behavior |
| 0 | Incontinence | 0 | Hyperactivity | 0 | Destructive &/or Fire setting | 0 | Sexual/physical trauma |
| 0 | Cruel to Animals | 0 | Lying/stealing | 0 | Repudiation of Authority | 0 | Academic dysfunction |

Mental status Indications: (✓)indicate applicable choice when multiple indicators are provided)

| | | | | |
|---|---|---|---|---|
| Appearance | Appropriate | Bizarre &/or Peculiar | Dirty &/or Disheveled | |
| Speech | Normal &/or Clear | Bizarre &/or Peculiar | Pressured &/or Slowed | |
| Affect | Congruent or not | Angry &/or Elated | ✓ Depressed &/or Flat | |
| Thought | Well organized | Loose &/ Tangential | Disorganized | |
| Orientation | Person | Place | Purpose | |
| Memory | ✓ Unimpaired | Impaired Long Term | Impaired short term | |
| Attention | Satisfactory | ✓ Preoccupied &/or poor | Hyper-vigilant | |
| Motor Activity | ✓ Normal | Slowed &/ or Delayed | Hyperactive or restless | |
| Insight | Good | ✓ Fair | Poor | |
| Judgement | Good | Fair | ✓ Poor | |
| Manner/style | Open &/or relaxed | Hostile &/or Belligerent | Cold &/or indifferent | |
| | ✓ Tearful/sad | Guarded &/or evasive | Timid &/or fearful | |
| | ✓ Withdrawn/quiet | Dramatic &/hysterical | Grandiose &/ebullient | |

▶Preliminary Diagnosis/assessment:

☑ Meets 5150 Criteria as : ☑ Danger to self ☐ Danger to others ☐ Gravely disabled
☐ Does not meet criteria  ☑ Willing to sign voluntary ☐ Placed on 5150

100154450

Page 1 of 7

BROWN, DEXTER
3,2

***46412***

**ANAHEIM GLOBAL MEDICAL CENTER**
**Progress Notes Report**
09/01/2017 12:37 Through 09/05/2017 03:30

| | | | |
|---|---|---|---|
| Patient Name: | BROWN, DEXTER | MR Number: REDACTED | DOB: REDACTED |
| Visit Id: | 100154450 | | Attending: GAIL ROSS |
| Admit: | 07/24/2017 23:45 | | |

| Assessment Date | Department | Entry Date | Entered By |
|---|---|---|---|
| Pt. Location | | Cosigned | |

**09/01/2017 14:23    DMH BEHAVIORAL HEALTH              09/01/2017 14:23   LEONILA O. DULLA, LPT**

ACUTE ADULT PSYCH – DMH AD-311-1

Patient is in bed with closed eyes, remain refusing snacks, he's encouraged to eat or drinks but he didn't want it, no diarrhea noted until this time, he need prompts for ADL's & he need help, he refused to shower, remain disorganized & confused. We'll continue to monitor for safety & behavior.

**09/01/2017 13:08    DMH BEHAVIORAL HEALTH              09/01/2017 13:08   LEONILA O. DULLA, LPT**

ACUTE ADULT PSYCH – DMH AD-311-1

Patient remain disorganized, confused, delusional, poor insight & intake, refused to eat, no breakfast, snacks & lunch, even been encouraged how many times with a lot of staffs to let him eat, but kept refusing it & he wanted to leave to take care of his sick Mom, he said. The SW spoke to him & explained that they've been looking a place for him that have access on WIC but soon at this time & he was mad, did not understand of the exploitation, did not register to his mind that no place yet that can accept him with WIC bound. Remain poor insight & disorganized thought process, confused. We'll continue to monitor for safety & behavior.

**09/01/2017 13:00    DMD SOCIAL SERVICES               09/01/2017 13:00   TRISHA M. DURAN, LCSW**

ACUTE ADULT PSYCH – DMH AD-311-1

Assisted Living Placement Calls September 1, 2017
Fountain Assisted Living (714) 978-2534 Sw called and spoke to Monchie rooms are 1900, out of range for pt.
Lakewood Healthcare Center (562) 866-0978 Sw called and left voicemail for admissions.
The Manor (310) 450-1746 Sw called and was told to call later this afternoon cause it was lunch time presently.
Mercedes Guest Home (562) 832-4767 Sw called once again, claims mailbox full.
Palm Retirement Center (714) 870-8122  Sw called and spoke to Sandra, she stated she will not know bed availability until Tuesday September 5. Sw to call back Tuesday.
La Palma Royale (714) 991-3202 Sw called and spoke to his, she will have availabilities call Sw back.
Fullerton Residential Manor (714) 992-5390 Sw called and spoke to Wendy, no bed availabilities.
Sunny Hills (714) 255-1999 Shirley (714) 388-8695 Sw called and spoke to Shirly stated room available but for 3800, out of range.
Shalom Garden 877-438-4845 Sw called and left message.
Picodelom (951) 347-2893 Sw called and busy signal.

**09/01/2017 11:50    DMH BEHAVIORAL HEALTH             09/01/2017 11:50   CRISTINA ALVAREZ, MSW/ASW**

ACUTE ADULT PSYCH – DMH AD-311-1

SW Note: SW sent clincials to Cd's Board and Care in Anaheim and SW to follow up.

**09/01/2017 11:06    DMH BEHAVIORAL HEALTH             09/01/2017 11:06   LEONILA O. DULLA, LPT**

ACUTE ADULT PSYCH – DMH AD-311-1

Patient is visible, flat, depressed, guarded, preoccupied, insulin diabetic, using a WIC to help ambulation, a R-BKA, confused, refused to eat, irritable on approach, he took his AM routine of meds, but need a lot of prompts & encouragement. He denies SI/HI/VH/HI, but remain disorganized thought process, anxious to leave but no place to go, no plan for self care. He need prompts for ADL's & need help, education provided for being safe when getting out here, but very poor insight, and agitating to his mind that SW is looking a place for him, he refused to eat breakfast, given teaching because he's diabetic but still refusing it. He's yelling now & cursing, verbally abusive to all staff, because he still wanted to leave the hospital even been explaining that he doesn't have a place to go, he was given PRN Vistaril 50 mg at 0945, not effective, he still focusing to go & irritable, cursing, verbally abusive to all. We'll continue to monitor for safety & behavior.

09/05/2017 03:32        NOTE: All strikeouts were executed by person making original entry.        Page 4 of 35
                              * Significant Finding

BROWN, DEXTER
33

ANAHEIM GLOBAL MEDICAL CENTER

Progress Notes Report

6/12/2017 12:57 Through 9/05/2017 03:30

| Patient Name: | BROWN, DEXTER | | | | |
|---|---|---|---|---|---|
| Visit Id: | 180154459 | MR Number: | REDACTED | DOB: | REDACTED |
| Admit: | 07/12/2017 20:45 | | | Attending: | GAIL ROSS |

| Assessment Date | Department | | Entry Date | Entered By |
|---|---|---|---|---|
| Pt. Location | | | Cosigned | |

**08/29/2017 10:49     DMH BEHAVIORAL HEALTH                08/29/2017 10:49   LEONILA O. DULLA, LPT**

ACUTE ADULT PSYCH – DMH AD 311-1

Patient is visible, irritable, depressed, confused, disorganized thought process, demanding to go home up North because he said " He will take care of his sick Mom & will drive a car to go out there, he's packed already of all his personal stuff & said, "I'm discharging my self", he was explained that we will inform your Doctor, your Social Worker & we want to make sure that you're safe to go home, he was mad, demanding to leave & drive himself, with irritable tone of voice & said, "You're bullshoot" offered PRN, he refused. He refused to disclose anything, unable to care self, need help for ADL's & need prompts, he's using a W/C to help ambulation, he's diabetic & an amputee right BKA. He's compliant with meds, provided education for safety, remain disorganized thought process & confused. No outburst noted until this time, but we'll continue to monitor for safety & behavior.

