# EXHIBIT C1

CLOSED,HABEAS

# U.S. District Court
## District of Alaska (Anchorage)
### CIVIL DOCKET FOR CASE #: 3:06−cv−00186−TMB

| | |
|---|---|
| Brown et al v Eric Smith<br>Assigned to: Timothy M. Burgess<br>Case in other court:  USCA, 06−38816<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 08/15/2006<br>Date Terminated: 08/18/2006<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Alice Helen Brown**
*as the Natural Mother on behalf of her*
*daughter Jessica Lina Cynnamon Brown*

represented by **Alice Helen Brown**
c/o POB 436282
San Ysidro, CA 92143
PRO SE

**Plaintiff**

**Jessica Lina Cynnamon Brown**


V.

**Defendant**

**Eric Smith**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2006 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5 /receipt # 00128733) , filed by Alice Helen Brown, Jessica Lina Cynnamon Brown. (Attachments: # 1 Affidavit of Alice Helen Brown #(2)attachment 1 to writ of Habeas Corpus #(3)attachment 2 to writ of habeas corpus # 4)attachment 3 to writ of habeas corpus #(5)attachment 4 to writ of habeas corpus #(6)attachment 5 to writ of habeas corpus #(7)attachment 6 to writ of habeas corpus #(8)attachment 7 to writ of habeas corpus)(SMF, ) (Entered: 08/16/2006) |
| 08/18/2006 | 3 | ORDER DISMISSING CASE with prejudice. Signed by Judge Timothy M. Burgess on 8/18/06. (PLD, COURT STAFF) (Entered: 08/18/2006) |
| 08/18/2006 | 4 | JUDGMENT this case is dismissed with prejudice. Signed by Judge Timothy M. Burgess on 8/18/06. (PLD, COURT STAFF) (Entered: 08/18/2006) |
| 09/11/2006 | 5 | MOTION for Leave to Proceed in forma pauperis for Appeal to the Circuit Court of the United States by Alice Helen Brown, Jessica Lina Cynnamon Brown.(EKS, COURT STAFF) Modified on 9/13/2006 to create relationship to dkt 7. (EKS, COURT STAFF). (Entered: 09/13/2006) |
| 09/11/2006 | 6 | AFFIDAVIT re 5 MOTION for Leave to Proceed in forma pauperis by Alice Helen Brown, Jessica Lina Cynnamon Brown. (EKS, COURT STAFF) (Entered: 09/13/2006) |
| 09/11/2006 | 7 | NOTICE OF APPEAL as to 4 Judgment, 3 Order Dismissing Case by Alice Helen Brown, Jessica Lina Cynnamon Brown. (EKS, COURT STAFF) Modified on 9/13/2006 to create relationship to document #5 (EKS, COURT STAFF). (Entered: 09/13/2006) |
| 09/18/2006 | 8 | ORDER denying 5 Motion to Waive Appellate Fees and denying Certificate of Appealability. Ms. Brown must pay the $455.00 appellate court filing fee, in this Court, on or before October 16, 2006. Signed by Judge Timothy M. Burgess on 9/15/2006. cc: 9CCA (EKS, COURT STAFF) Modified on 9/18/2006 to create relationship to document #7 (EKS, COURT STAFF). (Entered: 09/18/2006) |

| | | |
|---|---|---|
| 09/18/2006 | 10 | Certified and Transmitted Record on Appeal to 9CCA re 7 Notice of Appeal. (EKS, COURT STAFF) Additional attachment(s) added on 9/18/2006 (EKS, COURT STAFF). (Entered: 09/18/2006) |
| 09/28/2006 | 11 | NOTICE of Docketing Record on Appeal from USCA re 7 Notice of Appeal filed by Alice Helen Brown,, Jessica Lina Cynnamon Brown. USCA Case Number 06–38816 (EKS, COURT STAFF) (Entered: 09/29/2006) |
| 11/27/2006 | 12 | ORDER of 9CCA as to 7 Notice of Appeal filed by Alice Helen Brown, Jessica Lina Cynnamon Brown. Within 21 days of the date of this order the appellant shall file a motion to proceed Informa Pauperis, pay the $455 filing fee to the U.S. District Court or show cause why the appeal should not be dismissed for failure to prosecute. (EKS, COURT STAFF) (Entered: 11/28/2006) |