# EXHIBIT C2

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:08−cv−01454−H−AJB

| | |
|---|---|
| Brown v. Smith et al | Date Filed: 08/08/2008 |
| Assigned to: Judge Marilyn L. Huff | Date Terminated: 10/14/2008 |
| Referred to: Magistrate Judge Anthony J. MJ Battaglia | Jury Demand: Both |
| Case in other court:  USCA, 08−56877 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331b Fed. Question: Bivens Act | Jurisdiction: Federal Question |

**Plaintiff**

**Alice Brown**  represented by  **Alice Brown**
PO Box 5622
Sugarloaf, CA 92386
PRO SE


V.

**Defendant**

**Eric Smith**
*individually*

**Defendant**

**Sharon Chambers**
*individually*

**Defendant**

**Terese Bryers**
*individually*

**Defendant**

**John Does**
*1 – 10*

**Defendant**

**Michael Decker**
*individually*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2008 | 1 | COMPLAINT with Jury Demand against all defendants, filed by Alice Brown. (Filed w/ IFP)(cge) (Entered: 08/11/2008) |
| 08/08/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by Alice Brown. (cge) (Entered: 08/11/2008) |
| 08/25/2008 | 3 | ORDER dismissing complaint with leave to amend. Plaintiff my submit an amended complaint consistent with this order within 30 days of the date this order is filed. The Court denies 2 Motion for Leave to Proceed in forma pauperis without prejudice. Signed by Judge Marilyn L. Huff on 08/25/08. (All non−registered users served via U.S. Mail Service).(ag) (Entered: 08/25/2008) |
| 09/24/2008 | 4 | AMENDED COMPLAINT with Jury Demand against all defendants, filed by Alice Brown.(ag) (Entered: 10/01/2008) |
| 09/24/2008 | 5 | MOTION for Leave to Proceed in forma pauperis by Alice Brown. (ag) (Entered: 10/01/2008) |

| Date | # | Description |
|---|---|---|
| 10/10/2008 | 7 | ORDER Dismissing Complaint without leave to amend; and denying as moot 5 Motion for Leave to Proceed in forma pauperis. Signed by Judge Marilyn L. Huff on 10/10/08. (All non−registered users served via U.S. Mail Service).(ag) (Entered: 10/14/2008) |
| 10/14/2008 | 8 | CLERK'S JUDGMENT: IT IS SO ORDERED AND ADJUDGED that judgment is in favor of Eric Smith, John Does, Michael Decker, Sharon Chambers, Terese Bryers against Alice Brown. (All non−registered users served via U.S. Mail Service).(ag) (Entered: 10/14/2008) |
| 11/10/2008 | 9 | NOTICE OF APPEAL as to 8 Clerk's Judgment by Alice Brown. (Filing Fee: Not Paid). (Requests for IFP submitted by Plaintiff, forwarded to USCA with Notice of Appeal documents). (akr) (Entered: 11/12/2008) |
| 11/12/2008 |  | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 9 Notice of Appeal. (akr) (Entered: 11/12/2008) |
| 11/17/2008 | 10 | USCA Case Number 08−56877 for 9 Notice of Appeal filed by Alice Brown. (akr) (Entered: 11/18/2008) |
| 11/17/2008 | 11 | USCA Time Scheduling Order as to 9 Notice of Appeal filed by Alice Brown. (akr) (Entered: 11/18/2008) |
| 11/18/2008 | 12 | TRANSCRIPT REQUEST by Alice Brown: No Transcripts Designated re 9 Notice of Appeal. (akr) (Entered: 11/21/2008) |
| 11/21/2008 | 13 | Certificate of Record transmitted to USCA re 9 Notice of Appeal. (akr) (Entered: 11/21/2008) |
| 01/12/2009 | 14 | NOTICE of Change of Address by Alice Brown. (All non−registered users served via U.S. Mail Service). (akr) (Entered: 01/12/2009) |
| 02/25/2009 | 15 | ORDER of USCA as to 9 Notice of Appeal filed by Alice Brown. Appellant's motion to proceed in forma pauperis is denied. No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be filed or entertained. Within 21 days after the date of this order, appellant shall pay $455.00 to the USDC as the docketing and filing fees for this appeal and file proof of payment with the USCA. Failure to pay the fees will result in the automatic dismissal of the appeal by the USCA Clerk for failure to prosecute, regardless of further filings. If appellant pays the fees as required and files proof of such payment in the USCA, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. If appellant pays the fees but fails to file a response to this order, the USCA Clerk shall dismiss this appeal for failure to prosecute. If the appeal is dismissed for failure to comply with this order, the USCA Clerk shall not file or entertain any motion to reinstate the appeal that is not accompanied by proof of payment of the docketing and filing fees and a response to the order to show cause. (akr) (Entered: 02/25/2009) |
| 04/20/2009 | 16 | ORDER of USCA as to 9 Notice of Appeal filed by Alice Brown. To date, appellant has not complied with the USCA's 2/25/2009 order. Accordingly, this appeal is dismissed for failure to prosecute. This order served on the USDC shall act as and for the mandate of the USCA. (akr) (Entered: 04/20/2009) |