# EXHIBIT C3

ARCHIVE,CLOSED,PRO SE

# U.S. District Court
## District of Montana (Great Falls)
### CIVIL DOCKET FOR CASE #: 4:05−cv−00073−SEH

| | |
|---|---|
| Brown v. State of Montana, et al | Date Filed: 07/28/2005 |
| Assigned to: Judge Sam E Haddon | Date Terminated: 10/06/2008 |
| Demand: $0 | Jury Demand: Both |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Alice Brown**      represented by **Alice Brown**
P.O. Box 436282
San Ysidro, CA 92143
619−646−8758
PRO SE

V.

**Defendant**

**State of Montana**
*TERMINATED: 06/12/2006*
     represented by **Pamela P. Collins**
OFFICE OF THE MONTANA
ATTORNEY GENERAL
Helena, MT 59620−1401
406−444−2026
Fax: 444−3549
Email: pcollins@mt.gov *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Bowe**
MONTANA DEPARTMENT OF
JUSTICE
PO Box 201440
Helena, MT 59620−1440
406−444−2026
Fax: 444−4303
Email: rfrench@mt.gov
*TERMINATED: 06/22/2007*
*LEAD ATTORNEY*

**Defendant**

**Department of Public Health and Human Services**
*TERMINATED: 06/12/2006*
     represented by **Pamela P. Collins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Bowe**
(See above for address)
*TERMINATED: 06/22/2007*
*LEAD ATTORNEY*

**Defendant**

**CHILD AND FAMILY SERVICES DIVISION**
*TERMINATED: 06/12/2006*
     represented by **Pamela P. Collins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Bowe**
(See above for address)

                                                                              *TERMINATED: 06/22/2007*
                                                                              *LEAD ATTORNEY*

**Defendant**

**Shawn Wills**                                               represented by  **Pamela P. Collins**
                                                                             (See above for address)
                                                                             *LEAD ATTORNEY*
                                                                             *ATTORNEY TO BE NOTICED*

                                                                             **Thomas G. Bowe**
                                                                             (See above for address)
                                                                             *TERMINATED: 06/22/2007*
                                                                             *LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2005 | 1 | COMPLAINT Under the Civil Rights Act 42 U.S.C. 1983 (REW) Additional attachment(s) added on 1/10/2008 (REW, ). (Entered: 08/16/2005) |
| 07/28/2005 | 2 | MOTION by plaintiff Alice Brown to proceed in forma pauperis (REW) (Entered: 08/16/2005) |
| 08/16/2005 | | FILE DELIVERED to CSO Chambers on Mtn IFP (REW) (Entered: 08/16/2005) |
| 08/17/2005 | | FILE DELIVERED to PSLC MH Msla (REW) (Entered: 08/17/2005) |
| 08/18/2005 | | RECEIVED file from clerk GF (APP) (Entered: 08/18/2005) |
| 08/18/2005 | | FILE DELIVERED to PSLC MH (APP) (Entered: 08/18/2005) |
| 08/31/2005 | | FILE DELIVERED to Clerk Great Falls delivery confirmation (CAD) (Entered: 08/31/2005) |
| 09/01/2005 | | RECEIVED file from Missoula at Helena in error. (GAR) (Entered: 09/01/2005) |
| 09/01/2005 | | FILE DELIVERED to Clerk, Great Falls, for Judge Ostby (GAR) (Entered: 09/01/2005) |
| 09/02/2005 | | RECEIVED file from PSLC MH Msla, file delivered to CSO Chambers (REW) (Entered: 09/02/2005) |
| 09/02/2005 | 3 | ORDER by Judge Carolyn S. Ostby granting motion to proceed in forma pauperis [2-1] (cc: all counsel) (LJM) (Entered: 09/12/2005) |
| 09/02/2005 | 4 | ORDER TO SERVE COMPLAINT BY REQUESTING WAIVER OF SVC OF SUMMONS by Judge Carolyn S. Ostby, C/C to forward this order, ntc of lawsuit, Waiver of svc to Hon. Mike McGrath (cc: all counsel) (LJM) (Entered: 09/12/2005) |
| 10/03/2005 | 5 | WAIVER OF SERVICE acknowledged/received by defendant Dept of Public Healt on 10/3/05 (LJM) (Entered: 10/06/2005) |
| 10/31/2005 | 6 | ANSWER to Complaint with Jury Demand by State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills.(LJM, ) (Entered: 11/11/2005) |
| 10/31/2005 | 7 | MOTION for Summary Judgment by State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills. Responses due by 11/21/2005 (LJM, ) (Entered: 11/11/2005) |
| 10/31/2005 | 8 | Memorandum in Support re 7 MOTION for Summary Judgment filed by State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills. (LJM, ) (Entered: 11/11/2005) |
| 10/31/2005 | 9 | MOTION to File Under Seal Stmt of Uncontroverted Facts and Affidavit (both lodged) by State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills. (LJM, ) (Entered: 11/11/2005) |

