# EXHIBIT C4

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
### CIVIL DOCKET FOR CASE #: 5:11−cv−00456−UA−DUTY

Alice Brown v. State of California et al  
Assigned to: Judge Unassigned  
Referred to: Duty Magistrate Judge  
Demand: $2,000,000  
Cause: 28:1331 Forma Pauperis Denial  

Date Filed: 03/16/2011  
Date Terminated: 04/13/2011  
Jury Demand: Plaintiff  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Federal Question  

**Plaintiff**

**Alice Brown**  represented by  **Alice Brown**  
751 Second Street Apt 60  
Crescent City, CA 95531  
707−218−6181  
Email: alicebrowninproper@gmail.com  
PRO SE  

V.

**Defendant**

**State of California**

**Defendant**

**M McCracken**  
*Big Bear Station, Deputy Sheriff*

**Defendant**

**Mackay**  
*Detective*

V.

**Debtor−in−Possession**

**San Bernardino County Sheriff Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2011 | 1 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by plaintiff Alice Brown. (Attachments: # 1 Lodged complaint)(mrgo) (Entered: 03/21/2011) |
| 03/16/2011 | | LODGED COMPLAINT forwarded to Duty Magistrate. Complaint sought to be filed by Plaintiff Alice Brown. (mrgo) (Entered: 03/21/2011) |
| 04/13/2011 | 2 | ORDER by Judge George H. King: denying 1 Request for Leave to Proceed in Forma Pauperis. MD JS−6, Case Terminated. (Attachments: # 1 Returned complaint) (mrgo) (Entered: 04/14/2011) |