# EXHIBIT C5

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
### CIVIL DOCKET FOR CASE #: 5:11−cv−00463−UA−DUTY

| | |
|---|---|
| Alice Brown v. State of California et al | Date Filed: 03/17/2011 |
| Assigned to: Judge Unassigned | Date Terminated: 04/13/2011 |
| Referred to: Duty Magistrate Judge | Jury Demand: None |
| Cause: 28:1331 Forma Pauperis Denial | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Alice Brown**  represented by  **Alice Brown**
751 Second Street Apt 60
Crescent City, CA 95531
707−218−6181
Email: alicebrowninproper@gmail.com
PRO SE

V.

**Defendant**

**State of California**

**Defendant**

**San Bernardino County Sheriff Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2011 | 1 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by plaintiff Alice Brown. (am) (Entered: 03/18/2011) |
| 03/18/2011 | | LODGED COMPLAINT forwarded to DUTY Complaint sought to be filed by Plaintiff Alice Brown. (am) (Entered: 03/18/2011) |
| 04/13/2011 | 2 | ORDER by Judge George H. King: denying 1 Request for Leave to Proceed in Forma Pauperis. MD JS−6, Case Terminated. (Attachments: # 1 Returned complaint) (mrgo) (Entered: 04/14/2011) |