# EXHIBIT C7

APPEAL,CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CIVIL DOCKET FOR CASE #: 5:13−cv−00148−UA−DUTY

Alice Brown v. County of San Bernardino  
Assigned to: Judge Unassigned  
Referred to: Duty Magistrate Judge  
Demand: $5,000,000  
Case in other court:  9th CCA, 13−55801  
Cause: 28:1331 Forma Pauperis Denial

Date Filed: 01/24/2013  
Date Terminated: 03/04/2013  
Jury Demand: Plaintiff  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Federal Question

**Plaintiff**

**Alice Brown**  represented by **Alice Brown**  
751 Second Street Apt 60  
Crescent City, CA 95531  
707−218−6181  
Email: alicebrowninproper@gmail.com  
PRO SE

V.

**Defendant**

**County of San Bernardino**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2013 | 1 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by plaintiff Alice Brown. (Attachments: # 1 Complaint)(am) (Entered: 01/28/2013) |
| 01/28/2013 |  | LODGED COMPLAINT forwarded to DUTY Complaint sought to be filed by Plaintiff Alice Brown. (am) (Entered: 01/28/2013) |
| 03/04/2013 | 2 | ORDER by Judge Dean D. Pregerson: denying 1 Request for Leave to Proceed in Forma. MD JS−6, Case Terminated. (am) (Entered: 03/06/2013) |
| 03/25/2013 | 3 | Objection to Dismissal/IFP, MOTION for Reconsideration re Order on Request for Leave to Proceed In Forma Pauperis (CV 60) 2 filed by plaintiff Alice Brown. (adu) (Entered: 03/29/2013) |
| 04/08/2013 | 4 | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION 3 by Judge George H. King. ***See attached Order for details.*** (es) (Entered: 04/09/2013) |
| 05/06/2013 | 5 | NOTICE OF APPEAL to the 9th CCA filed by plaintiff Alice Brown. Appeal of Order on Motion for Reconsideration 4 . Filed On: 4/8/2013; Entered On: 4/9/2013; Filing fee $ 455. (dmap) (Entered: 05/09/2013) |
| 05/06/2013 | 6 | MOTION and Affidavit for Leave to Appeal to Appeal in Forma Pauperis filed by plaintiff Alice Brown. (dmap) (Entered: 05/09/2013) |
| 05/07/2013 | 12 | LATE DOCKETING DUE TO CLERK'S OFFICE ERROR. NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Alice Brown. Appeal of Order on Motion for Reconsideration 4 Filed On: 4/08/2013; Entered On: 4/09/2013. (cbr) (Entered: 01/24/2014) |
| 05/10/2013 | 7 | NOTIFICATION by Circuit Court of Appellate Docket Number 13−55801 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals 5 as to Plaintitff Alice Brown. (dmap) (Entered: 05/10/2013) |
| 05/13/2013 | 8 | ORDER by Judge George H. King: The Court has considered 6 Motion for Leave to Appeal in forma pauperis and it is denied. (dmap) (Entered: 05/15/2013) |
| 05/15/2013 | 9 | FILING FEE LETTER issued as to Plaintiff Alice Brown re Notice of Appeal to 9th Circuit Court of Appeals 5 . (dmap) (Entered: 05/15/2013) |

| | | |
|---|---|---|
| 07/10/2013 | 10 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 5 filed by Alice Brown CCA # 13–55801. The district court has denied appellant leave to proceed on appeal in forma pauperis. We deny appellants motion to proceed in forma pauperis because we also find the appeal is frivolous. If appellant wishes to pursue this appeal despite the court's finding that it is frivolous then, within 21 days after the date of this order, appellant shall pay $455.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Otherwise, the appeal will be dismissed by the Clerk for failure to prosecute, regardless of further filings. See the order for all of the details. Order received in this district on 7/10/2013. (dmap) (Entered: 07/10/2013) |
| 08/13/2013 | 11 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 5 filed by Alice Brown, CCA # 13–55801. This appeal is dismissed for failure to pay the docketing/filing fees in this case. This order served on the district court shall constitute the mandate of this court. Order received in this district on 8/13/13. (car) (Entered: 08/15/2013) |