# EXHIBIT C8

194,CLOSED,LEADTR,RELATED−DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
### CIVIL DOCKET FOR CASE #: 5:19−cv−01013−DSF−FFM

Alice Brown v. County of San Bernardino et al  
Assigned to: Judge Dale S. Fischer  
Referred to: Magistrate Judge Frederick F. Mumm  
Demand: $2,000,000  
 Related Case:  5:13−cv−00130−DSF−FFM  
 Case in other court:  Ninth CCA, 19−55848  
Cause: 42:1983 Civil Rights Act

Date Filed: 06/03/2019  
Date Terminated: 06/20/2019  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Alice Brown**     represented by **Alice Brown**  
751 Second Street Apt 60  
Crescent City, CA 95531  
707−218−6181  
Email: alicebrowninproper@gmail.com  
PRO SE

V.

**Defendant**

**County of San Bernardino**

**Defendant**

**San Bernardino County Sheriffs Department**

**Defendant**

**Marke McCracken**  
*individual capacity*

**Defendant**

**Marke McCracken**  
*Deputy Sheriff, official capacity*

**Defendant**

**Andrew Montbriand**  
*individual capacity; from member case nunber 5:19−cv−01014 DSF (FFMx)*

**Defendant**

**Andrew Montbriand**  
*Detective, Official Capacity; ; from member case nunber 5:19−cv−01014 DSF (FFMx)*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2019 | 1 | COMPLAINT filed against Defendants County of San Bernardino, Marke McCracken(individual capacity), Marke McCracken(Deputy Sheriff, official capacity), San Bernardino County Sheriffs Department Case assigned to Judge Manuel L. Real and referred to Magistrate Judge Gail J Standish., filed by plaintiff Alice Brown. (Attachments: # 1 CV−71, # 2 Summons for County for San Bernardino, # 3 Summons for Marke McCracken, # 4 Summons for San Bernardino County Sheriffs Department) (ghap) (Entered: 06/05/2019) |

| | | |
|---|---|---|
| 06/03/2019 | 2 | REQUEST to Proceed In Forma Pauperis with Declaration in Support filed by plaintiff Alice Brown. (ghap) (Entered: 06/05/2019) |
| 06/03/2019 | 3 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Alice Brown. (ghap) (Entered: 06/05/2019) |
| 06/03/2019 | 4 | NOTICE OF ASSIGNMENT to District Judge Manuel L. Real and referred to Magistrate Judge Gail J. Standish. (ghap) (Entered: 06/05/2019) |
| 06/07/2019 | 5 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Complaint − (Referred), 1 . Please place the DDJ related flag on the new 194 case. The case has been reassigned from Random 194 case to a Direct Related 194 case; EDCV−13−00130 DSF (FFM) (ghap) (Entered: 06/07/2019) |
| 06/12/2019 | 6 | ORDER Consolidating Case by Judge Dale S. Fischer. (SEE ORDER FOR SPECIFICS). (jp) (Entered: 06/12/2019) |
| 06/20/2019 | 7 | ORDER by Judge Dale S. Fischer DENYING REQUEST to Proceed in Forma Pauperis with Declaration in Support (CV−60) 2 . (MD JS−6, Case Terminated.) (SEE ORDER FOR SPECIFICS). (jp) (Entered: 06/20/2019) |
| 07/19/2019 | 8 | MOTION for Leave to Appeal In Forma Pauperis filed by Plaintiff Alice Brown. (mat) (Entered: 07/25/2019) |
| 07/19/2019 | 9 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Alice Brown. Appeal of Order on Request to Proceed In Forma Pauperis with Declaration in Support (CV−60) 7 Filed On: 6/20/19; Entered On: 6/20/19; Motion for In forma pauperis is pending. (mat) (Entered: 07/25/2019) |
| 07/25/2019 | 10 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 19−55848 assigned to Notice of Appeal to 9th Circuit Court of Appeals, 9 as to Plaintiff Alice Brown. (hr) (Entered: 07/29/2019) |
| 08/05/2019 | | Re NOTICE OF MOTION AND MOTION for Leave to Appeal In Forma Pauperis 8 . Proposed Order forwarded to the District Judge for approval.(jm) (Entered: 08/05/2019) |
| 08/09/2019 | 11 | ORDER by Judge Dale S. Fischer: denying 8 Motion for Leave to Appeal In Forma Pauperis (car) (Entered: 08/12/2019) |
| 08/12/2019 | 12 | FILING FEE LETTER issued as to Plaintiff Alice Brown, re Notice of Appeal to 9th Circuit Court of Appeals, 9 (car) (Entered: 08/12/2019) |
| 01/09/2020 | 13 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 9 filed by Alice Brown. CCA # 19−55848. Upon a review of the record and response to the August 21, 2019 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2). (see document for further details) (hr) (Entered: 01/13/2020) |
| 01/31/2020 | 14 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 9 , CCA # 19−55848. The judgment of this Court, entered January 09, 2020, takes effect this date. This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. [See USCA Order, 13 DISMISSED.] (mat) (Entered: 01/31/2020) |