# EXHIBIT C9

194,CLOSED,RELATED−DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division − Riverside)
### CIVIL DOCKET FOR CASE #: 5:19−cv−01131−CJC−E

Barbara Brown v. County of San Bernardino et al  
Assigned to: Judge Cormac J. Carney  
Referred to: Magistrate Judge Charles F. Eick  
Case in other court: Ninth CCA, 19−55850  
Cause: 28:1983 Civil Rights  

Date Filed: 06/18/2019  
Date Terminated: 06/24/2019  
Jury Demand: None  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Federal Question  

**Plaintiff**

**Barbara Brown**      represented by    **Barbara Brown**  
PO Box 5408  
Sugarloaf, CA 92386  
951−534−8277  
PRO SE  

V.

**Defendant**

**County of San Bernardino**

**Defendant**

**San Bernardino County Sheriff's Department**

**Defendant**

**Marke McCracker**

**Defendant**

**Andrew Montbriand**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2019 | 1 | COMPLAINT filed by Plaintiff Barbara Brown against Defendants County of San Bernardino, Marke McCracker, Andrew Montbriand, San Bernardino County Sheriff's Department Case assigned to Judge Cormac J. Carney and referred to Magistrate Judge Charles F. Eick. (Attachments: # 1 CV71) # 2 Summons Request Montriband, # 3 Summons Request Cty of SB, # 4 Summons Request SB Cty Sherriffs, # 5 Summons Request Mccracken) (jtil). Modified on 6/20/2019 (jtil). Modified on 6/21/2019 (jtil). (Entered: 06/20/2019) |
| 06/18/2019 | 2 | CERTIFICATE of Interested Parties filed by Plaintiff Barbara Brown. (jtil) Modified on 6/21/2019 (jtil). (Entered: 06/20/2019) |
| 06/18/2019 | 3 | NOTICE OF ASSIGNMENT to District Judge Cormac J. Carney and referred to Magistrate Judge Charles F. Eick. (jtil) Modified on 6/21/2019 (jtil). (Entered: 06/20/2019) |
| 06/18/2019 | 4 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by Plaintiff Barbara Brown. (jtil) (Entered: 06/21/2019) |
| 06/24/2019 |  | RECOMMENDATION issued by Magistrate Judge Charles F. Eick. Re REQUEST to Proceed In Forma Pauperis, Declaration in Support 4 . Proposed Order forwarded to the District Judge for approval.(ch) (Entered: 06/24/2019) |
| 06/24/2019 | 5 | ORDER RE REQUEST TO PROCEED IN FORMA PAUPERIS 4 by Judge Cormac J. Carney. IT IS ORDERED that the Request to Proceed In Forma Pauperis is hereby: DENIED (see comments above). IT IS FURTHER ORDERED that: This case is |

| | | |
|---|---|---|
| | | hereby DISMISSED immediately. MD JS–6, Case Terminated. (lom) (Entered: 06/24/2019) |
| 07/22/2019 | 6 | MOTION and Affidavit for Leave to Appeal In Forma Pauperis filed by Plaintiff Barbara Brown. (Attachments: # 1 Lodged Order) (mat) (Entered: 07/25/2019) |
| 07/22/2019 | 7 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Barbara Brown. Appeal of Order on Request to Proceed In Forma Pauperis with Declaration in Support (CV–60), 5 Filed On: 6/24/19; Entered On: 6/24/19; In forma pauperis is pending. (mat) (Entered: 07/25/2019) |
| 07/25/2019 | 8 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 19–55850 assigned to Notice of Appeal to 9th Circuit Court of Appeals 7 as to Plaintiff Barbara Brown. (sbou) (Entered: 07/29/2019) |
| 10/25/2019 | 9 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 7 filed by Barbara Brown. CCA # 19–55850. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 2), see 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious). (sbou) (Entered: 10/28/2019) |
| 11/18/2019 | 10 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 7 , USCA Memorandum/Opinion/Order, 9 , CCA # 19–55850. The judgment of this Court, entered October 25, 2019, takes effect this date. This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. (car) (Entered: 11/19/2019) |