# EXHIBIT C10

(Ex),CLOSED,DISCOVERY,REFVAC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
### CIVIL DOCKET FOR CASE #: 5:13–cv–00145–CJC–E

Barbara E Brown v. State of California et al
Assigned to: Judge Cormac J. Carney
Referred to: Magistrate Judge Charles F. Eick
Demand: $1,505,000
Related Case: 5:15–cv–00294–CJC–E
Case in other court: 9th CCA, 16–56096
Cause: 42:1983 Civil Rights Act

Date Filed: 01/24/2013
Date Terminated: 05/23/2016
Jury Demand: Both
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Federal Question

**Plaintiff**

**Barbara E Brown**       represented by   **Barbara E Brown**
397 Wabash Avenue
PO Box 5408
Sugarloaf, CA 92386
951–534–8277
PRO SE

V.

**Defendant**

**State of California**
*TERMINATED: 04/30/2013*

**Defendant**

**County of San Bernardino**
*TERMINATED: 04/30/2013*

**Defendant**

**San Bernardino County Sheriff's Department**
*Big Bear Station*
*TERMINATED: 04/30/2013*

**Defendant**

**Alex Collins**          represented by   **Teresa M McGowan**
*Deputy Sheriff*                           San Bernardino County Counsel Office
*TERMINATED: 10/29/2014*                   385 North Arrowhead Avenue 4th Floor
                                           San Bernardino, CA 92415–0140
                                           909–387–5283
                                           Fax: 909–387–4069
                                           Email: tmcgowan@cc.sbcounty.gov
                                           *TERMINATED: 05/17/2016*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**California Highway Patrol**
*Arrowhead Division*
*TERMINATED: 04/30/2013*

**Defendant**

**Daven T Wellman**       represented by   **Paul Curtis Epstein**
*CHP*                                      CAAG – Office of Attorney General of California
                                           300 South Spring Street Suite 1702
                                           Los Angeles, CA 90013

213−269−6511
Email: paul.epstein@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 – 6*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2013 | 1 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by plaintiff Barbara E Brown. (Attachments: # 1 Complaint)(adu) (Entered: 01/29/2013) |
| 01/24/2013 | | LODGED COMPLAINT forwarded to DUTY Magistrate Judge. Complaint sought to be filed by Plaintiff Barbara E Brown. (adu) (Entered: 01/29/2013) |
| 02/07/2013 | 2 | ORDER by Magistrate Judge Charles F. Eick: granting 1 Request for Leave to Proceed in Forma. (ad) (Entered: 02/11/2013) |
| 02/07/2013 | 3 | COMPLAINT filed by plaintiff Barbara E Brown against defendants California Highway Patrol, Alex Collins, County of San Bernardino, Does, San Bernardino County Sheriff's Department, State of California, Daven T Wellman. Case assigned to Judge Cormac J. Carney and referred to Magistrate Judge Charles F Eick. (Filing fee $350 IFP GRANTED)(ad) (Entered: 02/11/2013) |
| 02/07/2013 | | 21 DAY Summons Issued re Complaint – (Referred) 3 as to defendants California Highway Patrol, Alex Collins, County of San Bernardino, San Bernardino County Sheriff's Department, State of California, Daven T Wellman. (ad) (Entered: 02/11/2013) |
| 02/07/2013 | 4 | CERTIFICATION AND NOTICE of Interested Parties filed by plaintiff Barbara E Brown. (ad) (Entered: 02/11/2013) |
| 02/07/2013 | 5 | NOTICE OF REFERENCE to United States Magistrate Judge Charles F. Eick. (ad) (Entered: 02/11/2013) |
| 02/21/2013 | 6 | ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND by Judge Cormac J. Carney. The Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a First Amended Complaint. The First Amended Complaint shall be complete in itself. It shall not refer in any manner to any prior complaint. Failure to file timely a First Amended Complaint in conformity with this Order may result in the dismissal of this action. (sp) (Entered: 02/25/2013) |
| 03/21/2013 | 7 | FIRST AMENDED COMPLAINT filed by Plaintiff Barbara E Brown. (sp) (Additional attachment(s) added on 3/26/2013: # 1 Summons) (rp). (Entered: 03/25/2013) |
| 03/25/2013 | | 21 DAY Summons Issued re First Amended Complaint 7 as to Defendants California Highway Patrol, Alex Collins, County of San Bernardino, Does, San Bernardino County Sheriff's Department, State of California, Daven T Wellman. (rp) (Entered: 03/26/2013) |
| 04/01/2013 | 8 | ORDER RE FIRST AMENDED COMPLAINT by Judge Cormac J. Carney, re First Amended Complaint 7 . The claims against the State of California, the County of San Bernardino, the San Bernardino Sheriffs Department and the California Highway Patrol Arrowhead Division, and the official capacity claims against the individual Defendants, are dismissed without leave to amend, and with prejudice. The First Amended Complaint otherwise is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted thirty (30) days from the date of this Order within which to file a Second Amended Complaint. (See Order for Details) (rp) (Entered: 04/02/2013) |
| 04/30/2013 | 9 | SECOND AMENDED COMPLAINT filed by Plaintiff Barbara E Brown. (sp) (Additional attachment(s) added on 5/6/2013: # 1 Summons) (rp). (Entered: |

