# EXHIBIT C11

194,CLOSED,RELATED−DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CIVIL DOCKET FOR CASE #: 5:15−cv−00294−CJC−E

| | |
|---|---|
| Barbara Brown v. County of San Bernardino et al | Date Filed: 02/19/2015 |
| Assigned to: Judge Cormac J. Carney | Date Terminated: 04/17/2017 |
| Referred to: Magistrate Judge Charles F. Eick | Jury Demand: Both |
| Demand: $5,000,000 | Nature of Suit: 440 Civil Rights: Other |
| Related Cases: 5:13−cv−00145−CJC−E | Jurisdiction: Federal Question |
| 5:18−cv−01418−CJC−E | |
| Case in other court: 9th Circuit, 17−55698 | |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Barbara Brown**  represented by **Barbara Brown**
397 Wabash Avenue
PO Box 5408
Sugarloaf, CA 92386
951−534−8277
PRO SE

V.

**Defendant**

**County of San Bernardino**
*TERMINATED: 01/25/2016*

**Defendant**

**San Bernardino County Sheriffs Dept**
*Big Bear Lake Station*
*TERMINATED: 01/25/2016*

**Defendant**

**Scott Burton**  represented by **Dennis E Wagner**
*Deputy Sheriff, in his individual capacity*  Wagner Zemming Christensen LLP
1325 Spruce Street Suite 200
Riverside, CA 92507
951−686−4800
Fax: 951−686−4801
Email: dew@wzclawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Burton**  represented by **Dennis E Wagner**
*Deputy Sheriff, in his official capacity*  (See above for address)
*TERMINATED: 01/25/2016*  *ATTORNEY TO BE NOTICED*

**Defendant**

**Travis Wijnhamer**  represented by **Dennis E Wagner**
*Deputy Sheriff, in his individual capacity*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Travis Wijnhamer**  represented by **Dennis E Wagner**
*Deputy Sheriff, in his official capacity*  (See above for address)
*TERMINATED: 01/25/2016*  *ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Hollenbaugh**  represented by **Dennis E Wagner**
*Deputy Sheriff, in his individual capacity*  (See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Tom Hollenbaugh**  represented by **Dennis E Wagner**
*Deputy Sheriff, in his official capacity*  (See above for address)
*TERMINATED: 01/25/2016*  ATTORNEY TO BE NOTICED

**Defendant**

**John Doe**
*1–5, in their individual capacity*
*TERMINATED: 01/25/2016*

**Defendant**

**John Doe**
*1–5, in their official capacity*
*TERMINATED: 01/25/2016*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2015 | 1 | COMPLAINT filed against Defendants Scott Burton(Deputy Sheriff, in his individual capacity), Scott Burton(Deputy Sheriff, in his official capacity), County of San Bernardino, John Doe, John Doe, Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his individual capacity), San Bernardino County Sheriffs Dept, Travis Wijnhamer(Deputy Sheriff, in his individual capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity). Case assigned to Judge John F. Walter and referred to Magistrate Judge Kenly Kiya Kato.(Filing fee $400 DUE), filed by Plaintiff Barbara Brown. (iva) (Entered: 02/20/2015) |
| 02/19/2015 | 2 | NOTICE of Interested Parties filed by Plaintiff Barbara Brown. (iva) (Entered: 02/20/2015) |
| 02/19/2015 | 3 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by Plaintiff Barbara Brown. (iva) (Entered: 02/20/2015) |
| 02/19/2015 | 5 | ORDER by Magistrate Judge Kenly Kiya Kato: granting 3 Request for Leave to Proceed in Forma. (dts) Modified on 2/20/2015 (dts). (Entered: 02/20/2015) |
| 02/20/2015 | 4 | NOTICE OF ASSIGNMENT to District Judge John F. Walter and referred to Magistrate Judge Kenly Kiya Kato. (iva) (Entered: 02/20/2015) |
| 02/23/2015 | 6 | INITIAL CIVIL RIGHTS CASE ORDER upon filing of the complaint by Magistrate Judge Kenly Kiya Kato. (See Order for details) (dts) (Entered: 02/23/2015) |
| 02/24/2015 | 8 | NOTICE OF CLERICAL ERROR: Due to clerical error the Case has been reassigned from Magistrate Judge Kenly Kiya Kato and Judge John F. Walter to Judge Cormac J. Carney and Magistrate Judge Charles F. Eick for all further proceedings. The case will now reflect the initials of the transferee Judge 5:15–cv–00294 CJC (E). (mrgo) (Entered: 02/27/2015) |
| 02/25/2015 | 7 | ORDER re Request to Proceed in Forma Pauperis by Magistrate Judge Charles F. Eick. It is Ordered that the Request to Proceed in Forma Pauperis is hereby GRANTED. (sp) (Entered: 02/26/2015) |
| 02/27/2015 | 26 | 21 DAY Summons Issued re Complaint – (Referred), 1 as to Defendants Scott Burton(Deputy Sheriff, in his individual capacity), Scott Burton(Deputy Sheriff, in his official capacity), County of San Bernardino, John Doe, John Doe, Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his individual capacity), San Bernardino County Sheriffs Dept, Travis Wijnhamer(Deputy Sheriff, in his individual capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity). (iva) (Entered: 07/27/2015) |

