# EXHIBIT C12

ADRMOP,APPEAL,CLOSED,CONSENT,ProSe

# U.S. District Court
## California Northern District (Eureka)
### CIVIL DOCKET FOR CASE #: 1:16−cv−07235−RMI

| | |
|---|---|
| Brown v. United States et al | Date Filed: 12/19/2016 |
| Assigned to: Magistrate Judge Robert M. Illman | Date Terminated: 08/09/2018 |
| Demand: $10,000,000 | Jury Demand: Defendant |
| Case in other court:  9th Circuit, 18−15374 | Nature of Suit: 440 Civil Rights: Other |
|                                  9th Circuit, 18−15649 | Jurisdiction: Federal Question |
|                                  9th Circuit, 18−16689 | |
|                                  9th Circuit, 19−15017 | |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Alice Brown**                                    represented by **Alice Brown**
P.O. Box 60
Crescent City, CA 95531
707−218−6181
PRO SE


V.

**Defendant**

**United States**                                  represented by **Michael Thomas Pyle**
*TERMINATED: 06/20/2017*                           United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113
408−535−5087
Fax: 408−535−5081
Email: michael.t.pyle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of the Interior**                     represented by **Michael Thomas Pyle**
*TERMINATED: 06/20/2017*                           (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Redwood National And State Parks**               represented by **Michael Thomas Pyle**
**Department**                                     (See above for address)
*TERMINATED: 06/20/2017*                           *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**County of Del Norte**                            represented by **John Michael Vrieze**
Mitchell Brisso Delaney & Vrieze
Attorneys at Law
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502
707−443−5643
Fax: 707−444−9586
Email: jvrieze@mitchelllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Nicholas Robert Kloeppel**
The Mitchell Law Firm, LLP.
426 First Street
P.O. Drawer 1008
Eureka, CA 95502
707−443−5643
Fax: 707−444−9586
Email: nkloeppel@mitchelllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
Mitchell Brisso Delaney & Vrieze
Attorneys at Law
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502
707−443−5643
Fax: 707−444−9586
Email: wmitchell@mitchelllawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Park Ranger Joel Leachman**    represented by    **Michael Thomas Pyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief Ranger Marshall Neeck, Retired**    represented by    **Michael Thomas Pyle**
*TERMINATED: 06/20/2017*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Park Ranger David Keltner**    represented by    **Michael Thomas Pyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Park Ranger Robert Toler**    represented by    **Michael Thomas Pyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Park Ranger Gregory Morse**    represented by    **Michael Thomas Pyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Park Ranger Deana Freeman**    represented by    **Robert Santos Sandoval**
*TERMINATED: 06/20/2017*
California Attorney General's Office
Civil Division
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102
(415) 703−1613
Email: rsandoval@mofo.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Deputy Robert Clarkson** represented by **John Michael Vrieze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Kloeppel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Deputy Neal Oilar** represented by **John Michael Vrieze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Kloeppel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Deputy Adam Daniels** represented by **John Michael Vrieze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Kloeppel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Deputy Grant Henderson** represented by **John Michael Vrieze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Kloeppel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Dean Wilson, Retired**  represented by **John Michael Vrieze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Kloeppel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Erik Apperson**  represented by **John Michael Vrieze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Kloeppel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Forrest Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Del Norte Sheriff Department**  represented by **John Michael Vrieze**
*TERMINATED: 07/31/2017*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/19/2016 | 1 | COMPLAINT against All Defendants. Filed byAlice Brown. Consent/Declination due by 1/3/2017. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(msr, COURT STAFF) (Filed on 12/19/2016) (Entered: 12/20/2016) |
| 12/19/2016 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Alice Brown. (msr, COURT STAFF) (Filed on 12/19/2016) (Entered: 12/20/2016) |
| 12/19/2016 | 3 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 3/14/2017. Case Management Conference set for 3/21/2017 02:00 PM in Eureka. (msr, COURT STAFF) (Filed on 12/19/2016) (Entered: 12/20/2016)** |
| 12/28/2016 | 4 | CLERK'S NOTICE Copies of Handbook for Pro Se Litigants and Consenting to a Magistrate Judge's Jurisdiction in the Northern District mailed to Plaintiff 12/28/2016. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (njvlc1, COURT STAFF) (Filed on 12/28/2016) (Entered: 12/28/2016) |
| 12/30/2016 | 6 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Alice Brown.. (msr, COURT STAFF) (Filed on 12/30/2016) (Entered: 01/04/2017) |
| 01/03/2017 | 5 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs shall file a consent or declination to proceed before a magistrate judge Consent/Declination due by 1/17/2017. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available |

