# EXHIBIT C13

194,CLOSED,RELATED−G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division − Riverside)
### CIVIL DOCKET FOR CASE #: 5:18−cv−00265−CJC−E

| | |
|---|---|
| Barbara Eva Brown v. B. Francis et al<br>Assigned to: Judge Cormac J. Carney<br>Referred to: Magistrate Judge Charles F. Eick<br>Demand: $9,999,000<br>Case in other court:  9th CCA, 18−56259<br>Cause: 42:1983 Civil Rights Act | Date Filed: 02/02/2018<br>Date Terminated: 05/18/2018<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Barbara Eva Brown**　　　　　　　　represented by　**Barbara Eva Brown**
397 Wabash Avenue
PO Box 5408
Sugarloaf, CA 92386
951−534−8277
PRO SE

V.

**Defendant**

**Sheriff Deputies B. Francis**
*individual capacity*

**Defendant**

**Sheriff Deputies B. Francis**
*official capacity*

**Defendant**

**Sheriff Deputies J. Llamas**
*individual capacity*

**Defendant**

**Sheriff Deputies J. Llamas**
*official capacity*

**Defendant**

**Sheriff Deputies Ferronato**
*individual capacity*

**Defendant**

**Sheriff Deputies Ferronato**
*official capacity*

**Defendant**

**Alex**
*Sheriff Deputies and S.W.A.T. , individual capacity*

**Defendant**

**Alex**
*Sheriff Deputies and S.W.A.T. , official capacity*

**Defendant**

**Matthew**
*Sheriff Deputies and S.W.A.T. , individual capacity*

**Defendant**

**Matthew**
*Sheriff Deputies and S.W.A.T. , official capacity*

**Defendant**

**Collins**
*Sheriff Deputies and S.W.A.T. , individual capacity*

**Defendant**

**Collins**
*Sheriff Deputies and S.W.A.T. , officiall capacity*

**Defendant**

**Travis**
*Sheriff Deputies and S.W.A.T. , individual capacity*

**Defendant**

**Travis**
*Sheriff Deputies and S.W.A.T. , official capacity*

**Defendant**

**Wijnhamer**
*Sheriff Deputies and S.W.A.T. , individual capacity*

**Defendant**

**Wijnhamer**
*Sheriff Deputies and S.W.A.T. , official capacity*

**Defendant**

**T. Blasi**
*Driver Safety Agent, individual capacity*

**Defendant**

**T. Blasi**
*Driver Safety Agent, official capacity*

**Defendant**

**Club Towing**

**Defendant**

**State of California**

**Defendant**

**County of San Bernardino**

**Defendant**

**City of Big Bear and Sugarloaf**

**Defendant**

**Mayor Ramos**

**Defendant**

**Tony Ramos**

**Defendant**

**John McMahon**

**Defendant**

**Edmond G. Brown, Jr.**
*Tax Board and Governor, individual capacity*

**Defendant**

**Edmond G. Brown, Jr.**
*Tax Board and Governor, official capacity*

**Defendant**

**Christian Benson**
*Co−Conspirators, individual capacity*

**Defendant**

**Christian Benson**
*Co−Conspirators, official capacity*

**Defendant**

**S.B. Code Enforcement**

**Defendant**

**John Doe**
*1−10*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2018 | 1 | COMPLAINT against Defendants Alex(Sheriff Deputies and S.W.A.T., official capacity), Alex(Sheriff Deputies and S.W.A.T., individual capacity), Christian Benson(Co−Conspirators, official capacity), Christian Benson(Co−Conspirators, individual capacity), T. Blasi(Driver Safety Agent, individual capacity), T. Blasi(Driver Safety Agent, official capacity), Edmond G. Brown, Jr(Tax Board and Governor, individual capacity), Edmond G. Brown, Jr(Tax Board and Governor, official capacity), City of Big Bear and Sugarloaf, Club Towing, Collins(Sheriff Deputies and S.W.A.T., officiall capacity), Collins(Sheriff Deputies and S.W.A.T., individual capacity), County of San Bernardino, Ferronato(official capacity), Ferronato(individual capacity), B. Francis(individual capacity), B. Francis(official capacity), John Doe, J. Llamas(individual capacity), J. Llamas(official capacity), Matthew(Sheriff Deputies and S.W.A.T., individual capacity), Matthew(Sheriff Deputies and S.W.A.T., official capacity), John McMahon, Ramos, Tony Ramos, S.B. Code Enforcement, State of California, Travis(Sheriff Deputies and S.W.A.T., individual capacity), Travis(Sheriff Deputies and S.W.A.T., official capacity), Wijnhamer(Sheriff Deputies and S.W.A.T., official capacity), Wijnhamer(Sheriff Deputies and S.W.A.T., individual capacity).Case assigned to Judge Jesus G. Bernal for all further proceedings. Discovery referred to Magistrate Judge Shashi H. Kewalramani. Jury Demanded., filed by Plaintiff Barbara Eva Brown. (Attachments: # 1 Civil Cover Sheet) (et) (Entered: 02/05/2018) |

