# EXHIBIT C14

194,APPEAL,CLOSED,RELATED–DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
### CIVIL DOCKET FOR CASE #: 5:18–cv–01418–CJC–E

| | |
|---|---|
| Barbara E. Brown v. State of California Department of Motor Vehicles et al | Date Filed: 07/03/2018 |
| Assigned to: Judge Cormac J. Carney | Date Terminated: 02/27/2020 |
| Referred to: Magistrate Judge Charles F. Eick | Jury Demand: Plaintiff |
| Demand: $25,000 | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

Related Case:  5:15–cv–00294–CJC–E

Case in other court:  Ninth CCA, 19–55205

　　　　　　　　　　　Ninth Circuit Court, 19–55607

　　　　　　　　　　　9TH CCA, 20–55350

Cause: 42:1983 Civil Rights Act

**Plaintiff**

**Barbara E. Brown**　　　　　　　　　　represented by　**Barbara E. Brown**
P O Box 5408
Sugarloaf, CA 92386
951–534–8277
PRO SE


V.

**Defendant**

**State of California Department of Motor Vehicles**
*official capacity*
*TERMINATED: 02/25/2019*

**Defendant**

**State of California**
*official capacity*
*TERMINATED: 11/01/2018*

**Defendant**

**County of San Bernardino**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**Governor Edmund Gerald Brown, Jr.**
*individual capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**Governor Edmund Gerald Brown, Jr.**
*official capacity*
*TERMINATED: 11/01/2018*

**Defendant**

**T. Blasi**
*individual capacity*
*TERMINATED: 04/08/2019*

**Defendant**

**T. Blasi**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**District Attorney James Ramos**
*individual capacity*
*TERMINATED: 12/07/2018*

**Defendant**

**District Attorney James Ramos**
*official capacity*
*TERMINATED: 12/07/2018*

**Defendant**

**Sheriff Deputy J. Llamas**
*individual capacity*
*TERMINATED: 04/08/2019*

**Defendant**

**Sheriff Deputy J. Llamas**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**Sheriff Deputy B. Francis**
*individual capacity*
*TERMINATED: 04/08/2019*

**Defendant**

**Sheriff Deputy B. Francis**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**Sheriff Deputies Ferronato**
*individual capacity*
*TERMINATED: 04/08/2019*

**Defendant**

**Sheriff Deputies Ferronato**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**J. Uhlman**
*individual capacity*
*TERMINATED: 04/08/2019*

**Defendant**

**J. Uhlman**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**Sheriff Deputy Alex Collins**         represented by **Blakney Ann Boggs**
*individual capacity*                            San Bernardino County Counsel
                                                 385 North Arrowhead Avenue 4th Floor

San Bernardino, CA 92415
909–387–5455
Fax: 909–387–4069
Email: blakney.boggs@cc.sbcounty.gov
ATTORNEY TO BE NOTICED

**Defendant**

**Sheriff Deputy Alex Collins**
*official capacity*
*TERMINATED: 02/13/2019*

represented by **Blakney Ann Boggs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Collins**
*individual capacity*
*TERMINATED: 03/27/2019*

**Defendant**

**Matthew Collins**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**Sheriff Deputy Travis Wijnhamer**
*individual capacity*
*TERMINATED: 04/08/2019*

