# EXHIBIT C15

ADRMOP,REFSET–KAW

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:18–cv–07826–EMC

Brown v. State of California et al
Assigned to: Judge Edward M. Chen
Referred to: Magistrate Judge Kandis A. Westmore (Settlement)
Demand: $5,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 12/28/2018
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

| **Alice Brown** | represented by | **Stephen Healy** |
|---|---|---|

Law Office of Stephen Healy
PMB 332
1390 N. McDowell Blvd., Suite G
Petaluma, CA 94954
707–772–5496
Fax: 707–676–8648
Email: sjh@stephenhealy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| **State of California**<br>*TERMINATED: 06/13/2019* | represented by | **Michelle Dawn Magarrell** |
|---|---|---|

California Attorney General
Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102–7004
(415) 510–4430
Fax: (415) 703–5898
Email: Michelle.Magarrell@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Stephen James Rogoyski**
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave
San Francisco, CA 94102
415–510–3852
Email: Robert.Rogoyski@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| **Governor Edmund G. Brown, Jr.**<br>*TERMINATED: 10/08/2019* | represented by | **Michelle Dawn Magarrell** |
|---|---|---|

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Stephen James Rogoyski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| **County of Del Norte**<br>*TERMINATED: 08/27/2019* | represented by | **Michelle Dawn Magarrell** |
|---|---|---|

(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Kloeppel**
The Mitchell Law Firm, LLP.
426 First Street
P.O. Drawer 1008
Eureka, CA 95502
707–443–5643
Fax: 707–444–9586
Email: nkloeppel@mitchelllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Crescent City**                    represented by    **John Patrick Kelley**
Morgan & Kelley
499 Hemsted Drive, Suite B
Redding, CA 96002
(530) 221–8150
Fax: (530) 221–7963
Email: john@reddinglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Dawn Magarrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crescent City Manager Eric Wier**          represented by    **John Patrick Kelley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Dawn Magarrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crescent City Police Department**          represented by    **John Patrick Kelley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Dawn Magarrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Police Officer Ethan Miller**              represented by    **John Patrick Kelley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Dawn Magarrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief of Police Ivan Minsal**                represented by **John Patrick Kelley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Dawn Magarrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Governor of State of California**                represented by **Robert Stephen James Rogoyski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2018 | 1 | COMPLAINT against Governor Edmund G. Brown, Jr, City of Crescent City, County of Del Norte, Crescent City Manager Eric Wier, Crescent City Police Department, Police Officer Ethan Miller, Chief of Police Ivan Minsal, State of California. Filed byAlice Brown. Consent/Declination due by 1/11/2019. (Attachments: # 1 Civil Cover Sheet)(msrS, COURT STAFF) (Filed on 12/28/2018) (Entered: 01/02/2019) |
