# EXHIBIT C16

ADRMOP,CLOSED,ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:19−cv−04047−MMC

Brown v. Western Communications Inc. et al  
Assigned to: Judge Maxine M. Chesney  
Demand: $20,000,000  
Cause: 28:1331 Fed. Question  

Date Filed: 07/15/2019  
Date Terminated: 08/28/2019  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Alice Brown**        represented by   **Alice Brown**  
P.O. Box 60  
Crescent City, CA 95531  
707−218−6181  
PRO SE  

V.

**Defendant**

**Western Communications Inc.**

**Defendant**

**Del Norte Triplicate**

**Defendant**

**Robin Fornoff**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2019 | 1 | COMPLAINT against Del Norte Triplicate, Robin Fornoff, Western Communications Inc. (IFPP) No Process. Filed byAlice Brown. (Attachments: # 1 Civil Cover Sheet)(mclS, COURT STAFF) (Filed on 7/15/2019) (Entered: 07/16/2019) |
| 07/15/2019 | 2 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Alice Brown. (mclS, COURT STAFF) (Filed on 7/15/2019) (Entered: 07/16/2019) |
| 07/15/2019 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Alice Brown. (mclS, COURT STAFF) (Filed on 7/15/2019) (Entered: 07/16/2019) |
| 07/16/2019 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Case Management Statement due by 10/11/2019. Initial Case Management Conference set for 10/18/2019 10:30 AM. (Attachments: # 1 Notice of Eligibility for Video Recording)(mclS, COURT STAFF) (Filed on 7/16/2019) (Entered: 07/16/2019)** |
| 07/19/2019 | 5 | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; DISMISSING COMPLAINT; AFFORDING LEAVE TO AMEND.** Plaintiff's amended complaint, if any, shall be filed no later than August 9, 2019. Signed by Judge Maxine M. Chesney on July 19, 2019. (mmclc2, COURT STAFF) (Filed on 7/19/2019) (Additional attachment(s) added on 7/19/2019: # 1 Certificate/Proof of Service) (wsnS, COURT STAFF). (Entered: 07/19/2019) |
| 08/08/2019 | 6 | FIRST AMENDED COMPLAINT against Del Norte Triplicate, Robin Fornoff, Western Communications Inc. Filed byAlice Brown. (Attachments: # 1 Envelope)(mclS, COURT STAFF) (Filed on 8/8/2019) (Entered: 08/09/2019) |
| 08/28/2019 | 7 | **ORDER DISMISSING FIRST AMENDED COMPLAINT.** Signed by Judge Maxine M. Chesney on August 28, 2019. (mmclc2, COURT STAFF) (Filed on 8/28/2019) (Additional attachment(s) added on 8/28/2019: # 1 Certificate/Proof of |

|            |   |                                                                                                                                                                                                                                                                                         |
|------------|---|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | Service) (tlS, COURT STAFF). (Entered: 08/28/2019)                                                                                                                                                                                                                                      |
| 08/28/2019 | 8 | CLERK'S JUDGMENT: IT IS SO ORDERED AND ADJUDGED the First Amended Complaint is hereby DISMISSED without prejudice to refiling in state court. (Attachments: # 1 Certificate/Proof of Service) (tlS, COURT STAFF) (Filed on 8/28/2019) (Entered: 08/28/2019) |