# EXHIBIT D1

ALICE BROWN _____ (Full Name)

_____ (Email Address)

751 2ND ST #60 _____ (Address Line 1)

CRESCENT CITY, CA 95531 _ (Address Line 2)

(707) 218-6181 _____ (Phone Number)

PLAINTIFF _____ in Pro Per
(indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 / 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALICE BROWN _____ ,
Plaintiff,

vs.

COUNTY OF SAN
BERNARDINO, et al.
_____ ,
Defendant(s).

Case No.: EDCV 13-130 DSF

PLAINTIFF'S _____ 's
(indicate Plaintiff or Defendant)

## EX PARTE APPLICATION FOR

APPOINTMENT OF COUNSEL ___

_____

_____

_____

## TO THE HONORABLE COURT:

I, (name) ALICE BROWN _____ , the ☑ Plaintiff   ☐ Defendant

in this case, hereby apply to the Court ex parte for (describe your urgent request):

APPOINTMENT OF COUNSEL TO LITIGATE ON BEHALF OF

PLAINTIFF WITH THE TRIAL DATE OF JULY 30, 2019 AND

PRE TRIAL DATE OF JULY 1, 2019, 19 DAYS FROM TODAY.

Revised:   April 2012
Form prepared by Public Counsel
© 2012 Public Counsel.  All rights reserved.

1
Ex Parte Application

I contacted the opposing counsel/unrepresented party and informed him or her of this ex parte request. *(See* Decl. ¶ 3.) Opposing counsel/unrepresented party: COUNTY COUNSEL BLAKNEY BOGGS

☐ indicated that he or she would oppose the ex parte application. Opposing counsel/unrepresented party said that his or her reasons for opposing the ex parte application are:

_____

_____

_____

_____

_____

_____

_____

☑ indicated that he or she would not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party: _____

_____

_____

_____

2
Ex Parte Application

1  ☑  other. *(Explain.)*  DEFENDANTS' COUNSEL DOES NOT

2  OPPOSE PLAINTIFF'S EX PARTE, BUT OPPOSES ANY

3  DELAY IN THE CURRENT TRIAL SCHEDULE.

4

5  _____

6  _____

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14

15      This ex parte application is based upon a Memorandum of Points and

16  Authorities, Declaration in Support, the complete files and records in this action,

17  and upon such oral and documentary evidence as may be allowed at the hearing of

18

19  this motion.

20  DATED: ___JUNE 12, 2019_____

21

22             By: ___*Alice Brown*_____
                    (sign)
23
                    ___ALICE BROWN_____
24                  (print name)

25             ___PLAINTIFF_____ in Pro Per
               (indicate Plaintiff or Defendant)
26

27

28

ALICE BROWN _____ (Full Name)

_____ (Email Address)

751 2ND ST #60 _____ (Address Line 1)

CRESCENT CITY, CA 95531 (Address Line 2)

(707) 218-6181 _____ (Phone Number)

PLAINTIFF _____ in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALICE BROWN _____ ,

        Plaintiff,

vs.

COUNTY OF SAN

BERNARDINO, et al.

_____ ,

        Defendant(s).

Case No.: EDCV 13-130 OSF

**MEMORANDUM OF POINTS AND**
**AUTHORITIES IN SUPPORT OF**
**EX PARTE APPLICATION FOR**
APPOINTMENT OF COUNSEL

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  Introduction**

*(Include a brief summary of what you are asking the Court to do in this ex parte application and why. Be sure to tell the Court why this request is urgent and cannot be dealt with in a regularly noticed motion.)*

PLAINTIFF ALICE BROWN REQUEST APPOINTMENT OF PRO BONO

COUNSEL DUE TO THE COMPLEXITY OF THE CASE AND PREPARATION

OF UNFAMILIAR DOCUMENTS, THE INABILITY TO FIND OR AFFORD

AN ATTORNEY AND EQUAL JUSTICE UNDER LAW. THIS MATTER IS

URGENT BECAUSE THE PRETRIAL DATE IS JULY 1, 2019, 14 DAYS.

