# EXHIBIT D3

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Name: BARBARA BROWN
Address: 397 WABASH AVENUE
P.O. Box 5408 SUGARLOAF, CA 92386
Phone: (951) 534-8277
Fax:
~~In Pro Per~~

9th Cir. Case No. 16-56096
Originating Court Case No. 5:13-CV-00145CJC(E)

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 24 2017

FILED _____
DOCKETED _____
DATE      INITIAL

APPELLANT'S REPLY TO RESPONDENT'S ANSWERING BRIEF AND OPPOSITION TO MOTION FOR SUMMARY AFFIRMANCE

BARBARA BROWN

Appellant and Plaintiff
v.

DAVEN WELLMAN, et al.,

Appellee(s) and Defendant(s).

Comes now, Barbara Brown, Appellant, does not agree with Counsel for defendant on any issue, and submits herein, Appellant's Reply to Respondent's Answering Brief and Opposition to Motion for Summary Affirmance, including evidence that contradicts alleged "facts" submitted by defendant's Counsel, Deputy Attorney General, Paul Epstein of the Department of Justice in Los Angeles, California.

Appellant also submits a Notice of Lodging, The new American Bible, listed as Exhibit 1, donated by St. Joseph's Catholic Church of Big Bear Lake, CA.

Appellant's first objection is possibly considered a conflict of interest, in that the Attorney General and its' deputies have a vested interest in California Highway Patrol (CHP) and vice versa for monetary gain,

1
Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

job security and promotions to higher positions to the Senate which creates laws to futhur benefit both CHP and thier co-workers, Department of Justice employees, while they conspire to abridge our civil rights, even more, "legally." SEE: Exhibit 3 "APB" a publication of the California Asso. of Highway Patrolmen volume 40 number 8 August 2013, page 4 under, "Retirees Corner" lists "CalPERS" assets worth more than $258 billion dollars for CHP retirement funds, Also see: page 6 under "minutes" showing CHP board voted 100 percent in favor of endorsing Bob Hertzberg for Senate District 20 in 2014 after a recent meeting with former California Attorney General Kamala Harris, now a Congress woman. Also SEE: pages 8-10 under "Legislative Update" CHP promoting laws benefits law enforcement and attempts to abridge America's Bill of Rights outlined in our Constitution, our protections, privileges and rights, as in this case. Also SEE: Exhibit 4 promotional campaign flyer for current District Attorney and Sheriff, Mike Ramos and John McMahon for San Bernardino & Kamala Harris. Also SEE: Exhibit 5 Big Bear Grizzly newspaper April 17, 2013 Travis Wynhamer Big Bear sheriff.

The Department of Justice Attorney General's job is to defend California Highway Patrolmen and to investigate civil rights violations / hate crimes. How can they do both contrary jobs? Impartiality? And should they?

Appellant believes Paul Epstein should recuse himself as attorney for Daven Wellman because of a perceived prejudice or conflict of interest, in that, Judge Carney of Santa Ana District Court ordered Epstein to write up order of dismissal and to notify Carney of our decision. Exhibit 6

It appears, District Judge Carney shows partiality towards my adversary it both related cases, in that, a declaration is to treated as the truth if ones signature follows, "under penalty of perjury... that the foregoing is true and correct." Carney seems to believe their testimony and not Appellants testimony, even when contradicting evidence is presented. Magistrate Judge Eick also believes my adversary's lies, through falsifying records and withholding evidence.

