# EXHIBIT D7

Barbara Eva Brown (Full Name)

_____ (Email Address)

P.O. Box 5408 (Address Line 1)

Sugarloaf, CA 92386 (Address Line 2)

(951) 534-8277 (Phone Number)

Plaintiff, in Pro Per
(indicate Plaintiff or Defendant)

CLERK, U.S. DISTRICT COURT
APR 1 2019
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Barbara E. Brown,

Plaintiff,

vs.

STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,

Defendant(s).

Case No.: EDCV18-1418-CJC(E)

Plaintiff 's
(indicate Plaintiff or Defendant)

**EX PARTE APPLICATION FOR** RENEWED REQUEST FOR DISQUALIFICATION OF DISTRICT COURT JUDGE CORMAC CARNEY.

**TO THE HONORABLE COURT:**

I, (name) Barbara Brown, the ☑ Plaintiff ☐ Defendant in this case, hereby apply to the Court ex parte for (*describe your urgent request*): Renewed Request for Disqualification of District Court Judge Cormac Carney, pursuant to Title 28 U.S.C. Section 455(a).

Revised: April 2012
Form prepared by Public Counsel
© 2012 Public Counsel. All rights reserved.

1
Ex Parte Application

☑ other. (*Explain.*) Plaintiff had not contacted the opposing parties to inform them of this ex-parte application for renewed request for disqualification of District court judge cormac carney, in that, the opposing parties have not made an appearance in this case, as of yet.

This ex parte application is based upon a Memorandum of Points and Authorities, Declaration in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

DATED: April 15, 2019

By: Barbara E. Brown
(sign)

Barbara E. Brown
(print name)

Plaintiff, in Pro Per
(indicate Plaintiff or Defendant)

2
Ex Parte Application

Barbara Eva Brown (Full Name)

_____ (Email Address)

P.O. Box 5408 (Address Line 1)

Sugarloaf, CA 92386 (Address Line 2)

(951) 534-8277 (Phone Number)

Plaintiff, in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Barbara E. Brown,

Plaintiff,

vs.

STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,

Defendant(s).

Case No.: ED CV 18-1418-CJC (E)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR DISQUALIFICATION OF DISTRICT COURT JUDGE CORMAC CARNEY. (Renewed Request)**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Introduction

*(Include a brief summary of what you are asking the Court to do in this ex parte application and why. Be sure to tell the Court why this request is urgent and cannot be dealt with in a regularly noticed motion.)*

Plaintiff requests District Court Judge Cormac Carney, again disqualify himself in this present action and Renewed Request to be heard by Judge Josephine L. Staton for determination, in that Judge Staton failed to address issues brought up in original Ex Parte Application, listed in "Argument" herein.

# II. ARGUMENT

1. The original ex parte application was filed on 3/25/19 and referred to judge
2. Josephine Staton who filed an order denying Plaintiffs' request on 3/27/19 (Doc 34)
3. Judge Staton intentionally or unintentionally failed to address the
4. many serious improprieties of both District Court judge Carney and
5. Magistrate judge Eick which gave Plaintiff's adversarys tactical
6. advantage in this present action and three (3) previous cases filed.
7. Impropriety #1. Case No. EDCV 13-145-CJC(E) - in Carney's order of 5/16/14 pg. 8 (Doc 42) [Barbara Brown v. State of CA]
8. approved by Eick, Plaintiff was ordered to pay defendant, CA Attorney General
9. Depart. of Justice $100.00, in regards to subpoenas FRCP 45(c)(2) & Rule 34(b)
10. Party requesting video depo. must travel to opposing party's city, over 100 miles.
11. Plaintiff was and still is 105 miles from D.O.J. at 300 S. Spring St. Los Angeles, CA 90013.
12. Impropriety #2. Carney deemed all 4 cases "Related" Plaintiff filed in Riverside, CA.
13. #3. Carney failed to prepare, issue and mail an "Order to Serve All Parties" and then
14. he dismissed the case & revoked "In Forma Pauperis" in 9th circuit, then forced a joinder of
15. cases #EDCV-00265-CJC(E) and present case #4. Carney states Plaintiffs have no right to
16. appointment of Counsel
17. Title 28 USC 1915(e)(1).

# III. CONCLUSION

For the reasons stated above, this Court should grant this ex parte application for Renewed Request for disqualification of District Court judge Cormac Carney, Pursuant to both 28 U.S.C. 455(a) and Canon 3(c)(1)(a) & 2(a) reasonable person with knowledge of all the facts would conclude impartiality might reasonably be questioned or the appearance of impartiality. Pesnell v. Arsenault, 543 F.3d 1038, 1043 (9th Cir. 2008), Liteky v. U.S., Liljeberg v. Health Services Acquisition Corp.

Dated: April 15, 2019

Barbara Eva Brown

Sign: Barbara Eva Brown, IN PRO PER

4.