# EXHIBIT D8

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 17 2020

FILED
DOCKETED _____

INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Barbara E. Brown,
Appellant(s),

vs.

Alex Collins, CA DMV, et al.,
Appellee(s).

9th Cir. Case No. 20-55350

District Court or
BAP Case No. 5:18-cv-0148-CJC-E

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

   a. What is the date of the judgment or order that you want this court to review? February 27, 2020

   b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: YES

      • If you did, on what date did you file the motion? March 24, 2020

      • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? N/A

      • What date did the district court or bankruptcy appellate panel (BAP) 9th Circuit, decide the motion that you filed after judgment? May 22, 2020

   c. What date did you file your notice of appeal? March 24, 2020

      • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? N/A

9th Cir. Case No. ___20-55350___                                   Page 2

Systemic Racism is (un)conscience Bias and seared conscience (I Timothy) runs rampant in America and the Judicial system as proven by Jack (4:1-2) of reparations to Blacks. SEE: No. District Court Anti-Bias Training ordered in 2019, and SEE: Exhibit A.

**FACTS. Include all facts that the court needs to know to decide your case.**
Since 2009 Appellant has been harrassed by Big Bear sheriff deputies being falsely accused, arrested, assaulted, illegal car impoundments (10), (Hate Crimes), due to
2.    What are the facts of your case? my race and socioeconomic status.

Appellant is a 55 year old, Single Black woman with a physical disability, a ninth grade education, living below poverty level with a monthly income of $962.72 and $74.00 in food stamps. Appellant is a pro se litigant and has filed five (5) civil rights actions pursuant to 42 U.S.C. sec. 1983 since 2013, in regards to the many egregious/insidious/malicious acts and/or inactions of multiple sheriff deputies employed in Big Bear Lake, California by the County of San Bernardino, who is represented by County Counsel, Ms. Blakney Boggs in this present action. Every case has been denied/dismissed and every judge has denied Appellant Pro Bono Appointment of Counsel, though Appellant qualifies, being poor.

Due to the fact that defendants and their Counsel committed perjury and Fraud, Appellant has not been able to obtain justice in any level of the United States Judicial system including S.C.O.T.U.S. District Court Judge Cormac Carney has erred when he had named every case "Related" and ruled over every one for 7 years in 5 cases. He also erred when he denied Appellant appointment of counsel 5 times, and again erred when he failed to make or serve an order to serve all parties to Appellant and then dismissed the case for failure to prosecute, and once he sanctioned Appellant $100.00 for not traveling 105 miles for a video deposition and again sanctioned another $100.00 for missing another video depo, due to car failure when the FRCP States legally the defendants travel to my city for video depos. This court, the district court and the United States Supreme Court has been made aware of the Systemic Racism ingrained in America and my cases yet did nothing.

The facts of this present action are: On January 28, 2016, having the right to travel and a California Drivers License along with car insurance and having paid all but $24.00 of my new car's registration fees, I was driving back home to Sugarloaf, CA, after using my "Day Moving Pass" from DMV to drive to a smog shop and my mechanic friend's house for car repairs and when I signaled to turn on my street within 1/2 block police car lights came on. I pulled over in my driveway presented officer with ID old day pass, Insurance "Incomplete registration" and announced I was going into my home I was disabled and Freezing. After 2 named defendants appeared I feared for my life and said I will sign ticket at police Dept. next day. Instead Alex Collins broke my screen door, twisted my arm, impounded my car, put a state wide arrest warrant for PC148(91), had me arrested, charged with PC148a1 again and lost Drivers License

9th Cir. Case No. 20-55350 _____

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

District Court Judge Carney did violate his Oath of Office and is guilty of treason.

3.   What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief? 1. Declare CA.PC148(a)(1) vague, ambiguous and unconstitutional, and abolish qualified immunity for cops, CPS, attorneys & judges.

2. Appoint Counsel, never did.

3. Award money damages, actual and punitive, No.

4. Issue an injunction for Temporary Restraining Order, No

5. Allow Appellant to exercise her First Amendment Right to redress, not even once.

6. Right the wrong done to Appellant, did not. (The intentional infliction of emotional distress with malic).

4.   What legal claim or claims did you raise in the district court or at the BAP?

Appellant asserts constitutional claims under 42 U.S.C. 1983, 28 U.S.C. 144 28 U.S.C. 455, excessive force claim (quoting Winterrowd, 480 F.3d at 1186). Conspiracy to deprive Appellant of rights, under color of law. Fourth Amendment Claim against defendant Alex Collins a sheriff deputy, who broke my screen door and used excessive force by twisting my arm behind my back and forcing me to sign traffic ticket, is the only surviving claims after district court Judge Cormac Carney dismissed everybody and everything wrongfully.
ADD: False Arrest illegal car impound, excessive force use, Racial profiling, harrassment, Loss of food/drivers license/enjoyment of life and Perjury.

