# EXHIBIT F1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALICE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No. 16-cv-07235-RMI<br><br>**ORDER DENYING MOTION TO DISQUALIFY MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 70 |

On April 9, 2018, Plaintiff filed a motion to disqualify the undersigned pursuant to 28 U.S.C. § 455(a). (Doc. 70.) Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matter under submission on the papers. Plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 11, 2018

ROBERT M ILLMAN
United States Magistrate Judge