## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Barbara Brown, et al.*, No. 2:19-cv-14669 | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

### *EX PARTE* MOTION TO SET SUBMISSION DATE FOR PLAINTIFFS'
### *EX PARTE* APPLICATION FOR DISQUALIFICATION
### OF DISTRICT COURT JUDGE (REC. DOC. 17827)

Defendants, through undersigned counsel, move this Court for an Order to set the submission date of September 30, 2020 for Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (Rec. Doc 17827).

Plaintiffs' Application for Disqualification was filed on September 4, 2020 and is opposed by Defendants.  Plaintiffs' Application did not include a Notice of Submission date as required by Local Rule 7.2.

Defendants request that the Court set the Plaintiffs' Application for Disqualification for the submission date of September 30, 2020, which is the same submission date that is set for Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11, or Alternatively, for Summary Judgment Based on Lack of Proof on Proximate Causation (Rec. Doc. 17828).  Defendants' Motion that is set for submission on September 30, 2020 relates to the Plaintiffs' case.

Defendants submit the attached proposed order setting the submission date of Plaintiffs' Application for Disqualification of District Court Judge on September 30, 2020.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Defendants Janssen
Pharmaceuticals, Inc. and Janssen Research
& Development, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Andrew Solow
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

CHAFFE MCCALL L.L.P.

By: /s/ John F. Olinde
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 21, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**

The undersigned hereby certifies that on September 21, 2020, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiff at her address of record.

*/s/ Chanda Miller*
**Chanda A. Miller**