# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Barbara Brown, et al.*, No. 2:19-cv-14669 | | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Set Submission Date for Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (Rec. Doc. 17827);

**IT IS ORDERED** that Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (Rec. Doc. 17827) be set for submission at 9:00 a.m. on the 30th day of September, 2020.

New Orleans, Louisiana, this _____ day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE