Your name: Barbara Brown
Address: PO Box 5408
Sugarloaf, CA 92386
Phone Number: (951) 534-8277
E-mail Address: _____
Pro se

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 22 2020
wp
CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, ALICE BROWN, LORA OROZCO,
    Plaintiff,

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC,
    Defendant.

CIVIL ACTION
MDL NO: 2592
Case Number: 19-cv-14669 EEF-MBN
SECTION L MAG. JUDGE NORTH
PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND FOR SUMMARY JUDGMENT
DATE: September 30, 2020
TIME: 9:00 am
JUDGE: Hon. Eldon E. Fallon

Comes now, Barbara Brown, Plaintiff in the above-entitled matter and hereby opposes "Defendants' Motion To Dismiss For Failure To Comply With Case Management Order No. 11, or Alternatively For Summary Judgment Based on Lack of Proof on Proximate Causation," for the reasons stated herein.

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-CV-14669 EEF-MBN ; PAGE 1 OF 4

## FACTUAL BACKGROUND

*[Write a short version of the facts in the Complaint. After each fact, write in the paragraph number of the Complaint where that information can be found.]*

On November 19, 2019, Plaintiffs Barbara Brown, Alice Brown, and Lora Orozco filed a Complaint against Janssen Research & Development, LLC, Bayer Corporation, and Johnson & Johnson, Inc in the United States District Court Northern District of California. The lawsuit was filed as a Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability and Wrongful Death case.

The lawsuit was filed in good faith against the Defendants who are the makers of Xarelto because of the injury of cerebral hemorrhage and ultimately death to Dexter Brown, the Plaintiffs relative, who was using Xarelto at time of injury.

On December 30, 2019, the case was transferred to the United States District Court Eastern District of Louisiana for Multi-district litigation Xarelto Products Liability Litigation, with Judge Eldon E. Fallon presiding over the case.

In the nearly nine months this matter was pending before Judge Fallon, the Plaintiffs have filed five motions to the Court: Ex Parte Application for Appointment of Pro Bono Counsel, Ex Parte Application for Reconsideration of Appointment of Pro Bono Counsel, Ex Parte Application For Remand, Renewed Request for Appointment of Pro Bono Counsel, Ex Parte Application for Disqualification of Judge. Four Motions were "DENIED" By Judge Fallon. One motion is still pending a ruling before Judge Fallon to disqualify himself from the case for being Biased and Partial towards the Defendants.

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-CV-14669 EEF-MBN          ; PAGE 2 OF 4   *[JDC TEMPLATE – rev. 2017]*

## ARGUMENT

*[Explain your response to each of Defendant's arguments. Go in the same order as the arguments were made in Defendant's Motion, if possible.]*

In filing their motion to dismiss, the Defendants have made a procedural error or an intentional failure to meet and confer with the Plaintiffs in accordance with the federal rules of civil procedure. None of the Defendants contacted any of the Plaintiffs or even attempted to contact any of the Plaintiffs to inform them of their intention to file a motion to dismiss and therefore the Court cannot grant their motion to dismiss.

In filing their Alternatively Motion For Summary Judgment, the Defendants have made a procedural error or an intentional failure to meet and confer with the Plaintiffs in accordance with the federal rules of civil procedure. None of the Defendants contacted any of the Plaintiffs to inform them of their intention to file a motion for Summary Judgment and therefore the Court cannot grant their motion for Summary Judgment.

