**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Barbara Brown, et al.*, No. 2:19-cv-14669 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion to Set Submission Date for Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (Rec. Doc. 17827);

**IT IS ORDERED** that Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (Rec. Doc. 17827) be set for submission at 9:00 a.m. on the 30th day of September, 2020.

New Orleans, Louisiana, this  22nd  day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE