UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Barbara Brown, et al.*, No. 2:19-cv-14669 | | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN
FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH CASE MANAGEMENT
ORDER NO. 11, OR ALTERNATIVELY FOR SUMMARY
JUDGMENT BASED ON LACK OF PROOF ON
<u>PROXIMATE CAUSATION (REC. DOC. 17828)</u>**

Defendants Janssen Research & Development LLC, Johnson & Johnson, and Bayer Corporation, collectively ("Defendants") hereby respectfully request leave to file the attached Reply Memorandum in Further Support of the Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11, or Alternatively for Summary Judgment Based on Lack of Proof on Proximate Causation (Rec. Doc. 17828). This Reply will further assist the Court in evaluating Defendants' motion in light of Plaintiffs' filed opposition by responding to the issues raised therein.

**WHEREFORE**, Defendants respectfully request that this Court grant leave to file their Reply in Further Support of the Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11, or Alternatively for Summary Judgment Based on Lack of Proof on Proximate Causation (Rec. Doc. 17828).

1

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendant Bayer Corporation*

**FAEGRE DRINKER BIDDLE & REATH LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@faegredrinker.com

*Counsel for Defendants Janssen Research & Development, LLC and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

2

**CHAFFE MCCALL L.L.P.**
By: /s/ *John F. Olinde*
   John F. Olinde
   1100 Poydras Street
   Suite 2300
   New Orleans, LA 70163
   Telephone: (504) 585-7241
   Facsimile: (504) 544-6084
   olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**

The undersigned hereby certifies that on September 23, 2020, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiff at her address of record.

*/s/ Chanda A. Miller*
**Chanda A. Miller**