UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Barbara Brown, et al.*, No. 2:19-cv-14669 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**O R D E R**

Considering the Defendants' Motion for Leave to File Reply in Further Support of the Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11, or Alternatively for Summary Judgment Based on Lack of Proof on Proximate Causation (Rec. Doc. 17828),

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Reply in Further Support of the Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11, or Alternatively for Summary Judgment Based on Lack of Proof on Proximate Causation (Rec. Doc. 17828) is hereby entered into the Court's docket.

NEW ORLEANS, LOUISIANA, this _____ day of September, 2020

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**