UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Warren Whitaker and Mildred Whitaker v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-0098

## ORDER

The Court is in receipt of the attached correspondence from Warren Whitaker, a Plaintiff who opted into the Xarelto settlement program. Mr. Whitaker expressed disappointment with the settlement award he received. Mr. Whitaker is advised to discuss this issue with his retained counsel or the local bar association.

**IT IS HEREBY ORDERED** that the attached correspondence be filed into the record.

New Orleans, Louisiana, this 23rd day of September 2020.

_____
UNITED STATES DISTRICT COURT JUDGE


CC:   **Jay E. Stuemke**
      Simon Greenstone Panatier Bartlett, PC
      3232 McKinney Avenue, Suite 610

Dallas, Texas 75204
214-276-7680
Email: jstuemke@sgptrial.com

**Leonard Davis**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Email: ldavis@hhklawfirm.com