1  Your name: ALICE BROWN
2  Address: PO BOX 60
3  CRESCENT CITY, CA 95531
4  Phone Number: (707) 218-6181
5  E-mail Address:
6  Pro se

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 28 2020
CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CIVIL ACTION**

BARBARA BROWN, ALICE BROWN, LORA OROZCO,
Plaintiff,

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,
Defendants.

Case Number: 19-CV-14669 EEF-MBN
MDL NO: 2592
SECTION L   MAG. JUDGE NORTH

PLAINTIFFS' MOTION REQUESTING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS

Hon. ELDON E. FALLON

PURSUANT TO EASTERN DISTRICT OF LOUISIANA LOCAL RULE 78.1, PLAINTIFFS MOVE THE COURT TO ALLOW ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 11, OR ALTERNATIVELY FOR SUMMARY JUDGMENT BASED ON LACK OF PROOF ON PROXIMATE CAUSATION (DOCUMENT 17828) FILED ELECTRONICALLY IN THIS COURT ON SEPTEMBER 8, 2020.

CASE NO.: 19-CV-14669 EEF-MBN    ; PAGE 1 OF 2

Fee
Process
X Dktd
CtRmDep
Doc. No.

1. THE DEFENDANTS' RECENT AND PREVIOUS FILINGS IN THIS COURT CONTAINS HUNDREDS AND HUNDREDS OF PAGES OF IRRELEVANT DUPLICATE DOCUMENTS INTENDED TO CAUSE A BENT OF MIND IN THE PRESIDING JUDGE TO DISTRACT HIM FROM THE ISSUES OF THE CASE. THE DEFENDANTS HAVE HAD EX PARTE COMMUNICATION WITH PRESIDING JUDGE FALLON BY LETTER AND IN PERSON AT LEAST TWICE OUTSIDE THE PRESENCE OF THE PLAINTIFFS AND UNKNOWN TO PLAINTIFFS UNTIL AFTER THE EX PARTE COMMUNICATION OCCURRED. BESIDES THE IN-PERSON DELIVERANCE OF UNFILED DOCUMENTS TO THE JUDGE BY THE DEFENDANTS, PLAINTIFFS WERE NOT INFORMED BY THE DEFENDANTS NOR THE COURT WHETHER OR NOT THE DEFENDANTS ALSO DELIVERED INSTRUCTIONS ALONG WITH A BRIBE TO JUDGE ELDON E. FALLON TO RULE AGAINST THE PLAINTIFFS IN EVERY SINGLE MOTION AND RULE FOR DEFENDANTS IN THEIR MOTION TO DISMISS.

2. ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS WOULD ASSIST THE COURT IN ASSESSING THE MERITS OF PLAINTIFFS' ARGUMENTS AGAINST DISMISSAL. ALSO, PLAINTIFFS WOULD BE ABLE TO CALL ALL OR SOME OF THE 26 DOCTORS AND ATTORNEYS THAT REFUSE TO PREPARE CMO 11 REPORT OR BE FOR HIRE. DEFENDANTS TAKE NO POSITION ON PLAINTIFF'S REQUEST FOR ORAL ARGUMENT AS STATED IN EMAIL RESPONSE TO MEET & CONFER. "A"

*[You must sign and date.]*        Respectfully Submitted,

Date: 9/26/20      Sign Name: *Alice Brown*

Print Name: ALICE BROWN

CASE NO.: 19-CV-14669 EEF-MBN ; PAGE 2 OF 2

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

2. Case Number: 19-CV-14669 EEF

3. What documents were served? *[Write the full name or title of the document or documents]* PLAINTIFFS' MOTION REQUESTING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS

4. How was the document served? *[check one]*

   [X] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   FAEGRE DRINKER BIDDLE & REATH LLP
   600 CAMPUS DRIVE
   FLORHAM PARK, NJ 07932
   ATTN: CHANDA MILLER

   ARNOLD & PORTER LLP
   250 WEST 55th STREET
   NEW YORK, NY 10019
   ATTN: JOAN GODDARD

6. When were the documents sent? SEPTEMBER 26, 2020

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: /s/ Alice Brown

Name: ALICE BROWN

Address: PO BOX 60
CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. Case Name: BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

2. Case Number: 19-CV-14669 EEF

3. What documents were served? *[Write the full name or title of the document or documents]* PLAINTIFFS' MOTION REQUESTING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS

4. How was the document served? *[check one]*

    [X] Placed in U.S. Mail

    [ ] Hand-delivered

    [ ] Sent for delivery (e.g., FedEx, UPS)

    [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

    BARBARA BROWN
    PO BOX 5408
    SUGARLOAF, CA 92386
    PLAINTIFF

    LORA OROZCO
    PO BOX 1262
    FORT JONES, CA 96032
    PLAINTIFF

6. When were the documents sent? SEPTEMBER 26, 2020

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: *Alice Brown*

    Name: ALICE BROWN

    Address: PO BOX 60
    CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**



**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
+1 215 988 2700 main
+1 215 988 2757 fax

faegredrinker.com

September 25, 2020

**VIA U.S. MAIL**

Ms. Lora Orozco
P.O. Box 1262
Fort Jones, CA 96032

Ms. Alice Brown
P.O. Box 60
Crescent City, CA 95531
alicebrowninproper@gmail.com

Ms. Barbara Brown
P.O. Box 5408
Sugarloaf, CA 92386

Re: *In re: Xarelto Products Liability Litigation*, MDL No. 2592;
*Brown et al. v. Janssen Research & Development LLC, et al.*, No. 19-cv-14669

Dear Ms. Orozco, Ms. Brown, and Ms. Brown:

On behalf of all Defendants in this matter, I write in response to the voice mail messages that Ms. Alice Brown left for me and for Joan Goddard this afternoon.

Ms. Brown's voicemail messages advised that Plaintiffs intend to file a motion requesting oral argument on Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11, or Alternatively for Summary Judgment Based on Lack of Proof on Proximate Causation. Defendants take no position on Plaintiffs' request for oral argument. It is up to the Judge to decide whether oral argument is necessary in light of the written submissions.

Very truly yours,

*Chanda A. Miller*

Chanda A. Miller
Partner

CAM/ma

cc: Joan Goddard, Esq. (via e-mail)

A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
PLAINTIFF(S)

VERSUS
JANSSEN RESEARCH &
DEVELOPMENT, LLC, et al.,
DEFENDANT(S)

CIVIL ACTION

No. 19-CV-14669 EEF

SECTION: L

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion REQUESTING ORAL ARGUMENT is hereby set for submission before District Judge/Magistrate Judge FALLON on SEPTEMBER 30, 2020 at 9:00 a.m. OR ALTERNATIVELY ON OCTOBER 14, 2020 AT 9:00 A.M.

Alice Brown
(Signature)

ALICE BROWN
(Name)

PO BOX 60
(Address)

CRESCENT CITY, CA 95531
(City)          (State)   (Zip)

(707) 218-6181
(Telephone)

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 26th day of SEPTEMBER, 2020.

Alice Brown
(SIGNATURE)

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Alice Brown <alicebrowninproper@gmail.com> |
| **Sent:** | Saturday, September 26, 2020 3:27 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | BARBARA BROWN v. JANSSEN RESEARCH & DEVELOPMENT |
| **Attachments:** | Scan_20200926.pdf; Scan_20200926.pdf |

Please file the attached documents today, 9/26/20, or at the latest 9/28/20. Also, please acknowledge receipt of this email, being that we have had so many issues in the past with getting our documents filed. Thank you. Alice Brown @ (707)218-6181 or alicebrowninproper@gmail.com

1