UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
PLAINTIFF(S)

VERSUS

JANSSEN RESEARCH &
DEVELOPMENT, LLC, et al.,
DEFENDANT(S)

CIVIL ACTION

No. 19-CV-14669 EEF

SECTION: L

## ORDER

Considering the Motion REQUESTING ORAL ARGUMENT,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE