1  Your name: ALICE BROWN
2  Address: PO BOX 60
3  CRESCENT CITY, CA 95531
4  Phone Number: (707) 218-6181
5  E-mail Address: _____
6  Pro se

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 28 2020
CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION

BARBARA BROWN, ALICE BROWN, LORA OROZCO,
Plaintiffs,

vs.

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,
Defendants.

Case Number: 19-CV-14669 EEF-MBN
MDL No: 2592
SECTION L   MAG. JUDGE NORTH

PLAINTIFFS' REPLY TO DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR DISQUALIFICATION OF DISTRICT COURT JUDGE

Hon. ELDON E. FALLON

---

COMES NOW, ALICE BROWN, PLAINTIFF IN THE ABOVE-ENTITLED MATTER AND HEREBY REPLIES TO DEFENDANTS' "JANSSEN AND BAYER DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR DISQUALIFICATION OF DISTRICT COURT JUDGE," FILED ON SEPTEMBER 21, 2020.

CASE NO.: 19-CV-14669 EEF-MBN   ; PAGE 1 OF 2

On September 4, 2020, Plaintiffs filed their "Plaintiff's Ex Parte Application for Disqualification of District Court Judge." Their ex parte application was filed by email filing and posted on PACER the same day. The Defendants filed their "Janssen and Bayer Defendants' Joint Opposition to Plaintiffs' Ex Parte Application for Disqualification of District Court Judge" on September 21, 2020.

Being that the Defendants' opposition was not timely filed, the Court is forbidden to accept for filing Defendants' opposition and accompanying hundreds and hundreds and hundreds of exhibits attached thereto. The response to Plaintiffs' motion was due on September 18, 2020. The Defendants failed to submit a motion for leave to late file when they filed their opposition.

While this Court has shown bias toward the Defendants, the Plaintiffs object and do not consent to the untimely filing of Defendants' opposition and request the Court to refuse for filing the Defendants' opposition for being filed untimely.

The Defendants knew their filing was untimely just like they knew that there is rat poison in Xarelto and cancer causing asbestos in Johnson & Johnson baby powder, since the 1970s!!!!!!!!!

*[You must sign and date.]*  Respectfully Submitted,

Date: 9/28/20   Sign Name: Alice Brown
                Print Name: ALICE BROWN

CASE NO.: 19-CV-14669 EEF-MBN ; PAGE 2 OF 2

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \*

1. Case Name: BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

2. Case Number: 19-CV-14669 EEF

3. What documents were served? [Write the full name or title of the document or documents] PLAINTIFFS' REPLY TO DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR DISQUALIFICATION OF DISTRICT COURT JUDGE

4. How was the document served? [check one]

   [X] Placed in U.S. Mail
   [ ] Hand-delivered
   [ ] Sent for delivery (e.g., FedEx, UPS)
   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]

   FAEGRE DRINKER BIDDLE & REATH LLP
   600 CAMPUS DRIVE
   FLORHAM PARK, NJ 07932
   ATTN: CHANDA MILLER

   ARNOLD & PORTER LLP
   250 WEST 55th STREET
   NEW YORK, NY 10019
   ATTN: JOAN GODDARD

6. When were the documents sent? SEPTEMBER 28, 2020

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: Alice Brown
Name: ALICE BROWN
Address: PO BOX 60
CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* *You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.* \*

1. Case Name: **BARBARA BROWN, et al.** v. **JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.**

2. Case Number: **19-CV-14669 EEF**

3. What documents were served? *[Write the full name or title of the document or documents]* **PLAINTIFFS' REPLY TO DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR DISQUALIFICATION OF DISTRICT COURT JUDGE**

4. How was the document served? *[check one]*

   - [X] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   **BARBARA BROWN**
   **PO BOX 5408**
   **SUGARLOAF, CA 92386**
   **PLAINTIFF**

   **LORA OROZCO**
   **PO BOX 1262**
   **FORT JONES, CA 96032**
   **PLAINTIFF**

6. When were the documents sent? **SEPTEMBER 28, 2020**

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *Alice Brown*
Name: **ALICE BROWN**
Address: **PO BOX 60**
**CRESCENT CITY, CA 95531**

**CERTIFICATE OF SERVICE**

## LAEDdb_ProSeDocs

**From:** Alice Brown <alicebrowninproper@gmail.com>
**Sent:** Monday, September 28, 2020 9:31 AM
**To:** LAEDdb_ProSeDocs
**Subject:** BARBARA BROWN v. JANSSEN RESEARCH & DEVELOPMENT
**Attachments:** Scan_20200928.pdf

Please file the attached document today, 9/28//20. It is a pdf file. Thank you. Alice Brown