## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Brown, et al. v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-14669

### ORDER

Before the Court is *pro se* Plaintiffs Alice Brown, Lora Orozco, and Barbara Brown's Motion Requesting Oral Argument on Defendants' Motion to Dismiss, R. Doc. 17845. The Eastern District of Louisiana's Local Civil Rules require that "[a]ny party seeking oral argument must file either contemporaneously with the filing of the motion or opposition memorandum to a motion . . . a separate request for oral argument." LR 78.1. The Plaintiffs filed an opposition memorandum on September 22, 2020 but did not request oral argument until the present motion. R. Docs. 17837; 17845. Therefore, Plaintiffs' request was untimely and improperly filed. Unfortunately, Plaintiffs also made inaccurate and inappropriate accusations about this Court to which the Court need not respond. Accordingly;

**IT IS HEREBY ORDERED** that Plaintiffs' motion, R. Doc. 17845, is **DENIED**.


New Orleans, Louisiana, this 29th day of September 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Lora Orozco
P.O. Box 1262
Fort Jones, CA 96032

Barbara Brown
PO Box 5408
Sugarloaf, CA 92386

Alice Brown
PO Box 60
Crescent City, CA 95531