UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *All Cases* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## JUDGMENT

Pursuant to the Court's Order and Reasons dated September 28, 2020, R. Doc. 17844, **IT IS ORDERED, ADJUDGED, AND DECREED** that the common benefit fee awards and costs be awarded in the following amounts, plus accumulated interest:

| FEE APPLICANT | RECOMMENDED COMMON BENEFIT FEE ALLOCATION | RECOMMENDED COMMON BENEFIT COST REIMBURSEMENT |
|---|---|---|
| **Aylstock Witkin Kreis & Overholtz** | $7,350,000 | $1,707,347.26 |
| **Baron & Budd** | $1,200,000 | $200,857.87 |
| **Barrios Kingsdorf** | $1,250,000 | $318,974.17 |
| **Beasley Allen** | $10,500,000 | $1,523,327.68 |
| **Bruno & Bruno** | $100,000 | $393.66 |
| **Capitelli Wicker** | $50,000 | $254.53 |
| **Childers Schlueter** | $500,000 | $23,030.56 |
| **Cory Watson** | $100,000 | $32,966.96 |
| **Douglas & Londobn** | $7,200,000 | $1,001,936.82 |
| **Douglas Haun** | $15,000 | $0 |
| **Feldman & Pinton** | $1,200,000 | $55,018.74 |
| **Ferrer & Poirot** | $1,150,000 | $928,234.47 |
| **Gainsburgh Benjamin** | $6,500,000 | $853,421.10 |
| **Gallagher Law Firm** | $50,000 | $18,037.38 |
| **Goza Honnold** | $5,700,000 | $1,022,855.54 |
| **Grant Eisenhofer** | $250,000 | $182,204.99 |
| **Heninger Garrison** | $250,000 | $92,348.85 |
| **Herman Herman Katz** | $6,500,000 | $927,659.23 |
| **Irpino Law** | $200,000 | $5,521.02 |
| **Keller Rohrback** | $150,000 | $90.81 |
| **Kirtland & Packard** | $50,000 | $0 |

| | | |
|---|---|---|
| **Lambert Firm** | $3,300,000 | $195,968.01 |
| **Levin Papantonio** | $10,500,000 | $1,567,414.99 |
| **Levin Sedran** | $6,500,000 | $1,118,497.10 |
| **Linville Firm** | $55,000 | $0 |
| **Mahone Law Firm** | $10,000 | $718.35 |
| **Morgan & Morgan** | $500,000 | $905,104.47 |
| **Motley Rice** | $500,000 | $226,176.85 |
| **Nast Law Firm** | $2,300,000 | $1,090,289.62 |
| **Ross Feller Casey** | $250,000 | $911,366.45 |
| **Schlichter Bogard & Denton** | $7,200,000 | $1,347,040.11 |
| **Seeger Weiss** | $1,600,000 | $920,518.85 |
| **Stag Liuzza** | $80,000 | $0 |
| **Weitz & Luxenberg** | $3,100,000 | $975,835.93 |
| **Whitehead Law Firm** | $500,000 | $39,610.51 |
| **Settlement Administration** | $0 | $1,672,066.62 |
| **TOTAL** | **$86,660,000.00** | **$19,865,089.50** |

**IT IS FURTHER ORDERED** that the disbursal agent Archer Systems, LLC, is authorized to withhold from the accrued interest portion of the funds to be disbursed, the amount required to pay taxes on the interest earned on the funds.

**IT IS FURTHER ORDERED** that Archer Systems, LLC, is authorized to disburse the funds after the thirty-day time for filing a notice of appeal has passed, pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure.

**IT IS FURTHER ORDERED** that each firm entitled to receive funds under this Order provide the disbursal agent a Social Security number or Tax Identification number prior to receiving any distribution.

The Court finds that, pursuant to Fed. R. Civ. P. 54(b) there is no just reason for delay of entry of final judgment with respect to the foregoing.

New Orleans, Louisiana, on this 29th day of September 2020.

                                                     */s/ Eldon E. Fallon*
                                                     United States District Judge