JESSE F. FERRER - *TX*
JOE POIROT * - *OK, TX*
AARON G. WANSBROUGH - *TX*
CHRISTINA FELLER - *FL, TX*
MATTHEW DANIEL - *CA, TX*
RUSSELL T. ABNEY - *AL, CT, GA, NY, TX*

† BOARD CERTIFIED - CIVIL TRIAL LAW
  NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED IN *AR, CO, D.C., GA, IL, MA, MN,
MO, NC, NY, PA, TX,  WI & WV*

JOHN T. KIRTLEY, III * † ^
LATOYA CHAMBERS - *TX*
JAMES HEARON - *TX*
MATTHEW VINSON - *TX*
YVETTE FERRER - *CA, NV, NY*
ELLIS T. HAYS, II - *TX*
TERRIKA M. CRUTCHFIELD - *GA*

* BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

^ AMERICAN BOARD OF TRIAL ADVOCATES



DALLAS | ATLANTA
LAWYERWORKS.COM

September 30, 2020

**ATTN:** Clerk of the Court
US District Court Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

*Via LAED CM/ECF*

**RE:** Master Case 14-md-2592
**2:16-cv-02600** Carden v. Janssen Research & Development LLC, et al.

Dear Clerk of the Court:

Our office did not see a $400 filing fee posted in the PACER Transaction Log and therefore, in error, paid the filing fee twice.

| Case No | Title | 1st payment | 2nd payment | Original Receipt# | Duplicate Receipt# |
|---|---|---|---|---|---|
| 2:16-cv-02600 | Carden, Charles | 8/28/2020 | 9/21/2020 | ALAEDC-8470183 | ALAEDC-8508273 |

I respectfully request a refund of $400.

With kind regards,

Russell Abney

**Ferrer Poirot Wansbrough**
**Feller Daniel Abney**
info@lawyerworks.com

FPW/cferrer

P.O. BOX 199109 ▪ 2603 OAK LAWN AVE., #300 ▪ DALLAS, TX 75219-9109 ▪ OFFICE (800) 521-4492 ▪ FAX (866) 513-0115 ▪ FAX (214) 550-2696

PROTECTING VICTIMS' RIGHTS SINCE 1981