

JESSE F. FERRER - *TX*
JOE POIROT * - *OK, TX*
AARON G. WANSBROUGH - *TX*
CHRISTINA FELLER - *FL, TX*
MATTHEW DANIEL - *CA, TX*
RUSSELL T. ABNEY - *AL, CT, GA, NY, TX*

† BOARD CERTIFIED - CIVIL TRIAL LAW
 NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED IN *AR, CO, D.C., GA, IL, MA, MN, MO, NC, NY, PA, TX, WI & WV*

JOHN T. KIRTLEY, III * † ^
LATOYA CHAMBERS - *TX*
JAMES HEARON - *TX*
MATTHEW VINSON - *TX*
YVETTE FERRER - *CA, NV, NY*
ELLIS T. HAYS, II - *TX*
TERRIKA M. CRUTCHFIELD - *GA*

* BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

^ AMERICAN BOARD OF TRIAL ADVOCATES

DALLAS │ ATLANTA
LAWYERWORKS.COM

September 30, 2020

<u>ATTN:</u> Clerk of the Court              <u>Via LAED CM/ECF</u>
US District Court Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

**RE:** **Master Case 14-md-2592**
**2:16-cv-4675 Garnett** v. Janssen Research & Development LLC, et al.

Dear Clerk of the Court:

Our office did not see a $400 filing fee posted in the PACER Transaction Log and therefore, in error, paid the filing fee twice.

| Case No | Title | 1st payment | 2nd payment | Original Receipt# | Duplicate Receipt# |
|---|---|---|---|---|---|
| 2:16-cv-4675 | Garnett, Edna | 8/28/2020 | 9/28/2020 | ALAEDC-8470781 | ALAEDC-8518514 |

I respectfully request a refund of $400.

With kind regards,

Russell Abney

**Ferrer Poirot Wansbrough**
**Feller Daniel Abney**
info@lawyerworks.com

FPW/cferrer