| | | |
|---|---|---|
| JESSE F. FERRER - *TX*<br>JOE POIROT * - *OK, TX*<br>AARON G. WANSBROUGH - *TX*<br>CHRISTINA FELLER - *FL, TX*<br>MATTHEW DANIEL - *CA, TX*<br>RUSSELL T. ABNEY - *AL, CT, GA, NY, TX*<br><br>† BOARD CERTIFIED - CIVIL TRIAL LAW<br>  NATIONAL BOARD OF TRIAL ADVOCACY<br>  LICENSED IN *AR, CO, D.C., GA, IL, MA, MN,<br>  MO, NC, NY, PA, TX,  WI & WV* |  | JOHN T. KIRTLEY, III * † ^<br>LATOYA CHAMBERS - *TX*<br>JAMES HEARON - *TX*<br>MATTHEW VINSON - *TX*<br>YVETTE FERRER - *CA, NV, NY*<br>ELLIS T. HAYS, II - *TX*<br>TERRIKA M. CRUTCHFIELD - *GA*<br><br>* BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW<br>  TEXAS BOARD OF LEGAL SPECIALIZATION<br><br>^ AMERICAN BOARD OF TRIAL ADVOCATES |

DALLAS │ ATLANTA
LAWYERWORKS.COM

September 30, 2020

<u>ATTN:</u> Clerk of the Court                                                                                           <u>Via LAED CM/ECF</u>
US District Court Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

**RE:**   **Master Case 14-md-2592**
          **2:16-cv-10944 Gates** v. Janssen Research & Development LLC, et al.

Dear Clerk of the Court:

Our office did not see a $400 filing fee posted in the PACER Transaction Log and therefore, in error, paid the filing fee twice.

| Case No | Title | 1st payment | 2nd payment | Original Receipt# | Duplicate Receipt# |
|---|---|---|---|---|---|
| 2:16-cv-10944 | Gates, Flora | 8/28/2020 | 9/28/2020 | ALAEDC-8470838 | ALAEDC-8518542 |

I respectfully request a refund of $400.

With kind regards,



Russell Abney

**Ferrer Poirot Wansbrough**
**Feller Daniel Abney**
info@lawyerworks.com

FPW/cferrer

P.O. BOX 199109 ▪ 2603 OAK LAWN AVE., #300 ▪ DALLAS, TX 75219-9109 ▪ OFFICE (800) 521-4492 ▪ FAX (866) 513-0115 ▪ FAX (214) 550-2696

PROTECTING VICTIMS' RIGHTS SINCE 1981