

JESSE F. FERRER - *TX*
JOE POIROT * - *OK, TX*
AARON G. WANSBROUGH - *TX*
CHRISTINA FELLER - *FL, TX*
MATTHEW DANIEL - *CA, TX*
RUSSELL T. ABNEY - *AL, CT, GA, NY, TX*

† BOARD CERTIFIED - CIVIL TRIAL LAW
  NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED IN *AR, CO, D.C., GA, IL, MA, MN, MO, NC, NY, PA, TX, WI & WV*

JOHN T. KIRTLEY, III * † ^
LATOYA CHAMBERS - *TX*
JAMES HEARON - *TX*
MATTHEW VINSON - *TX*
YVETTE FERRER - *CA, NV, NY*
ELLIS T. HAYS, II - *TX*
TERRIKA M. CRUTCHFIELD - *GA*

* BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION

^ AMERICAN BOARD OF TRIAL ADVOCATES

DALLAS | ATLANTA
LAWYERWORKS.COM

September 30, 2020

<u>ATTN:</u> Clerk of the Court                               <u>Via LAED CM/ECF</u>
US District Court Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

**RE:**   **Master Case 14-md-2592**
         **2:16-cv-10640 Waught** v. Janssen Research & Development LLC, et al.

Dear Clerk of the Court:

Our office did not see a $400 filing fee posted in the PACER Transaction Log and therefore, in error, paid the filing fee twice.

| Case No | Title | 1st payment | 2nd payment | Original Receipt# | Duplicate Receipt# |
|---|---|---|---|---|---|
| 2:16-cv-10640 | Waught, Norman | 8/26/2020 | 9/21/2020 | ALAEDC-8466133 | ALAEDC-8508345 |

I respectfully request a refund of $400.

With kind regards,

*[signature]*

Russell Abney

**Ferrer Poirot Wansbrough**
**Feller Daniel Abney**
info@lawyerworks.com

FPW/cferrer

P.O. BOX 199109 ▪ 2603 OAK LAWN AVE., #300 ▪ DALLAS, TX 75219-9109 ▪ OFFICE (800) 521-4492 ▪ FAX (866) 513-0115 ▪ FAX (214) 550-2696

PROTECTING VICTIMS' RIGHTS SINCE 1981