# SeegerWeiss LLP

October 9, 2020

Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:    Temes v. Janssen Research & Development LLC, 14-MD-2592; 2:16-cv-14391-EEF-MBN

We write to inform the court of duplicate filing fees in the above matter. Fees in the amount of $400 were paid on August 5, 2020 and September 1, 2020. .

At this time, we request a refund of $400 for the duplicate filing fee for receipt number ALAEDC-8475745.

Very truly yours,

/s/ Christopher A. Seeger
Christopher A. Seeger
Seeger Weiss LLP