UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | MAGISTRATE JUDGE NORTH |

## ORDER

Plaintiff and defense lead and liaison counsel have requested an informal call with the Court to discuss the current status of MDL proceedings. Accordingly;

**IT IS HEREBY ORDERED** that a telephonic status conference be set for Friday, October 30, 2020 at 8:30 AM. Counsel are expected to be on the line **ten (10) minutes before** the scheduled start time. The Court will email Plaintiff and defense lead and liaison counsel with the dial-in information.

New Orleans, Louisiana, this 13th day of October 2020.

_____
UNITED STATES DISTRICT COURT JUDGE