

October 27, 2020

Alex Davis
alex@jonesward.com


Carol L. Michel
Clerk of Court
500 Poydras Street
Room C151
New Orleans, LA 70130


    Re:    Refund of Electronic Filing Fee Dorothy Rinard 14-md-2592; 15-cv-6951

Dear Carol L. Michel:

    Please find our application for refund for electronic filling fee of Dorothy Rinard case 15-cv-6951 that has been severed from 14-md-2592. The duplicate payment took place on July 28th, 2020 and we request the amount of $400.00 be refunded for the payment with receipt number ALAEDC-8422416.


    Yours truly,

    JONES WARD PLC

    s/ Alex C. Davis

    Alex Davis


The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206

Telephone: (502) 882-6000
Facsimile:   (502) 587-2007
Web: www.jonesward.com

