

Case 2:14-md-02592-EEF-MBN   Document 17886   Filed 10/30/20   Page 1 of 5

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 30 2020
CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS
### Notice of Appeal from a Judgment or Order of a United States District Court

**Name of U.S. District Court:** EASTERN DISTRICT OF LOUISIANA

**U.S. District Court case number:** 19-CV-14669 L(5)

**Date case was first filed in U.S. District Court:** 11/19/19 – TRANSFERRED: 12/30/19

**Date of judgment or order you are appealing:** OCTOBER 2, 2020

**Fee paid for appeal?** *(appeal fees are paid at the U.S. District Court)*

○ Yes  ○ No  ● IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

BARBARA BROWN
ALICE BROWN
LORA OROZCO

**Is this a cross-appeal?** ○ Yes  ● No

If Yes, what is the first appeal case number?

**Was there a previous appeal in this case?** ○ Yes  ● No

If Yes, what is the prior appeal case number?

**Your mailing address:** ALICE BROWN

PO BOX 60

**City:** CRESCENT CITY  **State:** CA  **Zip Code:** 95531

**Prisoner Inmate or A Number (if applicable):** N/A

**Signature:** Alice Brown  **Date:** 10/30/2020

Complete and file with the attached representation statement in the U.S. District Court

Barbara Brown 10/30/20    Lora Orozco 10/30/20

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS
Representation Statement

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| BARBARA BROWN   PO BOX 5408   SUGARLOAF, CA 92386 |
| ALICE BROWN     PO BOX 60     CRESCENT CITY, CA 95531 |
| LORA OROZCO     PO BOX 1262   FORT JONES, CA 96032 |

Name(s) of counsel (if any):

NONE

Address:
Telephone number(s):
Email(s):

Is counsel registered for Electronic Filing in the 5th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

JANSSEN RESEARCH & DEVELOPMENT LLC
JOHNSON & JOHNSON INC

Name(s) of counsel (if any):

CHANDA MILLER

Address: 600 CAMPUS DRIVE FLORHAM PARK, NJ 07932
Telephone number(s): (215) 988-1197
Email(s): chanda.miller@faegredrinker.com

*To list additional parties and/or counsel, use next page.*

1

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties: BAYER CORPORATION

Name(s) of counsel (if any): JOAN GODDARD

Address: 250 WEST 55th STREET NEW YORK, NY 10019

Telephone number(s): (212) 836-7429

Email(s): joangoddard@arnoldporter.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

2

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. Case Name: BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.

2. Case Number: 19-CV-14669

3. What documents were served? *[Write the full name or title of the document or documents]* NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT

4. How was the document served? *[check one]*

    [X] Placed in U.S. Mail

    [ ] Hand-delivered

    [ ] Sent for delivery (e.g., FedEx, UPS)

    [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

    CHANDA MILLER                    JOAN GODDARD
    600 CAMPUS DRIVE                 250 WEST 55th STREET
    FLORHAM PARK, NJ 07932           NEW YORK, NY 10019

6. When were the documents sent? OCTOBER 30, 2020

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: Alice Brown
    Name: ALICE BROWN
    Address: PO BOX 60
             CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**

**LAEDdb_ProSeDocs**

| | |
|---|---|
| From: | Alice Brown <alicebrowninproper@gmail.com> |
| Sent: | Friday, October 30, 2020 6:01 PM |
| To: | LAEDdb_ProSeDocs |
| Subject: | BARBARA BROWN v. JANSSEN RESEARCH & DEVELOPMENT |
| Attachments: | Scan_20201030.pdf |

**CAUTION - EXTERNAL:**

Please file as soon as possible. Thank you. Alice Brown

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1