MINUTE ENTRY
FALLON, J.
OCTOBER 30, 2020

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date by telephone before Judge Eldon E. Fallon. At the conference, a representative from Plaintiffs' Lead Counsel, Andrew Birchfield and Plaintiffs' Liaison Counsel, Gerald Meunier reported to the Court on the settlement program's progress. Other counsel present and participating in the status conference were Leonard Davis and Brian Barr for Plaintiffs, and Susan Sharko, Chanda Miller, Steven Glickstein, Andrew Solow, Kim Moore, and John Olinde for Defendants. The parties discussed the status of the case and procedural plans to move it forward. The parties also discussed the common benefit fee award allocation and efforts to address unpaid filing fees.

JS10: 0:51

1