UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louisiana Health Service and Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al. Case No. 2:15-cv-03913 | MAGISTRATE NORTH |

**DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT OF THREE HEALTH CARE THIRD-PARTY PAYORS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) and 9(b) / REQUEST PREVIOUSLY GRANTED TO EXCEED PAGE LIMIT OF MEMORANDUM IN SUPPORT**

Defendants Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG[1] hereby move this Court pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) for an order dismissing the First Amended Class Action Complaint ("FAC") filed by plaintiffs, Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana ("LABC"), HMO Louisiana, Inc. ("HMO Louisiana"), and Allied Services Division Welfare Fund ("Allied") (Doc. No. 1337).

---

[1] This motion is filed on behalf of the served Janssen and Bayer entities: The other Bayer entities named in the FAC have not been served and for that reason are not parties to the motion.

1

As set forth more fully in Defendants' accompanying memorandum in support of their motion, the claims alleged in plaintiffs' FAC should be dismissed under Rules 12(b)(6) and 9(b) for the following reasons:

(1) LABC's and HMO Louisiana's subrogation claims (Count XII) fail to plead essential facts and join indispensable parties;

(2) Each of plaintiffs' non-subrogation claims fail to plead facts that would establish proximate causation (Counts I–XI & XIII);

(3) Alternatively, Plaintiffs' fraud-based claims fail to satisfy Federal Rule of Civil Procedure 9(b) (Counts I–X & XIII);

(4) Alternatively, Plaintiffs' RICO and RICO conspiracy claims (Counts IX & X) fail to satisfy plaintiffs' burden to allege facts that could plausibly establish a RICO enterprise distinct from the pattern of racketeering activity and distinct from the Defendants themselves;

(5) Alternatively, Plaintiffs' claims under state consumer protection and unfair trade practices statutes (Counts IV–VIII) fail as a matter of law;

(6) Alternatively, LABC'S and HMO Louisiana's LUTPA, common law fraudulent misrepresentation, fraudulent concealment, fraud and deceit and unjust enrichment claims are barred by the exclusive remedy provision of the LPLA (Counts I–III & V);

(7) Alternatively, LABC'S and HMO Louisiana's claims for redhibition as to Count XI fail as a matter of law; and

(8) Alternatively, Plaintiffs' unjust enrichment claims (Count XIII) fail as a matter of law.

**Please note** that the Court, at its October 30, 2020 telephone conference, granted Defendants' request to exceed the 25 page limit (LR 7.7) for its accompanying Memorandum in

2

Support of this Motion to Dismiss.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@ faegredrinker.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@ faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Attorneys for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system and served on the following counsel for Plaintiffs by electronic transmission:

James R. Dugan, II
Lanson Leon Bordelon
Dugan Law Firm
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA 70130
Email: jdugan@dugan-lawfirm.com
Email: lbordelon@dugan-lawfirm.com

Charles Andrew O'Brien, III
Charles Andrew O'Brien, Attorney at Law
5525 Reitz Ave.
P. O. Box 98029
Baton Rouge, LA 70898
Email: Andy.OBrien@bcbsla.com

David Baylis Franco
Franco Law PLLC
500 W. 2nd Street, 19th Floor, Suite 138
Austin, TX 78701
Email: dfranco@dfrancolaw.com

Douglas Robert Plymale
Plymale Law Firm
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Email: drplymale@plymalelawfirm.com

Lewis Scott Joanen
Joanen Law Firm
839 St. Charles Ave., Suite 312
New Orleans, LA 70130
Email: scott@joanenlaw.com

Arthur Sadin
Sadin Law Firm, PC
121 Magnolia, Suite 102
Friendswoods, TX 77546
Email: asadin@sadinlawfirm.com

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA   02142
Email:  tom@hbsslaw.com

/s/ John F. Olinde