UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louisiana Health Service and Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al. Case No. 2:15-cv-03913 | MAGISTRATE NORTH |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT OF THREE HEALTH CARE THIRD-PARTY PAYORS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) and 9(b)

Defendants respectfully submit this memorandum in support of their request for oral argument on the Motion to Dismiss the First Amended Class Action Complaint of Three Health Care Third Party Payors under Federal Rules of Civil Procedure 12(b)(6) and 9(b).

This action is brought by three third-party payors ("TPPs") on behalf of themselves and a putative class of TPPs that seek to recover amounts they paid to fill Xarelto prescriptions suspensed to their insureds. Plaintiffs First Amended Class Action Complaint ("FAC") alleges thirteen claims for relief (Rec. Doc. 1337).

Defendants Janssen and Bayer filed a Motion to Dismiss the FAC under Federal Rules of Civil Procedure 12(b)(6) and 9(b). Defendants submit that the Court would benefit from oral argument due to the nature and complexity of the issues.

Defendants further request that the oral argument be conducted remotely via video,

1

perhaps by Zoom, using whatever platform the Court wishes. The lead attorneys for the Defendants reside out of state, and travel is complicated by the COVID-19 pandemic.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@ faegredrinker.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@ faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Attorneys for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system and served on the following counsel for Plaintiffs by electronic transmission:

James R. Dugan, II
Lanson Leon Bordelon
Dugan Law Firm
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA 70130
Email: jdugan@dugan-lawfirm.com
Email: lbordelon@dugan-lawfirm.com

Charles Andrew O'Brien, III
Charles Andrew O'Brien, Attorney at Law
5525 Reitz Ave.
P. O. Box 98029
Baton Rouge, LA 70898
Email: Andy.OBrien@bcbsla.com

David Baylis Franco
Franco Law PLLC
500 W. 2nd Street, 19th Floor, Suite 138
Austin, TX 78701
Email: dfranco@dfrancolaw.com

Douglas Robert Plymale
Plymale Law Firm
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Email: drplymale@plymalelawfirm.com

Lewis Scott Joanen
Joanen Law Firm
839 St. Charles Ave., Suite 312
New Orleans, LA 70130
Email: scott@joanenlaw.com

Arthur Sadin
Sadin Law Firm, PC
121 Magnolia, Suite 102
Friendswoods, TX 77546
Email: asadin@sadinlawfirm.com

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA   02142
Email:  tom@hbsslaw.com

*/s/ John F. Olinde*