UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louisiana Health Service and Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al. Case No. 2:15-cv-03913 | MAGISTRATE NORTH |

### DEFENDANTS' REQUESTS FOR THE COURT TO TAKE JUDICIAL NOTICE OF BELLWETHER TRIAL RESULTS UNDER FEDERAL RULE OF EVIDENCE 201

In support of their motion to dismiss the First Amended Class Action Complaint (Doc. No. 1337), under Federal Rule of Evidence 201, Defendants Janssen[1] and Bayer[2] request that the Court take judicial notice of the court documents listed below. The Court may take judicial notice of verdicts and judgments on a motion to dismiss for failure to state a claim. *See Basic Capital Mgmt., Inc. v. Dynex Capital, Inc.*, 976 F.3d 585, 589 (5th Cir. 2020) (in ruling on a 12(b)(6) motion, the district court properly judicially noticed a state court record); *Gilchrist Constr. Co., LLC v. Travelers Indemnity Co.*, 358 F. Supp. 3d 583, 592 n.6 (W.D. La. 2019) (on motion to dismiss "the court may take judicial notice of the jury verdict form in the state court record as a matter of public record"); *see also Chevron Oronite Co. LLC v. Jacobs Field Servs. N. Am., Inc.*,

---

[1] "Janssen" refers to a group of defendants Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Johnson & Johnson.

[2] "Bayer" means Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corp., Bayer Healthcare, LLC, Bayer Healthcare AG and Bayer AG.

No. 18-2279, 2019 WL 290642, at *5 (E.D. La. Jan. 23, 2019) (taking judicial notice of verdicts from Louisiana state courts because they are "matters of public record").

1. Jury Verdict Interrogatories in *Boudreaux v. Bayer Corp., et al.*, No. 2:14-cv-02720, which was entered in this Court on May 3, 2017 (Doc. No. 6392).

2. Amended Judgment on Jury Verdict in *Boudreaux v. Bayer Corp., et al.*, No. 2:14-cv-02720, which was entered in this Court on May 16, 2017 (Doc. No. 6522).

3. Jury Verdict Interrogatories in *Orr, et al. v. Janssen Research, et al.*, No. 2:15-cv-3708, which was entered in this Court on June 12, 2017 (Doc. No. 6822).

4. Judgment on Jury Verdict in *Orr, et al. v. Janssen Research, et al.*, No. 2:15-cv-3708, which was entered in this Court on June 15, 2017 (Doc. No. 6876).

5. Jury Verdict Form in *Mingo v. Janssen Research & Development, LLC, et al.*, No. 2:15-cv-0346, which was entered in this Court on August 18, 2017 (Doc. No. 7412).

6. Judgment on Jury Verdict in in *Mingo v. Janssen Research & Development, LLC, et al.*, No. 2:15-cv-0346, which was entered in this Court on August 31, 2017 (Doc. No. 7475).

7. Order granting Defendants' Motion for Judgment Notwithstanding the Verdict in *Hartman v. Janssen Pharmaceuticals, Inc., et al.*, No. 3416, which was entered in the Court of Common Pleas of Philadelphia County on January 10, 2018 (copy attached as Exhibit 1).

8. Trial Work Sheet and Jury Verdict Form in *Russell v. Janssen Pharmaceuticals, Inc., et al.*, No. 1505-00362, which was entered in the Court of Common Pleas in Philadelphia County of April 27, 2018 (copy attached as Exhibit 2).

9. Trial Work Sheet and Jury Verdict Form in *Cooney v. Janssen Research & Development, LLC, et al.*, No. 1601-02012, which was entered in the Court of Common Pleas in Philadelphia County on September 4, 2018 (copy attached as Exhibit 3).

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Attorneys for Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system and served on the following counsel for Plaintiffs by electronic transmission:

James R. Dugan , II
Lanson Leon Bordelon
Dugan Law Firm
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA 70130
Email: jdugan@dugan-lawfirm.com
Email: lbordelon@dugan-lawfirm.com

Charles Andrew O'Brien , III
Charles Andrew O'Brien, Attorney at Law
5525 Reitz Ave.
P. O. Box 98029
Baton Rouge, LA 70898
Email: Andy.OBrien@bcbsla.com

David Baylis Franco
Franco Law PLLC
500 W. 2nd Street, 19th Floor, Suite 138
Austin, TX 78701
Email: dfranco@dfrancolaw.com

Douglas Robert Plymale
Plymale Law Firm
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Email: drplymale@plymalelawfirm.com

Lewis Scott Joanen
Joanen Law Firm
839 St. Charles Ave., Suite 312
New Orleans, LA 70130
Email: scott@joanenlaw.com

Arthur Sadin
Sadin Law Firm, PC
121 Magnolia, Suite 102
Friendswoods, TX 77546
Email: asadin@sadinlawfirm.com

4

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA   02142
Email: tom@hbsslaw.com

*/s/ John F. Olinde*