# EXHIBIT 1

| | |
|---|---|
| LYNN HARTMAN, Plaintiff<br><br>v.<br><br>JANSSEN PHARMACEUTICALS, INC., et al.,<br>Defendants | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2016<br><br>No. 3416 |

### ORDER

AND NOW, this 10th day of January, 2018, it is hereby ORDERED that Defendants' Motion for Judgement Notwithstanding the Verdict is GRANTED. Judgement is entered for Defendants.

BY THE COURT:

_____

**Honorable Michael E. Erdos**

DOCKETED
COMPLEX LIT CENTER
JAN 1 0 2018
J. STEWART

Hartman Etal Vs Janssen-ORDER

16050341600472

Control #17121724