# EXHIBIT 2

Court of Common Pleas of Philadelphia County
Trial Division - Civil
TRIAL WORK SHEET

| Judge's Name: | Judge's I.D.: | Signature: |
|---|---|---|
| MICHAEL ERDOS | J487 | *Michael E Erdos* |

| Caption: | Case Type: | Program: |
|---|---|---|
| RUSSELL ETAL VS JANSSEN PHARMACEUTICALS, INC. ETAL | MT - XARELTO | MASS TORT |

| Court Term and Number: | If Consolidated, Court Term and Number: |
|---|---|
| #1505-00362 | |

| Trial Date: | | Total Amount: | Number of Days: | Disposition Date: | Date Sheet Prepared: |
|---|---|---|---|---|---|
| 27-APR-2018 | [X] Jury  [ ] Non-Jury | $0.00 | 20 | 27-APR-2018 | 27-APR-2018 |

Full Description of Disposition (to be entered Verbatim on the Docket)

Jury verdict for the Defendant.

---

- [ ] Default Judgment/Court Ordered
- [ ] Directed Verdict
- [ ] Discontinuance Ordered
- [ ] Transferred to binding arbitration
- [ ] Finding for Defendant (Non-Jury)
- [ ] Finding for Plaintiff (Non-Jury)
- [ ] Damages Assessed
- [ ] Judgment entered by agreement
- [ ] Judgment entered
- [ ] Judgment satisfied

- [ ] Jury Verdict for Plaintiff
- [X] Jury Verdict for Defendant
- [ ] Mistrial
- [ ] Hung Jury
- [ ] Non-Pros entered
- [ ] Non-Suit entered
- [ ] Settled prior to assignment for trial (Team Leaders, only)
- [ ] Settled after assignment for trial
  - [ ] prior to jury selection
  - [ ] after jury sworn

- [ ] Other (explain)

Russell Etal Vs Janssen-WSJVD

15050036200485

**DOCKETED
COMPLEX LIT CENTER**

APR 2 7 2018

**J. STEWART**

---

Plaintiff's Counsel (name, address & telephone)

ELLEN RELKIN
PHONE #(212)558-5715
FAX #(212)344-5461

Defendant's Counsel (name, address & telephone)

ALBERT G. BIXLER
PHONE #(215)851-8412
FAX #(215)851-8383

TRIALWS REV 6/5/17                                                      Page 1 of 3

IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

| | |
|---|---|
| Daniel I. Russell,<br><br>    *Plaintiff,*<br>v.<br><br>Janssen Pharmaceuticals, Inc., et al.,<br><br>    *Defendants.* | May Term, 2015<br><br>No. 0362 |

## JURY VERDICT FORM

1. Do you find that the Xarelto warnings were inadequate?

       Yes: _____
       No:  ✓

   *If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, do not answer any additional questions, but rather date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict.*

2. Do you find that the inadequate warning was a proximate cause of harm to the Plaintiff?

       Yes: _____
       No: _____

   *If you answered "Yes" to Question 2, please proceed to Question 3. If you answered "No" to Question 2, do not answer any additional questions, but rather date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict.*

3. What amount of compensatory damages, if any, do you award the Plaintiff?

$ _____

*Please provide a figure, then date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict*

Philadelphia, Pennsylvania, this 27th day of April, 2018.

_____
JURY FOREPERSON