# EXHIBIT 3

Court of Common Pleas of Philadelphia County
Trial Division - Civil
**TRIAL WORK SHEET**

| Judge's Name: M TERESA SARMINA | Judge's I.D.: J426 | Signature: |
|---|---|---|

| Caption: **COONEY VS JANSSEN RESEARCH & DEVELOPMENT LLC ETAL** | Case Type: MT - XARELTO | Program: MASS TORT |
|---|---|---|

| Court Term and Number: **#1606-02012** | If Consolidated, Court Term and Number: |
|---|---|

| Trial Date: 02-AUG-2018 | [X] Jury [ ] Non-Jury | Total Amount: $0.00 | Number of Days: 17 | Disposition Date: 30-AUG-2018 | Date Sheet Prepared: 30-AUG-2018 |
|---|---|---|---|---|---|

Full Description of Disposition (to be entered Verbatim on the Docket)

*Jury verdict for D.*

- [ ] Default Judgment/Court Ordered
- [ ] Directed Verdict
- [ ] Discontinuance Ordered
- [ ] Transferred to binding arbitration
- [ ] Finding for Defendant (Non-Jury)
- [ ] Finding for Plaintiff (Non-Jury)
- [ ] Damages Assessed
- [ ] Judgment entered by agreement
- [ ] Judgment entered
- [ ] Judgment satisfied

- [ ] Jury Verdict for Plaintiff
- [X] Jury Verdict for Defendant
- [ ] Mistrial
- [ ] Hung Jury
- [ ] Non-Pros entered
- [ ] Non-Suit entered
- [ ] Settled prior to assignment for trial (Team Leaders, only)
- [ ] Settled after assignment for trial
  - [ ] prior to jury selection
  - [ ] after jury sworn

- [ ] Other (explain)

Cooney Vs Janssen Resea-WSJVD

16060201200391

DOCKETED
COMPLEX LIT CENTER
SEP 4 2018
**J. STEWART**

Plaintiff's Counsel (name, address & telephone)
**DANIEL N. GALLUCCI**
PHONE #(215)923-9300
FAX #(215)923-9302

Defendant's Counsel (name, address & telephone)
**ALBERT G. BIXLER**
PHONE #(215)851-8412
FAX #(215)851-8383

TRIALWS REV 6/5/17

Page 1 of 3

IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

Kevin F. Cooney,

   *Plaintiff,*

v.

Janssen Pharmaceuticals, Inc., et al.,

   *Defendants.*

June
~~May~~ Term, 2016

No. 02012

## JURY VERDICT FORM

1. Do you find that the Defendants failed to adequately warn or instruct Dr. Scola about the 20 mg dose of Xarelto prescribed for Kevin Cooney?

    Yes: _____       No: ✓_____

 *If you answered "Yes" to Question 1, please proceed to Question 2.  If you answered "No" to Question 1, do not answer any additional questions, but rather date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict.*

2. Do you find that the Defendants' failure to adequately warn or instruct was a proximate cause of harm to Kevin Cooney?

    Yes: _____       No: _____

 *If you answered "Yes" to Question 2, please proceed to Question 3.  If you answered "No" to Question 2, do not answer any additional questions, but rather date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict.*

3. Do you find that the 20 mg dose of Xarelto was a substantial factor in causing Kevin Cooney's bleed on December 25, 2015?

    Yes: _____       No: _____

*If you answered "Yes" to Question 3, please proceed to Question 4.   If you answered "No" to Question 3, do not answer any additional questions, but rather date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict.*

4.   What amount of compensatory damages do you award the Plaintiff?

$ _____

*Please provide a figure, then date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict.*

Philadelphia, Pennsylvania, this \_\_3 0\_\_ day of August, 2018.

JURY FOREPERSON