UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARABAN) | MDL No. 2592 |
| | |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Louisiana Health Service and Indemnity<br>Co. dlbla Blue Cross and Blue Shield<br>of Louisiana, et al. v. Janssen Research<br>& Development, LLC, et al.<br>Case No. 2:15-cv-03913 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE NORTH |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes L. Scott Joanen of the Joanen Law Firm, counsel of record for the above referenced Plaintiff, who respectfully moves this Court to grant withdrawal as counsel of record.

At the inception of this matter, undersigned counsel was associated with the Dugan Law Firm. The Dugan Law Firm was, and remains, primary counsel of record. Undersigned counsel is no longer associated with The Dugan Law Firm. Undersigned counsel will not be representing the Plaintiff in this litigation. The Dugan Law Firm consents to the grant of undersigned counsel's Motion To Withdraw As Counsel Of Record.

**WHEREFORE**, undersigned counsel, L. Scott Joanen of the Joanen Law Firm, prays that he be allowed to withdraw as counsel of record.

Respectfully Submitted:
**JOANEN LAW FIRM**

By:   */s/ L. Scott Joanen*
L. SCOTT JOANEN, (#21431)
839 St. Charles Ave., Ste 312
New Orleans, LA 70130
Telephone: (504) 833-3036
Email: scott@joanenlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon all parties of record to this proceeding through the Court's CM/ECF electronic filing system, or by placing same in the United States mail, postage prepaid and properly addressed, or by email, facsimile, or other electronic means this 5th day of November, 2020.

                                                 */s/ L. Scott Joanen*
                                                 L. Scott Joanen