UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARABAN) | MDL No. 2592 |
| | |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Louisiana Health Service and Indemnity Co. dlbla Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al. Case No. 2:15-cv-03913 | JUDGE ELDON E. FALLON MAGISTRATE NORTH |

## ORDER

### Re: MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw As Counsel Of Record:

**IT IS ORDERED** that L. Scott Joanen of the Joanen Law Firm be allowed to withdraw as counsel of record for the above referenced Plaintiff(s).

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
District Judge