UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION* | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |
| LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA and ALLIED SERVICES DIVISION WELFARE FUND, on behalf of themselves and all others similarly situated, <br><br>     Plaintiffs, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a <br><br> JANSSEN PHARMACEUTICA INC. f/k/a <br><br> ORTHO-MCNEIL-JANSSEN <br><br> PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER <br><br> HEALTHCARE LLC, BAYER HEALTHCARE AG and BAYER AG, <br><br>     Defendants. | CIVIL ACTION NO. 2:15-cv-03913 |

## MOTION TO SUBSTITUTE COUNSEL

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that David Franco and Lanson Bordelon are no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter. Please substitute David S. Scalia and TerriAnne Benedetto in place of David Franco and Lanson Bordelon. As such, the undersigned respectfully requests that David Franco and Lanson Bordelon be withdrawn as counsel of record for Plaintiff(s) and that David S. Scalia and Terri Anne Benedetto are substituted as counsel of records for Plaintiff(s) in the above-numbered and entitled cause. All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED: November 5, 2020

                                              Respectfully Submitted:

                                              /s/ James R. Dugan, II  
                                            **James R. Dugan, II (LA Bar No. 24785)**  
                                            **Douglas R. Plymale (LA Bar No. 28409)**  
                                            **David S. Scalia (LA Bar No. 21369)**  
                                            **Mekel Smith Alvarez (LSBA No. 22157)**  
                                            **TerriAnne Benedetto (PABA No. 59378)**  
                                            **The Dugan Law Firm, APLC**  
                                            One Canal Place  
                                            365 Canal Street, Suite 1000  
                                            New Orleans, Louisiana 70130  
                                            Telephone:   (504) 648-0180  
                                            Facsimile:    (504) 648-0181  
                                            E-mail:        jdugan@dugan-lawfirm.com  
                                                               dplymale@dugan-lawfirm.com  
                                                                dscalia@dugan-lawfirm.com  
                                                               tbenedetto@dugan-lawfirm.com

                                            *Counsel for Plaintiff(s)*

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 5th day of November 2020, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

/s/ James R. Dugan, II_____
James R. Dugan, II