UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION* | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |
| LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA and ALLIED SERVICES DIVISION WELFARE FUND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a <br><br> JANSSEN PHARMACEUTICA INC. f/k/a <br><br> ORTHO-MCNEIL-JANSSEN <br><br> PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER <br><br> HEALTHCARE LLC, BAYER HEALTHCARE AG and BAYER AG, <br><br> Defendants. | CIVIL ACTION NO. 2:15-cv-03913 <br><br> JURY TRIAL DEMANDED |

# ORDER

Considering the forgoing Motion to Substitute Counsel;

**IT IS HEREBY ORDERED**, that David Franco and Lanson Bordelon are no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter.

**IT IS FURTHER ORDERED**, that David S. Scalia and Terri Anne Benedetto are substituted as counsel of records for Plaintiff(s) in the above-numbered and entitled cause. All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action

THUS DONE AND SIGNED on this ___ day of November, 2020.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE.