UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| ALL CASES | * | MAGISTRATE NORTH |

**DISBURSEMENT ORDER**

The Court previously entered its Order and Reasons, R. Doc. 17634, establishing a common benefit fee assessment of 12% and a cost reimbursement of 2.75% applied to all cases except those enrolled in the Alternative Resolution Program and those who receive awards of $5,000 or less.

Pursuant to the Court's Allocation Order, R. Doc. 17643, the Fee Allocation Liaison Counsel provided a recommendation on the allocation of common benefit fees and costs. The FALC's recommendation was made without objection. The Court entered its Order and Reasons on the allocation of common benefit fees and costs on September 30, 2020. R. Docs. 17843; 17848.

The Court's allocation of common benefit fees and expenses was based on an estimated total common benefit fee of $86,660,000.00 and common benefit expenses of $19,865,089.50. Since this time, the Settlement Administrator has completed its review of claims, and the fees and expenses no longer require estimation. The total common benefit fee award is $87,296,116.36 and the total common benefit expense reimbursement is $20,005,360.00.

In accordance with the Court's Order, any common benefit fees awarded to common benefit counsel in excess of the $86,660,000.00 estimate are to be pro-rata distributed amongst all common benefit counsel who received a common benefit award. Any common benefit

expenses awarded in excess of the $19,865,089.50 estimate are to be pro-rata distributed to those common benefit firms that received a deposition cost offset reimbursement for cases that participated in the bellwether and wave processes. Accordingly, $636,116.36 in common benefit fees shall be distributed pro rata amongst all common benefit firms who received an award and $140,270.50 in common benefit expenses shall be pro rata distributed amongst all firms who received a deposition cost offset reimbursement.

**IT IS HEREBY ORDERED** that the disbursal agent Archer Systems, LLC, shall disburse the common benefit fees and cost reimbursements in the amounts below:

| FEE APPLICANT | COMMON BENEFIT FEE ALLOCATION | COMMON BENEFIT COST REIMBURSEMENT |
|---|---|---|
| **Aylstock Witkin Kreis & Overholtz** | $7,403,951.71 | $1,709,190.81 |
| **Baron & Budd** | $1,208,808.44 | $202,086.90 |
| **Barrios Kingsdorf** | $1,259,175.46 | $318,974.17 |
| **Beasley Allen** | $10,577,073.87 | $1,536,334.95 |
| **Bruno & Bruno** | $100,734.04 | $393.66 |
| **Capitelli Wicker** | $50,367.02 | $254.53 |
| **Childers Schlueter** | $503,670.18 | $23,542.66 |
| **Cory Watson** | $100,734.04 | $35,015.35 |
| **Douglas & London** | $7,252,850.66 | $1,091,458.33 |
| **Douglas Haun** | $15,110.11 | $0 |
| **Feldman & Pinto** | $1,208,808.45 | $55,018.74 |
| **Ferrer & Poirot** | $1,158,441.42 | $933,662.70 |
| **Gainsburg Benjamin** | $6,547,712.40 | $853,523.52 |
| **Gallagher Law Firm** | $50,367.02 | $19,061.57 |
| **Goza Honnold** | $5,741,840.10 | $1,023,572.48 |
| **Grant Eisenhofer** | $251,835.09 | $182,512.25 |
| **Heninger Garrison** | $251,835.09 | $95,933.53 |
| **Herman Herman Katz** | $6,547,712.40 | $927,864.07 |
| **Irpino Law** | $201,468.07 | $5,623.44 |
| **Keller Rohrback** | $151,101.06 | $90.81 |
| **Kirtland & Packard** | $50,367.02 | $0 |
| **Lambert Firm** | $3,324,223.22 | $196,992.20 |
| **Levin Papantonio** | $10,577,073.87 | $1,574,072.24 |
| **Levin Sedran** | $6,547,712.40 | $1,118,906.78 |
| **Linville Firm** | $55,403.72 | $0 |
| **Mahone Law Firm** | $10,073.40 | $718.35 |

| Morgan & Morgan | $503,670.18 | $907,255.28 |
|---|---|---|
| Motley Rice | $503,670.18 | $228,327.66 |
| Nast Law Firm | $2,316,882.85 | $1,093,157.36 |
| Ross Feller Casey | $251,835.09 | $913,414.84 |
| Schlichter Bogard & Denton | $7,252,850.66 | $1,349,190.92 |
| Seeger Weiss | $1,611,744.59 | $921,338.21 |
| Stag Liuzza | $80,587.23 | $0 |
| Weitz & Luxenberg | $3,122,755.14 | $977,884.32 |
| Whitehead Law Firm | $503,670.18 | $39,712.93 |
| Settlement Administration | $0 | $1,670,274.44 |
| **TOTAL** | **$87,296,116.36** | **$20,005,360.00** |

**IT IS FURTHER ORDERED** that the disbursal agent Archer Systems, LLC, is authorized to withhold from the accrued interest the portion of the fund to pay the settlement administration expenses.

**IT IS FURTHER ORDERED** that any firm entitled to receive funds under this Order that has not already done so provide the disbursal agent a Social Security number or Tax Identification number along with wiring instructions prior to receiving any distribution. The funds shall be disbursed as set out above immediately upon entry of this Order.

New Orleans, Louisiana, on this 5th day of November 2020

_____
United States District Judge