UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVARABAN)　　　　　　　　　　MDL No. 2592

THIS DOCUMENT RELATES TO:　　　　　　　　　　SECTION L (5)

**Louisiana Health Service and Indemnity
Co. dlbla Blue Cross and Blue Shield
of Louisiana, et al. v. Janssen Research
& Development, LLC, et al.
Case No. 2:15-cv-03913**

## ORDER

Considering the foregoing Motion to Withdraw As Counsel Of Record, R. Doc. 17891,

**IT IS ORDERED** that L. Scott Joanen of the Joanen Law Firm be allowed to withdraw as counsel of record for the above referenced Plaintiff(s).

New Orleans, Louisiana, this 6th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE