UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

**Louisiana Health Service and Indemnity Co. dlbla Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al.
Case No. 2:15-cv-03913**

## ORDER

Considering the forgoing Motion to Substitute and Withdraw Counsel, R. Doc. 17892;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** David Franco and Lanson Bordelon are hereby withdrawn from the above-captioned case, and David S. Scalia and Terri Anne Benedetto of The Dugan Law Firm, APLC are substituted as counsel of record in their place. All other counsel shall remain the attorneys of record for Plaintiffs in this action.

New Orleans, Louisiana, on this 9th day of November, 2020.

_Eldon E. Fallon_
**UNITED STATES DISTRICT COURT JUDGE**