UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Lois Carr*, No. 2:19-cv-12994 | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

# O R D E R

Considering Defendants' Motion for Leave to File Supplemental Memorandum in Further Support of Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11 (Rec. Doc. 17883);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Supplemental Memorandum in Further Support of the Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 11 (Rec. Doc. 17883) is hereby entered into the Court's docket.

NEW ORLEANS, LOUISIANA, this _____ day of November, 2020.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**