

November 11, 2020

**Via ECF Electronic Filing**
US District Court Eastern District of Louisiana
Attn: Clerk of Court
500 Poydras Street, Room C456
New Orleans, LA 70130

    Re:    Xarelto Products Liability Litigation; MDL No. 2592
            Civil Action No. 2:16-cv-10296; *April Smith v. Janssen Research & Development LLC, et al.*

Dear Clerk:

This letter is to inform the Court of duplicate filing fees paid in the above-referenced matter.

| Case No. | Case Caption | Original Payment | Duplicate Payment | Original Receipt # | Duplicate Receipt # |
|---|---|---|---|---|---|
| 2:16-cv-10296 | April Smith v. Janssen Research & Development, LLC, et al. | 06/14/2020 @ 10:24 a.m. CDT | 06/14/2020 @ 11:12 a.m. CDT | ALAEDC-8352793 | ALAEDC-8352809 |

At this time, we respectfully request a refund of $400.00 for the duplicate filing fee for receipt number ALAEDC-8352809.

                            Sincerely,

                            */s/ Jennifer Nolte*
                            Jennifer Nolte

JLN/bmw

5445 LA SIERRA DRIVE, SUITE 350, DALLAS, TX 75231
214-521-2300  ▪  888-345-5291  ▪  214-452-5637 - FAX
WWW.ALLENNOLTE.COM