**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

```
IN RE: XARELTO (RIVAROXABAN)        )
PRODUCTS LIABILITY LITIGATION       ) MDL No.: 2592
                                    )
                                    ) SECTION L
THIS DOCUMENT RELATES TO:           )
LOIS CARR, NO. 2;19-CV-12994        ) JUDGE ELDON E. FALLON
                                    ) MAGISTRATE JUDGE NORTH
                                    )
```

## PLAINTIFF'S AMENDED MOTION FOR LEAVE TO RESPOND TO THE DEFENDANT'S MOTION TO DISISS AND SUPPLEMENTAL MEMORANDUM TO MOTION TO DISMISS

**COMES NOW** the Plaintiff, by and through the undersigned attorneys, and moves this Honorable Court for Leave to Respond to the Defendant's Motion to Dismiss and as grounds state the following:

The undersigned attorneys of record were experiencing medical issues to include major surgery and hospitalizations outside of their control that prevented them from responding by the November 4, 2020 deadline.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays this Honorable Court will enter an Order allowing the Plaintiff to respond to the Defendants' Motion to Dismiss.

Respectfully Submitted,

/s/ LaShunta White-Boler
LaShunta White-Boler

/s/Monica Austin-Hatcher
Monica Austin-Hatcher
Attorneys for Plaintiff

**OF COUNSEL**
Boler, LLC
2202 2nd Avenue North
Birmingham, AL 35203
205-516-9075 Office

**OF COUNSEL**
Hatcher Law Office, LLC
1301 Center Point Parkway
Suite 109
Birmingham, AL 25215
205-458-9989 Office

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November, 2020 a true copy of the foregoing Plaintiff's Motion for Leave to Respond to the Defendant's Motion to Dismiss was served electronically through the Court's Filing System at the email address below:

Chanda Miller, Esquire
Attorney for the Defendant
Chanda.miller@faegredrinker.com

Joan Goddard, Esquire
Attorney for the Defendant
Joan.Goddard@arnoldporter.com

Maegan McCollum, Esquire
Attorney for the Defendant
mmccollum@bradley.com

Andrew K. Solow, Esq.
Attorney for the Defendant
Andrew.solow@arnoldporter.com

Susan M. Sharko, Esq.
Attorney for the Defendant
Susan.sharko.@faegredrinker.com

Kim E. Moore, Esq.
Defendant's Co-Liaison Counsel
kmoore@irwinllc.com

John F. Olinde, Esq.
Defendant's Co-Liaison Counsel
olinde@chaffe.com

                        **/s/Monica Austin-Hatcher**
                              **OF COUNSEL**