**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION  )MDL No.: 2592 | |
| ) | |
| ) SECTION L | |
| THIS DOCUMENT RELATES TO:    ) | |
| LOIS CARR,NO. 2;19-CV-12994  )JUDGE ELDON E. FALLON | |
| )MAGISTRATE JUDGE NORTH | |
| ) | |

**NOTICE OF SUBMISSION**

    PLEASE TAKE NOTICE THAT the Plaintiff, Lois Carr will bring for hearing the accompanying Amended Motion for Leave to Respond to the Defendant's Motion to Dismiss and Supplemental Motion at 9:00 AM on the 2nd day of December 2020, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

    Respectfully Submitted,

    /s/ LaShunta White-Boler
    LaShunta White-Boler
    /s/Monica Austin-Hatcher
    Monica Austin-Hatcher
    Attorneys for Plaintiff

**OF COUNSEL**
Boler, LLC
2202 2nd Avenue North
Birmingham, AL 35203
205-516-9075 Office

**OF COUNSEL**
Hatcher Law Office, LLC
1301 Center Point Parkway
Suite 109
Birmingham, AL 25215
205-458-9989 Office

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 17th day of November 2020 a true copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for the Plaintiff and Defendants by operation of the Court's electronic filing system and served on all Counsel via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre Trial Order No. 17.  A copy of this filing will also be sent by electronic mail to the following:

Chanda Miller, Esquire
Attorney for the Defendant
Chanda.miller@faegredrinker.com

Joan Goddard, Esquire
Attorney for the Defendant
Joan.Goddard@arnoldporter.com

Maegan McCollum, Esquire
Attorney for the Defendant
mmccollum@bradley.com

Andrew K. Solow, Esq.
Attorney for the Defendant
Andrew.solow@arnoldporter.com
Susan M. Sharko, Esq.
Attorney for the Defendant
Susan.sharko.@faegredrinker.com

Kim E. Moore, Esq.
Defendant's Co-Liaison Counsel
kmoore@irwinllc.com

John F. Olinde, Esq.
Defendant's Co-Liaison Counsel
olinde@chaffe.com

                                            **/s/Monica Austin-Hatcher**

OF COUNSEL