UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

### DEFENDANTS' MOTION TO AMEND PRESERVATION ORDERS TO PERMIT RESUMPTION OF NORMAL DOCUMENT RETENTION POLICIES AND TO RELIEVE DEFENDANTS OF THEIR PRESERVATION OBLIGATIONS

The Janssen and Bayer Defendants move this Court for an order relieving them of their preservation obligations under Pretrial Order ("PTO") Nos. 1 (Doc. 2), 15 (Doc. 897), 15A (Doc. 1301) and 15B (Doc. 1477). This Court adopted the preservation orders early in the proceeding to facilitate document preservation and production. Now that the litigation has reached its final stage, Defendants seek permission to resume their normal document retention policies and to be relieved from the burdensome obligations of preserving documents that are no longer needed for a fair adjudication of the remaining cases. There remains only seven personal injury cases and one economic injury case that have not been settled or dismissed, and the PSC has prepared and made accessible at the Court's request a "trial package" that contains all of the key documents and materials the PSC determined were needed by the remaining plaintiffs to prosecute their claims.

For the reasons stated in the accompanying Memorandum in Support of this Motion to Amend Preservation Orders, Defendants request that the Court amend Pretrial Order Nos. 1, 15, 15A and 15B to relieve Defendants of any further obligations as set forth in the Proposed Case

1

Management Order No. 14 filed with this Motion. Alternatively, if any Plaintiff requests continuing preservation of Xarelto documents beyond the "trial package" made available by the PSC, Defendants request that the Court enter an order requiring such Plaintiff to pay reasonable cost of compliance as permitted by Fed.R.Civ.P. 26(c).

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@ faegredrinker.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@ faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for the Janssen Defendants*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for the Bayer Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Liaison Counsel for Plaintiffs and Defendants, and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*