UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

## PROPOSED CASE MANAGEMENT ORDER NO. 14

This Court previously adopted several pretrial orders related to the preservation of documents and evidence, including Pretrial Order ("PTO") Nos. 1 (Doc. 2), 15 (Doc. 897), 15A (Doc. 1301) and 15B (Doc. 1477). After extensive discovery and six bellwether trials in the MDL and related court proceedings, the parties entered into a nationwide settlement agreement and more than 99.9% of the Plaintiffs with claims pending before this Court and other courts settled or dismissed their claims as part of a nationwide settlement program.

Using the extensive document productions from and depositions of Defendants, Daubert and dispositive motions and exhibits, and the trial records from the bellwether cases, "[t]he PSC [Plaintiffs' Steering Committee] has assembled a 'trial package' consisting of various depositions, expert reports, trial transcripts, law memoranda, and briefs used in the development of this litigation. This material is available to any litigant who decides to not opt into the settlement program and instead proceeds to trial." *Id.* at 3. Given the availability of the Trial Package, the few remaining Plaintiffs have the information they need to prosecute their actions and will not be prejudiced if Defendants are permitted to resume their normal document retention

1

2

procedures.  On the other hand, there is substantial burden on the Defendants in maintaining a preservation process that affects thousands of their employees.

For these reasons, the Court finds good cause to relieve the Janssen and Bayer Defendants from their preservation obligations set forth in PTOs 1 (Doc. 2), 15 (Doc. 897), 15A (Doc. 1301) and 15B (Doc. 1477).  All preservation obligations contained therein are hereby terminated.  Defendants may resume their respective normal document retention policies as to any documents, data or other materials involving or relating to Xarelto.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2020.


_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**