# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

## NOTICE OF SUBMISSION OF DEFENDANTS' MOTION TO AMEND PRESERVATION ORDERS TO PERMIT RESUMPTION OF NORMAL DOCUMENT RETENTION POLICIES AND TO RELIEVE DEFENDANTS OF THEIR PRESERVATION OBLIGATIONS

**PLEASE TAKE NOTICE** that the Janssen and Bayer Defendants will bring for submission their Motion to Amend Preservation Orders to Permit Resumption of Normal Document Retention Policies and to Relieve Defendants of Their Preservation Obligations before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, on Wednesday, December 16, 2020 at 9:00 o'clock a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko* | By: /s/ *Steven Glickstein* |
| Susan M. Sharko | Andrew K. Solow |
| 600 Campus Drive | Steven Glickstein |
| Florham Park, NJ 07932-1047 | 250 West 55th Street |
| Telephone: (973) 549-7000 | New York, NY 10019-9710 |
| susan.sharko@faegredrinker.com | Telephone: (212) 836-8485 |
| | andrew.solow@arnoldporter.com |
| | steven.glickstein@arnoldporter.com |
| Rodney M. Hudson | William Hoffman |
| Four Embarcadero Center, 27th Floor | 601 Massachusetts Ave., NW |
| San Francisco, CA 94111-4180 | Washington, D.C. 20001 |
| Telephone: (415) 591-7500 | Telephone: (202) 942-5000 |
| rodney.hudson@faegredrinker.com | william.hoffman@arnoldporter.com |

1

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for the Janssen Defendants*

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for the Bayer Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Liaison Counsel for Plaintiffs and Defendants, and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *John F. Olinde*