UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louisiana Health Service and Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al. Case No. 2:15-cv-03913 | MAGISTRATE NORTH |

### O R D E R

Considering the Defendants' Request for Oral Argument, R. Doc. 17889;

**IT IS ORDERED** that the Defendants' Motion to Dismiss the First Amended Class Action Complaint of Three Health Care Third Party Payors under Federal Rules of Civil Procedure 12(b)(6) and 9(b) (R. Doc. 17888) will be set for oral argument on **Wednesday, December 16, 2020 at 9:00 a.m.** The oral argument will be conducted remotely by Zoom, with instructions regarding the video link to be provided later to the parties by the Court.

New Orleans, Louisiana this __17th__ day of November, 2020.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**