# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

This Document Relates to:
John Brockus v. Janssen
Research & Development, LLC, et al.
Case No. 2:20-cv-00110

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COME NOW, attorneys Eric D. Hitchcock and Paul J. Downey of Smith Clinesmith, LLP, who move jointly for the withdrawal of Eric D. Hitchcock of Smith Clinesmith, LLP as counsel for Plaintiff John Brockus in the above-captioned case, and for the substitution of attorney Paul J. Downey of Smith Clinesmith, LLP as counsel for Plaintiff John Brockus.

I.

Effective November 20, 2020, Eric D. Hitchcock will no longer be employed with Smith Clinesmith, LLP. Therefore, Eric D. Hitchcock now seeks to withdraw as counsel in this case, and to substitute Paul J. Downey of Smith Clinesmith, LLP as counsel on behalf of Plaintiff John Brockus.

II.

WHEREFORE, movants pray that this Court grant the motion to withdraw Eric D. Hitchcock as counsel for Plaintiff John Brockus, and to substitute Paul J. Downey as counsel in his place.

Dated: November 19, 2020          */s/ Eric D. Hitchcock*
                                                       Eric D. Hitchcock, Esq.

SMITH CLINESMITH, LLP
325 N St. Paul, 29th Floor
Dallas, TX 75201
Telephone: (214) 953-1900
Facsimile: (214) 953-1901
eric@smithclinesmith.com
Attorney for Plaintiffs


*/s/ Paul J. Downey*
Paul J. Downey, Esq.
SMITH CLINESMITH, LLP
325 N St. Paul, 29th Floor
Dallas, TX 75201
Telephone: (214) 953-1900
Facsimile: (214) 953-1901
paul@clinesmithfirm.com
paul@smithclinesmith.com
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 19, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other defense counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 19th day of November, 2020.

*/s/Eric D. Hitchcock*
Eric D. Hitchcock