IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO             MDL No. 2592
(RIVAROXABAN) PRODUCTS     SECTION L
LIABILITY LITIGATION       JUDGE ELDON E. FALLON
                           MAG. JUDGE NORTH

This Document Relates to:
John Brockus v. Janssen Research & Development, LLC, et al.
Case No. 2:20-cv-00110

## ORDER GRANTING JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Considering the foregoing Joint Motion To Withdraw And Substitute Counsel, it is HEREBY ORDERED that Plaintiff's Motion is GRANTED. Eric D. Hitchcock is hereby withdrawn as counsel for Plaintiff John Brockus. Paul J. Downey is hereby substituted as counsel for Plaintiff John Brockus.

New Orleans, Louisiana, this the _____ day of _____, 2020

_____

UNITED STATES DISTRICT COURT JUDGE