UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           MDL No. 2592
PRODUCTS LIABILITY LITIGATION
                                        SECTION L (5)

THIS DOCUMENT RELATES TO:

ALL CASES

## ORDER

The parties in Case No. 2:15-cv-03913, by their respective counsel, have stipulated to a briefing schedule on Defendants' Motion to Amend Preservation Orders to Permit Resumption of Normal Document Retention Policies and to Relieve Defendants of Their Preservation Obligations (R. Doc. 17903). Accordingly,

**IT IS ORDERED** that the parties abide by the following briefing schedule:

1. The return date on the motion will be extended to February 3, 2021.

2. Oppositions to the motion, if any, shall be served and filed on or before 2 pm Central Time on January 12, 2021.

3. Defendants' reply, if any, shall be served and filed on or before 2 pm Central Time on January 22, 2021.

New Orleans, Louisiana on this 23rd of November, 2020

_____
United States District Judge