UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Louisiana Health Service and Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al.<br>Case No. 2:15-cv-03913 | MAGISTRATE NORTH |

## ORDER

The parties, by their respective counsel, have stipulated to a briefing schedule on Defendants' Motion to Dismiss the First Amended Complaint (R. Doc. 17888). Accordingly,

**IT IS HEREBY ORDERED** that the parties abide by the following briefing schedule:

1. The submission date on the motion will be extended to February 3, 2021.

2. Plaintiffs' opposition brief, which may be up to 50 pages, shall be served and filed on or before 2 pm Central Time on January 12, 2020.

3. Defendants' reply brief, which may be up to 25 pages, shall be served and filed on or before 2 pm Central Time on January 22, 2021.

4. Oral argument will be rescheduled for February 3, 2021 at 9:00 a.m.

New Orleans, Louisiana on this 23rd of November, 2020.

_____
United States District Judge