# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO                MDL No. 2592
(RIVAROXABAN) PRODUCTS    SECTION L
LIABILITY LITIGATION         JUDGE ELDON E. FALLON
                                        MAG. JUDGE NORTH

This Document Relates to:
John Brockus v. Janssen Research & Development, LLC, et al.
Case No. 2:20-cv-00110

## ORDER

Considering the foregoing Joint Motion To Withdraw And Substitute Counsel, R. Doc. 17905;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. Eric D. Hitchcock is hereby withdrawn as counsel for Plaintiff John Brockus. Paul J. Downey is hereby substituted as counsel for Plaintiff John Brockus.

New Orleans, Louisiana, this 23rd day of November, 2020

_____
UNITED STATES DISTRICT COURT JUDGE