**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

```
IN RE: XARELTO (RIVAROXABAN)       )
PRODUCTS LIABILITY LITIGATION      ) MDL No.: 2592
                                   )
                                   ) SECTION L
THIS DOCUMENT RELATES TO:          )
LOIS CARR, NO. 2;19-CV-12994       ) JUDGE ELDON E. FALLON
                                   ) MAGISTRATE JUDGE NORTH
                                   )
```

## PLAINTIFF'S AMENDED MOTION FOR LEAVE TO RESPOND TO THE DEFENDANT'S MOTION TO DISISS AND SUPPLEMENTAL MEMORANDUM TO MOTION TO DISMISS

**COMES NOW** the Plaintiff, by and through the undersigned attorneys, and moves this Honorable Court for Leave to Respond to the Defendant's Motion to Dismiss and as grounds state the following:

As detailed in the accompanying Memorandum in Support of said Motion for Leave, the undersigned attorneys of record were experiencing medical issues to include major surgery and hospitalizations outside of their control that prevented them from responding by the October 27, 2020 deadline.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays this Honorable Court will enter an Order allowing the Plaintiff to respond to the Defendants' Motion to Dismiss.

Respectfully Submitted,

/s/ LaShunta White-Boler
LaShunta White-Boler
/s/Monica Austin-Hatcher
Monica Austin-Hatcher
Attorneys for Plaintiff

| | |
|---|---|
| **OF COUNSEL** | **OF COUNSEL** |
| Boler, LLC | Hatcher Law Office, LLC |
| 2202 2nd Avenue North | 1301 Center Point Parkway |
| Birmingham, AL 35203 | Suite 109 |
| 205-516-9075 Office | Birmingham, AL 25215 |
| | 205-458-9989 Office |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of November, 2020 a true copy of the foregoing Plaintiff's Motion for Leave to Respond to the Defendant's Motion to Dismiss was served electronically through the Court's Filing System at the email address below:

Chanda Miller, Esquire
Attorney for the Defendant
Chanda.miller@faegredrinker.com

Joan Goddard, Esquire
Attorney for the Defendant
Joan.Goddard@arnoldporter.com

Maegan McCollum, Esquire
Attorney for the Defendant
mmccollum@bradley.com

Andrew K. Solow, Esq.

2

Attorney for the Defendant
Andrew.solow@arnoldporter.com
Susan M. Sharko, Esq.
Attorney for the Defendant
Susan.sharko.@faegredrinker.com

Kim E. Moore, Esq.
Defendant's Co-Liaison Counsel
kmoore@irwinllc.com

John F. Olinde, Esq.
Defendant's Co-Liaison Counsel
olinde@chaffe.com

**/s/LaShunta White-Boler**
**OF COUNSEL**

3