

*P.O. Box 14209*  
*Baton Rouge, LA 70898*

*Off: (225)686-3000*  
*Fax:(866)912-2008*  
*jjp@johnjpacelaw.com*

December 1, 2020

**United States District Court-EDLA**
U.S. Courthouse
500 Poydras Street
New Orleans, LA  70130

      Re: Xarelto Settlement: <u>Master Case No.: 14-md-2592</u>
         Application for Refund of Electronic Fee
      **Lauramae Heard vs. Janssen Research & Development LLC, et al.:**
      **MDL-2592; 2:15-cv-03375**

      **RECEIPT NO.: BLAEDC-8614390**

Attention Clerk of Court:

      On November 25, 2020, our firm paid the filing fee for the above referenced matter in the amount of $400.00. There was an issue with the server which resulted in a duplicate payment and there were two transactions in the amount of $400.00. Please be advised that we are requesting a Refund of Electronic Fee for receipt number: **BLAEDC-8614390.**

                        Sincerely,

                        /s/ John Jewell Pace

                        John Jewell Pace, A.P.L.C.

Cc: Samuel C. Ward