**RE: Lauramae Heard vs. Janssen Research & Development LLC, et al.:**
**MDL-2592; 2:15-cv-03375**

Account Number: 4181545
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: BLAEDC-8614390
Approval Code: 124997
Card Number: ************1005
Date/Time: 11/25/2020 01:35:12 ET