# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE NORTH |
| ********************************************* | * | |

## ORDER

The filing fee for cases in the United States District Court for the Eastern District of Louisiana has increased from $400.00 to $402.00 as of December 1, 2020. All of the Xarelto cases filed prior to December 1, 2020 whose filing fees have not yet been paid shall be covered by the filing fee applicable prior to December 1, 2020. Accordingly,

**IT IS ORDERED** that the Xarelto cases filed prior to December 1, 2020 shall pay $400.00 per case before the case can be dismissed.

New Orleans, Louisiana this 1st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE