# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO.2592 |
| | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | |
| Louisiana Health Service & Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al v. Janssen Research & Development, LLC, et al Case No. 2:15-cv-03913 | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE NORTH |
| | * | |

\*   \*   \*   \*   \*   \*   \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA"), who respectfully requests that this Court issue an order substituting as additional counsel of record Richard A. Sherburne, Jr. (La. Bar No. 02106) and Jessica W. Chapman (La. Bar No. 31097) of BCBSLA in place of Charles A. O'Brien (La. Bar No. 10143) in this matter. All other counsel of The Dugan Law Firm, LLC will remain enrolled as counsel for Plaintiff BCBSLA.

**WHEREFORE**, Plaintiff BCBSLA prays that this Court grant its request and substitute Richard A. Sherburne, Jr. and Jessica W. Chapman in place of Charles A. O'Brien as counsel for Plaintiff BCBSLA in this matter.

Respectfully Submitted:

By: /s/ *James R. Dugan, II*
James R. Dugan, II (LA Bar No. 24785)
Douglas R. Plymale (LA Bar No. 28409)
David S. Scalia (LA Bar No. 21369)
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dplymale@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

and

Richard A. Sherburne, Jr. (LA Bar No. 02106)
Jessica W. Chapman (LA Bar No. 31097)
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Telephone: (225) 298-1444
Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com

*Attorneys for Plaintiff Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same in this Court's CM/ECF system on this 3rd day of December, 2020.

/s/ *James R. Dugan, II*
James R. Dugan, II

2