UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO.2592 |
| | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | |
| Louisiana Health Service & Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al v. Janssen Research & Development, LLC, et al Case No. 2:15-cv-03913 | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE NORTH |
| | * | |

\*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Motion to Substitute Counsel of Record for Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA");

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Richard A. Sherburne, Jr. and Jessica W. Chapman of BCBSLA are hereby substituted as counsel of record for BCBSLA, in place of Charles A. O'Brien, with all other counsel remaining in place.

Thus, done and signed in New Orleans, Louisiana, on this _____ day of December, 2020.

_____
The Honorable Eldon E. Fallon
United States District Judge