UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L (5) |
| THIS DOCUMENT RELATES TO: | |
| *Lois Carr*, No. 2:19-cv-12994 | |

## ORDER

Before the Court is Plaintiff's Amended Motion for Leave to File Response to Defendant's Motion to Dismiss, R. Doc. 17909. On November 30, the Court dismissed Plaintiff's case with prejudice for repeated failure to comply with Case Management Order 11. R. Doc. 17910. Accordingly,

**IT IS ORDERED** that the foregoing motion is **DISMISSED AS MOOT.**

New Orleans, Louisiana, on this 15th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE