# United States Court of Appeals
# for the Fifth Circuit

———————

No. 20-30683

———————

In re: Xarelto (Rivaroxaban) Products Liability Litigation

———————————————

Barbara Brown; Alice Brown; Lora Orozco,

*Plaintiffs—Appellants*,

*versus*

Janssen Research & Development, L.L.C.; Bayer Corporation; Johnson & Johnson, Incorporated,

*Defendants—Appellees*.

———————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:14-MD-2592
USDC No. 2:19-CV-14669

———————————————

Before Clement, Elrod, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellees' opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that Appellant Alice Brown's motion to strike appellees' motion to dismiss is DENIED.