# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 16, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 20-30683    In re: Xarelto Prod Liability
                USDC No. 2:14-MD-2592
                USDC No. 2:19-CV-14669
```

Enclosed is an order entered in this case.

```
                          Sincerely,

                          LYLE W. CAYCE, Clerk


                          By: _____
                          Allison G. Lopez, Deputy Clerk
                          504-310-7702
```

Mr. Stanley Blackmon
Mr. Lindsey C. Boney
Ms. Alice Brown
Ms. Barbara Brown
Mr. Rodney M. Hudson
Ms. Carol L. Michel
Ms. Lora Orozco
Mrs. Susan M. Sharko