UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ellen Bonier v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-4690

## ORDER

Michael Zwiezen recently called the Court on behalf of his deceased mother, Ellen Bonier, who filed the above-captioned lawsuit associated with the ongoing *In re Xarelto Products Liability Litigation*. Mr. Zwiezen indicated that he has contacted the Fears Nachawati Law Firm requesting an update on Plaintiff's case, and alleges the firm has been uncooperative. Plaintiffs' Lead Liaison Counsel Lenny Davis contacted Fears Nachawati and located Plaintiff's current attorney, Arati Furness. On December 16, 2020, Mr. Davis emailed Ms. Furness requesting documentation that demonstrates the firm has been in touch with Plaintiff's family and Plaintiff's settlement funds were paid. Ms. Furness responded, indicating that she had last been in touch with Plaintiff's family on November 20, 2020. On December 21, 2020, Mr. Zwiezen reached out to the Court again, explaining that the firm had not been in touch with him or his family regarding the case. That day, the Court emailed Ms. Furness directing her to contact her client's family and provide the requested documentation. The Court also left a message with the firm secretary. To date, Ms. Furness has not provided the documentation requested. Accordingly;

**IT IS HEREBY ORDERED** that the attached correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Ms. Furness is directed to contact Michael Zwiezen regarding the above-captioned case as soon as possible and send a copy of such correspondence to the Court.

**IT IS ALSO ORDERED** that Ms. Furness provide the Court with documentation showing that Plaintiff's final settlement award was sent to the appropriate party.

New Orleans, Louisiana, this 22nd day of December 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Arati Furness
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
afurness@fnlawfirm.com

Michael Zwiezen
michael.zwiezen@firstmidwest.com
(630) 715-9900

Lenny Davis
Herman, Herman & Katz, L.L.C.
LDAVIS@hhklawfirm.com
(504) 581-4892