| | |
|---|---|
| **From:** | Nicolette Kraska |
| **To:** | "Arati Furness"; Lillian Breland |
| **Cc:** | Rachel Stuckey; Lenny Davis |
| **Subject:** | RE: Xarelto MDL 2592 |
| **Date:** | Tuesday, December 22, 2020 4:04:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Ms. Furness,

The Court will issue an order later today or early tomorrow with further instructions. The Court mainly seeks confirmation that you've been in touch with your client—whether by phone, letter, or email—and have provided updates on the settlement award and Ms. Bonier's case. The Court will also need documentation showing that Ms. Bonier's settlement award was paid out. We're hearing two different sides of the story, and Judge Fallon would prefer not to get involved further unless it becomes necessary.

Thank you,

Nicolette

**From:** Arati Furness <afurness@fnlawfirm.com>
**Sent:** Tuesday, December 22, 2020 10:58 AM
**To:** Nicolette Kraska <Nicolette_Kraska@laed.uscourts.gov>; Lillian Breland <lbreland@hhklawfirm.com>
**Cc:** Rachel Stuckey <Rachel_Stuckey@laed.uscourts.gov>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** RE: Xarelto MDL 2592

**CAUTION - EXTERNAL:**

Ms. Kraska,

I don't have any documentation other than notes entered into our case management system. I can draft an affidavit. Or would a letter to the Court suffice?

**Arati C. Furness**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Main: (214) 890-0711
Settlement Dept: (866) 979-1427

www.fnlawfirm.com



*Confidentiality Notice:*

*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**From:** Nicolette Kraska <Nicolette_Kraska@laed.uscourts.gov>
**Sent:** Monday, December 21, 2020 10:33 AM
**To:** Arati Furness <afurness@fnlawfirm.com>; Lillian Breland <lbreland@hhklawfirm.com>
**Cc:** Rachel Stuckey <Rachel_Stuckey@laed.uscourts.gov>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** RE: Xarelto MDL 2592

Thank you for the update, Ms. Furness.

Please get in touch with Mr. Zwiezen as soon as possible and provide the documentation requested by the Court, as the Court is concerned that there is a communication breakdown between you and your client.

**From:** Arati Furness <afurness@fnlawfirm.com>
**Sent:** Monday, December 21, 2020 10:29 AM
**To:** Nicolette Kraska <Nicolette_Kraska@laed.uscourts.gov>; Lillian Breland <lbreland@hhklawfirm.com>
**Cc:** Rachel Stuckey <Rachel_Stuckey@laed.uscourts.gov>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** RE: Xarelto MDL 2592

**CAUTION - EXTERNAL:**

I apologize. Most recently, we spoke with the son, Michael, on 11/20/2020. We have received settlement funds on this case. We will reach out to the family again to address any of their concerns and to let them know the Court cannot give them updates on the case.

**Arati C. Furness**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Main: (214) 890-0711
Settlement Dept: (866) 979-1427
www.fnlawfirm.com



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**From:** Nicolette Kraska <Nicolette_Kraska@laed.uscourts.gov>
**Sent:** Monday, December 21, 2020 10:22 AM
**To:** Lillian Breland <lbreland@hhklawfirm.com>; Arati Furness <afurness@fnlawfirm.com>
**Cc:** Rachel Stuckey <Rachel_Stuckey@laed.uscourts.gov>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** RE: Xarelto MDL 2592

Hi Lenny,

Have you heard anything further for counsel? The Plaintiff's son just called me again asking for an update.

Thanks!

**From:** Lillian Breland <lbreland@hhklawfirm.com>
**Sent:** Wednesday, December 16, 2020 2:19 PM
**To:** Arati Furness <afurness@fnlawfirm.com>
**Cc:** Nicolette Kraska <Nicolette_Kraska@laed.uscourts.gov>; Rachel Stuckey <Rachel_Stuckey@laed.uscourts.gov>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** RE: Xarelto MDL 2592

**CAUTION - EXTERNAL:**

From: Leonard A. Davis

Thank you for your reply and I have investigated further. I am copying Judge Fallon's law clerks on this email. The Court has requested documentation that the settlement was paid out. Further, please provide copies of the documentation reflecting that you have been in touch with the family of the deceased. If there are any questions, please advise and thank you for your prompt response.

