# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-30683

---

In re: Xarelto (Rivaroxaban) Products Liability Litigation

———————————————————

Barbara Brown; Alice Brown; Lora Orozco,

*Plaintiffs—Appellants,*

*versus*

Janssen Research & Development, L.L.C.; Bayer Corporation; Johnson & Johnson, Incorporated,

*Defendants—Appellees.*

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:14-MD-2592
USDC No. 2:19-CV-14669

———————————————————

Before Clement, Elrod, and Haynes, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellees' opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

Certified as a true copy and issued
as the mandate on Jan 07, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IT IS FURTHER ORDERED that Appellant Alice Brown's motion to strike appellees' motion to dismiss is DENIED.