# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30683    Brown v. Janssen Rsrch & Dev
                           USDC No. 2:14-MD-2592
                           USDC No. 2:19-CV-14669

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Allison G. Lopez, Deputy Clerk
                           504-310-7702

cc:  Mr. Stanley Blackmon
     Mr. Lindsey C. Boney
     Ms. Alice Brown
     Ms. Barbara Brown
     Mr. Rodney M. Hudson
     Ms. Lora Orozco
     Mrs. Susan M. Sharko