UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No.2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE NORTH |
| THIS DOCUMENT RELATES TO: *Louisiana Health Service and Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al.* Case No. 2:15-cv-03913 | | |

**NOTICE OF VOLUNTARY DISMISSAL OF COUNT XII--SUBROGATION CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc., and Allied Services Division Welfare Fund (collectively TPPs), through undersigned counsel, voluntarily dismisses Count XII of the First Amended Class Action Complaint (Subrogation Claims) against all defendants, without prejudice and with each party bearing its own costs, expenses and attorneys' fees. There is currently pending before the Court a motion to dismiss the plaintiffs' First Amended Class Action Complaint, however no defendant has answered or moved for summary judgment. The pendency of the defendants' motion to dismiss does not prohibit the TPPs' voluntary dismissal of the subrogation claims, without prejudice.[1]

---

[1] Indeed, the Fifth Circuit has unequivocally rejected the position that a pending motion to dismiss bars voluntary dismissal. *Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977) (plaintiff has absolute right to dismiss his

CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal of Count XII--Subrogation Claims Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

Dated: January 12, 2021

Respectfully Submitted,

    */s/ James R. Dugan, II*
James R. Dugan, II. (LSBA No. 24785)
David S. Scalia (LSBA No. 21369)
TerriAnne Benedetto  (admitted pro hac vice)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
E-mail: *jdugan@dugan-lawfirm.com*
      *dscalia@dugan-lawfirm.com*
      *tbenedetto@dugan-lawfirm.com*

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 475-1950
Facsimile: (617) 482-3003
tom@hbsslaw.com

*Attorneys for all plaintiffs and the proposed class*

---

complaint under Rule 41(a) prior to the filing of an answer or motion for summary judgment); *Ragsdale v. Classroom Teachers of Dallas, et. al*., 2006 WL 3392192 (N.D. Tex. Nov. 15, 2006). And has further recently expounded that "Rule 41(a)(1)(A)(i) 'means precisely what it says' by stating that only the filing of an answer or motion for summary judgment terminates the plaintiff's unilateral right to dismiss the action by notice.*" In re Amerijet Int'l, Inc*., 785 F.3d at 973. See also, e.g. *Pilot Freight Carriers, Inc. v. Int'l Bhd. of Teamsters*, 506 F.2d 914, 916 (5th Cir. 1975) (holding that only an answer or a motion for summary judgment will suffice to preclude a plaintiff from dismissing under Rule 41); *Aamot v. Kassel*, 1 F.3d 441, 444 (6th Cir. 1993) (motion to dismiss does not constitute an answer or summary judgment under Rule 41(a)); 9 Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure §2363 (3d ed.) ("[a]nswer...does not mean appearance, and the mere fact that a defendant has appeared does not preclude a voluntary dismissal under the rule"..."[a] motion to dismiss is neither an answer nor...a motion for summary judgment; thus, unless formally converted into a motion for summary judgment under Rule 56...a motion to dismiss under Rule 12 does not terminate the right of dismissal by notice"). Therefore, Plaintiff's dismissal of the action without prejudice is appropriate, and this Court has no power to deny Plaintiff's dismissal or order that such dismissal be with prejudice (as Defendants urge in their Objection).

Richard A. Sherburne, Jr. (LA Bar No. 02106)
Jessica W. Chapman (LA Bar No. 31097)
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Telephone:    (225) 298-1444
Facsimile:    (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com

*Attorney for plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana and HMO Louisiana, Inc.*

Art Sadin (TXSBA # 17508)
SADIN LAW FIRM, P.C.
121 E. Magnolia Street, Suite 102
Friendswood, TX  77546
Telephone: (281) 648-7711
Facsimile (281) 648-7799
asadin@sadinlawfirm.com

*Attorney for plaintiff Allied Services Division Welfare Fund*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2021, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system and served on the following counsel for the defendants by electronic transmission:

Susan M. Sharko
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Rodney M. Hudson
Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500

rodney.hudson@faegredrinker.com

Chanda A. Miller
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegrerdrinker.com

Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Sreet, Suite 2700
New Orleans, LA 70130
Telephone (504) 310-2100
kmoore@irwinllc.com


Irwin Fritchie Urquhart & Moore LLC
400 Poydras Sreet, Suite 2700
New Orleans, LA 70130
Telephone (504) 310-2100
kmoore@irwinllc.com

Andrew K. Solow
Steven Glickstein
Robert M. Glass
Arnold & Porter Kaye Shoeller LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glockstein@arnoldporter.com
robert.glass@arnoldporter.com

William Hoffman
Arnold & Porter Kaye Shoeller LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 942-5000
william.hoffman@azrnoldporter.com

Lindsey C. Boney IV
Bradley Arant Boult Cummings LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham AL 35203-2119
Telephone: (205) 521-8914

lboney@bradley.com

John. F. Olinde
Chaffe McCall LLP
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

Dated: January 12, 2021                    _____*/s/ James R. Dugan, II*_____