# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)              MDL No. 2592
PRODUCTS LIABILITY LITIGATION
                                           SECTION L

THIS DOCUMENT RELATES TO:                  JUDGE ELDON E. FALLON

Lois Carr, No. 2:19-cv-12994               MAGISTRATE NORTH

## EX PARTE REQUEST TO ENTER JUDGMENT BY
## SEPARATE DOCUMENT PURSUANT TO RULE 58(d)

**NOW COME** Defendants who request, pursuant to Federal Rule of Civil Procedure Rule 58(d), that this Court enter judgment by separate document.

Defendants filed a Motion for Failure to Comply with Case Management Order No. 11 (R.Doc. 17883).  On November 30, 2020, the Court entered an Order and Reasons (R.Doc. 17910) that dismissed plaintiff's case with prejudice for failure to comply with Case Management Order No. 11.

Pursuant to Rule 58(d), Defendants request that Judgment be set out in a separate document.  Defendants attach a proposed Judgment to enter on the Civil Docket.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP          ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Susan M. Sharko*                  By: */s/ Steven Glickstein*
Susan M. Sharko                            Andrew K. Solow
600 Campus Drive                           Steven Glickstein
Florham Park, NJ 07932-1047                250 West 55th Street
Telephone: (973) 549-7000                  New York, NY 10019-9710
susan.sharko@ faegredrinker.com            Telephone: (212) 836-8485
                                           andrew.solow@arnoldporter.com
                                           steven.glickstein@arnoldporter.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@ faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for the Janssen Defendants*

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ Lindsey C Boney IV
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ John F. Olinde
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for the Bayer Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Liaison Counsel for Plaintiffs and Defendants, and served on all plaintiff's counsel via United States mail and email:

LaShunta M White-Boler
Boler LLC
Post Office Box 635
Trussville, AL 35173
Email: bolerllc@yahoo.com

Monica D Austin-Hatcher
HATCHER LAW OFFICE LLC
2202 2nd Avenue North
Birmingham, AL 35203
Email: attymhatcher@gmail.com

/s/ John F. Olinde

2