UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Lois Carr, No. 2:19-cv-12994 | MAGISTRATE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
EX PARTE REQUEST TO ENTER JUDGMENT BY
SEPARATE DOCUMENT PURSUANT TO RULE 58(d)**

On October 15, 2020, Defendants filed a Motion to Dismiss for Failure to Comply with Case Management Order No. 11 (R.Doc. 17883). On November 25, 2020, the Court entered its Order and Reasons which dismissed the plaintiff's case with prejudice for failure to comply with Case Management Order No. 11. The Court's Order and Reasons were entered on the docket on November 30, 2020 (R.Doc. 17910).

Defendants request the Court enter Judgment by a separate document. Federal Rule of Civil Procedure Rule 58 permits any party to request a judgment be set out by separate document. Defendants have attached to this motion and memorandum a proposed Judgment. Respectfully submitted,

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko* | By: /s/ *Steven Glickstein* |
| Susan M. Sharko | Andrew K. Solow |
| 600 Campus Drive | Steven Glickstein |
| Florham Park, NJ 07932-1047 | 250 West 55th Street |
| Telephone: (973) 549-7000 | New York, NY 10019-9710 |
| susan.sharko@ faegredrinker.com | Telephone: (212) 836-8485 |
| | andrew.solow@arnoldporter.com |
| | steven.glickstein@arnoldporter.com |

<div style="column-count:2">

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for the Janssen Defendants*

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for the Bayer Defendants*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Liaison Counsel for Plaintiffs and Defendants, and served on all plaintiff's counsel via United States mail and email:

LaShunta M White-Boler
Boler LLC
Post Office Box 635
Trussville, AL 35173
Email: bolerllc@yahoo.com

Monica D Austin-Hatcher
HATCHER LAW OFFICE LLC
2202 2nd Avenue North
Birmingham, AL 35203
Email: attymhatcher@gmail.com

/s/ *John F. Olinde*