UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Lois Carr, No. 2:19-cv-12994 ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L (5) |

## JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Failure to Comply with Case Management Order 11 (R.Doc. 17883) is GRANTED (*see* Order and Reasons entered on November 30, 2020, R.Doc. 17910), dismissing with prejudice all of plaintiff's claims against Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare AG and Bayer AG.

This _____ day of January, 2021, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE