UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Yolundus Murriel, No. 2:19-cv-13139 | MAGISTRATE NORTH |

**EX PARTE REQUEST TO ENTER JUDGMENT BY
SEPARATE DOCUMENT PURSUANT TO RULE 58(d)**

**NOW COME** Defendants who request, pursuant to Federal Rule of Civil Procedure Rule 58(d), this Court enter judgment by separate document.

Defendants filed a Joint Motion for Summary Judgment (R.Doc. 17820). On January 7, 2021, the Court entered an Order and Reasons (R.Doc. 17922) that granted Defendants' motion and dismissed plaintiff's case with prejudice.

Pursuant to Rule 58(d), Defendants request that Judgment be set out in a separate document. Defendants attach a proposed Judgment to enter on the Civil Docket.

Respectfully submitted,

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko* | By: /s/ *Steven Glickstein* |
| Susan M. Sharko | Andrew K. Solow |
| 600 Campus Drive | Steven Glickstein |
| Florham Park, NJ 07932-1047 | 250 West 55th Street |
| Telephone: (973) 549-7000 | New York, NY 10019-9710 |
| susan.sharko@ faegredrinker.com | Telephone: (212) 836-8485 |
| | andrew.solow@arnoldporter.com |
| | steven.glickstein@arnoldporter.com |

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for the Janssen Defendants*

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for the Bayer Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Liaison Counsel for Plaintiffs and Defendants, and served via United States Mail on plaintiff as addressed below:

Yolundus R. Murriel
6907 Hillcock Drive
Colorado Springs, CO 80922

/s/ *John F. Olinde*

2