UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Yolundus Murriel, No. 2:19-cv-13139 ) | MDL No. 2592 <br><br> SECTION: L (5) |

## JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Joint Motion for Summary Judgment (R.Doc. 17820) is GRANTED (*see* Order and Reasons entered on January 7, 2021, R.Doc. 17922), dismissing with prejudice all of plaintiff's claims against Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc. (incorrectly listed as Janssen) and Bayer HealthCare Pharmaceuticals Inc. (incorrectly listed as Bayer).

This _____ day of January, 2021, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE