UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L (5) |
| THIS DOCUMENT RELATES TO: Yolundus Murriel, No. 2:19-cv-13139 | | |

## JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Joint Motion for Summary Judgment (R.Doc. 17820) is GRANTED (*see* Order and Reasons entered on January 7, 2021, R.Doc. 17922), dismissing with prejudice all of plaintiff's claims against Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc. (incorrectly listed as Janssen) and Bayer HealthCare Pharmaceuticals Inc. (incorrectly listed as Bayer).

This __19th__ day of January, 2021, New Orleans, Louisiana.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE