UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON MAGISTRATE NORTH |

### PERMISSION PREVIOUSLY GRANTED BY THE COURT TO FILE DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO AMEND PRESERVATION ORDERS TO RELIEVE DEFENDANTS OF THEIR PRESERVATION OBLIGATIONS

By Order dated November 23, 2020 (Rec. Doc. 17906), the Court entered a briefing schedule on Defendants' Motion to Amend Preservation Orders to Permit Resumption of Normal Document Retention Policies and to Relieve Defendants of Their Preservation Obligations (R. Doc. 17903). As part of the Court's Order, Defendants are permitted to file a Reply Brief.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@ faegredrinker.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@ faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

| | |
|---|---|
| IRWIN FRITCHIE URQUHART & MOORE LLC | BRADLEY ARANT BOULT CUMMINGS LLP |
| By: /s/ *Kim E. Moore* <br> Kim E. Moore <br> 400 Poydras Street, Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> kmoore@irwinllc.com | By: */s/ Lindsey C Boney IV* <br> Lindsey C Boney IV <br> One Federal Place, 1819 Fifth Avenue North <br> Birmingham, AL 35203-2119 <br> Telephone: (205) 521-8914 <br> lboney@bradley.com |
| *Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Johnson & Johnson* | CHAFFE MCCALL L.L.P. <br><br> By: /s/ *John F. Olinde* <br> John F. Olinde <br> 1100 Poydras Street, Suite 2300 <br> New Orleans, LA 70163 <br> Telephone: (504) 585-7241 <br> olinde@chaffe.com <br><br> *Attorneys for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 22, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**