UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Louisiana Health Service and Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana, et al. v. Janssen Research & Development, LLC, et al. Case No. 2:15-cv-03913 | JUDGE ELDON E. FALLON MAGISTRATE NORTH |

**PERMISSION PREVIOUSLY GRANTED BY THE COURT TO FILE DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

By Order dated November 23, 2020 (Rec. Doc. 17907), the Court entered a briefing schedule on the Defendants' Motion to Dismiss the First Amended Class Action Complaint (Rec. Doc. 17888). As part of the Court's Order, Defendants are permitted to file a Reply Brief which may be up to twenty-five (25) pages.

Respectfully submitted,

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko* <br> Susan M. Sharko <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@ faegredrinker.com | By: /s/ *Steven Glickstein* <br> Andrew K. Solow <br> Steven Glickstein <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> Telephone: (212) 836-8485 <br> andrew.solow@arnoldporter.com <br> steven.glickstein@arnoldporter.com |
| Rodney M. Hudson <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111-4180 <br> Telephone: (415) 591-7500 <br> rodney.hudson@ faegredrinker.com | William Hoffman <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> Telephone: (202) 942-5000 <br> william.hoffman@arnoldporter.com |

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Attorneys for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system and served on the following counsel for Plaintiffs by electronic transmission:

James R. Dugan, II
David S. Scalia
TerriAnne Benedetto
Dugan Law Firm
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA 70130
Email: jdugan@dugan-lawfirm.com
Email: dscalia@dugan-lawfirm.com
Email: tbenedetto@dugan-lawfirm.com

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Email: tom@hbsslaw.com

Richard A. Sherburne
Jessica W. Chapman
5525 Reitz Ave.
P.O. Box 98029
Baton Rouge, LA 70898
Email: Richard.Sherburne@bcbsla.com
Email: Jessica.Chapman@bcbsla.com

Art Sadin
Sadin Law Firm, PC
121 Magnolia, Suite 102
Friendswood, TX 77546
Email: asadin@sadinlawfirm.com

*/s/ John F. Olinde*