MINUTE ENTRY
FALLON, J.
FEBRUARY 3, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L (5) |
| THIS DOCUMENT RELATES TO: REF: 15-3913 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:   David Scalia, Esq. for Plaintiffs
Steve Glickstein, Esq., Susan Sharko, Esq., Rodney Hudson, Esq. and John Olinde, Esq. for Defendants
Leonard Davis, Esq. and Andy Birchfield, Esq. for Plaintiffs' Liaison Counsel
Jessica Chapman, Esq., for Blue Cross & Blue Shield of Louisiana

Hearing was held via Zoom.

Motion of Defendants, Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, to Dismiss the First Amended Class Action Complaint of Three Health Care Third-Party Payors Under Federal Rules of Civil Procedure 12(b)(6) and 9(b)   (17888)

After oral argument – Motion was taken under submission

JS10:   1:01