UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L (5) |
| THIS DOCUMENT RELATES TO: | | |
| *Brown et al*, No. 2:19-cv-14669 | | |

**EX PARTE REQUEST TO ENTER JUDGMENT BY
SEPARATE DOCUMENT PURSUANT TO RULE 58(d)**

**NOW COME** Defendants who request, pursuant to Federal Rule of Civil Procedure Rule 58(d), that this Court enter judgment by separate document.

Defendants filed a Motion for Failure to Comply with Case Management Order No. 11 (R.Doc. 17828).  On February 10, 2021, the Court signed and entered an Order and Reasons (R.Doc. 17935) that dismissed plaintiffs' case with prejudice for failure to comply with Case Management Order No. 11.

Pursuant to Rule 58(d), Defendants request that Judgment be set out in a separate document.  Defendants attach a proposed Judgment to enter on the Civil Docket.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Andrew Solow*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

1

<div style="display: flex;">
<div>

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson*

</div>
<div>

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Corporation*

</div>
</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 11, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/      Kim E. Moore

`      The undersigned hereby certifies that on February 11, 2021, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiffs at their address of record.

/s/      Kim E. Moore