UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L (5) |
| THIS DOCUMENT RELATES TO: *Brown et al*, No. 2:19-cv-14669 | | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
EX PARTE REQUEST TO ENTER JUDGMENT BY
SEPARATE DOCUMENT PURSUANT TO RULE 58(d)**

On September 8, 2020, Defendants filed a Motion to Dismiss for Failure to Comply with Case Management Order No. 11 (R.Doc. 17828). On February 10, 2021, the Court signed and entered on the docket its Order and Reasons which dismissed the plaintiffs' case with prejudice for failure to comply with Case Management Order No. 11 (R.Doc. 17935).

Defendants request the Court enter Judgment by a separate document. Federal Rule of Civil Procedure Rule 58 permits any party to request a judgment be set out by separate document. Defendants have attached to this motion and memorandum a proposed Judgment.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Andrew Solow*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

1

| | |
|---|---|
| IRWIN FRITCHIE URQUHART & MOORE LLC<br><br>By: /s/ *Kim E. Moore*<br>Kim E. Moore<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>kmoore@irwinllc.com<br><br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson* | William Hoffman<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>william.hoffman@apks.com<br><br>CHAFFE MCCALL L.L.P.<br><br>By: /s/ *John F. Olinde*<br>John F. Olinde<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>olinde@chaffe.com<br><br>*Attorneys for Bayer Corporation* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 11, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/     *Kim E. Moore*

`     The undersigned hereby certifies that on February 11, 2021, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiffs at their address of record.

/s/     *Kim E. Moore*