## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L (5) |
| THIS DOCUMENT RELATES TO: | | |
| *Brown et al*, No. 2:19-cv-14669 | | |

## **JUDGMENT**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Failure to Comply with Case Management Order 11 (R.Doc. 17828) is GRANTED (*see* Order and Reasons entered on February 10, 2021, R.Doc. 17935), dismissing with prejudice all of plaintiffs' claims against Defendants Janssen Research & Development LLC, Johnson & Johnson and Bayer Corporation.

This _____ day of February, 2021, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE