UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| ***ALL CASES*** | * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It has come to the Court's attention that the law firm of Girardi Keese is presently in bankruptcy and that the United States Bankruptcy Court, Central District of California, Los Angeles Division, *In re: Girardi Keese, Debtor*, Case No. 2:20-BK-21022-BR has appointed Elissa Miller of Sulmeyer Kupetz, 333 South Grande Avenue, Suite 3400, Los Angeles, California 90071, PH: (213) 617-5234, Email: emiller@sulmeyerlaw.com, as Interim Trustee of the case of the Debtor.

The Court has been contacted by a representative of Claimant, Gerald Jacquart, regarding the status of claimant's settlement submission and instructed Plaintiffs' Co-Liaison Counsel, Leonard Davis, to communicate and assist, if possible, in determining the status of the claim. Gerald Jacquart is represented by the Girardi Keese law firm with regard to his benefits claim in the Xarelto Settlement Program. The Court has been advised that the Girardi Keese law firm is counsel for a number of claimants registered in the Xarelto Settlement Program, some of whom are believed to be eligible for settlement proceeds. The Court directs Plaintiffs' Co-Liaison Counsel, Leonard Davis and/or Gerald Meunier, to communicate with the Girardi Keese Interim Trustee, Elissa Miller, as well as the Administrator and Disbursal Agent, BrownGreer, PLC and Archer Systems, LLC, regarding matters pertaining to claimants of Girardi Keese. BrownGreer,

PLC and Archer Systems, LLC may share with Plaintiffs' Co-Liaison Counsel and the Interim Trustee documents relating to claimants represented or previously represented by the Girardi Keese law firm.

New Orleans, Louisiana, this 2nd day of March, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**