UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | | |

## O R D E R

Considering the Defendants' Request for Oral Argument,

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment (R. Doc. _____) is set for oral argument on March 31, 2021 at 9:00 a.m. central time, and that the oral argument will be conducted remotely by video, with instructions regarding the video link to be provided later to the parties by the Court.

New Orleans, Louisiana this _____ day of March 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**