UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG for Leave to file Exhibits A and C – M to Defendants' Motion for Summary Judgment in the captioned matter UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A and C – M to Defendants' Motion for Summary Judgment (Rec. Doc. 17940-4, 6-16) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE