# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: BARBARA BROWN, et al. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

2. Case Number: 19-CV-14669 EEF-MBN

3. What documents were served?
   PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION

4. How was the document served? [check one]
   [X] Placed in U.S. Mail
   [ ] Hand-delivered
   [ ] Sent for delivery (e.g., FedEx, UPS)
   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document.]

   CHANDA MILLER                    JOAN GODDARD
   600 CAMPUS DRIVE                 250 WEST 55th STREET
   FLORHAM PARK, NJ 07932           NEW YORK, NY 10019

6. When were the documents sent? MARCH 8, 2021

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: Alice Brown
   Name: ALICE BROWN
   Address: PO BOX 60
            CRESCENT CITY, CA 95531

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. Case Name: __BARBARA BROWN, et al.__ v. __JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.__

2. Case Number: __19-CV-14669 EEF-MBN__

3. What documents were served?
   __PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION__

4. How was the document served? *[check one]*
   - [X] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   __BARBARA BROWN__          __LORA OROZCO__
   __PO BOX 5408__            __PO BOX 1262__
   __SUGARLOAF, CA 92386__    __FORT JONES, CA 96032__

6. When were the documents sent? __MARCH 8, 2021__

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: __Alice Brown__
   Name: __ALICE BROWN__
   Address: __PO BOX 60__
   __CRESCENT CITY, CA 95531__

**CERTIFICATE OF SERVICE**