# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BARBARA BROWN, et al.,
**PLAINTIFF(S)**

**VERSUS**

JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,
**DEFENDANT(S)**

**CIVIL ACTION**

No. 19-cv-14669 EEF-MBN

SECTION: L

## ORDER

Considering the Motion FOR RECONSIDERATION ,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**

TENDERED FOR FILING

SB

MAR 1 1 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk