# EXHIBIT 1

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 10/14/2020         TIME: 10:30:00 AM       DEPT: C26
JUDICIAL OFFICER PRESIDING: Gregory H. Lewis
CLERK: B. Chumpitazi
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: Michelle Nevarez

CASE NO: **30-2019-01096548-CU-MM-CJC**  CASE INIT.DATE: 09/12/2019
CASE TITLE: **Brown vs. Anaheim Global Medical Center**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Medical Malpractice

EVENT ID/DOCUMENT ID: 73381622
**EVENT TYPE:** Motion to Compel Further Responses to Special Interrogatories
MOVING PARTY: KPC Healthcare, Inc.
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Answers to Interrogatories KPC for Barbara Set 2, 05/26/2020

EVENT ID/DOCUMENT ID: 73381623
**EVENT TYPE:** Motion to Compel Response to Requests for Admissions
MOVING PARTY: KPC Healthcare, Inc.
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Answers to Request for Admissions KPC for Order on Set 1, 05/26/2020

EVENT ID/DOCUMENT ID: 73381624
**EVENT TYPE:** Motion to Compel Response to Requests for Admissions
MOVING PARTY: Anaheim Global Medical Center
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Answers to Request for Admissions Anaheim for Order on Set 1, 05/26/2020
Additional events listed on last page.

**APPEARANCES**
Barbara Eva Brown, self represented Plaintiff, present.
Peri-Elle Cabagnot, from Dummit, Buchholz & Trapp, present for Defendant(s) telephonically.

Tentative Ruling posted on the Internet .

The Court hears oral argument and confirms the tentative ruling as follows:

**Motion to Compel**

Moving Party (MP): Defendants Anaheim Global Medical Center and KPC Healthcare, Inc.
Responding Party (RP): None

**Ruling: Defendants' motions to compel are granted.**

Responses to interrogatories and requests for admission of documents are due 30 days after service (plus appropriate time for method of service). (Code Civ. Proc. §§ 2030.260; 2031.260.)

| CASE TITLE: Brown vs. Anaheim Global Medical Center | CASE NO: 30-2019-01096548-CU-MM-CJC |
|---|---|

Case 2:14-md-02592-EEF-MBN Document 17947-1 Filed 03/22/21 Page 3 of 4

Defendants have established that Plaintiff Barbara Eva Brown failed to serve responses to the Form Interrogatories (Set Two) propounded by Defendant Anaheim Global Medical Center, the Form Interrogatories (Set Two) by KPC Healthcare, Inc., and the Requests for Admission (Set One) propounded by both Defendants, all of which were served on Plaintiff on January 29, 2020. Plaintiff did not file an Opposition, and there is no evidence that Plaintiff provided the requested discovery responses.

The Requests for Admissions are thus deemed admitted. (Code Civ. Proc. § 2033.280(b).) Because the second set of Form Interrogatories seeks only information about those Requests for Admission, the motions relating to the second set of Form Interrogatories are moot.

Plaintiff is ordered to pay $810 (3 hours at $190/hour + $240 in filing fees) in sanctions to Defendants, payable within 30 days of notice of this ruling.

Moving party to give notice.

ADDITIONAL EVENTS:

EVENT ID/DOCUMENT ID: 73381625
**EVENT TYPE:** Motion to Compel Further Responses to Special Interrogatories
MOVING PARTY: Anaheim Global Medical Center
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Answers to Interrogatories Anaheim for Barbara Set 2, 05/26/2020