# EXHIBIT 2

~~CHAMBERS~~

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 05 2021

DAVID H. YAMASAKI, Clerk of the Court

BY:_____, DEPUTY

1  Barbara Brown
2  P.O. Box 5408
   Sugarloaf, CA 92386
3
4  Barbara Brown, IN PRO PER
5
6
7           SUPERIOR COURT OF THE STATE OF CALIFORNIA
8                    FOR THE COUNTY OF ORANGE
9  CENTRAL JUSTICE CENTER
10 700 CIVIC CENTER DRIVE, WEST
   SANTA ANA, CA 92701
11
12 Barbara Eva Brown,              ) Case No.: 30-2019-01096548
                                   )
13     Plaintiff                   )
                                   ) EX-PARTE APPLICATION FOR
14                                 ) PEREMPTORY CHALLENGE CALIFORNIA
       vs.                         ) RULES OF COURT 3.1207(2)
15                                 )
                                   )
16 ANAHEIM GLOBAL MEDICAL CENTER,  )
                                   )
17 et al, Defendant                )
   _____
18
19    TO judge Gregory H. Lewis, PRESIDING JUDGE OF THE ABOVE ENTITLED
20 COURT CASE.

*Denied GHL*

21
22 The plaintiff, Barbara Brown, in the above-entitled matter hereby
23 moves that the trial or hearing, which involves a contested issue
24 of law or fact, and which has been assigned to judge Gregory H.
25 Lewis, judge of the above-entitled Court, be reassigned from that
26
27 judge, and that no matters hereinafter arising in this cause be
28

- 1 -
MOTION FOR PEREMPTORY CHALLENGE          1 of 7

heard or assigned to judge Gregory H. Lewis, on the ground that said judge is prejudiced against the plaintiff in this action.

This ex-parte application is based on the matters contained herein, on Code of Civil Procedure Section 170.6, California Rules Of Court and on the supporting Declaration Under Penalty of Perjury of Barbara Brown attached hereto and filed herewith.

WHEREFORE, Barbara Brown prays that the relief herein requested be granted.

Dated: December 31, 2020

*Barbara Eva Brown*
Barbara Eva Brown
In Pro Per

Barbara Brown
P.O. Box 5408
Sugarloaf, CA 92386

(951)534-8277

Barbara Brown, IN PRO PER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| Barbara Eva Brown, | Case No.: 30-2019-01096548 |
| Plaintiff, | DECLARATION IN SUPPORT OF EX-PARTE APPLICATION FOR PEREMPTORY CHALLENGE |
| vs. | |
| ANAHEIM GLOBAL MEDICAL CENTER, et al, Defendant | |

I, Barbara Brown declare that:

1. I am the plaintiff in the above-entitled matter.

2. The judge Gregory H. Lewis, judge to whom the hearing of the above-entitled matter is pending in Dept. C26 is prejudiced against the plaintiff.

3. Declarant believes that the plaintiff cannot have a fair and impartial trial or hearing before this judge.

- 1 -
DECLARATION IN SUPPORT OF PEREMPTORY CHALLENGE  3 of 7

1  I declare under penalty of perjury under the laws of the State of
2  California that the foregoing is true and correct.

Dated: December 31, 2020

*Barbara Eva Brown*
Barbara Eva Brown,
In Pro Per

---

- 2 -
DECLARATION IN SUPPORT OF PEREMPTORY CHALLENGE

4 of 7

```
1  Barbara Brown
   P.O. Box 5408
2  Sugarloaf, CA 92386
   (951) 534-8277
3
4  Barbara Brown, IN PRO PER
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| Barbara Eva Brown, | Case No.: 30-2019-01096548 |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| ANAHEIM GLOBAL MEDICAL CENTER, et al, | |
| Defendant | |

The written Ex Parte App. of the plaintiff in the above-entitled matter for the peremptory disqualification of the judge Gregory H. Lewis of the above-captioned Court, and the supporting declaration under penalty of perjury of Barbara Brown, have been duly presented and filed, it is established, as provided in Section 170.6 of the Code of Civil Procedure that the judge Gregory H. Lewis, is

1 | prejudiced against the plaintiff or the interest of that party in
2 | the above-entitled matter.
3 |
4 |
5 | THEREFORE, IT IS HEREBY ORDERED that the judge Gregory H. Lewis,
6 | is relieved from his assignment as judge in the above-entitled
7 | matter, and now set for hearing on TBA, and from any and all other
8 | assignments in this cause, and that the hearing shall proceed
9 | before the Honorable _____, in Department
10 | _____ of this court, at the time now set for the hearing.

DATE: December 31, 2020

_____
Presiding judge

- 2 -
ORDER OF TRANSFER

*6 of 7*

| Attorney or Party without Attorney (Name, Address and Telephone number) | For Court Use Only |
|---|---|
| Barbara Brown<br>P.O. Box 5408<br>Sugarloaf, CA 92386<br>(951) 534-8277 | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE

**STREET ADDRESS** 700 Civic Center Drive, West
**MAILING ADDRESS**
**CITY AND ZIP CODE** Santa Ana, CA 92701
**BRANCH NAME** CENTRAL JUSTICE CENTER
**Title of Case (abbreviated)** Barbara Eva Brown v. ANAHEIM GLOBAL MEDICAL CENTER, et al.

**PROOF OF SERVICE BY MAIL**

**CASE NUMBER:** 30-2019-01096548-CU-MM-CJC

**Hearing Date:** N/A

**Time:** N/A

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 487 Kevin Ave Sugarloaf CA 92386

I served a copy of the following documents (list documents): Ex-Parte Application For Peremptory Challange CA Rules of Court 3.1207(2)

by placing a true copy of each document in the United States mail, in a sealed envelope with the postage fully prepaid, as follows:

a. Date of deposit: December 31, 2020
b. Place of deposit (city and state): Sugarloaf CA 92386
c. Addressed as follows: DB&T 11755 Wilshire Blvd., 15th Floor Los Angeles CA 90025-1506
   ATTN: Kri-Elly Calaynot

At the time of service I was at least 18 years of age and not a party to this cause.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) December 31, 2020, at (place) Sugarloaf, California

Margaret Flather
**Type or Print Name**

M. J. Flather
**Signature**