UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Barbara Brown, et al.,* No. 2:19-cv-14669 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**PLAINTIFFS' EXECUTIVE COMMITTEE'S RESPONSE TO PLAINTIFFS'**
***EX PARTE* APPLICATION FOR RECONSIDERATION OF DISMISSAL**

The Plaintiffs' Executive Committee files this Response to Plaintiff Barbara Brown's *Ex Parte* Application for Reconsideration [Rec. Doc. 17946], an Application which not only lacks merit, but also contains baseless and improper assertions.

Over 30,000 individuals initially asserted claims in these proceedings; and a total of 28,852 individuals (over 99% of eligible claimants who complied with the Court's pretrial orders) have enrolled in the negotiated settlement program as a way to fairly and efficiently resolve their claims. Less than 1% of the plaintiffs with cases pending at the time of the proposed settlement have elected not to settle, in order to continue litigating their claims. These plaintiffs are now subject to an orderly pre-trial process which will allow their claims to be concluded in accordance with the evidence and applicable law.[1]

The thousands of citizens who have participated in this litigation, and their counsel, come from virtually every State in the Union. They constitute a population reflective of the country's

---

[1] As is both required and customary, this Multi-District Litigation court has entered Case Management Orders to address issues including discovery, experts and other pre-trial matters. These Orders are applicable to all remaining, non-settling litigants.

racial and ethnic diversity. Not one, until now, has expressed anything but respect and appreciation both for Judge Fallon and for the judicial system which he has expertly administered and overseen during the years-long pendency of this case  The assertions made in the *Ex Parte* Application for Reconsideration on behalf of Barbara Brown, et al, therefore, are not only utterly baseless, and nothing more than outrageous fantasy in reference to Judge Fallon; they are also a disservice to the thousands of citizens and their attorneys who have invested substantial time, effort and resources to process claims which are both legally and scientifically complex.

The Application for Reconsideration should be denied.

Dated: March 22, 2021

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Co-Liaison Counsel/*
*Plaintiffs' Executive Committee*

Brian Barr, Esq.
*LEVIN PAPANTONIO*
316 S. Baylen St.
Suite 600
Pensacola, FL  32502
Phone:  (850) 435-7045
Fax:  (850) 436-6044
Email:  bbarr@levinlaw.com


Andy Birchfield, Esq.
*BEASLEY ALLEN*
P.O. Box 4160
Montgomery, AL  36103
Phone:  (334) 269-2343
Fax:  (334) 954-7555
Email:  andy.birchfield@beasleyallen.com

*Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.  A copy has also been forwarded to the following via e-mail and/or U.S. Mail, by placing a copy of this filing in the United States Mail, postage prepaid and properly addressed:

1. Ms. Lora Orozco
   P.O. Box 1262
   Fort Jones, CA  96032
   (VIA U.S. MAIL ONLY)

2. Ms. Alice Brown
   P.O. Box 60
   Crescent City, CA  95531
   Email:  alicebrowninproper@gmail.com
   (VIA EMAIL AND U.S. MAIL)

3. Ms. Barbara Brown
   P.O. Box 5408
   Sugarloaf, CA  92386
   (VIA U.S. MAIL ONLY)

                          */s/ Leonard A. Davis*
                          **LEONARD A. DAVIS**