UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : : *Barbara Brown, et al.,* No. 2:19-cv-14669 : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

# O R D E R

Considering the foregoing Defendants' *Ex Parte* Motion to Set Submission Date for Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (Rec. Doc. 17946);

**IT IS ORDERED** that Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (Rec. Doc. 17946) be set for submission at 9:00 a.m. on the 31st day of March, 2021.

New Orleans, Louisiana this 23rd day of March, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**