UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown, et al. v. Janssen Research & Development, LLC, et al.*

CA# 2:19-cv-14669

## ORDER

The Court has received and reviewed correspondence from *pro se* Plaintiffs Barbara and Alice Brown. This correspondence does not relate to the motion for reconsideration and instead pertain to Plaintiffs' previous motion to disqualify, which was denied October 2, 2020.[1] R. Doc. 17869. Accordingly, the Court shall return those documents to Plaintiffs.

New Orleans, Louisiana, this 24th day of March, 2021.

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs' appeal of that Order was subsequently dismissed by the Fifth Circuit for lack of jurisdiction on December 16, 2021. R. Doc. 17919.