UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS | MDL NO. 2592 |
| Plaintiffs, | |
| v. | SECTION: L |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, Defendants. | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| | **JURY TRIAL DEMANDED** |

## AFFIDAVIT OF DONALD P. SCHWAB, JR., M.D.

STATE OF LOUISIANA

PARISH OF TERREBONNE

  BEFORE ME, undersigned Notary Public, duly qualified in the State and Parish aforesaid,

personally came and appeared

    Donald P. Schwab, Jr., M.D.

who, after being duly sworn, did depose and state that:

(1) I am a General and Bariatric Surgeon;

(2) My medical office is located at Bayou Surgical Specialists, 5610 Hwy. 311, Suite A, Houma, Louisiana 70360;

(3) I was the surgeon in charge of the operation of the decedent, Raymond Fulton Nails, on June 14, 2016;

(4) I attempted to perform a right hemicolectomy on Mr. Nails;

(5) During mobilization of his right colon, Mr. Nails developed a severe and uncontrollable

hemorrhage from retroperitoneal vessels;

(6) Mr. Nails received copious amounts of blood and fresh frozen plasma and platelets;

(7) Multiple attempts were made to control the bleeding but ultimately, the area needed to be packed and the patient was closed;

(8) Shortly after surgery, Mr. Nails died from hemorrhagic shock;

(9) The warning label provided by the manufacturer for Xarelto (Rivaroxaban) recommends that Xarelto should be stopped at least 24 hours before a surgical procedure to reduce the risk of bleeding indicating to me that if usage of Xarelto is stopped greater than 48 hours prior to surgery, there is no longer an increased risk of the patient bleeding during surgery as a result of using Xarelto;

(10) Mr. Nails had reportedly discontinued use of Xarelto a week before his surgery;

(11) At the time of surgery on Mr. Nails, I was unaware of the increased risk of bleeding, and uncontrollable bleeding, associated with the use of Xarelto despite being stopped for 48 hours;

(12) Given Mr. Nails' history, subjective and objective findings, it is more probable than not, to a medical certainty, that the excessive and unstoppable bleeding which led to Mr. Nails' death during his surgery, was caused by his use of Xarelto;

(13) The manufacturer's warning label was inadequate because it did not warn of the increased risk or uncontrollable bleeding if stopped longer than 48 hours prior to surgery;

(14) The manufacturer's warning label was inadequate because it failed to warn me of the risk associated with the use of Xarelto after stopping for 48 hours.

(15) The manufacturer's failure to warn me was both a cause-in-fact and the proximate cause of Raymond Nails' death;

(16) Had the warning label for Xarelto warned me of the increased risk or uncontrollable bleeding of a surgical candidate who had been off of Xarelto for greater than 48 hours, I would have changed my decision on Mr. Nails' surgery, and would have conducted it when the manufacturer advised me that it was safe.

Donald P. Schwab, Jr., M.D.

Sworn to and subscribed before me

this 23rd day of March, 2021.

Damon J. Baldone
#21987

Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel via MDL Centrality at: www.mdlcentrality.com/MDL2592. Notice will also be sent by electronic mail to Defendants' counsel at the following address:

Kim E. Moore
400 Poydras Street, suite 2700
New Orleans, LA 70130
Email: kmoore@irwinllc.com

Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Email: susan.sharko@faegredrinker.com

Damon J. Baldone