UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**CONSENT MOTION TO CONTINUE SUBMISSION AND
ORAL ARGUMENT DATE ON THE JANSSEN AND BAYER DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT TO MAY 26, 2021**

Defendants request that the Court continue the submission date and oral argument date for their Motion for Summary Judgment (R. Doc. 17940), currently scheduled for March 31, 2021 at 9:00 a.m. CT, and re-set the submission date and oral argument date to 9:00 a.m. on May 26, 2021 CT. Plaintiff's opposition to Defendant's Motion for Summary Judgment attached the affidavit of Dr. Donald P. Schwab, Jr. Defendants seek the continuance of the submission date in order to take Dr. Schwab's deposition before filing their reply memorandum in support of their motion. Defendants have conferred with Plaintiff's counsel, who is available on May 26, 2021 and has no objection to the deposition or to re-setting the submission date and oral argument date on May 26, 2021.

Defendants further request that the oral argument on May 26, 2021 at 9:00 a.m. be conducted remotely via video due to the COVID-19 pandemic.

Respectfully submitted:

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: */s/Susan M. Sharko* <br> Susan M. Sharko <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@faegredrinker.com | By: */s/Andrew K. Solow* <br> Andrew K. Solow <br> Steven Glickstein <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> Telephone: (212) 836-8485 <br> andrew.solow@arnoldporter.com <br> steven.glickstein@arnoldporter.com |
| Rodney M. Hudson <br> Four Embarcadero Center, 27th Floor <br> San Francisco, CA 94111-4180 <br> Telephone: (415) 591-7500 <br> rodney.hudson@faegredrinker.com | William Hoffman <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> Telephone: (202) 942-5000 <br> william.hoffman@arnoldporter.com |
| Chanda A. Miller <br> One Logan Square, Suite 2000 <br> Philadelphia, PA 19103-6996 <br> Telephone: (215) 988-2700 <br> chanda.miller@faegredrinker.com | BRADLEY ARANT BOULT CUMMINGS LLP <br> Lindsey C. Boney IV <br> One Federal Place, 1819 Fifth Avenue North <br> Birmingham, AL 35203-2119 <br> Telephone: (205) 521-8914 <br> lboney@bradley.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | CHAFFE MCCALL L.L.P. |
| By: */s/Kim E. Moore* <br> Kim E. Moore <br> 400 Poydras Street, Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> kmoore@irwinllc.com | By: */s/John F. Olinde* <br> John F. Olinde <br> 1100 Poydras Street, Suite 2300 <br> New Orleans, LA 70163 <br> Telephone: (504) 585-7241 <br> olinde@chaffe.com |
| *Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson* | *Attorneys for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 29, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.  A copy of this filing will also be sent by electronic mail to Plaintiff's counsel at the following address:

    Damon J. Baldone
    Thomas E. Dunn
    Damon J. Baldone & Associates
    162 New Orleans Blvd.
    Houma, LA 70364
    Email: damon@baldonelaw.com
    Email: thomas@baldonelaw.com

                                    */s/ Kim E. Moore*
                                    **Kim E. Moore**