UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | | |

**MEMORANDUM IN SUPPORT OF
CONSENT MOTION TO CONTINUE SUBMISSION AND
ORAL ARGUMENT DATE ON THE JANSSEN AND BAYER DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT TO MAY 26, 2021**

MAY IT PLEASE THE COURT:

Defendants submit this memorandum in support of their Motion to continue the submission date and oral argument date for their Motion for Summary Judgment R. (Doc. 17940), originally scheduled for March 31, 2021 at 9:00 a.m. CT, and to re-set the submission date and oral argument date to 9:00 a.m. on May 26, 2021 CT.

Plaintiff's Memorandum in Opposition to the Defendants' Motion for Summary Judgment (R. Doc. 17952) attached the Affidavit of Donald P. Schwab, Jr., M.D. Defendants have conferred with Plaintiff's counsel and will take the deposition of Dr. Schwab before Defendants file their reply to Plaintiff's opposition memorandum. Plaintiff's counsel has no objection to the deposition and the continuance of the submission date and is available for oral argument on May 26, 2021.

For the foregoing reasons, Defendants request that the Court continue and then re-set the submission date and oral argument date for their Motion for Summary Judgment (Doc. 17940) to May 26, 2021.

Respectfully submitted:

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson*

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP
Lindsey C. Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: */s/John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG*

2

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on March 29, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. A copy of this filing will also be sent by electronic mail to Plaintiff's counsel at the following address:

    Damon J. Baldone
    Thomas E. Dunn
    Damon J. Baldone & Associates
    162 New Orleans Blvd.
    Houma, LA 70364
    Email: damon@baldonelaw.com
    Email: thomas@baldonelaw.com

                                        */s/ Kim E. Moore*
                                        **Kim E. Moore**