UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

# O R D E R

Considering the Defendants' Request to Continue Submission and Oral Argument Date to May, 26, 2021 (R. Doc. ___),

**IT IS ORDERED** that the submission date for Defendants' Motion for Summary Judgment (Doc. 17940), currently set for March 31, 2021, is continued and re-set to May 26, 2021 at 9:00 a.m. CT, with oral argument to also be set on May 26, 2021 at 9:00 a.m. CT, remotely by video, with instructions regarding the video link to be provided later to the parties by the Court.

New Orleans, Louisiana this _____ day of March, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**