UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE ELDON E. FALLON |
| *Barbara Brown, et al.,* No. 2:19-cv-14669 | : : : | MAGISTRATE JUDGE NORTH |

**O R D E R**

Considering the foregoing Defendants' *Ex Parte* Motion to Set Submission Date for Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (Rec. Doc. 17946);

**IT IS ORDERED** that Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (Rec. Doc. 17946) be set for submission at 9:00 a.m. on the 31st day of March, 2021.

New Orleans, Louisiana this  29th  day of March, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**