UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Nicole Nails Stone, Individually, and as the* : | JUDGE ELDON E. FALLON |
| *Executrix of the Estate of Raymond Fulton Nails* : | MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:17-cv-05372 : | |

**O R D E R**

Considering the Defendants' Request to Continue Submission and Oral Argument Date to May, 26, 2021 (R. Doc. 17954),

**IT IS ORDERED** that the submission date for Defendants' Motion for Summary Judgment (Doc. 17940), currently set for March 31, 2021, is continued and re-set to May 26, 2021 at 9:00 a.m. CT, with oral argument to also be set on May 26, 2021 at 9:00 a.m. CT, remotely by video, with instructions regarding the video link to be provided later to the parties by the Court.

New Orleans, Louisiana this 29th day of March, 2021.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**