

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

**Notice of Appeal from a Judgment or Order of a
United States District Court**

| | |
|---|---|
| Name of U.S. District Court: | Eastern District of Louisiana (New Orleans) |
| U.S. District Court case number: | 19-cv-14669 EEF (MBN)  L (5) |
| Date case was first filed in U.S. District Court: | 11/19/19 (Transfered: 12/30/19) |
| Date of judgment or order you are appealing: | 2/12/2021 & 3/31/2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes    ☐ No    ☒ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Barbara Brown
Alice Brown
Lora Orozco

Is this a cross-appeal?  ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☒ Yes   ☐ No

If Yes, what is the prior appeal case number?  20-30683

Your mailing address: Alice Brown

PO Box 60

| City: | Crescent City | State: | CA | Zip Code: | 95531 |
|---|---|---|---|---|---|

Prisoner Inmate or A Number (if applicable): N/A

**Signature** *Alice Brown*    **Date** April 29, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Barbara Brown 4/29/21    Lora Orozco 4/29/21

1

___ Fee ___
___ Process ___
_X_ Dktd
___ CtRmDep ___
___ Doc. No. ___

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

## Representation Statement

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Alice Brown, Pro se |
| Barbara Brown, Pro se @ PO Box 5408 Sugarloaf, CA 92386 |

Name(s) of counsel (if any):

| |
|---|
| None |

Address: PO Box 60 Crescent City, CA 95531

Telephone number(s): (707)218-6181

Email(s): alicebrowninproper@gmail.com

Is counsel registered for Electronic Filing in the 5th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Janssen Research & Development LLC |
| Johnson & Johnson Inc. |

Name(s) of counsel (if any):

| |
|---|
| Chanda Miller |

Address: 600 Campus Drive Florham Park, NJ 07932

Telephone number(s): (215)988-1197

Email(s): chanda.miller@faegredrinker.com

*To list additional parties and/or counsel, use next page.*

*1*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Lora Orozco, Pro se

Name(s) of counsel (if any):

None

Address: PO Box 1262 Fort Jones, CA 96032

Telephone number(s): (530)905-1266

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellees**

Name(s) of party/parties:

Bayer Corporation

Name(s) of counsel (if any):

Joan Goddard

Address: 250 West 55th Street New York, NY 10019

Telephone number(s): (212)836-7429

Email(s): joan.goddard@arnoldporter.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

2

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** Barbara Brown, et al. v. Janssen Research & Development, et al

2. **Case Number:** 19-cv-14669

3. **What documents were served?** *[Write the full name or title of the document or documents]* NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT

4. **How was the document served?** *[check one]*

    [✔] Placed in U.S. Mail

    [ ] Hand-delivered

    [ ] Sent for delivery (e.g., FedEx, UPS)

    [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

    Chanda Miller  
    600 Campus Drive  
    Florham Park, NJ 07932

    Joan Goddard  
    250 West 55th Street  
    New York, NY 10019

6. **When were the documents sent?** April 29, 2021

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: *Alice Brown*  
    Name: Alice Brown  
    Address: PO Box 60  
    Crescent City, CA 95531

**CERTIFICATE OF SERVICE**

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Alice Brown <alicebrowninproper@gmail.com> |
| **Sent:** | Thursday, April 29, 2021 2:00 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | BARBARA BROWN v. JANSSEN RESEARCH & DEVELOPMENT |
| **Attachments:** | Scan_20210429.pdf |

**CAUTION - EXTERNAL:**

Please file the attached Notice of Appeal today, April 29, 2021. Thank you!
Alice Brown, Sent @ 12:00p.m. PST

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.