# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 17, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 21-30242   Brown v. Janssen Rsrch & Devel
                     USDC No. 2:19-CV-14669
                     USDC No. 2:14-MD-2592

Enclosed is an order entered in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Monica R. Washington, Deputy Clerk
                     504-310-7705

Mr. Lindsey C. Boney
Ms. Alice Brown
Ms. Barbara Brown
Mr. Rodney M. Hudson
Ms. Carol L. Michel
Ms. Lora Orozco
Mrs. Susan M. Sharko