UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *Nicole Nails Stone, Individually, and as the* : | JUDGE ELDON E. FALLON |
| *Executrix of the Estate of Raymond Fulton Nails* : | MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:17-cv-05372 : | |

EX PARTE MOTION TO CONTINUE SUBMISSION AND
ORAL ARGUMENT DATE ON THE JANSSEN AND BAYER DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
AND MOTION FOR EXPEDITED CONSIDERATION

Defendants respectfully request that the Court continue the submission date and oral argument date for their Motion for Summary Judgment (R. Doc. 17940), currently scheduled for May 26, 2021 at 9:00 a.m. CT, and reset the submission date and oral argument date to 9:00 a.m. CT on June 22, 2021.[1]

The submission date and oral argument date for Defendants' Motion for Summary Judgment was originally set for March 31, 2021. However, Plaintiff's opposition to Defendants' Motion for Summary Judgment attached the affidavit of Dr. Donald P. Schwab, Jr. Defendants therefore sought a continuance of the submission date to May 26, 2021 in order to take Dr. Schwab's deposition before filing their reply memorandum in support of their motion. The deposition was originally scheduled for May 4, 2021, but Dr. Schwab canceled the deposition on May 3, 2021. The deposition has now been rescheduled and secured by subpoena for May 20, 2021. Defendants therefore request that the May 26, 2021 submission date and oral argument date

---

[1] If June 22 is not convenient for the Court, Defendants respectfully request that the submission date and oral argument date be reset for 9:00 am CT on June 21, 2021 or June 24, 2021.

4113455-1

be reset for June 22, 2021 to allow sufficient time to complete the necessary briefing after Dr. Schwab's deposition is completed.

Plaintiff has suggested that consideration of summary judgment is premature. Defendants point out that (1) the Court previously stated in its July 13, 2020 Minute Entry (Doc. 17773), "In the meantime, the parties are encouraged to file dispositive motions for the Court to consider," and (2) Plaintiff waived the prematurity argument by not opposing summary judgment on prematurity grounds, not filing a Rule 56(d) declaration, and stipulating to a prior order setting the summary judgment motion for oral argument. (The same stipulated order also expressly contemplated Defendants taking the deposition of Plaintiff's affiant.) Defendants note that the very short deferral of the argument date, which is needed to adequately brief issues arising from the affiant's testimony, results from the affiant's cancelation of a deposition whose date was agreed to by both Plaintiff and Plaintiff's affiant and was not the result of any delay by Defendants.

Defendants seek expedited consideration of the instant motion as the current oral argument date is scheduled on May 26, 2021.

Defendants further request that the oral argument on Defendants' Motion for Summary Judgment be conducted remotely via video due to the COVID-19 pandemic.

Respectfully submitted:

| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
|---|---|
| By: */s/Susan M. Sharko* <br> Susan M. Sharko <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@faegredrinker.com | By: */s/Andrew K. Solow* <br> Andrew K. Solow <br> Steven Glickstein <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> Telephone: (212) 836-8485 <br> andrew.solow@arnoldporter.com <br> steven.glickstein@arnoldporter.com |

4113455-1

| | |
|---|---|
| Rodney M. Hudson<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111-4180<br>Telephone: (415) 591-7500<br>rodney.hudson@faegredrinker.com | William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>william.hoffman@arnoldporter.com |
| Chanda A. Miller<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>chanda.miller@faegredrinker.com | BRADLEY ARANT BOULT CUMMINGS LLP<br>Lindsey C. Boney IV<br>One Federal Place, 1819 Fifth Avenue North<br>Birmingham, AL 35203-2119<br>Telephone: (205) 521-8914<br>lboney@bradley.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC<br><br>By: */s/Kim E. Moore*<br>Kim E. Moore<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>kmoore@irwinllc.com<br><br>*Attorneys for Janssen Research*<br>*& Development, LLC, Janssen Ortho LLC,*<br>*Janssen Pharmaceuticals, Inc., and Johnson*<br>*& Johnson* | CHAFFE MCCALL L.L.P.<br><br>By: */s/John F. Olinde*<br>John F. Olinde<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>olinde@chaffe.com<br><br>*Attorneys for Bayer Healthcare*<br>*Pharmaceuticals, Inc. and Bayer Pharma AG* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 18, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. A copy of this filing will also be sent by electronic mail to Plaintiff's counsel at the following address:

>Damon J. Baldone
>Thomas E. Dunn
>Damon J. Baldone & Associates
>162 New Orleans Blvd.
>Houma, LA 70364
>Email: damon@baldonelaw.com
>Email: thomas@baldonelaw.com

>*/s/ John F. Olinde*
>John F. Olinde

4113455-1