**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *Nicole Nails Stone, Individually, and as the* | : | **JUDGE ELDON E. FALLON** |
| *Executrix of the Estate of Raymond Fulton Nails* | : | **MAGISTRATE JUDGE NORTH** |
| Civil Action No. 2:17-cv-05372 | : | |

**MEMORANDUM IN SUPPORT OF**
**EX PARTE MOTION TO CONTINUE SUBMISSION AND**
**ORAL ARGUMENT DATE ON THE JANSSEN AND BAYER DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**
**AND MOTION FOR EXPEDITED CONSIDERATION**

MAY IT PLEASE THE COURT:

Defendants submit this memorandum in support of their Motion to continue the submission date and oral argument date for their Motion for Summary Judgment R. (Doc. 17940), which is currently scheduled for May 26, 2021 at 9:00 a.m. CT, and to reset the submission date and oral argument date to 9:00 a.m. CT on June 22, 2021.[1]

The submission date and oral argument date for Defendants' Motion for Summary Judgment was originally set for March 31, 2021. However, Plaintiff's opposition to Defendants' Motion for Summary Judgment attached the affidavit of Dr. Donald P. Schwab, Jr. Defendants therefore sought a continuance of the submission date to May 26, 2021 in order to take Dr. Schwab's deposition before filing their reply memorandum in support of their motion. Dr. Schwab's deposition was originally scheduled for May 4, 2021, but Dr. Schwab canceled his deposition on May 3, 2021. The deposition has now been rescheduled and secured by subpoena for May 20, 2021. The new date for Dr. Schwab's deposition does not allow sufficient time for

---

[1] If June 22 is not convenient for the Court, Defendants respectfully request that the submission date and oral argument date be reset for 9:00 am CT on June 21, 2021 or June 24, 2021.

the necessary briefing to be completed before the currently scheduled May 26, 2021 submission date and oral argument date.

For the foregoing reasons, Defendants request that the Court continue and then reset the submission date and oral argument date for their Motion for Summary Judgment (Doc. 17940) to June 22, 2021.

Respectfully submitted:

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Rodney M. Hudson
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111-4180
Telephone: (415) 591-7500
rodney.hudson@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/Kim E. Moore
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research*
*& Development, LLC, Janssen Ortho LLC,*
*Janssen Pharmaceuticals, Inc., and Johnson*
*& Johnson*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/Andrew K. Solow
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP
Lindsey C. Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/John F. Olinde
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Healthcare*
*Pharmaceuticals, Inc. and Bayer Pharma AG*

## <ins>CERTIFICATE OF SERVICE</ins>

The undersigned hereby certifies that on May 18, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.   A copy of this filing will also be sent by electronic mail to Plaintiff's counsel at the following address:

Damon J. Baldone
Thomas E. Dunn
Damon J. Baldone & Associates
162 New Orleans Blvd.
Houma, LA 70364
Email: damon@baldonelaw.com
Email: thomas@baldonelaw.com

*/s/ John F. Olinde*
John F. Olinde