UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | Master File No. 2:17-cv-05372 |
| | MDL NO. 2592 |

This Document Relates To:

| | |
|---|---|
| MDL Case No. 22460 | Plaintiff: Raymond Nails |

## MOTION TO SET STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, comes **Raymond Nails,** who moves this Honorable Court to schedule a Status Conference for the purpose of setting cut-off dates for pretrial issues including discovery, expert reports, pretrial conference, and trial on the merits.

Respectfully submitted,

Damon J. Baldone & Associates

_____
Damon J. Baldone (#23119)
Thomas E. Dunn (#5185)
162 New Orleans Blvd.
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

_____
Damon J. Baldone