UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS | MDL NO. 2592 |
| Plaintiffs, | |
| v. | SECTION: L |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, Defendants. | JUDGE: ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH  **JURY TRIAL DEMANDED** |

**MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO SET STATUS CONFERENCE**

**MAY IT PLEASE THE COURT:**

Plaintiff's suit was filed on June 2, 2017, and the case is ready for trial. Plaintiff moves this Honorable Court for a Status Conference at which a trial date may be selected, and cut-off dates scheduled for completion of all pre-trial issues.

Respectfully submitted,

Damon J. Baldone & Associates

*/s/ Damon J. Baldone*

Damon J. Baldone (#23119)
Thomas E. Dunn (#5185)
162 New Orleans Blvd.
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319

## CERTIFICATE OF SERVICE

I hereby certify that on May 19th, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Damon J. Baldone
Damon J. Baldone