UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## O R D E R

Considering the above and foregoing Motion to Set Status Conference;

**IT IS HEREBY ORDERED** that a Status Conference is set for the _____ day of _____, 2021 at ___ o'clock ___M., for the purpose of selecting a trial date, pre-trial date and all cut-off dates for completion of discovery, and other pre-trial matters.

**NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2021.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT, EASTERN DISTRICT
OF LOUISIANA, SEC. "L"