UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

# **O R D E R**

Considering the Defendants' Request to Continue Submission and Oral Argument Date to June 22, 2021 (R. Doc. 17963),

**IT IS ORDERED** that the submission date for Defendants' Motion for Summary Judgment (Doc. 17940), currently set for May 26, 2021, is continued and reset to June 22, 2021 at 9:00 a.m. CT, with oral argument to also be set on June 22, 2021 at 9:00 a.m. CT, remotely by video, with instructions regarding the video link to be provided later to the parties by the Court.

New Orleans, Louisiana this 18th day of May, 2021.

*/s/ Eldon E. Fallon*
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**