AO 239 (Rev. 1/15) (INND Rev. 8/16)          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case OR a notice of appeal. If you are a prisoner, you need a different form.]

Estate of Christine Watts, Executor of Estate and Children

[Type or neatly print in ink your full name. If more than one PLAINTIFF, each must file a separate form.]

v.

Janssen Research & Development, Et al.

[Put the name of the first DEFENDANT on this line.]

Case Number __3:21cv250__

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ☒ No.

   ☐ Yes, my gross earnings (before deductions for taxes, etc.) are: $_____ per month.

2. Are you married? ☒ No.

   ☐ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $_____ per month.

3. Have you (and spouse if married) received money from any other source in the past 12 months? ☐ No.

   | ☒ Yes. From where? | How often? | How much? |
   |---|---|---|
   | Unemployment | Weekly | $403 |
   | | | |
   | | | |
   | | | |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food, clothing, shelter, and other necessities of basic living. _____

_____

_____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

AO 239 (Rev. 1/15) (INND Rev. 8/16)                                                             page 2

5. How much money do you (and spouse, if married) have? $ __400__.
   [Include cash on hand and deposits in accounts.]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ _____.

7. How many children under 18 years of age do you (and spouse, if married) support: __0__.
   [Include children who live in your household or for whom you pay child support.]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

9. Please provide any other information that should be considered in evaluating your motion.
   _Income based on Executor of Estate Income._

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed without pre-payment of court fees and costs. I declare under penalty of perjury that all of my statements in this motion are true.

Signature: _[signed]_                                         Date: 4-13-21

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]