UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS | MDL NO. 2592 |
| Plaintiffs, | This document relates to: Civil Action No. 17-5372 |
| v. | SECTION: L |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, Defendants. | JUDGE: ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH  **JURY TRIAL DEMANDED** |

**O R D E R**

Considering the above and foregoing Motion to Set Status Conference;

**IT IS HEREBY ORDERED** that a Status Conference is set for Tuesday, June 1, 2021 at 1:30 P. M. for the purpose of selecting new dates for Oral Argument on Defendants' Motion for Summary Judgment and discussing other pre-trial matters.

**NEW ORLEANS, LOUISIANA**, this 19th day of May, 2021.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT, EASTERN DISTRICT
OF LOUISIANA, SEC. "L"