UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NUMBER:  14-md-2592<br>Reference:  21-940 |
| ESTATE OF CHRISTINE WATTS v. JANSSEN RESEARCH & DEVELOPMENT ET AL | SECTION:  "L" (5) |

### ORDER

Considering the application and affidavit to proceed in forma pauperis, (rec.doc. 17967),

IT IS ORDERED that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the Clerk is directed to withhold issuance of summons until further order of the Court.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☒ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:
  Question No. 6 of the motion to proceed *in forma pauperis* was not answered.

New Orleans, Louisiana this __24th__ day of ____May____, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**