UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Barbara Brown, et al.,* No. 2:19-cv-14669 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| : | |

## JOINT RECORD DESIGNATIONS FOR *BROWN* APPEAL

Defendants are filing this Joint Designation of Record on Appeal at the direction of the US Court of Appeals for the Fifth Circuit and after meeting and conferring multiple times with the plaintiffs. Plaintiffs had no objections to Defendants' entries for the record but wanted to include documents in the record on appeal that were never made part of the district court record. Defendants notified plaintiffs that this was improper so are submitting this joint list of all documents requested by the parties to be included in the record designations that also were part of the district court record.

| DESIGNATIONS FROM THE MDL DOCKET (14-MD-2592) ||
|---|---|
| **RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 12776 | Case Management Order No. 8 re: Plaintiff Profile & Consent Form, Short Form PFS, etc. (3/7/2019) |
| 12902 | Case Management Order No. 11 re: Docket Control Order (03/25/2019) |
| 14876 | Case Management Order No. 11A re: Supplemental Docket Control Order (08/08/2019) |
| 17527 | Conditional Transfer Order Finalized and Received by E.D. La. (12/19/2019) |
| 17530 | Case Management Order No. 8A re: Short Form PFS & Medical Authorizations (12/23/2019) |
| 17588 | Order Dismissing Cases with Prejudice for Failure to Comply with CMO 11 (02/12/2020) |

1

| DESIGNATIONS FROM THE MDL DOCKET (14-MD-2592) ||
|---|---|
| **RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 17589 | Order Dismissing Cases with Prejudice for Failure to Comply with CMO 11 (02/12/2020) |
| 17590 | Order Dismissing Cases with Prejudice for Failure to Comply with CMO 11 (02/12/2020) |
| 17623-1 | Memorandum of Law in Support of Plaintiffs' Steering Committee's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (03/06/2020) |
| 17625 | Plaintiffs' Declaration in Support of Plaintiffs' Reply to Defendants' (Exhibit A) Opposition to Appointment for Pro Bono Counsel (03/06/2020) |
| 17626 | *Ex Parte* Application for Appointment of Pro Bono Counsel (02/24/2020) |
| 17629 | Order Denying Plaintiff's Motion to Appoint Pro Bono Counsel (03/12/2020) |
| 17637 | Plaintiffs' Motion for Reconsideration of Application for Appointment of Pro Bono Counsel (04/07/2020) |
| 17638 | Defendants' Opposition to Plaintiffs' Motion for Reconsideration (04/07/2020) |
| 17639 | Errata to Plaintiffs' *Ex Parte* Applications (04/08/2020) |
| 17665 | Order Denying Plaintiffs' Motion for Reconsideration of Application for Appointment of Pro Bono Counsel (04/23/2020) |
| 17691 | Order Dismissing Case (Hazel Webb) with Prejudice for Failure to Comply with CMO 11 (05/21/2020) |
| 17697 | Plaintiffs' Motion to Remand (05/28/2020) |
| 17700 | Order Setting Plaintiffs' Motion to Remand for Submission (05/28/2020) |
| 17714 | Defendants' Opposition to Plaintiffs' Motion to Remand (06/11/2020) |
| 17720 | Plaintiffs' Reply in Support of Motion to Remand (Deficient Filing) (06/17/2020) |
| 17721 | Notice of Deficient Filing (06/18/2020) |
| 17762 | Plaintiffs' *Ex Parte* Application for Leave to File Reply Brief re: Motion to Remand (07/09/2020) |

| DESIGNATIONS FROM THE MDL DOCKET (14-MD-2592) ||
|---|---|
| **RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 17763 | Defendants' Opposition to Plaintiffs' Request for Leave to File Reply in Support of Motion to Remand (07/13/2020) |
| 17790 | Order Granting Plaintiffs' Motion for Leave to File Reply in Support of Motion to Remand (07/23/2020) |
| 17791 | Plaintiffs' Reply Brief in Support of Motion to Remand (07/23/2020) |
| 17800 | Order Denying Plaintiffs' Motion to Remand (08/06/2020) |
| 17816 | Plaintiffs' Second Motion for Appointment of Pro Bono Counsel (08/25/2020) |
| 17825 | Order Denying Plaintiffs' Second Motion for Appointment of Pro Bono Counsel (09/04/2020) |
| 17827 | Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (09/04/2020) |
| 17828 | Defendants' Motion to Dismiss for Failure to Comply with CMO 11, or Alternatively for Summary Judgment Based on Lack of Proof of Proximate Causation (09/08/2020) |
| 17833 | Defendants' Joint Opposition to Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (09/21/2020) |
| 17834 | *Ex Parte* Motion to Set Submission Date for Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (09/22/2020) |
| 17837 | Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Summary Judgment (09/22/2020) |
| 17838 | Order Granting Motion to Set Submission Date for Plaintiffs' *Ex Parte* Application to Disqualify Judge (09/22/2020) |
| 17839 | Defendants' Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Dismiss (09/23/2020) |
| 17841 | Order Granting Defendants' Motion for Leave to File Reply in Support of Defendants' Motion to Dismiss (09/23/2020) |
| 17842 | Defendants' Reply Memorandum in Support of Motion to Dismiss for Failure to Comply with CMO 11, or Alternatively for Summary Judgment Based on Lack of Proof of Proximate Causation (09/23/2020) |

