MINUTE ENTRY
FALLON, J.
June 1, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails,* Civil Action No. 2:17-cv-05372 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

A telephonic status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Damon Baldone participated on behalf of Plaintiff, and Gerald Meunier participated on behalf of Plaintiffs' Steering Committee. Chanda Miller, Susan Sharko, Steven Glickstein, and Eric Paine participated on behalf of Defendants. This status conference was set at the request of the parties to address several pretrial issues.

The parties first discussed the procedural posture of this case. The above-captioned case was directly filed in this District and became part of MDL No. 2592. However, the MDL has been completed, and this case will be considered an individual case. The Defendant shall answer Plaintiff's Complaint in the immediate future.[1] Discovery taken in the MDL which is relevant in this matter may be used by either party.

The Court requested that Plaintiff's counsel confer with the Plaintiffs' Steering Committee regarding the materials and discovery available to him.

---

[1] The Court hereby orders that the provision 10(2)(e) of Pretrial Order 11 does not apply to this case. R. Doc. 893 at 4.

The parties also discussed the deposition of Plaintiff's expert, Dr. Schwab. The Court instructed the parties to work together to schedule the deposition within the month of June. The Court also determined that the fee charged for the deposition shall initially be funded by the Defendant but will be part of Court costs to be paid by the losing party. Any perpetuation deposition, if required, may be taken at a later time. The Court noted that this expert is within the Court's subpoena power and may be subpoenaed to appear in person or by streaming at trial, so a perpetuation deposition may not be needed.

The Court concluded trial dates will be set at a future status conference. Another telephone status conference was set in approximately two weeks. Accordingly,

**IS IT ORDERED** that the parties participate in a telephone status conference on **THURSDAY, JUNE 17, 2021 at 8:30 A.M**. The parties shall use the following information to participate:

877-336-1839 / Access Code: 4227405

JS10(00:21)