UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Cynthia Lindley, Individually and as personal representative of the Estate of Elmer Layher No. 16-3293*

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff, who opted in to the Xarelto settlement program. This correspondence shows that Plaintiff seeks an update regarding the status of her settlement claim from her attorney Mr. Keith Jensen. Accordingly,

**IT IS ORDERED** that the attached correspondence be filed into the record.

**IT IS FURTHER ORDERED** that the other records provided by Plaintiff be forwarded to Mr. Jensen.

Mr. Jensen is directed to review the materials and contact Plaintiff to further discuss the disbursement of settlement funds and report in writing to the Court on the status of this matter.

New Orleans, Louisiana, this 3rd day of June, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

CC:    Keith Jensen
       *Jensen & Associates*
       1024 N. Main Street
       Fort Worth, Texas 76164
       817-334-0762


       Gerald Meunier
       *Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.*
       Energy Centre Building
       1100 Poydras Street
       Suite 2800
       New Orleans, Louisiana 70163
       504-522-2304
       gmeunier@gainsben.com