May 23rd, 2021

Cynthia Lindley
3123 W 14th St.
Grand Island NE 68803

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St, Room C-456
New Orleans LA 70130

RE:  MDL – 2592 Xarelto Products Liability Litigation / **ELMER LAYHER** Plaintiff

Dear Judge Fallon:

My name is Cynthia Lindley, along with my sister, Joni Scheibe, we are the surviving children of ELMER LAYHER.  At this moment in time, we are being represented by the law firm of Jensen & Associates out of Fort Worth, Texas.

I'm writing to you today, on behalf of myself and my sister, as we are very concerned with our representation and the little to no updates on how this case is coming along.  I had sent an email to Mr. Gerald Meunier back in January of 2021 and he did contact the office of Jensen & Associates asking them to provide me with an update.  I later had a personal phone conversation with Mr. Meunier and he advised me that the settlement payouts on the Xarelto case were nearing completion, if not already completed.  The paralegal at Jensen & Associates, Barbara Torres, is telling me that this case involving our late father is still pending and awaiting notification that there are no medical liens outstanding.  It was my understanding that after I provided specific, detailed, information on every medical vender, health insurance company involved & Medicare claim filing back in 2019 that the process would go quickly.

Judge Fallon, we have a gut feeling that something is just not right with how this law firm is handling our late father's case.  On emails that I get back from Paralegal, Barbara Torres, she also forwards a copy of the email to Jack McDuffie. I hadn't heard of Mr. McDuffie until some of the most recent emails where he was copied.  I did some research and found Mr. McDuffie on Linked-in that shows he is the Finance Manager for Jensen & Associates.  There's never any mention of a copy forwarded to Mr. Keith Jensen, owner of the firm.  At this point I should also mention that I have never spoken to Mr. Keith Jensen at all on the phone.  When I request to speak with Mr. Jensen, he's either at a conference, or on vacation.  We were dealing with Attorney Brandon Steffey until he left the firm back in late 2019.  Right before Mr. Steffey left, he sent us a letter explaining that if this case was awarded more than $50,000 that it would go through probate here in the State of Nebraska.  After I provided him with the name of my late parents' attorney that drew up their wills as a potential contact for this probate filing, I never

heard back from Mr. Steffey. When I called the law office to follow up, I was told that he was no longer with the firm. The current website shows Mr. Jensen being the sole attorney at the firm.

My sister & I need some update on the status of this suit. After speaking with Mr. Meunier, I did email Barbara Torres, once in late February 2021 and then again in April 2021 getting the same response of "no update yet." We feel now our next step is contacting you. Mr. Meunier did mention that this would probably be my next option.

Thank you in advance for your time in reviewing the information that I have included with this letter. I look forward to hearing back from you.

Kindest Regards,

*Cynthia K. Lindley*
Cynthia K. Lindley
protypist@charter.net
(308) 227-9440

cc:    Joni Scheibe