AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 07 2021
CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Christine Watts | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 2:21-cv-00940 |
| Janssen Research & Development et al. | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $              , and my take-home pay or wages are: $              per
*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Unemployment
$408 per week
$108 per week starting June 19, 2021

TENDERED FOR FILING

JUN 07 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

\_e\_\_\_\_
Process\_\_\_\_
Dktd\_\_\_\_
CtRmDep\_\_\_\_
Doc. No.\_\_\_\_

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $            20.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Automobile
$ 5000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Housing $780 per month        Internet $150
Insurance Car/Home $100 per month
Water $78
Electric $75
Gas $50 per month
Transportation $50 week
Food $60 per week

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Leah Watts (One in household)

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Credit cards $200 per month

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:       06/07/2021

*Applicant's signature*

Leah Watts
*Printed name*

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | L WATTS <leahwin@yahoo.com> |
| **Sent:** | Monday, June 7, 2021 4:38 PM |
| **To:** | LAEDdb_ProSeDocs; Leahwin@yahoo.com |
| **Subject:** | Form Attached |
| **Attachments:** | image.pdf |

**CAUTION - EXTERNAL:**

Hello:

Form AO240 attached as requested.

Thank you.

Leah Watts
(269) 426-1107

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1