UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 2:17-CV-05372 | MAGISTRATE JUDGE NORTH |
| *NICOLE NAILS STONE, INDIVIDUALLY, AND AS EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS* | |

## ORDER

**IS IT ORDERED** that the telephone status conference currently set in this matter for Thursday, June 17, 2021 at 8:30 A.M. is **RESET** to **THURSDAY, JULY 1, 2021 at 9:00 A.M**. The parties shall use the following information to participate:

**877-336-1839 / Access Code: 422740**

New Orleans, Louisiana, this 9th day of June, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE