UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  　　　　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION: "L"(5)

**ORDER ON MOTION**
**JUNE 15, 2021**

APPEARANCES:

MOTION:

(1)　　Plaintiff's Application to Proceed *In Forma Pauperis* (Rec. doc. 17973).

　　____　:　Continued to

　　____　:　No opposition.

　　____　:　Opposition.

**ORDERED**

　　____　:　Dismissed as moot.

　　____　:　Dismissed for failure of counsel to appear.

　　  1 　:　Granted.

　　____　:　Denied.

　　____　:　Other.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE