UNITED STATES DISTRICT COURT EASTERN DISTRICT

OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## O R D E R

Having been informed of the rescheduling of relevant depositions in this matter;

**IT IS ORDERED** that the Oral Argument for Defendants' Motion for Summary Judgment, (R. Doc. 17940), currently scheduled for June 22, 2021, is hereby **CONTINUED** with a new date and time to be selected at the upcoming status conference on July 1, 2021 at 9:00 AM.

New Orleans, Louisiana on this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE