MINUTE ENTRY
FALLON, J.
JULY 1, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION "L" (5) |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails*<br>Civil Action No. 2:17-cv-05372 | JUDGE ELDON E. FALLON |

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Damon Baldone participated on behalf of Plaintiff Nicole Nails Stone. Lenny Davis and Gerald Meunier participated on behalf of Plaintiffs' Steering Committee. Susan Sharko, Steven Glickstein, and Eric Paine participated on behalf of Defendants. The parties discussed the status of the case and the recent deposition of Plaintiff's expert. The parties also discussed the pending motion for summary judgment, R. Doc. 17940. Accordingly,

**IT IS ORDERED** that Defendants may file a reply brief to Plaintiff's opposition by no later than July 21, 2021.

**IT IS FURTHER ORDERED** that oral argument shall be held on the motion for summary judgment, R. Doc. 17940, by video conference on August 18, 2021 at 9:00 A.M.

JS10: 00:16