UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cynthia Lindley, Individually and as personal representative of the Estate of Elmer Layher No. 16-3293*

## ORDER

On June 3, 2021, the Court directed Mr. Keith Jensen to report in writing regarding the status of the above-mentioned Plaintiff's claim and the disbursement of settlement funds. *See* R. Doc. 17972. Mr. Jensen has failed to do so.

Accordingly,

**IT IS ORDERED** that Mr. Jensen **SHOW CAUSE** within 7 days of this Order by letter as to why he should not be held in contempt for failure to comply with the Court's instructions.

New Orleans, Louisiana, on this 6th day of July, 2021.

                                                     *[signature]*
                                                    UNITED STATES DISTRICT JUDGE