UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO:  ) <br> Louisiana Health Service and Indemnity  ) <br> Co. d/b/a Blue Cross and Blue Shield of  ) <br> Louisiana, et al. No. 15-CV-03913  ) <br> ) | MDL No. 2592 <br><br> SECTION:  L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss the First Amended Class Action Complaint (R.Doc. 17888) is GRANTED (*see* Order and Reasons entered on July 8, 2021, R.Doc. 17983), dismissing with prejudice all of the claims of all of the plaintiffs against Defendants Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare, LLC, Bayer Healthcare AG, and Bayer AG.

This _____ day of July, 2021, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE