UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) )<br>PRODUCTS LIABILITY LITIGATION )<br>) | MDL No. 2592<br><br>SECTION: L |
| )<br>) | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: )<br>Louisiana Health Service and Indemnity )<br>Co. d/b/a Blue Cross and Blue Shield of )<br>Louisiana, et al. No. 15-CV-03913 )<br>) | MAGISTRATE JUDGE NORTH |

## JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss the First Amended Class Action Complaint (R. Doc. 17888) is **GRANTED** (*see* July 8, 2021 Order and Reasons R. Doc. 17983), dismissing with prejudice all of the claims of all of the plaintiffs against Defendants Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare, LLC, Bayer Healthcare AG, and Bayer AG.

New Orleans, Louisiana, this 12th day of July, 2021.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE