UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cynthia Lindley, Individually and as personal representative of the Estate of Elmer Layher No. 16-3293*

## ORDER

On July 6, 2021, the Court ordered Mr. Jensen to show cause by letter as to why he should not be held in contempt for failure to comply with the Court's prior instructions. The Court is in receipt of the letter and is satisfied with counsel's response. Accordingly,

**IT IS ORDERED** that the Court's rule to show cause, R. Doc. 17982, is hereby **DISMISSED**.

New Orleans, Louisiana, this 13th day of July, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

CC: Keith Jensen
*Jensen & Associates*
1024 N. Main Street
Fort Worth, Texas 76164
817-334-0762