# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-30242

———————

Barbara Brown; Alice Brown; Lora Orozco,

*Plaintiffs—Appellants*,

*versus*

Janssen Research & Development, L.L.C.; Bayer Corporation; Johnson & Johnson, Incorporated,

*Defendants—Appellees*.

———————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-14669
USDC No. 2:14-MD-2592

———————

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that appellees' opposed motion to compel appellant Lora Orozco to provide a signed, notarized statement within 30 days that she has authorized this appeal is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that appellees' opposed motion to dismiss the appeal if appellant Lora Orozco states she does not wish to go forward with this appeal or fails to respond to this order is CARRIED WITH THE CASE.