# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 13, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 21-30242    Brown v. Janssen Rsrch & Devel
                USDC No. 2:19-CV-14669
                USDC No. 2:14-MD-2592
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Lindsey C. Boney
Ms. Alice Brown
Ms. Barbara Brown
Ms. Carol L. Michel
Ms. Lora Orozco
Mrs. Susan M. Sharko