UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**DEFENDANTS' MOTION FOR LEAVE TO FILE 11-PAGE REPLY BRIEF IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG respectfully request leave to file the attached 11-page Reply Brief in Support of Defendants' Joint Motion for Summary Judgment. This Reply Brief discusses testimony from Dr. Donald Schwab obtained in response to an affidavit submitted with Plaintiff's opposition, including block quotations for the Court's convenience. The text of the brief is ten (10) pages, but counsel's signature block exceeds the 10-page limit set forth by Local Rule 7.7. Therefore, Defendants request an additional page for a total of eleven (11) pages.

**WHEREFORE**, Defendants respectfully request that this Court grant leave to file their 11-page Reply Brief in Support of Defendants' Joint Motion for Summary Judgment.

Respectfully submitted:

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: */s/Susan M. Sharko* <br> Susan M. Sharko <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@faegredrinker.com | By: */s/Andrew K. Solow* <br> Andrew K. Solow <br> Steven Glickstein <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> Telephone: (212) 836-8485 <br> andrew.solow@arnoldporter.com <br> steven.glickstein@arnoldporter.com |
| Chanda A. Miller <br> One Logan Square, Suite 2000 <br> Philadelphia, PA 19103-6996 <br> Telephone: (215) 988-2700 <br> chanda.miller@faegredrinker.com | William Hoffman <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> Telephone: (202) 942-5000 <br> william.hoffman@arnoldporter.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | |
| By: */s/Kim E. Moore* <br> Kim E. Moore <br> 400 Poydras Street, Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> kmoore@irwinllc.com | BRADLEY ARANT BOULT CUMMINGS LLP <br> Lindsey C. Boney IV <br> One Federal Place, 1819 Fifth Avenue North <br> Birmingham, AL 35203-2119 <br> Telephone: (205) 521-8914 <br> lboney@bradley.com |
| *Attorneys for Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson* | CHAFFE MCCALL L.L.P. <br><br> By: */s/John F. Olinde* <br> John F. Olinde <br> 1100 Poydras Street, Suite 2300 <br> New Orleans, LA 70163 <br> Telephone: (504) 585-7241 <br> olinde@chaffe.com <br><br> *Attorneys for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. A copy of this filing will also be sent by electronic mail to Plaintiff's counsel at the following address:

Damon J. Baldone
Thomas E. Dunn
Damon J. Baldone & Associates
162 New Orleans Blvd.
Houma, LA 70364
Email: damon@baldonelaw.com
Email: thomas@baldonelaw.com

*/s/ Kim E. Moore*
**Kim E. Moore**