# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Considering Defendants' Motion for Leave to File a 11-page Reply Brief in Support of Defendants' Joint Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' 11-page Reply Brief in Support of Defendants' Joint Motion for Summary Judgment is hereby entered into the Court's docket.

NEW ORLEANS, LOUISIANA, this _____ day of July, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**