UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**DEFENDANTS'** ***EX PARTE*** **MOTION FOR LEAVE TO FILE EXHIBIT N TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Defendants Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG respectfully request leave of Court to file under seal Exhibit N to Defendants' Motion for Summary Judgment. Exhibit N is being filed as an attachment to Defendants' Reply in Support of Summary Judgment (Rec. Doc. 17988-3). For the reasons set forth in the attached Memorandum in Support, Defendants respectfully submit that, pursuant to the Stipulated Protective Order entered in this matter, Exhibit N to Defendants' Motion for Summary Judgment should be filed under seal.

WHEREFORE, Defendants pray that this Motion be granted, and that Exhibit N to Defendants' Motion for Summary Judgment be filed UNDER SEAL.

Respectfully submitted:

| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
|---|---|
| By: */s/Susan M. Sharko* | By: */s/Andrew K. Solow* |
| Susan M. Sharko | Andrew K. Solow |
| 600 Campus Drive | Steven Glickstein |
| Florham Park, NJ 07932-1047 | 250 West 55th Street |
| Telephone: (973) 549-7000 | New York, NY 10019-9710 |
| susan.sharko@faegredrinker.com | Telephone: (212) 836-8485 |
| | andrew.solow@arnoldporter.com |
| Chanda A. Miller | steven.glickstein@arnoldporter.com |
| One Logan Square, Suite 2000 | |
| Philadelphia, PA 19103-6996 | William Hoffman |
| Telephone: (215) 988-2700 | 601 Massachusetts Ave., NW |
| chanda.miller@faegredrinker.com | Washington, D.C. 20001 |
| | Telephone: (202) 942-5000 |
| IRWIN FRITCHIE URQUHART & MOORE LLC | william.hoffman@arnoldporter.com |
| By: */s/Kim E. Moore* | BRADLEY ARANT BOULT CUMMINGS LLP |
| Kim E. Moore | Lindsey C. Boney IV |
| 400 Poydras Street, Suite 2700 | One Federal Place, 1819 Fifth Avenue North |
| New Orleans, LA 70130 | Birmingham, AL 35203-2119 |
| Telephone: (504) 310-2100 | Telephone: (205) 521-8914 |
| kmoore@irwinllc.com | lboney@bradley.com |
| *Attorneys for Janssen Research* | CHAFFE MCCALL L.L.P. |
| *& Development, LLC f/k/a Johnson* | |
| *& Johnson Pharmaceutical Research* | By: */s/John F. Olinde* |
| *& Development, LLC, Janssen Ortho LLC,* | John F. Olinde |
| *Janssen Pharmaceuticals, Inc. f/k/a/ Janssen* | 1100 Poydras Street, Suite 2300 |
| *Pharmaceutica Inc. f/k/a Ortho-McNeil-* | New Orleans, LA 70163 |
| *Janssen Pharmaceuticals, Inc., and Johnson* | Telephone: (504) 585-7241 |
| *& Johnson* | olinde@chaffe.com |
| | *Attorneys for Bayer Healthcare* |
| | *Pharmaceuticals, Inc. and Bayer Pharma AG* |

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2020, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. A copy of this filing will also be sent by electronic mail to Plaintiff's counsel at the following address:

Damon J. Baldone
Thomas E. Dunn
Damon J. Baldone & Associates
162 New Orleans Blvd.
Houma, LA 70364
Email: damon@baldonelaw.com
Email: thomas@baldonelaw.com

*/s/ Kim E. Moore*
**Kim E. Moore**