**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *Nicole Nails Stone, Individually, and as the* | : | **JUDGE ELDON E. FALLON** |
| *Executrix of the Estate of Raymond Fulton Nails* | : | **MAGISTRATE JUDGE NORTH** |
| **Civil Action No. 2:17-cv-05372** | : | |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG for Leave to file Exhibit N to Defendants' Motion for Summary Judgment in the captioned matter UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit N to Defendants' Motion for Summary Judgment, which was filed as an attachment to Defendants' Reply in Support of Summary Judgment (Rec. Doc. 17988-3) UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE