UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a/ Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG for Leave to file Exhibit N to Defendants' Motion for Summary Judgment in the captioned matter **UNDER SEAL**;

**IT IS ORDERED** that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit N to Defendants' Motion for Summary Judgment, which was filed as an attachment to Defendants' Reply in Support of Summary Judgment (Rec. Doc. 17988-3) UNDER SEAL.

New Orleans, Louisiana, this 16th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE