# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

# ORDER

Considering Defendants' Motion for Leave to File a 11-page Reply Brief in Support of Defendants' Joint Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Reply Brief in Support of Defendants' Joint Motion for Summary Judgment is hereby entered into the Court's docket.

New Orleans, Louisiana, on this 16th day of July, 2021.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**