UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ********************************************* | * | |

**THIS DOCUMENT RELATES TO:**
*Yorck v. Janssen Research & Development LLC et al*, Civil Action No. 19-3887

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff in the Xarelto litigation. The Court replied to Mr. Yorck in a letter dated July 28, 2021 informing him that his case is no longer before the Court as it was dismissed pursuant to a Stipulation of Dismissal on August 5, 2019. Accordingly,

**IT IS ORDERED** that attached communications and the Court's letter be filed into the record.

New Orleans, Louisiana, this 28th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE

CC:

Joseph Yorck
3901 Highley Road
Norristown, PA 19103