To Judge Eldon E. Fallon
United States District Court

Your Honor
I Fax you a copy of my letter dated August 5, 2019 to Attorney La Macchia. I never refused to sign the xeralto agreement. Here is the proff. At a time in our countrys up heavel. I witnessed on TV people going to jail for lying to our Government, a General going to jail for a statement he made to Congress, a Person's home being Raided at wee hours of the morning. Our President (Trump) being accused of being a Russian agent. Congress woman from the Far East and U.S. picking on our Jewish Congress people and Jewish people in general, Catholics on the Hot seat and I am told to sign, Notorize under oath what to me are lies in the xeralto Program. I did not sign and lie under oath. Its against my religion belief to lie to your Honor. I was scared, scared, scared, scared. I Fax you a letter dated August 6, 2019 from Attorney La Macchia where she blames my children for not wanting to participate in the xeralto settlement program. My children are in their 50's and 60's. I do not control them. I wanted to participate. No reason given in her letter of August 6, 2019 why I was supposedly dismissed. The only reason I think of is I am their Father. I did not refused to sign xeralto agreement. I was scared.

[signature] 3091 Hignley Rd Norristown, PA 19403

07/27/2021 15:58   6106508116   THE UPS STORE 2447   PAGE 01/04

Aug-5, 2019

Kitty LaMucchia.

I am answering your ultimatum before the 3:PM. Deadline. I would like to sign and want to sign. I AM scared to sign. Scared of what the Judge will do to me when he catches me in my opinion a Lie. In my opinion what I sign is not Truth once I sign. I have no intention of lying to, misleading the Judge should his Honor decide to write or ask me Questions. Scared to Death.

Joe York
5091 Highley Rd
Norristown, PA
19403

Rosanne and Joe Jr. are not proceeding with the Case. So dismiss it

TRANSMISSION VERIFICATION REPORT

```
TIME    : 08/05/2019 11:54
NAME    : THE UPS STORE 2447
FAX     : 6106508116
TEL     : 6106508114
SER.#   : U63274J4J780376
```

| | |
|---|---|
| DATE,TIME | 08/05 11:53 |
| FAX NO./NAME | 17136647543 |
| DURATION | 00:00:26 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |



ATTORNEYS AND COUNSELORS AT LAW
2925 RICHMOND AVENUE, SUITE 1725 | HOUSTON, TX 77098
PHONE (713) 664-4555 | FAX (713) 664-7543 | TOLL FREE (800) 223-3784
www.pulaskilawfirm.com

**COPY**

August 6, 2019

*Via First Class Mail and*
*Certified Mail/RRR #: 7017 2680 0001 1428 5808*
Mr. Joseph Yorck
3901 Highley road
Norristown, PA 19403

Re:   Your Xarelto Case – *Rosie Yorck (Deceased)*

Dear Mr. Yorck:

As you are aware, we previously filed a lawsuit on your wife's behalf in the Eastern District of Louisiana for her Xarelto-related injuries. Because both co-executors in your wife's case (ie: your children, Rosanne and Joseph, Jr.) have decided they do not wish to participate in the Xarelto Settlement Program, we filed a dismissal with the Court and will no longer be pursuing a lawsuit on your behalf pertaining to your wife's Xarelto usage.

I have enclosed a copy of the Stipulation of Dismissal With Prejudice that was filed with the Court on August 5, 2019. "With Prejudice" means that your legal rights have been extinguished against all Janssen and Bayer entities for your wife's alleged Xarelto-related injuries forever.

In accordance with our standard policy, we are not charging you for any legal fees or expenses. Should you have any further questions or would like to obtain a full copy of the records, please feel free contact to contact me at (832) 690-4013.

Sincerely,

*Leslie LaMacchia*

Leslie LaMacchia, Esq.

Enclosure: as stated



Chambers of
Eldon E. Fallon
U.S. District Judge

**United States District Court**
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130
(504) 589-7545

July 28, 2021

Mr. Joseph Yorck
3901 Highley Road
Norristown, PA 19103

Re:   **Communications to the Court**

Dear Mr. Yorck:

I am writing to inform you that the Court received your communications via facsimile including the most recent transmittal on July 27, 2021, pertaining to Civil Action No. 19-3887. This letter is to inform you that the case, bearing Civil Action No.19-3887, is no longer before this Court as a Stipulation of Dismissal was filed into the record on August 5, 2019. Please refrain from sending any further communications to the Court. You may want to discuss this matter with an attorney to determine whether you have any further claims.

Sincerely,

Eldon E. Fallon

EEF/tl