

# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
**Certified order issued Jul 30, 2021**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-30242

United States Court of Appeals
Fifth Circuit

**FILED**

July 30, 2021

Lyle W. Cayce
Clerk

BARBARA BROWN; ALICE BROWN; LORA OROZCO,

*Plaintiffs—Appellants*,

*versus*

JANSSEN RESEARCH & DEVELOPMENT, L.L.C.; BAYER
CORPORATION; JOHNSON & JOHNSON, INCORPORATED,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-14669
USDC No. 2:14-MD-2592

———————————————————

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 30,
2021, for want of prosecution. The appellants failed to timely file
appellants' brief and record excerpts.

No. 21-30242

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT