# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 30, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30242    Brown v. Janssen Rsrch & Devel
                       USDC No. 2:19-CV-14669
                       USDC No. 2:14-MD-2592

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

cc w/encl:
    Mr. Lindsey C. Boney
    Ms. Alice Brown
    Ms. Barbara Brown
    Ms. Lora Orozco
    Mrs. Susan M. Sharko