UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br>Civil Action No. 2:17-cv-05372<br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO FILE AFFIDAVIT OF EXPERT MEDICAL WITNESS

Defendant's Motion for Summary Judgment is scheduled for hearing on Wednesday, August 18, 2021 and is based on the deposition testimony of Plaintiff's medical expert, Dr. Donald Schwab, Jr.. Dr. Schwab had given an affidavit prior to his deposition, and that affidavit stated that it was Dr. Schwab's opinion that the decedent, Raymond Nail's, death was due to his use of Xarelto. At his deposition, Dr. Schwab retracted that statement by stating that the uncorrectable bleeding that caused the death of Raymond Nails was due to his use of several medications, including Xarelto.

Plaintiff has now obtained an **affidavit of Damian A. Laber, M.D., F.A.C.P.,** a physician specializing in Hematology, and Oncology . Dr. Laber's affidavit, (Exh. "A"), states that he has examined the medical records of Raymond Nails, and is of the opinion that his use of Xarelto, along with Pletal, and Effient caused the uncorrectable bleeding that led to his death, and that the Xarelto label was inadequate to warn of the use of Xarelto by unhealthy, and elderly subjects as was Mr. Nails.

**WHEREFORE,** Plaintiff prays that this Motion be granted, and that Dr. Laber's affidavit be filed and admitted into evidence as prayed for by Plaintiff.

Respectfully submitted,

Damon J. Baldone & Associates

_____
Damon J. Baldone, TA (LBN 21997)
Thomas E. Dunn, (LBN 5185)
162 New Orleans Boulevard
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
Email: dbaldone@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

_____
Thomas E. Dunn