**How To Verify This Transaction**

Every Online Notary Center transaction is recorded and saved for a minimum of five years. Whether you receive an electronic or a printed paper copy of a document, you can access details of the transaction and verify authenticity with the information below.

To get started, visit https://www.onlinenotarycenter.com/verify and enter this information:

**Notary Id:** 1d89e72f-fed7-11eb-ac0f-f4034354c478

**Pass Code:** ClzVfx

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT OF DAMIAN A. LABER, M.D., F.A.C.P.

**STATE OF FLORIDA**

**COUNTY OF** Hillsborough

      **BEFORE ME**, undersigned Notary Public, duly qualified in the State and Parish aforesaid, personally came and appeared

**Damian A. Laber, M.D., F.A.C.P.**

who, after being duly sworn, did depose and state that:

    1.    I am a Senior Member, Tenured, Section Chief of Moffitt Medical Group at TGH, Department of Satellite and Community Oncology, Moffitt Cancer Center.

    2.    I am Professor of Medicine and Oncologic Sciences, Director Division of Hematology/Oncology, Morsani School of Medicine, University of South Florida.

    3.    My current Curriculum Vitae is attached to this affidavit.

    4.    I was retained by Nicole Nails Stone as an expert to determine the cause of death of her father, Raymond Nails, on June 14, 2016.

5. I reviewed Mr. Nails medical records leading up to his death.

6. Given Mr. Nails' history, subjective, and objective findings, it is more probable than not, to a medical certainty, that the excessive and unstoppable bleeding which led to Mr. Nails' death during his surgery was caused by Xarelto (rivaroxaban), Pletal (cilostazol), and Effient (prasugrel).

7. The warning label provided by the manufacturer for Xarelto (Rivaroxaban) recommends that Xarelto should be stopped at least 24 hours before a surgical procedure to reduce the risk of bleeding indicating to the patient that if the usage of Xarelto is stopped greater than 24 hours prior to surgery, there is no longer an increased risk of the patient bleeding during surgery as a result of using Xarelto.

8. The manufacturer's warning label was inadequate because it did not warn Mr. Nails of the increased risk or uncontrollable bleeding if stopped longer than 24 hours prior to surgery.

9. The manufacturer's warning label was inadequate because it's statement: "The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years." The warning label does not address unhealthy and elderly subjects which would be similar to Mr. Nails.

10. The manufacturer's warning label was inadequate because it failed to warn of the risk of uncontrollable bleeding and death with Xarelto if used with Cilostazol and Effient.

*Damian Laber*
_____
Damian A. Laber, M.D., F.A.C.P.

**Sworn to and subscribed before me this 16th day of August, 2021.**

Ya Hui Hsu
_____
**Notary Public**

### CERTIFICATE OF SERVICE

I hereby certify that on August 16th, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel via MDL Centrality at: www.mdlcentrality.com/MDL2592. Notice will also be sent by electronic mail to Defendants' counsel at the following address:

Kim E. Moore
400 Poydras Street, suite 2700
New Orleans, LA 70130



YAHUEI HSU
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 20-3554-01
Expires June 19, 2024

Notarial Act performed by Audio-Video Communication

Email: kmoore@irwinllc.com

Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Email: susan.sharko@faegredrinker.com

_____
Damon J. Baldone