## CURRICULUM VITAE

March 26, 2021

**NAME:**  DAMIAN A. LABER, M.D., F.A.C.P.

**CURRENT POSITIONS:**
Senior Member, Tenured
Section Chief of Moffitt Medical Group at TGH
Department of Satellite and Community Oncology
Moffitt Cancer Center

Professor of Medicine and Oncologic Sciences
Director Division of Hematology/Oncology
Morsani School of Medicine
University of South Florida

**ADDRESS INFORMATION:**
Moffitt Cancer Center at International Plaza
4101 Jim Walter Blvd
Tampa, FL 33607

Division of Hematology/Oncology
USF Morsani College of Medicine
13220 USF Laurel Drive, MDF 4149
Tampa, FL 33612

**TELEPHONE AND EMAIL:**
Mobile 813-774-1464
Moffitt Cancer Center 888-MOFFITT 663-3488
Moffitt Patient Hotline 800-745-8000
USF office 813-974-3725
damian.laber@gmail.com (Personal)
damian.laber@moffitt.org (Work-Moffitt)

**DATE & PLACE OF BIRTH:**
28th February 1968
Buenos Aires, Argentina

**CITIZENSHIP:**  United States of America

**SEX:**  Male

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 2

**EDUCATION:**

UNDERGRADUATE EDUCATION AND HIGH SCHOOL:

| | | |
|---|---|---|
| Colegio Nacional de Buenos Aires<br>Buenos Aires, Argentina | Bachelor in Sciences | 1981-1986 |

POSTGRADUATE EDUCATION:

| | | |
|---|---|---|
| University of Buenos Aires<br>Buenos Aires, Argentina | M.D. | 3/1987-1/1992 |

POSTGRADUATE PROFESSIONAL TRAINING:

| | | |
|---|---|---|
| Huron Hospital<br>Cleveland Clinic Health System, Cleveland, Ohio | Intern in Internal Medicine | 7/1994-6/1995 |
| Huron Hospital<br>Cleveland Clinic Health System, Cleveland, Ohio | Resident in Internal Medicine | 7/1995-6/1997 |
| Hillcrest & Southpointe Hospital<br>Cleveland Clinic Health System, Cleveland, Ohio | Chief Resident | 6-12/1996 |
| Fred Hutchinson Cancer Research Center<br>Seattle, Washington | Bone Marrow Transplant Resident | 11/1995 |
| Baylor College of Medicine<br>Houston, Texas | Fellow in Hematology/Oncology | 7/1997-6/2000 |
| U.T. M.D Anderson Cancer Center<br>Houston, Texas | Fellow in Hematology/Oncology | 9/1998-2/1999 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 3

## ACADEMIC AND PROFESSIONAL EXPERIENCE:

ACADEMIC APPOINTMENTS:

| | | |
|---|---|---|
| Senior Member (Tenured) | Moffitt Cancer Center Tampa, Florida | 2014-current |
| Chief Section of Satellite Oncology at Tampa General Hospital | Moffitt Cancer Center Tampa, Florida | 2014-current |
| Professor of Oncologic Sciences | University of South Florida Tampa, Florida | 2014-current |
| Professor of Medicine | University of South Florida Tampa, Florida | 2013-current |
| Director of the Division of Hematology and Medical Oncology | University of South Florida Tampa, Florida | 2013-current |
| Co-Director of the Hemophilia Treatment Center | University of South Florida Tampa, Florida | 2013-current |
| Professor of Medicine (Endowed) Gussman Chair in Internal Medicine | The University of Oklahoma Tulsa, Oklahoma | 2010-2012 |
| Director of the OU Tulsa Cancer Center | The University of Oklahoma Tulsa, Oklahoma | 2010- 2012 |
| Chief of the Section of Hematology and Medical Oncology | The University of Oklahoma Tulsa, Oklahoma | 2010- 2012 |
| Associate Professor of Medicine (Tenured) | University of Louisville Louisville, Kentucky | 2007-2010 |
| Scientist | James Graham Brown Cancer Center Louisville, Kentucky | 2001-2010 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 4

| | | |
|---|---|---|
| Director, Genitourinary Cancer Clinical Research Program | University of Louisville James Graham Brown Cancer Center Louisville, Kentucky | 2001-2010 |
| Director, Hematology and Medical Oncology Fellowship Program | University of Louisville James Graham Brown Cancer Center Louisville, Kentucky | 2001-2010 |
| Associate Faculty, Clinical Research, Epidemiology and Statistics Training Program (CREST) | University of Louisville School of Public Health and Information Sciences Louisville, Kentucky | 2003-2010 |
| Assistant Professor of Medicine | University of Louisville Louisville, Kentucky | 2001-2006 |

HOSPITAL APPOINTMENTS:

| | | |
|---|---|---|
| Staff Physician | Tampa General Hospital Tampa, Florida | 2013-current |
| Staff Physician | Hillcrest Medical Center Tulsa, Oklahoma | 2010-2012 |
| Staff Physician | Saint Francis Hospital Tulsa, Oklahoma | 2010-2012 |
| Staff Physician | St. John Medical Center Tulsa, Oklahoma | 2010-2012 |
| Staff Physician | University of Louisville Hospital Louisville, Kentucky | 2001-2010 |
| Staff Physician | Norton Hospital Louisville, Kentucky | 2001-2010 |
| Staff Physician | Jewish Hospital Louisville, Kentucky | 2001-2010 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 5

| Staff Physician | Veterans Affairs Medical Center Louisville, Kentucky | 2001-2010 |
| Staff Physician | Taylor Regional Hospital Campbesville, Kentucky | 2001-2008 |

## **TEACHING:**

### SELECTED EDUCATIONAL ACTIVITIES:

| | |
|---|---|
| Core Faculty, Hematology/Oncology Fellowship Moffitt Cancer Center and University of South Florida | 2013-current |
| Lecturer, Hematology/Oncology Fellowship Core Curriculum Moffitt Cancer Center and University of South Florida | 2013-current |
| Lecturer, Internal Medicine Lecture Series Department of Medicine, University of South Florida | 2013-current |
| Lecturer, Leadership Enhancement and Development Medicine International, University of South Florida | 2015-current |
| Lecturer, Hematology Case Conference series Tampa General Hospital and Section of Satellite Oncology, Moffitt Cancer Center | 2018-current |
| Lecturer, Hematology Pathology Case Conference series Tampa General Hospital and Section of Satellite Oncology, Moffitt Cancer Center | 2018-current |
| Lecturer, Hematology/Oncology Journal Club Tampa General Hospital and Section of Satellite Oncology, Moffitt Cancer Center | 2018-current |
| Expert Discussant, CME Accredited: USF-TGH GU Tumor Board Tampa General Hospital and University of South Florida | 2019-current |
| Expert Discussant, CME Accredited: Tampa General Hospital GI Tumor Board Tampa General Hospital and University of South Florida | 2019-current |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 6

| | |
|---|---|
| Expert Discussant, CME Accredited: USF-TGH Head & Neck Tumor Board<br>Tampa General Hospital and University of South Florida | 2019-current |
| Expert Discussant, CME Accredited: TGH/USF Thoracic Tumor Board<br>Tampa General Hospital and University of South Florida | 2019-current |
| Faculty Leader, Community Medicine Academy<br>The University of Oklahoma, School of Community Medicine | 2010-2012 |
| Faculty and Mentor, Internal Medicine Residency Program<br>The University of Oklahoma, Tulsa | 2010-2012 |
| Faculty, Summer Institute<br>The University of Oklahoma, School of Community Medicine | 2010-2012 |
| Director of the Hematology and Medical Oncology Fellowship Program<br>University of Louisville, Louisville, KY | 2001-2010 |
| Faculty, PHCI 626 Clinical Trials III: Practicum in Clinical Trials<br>Clinical Research, Epidemiology and Statistics Training (CREST) Program<br>National Institutes of Health Clinical Research Curriculum Award (K30)<br>School of Public Health and Information Sciences, University of Louisville | 2003-2010 |
| Faculty, BIOC-675/875 Cancer Biology Course<br>Graduate Program, Department of Molecular Biology, University of Louisville | 2005-2010 |
| Organizer and moderator of the Writing Club<br>J. G. Brown Cancer Center, University of Louisville | 2004-2010 |
| Moderator, Hematology Grand Rounds<br>J. G. Brown Cancer Center, University of Louisville | 2001-2010 |
| Moderator, Multi-Modality Conference<br>J. G. Brown Cancer Center, University of Louisville | 2001-2010 |
| Moderator, Tumor Conference<br>J. G. Brown Cancer Center, University of Louisville | 2001-2010 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 7

| | |
|---|---|
| Organizer, moderator and presenter of the Fellows Conference<br>J. G. Brown Cancer Center, University of Louisville | 2001-2010 |
| Lecturer, Internal Medicine Lecture Series<br>Department of Medicine, University of Louisville | 2001-2010 |
| Lecturer, Primary Care Clerkship—Integrated Lecture Series<br>School of Medicine, University of Louisville | 2001-2010 |
| Course Director, 2007 Annual Louisville Update in Oncology, ASCO Review<br>Galt House East, Louisville, KY | 9/08/2007 |
| Course Director, Second Annual Louisville Update in Oncology, ASCO Review<br>The Marriott Hotel, Louisville, KY | 7/15/2006 |
| Course Director, Second Annual Louisville Update in Hematology<br>The Marriott Hotel, Louisville, KY | 2/26/2005 |
| Course Director, First Annual Louisville Update in Oncology, ASCO Review<br>The Camberley Brown Hotel, Louisville, KY | 2/04/2006 |
| Faculty, Progress in the Treatment of Colorectal Cancer<br>Norton Hospital, Louisville, KY | 3/19/2005 |
| Course Director, First Annual Louisville Update in Hematology<br>The Camberley Brown Hotel, Louisville, KY | 2/26/2005 |
| Organizer and moderator of the Oncology Clinical Trials Conference<br>J. G. Brown Cancer Center, University of Louisville | 2003-2004 |
| Organizer and moderator of the Genitourinary Tumor Board<br>J. G. Brown Cancer Center, University of Louisville | 2002-2003 |
| Organizer and moderator of the Cancer Genetics Program<br>J. G. Brown Cancer Center, University of Louisville | 2001-2002 |
| Moderator, organizer and coordinator of the Fellows Journal Club<br>Baylor College of Medicine, Houston, Texas | 1998-2000 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 8

| | |
|---|---|
| Moderator and presenter at the "International visiting physician educational program: The contemporary management of the patient with breast cancer" Baylor College of Medicine, Houston, Texas | 11/10/1999 |
| Moderator and presenter at the "International visiting physician educational program: The contemporary management of the patient with breast cancer" Baylor College of Medicine, Houston, Texas | 10/15/1999 |
| Moderator and presenter at "ASCO Update" Houston, Texas | 7/14/1999 |
| Moderator and presenter "Combined Modality Therapy for Stage III NSCLC" Houston, Texas | 2/23/1999 |
| Moderator of the Multi-disciplinary Oncology Tumor Board Ben Taub General Hospital, Houston, Texas | 1998 |

MENTORING FACULTY

| | | |
|---|---|---|
| Jennifer Eatrides | Moffitt Cancer Center | 2018-current |
| Mintallah (Menna) Haider | Moffitt Cancer Center | 2017-current |
| Ankita Patel, MD Faculty | Moffitt Cancer Center | 2014-current |
| Michael Jaglal, MD Faculty | Moffitt Cancer Center | 2014-current |

MENTOR - INSTRUCTOR OF VISITING SCHOLARS

| | |
|---|---|
| Shujun Xiao, Medical-PhD Student, Lanzhou University, China | 2019 |
| Cheng Juan, MD, Associate Chief Physician The First Hospital of Lanzhou University, China | 2019 |
| Junfeng Jiang, MD, China | 2018 |
| Xiaxia Pei, MD, China | 2018 |
| Lina Zhou, MD, China | 2018 |
| Yanyan Xie, MD, China | 2017 |
| Yingang Xiao, MD, China | 2017 |
| Mingbin Chen, MD, PhD, Chief Physician Department of Oncology Kunshan First People's Hospital Affiliated to Jiangsu University, China | 2017 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 9

| | |
|---|---|
| Wu Chongyang, Associate Chief Physician Oncology, Oncology Department<br>  Second Hospital of Lanzhou University, China | 2016 |
| Wei Yan, Director Oncology, Oncology Department<br>  Guigang City People's Hospital, China | 2016 |
| Zhou Shaozhang, Deputy Chief Oncology, Second Department of Chemotherapy<br>  Tumor Hospital Of Guangxi Zhuang Autonomous Region, China | 2016 |
| Zhihui Liu, MD, Deputy Chief Physician, Chemotherapy Department<br>  The Affiliated Tumor Hospital of Guangxi Medical University, China | 2015 |

