UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br>Civil Action No. 2:17-cv-05372<br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Plaintiff, Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails, submits this Statement of Undisputed Material Facts in Opposition to the Motion for Summary Judgment submitted by Defendants:

**I.  General Undisputed Facts**

1. This action was brought by Plaintiff Nicole Nails Stone, the daughter of decedent Raymond Nails, individually and as executrix of Mr. Nails' estate. See Pl's. Compl., Doc. 1, No. 2:17-cv-05372.

2. Xarelto is an anticoagulant medication used to reduce the risk of strokes and systemic emboli.

3. Dr. Samuel Stagg prescribed Xarelto to Mr. Nails because of Mr. Nails' underlying

health conditions, including atrial fibrillation. (Defendant Exh. A, Dr. Samuel Stagg, III Dep. 34:20-36).

## II. Failure to Warn

4. Dr. Stagg's depo testimony **did not state** that he was warned of Xarelto's increased risk of bleeding, and uncontrollable bleeding which may persist greater than 48 hours after its use is discontinued.

5. Xarelto's warning label did not warn of its increased risk of bleeding as compared to other available anticoagulants, nor did it warn of uncontrollable bleeding that may persist beyond 48 hours after its use is discontinued.

6. A different warning would have prevented its prescription by a prudent physician.

7. Mr. Nails underwent surgery on June 14, 2016 to remove the diseased part of his colon. (Defendant Exh. G, Terrebonne General Medical Center Discharge Summary).

8. Nurse Practitioner Annette Windham pre-screened Mr. Nails for his surgery and was equivocal about confirming that Mr. Nails had discontinued use of Xarelto, stating that she "confirmed" with Mr. Nails or "someone" in his room at the time that he had discontinued its use. (Defendant Exh. H, Dep. 39:4-8).

9. Nurse Practitioner Windham was not made aware of the increased risk of bleeding, and/or the uncontrollable bleeding, associated with the use of Xarelto. . .she knew only what was on the label, and that there is a risk of normal bleeding with the use of any anticoagulant.

## III. Medical Causation

10. Donald P. Schwab, Jr., M.D. was the surgeon who performed the surgery on decedent, Raymond Nails, at the time of his death.

11. The affidavit of Dr. Schwab, and his deposition, reveal that decedent, Raymond Nails, developed an uncontrollable hemorrhage during surgery.

12. The affidavit of Dr. Schwab, and his deposition, reveal that multiple unsuccessful attempts were made during the surgery of Mr. Nails to control the bleeding.

14. The affidavit of Dr. Schwab reveals that shortly after his surgery, Mr. Nails died from hemorrhagic shock.

15. The affidavit of Dr. Schwab states that he, Dr. Schwab, was unaware of the increased risk of bleeding associated with the use of Xarelto as compared to other available anticoagulants.

16. The affidavit of Dr. Schwab states that the manufacturer's warning label was inadequate because it did not warn of the increased risk associated with the use of Xarelto after discontinuing its use for 48 hours.

17. The affidavit of Dr. Schwab states that had he been warned of the increased risk of using Xarelto, compared to other available anticoagulants, he would have changed his decision to operate on Mr. Nails, and conducted the surgery when the manufacturer advised him that it was safe, as far as the use of Xarelto was concerned.

18. The affidavit of Dr. Laber states that Xarelto caused, or significantly contributed to the death of Raymond Nails, and that the Xarelto warning label was indadequate.

Respectfully submitted,

Damon J. Baldone & Associates

Damon J. Baldone, TA (LBN 21997)
Thomas E. Dunn, (LBN 5185)
162 New Orleans Boulevard
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
Email: dbaldone@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Thomas E Dunn