UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br>Civil Action No. 2:17-cv-05372<br>        Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>        Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO FILE AFFIDAVIT OF MEDICAL EXPERT

**MAY IT PLEASE THE COURT:**

    Plaintiff relied upon the Affidavit of the operating physician, Charles Schwab, Jr. M.D. who was an eyewitness to the death of Raymond Nails, to prove causation. Defendants subsequently deposed Dr. Schwab, and at that time Dr. Schwab retracted in part his earlier statements that Xarelto was the cause of the death of Raymond Nails.

    Plaintiff now has the affidavit of Damian A. Laber, M.D. who specializes in hematology, and oncology. It is Dr. Laber's opinion, after having examined all of the medical records of Raymond Nails, that his use of Xarelto caused, or significantly contributed to, his death.

    Due to the deposition testimony of Dr. Schwab, plaintiff was required to locate another medical witness in order to prove causation. Damian A. Laber, M.D. is a medical expert specializing in hematology, and oncology, and his opinion supports plaintiff's allegations that his death was due to his use of Xarelto, and the manufacturer's inadequate warning label.

Respectfully submitted,

Damon J. Baldone & Associates

_____
Damon J. Baldone, TA (LBN 21997)
Thomas E. Dunn, (LBN 5185)
162 New Orleans Boulevard
Houma, Louisiana 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
Email: dbaldone@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16 , 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

_____
Thomas E. Dunn