UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    **AUG 12 2021**

CAROL L. MICHEL
CLERK

)

Estate of Christine Watts                    )

Plaintiff                                            )

)

vs.                                                   )        Civil Action No. 2: 21-CV-v 00940

)

Janssen Research & Development et al.   )

Defendants

NOTICE TO COURT OF CIVIL SUMMONS EXECUTED

Plaintiff comes advising court of Defendants receipt of civil summons that was served.

Receipts are attached to this notice.

Date: August 12, 2021

Respectfully submitted,

Leah Watts on Behalf of Christine Watts
PO BOX 3633 South Bend, IN 46619

TENDERED FOR FILING

AUG 12 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



**LAEDdb_ProSeDocs**

| | |
|---|---|
| **From:** | Christine Watts <christinehmf94@yahoo.com> |
| **Sent:** | Thursday, August 12, 2021 3:54 PM |
| **To:** | LAEDdb_ProSeDocs; Christinehmf94@yahoo.com |
| **Subject:** | Confidential |
| **Attachments:** | Civilsummonsexecuted.pdf |

**CAUTION - EXTERNAL:**

CIVIL SUMMONS ATTACHED

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.