AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Estate of Christine Watts | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:21-CV- 00940 L(5) |
| Janssen Research & Development et al. | ) |
| | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Ortho LLC
State road 933 KM 0.1
Street Statero, Gurabo,
Puerto Rico 00778
(787) 789-5000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christine Watts
C/O Leah Watts
PO BOX 3633
South Bend, IN 46619

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TENDERED FOR FILING

AUG 12 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Date: _____Jul 02 2021_____



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cu/9_    □ Agent   □ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>_Cob· /S_    _7/26/21_ |
| 1. Article Address:<br><br>Janssen Ortho LLC<br>State Road 933 KM 0.1<br>Street Statero, Gurabo<br>Puerto Rico 0778<br>(787) 789-5000 | D. Is delivery address different from Item 1? □ Yes<br>If YES, enter delivery address below: □ No |
| ‖‖‖‖‖‖‖ ‖‖‖‖‖‖ ‖‖ ‖ ‖ ‖‖‖‖‖ ‖‖‖ ‖‖<br>9590 9402 3151 7166 3820 65 | 3. Service Type<br>□ Adult Signature<br>□ Adult Signature Restricted Delivery<br>□ Certified Mail®<br>□ Certified Mail Restricted Delivery<br>□ Collect on Delivery<br>□ Collect on Delivery Restricted Delivery<br>‖ Restricted Delivery | □ Priority Mail Express®<br>□ Registered Mail™<br>□ Registered Mail Restricted Delivery<br>□ Return Receipt for Merchandise<br>□ Signature Confirmation™<br>□ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1290 0000 4637 7570 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt