## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE NAILS STONE, INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF RAYMOND FULTON NAILS<br>Civil Action No. 2:17-cv-05372<br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a/ JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br>Defendants. | MDL NO. 2592<br><br><br>SECTION: L<br><br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**JURY TRIAL DEMANDED** |

### ORDER

Considering Plaintiff's Motion to File the Affidavit of Damian A. Laber, M.D. in opposition to Defendants' Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED,** and that the Affidavit of Damian A. Laber, M.D. is hereby entered into evidence.

**NEW ORLEANS, LOUISIANA,** this ____ day of August, 2021.


**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**