UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| *Nicole Nails Stone, Individually, and as the Executrix of the Estate of Raymond Fulton Nails* Civil Action No. 2:17-cv-05372 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE UNTIMELY AFFIDAVIT

Defendants respectfully submit this Memorandum in Opposition to Plaintiff's motion seeking leave to file an untimely expert affidavit less than forty-eight hours before oral argument on Defendants' motion for summary judgment (Rec. Doc. 17996, Rec. Doc. 17998).

This is Plaintiff's third attempt to find a case-specific causation expert. Under Case Management Order 11, Plaintiff's deadline to produce a report from a case-specific causation expert was January 2, 2020. (*See* CMO 11 ¶¶ I.B.iv, I.B.ii, Rec. Doc. 12902.) On October 3, 2019, Plaintiff served her first report, from Dr. Karthik Sabapathi, who is located in Tamilnadu, India. (*See* Ex. 1.) Plaintiff did not provide all of the documents and materials required by CMO 11 and Fed.R.Civ.P. 26(a)(2) as they related to Dr. Sabapathi, and ultimately withdrew Dr. Sabapathi on October 28, 2020. (*See* Ex. 2.)

Defendants filed a motion for summary judgment on March 12, 2021. (Rec. Doc. 17940.) On March 24, 2021, Plaintiff filed her untimely opposition to Defendants' motion and submitted an affidavit from a second case-specific causation exert, Dr. Donald Schwab. (Rec. Doc. 17952.) After Dr. Schwab was deposed, Plaintiff asked the Court for leave to submit a new expert report.

This request, made at the July 1, 2021 case management conference, was denied by the Court. At that conference, the Court set July 21, 2021, for the due date for the defense reply brief and August 18, 2021, for oral argument of the summary judgment motion.

Defendants' reply brief, which focused on Dr. Schwab's testimony, was filed on July 19, 2021. (R. Doc. 17981.)

Now, less than forty-eight hours before oral argument and after the close of briefing on the motion, Plaintiff concedes that Dr. Schwab has "retracted" his affidavit. And she attempts to add a third case-specific causation expert, Dr. Damian Laber. Plaintiff's belated motion to now substitute Dr. Laber for the previous two failed experts as an attempted third strike is both untimely and, as Defendants will demonstrate at oral argument, insufficient to overcome summary judgment even if considered.

Respectfully submitted:

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/Kim E. Moore
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research
& Development, LLC f/k/a Johnson &
Johnson Pharmaceutical Research &
Development, LLC, Janssen Ortho LLC,
Janssen Pharmaceuticals, Inc. f/k/a/ Janssen
Pharmaceutica Inc. f/k/a Ortho-McNeil-
Janssen Pharmaceuticals, Inc., and Johnson
& Johnson*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/Andrew K. Solow
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP
Lindsey C. Boney IV
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/John F. Olinde
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Healthcare
Pharmaceuticals, Inc. and Bayer Pharma AG*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 17, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17. A copy of this filing will also be sent by electronic mail to Plaintiff's counsel at the following address:

    Damon J. Baldone
    Thomas E. Dunn
    Damon J. Baldone & Associates
    162 New Orleans Blvd.
    Houma, LA 70364
    Email: damon@baldonelaw.com
    Email: thomas@baldonelaw.com

                                          */s/ Kim E. Moore*
                                          **Kim E. Moore**