# EXHIBIT 1

**Causation letter – Raymond Nails**
**DOB:** REDACTED

I am a certified Physician (Dr. Karthik Sabapathi, M.B., B.S., and M.D., General Internal Medicine), graduated from Thanjavur Medical College, Tamilnadu, India and licensed to practice in the state of Tamilnadu, India.

Raymond Nails a 81 year-old man with a past medical history of atrial fibrillation for which he was prescribed and consumed Rivaroxaban (Xarelto). On 06/13/2016 Mr. Nails was diagnosed to have GI bleed leading to acute blood loss anemia and was hospitalized during the period 06/13/2016 to 06/14/2016 and expired on 06/14/2016.

Based upon my review of Mr. Nails's relevant medical records, as well as based upon my training education, experience as well as a review of the medical literature, I am of the opinion, that to a reasonable degree of medical probability, that Mr. Nails suffered, GI bleed leading to acute blood loss anemia on 06/13/2016 and died from hemorrhagic shock on 06/14/2016.

It is further my opinion that with a reasonable degree of medical probability Mr. Nails, suffered GI bleed leading to acute blood loss anemia and hemorrhagic shock, because of his risk factors including Caecal mass and use of Rivaroxaban (Xarelto) for the treatment of his atrial fibrillation.

Based on my education, training, and experience, and based on my review of medical literature, use of Rivaroxaban (Xarelto) increases risk of bleeding in at-risk patients, including increased risk of GI bleed and hemorrhagic shock. The use of Rivaroxaban (Xarelto), to a reasonable degree of medical probability, ultimately caused or contributed to his GI bleed leading to blood loss anemia and hemorrhagic shock leading to death.

**********