UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wayne Spaulding v. Janssen Research & Development, LLC, et al.*
CA# 2:17-10949

## ORDER

The Court is in receipt of the attached correspondence from the above-mentioned Plaintiff.

**IT IS ORDERED** that the attached correspondence be filed into the record **UNDER SEAL**.

**IT IS FURTHER ORDERED** that the attached correspondence be forwarded to Plaintiff's liaison counsel to take further action, if appropriate.

New Orleans, Louisiana, this 17th day of August 2021.

                                                    _____
                                                    UNITED STATES DISTRICT COURT JUDGE

CC:   Leonard Davis
         Herman, Herman & Katz, L.L.C.
         820 O'Keefe Avenue
         New Orleans, Louisiana 70113
         Email: ldavis@hhklawfirm.com