MINUTE ENTRY
FALLON, J.
AUGUST 18, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)                    MDL NO. 2592
   PRODUCTS LIABILITY LITIGATION

                SECTION: L (5)

THIS DOCUMENT RELATES TO:                       JUDGE FALLON
REF: 17-5372                                    MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Alexis Vice

Appearances: Damon Baldone, Esq. for Plaintiff Nicole Nails Stone
     Steve Glickstein, Esq. and Eric Paine, Esq. for Bayer defendants
     Susan Sharko, Esq. and Chanda Miller, Esq. for Janssen Defendants
     Leonard Davis, Esq. and Gerald Meunier, Esq. for Plaintiffs' Liaison Counsel

---

Hearing was held via Zoom.

Motion of Defendants, Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, for Summary Judgment (17940)

After oral argument – Motion was taken under submission.

JS10: :35