UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   AUG 17 2021
CAROL L. MICHEL
CLERK
```

Estate of Christine Watts )

Plaintiff )

)

vs. )

)

Janssen Research & Development et al. )

Defendants

14-md-2592 L(2)

Civil Action No. 2: 21-CV-v 00940

### NOTICE TO COURT OF CIVIL SUMMONS EXECUTED

Plaintiff comes advising court of Defendants receipt of civil summons that was served.

Receipts are attached to this notice.

Date: August 12, 2021

Respectfully submitted,

*Josh*

Leah Watts on Behalf of Christine Watts
PO BOX 3633 South Bend, IN 46619

**TENDERED FOR FILING**

AUG 17 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```

**LAEDdb_ProSeDocs**

| | |
|---|---|
| **From:** | Christine Watts <christinehmf94@yahoo.com> |
| **Sent:** | Tuesday, August 17, 2021 2:45 PM |
| **To:** | LAEDdb_ProSeDocs; Christine Watts |
| **Subject:** | Confidential |
| **Attachments:** | CWATTS CIVIL SUMMONS EXECUTION.pdf |

**CAUTION - EXTERNAL:**

Civil summons executed.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1