AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Estate of Christine Watts <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development et.al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-CV-00940 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Janssen Research & Development LLC
    One Johnson & Johnson Plaza
    New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Christine Watts
    C/O Leah Watts
    PO BOX 3633
    South Bend, IN 46619

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TENDERED FOR FILING

AUG 17 2021

Date: __Jul 02 2021__

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Carol L. Michel
Name of clerk of court

Deputy clerk's signature

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-CV-00940

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____Leah Watts, Representative____

was received by me on *(date)* ____July 16, 2021____

❏ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* ____Signature attached____, who is designated by law to accept service of process on behalf of *(name of organization)* ____Janssen Research & Development LLC.____ on *(date)* ____July 27, 2021____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.

Date: ____August 12, 2021____

*Server's signature*

Leah Watts, Representative
*Printed name and title*

PO BOX 3633

South Bend, Indiana 46619
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development LLC.
One Johnson & Johnson Plaza
New Brunswick NJ 08933

9590 9402 3151 7166 3821 33

2. Article Number (Transfer from service label)

7020 1290 0000 4637 7556

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt