UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : : *Christine Watts, et al.,* No. 2:21-cv-00940 : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### DEFENDANTS' MOTION TO DISMISS BAYER CORPORATION IN ORDER FOR THE COURT TO RETAIN DIVERSITY OF CITIZENSHIP

Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation (collectively, "Defendants")[1] respectfully submit this Motion to Dismiss Bayer Corporation in Order for the Court to Retain Diversity of Citizenship.

Plaintiff is and Plaintiff's Decedent was a citizen of Indiana (See Complaint, ¶¶13-14). Defendants move to dismiss Bayer Corporation, an Indiana corporation, to allow the Court to retain diversity jurisdiction pursuant to Fed. R. Civ. P. 21, which permits the Court to "drop a party" to preserve jurisdiction. This procedure is available here because Bayer Corporation is not an essential defendant. The two essential Bayer defendants, Bayer HealthCare Pharmaceuticals

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

1

Inc. and Bayer Pharma AG,[2] remain in the action.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: */s/Andrew Solow*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@arnoldporter.com
Steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@arnoldporter.com

**CHAFFE MCCALL L.L.P.**
By: */s/ John F. Olinde*
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation*

**FAEGRE DRINKER BIDDLE & REATH LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
=elephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*
Kim E. Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
kmoore@irwinllc.com

*Counsel for Defendants Janssen Research & Development LLC, and Janssen Ortho LLC*

---

[2] Bayer Pharma AG was named in the Complaint but has not yet been served.  Bayer Pharma AG preserves all applicable service defenses.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2021 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**

The undersigned hereby certifies that on August 25, 2021, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiff at her address of record.

*/s/ Chanda A. Miller*
**Chanda A. Miller**