UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | :  :  MDL No. 2592  :  :  SECTION L |
| THIS DOCUMENT RELATES TO: | :  :  JUDGE ELDON E. FALLON |
| *Christine Watts, et al.,* No. 2:21-cv-00940 | :  :  MAGISTRATE JUDGE NORTH  : |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO RESET SUBMISSION DATE TO OCTOBER 15, 2021 FOR THEIR MOTION TO DISMISS BAYER CORPORATION**

Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation (collectively, "Defendants") respectfully submit this Memorandum in Support of Their Motion to Reset Submission Date of their Motion to Dismiss Bayer Corporation (Rec. Doc. 18004) from September 15, 2021 to October 15, 2021 – a thirty (30) extension to comply with General Order No. 21-12 issued by the Eastern District of Louisiana.

Defendants filed the Motion to Dismiss Bayer Corporation on August 25, 2021. This Motion has a submission date of September 15, 2021. Hurricane Ida wreaked havoc on certain areas of South Louisiana, and the Eastern District of Louisiana in response issued on September 4, 2021 General Order No. 21-12 that suspended all deadlines for thirty (30) days commencing on August 26, 2021. Although plaintiff is from South Bend, Indiana and to our knowledge would not have been affected by Hurricane Ida, the EDLA's General Order extending deadlines

1

in all cases appears to apply to all parties. Therefore, in order to eliminate any ambiguity about the submission date and corresponding briefing dates pursuant to the EDLA Local Rules, Defendants respectfully request that the submission date be extended to a special setting on October 15, 2021, which would provide a thirty (30) day extension.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: */s/Andrew Solow*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@arnoldporter.com
Steven.glickstein@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@arnoldporter.com

**CHAFFE MCCALL L.L.P.**
By: */s/ John F. Olinde*
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Corporation*

**FAEGRE DRINKER BIDDLE & REATH LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*
Kim E. Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
kmoore@irwinllc.com

*Attorneys for Defendants Janssen Research & Development LLC, and Janssen Ortho LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2021 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**


The undersigned hereby certifies that on September 10, 2021, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiff at her address of record.

*/s/ Chanda A. Miller*
**Chanda A. Miller**