# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE ELDON E. FALLON |
| *Christine Watts, et al.,* No. 2:21-cv-00940 | : : | MAGISTRATE JUDGE NORTH |
| | : | |

## ORDER ON DEFENDANTS' MOTION TO RESET SUBMISSION DATE TO OCTOBER 15, 2021 FOR THEIR MOTION TO DISMISS BAYER CORPORATION

In consideration of General Order No. 21-12 issued by the Eastern District of Louisiana that suspended deadlines due to Hurricane Ida,

**IT IS ORDERED** that the submission date of Defendants' Motion to Dismiss Bayer Corporation (Rec. Doc. 18004) is rescheduled from September 15, 2021 to a special setting of October 15, 2021 at 9:00 a.m.

NEW ORLEANS, LOUISIANA this _____ day of September, 2021.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE