# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELDON E. FALLON |
| *Christine Watts, et al.*, No. 2:21-cv-00940 | |
| | MAGISTRATE JUDGE NORTH |

## ORDER ON DEFENDANTS' MOTION TO RESET SUBMISSION DATE TO OCTOBER 15, 2021 FOR THEIR MOTION TO DISMISS BAYER CORPORATION

In consideration of General Order No. 21-12 issued by the Eastern District of Louisiana, which suspended deadlines due to Hurricane Ida,

**IT IS ORDERED** that the submission date of Defendants' Motion to Dismiss Bayer Corporation (R. Doc. 18004) is rescheduled from September 15, 2021 to October 15, 2021 at 9:00 a.m.

New Orleans, Louisiana this 16th day of September, 2021

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE