# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 17-5372, Stone v. Janssen, et al | SECTION: L (5) |

## J U D G M E N T

Considering the Court's Order & Reasons entered herein on September 16, 2021, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of all defendants, and against plaintiff, Nicole Nails Stone, Individually and as the Executrix of the Estate of Raymond Fulton Nails, dismissing said plaintiff's complaint, with prejudice, and costs.

New Orleans, Louisiana, this __20th__ day of September, 2021.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**