UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Tim Brockus, et al.*, No. 2:20-cv-00110 | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew K. Solow of Arnold & Porter Kaye Scholer LLP and John F. Olinde of Chaffe McCall L.L.P. as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG in Case No. 2:20-cv-00110.

Dated: October 22, 2021

                Respectfully submitted,

                */s/ Andrew K. Solow*
                Andrew K. Solow
                ARNOLD & PORTER KAYE SCHOLER LLP
                250 West 55th Street
                New York, NY 10019-9710
                Telephone: (212) 836-8485
                andrew.solow@arnoldporter.com

                *Attorney for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

                */s/ John F. Olinde*
                John F. Olinde
                CHAFFE MCCALL L.L.P.
                1100 Poydras Street
                Suite 2300
                New Orleans, LA 70163
                Telephone: (504) 585-7241
                olinde@chaffe.com
                *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
John F. Olinde