## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Tim Brockus, et al.*, No. 2:20-cv-00110 | | |

### EX PARTE CONSENT MOTION TO ENROLL AS COUNSEL OF RECORD

Andrew K. Solow of Arnold & Porter Kaye Scholer LLP and John F. Olinde of Chaffe McCall L.L.P. move this Court to enroll them as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG in Case No. 2:20-cv-00110.

Respectfully submitted,

*/s/ Andrew K. Solow*
Andrew K. Solow
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com

*Attorney for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

*/s/ John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on October 25, 2021, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                         */s/ John F. Olinde*
                                         John F. Olinde