UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Tim Brockus, et al.*, No. 2:20-cv-00110 | | |

### O R D E R

Considering the Ex Parte Consent Motion to Enroll as Counsel of Record (R. Doc. ___),

**IT IS ORDERED** that Andrew K. Solow of Arnold & Porter Kaye Scholer LLP and John F. Olinde of Chaffe McCall L.L.P. be enrolled as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG in Case No. 2:20-cv-00110.

New Orleans, Louisiana this _____ day of October, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**