UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

## AMENDED PRETRIAL ORDER NO. #6

At the request of Defendants, Pretrial Order #6 (R. Doc. 150) is amended, and the Court substitutes Andrew K. Solow for Steven Glickstein to serve as Co-Lead Defense Counsel, in light of Mr. Glickstein's retirement. Susan Sharko remains as Co-Lead Defense Counsel. Mr. Solow's contact information is as follows:

Andrew K. Solow
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY   10019-9710
Telephone: (212) 836-7740
Telefax: (212) 836-6776
Email: andrew.solow@arnoldporter.com

New Orleans, Louisiana this 27th day of October, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

4329503-1