UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *Tim Brockus, et al.*, No. 2:20-cv-00110 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

# O R D E R

Considering the Ex Parte Consent Motion to Enroll as Counsel of Record, R. Doc. 18011;

**IT IS ORDERED** that Andrew K. Solow of Arnold & Porter Kaye Scholer LLP and John F. Olinde of Chaffe McCall L.L.P. be enrolled as counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG in Case No. 2:20-cv-00110.

New Orleans, Louisiana this 5th day of November, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**