IF YOU REQUIRE ADDITIONAL INFORMATION REGARDING THIS NOTICE, YOU MAY CONTACT DONLIN RECANO TOLL FREE AT 1-888-750-0055 OR SUBMIT AN INQUIRY VIA EMAIL TO GKINFO@DONLINRECANO.COM

SMILEY WANG-EKVALL, LLP
Philip E. Strok, State Bar No. 169296
pstrok@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Timothy W. Evanston, State Bar No. 319342
tevanston@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   (714) 445-1000
Facsimile:   (714) 445-1002

Attorneys for Elissa D. Miller, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GIRARDI KEESE,<br><br>Debtor. | Case No. 2:20-bk-21022-BR<br><br>Chapter 7<br><br>**NOTICE OF BAR DATE FOR CREDITORS TO FILE PROOFS OF CLAIM**<br><br>BAR DATE: **JANUARY 21, 2022** |

### NOTICE OF CLAIMS DEADLINE

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court has established **January 21, 2022** (the "Bar Date") as the last date to file a *Proof of Claim* against the bankruptcy estate of Girardi Keese (the "Debtor").

**IF YOU BELIEVE THE DEBTOR OWES YOU MONEY, YOU MUST FILE A** *PROOF OF CLAIM* **BY THE BAR DATE.** In order to be considered valid, your *Proof of Claim* must (a) be written in English, (b) be for amounts due to you as of the Petition Date - December 18, 2020, (c) have attached copies of any writings (to the extent any attachments contain no confidential information) upon which the claim is based, (d) be signed by you or by your authorized agent or legal representative, and (e) be <u>actually received</u> on or prior to the Bar Date.

A *Proof of Claim* form and accompanying instructions is included with this notice for your use or you may obtain one at www.donlinrecano.com/gk.  **PLEASE READ THE INSTRUCTIONS CAREFULLY BEFORE COMPLETING YOUR** *PROOF OF CLAIM*.

A *Proof of Claim* and any attached documents must show only the last 4 digits of a social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. A *Proof of Claim* and any attached documents should <u>not</u> disclose information that is entitled to privacy such as confidential health care information. You may either omit any information that is entitled to privacy or redact (black out) the information on your *Proof of Claim* and any attached documents. You may later be required to give more information if the Trustee or someone else in interest objects to the your *Proof of Claim.*

Your completed *Proof of Claim* must be filed with Donlin, Recano & Company, Inc. ("Donlin Recano") <u>**so as to be actually received**</u> on or before the Bar Date. Your Proof of Claim may be filed electronically at https://www.donlinrecano.com/Clients/gk/FileClaim or you may deliver an original copy as follows:

| **If sent by US Mail:** | **If sent by overnight courier or hand delivery:** |
|---|---|
| Donlin Recano & Company, Inc.<br>Re: Girardi Keese<br>P.O. Box 199043<br>Blythebourne Station<br>Brooklyn, NY 11219 | Donlin Recano & Company, Inc.<br>Re: Girardi Keese<br>6201 15th Avenue<br>Brooklyn, NY 11219 |

*Proofs of Claim* sent by facsimile, telecopy, or email will not be accepted and will not be considered timely filed.

If you require additional information regarding this Notice, you may contact Donlin Recano toll free at 1 (888) 750-0055 or submit an inquiry via email to gkinfo@donlinrecano.com.

The Trustee retains all rights to (i) object to any proof of claim on any grounds; (ii) dispute, or assert offsets or defenses to, any claim reflected on the Schedules, or any amendments thereto, as to amount, liability, classification, or otherwise; and (iii) subsequently designate any claim as disputed, contingent, unliquidated, or undetermined.

A holder of a possible claim against the Debtor should consult an attorney if such holder has any questions regarding this Notice, including, but not limited to, whether such holder of a possible claim should file a *Proof of Claim*.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have a claim against the Debtor. The fact that you have received this Notice does not necessarily mean that you have a claim against the Debtor or that the Debtor or the Court believe that you have such a claim. **YOU SHOULD NOT FILE A *PROOF OF CLAIM* IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTOR.**

DATED: October 28, 2021        SMILEY WANG-EKVALL, LLP

By:   */s/ Philip E. Strok*
PHILIP E. STROK
Attorneys for Elissa D. Miller, Chapter 7 Trustee

**Instructions for Proof of Claim**

United States Bankruptcy Court

These instructions and definitions generally explain how to file a proof of claim. These instructions do not constitute legal advice. If you have a legal question, you should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations. Neither the Trustee nor her professionals can give you legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

How to fill out this form

- **Fill in all of the information about the claim as of December 18, 2020** - the date the case was filed.

