UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>THE CASES LISTED ON EXHIBIT A | | |

## PRETRIAL ORDER NO. 35

Under Pretrial Order 11 (Rec. Doc. 893) and Pretrial Order 11B (Rec. Doc.1117), counsel were permitted to file multi-plaintiff complaints and to defer payment of filing fees for all plaintiffs except the first-named plaintiff pending final settlement or disposition of the case, at which time filing fees for non-paying plaintiffs would be due subject to the provisions of Pretrial Order 11B.  As a condition of permitting the deferral of the filing fee, lead counsel filing the multi-plaintiff complaint agreed to be personally responsible for paying the deferred filing fees after final settlement or disposition, and agreed to be subject to the jurisdiction of the Court for purposes of payment.

According to the records of the Clerk of the Court, each lead counsel on Exhibit A has failed to pay the filing fee owed for the plaintiffs listed under that counsel's name.  Accordingly, the Court orders that on or before December 1, 2021 each lead counsel must pay to Clerk of the Court the filing fee of $400 per plaintiff for each plaintiff listed under that lead counsel's name on Exhibit A, or to show cause via written objections filed on or before November 29, 2021 explaining with particularity the reasons why lead counsel believes the filing fee is not owed with respect to that particular plaintiff.  Lead counsel who challenge a filing fee with respect to a particular plaintiff or plaintiffs must pay the fee on or before

December 1, 2021 as to all other listed plaintiffs whose filing fee lead counsel does not object to paying, leaving unpaid only the filing fees lead counsel are challenging.

Lead counsel paying fees under this order must pay via the District's CM/ECF system. Enrolled counsel should select the "Civil" section on the blue menu bar of the CM/ECF system. Once counsel has navigated to the Civil section, counsel should click on the link entitled: Xarelto MDL 2592 Severed-Claim Filing Fee Payment. Counsel must then follow the steps to process the $400.00 per case payment, with a credit card. Counsel may only enter payments for one case at a time. The Clerk's Office will not accept checks or wire transfers for Xarelto filing fee payments.

If any lead counsel files timely written objections to payment of a particular plaintiff's filing fee on or before December 1, 2021, the Court will schedule a hearing to determine the validity of the objection at which objecting counsel will be required to appear by video teleconference to further explain the basis of the objection. At least one representative of the Settlement Claims Administrator, the PSC and the Defendants must attend the hearing in the event that issues arise within their knowledge. At the conclusion of the hearing the Court may issue an appropriate order determining either (1) that a particular plaintiff's filing fee is owed and must be paid by lead counsel by a date certain, (2) that a particular plaintiff's filing fee is not owed with instructions either to dismiss the case without further payment if the filing fee has already been paid or with other appropriate instructions if the filing fee is unpaid but either not yet due or owed by another counsel, or (3) that further fact finding is required to determine whether the filing fee is owed with respect to a particular plaintiff and specifying the further procedures necessary to determine the issue.

For lead counsel who fail either to pay the fee or timely object by December 1, 2021, the Court will issue an order to show cause requiring those lead counsel to appear at a hearing by video conference,

and absent a showing of good cause for not complying with the order, will consider the imposition of sanctions for non-compliance.

New Orleans, Louisiana, on this 3rd day of November, 2021.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**