**EXHIBIT A**

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 1 | 2:16-cv-13291 | Wittan, David | Wittan, David | 14189 | Allen & Nolte, PLLC; Mulligan Law Firm |
| 2 | 2:15-cv-06109 | Mattison, Theodore | Mattison, Theodore | 6819 | Andrus Wagstaff, PC |
| 3 | 2:16-cv-03976 | Sorenson, Arlene | Sorenson, Arlene | N/A | Andrus Wagstaff, PC |
| 4 | 2:16-cv-03794 | Hayes, Merlene | Hayes, Merlene | 9474 | Bachus & Schanker, LLC |
| 5 | 2:16-cv-02015 | Brantley, Pearline | Brantley, Pearline | 9533 | Baron & Budd, PC |
| 6 | 2:16-cv-08064 | Dean, Winifred | Dean, Winifred | 13143 | Bartimus, Frickleton and Robertson, P.C.; Goza & Honnold LLC; Stueve Siegel Hanson, LLP |
| 7 | 2:16-cv-08983 | Johnson, Jacqueline | Johnson, Jacqueline | 13167 | Bartimus, Frickleton and Robertson, P.C.; Goza & Honnold LLC; Stueve Siegel Hanson, LLP |
| 8 | 2:16-cv-09166 | Merrell, Archie | Merrell, Archie | 13212 | Bartimus, Frickleton and Robertson, P.C.; Goza & Honnold LLC; Stueve Siegel Hanson, LLP |
| 9 | 2:16-cv-10487 | Owens, Denise | Owens, Denise | 14329 | Bartimus, Frickleton and Robertson, P.C.; Goza & Honnold LLC; Stueve Siegel Hanson, LLP |
| 10 | 2:16-cv-12564 | Tillman, Geraldine | Tillman, Geraldine | 13873 | Bartimus, Frickleton and Robertson, P.C.; Goza & Honnold LLC; Stueve Siegel Hanson, LLP |
| 11 | 2:16-cv-02339 | Countryman, Gordon | Countryman, Gordon | 8364 | Bernstein Liebhard LLP |
| 12 | 2:16-cv-02351 | Maxwell, Leila | Maxwell, Leila | 9292 | Bernstein Liebhard LLP |
| 13 | 2:15-cv-06156 | Mobley, Catherine | Halford, Eleanor | N/A | Bernstein Liebhard LLP |
| 14 | 2:16-cv-00463 | Pope, Mary | Pope, Mary | 12886 | Bernstein Liebhard LLP |
| 15 | 2:16-cv-06941 | Strack, Tracie | Strack, Tracie | 15213 | Bernstein Liebhard LLP |
| 16 | 2:16-cv-02350 | Valenta, Virginia | Valenta, Virginia | 15314 | Bernstein Liebhard LLP |
| 17 | 2:16-cv-12074 | Belton, Quennjarus | Belton, Quennjarus | 15511 | Boudreau & Dahl, LLC |
| 18 | 2:16-cv-12084 | Cowan, Bobbie | Cowan, Bobbie | 15546 | Boudreau & Dahl, LLC |
| 19 | 2:16-cv-12057 | Howard, Richard | Howard, Richard | 15508 | Boudreau & Dahl, LLC |
| 20 | 2:16-cv-12064 | Wilson, Brigitte | Wilson, Brigitte | 42042 | Boudreau & Dahl, LLC |
| 21 | 2:16-cv-00474 | Owens, Georgie A. | Owens, Georgie A. | 4961 | Brady Law Group |
| 22 | 2:16-cv-00475 | Parker, Agnes M. | Parker, Agnes M. | 4079 | Brady Law Group |
| 23 | 2:15-cv-04991 | Newsome, Ila | Newsome, Ila | 4046 | Burnett Law Firm |
| 24 | 2:16-cv-03460 | Walsh, Patricia | Walsh, Patricia | 9402 | Burnett Law Firm |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 25 | 2:15-cv-06126 | Zonka, James A. | McCarthy, William | 6496 | Burnett Law Firm |
| 26 | 2:16-cv-11563 | Little, William | Little, William | 1191 | Callahan & Blaine, APLC |
| 27 | 2:16-cv-07306 | Thompson, Joanne | Thompson, Joanne | 1180 | Callahan & Blaine, APLC; Hodes Milman Liebeck, LLP |
| 28 | 2:16-cv-01181 | Murray, Edwin T. | Murray, Edwin T. | N/A | Capretz & Associates |
| 29 | 2:16-cv-14935 | Stelle, Priscilla | Stelle, George | 10071 | Capretz & Associates |
| 30 | 2:15-cv-06555 | Ricci, Anna May | Ricci, Anna May | 5199 | Chaffin Luhana LLP |
| 31 | 2:16-cv-07765 | Dennis, Charles | Dennis, Charles | 32233 | Childers, Schlueter & Smith, LLC |
| 32 | 2:16-cv-07788 | Gerber, Joan | Gerber, Joan | 10337 | Childers, Schlueter & Smith, LLC |
| 33 | 2:15-cv-04017 | Holm, Betty Lou | Holm, Betty Lou | 3878 | Childers, Schlueter & Smith, LLC |
| 34 | 2:16-cv-07808 | Lang, Cheryl Lynn | Lang, Cheryl Lynn | 37416 | Childers, Schlueter & Smith, LLC |
| 35 | 2:16-cv-03167 | Mahaffey, Efton | Mahaffey, Efton | 9211 | Childers, Schlueter & Smith, LLC |
| 36 | 2:16-cv-07849 | Murphy, Doris | Murphy, Doris | 12325 | Childers, Schlueter & Smith, LLC |
| 37 | 2:16-cv-07858 | Patterson, Clarence | Patterson, Clarence | 13162 | Childers, Schlueter & Smith, LLC |
| 38 | 2:15-cv-04021 | Ridgway, Jesse, Jr. | Ridgway, Jesse, Jr. | 3140 | Childers, Schlueter & Smith, LLC |
| 39 | 2:15-cv-03853 | Schreiner, Georgia | Schreiner, Georgia | 3109 | Childers, Schlueter & Smith, LLC |
| 40 | 2:15-cv-05450 | Turner, Ollie | Turner, Ollie | 5050 | Childers, Schlueter & Smith, LLC |
| 41 | 2:15-cv-06833 | West, Delores | West, Delores | 6877 | Crumley Roberts, LLP; Burke Harvey, LLC |
| 42 | 2:16-cv-02009 | Shirley, Frank | Shirley, Frank | 10377 | Cutter Law, PC |
| 43 | 2:15-cv-05196 | Bonell, Carmen | Bonell, Carmen | 7740 | Diez-Arguelles & Tejedor, PA |
| 44 | 2:15-cv-03965 | Coleman, Gwendolyn J. | Coleman, Gwendolyn J. | 3124 | Dowd & Dowd, PC |
| 45 | 2:15-cv-05580 | Hass, Casimir | Hass, Casimir | 4228 | Dr. Shezad Malik Law Firm PC |
| 46 | 2:16-cv-06914 | Doty, Deborah | Doty, Deborah | 6793 | Dugan Law Firm, PLC; Plymale Law Firm |
| 47 | 2:16-cv-06917 | Henderson, Joanna | Henderson, Joanna | 7083 | Dugan Law Firm, PLC; Plymale Law Firm |
| 48 | 2:16-cv-11916 | Webb, Leslie | Webb, Leslie | 9635 | Dugan Law Firm, PLC; Plymale Law Firm |
| 49 | 2:16-cv-03372 | Dutton, Linda | Dutton, Linda | 9063 | Flint Law Firm, LLC |
| 50 | 2:16-cv-00513 | Frank, Jo Ann | Frank, Ellsworth | 7009 | Flint Law Firm, LLC; Andrew William Callahan |
| 51 | 2:16-cv-00375 | Burlen, Raymond | Burlen, Raymond | 6907 | Freedland Harwin Valori, PL |
| 52 | 2:15-cv-03432 | Rodriguez, Ilda | Rodriguez, Ilda | 3700 | Freedland Harwin Valori, PL |
| 53 | 2:16-cv-02550 | Day, Birchell | Day, Birchell | 6525 | Girardi Keese |
| 54 | 2:16-cv-02551 | Heffington, John | Heffington, John | 6514 | Girardi Keese |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 55 | 2:16-cv-02553 | Lewis, Timothy | Lewis, Timothy | 6533 | Girardi Keese |
| 56 | 2:16-cv-02543 | Sager, Rebecca | Sager, Rebecca | 6532 | Girardi Keese |
| 57 | 2:16-cv-02559 | Syna, Judith | Syna, Judith | 6516 | Girardi Keese |
| 58 | 2:16-cv-02558 | Von Dem Bussche, Meredith | Von Dem Bussche, Glenn | 6641 | Girardi Keese |
| 59 | 2:16-cv-02554 | Watkins, Pam | Mears, Dee | 6534 | Girardi Keese |
| 60 | 2:16-cv-02104 | Gross, Ronald | Gross, Ronald | 10317 | Gori Julian & Associates, PC |
| 61 | 2:16-cv-02109 | Morris, Nikki L. | Morris, Gerald | 9406 | Gori Julian & Associates, PC |
| 62 | 2:16-cv-07753 | Hampton, Amy | Hampton, Amy | 13041 | Goza & Honnold, LLC |
| 63 | 2:15-cv-04817 | Hodgkin, June | Hodgkin, June | 4268 | Goza & Honnold, LLC |
