# THE COCHRAN FIRM

## D O T H A N , P . C .

111 EAST MAIN STREET • DOTHAN, ALABAMA 36301
TELEPHONE: (334) 673-1555 • FAX: (334) 699-7229
WWW.COCHRANFIRM.COM • WWW.COCHRANFIRMDOTHAN.COM

November 30, 2021

To Whom It May Concern:

This letter is notification that duplicate payment was made on behalf of case 2:16-cv-10301 - Pettigrew v. Janssen Research & Development LLC et al

Account Number: 2834802
Court: LOUISIANA EASTERN DISTRICT CO
Amount: $402.00
Tracking Id: ALAEDC-9126457 Approval
Code: 129114
Card Number: ************3003
Date/Time: 11/30/2021 01:19:25 ET

We ask that you kindly refund this payment back to the credit card it was issued upon.

Sincerely,

**THE COCHRAN FIRM - DOTHAN, P.C.**

**/s/ Joseph D. Lane**

Joseph D. Lane