UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Hu v. Janssen Research & Development LLC, et al*, 2:21-cv-02240

## ORDER

Considering the MDL Panel's recent transfer of this case to this Court,

**IT IS ORDERED** that the parties participate in a telephone status conference on Tuesday, December 21, 2021 at 10:30 AM Central Standard Time. The parties are instructed to use the following information to participate and are expected to be on the line at least five minutes prior to the scheduled start time.

Dial-In: (877) 336 1839

Access Code: 422740

New Orleans, Louisiana this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE