UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Harry v. Janssen Research & Development LLC, et al*, 2:15-cv-04741

## ORDER

Considering telephonic notice to the court concerning an issue in the above-referenced case,

**IT IS ORDERED** that Leonard Davis, Plaintiffs' Liaison Counsel, contact John Pace, counsel for Plaintiff Cassandra Harry, to discuss an uncashed settlement check in this case and thereafter to transmit a letter to the Court confirming communication between counsel.

New Orleans, Louisiana this 10th day of December, 2021.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE