UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Sophie Hu, et al.* | : | JUDGE ELDON E. FALLON |
| Civil Action No. 2:21-cv-02240 | : | MAGISTRATE JUDGE NORTH |

**DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY**

Defendants Bayer HealthCare Pharmaceuticals Inc. (incorrectly named as "Bayer HealthCare Pharmaceuticals Inc. (Bayer Corporation)") and Janssen Pharmaceuticals, Inc. (incorrectly named as "Janssen Pharmaceuticals, Inc. (Johnson & Johnson)"), as detailed in the accompanying Memorandum in Support, respectfully move this Court to dismiss Plaintiff Hu's claim for parental loss of consortium, and to stay for 90 days the remaining claims, asserted by Ms. Hu purportedly on behalf of Ms. Zhao, to allow for Plaintiff to obtain counsel, as required by 28 U.S.C. § 1654 for any suit brought on behalf of another.

Respectfully submitted:

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: */s/Susan M. Sharko* <br> Susan M. Sharko <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@faegredrinker.com | By: */s/Andrew K. Solow* <br> Andrew K. Solow <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> Telephone: (212) 836-8485 <br> andrew.solow@arnoldporter.com |
| Chanda A. Miller <br> One Logan Square, Suite 2000 <br> Philadelphia, PA 19103-6996 <br> Telephone: (215) 988-2700 <br> chanda.miller@faegredrinker.com | William Hoffman <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> Telephone: (202) 942-5000 <br> william.hoffman@arnoldporter.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | CHAFFE MCCALL L.L.P. |
| By: */s/Kim E. Moore* <br> Kim E. Moore <br> 400 Poydras Street, Suite 2700 <br> New Orleans, LA 70130 <br> Telephone: (504) 310-2100 <br> kmoore@irwinllc.com | By: */s/John F. Olinde* <br> John F. Olinde <br> 1100 Poydras Street, Suite 2300 <br> New Orleans, LA 70163 <br> Telephone: (504) 585-7241 <br> olinde@chaffe.com |
| *Attorneys Janssen Pharmaceuticals, Inc.* | *Attorneys for Bayer Healthcare Pharmaceuticals, Inc.* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 13, 2021 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/Kim E. Moore

      The undersigned hereby certifies that on December 13, 2021 the foregoing pleading was sent by U.S. mail, postage prepaid, to the pro se plaintiffs at their address of record.

                                                /s/Chanda A. Miller