# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Sophie Hu, et al.* | : | JUDGE ELDON E. FALLON |
| Civil Action No. 2:21-cv-02240 | : | MAGISTRATE JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Defendants Bayer HealthCare Pharmaceuticals Inc. (incorrectly named as "Bayer HealthCare Pharmaceuticals Inc. (Bayer Corporation)") and Janssen Pharmaceuticals, Inc. (incorrectly named as "Janssen Pharmaceuticals, Inc. (Johnson & Johnson)") will bring for hearing the accompanying Motion to Dismiss and Motion to Stay at 9:00 a.m. CT on the 5th day of January 2022, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted:

| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
|---|---|
| By: */s/Susan M. Sharko* | By: */s/Andrew K. Solow* |
| Susan M. Sharko | Andrew K. Solow |
| 600 Campus Drive | 250 West 55th Street |
| Florham Park, NJ 07932-1047 | New York, NY 10019-9710 |
| Telephone: (973) 549-7000 | Telephone: (212) 836-8485 |
| susan.sharko@faegredrinker.com | andrew.solow@arnoldporter.com |
| | |
| Chanda A. Miller | William Hoffman |
| One Logan Square, Suite 2000 | 601 Massachusetts Ave., NW |
| Philadelphia, PA 19103-6996 | Washington, D.C. 20001 |
| Telephone: (215) 988-2700 | Telephone: (202) 942-5000 |
| chanda.miller@faegredrinker.com | william.hoffman@arnoldporter.com |

| IRWIN FRITCHIE URQUHART & MOORE LLC | CHAFFE MCCALL L.L.P. |
|---|---|
| By: */s/Kim E. Moore* | By: */s/John F. Olinde* |
| Kim E. Moore | John F. Olinde |
| 400 Poydras Street, Suite 2700 | 1100 Poydras Street, Suite 2300 |
| New Orleans, LA 70130 | New Orleans, LA 70163 |
| Telephone: (504) 310-2100 | Telephone: (504) 585-7241 |
| kmoore@irwinllc.com | olinde@chaffe.com |
| | |
| *Attorneys Janssen Pharmaceuticals, Inc.* | *Attorneys for Bayer Healthcare Pharmaceuticals, Inc.* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 13, 2021 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/Kim E. Moore

      The undersigned hereby certifies that on December 13, 2021 the foregoing pleading was sent by U.S. mail, postage prepaid, to the pro se plaintiffs at their address of record.

                                                /s/Chanda A. Miller