MINUTE ENTRY
FALLON, J.
DECEMBER 21, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sophie Hu et a. v. Janssen Pharmaceuticals et al*
CA# 2:21-cv-002240

      A telephone status conference was held on this date from the Chambers of Judge Eldon E. Fallon. *Pro se* Plaintiff Sophie Hu participated. Susan Sharko, Chanda Miller, and Andrew Solow participated on behalf of Defendants. The Court emphasized the complexity of the case and the difficulties of proceeding *pro se* and therefore strongly advised Plaintiff to obtain counsel to represent her in this matter. Plaintiff stated that she would continue to attempt to retain counsel. Accordingly,

      **IT IS ORDERED** that the case, including all pending motions, is **STAYED** for 90 days to permit Plaintiff to obtain counsel.

JS10: 00:07