BEFORE THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

## PRO SE PLAINTIFFS MOTION TO TRANSFER CASE BACK TO NORTHERN DISTRICT OF CALIFORNIA

Pursuant to JPML (JUDICIAL PANEL on MULTIDISTRICT LITIGATION) transfer order on December 7th, 2021 in the above captioned action, respectfully move this court for an order to transfer case back to Northern District of California

The JPML order states:

"The Panel routinely leaves to the discretion of the transferee court all issues related to the conduct of discovery and other pretrial proceedings when transferring actions to an MDL."

"To the extent plaintiffs have concerns about the timetable for complying with discovery obligations, they should bring those issues to the attention of the transferee court for resolution"

Date: _____December 15th, 2021_____

Signature: _____Sophie Hu_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885

TENDERED FOR FILING

DEC 16 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**Memorandum in support of
Pro Se Motion to transfer case back to Northern District of California**

**This court should grant this motion for the following reasons**

**The pharmaceuticals' request to transfer the case is unjust for the plaintiffs and puts plaintiffs in disadvantage, inequity, and more hardships**

CMO 11 Mandate for Plaintiffs:

As noted in previous pro se response brief to defendants' opposition to motion to vacate transfer order submitted before the JPML, considering the hardship we are facing, CMO 11 demands are unfair and impossible tasks for the plaintiffs to complete

One of the most devastating incapacities my mother Ms. Zhao suffered is loss of her ability to protect her airway due to Xarelto injury, thus 24/7 monitoring and care is crucial to ensure her safety. Our entire family has been coping with very severe, traumatic and ongoing frail medical impairments

It has been our honor and duty to give the best care to our mother. For the past 16 months, we have not slept much, our own health has been adversely impacted, we have been pushing the limits of our human body can do to ensure my mother safe and well

To gather extensive documents and meet various deadlines and obligations demanded in a short time, it means we must find and dedicate extensive time to meet all requirements, thus may not well be able to provide my mother the care needed round the clock, she could be at risk of suffocating and choking which could lead to death

While it is anticipated and established process for the pharmaceutical companies, it puts us in a disadvantaged position to process the very complicated demands

While it promoted efficiency for a coordinated effort when there was a large scale of complaints at times, this case occurred after that

We had many expenses already due to the injury. We are unable to pay separated, various fees and all associated cost


Lack of counsel representation

Due to MDL, I have not been able to find a qualified attorney to represent us. I have called many prominent and local attorney/firm who specializes in medical product liability case, no one can represent us. One attorney informed me that it will be irresponsible for a knowledgeable attorney to take the case

Directed by an attorney, I even reached out to every member of MDL Plaintiff steering committee and counsels. I was informed that litigation is very costly, time consuming, difficult, and challenging, with unfavorable outcome, etc. I was informed that "unfortunately, I am not aware of any counsel currently taking new Xarelto claims"

See Exhibit A, these declining letters/emails do not include those firms declined by phone call or not responded

<u>The case will not be extra burdensome to original court</u>

Without many attorney involvements, this will not be a large magnitude trial and will not burden court in Northern District of California where the case was initially filed

With all due respect, I sincerely believe that only when we are equally positioned, it may promote fair judgement

For the reasons above, Plaintiff requests that the court approve above motion

**Respectfully submitted,**

Date: _____December 15th, 2021_____

Signature: _____*Sophie Hu*_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
                  Foster City, CA 94404
Telephone: 650-619-0885