# Exhibit A

## Some example excerpt from representation declining letters:

1) From: ▮▮▮▮▮@▮▮▮▮▮.com>
To: "alpineedelweiss@yahoo.com" <alpineedelweiss@yahoo.com>
Sent: Tuesday, July 27, 2021, 04:43:04 PM PDT
Subject: Your Potential Legal Action

Hi Sophie,
Please see the attached correspondence from ▮▮▮▮▮.
July 27, 2021
Via U.S. Mail & Email
Sophie Hu
alpineedelweiss@yahoo.com
Re: Your possible legal action
Dear Ms. Hu:
Thank you for giving ▮▮▮▮▮ LLP the opportunity to assess your potential legal action. This letter is to inform you that this office will not be representing you, protecting your legal interest in this matter, or taking any action on your behalf. This decision is a business decision and is not meant to reflect on the merits of your case in any way. Please do not allow this decision to discourage you from taking further legal action. You may wish to speak to another attorney or to your local bar association for assistance in finding an attorney.
▮▮▮▮▮
▮▮▮▮▮
San Francisco, CA ▮▮

2) From: Office Admin <▮@▮▮▮▮▮.com>
To: Sophie Hu <alpineedelweiss@yahoo.com>
Sent: Thursday, July 22, 2021, 03:36:51 PM PDT
Subject: Notice of Non-Representation
Dear Sophie Hu,
Thanks so much for contacting the ▮▮ Law Group regarding your case. Following review of your intake details, our attorneys determined that our firm is unable to take your case on at this time.
You should continue to seek out legal representation as there may be a statute of limitations or another time period that affects your case.
San Francisco (main office)
▮▮▮▮▮
San Francisco, CA. ▮▮

3) From: ▮▮▮▮▮@▮▮▮▮▮law.com>

To: alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Friday, July 23, 2021, 10:50:53 AM PDT
Subject: Decline of your potential legal claim
Greetings Ms. Hu:
Re: Fumian zhao
Thank you for contacting the ▮▮▮▮▮▮▮ Law Firm regarding your potential case.
 The information you provided during the intake interview, as well as any materials that may have been submitted have been carefully reviewed and considered by our attorneys.
Please be advised that our firm has decided to decline the opportunity to further investigate or litigate this matter on your behalf.
Accordingly, you will need to identify and retain another lawyer or law firm to file suit within the applicable limitations period on your behalf.
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
Sacramento, CA ▮▮

4) From: ▮▮▮▮▮ <▮▮▮@▮▮software>
To: "alpineedelweiss@yahoo.com" <alpineedelweiss@yahoo.com>
Cc: ▮▮▮▮▮▮@▮▮.com>
Sent: Friday, July 23, 2021, 07:44:14 AM PDT
Subject: The Law Offices of ▮▮▮▮▮▮

Thank you for contacting our firm regarding legal representation. Unfortunately, this is not a case that we will be able to represent you on.
Please be aware that there are time limitations to legal actions, so if you want to pursue this matter further, we suggest that you find an attorney right away.

5) From: ▮▮▮▮▮▮▮▮▮@▮▮▮▮.com>
To: Hu, Sophie <alpineedelweiss@yahoo.com>
Sent: Tuesday, July 27, 2021, 04:31:59 PM PDT
Subject: Thank You for Contacting Cutter Law
7/27/2021
 Dear Sophie,
Thank you for contacting our firm regarding your potential case. I am always honored when somebody is willing to give me the opportunity to try to help them and I regret when I have to inform a potential client that I will not be able to help them.
Based upon the information provided, we have decided to decline your invitation to undertake your representation in this matter. This decision to decline your representation on this possible legal claim is not intended as a reflection upon the merits of your case, but rather is a business decision.
We appreciate you contacting us about this matter and wish you the best.
Yours very truly

6) From: ▮▮▮▮▮@▮▮lawyers.com>
To: AlpineEdelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Cc: ▮▮▮▮▮@▮▮lawyers.com>
Sent: Thursday, July 22, 2021, 10:18:54 AM PDT
Subject: Your potential case

July 22, 2021

Re: Your potential legal claim

Dear Sophie Hu:

Thank you for contacting our firm in regard to your potential legal claim. Based on the information you provided, ▮▮▮▮ has determined that we are unable to assist you or represent you in this claim. This letter is not intended to be an opinion concerning the merits of your case, nor are we expressing an opinion as to whether you should take further action in this matter. We are merely indicating that we will be unable to represent you.

