UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

ESTATE OF CHIRISTINE WATTS

Plaintiff

VS

                                    2:21 cv 00940

Janssen Research Development ET AL.

Defendants

Plaintiff's Motion for Extension of Time to file

Response to Defendant's Motion to Dismiss

Plaintiff requests this court grants her an extension of time to respond to the Defendant's Motion to Dismiss. Plaintiff requests an extra 14 days to respond to Defendant's motion. Plaintiff received the motion late and need legal consultation to respond to this motion. Plaintiff cannot get into the pacer account to see pleadings filed this court. Petition for fee waiver on pacer is filed.

Plaintiff prays for extension of time to be granted by this court.

Respectfully submitted,

*Leah*

Estate of Christine Watts
Leah Watts
PO BOX 3633
South Bend, IN 46619
(269) 426-1107

January 4, 2022

TENDERED FOR FILING

JAN 04 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**CERTIFICATE OF SERVICE**

Plaintiff has served this Motion for Extension of Time to Respond to Defendant's Motion to Dismiss to Defendants by Louisiana Court's electronic system on this day of January 4, 2022.

## LAEDdb_ProSeDocs

**From:** Christine Watts <christinehmf94@yahoo.com>
**Sent:** Tuesday, January 4, 2022 6:07 PM
**To:** LAEDdb_ProSeDocs
**Subject:** Motion on Requesting Extension of Time
**Attachments:** Plaintiff Motion for Extension of Time to Resp to Defendant Motion to Dismiss .pdf

**CAUTION - EXTERNAL:**

Hello:

Motion for Extension of Time is filed.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1