UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE FALLON
MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:** *Cassandra Harry No: 2-15-cv-04741*

## ORDER

The Court is in receipt of a letter from Leonard Davis, Plaintiffs' Liaison Counsel, dated January 6, 2022, advising that, in accordance with the Court's Order on December 10, 2021, R. Doc. 18020, he participated in a telephone conversation with John Pace, counsel for Plaintiff Cassandra Harry, regarding Plaintiff Harry's uncashed settlement check. Accordingly, attorney Davis has satisfied the obligation imposed by the Court's prior Order.

The Clerk is ordered to enter into the record of this case the letter from counsel to the Court.

New Orleans, Louisiana, this 6th day of January, 2022.

UNITED STATES DISTRICT JUDGE