

# HERMAN HERMAN & KATZ, LLC
## ATTORNEYS AT LAW

820 O'Keefe Avenue
New Orleans, Louisiana 70113-1125

(504) 581-4892 Main
(504) 561-6024 Fax
(504) 680-0551 Direct
ldavis@hhklawfirm.com

January 6, 2022

**_VIA EMAIL ONLY_**

Honorable Eldon E. Fallon
United States District Court Judge
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA  70130
Email:  fallon@laed.uscourts.gov

RE:  *In re:  Xarelto (Rivoroxaban) Products Liability Litigation*
MDL 2592
*Cassandra Harry v. Janssen Research & Development, LLC, et al* (2:15-cv-04741)

Dear Judge Fallon:

  In accordance with the Court's Order filed December 13, 2021 [Rec. Doc. 18020], a telephone conversation took place on January 5, 2022, with John Pace, counsel for plaintiff Cassandra Harry, as well as his paralegal, Ashley Millender, to discuss an uncashed settlement check.  A brief description of the claim asserted by Cassandra Harry took place.  I was informed that the claimant has refused to cash a settlement check from the Xarelto Settlement Program.  The law firm has advised the claimant that it has waived its legal fees in connection with the claim.  It is my understanding that Mr. Pace will be filing a motion with the Court to address the handling of the matter further.  By copy of this letter to Mr. Pace, I am advising that I have complied with the Court's Order.

Sincerely,

**LEONARD A. DAVIS**

This firm and its partners are also partners in Herman Gerel, LLP.

January 6, 2022
PAGE 2


LAD:lmb

cc:     John Pace, Esq. *(via email only:  jjp@johnjpacelaw.com; with ccs to:  samuelward@aol.com; ashley@johnjpacelaw.com)*
        Susan Sharko, Esq. *(via email only: susan.sharko@dbr.com)*
        Kim Moore, Esq. *(via email only: kmoore@irwinllc.com)*
        John Olinde, Esq. *(via email only: olinde@chaffe.com)*
        Andrew K. Solow, Esq. *(via email only: Andrew.solow@arnoldporter.com)*
        Plaintiffs' Executive Committee *(via email only)*