UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Christine Watts, et al.,* No. 2:21-cv-00940 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

ORDER

Considering Plaintiff's ex parte and pro se "Motion for Extension of Time to File Response to Defendant's Motion to Dismiss," R. Doc. 18026,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**. Plaintiff must file any opposition to Defendant's motion to dismiss no later than fourteen days from the date this Order is entered.

New Orleans, Louisiana, this 7th day of January, 2022.

_____

United States District Judge