# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**CASSANDRA HARRY o/b/o LABARONESS HARRY v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-04741**

## MOTION TO REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK BE DEPOSITED INTO THE REGISTRY OF THE COURT

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an Order to deposit Plaintiff's final settlement check into the Registry of the Court.

WHEREFORE, movant prays that the motion be granted as prayed for.

Respectfully submitted:

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward (Bar # 29508)**
 Samuel C. Ward, Jr., &
 Associates
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
Email: samuelcward@aol.com
*Attorney for Plaintiff Cassandra Harry*

 Date: January 13, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2022 a true and correct copy of theforegoing has been submitted to the Clerk of Court for filing and electronic service viathe Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**


*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**