UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**THIS DOCUMENT RELATES TO:**

**CASSANDRA HARRY o/b/o LABARONESS HARRY v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-04741**

**<u>NOTICE OF MOTION TO REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK BE DEPOSITED INTO THE REGISTRY OF THE COURT</u>**

   NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward to file this Notice of Submission for a Motion to Request to Deposit Plaintiff's Final Settlement Check into the Registry of the Court.

Respectfully submitted this 13th day of January 2022.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., & Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

*Attorneys for Cassandra Harry obo LaBaroness Harry*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January 2022 a true and correct copy of theforegoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**

*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**