UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Harry v. Janssen Pharmaceuticals, et al.* Case No. 2:15-cv-04741 | * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO
REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK BE
DEPOSITED INTO THE REGISTRY OF THE COURT**

**CASSANDRA HARRY o/b/o
LABARONESS HARRY v. JANSSEN
PHARMACEUTICALS, INC., et al**

**2:15-cv-04741**

I.  **INTRODUCTION**

Plaintiff is requesting that the Claimant's Final Settlement Check be deposited into the Registry of the Court after communication with and advice and counsel of the Plaintiff Steering Committee *(PSC).* In accordance with the Court's Order filed December 13, 2021 *[Rec. Doc. 18020],* on Wednesday, January 5, 2022, a telephone conference was conducted between Liaison Counsel Leonard Davis and The Law Office of Attorney John J. Pace, A.P.L.C. During the telephone call, counsel for plaintiff Harry, the Xarelto Claimant, has refused to cash the Final Settlement check that was awarded under the terms of the settlement program. At the conclusion of said call, it was agreed upon by PSC liaison counsel, as well as original plaintiff counsel, to file a Motion for the Final Settlement check to be deposited into the Registry of the Court due to the following circumstances:

1

Plaintiff counsel was initially retained by CASSANDRA HARRY o/b/o LaBaroness Harry on July 6, 2015. CASSANDRA HARRY entered into the Xarelto Settlement Program on June 27, 2019 and received her final Settlement Award on July 24, 2021. Please be advised that we have previously spoken to CASSANDRA HARRY and our office has ***waived ALL Attorney Fees and Legal Expenses***. However, the Claimant has expressed her dissatisfaction with the amount awarded under the terms of the settlement program.  CASSANDRA HARRY verbally stated that she will not cash her final settlement check. To avoid further issue, appearance of impropriety, and in the interest of justice and fundamental fairness, counsel is requesting that the check be deposited in the Registry of the Court.

Below is what counsel has on record regarding any and all contact information pertaining to CASSANDRA HARRY.

### Cassandra Harry

**Address:** 19380 Harrytown Lane
Vacherie, LA 70090

**Telephone:** (225) 624-5341
**Email:** cassandraharry@yahoo.com
**Email:** cassandra.harry@stjamesparishla.gov

WHEREFORE, Plaintiff respectfully request that the Motion be granted and for all additional relief just and appropriate in the premises.

3

Dated: January 13, 2022                           Respectfully submitted,

                                                                  By: /s/ John Jewell Pace
                                                                   **John Jewell Pace (Bar #1115)**
                                                                   John Jewell Pace, A.P.L.C
                                                                   P.O. Box 14209
                                                                   Baton Rouge, LA 707898
                                                                   Telephone: (225) 686-3000
                                                                   Facsimile: (866) 912-2008 Email:
                                                                   jjp@johnjpacelaw.com

                                                                   By: /s/ Samuel C. Ward
                                                                   **Samuel "Chuck" Ward (Bar # 29508)**
                                                                   Samuel C. Ward, Jr., &
                                                                   Associates
                                                                   660 Saint Ferdinand Street Baton
                                                                   Rouge, LA 70802 Telephone: (225)
                                                                   330-6677
                                                                   Facsimile: (225) 330-6680 Email:
                                                                   samuelcward@aol.com

                                                                   *Attorneys for Cassandra Harry obo*
                                                                   *LaBaroness Harry*