# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

CASSANDRA HARRY o/b/o
LABARONESS HARRY v.
JANSSEN PHARMACEUTICALS,
INC., et al

2:15-cv-04741

## ORDER

Considering the foregoing Motion to Request to Deposit Plaintiff's Final Settlement Check into the Registry of the Court:

**IT IS HEREBY ORDERED** that **The Law Office of Attorney John J. Pace, A.P.L.C** is granted the approval to deposit Plaintiff's Final Settlement Check into the Registry of the Court.

New Orleans, Louisiana, this 18th day of January, 2022.

_____
Eldon E. Fallon
United States District Court Judge