TENDERED FOR FILING

Jan 21 2022

U.S. DISTRICT COURT
Eastern District Of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE EASTERN STATE OF LOUISIANA

ESTATE OF CHRISTINE WATTS

Plaintiff

vs.

Case No. 2:21 cv 00940

Janssen Research Development et al.

Defendants

## PLAINTIFF'S REPONSE TO DEFENDANTS' MOTION TO DISMISS

Now come Plaintiff to this court to respond to Defendants' Motion to Dismiss. Plaintiff has communicated with Defendants regarding discovery and have given them what they have requested.

### Background

On April 2021, Plaintiff filed this case on behalf of Christine Watts.

It was Defendant Not Plaintiff, that wanted to move this case from Indiana to Philadelphia and then to Louisiana. Defendant moved this case to benefit themselves not the Plaintiff. Defendant then decided to dismiss half of the defendants. This court granted dismissal Of defendants before Plaintiff had a chance to respond to the motion to drop defendants. Now Defendants refuse to settle the case on the Defendants that are left on the case.

**Highlights of Defendants' Motion**

1. One point in Motion to Dismiss is that Plaintiff does not have Letters of Administration. Plaintiff's Letters of Administration and Personal Representative is attached.

**(Exhibit A)**

2. Plaintiff's Preservation of Records submitted to Defendant on September 20, 2021.

**(Exhibit B)**

3. Plaintiff's Fact Sheet submitted to Defendant on September 20, 2021.

**(Exhibit C)**

4. Plaintiff's settlement offer submitted to Defendants September 21, 2021.

**(Exhibit D)**

5. Plaintiff requested another settlement offer to Defendants on November 22, 2021.

**(Exhibit E)**

In this case, <u>Defendant has not complied with CMO 11</u> because they never supplied their own Defendant Fact Sheet as required by CMO 11. They have requested and granted dismissal of Defendants and now request dismissal of this case

Plaintiff would be prejudiced if case was dismissed without opportunity to complete case. Plaintiff tried to get information to Defendant but could not due to personal reasons given to Defendant. This was relayed in the message given to Defendants. Plaintiff tried to comply with CMO 11. Plaintiff did preservation notices and Plaintiff Fact sheet as required. Plaintiff also was delayed in receiving her letters of administration and Personal representative paperwork.

Plaintiff does not have access to pacer and cannot see the pleadings in this court.

Plaintiff would be prejudiced if case was dismissed without opportunity to complete case.

In this case, <u>Defendant has not complied with CMO 11</u> because they never supplied their own Defendant Fact Sheet as required by CMO 11.  They have requested and granted dismissal of Defendants and now request dismissal of this case.

Plaintiff prays this court to DENY motion to dismiss and GRANT Plaintiff a stay until May 6, 2022 or date at discretion of this court.  This will help Plaintiff to get well enough to continue case.  Motion to Stay/Continuance was filed on January 21, 2022.

Respectfully submitted,

_/s/_

Estate of Christine Watts
Leah Watts
PO BOX 3633
South Bend, IN 46619

January 21, 2022

**CERTIFICATE OF SERVICE**

Plaintiff certifies that on January 21, 2022, copy of Plaintiff's Response to Defendants' Motion to Dismiss was served electronically with Clerk of the Court to Attorneys on Record.

_/s/ Leah_
_____

Estate of Christine Watts
Leah Watts
PO BOX 3633
South Bend, IN 46619


January 21, 2022