TENDERED FOR FILING

Jan 21 2022

UNTED STATES DISTRICT COURT

FOR THE EASTERN STATE OF LOUISIANA

U.S. DISTRICT COURT
Eastern District Of Louisiana
Deputy Clerk

ESTATE OF CHRISTINE WATTS

Plaintiff

vs.                                                                                  Case No. 2:21 cv 00940

Janssen Research Development et al.

Defendants

**Plaintiff's Response to Defendant's Motion to Dismiss**

# NOTICE OF EXCLUSION FROM PUBLIC ACCESS

| | |
|---|---|
| Exhibit A | Rule 9 G |
| Letters of Administration | |
| Exhibit B | Rule 9 G |
| Preservation letter | |
| Exhibit C | Rule 9 G |
| Plaintiff's Fact Sheet | |
| Exhibit D | Rule 9 G |
| Plaintiff's Settlement Letter | |
| Exhibit E | Rule 9 G |
| Plaintiff's Settlement Letter | |