# EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH PROBATE COURT |
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | ESTATE NO: 71J01-2111-EU-000125 |

IN RE: THE ESTATE OF:    Christine Watts (100698),

## LETTERS OF ADMINISTRATION OR TESTAMENTARY
## (CERTIFIED)

As the Clerk of this Court, I certify that Leah Watts is/are appointed Personal Representative(s) of this estate and is properly authorized to administer this estate without court supervision.

**WITNESS** my signature and Court seal this 29th day of November, 2021.

*Rita L. Glenn*
_____
Clerk

By: *Janet Yarbrough*
_____
Deputy Clerk

**CLERK'S CERTIFICATE**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | )SS: | |
| COUNTY OF ST. JOSEPH | ) | |

As the undersigned Clerk of this Court, I certify that: the foregoing is a correct copy of the Letters of Administration or Testamentary of the Estate ("Letters") of the above named deceased which were issued to the Personal Representative(s) named above; and, the Letters are at this time in full force and effect as originally issued.

**WITNESS** my signature and Court seal this 29th day of November, 2021.

*Rita Glenn*
_____
Clerk

By: Sarah Bake
_____
Deputy Clerk

IC 29-1-10-4

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH PROBATE COURT |
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | ESTATE NO: 71J01-2111-EU-000125 |

IN RE: THE ESTATE OF:   Christine Watts (100698),

## ORDER APPOINTING PERSONAL REPRESENTATIVE

Petition for Appointment of Personal Representative is approved.

**IT IS ORDERED AS FOLLOWS:**

1. Leah Watts is/are appointed Personal Representative Without Court Supervision of the Estate of the decedent.

2. No bond is required except on further order of this Court.

3. The Clerk is directed to issue Letters of Administration to the Personal Representative Without Court Supervision upon the filing of an oath and the filing of a bond if required.

4. The Personal Representative now qualifies by:

   Taking and subscribing oath and giving bond if required;

   all of which is approved and Letters of Administration are issued.

All of which is Ordered this 29th day of November, 2021.

*[Signature]*

_____
Jason A Cichowicz, Judge
St. Joseph Probate Court

*FILED - NOV 29 2021 - St. Joseph Probate Court Clerk*

*SP*

IC 29-1-7.5-1

# EXHIBIT B

C.watts2
Yahoo/Sent

- 

**Christine Watts** <christinehmf94@yahoo.com>

**To:**Chanda.miller@faegredrinker.com,Christine Watts

Mon, Sep 20, 2021 at 5:08 PM

Hello Ms. Miller:

Attached are Walgreen records and Preservation letters.

I filled out the wrong PFS form. Working on it will send it shortly.

Left a message on your voice mail.

Thank you.

Leah Watts

(269) 426-1107

Download all attachments as a zip file

# EXHIBIT C

PFS:
Yahoo/Sent

- 

**Christine Watts** <christinehmf94@yahoo.com>

To:Joan.goddard@arnoldporter.com,Christine Watts

Mon, Sep 20, 2021 at 5:37 PM

Attached is PFS for Christine Watts

Thank you.

Leah Watts

(269) 426-1107

o

PFS.pdf

698.5kB

# EXHIBIT D

Settlement Offer
Yahoo/Sent

- 

**Christine Watts** <christinehmf94@yahoo.com>

**To:** chanda.miller@faegredrinker.com, Christine Watts

Tue, Sep 21, 2021 at 2:56 PM

Hello Ms. Miller

Attached is settlement offer.

Thank you.

Leah Watts

  - Joint Settlement Agreement-C.Watts.pdf

    236.5kB

# EXHIBIT E

Settlement offer₃
Yahoo/Sent

- 

**Christine Watts** <christinehmf94@yahoo.com>

**To:** Joan Goddard, Chanda A. Miller

**Cc:** Christine Watts

Mon, Nov 22, 2021 at 7:48 PM

Hello Ladies:

I do not understand your October 25, 2021 letter.

I will say I am too ill to move further into this case.

I have attempted to finish but cannot.

One last effort to settle would be for me to wave claims

except strict liability claim.

Hopefully you all understand.


Thank you.


Leah Watts

(269) 426-1107