TENDERED FOR FILING

Jan 21 2022

U.S. DISTRICT COURT
Eastern District Of Louisiana
Deputy Clerk

UNTED STATES DISTRICT COURT

FOR THE EASTERN STATE OF LOUISIANA

ESTATE OF CHRISTINE WATTS

Plaintiff

vs.                                                         Case No. 2:21 cv 00940

Janssen Research Development et al.

Defendants

## PLAINTIFF'S MOTION FOR A STAY/CONTINUANCE

Now come Plaintiff to this court to request a stay in her case. Plaintiff notified Defendant on November 22, 2021, that for personal illness reasons, she cannot continue case at this time. Defendant moved for dismissal with Prejudice because Plaintiff refused to agree to a pleading they typed up and submitted to Plaintiff to sign.

Plaintiff is requesting this court to grant a stay/continuance of case until May 6, 2022. This is not prejudicial to defendant but would be prejudicial to Plaintiff to dismiss her case without allowing her time to recover.

Plaintiff prays this GRANT Plaintiff's Motion to Stay/Continuance until May 6, 2022 or date at discretion of this court.

Respectfully submitted,

_____

Estate of Christine Watts
Leah Watts
PO BOX 3633
South Bend, IN 46619

## CERTIFICATE OF SERVICE

Plaintiff certifies that on January 21, 2022, copy of Plaintiff's Motion for Stay/Continuance was served electronically with Clerk of the Court to Attorneys on Record.

*/s/ signature*

Estate of Christine Watts
Leah Watts
PO BOX 3633
South Bend, IN 46619

January 21, 2022