# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *Christine Watts, et al.,* No. 2:21-cv-00940 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS (REC. DOC. 18022)

Defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Defendants") hereby respectfully request leave to file the attached Reply in Further Support of the Defendants' Motion to Dismiss (Rec. Doc. 18022). This Reply will further assist the Court in evaluating Defendants' motion in light of Plaintiff's filed opposition by responding to the issues raised therein.

**WHEREFORE**, Defendants respectfully request that this Court grant leave to file their Reply in Further Support of the Defendants' Motion to Dismiss (Rec. Doc. 18022).

Respectfully submitted:

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: */s/Susan M. Sharko*<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>susan.sharko@faegredrinker.com | By: */s/Andrew K. Solow*<br>Andrew K. Solow<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8485<br>andrew.solow@arnoldporter.com |
| Chanda A. Miller<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>chanda.miller@faegredrinker.com | William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>william.hoffman@arnoldporter.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | CHAFFE MCCALL L.L.P. |
| By: */s/Kim E. Moore*<br>Kim E. Moore<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>kmoore@irwinllc.com | By: */s/John F. Olinde*<br>John F. Olinde<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>olinde@chaffe.com |
| *Attorneys for Janssen Research & Development LLC and Janssen Ortho LLC* | *Attorneys for Bayer Healthcare Pharmaceuticals, Inc.* |

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 4, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

         */s/ Kim E. Moore*
         Kim E. Moore

  The undersigned hereby certifies that on February 4, 2022, the foregoing pleading was sent by U.S. mail, postage prepaid and by electronic mail to Plaintiff at her address of record.

         */s/ Chanda A. Miller*
         Chanda A. Miller