# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Christine Watts, et al.,* No. 2:21-cv-00940 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## O R D E R

Considering the Defendants' Motion for Leave to File Reply in Further Support of the Defendants' Motion to Dismiss (Rec. Doc. 18022),

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Reply in Further Support of the Defendants' Motion to Dismiss (Rec. Doc. 18022) is hereby entered into the Court's docket.

NEW ORLEANS, LOUISIANA, this _____ day of February, 2022

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**