UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


ESTATE OF CHRISTINE WATTS


VS                                                            2:21 cv 00940


JANSSEN ET AL.


### PLAINTIFF'S RESPONSE TO DEFENDANT'S LEAVE TO REPLY TO
### PLAINTIFF'S RESPONSE TO MOTION TO DISMISS


Now COMES PLAINTIFF to respond to Defendant's leave to reply.

Plaintiff have a right to file claims that were filed in this case April 13, 2021.

Her rights to file have not changed.


On January 21, 2022, Plaintiff filed a Motion to Stay for a good reason and that

was put into that motion. Defendants are determined to dismiss the case because

they CAN NOT defend the claims in this case. This is an attempt by Defendants to

thwart their responsibility and liability of the claims in this case.


First, Defendant filed their motion to dismiss on basis of Plaintiff not having

personal representative. After this court received Plaintiff's Personal Representative

paperwork, they changed their response to Plaintiff's claims are time barred.


TENDERED FOR FILING

FEB 22 2022                          Page 1

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Secondly, Plaintiff did not have an attorney to help her with her case and help

to file the personal representative request.  Defendants are late in complaining

about what was done in this case.

Third, Plaintiff's claims include numerous claims that are not time barred including the following:

1.  Strict liability
2.  Negligence per se
3.  Breach of express warranty
4.  Breach of implied warranties
5.  Fraudulent misrepresentation
6.  Fraudulent concealment
7.  Negligent misrepresentation
8.  Fraud and deceit
9.  Wrongful death
10. Violation of consumer protection law
11. Design defect
12. Manufacturing defect
13. Survival action

***Without wrongful death and survival action claims, Defendants are still liable.***

### Summary

Plaintiff requested a stay for good reason.  Defendants does not want to honor that request.

Plaintiff did not have any legal assistance or an attorney to help her with her case. Defendants

are TWO YEARS LATE in their complaint that Plaintiff's claims are time barred. Defendant intention

is to thwart their liability in this case and the claims listed.  Plaintiff have a right to get compensation

just as thousands of other Plaintiffs regarding product manufactured and distributed by Defendants.

Untold number of Plaintiffs across this country has filed and received compensation from Defendants

for their failed product.  Plaintiff deserve compensation as all others.

***Without wrongful death and survival action claims, Plaintiff is still entitled to compensation***

***on numerous claims above.***

WHEREFORE, PLAINTIFF requests This Court to DENY Motion to Dismiss.


Respectfully submitted,


Estate of Christine Watts
PO BOX 3633
South Bend, IN 46619


February 22, 2022

## CERITIFICATE OF SERVICE

This is to certify that on February 22, 2022, copy of Plaintiff's Response to

Defendants' Leave to Reply to Plaintiff's Response to Motion to Dismiss was

served electronically to Clerk of Court to all Attorneys on record.


Respectfully submitted,


Estate of Christine Watts
PO BOX 3633
South Bend, IN 46619


February 22, 2022

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Christine Watts <christinehmf94@yahoo.com> |
| **Sent:** | Tuesday, February 22, 2022 4:56 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | filing attached |
| **Attachments:** | Plaintiff Response to Defendants Leave to Reply to Plaintiff Response to Mot to Dismiss.pdf |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1