UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ESTATE OF CHRISTINE WATTS

VS                                                                                            2:21 cv 00940

JANSSEN ET AL.

### PLAINTIFF'S PETITION FOR WAIVER OF FEES FOR PACER ACCOUNT

Plaintiff request This Court to waive fees for Pacer account.

Plaintiff can not access documents and pleadings on this case due to cost.

Plaintiff is receiving pleadings late from Defendants.

**Pacer Corporation advised that Plaintiff need to request waiver from this Court.**

Plaintiff request a waiver from June 2021 to August 2022.

Plaintiff prays this Court GRANTS a waiver of fees on Pacer account.

Respectfully submitted,

*/s/ signature*

Estate of Christine Watts
PO BOX 3633
South Bend, IN 46619

February 22, 2022

TENDERED FOR FILING

FEB 22 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## CERITIFICATE OF SERVICE

This is to certify that on February 22, 2022, copy of Plaintiff's Petition for waiver of fees on Pacer account was served electronically to Clerk of Court to all Attorneys on record.

Respectfully submitted,

*[signature]*

Estate of Christine Watts
PO BOX 3633
South Bend, IN 46619

February 22, 2022

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Christine Watts <christinehmf94@yahoo.com> |
| **Sent:** | Tuesday, February 22, 2022 5:13 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | filing attached |
| **Attachments:** | Plaintiff Petition for waiver of fees for Pacer account.pdf |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1