# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Christine Watts, et al.,* **No. 2:21-cv-00940** : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION FOR WAIVER OF FEES FOR PACER ACCOUNT (REC DOC. 18037)

Defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Bayer HealthCare Pharmaceuticals Inc. respectfully submit this response to Plaintiff's Petition for Waiver of Fees for PACER Account (Rec. Doc. 18037).

Defendants submit this response only to correct the record with respect to Plaintiff's statement in her request for waiver of fees that "Plaintiff is receiving pleadings late from Defendants." (Rec. Doc. 18037 at 1.) Consistent with Federal Rule of Civil Procedure 5, Defendants' counsel has sent Plaintiff a copy of each of Defendants' filings by U.S. mail, postage prepaid, on the day of filing. (*See* Ex. A.) In addition, Defendants' counsel has also simultaneously sent copies of filings to Plaintiff via electronic mail. (*See* Ex. B.) Defendants have therefore timely served Plaintiff with copies of each filing and will continue to do so.

Respectfully submitted:

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@faegredrinker.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Janssen Research*
*& Development LLC and Janssen Ortho LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com

CHAFFE MCCALL L.L.P.

By: */s/John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Healthcare*
*Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 1, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      */s/ Kim E. Moore*
      Kim E. Moore

      The undersigned hereby certifies that on March 1, 2022, the foregoing pleading was sent by U.S. mail, postage prepaid and by electronic mail to Plaintiff at her address of record.

      */s/ Chanda A. Miller*
      Chanda A. Miller