# EXHIBIT A



faegredrinker.com

**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
+1 215 988 2700 main
+1 215 988 2757 fax

February 4, 2022

<u>VIA U.S. MAIL</u>

Ms. Leah Watts
P.O. Box 3633
South Bend, IN  46619

Re:  In re: Xarelto Products Liability Litigation, MDL No. 2592
<u>Watts et al. v. Janssen Research & Development LLC et al., No. 21-00940</u>

Dear Ms. Watts:

Enclosed please find a courtesy copy of Defendants' Motion for Leave to File Reply in Further Support of the Defendants' Motion to Dismiss (Rec. Doc. 18022) and Defendants' Proposed Reply, which were filed today in *Watts et al. v. Janssen Research & Development LLC et al.*, No. 21-00940.

Very truly yours,

/s/ Chanda A. Miller

Chanda A. Miller

CAM/ma
Enclosure

cc:     Joan Goddard, Esq.



faegredrinker.com

**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
+1 215 988 2700 main
+1 215 988 2757 fax

December 17, 2021

**VIA U.S. MAIL AND ELECTRONIC MAIL**

Leah Watts
P.O. Box 3633
South Bend, IN  46619

Re:  In re: Xarelto Products (Rivaroxaban) Products Liability Litigation, MDL No. 2592
     Watts et al. v. Janssen Research & Development LLC et al., No. 21-940

Dear Ms. Watts:

On behalf of all Defendants, I am enclosing a courtesy copy of the Motion to Dismiss that was filed today in the above-captioned matter.

Very truly yours,

/s/Chanda A. Miller

Chanda A. Miller

CAM/ma
Enclosures

cc:   Joan Goddard, Esq.



faegredrinker.com

**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
+1 215 988 2700 main
+1 215 988 2757 fax

September 10, 2021

<u>**VIA U.S. MAIL**</u>

Ms. Leah Watts
P.O. Box 3633
South Bend, IN 46619

Re:   In re: Xarelto Products Liability Litigation, MDL No. 2592
       <u>Watts et al. v. Janssen Research & Development LLC et al., No. 21-00940</u>

Dear Ms. Watts:

Enclosed please find a courtesy copy of Defendants' Motion to Resent Submission Date to October 15, 2021 for Their Motion to Dismiss Bayer Corporation, which was filed today in *Watts et al. v. Janssen Research & Development LLC et al.*, No. 21-00940.

Very truly yours,

/s/ Chanda A. Miller

Chanda A. Miller

CAM/ma
Enclosure

cc:   Joan Goddard, Esq.



faegredrinker.com

**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
215-988-1197 direct

**Faegre Drinker Biddle & Reath LLP**
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
+1 215 988 2700 main
+1 215 988 2757 fax

August 25, 2021

<u>**VIA U.S. MAIL**</u>

Ms. Leah Watts
P.O. Box 3633
South Bend, IN  46619

Re:     In re: Xarelto Products Liability Litigation, MDL No. 2592
         <u>Watts et al. v. Janssen Research & Development LLC et al., No. 21-00940</u>

Dear Ms. Watts:

Enclosed please find a courtesy copy of Defendants' Motion to Dismiss Bayer Corporation in Order for the Court to Retain Diversity of Citizenship, which was filed today in *Watts et al. v. Janssen Research & Development LLC et al.*, No. 21-00940.

Very truly yours,

/s/ Chanda A. Miller


Chanda A. Miller
Partner

CAM/ma
Enclosure

cc:     Joan Goddard, Esq.