# EXHIBIT B

| | |
|---|---|
| **From:** | Miller, Chanda A. |
| **Sent:** | Friday, February 4, 2022 4:14 PM |
| **To:** | 'Christine Watts' |
| **Cc:** | 'Joan Goddard' |
| **Subject:** | Watts v. Janssen et al., No. 21-940 |
| **Attachments:** | 2022-02-04 - Leah Watts Letter.pdf; Motion for Leave to File Reply.pdf; Reply Brief.pdf |

Dear Ms. Watts,

Attached please find a courtesy copy of the Motion for Leave to File a Reply in Further Support of the Motion to Dismiss and the Reply Brief filed by the Defendants filed today in *Watts v. Janssen Research & Development, LLC*, et al., No. 21-940.

Regards,
Chanda Miller

**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
Connect: vCard

+1 215 988 1197 direct / +1 215 620 0401 mobile / +1 215 988 2757 fax

**Faegre Drinker Biddle & Reath LLP**
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19103, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

| | |
|---|---|
| **From:** | Miller, Chanda A. |
| **Sent:** | Friday, December 17, 2021 5:08 PM |
| **To:** | 'Christine Watts' |
| **Cc:** | Joan Goddard |
| **Subject:** | Watts v. Janssen et al., No. 21-940 |
| **Attachments:** | 2021.12.17 Ltr to L. Watts.pdf; Watts Filed Motion to Dismiss.pdf |

Dear Ms. Watts,

Attached please find a courtesy copy of the Motion to Dismiss the Defendants filed today in *Watts v. Janssen Research & Development, LLC*, et al., No. 21-940.

Regards,
Chanda Miller

**Chanda A. Miller**
Partner
chanda.miller@faegredrinker.com
Connect: vCard

+1 215 988 1197 direct / +1 215 620 0401 mobile / +1 215 988 2757 fax

**Faegre Drinker Biddle & Reath** LLP
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19103, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.