UNITED STATES DISTRICT COURT
EASTERN DISTRICT STATE OF LOUISIANA

ESTATE OF CHRISTINE WATTS

Plaintiff

VS.                                          Case No. 2:21 CV 00940

JANSSEN ET AL.

Defendants

### ENTRY OF DEFAULT

Plaintiff Christine Watts requests that the Clerk of Court enter default against Defendants, Janssen et al. have failed to plead or otherwise defend, the default of Defendants is hereby entered pursuant to Federal Rule of Civil Procedure 55 (a).

Dated this _____ day of _____ 2022.

TENDERED FOR FILING

FEB 25 2022                              Honorable Clerk of Court

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Christine Watts <christinehmf94@yahoo.com> |
| **Sent:** | Friday, February 25, 2022 3:48 PM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | Entry of Default Request to Clerk |
| **Attachments:** | Plaintiff's Entry of Default, Affidavit & Certificate of Service.pdf |

**CAUTION - EXTERNAL:**

Documents attached:
Plaintiff's Request to Clerk for Entry of Default
Affidavit for Entry of Default
Certificate of Service

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1