UNITED STATES DISTRICT COURT
EASTERN DISTRICT STATE OF LOUISIANA

ESTATE OF CHRISTINE WATTS

Plaintiff

VS.  Case No. 2:21 CV 00940

JANSSEN ET AL.

Defendants

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ENTRY OF DEFAULT**

I, Leah Watts, being duly sworn, state as follows:

1. I am the Personal Representative, over 18 years old, for the Plaintiff in the above-entitled action, and I am familiar with the file, records, and pleadings in this matter.
2. The summons and complaint were filed April 13, 2021.
3. Defendants were served with a copy of the summons and complaint on April 20, 2021, and in July 2021; *service dates and signatures are in case record*.
4. An answer to the complaint was due no later than October 31, 2021.
5. Defendants have failed to plead or otherwise defend within the time allowed, and therefore, are now in default.
6. Defendants are not currently in active military service.
7. Defendants are not infants or incompetent persons.
8. Plaintiff requests that the Clerk of Court enter default against the Defendants.
9. The claims of Plaintiff are product liability including negligence, strict liability, breach of express warranty, breach of implied warranties, fraudulent misrepresentation, fraudulent concealment, negligent misrepresentation, fraud and deceit, violation of consumer and protection law, design effect, and manufacturing defect.
10. Sum certain $1,300,000 including strict liability, negligence, general, special, exemplary, and punitive damages.

1

Sworn to and subscribed before me
this 25 day of February, 2022

*[signature]*

Plaintiff's Personal Representative

*[signature: Connie Wilson]*

Notary Public

Connie Wilson
Notary Public Seal State of Indiana
St Joseph County
Commission Number NP0717015
My Commission Expires 11/14/2026

My Commission Expires 11-14-2026

2

## CERTIFICATE OF SERVICE

This certifies that Plaintiff's Motion for Entry of Default and Affidavit in Support of Plaintiff's Motion for Entry of Default was served on Attorneys of Record via USPS mail on February 25, 2022.

_____

ESTATE OF CHRISTINE WATTS
PO BOX 3633
South Bend, IN 46619
(269) 426-1107

February 25, 2022