# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Christine Watts, et al.,* No. 2:21-cv-00940 | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## O R D E R

Considering the Defendants' Motion for Leave to File Reply in Further Support of the Defendants' Motion to Dismiss (Rec. Doc. 18022),

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Reply in Further Support of the Defendants' Motion to Dismiss (Rec. Doc. 18022) is hereby entered into the Court's docket.

NEW ORLEANS, LOUISIANA, this 4th day of March, 2022

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**