\
# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   *Christine Watts, et al.*, No. 2:21-cv-00940

## ORDER

Before the Court are two motions by *pro se* Plaintiff the Estate of Christine Watts ("Watts"): (1) a motion for a stay or continuance of her case until May 6, 2022. R. Doc. 18033, and (2) a motion to waive fees her account on PACER, R. Doc. 18037. Plaintiff's first motion argues that an unspecified illness prevents her from prosecuting this case and that she will be prejudiced by a failure to grant a continuance while a delay will not harm Defendants. Plaintiff does not identify or describe the nature of her illness or how it impacts her ability to litigate this matter. Plaintiff does not even attempt to explain why a delay of fully six months is necessary. Plaintiff therefore has not shown good cause to continue this matter.

Regarding Plaintiff's second motion, Watts avers that she cannot access documents in this case "due to cost" and represents that she is "receiving pleadings late from Defendants." R. Doc. 18037 at 1. Defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Defendants") filed a response, stating that they have sent Plaintiff a copy of each of their filings by pre-paid U.S Mail on the day of filing and that Defendants' counsel has, via e-mail, provided Plaintiff with contemporaneous copies of filings. R. Doc. 18038. Defendants attached examples of these contemporaneous letters and e-mails. R. Doc. 18038-2. Based on Defendants' attachments and Plaintiffs lack of any evidence to

to support her claim that Defendants have been tardy in sending her pleadings, the Court finds that Plaintiff does not require an exemption from PACER's fees in order to access the documents. Moreover, the Court will ensure that all orders in the matter are timely sent to Plaintiff. Last, the Court notes, although Plaintiff is proceeding *in forma pauperis*, Plaintiff has not explained why she is financially incapable of paying PACER's modest fee of $.10 per page. *See Falls v. Vernal*, No. 5:19-02311, 2021 WL 5264252, at *1 (C.D. Cal. May 6, 2021). Accordingly,

**IT IS ORDERED** that Plaintiff's motion for a stay or continuance of her case until May 6, 2022 is **DENIED**. R. Doc. 18033.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a waiver of fees for her her PACER account, R. Doc. 18037, is **DENIED.**

**IT IS FURTHER ORDERED** that the following prior Orders in this matter be mailed by the Clerk of Court to Plaintiff forthwith: R. Docs. 17976, 18007, 18018, and 18028.

The Clerk to notify:

The Estate of Christine Watts.
P.O. Box 3633
South Bend, IN 46619

New Orleans, Louisiana, this 7th day of March, 2022.

*Eldon E. Fallon*

UNITED STATES DISTRICT JUDGE