UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Christine Watts, et al.*, No. 2:21-cv-00940 | | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (REC DOC. 18039)**

**1.     Introduction.**

Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG respectfully submit this response to Plaintiff's Motion for Entry of Default Judgment (Rec Doc. 18039). There is no basis for the motion because the served Defendants filed answers and have otherwise defended this action. Plaintiff's Motion should be denied.

**2.     Procedural History.**

This issue is governed by Pretrial Order ("PTO") 11, which required Defendants to file Omnibus Answers, and provided that the Omnibus Answers would apply to all cases filed in or transferred to this MDL. (*See* Dkt. 14-md-02592, Rec. Doc. 893.)[1] Consistent with the terms of PTO 11, Bayer Healthcare Pharmaceuticals Inc., Bayer Pharma AG, and the Janssen Defendants filed their Omnibus Answers on June 18, 2015. (*See* Dkt. 14-md-02592, Rec. Doc. 1026, Rec. Doc. 1027, Rec. Doc. 1028.)

---

[1] On August 19, 2021, Defendants' counsel sent Plaintiff correspondence informing Plaintiff that she could access copies of all the Pretrial Orders and Case Management Orders that applied to her case at www.laed.uscourts.gov/xarelto. And, on March 4, 2022, Defendants' counsel sent Plaintiff PTO 11 and Defendants' answers and asked that the instant motion be withdrawn as frivolous. No response was received to that request.

Pursuant to PTO 11 Paragraph 2c and based on the dates of service (Janssen Ortho LLC on July 27, 2021; Janssen Research and Development LLC on July 28, 2021; Bayer Healthcare Pharmaceuticals Inc. on August 15, 2021, Bayer Pharma AG on August 27, 2021 (*see* Exs. A, B, C, and D)), Janssen Ortho LLC's Omnibus Answer was deemed filed in this case on August 26, 2021; Janssen Research & Development LLC's Omnibus Answer was deemed filed in this case on August 29, 2021; Bayer Healthcare Pharmaceuticals Inc.'s Omnibus Answer was deemed filed in this case on September 14, 2021; and Bayer Pharma AG's Omnibus Answer was deemed filed in this case on September 27, 2021. (*See* Dkt. 14-md-02592, Rec. Doc. 893.)[2]  Further, under the express terms of PTO 11, Defendants were not required to file any other answers or pleadings in this case: "Other than the Omnibus Answer set out above, the Defendants' obligations to file any responsive pleading to a Complaint that is filed in or transferred to this proceeding is hereby stayed until further Order of the Court."  (*See* Dkt. 14-md-02592, Rec. Doc. 893 ¶ 2e.)

**3.    Legal Argument.**

Default judgment for failure to file an answer cannot be entered where, as here, the defendants actually filed answers and continued to litigate.  *See* Fed. R. Civ. P. 55 (limiting default judgment to circumstances where party "has failed to plead or otherwise defend"); *Am. Safety LLC v. Alger*, No. 20-3451, 2021 WL 1341140, at *2 (E.D. La. Apr. 4, 2021) (setting aside default against individual defendant where, inter alia, defendant filed an answer).  Default judgment is therefore not permissible under Rule 55, and Defendants respectfully request that Plaintiff's Motion be denied.

---

[2] Per PTO 11 Paragraph 2(d), the other served Bayer entity—Bayer HealthCare LLC—is "relieved of any obligation to answer complaints pursuant to Pretrial Order No. 10 until further order of this Court."

2

Respectfully submitted:

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: */s/Susan M. Sharko* | By: */s/Andrew K. Solow* |
| Susan M. Sharko | Andrew K. Solow |
| 600 Campus Drive | 250 West 55th Street |
| Florham Park, NJ 07932-1047 | New York, NY 10019-9710 |
| Telephone: (973) 549-7000 | Telephone: (212) 836-8485 |
| susan.sharko@faegredrinker.com | andrew.solow@arnoldporter.com |

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
chanda.miller@faegredrinker.com

CHAFFE MCCALL L.L.P.

By: */s/John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/Kim E. Moore*
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

*Attorneys for Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG*

*Attorneys for Janssen Research & Development LLC and Janssen Ortho LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 8, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kim E. Moore
Kim E. Moore

The undersigned hereby certifies that on March 8, 2022, the foregoing pleading was sent by U.S. mail, postage prepaid and by electronic mail to Plaintiff at her address of record.

/s/ Chanda A. Miller
Chanda A. Miller