# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

RECEIVED
JUL 2 8 2021
Law Department

Estate of Christine Watts

)
)
)
)
)
*Plaintiff(s)*                                          )
)
v.                                          )      Civil Action No. 2:21-CV -00940 L(5)
)
Janssen Research & Development et.al.                   )
)
)
)
*Defendant(s)*                                        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Janssen Research & Development LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine Watts
C/O Leah Watts
PO BOX 3633
South Bend, IN 46619

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: _____Jul 02 2021_____

Deputy clerk's signature

Certificate of Service

I certify that copy of this Plaintiff's Civil Summons, Plaintiff's Claims, and Plaintiff's Amended

Claims is served upon Defendant Janssen Research & Development LLC. via certified USPS mail

on July 21, 2021.


Janssen Research & Development LLC.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Christine Watts
C/O Leah Watts
PO BOX 3633
South Bend, Indiana 46619

UNITED STATES DISTRICT COURT NORTHERN

DISTRICT OF INDIANA

Estate of Christine Watts,                                    Judge

Executor of Estate, and Children of Estate

Plaintiffs,                                                    Civil Action No.

versus                                                         Jury Trial Demanded

JANSSEN RESEARCH &  DEVELOPMENTLLC f/k/a
JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS,
INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., BAYER * HEALTHCARE PHARMACEUTICALS,
INC.,  BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE
LLC, BAYER HEALTHCARE AG, and BAYER AG,

Defendants.

Date served: 7 /23/20 21   Product(s): X
Company(s) served: _____ JRD
Method served: HS  FX  CM RM  OTHER _____
Date received by LD: 7 /28/20 21  No postmark: _____
Service type: Initial  Add'l  Refiled  Amended  Multi #_____
JJL# 2021007112   Paralegal: KMCA

Plaintiffs, Christine Watts, (Decedent) , Estate of the Decedent, Executor of Estate, and Children of Estate for themselves, upon information and belief, at all times, hereinafter mentioned, alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this action because amount in controversy as to Plaintiff exceeds $75,000.00, exclusive of interest and costs, and because there is complete diversity of citizenship between the Plaintiff and the Defendants.

2. Venue is proper in this jurisdiction because a substantial part of the events or omissions giving rise to the claim occurred in this District, and because Defendants conduct substantial business in this District.

3. This Court has personal jurisdiction over the Defendants because they have done business in the State of Indiana, have committed a tort in whole or in part in the State of Indiana, have substantial and continuing contact with the State of Indiana, and derive substantial revenue from goods used and consumed within the State of Indiana. The Defendants actively sell, market, and promote its pharmaceutical product Xarelto to physicians and consumers in this state on a regular and consistent basis.

**NATURE OF THE CASE**

4. This action is brought for Decedent Christine Watts ("Decedent") and her survivors: Five children. Decedent used Xarelto also known as rivaroxaban to reduce the risk of stroke and systemic embolism in patients with non- valvular atrial fibrillation, to treat deep vein thrombosis (hereinafter referred to as "DVT") and pulmonary embolism (hereinafter referred to as "PE"), to reduce the risk of recurrence of DVT and/or PE, and for prophylaxis of DVT for patients undergoing hip and knee replacement surgery.

1

7/27/2021 8:19:52 AM

U.S. POSTAGE PAID
FCM LG ENV
SOUTH BEND, IN
46615
JUL 22, 21
AMOUNT
**$9.45**
R2304M112182-03

08933

1000

JJ New Brunswick
Name: LEGAL
Mailstop: MURRAY
Building:
Floor:
Room:
WWID:
Carrier:   PRIORITY
Vendor:

7020129000004637755 6

7020 1290 0000 4637 7556

Christine Watts
C/O Leah Watts
PO BOX 3633
SOUTH BEND, INDIANA 46619 USA

Janssen Research & Development LLC.
One Johnson & Johnson Plaza
New Brunswick NJ 08933