UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *Christine Watts, et al.*, No. 2:21-cv-00940 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## DEFENDANT BAYER PHARMA AG's NOTICE OF JOINDER IN DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CASE AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Defendant, Bayer Pharma AG, through their undersigned counsel, hereby joins in and adopts all arguments and requests for relief as set forth in Defendant Janssen Research & Development LLC, Janssen Ortho LLC, and Bayer HealthCare Pharmaceuticals Inc.'s Motion to Dismiss Plaintiff's Case and Memorandum of Law in Support of Motion to Dismiss (Rec. Doc. 18022) and Reply Memorandum of Law in Further Support of Motion to Dismiss (Rec. Doc. 18041).

WHEREFORE, Bayer Pharma AG respectfully requests that this Court grant Defendants' Motion and dismiss Plaintiff's case with prejudice.

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP
By: */s/Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com

4614446-1

        William Hoffman
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Telephone: (202) 942-5000
        william.hoffman@arnoldporter.com

        CHAFFE MCCALL L.L.P.
        By: */s/John F. Olinde*
        John F. Olinde
        1100 Poydras Street, Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        olinde@chaffe.com

        *Attorneys for Bayer Pharma AG*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 8, 2022, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ John F. Olinde*
        **John F. Olinde**

The undersigned hereby certifies that on March 8, 2022, the foregoing pleading was sent by U.S. mail, postage prepaid and by electronic mail to Plaintiff at her address of record.

        */s/ Chanda A. Miller*
        **Chanda A. Miller**