UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT LOUISIANA

ESTATE OF CHRISTINE WATTS

Plaintiff

Vs                                                                                    MDL 2592

Section L

JANSSEN et al.

Defendants

## PLAINTIFF'S ENTRY OF DEFAULT
## CERTICATE OF SERVICE & MAIL CERTIFICATIONS

Plaintiff have attached Certificate of Service and USPS Mail Certifications of service submitted to Defendants. Defendants were served via Central Electronic Mail of this Court and by USPS certified Mail to Attorneys of Defendants.

Respectfully Submitted,

*Josh*

Estate of Christine Watts
PO BOX 3633
South Bend, IN 46619
(269) 426-1107

TENDERED FOR FILING

MAR 07 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

March 7, 2022

## CERTIFICATE OF SERVICE

This certifies that Plaintiff's Motion for Entry of Default and Affidavit in Support Of Plaintiff's Motion for Entry of Default was served with the Clerk of Court using the CM/ECF system. Notice of this filing was served on all Attorneys of Record via this Court's electronic system on February 25, 2022. Certified USPS Mail will be sent to Attorneys below.

Chandra A. Miller
Faegre Drinker Biddle & Reath LLP
One Logan Square Ste. 2000
Philadelphia, PA 19103-6996
*Attorney for Janssen Research & Development LLC and Janssen Ortho LLC.*

John F. Olinde
Chaffe McCall LLP
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
*Attorney for Bayer Healthcare Pharmaceuticals. Inc.*

/s/

ESTATE OF CHRISTINE WATTS
PO BOX 3633
South Bend, IN 46619
(269) 426-1107



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Philadelphia, PA 19103 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.58 |
| Total Postage and Fees | $7.38 |

0502 07
Postmark Here
EDISON PARK STATION MAR -5 2022 SOUTH BEND, IN 46615
03/05/2022

Chanda A. Miller
Faegre Drinker Biddle & Reath LLP
One Logan Square Ste. 2000
Philadelphia, PA 19103-6996

7021 2720 0000 1739 0432

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

New Orleans, LA 70163 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.58 |
| Total Postage and Fees | $7.38 |

0502
Postmark Here
EDISON PARK STATION MAR -5 2022 SOUTH BEND, IN 46615
03/05/2022

John F. Olinde
Chaffe Mccall LLP
1100 Poydras Street, Suite 2300
New Orleans, LA 70163

7021 2720 0000 1739 0425

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

New Orleans, LA 70130 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.58 |
| Total Postage and Fees | $7.38 |

0500
30
Postmark Here
03/07/2022

Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street Suite 2700
New Orleans, LA 70130

7021 1970 0000 7184 6025

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Washington, DC 20001 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $3.05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.58 |
| Total Postage and Fees | $7.38 |

0500
30
Postmark Here
03/07/2022

William Hoffman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001

See Reverse for Instructions

7021 1970 0000 7184 6018

## LAEDdb_ProSeDocs

**From:** Christine Watts <christinehmf94@yahoo.com>
**Sent:** Monday, March 7, 2022 9:20 PM
**To:** LAEDdb_ProSeDocs
**Subject:** Attachment
**Attachments:** Plaintiff's Entry of Default Certif of Service & USPS Mail Service.pdf

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1