BEFORE THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

## PRO SE PLAINTIFFS MOTION TO TRANSFER CASE BACK TO NORTHERN DISTRICT OF CALIFORNIA

Pursuant to prior Motion to Transfer Case back to No. Dist. of California (December 15th, 2021 file) in the above captioned action, respectfully move this court for an order to transfer case back to Northern District of California

Date: _____March 7th, 2022_____

Signature: _____Sophie Hu_____

**TENDERED FOR FILING**

MAR 08 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
            Foster City, CA 94404
Telephone: 650-619-0885

## Memorandum in support of
## Pro Se Motion to transfer case back to Northern District of California

**This court should grant this motion for the following reasons**

**The pharmaceuticals' request to transfer the case is unjust for the plaintiffs and puts plaintiffs in disadvantage, inequity, and more hardships**

The Pharmaceutical companies had received favorable outcome time after time in previous cases

It is my understanding, based on documents from defendant counsels, that the pharmaceutical companies had won time after time. "Although there was a settlement that resulted in settlement or dismissal of over 99% of the Xarelto cases" (Doc 20 Main)

### No Multiple District Litigation cases with Xarelto at this time

At this time, there is no multiple district litigation against Xarelto. So, it is unfair and unjust to transfer case by the MDL panel. In theory, this transfer is not logical, the MDL panel order is not applicable and groundless

### Impossible to have counsel representation

I did agree on December 9th 2021 to try again find a qualified attorney, however, it proves again that this request is impossible

Since December 9th, 2021. I called approximately 50 attorney/firms who specialize in personal injury cases, thus far, no attorney found. I reached out again to one of the Xarelto MDL Plaintiffs' Steering Committee counsels, he tried again to find someone to help, but he could not find anyone. He advised me that most lawyers lost a lot of money handling these cases and don't want to have anything to do with it. Lawyers who do not want to handle the case because it will require tremendous of work in a very short time. The orders in place now make it very difficult for case to proceed

If case is transferred back to California, there is at least Pro Bono attorneys who can give free legal advice

For the reasons above, Plaintiff requests that the court approve above motion

**Respectfully submitted,**

Date: _____March 7th, 2022_____

Signature: *Sophie Hu*

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885

# Exhibit A

December 15th, 2021 Motion to transfer case back to No. Dist. of California

BEFORE THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

## PRO SE PLAINTIFFS MOTION TO TRANSFER CASE BACK TO NORTHERN DISTRICT OF CALIFORNIA

Pursuant to JPML (JUDICIAL PANEL on MULTIDISTRICT LITIGATION) transfer order on December 7th, 2021 in the above captioned action, respectfully move this court for an order to transfer case back to Northern District of California

The JPML order states:

"The Panel routinely leaves to the discretion of the transferee court all issues related to the conduct of discovery and other pretrial proceedings when transferring actions to an MDL."

"To the extent plaintiffs have concerns about the timetable for complying with discovery obligations, they should bring those issues to the attention of the transferee court for resolution"

Date: _____December 15th, 2021_____

Signature: _____*Sophie Hu*_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885

## Memorandum in support of
## Pro Se Motion to transfer case back to Northern District of California

## This court should grant this motion for the following reasons

### The pharmaceuticals' request to transfer the case is unjust for the plaintiffs and puts plaintiffs in disadvantage, inequity, and more hardships

CMO 11 Mandate for Plaintiffs:

As noted in previous pro se response brief to defendants' opposition to motion to vacate transfer order submitted before the JPML, considering the hardship we are facing, CMO 11 demands are unfair and impossible tasks for the plaintiffs to complete

One of the most devastating incapacities my mother Ms. Zhao suffered is loss of her ability to protect her airway due to Xarelto injury, thus 24/7 monitoring and care is crucial to ensure her safety. Our entire family has been coping with very severe, traumatic and ongoing frail medical impairments

