UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : : *Christine Watts, et al.,* **No. 2:21-cv-00940** : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**EX PARTE REQUEST TO ENTER JUDGMENT BY
SEPARATE DOCUMENT PURSUANT TO RULE 58(d)**

**NOW COME** Defendants who request, pursuant to Federal Rule of Civil Procedure Rule 58(d), that this Court enter judgment by separate document.

Defendants filed a Motion to Dismiss (R.Doc. 18022). On March 15, 2022, the Court entered on the docket Order and Reasons (R.Doc. 18047), signed on March 15, 2022, that dismissed all of the claims of the plaintiff with prejudice.

Pursuant to Rule 58(d), Defendants request that Judgment be set out in a separate document. Defendants attach a proposed Judgment to enter on the Civil Docket.

Respectfully submitted:

| **ARNOLD & PORTER KAYE SCHOLER LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| By: */s/Andrew Solow* | By: /s/ *Susan M. Sharko* |
| Andrew K. Solow | Susan M. Sharko |
| 250 West 55th Street | 600 Campus Drive |
| New York, New York 10019-9710 | Florham Park, NJ 07932-1047 |
| Telephone: (212) 836-8000 | Telephone: (973) 549-7000 |
| Facsimile: (212) 836-8689 | Facsimile: (973) 360-9831 |
| andrew.solow@arnoldporter.com | susan.sharko@faegredrinker.com |

| | |
|---|---|
| William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>william.hoffman@arnoldporter.com | Chanda A. Miller<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>chanda.miller@faegredrinker.com |
| **CHAFFE MCCALL L.L.P.**<br>By: /s/ *John F. Olinde*<br>John F. Olinde<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>Facsimile: (504) 544-6084<br>olinde@chaffe.com | **IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/ *Kim E. Moore*<br>Kim E. Moore<br>400 Poydras Street<br>Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2120<br>kmoore@irwinllc.com |
| *Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* | *Counsel for Defendants Janssen Research & Development LLC, and Janssen Ortho LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2022 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>  */s/ John F. Olinde*
>  **John F. Olinde**

The undersigned hereby certifies that on March 17, 2022, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiff at her address of record.

>  */s/ Chanda A. Miller*
>  **Chanda A. Miller**