UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Christine Watts, et al.,* No. 2:21-cv-00940 | | |

MEMORANDUM IN SUPPORT OF
EX PARTE REQUEST TO ENTER JUDGMENT BY
SEPARATE DOCUMENT PURSUANT TO RULE 58(d)

On December 17, 2021, Defendants filed a Motion to Dismiss (R.Doc. 18022). The Motion was fully briefed and argued by the parties. On March 15, 2022, Judge Fallon signed an Order and Reasons which dismissed with prejudice all of Plaintiff's claims. The Court's Order and Reasons were entered on the docket on March 15, 2022 (R.Doc. 18047).

Defendants request the Court enter Judgment by a separate document. Federal Rule of Civil Procedure Rule 58 permits any party to request a judgment be set out by separate document. Defendants have attached to this motion and memorandum a proposed Judgment.

Respectfully submitted:

| **ARNOLD & PORTER KAYE SCHOLER LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| By: */s/Andrew Solow* | By: */s/ Susan M. Sharko* |
| Andrew K. Solow | Susan M. Sharko |
| 250 West 55th Street | 600 Campus Drive |
| New York, New York 10019-9710 | Florham Park, NJ 07932-1047 |
| Telephone: (212) 836-8000 | Telephone: (973) 549-7000 |
| Facsimile: (212) 836-8689 | Facsimile: (973) 360-9831 |
| andrew.solow@arnoldporter.com | susan.sharko@faegredrinker.com |

| | |
|---|---|
| William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>william.hoffman@arnoldporter.com | Chanda A. Miller<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>chanda.miller@faegredrinker.com |
| **CHAFFE MCCALL L.L.P.**<br>By: /s/ *John F. Olinde*<br>John F. Olinde<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>Facsimile: (504) 544-6084<br>olinde@chaffe.com | **IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/ *Kim E. Moore*<br>Kim E. Moore<br>400 Poydras Street<br>Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2120<br>kmoore@irwinllc.com |
| *Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* | *Counsel for Defendants Janssen Research & Development LLC, and Janssen Ortho LLC* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 17, 2022 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**

The undersigned hereby certifies that on March 17, 2022, the foregoing pleading was sent by U.S. mail, postage prepaid to each Plaintiff at her address of record.

*/s/ Chanda A. Miller*
**Chanda A. Miller**