UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Christine Watts, et al.,* No. 2:21-cv-00940 | MAGISTRATE JUDGE NORTH |

## JUDGMENT

Considering the Court's Order & Reasons entered herein on March 15, 2022, accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of all defendants, and against plaintiffs in *Christine Watts, et al.,* No. 2:21-cv-00940, dismissing said plaintiffs' complaint, with prejudice, and costs.

New Orleans, Louisiana this _____ day of March, 2022.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**