BEFORE THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

# RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF's MOTION TO TRANFER CASE BACK TO NORTHERN DISRICT OF CALIFORNIA (Document 18049)

# OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CASE (Document 18021)

## GENERAL INFORMATION

**I'm my mother Ms. Zhao's court appointed Conservator to represent her in this civil case**

I have been appointed by California State San Mateo County Judges my mother's conservator to legally represent her, including representing her in this civil case considering no representation found for my mother, see Exhibit A.

In the absence of a qualified counsel representation, I'm the most qualified appointee to represent my mother. Since the injury, I'm my mother's primary caregiver, I have been, along with my elderly father and our entire family, at my mother's bedside day and night, monitoring and taking full care of her, I have been accompanying my mother's every hospital and emergency department admissions, I have been working with all my mothers' physicians to discuss treatment plans. I know and feel the indescribable pain and trauma she has been enduring.

I am a trained and experienced medical professional to understand the magnitude of this injury. I've witnessed everything happening to my mother. I have firsthand experience to battle this medical crisis every day.

It is my professional assessment that Xarelto directly caused this deadly injury and left my mother severely incapacitated.

It is my utmost right, duty and honor to protect my mother's interest and rights, to ensure her safety and wellbeing, and to seek Justice for my mother

## DEFENDANTS' ARGUMENT AND MOTION TO DISMISS THE CASE SHOULD BE DENIED FOR THE FOLLOWING REASONS

First, the defendant counsels ("counsels" hereafter) asserted that the complaint was partly claiming for parental loss of consortium (see Document 18021 Motion to Dismiss). That is not what the complaint stated or intended for. Rather, the Complaint (see Document 8) describes my mother's catastrophic injury caused by Xarelto, and why the Pharmaceutical companies are liable for such serious adverse reaction

Second, the counsels asserted that I cannot represent my mother Pro Se (Document 18021)

The counsels were notified my Conservatorship appointment by Judge as early as October 25th, 2021. The counsels were also informed the unlikeliness of finding an attorney for my mother during prior phone calls from counsels

Proof of effort and no success in finding an attorney for my mother was shared with counsels in Document 18024. Proof of conservatorship was shared with counsels on December 16th, 2021, this document was eventually not submitted due to revisions needed and subsequent agreement with this court To Stay 90 days order

I have called so many attorneys who specializes in product liability/defective medication injury cases, despite all my effort, everyone/every firm declined. This is due to: as well said by former MDL Plaintiffs Liaison Counsel "unfortunately, I am not aware of any counsel currently taking new Xarelto claims",  one of the former MDL Plaintiffs Steering Committee counsels states that lawyers "don't want to have anything to do with it (Xarelto)." (see Document 18046)

Clearly the circumstances surrounding Xarelto precluded me finding an attorney. However, this is not due to this case is not valid or a reflection on the merit of the case, this is due to the fact that the entire attorneys' community collectively do not believe anyone can represent a Xarelto Plaintiff, as noted in the declining responses I received from attorneys I contacted (Document 18024)

Moreover, the fact that the case was transferred out of California court made it even more difficult to find an attorney. Attorneys licensed to practice in California have to be admitted to another state Federal court first

The counsels argues that I cannot represent my mother Pro Se, but no attorney can be found to represent my mother, thus this case should be dismissed. The counsels had to know, that by doing so, my mother's legal right will be deprived

Third, the counsels had convinced me that the Initial Case Management Conference set in the Northern District of California should be postponed in order to preserve court resources. The counsels also asserted the same court that "One purpose of combining cases with common questions of fact into an MDL is to "plac[e] all actions [on the MDL] docket before a single

judge who can formulate a pretrial program that: (1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, [and] (2) ensures that pretrial proceedings will be conducted in a manner leading to a just and expeditious resolution of the actions to the benefit of not just some but all of the litigation's parties." (see Document 20).

However, shortly after case was transferred, the counsels argued that the case should be dismissed all together. So, it is fair to say that the reason for transferring the case is not for a just and expeditious resolution from pretrial proceeding, the true objective for the counsels is to dismiss the trial after the transfer.

Fourth, the counsels stated that the case belongs to MDL per JPML, and nothing had happened to change that finding (see Document 18049). This is completely incorrect. On December 21st, 2021 during conference call with Honorable Judge Fallon and the counsels, I had agreed the Stay order and agreed I will try again to find an attorney. However, despite my plea to many attorneys, as noted early, no attorney can or want to represent.

