# Ehxibit A

**Conservator appoitnment on 18Oct2021**

**Conservator  appoitnment  on  14Dec2021**

**Conservator appoitnment on 04Mar2022**

**Please note:**

**General petition hearng set for 11May2022**

GC-141

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Sophie Hu
████████████, Foster City, CA 94404

**FOR COURT USE ONLY**

TELEPHONE NO.: 650-619-0885
E-MAIL ADDRESS (Optional): alpineedelweiss@yahoo.com          FAX NO. (Optional):
ATTORNEY FOR (Name):

RECEIVED OCT 1 8 2021

**FILED**
**SAN MATEO COUNTY**

OCT 1 8 2021

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY CA 94063-1662
BRANCH NAME: Southern Branch

PROBATE DIV.

Clerk of the Superior Court
By _____
DEPUTY CLERK

TEMPORARY CONSERVATORSHIP OF THE [✓] PERSON [✓] ESTATE OF
(Name): Fumian Zhao

CONSERVATEE

**ORDER APPOINTING TEMPORARY CONSERVATOR**

CASE NUMBER:
21PR001108

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. The petition for appointment of a temporary conservator came on for hearing as follows (check boxes c–j to indicate personal presence):
   a. Judicial officer (name):
   b. Hearing date:                          Time:          [ ] Dept.:          [ ] Room:
   c. [✓] Petitioner (name): Sophie Hu
   d. [ ] Attorney for petitioner (name):
   e. [✓] Conservatee (name): Fumian Zhao
   f. [ ] Attorney for conservatee (name):
   g. [ ] Conservatee's spouse or registered domestic partner, and relatives (names and relationships):
      Jiahui Hu  (husband)  #204-1058 Foster Sq Ln, Foster City, CA 94404; Sophie Hu (daughter and petitioner), Xiaojun Hu  (daughter ████████████████████████████████; Meiduo Hu (daughter)████████████████████████████████████████

   h. [ ] Attorneys for persons listed in item g (names and persons represented):

   i. [ ] Public Guardian (name):
   j. [ ] Attorney for Public Guardian (name):

**THE COURT FINDS**

2. a. [ ] Notice of time and place of hearing has been given as required by law.
   b. [✓] Notice of time and place of hearing has been modified or dispensed with under Order on Ex Parte Application for Good Cause Exception to Notice on Petition for Appointment of Temporary Conservator filed on (date): Oct 15, 2021

3. [✓] It is necessary that a temporary conservator be appointed to [✓] provide for temporary care, maintenance, and support
   [✓] protect property from loss or injury
   a. [✓] pending the hearing on the petition for appointment of a general conservator.
   b. [ ] pending an appeal under Probate Code section 1301.
   c. [ ] during the suspension of powers of the conservator.

4. [ ] To prevent irreparable harm, the residence of the conservatee must be changed. No means less restrictive of the conservatee's liberty will prevent irreparable harm.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
GC-141 [New  January 1, 2009]

**ORDER APPOINTING TEMPORARY CONSERVATOR**
**(Probate—Guardianships and Conservatorships)**

Probate Code, §§ 2250–2264

GC-141

| TEMPORARY CONSERVATORSHIP OF | CASE NUMBER: |
|---|---|
| (Name): Fumian Zhao          CONSERVATEE | 21PR001108 |

5. ☐ The conservatee must be removed from the State of California to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival. The conservatee consents to this medical treatment.

6. ☑ The conservatee need not attend the hearing.

**THE COURT ORDERS**

7. a. ☑ (Name): Sophie Hu                          (Telephone): 650-619-0885
      (Address):
      ⬛⬛⬛⬛⬛, Foster City, CA 94404
      is appointed temporary conservator of the PERSON of (name): Fumian Zhao
      and Letters shall issue upon qualification.

   b. ☐ (Name):
      (Address):                                    (Telephone):

      is appointed temporary conservator of the ESTATE of (name):
      and Letters shall issue upon qualification.

8. a. ☑ Bond is not required.
   b. ☐ Bond is fixed at: $            to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $             are ordered to be placed in a blocked account at (specify institution and location):

      and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in attachment 8c.
   d. ☐ The temporary conservator is not authorized to take possession of money or any other property without a specific court order.

9. ☐ The temporary conservator is authorized to change the residence of the conservatee to (address):

10. ☐ The temporary conservator is authorized to remove the conservatee from the State of California to the following address to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival (address):

11. ☑ The conservatee need not attend the hearing.

12. ☑ In addition to the powers granted by law, the temporary conservator is granted other powers. These powers are specified in attachment 12 ☑ below (specify):
      represent conservatee in a civil case to request reimbursement of medical expense and other costs
      by Xarelto manufacturer   PER PROB. Code 4540

13. ☐ Other orders as specified in attachment 13 are granted.

