# Exhibit B

**FDA MedWatch Team Email 7-31-2021**

TENDERED FOR FILING

MAR 31 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

From: "druginfo@fda.hhs.gov" <druginfo@fda.hhs.gov>

To: "alpineedelweiss@yahoo.com" <alpineedelweiss@yahoo.com>

Sent: Saturday, July 31, 2021, 02:25:03 AM PDT

Subject: MedWatch confirmation message.

Dear Reporter:

Thank you for submitting your report to MedWatch, the FDA Safety Information and Adverse Event Reporting Program.

This acknowledgment confirms that your report was received. Reports are added to a post marketing safety database with similar reports and reviewed by the FDA's post marketing safety staff. Voluntary reports are essential for ensuring the continued safety of FDA-regulated products. One or two well documented case reports may provide an early signal of unexpected problems and lead to additional evaluation. This may result in FDA regulatory actions that improve the safety of the products used in patient care each day.

You will only be contacted for follow-up by FDA if additional information on this report is needed in our evaluation process.

Again, thank you for taking the time to submit your report. If you have any questions, please send them to: druginfo@fda.hhs.gov .

Sincerely yours,

FDA MedWatch Team

**LAEDdb_ProSeDocs**

| | |
|---|---|
| **From:** | s <alpineedelweiss@yahoo.com> |
| **Sent:** | Thursday, March 31, 2022 8:59 AM |
| **To:** | LAEDdb_ProSeDocs; Chanda A. Miller; Joan Goddard |
| **Subject:** | Re: Case: 21-cv-02240, Hu et al vs Janssen et al |
| **Attachments:** | Ehxibit B FDA Email.pdf |

**CAUTION - EXTERNAL:**

Dear All,

I inadvertently did not include Exhibit B referenced in yesterday' document submitted

My sincere apologies

Respectfully yours


Sophie

On Wednesday, March 30, 2022, 05:49:57 AM PDT, s <alpineedelweiss@yahoo.com> wrote:

Dear All

Please find attached

Respectfully yours

Sophie

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.