# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE ELDON E. FALLON |
| *Christine Watts, et al.,* No. 2:21-cv-00940 | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

## JUDGMENT

Considering the Court's Order & Reasons entered herein on March 15, 2022, accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of all

defendants, and against plaintiffs in *Christine Watts, et al.,* No. 2:21-cv-00940, dismissing said

plaintiffs' complaint, with prejudice, and costs.

New Orleans, Louisiana, this 4th day of April, 2022.

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**