BEFORE THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

## MOTION FOR COUNSEL APPOINTMENT

I have been unable to find an attorney for my mother, I respectfully move this court to appoint a qualified attorney to represent my mother and this case

Date: _____April 4th, 2022_____

Signature: _____Sophie Hu_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
　　　　　　　Foster City, CA 94404
Telephone: 650-619-0885

TENDERED FOR FILING
APR 04 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

### Memorandum in support of Above Motion

I have tried my best, I cannot find an attorney despite my plea, I am my mother's conservator and I herein seek court help, I hope court will appoint a qualified attorney to represent my mother and this case (See document submitted on March 30th, 2022. Apology I don't know the document number)

Respectfully submitted,

Date: _____April 4th, 2022_____

Signature: *Sophie Hu*

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885

## LAEDdb_ProSeDocs

**From:** s <alpineedelweiss@yahoo.com>
**Sent:** Monday, April 4, 2022 12:28 PM
**To:** LAEDdb_ProSeDocs; Chanda A. Miller; Joan Goddard
**Subject:** Re: Case: 21-cv-02240, Hu et al vs Janssen et al
**Attachments:** Motion For Counsel Appointment PDF File.pdf

**CAUTION - EXTERNAL:**

Dear All

Please find correct copy, with signature included this time, please disregard attachment in last message

My sincere apologies!

Respectfully yours

Sophie

On Monday, April 4, 2022, 10:20:39 AM PDT, s <alpineedelweiss@yahoo.com> wrote:

Dear All

Please find attached

Respectfully yours

Sophie

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1