## BEFORE THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO**
**Case Name: Hu et al v. Janssen Pharmaceuticals et al**
**Case No.:2:21-cv-02240-EEF-MBN**

## MOTION FOR COUNSEL APPOINTMENT

I have been unable to find an attorney for my mother, I respectfully move this court to appoint a
qualified attorney to represent my mother and this case

Date: _____April 4th, 2022_____

Signature: _____

TENDERED FOR FILING

APR 04 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
              Foster City, CA 94404
Telephone: 650-619-0885

### Memorandum in support of Above Motion

I have tried my best, I cannot find an attorney despite my plea, I am my mother's conservator
and I herein seek court help, I hope court will appoint a qualified attorney to represent my
mother and this case (See document submitted on March 30th, 2022. Apology I don't know the
document number)

Respectfully submitted,

Date:  _____April 4th, 2022_____

Signature: _____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885

**LAEDdb_ProSeDocs**

| | |
|---|---|
| **From:** | s <alpineedelweiss@yahoo.com> |
| **Sent:** | Monday, April 4, 2022 12:21 PM |
| **To:** | LAEDdb_ProSeDocs; Chanda A. Miller; Joan Goddard |
| **Subject:** | Case: 21-cv-02240, Hu et al vs Janssen et al |
| **Attachments:** | Motion For Counsel Appointment.pdf |

**CAUTION - EXTERNAL:**

Dear All

Please find attached

Respectfully yours

Sophie

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.