# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED ON EXHIBIT A | | |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

## ORDER

Pursuant to the terms of Pretrial Order 11 (Rec. Doc. 893) and Pretrial Order 11B (Rec. Doc. 1117), the lead counsel listed on Exhibit A agreed to be personally responsible for paying the deferred filing fees for the cases they filed in this MDL and agreed to be subject to the jurisdiction of this Court for purposes of payment. According to the records of the Clerk of the Court, each lead counsel on Exhibit A has failed to pay the filing fees owed for each of the listed plaintiffs.

Pretrial Order 35 (Rec. Doc. 12164) therefore ordered the lead counsel identified on Exhibit A to do one of the following: (1) show cause via written objections filed on or before November 29, 2021 explaining with particularly the reasons why lead counsel believes the filing fee is not owed with respect to a particular plaintiff, or (2) pay to Clerk of the Court on or before December 1, 2021 the filing fee of $400 per plaintiff for each plaintiff listed under that counsel's name on Exhibit A. Pretrial Order 35 also advised these counsel that the Court would consider the imposition of sanctions if they failed to comply with the Order. The records of the Clerk of Court show that each lead counsel on Exhibit A failed to comply with Pretrial Order 35.

**IT IS ORDERED** that a Show Cause Hearing will be held on Thursday, October 20, 2022 at 9:00 A.M. C.S.T.  The lead counsel listed on Exhibit A shall appear and show cause why they should not be held in contempt for failure to pay the required filing fees for the cases listed on Exhibit A. Any requests to appear at the hearing via video conference must be made in writing and must provide good cause why counsel cannot appear in person. A contempt order may include but is not limited to monetary penalties.

New Orleans, Louisiana, on this 25th day of August, 2022.

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**