# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * | **MDL NO.2592** |
| | * | |
| | * | **SECTION "L"** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **Cases Listed in Exhibit A** | * | **JUDGE ELDON E. FALLON** <br> **MAG. JUDGE NORTH** |
| | * | |

## RESPONSE TO ORDER TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, comes The Dugan Law Firm, APLC, that respectfully represents that each of the eleven cases listed on Exhibit A of the Court's Order To Show Cause (Document #18054-1) for The Dugan Law Firm, APLC had their filing fees timely paid. (See Ex. A *en globo*). Accordingly, counsel for The Dugan Law Firm, APLC request to be excused from appearing at the hearing, which is currently set for October 20, 2022 before Judge Eldon E. Fallon.

**WHEREFORE**, The Dugan Law Firm, APLC, prays that this Court grant its request and excuse the Dugan Law Firm, APLC, from appearing at the hearing on the Order To Show Cause set for October 20, 2022 before Judge Eldon E. Fallon.

Respectfully Submitted:

By:   */s/ James R. Dugan, II*
      James R. Dugan, II (LA Bar No. 24785)
      Douglas R. Plymale (LA Bar No. 28409)
      David S. Scalia (LA Bar No. 21369)
      THE DUGAN LAW FIRM, LLC
      One Canal Place, Suite 1000
      New Orleans, Louisiana 70130
      Telephone: (504) 648-0180
      Facsimile: (504) 648-0181
      jdugan@dugan-lawfirm.com
      dplymale@dugan-lawfirm.comdply
      dscalia@dugan-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same in this Court's CM/ECF system on this 1st day of September 2022.

                        */s/ James R. Dugan, II*
                          James R. Dugan, II