# EXHIBIT A

**drplymale@plymalelawfirm.com**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Monday, June 1, 2020 1:08 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06910-EEF-MBN Bailey v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/1/2020 at 1:07 PM CDT and filed on 6/1/2020

**Case Name:**    Bailey v. Janssen Research & Development LLC et al
**Case Number:**   2:16-cv-06910-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Corey Bailey re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8327074)(Plymale, Douglas)**


**2:16-cv-06910-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06910-EEF-MBN Notice has been delivered by other means to:**

drplymale@plymalelawfirm.com

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Tuesday, June 16, 2020 12:55 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-06911-EEF-MBN Barr et al v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/16/2020 at 12:54 PM CDT and filed on 6/16/2020

**Case Name:** Barr et al v. Janssen Research & Development LLC et al
**Case Number:** 2:16-cv-06911-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Joan Barr, John Barr re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8357374)(Plymale, Douglas)**

**2:16-cv-06911-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06911-EEF-MBN Notice has been delivered by other means to:**

drplymale@plymalelawfirm.com

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Tuesday, June 16, 2020 12:57 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-06912-EEF-MBN Brand et al v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/16/2020 at 12:56 PM CDT and filed on 6/16/2020

**Case Name:**    Brand et al v. Janssen Research & Development LLC et al
**Case Number:**   2:16-cv-06912-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Marlene Brand, Robert Brand re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8357400)(Plymale, Douglas)**

**2:16-cv-06912-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II    jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06912-EEF-MBN Notice has been delivered by other means to:**

drplymale@plymalelawfirm.com

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Friday, May 8, 2020 9:19 AM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06915-EEF-MBN Etheredge v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 5/8/2020 at 9:19 AM CDT and filed on 5/8/2020

**Case Name:**    Etheredge v. Janssen Research & Development LLC et al
**Case Number:**    [2:16-cv-06915-EEF-MBN](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Dorothy Etheredge re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8294045)(Plymale, Douglas)**


**2:16-cv-06915-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06915-EEF-MBN Notice has been delivered by other means to:**

drplymale@plymalelawfirm.com

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Tuesday, June 16, 2020 1:01 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06916-EEF-MBN Groves v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/16/2020 at 1:00 PM CDT and filed on 6/16/2020
**Case Name:**     Groves v. Janssen Research & Development LLC et al
**Case Number:**   2:16-cv-06916-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Iris Groves, William Groves re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8357417)(Plymale, Douglas)**

**2:16-cv-06916-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06916-EEF-MBN Notice has been delivered by other means to:**

**drplymale@plymalelawfirm.com**

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Tuesday, June 16, 2020 1:11 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-06918-EEF-MBN Martin v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/16/2020 at 1:11 PM CDT and filed on 6/16/2020

**Case Name:** Martin v. Janssen Research & Development LLC et al
**Case Number:** [2:16-cv-06918-EEF-MBN](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Robert Martin re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8357468)(Plymale, Douglas)**

**2:16-cv-06918-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06918-EEF-MBN Notice has been delivered by other means to:**

drplymale@plymalelawfirm.com

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Tuesday, June 16, 2020 1:13 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06921-EEF-MBN Medlin et al v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/16/2020 at 1:13 PM CDT and filed on 6/16/2020
**Case Name:**       Medlin et al v. Janssen Research & Development LLC et al
**Case Number:**     [2:16-cv-06921-EEF-MBN](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Grace Medlin, Harold Medlin re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8357478)(Plymale, Douglas)**


**2:16-cv-06921-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II    jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06921-EEF-MBN Notice has been delivered by other means to:**

drplymale@plymalelawfirm.com

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Monday, June 1, 2020 1:18 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:16-cv-06922-EEF-MBN Morales v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/1/2020 at 1:17 PM CDT and filed on 6/1/2020
**Case Name:** Morales v. Janssen Research & Development LLC et al
**Case Number:** [2:16-cv-06922-EEF-MBN](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Santiago Morales re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8327116)(Plymale, Douglas)**


**2:16-cv-06922-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale      drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06922-EEF-MBN Notice has been delivered by other means to:**

## drplymale@plymalelawfirm.com

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Monday, June 1, 2020 1:20 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06923-EEF-MBN Senatore v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/1/2020 at 1:19 PM CDT and filed on 6/1/2020

**Case Name:**     Senatore v. Janssen Research & Development LLC et al
**Case Number:**   [2:16-cv-06923-EEF-MBN](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Ann Senatore re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8327122)(Plymale, Douglas)**


**2:16-cv-06923-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06923-EEF-MBN Notice has been delivered by other means to:**

**drplymale@plymalelawfirm.com**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Tuesday, June 16, 2020 1:23 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06924-EEF-MBN Van Patton et al v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/16/2020 at 1:22 PM CDT and filed on 6/16/2020
**Case Name:**   Van Patton et al v. Janssen Research & Development LLC et al
**Case Number:**   2:16-cv-06924-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Joseph Van Patton, Pamela Van Patton re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8357531)(Plymale, Douglas)**


**2:16-cv-06924-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06924-EEF-MBN Notice has been delivered by other means to:**

1

**drplymale@plymalelawfirm.com**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Tuesday, June 16, 2020 1:23 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-06927-EEF-MBN Walker v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Plymale, Douglas on 6/16/2020 at 1:23 PM CDT and filed on 6/16/2020

| | |
|---|---|
| **Case Name:** | Walker v. Janssen Research & Development LLC et al |
| **Case Number:** | 2:16-cv-06927-EEF-MBN |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Filing fee paid from Rebecca Walker re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-8357544)(Plymale, Douglas)**

**2:16-cv-06927-EEF-MBN Notice has been electronically mailed to:**

Douglas Robert Plymale     drplymale@plymalelawfirm.com

James R. Dugan , II     jdugan@dugan-lawfirm.com, amcadam@dugan-lawfirm.com, bonnie@dugn-lawfirm.com, dscalia@dugan-lawfirm.com

**2:16-cv-06927-EEF-MBN Notice has been delivered by other means to:**