UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO.2592 |
| | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | | |
| | * | |
| *Coleman v. Janseen Research & Development LLC,* | * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| *Docket Number 2:15-cv-03965* | | |

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Dowd & Dowd, P.C., through undersigned counsel, and respectfully represents that the one case listed on Exhibit A of the Court's Order To Show Cause (Document #18056-1, p. 2) for Dowd & Dowd, P.C., *Coleman v. Janseen Research & Development LLC,* Docket Number 2:15-cv-03965-EEF-MBN, had its filing fee paid today (Ex. 1). Accordingly, counsel for Dowd & Dowd, P.C., requests to be excused from appearing at the hearing, which is currently set for October 20, 2022 before Judge Eldon E. Fallon.

WHEREFORE, Dowd & Dowd, P.C., prays that this Court grant its request and excuse Dowd & Dowd, P.C., from appearing at the hearing on the Order To Show Cause set for October 20, 2022 before Judge Eldon E. Fallon.

Respectfully submitted,

By: /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same in this Court's CM/ECF system on this 6th day of September 2022.

                                                            */s/ Laura Lumaghi*