**Xarelto Severed-Claim Filing Fee Payment**

2:15-cv-03965-EEF-MBN Coleman v. Janssen Research & Development, LLC et al

CONSOL,SEVERED_CLAIM,XARELTO

U.S. District Court

Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Lumaghi, Laura on 9/6/2022 at 9:37 AM CDT and filed on 9/6/2022
**Case Name:** Coleman v. Janssen Research & Development, LLC et al
**Case Number:** 2:15-cv-03965-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Gwendolyn J. Coleman re [1] Complaint,, (Filing fee $ 400 receipt number ALAEDC-9535120) (Lumaghi, Laura)**

**2:15-cv-03965-EEF-MBN Notice has been electronically mailed to:**

Laura Lumaghi    laura@dowdlaw.net

William T. Dowd    bill@dowdlaw.net, donna@dowdlaw.net, laura@dowdlaw.net

**2:15-cv-03965-EEF-MBN Notice has been delivered by other means to:**