UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION "L" |
| *Jay Wittlin v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC et al.* | THE HONORABLE ELDON E. FALLON MAG. JUDGE NORTH |
| *Docket Number:  16-cv-11439* | |

### RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Johnson Becker, PLLC, through undersigned counsel, and respectfully represents the above-named Plaintiff included on Exhibit A of the Court's Order to Show Cause filed on August 26, 22 (Document 18056-1, p.12).  The *Wittlin case* was originally filed in this Court on May 20, 2016, as part of the *Adams et al. v. Janssen Research & Development et al.* consolidated complaint as Case Number 16-cv-6694.  It was later severed and identified as above at Case Number 16-cv-11439.   Subsequently, the case was Dismissed with Prejudice without resolution on March 6, 2019.  Due to administrative error the filing fee was not appropriately paid.  The undersigned counsel, upon receipt of this Order to Show Cause, reached out to the Clerk's Office and paid the required filing fee on August 31, 2022 (Exhibit A).

Alexandra Robertson, Counsel of Record, named within the Court's Order to Show Cause was a former Associate at Johnson Becker, PLLC.  She is no longer associated with the firm and the undersigned counsel, Lisa Ann Gorshe of Johnson Becker PLLC, respectfully requests to appear in the above-named case for the Show Cause hearing scheduled on October 20, 2022.

Johnson Becker has at all times represented Plaintiff and Alexandra Robertson no longer represented Plaintiff upon her departure from the firm.

Further, the undersigned counsel prays that this court may excuse her from attendance in lieu of the paid filing fee. However, in the event the Court requires attendance, the undersigned counsel requests permission to attend the hearing via Zoom due to a current deposition scheduling conflict in another MDL matter (*MDL 2740 In Re: Taxotere (Docetaxel) Products Liability Litigation*).

|  |  |
|---|---|
|  | Respectfully submitted, |
| September 6, 2022 | /s/Lisa Ann Gorshe |
|  | Lisa Ann Gorshe, Esq. (MN 029522X)<br>JOHNSON BECKER, PLLC<br>444 Cedar Street, Suite 1800<br>St. Paul, MN  55101<br>Telephone: (612) 436-1852<br>Facsimile:  (612) 436-1801<br>Email:  lgorshe@johnsonbecker.com<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  September 6, 2022                      */s/Lisa Ann Gorshe*
                                                                Lisa Ann Gorshe, Esq.