UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| FRANCES A. BRAY Civil Action No. 2:16-cv-13574 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW James C. Ferrell, P.C., though undersigned counsel, and respectfully represents that the one case listed on Exhibit A of the Court's Order to Show Cause (Document 18506-1, p. 12) for James C. Ferrell, P.C., Bray v. Janssen Research & Development LLC, Docket Number 2:16-cv-13574-EEF-MBN, had its filing fee paid yesterday (Ex. 1). Accordingly, counsel for James C. Ferrell, P.C., requests to be excused from appearing at the hearing, which is set for October 20, 2022 before Judge Eldon E. Fallon.

WHEREFORE, James C. Ferrell, P.C., prays that this Court grant its request and excuse James C. Ferrell, P.C., from appearing at the hearing on the Order to Show Cause set for October 20, 2022 before Judge Eldon E. Fallon.

Respectfully submitted,

By:   FERRELL LAW GROUP

*/s/ James C. Ferrell*
James C. Ferrell
6226 Washington Ave., Ste. 200
Houston, TX 77007
T: (713) 337-3855
jferrell@jamesferrell-law.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same int his Court's CM/ECF system on this 7th day of September 2022.

                        */s/ James C. Ferrell*