# Xarelto Severed-Claim Filing Fee Payment

2:16-cv-13574-EEF-MBN Bray v. Janssen Research & Development LLC et al

CONSOL,SEVERED_CLAIM,XARELTO

## U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Ferrell, James on 9/6/2022 at 12:49 PM CDT and filed on 9/6/2022

**Case Name:** Bray v. Janssen Research & Development LLC et al
**Case Number:** 2:16-cv-13574-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Frances A. Bray re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9536048)(Ferrell, James)**

**2:16-cv-13574-EEF-MBN Notice has been electronically mailed to:**

James C. Ferrell    jferrell@jamesferrell-law.com, nelms@jamesferrell-law.com

**2:16-cv-13574-EEF-MBN Notice has been delivered by other means to:**