# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 |
| **THIS DOCUMENT RELATES TO:** | |
| **WILLIS COCHRAN** <br> Civil Action No. 2:16-cv-9926 | SECTION L |
| **OLGA WARRINER** <br> Civil Action No. 2:16-10192 | JUDGE ELDON E. FALLON |
| **MITCHELL ROSENBERG, on behalf of ELAINE ROSENBERG** <br> Civil Action No. 2:16-cv-10813 | |
| **DIRTRESS WHITFIELD, on behalf of PAUL WHITFIELD** <br> Civil Action No. 2:16-cv-10835 | **MAGISTRATE JUDGE NORTH** |

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** The Gallagher Law Firm PLLC**,** through undersigned counsel, and respectfully represents that the filing fees have been paid on February 7, 2022 (Ex. 1) for the above-named Plaintiffs included on Exhibit A of the Court's Order to Show Cause filed on August 26, 2022 (Document 18056-1, pp.11-12). The failure to pay the filing fees in the above matter was the result of an inadvertent oversight which has now been remedied.

Accordingly, counsel for The Gallagher Law Firm PLLC requests to be excused from appearing at the hearing, which is set for October 20, 2022 before Judge Eldon E. Fallon.

Respectfully Submitted,

By:   THE GALLAGHER LAW FIRM PLLC

*/s/ Michael T. Gallagher*
Michael T. Gallagher
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
mike@gld-law.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same in this Court's CM/ECF system on this 8th day of September, 2022.

                   */s/Michael T. Gallagher*