# Exhibit 1

**Xarelto Severed-Claim Filing Fee Payment**

2:16-cv-09926-EEF-MBN Cochran v. Janssen Research & Development, LLC et al

CONSOL,SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Gallagher, Michael on 9/7/2022 at 2:53 PM CDT and filed on 9/7/2022

**Case Name:**          Cochran v. Janssen Research & Development, LLC et al

**Case Number:**      2:16-cv-09926-EEF-MBN

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Filing fee paid from All Plaintiffs re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9539106)(Gallagher, Michael)**

**2:16-cv-09926-EEF-MBN Notice has been electronically mailed to:**

Michael T. Gallagher      mike@gld-law.com, lisak@gld-law.com, pamm@gld-law.com

**2:16-cv-09926-EEF-MBN Notice has been delivered by other means to:**

**Xarelto Severed-Claim Filing Fee Payment**

2:16-cv-10192-EEF-MBN Warriner v. Janssen Research & Development LLC et al

CONSOL,SEVERED_CLAIM,XARELTO

# U.S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Gallagher, Michael on 9/7/2022 at 2:57 PM CDT and filed on 9/7/2022

**Case Name:** Warriner v. Janssen Research & Development LLC et al

**Case Number:** 2:16-cv-10192-EEF-MBN

**Filer:**

**Document Number:** No document attached

**Docket Text:**
Filing fee paid from Olga Warriner re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9539134)(Gallagher, Michael)

**2:16-cv-10192-EEF-MBN Notice has been electronically mailed to:**

Michael T. Gallagher    mike@gld-law.com, lisak@gld-law.com, pamm@gld-law.com

**2:16-cv-10192-EEF-MBN Notice has been delivered by other means to:**

**Xarelto Severed-Claim Filing Fee Payment**

2:16-cv-10813-EEF-MBN Rosenberg v. Janssen Research & Development LLC et al

CONSOL,SEVERED_CLAIM,XARELTO

# U.S. District Court

# Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Gallagher, Michael on 9/7/2022 at 3:02 PM CDT and filed on 9/7/2022

| | |
|---|---|
| **Case Name:** | Rosenberg v. Janssen Research & Development LLC et al |
| **Case Number:** | 2:16-cv-10813-EEF-MBN |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Filing fee paid from Elaine Rosenberg re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9539151)(Gallagher, Michael)**

**2:16-cv-10813-EEF-MBN Notice has been electronically mailed to:**

Michael T. Gallagher    mike@gld-law.com, lisak@gld-law.com, pamm@gld-law.com

**2:16-cv-10813-EEF-MBN Notice has been delivered by other means to:**

**Xarelto Severed-Claim Filing Fee Payment**

2:16-cv-10835-EEF-MBN Whitfield v. Janssen Research & Development LLC et al

CONSOL,SEVERED_CLAIM,XARELTO

## U.S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Gallagher, Michael on 9/7/2022 at 3:11 PM CDT and filed on 9/7/2022

**Case Name:** Whitfield v. Janssen Research & Development LLC et al

**Case Number:** 2:16-cv-10835-EEF-MBN

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Dirtress Whitfield re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9539160)(Gallagher, Michael)**

**2:16-cv-10835-EEF-MBN Notice has been electronically mailed to:**

Michael T. Gallagher    mike@gld-law.com, lisak@gld-law.com, pamm@gld-law.com

**2:16-cv-10835-EEF-MBN Notice has been delivered by other means to:**