UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : | SECTION L |
| **DOLORES GOOD** Civil Action No. 2:16-cv-03940 | : : | **JUDGE ELDON E. FALLON** |
| **JOHN L. LOWERY** Civil Action No. 2:16-cv-03974 | : : | **MAGISTRATE JUDGE NORTH** |
| **JAMES HELBIG** Civil Action No. 2:16-cv-04714 | : : | |
| **ROBERT. C. WOODWARD, Individually and as Representative of the Estate of CLAIRE WOODWARD, Deceased** Civil Action No. 2:16-cv-04823 | : : : : : : | |
| **EDGAR TUCKER** Civil Action No. 2:16-cv-13109 | : : | |
| **GARDNER M. MORGAN** Civil Action No. 2:16-cv-13631 | : : | |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW MATTHEWS & ASSOCIATES, through the undersigned counsel, and respectfully represents that the filing fees were paid on September 8, 2022 (Ex. 1), for the above-referenced Plaintiffs included on Exhibit A of the Court's Order to Show Cause filed on August 26, 2022 (Document 18056-1). The failure to pay the filing fees for the above referenced cause numbers was the result of an inadvertent oversight which has now been remedied.

Accordingly, counsel for MATTHEWS & ASSOCIATES respectfully requests to be excused from appearing at the hearing on the Order to Show Cause, which is set for October 20, 2022, before Judge Eldon E. Fallon.

Respectfully submitted,

/s/ Wendy C. Elsey
Wendy C. Elsey
Texas Bar No. 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 993-0841 – Facsimile
welsey@dpmlawfirm.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same in this Court's CM/ECF system on this 9th day of September, 2022.

/s/ Wendy C. Elsey