# Exhibit 1

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, September 8, 2022 4:56 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-03940-EEF-MBN Good v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Matthews, David on 9/8/2022 at 4:55 PM CDT and filed on 9/8/2022
**Case Name:**      Good v. Janssen Research & Development LLC et al
**Case Number:**    2:16-cv-03940-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint,, (Filing fee $ 400 receipt number ALAEDC-9542158)(Matthews, David)**


**2:16-cv-03940-EEF-MBN Notice has been electronically mailed to:**

David Paul Matthews     dmatthews@thematthewslawfirm.com, bante@thematthewslawfirm.com

Rachal Garcia Rojas (Terminated)     rrojas@johnsonlawgroup.com, CGandy@johnsonlawgroup.com, DProcell@johnsonlawgroup.com, xarelto@johnsonlawgroup.com, ztarique@johnsonlawgroup.com

Steve M. Faries (Terminated)     sfaries@dmlawfirm.com

Wendy C. Elsey     welsey@dpmlawfirm.com, welsey@thematthewslawfirm.com

**2:16-cv-03940-EEF-MBN Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, September 8, 2022 4:41 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-03974-EEF-MBN Lowery v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Matthews, David on 9/8/2022 at 4:41 PM CDT and filed on 9/8/2022

**Case Name:**   Lowery v. Janssen Research & Development LLC et al
**Case Number:**   2:16-cv-03974-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint,, (Filing fee $ 400 receipt number ALAEDC-9541968)(Matthews, David)**


**2:16-cv-03974-EEF-MBN Notice has been electronically mailed to:**

David Paul Matthews    dmatthews@thematthewslawfirm.com, bante@thematthewslawfirm.com

Rachal Garcia Rojas (Terminated)    rrojas@johnsonlawgroup.com, CGandy@johnsonlawgroup.com, DProcell@johnsonlawgroup.com, xarelto@johnsonlawgroup.com, ztarique@johnsonlawgroup.com

Steve M. Faries (Terminated)    sfaries@dmlawfirm.com

Wendy C. Elsey    welsey@dpmlawfirm.com, welsey@thematthewslawfirm.com

**2:16-cv-03974-EEF-MBN Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, September 8, 2022 5:02 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-04714-EEF-MBN Helbig v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Matthews, David on 9/8/2022 at 5:02 PM CDT and filed on 9/8/2022
**Case Name:**         Helbig v. Janssen Research & Development LLC et al
**Case Number:**    [2:16-cv-04714-EEF-MBN](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9542191)(Matthews, David)**


**2:16-cv-04714-EEF-MBN Notice has been electronically mailed to:**

David Paul Matthews     dmatthews@thematthewslawfirm.com, bante@thematthewslawfirm.com

Rachal Garcia Rojas (Terminated)     rrojas@johnsonlawgroup.com, CGandy@johnsonlawgroup.com, DProcell@johnsonlawgroup.com, xarelto@johnsonlawgroup.com, ztarique@johnsonlawgroup.com

Steve M. Faries (Terminated)     sfaries@dmlawfirm.com

Wendy C. Elsey     welsey@dpmlawfirm.com, welsey@thematthewslawfirm.com

**2:16-cv-04714-EEF-MBN Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, September 8, 2022 5:07 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-04823-EEF-MBN Woodward et al v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Matthews, David on 9/8/2022 at 5:06 PM CDT and filed on 9/8/2022

**Case Name:**  Woodward et al v. Janssen Research & Development LLC et al
**Case Number:**  2:16-cv-04823-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint,, (Filing fee $ 400 receipt number ALAEDC-9542211)(Matthews, David)**


**2:16-cv-04823-EEF-MBN Notice has been electronically mailed to:**

David Paul Matthews     dmatthews@thematthewslawfirm.com, bante@thematthewslawfirm.com

Rachal Garcia Rojas (Terminated)     rrojas@johnsonlawgroup.com, CGandy@johnsonlawgroup.com, DProcell@johnsonlawgroup.com, xarelto@johnsonlawgroup.com, ztarique@johnsonlawgroup.com

Steve M. Faries (Terminated)     sfaries@dmlawfirm.com

Wendy C. Elsey     welsey@dpmlawfirm.com, welsey@thematthewslawfirm.com

**2:16-cv-04823-EEF-MBN Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, September 8, 2022 5:12 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-13109-EEF-MBN Tucker v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Matthews, David on 9/8/2022 at 5:12 PM CDT and filed on 9/8/2022
**Case Name:**  Tucker v. Janssen Research & Development LLC et al
**Case Number:** 2:16-cv-13109-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint,, (Filing fee $ 400 receipt number ALAEDC-9542221)(Matthews, David)**


**2:16-cv-13109-EEF-MBN Notice has been electronically mailed to:**

David Paul Matthews    dmatthews@thematthewslawfirm.com, bante@thematthewslawfirm.com

Wendy C. Elsey    welsey@dpmlawfirm.com, welsey@thematthewslawfirm.com

**2:16-cv-13109-EEF-MBN Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, September 8, 2022 5:17 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-13631-EEF-MBN Morgan v. Janssen Research & Development LLC, et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Matthews, David on 9/8/2022 at 5:17 PM CDT and filed on 9/8/2022

| | |
|---|---|
| **Case Name:** | Morgan v. Janssen Research & Development LLC, et al |
| **Case Number:** | 2:16-cv-13631-EEF-MBN |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9542227)(Matthews, David)**


**2:16-cv-13631-EEF-MBN Notice has been electronically mailed to:**

David Paul Matthews     dmatthews@thematthewslawfirm.com, bante@thematthewslawfirm.com

Rachal Garcia Rojas (Terminated)     rrojas@johnsonlawgroup.com, CGandy@johnsonlawgroup.com, DProcell@johnsonlawgroup.com, xarelto@johnsonlawgroup.com, ztarique@johnsonlawgroup.com

Steve M. Faries (Terminated)     sfaries@dmlawfirm.com

Wendy C. Elsey     welsey@dpmlawfirm.com, welsey@thematthewslawfirm.com

**2:16-cv-13631-EEF-MBN Notice has been delivered by other means to:**