UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ALICE STEPHENSON v.
JANSSEN PHARMACEUTICALS,
INC., et al.

2:16-cv-7681

# NOTICE OF MOTION TO REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK BE DEPOSITED INTO THE REGISTRY OF THE COURT

NOW INTO COURT, comes Roopal P. Luhana to file this Notice of Submission for a Motion to Request to Deposit Plaintiff's net proceeds from Final Settlement Check into the Registry of the Court.

Respectfully submitted this 4th day of October, 2022.

> By: /s/Roopal P. Luhana
> **Roopal P. Luhana**
> CHAFFIN LUHANA LLP
> 600 Third Avenue, 12th Floor
> New York, NY  10016
> Tel: (888) 480-1123
> Email: luhana@chaffinluhana.com
> *Attorney for Alice Stephenson*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2022 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                                  */s/ Roopal P. Luhana*
                                                  **ROOPAL P. LUHANA**