UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF MOTION TO REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK BE DEPOSITED INTO THE REGISTRY OF THE COURT**

ALICE STEPHENSON v.
JANSSEN PHARMACEUTICALS,
INC., et al.

2:16-cv-7681

### I. INTRODUCTION

Counsel for Plaintiff is requesting the net proceeds from Claimant's Final Settlement Check be deposited into the Registry of the Court after communication with and advice and counsel of the Plaintiff Steering Committee *(PSC)*. On Monday, April 25, 2022, a telephone call occurred between Liaison Counsel Leonard Davis and Chaffin Luhana LLP. Counsel for plaintiff Stephenson, the Xarelto Claimant, informed the PSC liaison counsel that Alice Stephenson passed, and potential Next of Kin Sarita Kimbrel was unresponsive to contact attempts. PSC liaison counsel agreed with plaintiff's counsel decision to file a Motion for the Final Settlement

1

check to be deposited into the Registry of the Court due to the following circumstances:

Plaintiff's counsel was initially retained by Alice Stephenson on February 26, 2016. Alice Stephenson entered into the Xarelto Settlement Program on May 20, 2019 and received her Settlement Points Award Notice on January 8. 2020. Our office has **waived ALL Attorney Fees and greatly reduced Legal Expenses**. Our office took this step to ensure Alice Stephenson's distribute received compensation after her settlement award was greatly reduced under the terms of the settlement.

Alice Stephenson died on October 2, 2020. Chaffin Luhana LLP have taken action to locate and contact the Next of Kin of Alice Stephenson. Our office attempted 48 times, between the Settlement Award Notice and September 8, 2022, to contact Sarita Stephenson a/k/a Sarita Kimbrell, daughter of Alice Stephenson to speak with her regarding Alice Stephenson's settlement, Since January 8, 2020, our office has called 18 times, emailed 24 times, sent 1 text message, sent 3 certified letters of contact, as well as sending direct messages to her Facebook and Instagram accounts. However, our office has been unable to receive response from Alice Stephenson's Next of Kin, Sarita Stephenson a/k/a Sarita Kimbrell. To avoid further issue, appearance of impropriety, and in the interest of justice and fundamental fairness, counsel is requesting that the check containing the net settlement award to Plaintiff be deposited in the Registry of the Court.

Below is the information our office has on record regarding any and all contact information pertaining to potential Next of Kin of Alice Stephenson.

### Sarita Kimbrel

**Address:** 6450 NE 43rd Ter. #204
     Kansas City, MO 64117
**Address:** 4849 Haverford Lane, Unit 611

      Dallas, TX 75287

  **Telephone:** (913) 250-9787
  **Telephone:** (469) 834-3585
   **Email:** ms.two@gmail.com

 WHEREFORE, Plaintiff respectfully request that the Motion be granted and for all additional relief just and appropriate in the premises.


Dated: October 4, 2022             Respectfully submitted,

                     By: /s/ Roopal P. Luhana
                     **Roopal P. Luhana**
                     CHAFFIN LUHANA LLP
                     600 Third Avenue, 12th Floor
                     New York, NY  10016
                     Tel: (888) 480-1123
                     Email: luhana@chaffinluhana.com
                     *Attorney Alice Stephenson*