**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | **MDL No. 2592** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

**PHYLLIS MUGRAGE, INDIVIDUALLY**
**AND AS THE INDEPENDENT**
**ADMINISTRATOR OF THE ESTATE OF**
**DONALD MUGRAGE v. JANSSEN**
**PHARMACEUTICALS, INC., et al.**

**2:15-cv-5778**

<u>**NOTICE OF MOTION TO REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK**</u>
<u>**BE DEPOSITED INTO THE REGISTRY OF THE COURT**</u>

NOW INTO COURT, comes Roopal P. Luhana to file this Notice of Submission for a Motion to Request to Deposit Plaintiff's net proceeds from Final Settlement Check into the Registry of the Court.

Respectfully submitted this 4th Day of October, 2022.

By: /s/ Roopal P. Luhana
**Roopal P. Luhana**
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123
Email:
luhana@chaffinluhana.com
*Attorney for Phyllis*
*Mugrage, Individually and*
*as the Independent*
*Administrator of the Estate*
*of Donald Mugrage*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2022 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Roopal P. Luhana*
**ROOPAL P. LUHANA**