UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**MEMORANDUM IN SUPPORT OF MOTION TO REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK BE DEPOSITED INTO THE REGISTRY OF THE COURT**

PHYLLIS MUGRAGE, INDIVIDUALLY
AND AS THE INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF
DONALD MUGRAGE v. JANSSEN
PHARMACEUTICALS, INC., et al.

2:15-cv-5778

I. **INTRODUCTION**

Counsel for Plaintiff is requesting the net proceeds from Claimant's Final Settlement Check be deposited into the Registry of the Court after communication with and advice and counsel of the Plaintiff Steering Committee *(PSC)*. On Monday, April 25, 2022, a telephone call occurred between Liaison Counsel Leonard Davis and Chaffin Luhana LLP. Counsel for plaintiff Mugrage, the Xarelto Claimant, informed the PSC liaison counsel that Shannon Mugrage, heir of Donald Mugrage, refused to accept the Final Settlement that was awarded under the terms of the settlement program. PSC liaison counsel agreed with plaintiff's counsel decision to file a

1

Motion for the Final Settlement check to be deposited into the Registry of the Court due to the following circumstances:

      Plaintiff's counsel was initially retained by Phyllis Mugrage o/b/o Donald Mugrage on June 4, 2015. Phyllis Mugrage o/b/o Donald Mugrage entered into the Xarelto Settlement Program on May 30, 2019 and received her Settlement Points Award Notice on December 5, 2019. Our office has ***waived ALL Attorney Fees***, this was to ensure the Next of Kin received compensation after the settlement award was greatly reduced under the terms of the settlement because of the applicable Texas law.

      However, the declared heirs of Donald Mugrage have not reached unanimous agreement to accept the settlement awarded under the terms of the settlement program. Phyllis Mugrage, heir of Donald Mugrage, provided her agreement with settlement award on August 25, 2021. Bret Mugrage, heir of Donald Mugrage, provided his agreement with the settlement award on August 9, 2021. Shannon Mugrage, heir of Donald Mugrage, verbally stated that he will not accept the final settlement award. Amy Mugrage, wife of Shannon Mugrage, called our office on August 24th, 2022 and reiterated that Shannon will not agree to accept the final settlement award. Since December 5, 2019, our office has attempted to speak with the heirs of Donald Mugrage to discuss approval of the settlement disbursement and to request Shannon Mugrage approve the Final Settlement Disbursement. This includes 32 calls, 8 emails, 1 text message and sending 5 letters of contact between December 5, 2019 and September 15, 2022 in attempt to contact heirs of Donald Mugrage in order to reach an agreement. To avoid further issue, appearance of impropriety, and in the interest of justice and fundamental fairness, counsel is requesting that the check containing the net settlement award to Plaintiff be deposited in the Registry of the Court.

      Below is the information our office has on record regarding any and all contact

information pertaining to the heirs of Donald Mugrage.

### Phyllis Mugrage

**Address:** 1204 Hoffman Rd
  Seguin, TX 78155
**Telephone:** (409) 904-2382
**Email:** N/A

### Brett Mugrage

**Address:** 2601 Linda Circle #206
  Amarillo, TX 79109
**Telephone:** (737) 202-0612
**Email:** N/A

### Shannon Mugrage

**Address:** 1711 Dusk Dr
  Zion, IL 60099
**Telephone:** (512) 775-8330
**Email:** comedy@turn2entertainment.com

WHEREFORE, Plaintiff respectfully request that the Motion be granted and for all additional relief just and appropriate in the premises.

Dated: October 4, 2022

Respectfully submitted,

By: /s/ Roopal P. Luhana
**Roopal P. Luhana**
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016
Tel: (888) 480-1123
Email: luhana@chaffinluhana.com
*Attorney for Phyllis Mugrage, Individually and as the Independent Administrator of the Estate of Donald Mugrage*

3