UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF MOTION TO REQUEST PLAINTIFF'S FINAL SETTLEMENT CHECK BE DEPOSITED INTO THE REGISTRY OF THE COURT**

THIS DOCUMENT RELATES TO:

SANDRA SMITH v. JANSSEN
PHARMACEUTICALS,
INC., et al.

2:16-cv-16879-EEF-MBN

## I.   INTRODUCTION

Counsel for Plaintiff is requesting the net proceeds from Claimant's Final Settlement Check be deposited into the Registry of the Court after communication with and advice and counsel of the Plaintiff Steering Committee (PSC). On Monday, April 25, 2022, a telephone call occurred between Liaison Counsel Leonard Davis and Chaffin Luhana LLP. Counsel for plaintiff Smith, the Xarelto Claimant, informed the PSC liaison counsel that Sandra Smith has not accepted the Final Settlement that was awarded under the terms of the settlement program and has not been responsive to contact attempts. PSC liaison counsel agreed with plaintiff's counsel decision to file a Motion for the Final Settlement check to be deposited into the Registry of the Court due to the following circumstances:

1

Plaintiff's counsel was initially retained by Sandra Smith on September 30, 2015. Sandra Smith entered the Xarelto Settlement Program on May 20, 2019 and received her Settlement Points Award Notice on January 8, 2020. Our office attempted 53 times, between the Settlement Award Notice and September 8, 2022, to speak with Plaintiff Sandra Smith to discuss approval of the settlement disbursement and to request that she accept the Final Settlement disbursement. Since January 8, 2020, our office has made 28 calls, sent 23 e-mails, 1 text message, and 1 certified letter of contact. To avoid further issue, appearance of impropriety, and in the interest of justice and fundamental fairness, counsel is requesting that the check containing the net settlement award to Plaintiff be deposited in the Registry of the Court.

Below is the information our office has on record regarding any and all contact information pertaining to Sandra Smith.

**Sandra Smith**

**Address:** 6008 Woodchuck Ct
El Paso, TX 79924
**Telephone:** (915) 630-7457
**Email:** msladysgsmith@yahoo.com

WHEREFORE, Plaintiff respectfully request that the Motion be granted and for all additional relief just and appropriate in the premises.

Dated: October 4, 2022                                        Respectfully submitted,

By: /s/ Roopal P. Luhana
**Roopal P. Luhana**
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY  10016

Tel: (888) 480-1123
Email: luhana@chaffinluhana.com
*Attorney for Sandra Smith*