UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| | JUDGE ELDON E. FALLON |
| DONNA GRIMES<br>Civil Action No. 2:15-cv-4202 | MAGISTRATE JUDGE NORTH |

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW THE FRANKOWSKI FIRM, LLC, through the undersigned counsel, and respectfully represents that the filing fees were paid on October 6, 2022 (Ex. 1), for the above-referenced Plaintiff included on Exhibit A of the Court's Order to Show Cause filed on August 26, 2022 (Document 18056-1). The failure to pay the filing fees for the above referenced cause numbers was the result of the plaintiff's choosing not to participate in the settlement and a resulting inadvertent oversight which has now been remedied.

Accordingly, counsel for THE FRANKOWSKI FIRM respectfully requests to be excused from appearing at the hearing on the Order to Show Cause, which is set for October 20, 2022, before Judge Eldon E. Fallon.

Respectfully submitted,

/s/ Richard S. Frankowski
Richard S. Frankowski
Alabama Bar No. 1734-h70f
The Frankowski Firm
1914 4th Avenue North
Suite 530
Birmingham, AL 35203
(205) 390-0399
(205) 390-1001 – Facsimile
richard@frankowskifirm.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing the same in this Court's CM/ECF system on this 6th day of October, 2022.

/s/ Richard S. Frankowski