# Exhibit 1

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, October 6, 2022 2:09 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-04202-EEF-MBN Grimes v. Janssen Research & Development, LLC et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Frankowski, Richard on 10/6/2022 at 2:09 PM CDT and filed on 10/6/2022

| | |
|---|---|
| **Case Name:** | Grimes v. Janssen Research & Development, LLC et al |
| **Case Number:** | [2:15-cv-04202-EEF-MBN](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Filing fee paid from Donna Grimes re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9591145)(Frankowski, Richard)**


**2:15-cv-04202-EEF-MBN Notice has been electronically mailed to:**

Nazanine Victoria Ebrahimi (Terminated)     victoria@frankowskifirm.com

Richard Stanislaw Frankowski     richard@frankowskifirm.com, victoria@frankowskifirm.com

Robert E Norton     rob@frankowskifirm.com

**2:15-cv-04202-EEF-MBN Notice has been delivered by other means to:**