UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (ROVAROXABAN)　　　　　　　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION L (5)

THIS DOCUMENT RELATES TO:
Cases listed on Exhibit A

## ORDER

The Court issued an order on August 26, 2022, which set a Show Cause Hearing on October 20, 2022, ordering counsel for cases in which the required filing fee has not yet been paid to appear and show cause as to why they should not be held in contempt for failure to pay the filing fee. Rec. Doc. 18056. It has been brought to the Court's attention that several parties have paid the filing fees, but many are still outstanding. Accordingly,

**IT IS ORDERED** that those parties who have paid the required filing fee from August 26, 2022 to the present, **DO NOT NEED TO APPEAR** for the Show Cause Hearing set for October 20, 2022, at 9:00am C.S.T. Lead counsel for cases that remain listed on Exhibit A must appear and show cause as to why they should not be held in contempt for failure to pay the required filing fees. A contempt order may include but is not limited to monetary penalties.

New Orleans, Louisiana this 14th day October, 2022.

_/s/ Eldon E. Fallon_
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE