# EXHIBIT A

| # | Case Number | Title | Flags | File Date | Fee Status | Lead Plaintiff's Attorney |
|---|---|---|---|---|---|---|
| 1 | 2:2015-cv-02032-EEF-MBN | Chaney v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/10/2015 | due | John Steward<br>Meyerkord & Meyerkord, LLC<br>314-436-9958<br>jss@meyerkordlaw.com |
| 2 | 2:2015-cv-02053-EEF-MBN | Oldaker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/10/2015 | due | John Steward<br>Meyerkord & Meyerkord, LLC<br>314-436-9958<br>jss@meyerkordlaw.com |
| 3 | 2:2015-cv-02466-EEF-MBN | Jones v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/6/2015 | due | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 4 | 2:2015-cv-02595-EEF-MBN | Wood v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/14/2015 | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 5 | 2:2015-cv-02645-EEF-MBN | Call v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/16/2015 | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 6 | 2:2015-cv-02660-EEF-MBN | Mitchell v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/16/2015 | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 7 | 2:2015-cv-02662-EEF-MBN | Patterson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/16/2015 | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 8 | 2:2015-cv-02667-EEF-MBN | Timberlake v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/16/2015 | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 9 | 2:2015-cv-02775-EEF-MBN | Neagle v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 7/20/2015 | due | John Selinger<br>Zeccola & Selinger, LLC<br>917-914-7290<br>john@zslawyers.com |
| 10 | 2:2015-cv-03023-EEF-MBN | Broussard v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/28/2015 | due | John Steward<br>Meyerkord & Meyerkord, LLC<br>314-436-9958<br>jss@meyerkordlaw.com |
| 11 | 2:2015-cv-03029-EEF-MBN | Mosher v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/28/2015 | due | John Steward<br>Meyerkord & Meyerkord, LLC<br>314-436-9958<br>jss@meyerkordlaw.com |
| 12 | 2:2015-cv-03033-EEF-MBN | Szatkowski v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/28/2015 | due | John Steward<br>Meyerkord & Meyerkord, LLC<br>314-436-9958<br>jss@meyerkordlaw.com |
| 13 | 2:2015-cv-03199-EEF-MBN | Carroll v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/3/2015 | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 14 | 2:2015-cv-03200-EEF-MBN | Dillard v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/3/2015 | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 15 | 2:2015-cv-03307-EEF-MBN | Hawkins v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 8/6/2015 | due | Mark Hoffman<br>Ross Feller Casey, LLP<br>215-574-2000<br>mhoffman@rossfellercasey.com |
| 16 | 2:2015-cv-03432-EEF-MBN | Rodriguez v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/13/2015 | due | Raymond Valori<br>Freedland Harwin Valori, PL<br>954-467-6400<br>ray@fhvlegal.com |
| 17 | 2:2015-cv-03496-EEF-MBN | Babnis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/17/2015 | due | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 18 | 2:2015-cv-03511-EEF-MBN | Cavender v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/17/2015 | due | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 19 | 2:2015-cv-03513-EEF-MBN | Cooper v. Janssen Research & | CONSOL SEVERED_CLAIM | 8/17/2015 | due | Trent Miracle<br>Simmons Hanly Conroy (Alton IL) |

| # | Case No. | Case Name | Type | Date | | Status | | Counsel |
|---|---|---|---|---|---|---|---|---|
| 19 | 2:2015-cv-03515-EEF-MBN | Development LLC | XARELTO | 8/17/2015 | | due | | 618-259-2222<br>tmiracle@simmonsfirm.com |
| 20 | 2:2015-cv-03519-EEF-MBN | Enoch v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/17/2015 | | due | | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 21 | 2:2015-cv-03587-EEF-MBN | Rice v. Janssen Research & | CONSOL SEVERED_CLAIM | 8/18/2015 | | due | | |
| 22 | 2:2015-cv-03589-EEF-MBN | Robinson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/18/2015 | | due | | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 23 | 2:2015-cv-03597-EEF-MBN | Smith v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/18/2015 | | due | | Andrew Williams<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>awilliams@simmonsfirm.com |
| 24 | 2:2015-cv-03604-EEF-MBN | Stegman v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/18/2015 | | due | | Andrew Williams<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>awilliams@simmonsfirm.com |
| 25 | 2:2015-cv-03613-EEF-MBN | Manus v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 8/18/2015 | | due | | Mark Gray<br>Gray & White<br>502-805-1800<br>mgray@grayandwhitelaw.com |
| 26 | 2:2015-cv-03655-EEF-MBN | Bence v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/20/2015 | | due | | Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman<br>516-741-5600<br>rkassan@milberg.com |
