UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| NEWSOME<br>Civil Action No. 2:15-cv-4991 | JUDGE ELDON E. FALLON |
| MCCARTHY<br>Civil Action No. 2:15-cv-6126 | MAGISTRATE JUDGE NORTH |
| WALSH<br>Civil Action No. 2:16-cv-3460 | |

## RESPONSE TO SHOW CAUSE ORDER ISSUED OCTOBER 14, 2022

NOW COMES Counsel for the above referenced Plaintiffs and respectfully request that lead counsel not be ordered to appear on October 20, 2022 as the above referenced cases have paid their filing fees.

The Court indicated that an initial list was issued on August 26, 2022, Doc. 18056, requiring filing fees to be paid. However, the undersigned counsel did not note any cases for Burnett Law Firm. Then the October 14, 2022 Order from this Court sets a Show Cause Hearing on October 20, 2022 for individuals who have not paid the filing fee in specific cases to appear and answer why said filing fee had not been paid. *See* Doc. 18068. Here, Burnett Law Firm had three cases listed, which have been paid:

- Newsome was paid with tracking ID ALAEDC-9606373 and approval code 1636399

1

- McCarthy was paid with tracking ID ALAEDC-96.6374 and approval code 1288829

- Walsh was paid with tracking ID ALAEDC-96.6372 and approval code 148790

As the three cases on the Court's Order have been paid, it is respectfully submitted that Burnett Law Firm not be required to appear on October 20, 2022 at 9am C.S.T. Furthermore, it is respectfully submitted that Burnett Law Firm not be held in contempt of court as all filing fees have been paid.

Dated: October 16, 2022

    Respectfully submitted,

    **BURNETT LAW FIRM**

    *s/ Riley Burnett, Jr.*

    **Riley L. Burnett , Jr.**
    Burnett Law Firm
    3737 Buffalo Speedway, Ste. 1850
    Houston, TX 77098
    Tel: 832-413-4410
    Fax: 832-900-2120
    Email: rburnett@rburnettlaw.com.

    *ATTORNEY FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 16, 2022, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      By: s/ Karen H. Beyea-Schroeder