## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE ELDON E. FALLON |
| **RICE** ) | |
| Civil Action No. 2:15-cv-03587 ) | MAGISTRATE JUDGE NORTH |
| ) | |
| **ENOCH** ) | |
| Civil Action No. 2:15-cv-03519 ) | |
| ) | |
| **COOPER** ) | |
| Civil Action No. 2:15-cv-03513 ) | |
| ) | |
| **CAVENDAR** ) | |
| Civil Action No. 2:15-cv-03511 ) | |
| ) | |
| **BABNIS** ) | |
| Civil Action No. 2:15-cv-03496 ) | |
| ) | |
| **VOGELGESANG** ) | |
| Civil Action No. 2:16-cv-00623 ) | |
| ) | |
| **HOPPER** ) | |
| Civil Action No. 2:16-cv-00600 ) | |
| ) | |
| **HARRIS** ) | |
| Civil Action No. 2:16-cv-00597 ) | |
| ) | |
| **GOSSARD** ) | |
| Civil Action No. 2:16-cv-00596 ) | |
| ) | |
| **ESTES** ) | |
| Civil Action No. 2:16-cv-00589 ) | |
| ) | |
| **DERBY** ) | |
| Civil Action No. 2:16-cv-00585 ) | |
| ) | |
| **STEGMAN** ) | |
| Civil Action No. 2:15-cv-03604 ) | |
| ) | |
| **SMITH** ) | |
| Civil Action No. 2:15-cv-03597 ) | |
| ) | |

ROBINSON                                              )
Civil Action No. 2:15-cv-03589         )

### RESPONSE TO SHOW CAUSE ORDER ISSUED OCTOBER 14, 2022

NOW COMES Counsel for the above referenced Plaintiffs and respectfully request that lead counsel not be ordered to appear on October 20, 2022 as the above referenced cases have paid their filing fees.

The Court indicated that an initial list was issued on August 26, 2022, Doc. 18056, requiring filing fees to be paid. However, the undersigned counsel did not note any cases for Simmons Hanly Conroy. Then the October 14, 2022 Order from this Court sets a Show Cause Hearing on October 20, 2022 for individuals who have not paid the filing fee in specific cases to appear and answer why said filing fee had not been paid. See Doc. 18068. Here, Simmons Hanly Conroy had fourteen cases listed, which have been paid:

- Rice was paid with tracking ID ALAEDC-9606298; approval code 020950
- Enoch was paid with tracking ID ALAEDC-9606297; approval code 068328
- Cooper was paid with tracking ID ALAEDC-9606293; approval code 027180
- Cavender was paid with tracking ID ALAEDC-9606292; approval code 091651
- Babnis was paid with tracking ID ALAEDC-9606291; approval code 052739
- Vogelgesang was paid with tracking ID ALAEDC-9606313; approval code 097190
- Hopper was paid with tracking ID ALAEDC-9606311; approval code 043682
- Harris was paid with tracking ID ALAEDC-9606308; approval code 033882
- Gossard was paid with tracking ID ALAEDC-9606307; approval code 071738
- Estes was paid with tracking ID ALAEDC-9606306; approval code 044860
- Derby was paid with tracking ID ALAEDC-9606304; approval code 080775

- Stegman was paid with tracking ID ALAEDC-96063602; approval code 018456

- Smith was paid with tracking ID ALAEDC-9606301; approval code 051967

- Robinson was paid with tracking ID ALAEDC-9606300; approval code 074850

As the fourteen cases on the Court's Order have been paid, it is respectfully submitted that Simmons Hanly Conroy not be required to appear on October 20, 2022 at 9am C.S.T. Furthermore, it is respectfully submitted that Simmons Hanly Conroy not be held in contempt of court as all filing fees have been paid.

Dated: October 16, 2022

Respectfully submitted,

SIMMONS HANLY CONROY

*/s/ Andrew S. Williams*
Trent B. Miracle #IL 6281491
Andrew S. Williams, IL #6285527
**SIMMONS, HANLY, CONROY LLC**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2022, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Andrew S. Williams