

John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III
Neil F. Nazareth
Spencer R. Doody
Jason Z. Landry
Jeremy J. Landry

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

October 17, 2022

<u>Via ECF submission</u>
Clerk of Court
USDC, Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

      RE:   *Longhany v. Janssen Research & Development LLC*
               MDL No. 2592; applies to case no. 16-cv-1054

Dear Clerk of Court:

      The above-captioned matter was included in Judge Fallon's Show Cause Order dated October 14, 2022 (document no. 18068) for unpaid filing fees. In response, our firm submitted a payment of $400 today, October 17, 2022 (receipt no. ALAEDC-9606736).

      Upon further review of our files, we noticed that we had in fact paid the filing fee on June 19, 2020 (receipt no. ALAEDC-8364270) and verified with Judge Fallon's case manager, Dean Oser, that the case should not have been included in the Show Cause Order.

      We respectfully request that today's payment be reversed.

                                              Very truly yours,

                                              Scott R. Bickford

338 Lafayette Street, New Orleans, Louisiana 70130
P: 504-581-9065 | F: 504-581-7635 | mb@mbfirm.com | www.mbfirm.com