UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ALICE STEPHENSON v.
JANSSEN PHARMACEUTICALS,
INC., et al.

2:16-cv-7681

## ORDER

Considering the foregoing Motion to Request to Deposit Plaintiff's Final Settlement Check into the Registry of the Court:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **Chaffin Luhana LLP** is granted the approval to deposit Plaintiff's Final Settlement Check into the Registry of the Court, herein.

Signed New Orleans, Louisiana this ___17th___ day of ___October___, 2022.

_____
Eldon E. Fallon
United States District Court Judge

1