UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**PHYLLIS MUGRAGE, INDIVIDUALLY AND AS THE INDEPENDENT ADMINISTRATOR OF THE ESTATE OF DONALD MUGRAGE v. JANSSEN PHARMACEUTICALS, INC., et al.**

**2:15-cv-5778**

### ORDER

Considering the foregoing Motion to Request to Deposit Plaintiff's Final Settlement Check into the Registry of the Court:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **Chaffin Luhana LLP** is granted the approval to deposit Plaintiff's Final Settlement Check into the Registry of the Court, herein.

Signed New Orleans, Louisiana this _____17th_____ day of_____October_____, 2022.

_____
Eldon E. Fallon
United States District Court Judge

1