1
2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

MDL 2592

Section L

Judge Eldon E. Fallon

Magistrate Judge North

**THIS DOCUMENT RELATES TO:**

FRANK SHIRLEY
Civil Action No. 2:16-cv-02009

**RESPONSE TO SHOW CAUSE ORDER ISSUED OCTOBER 14, 2022**

NOW COMES counsel for Plaintiff Frank Shirley and respectfully requests that this case be removed from the Order to Show Cause scheduled for October 20, 2022. The filing fee has been paid and a stipulation for dismissal has been filed. Plaintiff's counsel regrets the error that resulted in this case appearing on the Order to Show Cause, and asks the Court's leniency for the reasons set forth below.

The delinquency of the filing fee is owing to a mistaken good faith belief by counsel that the case had been dismissed, and a subsequent failure to monitor rulings in the litigation. *Dec. of Jennifer S. Domer*, ¶¶2-10. Plaintiff Frank Shirley passed away during the pendency of this matter. *Decl. at* ¶ 4. After his death, his wife did not wish to continue with the case on his behalf. *Id.* The parties agreed to a stipulated dismissal of the case, and on April 8, 2019, Plaintiff's counsel provided a draft stipulation for dismissal to defense counsel. *Decl. at* ¶ 5; Exhibit 2.

Defendants indicated they did not object to the dismissal and the parties agreed the defendants would file it, but it appears the dismissal was not, in fact, filed. *Decl. at* ¶ 6. Plaintiff's counsel believed that the case had been dismissed accordingly. *Decl. at* ¶ 7.

All other cases in which Cutter Law PC is counsel of record have resolved, and so Plaintiff's counsel did not believe any further action necessary. *Decl. at* ¶ 8.

Upon learning of the delinquent fee and failure to appear, counsel immediately paid the filing fee as well as the stipulation of dismissal. *Decl. at* ¶ 10-11.

Plaintiff's counsel respectfully requests that the Court dismiss the case, and remove this matter from the Show Cause hearing. In the alternative, counsel requests leave of Court to appear at the hearing remotely.

Dated: October 18, 2022                                        Respectfully Submitted,

/s/Jennifer S. Domer
C. Brooks Cutter
Jennifer S. Domer
Cutter Law P.C.
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
Counsel for Plaintiff(s)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ C. Brooks Cutter