# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL 2592<br>Section L<br>Judge Eldon E. Fallon<br>Magistrate Judge North |

**THIS DOCUMENT RELATES TO:**

FRANK SHIRLEY
Civil Action No. 2:16-cv-02009

### DECLARATION OF JENNIFER S. DOMER

I, Jennifer S. Domer, declare:

1. I am attorney with Cutter Law, P.C., counsel for Frank Shirley in this matter. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently to the information below.

2. For the reasons set forth in detail below, I was unaware of the delinquent filing fee, and I mistakenly believed this case had been dismissed. As soon as I learned of the delinquent filing fee, I paid it. A true and correct copy of the receipt is attached hereto as *Exhibit 1*.

3. Plaintiff's case was originally filed as part of a collective complaint, which was later severed and separate filing fees were assessed at that time.

4. Our client, Plaintiff Frank Shirley, passed away during the pendency of this matter. After his death, his wife did not wish to continue with the case on his behalf.

5. The parties agreed to a stipulated dismissal of the case, and on April 8, 2019 my office provided a draft stipulation for dismissal to defense counsel. Attached hereto as *Exhibit 2* is a true and correct copy of correspondence between our offices regarding the dismissal.

-1-

6. Defendants indicated they did not object to the dismissal and the parties agreed the defendants would file it. *Id.* Apparently, the dismissal was never filed.

7. As of April 8, 2019, I mistakenly believed the stipulation had been filed, and the case dismissed accordingly.

8. In the time since then, my firm settled or dismissed all other remaining filed claims in which we were counsel; therefore I mistakenly believed that we had no more active cases in this litigation. As a result, I did not continue to monitor Court rulings in this matter, believing that my firm's involvement had ended.

9. I was notified by liaison counsel on October 18, 2022 that this case was on a Show Cause Order.

10. I immediately reviewed the docket to discover the dismissal in this case had not been filed by the Defendants, and immediately paid the Filing Fee. *See Exhibit 1*.

11. I have now also filed the stipulation for dismissal. (Dkt. 18076)

12. I apologize to the Court for my mistakes: the failure to ensure the filing fee had been paid, the failure to ensure the dismissal was filed, and the failure to monitor the ongoing status of the case. I also apologize for the time and energy spent by the Court to resolve this matter.

13. I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed in Sacramento, California on October 18, 2022.

Dated: October 18, 2022                                         Respectfully Submitted,

/s/Jennifer S. Domer
Jennifer S. Domer
Cutter Law P.C.
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290-9400
jdomer@cutterlaw.com
Counsel for Plaintiff(s)