# EXHIBIT 1

**Xarelto Severed-Claim Filing Fee Payment**

2:16-cv-02009-EEF-MBN Shirley v. Janssen Research & Development, LLC LLC et al

CONSOL,SEVERED_CLAIM,XARELTO

# U.S. District Court

# Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Cutter, Curtis on 10/18/2022 at 5:26 PM CDT and filed on 10/18/2022
**Case Name:** Shirley v. Janssen Research & Development, LLC LLC et al
**Case Number:** 2:16-cv-02009-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Frank Shirley re [1] Complaint, (Filing fee $ 400 receipt number ALAEDC-9612695)(Cutter, Curtis)**

**2:16-cv-02009-EEF-MBN Notice has been electronically mailed to:**

Curtis Brooks Cutter     bcutter@cutterlaw.com, ccutter@cutterlaw.com, jdomer@cutterlaw.com, masstorts@cutterlaw.com, masstorts@ecf.courtdrive.com, mcutter@cutterlaw.com, mthompson@cutterlaw.com

John R Parker , Jr     jparker@kcrlegal.com

**2:16-cv-02009-EEF-MBN Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Sarah Glenn |
| **Subject:** | Pay.gov Payment Confirmation: LOUISIANA EASTERN DISTRICT COURT |
| **Date:** | Tuesday, October 18, 2022 3:26:03 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Unit at 504-589-7785.

Account Number: 4529605
Court: LOUISIANA EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ALAEDC-9612695
Approval Code: 170559
Card Number: ************2083
Date/Time: 10/18/2022 06:25:53 ET

NOTE: This is an automated message. Please do not reply