# EXHIBIT 2

| | |
|---|---|
| **From:** | Sarah Glenn |
| **To:** | Stone, Kaitlyn E. |
| **Cc:** | Brown, Lindy; Jennifer Domer |
| **Subject:** | RE: 2:16-cv-02009 - Frank Shirley - MDL 2592 |
| **Date:** | Monday, April 8, 2019 11:00:00 AM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png |

Hello,

Yes, you may file it.

Thanks,
Sarah

**From:** Stone, Kaitlyn E. <Kaitlyn.Stone@dbr.com>
**Sent:** Monday, April 8, 2019 10:15 AM
**To:** Sarah Glenn <sglenn@cutterlaw.com>
**Cc:** Brown, Lindy <lbrown@bradley.com>
**Subject:** RE: 2:16-cv-02009 - Frank Shirley - MDL 2592

Hi Sarah,

The defendants do not object to the draft stipulation.  May we file it?

Thanks,
Kate

Kaitlyn E. Stone
**Drinker Biddle & Reath** LLP
600 Campus Dr.
Florham Park, NJ 07932-1047
(973) 549-7014 *office*
Kaitlyn.Stone@dbr.com
www.drinkerbiddle.com

**From:** Sarah Glenn [mailto:sglenn@cutterlaw.com]
**Sent:** Monday, April 08, 2019 12:37 PM
**To:** susan.sharko@dbr.com; Solow, Andrew K.; Solow, Andrew K.; kmoore@irwinllc.com
**Cc:** Jennifer Domer
**Subject:** 2:16-cv-02009 - Frank Shirley - MDL 2592

Please see attached Stipulation to Dismiss.  Please advise as to whether you consent to filing the attached.

Thank you,
Sarah

SARAH GLENN | LEGAL SECRETARY TO C. BROOKS CUTTER,
JOHN R. PARKER, JR., & JENNIFER DOMER
401 WATT AVE., SACRAMENTO, CA 95864
PHONE: (916) 290-9400 | FAX: (916) 588-9311



CONFIDENTIALITY NOTICE: THIS COMMUNICATION, INCLUDING ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY BE PROTECTED BY PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR E-MAIL, AND PERMANENTLY DELETE ALL COPIES, ELECTRONIC OR OTHER, THAT YOU MAY HAVE. THE FOREGOING APPLIES EVEN IF THIS NOTICE IS EMBEDDED IN A MESSAGE THAT IS FORWARDED OR ATTACHED.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Dorothy Bolinsky, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*