UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

LINDA DUTTON
Civil action 2:16-cv-3372

## RESPONSE TO SHOW CAUSE ORDER ISSUED OCTOBER 14, 2022

COMES NOW Jacob Flint and Flint Cooper LLC, counsel for Plaintiff Linda Dutton, and responds to this Court's Show Cause Order issued October 14, 2022. *See* [Doc. 18068]. The filing fee has been paid, and counsel for Plaintiff respectfully requests that this case be removed from the Order to Show Cause scheduled for October 20, 2022, for the following reasons:

1. A stipulation of dismissal with prejudice was filed for this case on October 5, 2019, and the case was subsequently dismissed. *See* [Doc. 17270] attached as Exhibit 1.

2. The delinquency of the filing fee is owing to the good faith mistake considering that Plaintiff's counsel no longer monitored rulings in the litigation because this case—as well as counsel's other cases in this litigation—had been dismissed.

3. Upon receiving a forwarded copy from the PSC of the Show Cause Order issued October 14, 2022, Plaintiff's counsel immediately paid the outstanding filing fee. *See* Notice of filing fee paid attached as Exhibit 2.

4. Plaintiff's counsel respectfully requests that the Court remove this case from the Show Cause hearing, or in the alternative, counsel requests leave of Court to appear at the hearing remotely.

Dated:  October 19, 2022                              Respectfully submitted,

                                                      By: */s/ Jacob A. Flint*           
                                                      Jacob A. Flint, IL Bar No. 6299777
                                                      Flint Cooper, LLC
                                                      222 E. Park St., Suite 500
                                                      P.O. Box 189
                                                      Edwardsville, IL 62025
                                                      Phone: 618-288-4777
                                                      Fax: 618-288-2864
                                                      jflint@flintcooper.com
                                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                      By: */s/ Jacob A. Flint*