MINUTE ENTRY
FALLON, J.
OCTOBER 20, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L (5) |
| THIS DOCUMENT RELATES TO: VARIOUS CASES | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Leonard Davis, Esq. for the Plaintiffs' Liaison Counsel
John Olinde, Esq. for Defendants' Liaison Counsel

**Show Cause Hearing:**

A Show Cause hearing was held this date as to the payment of the required filings fees. (Rec. Doc. No. 18056)

Those parties who failed to appear or pay the filing fee will be held in contempt of court. Liaison Counsel for the plaintiffs will attempt to contact those parties who did not appear to inform them of the court's decision. The parties shall be given 30 days from today to comply or sanctions will be imposed. The Court will issue a separate order stating same.

JS10:    :21