UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*All Cases* | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER

In accordance with the announcement made by the Court at the Order to Show Cause hearing held on October 20, 2022;

**IT IS ORDERED** that, on November 21st, 2022, another order will be entered declaring those attorneys still listed on Exhibit A as in contempt of Court and subject to the following sanctions:

1. An additional $500 fee will be assessed for each case in which payment has not been received by the Court.

2. The Court will send notice to the American Bar Association and the relevant state bar association that the attorney has been held in contempt.

3. Attorneys held in contempt will be unable to practice in the United States District Court for the Eastern District in Louisiana until they have remediated their contempt status.

A copy of this order will be placed on the *In re: Xarelto* website so that it is available to all parties.

New Orleans, Louisiana, this 21th day of October, 2022.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE