# EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2:2015-cv-02032-EEF-MBN | Chaney v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/10/2015 | due | John Steward Meyerkord & Meyerkord, LLC 314-436-9958 jss@meyerkordlaw.com |
| 2 | 2:2015-cv-02053-EEF-MBN | Oldaker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/10/2015 | due | John Steward Meyerkord & Meyerkord, LLC 314-436-9958 jss@meyerkordlaw.com |
| 3 | 2:2015-cv-03023-EEF-MBN | Broussard v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 07/28/2015 | due | John Steward Meyerkord & Meyerkord, LLC 314-436-9958 jss@meyerkordlaw.com |
| 4 | 2:2015-cv-03029-EEF-MBN | Mosher v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 07/28/2015 | due | John Steward Meyerkord & Meyerkord, LLC 314-436-9958 jss@meyerkordlaw.com |
| 5 | 2:2015-cv-03033-EEF-MBN | Szatkowski v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 07/28/2015 | due | John Steward Meyerkord & Meyerkord, LLC 314-436-9958 jss@meyerkordlaw.com |
| 6 | 2:2015-cv-03865-EEF-MBN | Walters v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/27/2015 | due | Zachary Lowe Lowe Law Group 801-917-8500 pete@lowelawgroup.com |
| 7 | 2:2015-cv-04701-EEF-MBN | Moore v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 09/24/2015 | due | Andre LaPlace Law Offices of Andre P. LaPlace 225-924-6898 alaw@andrelaplace.com |
| 8 | 2:2015-cv-05580-EEF-MBN | Hass v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 10/30/2015 | due | Shezad Malik Dr. Shezad Malik Law Firm 888-210-9693 ext. 2 drmalik@shezadmalik.com |
| 9 | 2:2015-cv-06057-EEF-MBN | DeClark v. JANSSEN RESEARCH & DEVELOPMENT LLC | CONSOL SEVERED_CLAIM XARELTO | 11/18/2015 | due | John Steward Meyerkord & Meyerkord, LLC 314-436-9958 jss@meyerkordlaw.com |
| 10 | 2:2015-cv-06091-EEF-MBN | Brearley v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | due | Andrew Sommerman Sommerman & Quesada 214-720-0720 jjonsson@textrial.com |
| 11 | 2:2015-cv-06109-EEF-MBN | Mattison v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | due | David Wool Andrus Wagstaff, PC 303-376-6360 david.wool@andruswagstaff.com |
| 12 | 2:2015-cv-06123-EEF-MBN | Owens v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | due | Andrew Sommerman Sommerman & Quesada 214-720-0720 jjonsson@textrial.com |
| 13 | 2:2015-cv-06124-EEF-MBN | Schaefer v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | due | Andrew Sommerman Sommerman & Quesada 214-720-0720 jjonsson@textrial.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | 2:2015-cv-06141-EEF-MBN | Thorpe v. Janssen Pharmaceuticals, Inc. | CONSOL SEVERED_CLAIM XARELTO | 11/19/2015 | due | Andrew Sommerman<br>Sommerman & Quesada<br>214-720-0720<br>jjonsson@textrial.com |
| 15 | 2:2015-cv-06169-EEF-MBN | Luckern v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 11/20/2015 | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 16 | 2:2015-cv-06555-EEF-MBN | Ricci v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 12/07/2015 | due | Roopal Luhana<br>Chaffin Luhana LLP<br>347-269-4472<br>luhana@chaffinluhana.com |
| 17 | 2:2016-cv-00089-EEF-MBN | Key v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/06/2016 | due | Jay Stuemke<br>Simon Greenstone Panatier, PC<br>214-276-7680<br>jstuemke@sgptrial.com |
| 18 | 2:2016-cv-00097-EEF-MBN | Malone v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/06/2016 | due | Jay Stuemke<br>Simon Greenstone Panatier, PC<br>214-276-7680<br>jstuemke@sgptrial.com |
| 19 | 2:2016-cv-00173-EEF-MBN | Stevens v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/07/2016 | due | Zachary Lowe<br>Lowe Law Group<br>801-917-8500<br>pete@lowelawgroup.com |
| 20 | 2:2016-cv-00474-EEF-MBN | Owens v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/19/2016 | due | Steven Brady<br>Brady Law Group<br>415-459-7300<br>steve@bradylawgroup.com |
| 21 | 2:2016-cv-00475-EEF-MBN | Parker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/20/2016 | due | Steven Brady<br>Brady Law Group<br>415-459-7300<br>steve@bradylawgroup.com |
| 22 | 2:2016-cv-00513-EEF-MBN | Frank v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/21/2016 | due | Andrew Callahan<br><br>618-288-4777<br>ac@callahanfirmstl.com |
| 23 | 2:2016-cv-00549-EEF-MBN | Doyle v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 24 | 2:2016-cv-00552-EEF-MBN | Duncan v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 25 | 2:2016-cv-00553-EEF-MBN | Erikson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 26 | 2:2016-cv-00555-EEF-MBN | Grant v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 27 | 2:2016-cv-00557-EEF-MBN | Gray v. Janssen Research & | CONSOL SEVERED_CLAIM | 01/22/2016 | due | Stephen Murray<br>Murray Law Firm |

| # | Case | Caption | Type | Date | | | Attorney |
|---|---|---|---|---|---|---|---|
| | | Development, LLC | XARELTO | | | | 504-525-8100<br>smurray@murray-lawfirm.com |
