**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | **JUDGE ELDON E. FALLON** |
| *Sophie Hu, et al.*, No. 2:21-cv-02240 | : | |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

<u>MOTION FOR LEAVE TO FILE</u>
<u>SUPPLEMENTAL MEMORANDUM IN SUPPORT</u>
<u>OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY</u>

Defendants hereby respectfully request leave to file the attached Supplemental Memorandum in Support of Defendants' Motion to Dismiss and Motion to Stay (R.Doc. 18021) in light of Ms. Hu's recent provision to the Court of an order showing her appointment as conservator for her mother (R.Doc. 18050).

This supplemental memorandum will further assist the Court in evaluating Defendants' motion in light of Plaintiffs' recent submission and explain why it is not applicable to the pending motion.

**WHEREFORE**, Defendants respectfully request that this Court grant leave to file their Supplemental Memorandum in Support of Defendants' Motion to Dismiss and Motion to Stay (Rec. Doc. 18021).

Respectfully submitted:

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@arnoldporter.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@arnoldporter.com

**CHAFFE MCCALL L.L.P.**
By: */s/ John F. Olinde*
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.*

**FAEGRE DRINKER BIDDLE & REATH LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@faegredrinker.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*
Kim E. Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
kmoore@irwinllc.com

*Counsel for Defendant Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 11, 2022 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**

The undersigned hereby certifies that on November 11, 2022, the foregoing pleading was sent by email to each Plaintiff at her email provided per Ms. Hu's request.

*/s/ Joan Goddard*
**Joan Goddard**