UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| | | JUDGE ELDON E. FALLON |
| *Sophie Hu, et al.,* No. 2:21-cv-02240 | | |
| | | MAGISTRATE JUDGE NORTH |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION TO DISMISS AND MOTION TO STAY**

MAY IT PLEASE THE COURT:

     Defendants file this memorandum to supplement their pending Motion to Dismiss and Motion to Stay (R.Doc. 18021) in light of Ms. Hu's recent provision to the Court of an order showing her appointment as conservator for her mother. Respectfully, Ms. Hu's appointment order does not cure the threshold defects in this case. As we have explained, Ms. Hu is not a lawyer and she has not retained counsel to prosecute the case. This remains a dispositive problem because, by statute, a representative plaintiff cannot prosecute an action *pro se* on another's behalf. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct *their own cases* personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." (emphasis added)). Accordingly, the Court should grant Defendants' pending motion to dismiss (R.Doc. 18021) and dismiss this case.

4620422-1

Respectfully submitted:

| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| By: */s/Andrew Solow* | By: */s/ Susan M. Sharko* |
| Andrew K. Solow | Susan M. Sharko |
| 250 West 55th Street | 600 Campus Drive |
| New York, New York 10019-9710 | Florham Park, NJ 07932-1047 |
| Telephone: (212) 836-8000 | Telephone: (973) 549-7000 |
| Facsimile: (212) 836-8689 | Facsimile: (973) 360-9831 |
| andrew.solow@arnoldporter.com | susan.sharko@faegredrinker.com |

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@arnoldporter.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*
Kim E. Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
kmoore@irwinllc.com

**CHAFFE MCCALL L.L.P.**
By: */s/ John F. Olinde*
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Counsel for Defendant Janssen Pharmaceuticals, Inc.*

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 11, 2022 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**

   The undersigned hereby certifies that on November 11, 2022, the foregoing pleading was sent by email to each Plaintiff at her email provided per Ms. Hu's request.

            */s/ Joan Goddard*
            **Joan Goddard**