## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE ELDON E. FALLON |
| *Sophie Hu, et al.,* No. 2:21-cv-02240 | : : | MAGISTRATE JUDGE NORTH |
| | : | |

## O R D E R

Considering the Defendants' Motion for Leave to File Supplemental Memorandum in Support of the Defendants' Motion to Dismiss and Motion to Stay (R.Doc. 18021),

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Supplemental Memorandum in Support of Defendants' Motion to Dismiss and Motion to Stay (R.Doc. 18021) is hereby entered into the Court's docket.

New Orleans, Louisiana this _____ day of November, 2022.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**