UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO**
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

# OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY (Document 18082)

## Plaintiffs Respectfully Move This Court to DENY Defendants' Above Motions (Document 18082) For the Following Reasons

1. Defendants' counsels (the counsels hereafter) stated that this Motion for Leave to File was submitted to the Court in response to my provision of a court order showing I am the conservator for my mother.

However, the counsels had been notified of this order previously multiple times (as early as Oct 25th, 2021). Moreover, the Orders by local County Judges of my appointment as the conservator for my mother were provided to the counsels previously (see Exhibits submitted via email to the Court and the counsel dated December 16th, 2021 and March 30th, 2022 – apology I do not know the Document numbers for these files as I do not have access to the electronic files)

2. The counsels stated again I cannot represent my mother Pro Se. However, this argument had already been used by the counsels in their initial filing of Motions, this new Motion discussed here does not add any new or support to their Motion already filed with the Court

I have also responded to their initial Motions, see below excerpt from my Response document emailed to the Court and the counsels dated March 30th, 2022

"…as well said by former MDL Plaintiffs Liaison Counsel "unfortunately, I am not aware of any counsel currently taking new Xarelto claims", one of the former MDL Plaintiffs Steering Committee counsels states that lawyers "don't want to have anything to do with it (Xarelto)."

(see Document 18046)

Clearly the circumstances surrounding Xarelto precluded me finding an attorney. However, this is not due to this case is not valid or a reflection on the merit of the case, this is due to the fact that the entire attorneys' community collectively do not believe anyone can represent a Xarelto Plaintiff, as noted in the declining responses I received from attorneys I contacted (Document 18024)"

In light of no representation can be found, I have been appointed by California State San Mateo County Judges as my mother's conservator to legally represent her, including representing her in this civil case (See conservatorship order submitted previously)

I filed Ex parte Motion to seek counsels representing my mother with this Court on April 4th, 2022. This Court and the Honorable Judge Fallon had ruled that this is not necessary, and that 'the Court finds that Ms. Hu has done "a credible job in presenting motions and in filing supporting papers on behalf" of her and her mother's case' (Document 18053)

Therefore, the counsels Motions should be DENIED

My mother was seriously injured by Xarelto, the injury took my mother vivid life and left my mother in maximum incapacity, indescribable pain, and suffering. My mother has been fighting a courageous battle every day, till this day 2 years and 3 months after the catastrophic injury caused by Xarelto, my mother is still critically ill. These are undeniable Facts. My mother's legal rights cannot be deprived due to her injury

Respectfully submitted,

Date:    _____November 13th, 2022_____

Signature: *Sophie Hu*  
Print Name: Sophie Hu, Pro Se Plaintiff  
Address: 1058 Foster Square Lane, Unit 204  
Foster City, CA 94404  
Telephone: 650-619-0885