**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **KEIKO GORSKI and FLORIAN GORSKI, Civil Action No. 2:22-cv-04331** | : | **JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH** |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

**NOW INTO COURT,** through undersigned counsel, comes Defendant JANSSEN RESEARCH & DEVELOPMENT, LLC ("JRD"), by and through its attorney, William V. Essig of Faegre Drinker Biddle & Reath LLP, and pursuant to Rule 83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, respectfully moves this Court for leave to substitute Susan M. Sharko of Faegre Drinker Biddle & Reath LLP, as counsel of record for Defendant. In support of this motion, the movant states as follows:

1. Mr. Essig was counsel of record for JRD when this action was originally filed in the United States District Court for the Northern District of Illinois. This action was transferred to this District by the Judicial Panel on Multidistrict Litigation into MDL 2592, In re: Xarelto (Rivaroxaban) Products Liability Litigation, before the Hon. Eldon E. Fallon by Conditional Transfer Order # 201 on October 27, 2022.

2. Ms. Sharko of Faegre Drinker Biddle & Reath LLP is counsel of record for JRD in MDL 2592 and will represent JRD in this action in the MDL.

3. Mr. Essig consents to the substitution of Ms. Sharko as counsel of record for JRD in this action.

WHEREFORE, movants pray that this Court enter an Order:

(a) Granting Susan M. Sharko of Faegre Drinker Biddle & Reath LLP leave to file her appearance and substitute as counsel of record; and

(b) Allowing William V. Essig leave to withdraw from the above-captioned matter.

Respectfully submitted,

/s/William V. Essig
William V. Essig
Faegre Drinker Biddle & Reath LLP
320 S. Canal Street – Suite 3300
Chicago, IL  60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
Email: william.essig@faegredrinker.com

/s/Susan M. Sharko
Susan M. Sharko
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
Email: susan.sharko@faegredrinker.com

/s/Kim E. Moore
Kim E. Moore
Irwin Fritchie Urquhart Moore & Daniels LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Email: kmoore@irwinllc.com

*Attorneys for Janssen Research & Development, LLC*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2023, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**