UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | |
| KEIKO GORSKI and FLORIAN GORSKI, Civil Action No. 2:22-cv-04331 | : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**SUBSTITUTION OF ATTORNEY FOR DEFENDANT
JANSSEN RESEARCH & DEVELOPMENT, LLC**

I, William V. Essig, hereby withdraw my appearance as Attorney for Defendant Janssen Research & Development, LLC, and consent to the appearance of Susan M. Sharko as counsel for Attorney for Defendant Janssen Research & Development, LLC.

/s/ William V. Essig
William V. Essig
Faegre Drinker Biddle & Reath LLP
320 S. Canal Street, Suite 3300
Chicago, IL  60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
Email: william.essig@faegredrinker.com

I, Susan M. Sharko, hereby enter my appearance as Attorney for Defendant Janssen Research & Development, LLC.

/s/ Susan M. Sharko
Susan M. Sharko
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7350
Facsimile: (973) 360-9831
Email: susan.sharko@faegredrinker.com

*/s/Kim E. Moore*
Kim E. Moore
Irwin Fritchie Urquhart Moore & Daniels LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Email: kmoore@irwinllc.com

*Attorneys for Janssen Research
& Development, LLC*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on February 15, 2023, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other Plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

            */s/ Kim E. Moore*
            **Kim E. Moore**