**08/29/2017 04:56     DMH BEHAVIORAL HEALTH                08/29/2017 04:56   MELINDA A. MASON, LVN**

ACUTE ADULT PSYCH – DMH AD 311-1

PATIENT STILL AWAKE IN THE HALLWAY AND BRINGING OUT HIS BUCKET OF TOILETTRIES AND HE SAID HIS LEAVING GOING HOME. HIS DELUSIONAL, GUARDED, PARANOID, PREOCCUPIED WITH HIS OWN THOUGHTS. DISORGANIZED THOUGHTS, CONFUSED. WILL CONTINUE TO MONITOR HIS BEHAVIOR AND PROVIDE SAFETY.

**08/29/2017 03:01     DMH BEHAVIORAL HEALTH                08/29/2017 03:01   MELINDA A. MASON, LVN**

ACUTE ADULT PSYCH – DMH AD 311-1

PATIENT AWAKE EARLY IN THE HALLWAY, UNABLE TO GO BACK TO BED. HIS CALMED AND QUITE IN THE HALLWAY. REFUSED PRN MEDICATION. REMAINS DISORGANIZED AND PREOCCUPIED WITH HIS OWN THOUGHTS. HIS USING HIS WHEELCHAIR TO AMBULATE. WILL CONTINUE TO MONITOR HIS BEHAVIOR AND PROVIDE SAFETY.

**08/28/2017 21:56     DMH BEHAVIORAL HEALTH                08/28/2017 21:56   RABBI MAKIUNG, RN**

ACUTE ADULT PSYCH – DMH AD 311-1

Patient is intermittently visible on the unit, patient remains flat, depressed and seclusive to self. Patient is with minimal peer interaction. Patient denies s/i/h/a/v/h/h. Nystatin applied to abdominal folds and ash ointment applied to minimal redness to periumbilical area as ordered. Treatment tolerated well by patient. Patient reminded to lock his wheelchair before transferring himself back to bed. Discussed with patient his plan of care, fall precautions and side effects of medications. Patient verbalized understanding of discussions. Environment kept free of contrabands. Monitored q15 mins.

**08/28/2017 15:02     DMH BEHAVIORAL HEALTH                08/28/2017 15:02   LEONILA O. DULLA, LPT**

ACUTE ADULT PSYCH – DMH AD 311-1

Patient was visible intermittently, flat, depressed & sad affect, guarded, preoccupied internally, easily irritable, denies SI/HI/VH/AH & contracted for safety. He's compliant with meds, he got shaved with asst., he was encouraged express needs, to attend some unit activities, but refused. No problem noted behaviorally, but we'll continue to monitor for safety.

**08/28/2017 12:12     DMH BEHAVIORAL HEALTH                08/28/2017 12:12   LORENA BANUELOS**

ACUTE ADULT PSYCH – DMH AD 311-1

1. SUNRISE OF LA PALMA (714) 739-8111: SW left message for Shannon director of Sales for c/b regarding bed availability.

2. Le Bleu Chateau 818-843-3141: Sw spoke to Ann who reported administrator was not in yet and took a message for c/b regarding listed clinicals last week.

3. Kalalla Senior Living Community (562) 596-2773: SW spoke to Liz who directed SW to marketing director Ashleys voicemail for c/b.

09/05/2017 03:32          NOTE: All strikeouts were executed by person making original entry.          Page 8 of 36
                                            *Significant Finding

BROWN, DEXTER
34

▶Level of Care Determination: ☐ Outpatient ☐ Partial Hospital Program ☐ Inpatient unit 3 ☐ Inpatient unit 5

▶Indicate Psychiatrist contacted prior to admission: _____   Time: _____

Recommendations/referrals:
_Meets 5150 Criteria_                                        _Willing to Sign_

Final Disposition: _Psy 5150_ _____ ☐ 5150 ☐ 5585 ☐ Voluntary

Preliminary discharge expectations: _____

▶Admitting Physicians's Signature: _____   Time: _____   Date: _____

Additional Comments/suggestions: _____

he is willing to sign in Voluntary Status (psy DB) / Treatment Pt stated that he got fed up and stopped taking his medications. because he does not feel any better. Pt meets 5150 Criteria psu AIS especially considering that he is not contracting for safety outside of the hospital environment. Plan ER staff to follow up + hold unit Pt
                                                          dMaureen(?) RN

Acct:100154450   MRN:REDACTED
BROWN, DEXTER
05/31/1963, M, 54Y, 6
AT: ROSS, GAIL
DOS: 07/24/2017 20:45   WMCA

BROWN. DEXTER
35

FINAL (SIGNED)

## ANAHEIM GLOBAL MEDICAL CENTER

| Emergency Department Record | | | | |
|---|---|---|---|---|
| **Patient:**<br>BROWN, DEXTER | **Sex:**<br>Male | **Arrival date:**<br>07/24/2017 12:29 | **MR#:**<br>REDACTED | |

### ED Course/Medical Decision Making

**ED Course:**
laboratories reviewed no obvious abnormalities will have psych assessment performed and obtain disposition after

### Disposition

**Time:** 03:20 PM          **Diagnosis:** Depression suicidal ideation

**Condition:**      Unchanged       Improved       ⟨Stable⟩       Serious       Critical       Expired

**Hospital Status:** ⟨Admit as Inpatient⟩       Place in Observation

         **Location:** BH                              **Accepted by Dr.:** Designated psychiatrist

**Comments:** Medically clear for psychiatric evaluation

### SIGNATURE

*Signature attests that all pages have been reviewed and completed*

KEITH J. MCCARTY, M.D.        .                     07/24/2017 18:52
Physician Electronically signed by                        Date



[ NAME: BROWN, DEXTER - MRN: t REDACTED _ Printed: Monday, July 24, 2017 6:52:55 PM - Page 6/6 ]

BROWN. DEXTER
36

TD015696?

Date: 9-26-17   Time of page: 1335   Arrival: 1340   End time: 1350   TA 4 PM

Consultant: Velcs A.   Caller: Intake   M/R# REDACTED

Patient Name: Dexter Brown   DOB: REDACTED   Age: 54   M W S D

Social Security#: NA   City: Anaheim   Phone: TA 821-7810 (Anaheim police)

Informant: Patient   Relationship: Self   Site of eval: ☒ ER ☐ ICU ☐ M/S ☐ Lobby

► Primary Referral Source: Patient   Physician Requesting Evaluation: ER

Language/Cultural/Special Needs: None

Precipitating Crisis/previous IP Hospitalization or outpatient treatment: (when/where/why/results):
Family HX/medical considerations/Medications/Allergies and or substance abuse(Type/Amt/Last Used
Tx history): Impairments: _____

Funding: ☐ OC Medi-cal   ☐ Medicare   ☐ None   ☐ Other: _____

### Severity of Impairments: 0=Not present 1=Moderate 2=Debilitating 3=Incapacitating 4=Immediate Danger

| | | | |
|---|---|---|---|
| Delusions | Suicidal Behavior | Homicidal Behavior | Psycho motor agitation |
| Hallucinations | Suicidal thoughts | Homicidal thought process | Psycho motor retardation |
| Delusions | Dysphoric Mood | Psychotic thought process | Self mutilation |
| Mood Liability | Assaultiveness | Dissociative status | Sleep dysfunction |
| Obsessions | Rage Reaction | Inability to care for self | Addictive behavior |
| Incontinence | Hyperactivity | Destructive &/or Fire setting | Sexual/physical trauma |
| Cruel to Animals | Lying/stealing | Repudiation of Authority | Academic dysfunction |

### Mental status Indications: (✓indicate applicable choice when multiple indicators are provided)

| | | | |
|---|---|---|---|
| Appearance | Appropriate | Bizarre &/or Peculiar | ✓ Dirty &/or Disheveled |
| Speech | Normal &/or Clear | Bizarre &/or Peculiar | ✓ Pressured &/or Slowed |
| Affect | Congruent or not | Angry &/or Elated | Depressed &/or Flat |
| Thought | Well organized | Loose &/ Tangential | ✓ Disorganized |
| Orientation | ✓ Person | ✓ Place | Purpose |
| Memory | Unimpaired | Impaired Long Term | Impaired short term |
| Attention | Satisfactory | ✓ Preoccupied &/or poor | Hyper-vigilant |
| Motor Activity | Normal | ✓ Slowed &/ or Delayed | Hyperactive or restless |
| Insight | Good | ✓ Fair | Poor |
| Judgement | Good | ✓ Fair | Poor |
| Manner/style | Open &/or relaxed | Hostile &/or Belligerent | Cold &/or indifferent |
| | Tearful /sad | Guarded &/or evasive | Timid &/or fearful |
| | ✓ Withdrawn/quiet | Dramatic &/hysterical | Grandiose &/ebullient |