| | | |
|---|---|---|
| 10/31/2005 | 10 | Memorandum in Support re 9 MOTION to Seal Document filed by State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills. (LJM, ) (Entered: 11/11/2005) |
| 10/31/2005 | | Remark Proposed Order to File Docs and Lodged sealed docs to CSO (LJM, ) (Entered: 11/11/2005) |
| 11/15/2005 | 11 | ORDER granting 9 Deft's Motion to Seal Documents; Deft's Stmt of Uncontroverted Facts and Affidavit of Deft Shawn Wills w/Exh . Signed by Judge Carolyn S. Ostby on 11/15/2005. (REW, ) (Entered: 11/16/2005) |
| 11/17/2005 | 14 | MOTION for Jury Trial by Alice Brown. (TLO, ) (Entered: 12/02/2005) |
| 11/17/2005 | 15 | Objection and Opposition to Deft's Motion for Summary Judgment 7 filed by Alice Brown. (TLO, ) (Entered: 12/02/2005) |
| 11/28/2005 | 16 | NOTICE of Change of Address by Alice Brown. Her new address is PO Box 282 Sutton Alaska 99674 (TLO, ) (Entered: 12/02/2005) |
| 11/28/2005 | 17 | REPLY Brief filed by Defendants State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills re: 7 MOTION for Summary Judgment filed by State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills. (TLO, ) (Entered: 12/02/2005) |
| 11/28/2005 | 18 | RESPONSE in Opposition re 14 MOTION To set Trial by Jury filed by State of Montana, Department of Public Health and Human Services, CHILD AND FAMILY SERVICES DIVISION, Shawn Wills. (TLO, ) (Entered: 12/02/2005) |
| 03/07/2006 | 19 | Mailing of Consent Carolyn S. Ostby as Presiding Judge. Mailed to counsel Thomas G. Bowe and Pro Se Pltf Alice Brown Consent/Objection to USMJ Form due by 4/10/2006. (Weldele, Renate) (Entered: 03/07/2006) |
| 03/07/2006 | | Notice of Correction: re 19 Showing correct date of March 7, 2006 of mailing out Consents Mailing of Consent. (Weldele, Renate) (Entered: 03/07/2006) |
| 03/07/2006 | 20 | Mailing of Consent Carolyn S. Ostby as Presiding Judge. Mailed to counsel Thomas G. Bowe and to Pro Se Plt Alice BrownConsent/Objection to USMJ Form due by 4/10/2006. (Weldele, Renate) (Entered: 03/07/2006) |
| 04/11/2006 | 21 | FINDINGS AND RECOMMENDATIONS re 7 Granting Deft's MOTION for Summary Judgment as to Pltf's claims for money damages against Defts State of Montana, Department of Public Health and Human Services,, CHILD AND FAMILY SERVICES DIVISION,, Shawn Wills. The motion should be DENIED as to Deft Wills in her ind. capacity. Objections to F&R due by 4/25/2006. Signed by Judge Carolyn S. Ostby on 4/11/2006. (Attachments: # 1 Part 2 Pages 16−30)(rew, ) Modified on 4/25/2006 to reflect that ddl for obj to F/R is 5/2/06 rather than 4/25/06(LJM, ). Modified on 5/1/2006 (LJM, ) to take out termination date of document so it will appear on pending motion report. (Entered: 04/11/2006) |
| 04/11/2006 | 22 | SCHEDULING ORDER:, Motions terminated: 14 MOTION for Jury Trialfiled by Alice Brown,. Discovery due by 9/5/2006. Motions due by 10/6/2006.. Signed by Judge Carolyn S. Ostby on 4/11/2006. (rew, ) (Entered: 04/12/2006) |
| 04/12/2006 | | Set/Reset Deadlines: Objections to F&R due by 5/2/2006 (rew, ) (Entered: 04/12/2006) |
| 04/26/2006 | 23 | ORDER REASSIGNING CASE. Case reassigned to Judge Sam E. Haddon. Case Referred to Judge Carolyn S. Ostby, for all pretrial proceedings.. Signed by Judge Sam E. Haddon on 4/26/2006. (MMS, ) (Entered: 04/26/2006) |
| 05/01/2006 | 24 | MOTION to Vacate 21 Findings and Recommendations of U.S. Magistrate Judge by Alice Brown. (ASG, ) (Entered: 05/01/2006) |
| 05/01/2006 | 25 | MOTION to Vacate 22 Scheduling Order, by Alice Brown. (ASG, ) (Entered: 05/01/2006) |
| 05/01/2006 | 26 | Objection re: 21 FINDINGS AND RECOMMENDATIONS of U.S. Magistrate Judge re 7 MOTION for Summary Judgment and 22 Scheduling Order, filed by Alice Brown. (ASG, ) (Entered: 05/01/2006) |