| | | |
|---|---|---|
| | | 05/03/2013) |
| 05/03/2013 | | 21 DAY Summons Issued re Amended Complaint 9 as to Defendants Alex Collins, Does, Daven T Wellman. (rp) (Entered: 05/06/2013) |
| 05/09/2013 | 10 | ORDER DISMISSING SECOND AMENDED COMPLAINT WITH LEAVE TO AMEND by Judge Cormac J. Carney. The Second Amended Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a Third Amended Complaint. The Third Amended Complaint shall be complete in itself. It shall not refer in any manner to any prior complaint. The Third Amended Complaint shall not contain claims the Court previously has dismissed without leave to amend in this action. Failure to file a Third Amended Complaint in conformity with this Order may result in the dismissal of this action. (sp) (Entered: 05/10/2013) |
| 06/10/2013 | 11 | THIRD AMENDED COMPLAINT; Demand for Jury Trial,filed by Plaintiff Barbara E Brown. (sp) (Entered: 06/17/2013) |
| 06/19/2013 | 12 | ORDER Dismissing Third Amended Complaint With Leave to Amend by Judge Cormac J. Carney. It is Ordered that Plaintiff may file a Fourth Amended Complaint within 30 days of the date of this Order. Any Fourth Amended Complaint shall be complete in itself and shall not refer in any manner to any prior complaint. Plaintiff may not allege, in any Fourth Amended Complaint, any claim dismissed without leave to amend in the Court's prior Orders. Failure to file a timely Fourth Amended Complaint in conformity with this Order may result in the dismissal of this action. (sp) (Entered: 06/24/2013) |
| 07/16/2013 | 13 | FOURTH AMENDED COMPLAINT filed by Plaintiff Barbara E Brown. (sp) (Entered: 07/17/2013) |
| 07/17/2013 | 14 | 21 DAY Summons Issued re Fourth Amended Complaint 13 as to Defendants Alex Collins, Does, Daven T Wellman. (rp) (Entered: 07/18/2013) |
| 07/22/2013 | 15 | ORDER Directing Service of Process by the U.S. Marshal by Magistrate Judge Charles F. Eick. (rp) (Entered: 07/22/2013) |
| 07/22/2013 | 16 | ORDER by Magistrate Judge Charles F. Eick. The U.S. Marshal has been ordered to serve the Summons and Complaint as indicated on the Order Directing Service of Process by the Marshal. It is further Ordered that Plaintiff must serve upon Defendants or, if appearance has been entered by counsel, upon their attorneys, a copy of every future pleading or other document submitted for consideration by the Court. (rp) (Entered: 07/22/2013) |
| 08/20/2013 | 17 | ALIAS SUMMONS issued as to Defendants Alex Collins, Does, Daven T Wellman. (rp) (Entered: 08/21/2013) |
| 09/03/2013 | 18 | NOTICE of Submission of Documents to U.S. Marshal filed by Plaintiff Barbara E Brown. (sp) (Entered: 09/05/2013) |
| 10/09/2013 | 19 | PROCESS RECEIPT AND RETURN (USM–285) of Summons and Fourth Amended Complaint 13 upon Alex Collins served on 9/27/2013, answer due 10/18/2013, served by USM service, by Federal statute, upon Joanna Bermuda, Office Asst #2. (rp) (Entered: 10/11/2013) |
| 10/09/2013 | 20 | PROCESS RECEIPT AND RETURN (USM–285) of Summons and Fourth Amended Complaint 13 upon Daven T Wellman served on 9/27/2013, answer due 10/18/2013, served by USM service, by Federal statute, upon Mia Haswell, Office Admin. (rp) (Entered: 10/11/2013) |
| 10/11/2013 | 21 | ANSWER with JURY DEMAND filed by Defendant Alex Collins.(McGowan, Teresa) (Entered: 10/11/2013) |
| 10/11/2013 | 22 | CERTIFICATE of Interested Parties filed by Defendant Alex Collins, identifying Starr Indemnity & Liability Company. (McGowan, Teresa) (Entered: 10/11/2013) |
| 11/04/2013 | 23 | ANSWER to Amended Complaint 13 *Fourth* filed by Defendant Daven T Wellman.(Attorney Paul Curtis Epstein added to party Daven T Wellman(pty:dft))(Epstein, Paul) (Entered: 11/04/2013) |

| | | |
|---|---|---|
| 11/04/2013 | 24 | of Interested Parties filed by Defendant Daven T Wellman, identifying Daven Wellman and Alex Collins. (Epstein, Paul) (Entered: 11/04/2013) |
| 11/04/2013 | 25 | Certificate of Interested Parties filed by Defendant Daven T Wellman, identifying Daven Wellman and Alex Collins. (Epstein, Paul) (Entered: 11/04/2013) |
| 11/05/2013 | 26 | ORDER Re Discovery Cut−Off Date and Dates for Filing Motions by Magistrate Judge Charles F. Eick. The Court has established 4/5/14, as the cut−off date for discovery in this action. All discovery is to be completed on, or prior to, the cut−off date. The Court has established 5/6/14, as the deadline for filing summary judgment motions. The Court also has established 5/6/14, as the deadline for joining additional parties. (sp) (Entered: 11/05/2013) |
| 11/06/2013 | 27 | CERTIFICATE OF SERVICE filed by Defendant California Highway Patrol Officer Daven T Wellman, re Answer to Complaint 23 *ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL* served on November 6, 2013. (Epstein, Paul) (Entered: 11/06/2013) |
| 01/03/2014 | 28 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Fourth Amended Complaint and each remaining claim filed by Defendant Alex Collins. Motion set for hearing on 2/7/2014 at 09:30 AM before Magistrate Judge Charles F. Eick. (McGowan, Teresa) (Entered: 01/03/2014) |
| 01/03/2014 | 29 | STATEMENT of Uncontroverted Facts in Support of MOTION for Summary Judgment as to Fourth Amended Complaint and each remaining claim 28 filed by Defendant Alex Collins. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McGowan, Teresa) (Entered: 01/03/2014) |
| 01/06/2014 | 30 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of Defendant Collins' "Motion for Summary Judgment, etc.," filed 1/3/14. The previously noticed 2/7/14 hearing date is vacated. NOTICE TO PLAINTIFF. Plaintiff's opposition to the motion for summary judgment must be filed within 30 days of the date of this order. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. Failure to file timely opposition may result in dismissal of the action for failure to prosecute. (sp) (Entered: 01/06/2014) |
| 02/07/2014 | 31 | Opposition re: MOTION for Summary Judgment as to Fourth Amended Complaint and each remaining claim; Memorandum of Points and Authorities and Declaration in Support filed by Plaintiff Barbara E Brown. (sp) (Entered: 02/10/2014) |
| 02/10/2014 | 32 | REPLY in support of MOTION for Summary Judgment as to Fourth Amended Complaint and each remaining claim 28 filed by Defendant Alex Collins. (McGowan, Teresa) (Entered: 02/10/2014) |
| 02/14/2014 | 33 | ORDER DENYING MOTION FOR SUMMARY JUDGMENT by Judge Cormac J. Carney. Defendant Collins' Motion for Summary Judgment is denied. (sp) (Entered: 02/18/2014) |
| 03/05/2014 | 34 | MOTION for Appointment of Counsel filed by Plaintiff Barbara E Brown. (sp) (Entered: 03/06/2014) |
| 03/06/2014 | 35 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Charles F. Eick. The Court has read and considered Plaintiff's "Motion for Appointment of Counsel", filed 3/5/14. The Motion is denied without prejudice. (sp) (Entered: 03/06/2014) |
| 03/06/2014 | 36 | EX PARTE APPLICATION to Extend Discovery Cut−Off Date to 5/15/2014 filed by Defendant Daven T Wellman. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Epstein, Paul) (Entered: 03/06/2014) |
| 03/06/2014 | 37 | ORDER Extending Discovery Cut−Off Date and Date For Filing Motions for Summary Judgment by Magistrate Judge Charles F. Eick. The last day to begin depositions in this action is extended from 3/31/14 to 5/15/14, and that the last day for filing motions for summary judgment is extended from 5/6/14 to 6/20/14. (sp) (Entered: 03/07/2014) |
| 04/03/2014 | 38 | NOTICE OF MOTION AND MOTION to Compel (1) PLAINTIFF TO ANSWER FIRST INSPECTION DEMAND AND PRODUCE DOCUMENTS; (2) COMPEL PLAINTIFF TO ANSWER FIRST SET OF INTERROGATORIES; (3) COMPEL |