| Date | No. | Description |
|---|---|---|
| 03/09/2015 | 9 | ORDER Dismissing Complaint With Leave to Amend by Judge Cormac J. Carney. The Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a First Amended Complaint. At this time the Court does not deem insufficient all of the Plaintiff's claims, but the Court does require that the First Amended Complaint be complete in itself. The First Amended Complaint shall not refer in any manner to the Complaint. Failure to file timely a First Amended Complaint in conformity with this Order may result in the dismissal of this action. (sp) (Entered: 03/09/2015) |
| 04/08/2015 | 10 | FIRST AMENDED COMPLAINT against Defendants Scott Burton(Deputy Sheriff, in his individual capacity), Scott Burton(Deputy Sheriff, in his official capacity), County of San Bernardino, John Doe, John Doe, Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his individual capacity), San Bernardino County Sheriffs Dept, Travis Wijnhamer(Deputy Sheriff, in his individual capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity) amending Complaint – (Referred), 1 , filed by Plaintiff Barbara Brown (iva) (Entered: 04/09/2015) |
| 04/08/2015 | 11 | MOTION for Appointment of Counsel filed by Plaintiff Barbara Brown. (iva) (Entered: 04/09/2015) |
| 04/08/2015 | 12 | NOTICE of Interested Parties filed by Plaintiff Barbara Brown. (iva) (Entered: 04/09/2015) |
| 04/08/2015 | 13 | 21 DAY Summons Issued re Amended Complaint, 10 as to Defendants Scott Burton(Deputy Sheriff, in his individual capacity), Scott Burton(Deputy Sheriff, in his official capacity), County of San Bernardino, John Doe, John Doe, Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his individual capacity), San Bernardino County Sheriffs Dept, Travis Wijnhamer(Deputy Sheriff, in his individual capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity). (iva) (Entered: 04/09/2015) |
| 04/10/2015 | 14 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Charles F. Eick: denying 11 Motion for Appointment of Counsel. Plaintiff's "Motion for Appointment of Counsel," filed 4/8/15, is denied without prejudice. The action does not appear to be complex and no exceptional circumstances exist. (sp) (Entered: 04/10/2015) |
| 04/16/2015 | 15 | ORDER Dismissing Certain Claims From First Amended Complaint by Judge Cormac J. Carney. Despite having been afforded the opportunity to amend her Complaint to allege cognizable Monell and official capacity claims, Plaintiff has proved unable to do so. In such circumstances, further amendment would be futile. Therefore, under 28 U.S.C. section 1915(e)(2)(B), Plaintiff's Monell and official capacity claims are dismissed without leave to amend, and with prejudice. (sp) (Entered: 04/17/2015) |
| 04/21/2015 | 16 | ORDER Directing Service of Process by the U.S. Marshal by Magistrate Judge Charles F. Eick. (sp) (Entered: 04/22/2015) |
| 04/21/2015 | 17 | ORDER by Magistrate Judge Charles F. Eick. The U.S. Marshall has been ordered to serve the Summons and Complaint as indicated on the Order Directing Service of Process by the Marshal. It is Further Ordered that Plaintiff must serve upon Defendants or, if appearance has been entered by counsel, upon their attorneys, a copy of every future pleading or other document submitted for consideration by the Court. (sp) (Entered: 04/22/2015) |
| 04/22/2015 | 18 | 21 DAY Summons Issued re Amended Complaint,, 10 as to All Defendants. (sp) (Entered: 04/22/2015) |
| 06/08/2015 | 19 | PROCESS RECEIPT AND RETURN (USM–285) of summons and Complaint – (Referred),, 1 upon Tom Hollenbaugh(Deputy Sheriff, in his individual capacity) served on 5/29/2015, answer due 6/19/2015, served by personal service service, by Federal statute, upon Stefanie Stubblefield, Deputy Clerk. (sp) (Entered: 06/15/2015) |
| 06/08/2015 | 20 | PROCESS RECEIPT AND RETURN (USM–285) of summons and Complaint – (Referred),, 1 upon Travis Wijnhamer(Deputy Sheriff, in his individual capacity) served on 5/29/2015, answer due 6/19/2015, served by personal service service, by Federal statute, upon Stefanie Stubblefield, Deputy Clerk. (sp) (Entered: 06/15/2015) |