| | | |
|---|---|---|
| | | at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 1/17/2017. (glm, COURT STAFF) (Filed on 1/3/2017) (Entered: 01/03/2017) |
| 01/18/2017 | 7 | **Order by Magistrate Judge Nandor J. Vadas granting 2 Motion for Leave to Proceed in forma pauperis.(njvlc2, COURT STAFF) (Filed on 1/18/2017) (Entered: 01/18/2017)** |
| 01/19/2017 | 8 | Summons Issued as to Chief Ranger Marshall Neeck, Retired, County of Del Norte, Del Norte Sheriff Department, Department of the Interior, National Park Ranger David Keltner, National Park Ranger Deana Freeman, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler, Redwood National And State Parks Department, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson, United States. (Attachments: # 1 Supplement USM 285)(msr, COURT STAFF) (Filed on 1/19/2017) (Entered: 01/19/2017) |
| 01/31/2017 | 9 | ACKNOWLEDGEMENT OF RECEIPT by U.S. Marshal as to 8 Summons Issued,,. (msr, COURT STAFF) (Filed on 1/31/2017) (Entered: 02/01/2017) |
| 02/28/2017 | 10 | ANSWER to Complaint with Jury Demand byCounty of Del Norte, Del Norte Sheriff Department, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 2/28/2017) (Entered: 02/28/2017) |
| 02/28/2017 | 11 | JOINT CASE MANAGEMENT STATEMENT *by Defendants* filed by County of Del Norte, Del Norte Sheriff Department, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 2/28/2017) (Entered: 02/28/2017) |
| 03/01/2017 | 12 | CLERK'S NOTICE Re: Consent or Declination: Defendants shall file a consent or declination to proceed before a magistrate judge Consent/Declination due by 3/15/2017. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via email.) (glm, COURT STAFF) (Filed on 3/1/2017) (Entered: 03/01/2017) |
| 03/02/2017 | 13 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Department of the Interior, Redwood National And State Parks Department, United States.. (Pyle, Michael) (Filed on 3/2/2017) (Entered: 03/02/2017) |
| 03/03/2017 | 14 | NOTICE by Department of the Interior, Redwood National And State Parks Department, United States re 12 Clerk's Notice re: Consent or Declination, (Pyle, Michael) (Filed on 3/3/2017) (Entered: 03/03/2017) |
| 03/06/2017 | 15 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by County of Del Norte, Del Norte Sheriff Department, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson.. (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 3/6/2017) (Entered: 03/06/2017) |
| 03/06/2017 | 16 | ADR Clerk's Notice re: Non−Compliance with Court Order (ewh, COURT STAFF) (Filed on 3/6/2017) (Entered: 03/06/2017) |
| 03/10/2017 | 17 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *by County Defendants* (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/15/2017 | 18 | CLERK'S NOTICE The Case Management Conference previously scheduled for 3/21/2017 is rescheduled to 5/16/2017 02:00 PM. Case Management Statement due by 5/9/2017. (glm, COURT STAFF) (Filed on 3/15/2017) (Entered: 03/15/2017) |
| 03/16/2017 | 19 | NOTICE of need for ADR Phone Conference (ADR L.R. 3−5 d) filed by Alice Brown. (farS, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/20/2017) |