| | | |
|---|---|---|
| 02/02/2018 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Barbara Eva Brown. (et) (Entered: 02/05/2018) |
| 02/02/2018 | 3 | REQUEST to Proceed In Forma Pauperis with Declaration in Support filed by Plaintiff Barbara Eva Brown. (et) (Entered: 02/05/2018) |
| 02/02/2018 | 4 | NOTICE OF ASSIGNMENT to District Judge Jesus G. Bernal and Magistrate Judge Shashi H. Kewalramani. (et) (Entered: 02/05/2018) |
| 02/02/2018 | 5 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 02/05/2018) |
| 02/06/2018 | 6 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16–05–Related Case– filed. Related Case No: 5:13–CV–00145–CJC–Ex. Case transferred from Judge Jesus G. Bernal and Magistrate Judge Shashi H. Kewalramani to Judge Cormac J. Carney and Magistrate Judge Charles F. Eick for all further proceedings. The case number will now reflect the initials of the transferee Judge 5:18–cv–00265–CJC–Ex. Signed by Judge Cormac J. Carney (aco) (Entered: 02/06/2018) |
| 02/07/2018 | 7 | ORDER Re Request to Proceed in Forma Pauperis by Magistrate Judge Charles F. Eick: granting 3 REQUEST to Proceed in Forma Pauperis. (sp) (Entered: 02/08/2018) |
| 04/23/2018 | 8 | ***PLEASE DISREGARD*** MINUTE (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION by Judge Cormac J. Carney: The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than 4/24/2018 at 12:00 PM., why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date: (1) Plaintiff's Request for Entry of Default. (2) Notice of Voluntary Dismissal (FRCivP 41). (jp) Modified on 4/23/2018 (jp). (Entered: 04/23/2018) |
| 04/23/2018 | 9 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Minutes In Chambers Order to Show Cause re Dismissal 8 was docketed in error. Please disregard document number 8. (jp) (Entered: 04/23/2018) |
| 05/08/2018 | 10 | MINUTE IN CHAMBERS by Judge Cormac J. Carney: Order to Show Cause Re Dismissal for Lack of Prosecution. The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than May 15, 2018. (mt) (Entered: 05/08/2018) |
| 05/18/2018 | 11 | MINUTE IN CHAMBERS by Judge Cormac J. Carney: Order Dismissing Action for Lack of Prosecution for Failure to Comply with the Court's Order. (Made JS–6. Case Terminated.) (mt) (Entered: 05/18/2018) |
| 07/03/2018 | 12 | NOTICE OF MOTION AND MOTION to Set Aside Order of Dismissal Pursuant to FRCP 60(b)(1), (4) and (6) & FRCP 61 11 filed by Plaintiff Barbara Eva Brown. (Attachments: # 1 Proposed Order) (mt) (Entered: 07/05/2018) |
| 07/06/2018 | 13 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: NOTICE OF MOTION AND MOTION to Set Aside 12 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. Other error(s) with document(s): Counsel is ordered to consult Local Rules AND the Court's Procedures and Schedules page prior to filing any future documents. Counsel shall note hearing information on all future motions. The Court shall re–notice the hearing on the motion as it deems appropriate. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (twdb) (Entered: 07/06/2018) |
| 07/06/2018 | 14 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: NOTICE OF MOTION AND MOTION to Set Aside 12 by Judge Cormac J. Carney. The document is accepted as filed. The hearing date has been rescheduled to Monday, August 6, 2018 at 1:30 pm. Counsel is ordered to consult Local Rules AND the Court's Procedures and Schedules page prior to filing any future documents. (twdb) (Entered: 07/06/2018) |