**Defendant**

**Travis Wijnhamer**
*official capacity*
*TERMINATED: 02/13/2019*

**Defendant**

**Christian Benson**
*Code Enforcement Officer, individual capacity*
*TERMINATED: 03/27/2019*

**Defendant**

**Christian Benson**
*Code Enforcement Officer, official capacity*
*TERMINATED: 12/07/2018*

**Defendant**

**Club Towing**
*TERMINATED: 04/08/2019*

**Defendant**

**California Victim Compensation and Government Board Claims**
*TERMINATED: 02/13/2019*

**Defendant**

**John Doe**
*1–10, individual capacity*
*TERMINATED: 03/27/2019*

**Defendant**

**John Doe**
*1–10, official capacity*
*TERMINATED: 03/27/2019*

**Defendant**

**Dee Collins**
*TERMINATED: 12/07/2018*

**Defendant**

**John McMahon**
*TERMINATED: 02/13/2019*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2018 | 1 | CIVIL RIGHTS COMPLAINT filed against Defendants Christian Benson(Code Enforcement Officer, official capacity), Christian Benson(Code Enforcement Officer, individual capacity), T. Blasi(individual capacity), T. Blasi(official capacity), Edmund Gerald Brown, Jr(official capacity), Edmund Gerald Brown, Jr(individual capacity), California Victim Compensation and Government Board Claims, Club Towing–Contractor, Alex Collins(official capacity), Alex Collins(individual capacity), Matthew Collins(individual capacity), Matthew Collins(official capacity), County of San Bernardino, Ferronato(official capacity), Ferronato(individual capacity), B. Francis(individual capacity), B. Francis(official capacity), John Doe(1–10, official capacity), John Doe(1–10, individual capacity), J. Llamas(individual capacity), J. Llamas(official capacity), James Ramos(individual capacity), James Ramos(official capacity), State of California, State of California Department of Motor Vehicles, J. Uhlman(individual capacity), J. Uhlman(official capacity), Travis Wijnhamer(individual capacity) Case assigned to Judge Cormac J. Carney and referred to Magistrate Judge Charles F. Eick., filed by Plaintiff Barbara E. Brown. (Attachments: # 1 Civil Cover Sheet, # 2 Summons) (et) (Entered: 07/05/2018) |
| 07/03/2018 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Barbara E. Brown. (et) (Entered: 07/05/2018) |
| 07/03/2018 | 3 | REQUEST to Proceed In Forma Pauperis with Declaration in Support filed by Plaintiff Barbara E. Brown. (et) (Entered: 07/05/2018) |
| 07/03/2018 | 4 | NOTICE OF ASSIGNMENT to District Judge Cormac J. Carney and referred to Magistrate Judge Charles F. Eick. (et) (Entered: 07/05/2018) |
| 07/06/2018 | 5 | ORDER by Magistrate Judge Charles F. Eick: granting 3 REQUEST to Proceed in Forma Pauperis with Declaration in Support (CV–60). (jp) (Entered: 07/09/2018) |
| 07/23/2018 | 6 | ORDER RE COMPLAINT by Judge Cormac J. Carney. The claims against the State of California, the DMV and the California Victim Compensation and Government Claims Board are dismissed without leave to amend. The claims for damages against Defendants Brown and Blasi in their official capacities are dismissed without leave to amend. The Complaint otherwise is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a First Amended Complaint. Any First Amended Complaint be complete in itself and not refer in any manner to any prior Complaint. Plaintiff may not add any new defendants without leave of Court. Any First Amended Complaint must comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure and must heed the directives given in this Order. Failure to file a First Amended Complaint in conformity with this Order may result in the dismissal of this action. (sp) (Entered: 07/25/2018) |
| 08/30/2018 | 7 | REPORT AND RECOMMENDATION issued by Magistrate Judge Charles F. Eick. Re Complaint – (Referred) 1 : (see attached) (jm) (Entered: 08/30/2018) |
| 08/30/2018 | 8 | NOTICE OF FILING REPORT AND RECOMMENDATION by Magistrate Judge Charles F. Eick and Lodging of Proposed Judgment and Order. Objections to R&R due by 9/19/2018 (Attachments: # 1 Lodged Order & Judgment) (jm) (Entered: 08/30/2018) |