| 12/28/2018 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Alice Brown. (msrS, COURT STAFF) (Filed on 12/28/2018) (Entered: 01/02/2019) |
| 12/28/2018 | 3 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 3/26/2019. Initial Case Management Conference set for 4/2/2019 02:00 PM in McKinleyville. Parties may participate in the Initial Case Management Conference by telephone and should contact Judge Illman's courtroom deputy for instructions. (msrS, COURT STAFF) (Filed on 1/2/2019) (Entered: 01/03/2019)** |
| 01/02/2019 | 4 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Alice Brown.. (msrS, COURT STAFF) (Filed on 1/2/2019) (Entered: 01/03/2019) |
| 01/08/2019 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (glmS, COURT STAFF) (Filed on 1/8/2019) (Entered: 01/08/2019) |
| 01/09/2019 | 6 | **ORDER, Case reassigned to Judge Edward M. Chen. Magistrate Judge Robert M. Illman no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras Executive Committee on 1/9/19. (Attachments: # 1 Notice of Eligibility for Video Recording)(haS, COURT STAFF) (Filed on 1/9/2019) (Entered: 01/09/2019)** |
| 01/11/2019 | 7 | **ORDER by Judge Edward M. Chen Granting 2 Plaintiff's Application to Proceed In Forma Pauperis. (Attachments: # 1 Certificate/Proof of Service)(emcsec, COURT STAFF) (Filed on 1/11/2019) (Entered: 01/11/2019)** |
| 01/15/2019 | 8 | Summons Issued as to Edmund G. Brown, Jr, City of Crescent City, County of Del Norte, Crescent City Police Department, Ethan Miller, Ivan Minsal, State of California. (Attachments: # 1 USM 285 forms)(slhS, COURT STAFF) (Filed on 1/15/2019) (Entered: 01/15/2019) |
| 01/15/2019 |  | Service packet delivered to the U.S. Marshals Post Box in the Clerks Office mailroom. (slhS, COURT STAFF) (Filed on 1/15/2019) (Entered: 01/15/2019) |
| 01/16/2019 | 9 | Acknowledgment of Receipt by U.S. Marshal re 8 Summons Issued (slhS, COURT STAFF) (Filed on 1/16/2019) (Entered: 01/17/2019) |
| 01/22/2019 | 10 | **CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASE: Initial Case Management Conference set for 3/14/2019 09:30 AM in San Francisco, Courtroom 05, 17th Floor. Joint Case Management Statement due by 3/7/2019.** |

| | | |
|---|---|---|
| | | **Signed by Judge Edward M. Chen on 1/22/2019. (Attachments: # 1 Certificate/Proof of Service)(afmS, COURT STAFF) (Filed on 1/22/2019) (Entered: 01/22/2019)** |
| 02/06/2019 | 11 | Ex Parte Application for Exemption from Pacer Fees filed by Alice Brown. (Attachments: # 1 Declaration, # 2 Proposed Order)(slhS, COURT STAFF) (Filed on 2/6/2019) (Entered: 02/07/2019) |
| 02/11/2019 | 12 | **Order by Judge Edward M. Chen granting 11 Ex Parte Application for Exemption from Pacer Fees. Extended for 12 months. (Attachments: # 1 Certificate/Proof of Service)(afmS, COURT STAFF) (Filed on 2/11/2019) (Entered: 02/11/2019)** |
| 02/11/2019 | 13 | *Defendants* ANSWER to Complaint with Jury Demand byCity of Crescent City, Crescent City Manager Eric Wier, Crescent City Police Department, Ethan Miller, Ivan Minsal. (Kelley, John) (Filed on 2/11/2019) (Entered: 02/11/2019) |
| 02/11/2019 | 14 | CERTIFICATE OF SERVICE by City of Crescent City, Crescent City Manager Eric Wier, Crescent City Police Department, Ethan Miller, Ivan Minsal re 13 Answer to Complaint (Kelley, John) (Filed on 2/11/2019) (Entered: 02/11/2019) |