*Revised: April 2012*
*Form prepared by Public Counsel*
*© 2012 Public Counsel. All Rights Reserved.*

4
*Page Number*

## II.    Factual and Procedural History

*(Include a brief statement of the factual and procedural history of this case as relevant to this ex parte application.)*

PLAINTIFF ALICE BROWN FILED HER "FIRST AMENDED COMPLAINT" AS A PRO SE LITIGANT ON MARCH 25, 2013. HER COMPLAINT WAS FILED AS A 42 USC SECTION 1983 CLAIM ALSO KNOWN AS THE CIVIL RIGHTS ACT OF 1871 AND ALSO SHAMEFULLY KNOWN AS THE "KU KLUX KLAN ACT." PLAINTIFF FILED HER COMPLAINT FOR FREE AND WAS GRANTED IN FORMA PAUPERIS STATUS DUE TO HER INDIGENCY. HER ONLY INCOME IN 2013 WAS SUPPLEMENTAL SECURITY INCOME DUE TO HER PHYSICAL DISABILITIES DIAGNOSED IN 1996. IN JUNE 2019, PLAINTIFF ALICE BROWN'S INCOME IS STILL POVERTY INCOME, STILL ONLY SUPPLEMENTAL SECURITY INCOME.

ON OCTOBER 18, 2013 PLAINTIFF FILED HER FIRST MOTION TO APPOINT COUNSEL (DOCUMENT 36). ON OCTOBER 23, 2013 THAT MOTION WAS DENIED WITHOUT PREJUDICE BY ORDER OF MAGISTRATE JUDGE FREDERICK MUMM (DOCUMENT 37). 2 1/2 YEARS LATER, ON APRIL 26, 2016, DISTRICT COURT JUDGE DALE FISCHER DIRECTED PLAINTIFF TO ADVISE THE COURT IF SHE STILL WISHES THE COURT TO CONSIDER APPOINTMENT OF COUNSEL FOR HER IN IT'S IN CHAMBERS ORDER (DOCUMENT 75) PLAINTIFF FILED HER RESPONSE TO THAT ORDER (DOCUMENT 78) ON MAY 10, 2016. ON MAY 11, 2016, THE COURT INFORMED PLAINTIFF IN IT'S IN CHAMBERS SECOND ORDER (DOCUMENT 79) THAT THE DEFENDANTS FILED AN APPEAL AND AFTER THE 9th Cir RULING, THE COURT WILL ATTEMPT TO FIND PRO BONO COUNSEL

TO REPRESENT HER. ON AUGUST 28, 2017, PRO BONO COUNSEL FOR PLAINTIFF FILED TWO NOTICES OF APPEARANCE OF COUNSEL (DOCUMENTS 83 & 84), FILED BY RYAN BAKER AND CARTER LYON GEORGE. ON DECEMBER 7, 2018, PRO BONO COUNSEL FOR PLAINTIFF FILED AN EX PARTE APPLICATION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF ALICE BROWN (DOCUMENT 128).

ON DECEMBER 12, 2018, THE COURT GRANTED PRO BONO COUNSEL'S EX PARTE APPLICATION IN IT'S ORDER (DOCUMENT 130). IN IT'S SAME ORDER THE COURT DENIED PLAINTIFF'S REQUEST FOR APPOINTMENT OF ALTERNATIVE PRO BONO COUNSEL ON PAGE 1. THE COURT PROVIDED NO FINDINGS OF FACT OR CONCLUSIONS OF LAW OR ANY CAUSE WHATSOEVER FOR THE DENIAL OF ALTERNATIVE PRO BONO COUNSEL. WHEN OFFERED EVIDENCE OF PERJURY COMMITTED BY THE PRO BONO COUNSELS, THE COURT FAILED TO REVIEW IT, REQUEST IT, SET AN EVIDENTIARY HEARING, OR EVEN QUESTION ABOUT IT AND BY DOING SO IT COVERED IT UP OR AT THE VERY LEAST TURNED A BLIND EYE TO FELONIES COMMITTED IN IT'S COURTROOM. BY GRANTING PRO BONO COUNSELS' MOTION IT INJURED PLAINTIFF AND HER CHANCE OF SUCCESS IN PROSECUTING HER CASE. BY DENYING PLAINTIFF'S MOTION IT INJURED PLAINTIFF BY OBSTRUCTING THE DUE ADMINISTRATION OF JUSTICE AND DENIED HER EQUAL JUSTICE UNDER LAW. BY FAILING TO STATE THE REASONS FOR THE DENIAL OF HER MOTION THE COURT DEPRIVED PLAINTIFF OF HER RIGHT TO APPEAL.