1. May this court see and believe the truths of this and related
2. case, in which Epstein alleges there is no related case. See Exhibit 7,
3. when, **IN FACT**, there is a related case. See Exhibit 8
4.    Epstein made statements regarding Appellant as having
5. ~~a long history of inexcusable delay and neglect~~ on the part of my counsel
6. stating District Judge acted within his discretion in denying relief
7. under rule 60(b)(1) and (6), and further stated " the same can be
8. said of Brown's conduct in the present action" page 3 motion for summary Affirmance.
9.    Appellant did show for the settlement conference. See Exhibit 9
10.    Appellant did not recieve a complete copy of CHP DVD and denied it by CHP. Ex. 10
11.    Appellant recieved pre-trial documents, jury instructions on May 18, 2016., court 5/23/16. Ex. 11
12.    Appellant did appear at 2nd scheduled video deposition and did pay
13. $100.00 in sanctions for not being able to appear at 1st depo. My '81 Honda Accord
14. broke down the night before 1st video depo. Epstein was informed unable to attend.
15.    Appellant did keep appointment for adversary's doctor exam 150 miles away.
16.    Appellant did not delay court case in District or 9th circuit and
17. did not ask for extension of time except once to attempt to
18. seek legal counsel and/or Motion Court for Appointment of Counsel,
19. and Appellant filed for extention to file opening brief only once,
20. for one month, as Epstein did also. SEE: Entire 2 cases
21.    Appellant has suffered emotionally and with mental
22. exhaustion and fear due to Big Bear law enforcers continued
23. harrassment, two months before pre-trial conference
24. Appellant received five tickets, car impoundenent and jail from
25. phony arrest warrant stemming a DUI charge. All dismissed. Exhibit
26.    Appellant never having been involved in a car accident
27. had crashed both my vehicles in March 2016 within two
28. weeks of each other due to fear, anxiety & stopping my own painkillers.

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Appellant had drivers license taken away, without any evidence, by the California Driver Safty Board of San Bernardino at the request of Big Bear law enforcers stating Appellant is too crazy to drive in America. Appellant still is unlicensed to drive and is disabled and had many ailments this year after being involved in a car accident as a passenger in October 2016, recurring neck strain also due to stress, and the weather prohibited travel, in that the bus refused to come to Sugarloaf for two weeks during the storm of the decade last winter, (5) five feet of snow. See Exhibit

Appellant suffers from post traumatic stress disorder that continues due to peace officer harressment in Big Bear, only.

Appellant had repressed memory since February 16, 2013 and had partial recovered memory on November 25, 2016, in that Appellant remembers, now, being drugged by West Valley detention Center in being arrested falsely for P.C.-148 on February 16, 2013.

Appellant was also chained to a "restraint chair" all night, naked, with one man, deputy/jail personnell, in cell with plaintiff of related case wherein eventually commited to a mental ward at Arrowhead Regional Hospital without Appellant's consent. See Exhibits

Appellant had a nervous breakdown while trying to work both case by herself and still suffers.

Appellant has asked for appointment of counsel numerous times in both cases and hopes to soon ask this court for the same, but it appears Appellant in unable to articulate both cases and writing is very painful due to a ganglion cyst on right wrist which needs to be operated on and right shoulder too - Ex.

4
Page Number

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1. Appellant's hand is very painful now and will try to
2. complete this which is due today.
3.  Appellant will enter evidence that will prove
4. excusable neglect that should have been considered
5. on Appellant's Rule 6(b) relief, but wasn't.
6.  Appellant acted in good faith trying very
7. hard to prepare for pre-trial conference; in
8. that Appellant had bought (2) two vehicles in September
9. 2015, spending thousands of dollars to repair and
10. register both vehicles until Big Bear law enforcers,
11. only began campaign of harressment against
12. Appellant, her son, and vehicles.
13.  Appellant also spent hundreds of dollars,
14. and hours trying to appease the State of
15. California Court (superior) tow truck companies,
16. for car impoundment, illegally, and avoiding
17. travel to avoid more tickets issued, illegally.
18.  Appellant was scared out of going to
19. court against Big Bear Law enforcers by them
20. using military tactics with threats and intimidation.
21.  County Counsel, Teresa McGowen convinced
22. Appellant, Alex Collins was not involved with this case,
23. and he was dismissed by McGowen was kept informed for
24. two years after dismissing Big Bear Sheriff deputy Alex Collins. Ex:
25.  Appellant since learned there are three (3)
26. Collins' and three (3) Wijnhamers in Big Bear Sheriff's
27. department and it appears they hide their identity
28. hiding behind a badge with power and authority

given them by the county of San Bernardino and the State of California and the Superior Court and the District Court and hopefully not by this 9th Circuit Court of Appeals.

The truth is Big Bear Law Enforcers, both California Highway Patrol and Big Bear Sheriffs have, acting under the color of law, violated Appellant's right to live without government involvement and in essence has reinstated slavery/involuntary servitude, when they extort hundreds of dollars from Appellant on false charges, false imprisonment, false car impoundments, false 5150 holds, and sexual abuse, in that, Appellant was visually violated and more likely than not sexually violated without Appellant's consent nor legal right.