5.   **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why. N/A

9th Cir. Case No. 20-55350                                         Page 4

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court. *In all (4) past present and future cases before this Court of Appeals is related to Police Misconduct.*

6.   What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

*The district court erred in granting summary judgment on the First Amendment Claim in denying Appellant a right to redress, the Fourth Amendment claim to be secure in my home and car, the Fifth Amendment claim and appointment of counsel when the district Court and defendants deliberately discriminated against Appellant on basis of my socioeconomic status ie: based on my poverty. The eight Amendment excessive fines cruel and unusual punishment and the fourteenth Amendment due process clause and equality. The district court also erred in granting defendants qualified immunity when they violated clearly established laws, under the color of Law.*

7.   Did you present all issues listed in Question 6 to the district court or the BAP?
     Answer yes or no: ___Yes___

     If not, why not?

9th Cir. Case No. __20-55350__                    Page 5

8. **What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)**

1. Terry v. Ohio 392 U.S. 1 (1968)
2. Borawick v. City of Los Angeles, 793 Fed. Appx. 644, 645 (9th Cir. 2020) (quoting **Winterrowd**, 480 F.3d at 1186).
3. Young, 655 F.3d at 1167, 1168.
4. Meredith, 342 F.3d at 1061.
5. Cunningham v. Gates 229 F.3d 1271 (9th Cir. 2000), 1289.
6. Miranda v. City of Cornelius 429 F.3d 858 (9th Cir. 2005).
7. California Penal Code 148 (a)(1)
8. U.S. Const. amend. 1
9. U.S. Const. amend. 4
10. U.S. Const. amend. 5
11. U.S. Const. amend. 8
12. U.S. Const. amend. 14
13. Griswold v. Connecticut (1965)
14. Roe v. Wade (1973)
15. Plessy v. Ferguson separate but __equal.__ (1896) 7-1 decision
16. Hulk Hogan privacy rights case he won.
17. Oath of Office for peace officers and judges/justices.
18. Failure to Intercede for distict ninth court judges and S.C.O.T.U.S.
19. Conspiracy to deprive Appellant of all Rights, Title 18 U.S.C. sec. 241, 242
20. Enciting Hate Crimes based on Race and socioeconomic status.
21. Title 18 U.S.C. sec. 245 (2)(c) federally protected Activities (2)(e) "a traveler."
22. Title 42, U.S.C. sec. 14141 pattern and practice of law enforcement officers misconduct of excessive force, discriminatory harrassment, false arrest, unlawful stops, searches and Arrests.
23. Inherent Right to be free from governmental Intrusion.

9th Cir. Case No. 20-55350 _____

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case. No

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

None of Appellant's previous cases have been decided in any court of appeals, just denied, due to the fact, Appellant has been denied Appointment of Counsel in every level of the U.S. judicial (justice) system except when named "Defendant." Liberty and justice is NOT for all in America.

Barbara E. Brown
**Name**

(951) 534-8277

P.O. Box 5408

Sugarloaf, CA 92386
**Address**

Barbara E. Brown
**Signature**

July 14, 2020
**Date**

# EXHIBIT A

AMERICA'S SHAME
CONTINUES

PREAMBLE for the CONSTITUTION of the UNITED STATES of AMERICA

1  We the people of the United States, in order to form a more perfect
2  union, establish justice, ensure domestic tranquilty, provide
3  for the common defense, promote the general welfare, and
4  secure the blessings of liberty to ourselves and our posterity, do
5  ordain and establish the Constitution for the United States of America.
6  "For the people, by the people, and of the people." We are the people all of us(us)!







Emmett Till   Born: July 25, 1941
              Murdered: August 28, 1955 (age 14)

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of all documents and attachments to counsel for each party to this case.

**9th Cir. Case Number(s)** 20-55350

**Case Name** Barbara E. Brown v. Alex Collins, CA DMV, et al.

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the APPELANT'S INFORMAL OPENING BRIEF and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** Barbara E. Brown **Date** July 19, 2020

| Name | Address | Date Served |
|---|---|---|
| Blakney Boggs | 385 North Arrowhead Ave. 4th floor San Bernardino, CA 92415 | July 19, 2020 |
| | | |
| | | |
| | | |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 25**                                                                                     *Rev. 12/01/2018*