The Defendants have made numerous false statements of fact or perjured themselves in their motion to dismiss in order to intentionally deceive the Court so that the Court will grant their motion to dismiss with prejudice. The Defendants falsely accuse the Plaintiffs of contumacious conduct and creating a well-developed record of delay. In actuality, the Plaintiffs did not display contumacious behaviour by not being able to comply with Case Management Order No. 11. And the Plaintiffs did not keep on requesting extensions of time from the Defendants or the Court in order

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-cv-14669 EEF-MBN          ; PAGE 3 OF 4   *[JDC TEMPLATE – rev. 2017]*

1  to obtain the required Rule 26 (a)(2) report.
2      The Plaintiffs repeatedly informed both the Defendants
3  and the Court that they were unable to locate a licensed
4  physician that was willing to be for hire to prepare the
5  Rule 26 report. The Plaintiffs never filed a motion for
6  extension of time in the Court due to the fact that more
7  time would not cure the issue of unwilling physicians refusing
8  to be for hire and the lack of money to pay or bribe a
9  physician to prepare the report.
10     The only way that the Plaintiffs could have complied with
11 CMO 11 Rule 26 requirement was to commit the crimes of
12 kidnapping a licensed physician at gunpoint, hold him/her
13 hostage, torture him/her until he/she agreed to read
14 the 850 pages of Dexter Brown's medical record and
15 prepare the Rule 26(a) report, and then murder him/her
16 so that he/she doesn't identify the Plaintiffs to police...
17 BECAUSE NO LICENSED PHYSICIAN WAS WILLING TO
18 PREPARE THE RULE 26(a) REPORT VOLUNTARILY WITH
19 OR WITHOUT PAY!!!
20     The Plaintiffs chose not to kidnap, torture, and kill a
21 physician to comply with CMO 11's unreasonable demands.
22 They also chose not to kidnap, torture, and kill an attorney
23 when they all refused to be for hire on a contingency basis.
24 *[If this document is longer than ten pages, you must include a table of contents and a table of authorities.]*
25 *[You must sign and date.]*
26
27 Date: 9/22/20  Sign Name: Barbara Brown
28 Print Name: Barbara Brown

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-CV-14669 EEF-MBN ; PAGE 4 OF 4 *[JDC TEMPLATE – rev. 2017]*

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. Case Name: BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

2. Case Number: 19-cv-14669 EEF-MBN

3. What documents were served?
   PLAINTIFFS' Opposition to Motion to Dismiss AND FOR SUMMARY JUDGMENT

4. How was the document served? *[check one]*
   [X] Placed in U.S. Mail
   [ ] Hand-delivered
   [ ] Sent for delivery (e.g., FedEx, UPS)
   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   FAEGRE DRINKER BIDDLE & REATH LLP        ARNOLD & PORTER LLP
   600 CAMPUS DRIVE                         250 WEST 55th STREET
   FLORHAM PARK, NJ 07932                   NEW YORK, NY 10019
   ATTN: CHANDA MILLER                      ATTN: JOAN GOODARD

6. When were the documents sent? SEPTEMBER 22, 2020

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Alice Brown*
   Name: ALICE BROWN
   Address: PO BOX 60
            CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. Case Name: BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

2. Case Number: 19-cv-14669 EEF-MBN

3. What documents were served?
PLAINTIFFS' Opposition to Motion to Dismiss AND FOR SUMMARY JUDGMENT

4. How was the document served? *[check one]*
   - [X] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   BARBARA BROWN            LORA OROZCO
   PO BOX 5408              PO BOX 1262
   SUGARLOAF, CA 92386      FORT JONES, CA 96032
   PLAINTIFF                PLAINTIFF

6. When were the documents sent? SEPTEMBER 22, 2020

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Alice Brown*
   Name: ALICE BROWN
   Address: PO BOX 60
            CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**

## LAEDdb_ProSeDocs

**From:** Alice Brown <alicebrowninproper@gmail.com>
**Sent:** Tuesday, September 22, 2020 8:21 AM
**To:** LAEDdb_ProSeDocs
**Subject:** BARBARA BROWN v JANSSEN RESEARCH & DEVELOPMENT
**Attachments:** Scan_20200922.pdf

Please file the attached document today (September 22, 2020) in its entirety, this time. It is six pages long. You should have absolutely no problems opening the pdf document but, if you do, call me @ (707)218-6181 or email me @ alicebrowninproper@gmail.com   Thank you!   Alice Brown