**From:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Sent:** Wednesday, December 16, 2020 12:43 PM
**To:** Lillian Breland <lbreland@hhklawfirm.com>; Arati Furness <afurness@fnlawfirm.com>
**Subject:** RE: Xarelto MDL 2592

Let me investigate further

Leonard A. Davis
Attorney at Law

Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Lillian Breland <lbreland@hhklawfirm.com>
**Sent:** Wednesday, December 16, 2020 12:42 PM
**To:** Arati Furness <afurness@fnlawfirm.com>
**Cc:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** RE: Xarelto MDL 2592

I am copying Mr. Davis so he is aware.

---

**From:** Arati Furness <afurness@fnlawfirm.com>
**Sent:** Wednesday, December 16, 2020 11:47 AM
**To:** Lillian Breland <lbreland@hhklawfirm.com>
**Subject:** RE: Xarelto MDL 2592

Hi.  The attorney handing the Xarelto docket is no longer at this firm. I have taken over the last remaining issues.  Of note, we have been in regular communication with the deceased client's wife.  However,  I am confused by an email from the court indicating that this case did not qualify for the settlement and we did not comply with CMO 11, as points were awarded on this case and a settlement paid.

**Arati C. Furness**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Main: (214) 890-0711
Settlement Dept: (866) 979-1427
www.fnlawfirm.com



*Confidentiality Notice:*

*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**From:** Zachary Bland <zbland@fnlawfirm.com>
**Sent:** Wednesday, December 16, 2020 11:11 AM
**To:** Matthew McCarley <mccarley@fnlawfirm.com>; Arati Furness <afurness@fnlawfirm.com>
**Subject:** FW: Xarelto MDL 2592
**Importance:** High

Please find the email from Plaintiff's counsel below.

**From:** Lillian Breland <lbreland@hhklawfirm.com>
**Sent:** Wednesday, December 16, 2020 10:58 AM
**To:** Zachary Bland <zbland@fnlawfirm.com>
**Cc:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** Xarelto MDL 2592

From:  Leonard A. Davis

Zach, thank you for taking my phone call earlier today.  I understand you are the legal assistant to Matthew McCarley (your direct phone number is 469-914-7724).  Mr. McCarley is listed as the attorney of record on the attached lawsuit filed on behalf of Ellen Bonier on behalf of the Estate of Gregory Bonier in the Xarelto Multidistrict Litigation pending in the United States District Court, Eastern District of Louisiana.  I am also attaching the retainer letter that was forwarded to me by Judge Eldon Fallon's law clerk who requested that I provide more information regarding this case.  I indicated to you that apparently the son of the decedent, Michael Zwiezen, called the Court to seek an update on the case status and has advised the Court that Fears Nachawati, PLLC has been unresponsive to his phone calls.  Apparently, there is nothing on the Court's docket indicating that your firm has pursued the case and there is no dismissal filed by the Defendants for failure to comply with CMO 11.  Please take the appropriate action regarding this matter, as the Court has asked me for an update on the status of the case.  I am happy to speak further with Mr. McCarley or you if I can assist in any way.  Also, please feel free to view the Court's website located at wwww.laed.uscourts.gov, MDL & Mass/Class Action tab, Xarelto (Rivaroxaban) Products Liability Litigation, 14-MD-2592.

Lillian M. Breland
Legal Assistant to
Leonard A. Davis and Stephen J. Herman
**Herman, Herman & Katz, L.L.C.**
**Herman Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lbreland@hhklawfirm.com

www.hhklawfirm.com

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.