| **DESIGNATIONS FROM THE MDL DOCKET (14-MD-2592)** ||
|---|---|
| **RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 17845 | Plaintiffs' Motion for Oral Argument on Defendants' Motion to Dismiss (09/28/2020) |
| 17846 | Plaintiffs' Reply to Defendants' Joint Opposition to Plaintiffs' *Ex Parte* Application for Disqualification of District Court Judge (09/29/2020) |
| 17869 | Order Denying *Ex Parte* Application to Disqualify District Court Judge (10/02/2020) |
| 17886 | Notice of Appeal by Plaintiffs as to Order on Motion to Disqualify Judge (10/30/2020) |
| 17910 | Order Dismissing Case (Lois Carr) with Prejudice for Failure to Comply with CMO 11 (11/30/2020) |
| 17919 | Order Granting Appellees' Motion to Dismiss Appeal and Denying Appellants' Motion to Strike (12/16/2020) |
| 17923 | USCA Judgment Granting Appellees' Motion to Dismiss Appeal and Denying Appellants' Motion to Strike (01/08/2021) |
| 17935 | Order Dismissing Case with Prejudice for Failure to Comply with CMO 11 (02/10/2021) |
| 17936 | Defendants' *Ex Parte* Request to Enter Judgment by Separate Document Pursuant to Rule 58(d) (02/11/2021) |
| 17937 | Judgment Dismissing Case with Prejudice for Failure to Comply with CMO 11 (02/12/2021) |
| 17946 | Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (03/11/2021) |
| 17947 | Defendants' Joint Opposition to Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (03/22/2021) |
| 17948 | Defendants' *Ex Parte* Motion to Set Submission Date for Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (03/22/2021) |
| 17949 | Plaintiffs' Executive Committee's Response to Plaintiffs' *Ex Parte* Application for Reconsideration of Dismissal (03/22/2021) |

| **DESIGNATIONS FROM THE MDL DOCKET (14-MD-2592)** ||
|---|---|
| **RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 17950 | Order Setting Plaintiffs' Application for Reconsideration of Dismissal for Submission (03/23/2021) |
| 17951 | Order re: Plaintiffs' Correspondence re: Plaintiffs' Motion to Disqualify (03/24/2021) |
| 17955 | Order Setting Plaintiffs' Application for Reconsideration of Dismissal for Submission (03/29/2021) |
| 17957 | Order and Reasons Denying Plaintiffs' Motion for Reconsideration of Dismissal (03/31/2021) |
| 17960 | Notice of Appeal by Plaintiff from Judgment Dismissing Case (04/29/2021) |

| **DESIGNATIONS FROM THE *BROWN* DOCKET (19-CV-14669)** ||
|---|---|
| **RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 1 | Complaint (11/19/2019) |
| 2 | Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis* (11/19/2019) |
| 3 | Plaintiffs' Declination to Proceed Before a US Magistrate Judge (11/19/2019) |
| 4 | Initial Case Management Scheduling Order with ADR Deadlines (11/19/2019) |
| 5 | Proposed Summons (11/19/2019) |
| 6 | Order Granting *In Forma Pauperis* Application (11/20/2019) |
| 7 | Summons Issued (11/20/2019) |
| 11 | Order Transferring Case (CTO-196) (12/19/2019) |
| 12 | Case Transferred in from Northern District of California (12/30/2019) |
| 13 | Pre-Trial Orders #1 - #31 (1/22/2020) |
| 14 | Notice of Appeal by Alice Brown, Barbara Brown, Lora Orozco (10/30/2020) (See MDL Rec. Doc. 17886) |
| 16 | Order Granting Appellees' Motion to Dismiss Appeal and Denying Appellants' Motion to Strike (12/16/2020) (See MDL Rec. Doc. 17919) |

| DESIGNATIONS FROM THE *BROWN* DOCKET (19-CV-14669) ||
|---|---|
| **RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 17 | USCA Judgment Granting Appellees' Motion to Dismiss Appeal and Denying Appellants' Motion to Strike (01/08/2021) (See MDL Rec. Doc. 17923) |
| 18 | Order & Reasons Dismissing Plaintiffs' Claims with Prejudice (02/10/2021) (Same as MDL Rec. Doc. 17935) |
| 19 | Judgment Dismissing Case with Prejudice for Failure to Comply with CMO 11 (02/12/2021) (Same as MDL Rec. Doc. 17937) |
| 20 | Notice of Appeal by Plaintiff from Judgment Dismissing Case (04/30/2021) (Same as MDL Rec. Doc. 17960) |

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
*Attorneys for Defendant Bayer Corporation*

**FAEGRE DRINKER BIDDLE & REATH LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com
*Counsel for Defendants Janssen Research & Development, LLC and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*

6

> Kim E. Moore
> 400 Poydras Street
> Suite 2700
> New Orleans, LA 70130
> Telephone: (504) 310-2100
> Facsimile: (504) 310-2120
> kmoore@irwinllc.com
> *Defendants' Co-Liaison Counsel*
>
> **CHAFFE MCCALL L.L.P.**
> By: /s/ *John F. Olinde*
> John F. Olinde
> 1100 Poydras Street
> Suite 2300
> New Orleans, LA 70163
> Telephone: (504) 585-7241
> Facsimile: (504) 544-6084
> olinde@chaffe.com
> *Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 28, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

> */s/ John F. Olinde*
> **John F. Olinde**

The undersigned hereby certifies that on May 28, 2021, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiff at her address of record.

> */s/ Chanda A. Miller*
> **Chanda A. Miller**