## MENTORING HEMATOLOGY AND MEDICAL ONCOLOGY FELLOWS

| | |
|---|---|
| Julian A Marin Acevedo, MD | 2019-current |
| Jennifer M Logue, MD | 2018-current |
| Ariel Grajales-Cruz, MD | 2017-2020 |
| D Alan Kerr, MD, PhD | 2016-2019 |
| Laidy Isenalumhe, MD | 2015-2018 |
| Jennifer Eatrides, MD | 2015-2018 |
| Jose D. Sandoval Sus, MD | 2014-2017 |
| Blakely D. Kute, MD | 2010-2010 |
| Alireza Abdolmohammadi, M.D. | 2010-2010 |
| Fatima S. Raza, M.D. | 2010-2010 |
| Nagendra Natarajan, M.D. | 2009-2010 |
| Cesar Rodriguez-Valdez, M.D. | 2009-2010 |
| Raul Storey, M.D. | 2009-2010 |
| Michael Driscoll, M.D. | 2008-2010 |
| Wenqing Zhang, M.D., Ph.D. | 2008-2010 |
| Dong Xiang, M.D., Ph.D. | 2008-2010 |
| Mohamad Janjua, M.D. | 2007-2010 |
| Fadi Kayali, M.D. | 2007-2010 |
| Amir Harandi, M.D. | 2006-2009 |
| Gullierme Rabinowits, M.D. | 2006-2009 |
| Arash Rezazedah, M.D. | 2006-2009 |
| M. Iltaf Khan, M.D., Ph.D. | 2005-2008 |
| Mian Mushtaq, M.D. | 2005-2008 |
| Padmini Moffett, M.D. | 2005-2008 |
| Wangjiang Zhong, M.D., Ph.D. | 2005-2008 |
| Carlos Arce-Lara, M.D. | 2004-2005 |
| Stephanie Wagner, M.D. | 2004-2007 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 10

| | |
|---|---|
| Monte E. Martin, M.D. | 2004-2007 |
| Fadi Hayek, M.D. | 2003-2006 |
| Stephen Makoni, M.D. | 2003-2006 |
| Simeon Jaggernauth, M.D. | 2003-2005 |
| Ifeoma Roseline Okeke, M.D. | 2003-2005 |
| Muneeb A. Choudry, M.D. | 2002-2005 |
| Yi Feng, M.D., Ph.D. | 2001-2004 |
| Carolina Salvador, M.D. | 2001-2004 |
| Yasonda Devabhaktuni, M.D. | 2001-2004 |
| Goetz H. Kloecker, M.D., MSPH | 2001-2004 |
| Apurva C. Mehta, M.D. | 2002-2003 |
| Dilawar Khan, M.D. | 2000-2003 |
| Mary Li, M.D., Ph.D. | 2000-2002 |

## MENTORING INTERNAL MEDICINE RESIDENTS

| | |
|---|---|
| Constantine Logothetis, M.D. | 2020-current |
| Monte E. Martin, M.D. | 2001-2004 |

## MENTORING STUDENTS - OBSERVERS

| | |
|---|---|
| Charles Seifer, Student. Medical Doctor, USF | 2021-current |
| Saif Zaman, Student. Medical Doctor, USF   2021-current | 2020-2021 |
| Cheri Hines, Student Biomedical Sciences and Arts in Psychology, USF | 2019-2020 |
| Martha Williams, Student Public Health and Biomedical Sciences, USF | 2019 |
| Danielle Curtis, Student Cell & Molecular Biology and Public Health, USF | 2018-2019 |
| Zain Rahmat, Student in Biomedical Sciences, University of South Florida | 2017 |
| Martha Chavez, Student in Biomedical Sciences, University of South Florida | 2016 |
| Rehan Muhammad, Masters student, Morsani College of Medicine, USF | 2015 |
| Daniel Ross, Medical Student, Morsani College of Medicine USF | 2013-2015 |

## **MEDICAL LICENSURES:**

| | |
|---|---|
| Florida State | 2013-Present |
| Indiana State | 1999-Present |
| Drug Enforcement Administration (DEA) | 2000-Present |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 11

## BOARD CERTIFICATIONS:

| | |
|---|---|
| Diplomate, American Board of Internal Medicine (Re-certified in 2008) | 1997-2018 |
| Diplomate, ABIM Subspecialty Hematology (Re-certified in 2010) | 2000-2020 |
| Diplomate, ABIM Subspecialty Medical Oncology (Re-certified 2011) | 2001-2021 |

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| American Society of Clinical Oncology | 1999-Present |
| American Society of Hematology | 2002-Present |
| American College of Physicians (Fellow 2005) | 1994-Present |
| American Society of Internal Medicine | 1994-Present |
| European Hematology Association | 2006-Present |
| Greater Louisville Medical Society, Kentucky | 2001-2012 |
| American Medical Association | 2001-2012 |
| Southwest Oncology Group | 2001-2010 |

## EDITORIAL BOARDS, ADVISORY COUNCILS AND COMMITTEES - SERVICE

### EDITORIAL BOARD:

| | | |
|---|---|---|
| Journal of Cancer Prevention & Current Research | Editor | 2014-current |
| Cancer Control Journal | Reviewer | 2014-current |
| Indian Journal of Medical Research | Reviewer | 2016 |
| Chemotherapy | Reviewer | 2008 |
| The Journal of Urology | Reviewer | 2007 |
| Southern Medical Journal | Reviewer | 2007 |
| Annals of Internal Medicine | Reviewer | 2006 |
| Thrombosis and Haemostasis | Reviewer | 2005 |
| Canadian Medical Association Journal | Reviewer | 2005 |
| Archives of Internal Medicine | Reviewer | 2004 |
| Archives of Pathology | Reviewer | 2004 |
| ABIM Subspecialty Oncology | Reviewer | 2001 |
| ABIM Subspecialty Hematology | Reviewer | 2001 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 12

| Bone Marrow Transplantation | Reviewer | 2000 |
|---|---|---|

COMMITTEES:

| | |
|---|---|
| Chair, Moffitt Medical Group Faculty Committee at TGH<br>Section of Satellite Oncology, Moffitt Cancer Center, Tampa, FL | 2014-current |
| Member, Cancer Committee<br>Tampa General Hospital, Tampa, FL | 2013-current |
| Member, Internal Medicine Division Directors Committee<br>University of South Florida, Tampa, FL | 2013-current |
| Member, Hematology/Oncology Fellowship Committee<br>Moffitt Cancer Center and University of South Florida | 2013-current |
| Member, Oncology Service Line<br>Tampa General Hospital, Tampa, FL | 2013-2018 |
| Chairman, OU Tulsa Cancer Center Committee<br>University of Oklahoma, Tulsa, OK | 2010-2012 |
| Member, Utilization Management Committee<br>University of Louisville Hospital, Louisville, KY | 2009-2010 |
| Member, Radiation Oncology Chairman Search Committee<br>University of Louisville, Louisville, KY | 2008-2010 |
| Member, Anatomic Pathology Chief Search Committee<br>University of Louisville, Louisville, KY | 2008-2010 |
| Member, Data & Safety Monitoring Board<br>J. G. Brown Cancer Center, University of Louisville | 2006-2010 |
| Member, Quality Assurance and Quality Control Committee<br>J. G. Brown Cancer Center, University of Louisville | 2006-2010 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 13

| | |
|---|---|
| Chairman, Hematology and Medical Oncology Fellowship Committee<br>J. G. Brown Cancer Center, University of Louisville | 2004-2010 |
| Chair, Genitourinary Oncology Group–CSRC<br>J. G. Brown Cancer Center, University of Louisville | 2001-2010 |
| Member, Clinical Scientific Review Committee<br>J. G. Brown Cancer Center, University of Louisville | 2001-2010 |
| Chairman, Hematology and Medical Oncology Fellow Selection Committee<br>J. G. Brown Cancer Center, University of Louisville | 2001-2010 |
| Member, Pain Committee<br>University of Louisville Hospital, Louisville, KY | 2001-2010 |
| Member, Taylor Regional Hospital Cancer Committee<br>Taylor Regional Hospital, Campbellsville, KY | 2003-2010 |
| Member, Transfusion Medicine Faculty Search Committee<br>University of Louisville, Louisville, KY | 2004-2005 |
| Member, International Medical Committee<br>Jefferson County Medical Society, Kentucky | 2001-2004 |
| Advisor, Standards of Care Committee, Kentucky Cancer Program<br>Kentucky Governor's Breast Care Task Force | 2001 |
| Member, Medical Records Committee<br>Meridia Huron Hospital, Cleveland, Ohio | 1994-1997 |

## AWARDS AND NAMED LECTURESHIPS

## HONORS AND AWARDS:

| | |
|---|---|
| Potential for Major Clinical Applications, Second Place<br>"A Phase I Study of AS1411 (AGRO100) in Advanced Cancer"<br>Research!Louisville 2005, Louisville, KY | 2005 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 14

| | |
|---|---|
| Fellow of the American College of Physicians<br>ACP, Philadelphia, PA | 2005 |
| Best Teaching Faculty Award<br>Division of Medical Oncology and Hematology<br>J. G. Brown Cancer Center, University of Louisville | 2003 |
| Certificate of Merit, Associates Abstract Competition<br>American College of Physicians, Columbus, OH | 1996 |
| Honorable Mention Award, Meridia Huron Hospital Resident Essay Competition<br>Meridia Huron Hospital, Cleveland, Ohio | 1996 |

## SELECTED INVITED LECTURES:

| | |
|---|---|
| "Immunotherapy for cancer, many advances in this rapidly evolving field"<br>The Second Yangcheng Lake Cancer Forum.<br>Affiliated Kunshan Hospital of Jiangsu University<br>Kunshan, Suzhou, Jiangsu, China | 12/4/2020 |
| "Genitourinary Malignancies"<br>CME AMA PRA Category Credits<br>3rd Annual Interprofessional Seminars in Applying Precision Medicine for Hematologic<br>Malignancies and Solid Tumors in Federal and Public Health Settings.<br>The Westin Tampa Waterside. Tampa, FL | 9/28/2019 |
| "Hemophilia, Past, Present and Future"<br>CME AMA PRA Category Credits<br>Oncology Grand Rounds, Edwards Comprehensive Cancer Center.<br>Huntington, WV | 3/8/2019 |
| "Pancreatic Cancer, Metastatic Disease"<br>CME AMA PRA Category Credits<br>OncLive® 2018 State of the Science: GI Malignancies-ASCO GI Updates<br>Tampa, FL | 2/27/2019 |

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 15

"Advances in Castration-Resistant Prostate Cancer"                    2/13/2018
CME AMA PRA Category Credits
Tampa General Hospital CME lecture series
St Petersburg, FL

"Prostate Cancer"                                                    10/19/2017
CME AMA PRA Category Credits
Tampa General Hospital CME lecture series
Tampa, FL

"Follicular Lymphoma"                                                 5/4/2017
Hematology/Oncology Conference
San Juan City Hospital, San Juan, PR

"Atypical Hemolytic Uremic Syndrome"                                 4/20/2016
CME AMA PRA Category Credits
Medicine Grand Rounds.
Florida Hospital, Winter Park, FL

"Multiple Myeloma"                                                    3/3/2016
CME AMA PRA Category Credits
Hematology/Oncology Conference.
San Juan City Hospital, San Juan, PR

"Update in Multiple Myeloma"                                          2/19/2016
CME AMA PRA Category Credits
Hematology/Oncology Grand Rounds.
Marshall University, Huntington, WV

"Colorectal Cancer"                                                   3/26/2015
CME AMA PRA Category Credits
Hematology/Oncology Conference.
San Juan City Hospital, San Juan, PR

"Understanding Testing and Monitoring in Chronic Myeloid Leukemia"    3/20/2015
CME AMA PRA Category Credits
Internal Medicine Conference, Case Western Reserve University Program.
St. Vincent Charity Hospital, Cleveland, OH

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 16

"Renal-Cell Carcinoma, Translating the Science into Patient Care"          8/14/2014
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
The University of South Florida, Tampa, FL

"Renal-Cell Carcinoma"                                                     2/27/2014
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
Orlando Regional Medical Center, Orlando, FL

"Heparin Induced Thrombocytopenia, Awareness Can Save Lives…"             11/7/2013
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
The University of South Florida, Tampa, FL

"Hemorrhage, Related to Anticoagulants"                                    1/20/2012
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
The University of Oklahoma, Schusterman Campus, Tulsa, OK

"Advances in Renal Cell Carcinoma"                                        11/9/2011
CME AMA PRA Category Credits
Medicine Grand Rounds.
Hillcrest Medical Center, Tulsa, OK