- **Fill in the caption at the top of the form.** Unless already completed, you must fill in the Debtor name and case number against which your claim is being asserted.

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the reverse page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **Do not disclose information that is entitled to privacy** such as confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

**Confirmation that the claim has been filed**

To receive confirmation that the claim has been filed, enclose a stamped, self-addressed envelope and a copy of this form if you send this claim by mail or overnight mail to Donlin Recano. You do not need to do this if you file your claim electronically.

**Where to file this Form**

**If Proof of Claim is sent by mail, send to:**

Donlin, Recano & Company, Inc.
Re: Girardi Keese
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219

**If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**

Donlin, Recano & Company, Inc.
Re: Girardi Keese
6201 15th Avenue
Brooklyn, NY 11219

Alternatively, your claim may be filed electronically on DRC's website at:
https://www.donlinrecano.com/Clients/gk/FileClaim

Proofs of Claim sent by facsimile, telecopy, or email will not be accepted and will not be considered timely filed.

**Understand the terms used in this form**

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.
11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. A *Proof of Claim* form and any attached documents should not disclose confidential healthcare information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Offers to purchase a claim**

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the Debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**DO NOT FILE THESE INSTRUCTIONS WITH YOUR FORM.**

Fill in this information to identify the case:

Debtor name: **GIRARDI KEESE**

United States Bankruptcy Court for the Central District of California

Case number: **2:20-BK-21022-BR**

Proof of Claim

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense—a claim that arose after the bankruptcy was filed on December 18, 2020. Make such a request according to 11 U.S.C. § 503.
DO NOT INCLUDE on or with this form information that is entitled to privacy such as your social security number or confidential health care information. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of December 18, 2020 - the date the case was filed.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Name and address of the creditor.

   Name and address of creditor (the person or entity to be paid for this claim):

   Other names the creditor used with the debtor: _____

2. **Has this claim been acquired from someone else?**
   ☐ No      ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

   Where should notices to the creditor be sent?

   Name: _____
   Address: _____
   City: _____ State: ____ Zip: _____
   Phone: _____
   Email: _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one): __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

   Where should payments to the creditor be sent? (if different)

   Name: _____
   Address: _____
   City: _____ State: ____ Zip: _____
   Phone: _____
   Email: _____

4. **Does this claim amend one already filed?**
   ☐ No      ☐ Yes. Claim number on court claims registry (if known): _____     Filed on (MM/DD/YYYY): _____

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No      ☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case was Filed

6. **Do you have any number you use to identify the debtor?**
   ☐ No      ☐ Yes. Last 4 digits of the debtor's account or any identification number used: ____ ____ ____ ____

7. **How much is the claim?**
   $_____     Does this amount include interest or other charges?
   ☐ No      ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

| 9. Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property. | **Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. | ☐ Motor vehicle<br>☐ Other (describe): _____ |
|---|---|---|---|
| | **Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) | | |
| | **Value of property:** $_____ | **Amount of the claim that is secured:** $_____ | |
| | **Amount of the claim that is unsecured** (the sum of the secured and unsecured amounts should match the amount in line 7): | $_____ | |
| | **Amount necessary to cure any default as of the date of the petition:**  $_____ | **Annual interest rate** (when case was filed): _____% | ☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☐ No | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ | |
| 11. Is this claim subject to a right of setoff? | ☐ No | ☐ Yes. Identify the property: _____ | |
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.<br><br>* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | ☐ No | ☐ Yes. *Check all that apply:*<br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | **Amount entitled to priority**<br><br>$_____<br><br><br>$_____<br><br><br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |

## Part 3: Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br>☐ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date (MM/DD/YYYY): _____<br><br>Signature: _____<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>First name: _____ Middle: _____ Last: _____<br><br>Title: _____<br><br>Company (identify the corporate servicer as the company if the authorized agent is a servicer): _____<br><br>Address: _____<br><br>City: _____ State: _____ Zip: _____<br><br>Phone: _____ Email: _____ |
|---|---|