| 64 | 2:15-cv-05790 | Jones, Donae | Jones, Melissa | 4387 | Goza & Honnold, LLC |
| 65 | 2:15-cv-01933 | Phelps, Joseph | Phelps, Deborah | 1455 | Goza & Honnold, LLC |
| 66 | 2:16-cv-02487 | Roberts, Matthew | Roberts, Matthew | 9607 | Grant & Eisenhofer PA |
| 67 | 2:16-cv-07218 | Smith, James GA | Smith, James GA | 12836 | Grant & Eisenhofer PA |
| 68 | 2:15-cv-03613 | Manus, Vivian | Manus, Vivian | N/A | Gray & White |
| 69 | 2:17-cv-02959 | Shackleford, Jerry | Shackleford, Jerry | N/A | Hodes Milman Liebeck, LLP |
| 70 | 2:16-cv-13574 | Bray, Frances A. | Bray, Frances A. | 14872 | James C. Ferrell, PC |
| 71 | 2:15-cv-06668 | Blume, Richard | Blume, Richard | 6468 | Jensen & Associates |
| 72 | 2:16-cv-03255 | Stewart, Lisa | Przybelinski, Joann | 12187 | Jensen & Associates |
| 73 | 2:16-cv-03259 | Sutton, Glenn | Sutton, Glenn | 12188 | Jensen & Associates |
| 74 | 2:16-cv-10301 | Pettigrew, Clarence | Pettigrew, Clarence | 15239 | Jetbird SG Birmingham, Ltd.; Jacoby & Meyers, LLC |
| 75 | 2:16-cv-07622 | Nichols, Amy | Nichols, Amy | 15200 | Jetbird SG Birmingham, Ltd.; The Cochran Firm Birmingham, PC |
| 76 | 2:16-cv-08288 | Reynolds, Harold | Reynolds, Harold | 15339 | Jetbird SG Birmingham, Ltd.; The Cochran Firm Birmingham, PC |
| 77 | 2:16-cv-08618 | Schlopp, Ruben | Schlopp, Ruben | N/A | Jetbird SG Birmingham, Ltd.; The Cochran Firm Birmingham, PC |
| 78 | 2:16-cv-07860 | Shaw, Barbara | Shaw, Barbara | N/A | Jetbird SG Birmingham, Ltd.; The Cochran Firm Birmingham, PC |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 79 | 2:16-cv-08456 | Zyskowski, Margaret | Zyskowski, Margaret | N/A | Jetbird SG Birmingham, Ltd.; The Cochran Firm Birmingham, PC |
| 80 | 2:16-cv-11439 | Wittlin, Jay | Wittlin, Jay | 10473 | Johnson Becker, PLLC |
| 81 | 2:16-cv-00715 | Carson, Madeline L. | Carson, Madeline L. | 7831 | Johnson Law Group |
| 82 | 2:16-cv-01955 | Crandall, Shirlee M. | Crandall, Shirlee M. | 8338 | Johnson Law Group |
| 83 | 2:16-cv-06739 | Dyson, Laurel | Dyson, Laurel | 41519 | Johnson Law Group |
| 84 | 2:16-cv-00762 | Green, Elias | Green, Victoria | 7484 | Johnson Law Group |
| 85 | 2:16-cv-01957 | Hite, Cynde | Hite, Rodney | N/A | Johnson Law Group |
| 86 | 2:16-cv-00835 | McCollum, Hollis | McCollum, Hollis | 6971 | Johnson Law Group |
| 87 | 2:16-cv-01962 | Price, Jerry | Price, Jerry | 8405 | Johnson Law Group |
| 88 | 2:16-cv-10397 | Truesdell, Peggy | Truesdell, Peggy | 12922 | Johnson Law Group |
| 89 | 2:16-cv-00913 | Woodruff, Howard | Woodruff, Howard | 7847 | Johnson Law Group |
| 90 | 2:15-cv-06912 | Rhodes, James | Modkins, Eddie Mae | 8000 | Jones Ward PLC |
| 91 | 2:16-cv-01627 | Morgeson, Davonne | Yates, Susie Mae | 7508 | Kaufman Stigger |
| 92 | 2:16-cv-13490 | Bates, Harland | Bates, Harland | 8514 | Kelley & Ferraro LLP |
| 93 | 2:16-cv-13496 | Brown, Donna | Brown, Donna | 8519 | Kelley & Ferraro LLP |
| 94 | 2:16-cv-13500 | Brown, James | Brown, James | 16874 | Kelley & Ferraro LLP |
| 95 | 2:16-cv-13503 | Crane, Marilyn | Crane, Marilyn | N/A | Kelley & Ferraro LLP |
| 96 | 2:16-cv-13542 | Griffin, Helen | Griffin, Helen | 8535 | Kelley & Ferraro LLP |
| 97 | 2:16-cv-13672 | Henson, Ryan | Henson, Ryan | 8538 | Kelley & Ferraro LLP |
| 98 | 2:16-cv-13702 | Jenkins, David | Jenkins, David | 8541 | Kelley & Ferraro LLP |
| 99 | 2:16-cv-13714 | McAfee, Mary (Estate) | McAfee, Mary | N/A | Kelley & Ferraro LLP |
| 100 | 2:16-cv-13705 | Koon, Lionel | Koon, Lionel | N/A | Kelley & Ferraro LLP |
| 101 | 2:16-cv-13735 | McNamara, Nancy | McNamara, Nancy | 8553 | Kelley & Ferraro LLP |
| 102 | 2:16-cv-13738 | Mitchell, Thomas | Mitchell, Thomas | N/A | Kelley & Ferraro LLP |
| 103 | 2:16-cv-14420 | Roberts, Charles | Roberts, Charles | 8567 | Kelley & Ferraro LLP |
| 104 | 2:16-cv-14422 | Robinson, Doris | Robinson, Lonal | N/A | Kelley & Ferraro LLP |
| 105 | 2:16-cv-14427 | Sheffield, Lisa | Sheffield, Lisa | N/A | Kelley & Ferraro LLP |
| 106 | 2:16-cv-14436 | Shelton, Cuevas | Shelton, Cuevas | 8574 | Kelley & Ferraro LLP |
| 107 | 2:16-cv-14460 | Tippett, Deborah | Tippett, Deborah | N/A | Kelley & Ferraro LLP |
| 108 | 2:16-cv-14477 | Tucker, Cheryl | Tucker, Cheryl | 8583 | Kelley & Ferraro LLP |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 109 | 2:16-cv-14478 | Wallace, Venira | Wallace, Venira | N/A | Kelley & Ferraro LLP |
| 110 | 2:16-cv-14487 | Welch, Dexter | Welch, Dexter | N/A | Kelley & Ferraro LLP |
| 111 | 2:16-cv-12686 | Headley, Helene | Headley, Helene | 16460 | Kincheloe, Litzenburg & Pendleton PLLC |
| 112 | 2:16-cv-12697 | Rush, Janet | Rush, Janet | 16487 | Kincheloe, Litzenburg & Pendleton PLLC |
| 113 | 2:16-cv-12404 | Walker, William | Walker, William | 13202 | Kuhlman & Lucas, LLC |
| 114 | 2:16-cv-08939 | Johnson, Michael | Johnson, Charles | N/A | Law Offices of Andre P. LaPlace; Cunard Law Firm |
| 115 | 2:15-cv-04701 | Moore, Louise | Moore, Louise | 4149 | Law Offices of Andre P. LaPlace; Cunard Law Firm |
| 116 | 2:16-cv-02817 | Hanson, Dwayne R. | Hanson, Dwayne R. | 9554 | Law Offices of Charles H. Johnson, PA |
| 117 | 2:16-cv-00921 | Herbert, Thomas L. | Herbert, Thomas L. | 7118 | Law Offices of Charles H. Johnson, PA |
| 118 | 2:16-cv-02293 | Howard, Ruby | Howard, Ruby | 9557 | Law Offices of Charles H. Johnson, PA |
| 119 | 2:16-cv-07708 | Johnson, William A. | Johnson, William A. | 11928 | Law Offices of Charles H. Johnson, PA |
| 120 | 2:16-cv-06179 | Korkhouse, Warren L. | Korkhouse, Warren L. | 11510 | Law Offices of Charles H. Johnson, PA |
| 121 | 2:16-cv-07715 | Kramer, Alice | Kramer, Robert M. | 13012 | Law Offices of Charles H. Johnson, PA |
| 122 | 2:16-cv-02134 | Rowe, Janice | Rowe, Janice | 9215 | Law Offices of Charles H. Johnson, PA |
| 123 | 2:16-cv-13357 | Stone, Loretta M. | Stone, Loretta M. | 15283 | Law Offices of Charles H. Johnson, PA |
| 124 | 2:16-cv-02780 | Tice, Brett | Tice, Brett | N/A | Law Offices of Charles H. Johnson, PA |
| 125 | 2:16-cv-13348 | Yoder, Cindy L. | Yoder, Cindy L. | 14982 | Law Offices of Charles H. Johnson, PA |
| 126 | 2:16-cv-13882 | Grice, Suzanne | Grice, Suzanne | 14368 | Lenze Kamerrer Moss, PLC |
| 127 | 2:16-cv-13884 | Muthard, Rita | Muthard, Rita | 14369 | Lenze Kamerrer Moss, PLC |