▮▮▮▮▮▮▮▮
Oakland, CA ▮▮

7) From: ▮▮▮▮▮@▮▮▮▮.com>
To: 'alpineedelweiss@yahoo.com' <alpineedelweiss@yahoo.com>
Sent: Tuesday, July 27, 2021, 03:17:03 PM PDT
Subject: Recent Case Inquiry

Dear Ms. Hu,

It was our pleasure to speak with you. Due to the ethical standards imposed on the legal profession, it is necessary to clarify our relationship in writing. At this time, we do not have an attorney-client relationship. We do not represent you at this time and therefore we will not be taking any action on your behalf.

8) From: ▮▮▮▮▮@▮▮firm.com>
To: "alpineedelweiss@yahoo.com" <alpineedelweiss@yahoo.com>
Sent: Thursday, July 1, 2021, 06:09:24 PM PDT
Subject: POTENTIAL LAWSUIT

July 1, 2021

Re: Potential Lawsuit

Dear Sophie Hu:

After carefully reviewing the facts of your mother's potential case, researching the matter and discussing it with other members of this law firm, I regret to inform you that we cannot represent you in your potential case.

Please understand that by our declination of representation, we mean to imply no judgment concerning the merits or demerits of this claim. All we mean to do by this letter is express our gratitude to you for considering us and advise you that the facts of the claim do not justify our participation in this lawsuit

▮▮▮▮▮▮▮▮ LOS ANGELES, CA ▮▮

9) From: ▮▮▮▮▮@▮▮▮▮.com>
To: alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Saturday, July 24, 2021, 03:15:35 PM PDT

Subject: Xarelto Litigation
July 23, 2021
Ms. Fumian Zhao, alpineedelweiss@yahoo.com
RE: Xarelto Litigation
Dear Ms. Zhao:
Thank you for contacting our firm regarding the above referenced matter. However, we are not handling cases involving Xarelto at this time. You should not take this as an indication that you do not have a claim or that some other lawyer would not be willing to take your claim. Failure to file your claim in a timely manner will result in it being barred forever. Therefore, if you wish to pursue your claim, you must contact another attorney as soon as possible.

███████ Montgomery, AL ███████

10) From: ███████@███████.com>
To: s <alpineedelweiss@yahoo.com>
Sent: Tuesday, December 22, 2020, 09:14:30 AM PST
Subject: RE: Your Potential Case
Hi Sophie,
If you would like to pursue a claim against the manufacturer of Xarelto, we suggest you contact a reputable firm handling these types of lawsuits. They are well positioned to handle cases such as yours, and we do not handle drug manufacturer cases.

███████ San Francisco, CA ███████

11) From: ███████@███████.com>
To: Alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Friday, June 25, 2021, 07:34:58 AM PDT
Subject: ███████ is regrettably unable to handle your case
Good morning:
We are not handling Xarelto cases. Unfortunately, this means our office has decided not to represent you in connection with your potential claims. We encourage you to immediately consult with other attorneys, as different law firms may have different criteria for claims they are willing and able to pursue.

Baltimore, MD ███████

12) From: ███████@███████.com>
To: s <alpineedelweiss@yahoo.com>
Cc: ███████@███████.com>
Sent: Monday, July 26, 2021, 01:03:54 PM PDT
Subject: RE: Xarelto brain hemorrhage injury

Unfortunately I am not aware of any counsel currently taking new Xarelto claims. Good luck and sorry I am unable to assist.

New Orleans, Louisiana

13) From: ████████████@████████.com>
To: alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Monday, July 26, 2021, 04:47:33 PM PDT
Subject: Your Xarelto Case

Hi Sophie,

It was a pleasure speaking with you today, I'm sorry to hear about your mom.

As we discussed, the primary attorneys that are currently handling Xarelto cases are:

Plaintiffs Liaison Counsel: ----

You can also find out more about the litigation here: ------

Take Care!

Sacramento, CA

14) From: ████████████@████████.com>
To: 'alpineedelweiss@yahoo.com' <alpineedelweiss@yahoo.com>
Sent: Wednesday, June 30, 2021, 03:32:59 PM PDT
Subject: Sent on behalf of ████████████

Ms. Hu:

Thank you for writing again regarding your mother's use of Xarelto. Unfortunately, our office is not able to offer professional assistance in this matter.

As we previously advised, California has time limitations which govern when a lawsuit or claim must be filed (one year, two years, etc.). Depending on the nature of the cause of action which you might pursue, the statute of limitations will vary. Failure to file and pursue a case in a timely manner can result in its dismissal. Therefore, should you decide to pursue this matter further, we respectfully suggest that you contact another local attorney of your choice immediately so that your mother's legal rights are fully explored and protected. Do not delay.

We wish you well.

Sincerely,

IL