It has been our honor and duty to give the best care to our mother. For the past 16 months, we have not slept much, our own health has been adversely impacted, we have been pushing the limits of our human body can do to ensure my mother safe and well

To gather extensive documents and meet various deadlines and obligations demanded in a short time, it means we must find and dedicate extensive time to meet all requirements, thus may not well be able to provide my mother the care needed round the clock, she could be at risk of suffocating and choking which could lead to death

While it is anticipated and established process for the pharmaceutical companies, it puts us in a disadvantaged position to process the very complicated demands

While it promoted efficiency for a coordinated effort when there was a large scale of complaints at times, this case occurred after that

We had many expenses already due to the injury. We are unable to pay separated, various fees and all associated cost

Lack of counsel representation

Due to MDL, I have not been able to find a qualified attorney to represent us. I have called many prominent and local attorney/firm who specializes in medical product liability case, no one can represent us. One attorney informed me that it will be irresponsible for a knowledgeable attorney to take the case

Directed by an attorney, I even reached out to every member of MDL Plaintiff steering committee and counsels. I was informed that litigation is very costly, time consuming, difficult, and challenging, with unfavorable outcome, etc. I was informed that "unfortunately, I am not aware of any counsel currently taking new Xarelto claims"

See Exhibit A, these declining letters/emails do not include those firms declined by phone call or not responded

<u>The case will not be extra burdensome to original court</u>

Without many attorney involvements, this will not be a large magnitude trial and will not burden court in Northern District of California where the case was initially filed

With all due respect, I sincerely believe that only when we are equally positioned, it may promote fair judgement

For the reasons above, Plaintiff requests that the court approve above motion

**Respectfully submitted,**

Date: _____December 15th, 2021_____

Signature: _____*Sophie Hu*_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
            Foster City, CA 94404
Telephone: 650-619-0885

# Exhibit A

## Some example excerpt from representation declining letters:

1) From: ███████████@███████████.com>
To: "alpineedelweiss@yahoo.com" <alpineedelweiss@yahoo.com>
Sent: Tuesday, July 27, 2021, 04:43:04 PM PDT
Subject: Your Potential Legal Action

Hi Sophie,
Please see the attached correspondence from ████████.
July 27, 2021
Via U.S. Mail & Email
Sophie Hu
alpineedelweiss@yahoo.com
Re: Your possible legal action
Dear Ms. Hu:
Thank you for giving ████████████ LLP the opportunity to assess your potential legal action. This letter is to inform you that this office will not be representing you, protecting your legal interest in this matter, or taking any action on your behalf. This decision is a business decision and is not meant to reflect on the merits of your case in any way. Please do not allow this decision to discourage you from taking further legal action. You may wish to speak to another attorney or to your local bar association for assistance in finding an attorney.

San Francisco, CA ████

2) From: Office Admin <███@███████.com>
To: Sophie Hu <alpineedelweiss@yahoo.com>
Sent: Thursday, July 22, 2021, 03:36:51 PM PDT
Subject: Notice of Non-Representation
Dear Sophie Hu,
Thanks so much for contacting the ████ Law Group regarding your case. Following review of your intake details, our attorneys determined that our firm is unable to take your case on at this time.
You should continue to seek out legal representation as there may be a statute of limitations or another time period that affects your case.
San Francisco (main office)

San Francisco, CA. ████

3) From: ████████████████@███████law.com>

To: alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Friday, July 23, 2021, 10:50:53 AM PDT
Subject: Decline of your potential legal claim
Greetings Ms. Hu:
Re: Fumian zhao
Thank you for contacting the ▆▆▆▆▆ Law Firm regarding your potential case.
The information you provided during the intake interview, as well as any materials that may have been submitted have been carefully reviewed and considered by our attorneys.
Please be advised that our firm has decided to decline the opportunity to further investigate or litigate this matter on your behalf.
Accordingly, you will need to identify and retain another lawyer or law firm to file suit within the applicable limitations period on your behalf.
▆▆▆▆▆
▆▆▆▆▆
▆▆▆▆▆
▆▆▆▆▆
Sacramento, CA ▆▆