Fifth, the counsels asserted that I have not demonstrated good cause for requesting case transferred back because I would have planned to rely on Pro Bono counsels in Northern District of California to assist me prosecute this case (see Document 18049). This is quite an assumption by the counsels. That's not the help I received from the Pro Bono counsels before the case was transferred. The Legal Help Center can only offer free legal advices, such as legal rights, explaining court procedures, helping understand court documents. The Pro Bono counsel email's signature line states: "The Legal Help Centers in San Francisco and Oakland do not represent you. You are responsible for all parts of your case including any deadlines"

Sixth, the counsels asserted that I have not demonstrated good cause for requesting case transferred back (Document 18049) because I have not complied with CMO 11 request. This is just entirely not correct either. I received a copy of CMO 11 documents from the counsels on December 9th, 2021. I set up 3 visits with 3 different doctors of my mothers to discuss CMO 11 requirements, the doctors' staff were able to add the visits into their busy schedule due to deadlines required for the CMO 11 response. The phone calls/messages to schedule visits and the visits were all documented in my mother's medical record

To Stay order was effective as of December 21st, 2021, all activities are paused to give me additional time to find attorney. The counsels should not have expected me to submit CMO 11 documents prior the Stay order ended and until there is a new order set by the court

Seventh, my mother's injury has already been acknowledged by Janssen Pharmaceuticals, Inc. I called the company on December 3rd, 2020 (prior to this case was submitted) to report the serious adverse event, Janssen Scientific Affair Medical Information Center informed me that unpaid medical expense will be reimbursed (see Document 28). The counsel's argument to dismiss the case is contradictory with their client (Janssen Pharmaceuticals, Inc)' stance

Eighth, my mother's injury was reported to and acknowledged by FDA MedWatch Team on July 31st, 2021 (see Exhibit B). The counsel's argument to dismiss the case is contradictory with their client (Janssen Pharmaceuticals, Inc)' stance - www.xarelto-us.com: "You may report side effects to FDA at 1-800-FDA-1088. You may also report side effects to Janssen Pharmaceuticals, Inc., at 1-800-JANSSEN (1-800-526-7736)."

<u>Ninth</u>, JPML (Judicial Panel on Multi District Litigation) transferred the case to this court for pre-trial proceeding. The counsels wanted to rush the case to dismissal, opposite the transfer purpose ordered by JPML

**For the reasons noted above, the counsels did not demonstrate good cause to dismiss the case. Moreover, it contradicts with their client, FDA and JPML's directive on this serious adverse reaction so far**

## ARGUMENT

The merit of this case can be addressed by one question: did Xarelto cause the injury?

If the counsels do not believe so, I would expect the counsels find and present their evidence to support their belief. However, the counsels are trying to rush this case to dismissal without a pretrial, without reviewing evidence (medical record), citing many other reasons which do not support their argument. Naturally, I have doubt about the good faith of counsels in resolving this case

Therefore, I am not objecting this court, or Honorable Judge Fallon overseeing the pretrial

## CONCLUSION

For the foregoing reasons, the Court should deny defendant counsels Motion to Dismiss.

I want to use this opportunity to share my hope from the court, that the court will agree and find Xarelto the cause of my mother's Intracranial hemorrhage injury, that the court will give Justice back to my mother

It has been 1 year and 7 months after my mother was injured, my mother still needs 24-hour day and night monitoring and care, her life is at risk at any minute, she is very much alive but enduring immense trauma and suffering. My elderly father, at his age, has been helping us to take care of our mother, seeing my mother like this, it breaks his heart every day

My mother had another jaw trauma (jaw dislocation), this is the 12th time it happened, it is nerve racking every time, I need to take her to the doctors/hospital today

I hope my complaint submitted gives a sense of how deadly and destructive this injury is. I want to ask the Pharmaceutical companies, how many more patients life, how many family life have to be destroyed before they will do something about their drug. These types of serious adverse reactions are cruel, excessive, deadly, life is lost so senselessly. The pharmaceutical companies must know all of these, they choose to let this to continue. I want to ask the Pharmaceutical companies to provide Rocket AF (Atrial Fibrillation) clinical trial raw data

Like every time, it took me several days to finish this document, I have to find time here and there while taking care of my mother at her bedside. I sleep approximately 2-3 hours each day. Looking at my mother by her bedside, I hold her hands and tell myself and my mother, everything will be alright

Please forgive any errors in this document

**Respectfully submitted,**

Date: _____March 30th, 2022_____

Signature: ___*Sophie Hu*_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885