14. ☐ Unless modified by further order of the court, this order expires on (date): 12/15/2021

15. Number of boxes checked in items 7–14: __4__

16. Number of pages attached: __0__

Date: 10/18/21                          _____
                                             JUDICIAL OFFICER
                                        ☐ SIGNATURE FOLLOWS LAST ATTACHMENT

Page 2 of 2

GC-141 [New January 1, 2009]        **ORDER APPOINTING TEMPORARY CONSERVATOR**
                                    (Probate—Guardianships and Conservatorships)

GC-150

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, address, and State Bar number)*:
After recording, return to:
Sophia Hu
████████ Foster City, CA 94404

Email: alpineedelweiss@yahoo.com

TEL NO: 650-619-0885   FAX NO. *(optional)*:
E-MAIL ADDRESS *(optional)*: see above
ATTORNEY FOR *(name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY CA 94063-1662
BRANCH NAME: Southern Branch

FOR RECORDER'S USE ONLY

TEMPORARY [ ] GUARDIANSHIP [x] CONSERVATORSHIP
OF *(name)*: Fumian Zhao

[ ] MINOR [x] CONSERVATEE

CASE NUMBER:
21-PRO-01108

**LETTERS OF TEMPORARY** [ ] **GUARDIANSHIP** [x] **CONSERVATORSHIP**
[x] **Person** [x] **Estate**

FOR COURT USE ONLY

**LETTERS**

1. *(Name)*: Sophie Hu
   is appointed temporary [ ] guardian [x] conservator of the [x] person
   [x] estate of *(name)*:
   Fumian Zhao

2. [x] Other powers that have been granted or restrictions imposed on the temporary
   [ ] guardian [x] conservator are [ ] specified in Attachment 2.
   [x] specified below:
   represent conservatee in a civil case to request reimbursement of medical expense and etc. by Xarelto manufacturer

**FILED**
SAN MATEO COUNTY

OCT 18 2021

Clerk of the Superior Court
By _____
DEPUTY CLERK

3. These Letters shall expire
   a. [x] on *(date)*: 12/15/2021   or upon earlier issuance of Letters to a general guardian or conservator.
   b. [ ] on other date *(specify)*:

4. [ ] The temporary [ ] guardian [ ] conservator is not authorized to take possession of money or any other property
   without a specific court order.

5. Number of pages attached: 0

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)

Date: OCT 18 2021

Clerk, by _____, Deputy

Page 1 of 2

This form may be recorded as notice of the establishment of a temporary conservatorship of the estate as provided in Probate Code section 1875.

Form Adopted for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2015]

**LETTERS OF TEMPORARY GUARDIANSHIP OR
CONSERVATORSHIP**
(Probate—Guardianships and Conservatorships)

Probate Code, §§ 2250 et seq., 2890–2893;
Code of Civil Procedure, § 2015.6
www.courts.ca.gov

GC-150

| TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP<br>OF (name): Fumian Zhao | CASE NUMBER: |
| --- | --- |
| ☐ MINOR ☒ CONSERVATEE | |

## NOTICE TO INSTITUTIONS AND FINANCIAL INSTITUTIONS
### (Probate Code sections 2890–2893)

When these *Letters of Temporary Guardianship or Letters of Temporary Conservatorship* (Letters) are delivered to you as an employee or other representative of an *institution or financial institution* (described below) in order for the temporary guardian or temporary conservator of the estate (1) to take possession or control of an asset of the minor or conservatee named above held by your institution (including changing title, withdrawing all or any portion of the asset, or transferring all or any portion of the asset) or (2) to open or change the name of an account or a safe-deposit box in your financial institution to reflect the guardianship or conservatorship, you must fill out Judicial Council form GC-050 (for an institution) or form GC-051 (for a financial institution). An officer authorized by your institution or financial institution must date and sign the form, and you must file the completed form with the court.

There is no filing fee for filing the form. You may either arrange for personal delivery of the form or mail it to the court for filing at the address given for the court on page 1 of these Letters.

The temporary guardian or temporary conservator should deliver a blank copy of the appropriate form to you with these Letters, but it is your institution's or financial institution's responsibility to complete the correct form, have an authorized officer sign it, and file the completed form with the court. If the correct form is not delivered with these Letters or is unavailable for any other reason, blank copies of the forms may be obtained from the court. The forms may also be accessed from the judicial branch's public Web site free of charge. The Internet address (URL) is *www.courts.ca.gov/forms/*. Select the form group *Probate—Guardianships and Conservatorships* and scroll down to form GC-050 for an institution or form GC-051 for a financial institution. The forms may be printed out as blank forms and filled in by typewriter, or may be filled out online and printed out ready for signature and filing.