| 27 | 2:2015-cv-03746-EEF-MBN | Mills v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 8/25/2015 | | due | | Brian Perkins<br>Meyers & Flowers (St. Charles Office)<br>630-232-6333<br>bjp@meyers-flowers.com |
| 28 | 2:2015-cv-03865-EEF-MBN | Walters v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/27/2015 | | due | | Zachary Lowe<br>Lowe Law Group<br>801-917-8500<br>pete@lowelawgroup.com |
| 29 | 2:2015-cv-04021-EEF-MBN | Ridgway v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/1/2015 | | due | | Charles Childers<br>Childers, Schlueter & Smith, LLC<br>404-419-9500<br>achilders@cssfirm.com |
| 30 | 2:2015-cv-04134-EEF-MBN | Lillis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/4/2015 | | due | | Paul Schlemmer<br>The Schlemmer Firm, LLC<br>212-390-8030<br>paul@schlemmerfirm.com |
| 31 | 2:2015-cv-04251-EEF-MBN | Ives v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/10/2015 | | due | | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 32 | 2:2015-cv-04276-EEF-MBN | Manzo v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/10/2015 | | due | | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 33 | 2:2015-cv-04284-EEF-MBN | Mckemie v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/10/2015 | | due | | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 34 | 2:2015-cv-04292-EEF-MBN | McLean v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/10/2015 | | due | | Thomas Pinedo<br>Hilliard, Munoz, Gonzales, LLP<br>361-882-1612<br>cpinedo@hmglawfirm.com |
| 35 | 2:2015-cv-04300-EEF-MBN | Nelson v. Janssen Research & | CONSOL SEVERED_CLAIM | 9/10/2015 | | due | | |
| 36 | 2:2015-cv-04674-EEF-MBN | Miller v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/24/2015 | | due | | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 37 | 2:2015-cv-04678-EEF-MBN | Floyd v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/24/2015 | | due | | Bobby Saadian<br>Wilshire Law Firm, PLC<br>213-381-9988<br>masstorts@wilshirelawfirm.com |
| 38 | 2:2015-cv-04700-EEF-MBN | Nelson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/24/2015 | | due | | Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman<br>516-741-5600<br>rkassan@milberg.com |
| 39 | 2:2015-cv-04701-EEF-MBN | Moore v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/24/2015 | | due | | Andre LaPlace<br>Law Offices of Andre P. LaPlace<br>225-924-6898 |

| # | Case | Caption | Type | Date | | Status | Attorney |
|---|---|---|---|---|---|---|---|
| | | | | | | | alaw@andrelaplace.com |
| 40 | 2:2015-cv-04736-EEF-MBN | Davis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/25/2015 | | due | Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman<br>516-741-5600<br>rkassan@milberg.com |
| 41 | 2:2015-cv-04754-EEF-MBN | Collins v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/25/2015 | | due | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 42 | 2:2015-cv-04778-EEF-MBN | Spence v. Janssen Research & | CONSOL SEVERED_CLAIM | 9/25/2015 | | due | |
| 43 | 2:2015-cv-04991-EEF-MBN | Newsome v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/5/2015 | | due | Riley Burnett<br>Burnett Law Firm<br>832-413-4410<br>rburnett@rburnettlaw.com |
| 44 | 2:2015-cv-05007-EEF-MBN | Harps v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/6/2015 | | due | David Vicknair<br>Scott Vicknair, LLC<br>504-500-1111<br>david@svlaw.law |
| 45 | 2:2015-cv-05094-EEF-MBN | Ingraham v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/12/2015 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 46 | 2:2015-cv-05096-EEF-MBN | Dunlap v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/12/2015 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 47 | 2:2015-cv-05097-EEF-MBN | Godbee v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/12/2015 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 48 | 2:2015-cv-05098-EEF-MBN | Goddard v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/12/2015 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 49 | 2:2015-cv-05103-EEF-MBN | Jensen v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/12/2015 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 50 | 2:2015-cv-05120-EEF-MBN | Smith v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/12/2015 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 51 | 2:2015-cv-05133-EEF-MBN | Tusing v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 10/13/2015 | | due | Morris Bart<br>Morris Bart, LLC (New Orleans)<br>504-525-8000<br>morrisbart@morrisbart.com |
| 52 | 2:2015-cv-05142-EEF-MBN | McWilliams v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/13/2015 | | due | Morris Bart<br>Morris Bart, LLC (New Orleans)<br>504-525-8000<br>morrisbart@morrisbart.com |
| 53 | 2:2015-cv-05196-EEF-MBN | Bonell v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/15/2015 | | due | Carlos Diez-Arguelles<br>Diez-Arguelles<br>407-705-2880<br>carlos@theorlandolawyers.com |
| 54 | 2:2015-cv-05450-EEF-MBN | Turner v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/23/2015 | | due | Charles Childers<br>Childers, Schlueter & Smith, LLC<br>404-419-9500<br>achilders@cssfirm.com |