| 28 | 2:2016-cv-00558-EEF-MBN | Harper v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 29 | 2:2016-cv-00560-EEF-MBN | Hughes v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 30 | 2:2016-cv-00561-EEF-MBN | Ingersoll v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 31 | 2:2016-cv-00563-EEF-MBN | Johnston v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 32 | 2:2016-cv-00567-EEF-MBN | Sorrells v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 01/22/2016 | | due | Stephen Murray<br>Murray Law Firm<br>504-525-8100<br>smurray@murray-lawfirm.com |
| 33 | 2:2016-cv-01370-EEF-MBN | Markham v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 02/18/2016 | | due | Zachary Lowe<br>Lowe Law Group<br>801-917-8500<br>pete@lowelawgroup.com |
| 34 | 2:2016-cv-02104-EEF-MBN | Gross v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 03/11/2016 | | due | David Mathews<br>Bailey & Glasser, LLP<br>314-863-5446<br>tmathews@baileyglasser.com |
| 35 | 2:2016-cv-02543-EEF-MBN | Sager v. Janssen Research and Development LLC | CONSOL SEVERED_CLAIM XARELTO | 03/29/2016 | | due | Keith Griffin<br>Girardi & Keese<br>213-977-0211<br>kgriffin@girardikeese.com |
| 36 | 2:2016-cv-02551-EEF-MBN | Heffington v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 03/29/2016 | | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |
| 37 | 2:2016-cv-02553-EEF-MBN | Lewis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 03/29/2016 | | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |
| 38 | 2:2016-cv-02554-EEF-MBN | Watkins v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 03/29/2016 | | due | Keith Griffin<br>Girardi & Keese<br>213-977-0211<br>kgriffin@girardikeese.com |
| 39 | 2:2016-cv-02558-EEF-MBN | Von Dem Bussche v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 03/29/2016 | | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |
| 40 | 2:2016-cv-02559-EEF-MBN | Syna v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 03/29/2016 | | due | Thomas Girardi<br>Girardi & Keese<br>213-977-0211<br>tgirardi@girardikeese.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | 2:2016-cv-03976-EEF-MBN | Sorenson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 05/02/2016 | | due | John Crone<br>Andrus Wagstaff, PC<br>303-376-6360<br>john.crone@andruswagstaff.com |
| 42 | 2:2016-cv-04513-EEF-MBN | Miura v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 05/09/2016 | | due | Mark Panzavecchia<br>Panzavecchia & Associates, PLLC.<br>516-776-9494<br>mark@panzavecchialaw.com |
| 43 | 2:2016-cv-07230-EEF-MBN | Cutter v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 05/27/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 44 | 2:2016-cv-07242-EEF-MBN | Espinoza v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 05/27/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 45 | 2:2016-cv-07338-EEF-MBN | Barker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 05/29/2016 | | due | Jeffrey Meyer<br>Meyer Law Firm, PC<br>713-353-6699<br>jeff@meyerlawfirm.com |
| 46 | 2:2016-cv-07632-EEF-MBN | Schumpert-Street v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 06/01/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 47 | 2:2016-cv-07652-EEF-MBN | Slater v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/01/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 48 | 2:2016-cv-08801-EEF-MBN | Brown v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 49 | 2:2016-cv-08804-EEF-MBN | Bunkley v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 50 | 2:2016-cv-08814-EEF-MBN | Chase v. Janssen Research & Developement LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 51 | 2:2016-cv-08870-EEF-MBN | Flynn v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 52 | 2:2016-cv-08939-EEF-MBN | Johnson v. Janssen Research & Development | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Andre LaPlace<br>Law Offices of Andre P. LaPlace<br>225-924-6898 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | LLC | | | | | alaw@andrelaplace.com |
| 53 | 2:2016-cv-09162-EEF-MBN | Lewis v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 54 | 2:2016-cv-09177-EEF-MBN | Newsome v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 55 | 2:2016-cv-09187-EEF-MBN | Rasmussen v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 56 | 2:2016-cv-09210-EEF-MBN | Smith v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 57 | 2:2016-cv-09214-EEF-MBN | Solana v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 58 | 2:2016-cv-09219-EEF-MBN | Starks v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 59 | 2:2016-cv-09231-EEF-MBN | Thompson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 60 | 2:2016-cv-09239-EEF-MBN | Waller v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 61 | 2:2016-cv-09245-EEF-MBN | Wisner v. Janssen Research & Development, LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 62 | 2:2016-cv-09246-EEF-MBN | Wright v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/08/2016 | | due | Peyton Murphy<br>Murphy Law Firm (Baton Rouge)<br>225-928-8800<br>peyton@murphylawfirm.com |