► Preliminary Diagnosis/assessment: _____

☐ Meets 5150 Criteria as : ☐ Danger to self ☐ Danger to others ☐ Gravely disabled
☒ Does not meet criteria   ☐ Willing to sign voluntary ☐ Placed on 5150

Page 1 of 2

BROWN, DEXTER

37

➤ Level of Care Determination: ☒ Outpatient ☐ Partial Hospital Program ☐ Inpatient unit 3 ☐ Inpatient unit 5

➤ Indicate Psychiatrist contacted prior to admission.                    Time:

Recommendations/referrals: _Does not meet criteria, D/C to Anaheim Terrace_

Final Disposition: _Does not meet criteria_ _____ ☐ 5150 ☐ 5585 ☐ Voluntary

Preliminary discharge expectations:

➤ Admitting Physicians's Signature:              Time:              Date:

Additional Comments/suggestions: _Return to Anaheim Terrace Care Center. No s/i, homicidal_
_or aggressive behavior. Pt does not meet criteria for inpatient psychiatric_
_admission_

100159962

BROWN, DEXTER

38

State of California—Health and Human Services Agency

# California Department of Public Health





**KAREN L. SMITH, MD, MPH**
*Director and State Public Health Officer*

**GAVIN NEWSOM**
*Governor*

April 12, 2019

Alice Brown
P.O. Box 60
Crescent City, CA 95531

Dear Ms. Brown:

FACILITY: Anaheim Global Medical Center
COMPLAINT NUMBER: CA00555791

As requested, we have enclosed the CMS 2567 documenting the provider's plan of correction for the above complaint.

Sincerely,

Hang Nguyen, RN, MSN
District Manager
Orange County District Office

Enclosure: 2567

HN/bm



PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____ <br> B. WING _____ | | C <br> 11/16/2018 |

NAME OF PROVIDER OR SUPPLIER

ANAHEIM GLOBAL MEDICAL CENTER

STREET ADDRESS, CITY, STATE, ZIP CODE
1025 S ANAHEIM BLVD
ANAHEIM, CA 92805

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 000 | **Initial Comments** <br><br> The following reflects the findings of the California Department of Public Health during the investigation of COMPLAINT NUMBER: CA00555791. <br><br> Inspection was limited to the specific complaint(s) investigated and does not represent the findings of a full inspection of the facility. <br><br> Representing the California Department of Public Health: Surveyor 36870, HFEN. <br><br> THE DEPARTMENT PARTIALLY SUBSTANTIATED THE COMPLAINT ALLEGATION(S) AND FINDINGS WERE CITED AT E294, 295, 1950, 2252, AND 2257. <br><br> HOWEVER, DURING THE INVESTIGATION, THE DEPARTMENT DETERMINED THERE WAS A VIOLATION OF REGULATIONS UNRELATED TO THE COMPLAINT ALLEGATION(S). FINDINGS WERE CITED AT E242. | E 000 | E 000 <br><br> The Quality/Risk Manager shall share CDPH preliminary findings and a plan of correction to the Chief Executive Officer (CEO), Chief Nursing Officer (CNO), Regional Director of Behavioral Health, Director of Medical Staff, by November 26, 2018. | 12/15/18 |
| E 242 | T22 DIV5 CH1 ART3-70203(a)(2) Medical Service General Requirements <br><br> (2) Developing, maintaining and implementing written policies and procedures in consultation with other appropriate health professionals and administration. Policies shall be approved by the governing body. Procedures shall be approved by the administration and medical staff where such is appropriate. <br><br> This Statute is not met as evidenced by: Based on interview and record review, the hospital failed to ensure verbal orders for | E 242 | E242 <br><br> Action <br> The Director of Quality shall share report the CDPH findings and POC to the CEO, CNO, and Director of Medical Staff. <br><br> Director of Medical Staff reviewed Medical Staff Rules and Regulations with Chief of Staff and all Medical Staff that all Authentications deemed to be within 48 hours of entry by October 10, 2018. <br><br> Monitoring <br> The Director of Medical Staff shall monitor Authentications by Physician are to occur as per the AGMC Medical Staff Rules and Regulations D.3; E. 1, 3. Authentications deemed to be w/n 48 hours of entry | 12/15/18 <br><br> 12/15/18 <br><br> 12/15/18 |

Licensing and Certification Division
LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE

TITLE
CEO

(X6) DATE
3-7-19

STATE FORM                    8899          PVJ911

If continuation sheet 1 of 18

Doc accepted  3/7/19  36870. HFEN

40

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING. _____ B. WING _____ | | C 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 242 | Continued From page 1 | E 242 | | |
| | medications was signed or authenticated within 48 hours as per the hospital's Medical Staff Rules and Regulations, for Patient A. This failure could result in substandard care and poor health outcomes for Patient A. | | 1. All Practitioner compliance shall be monitored on a weekly basis by Health Information Management and Medical Staff on a continuous basis; | 12/15/18 |
| | Findings: | | 2. Weekly reports will be provided to Medical Staff Leadership and Administration for appropriate Action in accordance with Medical Staff Bylaws and Rules & Regulation shall be developed to monitor compliance; | 12/15/18 |
| | Review of the hospital's General Rules and Regulations dated 5/16 showed all verbal/telephone orders must be authenticated with date, time, and signature within 48 hours by the ordering practitioner or another practitioner who is responsible for the care of the patient and authorized to write orders. | | 3. Notice is provided to the Department Chairs; 4. Medical staff leadership shall meet with individuals in an interactive forum with physician offenders. | 12/15/18 12/15/18 |
| | Medical record review was initiated for Patient A on 1/4/18. Patient A was admitted to the hospital on 7/24/17, and discharged on 9/19/17. | | | |
| | Review of the Physician's Orders Report for Patient A showed the following verbal orders that were not authenticated within 48 hours as follows: | | | |
| | * A verbal order for Regular Human Insulin - sliding scale (insulin dose based on pre-defined blood glucose ranges) was received by the RN (Registered Nurse) on 9/3/17 at 1801 hours. The verbal order was not authenticated by the physician until 9/8/17 at 0919 hours, more than four days after. | | | |
| | * A telephone order for ceftriaxone (antibiotic) one gram IVPB (intravenous piggyback) and metronidazole (antibiotic) 500 mg (milligrams) IVPB every eight hours was received by the RN on 9/5/17 at 2023 hours and authenticated by the physician more than three days after, 9/9/17 at 1315 hours and 0941 hours, respectively. | | | |