| 05/26/2006 | 27 | NOTICE of Change of Address by Alice Brown. (ASG, ) (Entered: 05/26/2006) |
|---|---|---|
| 06/12/2006 | 28 | ORDER Adopting 21 FINDINGS AND RECOMMENDATIONS. ORDER granting in part and denying in part 7 Motion for Summary Judgment. Defendants State of Montana, the Department of Public Health and Human Services, and the Child and Family Services Division are DISMISSED with prejudice. Shawn Wills, in her official capacity, is DISMISSED with prejudice. Further Ordered: Denying 24 Motion to Vacate re 21 Findings and Recommendations, denying 25 Motion to Vacate re Scheduling Order 22 . Signed by Judge Sam E. Haddon on 6/12/2006. (ASG, ) (Entered: 06/12/2006) |
| 06/26/2006 | 29 | NOTICE OF APPEAL as to 28 Order on Motion for Summary Judgment, Order on Findings and Recommendations, Order on Motion(s) to Vacate.(ASG, ) (Entered: 06/26/2006) |
| 06/26/2006 | 30 | MOTION for Leave to Proceed in forma pauperis by Alice Brown. (ASG, ) (Entered: 06/26/2006) |
| 07/10/2006 | 31 | USCA Scheduling Order as to 29 Notice of Appeal filed by Alice Brown, Designation of Transcript due 7/26/06; Court Reporter to file Transcript by 8/28/06; Appellant/Pet's Opening brf and excerpts of record shall be served by 10/12/06; Appellee/Resp to file brf by 11/13/06; Reply Brf optional. (rew, ) (Entered: 07/10/2006) |
| 09/05/2006 | 32 | ORDER MOOTING MOTION 30 AND STAYING CASE. The Scheduling Order of April 11, 2006 is VACATED. Brown's second motion to proceed in formas pauperis 30 is MOOT. This case is STAYED pending the conclusion of proceedings arising from Brown's notice of appeal. The stay will continue until lifted by Order of the Court. No party may serve discovery and no party is obligated to respond to discovery during pendency of the stay. Signed by Judge Carolyn S. Ostby on 9/5/2006. (ASG, ) (Entered: 09/05/2006) |
| 11/27/2006 | 33 | ORDER of USCA as to 29 Notice of Appeal filed by Alice Brown: This appeal is dismissed for lack of jurisdiction. (ASG, ) (Entered: 11/27/2006) |
| 11/30/2006 | 34 | ORDER LIFTING STAY, SCHEDULING ORDER: All discovery shall be served by 3/19/2007. Discovery responses due by 4/23/2007. Motions with supporting briefs due by 5/31/2007. Signed by Judge Carolyn S. Ostby on 11/30/2006. (ASG, ) (Entered: 11/30/2006) |
| 01/08/2007 | 35 | STANDING ORDER DWM NO. 48 regarding case assignment. Signed by Judge Donald W. Molloy on 1/8/2007. (rew, ) Modified on 1/9/2007 DWM (rew, ). Modified on 1/10/2007 to show elec svc on cnsl Bowe, mailing to Pro Se Brown (rew, ). (Entered: 01/09/2007) |
| 03/19/2007 | 36 | NOTICE of Change of Address by Alice Brown. (ASG, ) (Entered: 03/19/2007) |