| | | |
|---|---|---|
| | | PLAINTIFF TO APPEAR AT DEPOSITION; (4) REQUIRE PLAINTIFF TO PAY SANCTIONS TO THE OFFICE OF THE CALIFORNIA ATTORNEY GENERAL IN THE SUM OF $3,120.75; AND (5) MOTION FOR ORDER DISMISSING ACTION UNDER FED. R. CIV. PROC. 37 (d)(3) & (b)(2)(A)(v) filed by Defendant Daven T Wellman. (Attachments: # 1 Exhibit A – H, # 2 Proposed Order Compelling Responses to Discovery, # 3 Proposed Order Dismissing Action With Prejudice and Requiring Plaintiff to Pay Sanctions in the Sum of $3,120.75)(Epstein, Paul) (Entered: 04/03/2014) |
| 04/03/2014 | 39 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of the "Motion for Orders", filed 4/3/14. Plaintiff shall file a response to the Motion within 30 days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. Failure timely to file a response to the Motion may result in the dismissal of this lawsuit for failure to prosecute. (sp) (Entered: 04/03/2014) |
| 05/06/2014 | 40 | REPLY *TO PLAINTIFF'S OPPOSITION TO MOTION FOR ORDERS: (1) DISMISSING ACTION UNDER FED. R. CIV. PROC. 37 (d)(3) & (b)(2)(A)(v); (2) COMPELLING PLAINTIFF TO ANSWER FIRST INSPECTION DEMAND AND PRODUCE DOCUMENTS; (3) COMPELLING PLAINTIFF TO ANSWER FIRST SET OF INTERROGATORIES; (4) COMPELLING PLAINTIFF TO APPEAR AT DEPOSITION; AND (5) REQUIRING PLAINTIFF TO PAY SANCTIONS TO THE OFFICE OF THE CALIFORNIA ATTORNEY GENERAL IN THE SUM OF $3,120.75* filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 05/06/2014) |
| 05/06/2014 | 41 | Opposition to Motion for Orders: (1) Dismissing Action, (2) Compelling Plaintiff to Answer Inspection Demand, and (3) Interrogatories, and (4) to Appear at Deposition, and (5) Imposing Sanctions filed by Plaintiff Barbara E Brown. (sp) (Entered: 05/07/2014) |
| 05/16/2014 | 42 | ORDER RE "MOTION FOR ORDERS, ETC." by Judge Cormac J. Carney. Within 14 days of the date of this Order, Plaintiff must serve verified responses, without objection, to Defendant Wellman's First Set of Interrogatories to Plaintiff." Within 14 days of the date of this Order, Plaintiff must serve a response, without objection, to Defendant Wellman's "First Request for Production of Documents to Plaintiff," accompanied by all documents responsive to the "First Request for Production of Documents to Plaintiff." Within 21 days of the date of this Order, Plaintiff must appear for her deposition at the office of counsel for Defendant Wellman. Within 30 days of the date of this Order, Plaintiff must pay to Defendant Wellman the sum of $100. The deadline for filing motions for summary judgment is extended to 45 days of the date of this Order. The Motion is otherwise denied without prejudice. (sp) (Entered: 05/19/2014) |
| 05/30/2014 | 43 | RESPONSES to Defendants' First Set of Interrogatories and First Request for Production of Documents filed by Plaintiff Barbara E Brown (hr) (Entered: 06/03/2014) |
| 06/12/2014 | 44 | APPLICATION for Order for RE–OPENING DISCOVERY AND EXTENDING DEADLINE FOR FILING A MOTION FOR SUMMARY JUDGMENT filed by Defendant Daven T Wellman. (Attachments: # 1 Proposed Order)(Epstein, Paul) (Entered: 06/12/2014) |
| 06/16/2014 | 45 | ORDER Granting Ex Parte Application by Defendant Daven Wellman for Order Re–Opening Discovery and Extending Deadline for Filing a Motion for Summary Judgment by Magistrate Judge Charles F. Eick. It is Hereby Ordered that discovery is re–opened in this action, and that all discovery must be completed by 9/5/14, and that the filing deadline for filing a Motion for Summary Judgment is extended from 6/30/14 to 9/30/14. (sp) Modified on 6/16/2014 (sp). (Entered: 06/16/2014) |
| 07/23/2014 | 46 | NOTICE OF MOTION AND MOTION for Order for COMPELLING PHYSICAL EXAMINATION OF PLAINTIFF UNDER FED. R. CIV. PROC. 35; DECLARATION OF PAUL C. EPSTEIN AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by Defendant Daven T Wellman. (Attachments: # 1 Exhibit)(Epstein, Paul) (Entered: 07/23/2014) |
| 07/23/2014 | 47 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of Defendant Wellman's "Motion for Order Compelling Physical |