| | | |
|---|---|---|
| 06/08/2015 | 21 | PROCESS RECEIPT AND RETURN (USM–285) of summons and Complaint – (Referred),, 1 upon Scott Burton(Deputy Sheriff, in his individual capacity) served on 5/29/2015, answer due 6/19/2015, served by personal service service, by Federal statute, upon Stefanie Stubblefield, Deputy Clerk. (sp) (Entered: 06/15/2015) |
| 06/08/2015 | 22 | ORIGINAL SUMMONS RETURNED. (sp) (Entered: 06/15/2015) |
| 06/15/2015 | 23 | Proof OF SERVICE filed by Plaintiff Barbara Brown re service by USM of three defendants. (sp) (Entered: 06/18/2015) |
| 06/29/2015 | 24 | NOTICE OF MOTION AND MOTION to Dismiss Case *for Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6)* filed by defendants Scott Burton(Deputy Sheriff, in his individual capacity), Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Travis Wijnhamer(Deputy Sheriff, in his individual capacity). Motion set for hearing on 8/3/2015 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order) (Attorney Dennis E Wagner added to party Scott Burton(pty:dft), Attorney Dennis E Wagner added to party Tom Hollenbaugh(pty:dft), Attorney Dennis E Wagner added to party Travis Wijnhamer(pty:dft)) (Wagner, Dennis) (Entered: 06/29/2015) |
| 06/29/2015 | 25 | MINUTE ORDER (IN CHAMBERS) by Magistrate Judge Charles F. Eick: re: NOTICE OF MOTION AND MOTION to Dismiss Case 24 . Plaintiff shall file opposition to the Motion within thirty (30) days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. Failure timely to file opposition to the Motion may result in the dismissal of the action with prejudice. (dml) (Entered: 06/29/2015) |
| 08/03/2015 | 27 | Plaintiff's OPPOSITION to Defendants' MOTION to Dismiss 24 filed by Plaintiff Barbara Brown. (dml) (Entered: 08/04/2015) |
| 08/05/2015 | 28 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. The Court is in receipt of "Plaintiff's Opposition to Defendants' Motion to Dismiss, etc." filed 8/3/15. Within 20 days of the date of this Order, Defendants shall file a Reply indicating, inter alia, whether Defendants still wish to argue in their Motion to Dismiss any issue concerning the claims presentation requirements of the California Government Claims Act, or, alternatively, whether Defendants now choose to withdraw all such argument from their Motion to Dismiss. The Reply also shall address, inter alia, the applicability, if any, of California Code of Civil Procedure sections 352(a) and 352.1 and California Government Code section 945.3 with respect to the timeliness or untimeliness of Plaintiff's claims. (sp) (Entered: 08/05/2015) |
| 08/19/2015 | 29 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss Case *for Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6)* 24 filed by Defendants Scott Burton, Tom Hollenbaugh, Travis Wijnhamer. (Wagner, Dennis) (Entered: 08/19/2015) |
| 08/25/2015 | 30 | ORDER Dismissing First Amended Complaint With Leave to Amend by Judge Cormac J. Carney. The First Amended Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a Second Amended Complaint. While the Court does not, at this time, deem insufficient all of Plaintiff's claims, the Court does require that any Second Amended Complaint be complete in itself and not refer in any manner to any prior Complaint. The Second Amended Complaint shall not include any claims previously dismissed with prejudice. Failure to file a timely Second Amended Complaint may result in the dismissal of this action. (sp) (Entered: 08/25/2015) |
| 09/24/2015 | 31 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. Plaintiff's "Second Amended Civil Rights Complaint, etc.," received in chambers 9/24/15, is ordered filed. Defendants shall file a response to the "Second Amended Civil Rights Complaint, etc." within 28 days of the date of this Order. (sp) (Entered: 09/24/2015) |
| 09/24/2015 | 32 | SECOND AMENDED Civil Rights COMPLAINT Pursuant to 42 U.S.C. 1983 and a Tort Claim amending Amended Complaint,, 10 , filed by Plaintiff Barbara Brown.(sp) (Entered: 09/24/2015) |
| 10/07/2015 | 33 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Scott Burton(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his individual capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity). |