| | | |
|---|---|---|
| 03/16/2017 | 20 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options filed by Alice Brown. (farS, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/20/2017) |
| 03/16/2017 | 21 | CERTIFICATE OF SERVICE by Alice Brown re 20 ADR Certification (ADR L.R. 3–5 b)of discussion of ADR options, 19 Notice of need of ADR Phone Conference (ADR L.R. 3–5 d) (farS, COURT STAFF) (Filed on 3/16/2017) (Entered: 03/20/2017) |
| 03/17/2017 | 22 | CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER filed by Alice Brown. (farS, COURT STAFF) (Filed on 3/17/2017) (Entered: 03/20/2017) |
| 03/20/2017 | 23 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Deana Freeman.. (Sandoval, Robert) (Filed on 3/20/2017) (Entered: 03/20/2017) |
| 03/20/2017 | 24 | MOTION to Dismiss *Plaintiff's Complaint; Memorandum of Points and Authorities* filed by Deana Freeman. Motion Hearing set for 4/25/2017 10:00 AM in Eureka before Magistrate Judge Nandor J. Vadas. Responses due by 4/3/2017. Replies due by 4/10/2017. (Sandoval, Robert) (Filed on 3/20/2017) (Entered: 03/20/2017) |
| 03/24/2017 | 25 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Chief Ranger Marshall Neeck, Retired, National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler.. (Pyle, Michael) (Filed on 3/24/2017) (Entered: 03/24/2017) |
| 03/27/2017 | 26 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Pyle, Michael) (Filed on 3/27/2017) (Entered: 03/27/2017) |
| 03/29/2017 | 27 | MOTION to Dismiss filed by Department of the Interior, Redwood National And State Parks Department, United States. Motion Hearing set for 5/16/2017 10:00 AM in Eureka before Magistrate Judge Nandor J. Vadas. Responses due by 4/12/2017. Replies due by 4/19/2017. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Pyle, Michael) (Filed on 3/29/2017) (Entered: 03/29/2017) |
| 03/30/2017 | 28 | MOTION to Dismiss filed by Chief Ranger Marshall Neeck, Retired, National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler. Motion Hearing set for 5/16/2017 10:00 AM in Eureka before Magistrate Judge Nandor J. Vadas. Responses due by 4/13/2017. Replies due by 4/20/2017. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Pyle, Michael) (Filed on 3/30/2017) (Entered: 03/30/2017) |
| 03/30/2017 | 29 | **Erroneous Entry−−Please Ignore−−Incorrect Document−−See below for Corrected Document (Doc 31)** SUMMONS Returned Executed by Alice Brown. Chief Ranger Marshall Neeck, Retired served on 3/1/2017, answer due 3/22/2017; County of Del Norte served on 3/1/2017, answer due 3/22/2017; Department of the Interior served on 3/1/2017, answer due 3/22/2017; National Park Ranger David Keltner served on 3/1/2017, answer due 3/22/2017; National Park Ranger Deana Freeman served on 3/1/2017, answer due 3/22/2017; National Park Ranger Gregory Morse served on 3/1/2017, answer due 3/22/2017; National Park Ranger Joel Leachman served on 2/4/2017, answer due 2/27/2017; National Park Ranger Robert Toler served on 3/1/2017, answer due 3/22/2017; Redwood National And State Parks Department served on 3/1/2017, answer due 3/22/2017; Sheriff Dean Wilson, Retired served on 2/22/2017, answer due 3/15/2017; Sheriff Deputy Adam Daniels served on 3/1/2017, answer due 3/22/2017; Sheriff Deputy Grant Henderson served on 3/1/2017, answer due 3/22/2017; Sheriff Deputy Neal Oilar served on 3/1/2017, answer due 3/22/2017; Sheriff Deputy Robert Clarkson served on 3/1/2017, answer due 3/22/2017; Sheriff Erik Apperson served on 3/1/2017, answer due 3/22/2017; United States served on 1/31/2017, answer due 2/21/2017. (msr, COURT STAFF) (Filed on 3/30/2017) (Additional attachment(s) added on 3/31/2017: # 1 Supplement Summons Returned Executed) (msr, COURT STAFF). Modified on 3/31/2017 (msr, COURT STAFF). (Entered: 03/30/2017) |
| 03/30/2017 | 30 | Summons Returned Unexecuted as to Del Norte Sheriff Department. (msr, COURT STAFF) (Filed on 3/30/2017) (Entered: 03/30/2017) |
| 03/30/2017 | 31 | SUMMONS Returned Executed by Alice Brown. Chief Ranger Marshall Neeck, Retired served on 3/1/2017, answer due 3/22/2017; County of Del Norte served on 3/1/2017, answer due 3/22/2017; Department of the Interior served on 3/1/2017, answer due 3/22/2017; National Park Ranger David Keltner served on 3/1/2017, |