| | | |
|---|---|---|
| 07/26/2018 | 15 | NOTICE OF CLERICAL ERROR: Upon further review, a determination has been made that the clerk incorrectly assigned this case. This complaint is appropriate for review and issuance of a report and recommendation by a magistrate judge pursuant to General Order 05–07. Accordingly, all documents should be directed to Magistrate Judge Eick for review. (rn) (Entered: 07/26/2018) |
| 07/31/2018 | 16 | NOTICE OF FILING REPORT AND RECOMMENDATION by Magistrate Judge Charles F. Eick and Lodging of Proposed Judgment and Order. Objections to R&R due by 8/20/2018. (Attachments: # 1 Report and Recommendation) (sp) (Entered: 07/31/2018) |
| 07/31/2018 | 17 | REPORT AND RECOMMENDATION issued by Magistrate Judge Charles F. Eick. (sp) (Entered: 07/31/2018) |
| 08/17/2018 | 18 | OBJECTION to Report and Recommendation 17 filed by Plaintiff Barbara Eva Brown.(sp) (Entered: 08/20/2018) |
| 08/23/2018 | 19 | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE by Judge Cormac J. Carney. IT IS ORDERED that Plaintiff's "Motion to Set Aside Order of Dismissal, etc." is denied; and (2) Plaintiff may add as a Defendant in the First Amended Complaint in Brown v. CA DMV, et al., No. ED CV 18–1418–CJC(E) any person or entity named as a Defendant in the present action who has not yet been named as a Defendant in action 18–1418. (See document for details.) 12 (Attachments: # 1 Attachment 1) (sbou) (Entered: 08/27/2018) |
| 09/24/2018 | 20 | NOTICE OF APPEAL to the 9th CCA filed by plaintiff Barbara Eva Brown. Appeal of Order on Motion to Set Aside, 19 Filed On: 8/23/18; Entered On: 8/27/18; In forma pauperis was granted 2/7/18, see item 7. (mat) (Entered: 09/24/2018) |
| 09/25/2018 | 21 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 18–56259 assigned to Notice of Appeal to 9th Circuit Court of Appeals 20 as to Plaintiff Barbara Eva Brown. (bm) (Entered: 09/26/2018) |
| 09/25/2018 | 22 | REFERRAL NOTICE re: Notice of Appeal to 9th Circuit Court of Appeals 20 RECEIVED from 9th Circuit Court. This matter is referred to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. If the district court elects to revoke in forma pauperis status, the district court is requested to notify this court and the parties of such determination within 21 days of the date of this referral. If the district court does not revoke in forma pauperis status, such status will continue automatically for this appeal. (bm) (Entered: 09/27/2018) |
| 10/01/2018 | 23 | ORDER REVOKING IN FORMA PAUPERIS STATUS ON APPEAL by Judge Cormac J. Carney re Notice of Appeal to 9th Circuit Court of Appeals 20 , Appeal Referral Notice 22 . (mat) (Entered: 10/03/2018) |
| 11/19/2018 | 24 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 20 filed by Barbara Eva Brown. CCA # 18–56259. Pursuant to Ninth Circuit Rule 42–1, this appeal is dismissed for failure to prosecute. This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court. (mat) (Entered: 11/21/2018) |