| | | |
|---|---|---|
| 09/24/2018 | 9 | TEXT ONLY ENTRY: NOTICE TO PARTIES by District Cormac J. Carney. Effective October 9, 2018, Judge Cormac J. Carney will be located in the First Street U.S. Courthouse, Courtroom 7C, on the 7th floor, located at 350 W. 1st Street, Los Angeles, California 90012. All Court appearances shall be made in Courtroom 7C of the First Street U.S. Courthouse unless otherwise ordered by the Court. All required mandatory chambers copies shall be delivered and placed in the drop box located outside the Clerk's Office on the 4th floor of the First Street Courthouse. Judge Carney's Courtroom Deputy Clerk, Melissa H. Kunig, may be reached at (714) 338–2849.<br><br>The location for filing civil and/or criminal documents in paper format exempted from electronic filing is at Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Room 180, Los Angeles, California 90012. Documents under this exemption may also be filed in the Santa Ana or Riverside courthouses.<br><br>Please refer to Judge Carney's Procedures & Schedules Page on the Court's website **UPDATED AS OF SEPTEMBER 24, 2018** for updated procedures regarding mandatory chambers copies. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrey) TEXT ONLY ENTRY (Entered: 09/24/2018) |
| 09/25/2018 | 10 | NOTICE OF MOTION AND MOTION to Stay Proceedings filed by Plaintiff Barbara E. Brown. Motion set for hearing on 10/26/2018 at 09:30 AM before Magistrate Judge Charles F. Eick. (sbou) (Entered: 09/27/2018) |
| 09/25/2018 | 11 | MOTION to Clarify filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 09/27/2018) |
| 09/25/2018 | 12 | MOTION for Order Directing Service of Process by the United States Marshal, filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 09/27/2018) |
| 09/25/2018 | 13 | NOTICE OF MOTION AND MOTION for Appointment of Counsel filed by Plaintiff Barbara E. Brown. Motion set for hearing on 10/26/2018 at 09:30 AM before Magistrate Judge Charles F. Eick. (sbou) (Entered: 09/27/2018) |
| 10/01/2018 | 14 | MINUTES (IN CHAMBERS) by Magistrate Judge Charles F. Eick. On 7/3/18, Plaintiff filed a "Civil Rights" Complaint. On 7/23/18, the Court filed an "Order Re Complaint." The "Order Re Complaint" dismissed some claims without leave to amend and dismissed the remaining claims with leave to amend. As to the latter, the "Order Re Complaint" allowed Plaintiff to file a First Amended Complaint. Plaintiff did not file a First Amended Complaint within the allotted time. On 9/25/18, however, Plaintiff filed a "Motion to Clarify," a "Motion for Order Directing Service of Process by the United States Marshal," a "Motion to Stay Proceeding" and a "Motion to Appoint Counsel." Plaintiff's motion for the appointment of counsel is denied. In the Court's discretion, the "Report and Recommendation of United States Magistrate," field 8/30/18, is withdrawn. The time within which Plaintiff may file a First Amended Complaint is extended to 11/1/18. Except as expressly stated herein, all provisions of the "Order Re Complaint" remain in force and Plaintiff's 9/25/18 Motions are denied. (sp) (Entered: 10/01/2018) |
| 11/01/2018 | 15 | FIRST AMENDED COMPLAINT filed by Plaintiff Barbara E. Brown.(sp) (Entered: 11/05/2018) |
| 11/01/2018 | 16 | AMENDED CIVIL COVER SHEET filed by Plaintiff Barbara E. Brown. (sp) (Entered: 11/05/2018) |
| 11/01/2018 | 17 | CERTIFICATE of Interested Parties filed by Plaintiff Barbara E. Brown. (sp) (Entered: 11/05/2018) |
| 11/05/2018 | 18 | 21 DAY Summons Issued re Amended Complaint 15 as to All Defendants. (sp) (Entered: 11/05/2018) |
| 11/05/2018 | 20 | First Page of First Amended Complaint filed by Plaintiff Barbara E. Brown. (sp) (Entered: 11/09/2018) |
| 11/08/2018 | 19 | ORDER RE "[FIRST AMENDED] CIVIL RIGHTS COMPLAINT, ETC." by Judge Cormac J. Carney. The First Amended Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a Second Amended Complaint. Any Second Amended Complaint must be complete in itself and must not refer in any manner to any prior |