| 02/19/2019 | 15 | NOTICE of Appearance by Robert Stephen James Rogoyski (Attachments: # 1 Certificate/Proof of Service)(Rogoyski, Robert) (Filed on 2/19/2019) (Entered: 02/19/2019) |
| 02/19/2019 | 16 | MOTION to Dismiss filed by State of California. Responses due by 3/5/2019. Replies due by 3/12/2019. (Attachments: # 1 Certificate/Proof of Service)(Rogoyski, Robert) (Filed on 2/19/2019) Modified on 2/21/2019 (slhS, COURT STAFF). (Entered: 02/19/2019) |
| 02/19/2019 | 17 | Amended CERTIFICATE OF SERVICE by State of California re 15 Notice of Appearance (Rogoyski, Robert) (Filed on 2/19/2019) Modified on 2/21/2019 (slhS, COURT STAFF). (Entered: 02/19/2019) |
| 02/20/2019 | 18 | **CLERK'S NOTICE: Motion Hearing re: 16 MOTION to Dismiss set for 4/18/2019 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 3/5/2019. Replies due by 3/12/2019. (Attachments: # 1 Certificate/Proof of Service) (afmS, COURT STAFF) (Filed on 2/20/2019) (Entered: 02/20/2019)** |
| 02/21/2019 | 19 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *by County of Del Norte* (Kloeppel, Nicholas) (Filed on 2/21/2019) (Entered: 02/21/2019) |
| 02/21/2019 | 20 | REQUEST for ADR Phone Conference *by County of Del Norte* (Kloeppel, Nicholas) (Filed on 2/21/2019) (Entered: 02/21/2019) |
| 02/21/2019 | 21 | ADR Clerk's Notice Setting ADR Phone Conference on 3/4/19 at 4 P.M.. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (Attachments: # 1 Certificate/Proof of Service)(ec, COURT STAFF) (Filed on 2/21/2019) (Entered: 02/21/2019) |
| 02/21/2019 | 22 | REQUEST for ADR Phone Conference (Kelley, John) (Filed on 2/21/2019) (Entered: 02/21/2019) |
| 02/21/2019 | 23 | MOTION to Appear at Case Management Conference by Telephone filed by Alice Brown. (slhS, COURT STAFF) (Filed on 2/21/2019) (Entered: 02/22/2019) |
| 02/27/2019 | 24 | **CLERK'S NOTICE: Initial Case Management Conference rescheduled from 3/14/2019 to 4/18/2019 at 01:30 PM in San Francisco, Courtroom 05, 17th Floor. Joint Case Management Statement due by 4/11/2019. (Attachments: # 1 Certificate/Proof of Service) (afmS, COURT STAFF) (Filed on 2/27/2019) (Entered: 02/27/2019)** |
| 03/04/2019 | 28 | SUMMONS Returned Executed by Alice Brown. Edmund G. Brown, Jr served on 2/22/2019, answer due 3/15/2019; City of Crescent City served on 2/14/2019, answer due 3/7/2019; County of Del Norte served on 2/14/2019, answer due 3/7/2019; Crescent City Manager Eric Wier served on 2/14/2019, answer due 3/7/2019; Crescent City Police Department served on 2/14/2019, answer due 3/7/2019; Ethan Miller served on 2/14/2019, answer due 3/7/2019; Ivan Minsal served on 2/14/2019, answer due 3/7/2019; State of California served on 2/22/2019, answer due 3/15/2019. (slhS, COURT STAFF) (Filed on 3/4/2019) (Entered: 03/06/2019) |

| 03/04/2019 | 29 | OPPOSITION/RESPONSE (re 16 MOTION to Dismiss) filed by Alice Brown. (slhS, COURT STAFF) (Filed on 3/4/2019) (Entered: 03/06/2019) |
|---|---|---|
| 03/05/2019 | 25 | MOTION to Dismiss filed by County of Del Norte. Motion Hearing set for 4/18/2019 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 3/19/2019. Replies due by 3/26/2019. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Kloeppel, Nicholas) (Filed on 3/5/2019) (Entered: 03/05/2019) |