## III. **Argument**

*(Explain the legal basis for the ruling you are asking the Court to make, with citations to relevant law, such as the Federal Rules of Civil Procedure, statutes, case law, and local rules, where applicable. The argument should show the Court how these legal authorities, when applied to the facts of your case, indicate that the Court should rule in your favor.)*

UNDER TITLE 28 UNITED STATES CODE SECTION 1915 (e)(1) (28 U.S.C. § 1915 (e)(1)) : "THE COURT MAY REQUEST AN ATTORNEY TO REPRESENT ANY PERSON UNABLE TO AFFORD COUNSEL.

UNDER WILBORN V. ESCALDERON, 789 F. 2d 1328, 1331 (9th Cir. 1986) : ALLOWS THE COURT TO CONSIDER MOTIONS FOR APPOINTMENT OF PRO BONO COUNSEL BY APPLYING THE "EXCEPTIONAL CIRCUMSTANCES" TEST.

Memorandum of Points and Authorities

**IV.   Conclusion**

     For the reasons stated above, this Court should grant the ex parte application.

DATED:   _JUNE 12, 2019_

                               Respectfully submitted,

                               By:   _Alice Brown_____
                                      (signature)

                                    _ALICE BROWN_____
                                      (name)

                                    _PLAINTIFF_____   in Pro Per
                                      (indicate Plaintiff or Defendant)

1

2    ALICE BROWN _____ (Full Name)

3    _____ (Email Address)

4    751 2ND ST #60 _____ (Address Line 1)

5    CRESCENT CITY, CA 95531 (Address Line 2)

6    (707) 218-6181 _____ (Phone Number)

7    PLAINTIFF _____ in Pro Per
     (indicate Plaintiff or Defendant)

8

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA

11

12   ALICE BROWN _____,          Case No.: EDCV 13-130 DSF

        Plaintiff,
13
                                         DECLARATION IN SUPPORT OF
14      vs.                              EX PARTE APPLICATION FOR

15   COUNTY OF SAN BERNARDINO,           APPOINTMENT OF COUNSEL
     et al,
16                            ,          _____

17      Defendant(s).                    _____

18

19   I, (name) ALICE BROWN _____, declare as follows:

20

21      1.   I am the   ☑ Plaintiff   ☐ Defendant   in the above-entitled case.

22      2.   I have personal knowledge of the following facts, and, if called as a

23   witness, I could and would competently testify thereto.

24
        3.   I contacted the opposing counsel/unrepresented party on
25

26   6/11/19 ___ (date) to give notice that I would be filing this ex parte

27   application.

28

Revised: April 2012
Form prepared by Public Counsel
© 2012 Public Counsel. All Rights Reserved.

                                    9
                              Page Number

                              Declaration

Case 2:14-cv-02593-FFMBN Document 178-10 Filed 09/21/20 Page 11 of 17
Case 5:14-cv-00280-JGB-FFM Document 174 Filed 06/17/19 Page 10 of 16 Page ID
#:1541

4.    The contact information of the opposing counsel/unrepresented party

is as follows:

**Opposing Counsel/Unrepresented Party 1**

Name: _BLAKNEY BOGGS, COUNTY COUNSEL_

Phone number: _(909) 387-5458_                    .

Address: _385 NORTH ARROWHEAD AVE  4th FLOOR_

_SAN BERNARDINO, CA 92415_

Email address: _Blakney.Boggs @ce.sbcounty.gov_

**Opposing Counsel/Unrepresented Party 2**

Name: _____

Phone number: _____

Address: _____

_____

Email address: _____

5.    Opposing counsel/unrepresented party informed me that he or she:

☐    will oppose the ex parte application. Opposing counsel/unrepresented

party said that his or her reasons for opposing the ex parte application

are:

_____

_____

_____

_____

_10_
Page Number

Declaration

☑ will not oppose the ex parte application.

☐ was unreachable. I made the following unsuccessful attempts to reach the opposing counsel/unrepresented party: _____

#6. I AM UNABLE TO HIRE AN ATTORNEY TO REPRESENT ME IN THIS CASE DUE TO MY BELOW POVERTY INCOME OF SUPPLEMENTAL SECURITY INCOME. THE INCOME I RECEIVE IS BEING USED TO SUSTAIN LIFE, SUSTAIN HOUSING, SUSTAIN TRANSPORTATION TO DOCTOR APPOINTMENTS, GROCERY STORES, POST OFFICE, ETC.