Appellant is owned by no one except the one true God. see: Exhibit 1

Appellant is a law abiding American citizen and is depending on the 9th circuit panel of Judges to right the wrong - This is wrong what they do to me. Appellant is not sure why these illegal acts or inactions were perpetrated on her by them, race, religion & disability?

Signed under oath to God and under penalty of perjury by the Appellant under penalty of God's law, and the laws of the State of California & United States of America that the foregoing

6
Page Number

1. is TRUE and Correct.
2. April 21, 2017
3. Ms. Barbara Eva Brown,
4. in pro per Appellant and Plaintiff
5. Ms. Barbara Eva Brown

7
―
Page Number

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# Exhibits List

1. The New American Bible, and Crescent City, CA D.A. Statement in twin sisters case.
2. CD of Big Bear Sheriff Tom Hollenbaugh, in related case.
3. "APB" CHP Newsletter of August 2013 pages 4, 6, & 8-10.
4. Promotional campaign Flyer for current San Bernardino D.A. Mike Ramos & Sheriff John McMahon.
5. Big Bear Grizzly newspaper April 17, 2013.
6. The current American Flag, one star represents California
7. ~~Statement of Related Case~~
8. Notice of Clerical Error, Initial Civil Rights Case order, original & 3rd Amended complaint.
9. Civil minutes from magistrate Judge Eick regarding settlement conference.
10. Plaintiff's Motion to compel defendant to produce complete CHP DVD & response.
11. Envelope by Epstein mailed May 17, 2016, in my P.O. Box May 18, 2016
12.

8

Form 8.  Certificate of Compliance Pursuant to 9th Circuit Rules 28-1.1(f),
29-2(c)(2) and (3), 32-1, 32-2 or 32-4 for Case Number 16-56096

Note: This form must be signed by the attorney or unrepresented litigant and attached to the end of the brief.

I certify that (check appropriate option):

☐ This brief complies with the length limits permitted by Ninth Circuit Rule 28-1.1.
The brief is [      ] words or [      ] pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☐ This brief complies with the length limits permitted by Ninth Circuit Rule 32-1.
The brief is [      ] words or [      ] pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☐ This brief complies with the length limits permitted by Ninth Circuit Rule 32-2(b).
The brief is [      ] words or [      ] pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable, and is filed by (1) ☐ separately represented parties; (2) ☐ a party or parties filing a single brief in response to multiple briefs; or (3) ☐ a party or parties filing a single brief in response to a longer joint brief filed under Rule 32-2(b). The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☐ This brief complies with the longer length limit authorized by court order dated [      ]
The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6). The brief is [      ] words or [      ] pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable.

☐ This brief is accompanied by a motion for leave to file a longer brief pursuant to Ninth Circuit Rule 32-2 (a) and is [      ] words or [      ] pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R .App. P. 32(a)(5) and (6).

☐ This brief is accompanied by a motion for leave to file a longer brief pursuant to Ninth Circuit Rule 29-2 (c)(2) or (3) and is [      ] words or [      ] pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☑ This brief complies with the length limits set forth at Ninth Circuit Rule 32-4.
The brief is [      ] words or [ 8 ] pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

Signature of Attorney or Unrepresented Litigant: *Barbara Brown, in pro per*

Date: April 21, 2017

("s/" plus typed name is acceptable for electronically-filed documents)

(Rev.12/1/16)

# CERTIFICATE OF SERVICE

Case Name: _Barbara Brown_ v. _Daven Wellman, et al._

9th Cir. Case No.: _16-56096_

---

IMPORTANT: You must send a copy of ALL documents filed with the Court and any attachments to counsel for ALL parties in this case. You must attach a copy of the certificate of service to each of the copies and the original you file with the Court. Please fill in the title of the document you are filing. Please list the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of the _Appellants Reply to Respondant' Answering Brief and opposition to Motion for Summary Affirmance_
(title of document you are filing)
and any attachments was served, either in person or by mail, on the persons listed below.

_Barbara Brown_, in pro per
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Paul Epstein | 300 South Spring Street ste. 1702, Los Angeles, CA 90013 | April 21, 2017 |