"Renal Cell Carcinoma, Translating the Science into Patient Care"          9/7/2011
CME AMA PRA Category Credits
Surgery Grand Rounds.
The University of Oklahoma, St. John Medical Center, Tulsa, OK

"Heparin Induced Thrombocytopenia"                                         7/8/2011
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
The University of Oklahoma, Schusterman Campus, Tulsa, OK

"Prostate Cancer"                                                          1/21/2011
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
The University of Oklahoma, Schusterman Campus, Tulsa, OK

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 17


"Hemorrhage, Related to Anticoagulants"                                    10/23/2009
CME AMA PRA Category Credits
Hematology Grand-Rounds.
University of Louisville, Kentucky

"Renal-Cell Carcinoma, Translating the Science into Patient Care"          9/24/2009
CME AMA PRA Category Credits
Internal Medicine Grand-Rounds.
University of Louisville, Kentucky

"Advances in Prostate Cancer"                                              6/10/2009
CME AMA PRA Category Credits
Medicine Grand Rounds.
The Methodist Hospital, Houston, TX

"Advances in Prostate Cancer"                                              5/18/2008
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
Huron Hospital, Cleveland, OH

"Update in Castrate-Resistant Prostate Cancer"                            5/8/2008
CME AMA PRA Category Credits
Internal Medicine Grand Rounds.
Trinity Hospital, Minot, ND

"Anticoagulation: Current Standards & Future Trends"                      10/20/2007
CME AMA PRA Category Credits
2007 Hemostasis and Thrombosis Symposium.
Galt House East, Louisville, KY

"Genitourinary and Gastrointestinal Malignancies"                         9/08/2007
CME AMA PRA Category Credits
2007 Annual Louisville Update in Oncology, ASCO Review.
Galt House East, Louisville, KY


CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 18

"From Bench to Bedside in Louisville: AS1411, a Novel Cancer Therapy that          1/16/2007
Targets Nucleolin"
Biomarkers, Genetics and Chemoprevention Seminar
J G Brown Cancer Center Memorial Lecture Series, Louisville, KY

"Current Controversies in Diagnosis and Management of Prostate Cancer"          12/01/2006
CME AMA PRA Category Credits
Internal Medicine Update 2006, Norton Healthcare and University of Louisville.
The Marriott Hotel, Louisville, KY

"Genitourinary and Gastrointestinal Malignancies"          6/11/2006
CME AMA PRA Category Credits
Second Annual Louisville Update in Oncology, ASCO Review.
The Marriott Hotel, Louisville, KY

"Advances in the Treatment of Prostate Cancer"          5/20/2006
CME AMA PRA Category Credits
Seventh Annual Anatomic Pathology Update.
The Galt House East Hotel, Louisville, KY

"An Update on Advances with Multikinase Inhibitors in Renal Cell Cancer"          4/07/2006
CME AMA PRA Category Credits
Hematology-Oncology Grand Rounds.
University of Cincinnati, Ohio

"Advances in Systemic Therapy for Colorectal Cancer"          2/20/2006
CME AMA PRA Category Credits
Colorectal Surgery Conference.
University of Louisville, Kentucky

"Update in General Hematology"          2/04/2006
CME AMA PRA Category Credits
First Annual Louisville Update in Hematology, ASH Review.
The Camberley Brown Hotel, Louisville, KY

"Management of Renal Cell Carcinoma"          2/01/2006
CME AMA PRA Category Credits
Long Island International Oncology Network Meeting.
Long Island, New York

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 19


"Molecular Targeted Therapies for Renal Cell Carcinoma"          1/30/2006
Tumor Board.
Baptist Montaclair Medical Center, Birmingham, AL


"Advances in Prostate Cancer"          9/10/2005
Man to Man-Louisville Prostate Cancer Support Group
Baptist Hospital East Cancer Center, Louisville, KY

"Research Advances in Genitourinary and Gastrointestinal Malignancies"          6/11/2005
CME AMA PRA Category Credits
First Annual Louisville Update in Oncology, ASCO Review.
The Camberley Brown Hotel, Louisville, KY

"Advances in Systemic Therapy for Colorectal Cancer"          4/18/2005
Colorectal Surgery Conference
University of Louisville, Kentucky

"Innovations and Clinical Trials in Colorectal Cancer"          3/19/2005
CME AMA PRA Category Credits
Symposium:  Progress in the Treatment of Colorectal Cancer.
Norton Hospital, Louisville, KY

"Heparin Induced Thrombocytopenia in Louisville"          2/26/2005
CME AMA PRA Category Credits
First Annual Louisville Update in Hematology.
The Camberley Brown Hotel, Louisville, KY

"Advances in Prostate Cancer"          2/11/2005
BIOC-675/875 Cancer Biology Course, Graduate Program
Department of Molecular Biology, University of Louisville

"Advances in Prostate Cancer"          5/06/2004
CME AMA PRA Category Credits
Internal Medicine Grand-Rounds.
University of Louisville, Kentucky

"Advances in Treatment Strategies for Prostate Cancer"          3/09/2004
Campbesville, Kentucky


CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 20

"New Strategies for Prostate Cancer Treatment:  A Multi-Modality Approach"          2/05/2004
Louisville, Kentucky

"Update in Heparin Induced Thrombocytopenia"                                          1/29/2004
CME AMA PRA Category Credits
Cardiology Grand-Rounds.
University of Louisville, Kentucky

"VEGF:  An Emerging Target for Anticancer Therapy"                                    1/29/2004
Medical Oncology Multi-Modality Conference
J. G. Brown Cancer Center, University of Louisville, Kentucky

"Update in the Management and Diagnosis of Deep Vein Thrombosis"                     11/15/2002
CME AMA PRA Category Credits
Internal Medicine Update 2002, Norton Healthcare and University of Louisville.
Louisville, Kentucky

"Maximizing Oncologic Therapy. A focus on Prostate Cancer"                            8/22/2002
Tennessee Pharmacist Association Meeting
Nashville, Tennessee

"Prostate Cancer"                                                                     6/1/2002
CME AMA PRA Category Credits
Oncology Symposium on Breast, Prostate and Lung Cancer.
University of Louisville, Kentucky

"Advances in Prostate Cancer"                                                       10/24/2001
CME AMA PRA Category Credits
Internal Medicine Grand-Rounds.
University of Louisville, Kentucky

"Platinum Compounds"                                                                  7/14/2000
University of Louisville, James Graham Brown Cancer Center
Louisville, Kentucky

"Thrombotic Thrombocytopenic Purpura, from Moschcowitz to Clopidogrel"               7/14/2000
Hematology Conference, University of Louisville, James Graham Brown Cancer Center
Louisville, Kentucky

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 21


"Thrombotic Thrombocytopenic Purpura, from Moschcowitz to Clopidogrel"          6/15/2000
CME AMA PRA Category Credits
Hematology/Oncology Research Conference, University of Alabama at Birmingham
Birmingham, Alabama

"Aspergillus in AML"                                                            4/5/2000
Intra-City Hematology Conference
Houston, Texas

"Anti-RhD IVIG for the treatment of ITP"                                        3/15/2000
CME AMA PRA Category Credits
Intra-City Hematology Conference.
Houston, Texas

"Anaplastic Large Cell Lymphoma"                                               12/15/1999
CME AMA PRA Category Credits
Intra-City Hematology Conference.
Houston, Texas

"Therapeutic Plasma Exchange"                                                   10/6/1999
CME AMA PRA Category Credits
Intra-City Hematology Conference.
Houston, Texas

"Hemochromatosis"                                                              6/30/1999
CME AMA PRA Category Credits
Intra-City Hematology Conference.
Houston, Texas

"Autoimmune Hemolytic Anemias"                                                 5/12/1999
CME AMA PRA Category Credits
Hematology Intra-City Conference.
Houston, Texas

"Waldenstrom's Macroglobulinemia"                                             4/14/1999
CME AMA PRA Category Credits
Intra-City Hematology Conference.
Houston, Texas


CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 22

| | |
|---|---|
| "Molecular Oncology"<br>Baylor College of Medicine Didactic Conference<br>Houston, Texas | 11/12/1998 |
| "Thyroid Cancer"<br>Baylor College of Medicine Didactic Conference<br>Houston, Texas | 5/7/1998 |
| "Solid Tumors of Childhood"<br>Baylor College of Medicine Didactic Conference<br>Houston, Texas | 3/12/1998 |
| "Tumor Markers"<br>Baylor College of Medicine Didactic Conference<br>Houston, Texas | 11/6/1997 |
| "Staging of Lung Cancer"<br>Veterans Affairs Medical Center Oncology Conference<br>Houston, Texas | 8/13/1997 |

**MILITARY SERVICE:**          None

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 23

## BIBLIOGRAPHY:

ARTICLES PUBLISHED IN PEER-REVIEWED JOURNALS:

1. Laber DA. Radiotherapy for small-cell lung cancer. N Engl J Med. 1999;340(25):2003-2004.

2. Laber DA, Ravakhah K, Smith HR. Acne conglobata associated with spondyloarthropathy and ankylosis of the wrists. J Clin Rheumatol. 1999;5(3):169-172.

3. Hesketh PJ, Arena F, Patel D, Austin M, D'Avirro P, Rossi G, Colowick A, Schwartzberg L, Bertoli LF, Cole JT, Demetri G, Dessypris E, Dobbs T, Eisenberg P, Fleischman R, Hall J, Hoffman PC, Laber DA, Leonard J, Lester EP, McCachren S, McMeekin S, Meza L, Miller DS, Nand S, Oliff I, Paroly W, Pawl L, Perez A, Raftopoulos H, Rigas J, Rowland K, Scullin DC Jr, Tezcan H, Waples J, Ward J, Yee LK. A randomized controlled trial of darbepoetin alfa administered as a fixed or weight-based dose using a front-loading schedule in patients with anemia who have nonmyeloid malignancies. Cancer. 2004;100(4):859-868.

4. Makoni SN, Laber DA. Clinical spectrum of myelophthisis in cancer patients. Am J Hematol. 2004;76(1):92-93.

5. Laber DA, Martin ME. Etiology of thrombocytopenia in all patients treated with heparin products. Eur J Haematol. 2005;75(2):101-105.

6. Fentress DS, Orrico LA, Kruspe M, Briscoe KS, Laber DA. Multiple Myeloma. Hospital Physician. 2006;5:11.

7. Laber DA. Risk factors, classification, and staging of renal cell cancer. Med Oncol. 2006;23(4):443-454.

8. Laber DA. Why did he die? Cancer Invest. 2006;24(3):331-332.

9. Laber DA, Glisson SD, Hargis JB, et al. A phase II study of higher dose docetaxel in androgen-independent prostate cancer. Am J Clin Oncol. 2006;29(4):389-394.

10. Laber DA, Goetz HK, Bhupalam L. Advances in the management of metastatic androgen-independent prostate cancer. J Ky Med Assoc. 2006;104(2):65-69.

11. Laber DA, Okeke RI, Arce-Lara C, et al. A phase II study of extended dose temozolomide and thalidomide in previously treated patients with metastatic melanoma. J Cancer Res Clin Oncol. 2006;132(9):611-616.

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 24

12. Martin ME, Laber DA. Cefotetan-induced hemolytic anemia after perioperative prophylaxis.
    Am J Hematol. 2006;81(3):186-188.

13. Morgan JS, Laber DA. Ceftriaxone-resistant Salmonella septicemia and osteomyelitis in
    sickle cell disease adults. South Med J. 2006;99(6):625-627.

14. Choudry MA, Moffett BK, Laber DA. Pure red-cell aplasia secondary to pregnancy,
    characterization of a syndrome. Ann Hematol. 2007;86(4):233-237.

15. Hudes G, Carducci M, Tomczak P, et al. Temsirolimus, interferon alfa, or both for advanced
    renal-cell carcinoma. N Engl J Med. 2007;356(22):2271-2281.  Appendix: In addition to the
    authors, Laber DA was an investigator and enrolled patients in this trial (Global Advanced
    Renal-Cell Carcinoma Trial)

16. Kloecker GH, Studts JL, Laber DA, Bousamra M. Lung cancer in the US and in Kentucky. J
    Ky Med Assoc. 2007;105(4):159-164.

17. Laber DA, Khan MI, Kloecker GH, Schonard C, Taft BS, Salvador C. A phase I study of
    thalidomide, capecitabine and temozolomide in advanced cancer. Cancer Biol Ther.
    2007;6(6):840-845.

18. Martin ME, Kloecker GH, Laber DA. Argatroban for anticoagulation during cardiac surgery.
    Eur J Haematol. 2007;78(2):161-166.

19. Rabinowits G, Shuster TD, Pazianos AG, Laber DA. Indolent course of thymic carcinoid. J
    Clin Oncol. 2007;25(9):1138-1139.