| 128 | 2:16-cv-13896 | Woodson, Jennifer | Woodson, Jennifer | 14378 | Lenze Kamerrer Moss, PLC |
| 129 | 2:16-cv-01370 | Markham, Hildagard R. | Markham, Hildagard R. | 8618 | Lowe Law Group; Flint Law Firm, LLC |
| 130 | 2:16-cv-00173 | Stevens, Walter | Stevens, Dolly A. | 7133 | Lowe Law Group; Flint Law Firm, LLC |
| 131 | 2:15-cv-03865 | Walters, Iris | Walters, Iris | 3814 | Lowe Law Group; Flint Law Firm, LLC |
| 132 | 2:16-cv-01054 | Longhany, Edward | Longhany, Edward | 1563 | Martzell & Bickford, APC |
| 133 | 2:16-cv-01055 | Stowe, Mary | Stowe, Mary | 1564 | Martzell & Bickford, APC |
| 134 | 2:16-cv-03940 | Good, Dolores | Good, Dolores | 5220 | Matthews & Associates |
| 135 | 2:16-cv-04714 | Helbig, James | Helbig, James | 7268 | Matthews & Associates |
| 136 | 2:16-cv-03974 | Lowery, John L. | Lowery, John L. | 7621 | Matthews & Associates |
| 137 | 2:16-cv-13631 | Morgan, Gardner M. | Morgan, Gardner M. | 15125 | Matthews & Associates |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 138 | 2:16-cv-13109 | Tucker, Edgar | Tucker, Edgar | 14094 | Matthews & Associates |
| 139 | 2:16-cv-04823 | Woodward, Robert C. | Woodward, Claire | 13352 | Matthews & Associates |
| 140 | 2:15-cv-03023 | Broussard, Donald | Broussard, Donald | 2534 | Meyerkord & Meyerkord, LLC |
| 141 | 2:15-cv-02032 | Chaney, Judith | Chaney, Judith | 1543 | Meyerkord & Meyerkord, LLC |
| 142 | 2:15-cv-06057 | DeClark, Deborah | DeClark, Deborah | 4407 | Meyerkord & Meyerkord, LLC |
| 143 | 2:15-cv-03029 | Mosher, John | Mosher, John | 2591 | Meyerkord & Meyerkord, LLC |
| 144 | 2:15-cv-02053 | Oldaker, Linda | Oldaker, Linda | 1780 | Meyerkord & Meyerkord, LLC |
| 145 | 2:15-cv-03033 | Szatkowski, Casimir | Szatkowski, Casimir | 2631 | Meyerkord & Meyerkord, LLC |
| 146 | 2:15-cv-03746 | Mills, Billie | Mills, Billie | 41749 | Meyers & Flowers, LLC |
| 147 | 2:15-cv-03655 | Bence, Mary Jo | Bence, Mary Jo | 3704 | Milberg Coleman Bryson Phillips Grossman; Sanders Phillips Grossman, LLC |
| 148 | 2:16-cv-09737 | Clowers, Gregory | Clowers, Gregory | N/A | Milberg Coleman Bryson Phillips Grossman; Sanders Phillips Grossman, LLC |
| 149 | 2:15-cv-04736 | Davis, Robert | Davis, Robert | 4259 | Milberg Coleman Bryson Phillips Grossman; Sanders Phillips Grossman, LLC |
| 150 | 2:16-cv-10396 | Levins, Michael | Levins, Michael | 13872 | Milberg Coleman Bryson Phillips Grossman; Sanders Phillips Grossman, LLC |
| 151 | 2:15-cv-04700 | Nelson, Camerina | Nelson, Camerina | 4399 | Milberg Coleman Bryson Phillips Grossman; Sanders Phillips Grossman, LLC |
| 152 | 2:16-cv-10750 | Olson, Terrell | Olson, Terrell | 15331 | Milberg Coleman Bryson Phillips Grossman; Sanders Phillips Grossman, LLC |
| 153 | 2:16-cv-12037 | Boyles, Margaret | Boyles, Margaret | 14631 | Milstein Jackson Fairchild & Wade, LLP |
| 154 | 2:16-cv-11737 | Castellano, Rocco | Castellano, Rocco | 14648 | Milstein Jackson Fairchild & Wade, LLP |
| 155 | 2:17-cv-00559 | Cromwell, Mary | Cromwell, Gerald | 14641 | Milstein Jackson Fairchild & Wade, LLP |
| 156 | 2:16-cv-11729 | Gilmore, Laura | Hield, Helen A. | N/A | Milstein Jackson Fairchild & Wade, LLP |
| 157 | 2:16-cv-11734 | Harvey, Paula | Harvey, Paula | 14732 | Milstein Jackson Fairchild & Wade, LLP |
| 158 | 2:16-cv-11733 | Hatler, Paul | Hatler, Paul | 14727 | Milstein Jackson Fairchild & Wade, LLP |
| 159 | 2:16-cv-11736 | Kaszynski, Robert | Kaszynski, James | 14757 | Milstein Jackson Fairchild & Wade, LLP |
| 160 | 2:16-cv-15929 | Keaton, Shirley | Pounds, Mary | 14775 | Milstein Jackson Fairchild & Wade, LLP |
| 161 | 2:16-cv-11735 | Killian, Renea K. | Killian, Joe L. | N/A | Milstein Jackson Fairchild & Wade, LLP |
| 162 | 2:16-cv-11709 | Mayo, Alton | Mayo, Alton | N/A | Milstein Jackson Fairchild & Wade, LLP |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 163 | 2:17-cv-00515 | Molina, Nivia | Molina, Nivia | 14644 | Milstein Jackson Fairchild & Wade, LLP |
| 164 | 2:16-cv-11732 | Norris, Mildred | Norris, Stanley J. | N/A | Milstein Jackson Fairchild & Wade, LLP |
| 165 | 2:16-cv-11731 | Porter, Marvin L. | Porter, Marvin L. | N/A | Milstein Jackson Fairchild & Wade, LLP |
| 166 | 2:17-cv-00514 | Smith, Wallace J. | Smith, Wallace J. | 14779 | Milstein Jackson Fairchild & Wade, LLP |
| 167 | 2:17-cv-00563 | Wilborn, Sherry | Wilborn, Sherry | 14897 | Milstein Jackson Fairchild & Wade, LLP |
| 168 | 2:16-cv-12030 | Allogia, Gloria | Allogia, Gloria | N/A | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 169 | 2:16-cv-12054 | Avery, Kenneth J. | Avery, Kenneth J. | 14609 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 170 | 2:16-cv-12035 | Beasley, Ann | Beasley, Teddis | 14629 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 171 | 2:16-cv-12042 | Calleja, Robert J. | Calleja, Robert J. | 21668 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 172 | 2:16-cv-12048 | Duty, Dale A. | Duty, Dale A. | 14660 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 173 | 2:16-cv-11715 | Edwards, Daniel | Edwards, Daniel | N/A | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 174 | 2:16-cv-11714 | Gill, Charles E. | Gill, William M. | N/A | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 175 | 2:16-cv-12053 | Johnson, David, Jr. | Johnson, David, Jr. | 14664 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 176 | 2:16-cv-12306 | Kelly, Gerald | Kelly, Gerald | 14658 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 177 | 2:16-cv-12344 | Kennedy, James | Kennedy, James | N/A | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 178 | 2:16-cv-12341 | Lynn, Cynthia | Wingard, Richard | N/A | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 179 | 2:16-cv-12323 | Metaxas, Carlos | Metaxas, Carlos | 14649 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 180 | 2:16-cv-12326 | Pendleton, Shane | Pendleton, Shane | 14773 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 181 | 2:16-cv-11719 | Rice, Eron | Rice, Eron | N/A | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 182 | 2:16-cv-12335 | Shinabarger, Julie | Smith, Shirley A. | 14780 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 183 | 2:16-cv-12338 | West, J.D. | West, J.D. | 14782 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| 184 | 2:16-cv-08267 | Hunt, Jerry | Hunt, Jerry | N/A | Monsour Law Firm |