4) From: ▆▆▆▆▆ <▆▆▆@▆▆software>
To: "alpineedelweiss@yahoo.com" <alpineedelweiss@yahoo.com>
Cc: ▆▆▆▆▆ @▆▆.com>
Sent: Friday, July 23, 2021, 07:44:14 AM PDT
Subject: The Law Offices of ▆▆▆▆▆
Thank you for contacting our firm regarding legal representation. Unfortunately, this is not a case that we will be able to represent you on.
Please be aware that there are time limitations to legal actions, so if you want to pursue this matter further, we suggest that you find an attorney right away.

5) From: ▆▆▆▆▆ @▆▆.com>
To: Hu, Sophie <alpineedelweiss@yahoo.com>
Sent: Tuesday, July 27, 2021, 04:31:59 PM PDT
Subject: Thank You for Contacting Cutter Law
7/27/2021
Dear Sophie,
Thank you for contacting our firm regarding your potential case. I am always honored when somebody is willing to give me the opportunity to try to help them and I regret when I have to inform a potential client that I will not be able to help them.
Based upon the information provided, we have decided to decline your invitation to undertake your representation in this matter. This decision to decline your representation on this possible legal claim is not intended as a reflection upon the merits of your case, but rather is a business decision.
We appreciate you contacting us about this matter and wish you the best.
Yours very truly

6) From: ██████████@██lawyers.com>
To: AlpineEdelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Cc: ██████████@██lawyers.com>
Sent: Thursday, July 22, 2021, 10:18:54 AM PDT
Subject: Your potential case
July 22, 2021
Re:  Your potential legal claim
 Dear Sophie Hu:
 Thank you for contacting our firm in regard to your potential legal claim.  Based on the information you provided, ████████ has determined that we are unable to assist you or represent you in this claim.  This letter is not intended to be an opinion concerning the merits of your case, nor are we expressing an opinion as to whether you should take further action in this matter.  We are merely indicating that we will be unable to represent you.
████████████████
Oakland, CA ████

7) From: ██████████@██████████.com>
To: 'alpineedelweiss@yahoo.com' <alpineedelweiss@yahoo.com>
Sent: Tuesday, July 27, 2021, 03:17:03 PM PDT
Subject: Recent Case Inquiry
Dear Ms. Hu,
It was our pleasure to speak with you.  Due to the ethical standards imposed on the legal profession, it is necessary to clarify our relationship in writing.  At this time, we do not have an attorney-client relationship.  We do not represent you at this time and therefore we will not be taking any action on your behalf.

8) From: ██████████@██firm.com>
To: "alpineedelweiss@yahoo.com" <alpineedelweiss@yahoo.com>
Sent: Thursday, July 1, 2021, 06:09:24 PM PDT
Subject: POTENTIAL LAWSUIT
July 1, 2021
 Re:  Potential Lawsuit
 Dear Sophie Hu:
 After carefully reviewing the facts of your mother's potential case, researching the matter and discussing it with other members of this law firm, I regret to inform you that we cannot represent you in your potential case.
Please understand that by our declination of representation, we mean to imply no judgment concerning the merits or demerits of this claim. All we mean to do by this letter is express our gratitude to you for considering us and advise you that the facts of the claim do not justify our participation in this lawsuit
████████████████████████████ LOS ANGELES , CA ████

9) From: ██████████████@██████████.com>
To: alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Saturday, July 24, 2021, 03:15:35 PM PDT

Subject: Xarelto Litigation
July 23, 2021
Ms. Fumian Zhao, alpineedelweiss@yahoo.com
RE: Xarelto Litigation
Dear Ms. Zhao:
Thank you for contacting our firm regarding the above referenced matter. However, we are not handling cases involving Xarelto at this time. You should not take this as an indication that you do not have a claim or that some other lawyer would not be willing to take your claim. Failure to file your claim in a timely manner will result in it being barred forever. Therefore, if you wish to pursue your claim, you must contact another attorney as soon as possible.