An *institution* under California Probate Code section 2890(c) is an insurance company, insurance broker, insurance agent, investment company, investment bank, securities broker-dealer, investment advisor, financial planner, financial advisor, or any other person who takes, holds, or controls an asset subject to a conservatorship or guardianship other than a financial institution. Institutions must file a *Notice of Taking Possession or Control of an Asset of Minor or Conservatee* (form GC-050) for an asset of the minor or conservatee held by the institution. A single form may be filed for all affected assets held by the institution.

A *financial institution* under California Probate Code section 2892(b) is a bank, trust (including a Totten trust account but excluding other trust arrangements described in Probate Code section 82(b)), savings and loan association, savings bank, industrial bank, or credit union. Financial institutions must file a *Notice of Opening or Changing a Guardianship or Conservatorship Account or Safe-Deposit Box* (form GC-051) for an account or a safe deposit box held by the financial institution. A single form may be filed for all affected accounts or safe deposit boxes held by the financial institution.

---

## LETTERS OF TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
### AFFIRMATION

I solemnly affirm that I will perform according to law the duties of temporary ☐ guardian. ☒ conservator.

Executed on (date): Oct 18, 2021 , at (place): 1058 Foster Square Lane, Unit 204, Foster City, CA 94404

Sophie Hu

_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF APPOINTEE)

## CERTIFICATION

I certify that this document, including any attachments, is a correct copy of the original on file in my office and that the Letters issued to the person appointed above have not been revoked, annulled, or set aside and are still in full force and effect.

(SEAL)

Date: OCT 1 8 2021

Clerk, by _____, Deputy

GC-150 [Rev. January 1, 2015]

## LETTERS OF TEMPORARY GUARDIANSHIP OR CONSERVATORSHIP
### (Probate—Guardianships and Conservatorships)

Page 2 of 2

GC-141

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Sophie Hu
~~e~~, Foster City, CA 94404

TELEPHONE NO. 650-619-0885    FAX NO. (Optional):
E-MAIL ADDRESS (Optional): alpineedelweiss@yahoo.com
ATTORNEY FOR (Name):

**FILED**
**SAN MATEO COUNTY**

DEC 1 4 2021

Clerk of the Superior Court
By _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY CA 94063-1662
BRANCH NAME: Southern Branch

TEMPORARY CONSERVATORSHIP OF THE [✓] PERSON [✓] ESTATE OF
(Name): Fumian Zhao
*Amended*
CONSERVATEE

**ORDER APPOINTING TEMPORARY CONSERVATOR**

CASE NUMBER: 21PR001108

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. The petition for appointment of a temporary conservator came on for hearing as follows (check boxes c–j to indicate personal presence):
   a. Judicial officer (name): **JOHN L. GRANDSAERT**
   b. Hearing date: 12|14|21    Time: 10:00 am [✗] Dept.: 11    Room:
   c. [✓] Petitioner (name): Sophie Hu
   d. [ ] Attorney for petitioner (name):
   e. [✓] Conservatee (name): Fumian Zhao
   f. [ ] Attorney for conservatee (name):
   g. [ ] Conservatee's spouse or registered domestic partner, and relatives (names and relationships):
   Jiahui Hu (husband) #204-1058 Foster So Ln, Foster City, CA 94404; Sophie Hu (daughter and
   petitioner), Xiaojun Hu (daughter) ~~████████████████~~, Meiduo Hu
   (daughter) ~~████████████~~

   h. [ ] Attorneys for persons listed in item g (names and persons represented):

   i. [ ] Public Guardian (name):
   j. [ ] Attorney for Public Guardian (name):

THE COURT FINDS
2. a. [ ] Notice of time and place of hearing has been given as required by law.
   b. [✓] Notice of time and place of hearing has been modified or dispensed with under *Order on Ex Parte Application for Good Cause Exception to Notice on Petition for Appointment of Temporary Conservator* filed on (date): Oct 15, 2021
3. [✓] It is necessary that a temporary conservator be appointed to [✓] provide for temporary care, maintenance, and support
   [✓] protect property from loss or injury
   a. [✓] pending the hearing on the petition for appointment of a general conservator.
   b. [ ] pending an appeal under Probate Code section 1301.
   c. [ ] during the suspension of powers of the conservator.
4. [ ] To prevent irreparable harm, the residence of the conservatee must be changed. No means less restrictive of the conservatee's liberty will prevent irreparable harm.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
GC-141 [New January 1, 2009]

**ORDER APPOINTING TEMPORARY CONSERVATOR**
**(Probate—Guardianships and Conservatorships)**

Probate Code, §§ 2250–2254

GC-141

| TEMPORARY CONSERVATORSHIP OF | CASE NUMBER: |
|---|---|
| (Name): Fumian Zhao | 21PR001108 |
| CONSERVATEE | |

5. ☐ The conservatee must be removed from the State of California to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival. The conservatee consents to this medical treatment.

6. ☑ The conservatee need not attend the hearing.