| 55 | 2:2015-cv-05580-EEF-MBN | Hass v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/30/2015 | | due | Shezad Malik<br>Dr. Shezad Malik Law Firm<br>888-210-9693 ext. 2<br>drmalik@shezadmalik.com |
| 56 | 2:2015-cv-05661-EEF-MBN | Faye v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/2/2015 | | due | Andrew Faes<br>Wagstaff & Cartmell, LLC<br>816-701-1100<br>afaes@wcllp.com |
| 57 | 2:2015-cv-05666-EEF-MBN | Latham v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/2/2015 | | due | Andrew Faes<br>Wagstaff & Cartmell, LLC<br>816-701-1100<br>afaes@wcllp.com |
| 58 | 2:2015-cv-05895-EEF-MBN | Garrison v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/13/2015 | | due | Martin Schrama<br>Stark & Stark, P.C.<br>609-896-9060<br>mschrama@stark-stark.com |
| | | | | | | | John Steward |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59 | 2:2015-cv-06057-EEF-MBN | DeClark v. JANSSEN RESEARCH & DEVELOPMENT LLC | CONSOL SEVERED_CLAIM XARELTO | 11/18/2015 | | due | Meyerkord & Meyerkord, LLC<br>314-436-9958<br>jss@meyerkordlaw.com |
| 60 | 2:2015-cv-06091-EEF-MBN | Brearley v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | | due | Andrew Sommerman<br>Sommerman & Quesada<br>214-720-0720<br>jjonsson@textrial.com |
| 61 | 2:2015-cv-06109-EEF-MBN | Mattison v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | | due | David Wool<br>Andrus Wagstaff, PC<br>303-376-6360<br>david.wool@andruswagstaff.com |
| 62 | 2:2015-cv-06123-EEF-MBN | Owens v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | | due | Andrew Sommerman<br>Sommerman & Quesada<br>214-720-0720<br>jjonsson@textrial.com |
| 63 | 2:2015-cv-06124-EEF-MBN | Schaefer v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | | due | Andrew Sommerman<br>Sommerman & Quesada<br>214-720-0720<br>jjonsson@textrial.com |
| 64 | 2:2015-cv-06126-EEF-MBN | McCarthy v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | | due | Amy Collins<br>Burnett Law Firm<br>832-413-4410<br>acollins@rburnettlaw.com |
| 65 | 2:2015-cv-06141-EEF-MBN | Thorpe v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | | due | Andrew Sommerman<br>Sommerman & Quesada<br>214-720-0720<br>jjonsson@textrial.com |
| 66 | 2:2015-cv-06169-EEF-MBN | Luckern v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/20/2015 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 67 | 2:2015-cv-06199-EEF-MBN | Difiore v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/20/2015 | | due | Fareesh Sarangi<br>Sarangi Law, LLC<br>404-996-5157<br>fareesh@sarangilaw.com |
| 68 | 2:2015-cv-06253-EEF-MBN | Woolums v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/23/2015 | | due | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 69 | 2:2015-cv-06524-EEF-MBN | Frieson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 12/7/2015 | | due | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 70 | 2:2015-cv-06555-EEF-MBN | Ricci v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 12/7/2015 | | due | Roopal Luhana<br>Chaffin Luhana LLP<br>347-269-4472<br>luhana@chaffinluhana.com |
| 71 | 2:2015-cv-06715-EEF-MBN | Raynes v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 12/11/2015 | | due | Robert Hilliard<br>Robert C. Hilliard, LLP<br>361-882-1612<br>bobh@hmglawfirm.com |
| 72 | 2:2015-cv-06833-EEF-MBN | West v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 12/15/2015 | | due | William Harvey<br>Crumley Roberts, LLP<br>205-930-9091<br>wtharvey@crumleyroberts.com |
| 73 | 2:2015-cv-06912-EEF-MBN | Rhodes v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 12/17/2015 | | due | Alex Davis<br>Jones Ward Law Firm LLC (Louisville)<br>502-882-6000<br>alex@jonesward.com |
| 74 | 2:2016-cv-00089-EEF-MBN | Key v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/6/2016 | | due | Jay Stuemke<br>Simon Greenstone Panatier, PC<br>214-276-7680<br>jstuemke@sgptrial.com |
| 75 | 2:2016-cv-00097-EEF-MBN | Malone v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/6/2016 | | due | Jay Stuemke<br>Simon Greenstone Panatier, PC<br>214-276-7680<br>jstuemke@sgptrial.com |
| 76 | 2:2016-cv-00135-EEF-MBN | Gastall v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/7/2016 | | due | Lennie Bollinger<br>Wormington & Bollinger<br>972-569-3930<br>LB@wormingtonlegal.com |
| 77 | 2:2016-cv-00170-EEF-MBN | Tietz v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/7/2016 | | due | Martin Schrama<br>Stark & Stark, P.C.<br>609-896-9060<br>mschrama@stark-stark.com |

| # | Case | Caption | Type | Date | | Status | | Counsel |
|---|---|---|---|---|---|---|---|---|
| 78 | 2:2016-cv-00173-EEF-MBN | Stevens v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/7/2016 | | due | | Zachary Lowe<br>Lowe Law Group<br>801-917-8500<br>pete@lowelawgroup.com |
| 79 | 2:2016-cv-00226-EEF-MBN | George v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/8/2016 | | due | | Lisa Causey-Streete<br>Salim-Beasley, LLC<br>318-352-5999<br>lcausey@salim-beasley.com |