| 63 | 2:2016-cv-09677-EEF-MBN | Poeschl v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/10/2016 | | due | Sarah Showard<br>Showard Law Firm, P.C.<br>520-622-3344<br>sjshoward@showardlaw.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | 2:2016-cv-10759-EEF-MBN | Carter v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 06/17/2016 | | due | Jeff Benton<br>The Benton Law Firm<br>214-777-7777<br>jeff@jeffbenton.com |
| 65 | 2:2016-cv-12404-EEF-MBN | Walker v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 07/05/2016 | | due | Chad Lucas<br>Kuhlman & Lucas LLC<br>816-799-0330<br>chad@kuhlmanlucas.com |
| 66 | 2:2016-cv-13490-EEF-MBN | Bates v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/02/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 67 | 2:2016-cv-13496-EEF-MBN | Brown v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/02/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 68 | 2:2016-cv-13500-EEF-MBN | Brown v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/02/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 69 | 2:2016-cv-13503-EEF-MBN | Crane v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/02/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 70 | 2:2016-cv-13542-EEF-MBN | Griffin v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/03/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 71 | 2:2016-cv-13672-EEF-MBN | Henson v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/08/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 72 | 2:2016-cv-13702-EEF-MBN | Jenkins v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/09/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 73 | 2:2016-cv-13705-EEF-MBN | Koon v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/09/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 74 | 2:2016-cv-13714-EEF-MBN | McAfee v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/09/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 75 | 2:2016-cv-13735-EEF-MBN | McNamara v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/10/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 76 | 2:2016-cv-13738-EEF-MBN | Mitchell v. Janssen Research & Development LLC | CONSOL SEVERED_CLAIM XARELTO | 08/10/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com |
| 77 | 2:2016-cv-14420-EEF-MBN | Roberts v. Janssen Research & Development | CONSOL SEVERED_CLAIM XARELTO | 09/02/2016 | | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326 |

|    |                        |                                                           |                                      |            |     |                                                                                                                 |
|----|------------------------|-----------------------------------------------------------|--------------------------------------|------------|-----|-----------------------------------------------------------------------------------------------------------------|
|    |                        | LLC                                                       |                                      |            |     | cvenizelos@kelley-ferraro.com                                                                                   |
| 78 | 2:2016-cv-14422-EEF-MBN | Robinson v. Janssen Research & Development LLC           | CONSOL SEVERED_CLAIM XARELTO         | 09/02/2016 | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com              |
| 79 | 2:2016-cv-14427-EEF-MBN | Sheffield v. Janssen Research & Development, LLC         | CONSOL SEVERED_CLAIM XARELTO         | 09/02/2016 | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com              |
| 80 | 2:2016-cv-14436-EEF-MBN | Shelton v. Janssen Research & Development, LLC           | CONSOL SEVERED_CLAIM XARELTO         | 09/02/2016 | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com              |
| 81 | 2:2016-cv-14460-EEF-MBN | Tippett v. Janssen Research & Development LLC            | CONSOL SEVERED_CLAIM XARELTO         | 09/06/2016 | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com              |
| 82 | 2:2016-cv-14477-EEF-MBN | Tucker v. Janssen Research & Development LLC             | CONSOL SEVERED_CLAIM XARELTO         | 09/06/2016 | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com              |
| 83 | 2:2016-cv-14478-EEF-MBN | Wallace v. Janssen Research & Development LLC            | CONSOL SEVERED_CLAIM XARELTO         | 09/06/2016 | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com              |
| 84 | 2:2016-cv-14487-EEF-MBN | Welch v. Janssen Research & Development LLC              | CONSOL SEVERED_CLAIM XARELTO         | 09/06/2016 | due | Constantine Venizelos<br>Constant Legal Group LLP<br>216-849-3326<br>cvenizelos@kelley-ferraro.com              |