41

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1)  PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING: _____ | | |
| | CA060000074 | B. WING _____ | | C 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 242 | Continued From page 2 | E 242 | | |
| | The Regional Director of the BHU (Behavioral Health Unit) and the Director of Medical-Surgical units were interviewed on 11/16/18 at 0945 hours. When asked, the Regional Director stated the telephone and verbal orders for medications must be signed (authenticated) within 48 hours. The Director of Medical-Surgical verified the orders for insulin, ceftriaxone, and metronidazole were not signed within 48 hours, as per the hospital's Rules and Regulations. | | E 294 Reference to E295 E 295 Action The Chief Nursing Officer reviewed the daily staffing sheet for September 3, 2017 with the involved House Supervisors on the importance of prioritizing transfers of patients with change of condition by November 19, 2018. | 12/15/18 12/15/18 |
| E 294 | T22 DIV5 CH1 ART3-70215(b) Planning and Implementing Patient Care (b) The planning and delivery of patient care shall reflect all elements of the nursing process: assessment, nursing diagnosis, planning, intervention, evaluation and, as circumstances require, patient advocacy, and shall be initiated by a registered nurse at the time of admission. This Statute  is not met as evidenced by: | E 294 | Regional Director of Behavioral Health reviewed with the involved Behavioral Health Licensed Staff the importance of principles of nursing process regarding change of condition. The Regional Director of Behavioral Health Services developed a new policy, Medical Change of Condition of Behavioral Health Patients/Notification of Change, provide BH staff guidelines for properly identify changes in condition and initiating the chain of command on August 30, 2018 and approved through the Governing Body on September 12, 2018. | 12/15/18 |
| E 295 | T22 DIV5 CH1 ART3-70215(c) Planning and Implementing Patient Care (c) The nursing plan for the patient's care shall be discussed with and developed as a result of coordination with the patient, the patient's family, or other representatives, when appropriate, and staff of other disciplines involved in the care of the patient. This Statute  is not met as evidenced by: The above regulations [70215(b)(c)] were NOT MET as evidenced by: | E 295 | Regional Director of Behavioral Health or designee provided education on the new policy concerning criteria of change of condition, documentation of change in condition in the patients' medical record, incident reporting and following the chain of command regarding notification of physicians and family member, and documentation of plan of care. Any new hires shall be provided the same training to ensure compliance on September 12, 2018. Behavioral Health Leadership and Nursing | 12/15/18 12/15/18 |

4.2

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____ | B. WING _____ | C 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 3

Based on interview and record review, the hospital failed to ensure to provide necessary nursing care and services and advocate for Patient A in the Behavioral Health Unit (BHU) as evidenced by:

* Patient A was not transferred timely to the medical unit when the patient had toxic lithium levels and severe dehydration requiring IV (intravenous) fluids, though a bed was available in the ICU (Intensive Care Unit).

* The nursing staff in the BHU failed to notify the physician of the inability to transfer Patient A from the BHU to a medical unit on 9/3/17 at 0921 hours, for necessary treatment of IV fluid therapy.

* Patient A's nursing plan of care was not updated timely to address the new problems of decreased fluid intake and dehydration daily for more than two days after the signs and symptoms first appeared, as per the hospital's P&P (policy and procedure).

These failures created delays in implementing necessary treatment to prevent a decline in Patient A's medical condition.

Findings:

Review of the hospital's P&P titled Transfer Process Between Behavioral Health Unit to Medical unit dated 9/17 showed the following:

* Upon attending psychiatrist or consulting physician's decision that a patient's condition necessitates a medical unit, an order is written by the attending psychiatrist or consulting medical doctor to discharge and transfer a patient to the medical unit. The Charge Nurse will notify the | E 295 | Administration partnered with Flex Ed to develop a Specific Class focused on re-educating Behavioral Health nursing staff to on Critically Thinking the Assessment and Reassessment of Behavioral Health Patients, scheduled on 09/21/18, 10/15, 10/23/18 and 01/03/19 (make-up class). Continued scheduled classes shall commence quarterly for future newly hired nurses into Behavioral Health units.

Monitoring
Regional Director of Behavioral Health or designee on a monthly basis review all patients identified with changes in condition and determine if the change in condition was addressed appropriately and monitor compliance in assessing change in condition that will be tabulated for a period of 6 months and shall be presented to the Quality Council, Medical Executive Committee and forwarded to the Governing Board for approval and feedback for the necessity for continuation of monthly monitoring. | 12/15/18

12/15/18 |

43

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING: _____ | | C |
| | CA060000074 | B. WING _____ | | 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 4

Administrative House Supervisor for appropriateness of transfer. Consulting physician will admit the patient to the medical unit.

Review of the hospital's P&P titled Patient Assessment/Reassessment dated 9/17 showed:

* The assessment process will determine the need for care and/or treatment and the type of care to be provided. All relevant patient physiological, psychological, and social-cultural variables will be analyzed in the decision-making process in order to determine patient needs and priorities in order to determine the most appropriate individual patient care and treatment.

* Reassessment is a component of the patient plan of care and is conducted at key determinate events as well as throughout the care continuum. Reassessment is the evaluation of patient response to treatment and care in order to determine the appropriateness and effectiveness of care decisions. The goal of the assessment and reassessment process is to provide the patient with the best and most appropriate individualized care and treatment.

Review of the hospital's P&P titled Documentation; Interdisciplinary Plan of Care dated 9/17, showed:

* The Registered Nurse (RN) initiates the Interdisciplinary Plan of Care within 8 hours of admission, based on problems identified on completion of the Admission Assessment.

* The Interdisciplinary Plan of Care will be individualized, based upon actual or potential patient problems, in collaboration with the | E 295 | | |

Licensing and Certification Division

STATE FORM                                    6899        PVJ911                    If continuation sheet  5 of 18

44

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____ B. WING _____ | | C 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 5

patient/family if possible.

* The Interdisciplinary Plan of Care is categorized into major assessment/problem areas. Examples include discharge planning, nutrition/metabolic, safety, functional, infection, psychosocial, pain/comfort, cardiovascular/respiratory, neuromuscular, fluid volume, and education.

* The Plan of Care is reviewed and/or updated daily, upon transfer, and discharge.

According to Lexicomp.com (an online professional drug reference), the drug lithium is used to treat bipolar disorder (mental illness that causes dramatic shifts in a person's mood, energy and ability to think clearly). Lithium has a US Boxed Warning (a drug with a box warning has side effects that may cause serious injury or death) for monitoring lithium levels. Lithium toxicity is closely related to serum (blood) lithium levels and can occur at doses close to therapeutic (dose needed to treat the disease) levels.

* Warnings/Precautions:
- Dehydration: Avoid use in patients with significant fluid loss or sodium depletion due to an increased risk of lithium toxicity. Decreased tolerance to lithium has been reported with sweating or diarrhea, and if such occur, supplemental fluid and salt should be administered under careful medical supervision and lithium intake reduced or suspended until the condition is resolved.

* Adverse Reactions:
- Central nervous system: confusion, dizziness, drowsiness.
- Gastrointestinal: abdominal pain, anorexia (loss | E 295 | | |

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:  CA060000074 | (X2) MULTIPLE CONSTRUCTION  A. BUILDING: _____  B. WING _____ | (X3) DATE SURVEY COMPLETED  C 11/16/2018 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER  ANAHEIM GLOBAL MEDICAL CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE  1025 S ANAHEIM BLVD  ANAHEIM, CA  92805 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 6

of appetite), diarrhea, gastritis (inflammation of the stomach lining), nausea, and vomiting.

\* Toxic Concentrations:
- Greater than 1.5 mmol/L (millimoles per liter): Early signs and symptoms of intoxication include marked tremor, nausea, diarrhea, blurred vision, vertigo (loss of balance), and confusion.
- Greater than 2.5 mmol/L: Intoxication symptoms may progress to included severe neurological complications, seizures, coma, cardiac dysrhythmia (abnormal heart rhythm), and permanent neurological impairment.

\* Nursing Physical Assessment/Monitoring:
- Check ordered labs and report any abnormalities.
- Educate patient on importance of proper hydration.
- Monitor for and instruct patient to report any mood changes, inability to focus, restlessness, abnormal heartbeat, changes in urine, or weight gain.