| 05/30/2007 | 37 | NOTICE of Appearance by Pamela P. Collins on behalf of all defendants (Collins, Pamela) (Entered: 05/30/2007) |
| 05/31/2007 | 38 | Second MOTION for Summary Judgment by Shawn Wills.Responses due by 6/25/2007. Motions referred to Keith Strong.(Collins, Pamela) (Entered: 05/31/2007) |
| 05/31/2007 | 39 | Brief/Memorandum in Support re 38 Second MOTION for Summary Judgment filed by Shawn Wills. (Collins, Pamela) (Entered: 05/31/2007) |
| 05/31/2007 | 40 | Statement of Undisputed Fact re: 39 Brief/Memorandum in Support, 38 Second MOTION for Summary Judgment. (Collins, Pamela) (Entered: 05/31/2007) |
| 05/31/2007 | 41 | AFFIDAVIT re 39 Brief/Memorandum in Support, 40 Statement of Undisputed Fact, 38 Second MOTION for Summary Judgment *Of Shawn Wills* by Shawn Wills. (Attachments: # 1 Exhibit Exhibit 1 to Affidavit –Redacted–)(Collins, Pamela) (Entered: 05/31/2007) |
| 05/31/2007 | 42 | MOTION for Leave to File Under Seal Exhibit to Shawn Wills' Affidavit in Support of Motion for Summary Judgment by Shawn Wills. Motions referred to Keith Strong.(ASG, ) Additional attachment(s) added on 6/4/2007 (ASG, ). Modified on 6/4/2007 to add Proposed Order (ASG, ). (Entered: 06/01/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 43 | ORDER granting 42 Motion for Leave to File. Signed by Judge Keith Strong on 6/4/2007. (SLL) Modified on 6/5/2007 to reflect hard cc to Brown. (ASG, ). (Entered: 06/04/2007) |
| 06/04/2007 | 44 | AMENDED ORDER re 43 . Signed by Judge Keith Strong on 6/4/2007. (SLL) Modified on 6/5/2007 to link to Order Amended and to reflect a hard copy was sent to Brown on this date.(ASG, ). (Entered: 06/04/2007) |
| 06/04/2007 | 45 | Sealed Document(s) – Exhibit to Shawn Wills' Affidavit 41 filed by Shawn Wills. (ASG, ) (Entered: 06/06/2007) |
| 06/04/2007 | 46 | MOTION to Accept Late Filings by Alice Brown. (Attachments: # 1 Proposed Order) Motions referred to Keith Strong.(ASG, ) (Entered: 06/06/2007) |
| 06/04/2007 | 47 | MOTION in Opposition to Pamela Collins Appearance in this Instant Case on Behalf of Shawn Wills by Alice Brown. (Attachments: # 1 Proposed Order) Motions referred to Keith Strong.(ASG, ) (Entered: 06/06/2007) |
| 06/04/2007 | 48 | MOTION to Compel, MOTION to Extend Discovery Deadlines and Motions Date for Six Months by Alice Brown. (Attachments: # 1 Ds' Response to P's First Set of Discovery Reqs # 2 Defs' Resp to P's First Set of Disc Reqs for Production (Rescanned) # 3 Request for Production No. 3 # 4 45 CFR Sec. 302.34 # 5 45 CFR Sec. 303.107 # 6 Cooperative Agreement (Rescanned) # 7 Proposed Order) Motions referred to Keith Strong.(ASG, ) Additional attachment(s) added on 6/6/2007 (ASG, ). Modified on 6/6/2007 to reflect that attachments 2 and 6 were deleted, rescanned, and reattached due to improper scanning in original pdfs. (ASG, ). (Entered: 06/06/2007) |