| | | |
|---|---|---|
| | | Examination of Plaintiff, etc.", filed 7/23/14. On or before 8/1/14, any party may file a supplemental memorandum concerning the Motion. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. (sp) (Entered: 07/23/2014) |
| 08/04/2014 | 48 | ORDER Requiring Plaintiff to Undergo Physical Examination Pursuant to Fed. R. Civ. Proc.35 by Magistrate Judge Charles F. Eick. It is Hereby Ordered that plaintiff shall appear at the offices of Graham N. Gitlin, M.D., 2080 Century Park East, Suite 809, Los Angeles, CA, 90067 on 8/20/14 at 1:00 p.m. to undergo a physical examination. Plaintiff is warned that failure to comply timely and completely with this Order may result in the imposition of drastic sanctions including, without limitation, the dismissal of the entire action. (sp) (Entered: 08/04/2014) |
| 08/20/2014 | 49 | EX PARTE APPLICATION to Extend Discovery Cut−Off Date to 9/9/2014 filed by Defendant Daven T Wellman.(Epstein, Paul) (Entered: 08/20/2014) |
| 08/22/2014 | 50 | ORDER Granting Ex Parte Application by Defendant Daven Wellman for Order Extending Discovery Cut−Off Date to Permit Deposition to Be Taken on 9/9/14 by Magistrate Judge Charles F. Eick. After reading the Ex Parte Application for Order Extending Discovery Cut−Off Date to Permit Deposition to Be Taken on 9/9/14, filed 8/20/14, it is Hereby Ordered that the discovery cut−off date in this action is extended to 9/9/14 for the purpose of taking the deposition of Donald Combs only. (sp) (Entered: 08/22/2014) |
| 09/17/2014 | 51 | NOTICE OF MOTION AND MOTION to Enforce Settlement Agreement filed by Defendant Alex Collins. Motion set for hearing on 10/24/2014 at 09:30 AM before Magistrate Judge Charles F. Eick. (McGowan, Teresa) (Entered: 09/17/2014) |
| 09/17/2014 | 52 | DECLARATION of Teresa M. McGowan In support of MOTION to Enforce Settlement Agreement 51 filed by Defendant Alex Collins. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(McGowan, Teresa) (Entered: 09/17/2014) |
| 09/17/2014 | 53 | NOTICE OF LODGING filed *Proposed Order* re MOTION to Enforce Settlement Agreement 51 (Attachments: # 1 Proposed Order)(McGowan, Teresa) (Entered: 09/17/2014) |
| 09/18/2014 | 54 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of Defendant Collins' "Motion for An Order Enforcing Settlement Agreement", filed 9/17/14. The previously noticed 10/24/14 hearing date is vacated. Plaintiff shall file a response to the Motion within 20 days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. Failure to file a timely response to the Motion may result in the dismissal with prejudice of Defendant Collins from this action. (sp) (Entered: 09/18/2014) |
| 09/29/2014 | 62 | MOTION for Order Re−Opening Discovery filed by Plaintiff Barbara E Brown. (sp) (Entered: 10/02/2014) |
| 09/30/2014 | 55 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of Plaintiff's "Motion for Order Re−Opening Discovery", filed 9/29/14. Defendants shall file a response to the Motion within 20 days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. (sp) (Entered: 09/30/2014) |
| 09/30/2014 | 56 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Fourth Amended Complaint , MOTION for Partial Summary Judgment as to Fourth Amended Complaint filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 09/30/2014) |
| 09/30/2014 | 57 | STATEMENT of Uncontroverted Material Facts MOTION for Summary Judgment as to Fourth Amended Complaint MOTION for Partial Summary Judgment as to Fourth Amended Complaint 56 filed by Defendant Daven T Wellman. (Attachments: # 1 Exhibit)(Epstein, Paul) (Entered: 09/30/2014) |
| 09/30/2014 | 58 | DECLARATION of Paul C. Epstein In support of MOTION for Summary Judgment as to Fourth Amended Complaint MOTION for Partial Summary Judgment as to Fourth Amended Complaint 56 filed by Defendant Daven T Wellman. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit)(Epstein, Paul) (Entered: 09/30/2014) |
| 09/30/2014 | 59 | NOTICE OF LODGING filed re MOTION for Summary Judgment as to Fourth Amended Complaint MOTION for Partial Summary Judgment as to Fourth Amended Complaint 56 (Attachments: # 1 Exhibit)(Epstein, Paul) (Entered: 09/30/2014) |
| 09/30/2014 | 60 | NOTICE OF LODGING filed re MOTION for Summary Judgment as to Fourth Amended Complaint MOTION for Partial Summary Judgment as to Fourth Amended Complaint 56 (Attachments: # 1 Proposed Order)(Epstein, Paul) (Entered: 09/30/2014) |
| 10/01/2014 | 61 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of Defendant Wellman's "Motion for Summary Judgment, etc.," filed 9/30/14. NOTICE TO PLAINTIFF. Plaintiff's opposition to the motion for summary judgment must be filed within 30 days of the date of this order. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. Failure to file timely opposition may result in dismissal of the action for failure to prosecute. (sp) (Entered: 10/01/2014) |
| 10/15/2014 | 63 | OPPOSITION to MOTION for Relief 62 filed by Defendant Alex Collins. (Attachments: # 1 Declaration of Teresa M. McGowan)(McGowan, Teresa) (Entered: 10/15/2014) |
| 10/17/2014 | 64 | DECLARATION of Paul C. Epstein in Response to Plaintiff's Motion to Re–Open Discovery MOTION for Relief 62 filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 10/17/2014) |
| 10/22/2014 | 65 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Charles F. Eick. The Court has read and considered all papers filed in support of and in opposition to Plaintiff's "Motion for Order Re–opening Discovery", filed 9/29/14. The Court has taken the matter under submission without oral argument. The discovery cut–off date is extended to 12/1/14 solely for the purpose of permitting Plaintiff to seek discovery concerning the videotape which Plaintiff asserts she received from counsel for Defendant Wellman on 9/15/14. The Motion otherwise is denied. On the Court's own motion, the time which Plaintiff must respond to Defendant Wellman's "Motion for Summary Judgment, etc.," filed 9/30/14, is extended to 12/8/14. At that time the Court will take the Motion for Summary Judgment under submission without oral argument, unless the Court otherwise orders. All other provisions of the Court's Minute Order filed 10/1/14 remain in force. (sp) (Entered: 10/22/2014) |
| 10/29/2014 | 66 | ORDER DISMISSING ACTION AGAINST DEFENDANT COLLINS WITH PREJUDICE by Judge Cormac J. Carney. Defendant Collins' "Motion for an Order Enforcing Settlement Agreement" is granted. The action is dismissed as against Defendant Collins with prejudice. Neither Plaintiff nor Defendant Collins may seek costs or attorneys fees against the other. (sp) (Entered: 10/29/2014) |
| 12/03/2014 | 67 | NOTICE OF DISCREPANCY AND ORDER: by Magistrate Judge Charles F. Eick, ORDERING Motion for Order Compelling Defendant and Requiring Defendant to Pay Sanctions submitted by Plaintiff Barbara E Brown received on 12/2/2014 is not to be filed but instead rejected. Denial based on: Proof of service notes incorrect document served on Defendant. The present motion is untimely. The discovery cut–off, as extended, expired December 1, 2014. See Minute Order filed 10/22/14. (dml) (Entered: 12/04/2014) |
| 12/09/2014 | 69 | MOTION for Order Plaintiff Seeking Leave to Withdraw Deemed Admissions to Defendant's "1st Set of Requests for Admissions" filed by Plaintiff Barbara E Brown. (sp) (Entered: 12/12/2014) |
| 12/10/2014 | 68 | Opposition to Defendant Wellman's Motion for Summary Judgment, etc. filed by Plaintiff Barbara E Brown. (sp) (Entered: 12/11/2014) |
| 12/12/2014 | 70 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick: re: MOTION for Order 69 . The Court is in receipt of Plaintiff's "Motion for Order Plaintiff Seeking Leave to Withdraw Deemed Admissions, etc.", filed 12/9/14. Defendant shall file a response to the Motion on or before 1/5/14. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. (sp) (Entered: 12/12/2014) |