| | | |
|---|---|---|
| | | Motion set for hearing on 11/16/2015 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order) (Attorney Dennis E Wagner added to party Scott Burton(pty:dft), Attorney Dennis E Wagner added to party Tom Hollenbaugh(pty:dft), Attorney Dennis E Wagner added to party Travis Wijnhamer(pty:dft)) (Wagner, Dennis) (Entered: 10/07/2015) |
| 10/07/2015 | 34 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick: re: NOTICE OF MOTION AND MOTION to Dismiss Case 33 . The Court is in receipt of the "Defendants' Motion and Motion to Dismiss, etc.", filed 10/7/15. The previously noticed 11/16/15 hearing date is vacated. Plaintiff shall file opposition to the Motion within 30 days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. Failure timely to file opposition to the Motion may result in the dismissal of the action with prejudice. (sp) (Entered: 10/07/2015) |
| 11/12/2015 | 35 | Motion to REQUEST an Extension of Time to File Opposition to Defendants Motion to Dismiss filed by Plaintiff Barbara Brown. (iva) (Entered: 11/13/2015) |
| 11/13/2015 | 36 | MINUTES (IN CHAMBERS) by Magistrate Judge Charles F. Eick. The Court is in receipt of "Plaintiff's Motion to Request an Extension of Time, etc.," filed 11/12/15. The time within which Plaintiff shall file opposition to the pending Motion to Dismiss is extended to 12/14/15. All other provisions of the Minute Order filed 10/7/15, remain in force. (sp) (Entered: 11/13/2015) |
| 12/11/2015 | 37 | Plaintiff OPPOSITION re: NOTICE OF MOTION AND MOTION to Dismiss Case 33 filed by Plaintiff Barbara Brown. (dml) (Entered: 12/17/2015) |
| 12/26/2015 | 38 | ORDER Re Defendants' Motion to Dismiss Second Amended Complaint by Judge Cormac J. Carney. The Motion to Dismiss is granted in part and denied in part. Plaintiff's state law claims are dismissed without leave to amend, but without prejudice. Plaintiff's Second Amendment and Eighth Amendment claims fail as a matter of law, and are dismissed without leave to amend and with prejudice. The Second Amended Complaint otherwise is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a Third Amended Complaint. Any Third Amended Complaint shall be complete in itself and shall not refer in any manner to any prior Complaint. The Third Amended Complaint shall not contain any claim which the Court has dismissed without leave of the Court. Failure to file timely a Third Amended Complaint may result in the dismissal of this action. (sp) (Entered: 12/28/2015) |
| 01/25/2016 | 40 | THIRD AMENDED COMPLAINT filed by Plaintiff Barbara Brown.(sp) (Entered: 01/29/2016) |
| 01/25/2016 | 41 | 21 DAY Summons Issued re Amended Complaint 40 as to All Defendants. (sp) (Entered: 01/29/2016) |
| 01/25/2016 | 42 | Certification and Notice of Interested Parties filed by Plaintiff Barbara Brown. (sp) (Entered: 01/29/2016) |
| 01/27/2016 | 39 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick. On or before 2/17/16, Defendants shall file a response to the "Third Amended Civil Rights Complaint, etc.," filed 1/25/16. (sp) (Entered: 01/27/2016) |
| 02/16/2016 | 43 | STIPULATION for Order to Dismiss Plaintiff's Claim for Violation of Her First Amendment Rights filed by defendants Scott Burton(Deputy Sheriff, in his individual capacity), Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Travis Wijnhamer(Deputy Sheriff, in his individual capacity). (Attachments: # 1 Proposed Order)(Wagner, Dennis) (Entered: 02/16/2016) |
| 02/17/2016 | 44 | ANSWER to Amended Complaint 40 JURY DEMAND. filed by defendants Scott Burton(Deputy Sheriff, in his individual capacity), Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Travis Wijnhamer(Deputy Sheriff, in his individual capacity).(Wagner, Dennis) (Entered: 02/17/2016) |
| 02/18/2016 | 45 | ORDER RE DISCOVERY CUT−OFF DATE AND DATES FOR FILING MOTIONS by Magistrate Judge Charles F. Eick. The Court has established July 7, 2016, as the cut−off date for discovery in this action. All discovery is to be completed on, or prior to, the cut−off date. The Court has established August 4, 2016, as the deadline for |