| | | |
|---|---|---|
| | | answer due 3/22/2017; National Park Ranger Deana Freeman served on 3/1/2017, answer due 3/22/2017; National Park Ranger Gregory Morse served on 3/1/2017, answer due 3/22/2017; National Park Ranger Joel Leachman served on 2/4/2017, answer due 2/27/2017; National Park Ranger Robert Toler served on 3/1/2017, answer due 3/22/2017; Redwood National And State Parks Department served on 3/1/2017, answer due 3/22/2017; Sheriff Dean Wilson, Retired served on 2/22/2017, answer due 3/15/2017; Sheriff Deputy Adam Daniels served on 3/1/2017, answer due 3/22/2017; Sheriff Deputy Grant Henderson served on 3/1/2017, answer due 3/22/2017; Sheriff Deputy Neal Oilar served on 3/1/2017, answer due 3/22/2017; Sheriff Deputy Robert Clarkson served on 3/1/2017, answer due 3/22/2017; Sheriff Erik Apperson served on 3/1/2017, answer due 3/22/2017; United States served on 1/31/2017, answer due 2/21/2017. (msr, COURT STAFF) (Filed on 3/30/2017) Modified on 3/31/2017 (msr, COURT STAFF). (Entered: 03/31/2017) |
| 04/03/2017 | 32 | Plaintiff's Response re 24 MOTION to Dismiss Plaintiff's Complaint, byAlice Brown. (msr, COURT STAFF) (Filed on 4/3/2017) (Entered: 04/04/2017) |
| 04/10/2017 | 33 | REPLY (re 24 MOTION to Dismiss *Plaintiff's Complaint; Memorandum of Points and Authorities* ) *REPLY IN SUPPORT OF DEFENDANT DEANA FREEMANS MOTION TO DISMISS* filed byNational Park Ranger Deana Freeman. (Sandoval, Robert) (Filed on 4/10/2017) (Entered: 04/10/2017) |
| 04/11/2017 | 34 | **ORDER re 24 MOTION to Dismiss *Plaintiff's Complaint; taking motion under submission*. Signed by Judge Nandor J. Vadas on 4/11/2017. (njvlc2, COURT STAFF) (Filed on 4/11/2017) (Entered: 04/11/2017)** |
| 04/11/2017 | 35 | NOTICE by Chief Ranger Marshall Neeck, Retired, Department of the Interior, National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler, Redwood National And State Parks Department, United States re 28 MOTION to Dismiss *Certification Pursuant to 28 U.S.C. Section 2679(d)* (Attachments: # 1 Certificate/Proof of Service)(Pyle, Michael) (Filed on 4/11/2017) (Entered: 04/11/2017) |
| 04/12/2017 | 36 | **ORDER vacating CMC. Signed by Judge Nandor J. Vadas on 4/12/2017. (njvlc2, COURT STAFF) (Filed on 4/12/2017) (Entered: 04/12/2017)** |
| 04/12/2017 | 38 | Response re 27 MOTION to Dismiss byAlice Brown. (msr, COURT STAFF) (Filed on 4/12/2017) (Entered: 04/14/2017) |
| 04/13/2017 | 37 | Response re 28 MOTION to Dismiss byAlice Brown. (msr, COURT STAFF) (Filed on 4/13/2017) (Entered: 04/14/2017) |
| 04/19/2017 | 39 | REPLY (re 27 MOTION to Dismiss ) filed byDepartment of the Interior, Redwood National And State Parks Department, United States. (Pyle, Michael) (Filed on 4/19/2017) (Entered: 04/19/2017) |
| 04/20/2017 | 40 | REPLY (re 28 MOTION to Dismiss ) filed byChief Ranger Marshall Neeck, Retired, National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler. (Pyle, Michael) (Filed on 4/20/2017) (Entered: 04/20/2017) |
| 04/20/2017 | 41 | CERTIFICATE OF SERVICE by Chief Ranger Marshall Neeck, Retired, National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler re 40 Reply to Opposition/Response, (Pyle, Michael) (Filed on 4/20/2017) (Entered: 04/20/2017) |
| 04/24/2017 | 42 | NOTICE OF CHANGE OF PLAINTIFF CONTACT INFORMATION by Alice Brown (msr, COURT STAFF) (Filed on 4/24/2017) (Entered: 04/25/2017) |
| 04/25/2017 | | Remark: Plaintiff's new phone number updated in Docket (msr, COURT STAFF) (Filed on 4/25/2017) (Entered: 04/25/2017) |
| 04/26/2017 | 43 | **ORDER taking 24 MOTION to Dismiss *Plaintiff's Complaint; Memorandum of Points and Authorities*, 28 MOTION to Dismiss filed by National Park Ranger Robert Toler, Chief Ranger Marshall Neeck, Retired, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger David Keltner, 27 MOTION to Dismiss filed by Department of the Interior, Redwood National And State Parks Department, United States under submission.** |

| | | |
|---|---|---|
| | | Signed by Judge Nandor J. Vadas on 4/26/2017. (njvlc2, COURT STAFF) (Filed on 4/26/2017) (Entered: 04/26/2017) |
| 06/20/2017 | 44 | **ORDER by Judge Vadas 6/20/17 granting 28 Motion to Dismiss; granting 24 Motion to Dismiss; granting 27 Motion to Dismiss. Amended Pleading due by 8/1/2017. (Attachments: # 1 Certificate/Proof of Service)(njvlc1, COURT STAFF) (Filed on 6/20/2017) (Entered: 06/20/2017)** |
| 07/31/2017 | 45 | AMENDED COMPLAINT against County of Del Norte, National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. Filed byAlice Brown. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(msr, COURT STAFF) (Filed on 7/31/2017) (Entered: 07/31/2017) |
| 08/11/2017 | 46 | Answer to Amended Complaint 45 Amended Complaint, *and Demand for Jury Trial* byNational Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler. (Attachments: # 1 Certificate/Proof of Service)(Pyle, Michael) (Filed on 8/11/2017) (Entered: 08/11/2017) |
| 08/16/2017 | 47 | ANSWER to Amended Complaint *and Demand for Jury Trial* byCounty of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 8/16/2017) (Entered: 08/16/2017) |
| 09/06/2017 | 48 | CLERK'S NOTICE Case Management Conference set for 12/5/2017 02:00 PM. (glm, COURT STAFF) (Filed on 9/6/2017) (Entered: 09/06/2017) |
| 11/06/2017 | 49 | **ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Robert M Illman for all further proceedings. Magistrate Judge Nandor J. Vadas no longer assigned to the case.. Signed by the Executive Committee on 11/6/17. (srnS, COURT STAFF) (Filed on 11/6/2017) (Entered: 11/06/2017)** |
| 11/22/2017 | 50 | JOINT CASE MANAGEMENT STATEMENT filed by County of Del Norte, Del Norte Sheriff Department, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 11/22/2017) (Entered: 11/22/2017) |
| 12/06/2017 | 51 | **Minute Entry for proceedings held before Magistrate Judge Robert M. Illman: Initial Case Management Conference held on 12/5/2017. Motion Hearing set for 3/27/2018 10:00 AM before Magistrate Judge Robert M. Illman.FTR Time: 2:26–2:53. Plaintiff Attorney: Alice Brown, Pro Se. Defendant Attorney: John Vireze and Michael Pyle. Attachment: Minutes/Certificate of Service. (glmS, COURT STAFF) Joan Columbini transcribed this matter. (Date Filed: 12/6/2017) Modified on 2/20/2019 (notewarelS, COURT STAFF). (Entered: 12/06/2017)** |
| 02/02/2018 | 52 | Statement *of Undisputed Facts for Use in Motions for Summary Judgment* by County of Del Norte, Del Norte Sheriff Department, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 2/2/2018) (Entered: 02/02/2018) |
| 02/09/2018 | 53 | MOTION for Summary Judgment filed by National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler. Motion Hearing set for 3/27/2018 10:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. Responses due by 2/23/2018. Replies due by 3/2/2018. (Attachments: # 1 Declaration of Michael Pyle, # 2 Declaration of Joel Leachman, # 3 Declaration of David Keltner, # 4 Declaration of Robert Toler, # 5 Declaration of Gregory Morse, # 6 Proposed Order, # 7 Certificate/Proof of Service)(Pyle, Michael) (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/09/2018 | 54 | MOTION to Appoint Counsel filed by Alice Brown. (Attachments: # 1 Declaration In Support, # 2 Proposed Order, # 3 Certificate/Proof of Service)(msrS, COURT STAFF) |