| | | |
|---|---|---|
| | | Complaint. Plaintiff may not add any new defendants without leave of Court, except that, as the Court previously advised. Plaintiff may not add as a Defendant any person or entity named as a Defendant in action No. CV 18–265–CJC(E) who has not yet been named as a Defendant in the present action. Any Second Amended Complaint must comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure and must heed the directives given in the "Order Re Complaint." Failure to file timely a Second Amended Complaint in conformity with the "Order Re Complaint" and this Order may result in the dismissal of this action. (sp) (Entered: 11/09/2018) |
| 12/07/2018 | 21 | SECOND AMENDED COMPLAINT against Defendants T. Blasi(official capacity), Edmund Gerald Brown, Jr(individual capacity), Club Towing–Contractor, Alex Collins(official capacity), Alex Collins(individual capacity), Matthew Collins(individual capacity), Matthew Collins(official capacity), Ferronato(official capacity), Ferronato(individual capacity), B. Francis(individual capacity), B. Francis(official capacity), J. Llamas(individual capacity), J. Llamas(official capacity), J. Uhlman(individual capacity), J. Uhlman(official capacity), Travis Wijnhamer(individual capacity), Travis Wijnhamer(official capacity); Party Dee Collins, John Doe (1–10, individual capacity), John Doe (1–10, official capacity), James Ramos (individual capacity), James Ramos (official capacity), Christian Benson (Code Enforcement Officer, official capacity) and Christian Benson (Code Enforcement Officer, individual capacity) terminated amending Amended Complaint 15 , filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 12/11/2018) |
| 12/07/2018 | 22 | CERTIFICATE of Interested Parties filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 12/11/2018) |
| 12/07/2018 | 23 | 21 DAY Summons Issued re Amended Complaint, 21 as to All Defendants. (sbou) (Entered: 12/11/2018) |
| 01/14/2019 | 24 | ORDER Re Second Amended Complaint by Judge Cormac J. Carney. Plaintiff's "Motion to Clarify" and "Motion to Stay Proceedings" are denied. The second and third unnumbered claims for relief are dismissed without leave to amend. All claims against Defendant Brown are dismissed without leave to amend. The official claims against Defendants Llamas, Francis, Ferronato, Uhlman, Alex Collins, Matthew Collins, Wijnhamer are dismissed without leave to amend. The Second Amended Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a Third Amended Complaint. Any Third Amended Complaint shall be complete in itself and shall not refer in any manner to any prior Complaint. Plaintiff may not add any new defendants without leave of Court. Any Third Amended Complaint must comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure and must heed the directives given in this Order and in the Court's prior orders. Failure to file timely a Third Amended Complaint in conformity with the Court's orders may result in the dismissal of this action. In light of this disposition, Plaintiff's "Motion for Order Directing Service of Process by the United States Marshal" is denied without prejudice. (sp) (Entered: 01/14/2019) |
| 02/13/2019 | 25 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Barbara E. Brown. Appeal of Order, 24 Filed On: 1/14/19; Entered On: 1/14/19; In forma pauper was granted 7/23/18, see item 6. (mat) (Entered: 02/15/2019) |
| 02/13/2019 | 26 | THIRD AMENDED COMPLAINT against Defendants Christian Benson(Code Enforcement Officer, individual capacity), T. Blasi(individual capacity), Club Towing–Contractor, Alex Collins(individual capacity), Matthew Collins(individual capacity), Ferronato(individual capacity), B. Francis(individual capacity), John Doe(1–10, official capacity), John Doe(1–10, individual capacity), J. Llamas(individual capacity), State of California Department of Motor Vehicles, J. Uhlman(individual capacity), Travis Wijnhamer(individual capacity); Party Alex Collins (individual capacity), Matthew Collins (individual capacity), County of San Bernardino (official capacity), Ferronato (individual capacity), B. Francis (individual capacity), J. Llamas (official capacity), John McMahon, J. Uhlman (official capacity), Travis Wijnhamer (individual capacity), Edmund Gerald Brown, Jr (individual capacity) and California Victim Compensation and Government Board Claims terminated amending Amended Complaint, 21 , filed by Plaintiff Barbara E. Brown(sbou) (Entered: 02/19/2019) |