| 03/05/2019 | 26 | CERTIFICATE OF SERVICE by County of Del Norte re 25 MOTION to Dismiss (Kloeppel, Nicholas) (Filed on 3/5/2019) (Entered: 03/05/2019) |
| 03/06/2019 | 27 | ADR Remark: ADR Phone Conference held on 3/4/2019 by Howard Herman (ec, COURT STAFF) (Filed on 3/6/2019) *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (Entered: 03/06/2019) |
| 03/06/2019 | 30 | REPLY (re 16 MOTION to Dismiss ) filed byState of California. (Attachments: # 1 Certificate/Proof of Service)(Rogoyski, Robert) (Filed on 3/6/2019) (Entered: 03/06/2019) |
| 03/13/2019 | 31 | NOTICE of Appearance by Robert Stephen James Rogoyski (Attachments: # 1 Certificate/Proof of Service)(Rogoyski, Robert) (Filed on 3/13/2019) (Entered: 03/13/2019) |
| 03/13/2019 | 32 | MOTION to Dismiss filed by Governor of State of California. Motion Hearing set for 4/18/2019 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 3/27/2019. Replies due by 4/3/2019. (Attachments: # 1 Certificate/Proof of Service)(Rogoyski, Robert) (Filed on 3/13/2019) (Entered: 03/13/2019) |
| 03/18/2019 | 33 | OPPOSITION/RESPONSE (re 25 MOTION to Dismiss ) filed by Alice Brown. (slhS, COURT STAFF) (Filed on 3/18/2019) (Entered: 03/19/2019) |
| 03/20/2019 | 34 | **CLERK'S NOTICE: Hearings on motions 16 25 32 and initial case management conference are VACATED. Motions to be decided on the papers. Initial case management conference to be reset by the Court at a later date. (Attachments: # 1 Certificate/Proof of Service) (afmS, COURT STAFF) (Filed on 3/20/2019) (Entered: 03/20/2019)** |
| 03/25/2019 | 37 | MOTION to Strike Defendant's 12(b) Motions filed by Alice Brown. Responses due by 4/8/2019. Replies due by 4/15/2019. (slhS, COURT STAFF) (Filed on 3/25/2019) (Entered: 03/26/2019) |
| 03/26/2019 | 35 | REPLY in Support (re 25 MOTION to Dismiss ) filed by County of Del Norte. (Attachments: # 1 Certificate/Proof of Service)(Kloeppel, Nicholas) (Filed on 3/26/2019) (Entered: 03/26/2019) |
| 03/26/2019 | 36 | NOTICE by Governor of State of California, State of California *Proof of Service of Additional Courtesy Copies* (Rogoyski, Robert) (Filed on 3/26/2019) (Entered: 03/26/2019) |
| 03/28/2019 | 38 | Ex Parte Application to Impose Sanctions and Criminal Penalties filed by Alice Brown. (slhS, COURT STAFF) (Filed on 3/28/2019) (Entered: 04/02/2019) |
| 04/05/2019 | 39 | Supplement to 38 Ex Parte Application to Impose Sanctions and Criminal Penalties filed by Alice Brown. (Related document(s) 38 ) (slhS, COURT STAFF) (Filed on 4/5/2019) (Entered: 04/05/2019) |
| 04/08/2019 | 40 | OPPOSITION/RESPONSE (re 38 Ex Parte Application to Impose Sanctions and Criminal Penalties, 37 MOTION to Strike ) filed byEdmund G. Brown, Jr, State of California. (Attachments: # 1 Declaration, # 2 Certificate/Proof of Service)(Rogoyski, Robert) (Filed on 4/8/2019) (Entered: 04/08/2019) |
| 04/15/2019 | 41 | REPLY BRIEF in Support (re 38 Ex Parte Application to Impose Sanctions and Criminal Penalties, 37 MOTION to Strike Defendant's 12(b) Motions) filed by Alice Brown. (slhS, COURT STAFF) (Filed on 4/15/2019) (Entered: 04/15/2019) |
| 06/13/2019 | 42 | **ORDER by Judge Edward M. Chen (1) Denying 37 38 Plaintiff's Motion to Strike and Motion for Sanctions; (2) Granting 16 State Defendant's Motion to Dismiss; (3) Granting 32 Governor Defendant's Motion to Dismiss; and (4) Granting 25 County** |

| | | |
|---|---|---|