¶#7. I AM UNABLE TO LOCATE AN ATTORNEY TO PERFORM PRO BONO REPRESENTATION FOR ME IN THIS CASE OR TO REPRESENT ME ON A CONTINGENCY BASIS. I HAVE CALLED DOZENS OF ATTORNEYS, CIVIL RIGHTS ORGANIZATIONS, & LAW FIRMS IN CALIFORNIA AND ACROSS THE NATION AND I COULD NOT CONVINCE ANYONE TO REPRESENT ME AND MY CAUSE IN THIS CASE. EVERY ATTORNEY I SPOKE WITH TOLD ME THAT THEY "DO NOT DO PRO BONO WORK."

¶#8. THIS COURT ALLOWED ME PRO BONO REPRESENTATION IN 2017 DUE TO THE ORDER DENYING MY DEFENDANTS QUALIFIED IMMUNITY AND MY CASE GOING TO TRIAL AND MY NEED FOR AN ATTORNEY BUT LATER ALLOWED MY ATTORNEYS TO WITHDRAW FROM THE CASE BASED ON FALSE ALLEGATIONS. I HAVE EVIDENCE OF THE FALSE ALLEGATIONS AND PERJURY BUT THE COURT COVERED IT UP AND REFUSED TO ACKNOWLEDGE IT OR LISTEN TO IT.

Declaration

Case 3:14-cv-02593-FFM-BN Document 178-10 Filed 09/21/20 Page 13 of 17
Case 3:14-cv-02593-FFM-BN Document 178-10 Filed 06/17/19 Page 12 of 18 Page ID
#:1543

#9. ON DECEMBER 21, 2018, I WAS BULLIED AND BADGERED BY COUNTY COUNSEL BLAKNEY BOGGS OVER THE PHONE BECAUSE I AM A PRO SE LITIGANT AND CANNOT GET THE SAME RESPECT THAT AN ATTORNEY WOULD GET. SHE ACCUSED ME OVER AND OVER AGAIN THAT I CALLED MY SON A LIAR OVER AND OVER AGAIN AT HIS SCHOOL ON JANUARY 24, 2011 INFRONT OF HER CLIENTS. LATER ON, I REALIZED THAT THIS CONTACT WAS NOT A MEET & CONFER BUT AN UNAUTHORIZED WITNESS TAMPERING & BADGERING.

#10. I CANNOT PROTECT MYSELF FROM THE ILLEGAL AND HARMFUL PRACTICES OF MY DEFENDANT'S COUNSEL BECAUSE I AM NOT TRAINED IN RECOGNIZING WHAT IS OCCURRING UNTIL IT'S TOO LATE. IMPORTANT EVIDENCE MAY HAVE BEEN WRONGLY SUBMITTED TO COUNTY COUNSEL BOGGS THAT PUTS ME AT A DISADVANTAGE DUE TO MY INABILITY TO DETERMINE WHAT IS APPROPRIATE AND WHAT IS INAPPROPRIATE ACTIONS OF MY DEFENDANTS' COUNSEL DUE TO HER ILLEGAL AND DEVIOUS UNETHICAL PRACTICES AND PROCEDURES.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___JUNE 12, 2019___, in _CRESCENT CITY, CALIFORNIA_.
　　　　　　　(date of signing)　　　　　　　　　　　　(city, state of signing)

_Alice Brown_
(signature)

_ALICE BROWN_
(name)

_PLAINTIFF_ in Pro Per
(indicate Plaintiff or Defendant)

___12___
Page Number

Declaration

This envelope is made from post-consumer waste. Please recycle - again.

**PRIORITY**
★ M

US POSTAGE PAID
Origin: 95531
06/12/19
0518780457-06

**$7.35**

DATE O

USPS T

INSUR

PICKUF

*Domes

WHEN USED INT
A CUSTOMS D
LABEL MAY B

P S0000100001 4

**PRIORITY MAIL 2-Day ®**

SHIP
TO:
350 W 1ST ST
LOS ANGELES CA 9001 2-4536

EXPECTED DELIVERY DAY: 08/14/19

C058

0 Lb 8.20 Oz
1006

**USPS TRACKING NUMBER**

9505 5102 4352 9163 2552 75

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM ®**
ORDER FREE SUPPLIES ONLINE