20. Wagner SA, Mehta AC, Laber DA. Rituximab-induced interstitial lung disease. Am J
    Hematol. 2007;82(10):916-919.

21. Cramer DE, Wagner S, Li B, Liu J, Hansen R, Reca R, Wu W, Zuba Surma E, Laber D,
    Ratajczak MZ, Yan J. Mobilization of hematopoietic progenitor cells by yeast-derived beta-
    glucan requires activation of matrix metalloproteinase-9. Stem Cells. 2008;26(5):1231-1240.

22. Harandi A, Laber DA. Historical perspective and advances in the treatment of multiple
    myeloma. Oncol Rev. 2008;2:9.

23. Kloecker GH, Kannan CR, Laber DA, Rezazadeh A. Brain stem and clivus plasmacytoma.
    Am J Med Sci. 2008;336(6):503.

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 25

24. Laber DA. Vitamin E and Prostate Cancer. South Med J. 2008;101(1):5.

25. Laber DA, Bhupalam L, Kloecker GH. Transient and Spontaneous Idiopathic Factor V Inhibitor. The Open Hematology Journal. 2008;2:1.

26. Slone S, Martin AW, Wellhausen SR, Woods DR, Malone JC, Lear SC, Laber DA. IL-4 production by CD8+ lymphomatoid papulosis, type C, attracts background eosinophils. J Cutan Pathol. 2008;35 Suppl 1:38-45.

27. Bates PJ, Laber DA, Miller DM, Thomas SD, Trent JO. Discovery and development of the G-rich oligonucleotide AS1411 as a novel treatment for cancer. Exp Mol Pathol. 2009;86(3):151-164.

28. Harandi A, Zaidi AS, Stocker AM, Laber DA. Clinical Efficacy and Toxicity of Anti-EGFR Therapy in Common Cancers. J Oncol. 2009;2009:567486.

29. Jaglal MV, Laber DA, Arnold FW, Miller DM, Chesney JA, Kloecker GH. Obtaining routine blood cultures during interleukin-2-containing therapy is unnecessary. Am J Clin Oncol. 2009;32(4):429-431.

30. Khan MI, Chesney JA, Laber DA, Miller DM. Digitalis, a targeted therapy for cancer? Am J Med Sci. 2009;337(5):355-359.

31. Laber DA, Mushtaq M. Compassionate use of sorafenib in patients with advanced renal cell cancer. Clin Genitourin Cancer. 2009;7(1):34-38.

32. Moffett PU, Moffett BK, Laber DA. Diagnosing and managing suspected malignant pleural effusions. J Support Oncol. 2009;7(4):143-146.

33. Rabinowits G, Laber DA. Bladder cancer: clinical practice. J Ky Med Assoc. 2009;107(4):129-133.

34. Rezazadeh A, Laber DA, Ghim SJ, Jenson AB, Kloecker G. The role of human papilloma virus in lung cancer: a review of the evidence. Am J Med Sci. 2009;338(1):64-67.

35. Rabinowits G, Bhupalam L, Miller DM, Kloecker GH, Laber DA. Fixed-dose every-other-week capecitabine and oxaliplatin for refractory squamous cell carcinoma of the head and neck. Am J Med Sci. 2010;339(2):148-151.

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 26

36. Kayali F, Janjua M, Laber DA, Miller DM, Kloecker G. Phase II trial of second-line erlotinib and digoxin for nonsmall cell lung cancer (NSCLC). Open Access Journal of Clinical Trials. 2011;3:8.

37. Storey RE, Huerta AL, Khan A, Laber DA. Spontaneous complete regression of hepatocellular carcinoma. Med Oncol. 2011;28(4):948-950.

38. Zhang W, Rabinowits G, Laber D, Kloecker G. Effect of zoledronic acid on tartrate-resistant acid phosphatase isoform type 5b and other bone markers in lung cancer patients with bone metastases. Pathology and Laboratory Medicine International. 2012;4:7.

39. Rosenberg JE, Bambury RM, Van Allen EM, Drabkin HA, Lara PN Jr, Harzstark AL, Wagle N, Figlin RA, Smith GW, Garraway LA, Choueiri T, Erlandsson F, Laber DA. A phase II trial of AS1411 (a novel nucleolin-targeted DNA aptamer) in metastatic renal cell carcinoma. Invest New Drugs. 2014;32(1):178-187.

40. Molander. L, Caraway. C, Linderbeck. L, Laber DA. Cerebrospinal Fluid (CSF) Directed Antineoplastic Agents: A Review of Current Knowledge. J Cancer Prev Curr Res. 2015;2(1):4.

41. Visweshwar N, Jaglal M, Booth C, Griffin P, Laber D. AOHE: manuscript AOHE-D-16-00564 paroxysmal nocturnal hemoglobinuria with autoimmune hemolytic anemia following eculizumab therapy-with large granular lymphocytic leukemia. Ann Hematol. 2016;95(10):1747-1749.

42. Visweshwar N, Malachowski S, Jagal MV, Laber D. Is Warfarin Obsolete? SM J Oncol Hematol. 2016;1(1):2.

43. Chen MB, Laber DA. Metastatic Microcystic Adnexal Carcinoma with DNA Sequencing Results and Response to Systemic Antineoplastic Chemotherapy. Anticancer Res. 2017;37(9):5109-5111.

44. Sam C, Desai P, Laber D, Patel A, Visweshwar N, Jaglal M. Pegylated bovine carboxyhaemoglobin utilisation in a thrombotic thrombocytopenic purpura patient. Transfus Med. 2017;27(4):300-302.

45. Sandoval-Sus JD, Mogollon-Duffo F, Patel A, Visweshwar N, Laber DA, Kim R, Jagal MV. Nivolumab as salvage treatment in a patient with HIV-related relapsed/refractory Hodgkin lymphoma and liver failure with encephalopathy. J Immunother Cancer. 2017;5:49.

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 27

46. Visweshwar N, Patel A, Jagal MV, <u>Laber D</u>. Accidental and Surreptitious Intake of Oral Anticoagulants Including Older and Newer Agents - A Diagnostic Dilemma. J Hematol Thromb. 2017;3(1):3.

47. Kerr D, <u>Laber D</u>, Visweshwar N, Jaglal M. Case Report: CEA Elevation Can Be a Marker of Increased Inflammation During Treatment with Oxaliplatin. Anticancer Res. 2018;38(3):1711-1713.

48. <u>Laber DA</u>, Chen MB, Jaglal M, Patel A, Visweshwar N. Phase 2 Study of Cyclophosphamide, Etoposide, and Estramustine in Patients With Castration-Resistant Prostate Cancer. Clin Genitourin Cancer. 2018;16(6):473-481.

49. Ashraf N, Visweshwar N, Jaglal M, Sokol L, <u>Laber D</u>. Evolving paradigm in thrombophilia screening. Blood Coagul Fibrinolysis. 2019;30(5):249-252.

50. Chemaly ER, Sandoval Sus J, Hussain F, Mogollon-Duffo F, <u>Laber DA</u>, Durr JA, Khalighi MA, Lopez del Valle R. Case report: Minimal change disease and acute interstitial nephritis in a patient with Hodgkin's lymphoma treated with nivolumab. Journal of Onco-Nephrology. 2020;4(3):81-86. doi:10.1177/2399369320927717

51. <u>Laber DA</u>, Eatrides J, Jaglal MV, Haider M, Visweshwar N, Patel A. A phase I/II study of docetaxel in combination with pegylated liposomal doxorubicin in metastatic castration-resistant prostate cancer. Med Oncol. 2020 Sep 26;37(10):95. doi: 10.1007/s12032-020-01420-7. PMID: 32979106.

52. Desai R, Koipallil GK, Thomas N, Mhaskar R, Visweshwar N, <u>Laber D</u>, Patel A, Jaglal M. Efficacy and safety of direct oral anticoagulants for secondary prevention of cancer associated thrombosis: a meta-analysis of randomized controlled trials. Sci Rep. 2020 Nov 3;10(1):18945. doi: 10.1038/s41598-020-75863-3. PMID: 33144679; PMCID: PMC7642281.

53. Visweshwar N, Jaglal M, Patel A, Laber D, Sokol L. Should we integrate viscoelastic assays with standard coagulation screening? J Clin Pathol. Epub ahead of print: 2020. doi:10.1136/jclinpath-2020-207099

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 28

## ARTICLES IN A BOOK, PAMPHLET OR BULLETIN:

1. Laber DA, Miller DM.  Editorial:  Tratamiento adjuvante del melanoma maligno.  In:  Muse IM, Viola Alles A, Sabini G (eds.);  Aspectos Practicos de la Clinica Oncologica.  Montevideo, Uruguay, Editorial Sudamericana, April 2004, pp. 396-298.

2. Fentress DS, Orrico LA, Kruspe M, Briscoe K, Laber DA.  Clinical Review Quiz:  Multiple Myeloma.  Hospital Physician 2006;42(5):26, 36.

3. Laber DA.  Heparin-Induced Thrombocytopenia in Louisville.  Louisville Medicine 2006;54(8):363-364

4. Laber DA.  Self-Assessment in Oncology.  Renal-Cell Carcinoma: Review Questions.  Hospital Physician 2007;43(4):37-39

5. Rabinowits G, Laber DA.  Self-Assessment in Oncology.  Bladder Cancer: Review Questions.  Hospital Physician 2008;44(3):39-41

6. Makoni SN, Laber DA.  Bone Marrow Failure.  In:  Walsh TD, Caraceni AT, Fainsinger R, Foley KM, Glare P, Goh C, Lloyd-Williams M, Nunez Olarte J, Radbruch L (eds.);  Palliative Medicine.  Elsevier Science, Unites States, August 2008, chapter 229.

## PUBLISHED ABSTRACTS:

1. Laber DA, Rice L.  Anti-D immune globulin can precipitate severe hemolysis in immune thrombocytopenia purpura (ITP) patients with occult Evans' syndrome.  Blood 1999;94:10(supplement1):3521a

2. Carwile JM, Laber DA, Soltero ER, Anstadt MP, Chow TW, Nolasco LH, Kroll MH, Moake JL.  Thrombotic thrombocytopenic purpura occurring after exposure to clopidogrel.  Blood 1999;94:10(supplement1):3506a

3. Laber DA, La Rocca RV, Glisson S, Hargis J, Schonard C.  Phase II study of higher dose docetaxel in clinically deteriorating patients with hormone refractory prostate cancer.  Proceedings of the American Society of Clinical Oncology 2002:2449a

4. Choudry MA, Kantelhardt SR, Laber DA, Sharma VR.  Eosinophilia Associated with Chronic Pancreatitis Exacerbation.  Blood 2002;100:11(supplement1):3636a

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 29

5. Kloecker GH, <u>Laber DA</u>, Bhupalam L.  A Case of Transient and Spontaneous Factor V Inhibitor.  Blood 2002;100:11(supplement1):3892a

6. Feng Y, <u>Laber DA</u>, Hendler FJ.  Severe Thrombosis in a Young Man with a Homozygous Prothrombin G20210A Mutation.  Blood 2002;100:11(supplement1):3929a

7. Salvador C, <u>Laber DA</u>.  Unreliability of Weight-Based Dosing of Low-Molecular-Weight-Heparin During Pregnancy.  Blood 2002;100:11(supplement1):3962a

8. Khan D, <u>Laber DA</u>, Yam L.  Use of High Dose Warfarin in a Patient with Warfarin Resistance.  Blood 2002;100:11(supplement1):4010a

9. Martin ME, <u>Laber DA</u>, Stapp DE, Lockwood WB.  Drug Induced Hemolytic Anemia with Antibiotic Prophylaxis.  Blood 2002;100:11(supplement1):4020a

10. Khan D, Sharma VR, <u>Laber DA</u>.  The Clinical Spectrum of Granulocytic Sarcoma.  Blood 2002;100:11(supplement1):4550a

11. Devabhaktuni YD, <u>Laber DA</u>.  Secondary Plasma Cell Leukemia Associated with Thalidomide in a Patient with Multiple Myeloma.  Blood 2002;100:11(supplement1):5100a

12. <u>Laber DA</u>, La Rocca RV, Glisson SD, Hargis J, Schonard C.  Higher dose docetaxel in patients with hormone refractory prostate cancer (HRPC).  Long-term results of a phase II study. Proceedings of the American Society of Clinical Oncology 2003:1661a

13. Mehta AC, <u>Laber DA</u>, McMasters KM, Taft B, Coons D, Miller DM.  A phase II study of temozolomide and thalidomide in the treatment of advanced melanoma.  Proceedings of the American Society of Clinical Oncology 2003:2907a

14. <u>Laber DA</u>, Martin ME.  How Aware Are Physicians of Heparin-Induced Thrombocytopenia? Blood 2003;102:11(supplement):4021a