| 185 | 2:16-cv-08431 | Knox, Larry D. | Spiller, Zettie Ann | N/A | Monsour Law Firm |
| 186 | 2:15-cv-05142 | McWilliams, Kathleen | McWilliams, Kathleen | 4058 | Morris Bart, LLC |
| 187 | 2:15-cv-05133 | Tusing, Anna | Tusing, Anna | 4057 | Morris Bart, LLC |
| 188 | 2:16-cv-08705 | Sutton, Chris (Curtis) | Sutton, Chris (Curtis) | 12265 | Morris Law Firm |
| 189 | 2:16-cv-13071 | Denton, James | Denton, Judy Irene | 14996 | Motley Rice LLC |
| 190 | 2:16-cv-07970 | Jones, Norman Arlo | Jones, Norman Arlo | 14819 | Motley Rice LLC |
| 191 | 2:16-cv-13082 | Rollo, Hellen L. | Rollo, Hellen L. | 3702 | Motley Rice LLC |
| 192 | 2:16-cv-13085 | Sivertsen, Peder | Sivertsen, Peder | 15569 | Motley Rice LLC |
| 193 | 2:16-cv-07230 | Cutter, Gregg | Cutter, Gregg | 12649 | Murphy Law Firm |
| 194 | 2:16-cv-07242 | Espinoza, Maria | Espinoza, Maria | 12654 | Murphy Law Firm |
| 195 | 2:15-cv-06169 | Luckern, Thomas | Luckern, Thomas | 4975 | Murphy Law Firm |
| 196 | 2:16-cv-07632 | Schumpert-Street, Kim | Schumpert-Street, Kim | 12699 | Murphy Law Firm |
| 197 | 2:16-cv-07652 | Slater, John | Slater, John | 12703 | Murphy Law Firm |
| 198 | 2:16-cv-09210 | Smith, Sharon | Smith, Sharon | 12988 | Murphy Law Firm |
| 199 | 2:16-cv-09214 | Solana, Mary | Solana, Mary | 12990 | Murphy Law Firm |
| 200 | 2:16-cv-08801 | Brown, Jeffery | Brown, Jeffery | 12936 | Murphy Law Firm; Comeaux Law Firm |
| 201 | 2:16-cv-08804 | Bunkley, Isaiah | Bunkley, Isaiah | 12938 | Murphy Law Firm; Comeaux Law Firm |
| 202 | 2:16-cv-08814 | Chase, Toby | Chase, Toby | 36472 | Murphy Law Firm; Comeaux Law Firm |
| 203 | 2:16-cv-08870 | Flynn, Joseph | Flynn, Joseph | 12955 | Murphy Law Firm; Comeaux Law Firm |
| 204 | 2:16-cv-09162 | Lewis, Kenneth | Lewis, Kenneth | 12972 | Murphy Law Firm; Comeaux Law Firm |
| 205 | 2:16-cv-09177 | Newsome, Elizabeth | Newsome, Elizabeth | 12977 | Murphy Law Firm; Comeaux Law Firm |
| 206 | 2:16-cv-09187 | Rasmussen, Gerald | Rasmussen, Gwendolyn | 12980 | Murphy Law Firm; Comeaux Law Firm |
| 207 | 2:16-cv-09219 | Starks, Nairobi | Starks, Nairobi | 12993 | Murphy Law Firm; Comeaux Law Firm |
| 208 | 2:16-cv-09231 | Thompson, Travis | Thompson, Travis | 12998 | Murphy Law Firm; Comeaux Law Firm |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 209 | 2:16-cv-09239 | Waller, Martha | Waller, Martha | 13002 | Murphy Law Firm; Comeaux Law Firm |
| 210 | 2:16-cv-09245 | Wisner, Donald | Wisner, Donald | 13006 | Murphy Law Firm; Comeaux Law Firm |
| 211 | 2:16-cv-09246 | Wright, Judith | Wright, Judith | 13007 | Murphy Law Firm; Comeaux Law Firm |
| 212 | 2:16-cv-00549 | Doyle, Esther E. | Doyle, Esther E. | 7480 | Murray Law Firm |
| 213 | 2:16-cv-00552 | Duncan, Yvette T. | Duncan, Harriet K. | 7496 | Murray Law Firm |
| 214 | 2:16-cv-00553 | Erikson, Sharon L. | Erikson, Sharon L. | 7319 | Murray Law Firm |
| 215 | 2:16-cv-00555 | Grant, Shirley A. | Grant, Shirley A. | 7452 | Murray Law Firm |
| 216 | 2:16-cv-00557 | Gray, Virgie B. | Gray, Virgie B. | 7306 | Murray Law Firm |
| 217 | 2:16-cv-00558 | Harper, Nannie L. | Harper, Nannie L. | 7522 | Murray Law Firm |
| 218 | 2:16-cv-00560 | Hughes, Janice F. | Hughes, Janice F. | 7313 | Murray Law Firm |
| 219 | 2:16-cv-00561 | Ingersoll, Charles M. | Ingersoll, Charles M. | 7514 | Murray Law Firm |
| 220 | 2:16-cv-00563 | Johnston, Larry G. | Johnston, Larry G. | 7456 | Murray Law Firm |
| 221 | 2:16-cv-00567 | Sorrells, Charles | Sorrells, Charles | 7208 | Murray Law Firm |
| 222 | 2:16-cv-12732 | Fallon, Frank | Fallon, Frank | 42264 | Nemeroff Law Firm; The Cochran Firm - Dothan; Ferrer Poirot & Wansbrough |
| 223 | 2:16-cv-12275 | Maldonado, Bernardo Diaz | Maldonado, Bernardo Diaz | N/A | Newsome Melton PA; Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 224 | 2:16-cv-04513 | Miura, Luis Pacheco | Miura, Luis Pacheco | 12813 | Panzavecchia & Associates, PLLC |
| 225 | 2:16-cv-03276 | Deans, Shirley | Deans, Shirley | 14817 | Peiffer Wolf Carr Kane & Conway |
| 226 | 2:15-cv-07111 | Gagne, Kathy | Gagne, Kathy | 7730 | Peiffer Wolf Carr Kane & Conway |
| 227 | 2:15-cv-03902 | Jones, Phyllis | Jones, Phyllis | N/A | Peiffer Wolf Carr Kane & Conway |
| 228 | 2:15-cv-03904 | Kirkpatrick, Clifton | Kirkpatrick, Clifton | 2833 | Peiffer Wolf Carr Kane & Conway |
| 229 | 2:15-cv-05344 | Salvador, Joseph | Salvador, Joseph | 4835 | Peiffer Wolf Carr Kane & Conway |
| 230 | 2:15-cv-05525 | Chard, Cathy | Voss, Marilyn | 4856 | Peiffer Wolf Carr Kane & Conway; Milstein Jackson Fairchild & Wade, LLP |
| 231 | 2:15-cv-06352 | Gregan, Blaine | Gregan, Blaine | 7147 | Peiffer Wolf Carr Kane & Conway; Milstein Jackson Fairchild & Wade, LLP |
| 232 | 2:15-cv-05523 | Jackson, Vicki | Jackson, Vicki | 4844 | Peiffer Wolf Carr Kane & Conway; Milstein Jackson Fairchild & Wade, LLP |
| 233 | 2:16-cv-03305 | Johnson, Mark | Johnson, Mark | 13104 | Peiffer Wolf Carr Kane & Conway; Milstein Jackson Fairchild & Wade, LLP |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 234 | 2:15-cv-05428 | Keith, Jason | Keith, Jason | 4859 | Peiffer Wolf Carr Kane & Conway; Milstein Jackson Fairchild & Wade, LLP |
| 235 | 2:16-cv-03358 | Richardson, Jacqueline | Richardson, Jacqueline | 14917 | Peiffer Wolf Carr Kane & Conway; Milstein Jackson Fairchild & Wade, LLP |
| 236 | 2:16-cv-03412 | Yarbouh, Busaina | Yarbouh, Busaina | 12925 | Peiffer Wolf Carr Kane & Conway; Milstein Jackson Fairchild & Wade, LLP |
| 237 | 2:16-cv-06838 | Biscardi, Eileen | Biscardi, Eileen | 10339 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 238 | 2:16-cv-00068 | Harris, Karen | Ward, Melva | 8655 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 239 | 2:15-cv-04919 | Lewis, Gene | Lewis, Gene | 4470 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 240 | 2:16-cv-06869 | Little, Terrence | Little, Terrence | 11512 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 241 | 2:16-cv-06897 | Preston, Lillie | Preston, Lillie | 10073 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 242 | 2:15-cv-05843 | Ray, Betty M. | Ray, Vernon | 4869 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 243 | 2:16-cv-06905 | Shinault-Williams, Sarah | Shinault-Williams, Sarah | 9575 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 244 | 2:15-cv-07119 | Simmons, Kathleen | Simmons, Kathleen | 7747 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm |
| 245 | 2:15-cv-06142 | Khadr, Mohsen | Khadr, Mohsen | 13863 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm; Milstein Jackson Fairchild & Wade, LLP |
| 246 | 2:15-cv-06144 | Nelson, Judy | Nelson, Judy | 16619 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm; Milstein Jackson Fairchild & Wade, LLP |
| 247 | 2:15-cv-06149 | Pena, Horacio | Pena, Horacio | 13870 | Peiffer Wolf Carr Kane & Conway; The Michael Brady Lynch Firm; Milstein Jackson Fairchild & Wade, LLP |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 248 | 2:15-cv-02168 | Lewis, Josephine | Lewis, Josephine | 2287 | Peterson & Associates, PC |
| 249 | 2:16-cv-02436 | Mills, Douglas | Mills, Douglas | 7977 | Plymale Law Firm |
| 250 | 2:15-cv-06253 | Woolums, James | Woolums, James | 6707 | Potts Law Firm, LLP ; Burnett Law Firm |
| 251 | 2:15-cv-04754 | Collins, Adolphus | Collins, Adolphus | 4027 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 252 | 2:15-cv-06524 | Frieson, James Arthur | Frieson, James Arthur | 5241 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 253 | 2:15-cv-04251 | Ives, Cleo | Ives, Rolland Eugene | N/A | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 254 | 2:15-cv-02466 | Jones, Lillie | Jones, Lillie | 2294 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 255 | 2:15-cv-04276 | Manzo, Hope Carol | Manzo, Hope Carol | 3275 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 256 | 2:15-cv-04284 | McKemie, Billy Charles | McKemie, Billy Charles | 3651 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 257 | 2:15-cv-04292 | Mclean, Timothy Ray | Mclean, Timothy Ray | 3696 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 258 | 2:15-cv-04674 | Miller, Janeann | Miller, Janeann | 3809 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 259 | 2:15-cv-06715 | Raynes, Lois C. | Raynes, Lois C. | 4681 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 260 | 2:15-cv-04300 | Nelson, Harry M. | Nelson, Harry M. | 3630 | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 261 | 2:15-cv-04778 | Spence, Jill Denyse | Spence, Jill Denyse | N/A | Robert C. Hillard, LLP; Hilliard Munoz Gonzales LLP |
| 262 | 2:15-cv-03307 | Hawkins, Betty | Hawkins, Betty | 3039 | Ross Feller Casey, LLP |
| 263 | 2:16-cv-00226 | George, Virginia Ileane | George, Virginia Ileane | 4480 | Salim-Beasley, LLC |
| 264 | 2:16-cv-01921 | White, Linda | White, Charles R. | 2635 | Salim-Beasley, LLC |
| 265 | 2:15-cv-02645 | Call, Don | Call, Don | 2641 | Sanders Law Firm, LLC |
| 266 | 2:15-cv-03199 | Carroll, Patricia | Carroll, Patricia | 2685 | Sanders Law Firm, LLC |
| 267 | 2:16-cv-00657 | D'Agostino, Joseph | D'Agostino, Joseph | 8114 | Sanders Law Firm, LLC |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 268 | 2:15-cv-03200 | Dillard, Florence | Dillard, Florence | 2707 | Sanders Law Firm, LLC |
| 269 | 2:15-cv-05096 | Dunlap, Harry | Dunlap, Harry | 4116 | Sanders Law Firm, LLC |
| 270 | 2:15-cv-05097 | Godbee, Sherry | Godbee, Sherry | N/A | Sanders Law Firm, LLC |
| 271 | 2:15-cv-05098 | Goddard, Sheila | Goddard, Sheila | 4940 | Sanders Law Firm, LLC |
| 272 | 2:15-cv-05094 | Ingraham, Carol | Ingraham, Carol | 4428 | Sanders Law Firm, LLC |
| 273 | 2:15-cv-05103 | Jensen, Richard | Jensen, Richard | 4504 | Sanders Law Firm, LLC |
| 274 | 2:15-cv-02660 | Mitchell, Virginia | Mitchell, Virginia | 3283 | Sanders Law Firm, LLC |
| 275 | 2:15-cv-02662 | Patterson, Bonita | Patterson, Bonita | 2650 | Sanders Law Firm, LLC |
| 276 | 2:15-cv-05120 | Smith, Angela | Smith, Angela | 3944 | Sanders Law Firm, LLC |
| 277 | 2:16-cv-00664 | Stokes, Nettie | Stokes, Nettie | 31958 | Sanders Law Firm, LLC |
| 278 | 2:15-cv-02667 | Timberlake, Sharon | Timberlake, Sharon | 2666 | Sanders Law Firm, LLC |
| 279 | 2:16-cv-00667 | Wallace, Ethel | Wallace, Ethel | 7443 | Sanders Law Firm, LLC |
| 280 | 2:15-cv-02595 | Wood, Karrell | Wood, Dennis | 6815 | Sanders Law Firm, LLC |
| 281 | 2:16-cv-09677 | Poeschl, Robin | Poeschl, Sara | 12740 | Sarah J. Showard |
| 282 | 2:15-cv-06199 | Difiore, Betty | Difiore, Betty | 5087 | Sarangi Law, LLC |
| 283 | 2:16-cv-09531 | Goodrich, Gregory | Goodrich, Gregory | 15620 | Sarangi Law, LLC |
| 284 | 2:15-cv-05007 | Harps, Sylvernia | Harps, Sylvernia | N/A | Scott Vicknair, LLC; Hair Shunnarah Trial Attorneys, LLC |
| 285 | 2:15-cv-03496 | Babnis, Christina | Babnis, Christina | N/A | Simmons Hanly Conroy |
| 286 | 2:15-cv-03511 | Cavender, Phyllis | Cavender, Terry | 2809 | Simmons Hanly Conroy |
| 287 | 2:15-cv-03513 | Cooper, Timothy | Cooper, Timothy | N/A | Simmons Hanly Conroy |
| 288 | 2:16-cv-00585 | Derby, Joyce | Derby, Ray | 6688 | Simmons Hanly Conroy |
| 289 | 2:15-cv-03519 | Enoch, Sidney | Enoch, Sidney | N/A | Simmons Hanly Conroy |
| 290 | 2:16-cv-00589 | Estes, Catherine | Estes, Catherine | N/A | Simmons Hanly Conroy |
| 291 | 2:16-cv-00596 | Gossard, Rose | Gossard, Rose | 7679 | Simmons Hanly Conroy |
| 292 | 2:16-cv-00597 | Harris, Tom | Harris, Tom | 4693 | Simmons Hanly Conroy |
| 293 | 2:16-cv-00600 | Hopper, Shirley | Hopper, Shirley | 4689 | Simmons Hanly Conroy |
| 294 | 2:15-cv-03587 | Rice, Georgia | Rice, Georgia | N/A | Simmons Hanly Conroy |
| 295 | 2:15-cv-03589 | Robinson, Gloria | Robinson, Margie | N/A | Simmons Hanly Conroy |
| 296 | 2:15-cv-03597 | Smith, Russell | Smith, Russell | 2962 | Simmons Hanly Conroy |
| 297 | 2:15-cv-03604 | Stegman, Steven | Stegman, Steven | 2802 | Simmons Hanly Conroy |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 298 | 2:16-cv-00623 | Vogelgesang, Tammy | Niemiec, Janet | 7841 | Simmons Hanly Conroy |
| 299 | 2:16-cv-00089 | Key, Carl | Key, Betty Jo | 5325 | Simon Greenstone Panatier Bartlett, PC; Simon Greenstone Panatier, PC |
| 300 | 2:16-cv-00097 | Malone, Helen | Malone, Helen | 5329 | Simon Greenstone Panatier Bartlett, PC; Simon Greenstone Panatier, PC |
| 301 | 2:16-cv-04489 | Butler, Jacqueline | Butler, Vernice | 16703 | Slater, Slater Schulman, LLP |
| 302 | 2:16-cv-10544 | Curless, Dennis | Curless, Cassandra | N/A | Slater, Slater Schulman, LLP |
| 303 | 2:16-cv-00269 | DiMichele, Angela | DiMichele, Angela | 6666 | Slater, Slater Schulman, LLP |
| 304 | 2:16-cv-10668 | Green, Shirley | Green, William | N/A | Slater, Slater Schulman, LLP |