▇▇▇▇▇
▇▇▇▇▇ Montgomery, AL ▇▇▇

10) From: ▇▇▇▇▇@▇▇▇▇▇.com>
To: s <alpineedelweiss@yahoo.com>
Sent: Tuesday, December 22, 2020, 09:14:30 AM PST
Subject: RE: Your Potential Case
Hi Sophie,
If you would like to pursue a claim against the manufacturer of Xarelto, we suggest you contact a reputable firm handling these types of lawsuits. They are well positioned to handle cases such as yours, and we do not handle drug manufacturer cases.

▇▇▇▇▇
▇▇▇▇▇ San Francisco, CA ▇▇▇

11) From: ▇▇▇▇▇@▇▇▇▇▇.com>
To: Alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Friday, June 25, 2021, 07:34:58 AM PDT
Subject: ▇▇▇▇▇ is regrettably unable to handle your case
Good morning:
We are not handling Xarelto cases. Unfortunately, this means our office has decided not to represent you in connection with your potential claims. We encourage you to immediately consult with other attorneys, as different law firms may have different criteria for claims they are willing and able to pursue.

▇▇▇▇▇
▇▇▇▇▇
▇▇▇▇▇
Baltimore, MD ▇▇▇

12) From: ▇▇▇▇▇@▇▇▇▇▇.com>
To: s <alpineedelweiss@yahoo.com>
Cc: ▇▇▇▇▇@▇▇▇▇▇.com>
Sent: Monday, July 26, 2021, 01:03:54 PM PDT
Subject: RE: Xarelto brain hemorrhage injury

Unfortunately I am not aware of any counsel currently taking new Xarelto claims. Good luck and sorry I am unable to assist.

New Orleans, Louisiana

13) From: ██████@██████.com>
To: alpineedelweiss@yahoo.com <alpineedelweiss@yahoo.com>
Sent: Monday, July 26, 2021, 04:47:33 PM PDT
Subject: Your Xarelto Case
Hi Sophie,
It was a pleasure speaking with you today, I'm sorry to hear about your mom.
As we discussed, the primary attorneys that are currently handling Xarelto cases are:
Plaintiffs Liaison Counsel: ----
You can also find out more about the litigation here: ------
Take Care!

Sacramento, CA

14) From: ██████@██████.com>
To: 'alpineedelweiss@yahoo.com' <alpineedelweiss@yahoo.com>
Sent: Wednesday, June 30, 2021, 03:32:59 PM PDT
Subject: Sent on behalf of ██████
Ms. Hu:
Thank you for writing again regarding your mother's use of Xarelto. Unfortunately, our office is not able to offer professional assistance in this matter.
As we previously advised, California has time limitations which govern when a lawsuit or claim must be filed (one year, two years, etc.). Depending on the nature of the cause of action which you might pursue, the statute of limitations will vary. Failure to file and pursue a case in a timely manner can result in its dismissal. Therefore, should you decide to pursue this matter further, we respectfully suggest that you contact another local attorney of your choice immediately so that your mother's legal rights are fully explored and protected. Do not delay.
We wish you well.
Sincerely,

IL

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | s <alpineedelweiss@yahoo.com> |
| **Sent:** | Tuesday, March 8, 2022 8:58 AM |
| **To:** | LAEDdb_ProSeDocs |
| **Cc:** | Chanda A. Miller; Joan Goddard |
| **Subject:** | Case: 21-cv-02240, Hu et al vs Janssen et al |
| **Attachments:** | Motion to transfer back March 7 2022 with prior motion attached.pdf |

**CAUTION - EXTERNAL:**

Dear All

Please find attached

Respectfully yours

Sophie Hu
Pro Se plaintiff

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1