**THE COURT ORDERS**

7. a. ☑ (Name): Sophie Hu
   (Address):
   ▮▮▮▮▮, Foster City, CA 94404                   (Telephone): 650-619-0885
   is appointed temporary conservator of the PERSON of (name): Fumian Zhao
   and Letters shall issue upon qualification.

   b. ☐ (Name):
   (Address):                                       (Telephone):

   is appointed temporary conservator of the ESTATE of (name):
   and Letters shall issue upon qualification.

8. a. ☑ Bond is not required.
   b. ☐ Bond is fixed at: $                to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $                are ordered to be placed in a blocked account at (specify institution and location):

   and receipts shall be filed. No withdrawals shall be made without a court order.  ☐ Additional orders in attachment 8c.

   d. ☐ The temporary conservator is not authorized to take possession of money or any other property without a specific court order.

9. ☐ The temporary conservator is authorized to change the residence of the conservatee to (address):

10. ☐ The temporary conservator is authorized to remove the conservatee from the State of California to the following address to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival (address):

11. ☑ The conservatee need not attend the hearing.

12. ☑ In addition to the powers granted by law, the temporary conservator is granted other powers. These powers are specified
    ☐ in attachment 12 ☑ below (specify):
    represent conservatee in a civil case to request reimbursement of medical expense and other costs by Xarelto manufacturer

13. ☐ Other orders as specified in attachment 13 are granted.

14. ☒ Unless modified by further order of the court, this order expires on (date): 3/7/2022

15. Number of boxes checked in items 7–14: ☒ 5

16. Number of pages attached: 0

Date: 12/14/21

_____
JUDICIAL OFFICER
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

GC-141 [New January 1, 2009]

**ORDER APPOINTING TEMPORARY CONSERVATOR**
(Probate—Guardianships and Conservatorships)

Page 2 of 2

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, address, and State Bar number):*
After recording, return to:
Sophie Hu
████████████, Foster City, CA 94404
Email: alpineedelweiss@yahoo.com
TEL NO.: 650-619-0885   FAX NO. *(optional)*
E-MAIL ADDRESS *(optional)*: see above
ATTORNEY FOR *(name):*

**GC-150**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY CA 94063-1662
BRANCH NAME: Southern Branch

TEMPORARY [ ] GUARDIANSHIP [x] CONSERVATORSHIP
OF *(name):* Fumian Zhao

[ ] MINOR [x] CONSERVATEE

**LETTERS OF TEMPORARY** Amended [ ] GUARDIANSHIP [x] CONSERVATORSHIP
[x] Person [x] Estate

FOR RECORDER'S USE ONLY

CASE NUMBER
21 PRO 1108

FOR COURT USE ONLY

**FILED**
**SAN MATEO COUNTY**

DEC 1 4 2021

Clerk of the Superior Court
By _Mootell_
**DEPUTY CLERK**

**LETTERS**

1. *(Name):* Sophie Hu
   is appointed temporary [ ] guardian [x] conservator of the [x] person
   [x] estate of *(name):*
   Fumian Zhao

2. [x] Other powers that have been granted or restrictions imposed on the temporary
   [ ] guardian [x] conservator are [ ] specified in Attachment 2.
   [x] specified below:
   represent conservatee in a civil case to request reimbursement of medical expense and etc. by Xarelto manufacturer

3. These Letters shall expire
   a. [x] on *(date):* _____ or upon earlier issuance of Letters to a general guardian or conservator.
   b. [ ] on other date *(specify):*

4. [ ] The temporary [ ] guardian [ ] conservator is not authorized to take possession of money or any other property
   without a specific court order.

5. Number of pages attached: 0

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)   Date: **DEC 1 4 2021**

Clerk, by _Mootell_ _____, Deputy

Page 1 of 2

This form may be recorded as notice of the establishment of a temporary conservatorship of the estate as provided in Probate Code section 1875.

Form Adopted for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2015]

**LETTERS OF TEMPORARY GUARDIANSHIP OR**
**CONSERVATORSHIP**
(Probate—Guardianships and Conservatorships)

Probate Code, §§ 2250 et seq., 2890–2893;
Code of Civil Procedure, § 2015.6
www.courts.ca.gov

| TEMPORARY [ ] GUARDIANSHIP [X] CONSERVATORSHIP OF (name): Fumian Zhao | CASE NUMBER: | GC-150 |
| --- | --- | --- |

[ ] MINOR [X] CONSERVATEE

## NOTICE TO INSTITUTIONS AND FINANCIAL INSTITUTIONS
(Probate Code sections 2890–2893)

When these *Letters of Temporary Guardianship* or *Letters of Temporary Conservatorship* (Letters) are delivered to you as an employee or other representative of an *institution* or *financial institution* (described below) in order for the temporary guardian or temporary conservator of the estate (1) to take possession or control of an asset of the minor or conservatee named above held by your institution (including changing title, withdrawing all or any portion of the asset, or transferring all or any portion of the asset) or (2) to open or change the name of an account or a safe-deposit box in your financial institution to reflect the guardianship or conservatorship, you must fill out Judicial Council form GC-050 (for an institution) or form GC-051 (for a financial institution). An officer authorized by your institution or financial institution must date and sign the form, and you must file the completed form with the court.