| 80 | 2:2016-cv-00269-EEF-MBN | Dimichele v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/11/2016 | | due | | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |
| 81 | 2:2016-cv-00375-EEF-MBN | Burlen v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/15/2016 | | due | | Raymond Valori<br>Freedland Harwin Valori, PL<br>954-467-6400<br>ray@fhvlegal.com |
| 82 | 2:2016-cv-00474-EEF-MBN | Owens v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/19/2016 | | due | | Steven Brady<br>Brady Law Group<br>415-459-7300<br>steve@bradylawgroup.com |
| 83 | 2:2016-cv-00475-EEF-MBN | Parker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/20/2016 | | due | | Steven Brady<br>Brady Law Group<br>415-459-7300<br>steve@bradylawgroup.com |
| 84 | 2:2016-cv-00513-EEF-MBN | Frank v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/21/2016 | | due | | Andrew Callahan<br><br>618-288-4777<br>ac@callahanfirmstl.com |
| 85 | 2:2016-cv-00549-EEF-MBN | Doyle v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 86 | 2:2016-cv-00552-EEF-MBN | Duncan v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 87 | 2:2016-cv-00553-EEF-MBN | Erikson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 88 | 2:2016-cv-00555-EEF-MBN | Grant v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 89 | 2:2016-cv-00557-EEF-MBN | Gray v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 90 | 2:2016-cv-00558-EEF-MBN | Harper v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 91 | 2:2016-cv-00560-EEF-MBN | Hughes v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 92 | 2:2016-cv-00561-EEF-MBN | Ingersoll v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 93 | 2:2016-cv-00563-EEF-MBN | Johnston v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 94 | 2:2016-cv-00567-EEF-MBN | Sorrells v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/22/2016 | | due | | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 95 | 2:2016-cv-00585-EEF-MBN | Derby v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/23/2016 | | due | | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 96 | 2:2016-cv-00589-EEF-MBN | Estes v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/23/2016 | | due | | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222 |

| # | Case No. | Case Name | Type | Date | | Status | Counsel |
|---|---|---|---|---|---|---|---|
| | | | | | | | tmiracle@simmonsfirm.com |
| 97 | 2:2016-cv-00596-EEF-MBN | Gossard v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/23/2016 | | due | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 98 | 2:2016-cv-00597-EEF-MBN | Harris v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/23/2016 | | due | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 99 | 2:2016-cv-00600-EEF-MBN | Hopper v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/23/2016 | | due | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 100 | 2:2016-cv-00623-EEF-MBN | Vogelgesang v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/23/2016 | | due | Trent Miracle<br>Simmons Hanly Conroy (Alton IL)<br>618-259-2222<br>tmiracle@simmonsfirm.com |
| 101 | 2:2016-cv-00657-EEF-MBN | D'Agostino v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/25/2016 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 102 | 2:2016-cv-00664-EEF-MBN | Stokes v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/25/2016 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 103 | 2:2016-cv-00667-EEF-MBN | Wallace v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/25/2016 | | due | Perry Sanders<br>Sanders Law Firm, LLC<br>719-630-1556<br>justin@perrysanderslaw.com |
| 104 | 2:2016-cv-00715-EEF-MBN | Carson v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 1/27/2016 | | due | Kori Westbrook<br>Johnson Law Group<br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| 105 | 2:2016-cv-00762-EEF-MBN | Green v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/28/2016 | | due | Kori Westbrook<br>Johnson Law Group<br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| 106 | 2:2016-cv-00835-EEF-MBN | McCollum v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 1/30/2016 | | due | Kori Westbrook<br>Johnson Law Group<br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| 107 | 2:2016-cv-00913-EEF-MBN | Woodruff v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 2/2/2016 | | due | Kori Westbrook<br>Johnson Law Group<br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| 108 | 2:2016-cv-00951-EEF-MBN | Martin v. Janssen Resarch & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 2/3/2016 | | due | Willard Moody<br>The Moody Law Firm (Portsmouth)<br>757-393-6020<br>will@moodyrrlaw.com |
| 109 | 2:2016-cv-01054-EEF-MBN | Longhany v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 2/5/2016 | | due | Scott Bickford<br>Martzell & Bickford<br>(504) 581-9065<br>srb@mbfirm.com |