Patient A's medical record review was initiated on 1/4/18.  Patient A was admitted to the hospital on 7/24/17, for psychiatric diagnoses and the treatment included lithium.  Patient A had an initial therapeutic lithium level of 1.1 mmol/L on 8/2/17.  Patient A began to refuse food and fluids on 8/31/17, and began having diarrhea on 9/1/17.  On 9/1/17, Patient A had a critical high lithium level (immediate health risk requiring immediate action) of 2.3 mmol/L and his lithium was discontinued.  On 9/3/17, Patient A again had a critical high lithium level of 2.2 mmol/L.  The attending psychiatrist ordered to transfer the patient to the medical unit for IV (intravenous) fluid therapy and supportive care on 9/3/17 at 0921 hours; however, Patient A was not | E 295 | | |

Licensing and Certification Division
STATE FORM                                    5399                    PVJ911                    If continuation sheet 7 of 18

46

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER. | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING: _____ | | C |
| | CA060000074 | B. WING _____ | | 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD<br>ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 7 | E 295 | | |
| | transferred to the medical unit until 1730 hours, eight hours after the order was given. | | | |
| | Review of the Physician's Progress Notes showed the following: | | | |
| | * 9/1/17 at 2013 hours: MD 1 (attending psychiatrist) documented Patient A was complaining of diarrhea, was confused, lethargic and listless, was not eating and was vomiting, had bilateral (both sides) tremors, had a lithium level of 2.3, and appeared physically dehydrated. The plan included to discontinue lithium and all medication and push fluids. The internist (physician specializing in the diagnosis and nonsurgical treatment of diseases) declined to transfer Patient A for IV hydration at that time. Repeat lithium level on 9/3/18. | | | |
| | * 9/2/17 at 1211 hours: MD 2 (psychiatrist) documented Patient A had minimal interaction with peers and staff. The patient continued to require prompting for medication compliance and ADLs (activities of daily living); therefore, he was "too low" functioning to be discharged to a shelter. | | | |
| | * 9/3/17 at 0732 hours: MD 2 documented Patient A was seen in his room and continued to complain of nausea. He was educated on lithium toxicity and his levels needed to be monitored until the level became normal. | | | |
| | * 9/4/17 at 0916 hours: MD 3 (internist) documented Patient A was transferred from the BHU to the medical unit after he was found to have lithium toxicity and was refusing oral intake. Impression: Altered mental status apparently related to lithium toxicity. Plan: Keep patient NPO (nothing by mouth) due to lethargic state. Continue IV fluids, monitor urine output. Lithium has been discontinued. Repeat lithium level in 24 hours. | | | |

Licensing and Certification Division

STATE FORM                                    6899                    PVJ911                    If continuation sheet 8 of 18

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____ B. WING _____ | | C 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 8 <br><br> Review of MD 2's order dated 9/3/17 at 0921 hours, showed to discharge Patient A from the BHU to the medial unit; however, Patient A was not transferred until 1730 hours, more than eight hours later. <br><br> Review of the Progress Note Report showed the following: <br><br> * 8/31/17 at 1106 hours: Patient A refused to eat breakfast, he was given Vistaril (anti-nausea medication) at 0945 hours; however, it was not effective. <br> * 9/1/17 at 1306 hours: Patient A had poor insight and intake, refused to eat breakfast, snacks, and lunch. The patient was encouraged to eat; however, he continued to refuse. <br> * 9/1/17 at 1423 hours: Patient A refused snacks, did not want to eat or drink, and had an episode of diarrhea. <br> * 9/1/17 at 1508 hours: Patient A had an episode of diarrhea. The charge nurse was notified and was asked to notify the physician. <br> * 9/2/17 at 0651 hours: Patient A had loose stools in bed. <br> * 9/2/17 at 0911 hours: Patient A had vomitus that was greenish to yellowish in color. He was slow to process information and had poor concentration. <br> * 9/2/17 at 1850 hours: An order for Zofran (anti-nausea medication) was given for Patient A. The patient had vomiting and loose stools and refused dinner. <br> * 9/3/17 at 0653 hours: Patient A was non-verbal but nodded head when asked if he was weak. The patient had no urine output all night and refused fluids. The charge nurse was notified of his condition. <br> * 9/3/17 at 0923 hours: Patient A was confused | E 295 | | |

Licensing and Certification Division

48

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____ <br> B. WING _____ | | C <br> 11/16/2018 |

NAME OF PROVIDER OR SUPPLIER

ANAHEIM GLOBAL MEDICAL CENTER

STREET ADDRESS, CITY, STATE, ZIP CODE

1025 S ANAHEIM BLVD
ANAHEIM, CA 92805

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 10 | E 295 | | |
| | with a bed capacity of 18. The census in the telemetry unit (where patients can be continuously monitored) was zero with a bed capacity of four. The Report showed at 1700 hours, RN telemetry staff was sent home early when two telemetry patients in the ICU were discharged. | | | |
| | On 1/4/18 at 1310 hours, an interview and concurrent medical record review was conducted with the Director of BHU. When asked about Patient A's lithium levels, The Director stated Patient A was admitted on 7/24/17, and his lithium levels began to increase in September of 2017. The Director verified the patient had a critical high lithium level on 9/3/17, and was ordered to be transferred to the medical unit at 0923 hours; however, the unit was full, so the patient remained in the BHU on one-to-one staffing (one staff member dedicated to the patient) and was monitored. He was transferred to the medical unit on 9/3/17 at 1730 hours. When asked, the Director stated no IVs were done in the BHU for safety reasons; therefore, Patient A did not receive any IV fluids until he was transferred to the medical unit. When asked, the Director verified there was no documentation to show the physician was notified of the delay in transfer of Patient A. When asked if Patient A should have been transferred earlier to receive necessary medical care, the Director stated possibly, and Patient A could have been sent out to a contracted hospital. | | | |
| | On 1/4/18 at 1335 hours, an interview and concurrent record review was conducted with the Chief Nursing Officer (CNO). When asked why Patient A was not transferred timely from the BHU to the medical unit on 9/3/17, the CNO stated based on the staffing information, the patient | | | |

Licensing and Certification Division

STATE FORM                                    6899        PVJ911              If continuation sheet 11 of 18

50

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____ | | C |
| | | B. WING _____ | | 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E 295 | Continued From page 11 | E 295 | | |
| | could have been transferred to the ICU on day shift. The census was low, and one RN was sent home at 1710 hours, who could have accepted the patient. | | | |
| | On 3/27/18 at 1247 hours, an interview was conducted with the Manager of the BHU. When asked, the Manager stated signs and symptoms of lithium toxicity included nausea, vomiting, diarrhea, and tremor. When asked if lithium affects cognitive function, the Manager stated it can affect cognition if there is a toxic level. The Manager further stated if there is ever a decline in a patient's function, the nursing staff should notify the internist and the psychiatrist as well. The Manager verified the nursing care plans should be reviewed and/or updated every day. | | | |
| | On 11/16/18 at 1015 hours, a follow-up interview and record review was conducted with the Regional Director of the BHU (formerly the Director of BHU). The Regional Director was asked to review the Dehydration care plan problem dated 9/2/17 at 2305 hours, for Patient A. The Regional Director acknowledged the care plan problem was not initiated timely, and it should have been initiated at the time the lithium toxicity and dehydration symptoms arose, not several days later. | | | |
| E1950 | T22 DIV5 CH1 ART7-70707(b)(1) Patients' Rights | E1950 | E 1950 | |
| | (b) A list of these patients' rights shall be posted in both Spanish and English in appropriate places within the hospital so that such rights may be read by patients. This list shall include but not be limited to the patients' rights to: | | The Regional Director of Behavioral Health or designee reviewed policy and procedures for Informed Consent - Psychotropic Medications reviewed and developed step-by-step process for obtaining Informed Consent prior to psychotropic medication administration was developed on September 7, 2018. | 12/15/18 |
| | | | Regional Director of Behavioral Director or | |

Licensing and Certification Division

STATE FORM                                     6469                    PVJ911                                   If continuation sheet 12 of 18

51

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | | A. BUILDING: _____ | | C |
| | CA060000074 | B. WING _____ | | 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E1950 | Continued From page 12 | E1950 | designee shall provide in-service to Behavioral Health nursing staff regarding each individual's role and responsibility on upholding Patients' Rights and ensuring informed consent is in place prior to administering psychotropic medications by October 01, 2018. Any new hires shall be provided the same training to ensure compliance. | |
| | (5) Receive as much information about any proposed treatment or procedure as the patient may need in order to give informed consent or to refuse this course of treatment. Except in emergencies, this information shall include a description of the procedure or treatment, the medically significant risks involved in this treatment, alternate courses of treatment or nontreatment and the risks involved in each and to know the name of the person who will carry out the procedure or treatment. | | | 12/15/18 |
| | | | Monitoring 30 chart audits will be conducted by the Regional Director of Behavioral Health or designee on a monthly basis to monitor compliance on the presence of Informed Consent for Psychotropic Medications prior to administration of psychotropic medications that will be tabulated and presented to the Quality Council, Medical Executive Committee and forwarded to the Governing Board for approval and feedback | |
| | This Statute is not met as evidenced by: The above regulation was NOT MET as evidenced by: | | | |
| | Based on interview and medical record review, the hospital failed to ensure the hospital's P&P (policy and procedure) for Informed Consent for Psychotropic Medication was implemented when a written informed consent was not obtained and/or signed by Patient A for the use of haloperidol (an antipsychotic) and Seroquel (an antipsychotic). This posed the potential for the patient not being allowed to make an informed decision about the use of the psychotropic medication that may affect the patient's well-being. | | | |
| | Findings: | | | |
| | Review of the hospital's P&P titled Informed Consent for Antipsychotic/Psychotropic Medications revised 7/15 showed the following: | | | |
| | * It is the policy that all persons who are voluntary, or on an involuntary hold, who are receiving medications for their psychiatric | | | |