| 06/14/2007 | 49 | RESPONSE to Motion re 47 MOTION for Order/Judgment *In Opposition to Pamela P. Collins Appearance in this Instant Case on Behalf of Shawn Wills* filed by Shawn Wills. (Collins, Pamela) (Entered: 06/14/2007) |
| 06/14/2007 | 50 | RESPONSE to Motion re 48 MOTION to Compel MOTION for Extension of Time to Complete Discovery *Defendant's Opposition to Plaintiff's Motion to Compel, and Motion to Extend Discovery and Motion Date for Six Months* filed by Shawn Wills. (Collins, Pamela) (Entered: 06/14/2007) |
| 06/14/2007 | 51 | RESPONSE to Motion re 46 MOTION for Order/Judgment *To Accept Late Filings* filed by Shawn Wills. (Collins, Pamela) (Entered: 06/14/2007) |
| 06/14/2007 | 52 | ORDER granting 46 Motion for Order/Judgment; denying 47 Motion for Order/Judgment; denying 48 Motion to Compel; denying 48 Motion for Extension of Time to Complete Discovery.The Court GRANTS Plaintiff's Motion to Accept Late Filings (doc. 46). The Court has reviewed the motions and briefs submitted by the parties pertaining to Plaintiff's Motion in Opposition to Appearance of Counsel (doc. 47) and her Motions to Compel and for Extension of Time to Complete Discovery (doc. 48). The Court DENIES these motions on the merits without regard to their timeliness or their compliance with the Rules. Signed by Judge Keith Strong on 6/14/2007. (TAG, ) (Entered: 06/14/2007) |
| 06/14/2007 | 53 | AMENDED TEXT ORDER re 52 Order. The Court GRANTS Plaintiff's Motion to Accept Late Filings 46 . The Court has reviewed the motions and briefs submitted by the parties pertaining to Plaintiff's Motion in Opposition to Appearance of Counsel 47 and her Motions to Compel and for Extension of Time to Complete Discovery 48 . The Court DENIES these motions on the merits without regard to the timeliness or their compliance with the Rules. Entered by Judge Keith Strong on 6/14/2007. ***Hard cc to Brown with a copy of the docket sheet. (ASG, ) (Entered: 06/14/2007) |
| 06/22/2007 | 54 | NOTICE of Substitution of Counsel by Shawn Wills (Collins, Pamela) (Entered: 06/22/2007) |
| 06/25/2007 | 55 | Sealed Document(s) – Response in Opposition to Defendant's 2nd Motion for Summary Judgment 38 filed by Alice Brown. (Attachments: # 1 Exhibit A – CI Record # 2 Exhibit B – 42 U.S.C.A. B 673b # 3 Exhibit C – Partial Court Hearing Transcript# 4 Exhibit D – Emails re Channel 5 news questions # 5 Exhibit E – Partial Court Hearing Transcript) ***DOCUMENT SEALED DUE TO INCLUSION OF MINOR CHILD'S NAME.(ASG, ) (Entered: 06/25/2007) |