| | | |
|---|---|---|
| 12/15/2014 | 71 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of a CD–R disc which Plaintiff sent to the Court, apparently in support of her opposition to Defendant Wellman's pending motion for summary judgment. The disc allegedly contains a recording of Plaintiff's encounter with Defendant Wellman on 11/30/11 which is the subject of this action. The disc bear the style and case number of this action and the notation "CHP 11/30/11." The Court is unable to access the content of this CD–R disc. The Court is informed and believes that, for the video content of a disc to be accessible, the video must be recorded on a DVR disc, not a CD–R disc. On or before 1/5/15, Defendant shall lodge with the Court in DVR format a copy of the video recording of Defendant Wellman's encounter with Plaintiff on 11/30/11. (sp) (Entered: 12/15/2014) |
| 12/15/2014 | 72 | NOTICE: The CD submitted by Plaintiff on 12/10/14, is hereby filed. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sp) TEXT ONLY ENTRY (Entered: 12/16/2014) |
| 01/02/2015 | 73 | Submission of Evidence Exhibit "A" CHP DVD Filed filed by Plaintiff Barbara E Brown. (sp) (Entered: 01/05/2015) |
| 01/05/2015 | 74 | Defendant's Opposition To Plaintiff's Motion Seeking Leave To Withdraw Deemed Admissions Under Fed. R. Civ. Proc. 36 Opposition re: MOTION for Order 69 filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 01/05/2015) |
| 01/05/2015 | 75 | NOTICE: The DVD submitted by Plaintiff on 1/2/15, is hereby filed. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sp) TEXT ONLY ENTRY (Entered: 01/06/2015) |
| 01/07/2015 | 76 | DECLARATION of Paul C. Epstein in reply to opposition MOTION for Summary Judgment as to Fourth Amended Complaint MOTION for Partial Summary Judgment as to Fourth Amended Complaint 56 filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 01/07/2015) |
| 01/08/2015 | 77 | ORDER Granting Motion to Withdraw Admissions and Denying Motion for Summary Judgment Without Prejudice by Judge Cormac J. Carney. Plaintiff's Motion is granted. Plaintiff's deemed admissions are withdrawn. Within 20 days of the date of this Order, Plaintiff must serve on Defendant responses without objection to each of the requests for admissions. Failure to file timely responses may result in the requests being deemed admitted once again. Defendant's motion for summary judgment is denied without prejudice. The time within which Defendant may file another motion for summary judgment is extended to and including 3/13/15. (sp) Modified on 3/2/2015 (sp). (Entered: 01/09/2015) |
| 01/27/2015 | 78 | Plaintiff's RESPONSES to Defendant's First Set of Requests for Admissions filed by Plaintiff Barbara E Brown (dml) (Entered: 01/27/2015) |
| 03/13/2015 | 79 | NOTICE OF MOTION AND MOTION for Partial Summary Judgment as to FOURTH AMENDED COMPLAINT filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 03/13/2015) |
| 03/13/2015 | 80 | STATEMENT of UNCONTROVERTED MATERIAL FACTS IN MOTION for Partial Summary Judgment as to FOURTH AMENDED COMPLAINT 79 filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 03/13/2015) |
| 03/13/2015 | 81 | NOTICE WARNING TO PLAINTIFF filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 03/13/2015) |
| 03/16/2015 | 82 | MINUTE ORDER (IN CHAMBERS) by Magistrate Judge Charles F. Eick: re: MOTION for Partial Summary Judgment as to FOURTH AMENDED COMPLAINT 79 . Opposition to the motion for summary judgment must be filed within thirty (30) days of the date of this order. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. Failure to file timely opposition may result in dismissal of the action for failure to prosecute. See Order for details. (dml) (Entered: 03/16/2015) |
| 04/07/2015 | 83 | STATEMENT of AMENDED SEPARATE STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF MOTION for Partial Summary Judgment as to FOURTH AMENDED COMPLAINT 79 filed by Defendant Daven T Wellman. (Attachments: # 1 Exhibits A–M)(Epstein, Paul) (Entered: |