| | | |
|---|---|---|
| | | filing summary judgment motions. The Court also has established August 4, 2016, as the deadline for joining additional parties. See order for details. (dml) (Entered: 02/18/2016) |
| 02/18/2016 | 46 | ORDER by Judge Cormac J. Carney: re Dismissal of First Amendment Claim re 43 . Pursuant to the stipulation of the parties and for good cause thereon.IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claim for violation of her First Amendment rights is hereby dismissed with prejudice. (mba) (Entered: 02/19/2016) |
| 05/19/2016 | 47 | STIPULATION for Order to Modify the Scheduling Order filed by defendants Scott Burton(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity). (Attachments: # 1 Proposed Order)(Wagner, Dennis) (Entered: 05/19/2016) |
| 05/19/2016 | 48 | NOTICE OF MOTION AND MOTION to Compel Documents, Disclosure of Medical Records, Requested Discovery and Continued Cooperation with Discovery; and Request for Sanctions filed by defendants Scott Burton(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity). Motion set for hearing on 6/24/2016 at 09:30 AM before Magistrate Judge Charles F. Eick. (Attachments: # 1 Declaration of Risa S. Christensen, # 2 Exhibits 1 thru 9 – Christensen Declaration, # 3 Declaration of Dennis E. Wagner, # 4 Proposed Order)(Wagner, Dennis) (Entered: 05/19/2016) |
| 05/20/2016 | 49 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick: re: MOTION to Compel Documents 48 . The previously noticed June 24, 2016 hearing date is vacated. Plaintiff shall file a response to the Motion within thirty (30) days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. (dml) (Entered: 05/20/2016) |
| 05/20/2016 | 50 | ORDER RE: STIPULATION TO MODITY THE SCHEDULING ORDER by Magistrate Judge Charles F. Eick, re Stipulation for Order, 47 . IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: 1. That the discovery cut−off date will be extended to October 3, 2016. 2. That the cut−off date for the filing of motions for summary judgment is extended to October 31, 2016. (dml) (Entered: 05/20/2016) |
| 06/16/2016 | 51 | Opposition re: MOTION to Compel Documents, Disclosure of Medical Records, Requested Discovery and Continued Cooperation with Discovery; and Request for Sanctions 48 filed by Plaintiff Barbara Brown. (sp) (Entered: 06/17/2016) |
| 06/22/2016 | 52 | MINUTES (IN CHAMBERS) by Magistrate Judge Charles F. Eick. The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel Documents and Order for Disclosure of Medical Records, etc." filed 5/19/16. The Court has taken the Motion under submission without oral argument. See Minute Order filed 5/20/16. On or before 7/5/16, Plaintiff shall sign and mail to counsel for Defendants: (1) the authorization previously requested by Defendants for the purpose of obtaining Plaintiff's medical records, including any medical records of psychiatric treatment, from Arrowhead Regional Medical Center; and (2) the authorization previously requested by Defendants for the purpose of obtaining Plaintiff's medical records, including any medical records of psychiatric treatment, from Dr. Larry Ding. On or before 7/12/16, Plaintiff shall mail to counsel for Defendants: (1) Plaintiff's initial disclosures under Rule 26(a) of the Federal Rules of Civil Procedure, including the names, addresses and telephone numbers of each individual likely to have discoverable information that Plaintiff may use to support her claims; and (2) complete answers without objection to each of the interrogatories in "Defendant County of San Bernardino's First Set of Interrogatories, etc." and "Defendant County of San Bernardino's Second Set of Interrogatories, etc." On or before 7/26/16, Plaintiff shall (1) appear at the office of counsel for Defendants for the continuation of her deposition and shall bring with her copies of all documents demanded in the "Notice of Taking Deposition of Plaintiff Barbara Brown and Request for Production of Documents at Time of Deposition"; and (2) pay to Defendants the sum of $100.00 as sanctions under Rule 37 of the Federal Rules of Civil Procedure and Local Rules 37 and 83−7. (See document for further information.) (sp) (Entered: 06/22/2016) |