| | | |
|---|---|---|
| | | (Filed on 2/9/2018) (Entered: 02/09/2018) |
| 02/13/2018 | 55 | **Order by Magistrate Judge Robert M. Illman denying 54 Motion to Appoint Counsel. The deputy clerk hereby certifies that on 2/13/2018 a copy of this Order was served by sending it via first–class mail to Alice Brown. (rmilc2, COURT STAFF) (Filed on 2/13/2018) (Entered: 02/13/2018)** |
| 02/16/2018 | 56 | MOTION for Summary Judgment filed by County of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. Motion Hearing set for 3/27/2018 10:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. Responses due by 3/9/2018. Replies due by 3/16/2018. (Attachments: # 1 Declaration of John M. Vrieze, # 2 Declaration of Robert Clarkson, # 3 Declaration of Grant Henderson, # 4 Declaration of Erik Apperson, # 5 Declaration of Dean Wilson, # 6 Declaration of Adam Daniels, # 7 Declaration of Neal Oilar, # 8 Proposed Order Granting Motion for Summary Judgment, # 9 Certificate/Proof of Service)(Vrieze, John) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | 57 | Request for Judicial Notice re 56 MOTION for Summary Judgment filed byCounty of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service)(Related document(s) 56 ) (Vrieze, John) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 02/16/2018 | | Set/Reset Deadlines as to 56 MOTION for Summary Judgment , 53 MOTION for Summary Judgment . Motion Hearing set for 4/3/2018 10:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (glm, COURT STAFF) (Filed on 2/16/2018)The deputy clerk hereby certifies that on 2/16/2018 a copy of this Order was served by sending it via first–class mail to the address of each non–CM/ECF user listed on the Notice of Electronic Filing. (Entered: 02/16/2018) |
| 02/16/2018 | 58 | CLERK'S NOTICE Motion Hearing (Docs. 53 and 56) reset to 4/3/2018 10:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. (glm, COURT STAFF) (Filed on 2/16/2018) (Entered: 02/16/2018) |
| 03/05/2018 | 59 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Alice Brown. Appeal of Order on Motion to Appoint Counsel, 55 (IFP Request was previously e–filed with the Court). (msrS, COURT STAFF) (Filed on 3/5/2018) (Entered: 03/06/2018) |
| 03/07/2018 | 62 | USCA Case Number 18–15374 9th Circuit for 59 Notice of Appeal filed by Alice Brown. (msrS, COURT STAFF) (Filed on 3/7/2018) (Entered: 03/12/2018) |
| 03/09/2018 | 60 | OPPOSITION/RESPONSE (re 56 MOTION for Summary Judgment ) filed byAlice Brown. (msrS, COURT STAFF) (Filed on 3/9/2018) (Entered: 03/12/2018) |
| 03/09/2018 | 61 | OPPOSITION/RESPONSE (re 53 MOTION for Summary Judgment ) filed byAlice Brown. (msrS, COURT STAFF) (Filed on 3/9/2018) (Entered: 03/12/2018) |
| 03/09/2018 | | Received CD of exhibits In support of 61 Plaintiff's Opposition to Federal Defendants Motion (msrS, COURT STAFF) (Filed on 3/9/2018) (Entered: 03/12/2018) |
| 03/16/2018 | 63 | REPLY (re 53 MOTION for Summary Judgment ) *Federal Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment* filed byNational Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler. (Attachments: # 1 Certificate/Proof of Service)(Pyle, Michael) (Filed on 3/16/2018) (Entered: 03/16/2018) |
| 03/16/2018 | 64 | **ORDER Vacating Hearing. Signed by Judge Robert M. Illman on 3/16/2018. (Attachments: # 1 Certificate/Proof of Service)(rmilc1, COURT STAFF) (Filed on 3/16/2018) (Entered: 03/16/2018)** |
| 03/16/2018 | 65 | REPLY (re 56 MOTION for Summary Judgment ) filed byCounty of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Declaration of John M. Vrieze, # 2 Certificate/Proof of Service)(Vrieze, John) (Filed on 3/16/2018) (Entered: 03/16/2018) |