| Date | # | Description |
|---|---|---|
| 02/13/2019 | 27 | CERTIFICATE of Interested Parties filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 02/19/2019) |
| 02/13/2019 | 28 | 21 DAY Summons Issued re Amended Complaint, 26 as to All Defendants. (sbou) (Entered: 02/19/2019) |
| 02/19/2019 | 29 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 19−55205 assigned to Notice of Appeal to 9th Circuit Court of Appeals 25 as to Plaintiff Barbara E. Brown. (sbou) (Entered: 02/21/2019) |
| 02/25/2019 | 30 | ORDER RE THIRD AMENDED COMPLAINT by Judge Cormac J. Carney. Plaintiff's official capacity claim against Defendant(s) and the claim against the DMV are dismissed without leave to amend and with prejudice. However, the Court otherwise will grant Plaintiff one further opportunity to file an amended pleading. If Plaintiff still wishes to pursue this action, she is granted 30 days from the date of this Order within which to file a Fourth Amended Complaint. Any Fourth Amended Complaint shall be complete in itself and shall not refer in any manner to any prior Complaint. Plaintiff may not add any new defendants without leave of court. Any Fourth Amended Complaint must comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure and must heed the directives given in this Order and in the Court's prior orders. Plaintiff may not allege claims which the Court previously has dismissed without leave to amend. Failure to file timely a Fourth Amended Complaint in conformity with the Court's orders which states a clear, non−conclusory claim for relief may result in the dismissal of this action. (sp) (Entered: 02/26/2019) |
| 03/22/2019 | 31 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 25 filed by Barbara E. Brown. CCA # 19−55205. (sbou) (Entered: 03/25/2019) |
| 03/25/2019 | 32 | EX PARTE APPLICATION to Disqualify Judge Cormac Carney filed by Plaintiff Barbara E. Brown. (sp) (Entered: 03/25/2019) |
| 03/25/2019 | 33 | REFERRAL OF MOTION to Disqualify Judge Cormac J. Carney has been filed. Pursuant to GO 19−03 and Local Rule 72−5 EX PARTE APPLICATION to Disqualify Judge Cormac Carney 32 is referred to Judge Josephine L. Staton for determination. (rn) (Entered: 03/25/2019) |
| 03/27/2019 | 34 | MINUTES (In Chambers) ORDER DENYING Plaintiff's Ex Parte Application to Disqualify Judicial Officer (Doc. 32 ) by Judge Josephine L. Staton: Plaintiff's Application seeks disqualification based solely on Judge Carney's rulings against her. This is not a basis for disqualification. Therefore, the Court DENIES Plaintiffs' motion to disqualify Judge Carney. (jp) (Entered: 03/27/2019) |
| 03/27/2019 | 35 | FOURTH AMENDED COMPLAINT against Defendants T. Blasi(individual capacity), Club Towing, Alex Collins(individual capacity), Ferronato(individual capacity), B. Francis(individual capacity), J. Llamas(individual capacity), J. Uhlman(individual capacity), Travis Wijnhamer(individual capacity); Party John Doe (1−10, official capacity), John Doe (1−10, individual capacity), Christian Benson (Code Enforcement Officer, individual capacity) and Matthew Collins (individual capacity) terminated amending Amended Complaint, 26 , filed by Plaintiff Barbara E. Brown.(sbou) (Entered: 04/01/2019) |
| 04/08/2019 | 36 | ORDER Re Fourth Amended Complaint by Judge Cormac J. Carney. With the sole exception of the Fourth Amendment claim against Defendant Alex Collins alleging that Collins broke Plaintiff's screen door and twisted her arm, the Fourth Amended Complaint and the action are dismissed without leave to amend and with prejudice. (sp) (Entered: 04/08/2019) |
| 04/10/2019 | 37 | ORDER Directing Service of Process by the U.S. Marshal by Magistrate Judge Charles F. Eick. (sp) (Entered: 04/10/2019) |
| 04/10/2019 | 38 | 21 DAY Summons Issued re Amended Complaint,, 35 as to Alex Collins(individual capacity). (sp) (Entered: 04/10/2019) |
| 04/15/2019 | 39 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 25 , CCA # 19−55205. The judgment of this Court, entered March 22, 2019, takes effect this date. This constitutes the formal mandate of this Court |