| | | **Defendant's Motion to Dismiss. Amended Complaint due by 7/15/2019. (Attachments: # 1 Certificate/Proof of Service)(emcsec, COURT STAFF) (Filed on 6/13/2019) (Entered: 06/13/2019)** |
| 07/31/2019 | 43 | **CLERK'S NOTICE: Initial Case Management Conference set for 10/10/2019 09:30 AM in San Francisco, Courtroom 05, 17th Floor. Joint Case Management Statement due by 10/3/2019. (Attachments: # 1 Certificate/Proof of Service) (afmS, COURT STAFF) (Filed on 7/31/2019) (Entered: 07/31/2019)** |
| 08/22/2019 | 44 | ADMINISTRATIVE MOTION Dismissal After Order re 42 Order on Motion to Strike,, Order on Ex Parte Application,, Order on Motion to Dismiss,,,,, filed by County of Del Norte. Responses due by 8/26/2019. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service)(Kloeppel, Nicholas) (Filed on 8/22/2019) (Entered: 08/22/2019) |
| 08/26/2019 | 45 | **Order by Judge Edward M. Chen granting 44 Administrative Motion Dismissing County of Del Norte with Prejudice.**<br><br>The deputy clerk hereby certifies that on 08/26/2019, a copy of this order was served by sending it via first–class mail to the address of each non–CM/ECF user listed on the Notice of Electronic Filing. (tmiS, COURT STAFF) (Filed on 8/26/2019) (Entered: 08/26/2019) |
| 10/02/2019 | 46 | CASE MANAGEMENT STATEMENT *Joint* filed by City of Crescent City, Crescent City Manager Eric Wier, Crescent City Police Department, Ethan Miller. (Kelley, John) (Filed on 10/2/2019) (Entered: 10/02/2019) |
| 10/02/2019 | 47 | Proposed Order re 46 Case Management Statement *Appearance by Phone* by City of Crescent City, Crescent City Manager Eric Wier, Crescent City Police Department, Ethan Miller. (Kelley, John) (Filed on 10/2/2019) (Entered: 10/02/2019) |
| 10/03/2019 | 48 | Renewed REQUEST to Appear by Telephone and Proposed Order by Alice Brown. (slhS, COURT STAFF) (Filed on 10/3/2019) (Entered: 10/04/2019) |
| 10/04/2019 | 49 | **CLERK'S NOTICE: Initial Case Management Conference set for 10/10/2019 is rescheduled and converted to Telephonic Initial Case Management Conference for 10/8/2019 09:30 AM in San Francisco, Courtroom 05, 17th Floor. Parties shall make arrangements to appear through Court Call. (Attachments: # 1 Certificate/Proof of Service) (afmS, COURT STAFF) (Filed on 10/4/2019) (Entered: 10/04/2019)** |
| 10/08/2019 | 50 | **Minute Entry for proceedings held before Judge Edward M. Chen:**<br><br>**Initial Case Management Conference held on 10/8/2019, CASE REFERRED to Magistrate Judge (SF or Oak MJs only) for Settlement Conference. Edmund G. Brown, Jr terminated. Joint Case Management Statement due by 2/27/2020. Telephonic Further Case Management Conference set for 3/5/2020 10:30 AM in San Francisco, Courtroom 05, 17th Floor.**<br><br>**Total Time in Court: 15 Minutes.**<br>**Court Reporter: Not Reported.**<br><br>**Plaintiff Pro Se: Alice Brown (Court Call).**<br>**Defendant Attorneys: John Kelley, Robert Rogoyski (Court Call).**<br><br>**Attachment: Minute Order.**<br>**(Attachments: # 1 Certificate/Proof of Service)(afmS, COURT STAFF) (Date Filed: 10/8/2019) (Entered: 10/09/2019)** |
| 10/09/2019 | | CASE REFERRED to Magistrate Judge Kandis A. Westmore for Settlement (ahm, COURT STAFF) (Filed on 10/9/2019) (Entered: 10/09/2019) |