**PRIORITY**
★ MAIL ★

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

FROM: ALICE BROWN
751 2ND ST #60
CRESCENT CITY, CA
95531

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
350 WEST 1ST STREET
LOS ANGELES, CA
90012

CENTRAL DISTRICT COURT
CLERK, U.S. DISTRICT COURT
JUN 17 2019
RECEIVED
BY: CENTRAL DISTRICT OF

ATTN: DSF

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE



UNITED STATES
POSTAL SE

Case 2:14-mc-02593-FFM Document 17832-10 Filed 09/21/20 Page 15 of 17
Case 5:13-cv-00130-DSF-FFM Document 17 Filed 06/17/19 Page 14 of 16 Page ID
#:1545

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_ALICE BROWN_ ,

        Plaintiff,

vs.

_COUNTY OF SAN_
_BERNARDINO, et al._

        ,

        Defendant(s).

Case No.: _EDCV 13-130 DSF_

**(PROPOSED) ORDER GRANTING**
**EX PARTE APPLICATION FOR**
_APPOINTMENT OF COUNSEL_

 

 

 

    Having considered the ☑ Plaintiff's ☐ Defendant's Ex Parte

Application and finding good cause therefore,

    IT IS HEREBY ORDERED that the Ex Parte Application for

_APPOINTMENT OF COUNSEL_

is GRANTED.

Dated: _____     Signed: _____

                             Hon. _DALE S. FISCHER_
                                   (Judge's name)

_Revised: April 2012_
_Form prepared by Public Counsel_
_© 2012 Public Counsel. All Rights Reserved._

Case 2:14-mc-02593-FFFMBN Document 178 10 Filed 09/21/20 Page 16 of 17
Case 5:13-cv-00130-DSF-FMO Document 174 Filed 06/17/19 Page 15 of 16 Page ID
#:1546

1    ALICE BROWN _____ (Full Name)

2    _____ (Address Line 1)

3    751 2ND ST #60 _____ (Address Line 1)

4    CRESCENT CITY, CA 95531 (Address Line 2)

5    (707) 218-6181 _____ (Phone Number)

6    PLAINTIFF _____ in Pro Per

7    (indicate Plaintiff or Defendant)

8

9

10          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**

11

12    ALICE BROWN _____ ,    Case No.: EDCV 13-130 DSF

13          Plaintiff,

                        **PROOF OF SERVICE BY MAIL**

14    vs.

15    COUNTY OF SAN

16    BERNARDINO, et al.

17    _____

18    _____

19    _____

20    _____ ,

21          Defendant(s).

22

23    I, __ALICE BROWN_____ , declare as follows:

24         (name of person serving documents)

25       My address is 751 2ND ST #60 CRESCENT CITY, CA 95531

26    DEL NORTE COUNTY _____ , which is located in the

27    county where the mailing described below took place.

28

*Revised: April 2012*
*Form prepared by Public Counsel*
*© Public Counsel. All Rights Reserved.*
               1
           Proof of Service by Mail

Case 2:14-cv-02593-TFF-MBN Document 178-10 Filed 09/21/20 Page 17 of 17
Case 5:14-cv-01235-JST-FMBN Document 178 Filed 06/17/19 Page 16 of 16 Page ID
#:1547

On <u>JUNE 12, 2019</u>, I served the document(s) described as:
<span>(date of mailing)</span>

1) Ex Parte Application for <u>PLAINTIFF'S</u>
<u>APPOINTMENT OF COUNSEL</u>

2) Memorandum of Points and Authorities

3) Declaration in Support of Ex Parte Application

4) (Proposed) Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in <u>CRESCENT CITY, CALIFORNIA</u>,
<span>(city and state of mailing)</span>
addressed to:

| | |
|---|---|
| <u>BLAKNEY BOGGS</u> (name) | _____ (name) |
| <u>385 NORTH ARROWHEAD AVE</u> (address) | _____ (address) |
| <u>4th FLOOR</u> (address) | _____ (address) |
| <u>SAN BERNARDINO, CA 92415</u> (address) | _____ (address) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>JUNE 12, 2019</u> at <u>CRESCENT CITY, CALIFORNIA</u>.
<span>(date)</span> <span>(city and state of signing)</span>

<u>Alice Brown</u>
<span>(sign)</span>

<u>ALICE BROWN</u>
<span>(print name)</span>

2
Proof of Service by Mail