15. Martin ME, <u>Laber DA</u>.  Incidence of Heparin Induced Thrombocytopenia in All Patients Receiving Heparin and Low-Molecular Weight Heparin.  Blood 2003;102:11(supplement):4022a

16. Makoni SN, <u>Laber DA</u>.  Clinical Spectrum of Myelophthisis in Cancer Patients.  Blood 2003;102:11(supplement):4423a

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 30

17. Moffett PU, Jaggernauth S, Laber DA.  A Case of Idiopathic Myelofibrosis and Ulcerative Colitis in a Young Man: What Role Do Cytokines Play?  Blood 2003;102:11(supplement):5072a

18. Laber DA, Choudry MA, Taft BS, Bhupalam L, Sharma VR, Hendler FJ, Barnhart KM.  A Phase I Study of AGRO100 in Advanced Cancer.  Proceedings of the American Society of Clinical Oncology 2004:3112a

19. Barnhart KM, Laber DA, Bates PJ, Trent JO, Miller DM.  AGRO100: the Translation from Lab to Clinic of a Tumor-Targeted Nucleic Acid Aptamer.  Proceedings of the American Society of Clinical Oncology 2004:3126a

20. Choudry MA, Chilakapati V, Crump C, Bunner R, Hendler FJ, La Rocca RV, Bhupalam L, Sharma VR, Miller DM, Laber DA.  Phase II Study of Cyclophosphamide, Etoposide and Estramustine (CEE) in Patients with Androgen Independent Prostate Cancer (AIPC).  Proceedings of the American Society of Clinical Oncology 2004:4708a

21. Salvador C, Bhupalam L, Taft B, Frantz J, Schonard C, Sharma VR, Hendler FJ, Miller DM, Laber DA.  A Phase I Study of Thalidomide, Capecitabine and Temozolomide (TCT) in Advanced Cancer.  Proceedings of the American Society of Clinical Oncology 2004:3141a

22. Bhupalam L, Jaggernauth S, Laber DA.  Successful Treatment of a Patient with Unresectable Olfactory Neuroblastoma:  A Case Report and Literature Review.  Proceedings of the American Society of Clinical Oncology 2004:5620a

23. Hayek FN, Bhupalam L, Paris KJ, Goldsmith LJ, Hendler F, Laber DA, Jose BO, Silverman C, Bumpous JM, Khan Z, Miller DM, Spanos W. Phase II Trial of Weekly Paclitaxel and Carboplatin Chemotherapy along with Radiation and Amifostine in Patients with Locally Advanced Head and Neck Cancer. Lung Cancer 2004;46(supplement 1):S71

24. Hayek F, Bhupalam L, Jose BO, Bumpous J, Hendler F, Laber DA, Silverman C, Goldsmith L, Miller DM, Spanos W.  Phase II Trial Of Weekly Paclitaxel And Carboplatin Chemotherapy Along With Radiation And Amifostine In Patients With Locally Advanced Head And Neck Cancer.  Research!Louisville 2004.  November 8-12, 2004: RES2. http://ocrss.louisville.edu/clients/hscro/conspectus/search

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 31

25. Choudry MA, Crump C, Mehta A, Hendler F, Sharma V, Miller DM, Laber DA . Phase II Study of Cyclophosphamide, Etoposide and Estramustine (CEE) in Patients with Androgen Independent Prostate Cancer (AIPC). Research!Louisville 2004. November 8-12, 2004: PRF5. http://ocrss.louisville.edu/clients/hscro/conspectus/search

26. Laber ER and Laber DA. Detailed Analysis of Neutropenic Risk Factors in Patients with Prostate Cancer Treated with Chemotherapy. Blood 2004 (supplement):3804a

27. Choudry MA, Laber DA, Kloecker GH, Mehta AC, Crump C, Bhupalam L, La Rocca RV, Sharma VR, Hendler FJ, Miller DM. Phase II Study of Cyclophosphamide, Etoposide and Estramustine in Patients with Androgen Independent Prostate Cancer. Proceedings of the 2005 Prostate Cancer Symposium 2005:298a

28. Laber DA, Glisson SD, Hargis JB, Kosfeld RE, Goldsmith G, Cervera A, La Rocca RV. Phase II study of higher dose docetaxel in androgen independent prostate cancer. Proceedings of the 2005 Prostate Cancer Symposium 2005:300a

29. Laber DA, Sharma VR, Bhupalam L, Taft B, Hendler FJ, Barnhart KM. Update on the First Phase I Study of AGRO100 in Advanced Cancer. Journal of Clinical Oncology 2005;23:16(supplement):3064a

30. Choudry MA, Laber DA, Kloecker GH, Mehta AC, Crump C, Bhupalam L, La Rocca RV, Sharma VR, Hendler FJ, Miller DM. Phase II Study of Cyclophosphamide, Etoposide and Estramustine in Patients with Androgen Independent Prostate Cancer. Journal of Clinical Oncology 2005;23:16(supplement):4757a

31. Glisson SD, Laber DA, Hargis JB, Kosfeld RE, Goldsmith G, Cervera A, La Rocca RV Final results of a phase II study of higher dose docetaxel in androgen independent prostate cancer. Journal of Clinical Oncology 2005;23:16(supplement):4759a

32. Okeke IR, Laber DA., Taft B, McMasters KM, Miller DM. Temozolomide and thalidomide in the treatment of advanced melanoma, a phase II study. Journal of Clinical Oncology 2005;23:16(supplement):7573a

33. Bhupalam L, Laber DA, Hokensmith D, Paris K, Flynn M, Goldsmith J, Khan Z, Hendler F, Jose BO, Spanos W. Concurrent Paclitaxel Carboplatin and Radiotherapy Followed by Chemotherapy or Surgery in Patients with Locally Advanced Head and Neck Cancer. Research!Louisville 2005. October 31- November 4, 2005: F5. http://ocrss.louisville.edu/clients/hscro/conspectus/search

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 32

34. Laber DA, Taft B, Barnhart K, Kloecker GH, Miller DM.  A Phase I Study of AS1411 (AGRO100) in Advanced Cancer.  Research!Louisville 2005.  October 31- November 4, 2005: F31.  http://ocrss.louisville.edu/clients/hscro/conspectus/search

35. Khan MI, Salvador C, Laber DA.  A Phase I Study of Thalidomide, Capecitabine and Temozolomide (TCT) in Advanced Cancer.  Research!Louisville 2005.  October 31- November 4, 2005: CRF4.  http://ocrss.louisville.edu/clients/hscro/conspectus/search

36. Martin ME, Laber DA  A Phase I/II Study of Docetaxel in Combination with Doxorubicin HCl Liposome Injection (Doxil) in Advanced Androgen-Independent Prostate Cancer. Research!Louisville 2005.  October 31- November 4, 2005: CRF7. http://ocrss.louisville.edu/clients/hscro/conspectus/search

37. Mushtaq M, Ferguson L, Taft B, Williams D, Laber DA.  Sorafenib in Patients with Advanced Renal Cell Cancer. The Expanded Access Program Experience at the Brown Cancer Center.  Research!Louisville 2005.  October 31- November 4, 2005: CRF8. http://ocrss.louisville.edu/clients/hscro/conspectus/search

38. Wagner S, Mehta A, Laber DA.  Rituximab-Induced Interstitial Lung Disease. Research!Louisville 2005.  October 31- November 4, 2005: CRF11. http://ocrss.louisville.edu/clients/hscro/conspectus/search

39. Zhong W, Laber DA, Silverman C, Taft B, Lilly B, Bhupalam L.  Phase II Study of Oxaliplatin and Capecitabine in Advanced Head and Neck Malignancies. Research!Louisville 2005.  October 31- November 4, 2005: CRF12. http://ocrss.louisville.edu/clients/hscro/conspectus/search

40. Laber DA, Bates PJ, Trent JO, Barnhart K, Taft B, Miller DM. Long Term Clinical Responses in Renal Cell Carcinoma Patients Treated with Quadriplex Forming Oligonucleotides.  AACR-NCI-EORTC International Conference on Molecular Targets and Cancer Therapeutics: Discovery, Biology, and Clinical Applications.  Philadelphia, PA. November 14-18, 2005; B228

41. Hayek FN, Wagner SA, Laber DA, Sharma VR.  Interferon-α-Associated Acquired Factor VIII Inhibitor.  Blood 2005;106:11(supplement):4093a

42. Martin ME, Kloecker GH, Patel A, Laber DA.  Argatroban for Anticoagulation during Cardiopulmonary Bypass.  Blood 2005;106:11(supplement):4150a

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 33

43. Wagner SA, Makani SS, <u>Laber DA</u>.  Rituximab Induced Interstitial Lung Disease.  Blood 2005;106:11(supplement):4768a

44. Rezazadeh A, Kloecker GH, <u>Laber DA</u>.  Multiple Myeloma Presenting as a Clivus and Brain Stem Plasmacytoma.  Blood 2005;106:11(supplement): 5061a

45. Martin ME, <u>Laber DA</u>.  A phase I Study of Docetaxel in Combination with Doxorubicin HCl Liposome Injection in Advanced Androgen Independent Prostate Cancer.  Proceedings of the 2006 Prostate Cancer Symposium 2006:234a

46. Moffett PU, Choudry MA, Ferguson LA, Williams DA, La Rocca RV, Hendler FJ, <u>Laber DA</u>.  Update on a Phase II Study of Cyclophosphamide, Etoposide and Estramustine in Patients with Androgen Independent Prostate Cancer.  Journal of Clinical Oncology 2006;24:18(supplement):4647a

47. <u>Laber DA</u>, Taft BS, Kloecker GH, Bates PJ, Trent JO, Miller DM. Extended Phase I Study of AS1411 in Renal and Non-Small Cell Lung Cancers. Journal of Clinical Oncology 2006;24:18(supplement):13098a

48. Khan MI, Salvador C, Schonard CL, Taft BS, Kloecker GH, <u>Laber DA</u>. A Phase I Study of Thalidomide, Capecitabine and Temozolomide (TCT) in Advanced Cancer. Journal of Clinical Oncology 2006;24:18(supplement):13122a

49. Martin ME, Ferguson LA, Williams DA, <u>Laber DA</u>. A Phase I/II Study of Docetaxel in Combination with Doxorubicin HCL Liposome Injection in Advanced Androgen-Independent Prostate Cancer. Journal of Clinical Oncology 2006;24:18(supplement):14588a

50. <u>Laber DA</u>, Martin ME, Kloecker GH. Proposed Guidelines for Anticoagulation during Cardiac Surgery Using Argatroban. Haematologica 2006;92(supplement):413a

51. <u>Laber DA</u>, Moffett BK, Choudry MA. Pregnancy-Induced Pure Red-Cell Aplasia, A Distinct Syndrome. Haematologica 2006;92(supplement):553a

52. Khan MI, Salvador C, Taft B, Schonard C, Kloecker GH, <u>Laber DA</u>.  A Phase I Study of Thalidomide, Capecitabine and Temozolomide (TCT) in Advanced Cancer. Research!Louisville 2006.  October 10-13, 2006: CRF9. http://ocrss.louisville.edu/clients/hscro/conspectus/search

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 34

53. Moffett P, Choudry M, Ferguson L, Williams D, LaRocca R, Hendler F, Laber DA. Update on a Phase II Study of Cyclophosphamide, Etoposide and Estramustine in Patients with Androgen Independent Prostate Cancer. Research!Louisville 2006. October 10-13, 2006: CRF12. http://ocrss.louisville.edu/clients/hscro/conspectus/search

54. Mushtaq M, Ferguson L, Laber DA. Sorafenib in Patients with Heavily Pretreated Advanced Renal Cell Carcinoma. Research!Louisville 2006. October 10-13, 2006: CRF13. http://ocrss.louisville.edu/clients/hscro/conspectus/search

55. Wagner S, Cramer D, Hansen R, Reca R, Ratajczak M, Li B, Laber DA, Yan J. Beta Glucan Enhances Hematopoietic Stem Cell Mobilization. Research!Louisville 2006. October 10-13, 2006: CRF17. http://ocrss.louisville.edu/clients/hscro/conspectus/search

56. Zhong W, Laber DA, Bumpous J, Lentsch E, Silverman C, Lilly B, Sheffield J, Goldsmith L, Hendler F, Bhupalam L. Phase II Study Of Bi-Weekly Capecitabine And Oxaliplatin In Recurrent Head And Neck Squamous Cell Cancer. Research!Louisville 2006. October 10-13, 2006: CRF18. http://ocrss.louisville.edu/clients/hscro/conspectus/search

57. Wagner S, Cramer D, Hansen R, Reca R, Ratajczak M, Li B, Laber DA, Yan J. Beta Glucan Enhances Hematopoietic Stem Cell Mobilization. Blood 2006;108:11(supplement): 1348a