| 305 | 2:16-cv-07975 | Haynes, Steven | Haynes, Steven | 16511 | Slater, Slater Schulman, LLP |
| 306 | 2:16-cv-09778 | Heileman, Marie | Heileman, Marie | N/A | Slater, Slater Schulman, LLP |
| 307 | 2:16-cv-00264 | Hold, Bonnie | Lawrence, Agnes | 6656 | Slater, Slater Schulman, LLP |
| 308 | 2:16-cv-06995 | Johnson, Carol | Johnson, Jean | 16412 | Slater, Slater Schulman, LLP |
| 309 | 2:16-cv-10753 | Jolley, Donald | Jolley, Donald | 17984 | Slater, Slater Schulman, LLP |
| 310 | 2:16-cv-08944 | Kalman, Brenda | Kalman, Brenda | 16541 | Slater, Slater Schulman, LLP |
| 311 | 2:16-cv-10757 | Laskoskie, Virginia | Rhodes, Catherine Grace | 33352 | Slater, Slater Schulman, LLP |
| 312 | 2:16-cv-01720 | Matran, Janelle | Matran, Janelle | N/A | Slater, Slater Schulman, LLP |
| 313 | 2:16-cv-09264 | Moore, Preston | Moore, Preston | N/A | Slater, Slater Schulman, LLP |
| 314 | 2:16-cv-07020 | Quick, Frederick | Quick, Frederick | 15256 | Slater, Slater Schulman, LLP |
| 315 | 2:16-cv-04581 | Randesi, Joseph | Randesi, Joseph | 14625 | Slater, Slater Schulman, LLP |
| 316 | 2:16-cv-07042 | Schuler, Joan | Schuler, Philip | 16400 | Slater, Slater Schulman, LLP |
| 317 | 2:16-cv-10976 | Smith, Michael | Smith, John A. | 27638 | Slater, Slater Schulman, LLP |
| 318 | 2:16-cv-07080 | Taylor, Eddie | Taylor, Joe | 16397 | Slater, Slater Schulman, LLP |
| 319 | 2:16-cv-10384 | Amick, Jack | Amick, Jack | 16289 | Slater, Slater Schulman, LLP; Douglas & London, PC |
| 320 | 2:16-cv-06876 | Barker, Jaqueline | Barker, Jacqueline | 15850 | Slater, Slater Schulman, LLP; Douglas & London, PC |
| 321 | 2:16-cv-10240 | Vanness, Chester | Vanness, Chester | 16395 | Slater, Slater Schulman, LLP; Douglas & London, PC |
| 322 | 2:15-cv-06091 | Brearley, Robert | Brearley, Robert | 4643 | Sommerman & Quesada, LLP |
| 323 | 2:15-cv-06141 | Crawford, Roxanne | Thorpe, Bernice | 5313 | Sommerman & Quesada, LLP |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 324 | 2:15-cv-06123 | Owens, David | Owens, David | N/A | Sommerman & Quesada, LLP |
| 325 | 2:15-cv-06124 | Schaefer, Nancy | Schaefer, Nancy | 5284 | Sommerman & Quesada, LLP |
| 326 | 2:15-cv-05895 | Garrison, Diane | Garrison, Diane | 5283 | Stark & Stark |
| 327 | 2:16-cv-00170 | Tietz, Richard | Tietz, Sandra | 7648 | Stark & Stark |
| 328 | 2:16-cv-09441 | Williamson, Quintin | Williamson, Quintin | 8671 | SWMW Law, LLC |
| 329 | 2:16-cv-10759 | Carter, Larry Edward | Carter, Larry Edward | 13614 | The Benton Law Firm PLLC |
| 330 | 2:16-cv-11915 | Allen, Kendall | Allen, Pauline | 8978 | The Driscoll Firm, PC |
| 331 | 2:16-cv-07135 | Anthony, Gary | Anthony, Gary | 6577 | The Driscoll Firm, PC |
| 332 | 2:16-cv-00113 | Bailey, Joann | Bailey, Joann | N/A | The Driscoll Firm, PC |
| 333 | 2:16-cv-00114 | Baird, Cecelia | Baird, Cecelia | N/A | The Driscoll Firm, PC |
| 334 | 2:16-cv-08662 | Baker, Mary | Baker, Mary | N/A | The Driscoll Firm, PC |
| 335 | 2:16-cv-11933 | Balcerzak, Stephen | Balcerzak, Stephen | 8979 | The Driscoll Firm, PC |
| 336 | 2:16-cv-03091 | Barnes, Buford | Barnes, Buford | N/A | The Driscoll Firm, PC |
| 337 | 2:16-cv-08667 | Bazan, Normalinda | Bazan, Normalinda | N/A | The Driscoll Firm, PC |
| 338 | 2:16-cv-09392 | Blair, Kathy | Blair, Kathy | N/A | The Driscoll Firm, PC |
| 339 | 2:16-cv-10875 | Bolton, Cheryl | Bolton, Cheryl | 8981 | The Driscoll Firm, PC |
| 340 | 2:16-cv-11127 | Boone, Norma | Boone, Norma | 4783 | The Driscoll Firm, PC |
| 341 | 2:16-cv-08686 | Boyd, Brandon | Boyd, Brandon | 8994 | The Driscoll Firm, PC |
| 342 | 2:16-cv-09652 | Braden, Jimmie | Braden, Jimmie | 7364 | The Driscoll Firm, PC |
| 343 | 2:16-cv-09654 | Bradley, Brinda | Bradley, Brinda | N/A | The Driscoll Firm, PC |
| 344 | 2:16-cv-11605 | Braun, Theodore | Braun, Theodore | 8244 | The Driscoll Firm, PC |
| 345 | 2:16-cv-11936 | Bray, Margaret | Bray, Margaret | 14120 | The Driscoll Firm, PC |
| 346 | 2:16-cv-08688 | Browder, Terry | Browder, Terry | 13542 | The Driscoll Firm, PC |
| 347 | 2:16-cv-09666 | Brown, Charles | Brown, Charles | 7406 | The Driscoll Firm, PC |
| 348 | 2:16-cv-09398 | Brune, James | Brune, James | N/A | The Driscoll Firm, PC |
| 349 | 2:16-cv-09411 | Burnette, Ellen | Burnette, Ellen | N/A | The Driscoll Firm, PC |
| 350 | 2:16-cv-12093 | Buzard, James | Buzard, James | N/A | The Driscoll Firm, PC |
| 351 | 2:16-cv-12094 | Caldwell, Robert | Caldwell, Robert | 9015 | The Driscoll Firm, PC |
| 352 | 2:16-cv-07172 | Carlin, Gabriela | Carlin, Gabriela | 3333 | The Driscoll Firm, PC |
| 353 | 2:16-cv-10885 | Ciaramella, Ann | Ciaramella, Ann | 8989 | The Driscoll Firm, PC |
| 354 | 2:16-cv-07180 | Claybrook, Martha | Claybrook, Martha | 3340 | The Driscoll Firm, PC |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 355 | 2:16-cv-11753 | Colcord, Janice | Colcord, Elva | 13603 | The Driscoll Firm, PC |
| 356 | 2:16-cv-09710 | Coleman, Deborah | Coleman, Deborah | 3343 | The Driscoll Firm, PC |
| 357 | 2:16-cv-11943 | Coleman, Olen | Coleman, Olen | 3344 | The Driscoll Firm, PC |
| 358 | 2:16-cv-07430 | Cooney, Jerry | Cooney, Jerry | N/A | The Driscoll Firm, PC |
| 359 | 2:16-cv-12256 | Correa, Pedro | Correa, Pedro | N/A | The Driscoll Firm, PC |
| 360 | 2:16-cv-11909 | Crouch, Jeana | Whitehead, Eva | 3570 | The Driscoll Firm, PC |
| 361 | 2:16-cv-12099 | Cutshall, Perry | Cutshall, Perry | 8958 | The Driscoll Firm, PC |
| 362 | 2:16-cv-08704 | Davis, Lee | Davis, Lee | 4126 | The Driscoll Firm, PC |
| 363 | 2:16-cv-07448 | Dichiaro, Anthony | Dichiaro, Anthony | N/A | The Driscoll Firm, PC |
| 364 | 2:16-cv-11948 | Eaton, George | Eaton, George | 7404 | The Driscoll Firm, PC |
| 365 | 2:16-cv-12257 | Evans, Donna | Evans, Donna | 7342 | The Driscoll Firm, PC |
| 366 | 2:16-cv-12107 | Garcia, Elba | Garcia, Elba | 4786 | The Driscoll Firm, PC |
| 367 | 2:16-cv-01003 | Garza, Carlos | Garza, Carlos | N/A | The Driscoll Firm, PC |
| 368 | 2:16-cv-11180 | Gates, Jeffrey | Gates, Jeffrey | N/A | The Driscoll Firm, PC |
| 369 | 2:16-cv-01007 | Gatten, Barbara Ann | Gatten, Delmas | N/A | The Driscoll Firm, PC |
| 370 | 2:16-cv-12108 | Gattison, Patrick | Gattison, Patrick | 9010 | The Driscoll Firm, PC |
| 371 | 2:16-cv-12110 | Gentile, Angela | Gentile, Angela | 13807 | The Driscoll Firm, PC |
| 372 | 2:16-cv-12260 | Gianvecchio, Alessandro | Gianvecchio, Guiseppe | 14316 | The Driscoll Firm, PC |