There is no filing fee for filing the form. You may either arrange for personal delivery of the form or mail it to the court for filing at the address given for the court on page 1 of these Letters.

The temporary guardian or temporary conservator should deliver a blank copy of the appropriate form to you with these Letters, but it is your institution's or financial institution's responsibility to complete the correct form, have an authorized officer sign it, and file the completed form with the court. If the correct form is not delivered with these Letters or is unavailable for any other reason, blank copies of the forms may be obtained from the court. The forms may also be accessed from the judicial branch's public Web site free of charge. The Internet address (URL) is *www.courts.ca.gov/forms/*. Select the form group *Probate—Guardianships and Conservatorships* and scroll down to form GC-050 for an institution or form GC-051 for a financial institution. The forms may be printed out as blank forms and filled in by typewriter, or may be filled out online and printed out ready for signature and filing.

An *institution* under California Probate Code section 2890(c) is an insurance company, insurance broker, insurance agent, investment company, investment bank, securities broker-dealer, investment advisor, financial planner, financial advisor, or any other person who takes, holds, or controls an asset subject to a conservatorship or guardianship other than a financial institution. Institutions must file a *Notice of Taking Possession or Control of an Asset of Minor or Conservatee* (form GC-050) for an asset of the minor or conservatee held by the institution. A single form may be filed for all affected assets held by the institution.

A *financial institution* under California Probate Code section 2892(b) is a bank, trust (including a Totten trust account but excluding other trust arrangements described in Probate Code section 82(b)), savings and loan association, savings bank, industrial bank, or credit union. Financial institutions must file a *Notice of Opening or Changing a Guardianship or Conservatorship Account or Safe-Deposit Box* (form GC-051) for an account or a safe deposit box held by the financial institution. A single form may be filed for all affected accounts or safe deposit boxes held by the financial institution.

---

### LETTERS OF TEMPORARY [ ] GUARDIANSHIP [X] CONSERVATORSHIP
#### AFFIRMATION

I solemnly affirm that I will perform according to law the duties of temporary [ ] guardian. [X] conservator.

Executed on (date): December 14th, 2021 , at (place): 1058 Foster Square Lane, Unit 204, Foster City, CA 94404

Sophie Hu                                                          *Sophie a*
_____                        ▶ _____
(TYPE OR PRINT NAME)                                        (SIGNATURE OF APPOINTEE)

### CERTIFICATION

I certify that this document, including any attachments, is a correct copy of the original on file in my office and that the Letters issued to the person appointed above have not been revoked, annulled, or set aside and are still in full force and effect.

DEC 1 4 2021

(SEAL)         Date: _____

Clerk, by _____, Deputy

GC-150 [Rev. January 1, 2015]         **LETTERS OF TEMPORARY GUARDIANSHIP OR CONSERVATORSHIP**
(Probate—Guardianships and Conservatorships)

GC-115

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Sophie Hu ██████
██████ Foster City, CA 94404

TELEPHONE NO.: 650-619-0885   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* alpineedelweiss@yahoo.com
ATTORNEY FOR *(Name):*

FOR COURT USE ONLY

**FILED**
SAN MATEO COUNTY

MAR 0 4 2022

Clerk of the Superior Court
By ~~Mont Yu~~
DEPUTY CLERK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY CA 94063-1662
BRANCH NAME: Southern Branch

TEMPORARY CONSERVATORSHIP OF
*(Name):* Fumian Zhao

CONSERVATEE

*1st AMENDED*

**ORDER ON EX PARTE APPLICATION FOR GOOD CAUSE EXCEPTION TO NOTICE OF HEARING ON PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR of the** [✓] **Person** [✓] **Estate**

CASE NUMBER:
21 - PRO - 1108

1. The ex parte application for good cause exception to notice of hearing on the petition for appointment of temporary conservator was presented as follows *(check boxes a–j to indicate personal presence):*
   a. Judicial officer *(name):* LISA A. NOVAK
   b. Date presented: 3/4/22   Time: 10 AM   [X] Dept.: 13   [X] Room: 2C
   c. [✓] Applicant *(name):* Sophie Hu
   d. [ ] Attorney for applicant *(name):*
   e. [ ] Proposed conservatee *(name):*
   f. [ ] Attorney for proposed conservatee *(name):*
   g. [ ] Proposed conservatee's spouse or registered domestic partner and relatives *(names and relationships):*

   h. [ ] Attorney for persons listed in item g *(name or names of all attorneys and persons represented):*

   i. [ ] Public Guardian *(name):*
   j. [ ] Attorney for Public Guardian *(name):*

**THE COURT FINDS**

2. a. [ ] Notice of the time and place of the application has been given as required by law.
   b. [✓] Notice of the time and place of the application should be dispensed with.
   c. [ ] Notice of the time and place of the application should be dispensed with only for *(names):*

3. Good cause exists for an exception to notice of the hearing of the petition of *(name):* Sophie Hu
   for appointment of a temporary conservator of the proposed conservatee named above. The exception is essential to protect the proposed conservatee, or his or her estate, from substantial harm.