| 110 | 2:2016-cv-01055-EEF-MBN | Stowe v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 2/5/2016 | | due | Scott Bickford<br>Martzell & Bickford<br>(504) 581-9065<br>srb@mbfirm.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 111 | 2:2016-cv-01181-EEF-MBN | Murray v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 2/9/2016 | | due | James Capretz<br><br>Capretz & Associates<br>949-724-3000<br>JCapretz@capretz.com |
| 112 | 2:2016-cv-01370-EEF-MBN | Markham v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 2/18/2016 | | due | Zachary Lowe<br>Lowe Law Group<br>801-917-8500<br>pete@lowelawgroup.com |
| 113 | 2:2016-cv-01627-EEF-MBN | Morgeson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 2/26/2016 | | due | Jacob Levy<br>Kaufman Stigger<br>502-458-5555<br>jlevy@kstrial.com |
| 114 | 2:2016-cv-01720-EEF-MBN | Matran v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 2/29/2016 | | due | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |
| 115 | 2:2016-cv-01921-EEF-MBN | White v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/4/2016 | | due | Lisa Causey-Streete<br>Salim-Beasley, LLC<br>318-352-5999<br>lcausey@salim-beasley.com |
| 116 | 2:2016-cv-01955-EEF-MBN | Crandall v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/8/2016 | | due | Kori Westbrook<br><br>Johnson Law Group<br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| 117 | 2:2016-cv-01957-EEF-MBN | Hite v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 3/8/2016 | | due | Aimee Robert<br><br>Johnson Law Group<br><br>713-626-9336<br>arobert@johnsonlawgroup.com |
| 118 | 2:2016-cv-01962-EEF-MBN | Price v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/8/2016 | | due | Kori Westbrook<br><br>Johnson Law Group<br><br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| | | | | | | | Curtis Cutter |

| # | Case No. | Case Name | Type | Date | Status | Counsel |
|---|---|---|---|---|---|---|
| 119 | 2:2016-cv-02009-EEF-MBN | Shirley v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 3/9/2016 | due | Cutter Law, P. C.<br><br>916-290-9400<br>bcutter@cutterlaw.com |
| 120 | 2:2016-cv-02104-EEF-MBN | Gross v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/11/2016 | due | David Mathews<br>Bailey & Glasser, LLP<br><br>314-863-5446<br>tmathews@baileyglasser.com |
| 121 | 2:2016-cv-02177-EEF-MBN | Pyle v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/14/2016 | due | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 122 | 2:2016-cv-02193-EEF-MBN | Montegomery v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 3/14/2016 | due | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 123 | 2:2016-cv-02365-EEF-MBN | Ray v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 3/21/2016 | due | Andrew Faes<br>Wagstaff & Cartmell, LLC<br>816-701-1100<br>afaes@wcllp.com |
| 124 | 2:2016-cv-02543-EEF-MBN | Sager v. Janssen Research and Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/29/2016 | due | Keith Griffin<br>Girardi & Keese<br>213-977-0211<br>kgriffin@girardikeese.com |
| 125 | 2:2016-cv-02551-EEF-MBN | Heffington v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/29/2016 | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |
| 126 | 2:2016-cv-02553-EEF-MBN | Lewis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/29/2016 | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |
| 127 | 2:2016-cv-02554-EEF-MBN | Watkins v. Janssen Research & | CONSOL SEVERED_CLAIM | 3/29/2016 | due | |
| 128 | 2:2016-cv-02558-EEF-MBN | Von Dem Bussche v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/29/2016 | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |
| 129 | 2:2016-cv-02559-EEF-MBN | Syna v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 3/29/2016 | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |
| 130 | 2:2016-cv-03265-EEF-MBN | Yarrow v. Janssen Research & Development | CONSOL SEVERED_CLAIM XARELTO | 4/16/2016 | due | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 131 | 2:2016-cv-03372-EEF-MBN | Dutton v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 4/19/2016 | due | Jacob Flint<br>Flint Law Firm LLC<br>618-288-4777<br>jflint@flintlaw.com |
| 132 | 2:2016-cv-03460-EEF-MBN | Walsh v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 4/19/2016 | due | Riley Burnett<br>Burnett Law Firm<br>832-413-4410<br>rburnett@rburnettlaw.com |
| 133 | 2:2016-cv-03794-EEF-MBN | Hayes v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 4/28/2016 | due | John Elliott<br>Bachus & Schanker, LLC<br>303-893-9800<br>celliott@coloradolaw.net |
| | | | | | | John Crone |

| # | Case No. | Caption | Type | Date | Status | Counsel |
|---|---|---|---|---|---|---|
| 134 | 2:2016-cv-03976-EEF-MBN | Sorenson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/2/2016 | due | Andrus Wagstaff, PC<br>303-376-6360<br>john.crone@andruswagstaff.com |