Licensing and Certification Division

STATE FORM                                    6899          PVJ911                    If continuation sheet 13 of 18

52

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | CA060000074 | A. BUILDING: _____<br>B. WING _____ | C<br>11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD<br>ANAHEIM, CA  92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E1950 | Continued From page 13<br><br>condition; are given both oral and written information about the medication.  The patient is given information regarding the medication by the psychiatrist who obtains the patient's signature on the form.<br>* It shall be the physician's non-delegable function to give the following verbal information to the patient:<br>- The nature of the mental illness, or behavior, for which the medication is being given.<br>- The likelihood of improving or not improving without the medication.<br>- Reasonable alternatives to treatment.<br>- The name, type, and amount of medication, the frequency and method of dispensing the medication, and the probable length of time the medication will be taken.<br>* Every patient who will be prescribed an antipsychotic/psychotropic medication directly related to the treatment of the patient's mental disorder, shall have the content of the appropriate informed consent form discussed with him or her by the prescribing psychiatrist.<br>* The patient shall be informed by the prescribing psychiatrist that he or she has the right to refuse such medication.<br>* The psychiatrist shall enter on the form the specific medication, the dosage range of the medication to be prescribed/administered, and the date of the discussion.<br>* The patient may withdraw his or her consent at any time.<br>* The patient is to be informed of any probable side effects of the medication, which are likely to occur and any particular side effect likely to occur with the patient.<br>* After the psychiatrist has discussed the recommended medication, nature and effect, and the patient indicates understanding the content of the informed consent, the patient shall sign and | E1950 | | |

Licensing and Certification Division

STATE FORM                                      6899           PVJ911                    If continuation sheet 14 of 18

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____ <br> B. WING _____ | | C <br> 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD <br> ANAHEIM, CA  92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E1950 | Continued From page 14 <br><br> date the consent form showing that he or she agrees to the administration of the recommended medication. <br><br> Review of Patient A's Medication Administration Record showed the following: <br><br> * Haloperidol lactate 2 mg/ml (milligrams per milliliter) concentrate oral twice a day.  Verify consent before first dose starting 9/6/17 at 2100 hours. <br> * Quetiapine (Seroquel) 25 mg oral twice a day. Verify consent before first dose starting 9/15/17 at 2100 hours. <br><br> However, there was no documented evidence of informed consents being obtained from Patient A prior to the administration of the above antipsychotic medications. <br><br> The Regional Director of the BHU (Behavioral Health Unit) was interviewed on 11/16/18 at 0912 hours, regarding the use of psychotropic/antipsychotic medications.  The Regional Director was asked to review Patient A's physician's orders and informed consents for haloperidol and Seroquel.  When asked, the Regional Director verified there were orders for both antipsychotic medications and Patient A had been receiving them as prescribed; however, there was no informed consent obtained by the prescribing physician prior to the medications being administered, as per the hospital's P&P. | E1950 | | |
| E2252 | T22 DIV5 CH1 ART7-70751(j) Patients' Monies and Valuables <br><br> (b) Each licensee shall maintain adequate safeguards and accurate records of patients' | E2252 | E2252 <br><br> Reference to E 2257 | |

Licensing and Certification Division
STATE FORM                                    6899          PVJ911                        If continuation sheet  15 of 18

54

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: CA060000074 | (X2) MULTIPLE CONSTRUCTION A. BUILDING: _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 11/16/2018 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER
**ANAHEIM GLOBAL MEDICAL CENTER**

STREET ADDRESS, CITY, STATE, ZIP CODE
**1025 S ANAHEIM BLVD
ANAHEIM, CA 92805**

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E2252 | Continued From page 15<br><br>monies and valuables entrusted to his care.<br><br>This Statute is not met as evidenced by:<br><br>E2257 T22 DIV5 CH1 ART7-70755(b)(1) Patients' Monies and Valuables<br><br>(e) Upon discharge of the patient, all refunds due and all money and valuables of that patient which have been entrusted to the licensee shall be surrendered to the patient or the person responsible for the patient in exchange for a signed receipt. Money and valuables kept within the hospital must be surrendered upon demand and those kept in a demand trust account or with the county treasurer must be made available within three normal banking days.<br><br>This Statute is not met as evidenced by:<br>The above regulations [70755(b)(e)] were NOT MET as evidenced by:<br><br>Based on interview and record review, the hospital failed to ensure one patient (Patient A) had all of his belongings returned to him upon discharge when he was transferred to a skilled nursing facility (SNF) without his personal wheelchair. This failure resulted in Patient A no longer having a critical piece of equipment he depended on for mobility and independence.<br><br>Findings:<br><br>Medical record review for Patient A was initiated on 1/4/18. Patient A was admitted to the hospital's behavioral health unit (BHU) on 7/24/17, and was transferred to the medical unit | E2252<br><br>E2257 | E2257<br><br>The Quality/Risk and Regional Director of Behavioral Health reviewed hospital policy and procedure, Valuables/ Property, Patient, sections Patient property/valuables not secured in hospital safe and missing items was discussed with Risk Department on September 19, 2017.<br><br>The hospital shall submit check request to replace/compensate patient item upon receipt of proof of, or verification of age, condition and value of lost wheelchair. To date, hospital has not received verification of replacement value of patient wheelchair and shall submit check request for estimated valued discussed with patient/family as January 28, 2019. | 12/15/18<br><br>12/15/18 |

PRINTED: 01/10/2019
FORM APPROVED

California Department of Public Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____  B. WING _____ | | C 11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD  ANAHEIM, CA  92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E2257 | Continued From page 16  (Unit 4) on 9/3/17.  He was discharged to a SNF on 9/19/17.  Patient A had a below the knee amputation and was depended on a wheelchair for mobility.  Review of the Behavioral Health Patient Personal Property Checklist dated 7/24/17, showed "wheelchair in patient belongings" written in free text on the Belongings check list.  Under the check list, a check box was marked noting "all valuables will remain in hospital safe until discharge."  The bottom of the form titled At Discharge showed a check box for, "all belongings returned to the patient.  All valuables from safe returned to the patient" was left unchecked.  Review of the hospital's Patient Personal Property Checklist showed columns dated 9/3 and 9/19/17.  The column dated 9/3/17, showed Patient A was transferred to Unit 4 with his belongings.  The check box at the bottom of the column, to be marked if the patient had a wheelchair, was left unchecked.  The column dated 9/19/17, showed Patient A was transferred to the SNF with his belongings.  The check box at the bottom of the column, to be marked if the patent had a wheelchair, was left unchecked.  The CNO and Regional Director of the BHU were interviewed on 11/16/18 at 0900 hours, and asked to review Patient A's personal property records.  When asked, the Regional Director acknowledged the patient was admitted to the hospital on 7/24/17, with his personal wheelchair and it was locked in the contraband closet.  The Regional Director stated she would check the medical record for evidence Patient A was discharged from the hospital with his personal wheelchair he had with him when he was | E2257 | | |

Licensing and Certification Division

STATE FORM                                    8GS9                    PVJ911                        If continuation sheet  17 of 16