| | | |
|---|---|---|
| 07/06/2007 | 56 | REPLY to Response to Motion re 38 Second MOTION for Summary Judgment filed by Shawn Wills. (Collins, Pamela) (Entered: 07/06/2007) |
| 01/31/2008 | 57 | FINDINGS AND RECOMMENDATIONS re 38 Second MOTION for Summary Judgment filed by Shawn Wills. Objections to F&R due by 2/19/2008. Recommendation: Defendant's Second Motion for Summary Judgment should be DENIED. Signed by Judge Keith Strong on 1/31/2008. Copy mailed to Brown. (ASG, ) (Entered: 01/31/2008) |
| 02/19/2008 | 58 | Objection re: 57 FINDINGS AND RECOMMENDATIONS re 38 Second MOTION for Summary Judgment filed by Shawn WillsFINDINGS AND RECOMMENDATIONS re 38 Second MOTION for Summary Judgment filed by Shawn Wills *to Findings and Recommendation of U.S. Magistrate Judge*. (Collins, Pamela) (Entered: 02/19/2008) |
| 06/11/2008 | 59 | Order Setting: Status Conference set for 6/24/2008 09:30 AM in Great Falls, MT before Judge Sam E Haddon. Signed by Judge Sam E Haddon on 6/11/2008. (APP, ) Modified on 6/11/2008 to reflect copy of order mailed to Alice Brown (APP, ). (Entered: 06/11/2008) |
| 06/11/2008 | 60 | ORDER REASSIGNING CASE to Hon. Sam E. Haddon for all further proceedings and entry of judgment. Signed by Judge Sam E Haddon on 6/11/2008. Copy mailed to Brown. (ASG, ) (Entered: 06/12/2008) |
| 06/11/2008 | | Magistrate Keith Strong no longer assigned to case. (ASG, ) (Entered: 06/12/2008) |
| 06/24/2008 | 61 | MOTION to Continue Status Conference by Plaintiff Alice Brown (Attachments: # 1 Text of Proposed Order) (MMS, ) (Entered: 06/24/2008) |
| 06/24/2008 | 62 | Minute Entry for STATUS CONFERENCE held 6/24/08 before Judge Sam E Haddon in GF: Dft Cnsl/Pamela Collins present. Plaintiff Alice Brown appears pro se and is not present. Crt notes that this morning at 9:10 am the clerks office received a motion for extension of time to continue this conference citing medical issues. Collins responds that they have no objs. Crt is going to go forward with this hearing and address the request for a continuance. Crt has reviewed the record and reviews history. Crt DENIES dfts second motion for summary judgment. Jury Demand has been requested so this case will go to a jury trial unless parties files a waiver. Collins thinks 2 days would be needed for trial. There is a request for punitive damages and that will only take place if there is a finding of liability against the dft. Crt directs Collins and pltf to meet and confer on or before July 3rd for the purpose of crafting and submitting to the crt a final pretrial order that will be submitted to the Crt on or before July 18th. Once the crt receives the final pretrial order the Crt will set an additional status conference for the purpose of fixing a trial date. Pltf will be expected to fully comply with all rules and requirments of this court and the rules of civil procedures, she will be held by this Order to be expected to conduct herself in the same level as a party represented by cnsl. She will not be awarded special treatment because she is pro se. Pltf will be expected to be present at all future proceedings and future excuses will be unlikely be granted. The Crt is going to put this case on a fast track to trial. Pltf's request for continuance is Granted in part and Denied in part as stated. Recess 9:45 am. (Court Reporter Tina Brilz.) (MMS, ) Modified on 6/24/2008 to reflect that a copy was mailed to Brown. (ASG, ). (Entered: 06/24/2008) |
| 06/24/2008 | 63 | ORDER: Plaintiff's Motion to Continue the June 24, 2008 Status Conference is GRANTED in part and DENIED in part, as described on the record. Defendant's Second Motion for Summary Judgment is DENIED. Proposed Final Pretrial Order due 7/18/08. Signed by Judge Sam E Haddon on 6/24/2008. Copy mailed to Brown. (ASG, ) (Entered: 06/24/2008) |
| 06/24/2008 | | Set/Reset Deadlines: Proposed Pretrial Order due by 7/18/2008. (ASG, ) (Entered: 06/24/2008) |
| 07/09/2008 | 64 | TRANSCRIPT OF STATUS HEARING PROCEEDINGS held on June 24, 2008, before Judge Sam E. Haddon. Court Reporter, TINA C. BRILZ, Telephone number 406−454−7805 or tina_brilz@mtd.uscourts.gov. Tape Number: TRANSCRIPT OF STATUS HEARING PROCEEDINGS. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER, the Clerks Office, or from the court rep NOTICE: A NOTICE OF INTENT TO REQUEST |