| | | |
|---|---|---|
| | | 04/07/2015) |
| 04/07/2015 | 84 | DECLARATION of PAUL C. EPSTEIN RE FILING OF AMENDED SEPARATE STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT MOTION for Partial Summary Judgment as to FOURTH AMENDED COMPLAINT 79 filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 04/07/2015) |
| 04/13/2015 | 85 | Opposition to Motion for Partial Summary Judgment and Statement of Genuine Disputes filed by Plaintiff Barbara E Brown. (sp) (Entered: 04/14/2015) |
| 04/14/2015 | 86 | REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND OBJECTION TO DECLARATION OF BARBARA BROWN IN SUPPORT OF OPPOSITION filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 04/14/2015) |
| 05/07/2015 | 87 | ORDER Re Defendant Wellman's Motion for Partial Summary Judgment by Judge Cormac J. Carney. Defendant's Motion for Partial Summary Judgment is granted in part. The following issues are established: 1. Defendant did not subject Plaintiff to excessive force in connection with the restraining of Plaintiff during the blood draw. 2. Defendant did not discriminate against Plaintiff on the basis of race. Defendant's Motion for Partial Summary Judgment is otherwise denied. (sp) (Entered: 05/07/2015) |
| 05/14/2015 | 88 | SCHEDULING ORDER by Judge Cormac J. Carney. Discovery cut−off 9/10/2015. Motions due by 11/9/2015. Last date to conduct settlement conference is 10/6/2015. Pretrial Conference set for 12/7/2015 at 3:00 p.m. Jury Trial set for 12/15/2015 at 8:30 a.m. (mku) (Entered: 05/14/2015) |
| 05/14/2015 | 89 | ORDER REGARDING SETTLEMENT PROCEDURES, PRE−TRIAL CONFERENCE AND TRIAL by Judge Cormac J. Carney. (mku) (Entered: 05/14/2015) |
| 05/14/2015 | 90 | ORDER VACATING REFERENCE TO MAGISTRATE JUDGE by Judge Cormac J. Carney. Reference of case to Magistrate Judge Charles F. Eick is vacated. Case transferred to the calendar of Magistrate Judge Charles F. Eick for Discovery. Case number now reads as EDCV13−145 CJC (Ex). (twdb) (Entered: 05/14/2015) |
| 09/18/2015 | 97 | MOTION to Quash or Modify the Deposition Subpoena for Bio−Tax Laboratories, Inc. filed by Plaintiff Barbara E Brown. (sp) (Entered: 12/23/2015) |
| 09/23/2015 | 91 | EX PARTE APPLICATION to Continue date for completion of settlement proceedings from October 6, 2015 to November 9, 2015 filed by Defendant Daven T Wellman. (Attachments: # 1 Proposed Order) (Epstein, Paul) (Entered: 09/23/2015) |
| 09/25/2015 | 92 | ORDER by Judge Cormac J. Carney: Extending Date for completion of Settlement Proceedings from October 6, 2015 to November 9, 2015, and Permitting a Settlement Conference to be Held Before Magistrate Judge Charles Eick 91 . See Order for details. (Entered: 09/25/2015) |
| 10/05/2015 | 93 | SETTLEMENT CONFERNCE ORDER by Magistrate Judge Charles F. Eick. The settlement conference is set for Wednesday, 10/21/15, at 1:30 p.m, in Courtroom 20, U.S. Courthouse, 312 N. Spring St., Los Angeles, CA. A settlement conference statement of each party must be submitted directly to the chambers of the settlement judge (Room 342), or, in the alternative, faxed directly to the chambers of the settlement judge (213−894−3335), no later than 5:00 p.m. on 10/14/15.. (sp) (Entered: 10/05/2015) |
| 10/21/2015 | 94 | MINUTES OF Settlement Conference held before Magistrate Judge Charles F. Eick. Case called. Appearances made. The Court hears discussion. Parties proceed with the settlement conference. Settlement is not reached. Court Recorder: Courtsmart. (sp) (Entered: 10/23/2015) |
| 10/30/2015 | 95 | MINUTE ORDER (IN CHAMBERS) by Judge Cormac J. Carney Vacating Pretrial Conference and Trial Dates and Ordering the Parties to Notify the Court if they Consent to Referral to the Magistrate Judge for Trial. The Court ORDERS the parties to meet and confer and for Defendant to notify the Court no later than November 12, 2015 whether the parties consent to have their trial rescheduled before Magistrate Judge Douglas F. McCormick. See Order for details. (jtil) (Entered: 10/30/2015) |