| | | |
|---|---|---|
| 10/31/2016 | 53 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's Complaint filed by Defendants Scott Burton(Deputy Sheriff, in his individual capacity), Scott Burton(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his official capacity), Tom Hollenbaugh(Deputy Sheriff, in his individual capacity), Travis Wijnhamer(Deputy Sheriff, in his individual capacity), Travis Wijnhamer(Deputy Sheriff, in his official capacity). Motion set for hearing on 12/16/2016 at 09:30 AM before Magistrate Judge Charles F. Eick. (Attachments: # 1 Declaration of Marty E. Zemming, # 2 Declaration of Gennifer Livingston, # 3 Declaration of Scott Burton, # 4 Declaration of Tom Hollenbaugh, # 5 Declaration of Travis Winjhamer, # 6 [Proposed] Judgment) (Wagner, Dennis) (Entered: 10/31/2016) |
| 10/31/2016 | 54 | STATEMENT of UNDISPUTED MATERIAL FACTS AND CONTENTIONS OF LAW RE: NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's Complaint 53 filed by Defendants Scott Burton, Scott Burton, Tom Hollenbaugh, Tom Hollenbaugh, Travis Wijnhamer, Travis Wijnhamer. (Wagner, Dennis) (Entered: 10/31/2016) |
| 10/31/2016 | 55 | NOTICE OF LODGING filed *for Non−Paper Exhibit (FIRST)* re NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's Complaint 53 (Wagner, Dennis) (Entered: 10/31/2016) |
| 10/31/2016 | 56 | NOTICE OF LODGING filed *for Non−Paper Exhibit (SECOND)* re NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's Complaint 53 (Wagner, Dennis) (Entered: 10/31/2016) |
| 11/01/2016 | 57 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick, re: NOTICE OF MOTION AND MOTION for Summary Judgment 53 . The previously noticed December 16, 2016 hearing date is vacated. Opposition to the motion for summary judgment must be filed within thirty (30) days of the date of this order. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. (dml) (Entered: 11/01/2016) |
| 11/30/2016 | 58 | Opposition to Defendants MOTION for Summary Judgment on Plaintiffs Third Amended Complaint filed by Plaintiff Barbara Brown. (sp) (Entered: 12/05/2016) |
| 12/14/2016 | 59 | REPLY in opposition *Motion for Summary Judgment* filed by Defendant Scott Burton. (Wagner, Dennis) (Entered: 12/14/2016) |
| 12/15/2016 | 60 | REPLY opposition NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's Complaint 53 filed by Defendant Scott Burton. (Wagner, Dennis) (Entered: 12/15/2016) |
| 01/03/2017 | 61 | Corrected Opposition to Defendant's MOTION for Summary Judgment on Plaintiff's Third Amended Complaint 53 filed by Plaintiff Barbara Brown. (Attachments: # 1 part 2)(sp) (Entered: 01/04/2017) |
| 01/09/2017 | 62 | Submission of Evidence in Support of Plaintiff's Corrected Opposition to Defendants' Motion for Summary Judgment, etc. filed by Plaintiff Barbara Brown. (sp) (Entered: 01/10/2017) |
| 01/10/2017 | 63 | OBJECTION to Plaintiff's Corrected Opposition re: NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiff's Complaint 53 filed by Defendants Scott Burton, Tom Hollenbaugh, Travis Wijnhamer. (Attachments: # 1 Declaration of R. Christensen)(Wagner, Dennis) (Entered: 01/10/2017) |
| 03/10/2017 | 64 | NOTICE OF FILING REPORT AND RECOMMENDATION by Magistrate Judge Charles F. Eick and Lodging of Proposed Judgment and Order. Objections to R&R due by 3/30/2017. (Attachments: # 1 Report and Recommendation) (sp) (Entered: 03/10/2017) |
| 03/10/2017 | 65 | REPORT AND RECOMMENDATION issued by Magistrate Judge Charles F. Eick. (Entered: 03/10/2017) |
| 03/29/2017 | 66 | NOTICE OF LODGING Gideon's Bible filed by Plaintiff Barbara Brown. (sp) (Entered: 03/30/2017) |