| | | |
|---|---|---|
| 03/19/2018 | | Set/Reset Hearing re 64 Order, Set Hearings (rmilc1, COURT STAFF) (Filed on 3/19/2018) (Entered: 03/19/2018) |
| 03/26/2018 | 66 | NOTICE Of ERRATA re 61 Opposition/Response to Motion, 60 Opposition/Response to Motion by Alice Brown. (msrS, COURT STAFF) (Filed on 3/26/2018) (Entered: 03/26/2018) |
| 03/26/2018 | | Remark: Received cd of exhibits re ERRATA 66 (msrS, COURT STAFF) (Filed on 3/26/2018) (Entered: 03/26/2018) |
| 03/26/2018 | 67 | ORDER of USCA as to 59 Notice of Appeal filed by Alice Brown (msrS, COURT STAFF) (Filed on 3/26/2018) (Entered: 03/27/2018) |
| 04/09/2018 | 70 | MOTION to Disqualify Magistrate Judge filed by Alice Brown. Responses due by 4/23/2018. Replies due by 4/30/2018. (sxbS, COURT STAFF) (Filed on 4/9/2018) (Entered: 04/10/2018) |
| 04/10/2018 | 68 | NOTICE by National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler re 64 Order, Set Hearings *of Dismissal of Plaintiff Alice Brown's Appeal and Available Hearing Dates* (Pyle, Michael) (Filed on 4/10/2018) (Entered: 04/10/2018) |
| 04/10/2018 | 69 | CERTIFICATE OF SERVICE by National Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler re 68 Notice (Other), (Pyle, Michael) (Filed on 4/10/2018) (Entered: 04/10/2018) |
| 04/10/2018 | | Set/Reset Hearing re 70 MOTION to Disqualify Judge Motion Hearing set for 5/15/2018 10:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. (msrS, COURT STAFF) (Filed on 4/10/2018) (Entered: 04/11/2018) |
| 04/11/2018 | 71 | **Order by Magistrate Judge Robert M. Illman denying 70 Motion to Disqualify Judge. (Attachments: # 1 Certificate/Proof of Service)(rmilc1, COURT STAFF) (Filed on 4/11/2018) (Entered: 04/11/2018)** |
| 04/11/2018 | | Set/Reset Hearing re 71 Order on Motion to Disqualify Judge (rmilc1, COURT STAFF) (Filed on 4/11/2018) (Entered: 04/11/2018) |
| 04/16/2018 | 72 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Alice Brown. Appeal of Order on Motion to Disqualify Judge 71 (Filing Fee IFP) (msr, COURT STAFF) (Filed on 4/16/2018) (Entered: 04/16/2018) |
| 04/17/2018 | 73 | USCA Case Number 18–15649 9th Circuit for 72 Notice of Appeal filed by Alice Brown. (msrS, COURT STAFF) (Filed on 4/17/2018) (Entered: 04/17/2018) |
| 05/18/2018 | 77 | MANDATE of USCA as to 59 Notice of Appeal filed by Alice Brown (msrS, COURT STAFF) (Filed on 5/18/2018) (Entered: 07/19/2018) |
| 05/23/2018 | 74 | ORDER of USCA as to 72 Notice of Appeal filed by Alice Brown The Appeal is dismissed for lack of jurisdiction. (msrS, COURT STAFF) (Filed on 5/23/2018) (Entered: 05/25/2018) |
| 06/26/2018 | 75 | NOTICE From Supreme Court "The petition for a writ of certiorari in the above entitled case was filed on June 16, 2018 and placed on the docket June 26, 2018 as No. 17–9567." (msrS, COURT STAFF) (Filed on 6/26/2018) (Entered: 06/28/2018) |
| 07/16/2018 | 76 | MANDATE of USCA as to 72 Notice of Appeal filed by Alice Brown "The judgment of this Court, entered May 23, 2018, takes effect this date." (msrS, COURT STAFF) (Filed on 7/16/2018) (Entered: 07/16/2018) |
| 08/09/2018 | 78 | **ORDER by Judge Robert M. Illman granting 53 Motion for Summary Judgment; granting 56 Motion for Summary Judgment. (rmilc2, COURT STAFF) (Filed on 8/9/2018) (Additional attachment(s) added on 8/9/2018: # 1 Certificate/Proof of Service) (rmilc1, COURT STAFF). (Entered: 08/09/2018)** |
| 08/09/2018 | 79 | **JUDGMENT. Signed by Judge Robert M. Illman on 08/09/2018. (rmilc2, COURT STAFF) (Filed on 8/9/2018) (Additional attachment(s) added on 8/9/2018: # 1 Certificate/Proof of Service) (rmilc1, COURT STAFF). (Entered: 08/09/2018)** |