| | | |
|---|---|---|
| | | issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. [See USCA Order 31 , DISMISSED.] (mat) (Entered: 04/16/2019) |
| 04/16/2019 | 40 | EX PARTE APPLICATION for Renewed Request for Disqualification of Judge Cormac Carney filed by Plaintiff Barbara E. Brown. (Attachments: # 1 Proposed Order) (sp) (Entered: 04/19/2019) |
| 04/19/2019 | 41 | REFERRAL OF MOTION to Disqualify Judge Cormac J. Carney has been filed. Pursuant to GO 19−03 and Local Rule 72−5 EX PARTE APPLICATION to Disqualify Judge Cormac Carney 40 is referred to Judge Josephine L. Staton for determination. (rn) (Entered: 04/19/2019) |
| 04/23/2019 | 42 | MINUTES (In Chambers) ORDER DENYING Plaintiff's Renewed Ex Parte Application to Disqualify Judicial Officer (Doc. 40 ) by Judge Josephine L. Staton: Plaintiff's Application seeks disqualification based solely on Judge Carney's (and Magistrate Judge Eick's) rulings against her. This is not a basis for disqualification. Therefore, the Court DENIES Plaintiffs' Renewed Ex Parte Application to disqualify Judge Carney. (jp) (Entered: 04/24/2019) |
| 05/10/2019 | 43 | PROCESS RECEIPT AND RETURN (USM−285) of summons and Amended Complaint,, 35 upon Alex Collins(individual capacity) served on 4/30/2019, answer due 5/21/2019, Remarks: FWD B12, 25 Miles. (sbou) (Entered: 05/13/2019) |
| 05/10/2019 | 44 | ORIGINAL SUMMONS RETURNED filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 05/13/2019) |
| 05/21/2019 | 45 | NOTICE OF MOTION AND MOTION to Dismiss Case *Plaintiff's Fourth Amended Complaint* filed by Defendant Alex Collins(official capacity), Alex Collins(individual capacity). Motion set for hearing on 6/24/2019 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Declaration of Blakney A. Boggs, # 2 Exhibit A, # 3 Proposed Order) (Attorney Blakney Ann Boggs added to party Alex Collins(pty:dft), Attorney Blakney Ann Boggs added to party Alex Collins(pty:dft)) (Boggs, Blakney) (Entered: 05/21/2019) |
| 05/21/2019 | 46 | PROOF OF SERVICE filed by Defendant Alex Collins(official capacity), Alex Collins(individual capacity), re NOTICE OF MOTION AND MOTION to Dismiss Case *Plaintiff's Fourth Amended Complaint* 45 served on May 21, 2019. (Boggs, Blakney) (Entered: 05/21/2019) |
| 05/21/2019 | 47 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick: re: MOTION to Dismiss 45 . The Court is in receipt of the "Defendant Alex Collins' Motion to Dismiss, etc.", filed 5/21/19. The previously noticed 6/24/19 hearing date is vacated. Plaintiff shall file opposition to the Motion within 30 days of the date of this Order. At that time, the Court will take the Motion under submission without oral argument, unless the Court otherwise orders. Failure to timely file opposition to the Motion may result in the dismissal of this action. (sp) (Entered: 05/21/2019) |
| 05/23/2019 | 48 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Barbara E. Brown. Appeal of Order on Motion to Disqualify Judge, 42 Filed On: 4/23/19; Entered On: 4/24/19; In forma pauperis was granted on 7/6/18, see item 5. (Attachments: # 1 Motion for Appointment of Counsel) (mat) (Entered: 05/24/2019) |
| 05/23/2019 | 49 | REPRESENTATION STATEMENT re Notice of Appeal to 9th Circuit Court of Appeals, 48 . (mat) (Entered: 05/24/2019) |
| 05/23/2019 | 50 | NOTICE OF APPEAL to the 9th CCA filed by plaintiff Barbara E. Brown. Appeal of Order on Motion to Disqualify Judge, 42 Filed On: 4/23/2019; Entered On: 4/24/2019; In Forma Pauperis Granted see item 5. (car) (Additional attachment(s) added on 6/7/2019: # 1 Motion for Appointment of Counsel) (car). (Entered: 05/28/2019) |
| 05/23/2019 | 52 | REPRESENTATION STATEMENT re Notice of Appeal to 9th Circuit Court of Appeals, 50 . (car) (Entered: 06/07/2019) |
| 05/28/2019 | 51 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 19−55607 assigned to Notice of Appeal to 9th Circuit Court of Appeals, 48 as to Plaintiff Barbara E. Brown. (iv) (Entered: 05/29/2019) |