| 10/11/2019 | 51 | **Clerk's Notice Setting Settlement Conference before Magistrate Judge Kandis A. Westmore. Settlement Conference set for 2/7/2020 12:00 PM. Settlement Conference statements due by 1/28/2020. (Attachments: # 1 Standing Order, # 2 Certificate/Proof of Service)(dtmS, COURT STAFF) (Filed on 10/11/2019) (Entered: 10/11/2019)** |

| 01/02/2020 | 52 | NOTICE of Change of Address by John Patrick Kelley (Kelley, John) (Filed on 1/2/2020) (Entered: 01/02/2020) |
|---|---|---|
| 01/28/2020 | 53 | ADMINISTRATIVE MOTION and Proposed Order to Reschedule hearing on Settlement Conference filed by Alice Brown. Responses due by 2/3/2020. (Attachments: # 1 Envelope)(ajsS, COURT STAFF) (Filed on 1/28/2020) (Entered: 01/28/2020) |
| 01/28/2020 | 54 | MOTION to Appoint Counsel filed by Alice Brown. (fabS, COURT STAFF) (Filed on 1/28/2020) (Entered: 01/29/2020) |
| 01/28/2020 | 55 | ADMINISTRATIVE MOTION and [PROPOSED] ORDER to reschedule settlement conference filed by Alice Brown. (fabS, COURT STAFF) (Filed on 1/28/2020) (Entered: 01/29/2020) |
| 02/03/2020 | 56 | **CLERK'S NOTICE: Due to unavailability of the Court, Telephonic Further Case Management Conference set for 3/5/2020 is vacated and rescheduled for 3/6/2020 10:30 AM in San Francisco, Courtroom 05, 17th Floor. Joint Case Management Statement due by 2/28/2020. Parties shall make arrangements to appear via Court Call. (Attachments: # 1 Certificate/Proof of Service) (afmS, COURT STAFF) (Filed on 2/3/2020) Modified on 2/3/2020 (afmS, COURT STAFF). (Entered: 02/03/2020)** |
| 02/03/2020 | 57 | ADMINISTRATIVE MOTION and [PROPOSED] ORDER to Extend the Settlement Conference Deadline filed by Alice Brown. (Attachments: # 1 Envelope)(fabS, COURT STAFF) (Filed on 2/3/2020) (Entered: 02/04/2020) |
| 02/03/2020 | 58 | ADMINISTRATIVE MOTION and [PROPOSED] ORDER to Appear by Telephone filed by Alice Brown. (fabS, COURT STAFF) (Filed on 2/3/2020) (Entered: 02/04/2020) |
| 02/05/2020 | 59 | **Order as Modified by Judge Edward M. Chen granting 57 Motion for Extension of Time to File. Settlement Conference set for 2/7/2020 is vacated. Magistrate Judge Westmore will reschedule at her convenience. Settlement Conference deadline has been extended 90 days. (Attachments: # 1 Certificate/Proof of Service)(afmS, COURT STAFF) (Filed on 2/5/2020) (Entered: 02/05/2020)** |
| 02/06/2020 | 60 | CLERK'S NOTICE SETTING SETTLMENT CONFERENCE before Judge Kandis A. Westmore. Settlement Conference set for 5/8/2020 at 11:00 AM. Settlement conference statements due by 4/28/2020 (Attachments: # 1 Certificate/Proof of Service) (kcS, COURT STAFF) (Filed on 2/6/2020) (Entered: 02/06/2020) |
| 03/02/2020 | 61 | JOINT CASE MANAGEMENT STATEMENT filed by City of Crescent City. (Kelley, John) (Filed on 3/2/2020) (Entered: 03/02/2020) |
| 03/02/2020 | 62 | **CLERK'S NOTICE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE: Pursuant to request in 61 Further Case Management Conference set for 3/6/2020 is vacated and rescheduled for 5/21/2020 10:30 AM in San Francisco, Courtroom 05, 17th Floor. Joint Case Management Statement due by 5/14/2020. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (afmS, COURT STAFF) (Filed on 3/2/2020) (Entered: 03/02/2020)** |
| 03/04/2020 | 63 | **ORDER by Judge Edward M. Chen Denying 54 Plaintiff's Motion for Appointment of Counsel. (Attachments: # 1 Certificate/Proof of Service)(emcsec, COURT STAFF) (Filed on 3/4/2020) (Entered: 03/04/2020)** |