58. Rezazadeh A, Hollensead SC, Laber DA, Kloecker GH. Intracranial Hememorrhage in a Patient with Osteogenesis Imperfecta Due to Inherited and Acquired Platelet Dysfunction. Blood 2006;108:11(supplement): 3960a

59. Laber DA, Ferguson L, Martin ME. A phase II study of docetaxel in combination with doxorubicin HCI liposome injection in advanced androgen-independent prostate cancer. Proceedings of the 2006 Prostate Cancer Symposium 2007:241a

60. Khan MI, Taft B, Rasku MA, Laber DA, Chesney J, Miller DM. A phase II trial of biochemotherapy with cisplatin, vinblastine, dacarbazine, interleukin-2, interferon, and digoxin in melanoma patients. Journal of Clinical Oncology 2007;25:18(supplement):8573.a

61. Rezazadeh A, Laber DA, Sharma VR, Kloecker GH. Amyloidosis Presenting with Platelet Dysfunction and Recurrent Retroperitoneal Hemorrhage (RH). Blood 2007;110:11(supplement): 3944a

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 35

62. Laber DA. Perisetti NM, Ferguson LA, Kloecker GH. A Phase II Study of Docetaxel in Combination with Doxorubicin HCl Liposome Injection (Doxil) in Metastatic Androgen-Independent Prostate Cancer. Proceedings of the 2008 Prostate Cancer Symposium 2008:159a

63. Rezazadeh A, Desai PC, Laber DA, Ghim S, Schaefer G, Jenson AB, Kloecker GH. Detection of HPV in different subtypes of non-small cell lung cancer (NSCLC). Journal of Clinical Oncology 2008;26:15(supplement): 22098.a

64. Khan MI, Laber DA, Chesney J, Taft B, Miller DM. A phase II trial of biochemotherapy with cisplatin, vinblastine, dacarbazine, interleukin-2, interferon, and digoxin in melanoma patients. Journal of Clinical Oncology 2008;26:15(supplement): 20021.a

65. Jarboe J, Laber DA. A Systematic Review of Disseminated Intravascular Coagulopathy Assoicated with Prostate Cancer. Research!Louisville 2008. October 20-24, 2008: RES-7. http://ocrss.louisville.edu/clients/hscro/conspectus/search

66. Abdolmohammadi A, Laber DA. The University of Louisville Bladder Cancer Study. Research!Louisville 2008. October 20-24, 2008: RES-16. http://ocrss.louisville.edu/clients/hscro/conspectus/search

67. Rezazadeh A, Laber DA, Chesney JA, Miller DM. Digoxin plus biochemotherapy with cisplatin, vinblastine, dacarbazine, interleukin-2, and interferon alfa in patients with metastatic melanoma, a phase II study. Proceedings of the 7th World Congress on Melanoma. May 12-16 2009. Vienna, Austria.

68. Kayali F, Janjua MA, Laber DA, Miller DM, Day JM, Kloecker GH. Phase II trial of second-line erlotinib and digoxin in patients with non-small cell lung cancer (NSCLC). Journal of Clinical Oncology 2008;27(supplement): e19077)

69. Xiang D, Garbett NC, Chaires J, Laber DA, Kloecker GH. Plasma thermogram profiling: A novel biomarker for lung cancer. Journal of Clinical Oncology 2008;27(supplement): e22074

70. Driscoll MF, Forster D, Dyer B, Laber DA. Iron Deficiency Anemia: Safety and Cost-Effectiveness of Treatment with Various Intravenous Iron Preparations. Blood 2008;112:4661

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 36

71. Kayali F, Janjua MA, Laber DA, Miller DM, Day JM, Kloecker GH. Phase II trial of second-line erlotinib and digoxin in patients with non-small cell lung cancer (NSCLC). Journal of Clinical Oncollogy 2009;27 (supplement): e19077

72. Xiang D, Garbett NC, Chaires J, Laber DA, Kloecker GH. Plasma thermogram profiling: A novel biomarker for lung cancer. Journal of Clinical Oncollogy 2009;27 (supplement): e22074

73. Rosenberg JE, Drabkin HA, Lara Jr. P, Harzstark AL, Figlin RA, Smith GW, Erlandsson F, Laber DA. A phase II, single-arm study of AS1411 in metastatic renal cell carcinoma (RCC). Journal of Clinical Oncollogy 2010;28 (supplement): 4590

74. Zhang W, Rabinowits G, Janckila AJ, Yam L, Hendler FJ, Laber DA, Li C, Kloecker GH. Effect of zoledronic acid on tartrate-resistant acid phosphatase isoform 5b (TRAP-5b) and other bone markers in lung cancer patients with bone metastasis. Journal of Clinical Oncollogy 2010;28 (supplement): e18118

75. Janjua MA, Kayali F, Jain D, Salvador C, Rabinowits G, Laber DA, Kloecker GH. A phase II trial of extended interval port-a-cath (PAC) flushes. Journal of Clinical Oncology 2010;28 (supplement): e19635

76. Abdolmohammadi A, Maurisse R, Bedayat B, DeSemir D, Laber DA, Gruenert DC. S equence-Specific Conversion of $\beta^A$- to $\beta^S$-Globin by Small Fragment Homologous Replacement In Hematopoietic Stem/Progenitor Cells. Blood 2010;116:3754

77. Zhang W, Shams M, Moffett P, Rabinowits G, Salvador C, Kloecker GH, Laber DA. Final results of a phase II study of cyclophosphamide, etoposide, and estramustine in patients with castration-resistant prostate cancer. Journal of Clinical Oncology 2011;29 (supplement): e15084

78. Mhaskar R, Koipallil G, Thomas N, Visweshwar N, Laber DA, Patel AK, Jaglal M. Meta-Analysis of Direct Oral Anticoagulants for the Treatment of Venous Thromboembolism in Patients with Active Malignancy. Blood 2018;132:363. https://doi.org/10.1182/blood-2018-99-120271

79. Jaglal M, Laber DA, Patel AK, Haider M, Eatrides J, Visweshwar N, Abowali H. A Meta-Analysis on the Efficacy of Thrombopoietin (TPO) Agonists in Reducing the Need of Platelet Transfusion before Procedures in Chronic Liver Disease Patients. Blood 2019;134:2108. DOI: https://doi.org/10.1182/blood-2019-129521

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 37

80. Shields MD, Skelton WP IV, <u>Laber DA</u>, Verbosky M, Ashraf N. A novel case of leflunomide-induced thrombotic thrombocytopenic purpura (TTP). University of South Florida, USF Health Research Day 2021. February 26, 2021 https://health.usf.edu/research/upcoming-research-days

<u>PRESENTATIONS:</u>

1. <u>Laber DA</u>.  Acne conglobata causing ankylosis of the wrists and ankylosing spondylitis. Oral presentation.  American College of Physicians, Ohio Chapter.  Columbus, Ohio. October 1996.

2. <u>Laber DA</u>.  Higher dose docetaxel in patients with hormone refractory prostate cancer (HRPC).  Long-term results of a phase II study.  Poster session.  39th Annual Meeting of the American Society of Clinical Oncology, Chicago, IL.  May 31-June 3, 2003.

3. Choudry MA, <u>Laber DA</u> (Mentor).  Phase II Study of Cyclophosphamide, Etoposide and Estramustine in Patients with Androgen Independent Prostate Cancer.  Poster session. Research!Louisville 2004.  November 8-12, 2004.  Honorable Mention Award.

4. Choudry MA, <u>Laber DA</u>.  Phase II Study of Cyclophosphamide, Etoposide and Estramustine in Patients with Androgen Independent Prostate Cancer.  Poster session.  2005 Prostate Cancer Symposium, Orlando, FL.  February 17-19, 2005.

5. <u>Laber DA</u>.  Phase II study of higher dose docetaxel in androgen independent prostate cancer. Poster session.  2005 Prostate Cancer Symposium, Orlando, FL.  February 17-19, 2005.

6. <u>Laber DA</u>.  Update on the First Phase I Study of AGRO100 in Advanced Cancer.  Poster session.  41st Annual Meeting of the American Society of Clinical Oncology, Orlando, FL. May 13-17, 2005.

7. <u>Laber DA</u>.  A Phase I Study of AS1411 (AGRO100) in Advanced Cancer.  Faculty Research Day Poster Competition Winner, Second Place: Potential for Major Clinical Applications. Research!Louisville 2005.  October 31- November 4, 2005.

8. Martin ME, <u>Laber DA</u>.  A phase I Study of Docetaxel in Combination with Doxorubicin HCI Liposome Injection in Advanced Androgen Independent Prostate Cancer.  Poster session. 2006 Prostate Cancer Symposium, San Francisco, CA.  February 24-26, 2006.

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 38

9.  Moffett PU, <u>Laber DA</u>.  Update on a Phase II Study of Cyclophosphamide, Etoposide and Estramustine in Patients with Androgen Independent Prostate Cancer.  Poster session.  42nd Annual Meeting of the American Society of Clinical Oncology, Atlanta, GA. June 2-6, 2006.

10. <u>Laber DA</u>.  Proposed Guidelines for Anticoagulation during Cardiac Surgery Using Argatroban.  Poster session.  11th Congress of the European Hematology Association. Amsterdam, The Netherlands. June 15-18, 2006.

11. <u>Laber DA</u>.  Pregnancy-Induced Pure Red-Cell Aplasia, A Distinct Syndrome.  Poster session. 11th Congress of the European Hematology Association. Amsterdam, The Netherlands. June 15-18, 2006.

12. <u>Laber DA</u>.  A phase II study of docetaxel in combination with doxorubicin HCI liposome injection in advanced androgen-independent prostate cancer.  Poster session.  2007 Prostate Cancer Symposium, Orlando, FL.  February 22-24, 2007.

13. <u>Laber DA</u>. Perisetti NM, Ferguson LA, Kloecker GH.  A Phase II Study of Docetaxel in Combination with Doxorubicin HCI Liposome Injection (Doxil) in Metastatic Androgen-Independent Prostate Cancer.  Poster session.  2008 Prostate Cancer Symposium, San Francisco, CA.  February 14-16, 2008.

14. Mhaskar R, Koipallil G, Thomas N, Visweshwar N, <u>Laber DA</u>, Patel AK, Jaglal M. Meta-Analysis of Direct Oral Anticoagulants for the Treatment of Venous Thromboembolism in Patients with Active Malignancy. Poster session. 2018 American Society of Hematology Annual Meeting. San Diego, CA. December 1-4, 2018

15. Jaglal M, <u>Laber DA</u>, Patel AK, Haider M, Eatrides J, Visweshwar N, Abowali H. A Meta-Analysis on the Efficacy of Thrombopoietin (TPO) Agonists in Reducing the Need of Platelet Transfusion before Procedures in Chronic Liver Disease Patients. Poster session. 2019 American Society of Hematology Annual Meeting. Orlando, FL. December 7-10, 2019

## **RESEARCH FUNDING:**

<u>GRANT SUPPORT</u>

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 39

| | |
|---|---|
| HRSA H30MC24046-02-00, Southeast Region Comprehensive and Diagnostic Bleeding Disorders Treatment Center Program<br>P.I.: Damian A. Laber | 6/2013-5/2014<br>$ 15,000 |
| CDC 5U27DD000862-02, Public Health Surveillance for the Prevention of Complications of Bleeding and Clotting Disorders<br>P.I.: Damian A. Laber | 9/2013-9/2014<br>$ 10,000 |
| NIH K30HL004149, Clinical Research Curriculum Award (K30) Clinical Research, Epidemiology & Statistical Training<br>P.I.: Carlton A. Hornung<br>Role: Faculty | 8/2000-7/2005<br>$ 1,000,000 |
| Kentucky Lung Cancer Research Program<br>"A Novel Marker and Therapeutic Target for Lung Cancer"<br>P.I.: Paula J. Bates<br>Role: Co-Investigator | 9/2001-8/2004<br>$ 150,000 |

## CLINICAL RESEARCH SUPPORT

1. TGH: Pro00026925. MCC 18796
   Association of immune thrombocytopenic purpura and cancer: long term experience in two affiliated academic centers
   Co Investigator.                                                        2014-current
   Investigator initiated

2. USF IRB#: Pro00016133. A Phase II Multicenter Randomized Trial Evaluating 3-year Disease Free Survival in Patients With Locally Advanced Rectal Cancer Treated With Chemoradiation Plus Induction or Consolidation Chemotherapy and Total Mesorectal Excision or Non- operative Management
   Co Investigator                                                          2015-2019
   Memorial Sloan Kettering Cancer Centerj. Budget $100,000