| 373 | 2:16-cv-11767 | Gibson, Cherry | Gibson, Cherry | 7400 | The Driscoll Firm, PC |
| 374 | 2:16-cv-08739 | Gundersen, Edward | Gundersen, Edward | 8198 | The Driscoll Firm, PC |
| 375 | 2:16-cv-09472 | Hardy, Larry | Hardy, Larry | 6635 | The Driscoll Firm, PC |
| 376 | 2:16-cv-11955 | Harlow, Linda | Harlow, Linda | 13561 | The Driscoll Firm, PC |
| 377 | 2:16-cv-10931 | Harris, Sharon | Harris, Sharon | 3394 | The Driscoll Firm, PC |
| 378 | 2:16-cv-12154 | Hayes, John | Hayes, John | N/A | The Driscoll Firm, PC |
| 379 | 2:16-cv-11246 | Hayes, Leonard | Hayes, Leonard | 4717 | The Driscoll Firm, PC |
| 380 | 2:16-cv-07459 | Herrin, Shirley | Herrin, Shirley | 11740 | The Driscoll Firm, PC |
| 381 | 2:16-cv-11782 | Hill, Dorothy | Hill, Dorothy | 7337 | The Driscoll Firm, PC |
| 382 | 2:16-cv-11251 | Hobbs, Anna | Hobbs, Anna | N/A | The Driscoll Firm, PC |
| 383 | 2:16-cv-11963 | Howard, Barbara | Howard, Barbara | 8227 | The Driscoll Firm, PC |
| 384 | 2:16-cv-09496 | Hughes, Hattie | Hughes, Hattie | 8207 | The Driscoll Firm, PC |
| 385 | 2:16-cv-08764 | Hunter, Bryant | Hunter, Bryant | 8208 | The Driscoll Firm, PC |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 386 | 2:16-cv-08767 | Jackson, Cassandra | Jackson, Cassandra | 4771 | The Driscoll Firm, PC |
| 387 | 2:16-cv-11783 | Jackson, William | Jackson, William | 13490 | The Driscoll Firm, PC |
| 388 | 2:16-cv-07466 | Johannessen, Roy | Johannessen, Roy | N/A | The Driscoll Firm, PC |
| 389 | 2:16-cv-08751 | Johnson, Darlene | Hobs, Brenda | N/A | The Driscoll Firm, PC |
| 390 | 2:16-cv-07471 | Jones, Donald, Jr. | Jones, Donald, Jr. | 13340 | The Driscoll Firm, PC |
| 391 | 2:16-cv-07469 | Jones, Kathy | Jones, Kathy | 3421 | The Driscoll Firm, PC |
| 392 | 2:16-cv-11789 | Jones, Robert | Jones, Robert | 7358 | The Driscoll Firm, PC |
| 393 | 2:16-cv-10959 | Jordan, Hulda | Jordan, Hulda | 3422 | The Driscoll Firm, PC |
| 394 | 2:16-cv-09501 | Jordan, Joyce | Jordan, Joyce | N/A | The Driscoll Firm, PC |
| 395 | 2:16-cv-11790 | Kelly, Caleda | Kelly, Caleda | 13734 | The Driscoll Firm, PC |
| 396 | 2:16-cv-11969 | Kluber, Greg | Kluber, Greg | N/A | The Driscoll Firm, PC |
| 397 | 2:16-cv-08777 | Ladd, Tommy | Ladd, Tommy | 7375 | The Driscoll Firm, PC |
| 398 | 2:16-cv-11972 | Lambert, Richard | Lambert, Richard | 6556 | The Driscoll Firm, PC |
| 399 | 2:16-cv-11329 | Lankford, David | Lankford, David | 13738 | The Driscoll Firm, PC |
| 400 | 2:16-cv-10986 | LaPlante, Antionette | LaPlante, Antionette | 13740 | The Driscoll Firm, PC |
| 401 | 2:16-cv-09507 | Larkin, Donald | Larkin, Donald | N/A | The Driscoll Firm, PC |
| 402 | 2:16-cv-11974 | Lavoie, Mary Ann | Lavoie, Mary Ann | 4725 | The Driscoll Firm, PC |
| 403 | 2:16-cv-10994 | Linder, James | Linder, James | 8222 | The Driscoll Firm, PC |
| 404 | 2:16-cv-11334 | Lindhorst, Brenda | Lindhorst, Larry | N/A | The Driscoll Firm, PC |
| 405 | 2:16-cv-11803 | Logan, Sandra | Logan, Sandra | 8944 | The Driscoll Firm, PC |
| 406 | 2:16-cv-09509 | Longardner, Robert | Longardner, James | N/A | The Driscoll Firm, PC |
| 407 | 2:16-cv-11337 | Lowe, Diane | Lowe, June | 9012 | The Driscoll Firm, PC |
| 408 | 2:16-cv-08780 | Mack-Grant, Janet | Mack, Johnora | N/A | The Driscoll Firm, PC |
| 409 | 2:16-cv-12258 | Marvel, Georgia | Marvel, Georgia | 6591 | The Driscoll Firm, PC |
| 410 | 2:16-cv-11344 | Mattox, Martin | Mattox, Martin | 4802 | The Driscoll Firm, PC |
| 411 | 2:16-cv-11810 | May, Ernell | May, Ernell | 6626 | The Driscoll Firm, PC |
| 412 | 2:16-cv-11812 | McAbee, Eric | McAbee, Eric | 8261 | The Driscoll Firm, PC |
| 413 | 2:16-cv-08822 | McAndrew, John | McAndrew, John | 7324 | The Driscoll Firm, PC |
| 414 | 2:16-cv-12168 | McCants, Lucretia | McCants, Lucretia | 9013 | The Driscoll Firm, PC |
| 415 | 2:16-cv-08826 | McDonald, Eddie | McDonald, Eddie | N/A | The Driscoll Firm, PC |
| 416 | 2:16-cv-09773 | McGonnell, Michael | McGonnell, Michael | 7373 | The Driscoll Firm, PC |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 417 | 2:16-cv-11358 | McKnight, Kathryn | McKnight, Kathryn | 8939 | The Driscoll Firm, PC |
| 418 | 2:16-cv-11814 | McLaury, Vincent | McLaury, Vincent | 8282 | The Driscoll Firm, PC |
| 419 | 2:16-cv-11982 | Meadows, Carol | Meadows, Carol | 8161 | The Driscoll Firm, PC |
| 420 | 2:16-cv-12276 | Merritt, Patricia | Merritt, Patricia | 8231 | The Driscoll Firm, PC |
| 421 | 2:16-cv-11983 | Mitchell, Virginia | Mitchell, Virginia | 9016 | The Driscoll Firm, PC |
| 422 | 2:16-cv-03151 | Moore, Andrew | Moore, Andrew | 9020 | The Driscoll Firm, PC |
| 423 | 2:16-cv-08881 | Nance, Daphne | Nance, Miriam | N/A | The Driscoll Firm, PC |
| 424 | 2:16-cv-09792 | Nunn, Beulah | Nunn, Beulah | 13589 | The Driscoll Firm, PC |
| 425 | 2:16-cv-03168 | Owens, James | Owens, James | 3478 | The Driscoll Firm, PC |
| 426 | 2:16-cv-09820 | Pangle, Darren | Pangle, Darren | 13586 | The Driscoll Firm, PC |
| 427 | 2:16-cv-12004 | Perschitz, Michael | Schwartz, Jean | N/A | The Driscoll Firm, PC |
| 428 | 2:16-cv-11370 | Peterson, Norma | Peterson, Norma | 7394 | The Driscoll Firm, PC |
| 429 | 2:16-cv-11376 | Price, Kimberly | Price, George | N/A | The Driscoll Firm, PC |
| 430 | 2:16-cv-08928 | Rhodes, Evelyna | Rhodes, Clayburn | N/A | The Driscoll Firm, PC |
| 431 | 2:16-cv-08935 | Rice, Robert | Rice, Alline | N/A | The Driscoll Firm, PC |
| 432 | 2:16-cv-08115 | Roberts, Mallie | Roberts, Mallie | 3500 | The Driscoll Firm, PC |
| 433 | 2:16-cv-12003 | Russell, Sheon | Russell, Sheon | 8988 | The Driscoll Firm, PC |
| 434 | 2:16-cv-08124 | Russell, William | Russell, William | 6619 | The Driscoll Firm, PC |
| 435 | 2:16-cv-09862 | Sanchez, Mary | Sanchez, Mary | 3508 | The Driscoll Firm, PC |
| 436 | 2:16-cv-11378 | Sang, Victor | Sang, Victor | 8940 | The Driscoll Firm, PC |
| 437 | 2:16-cv-11033 | Seaton, Robert | Seaton, Robert | 3517 | The Driscoll Firm, PC |
| 438 | 2:16-cv-08150 | Sewell, Michael | Sewell, Michael | 6598 | The Driscoll Firm, PC |
| 439 | 2:16-cv-01014 | Shirkey, Annmarie | Impemba, Diane | N/A | The Driscoll Firm, PC |
| 440 | 2:16-cv-09518 | Shoemaker, Roger | Shoemaker, Roger | 3521 | The Driscoll Firm, PC |
| 441 | 2:16-cv-12202 | Smith, Don | Smith, Don | 8204 | The Driscoll Firm, PC |