4. [✓] Immediate and substantial harm would be caused to the proposed conservatee, or his or her estate, during the notice period required by Probate Code section 2250(e) because of:
   a. [✓] An immediate and substantial medical emergency for which treatment is reasonably unavailable without the appointment of a temporary conservator. Treatment cannot wait for the notice period because of the proposed conservatee's pain or extreme discomfort or a significant risk of harm.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
GC-115 [New January 1, 2008]

**ORDER ON EX PARTE APPLICATION FOR GOOD CAUSE EXCEPTION TO NOTICE OF HEARING ON PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR**
(Probate—Guardianships and Conservatorships)

Probate Code, § 2250;
Cal. Rules of Court, rule 7.1062
www.courtinfo.ca.gov

**GC-115**

| TEMPORARY CONSERVATORSHIP OF | CASE NUMBER: |
|---|---|
| *(Name):* Fumian Zhao | |
| CONSERVATEE | |

4.  b. ✓  An immediate and substantial financial emergency. Means other than an exception to notice of the hearing on the appointment of a temporary conservator are likely to be ineffective to prevent loss or further loss to the proposed conservatee's estate during the notice period.

   c. ☐  An immediate emergency that is likely to cause substantial harm to the proposed conservatee during the notice period.

5. ☐  The period of notice or the manner of giving notice to the persons named below should be modified as follows *(specify names, period of notice, and manner of giving notice):*

| Name | Period of Notice | Manner of Giving Notice |
|---|---|---|

6. ☐  Notice should be dispensed with to the persons named below because of the harm he, she, or they, or another person, might do to the proposed conservatee, or his or her estate, if notice is given to the persons *(specify names):*

7. ☐  Notice should be dispensed with to the persons named below because applicant cannot find him, her, or them despite the exercise of due diligence *(specify names):*

**THE COURT ORDERS**

8. ✓  Notice of the application for an exception to notice of hearing on the petition for appointment of a temporary conservator is
   a. ✓  dispensed with.
   b. ☐  dispensed with for the following named persons only:

9. ✓  Notice of the hearing on the petition of *(name):* Sophie Hu
   for appointment of a temporary conservator is
   a. ✓  dispensed with.
   b. ☐  dispensed with for the following named persons only:

   c. ☐  modified as follows for the following named person(s):

| Name | Period of Notice | Manner of Giving Notice |
|---|---|---|

10. ☐  Other orders as specified on Attachment 10 are made.

11. Number of pages attached: ___0___

Date: March 4th, 2022

JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

GC-115 [New January 1, 2009]

**ORDER ON EX PARTE APPLICATION FOR GOOD CAUSE
EXCEPTION TO NOTICE OF HEARING ON PETITION FOR
APPOINTMENT OF TEMPORARY CONSERVATOR**
*(Probate—Guardianships and Conservatorships)*

Page 2 of 2

GC-141

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Sophie Hu<br>████████e, Foster City, CA 94404<br><br>TELEPHONE NO.: 650-619-0885   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* alpineedelweiss@yahoo.com<br>ATTORNEY FOR *(Name):* | **FILED**<br>SAN MATEO COUNTY<br><br>MAR 0 4 2022<br><br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY CA 94063-1662
BRANCH NAME: Southern Branch

| TEMPORARY CONSERVATORSHIP OF THE  [✓] PERSON  [✓] ESTATE  OF<br>*(Name):* Fumian Zhao | |
|---|---|
| *IST AMENDED*                              CONSERVATEE | |
| **ORDER APPOINTING TEMPORARY CONSERVATOR** | CASE NUMBER: 21-PRO-1108 |

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. The petition for appointment of a temporary conservator came on for hearing as follows *(check boxes c–j to indicate personal presence):*
   a. Judicial officer *(name):* **LISA A. NOVAK**
   b. Hearing date: 2/4/22   Time: 10 AM   [X] Dept: 13   [X] Room: 2C
   c. [✓] Petitioner *(name):* Sophie Hu
   d. [ ] Attorney for petitioner *(name):*
   e. [ ] Conservatee *(name):*
   f. [ ] Attorney for conservatee *(name):*
   g. [ ] Conservatee's spouse or registered domestic partner, and relatives *(names and relationships):*

   h. [ ] Attorneys for persons listed in item g *(names and persons represented):*

   i. [ ] Public Guardian *(name):*
   j. [ ] Attorney for Public Guardian *(name):*