| 135 | 2:2016-cv-04436-EEF-MBN | Scott v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 136 | 2:2016-cv-04440-EEF-MBN | Raddatz v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Derek Potts<br><br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 137 | 2:2016-cv-04444-EEF-MBN | Morris v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Derek Potts<br><br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 138 | 2:2016-cv-04449-EEF-MBN | Naylor v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Derek Potts<br><br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 139 | 2:2016-cv-04453-EEF-MBN | Fitzgerald v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Derek Potts<br><br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 140 | 2:2016-cv-04457-EEF-MBN | Diraz v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 141 | 2:2016-cv-04489-EEF-MBN | Butler v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |
| 142 | 2:2016-cv-04513-EEF-MBN | Miura v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Mark Panzavecchia<br>Panzavecchia & Associates, PLLC.<br>516-776-9494<br>mark@panzavecchialaw.com |
| 143 | 2:2016-cv-04581-EEF-MBN | Randesi v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/9/2016 | due | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 144 | 2:2016-cv-06739-EEF-MBN | Dyson v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 5/20/2016 | | due | Kori Westbrook<br>Johnson Law Group<br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| 145 | 2:2016-cv-06995-EEF-MBN | Johnson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/25/2016 | | due | Lauren Burbol<br>Slater Slater Schulman LLP<br>631-420-9300<br>lburbol@sssfirm.com |
| 146 | 2:2016-cv-07020-EEF-MBN | Quick v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/25/2016 | | due | Adam Slater<br><br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |
| 147 | 2:2016-cv-07230-EEF-MBN | Cutter v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/27/2016 | | due | Peyton Murphy<br><br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 148 | 2:2016-cv-07242-EEF-MBN | Espinoza v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 5/27/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 149 | 2:2016-cv-07306-EEF-MBN | Thompson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/27/2016 | | due | Daniel Callahan<br>Callahan & Blaine, APLC<br>714-241-4444<br>daniel@callahan-law.com |
| 150 | 2:2016-cv-07338-EEF-MBN | Barker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 5/29/2016 | | due | Jeffrey Meyer<br>Meyer Law Firm, PC<br>713-353-6699<br>jeff@meyerlawfirm.com |
| 151 | 2:2016-cv-07632-EEF-MBN | Schumpert-Street v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 6/1/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 152 | 2:2016-cv-07652-EEF-MBN | Slater v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/1/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 153 | 2:2016-cv-07765-EEF-MBN | Dennis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/1/2016 | | due | Charles Childers<br>Childers, Schlueter & Smith, LLC<br>404-419-9500<br>achilders@cssfirm.com |
| 154 | 2:2016-cv-07808-EEF-MBN | Lang v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/1/2016 | | due | Charles Childers<br>Childers, Schlueter & Smith, LLC<br>404-419-9500<br>achilders@cssfirm.com |
| 155 | 2:2016-cv-07849-EEF-MBN | Murphy v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/2/2016 | | due | Charles Childers<br>Childers, Schlueter & Smith, LLC<br>404-419-9500<br>achilders@cssfirm.com |
| 156 | 2:2016-cv-07858-EEF-MBN | Patterson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/2/2016 | | due | Charles Childers<br>Childers, Schlueter & Smith, LLC<br>404-419-9500<br>achilders@cssfirm.com |
| 157 | 2:2016-cv-07975-EEF-MBN | Haynes v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/2/2016 | | due | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |
| | | | | | | | Douglas Monsour |

| # | Case | Caption | Type | Date | | Status | Counsel |
|---|---|---|---|---|---|---|---|
| 158 | 2:2016-cv-08267-EEF-MBN | Hunt v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/4/2016 | | due | The Monsour Law Firm<br>903-758-5757<br>doug@monsourlawfirm.com |
| 159 | 2:2016-cv-08431-EEF-MBN | Knox v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/6/2016 | | due | Douglas Monsour<br>The Monsour Law Firm<br>903-758-5757<br>doug@monsourlawfirm.com |
| 160 | 2:2016-cv-08705-EEF-MBN | Sutton v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/7/2016 | | due | James Morris<br>Morris Law Firm<br>747-283-1144<br>jmorris@jamlawyers.com |
| 161 | 2:2016-cv-08801-EEF-MBN | Brown v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 162 | 2:2016-cv-08804-EEF-MBN | Bunkley v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 163 | 2:2016-cv-08814-EEF-MBN | Chase v. Janssen Research & Developement LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 164 | 2:2016-cv-08870-EEF-MBN | Flynn v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 165 | 2:2016-cv-08939-EEF-MBN | Johnson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Andre LaPlace<br>Law Offices of Andre P. LaPlace<br>225-924-6898<br>alaw@andrelaplace.com |