56

California Department of Public Health

PRINTED: 01/10/2019
FORM APPROVED

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | CA060000074 | A. BUILDING: _____<br>B. WING _____ | | C<br>11/16/2018 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| ANAHEIM GLOBAL MEDICAL CENTER | 1025 S ANAHEIM BLVD<br>ANAHEIM, CA 92805 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| E2257 | Continued From page 17<br><br>admitted to the hospital.<br><br>On 11/16/18) during a follow-up interview, the Regional Director of the BHU acknowledged there was no documented evidence to show Patient A left the hospital with his personal wheelchair and must have been discharged without it. | E2257 | | |

PVJ911

If continuation sheet  18 of 18

57

REBOARD PASS
BOARDING #:

BROWN BARBARA

15Sep17  03:30p

SCHD: GLI 6010

COUPON ORIG
ANAHEIM     CA

*COUPON DEST*
SAN BERNARDI CA

TKT DEST
SAN BERNARDI CA

CONF#:4941471001
15Sep17 12:03p
SOLD AT: 03612
  1 2 3 4 5 6 7

**9**

NBTA  0043
GREYHOUND LINES, INC.
FROM:  ANAHEIM     CA
TO:    SAN BERNARD' CA

DEP:  15Sep17  03:30p
            BOARDING #

SCHED 6010

DW  ADULT

NO REFUND.SUBJECT TO A FEE.IF VALID FOR EXCHANGE
TICKET FOR SCHEDULE 6010      /15Sep17

FARE              $15.00
TAX                  XX
SUBTOTAL:         $15.00
FEE:      $2.50    NONE
VISA

W/W
MILES:    58    58
COUPON    01 OF 01

0001500      001 01 29   42308583 5

CONF#: 4941471001
03612  ANAHEIM      CA
15Sep17 12:03p 7699
ANAT001

TKT ORIG:ANAHEIM        CA
TKT DEST:SAN BERNARDI CA
TARIFF:  CACP



---

Room Number /
Número de
Habitación

155



motel

We'll leave the
light on for you®

motel6.com | 800-4Motel6

---

STANTON  SB GAS

SB GAS AND WASH MANA
7501 KATELLA AVE
STANTON  CA 90680
DEALER#: 10146421         TERM ID: 21
09/15/17
Description   Qty  Price    Amount
Pump5 PPaid 3.206G@$3.119/G $   10.00
REGULAR SELF

            Sub Total        10.00
                 Tax          0.00
                 Total       10.00

Debit Card(USD$)             10.00

Change Due        $    0.00

SALE
---------------------------------
DEBIT      7 Acct: 0617   $   10.00
AUTH: 00-024412
    12-Interlink
Terminal Seq Num: 963428
---------------------------------

WORKSTATION ID: 01        TRAN: 1398726
PRINT TIME: 09:35:54

    Your opinion counts!  Enter to Win
    1 of 60 $25 gas gift cards!!!
    Provide feedback at www.gasvisit.com

    Learn how to earn 30 cents/gallon in
      fuel statement credits.  Go to
    drivesavvy.com or see details at the
      pump. Restrictions apply.
        Offer expires 12/31/17.
             876
         NO REFUND!
      Same Exchange Only

58

EXHIBIT H

# AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

I hereby authorize: **Anaheim Global Medical Center,**
1025 S. Anaheim Blvd, Anaheim, CA. (714) 563-2838 (HIM/ROI)
to disclose the following information from the medical record of :

Patient Name: _____

Date of Birth: _____ Social Security #: _____

Covering the period of healthcare from: _____ to _____

Specific information to be disclosed:

_____

_____

_____

I specifically authorize release of the following information: (check if applicable)

☐ Mental health treatment information.       ☐ Alcohol/drug treatment information.
☐ Psychotherapy Notes                        ☐ HIV test results

This information is to be disclosed to: (complete with full name and address, even if to self)

Name: _____

Address: _____

City _____ , State _____

Contact #'s:  Phone: _____  FAX: _____

For the purpose of: ☐ Continuity-of-Care  or  ☐ Other _____

1. This disclosure shall not condition treatment, or payment, or my eligibility for benefits on my providing authorization for the requested use of or disclosure.

2. I may revoke this authorization at any time, but I must do so in writing, and submit to the following address:  KPC Healthcare, Inc., Attn:  Privacy Officer, 1301 N. Tustin Ave., Santa Ana, CA 92705.  My revocation will take effect upon receipt, except to the extent others have acted in reliance upon this authorization.  This authorization will remain in effect: ☐ Until request is fulfilled. ☐ From date of Authorization until: _____

3. I have a right to receive a copy of this authorization.                          DATE

4. I understand that once my health information is disclosed to the recipient, there is no guarantee the recipient will not re-disclose my health information to a third party.  The third party may not be required to abide by this Authorization or applicable law governing the use and disclosure of my health information.

☐ Patient is a minor (under 18 years of age).

_____    _____    _____
      Date                  Time                    Signature

If authorized to sign for the patient: _____
*(you may be asked to provide)*     Print name    and    relationship to patient

BB Exhibit H
M4
59 Exhibit EXHIBIT I

416

*SACRAMENTS & ORDINANCES*

*also that she hath done shall be spoken of for a memorial of her. (Mark 14:6-9).*

## 917. WHY IS THE ANOINTING WITH OIL CALLED A SACRAMENT?

It is called a Sacrament (sacred act) because it is written in the Scriptures for us to observe. It has an outward visible symbol, the olive oil (consecrated by prayer), and the inward work of forgiveness and restoration.

*Is there any sick among you? Let him call for the elders of the church: and let them pray over him, anointing him with oil in the name of the Lord. And the prayer of faith shall save the sick, and the Lord shall raise him up and if he have committed sins, they shall be forgiven him. (James 5:14,15).*

BIBLE NARRATIVE: Holy anointing oil was compounded with perfumes for special times of consecration and sanctifying vessels in the temple. (Exodus 30:22-25).

## 918. WHY IS OIL USED IN THE SACRAMENT?

A. Oil symbolizes the presence of the Holy Spirit.

*Thou hast loved righteousness and hated iniquity; therefore God, even thy God, hath anointed thee with the oil of gladness above thy fellows. (Heb. 1:9).*

B. It is the symbol of the sacrament that secures the promised blessings of God.

*. . . See, that thou make all things according to the pattern shewed to thee in the mount. (Heb. 8:5).*

## 919. HOW IS OIL USED IN THE SACRAMENT?

The consecrated oil is smeared, rubbed or poured on the sick individual for healing and deliverance in the Name of the Lord.

*. . . and let them pray over him, anointing him with oil in the name of the Lord. (James 5:14).*

---

*ANOINTING WITH OIL*

417

## 920. WHO CAN ADMINISTER THE SACRAMENT?

The anointing of oil is administered by the elders of the Church.

*Is there any sick among you? Let him call for the elders of the church; and let them pray over him, anointing him with oil in the name of the Lord. (James 5:14).*

## 921. WHY IS THIS SACRAMENT ADMINISTERED?

This sacrament is administered for healing and deliverance of the sick and oppressed. Many are weak and sickly because of sins committed against Christ or His body, the Church.

*Wherefore whosoever shall eat this bread, and drink this cup, of the Lord, unworthily, shall be guilty of the body and blood of the Lord. But let a man examine himself, and so let him eat of that bread, and drink of that cup. For he that eateth and drinketh unworthily, eateth and drinketh damnation to himself, not discerning the Lord's body. For this cause many are weak and sickly among you, and many sleep. (1 Cor. 11:27-30).*

*For to be carnally minded is death . . . Because the carnal mind is enmity against God: for it is not subject to the law of God, neither indeed can be. (Rom. 8:6,7).*

## 922. WHAT SINS ARE COMMITTED AGAINST CHRIST OR HIS BODY, THE CHURCH?

Sins against Christ or His body, the Church, include:

1. Becoming offended when we are chastened by the Lord.

*And blessed is he, whosoever shall not be offended in me. (Luke 7:22).*

2. Taking offense at a thoughtless word or act of another believer and harboring resentment or bitterness toward another believer.