| | | |
|---|---|---|
| | | REDACTION MUST BE FILED WITHIN 10 DAYS OF THIS FILING Redaction Request due 7/30/2008. Redacted Transcript Deadline set for 8/11/2008. Release of Transcript Restriction set for 10/7/2008. (TCB, ) Modified on 7/9/2008 to fix typo (MMS, ). (Entered: 07/09/2008) |
| 07/17/2008 | 65 | Proposed Pretrial Order sumitted for review by Alice Brown, Shawn Wills. (Attachments: # 1 Appendix Plaintiff's Appendix, # 2 Exhibit Plaintiff's Witness List – Will Call, # 3 Exhibit Defendant's Witness List – Will Call, # 4 Exhibit Defendant's Witness List – May Call, # 5 Exhibit Plaintiff's Exhibits – May Offer, # 6 Exhibit Defendant's Exhibits – Will Offer) (Collins, Pamela) (Entered: 07/17/2008) |
| 08/07/2008 | 66 | Order Setting: The Court will conduct a hearing at 9:00 am on September 23, 2008, to address the content of the proposed Final Pretrial Order lodged with the Court, admissibility of exhibits, and other necessary and appropriate pretrial matters. Signed by Judge Sam E Haddon on 8/7/2008. Hard copy sent to Brown. (SMS, ) (Entered: 08/08/2008) |
| 08/07/2008 | | Set Hearings: Hearing set for 9/23/2008 09:00 AM in Great Falls, MT before Judge Sam E Haddon. (SMS, ) (Entered: 08/08/2008) |
| 09/11/2008 | 67 | MOTION for Disclosure *Under Mont. Code Ann. Section 41–3–205 For In Camera Inspection of Confidential Records And To Permit Public Disclosure At Trial* Pamela P. Collins appearing for Defendant Shawn Wills (Attachments: # 1 Text of Proposed Order) (Collins, Pamela) (Entered: 09/11/2008) |
| 09/11/2008 | 68 | SEALED MOTION Pamela P. Collins appearing for Defendant Shawn Wills (Attachments: # 1 Prop Order); Prop Exhibits Attch–To the Court for Review (REW, ) Modified on 9/12/2008 to change filing date of 9/11/2008 (REW, ). (Entered: 09/12/2008) |
| 09/12/2008 | | Notice of Correction: re 68 SEALED MOTION. Called cnsl Collins and informed her that the Motion to File Under Seal (submitted conventionally) did not comply with Local Rule 7.4 and 7.2. Cnsl MUST file a "Withdrawal of Motion" under Other Filings, other documents electronically. A Motion "Rely on Sealed Document" under Motion must be file under L.R. 7.4. Then the documents to be sealed are to be file under "Sealed Documents" under Other Filings, other documents electronically in accordance with L.R. 7.4. Because cnsl has a CD that cannot be filed electronically, cnsl must file a "Notice" under Other filings, Notice (Other) and attached her "Notice of Conventional Filing" of the CD according to L.R. 7.2(b)(1). If any questions on procedures cnsl is directed to call the Help Desk (REW, ) Modified on 9/12/2008 to show correct sequence(REW, ). (Entered: 09/12/2008) |
| 09/12/2008 | 69 | WITHDRAWAL of Motion re 68 SEALED MOTION filed by Shawn Wills. (Collins, Pamela) (Entered: 09/12/2008) |
| 09/12/2008 | 70 | NOTICE by Shawn Wills *Of Conventional Filing of Document* (Collins, Pamela) (Entered: 09/12/2008) |
| 09/12/2008 | 71 | MOTION to Rely on Sealed Document Pamela P. Collins appearing for Defendant Shawn Wills (Collins, Pamela) (Additional attachment(s) added on 9/15/2008: # 1 Prop Order) (REW, ). (Entered: 09/12/2008) |
| 09/15/2008 | 72 | Sealed Document(s) (Rule 7.4) re: 71 MOTION to Rely on Sealed Document filed by Shawn Wills. (Attachments: # 1 Exhibit 5, 7 and 9 –18, # 2 Exhibit 19 – 29, # 3 Exhibit 30 – 33, # 4 Exhibit 34 and 35) (Collins, Pamela) (Entered: 09/15/2008) |
| 09/15/2008 | 73 | Brief/Memorandum in Support re 66 Order Setting, *of Defendant's Objections to Palitniff's Proposed Exhibits* filed by Shawn Wills. (Attachments: # 1 Exhibit 1 – Plaintiff's Response to Defendant's Request for Production No. 8) (Collins, Pamela) (Entered: 09/15/2008) |
| 09/15/2008 | 74 | ORDER denying 71 Motion to Rely on Sealed Document. w/o prejudie for failure to comply w/L.R. 7.1(j). Deft may resubmit the mtn in proper form. Signed by Judge Sam E Haddon on 9/15/2008. Elec Svc to cnsl collins, mailing to Pro Se Alice Brown (REW, ) (Entered: 09/15/2008) |
| 09/15/2008 | 75 | Amended MOTION to Rely on Sealed Document Pamela P. Collins appearing for Defendant Shawn Wills (Attachments: # 1 Text of Proposed Order) (Collins, Pamela) |