| | | |
|---|---|---|
| 11/20/2015 | 96 | MINUTE ORDER (IN CHAMBERS) by Judge Cormac J. Carney: Due to the Courts congested criminal trial calendar, the Court, on its own motion, hereby continues the pretrial conference and trial in this matter as follows: Pretrial Conference continued to May 23, 2016 at 3:00 p.m.; Jury Trial continued to June 7, 2016 at 8:30 a.m. (jtil) (Entered: 11/20/2015) |
| 12/23/2015 | 98 | MINUTES (IN CHAMBERS) by Magistrate Judge Charles F. Eick. Plaintiff's "Motion to Quash or Modify the Deposition Subpoena, etc.," filed 9/18/15, and received in chambers on 12/23/15, is denied without prejudice for failure to demonstrate compliance with Local Rule 37. (sp) (Entered: 12/23/2015) |
| 05/02/2016 | 99 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 05/02/2016) |
| 05/09/2016 | 100 | Witness List filed by Defendant Daven T Wellman.. (Epstein, Paul) (Entered: 05/09/2016) |
| 05/16/2016 | 101 | Short Statement of the Case to Be Read to the Jury filed by Defendant Daven T Wellman (Epstein, Paul) (Entered: 05/16/2016) |
| 05/16/2016 | 102 | Witness List filed by Defendant Daven T Wellman.. (Epstein, Paul) (Entered: 05/16/2016) |
| 05/16/2016 | 103 | PROPOSED JURY INSTRUCTIONS filed by Defendant Daven T Wellman.. (Epstein, Paul) (Entered: 05/16/2016) |
| 05/16/2016 | 104 | PROPOSED Special JURY VERDICT filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 05/16/2016) |
| 05/16/2016 | 105 | NOTICE OF LODGING filed *Proposed Final Pretrial Conference Order* re Minutes of In Chambers Order/Directive – no proceeding held,, Set/Reset Deadlines/Hearings, 96 (Attachments: # 1 Proposed Order)(Epstein, Paul) (Entered: 05/16/2016) |
| 05/17/2016 | 106 | Notice of Appearance or Withdrawal of Counsel: for attorney Teresa M McGowan counsel for Defendant Alex Collins. Teresa M. McGowan will no longer receive service of documents from the Clerks Office for the reason indicated in the G–123 Notice. Filed by Defendant Alex Collins. (McGowan, Teresa) (Entered: 05/17/2016) |
| 05/18/2016 | 107 | DECLARATION of Paul C. Epstein *Re Attempts to Meet and Confer with Plaintiff Regarding Preparation and Filing of Pretrial Documents* filed by Defendant Daven T Wellman. (Attachments: # 1 Exhibit)(Epstein, Paul) (Entered: 05/18/2016) |
| 05/20/2016 | 108 | Exhibit List filed by Defendant Daven T Wellman.. (Epstein, Paul) (Entered: 05/20/2016) |
| 05/20/2016 | 110 | MOTION for Appointment of Counsel filed by Plaintiff Barbara E Brown. (mt) (Entered: 05/23/2016) |
| 05/23/2016 | 109 | MINUTES OF Pretrial Conference held before Judge Cormac J. Carney: Pretrial conference held. No appearances made on behalf of Plaintiff. The Court confers with defense counsel regarding matters as stated on the record. The Court hereby DISMISSES this case for failure to prosecute and failure to comply with the Court's orders regarding pretrial filings. Counsel for defendant shall follow up and lodge a proposed order with the Court regarding the dismissal.Court Reporter: Debbie Hino–Spaan. (lwag) (Main Document 109 replaced on 5/23/2016) (mku). (Entered: 05/23/2016) |
| 05/24/2016 | 111 | MINUTES (IN CHAMBERS) ORDER by Judge Cormac J. Carney denying 110 MOTION for Appointment of Counsel. Pending before the Court is Plaintiff's May 20 motion for the appointment of counsel. (Dkt. 110.) As the case has been closed due to Plaintiff's failure to prepare for trial, cooperate with defense counsel, and appear at the pretrial conference, her motion is DENIED AS MOOT. (see document for details). (dro) (Entered: 05/24/2016) |
| 05/25/2016 | 114 | NOTICE OF MOTION AND MOTION to Set Aside Order of Dismissal filed by Plaintiff Barbara E Brown. (lwag) (Entered: 05/31/2016) |
| 05/25/2016 | 115 | MEMORANDUM of Points and Authorities in Support of Motion to Set Aside Order of Dismissal filed by Plaintiff Barbara E Brown. (lwag) (Entered: 05/31/2016) |