| | | |
|---|---|---|
| 03/29/2017 | 67 | OBJECTION to Report and Recommendation 65 filed 3/10/17 and Submission of Evidence in Support of Objection and Corrected Opposition to Defendant's Motion for Summary Judgment filed 10/31/16 filed by Plaintiff Barbara Brown.(sp) (Additional attachment(s) added on 3/30/2017: # 1 part 2, # 2 part 3, # 3 part 4, # 4 part 5, # 5 part 6) (sp). (Attachment 5 replaced on 8/10/2017) (dc). (Entered: 03/30/2017) |
| 04/17/2017 | 68 | RESPONSE filed by Defendants Scott Burton, Tom Hollenbaugh, Travis Wijnhamerto Objection to Report and Recommendations, 67 (Wagner, Dennis) (Entered: 04/17/2017) |
| 04/17/2017 | 69 | AMENDED DOCUMENT filed by Defendants Scott Burton, Tom Hollenbaugh, Travis Wijnhamer. Amendment to Response 68 *Proof of Service only]* (Wagner, Dennis) (Entered: 04/17/2017) |
| 04/17/2017 | 70 | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE by Judge Cormac J. Carney. The Court accepts and adopts the Magistrate Judge's Report and Recommendation. It is Ordered that Judgment shall be entered in favor of Defendants. (sp) (Additional attachment(s) added on 4/18/2017: # 1 Report and Recommendation) (sp). (Entered: 04/18/2017) |
| 04/17/2017 | 71 | JUDGMENT by Judge Cormac J. Carney. It is Adjudged that summary judgment in favor of Defendants is granted. (MD JS–6, Case Terminated). (sp) (Entered: 04/18/2017) |
| 05/12/2017 | 72 | NOTICE OF APPEAL to the 9th CCA filed by Petitioner Barbara Brown. Appeal of Judgment 71 Filed On: 4/17/17; Entered On: 4/18/17; In forma pauperis was granted on 2/25/17, see document 7. (mat) (Entered: 05/15/2017) |
| 05/16/2017 | 73 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 17–55698 assigned to Notice of Appeal to 9th Circuit Court of Appeals 72 as to Plaintiff Barbara Brown. (bm) (Entered: 05/17/2017) |
| 12/12/2018 | 74 | MEMORANDUM from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 72 filed by Barbara Brown. CCA # 17–55698. The decision of the District Court is AFFIRMED. (iv) (Entered: 12/12/2018) |
| 01/03/2019 | 75 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 72 CCA # 17–55698. The judgment of this Court, entered December 12, 2018, takes effect this date. This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. [See USCA Memorandum 74 AFFIRMED.] (mat) (Entered: 01/07/2019) |