| | | |
|---|---|---|
| 08/20/2018 | 80 | NOTICE by County of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson re 78 Order on Motion for Summary Judgment,,, 79 Judgment *Notice of Entry of Order and Judgment* (Vrieze, John) (Filed on 8/20/2018) (Entered: 08/20/2018) |
| 08/23/2018 | 81 | BILL OF COSTS by County of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. Objections due by 9/6/2018. (Attachments: # 1 Certificate/Proof of Service of Bill of Costs, # 2 Declaration of John M. Vrieze, # 3 Certificate/Proof of Service of Declaration of John M. Vrieze)(Vrieze, John) (Filed on 8/23/2018) (Entered: 08/23/2018) |
| 08/23/2018 | 82 | BILL OF COSTS *Amended as to Declaration referenced in 8(c) only* by County of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. Objections due by 9/6/2018. (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 8/23/2018) (Entered: 08/23/2018) |
| 08/23/2018 | 83 | NOTICE by County of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson *of Objection Deadline for Bill of Costs* (Attachments: # 1 Certificate/Proof of Service)(Vrieze, John) (Filed on 8/23/2018) (Entered: 08/23/2018) |
| 09/05/2018 | 84 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Alice Brown. Appeal of Order on Motion for Summary Judgment,,, 78 (IFP Request was previously e-filed with the Court). (msrS, COURT STAFF) (Filed on 9/5/2018) (Entered: 09/06/2018) |
| 09/07/2018 | 85 | MOTION to Set Aside Entry Of Final Judgment 78 Order on Motion for Summary Judgment,,, 79 Judgment filed by Alice Brown. Motion Hearing set for 10/16/2018 10:00 AM in McKinleyville before Magistrate Judge Robert M. Illman. Responses due by 9/21/2018. Replies due by 9/28/2018. (msrS, COURT STAFF) (Filed on 9/7/2018) (Entered: 09/10/2018) |
| 09/07/2018 | 86 | USCA Case Number 18-16689 9th Circuit for 84 Notice of Appeal filed by Alice Brown. (msrS, COURT STAFF) (Filed on 9/7/2018) (Entered: 09/10/2018) |
| 09/13/2018 | 87 | OPPOSITION/RESPONSE (re 85 MOTION to Set Aside 78 Order on Motion for Summary Judgment,,, 79 Judgment ) filed byNational Park Ranger David Keltner, National Park Ranger Gregory Morse, National Park Ranger Joel Leachman, National Park Ranger Robert Toler. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Pyle, Michael) (Filed on 9/13/2018) (Entered: 09/13/2018) |
| 09/13/2018 | 88 | NOTICE of Change In Counsel by Nicholas Robert Kloeppel (Attachments: # 1 Certificate/Proof of Service)(Kloeppel, Nicholas) (Filed on 9/13/2018) (Entered: 09/13/2018) |
| 09/13/2018 | 89 | NOTICE of Appearance by William Forrest Mitchell (Attachments: # 1 Certificate/Proof of Service)(Mitchell, William) (Filed on 9/13/2018) (Entered: 09/13/2018) |
| 09/21/2018 | 90 | OPPOSITION/RESPONSE (re 85 MOTION to Set Aside 78 Order on Motion for Summary Judgment,,, 79 Judgment ) filed byCounty of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service of Opposition, # 2 Proposed Order, # 3 Certificate/Proof of Service of Proposed Order)(Mitchell, William) (Filed on 9/21/2018) (Entered: 09/21/2018) |
| 10/01/2018 | 91 | REPLY (re 85 MOTION to Set Aside 78 Order on Motion for Summary Judgment,,, 79 Judgment ) filed byAlice Brown. (msrS, COURT STAFF) (Filed on 10/1/2018) (Additional attachment(s) added on 10/2/2018: # 1 Envelope) (msrS, COURT STAFF). (Entered: 10/02/2018) |
| 10/01/2018 | 92 | ORDER of Supreme Court as to 59 Notice of Appeal filed by Alice Brown, 75 USCA Order "The petition for a writ of certiorari is denied." (msrS, COURT STAFF) (Filed |