| Date | # | Description |
|---|---|---|
| 06/07/2019 | 53 | NOTICE OF CLERICAL ERROR: Due to clerical error the Motion for Appointment of Counsel and the Representation Statement were not previously docketed Re: Notice of Appeal to 9th Circuit Court of Appeals, 50 . The motion for appointment of counsel is now attached to the notice of appeal and the Representation statement is now on the docket see item 52. The 9th CCA has been notified. (car) (Entered: 06/07/2019) |
| 06/20/2019 | 54 | OPPOSITION to: NOTICE OF MOTION AND MOTION to Dismiss Case *Plaintiff's Fourth Amended Complaint* 45 filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 06/24/2019) |
| 06/28/2019 | 55 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 48 filed by Barbara E. Brown. CCA # 19−55607. This appeal is dismissed for lack of jurisdiction. (sbou) (Entered: 07/03/2019) |
| 07/10/2019 | 57 | ORDER Denying Defendant Alex Collins' Motion to Dismiss Fourth Amended Complaint by Judge Cormac J. Carney. Defendant Alex Collins' Motion to Dismiss is denied. Defendant shall file an Answer within 21 days of the date of this Order. (sp) (Entered: 07/15/2019) |
| 07/12/2019 | 56 | REPLY support NOTICE OF MOTION AND MOTION to Dismiss Case *Plaintiff's Fourth Amended Complaint* 45 filed by Defendant Alex Collins. (Boggs, Blakney) (Entered: 07/12/2019) |
| 07/22/2019 | 58 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 48 CCA # 19−55607. The judgment of this Court, entered June 28, 2019, takes effect this date. This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. [See USCA Order 55 DISMISSED.] (mat) (Entered: 07/24/2019) |
| 07/31/2019 | 59 | ANSWER to Amended Complaint,, 35 filed by Defendant Alex Collins(official capacity), Alex Collins(individual capacity).(Boggs, Blakney) (Entered: 07/31/2019) |
| 08/01/2019 | 60 | ORDER Re Discovery Cut−Off Date and Dates for Filing Motions by Magistrate Judge Charles F. Eick. The Court has established 12/6/19, as the cut−off date for discovery in this action. All discovery is to be completed on, or prior to, the cut−off date. The Court has established 1/3/20, as the deadline for filing summary judgment motions. The Court has also established 1/3/20, as the deadline for joining additional parties. (See document for further details.) (sp) (Entered: 08/01/2019) |
| 08/07/2019 | 61 | EX PARTE APPLICATION to Clarification Order, 60 filed by Defendant Alex Collins(official capacity), Alex Collins(individual capacity). (Boggs, Blakney) (Entered: 08/07/2019) |
| 08/07/2019 | 62 | MINUTES (IN CHAMBERS) by Magistrate Judge Charles F. Eick. The Court is in receipt of the "Defendant Alex Collin's Ex Parte Application re Clarification of Order ECF 60," filed 8/7/19. The date error on line 26, page 2 of the "Order re Discovery Cut−Off Date and Dates for Filing Motions," filed 8/1/19, is corrected to read "January 3, 2020." All other provisions of the 8/1/19 Order remain in force. The Court regrets any confusion or inconvenience resulting from the date error in the 8/1/19 Order. (sp) (Entered: 08/07/2019) |
| 01/03/2020 | 63 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Entire Complaint filed by Defendant Alex Collins(individual capacity). Motion set for hearing on 2/7/2020 at 09:30 AM before Magistrate Judge Charles F. Eick. (Attachments: # 1 Declaration Brian Francis, # 2 Exhibit, # 3 Declaration Blakney Boggs, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Declaration James Considine, # 10 Exhibit, # 11 Exhibit, # 12 Declaration Alex Collins, # 13 Declaration Michael Lee, # 14 Proposed Order Proposed Judgment) (Boggs, Blakney) (Entered: 01/03/2020) |
| 01/03/2020 | 64 | NOTICE OF LODGING filed re NOTICE OF MOTION AND MOTION for Summary Judgment as to Entire Complaint 63 (Attachments: # 1 Separate Statement)(Boggs, Blakney) (Entered: 01/03/2020) |
| 01/06/2020 | 65 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Charles F. Eick: re: MOTION for Summary Judgment 63 . The Court is in receipt of "Defendant Alex Collins' Motion for Summary Judgment, etc.," filed 1/3/20. The previously noticed 2/7/20 hearing date is vacated. NOTICE TO PLAINTIFF. Plaintiff's opposition to the |