| 03/05/2020 | 64 | CLERK'S NOTICE SETTING TELEPHONE CONFERENCE. Please note that you must be logged into an ECF account of counsel of record in order to view this document. Telephone Scheduling Conference set for 3/31/2020 03:00 PM before Magistrate Judge Kandis A. Westmore. (Attachments: # 1 Certificate/Proof of Service) (dtmS, COURT STAFF) (Filed on 3/5/2020) (Entered: 03/05/2020) |
| 03/31/2020 | 65 | **Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Telephonic Scheduling Conference held on 3/31/2020. Settlement conference statements due by 4/28/2020. Video Settlement Conference set for 5/8/2020 11:00 AM. Court Reporter: Not reported. (Attachments: # 1 Standing Order)(dtmS, COURT STAFF) (Date Filed: 3/31/2020) Modified on 4/17/2020 (dtmS, COURT STAFF). Emailed copy of document to Plaintiff at alicebrowninproper@gmail.com (Entered: 04/01/2020)** |

| 04/28/2020 | 66 | CLERK'S NOTICE. The Court will be conducting the Settlement Conference on 5/8/2020 at 11:00am via Zoom video conference. Parties/counsel are responsible for making sure that their participants are able to take part in a Zoom video conference. Parties/Counsel should ensure that their participants have downloaded the Zoom application onto a laptop or desktop with a working camera and microphone, and counsel shall do a test run with all of their participants prior to the settlement conference to eliminate all equipment–based problems. Audio–only participation is prohibited. All participants must also have access to email and a telephone throughout the settlement conference. **If parties are unable or unwilling to participate via Zoom video conference, they shall notify the courtroom deputy clerk at kawcrd@cand.uscourts.gov, forthwith**. Notice emailed to Plaintiff at alicebrowninproper@gmail.com. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (dtmS, COURT STAFF) (Filed on 4/28/2020) (Entered: 04/28/2020) |
|---|---|---|
| 05/08/2020 | 67 | **Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Settlement Conference held on 5/8/2020. Case did not settle. Court Reporter: Not reported. (dtmS, COURT STAFF) (Date Filed: 5/8/2020) (Entered: 05/08/2020)** |
| 05/14/2020 | 68 | CASE MANAGEMENT STATEMENT filed by City of Crescent City. (Kelley, John) (Filed on 5/14/2020) (Entered: 05/14/2020) |
| 05/20/2020 | 69 | **CLERK'S NOTICE REGARDING ZOOM WEBINAR INSTRUCTIONS FOR FURTHER CASE MANAGEMENT CONFERENCE SET 5/21/2020 AT 10:30 AM:**<br><br>For Zoom connection, see: https://apps.cand.uscourts.gov/telhrg/<br><br>This proceeding will be a Zoom video conferencing webinar.<br><br>All counsel, members of the public and press please click the link or use the information below to join the webinar:<br><br>https://us02web.zoom.us/j/88340495027?pwd=T1U4UXZ4bHdQKzhncEpneFlSenFwdz09<br><br>Meeting ID: 883 4049 5027<br>Password: 348573<br><br>Dial by your location<br>+1 929 205 6099 US (New York)<br>+1 253 215 8782 US<br>+1 301 715 8592 US<br>+1 312 626 6799 US (Chicago)<br>+1 346 248 7799 US (Houston)<br>+1 669 900 6833 US (San Jose)<br>Find your local number: https://zoom.us/u/ac4JkPfcjo<br><br>**For important information and guidance on technical preparation, please see https://www.cand.uscourts.gov/zoom/.**<br><br>*(This is a text–only entry gener ated by the court. There is no document associated with this entry.)* (afmS, COURT STAFF) (Filed on 5/20/2020)<br><br>**Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 05/20/2020)** |