3. TGH: CSEG101A2202 WIRB® Protocol #20172010
   A phase 2, Multicenter, Open-Label Study to Assess PK/PD of SEG101 (crizanlizumab), with or without Hydroxyurea/Hydroxycarbamide, in Adult Sickle Cell Patients with Vaso-Occlusive Crisis
   Co Investigator.                                                         2018-2019
   Novartis Pharmaceuticals. Budget $ 20,000

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 40

4.  TGH:  B5201002: An open level extension study to evaluate the safety of Rivipansel (GMI-
    1070) in the treatment of one or more vaso-occlusive crisis in hospitalized subjects with
    sickle cell disease
    Co Investigator.                                                                    2015-2019
    Pfizer Pharmaceuticals. Budget $ 30,000

5.  TGH:  B5201003: A phase 3, multicenter, randomized, double-blind, placebo-controlled,
    parallel-group study to evaluate the efficacy and safety of Rivipansel (GMI-1070) in the
    treatment of vaso-occlusive crisis in hospitalized subjects with sickle cell disease
    Co Investigator.                                                                    2015-2019
    Pfizer Pharmaceuticals. Budget $ 30,000

6.  TGH:  SGSC-005 WIRB® Protocol #20152821. A Phase 2 Study of the Safety and
    Effectiveness of SANGUINATE™ in the Treatment of Vaso-occlusive Crises in the
    Ambulatory Setting: A Placebo-Controlled, Single-Dose, Single-Blind Study in Adults with
    Sickle Cell Disease
    Co Investigator.                                                                    2017-2018
    Prolong Pharmaceuticals. Budget $ 24,000

7.  TGH:  SGHY-001: An Open-label Phase 1 Safety Study of SANGUINATE™ infusion in
    patients with acute severe anemia who are unable to receive red blood cell transfusion
    Co Investigator.                                                                    2016-2017
    Prolong Pharmaceuticals. Budget $ 57,000

8.  MCC/TGH:  Iron Clad: 1V1T14039: Can Iron Lessen Anemia Due to cancer and
    chemotherapy: A multicenter, randomized, double-blinded, controlled study to investigate
    the efficacy and safety of Injectafer® (ferric carboxymaltose injection)
    Co Investigator.                                                                    2016-2017
    Luitpold Pharmaceuticals. Budget $ 15,000

9.  TGH:  Protein X  USF IRB# Pro00031626
    Analysis of the components of "Protein X" and their effects on transformation of blood
    progenitor cells
    Co Investigator.                                                                    2016-2017
    Investigator initiated.

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 41

10. USF IRB Study # Pro00005698:  The Role of Myeloid Derived Suppressor Cells (MDSC) in
    Human Pancreatic Cancer Progression.
    Co Investigator.                                                          2015-2016
    Investigator initiated.

11. USF IRB#: Pro00016144:  Pilot Study of Preoperative chemoradiation for glioblastoma.
    Co Investigator.                                                          2014-2015
    Investigator initiated.

12. USF IRB#: Pro00015970:  CDC Public Health Surveillance Project (CDC PHSP) for
    Bleeding Disorders: Population Profile, Mortality Reporting and the Registry for Bleeding
    Disorders Surveillance.
    Principal Investigator at USF.                                            2013-2014
    Sponsor: CDC.  Budget $ 10,000

13. HSPPO # 433-03 WIRB® Protocol #20031122:  Phase 1 Study of AS1411 in Advanced
    Solid Tumors.
    Principal Investigator.                                                   2005-2006
    Sponsor:  Antisoma Research Ltd.  Budget $ 350,000

14. HSPPO # 433-03 APT-1-0603 WIRB® Protocol #20031122:  Phase 1 Study of AGRO100 in
    Advanced Solid Tumors.
    Principal Investigator.                                                   2003-2004
    Sponsor:  Aptamera, Inc.  Budget $ 250,327

15. HSPPO # 03.0252:  A Study of Circulating Nerve Growth Factor in Patients with Prostate
    Cancer.
    Principal Investigator.                                                   2003-2008
    Investigator initiated.

16. HSC # 398-02:  Evaluation of a Novel Cancer Marker.
    Principal Investigator.                                                   2002-2004
    Sponsor:  Kentucky Lung Cancer Research Fund.  Budget $150,000

17. HSC # 415-02:  A Study of Nucleolin Stained Sputum Samples in Patients with Lung Cancer
    or Pulmonary Metastasis, and in Patients at High Risk for Lung Cancer or Pulmonary
    Metastasis.
    Principal Investigator.                                                   2002-2004
    Sponsor:  Kentucky Lung Cancer Research Fund.  Budget $150,000

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 42

18. HSPPO # 312-01:  A Retrospective Study of Heparin-Induced Thrombocytopenia (HIT) and
     Thrombosis Syndrome (TS).
     <u>Principal Investigator</u>.                                                    2001-2004
     Investigator initiated.

19. HSPPO # 03.0575:  Phase I/II Study of Docetaxel (Taxotere) in Combination with
     Doxorubicin HCl Liposome Injection (Doxil) in Advanced Androgen-Independent Prostate
     Cancer (AIPC).
     <u>Principal Investigator</u>.                                                    2003-2009
     Sponsors: Ortho-Biotech and Sanofi-Aventis.  Budget $ 221,000

20. HSPPO # 01.0486:  A Phase II Study of Cyclophosphamide, Etoposide, and Estramustine in
     Metastatic Androgen-Independent Prostate Cancer.
     <u>Principal Investigator</u>.                                                    2001-2010
     Investigator initiated.

21. HSPPO # 04.0289:  Phase II Study of Oxaliplatin and Capecitabine in Advanced Head and
     Neck Cancer.
     <u>Principal Investigator</u>.                                                    2004-2008
     Sponsor:  Sanofi-Aventis.  Budget $ 277,000

22. HSPPO # 02.0559:  Phase I Study of Capecitabine, Temozolomide and Thalidomide in the
     Treatment of Advanced Solid Tumors.
     <u>Principal Investigator</u>.                                                    2002-2010
     Investigator initiated.

23. HSPPO # 05.0591: A retrospective study of cancer patients.
     <u>Principal Investigator</u>.                                                    2005-2010
     Investigator initiated.

24. HSPPO # 07.0369: Markers of Thrombosis in Patients with Cancer Treated with Systemic
     Therapy.
     <u>Principal Investigator</u>.                                                    2005-2010
     Investigator initiated.

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 43

25. HSPPO # 08.0350: A Phase II, Open Label, Single-Arm Study of AS1411 in Patients with
    Metastatic Renal Cell Carcinoma.
    Principal Investigator at UofL.                                              2008-2010
    Sponsor: Antisoma, Inc.  Budget $ 500,000

26. HSPPO # 07.0297: (ECOG 2805) ASSURE. A Randomized, Double-Blind Phase III Trial of
    Adjuvant Sunitinib vs Sorafenib vs Placebo in Patients with Resected Renal Cell Carcinoma..
    Principal Investigator at UofL.                                              2007-2010
    Sponsor: University of Michigan.  Budget $ 8,750

27. HSPPO # 07.0172: (3066K1-404-WW) A Randomized Trial of temsirolimus versus
    Sorafenib as Second-Line Therapy in Patients with Advanced Renal Cell Carcinoma Who
    Have Failed First-Line Sunitinib Therapy.
    Principal Investigator at UofL.                                              2007-2010
    Sponsor: Wyeth Pharmaceuticals, Inc.  Budget $ 219,095

28. HSPPO # 07.0220: H3E-MC-JMHR:  A Randomized Phase 3 Study of Pemetrexed in
    Combination with Cisplatin versus Cisplatin Monotherapy in Patients with Recurrent or
    Metastatic Head and Neck Cancer.
    Principal Investigator at UofL.                                              2007-2010
    Sponsor: Lilly Research Laboratories.  Budget $ 86,562

29. HSPPO # 08.0324: (3066K1-3311-WW) Phase 3b, Randomized, Open-Label Study of
    Bevacizumab (Avastin) + Temsirolimus (Torisel) vs Bebvacizumab (Avastin) + Interferon-
    Alfa (Roferon) as First-Line Treatment in Subjects With Advanced Renal Cell Carcinoma.
    Principal Investigator at UofL.                                              2008-2010
    Sponsor: Wyeth Pharmaceuticals, Inc.  Budget $ 280,075

30. HSPPO # 08.0535 - VEG108844: A Study of Pazopanib versus Sunitinib in the Treatment of
    Subjects with Locally Advanced and/or Metastatic Renal Cell Carcinoma.
    Principal Investigator at UofL.                                              2008-2010
    Sponsor: Glaxo Smith Kline.  Budget $ 197,459

31. HSPPO # 08.0509.: A randomized placebo-controlled trial of the efficacy and tolerability of
    flexibly dosed pregabalin in the treatment of cancer-induced bone pain.
    Principal Investigator at UofL.                                              2008-2010
    Sponsor: Pfizer.  Budget $ 25,000

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 44

32. HSPPO # 09.0144: E3805 – CHAARTED: ChemoHormonal Therapy versus Androgen
Ablation Randomized Trial for Extensive Disease Prostate Cancer.
Principal Investigator at UofL.                                           2009-2010
Sponsor:  ECOG.  Budget $ 20,000

33. HSPPO # 09.0067: CALGB 90203: A Randomized Phase III Study of Neoadjuvant
Docetaxel and Androgen Deprivation Prior to Radical Prostatectomy versus Immediate
Radical Prostatectomy in Patients with High-risk, Clinically Localized Prostate Cancer.
Principal Investigator at UofL.                                           2009-2010
Sponsor:  SWOG.  Budget $ 20,000

34. HSPPO # 09.0066.: S0421: Phase III Study of Docetaxel and Atrasentan versus Docetaxel
and Placebo for Patients with Advanced Hormone Refractory Prostate Cancer.
Principal Investigator at UofL.                                           2009-2010
Sponsor:  SWOG.  Budget $ 50,000

35. HSPPO # CRAD001L2202 An open-label, multicenter phase II study to compare the
efficacy and safety of RAD001 as first-line followed by second-line sunitinib versus sunitinib
as first-line followed by second-line RAD001 in the treatment of patients with metastatic
renal cell carcinoma.
Principal Investigator at UofL.                                           2009-2010
Sponsor:  Novartis.  Budget $ 182,914

36. HSPPO # Incyte - INCB 18424-351 JAK2 - A Randomized, Double-blind, Placebo-
controlled Study of the JAK Inhibitor INCB018424 Tablets Administered Orally to Subjects
with Primary Myelofibrosis (PMF), Post-Polycythemia Vera- Myelofibrosis (PPV-MF) or
Post-Essential Thrombocythemia-Myelofibrosis (PET-MF).
Principal Investigator at UofL.                                           2009-2010
Sponsor:  Incyte.  Budget $ 89,242

37. HSPPO # 07.0359: 20050236-BB-IND-8362:  A Randomized, Open-Label, Controlled,
Phase II Trial of Combination Chemotherapy with or without Panitumumab as 1st-Line
Treatment of Subjects with Metastatic or Recurrent Head and Neck Cancer and Cross-over
Second-Line Panitumumab Monotherapy of Subjects who Fail the Combination
Chemotherapy.
Principal Investigator at UofL.                                           2007-2009
Sponsor:  Amgen.  Budget $ 82,500

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 45

38. HSPPO # 07.0333:  20062088-105:  Phase 2, Single Arm, Open-Label, Multi-Center Trial of Panitumumab Monotherapy in Patients with Platinum-refractory Metastatic or Recurrent Squamous Cell Carcinoma of the Head and Neck.
Principal Investigator at UofL.                                                    2007-2009
Sponsor:  Amgen.  Budget $ 46,699

39. HSPPO # .: CRAD001L2401: An open-level, multi-center, expanded access study of RAD001 in patients with metastatic carcinoma of the kidney who are intolerant of or have progressed despite any available vascular endothelial growth factor receptor tyrosine kinase inhibitor therapy.
Principal Investigator at UofL.                                                         2009
Sponsor:  Novartis Pharmaceuticals.