| 442 | 2:16-cv-09520 | Smith, Marion | Smith, Bobby | 13880 | The Driscoll Firm, PC |
| 443 | 2:16-cv-12204 | Smith, Thelma | Smith, George | 7345 | The Driscoll Firm, PC |
| 444 | 2:16-cv-03181 | Steele, Richard | Steele, Richard | 4732 | The Driscoll Firm, PC |
| 445 | 2:16-cv-09491 | Stewart, Jessie | Hicks, Tracey | N/A | The Driscoll Firm, PC |
| 446 | 2:16-cv-12217 | Stokes, Joey | Stokes, Joey | N/A | The Driscoll Firm, PC |
| 447 | 2:16-cv-12218 | Sutphin, Anthony | Sutphin, Anthony | 8273 | The Driscoll Firm, PC |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|-----|-----------|----------------|--------------|-------|----------------|
| 448 | 2:16-cv-09024 | Taylor, Doris | Taylor, Cleo | N/A | The Driscoll Firm, PC |
| 449 | 2:16-cv-12219 | Taylor, William | Taylor, William | 13813 | The Driscoll Firm, PC |
| 450 | 2:16-cv-12226 | Toler, Betty | Toler, Betty | 8165 | The Driscoll Firm, PC |
| 451 | 2:16-cv-08191 | Wanat, Virginia | Wanat, Virginia | N/A | The Driscoll Firm, PC |
| 452 | 2:16-cv-09053 | Ward, Demetrius | Ward, Demetrius | N/A | The Driscoll Firm, PC |
| 453 | 2:16-cv-12233 | Ware, Pearlie | Ware, Pearlie | 8954 | The Driscoll Firm, PC |
| 454 | 2:16-cv-08680 | Webb, Yvonne | Blair, Billie | N/A | The Driscoll Firm, PC |
| 455 | 2:16-cv-08962 | White, Latrice | Small, Lois | N/A | The Driscoll Firm, PC |
| 456 | 2:16-cv-09060 | Wiggins, Catherine | Wiggins, Catherine | N/A | The Driscoll Firm, PC |
| 457 | 2:16-cv-11492 | Wilkerson, Patricia | Wilkerson, Patricia | 13824 | The Driscoll Firm, PC |
| 458 | 2:16-cv-10000 | Williams, Bobby | Williams, Bobby | 3573 | The Driscoll Firm, PC |
| 459 | 2:16-cv-12019 | Williams, Frederick | Williams, Frederick | 8224 | The Driscoll Firm, PC |
| 460 | 2:16-cv-09582 | Williams, Ronald | Williams, Ronald | 8215 | The Driscoll Firm, PC |
| 461 | 2:16-cv-09514 | Williams, Sonja | Peters, Martha | N/A | The Driscoll Firm, PC |
| 462 | 2:16-cv-12022 | Woodson, William | Woodson, William | 13584 | The Driscoll Firm, PC |
| 463 | 2:16-cv-12235 | Zeman, Susan | Weathers, Margaret | 3565 | The Driscoll Firm, PC |
| 464 | 2:15-cv-04202 | Grimes, Donna | Grimes, Donna | 3287 | The Frankowski Firm, LLC |
| 465 | 2:16-cv-09926 | Cochran, Willis | Cochran, Willis | 15332 | The Gallagher Law Firm, PLLC |
| 466 | 2:16-cv-10813 | Rosenberg, Elaine | Rosenberg, Elaine | 14117 | The Gallagher Law Firm, PLLC |
| 467 | 2:16-cv-10192 | Warriner, Olga | Warriner, Olga | 15295 | The Gallagher Law Firm, PLLC |
| 468 | 2:16-cv-10835 | Whitfield, Dirtress | Whitfield, Paul | N/A | The Gallagher Law Firm, PLLC |
| 469 | 2:16-cv-02717 | Haas, Larry | Haas, Larry | 9511 | The Lanier Law Firm |
| 470 | 2:15-cv-06084 | Hodges, Herbert | Hodges, Herbert | 5255 | The Lanier Law Firm |
| 471 | 2:16-cv-06152 | Lewis, Deborah | Lewis, Deborah | 9940 | The Lanier Law Firm |
| 472 | 2:15-cv-05279 | McAnarney, Frances | McAnarney, Frances | 4905 | The Lanier Law Firm |
| 473 | 2:16-cv-11876 | Morgan, Dudley | Morgan, Dudley | 12555 | The Lanier Law Firm |
| 474 | 2:16-cv-11877 | O'Connor, John | O'Connor, John | 12575 | The Lanier Law Firm |
| 475 | 2:16-cv-11884 | Ostler, Nancy | Ostler, Nancy | 12578 | The Lanier Law Firm |
| 476 | 2:16-cv-00143 | Plumley, Danis | Plumley, Danis | 6761 | The Lanier Law Firm |
| 477 | 2:16-cv-02903 | Rich, Cheryl | Weil, Frances | 9561 | The Lanier Law Firm |
| 478 | 2:16-cv-02881 | Schultz, Ruth | Schultz, Barry | 9541 | The Lanier Law Firm |

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|-----|-----------|----------------|--------------|-------|----------------|
| 479 | 2:16-cv-06827 | Stegall, Max | Stegall, Max | 10266 | The Lanier Law Firm |
| 480 | 2:15-cv-05368 | Ulibarri, Nancy | Ulibarri, Nancy | 4918 | The Lanier Law Firm |
| 481 | 2:15-cv-05393 | Walsh, Michael | Walsh, Michael | 4896 | The Lanier Law Firm |
| 482 | 2:15-cv-05401 | Williamson, Neil | Williamson, Neil | 4647 | The Lanier Law Firm |
| 483 | 2:16-cv-00951 | Martin, Dixie | Martin, Dixie | 7697 | The Moody Law Firm, Inc. |
| 484 | 2:15-cv-03737 | Gatlin, Deborah | Gatlin, Deborah | N/A | The Mulligan Law Firm |
| 485 | 2:15-cv-02997 | Johnson, Timothy | Johnson, Timothy | 1936 | The Mulligan Law Firm |
| 486 | 2:16-cv-12825 | Messina, Cynthia | Messina, Cynthia | N/A | The Mulligan Law Firm |
| 487 | 2:16-cv-04457 | Diraz, Nahed | Diraz, Nahed | 8661 | The Potts Law Firm, LLP |
| 488 | 2:16-cv-04453 | Fitzgerald, Mark | Fitzgerald, Mark | 9663 | The Potts Law Firm, LLP |
| 489 | 2:16-cv-02193 | Montegomery, Tafadzwa | Montegomery, Tafadzwa | 8336 | The Potts Law Firm, LLP |
| 490 | 2:16-cv-04444 | Morris, Janet | Morris, Janet | 9025 | The Potts Law Firm, LLP |
| 491 | 2:16-cv-04449 | Naylor, Judith | Naylor, Judith | 8922 | The Potts Law Firm, LLP |
| 492 | 2:16-cv-09686 | Newton, Glenda | Newton, Glenda | 13508 | The Potts Law Firm, LLP |
| 493 | 2:16-cv-09687 | Olson, Robert L. | Olson, Robert L. | 13510 | The Potts Law Firm, LLP |
| 494 | 2:16-cv-02177 | Pyle, Earma | Pyle, Earma | 8077 | The Potts Law Firm, LLP |
| 495 | 2:16-cv-04440 | Raddatz, Gloria | Raddatz, Gloria | 9673 | The Potts Law Firm, LLP |
| 496 | 2:16-cv-04436 | Scott, Denise | Scott, Denise | 9608 | The Potts Law Firm, LLP |
| 497 | 2:16-cv-03265 | Yarrow, Howard | Yarrow, Howard | 8758 | The Potts Law Firm, LLP |
| 498 | 2:15-cv-04134 | Lillis, Mary | Lillis, Mary | 4813 | The Schlemmer Firm, LLC |
| 499 | 2:15-cv-05661 | Faye, Edward | Faye, Edward | 1541 | Wagstaff & Cartmell, LLP |
| 500 | 2:15-cv-05666 | Latham, Johnny | Latham, Johnny | 2652 | Wagstaff & Cartmell, LLP |
| 501 | 2:16-cv-09659 | Ramich, Mike | Ramich, Mike | 13168 | Wagstaff & Cartmell, LLP |
| 502 | 2:16-cv-02365 | Ray, Patricia | Ray, Patricia | N/A | Wagstaff & Cartmell, LLP |
| 503 | 2:16-cv-04835 | Zawisza, Mertelene Uelle | Zawisza, Mertelene Uelle | 11391 | Watts Guerra LLP |
| 504 | 2:16-cv-07338 | Drexler, Karen | Barker, Agnes | N/A | Watts Guerra LLP; Meyer Law Firm |
| 505 | 2:15-cv-04678 | Floyd, Michael | Floyd, Michael | 18066 | Wilshire Law Firm |
| 506 | 2:16-cv-00135 | Gastall, William | Gastall, William | 7963 | Wormington & Bollinger |
| 507 | 2:16-cv-09351 | Bell, Helen L. | Bell, Helen L. | 15221 | Zeccola & Selinger, LLC |
| 508 | 2:15-cv-02775 | Neagle, Harlen | Neagle, Harlen | 2968 | Zeccola & Selinger, LLC |