   **THE COURT FINDS**

2. a. [ ] Notice of time and place of hearing has been given as required by law.
   b. [✓] Notice of time and place of hearing has been modified or dispensed with under *Order on Ex Parte Application for Good Cause Exception to Notice on Petition for Appointment of Temporary Conservator* filed on *(date):* March 4th, 2022

3. [✓] It is necessary that a temporary conservator be appointed to [✓] provide for temporary care, maintenance, and support
   [✓] protect property from loss or injury
   a. [✓] pending the hearing on the petition for appointment of a general conservator.
   b. [ ] pending an appeal under Probate Code section 1301.
   c. [ ] during the suspension of powers of the conservator.

4. [ ] To prevent irreparable harm, the residence of the conservatee must be changed. No means less restrictive of the conservatee's liberty will prevent irreparable harm.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>GC-141 [New January 1, 2009] | **ORDER APPOINTING TEMPORARY CONSERVATOR**<br>**(Probate—Guardianships and Conservatorships)** | Probate Code, §§ 2250–2254 |

GC-141

| TEMPORARY CONSERVATORSHIP OF | CASE NUMBER: |
| --- | --- |
| (Name): Fumian Zhao | |
| CONSERVATEE | |

5. ☐ The conservatee must be removed from the State of California to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival. The conservatee consents to this medical treatment.

6. ✓ The conservatee need not attend the hearing.

**THE COURT ORDERS**

7. a. ✓ *(Name):* Sophie Hu                                                    *(Telephone):* 650-619-0885
   *(Address):*
   ▓▓▓▓▓▓▓, Foster City, CA 94404
   is appointed temporary conservator of the PERSON of *(name):* Fumian Zhao
   and Letters shall issue upon qualification.

   b. ☐ *(Name):*                                                              *(Telephone):*
   *(Address):*

   is appointed temporary conservator of the ESTATE of *(name):*
   and Letters shall issue upon qualification.

8. a. ✓ Bond is not required.
   b. ☐ Bond is fixed at: $                      to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $                      are ordered to be placed in a blocked account at *(specify institution and location):*

   and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in attachment 8c.

   d. ☐ The temporary conservator is not authorized to take possession of money or any other property without a specific court order.

9. ☐ The temporary conservator is authorized to change the residence of the conservatee to *(address):*

10. ☐ The temporary conservator is authorized to remove the conservatee from the State of California to the following address to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival *(address):*

11. ✓ The conservatee need not attend the hearing.

12. ✓ In addition to the powers granted by law, the temporary conservator is granted other powers. These powers are specified
    ☐ in attachment 12 ✓ below *(specify):*

    represent conservatee·in a civil case to request reimbursement of medical expense and compensation of injury etc. by Xarelto manufacturers

13. ☐ Other orders as specified in attachment 13 are granted.

14. ☐ Unless modified by further order of the court, this order expires on *(date):* May 11, 2022

15. Number of boxes checked in items 7–14: A 5

16. Number of pages attached: 0

Date: 3/4/2022

_____
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

GC-141 [New January 1, 2009]                **ORDER APPOINTING TEMPORARY CONSERVATOR**                Page 2 of 2
                                              (Probate—Guardianships and Conservatorships)

GC-150

ATTORNEY OR PARTY WITHOUT ATTORNEY (name, address, and State Bar number):
After recording, return to:
Sophie Hu
██████████, Foster City, CA 94404
Email: alpineedelweiss@yahoo.com
TEL NO.: 650-619-0885          FAX NO. (optional):
E-MAIL ADDRESS (optional): see above
ATTORNEY FOR (name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY CA 94063-1662
BRANCH NAME: Southern Branch

FOR RECORDER'S USE ONLY

TEMPORARY ☐ GUARDIANSHIP  ☒ CONSERVATORSHIP
OF (name): Fumian Zhao
                                    ☐ MINOR  ☒ CONSERVATEE

CASE NUMBER:
21-PRO-1108

LETTERS OF TEMPORARY  ☐ GUARDIANSHIP  ☒ CONSERVATORSHIP
                       ☒ Person  ☒ Estate

FOR COURT USE ONLY

**FILED**
SAN MATEO COUNTY

MAR 0 4 2022

Clerk of the Superior Court
By _____
DEPUTY CLERK

## LETTERS

1. (Name): Sophie Hu
   is appointed temporary ☐ guardian  ☒ conservator  of the  ☒ person
   ☒ estate of (name):
   Fumian Zhao

2. ☒ Other powers that have been granted or restrictions imposed on the temporary
   ☐ guardian  ☒ conservator  are  ☐ specified in Attachment 2.
   ☒ specified below:
   represent conservatee in a civil case to request reimbursement of medical expense and etc. by Xarelto manufacturer

3. These Letters shall expire
   a. ☒ on  (date): May 11, 2022  or upon earlier issuance of Letters to a general guardian or conservator.
   b. ☐ on other date (specify):

4. ☐ The temporary ☐ guardian  ☐ conservator  is not authorized to take possession of money or any other property
   without a specific court order.