| 166 | 2:2016-cv-09162-EEF-MBN | Lewis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 167 | 2:2016-cv-09177-EEF-MBN | Newsome v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 168 | 2:2016-cv-09187-EEF-MBN | Rasmussen v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 169 | 2:2016-cv-09210-EEF-MBN | Smith v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 170 | 2:2016-cv-09214-EEF-MBN | Solana v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 171 | 2:2016-cv-09219-EEF-MBN | Starks v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 172 | 2:2016-cv-09231-EEF-MBN | Thompson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 173 | 2:2016-cv-09239-EEF-MBN | Waller v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 174 | 2:2016-cv-09245-EEF-MBN | Wisner v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 175 | 2:2016-cv-09246-EEF-MBN | Wright v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/8/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 176 | 2:2016-cv-09264-EEF-MBN | Moore v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/9/2016 | | due | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |

| # | Case | Caption | Type | Date | | Status | | Attorney |
|---|---|---|---|---|---|---|---|---|
| 177 | 2:2016-cv-09351-EEF-MBN | Bell v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/9/2016 | | due | | John Selinger<br>Zeccola & Selinger, LLC<br>917-914-7290<br>john@zslawyers.com |
| 178 | 2:2016-cv-09441-EEF-MBN | Williamson v. Bayer Healthcare LLC | CONSOL SEVERED_CLAIM XARELTO | 6/9/2016 | | due | | Stephen Wohlford<br>SWMW Law, LLC<br>314-480-5180<br>steve@swmklaw.com |
| 179 | 2:2016-cv-09531-EEF-MBN | Goodrich v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/9/2016 | | due | | Fareesh Sarangi<br>Sarangi Law, LLC<br>404-996-5157<br>fareesh@sarangilaw.com |
| 180 | 2:2016-cv-09659-EEF-MBN | Ramich v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 6/10/2016 | | due | | Andrew Faes<br>Wagstaff & Cartmell, LLC<br>816-701-1100<br>afaes@wcllp.com |
| 181 | 2:2016-cv-09677-EEF-MBN | Poeschl v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/10/2016 | | due | | Sarah Showard<br>Showard Law Firm, P.C.<br>520-622-3344<br>sjshoward@showardlaw.com |
| 182 | 2:2016-cv-09686-EEF-MBN | Newton v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 6/11/2016 | | due | | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 183 | 2:2016-cv-09687-EEF-MBN | Olson v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 6/11/2016 | | due | | Derek Potts<br>The Potts Law Firm<br>713-963-8881<br>DPotts@potts-law.com |
| 184 | 2:2016-cv-09737-EEF-MBN | Clowers v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/13/2016 | | due | | Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman<br>516-741-5600<br>rkassan@milberg.com |
| 185 | 2:2016-cv-09778-EEF-MBN | Heileman v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/13/2016 | | due | | Lauren Burbol<br>Slater Slater Schulman LLP<br>631-420-9300<br>lburbol@sssfirm.com |
| 186 | 2:2016-cv-10396-EEF-MBN | Levins v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/15/2016 | | due | | Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman<br>516-741-5600<br>rkassan@milberg.com |
| 187 | 2:2016-cv-10397-EEF-MBN | Truesdell v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/15/2016 | | due | | Kori Westbrook<br>Johnson Law Group<br>281-219-9287<br>kwestbrook@johnsonlawgroup.com |
| 188 | 2:2016-cv-10544-EEF-MBN | Curless v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/16/2016 | | due | | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |
| 189 | 2:2016-cv-10668-EEF-MBN | Green v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/16/2016 | | due | | Adam Slater<br>Slater Slater Schulman LLP<br>631-420-9300<br>aslater@sssfirm.com |
| 190 | 2:2016-cv-10750-EEF-MBN | Olson v. Bayer AG | CONSOL SEVERED_CLAIM XARELTO | 6/17/2016 | | due | | Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman<br>516-741-5600<br>rkassan@milberg.com |
| 191 | 2:2016-cv-10753-EEF-MBN | Jolley v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/17/2016 | | due | | Lauren Burbol<br>Slater Slater Schulman LLP<br>631-420-9300<br>lburbol@sssfirm.com |
| 192 | 2:2016-cv-10757-EEF-MBN | Laskoskie v. Janssen Reserach & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/17/2016 | | due | | Lauren Burbol<br>Slater Slater Schulman LLP<br>631-420-9300<br>lburbol@sssfirm.com |
| 193 | 2:2016-cv-10759-EEF-MBN | Carter v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/17/2016 | | due | | Jeff Benton<br>The Benton Law Firm<br>214-777-7777<br>jeff@jeffbenton.com |
| 194 | 2:2016-cv-10976-EEF-MBN | Smith v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/20/2016 | | due | | Lauren Burbol<br>Slater Slater Schulman LLP<br>631-420-9300<br>lburbol@sssfirm.com |
| 195 | 2:2016-cv-11563-EEF-MBN | Little v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/23/2016 | | due | | Daniel Callahan<br>Callahan & Blaine, APLC<br>714-241-4444 |