*Great peace have they which love thy law: and nothing shall offend them. (Ps. 119:165).*

60   EXHIBIT J

418

SACRAMENTS & ORDINANCES

3. Having an unforgiving spirit.

But if ye do not forgive, neither will your Father which is in heaven forgive your trespasses. (Mark 11:26).

4. Having a disobedient spirit that will not obey the commandments of God.

And having in a readiness to revenge all disobedience, when your obedience is fulfilled. (2 Cor. 10:6).

5. Robbing God of tithes and offerings.

Will a man rob God? Yet ye have robbed me. But ye say, Wherein have we robbed thee? In tithes and offerings. (Mal 3:8).

6. Hiding or condoning sin.

He that covereth his sins shall not prosper: but whoso confesseth and forsaketh them shall have mercy. (Prov. 28:13).

7. Gossiping.

If any man among you seem to be religious, and bridleth not his tongue, but deceiveth his own heart, this man's religion is vain. (James 1:26).

8. Partaking of the Lord's Supper unworthily.

Wherefore whosoever shall eat this bread, and drink this cup of the Lord, unworthily, shall be guilty of the body and blood of the Lord. But let a man examine himself, and so let him eat of that bread, and drink of that cup. For he that eateth and drinketh unworthily, eateth and drinketh damnation to himself, not discerning the Lord's body. For this cause many are weak and sickly among you, and many sleep. (1 Cor. 11:27–30).

923. HOW IS HEALING RECEIVED WHEN WE HAVE SINNED AGAINST CHRIST OR HIS CHURCH?

We call for the elders of the Church, confessing our sins to them and asking God for forgiveness through prayer.

Confess your faults one to another, and pray for one another that ye may be healed . . . (James 5:16).

ANOINTING WITH OIL

419

924. WHAT DO THE ELDERS DO?

The elders hear the confession of sins and pray to the Lord on behalf of the afflicted believer to remit his sins. Then they anoint the sick person with oil in the Name of the Lord and pray the prayer of faith.

Is any one among you sick? He should call in the church elders—the spiritual guides. And they should pray over him, anointing him with oil in the Lord's name. And the prayer (that is) of faith will save him that is sick, and the Lord will restore him; and if he has committed sins, he will be forgiven. (James 5:14,15, AMP).

925. WHAT DOES THE LORD DO?

According to the Scriptures, the Lord forgives the confessed sins of the believer, restores him to right standing in the Body of Christ, and sometimes restores him to physical health.

And the prayer (that is) of faith will save him that is sick, and the Lord will restore him; and if he has committed sins, he will be forgiven. (James 5:15 AMP).

926. ISN'T THE BELIEVER ALWAYS RESTORED TO PHYSICAL HEALTH?

No. Many times healing will follow the administering of the sacrament. However, this sacrament is primarily for the healing and saving of the soul from death.

My brethren, if any one among you strays from the Truth and falls into error, and another (person) brings him back (to God), Let the (latter) one be sure that whoever turns a sinner from his evil course will save (that one's) soul from death and will cover a multitude of sins (that is, procure the pardon of the many sins committed by the convert). (James 5:19,20 AMP).

927. WHEN SHOULD THE ELDERS BE CALLED?

The elders should be called in all cases of serious illness. The family or doctors cannot always judge whether the sickness is of spiritual or of an organic origin.



# RELIGIOUS Service DIRECTORY



TO KNOW HIM AND MAKE HIM KNOWN



### B'NAI BIG BEAR JEWISH CONGREGATION
FOR MORE INFORMATION, CALL:
**909-217-7205**
OR EMAIL/VISIT:
**bnaibigbear@aol.com • www.bnaibigbear.com**

### BEAR VALLEY CENTER FOR SPIRITUAL ENRICHMENT
*A Religious Science/New Thought Community*
**578 Bonanza Trail • Big Bear Lake**
Sunday Celebration.....................................11:30 a.m.
Weddings with Altitude • **909-866-7100**
**info@BVCSE.org**

### BEAR VALLEY CHRISTIAN FAITH CENTER
**Big Bear Lodge, 385 Summit Blvd.**
Sunday Worship.........................................10 a.m.
Bible Study...........................................Wednesday 7 p.m.
*Child Care & Children's Services Available*
Pastors John & Michele Dunn • **909-273-9234**
*Equipping Believers for Successful Christian Living and the Work of the Ministry*

### BIG BEAR CHURCH OF THE NAZARENE
*a Wesleyan Christian Fellowship*
Meeting at St. Columba's Episcopal Church
**42324 North Shore Drive, Big Bear City**
Every Sunday at ..............................................3:30 p.m.
Pastor Dan McCandless • **760-247-3075**

### CALVARY CHAPEL
**713 Stocker Road, Big Bear Lake**
Mid-Week Bible Study - Wednesday.................7 p.m.
Sunday Morning Worship.......8:30 a.m. & 10:30 a.m.
Nursery, Toddler, Children and Youth Services provided.
Pastor Mike Fulmer • **909-866-9328**
*Jesus Lives*

### CHURCH OF CHRIST
**41035 Big Bear Blvd., Big Bear Lake**
Sunday Bible Study.....................................10 a.m.
Sunday Worship.........................................11 a.m.
Wednesday Bible Study.................................7 p.m.
Romans 16:16 • Church Phone: **909-866-2828**

### COMMUNITY CHURCH BIG BEAR
**40946 Big Bear Blvd. Big Bear Lake**
Worship Service.........................................8:45 a.m.
Worship Service.........................................10:30 a.m.
Child Care Available...........8:45 a.m & 10:30 a.m.
Wednesday Night Dinner/Studies.....................6 p.m.
**909-866-7523** - Pastor Mike Barnes

FIRST BAPTIST CHURCH

### PRESBYTERIAN CHURCH OF BIG BEAR
1 block East of the Village and
1 block up from Big Bear Blvd. on Knickerbocker
**579 Knickerbocker Road, Big Bear Lake**
Sunday Worship.........................................10 a.m.
*Small group clusters on Wednesdays and Sundays*
Pastor Roger Beukelman • **909-866-5683**
**Bigbearpres@gmail.com**

### SEVENTH-DAY ADVENTIST CHURCH
**349 E. North Shore Drive, Big Bear City**
1/4 mile east of Greenway • **909-585-2275**
Sabbath School (Saturday)............................9:30 a.m.
(Classes for adults & children of all ages)
Worship Service (Saturday)............................11 a.m.
Pastor Michael McMillan • *Everyone Welcome*

### SHEPHERD IN THE PINES LUTHERAN CHURCH (LCMS)
**42450 N. Shore Drive, Big Bear Lake**
Sunday Communion Service ............................9 a.m.
Fellowship ...............................................10:30 a.m.
Bible Class & Sunday School ...........................11 a.m.
The Rev. Dr. Elroi Reimnitz, Pastor
**Church Office: 909-866-8718**
**www.SITPBigBear.org**

### SPIRIT OF PEACE LUTHERAN CHURCH (ELCA)
**Worship at the 7th Day Adventist Church**
**349 E. North Shore Drive, Big Bear City**
Sunday Worship 9:30 a.m.
*ALL ARE WELCOME • OPEN COMMUNION*
**Pastor Dianne Finnecy**
**909-878-2650**
Find us on Facebook

### ST. COLUMBA'S EPISCOPAL CHURCH
Located 1/4 Mile East of Stanfield Cutoff
**42324 North Shore Drive, Big Bear City**
**www.stcolumbas.bigbear.com**
Sunday Service with Holy Communion............10 a.m.
Father Stuart Swann • **909-866-7239**
Life Challenges Support Group....Saturday 10-11 a.m.
**951-809-5232**
Hours: Mon. - Fri. 2 p.m. - 5 p.m. - Closed Wed.

### ST. JOSEPH'S CATHOLIC COMMUNITY CHURCH
**42242 North Shore Drive, Big Bear Lake**
Monday - Friday Mass.....................................8 a.m.
Reconciliation..........................................Sat. 4 p.m.
Saturday Mass...........................................5:30 p.m.
Sunday Mass.....8 a.m., 11 a.m. & Spanish........1 p.m.
Fr. Paul Smith CR - Pastor • **909-866-3030**

62   EXHIBIT K