| | | |
|---|---|---|
| | | (Entered: 09/15/2008) |
| 09/15/2008 | 76 | Brief/Memorandum in Support re 67 MOTION for Disclosure *Under Mont. Code Ann. Section 41−3−205 For In Camera Inspection of Confidential Records And To Permit Public Disclosure At Trial of Defendant's Requests for Judicial Notice* filed by Shawn Wills. (Collins, Pamela) (Entered: 09/15/2008) |
| 09/16/2008 | | Remark−Received In Camera Documents from Deft's cnsl Pamela Collins Consisting of Two (2) Packet of Dcts entitled "Requests for Judicial Notices"; Deft's Exhibits #5−#37 with the exception of Exh #31 missing and One (1) Packet of "Responses to Discovery for which Admissioin will be Sought". In camera dcts placed in Brown Expando label "Confidential−In Camera Documents for Court Only" and delivered to SEH Chambers (REW, ) (Entered: 09/16/2008) |
| 09/16/2008 | 77 | Opposition to Deft's Mtn Under Mont. Code Ann. § 41−3−205 for In Camera Inspection of Confidential Records and to Permit Public Disclosure to Order re 66 Order filed by Alice Brown. (REW, ) (Entered: 09/16/2008) |
| 09/16/2008 | 78 | Brief/Memorandum in Support of Pltf's Objections to Deft's Exhibits re 66 Order Setting, filed by Alice Brown. (Attachments: # 1 Form F Exh List) (REW, ) (Entered: 09/16/2008) |
| 09/16/2008 | 79 | Order Setting: A Hearing set to address the content of the prop Final PTO w/Court and the admissibility of exh and other necessary and aprop pretrial matters is set for 09/23/2008 08:30 AM in Great Falls, MT before Judge Sam E Haddon.. Signed by Judge Sam E Haddon on 9/16/2008. Elec Svc to Deft's cnsl Collins and mailing to Pro Se Pltf (REW, ) Modified on 9/16/2008 (REW, ). (Entered: 09/16/2008) |
| 09/16/2008 | 80 | Sealed Document(s) (Rule 7.4) re: 75 Amended MOTION to Rely on Sealed Document filed by Shawn Wills. (Attachments: # 1 Exhibit Request for Judicial Notice, # 2 Exhibit 5, 7, 9−18, # 3 Exhibit 19−29, # 4 Exhibit 30−33, # 5 Exhibit 34−35) (Collins, Pamela) (Entered: 09/16/2008) |
| 09/16/2008 | 81 | AMENDED DOCUMENT by Shawn Wills. *Amended Brief in Support of Defendant's Requests for Judicial Notice*. (Collins, Pamela) (Entered: 09/16/2008) |
| 09/17/2008 | 82 | NOTICE by Shawn Wills *to the Court that the Parties have Reached a Settlement* (Collins, Pamela) (Entered: 09/17/2008) |
| 09/18/2008 | | Remark−Received In Camera Document #31 that was omitted by deft's cnsl from the original In Camera Documents on 09/16/2008 (REW, ) (Entered: 09/18/2008) |
| 09/18/2008 | 83 | Order Setting: A Notice to the Court that the Parties have reaced a Settlt Dismissal Papers due by 10/17/2008.), Motions terminated: That the hearging set for Sept 23, 2008 is VACATED; All Motions are MOOT 75 Amended MOTION to Rely on Sealed Document filed by Shawn Wills, 67 MOTION for Disclosure *Under Mont. Code Ann. Section 41−3−205 For In Camera Inspection of Confidential Records And To Permit Public Disclosure At Trial* filed by Shawn Wills.. Signed by Judge Sam E Haddon on 9/17/2008. Elec Svc to cnsl Collins; mailing to Pro Se Pltf Brown (REW, ) (Entered: 09/18/2008) |
| 10/06/2008 | 84 | Stipulated Motion *and Joint Petition for Order of Dismissal* Pamela P. Collins appearing for Defendant Shawn Wills (Attachments: # 1 Text of Proposed Order Dismissing Case With Prejudice) (Collins, Pamela) (Entered: 10/06/2008) |
| 10/06/2008 | 85 | ORDER granting 84 Stipulated Motion to Dismiss the action against Deft Shawm Wills, in her ind capacity, is dismissed on the merits w/prejudice as fully and finally settled and compromised, ea party to pay their own costs. Signed by Judge Sam E Haddon on 10/6/2008. Elec svc to cnsl Collins, mailing to pro Se Pltf Alice Brown (REW, ) (Entered: 10/06/2008) |
| 12/18/2008 | | Exhibits Returned to Deft's counsel Pamela Collins consisting of Deft's In Camera Documents originally received 9/16/08 and 9/18/08 (Exhibits and "Requests for Judicial Notice"), contained in one brown expando file. (SLR, ) (Entered: 12/18/2008) |
| 12/23/2008 | 86 | RECEIPT OF EXHIBITS from Defendant Shawn Wills. (SLR, ) (Entered: 12/23/2008) |

| 01/12/2010 | | ARCHIVE CASE INFORMATION FROM FRC DENVER, CO, 37 of 50 Box Number, 021 09 4505 FRC Accession Number (ACC, ) (Entered: 01/12/2010) |
|---|---|---|