| | | |
|---|---|---|
| 05/25/2016 | 116 | DECLARATION in Support of Motion to Set Aside Order of Dismissal filed by Plaintiff Barbara E Brown. (Attachments: # 1 Part 2)(lwag) (Entered: 05/31/2016) |
| 05/25/2016 | 117 | PROOF OF SERVICE by Mail filed by Plaintiff Barbara E Brown, re NOTICE OF MOTION AND MOTION to Set Aside Order re: Order on Motion for Appointment of Counsel, 111 114 served on 5/25/2016. (lwag) (Entered: 05/31/2016) |
| 05/26/2016 | 112 | NOTICE OF LODGING filed *[Proposed] Order of Dismissal* re Pretrial Conference – Interim,, 109 (Attachments: # 1 Proposed Order of Dismissal)(Epstein, Paul) (Entered: 05/26/2016) |
| 05/27/2016 | 113 | NOTICE OF DISCREPANCY AND ORDER: by Judge Cormac J. Carney, ORDERING 1) Notice of Motion and Motion for Preliminary Injunction for Civil Harassment Restraining; 2) Memorandum of PA 3) Declaration in Support; 4) Proof of Service; 5) Order submitted by Plaintiff Barbara E Brown received on 05/25/2016 is not to be filed but instead rejected. Denial based on: Case Termed and Entered 05/23/2016. (dro) (Entered: 05/27/2016) |
| 05/27/2016 | 118 | ORDER Denying Motion for the Appointment of Counsel, Denying Motion for a Preliminary Injunction and Setting Briefing Schedule on Motion to Set Aside the Dismissal by Judge Cormac J. Carney: Because that motion was not properly filed, it is not properly before the Court, and is therefore DENIED WITHOUT PREJUDICE. Plaintiff has also filed a motion to set aside the dismissal of her case, and that motion is set for hearing on Monday, June 27, 2016 at 1:30 p.m. The Court will proceed with the traditional briefing schedule on that motion in order to determine whether to set aside the dismissal and proceed to trial. Defendants opposition brief is due on June 6, 2016, and Plaintiff may file a reply by June 13, 2016. Her motion for the appointment of counsel is therefore DENIED. See document for further information. (lwag) (Entered: 05/31/2016) |
| 06/01/2016 | 119 | NOTICE OF DISCREPANCY AND ORDER: by Judge Cormac J. Carney, ORDERING Second Motion for Appointment of Counsel submitted by Plaintiff Barbara E Brown received on 5/31/2016 is not to be filed but instead rejected. Denial based on: On May 20, 2016, Plaintiff submitted a motion for the appointment of counsel. (Dkt. 110) On May 31, 2016, Plaintiff attempted to file 13 pages of supplemental exhibits and requested that they be attached to her previously filed motion for appointment of counsel. That motion has already been denied, so the Plaintiff's attempted filings are procedurally improper. (mba) (Entered: 06/02/2016) |
| 06/06/2016 | 120 | Opposition to Plaintiff's Motion to Set Aside Order of Dismissal Opposition re: NOTICE OF MOTION AND MOTION to Set Aside Order re: Order on Motion for Appointment of Counsel, 111 114 filed by Defendant Daven T Wellman. (Epstein, Paul) (Entered: 06/06/2016) |
| 06/27/2016 | 121 | MINUTES OF Hearing on Plaintiff's Motion to Set Aside Order of Dismissal 114 held before Judge Cormac J. Carney: Motion hearing held. The Court hears oral argument from the parties. The Court takes the Motion under submission. Order to issue. Court Reporter: Debbie Hino–Spaan. Attorneys for Plaintiff: Barbara Brown (Pro Se); Attorney for Defendant: Paul Epstein. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. TEXT ONLY ENTRY. (mku) (Entered: 06/27/2016) |
| 06/27/2016 | 122 | ORDER Denying Plaintiff's Motion for Rule 60 Relief 114 by Judge Cormac J. Carney: For the foregoing reasons, Plaintiff's motion for relief from judgment pursuant to Rule 60 is DENIED. See document for further information. (lwag) (Entered: 06/27/2016) |
| 07/25/2016 | 123 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Barbara E Brown. Appeal of Order on Motion to Set Aside Order 122 Filed On: 6/27/16; Entered On: 6/27/16; In Forma Pauperis Pending (car) (Entered: 08/02/2016) |
| 07/25/2016 | 124 | MOTION and Affidavit for Leave to Appeal In Forma Pauperis filed by Plaintiff Barbara E Brown. (Attachments: # 1 Lodged Proposed Order) (car) (Entered: 08/02/2016) |
| 08/02/2016 | 125 | NOTIFICATION by Circuit Court of Appellate Docket Number 16–56096, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals 123 as to Plaintiff Barbara E Brown. (car) (Entered: 08/03/2016) |

| | | |
|---|---|---|
| 08/08/2016 | 126 | ORDER on Motion for Leave to Appeal In Forma Pauperis 124 by Judge Cormac J. Carney: See document for further information. (lwag) (Entered: 08/08/2016) |
| 08/08/2016 | 127 | MOTION and Affidavit for Leave to Appeal In Forma Pauperis filed by Plaintiff Barbara E Brown. (lwag) (Additional attachment(s) added on 8/23/2016: # 1 Proposed Order) (lwag). (Entered: 08/22/2016) |
| 08/26/2016 | 128 | MINUTES (IN CHAMBERS) Order Denying Plaintiff's Corrected Motion for Leave to Appeal In Forma Pauperis as Moot 127 by Judge Cormac J. Carney: Petitioners Motion for Leave to Appeal In Forma Pauperis is DENIED as moot. The Court previously granted Plaintiffs original Motion for Leave to Appeal In Forma Pauperis on August 8, 2016. See Order 126 . (lwag) (Entered: 08/26/2016) |
| 11/01/2016 | 129 | TRANSCRIPT for proceedings held on 6/27/2016 at 1:34 p.m. ****Transcript may be viewed at the court public terminal or purchased through Court Reporter DEBBIE HINO−SPAAN at: WEBSITE www.debbiehinospaan.com; E−mail, dhinospaan@yahoo.com before the deadline for Release of Transcript restriction. After that date, it may be obtained from the Court Reporter or through PACER. Additional formats of the transcript (ASCII, Condensed, and Word Indexing/Concordance) are also available to be purchased at any time through the Court Reporter. Notice of Intent to Redact due within 7 days of this date.** Redaction Request due 11/22/2016. Redacted Transcript Deadline set for 12/2/2016. Release of Transcript Restriction set for 1/30/2017. (dhs) (Entered: 11/01/2016) |
| 11/01/2016 | 130 | NOTICE OF FILING TRANSCRIPT filed for proceedings 6/27/2016 at 1:34 p.m. re Transcript 129 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dhs) TEXT ONLY ENTRY (Entered: 11/01/2016) |
| 06/15/2017 | 131 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 123 filed by Barbara E Brown. CCA # 16−56096. Upon review of the record and the briefing, we grant appellee Daven T. Wellmans motion for summary affirmance (Docket Entry No. 7). See United States v. Hooton, 693 F.2d 857, 858 (9th Cir. 1982). All other pending motions are denied as moot. (car) (Entered: 06/16/2017) |
| 07/07/2017 | 132 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal 123 CCA # 16−56096. The judgment of the 9th Circuit Court, entered June 15, 2017, takes effect this date.This constitutes the formal mandate of the 9th CCA issued pursuant to Rule41(a) of the Federal Rules of Appellate Procedure. [See USCA Order 131 AFFIRMED.] (mat) (Entered: 07/07/2017) |
| 04/19/2018 | 133 | NOTICE OF DISCREPANCY AND ORDER: by Judge Cormac J. Carney, ORDERING Plaintiff's Declaration; various exhibits submitted by Plaintiff Barbara E Brown received on 04/18/2018 is not to be filed but instead rejected. Denial based on: No proof of service attached to documents; Case closed on 5/23/16. Dismissal affirmed by Ninth Circuit on 7/17/17.. (dro) (Entered: 04/19/2018) |