| | | |
|---|---|---|
| | | on 10/1/2018) (Entered: 10/02/2018) |
| 10/05/2018 | 93 | **Order by Magistrate Judge Robert M. Illman denying 85 Motion to Set Aside Entry of Final Judgment. (Attachments: # 1 Certificate/Proof of Service)(rmilc1, COURT STAFF) (Filed on 10/5/2018) (Entered: 10/05/2018)** |
| 10/11/2018 | 94 | Costs Taxed in amount of $877.75 against Plaintiff Alice Brown. (Attachments: # 1 Certificate/Proof of Service)(mklS, COURT STAFF) (Filed on 10/11/2018) (Entered: 10/11/2018) |
| 10/29/2018 | 95 | MOTION for Reconsideration re 82 Bill of Costs, 81 Bill of Costs, filed by Alice Brown. (msrS, COURT STAFF) (Filed on 10/29/2018) (Entered: 10/30/2018) |
| 10/29/2018 | 96 | OBJECTIONS to re 82 Bill of Costs, 81 Bill of Costs, by Alice Brown. (msrS, COURT STAFF) (Filed on 10/29/2018) (Entered: 10/30/2018) |
| 10/31/2018 | 97 | NOTICE: The petition for a writ of certiorari in the above entitled case was filed on August 18, 2018 and placed on the docket October 30, 2018 as No. 18–6507. (msrS, COURT STAFF) (Filed on 10/31/2018) (Entered: 11/01/2018) |
| 11/05/2018 | 98 | OPPOSITION/RESPONSE (re 95 MOTION for Reconsideration re 82 Bill of Costs, 81 Bill of Costs, ) filed byCounty of Del Norte, Sheriff Dean Wilson, Retired, Sheriff Deputy Adam Daniels, Sheriff Deputy Grant Henderson, Sheriff Deputy Neal Oilar, Sheriff Deputy Robert Clarkson, Sheriff Erik Apperson. (Attachments: # 1 Certificate/Proof of Service)(Mitchell, William) (Filed on 11/5/2018) (Entered: 11/05/2018) |
| 11/13/2018 | 99 | REPLY Brief in Support (re 95 MOTION for Reconsideration re 82 Bill of Costs, 81 Bill of Costs, ) filed byAlice Brown. (msrS, COURT STAFF) (Filed on 11/13/2018) (Additional attachment(s) added on 11/15/2018: # 1 Envelope(msrS, COURT STAFF). (Entered: 11/15/2018) |
| 11/30/2018 | 100 | **Order by Magistrate Judge Robert M. Illman denying 95 Motion for Reconsideration re 95 MOTION for Reconsideration re 82 Bill of Costs, 81 Bill of Costs, filed by Alice Brown, 96 Objection filed by Alice Brown.(rmilc2, COURT STAFF) (Filed on 11/30/2018) The deputy clerk hereby certifies that on 11/30/2018 a copy of this Order was served by sending it via first−class mail to the address of each non−CM/ECF user listed on the Notice of Electronic Filing. Modified on 11/30/2018 (glm, COURT STAFF). (Entered: 11/30/2018)** |
| 01/02/2019 | 101 | U.S. Supreme Court Notice re 75 that the petition for rehearing is denied. (slhS, COURT STAFF) (Filed on 1/2/2019) (Entered: 01/02/2019) |
| 01/02/2019 | 102 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Alice Brown. Appeal of Order on Motion for Reconsideration,, 100 (IFP Request was previously e−filed with the Court). (msrS, COURT STAFF) (Filed on 1/2/2019) (Entered: 01/03/2019) |
| 01/04/2019 | 103 | USCA Case Number 19–15017 9th Circuit for 102 Notice of Appeal filed by Alice Brown. (msrS, COURT STAFF) (Filed on 1/4/2019) (Entered: 01/07/2019) |
| 01/15/2019 | 104 | ORDER of USCA as to 97 USCA Order "The petition for a writ of certiorari is denied." (msrS, COURT STAFF) (Filed on 1/15/2019) (Entered: 01/22/2019) |
| 01/28/2019 | 105 | ORDER of USCA 84 Notice of Appeal filed by Alice Brown, 102 Notice of Appeal filed by Alice Brown (msrS, COURT STAFF) (Filed on 1/28/2019) (Entered: 01/29/2019) |
| 02/20/2019 | 106 | TRANSCRIPT ORDER for proceedings held on 12/05/2017 before Magistrate Judge Robert M. Illman by County of Del Norte, for Court Reporter FTR − Eureka. (Kloeppel, Nicholas) (Filed on 2/20/2019) (Entered: 02/20/2019) |
| 02/25/2019 | 107 | ORDER of USCA as to 73 USCA Case Number "The petition for rehearing is denied." (msrS, COURT STAFF) (Filed on 2/25/2019) (Entered: 02/28/2019) |
| 07/01/2019 | 108 | Transcript of Proceedings held on December 5, 2017, before Judge Robert M. Illman. Court Reporter/Transcriber Joan Marie Columbini, CSR, RPR, telephone number (510) 367−3043, joan.columbini.csr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office |

| | | |
|---|---|---|
| | | public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 106 Transcript Order ) Redaction Request due 7/22/2019. Redacted Transcript Deadline set for 8/1/2019. Release of Transcript Restriction set for 9/30/2019. (Related documents(s) 106 ) (Columbini, Joan) (Filed on 7/1/2019) (Entered: 07/01/2019) |
| 10/23/2019 | 109 | NOTICE of Change of Address by Nicholas Robert Kloeppel (Attachments: # 1 Certificate/Proof of Service)(Kloeppel, Nicholas) (Filed on 10/23/2019) (Entered: 10/23/2019) |