| | | |
|---|---|---|
| | | motion for summary judgment must be filed within 30 days of the date of this order. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. Failure to file timely opposition may result in dismissal of the action for failure to prosecute. (sp) (Entered: 01/06/2020) |
| 02/04/2020 | 66 | EX PARTE APPLICATION for Appointment of Counsel filed by Plaintiff Barbara E. Brown. (Attachments: # 1 Lodged Proposed Order) (sbou) (Entered: 02/06/2020) |
| 02/04/2020 | 67 | OPPOSITION to: NOTICE OF MOTION AND MOTION for Summary Judgment as to Entire Complaint 63 filed by Plaintiff Barbara E. Brown. (Attachments: # 1 Lodged Proposed Order)(sbou) (Entered: 02/06/2020) |
| 02/04/2020 | 68 | DECLARATION in Support of EX PARTE APPLICATION for Appointment of Counsel 66 filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 02/06/2020) |
| 02/04/2020 | 69 | MEMORANDUM in Support of EX PARTE APPLICATION for Appointment of Counsel 66 filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 02/06/2020) |
| 02/04/2020 | 70 | PROOF OF SERVICE filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 02/06/2020) |
| 02/04/2020 | 71 | DECLARATION in Support of Opposition (Motion related) 67 filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 02/06/2020) |
| 02/04/2020 | 72 | PROOF OF SERVICE filed by Plaintiff Barbara E. Brown. (sbou) (Entered: 02/06/2020) |
| 02/25/2020 | 73 | MINUTES (IN CHAMBERS) by Magistrate Judge Charles F. Eick: denying 66 . Plaintiff's "Ex Parte Application for Appointment of Counsel," filed 2/4/20, is denied. (sp) (Entered: 02/25/2020) |
| 02/27/2020 | 74 | ORDER Granting Defendant Alex Collins' Motion for Summary Judgment by Judge Cormac J. Carney. Defendant Alex Collins' Motion for Summary Judgment is granted. (sp) (Entered: 02/28/2020) |
| 02/27/2020 | 75 | JUDGMENT by Judge Cormac J. Carney. Pursuant to the "Order Re Complaint," filed 7/23/18, the "Order Re Second Amended Complaint," filed 1/14/19, the "Order Re Third Amended Complaint," filed 2/25/19, the "Order re Fourth Amended Complaint," filed 4/8/19, and the "Order Granting Defendant Alex Collins' Motion for Summary Judgment," filed concurrently herewith, it is adjudged that the action is dismissed with prejudice. (MD JS−6, Case Terminated). (sp) (Entered: 02/28/2020) |
| 03/25/2020 | 76 | NOTICE OF APPEAL to the 9th CCA filed by plaintiff Barbara E. Brown. Appeal of Judgment, 75 Filed On: 2/27/20; Entered On: 2/28/20; In forma pauperis was granted 7/6/18 see document 5. (mat) (Entered: 03/30/2020) |
| 03/25/2020 | 77 | PROOF OF SERVICE filed by plaintiff Barbara E. Brown, re Notice of Appeal to 9th Circuit Court of Appeals 76 served on 3/24/20. (mat) (Entered: 03/30/2020) |
| 04/02/2020 | 78 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 20−55350 assigned to Notice of Appeal to 9th Circuit Court of Appeals 76 as to plaintiff Barbara E. Brown. (mat) (Entered: 04/03/2020) |
| 05/22/2020 | 79 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals 76 filed by Barbara E. Brown. CCA # 20−55350. A review of the district court docket reflects that the district court granted appellant leave to proceed in forma pauperis and that such permission has not been revoked. Accordingly, appellants in forma pauperis status continues in this court. See Fed. R. App. P. 24(a)(3). Appellants motion to proceed in forma pauperis on appeal (Docket Entry No. 3) is therefore unnecessary. [See document for further details] (car) (Entered: 05/22/2020) |