| 05/21/2020 | 70 | **Minute Entry for proceedings held before Judge Edward M. Chen:**<br><br>**Further Case Management Conference held on 5/21/2020. Court set matter for trial on 3/15/2021 08:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Scheduling order to issue. See pdf image for further details.**<br><br>**Total Time in Court: 12 Minutes.**<br>**Court Reporter: Belle Ball.** |

| | | |
|---|---|---|
| | | **Plaintiff Pro Se: Alice Brown.**<br>**Defendant Attorney: John Kelley. Copy mailed to pro se plaintiff.**<br><br>**Attachment: Minute Order.**<br>(afmS, COURT STAFF) (Date Filed: 5/21/2020) Modified on 5/24/2020 (afmS, COURT STAFF). (Entered: 05/24/2020) |
| 05/21/2020 | 71 | **CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL ORDER: Close of Fact Discovery due by 9/10/2020. Close of Expert Discovery due by 10/22/2020. Motions due by 10/29/2020. Motion Hearing set for 12/3/2020 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Final Pretrial Conference set for 2/16/2021 02:30 PM in San Francisco, Courtroom 05, 17th Floor. Jury Selection/Jury Trial set for 3/15/2021 08:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Further Jury Trial set for 3/16/2021, 3/17/2021 08:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. See pdf image for further details. Signed by Judge Edward M. Chen on 5/21/2020. (afmS, COURT STAFF) (Filed on 5/21/2020)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 05/24/2020)** |
| 07/22/2020 | 73 | ASSOCIATION of Counsel *Notice of Substitution of Attorneys* by Edmund G. Brown, Jr, City of Crescent City, County of Del Norte, Crescent City Manager Eric Wier, Crescent City Police Department, Ethan Miller, Ivan Minsal, State of California. (Magarrell, Michelle) (Filed on 7/22/2020) (Entered: 07/22/2020) |
| 08/03/2020 | 74 | First MOTION to Substitute Attorney *Stephen Healy* filed by Alice Brown. (Healy, Stephen) (Filed on 8/3/2020) (Entered: 08/03/2020) |
| 08/03/2020 | 75 | **Order by Judge Edward M. Chen granting 74 Motion to Substitute Attorney..(afmS, COURT STAFF) (Filed on 8/3/2020) (Entered: 08/03/2020)** |
| 09/09/2020 | 76 | Joint Ex Parte Application re 68 Case Management Statement filed by Alice Brown. (Attachments: # 1 Proposed Order)(Healy, Stephen) (Filed on 9/9/2020) (Entered: 09/09/2020) |
| 09/11/2020 | 77 | **AMENDED CASE MANAGEMENT PRETRIAL ORDER FOR JURY TRIAL:Motions due by 4/15/2021. Motion Hearing set for 5/20/2021 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Close of Fact Discovery due by 2/25/2021. Close of Expert Discovery due by 4/8/2021. Status Conference set for 12/17/2020 10:30 AM in San Francisco before Judge Edward M. Chen. Final Pretrial Conference set for 8/3/2021 02:30 PM in San Francisco, Courtroom 05, 17th Floor. Jury Selection/Jury Trial set for 8/30/2021 08:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Further Jury Trial set for 8/31/2021, 9/1/2021 08:30 AM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Signed by Judge Edward M. Chen on 9/11/2020. (afmS, COURT STAFF) (Filed on 9/11/2020) (Entered: 09/11/2020)** |
| 09/14/2020 | 78 | AMENDED DOCUMENT by State of California. Amendment to 73 Association of Counsel, . (Magarrell, Michelle) (Filed on 9/14/2020) (Entered: 09/14/2020) |