40. HSPPO # 08.0013: G-0034:  A Phase 3 Randomized, Open-Label Study of Docetaxel in Combination with CG1940 and CG8711 versus Docetaxel and Prednisone in Taxane-Naïve Patients with Metastatic Hormone-Refractory Prostate Cancer with Pain.
Principal Investigator at UofL.                                                         2008
Sponsor:  Cell Genesys, Inc.  Budget $ 75,545

41. HSPPO # 06.0472: A Randomized, Double-Blind, Multicenter Study of Denosumab Compared with Zoledronic Acid in the Treatment of Bone Metastases in Hormone-Refractory Prostate Cancer.
Principal Investigator at UofL.                                                    2006-2008
Sponsor:  Amgen.  Budget $ 78,800

42. HSPPO # 130.07: CA183002-A Multicenter, Randomized Double-Blinded Phase II/III Study in the First-Line Treatment of Advanced Transitional Cell Carcinoma (TCC) of the Urothelium Comparing Vinflunine/Gemcitabine to Placebo/Gemcitabine in Patients who are Ineligible to Receive Cisplatin-Based Therapy (VINCENT).
Principal Investigator at UofL.                                                    2006-2007
Sponsor:  BMS.  Budget $ 72,025

43. HSPPO # 321-05:  CA183001—A Phase II Study of Intravenous (IV) Vinflunine in Patients with Locally Advanced or Metastatic Transitional Cell Carcinoma (TCC) of the Urothelium.
Principal Investigator at UofL.                                                    2005-2007
Sponsor:  BMS.  Budget $ 41,445.00

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 46

44. HSPPO # 165-06, S0431 Phase II Study of Trastuzumab (NSC-688097) in Advanced High
Grade Salivary Carcinoma.
Principal Investigator at UofL.                                                          2006-2007
Sponsor:  SWOG.  Budget $ 15,000

45. HSPPO # 746-01 Protocol B9E-US-S188:  Randomized Trial of Gemcitabine Plus Docetaxel
vs. Docetaxel Plus Capecitabine in Metastatic Breast Cancer in 1st and 2nd Line Patients.
Principal Investigator at UofL.                                                          2001-2005
Sponsor:  Eli Lilly and Company.  Budget $ 48,000

46. HSPPO # 352-05:  Open Label, Non-Comparative Treatment Protocol for the use of
Sorafenib in Patients with Advanced Renal Cell Carcinoma.
Principal Investigator at UofL.                                                          2005-2006
Sponsor:  Pharmanet, Inc.  Budget $ 30,000

47. HSPPO # 336-03:  Three Arm Randomized Open-Label Study of Interferon Alfa Alone,
CCI-779 Alone, and the Combination of Interferon Alfa and CCI-779 in First Line Poor-
Prognosis Subjects with Advanced Renal Cell Carcinoma.
Principal Investigator at UofL.                                                          2003-2005
Sponsor:  Wyeth.  Budget $ 120,600

48. HSPPO # 593-04 TLK 286.3020:  Randomized Study of TLK286 (Telcyta) versus Gefitinib
(Iresssa) as Third-Line Therapy in Locally Advanced or Metastatic Non-Small Cell Lung
Cancer.
Principal Investigator at UofL.                                                          2004-2005
Sponsor:  Telik.  Budget $ 39,500

49. HSPPO # 568.04, B9E-US-337:  A Research Study of Avastin plus Gemcitabine plus 5-
Fluorouracil and Leucovorin (same as A + FFG) compared to Avastin plus Oxaliplatin and 5-
Fluorouracil and Leucovorin (same as A + FOLFOX 4) as Patients with Metastatic
Colorectal Cancer.
Principal Investigator at UofL.                                                          2004-2005
Sponsor:  Lilly Research Laboratories.  Budget $ 25,500

50. HSPPO # 600-03:  A Randomized, Double Blind, Placebo Controlled, Multicenter Phase III
Study Comparing GW572016 and Letrozole versus Letrozole in Subjects with Estrogen,
Progesterone Receptor Positive Advanced or Metastatic Breast Cancer.
Principal Investigator at UofL.                                                          2003-2005
Sponsor:  GSK.  Budget $ 118,525

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 47

51. KCI # 98-3:  A Phase II Study of Docetaxel in the Treatment of Advanced Prostate Cancer
Refractory to Primary Hormonal Manipulation and Anti-androgen Withdrawal.
<u>Principal Investigator at UofL</u>.                                                         2001-2005
Sponsor:  Aventis Pharmaceuticals Inc.  Budget $ 64,000

52. HSC # 9-02 Protocol (20010102):  A Randomized, Open-Label Study of Darbepoetin Alfa
(Novel Erythropoiesis Stimulating Protein, NESP) Using Fixed Weight-Based Dosing for the
Treatment of Anemia in Subjects with Non-myeloid Malignancies Receiving Multicycle
Treatment.
<u>Principal Investigator at UofL</u>.                                                         2002-2003
Sponsor:  Amgen Inc.  Budget $ 49,550

53. HSPPO # 06.0428:  A Randomized Phase 3 Trial of Alimta (Pemetrexed) and Carboplatin
versus Etoposide and Carboplatin in Extensive-Stage Small Cell Lung Cancer.
<u>Co-Investigator</u>.                                                                        2006-2010
Sponsors:  Lilly Research Laboratories.  Budget $ 115,000

54. HSPPO # 06.0074:  Randomized, Phase II, Open-Label Controlled Study of Two Different
Doses and Schedules of EMD 72000 (Matuzumab) in Combination with Pemetrexed or
Pemetrexed alone, as Second-Line Treatment in Subjects with Stage IIIB/IV Non Small-Cell
Lung Cancer and Progressive Disease after First-Line Treatment with a Platinum Analogue
in Combination with Either Taxanes or Gemcitabine.
<u>Co-Investigator</u>.                                                                        2006-2010
Sponsors:  EMD Pharmaceuticals, Inc.  Budget $ 45,000

55. HSPPO # 00.0362:  A Phase III Multi-Institutional Randomized Study of Immunization with
the gp 100: 209-217 (210M) Peptide Followed by High Dose IL-2 vs. High Dose IL-2 in
Patients with Metastatic Melanoma.
<u>Co-Investigator</u>.                                                                        2001-2010
Sponsors:  NCI/EPP and Chiron.  Budget $ 26,500

56. HSPPO # 04.0567, S9925:  Lung Cancer Specimen Repository Protocol, Ancillary.
<u>Co-Investigator</u>.                                                                        2004-2010
Sponsor:  Southwest Oncology Group.  Budget $ 15,000

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 48

57. HSPPO # 04.0648:  Phase II Trial of Biochemotherapy (Cisplatin, Vinblastine, DTIC, plus
    IL-2 and Interferon) + Digoxin in Patients with Metastatic Melanoma.
    Co-Investigator.                                                    2004-2008
    Investigator initiated.

58. HSPPO # 566-04, S0124:  Randomized Phase III Trial of Cisplatin and Irinotecan versus
    cisplatin and Etoposide in Patients with Extensive Stage Small-Cell Lung Cancer.
    Co-Investigator.                                                    2004-2007
    Sponsor:  Southwest Oncology Group.  Budget $ 6,000

59. HSPPO # 145-06:  Randomized Phase III Trial of Adjuvant vs Neo adjuvant Chemotherapy
    with Cisplatin and Docetaxel for Patients with Early Stage Non small Cell Lung Cancer.
    Co-Investigator.                                                    2006-2007
    Sponsors:  University of Pittsburgh.  Budget $ 25,000

60. HSPPO # 215-05, BAY 43-9006:  Phase II Randomized, Placebo Controlled Study of
    Sorafenib in Repeated Cycles of 21 Days in Combination with Dacarbazine (DTIC)
    Chemotherapy in Subjects with Unresectable Stage III or Stage IV Melanoma.
    Co-Investigator.                                                    2005-2006
    Sponsor:  Bayer Pharmaceuticals and Onyx Pharmaceuticals, Inc.  Budget $ 76,580

61. HSPPO # 507-04:  Phase III Trial of Doxorubicin and Cyclophosphamide (AC) Followed by
    Weekly Paclitaxel With or Without Trastuzumab as Adjuvant Treatment for Women with
    HER-2 Over-Expressing or Amplified Node Positive or High-Risk Node Negative Breast
    Cancer.
    Co-Investigator.                                                    2004-2005
    Sponsor:  Intergroup.  Budget $ 15,000

62. HSPPO #, M200-1203:  Phase II Open-Label Study of M200 in Combination with
    Dacarbazine (DTIC) in Patients with Metastatic Melanoma Not Previously Treated with
    Chemotherapy.
    Co-Investigator.                                                    2004-2005
    Sponsor:  Protein Design Labs, Inc.  Budget $ 72,476

63. HSPPO # 418-04:  A Two Stage Trial of STA-4783 in Combination with Weekly Paclitaxel
    for Treatment of Patients with Metastatic Melanoma.
    Co-Investigator.                                                    2004-2005
    Sponsor: Synta.  Budget $ 47,685

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 49

64. HSC # 568-01:  Phase II Study of Temozolomide and Thalidomide in the Treatment of
Advanced Melanoma.
Co-Investigator.                                                                                      2001-2005
Sponsor:  Schering Plough.  Budget $ 60,000

65. RTOG # 99-02:  A Phase III Protocol of Androgen Suppression (AS) and Radiation Therapy
(RT) vs. AS and RT Followed by Chemotherapy with Paclitaxel, Estramustine, and
Etoposide (TEE) for Localized, High-Risk, Prostate Cancer.
Co-Investigator.                                                                                      2002-2004
Sponsor:  RTOG.  Budget $ 30,000

66. HSC # 904-00: Nucleolin:  A Novel Marker and Therapeutic Target for Lung Cancer.
Co-Investigator.                                                                                      2001-2004
Sponsor:  Kentucky Lung Cancer Research Fund.  Budget $150,000

67. HSC # 454-99:  Early Phase Development of Tumor Markers for Improved Diagnosis and
Treatments in Recently Diagnosed Breast, Lung Colon, Head and Neck, Melanoma, Ovarian
and Uterine Cancer.
Co-Investigator.                                                                                      2001-2004
Investigator initiated.

68. HSC # 210-01:  Open Label Multi-Center Trial of Femara (letrozole) 2.5 mg as First-Line
Therapy in Postmenopausal Woman with Metastatic Breast Cancer Relapsing following
Adjuvant Tamoxifen Therapy.
Co-Investigator.                                                                                      2001-2004
Sponsor:  Novartis Pharmaceuticals Corp.  Budget $ 20,000

69. HSC # 568-02, SWOG 0008:  Phase III Trial of High-Dose Interferon Alpha-2b vs.
Cisplatin, Vinblastine, DTIC plus IL-2 and Interferon in Patients with High-Risk Melanoma.
Co-Investigator.                                                                                      2002-2003
Sponsor:  SWOG.  Budget $ 8,450

70. HSPPO #, S0341:  Phase II Trial of OSI-774 (NSC-718781) in Patients with Advanced Non-
Small Cell Lung Cancer and a Performance Status of 2.
Co-Investigator.                                                                                      2001-2003
Sponsor: Southwest Oncology Group.  Budget $ 10,000

CONTINUED

Damian A. Laber, M.D., F.A.C.P.
Page 50

71. HSC # 361-01:  Phase III Randomized Study of Adjuvant Immunotherapy with Monoclonal
Antibody 17-1A versus No Adjuvant Therapy Following Resection for Stage II (Modified
Astler-Coller B2) Adenocarcinoma of the Colon.
Co-Investigator.                                                              2001-2003
Sponsor:  NCI.  Budget $ 25,875

72. HSC # 630-00:  A Prospective, Randomized, Open-Label Phase III Trial of Chemotherapy
with Carboplatin and Paclitaxel, versus Carboplatin and Paclitaxel in combination with ISIS
3521, an Anti-sense Inhibitor of Protein Kinase C Alpha, in Patients with Advanced,
Previously Untreated Non-Small Cell Lung Cancer.
Co-Investigator.                                                              2001-2003
Sponsor:  ISIS Pharmaceuticals.  Budget $ 60,000

73. HSC # 471-00:  Randomized Study of Dacarbazine Plus G3139 (Bcl-2 Antisense
Oligonucleotide) in Patients with Advanced Malignant Melanoma.
Co-Investigator.                                                              2001-2003
Sponsor:  Genta Incorporated.  Budget $ 63,450

74. HSC # 13-00:  A Multicenter Study of NeoAdjuvant CVD/IL-2/IFN in Patients with Stage III
Malignant Melanoma.
Co-Investigator.                                                              2001-2003
Sponsor:  Chiron Corporation and Schering Corporation.  Budget $ 17,500

75. HSC # 861-00:  A Multi-Center, Open-Label, Randomized, Two-Arm Trial of Irinotecan
(CPT-11) Versus the Combination of Oxaliplatin + Irinotecan (CPT-11) as Second-Line
Treatment of Metastatic Colorectal Carcinoma.
Co-Investigator.                                                              2001-2002
Sponsor:  Sanofi-Synthelabo Inc.  Budget $ 120,000

76. HSC # 142-01:  A Multi-Center, Open-Label, Randomized, Three-Arm Study of 5-
Fluorouracil (5-FU) Plus Leucovorin (LV) or Oxaliplatin or a Combination of 5-FU/LV +
Oxaliplatin as Second-Line Treatment of Metastatic Colorectal Carcinoma.
Co-Investigator.                                                              2001-2002
Sponsor:  Sanofi-Synthelabo Inc.  Budget $ 120,000