5. Number of pages attached: 0

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)          Date:    MAR 0 4 2022

Clerk, by _____, Deputy

Page 1 of 2

This form may be recorded as notice of the establishment of a temporary conservatorship of the estate as provided in Probate Code section 1875.

Form Adopted for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2015]

**LETTERS OF TEMPORARY GUARDIANSHIP OR
CONSERVATORSHIP**
(Probate—Guardianships and Conservatorships)

Probate Code, §§ 2250 et seq., 2890–2893;
Code of Civil Procedure, § 2015.6
www.courts.ca.gov

GC-150

TEMPORARY [ ] GUARDIANSHIP [x] CONSERVATORSHIP
OF (name): Fumian Zhao

CASE NUMBER:

[ ] MINOR [x] CONSERVATEE

## NOTICE TO INSTITUTIONS AND FINANCIAL INSTITUTIONS
### (Probate Code sections 2890–2893)

When these *Letters of Temporary Guardianship* or *Letters of Temporary Conservatorship* (Letters) are delivered to you as an employee or other representative of an *institution* or *financial institution* (described below) in order for the temporary guardian or temporary conservator of the estate (1) to take possession or control of an asset of the minor or conservatee named above held by your institution (including changing title, withdrawing all or any portion of the asset, or transferring all or any portion of the asset) or (2) to open or change the name of an account or a safe-deposit box in your financial institution to reflect the guardianship or conservatorship, you must fill out Judicial Council form GC-050 (for an institution) or form GC-051 (for a financial institution). An officer authorized by your institution or financial institution must date and sign the form, and you must file the completed form with the court.

There is no filing fee for filing the form. You may either arrange for personal delivery of the form or mail it to the court for filing at the address given for the court on page 1 of these Letters.

The temporary guardian or temporary conservator should deliver a blank copy of the appropriate form to you with these Letters, but it is your institution's or financial institution's responsibility to complete the correct form, have an authorized officer sign it, and file the completed form with the court. If the correct form is not delivered with these Letters or is unavailable for any other reason, blank copies of the forms may be obtained from the court. The forms may also be accessed from the judicial branch's public Web site free of charge. The Internet address (URL) is *www.courts.ca.gov/forms/.* Select the form group *Probate—Guardianships and Conservatorships* and scroll down to form GC-050 for an institution or form GC-051 for a financial institution. The forms may be printed out as blank forms and filled in by typewriter, or may be filled out online and printed out ready for signature and filing.

An *institution* under California Probate Code section 2890(c) is an insurance company, insurance broker, insurance agent, investment company, investment bank, securities broker-dealer, investment advisor, financial planner, financial advisor, or any other person who takes, holds, or controls an asset subject to a conservatorship or guardianship other than a financial institution. Institutions must file a *Notice of Taking Possession or Control of an Asset of Minor or Conservatee* (form GC-050) for an asset of the minor or conservatee held by the institution. A single form may be filed for all affected assets held by the institution.

A *financial institution* under California Probate Code section 2892(b) is a bank, trust (including a Totten trust account but excluding other trust arrangements described in Probate Code section 82(b)), savings and loan association, savings bank, industrial bank, or credit union. Financial institutions must file a *Notice of Opening or Changing a Guardianship or Conservatorship Account or Safe-Deposit Box* (form GC-051) for an account or a safe deposit box held by the financial institution. A single form may be filed for all affected accounts or safe deposit boxes held by the financial institution.

### LETTERS OF TEMPORARY [ ] GUARDIANSHIP [x] CONSERVATORSHIP
### AFFIRMATION

I solemnly affirm that I will perform according to law the duties of temporary [ ] guardian. [x] conservator.

Executed on (date): March 4th, 2022          , at (place): 1058 Foster Square Lane, Unit 204, Foster City, CA 94404

Sophie Hu
_____
(TYPE OR PRINT NAME)          ▶          _____
(SIGNATURE OF APPOINTEE)

### CERTIFICATION

I certify that this document, including any attachments, is a correct copy of the original on file in my office and that the Letters issued to the person appointed above have not been revoked, annulled, or set aside and are still in full force and effect.

(SEAL)          Date:   MAR 0 4 2022

Clerk, by _____, Deputy

GC-150 [Rev. January 1, 2015]

**LETTERS OF TEMPORARY GUARDIANSHIP OR CONSERVATORSHIP**
(Probate—Guardianships and Conservatorships)

Page 2 of 2