| # | Case No. | Case Name | Type | Date | Status | Attorney |
|---|---|---|---|---|---|---|
| | | | | | | daniel@callahan-law.com |
| 196 | 2:2016-cv-12057-EEF-MBN | Howard v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/29/2016 | due | Tamera Boudreau<br>Boudreau & Dahl<br>434-249-9243<br>Tamboudreau@gmail.com |
| 197 | 2:2016-cv-12064-EEF-MBN | Wilson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/29/2016 | due | Tamera Boudreau<br>Boudreau & Dahl<br>434-249-9243<br>Tamboudreau@gmail.com |
| 198 | 2:2016-cv-12074-EEF-MBN | Belton v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/29/2016 | due | Tamera Boudreau<br>Boudreau & Dahl<br>434-249-9243<br>Tamboudreau@gmail.com |
| 199 | 2:2016-cv-12084-EEF-MBN | Cowan v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 6/29/2016 | due | Tamera Boudreau<br>Boudreau & Dahl<br>434-249-9243<br>Tamboudreau@gmail.com |
| 200 | 2:2016-cv-12404-EEF-MBN | Walker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 7/5/2016 | due | Chad Lucas<br>Kuhlman & Lucas LLC<br>816-799-0330<br>chad@kuhlmanlucas.com |
| 201 | 2:2016-cv-13490-EEF-MBN | Bates v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/2/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 202 | 2:2016-cv-13496-EEF-MBN | Brown v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/2/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 203 | 2:2016-cv-13500-EEF-MBN | Brown v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/2/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 204 | 2:2016-cv-13503-EEF-MBN | Crane v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/2/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 205 | 2:2016-cv-13542-EEF-MBN | Griffin v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/3/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 206 | 2:2016-cv-13672-EEF-MBN | Henson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/8/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 207 | 2:2016-cv-13702-EEF-MBN | Jenkins v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/9/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 208 | 2:2016-cv-13705-EEF-MBN | Koon v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/9/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 209 | 2:2016-cv-13714-EEF-MBN | McAfee v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/9/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 210 | 2:2016-cv-13735-EEF-MBN | McNamara v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/10/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 211 | 2:2016-cv-13738-EEF-MBN | Mitchell v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/10/2016 | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 212 | 2:2016-cv-13882-EEF-MBN | Grice v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/16/2016 | due | Jennifer Lenze<br>Lenze Kamerrer Moss, PLC<br>310-322-8800<br>jlenze@lenzelawyers.com |
| 213 | 2:2016-cv-13884-EEF-MBN | Muthard v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 8/16/2016 | due | Jennifer Lenze<br>Lenze Kamerrer Moss, PLC<br>310-322-8800<br>jlenze@lenzelawyers.com |
| 214 | 2:2016-cv-13896-EEF-MBN | Woodson v. Janssen Research & | CONSOL SEVERED_CLAIM | 8/16/2016 | due | Jennifer Lenze<br>Lenze Kamerrer Moss, PLC |

| # | Case | Party | Claim | Date | | Status | Attorney |
|---|---|---|---|---|---|---|---|
| 214 | 2:2016-cv-13890-EEF-MBN | Development LLC | XARELTO | 8/10/2016 | | due | 310-322-8800<br>jlenze@lenzelawyers.com |
| 215 | 2:2016-cv-14420-EEF-MBN | Roberts v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/2/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 216 | 2:2016-cv-14422-EEF-MBN | Robinson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/2/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 217 | 2:2016-cv-14427-EEF-MBN | Sheffield v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 9/2/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 218 | 2:2016-cv-14436-EEF-MBN | Shelton v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 9/2/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 219 | 2:2016-cv-14460-EEF-MBN | Tippett v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/6/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 220 | 2:2016-cv-14477-EEF-MBN | Tucker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/6/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 221 | 2:2016-cv-14478-EEF-MBN | Wallace v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/6/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 222 | 2:2016-cv-14487-EEF-MBN | Welch v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 9/6/2016 | | due | Constantine Venizelos<br>Kelley & Ferraro<br>216-575-0777<br>cvenizelos@kelley-ferraro.com |
| 223 | 2:2017-cv-02959-EEF-MBN | Shackleford v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 4/6/2017 | | due | Benjamin Ikuta<br>Hodes Milman & Liebeck, LLC<br>949-640-8222<br>bikuta@hml.law |