# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| KEIKO GORSKI and FLORIAN GORSKI, | : | JUDGE ELDON E. FALLON |
| Civil Action No. 2:22-cv-04331 | : | MAGISTRATE JUDGE NORTH |

## ORDER

CONSIDERING the foregoing Motion to Withdraw and Substitute Counsel filed by Defendant JANSSEN RESEARCH & DEVELOPMENT, LLC ("JRD");

IT IS HEREBY ORDERED that the Motion is GRANTED, and that William V. Essig is withdrawn as counsel of record in the above-referenced matter. IT IS FURTHER ORDERED that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP is substituted as counsel of record for JRD.

New Orleans, Louisiana, on this _____ day of _____ 2023.

_____
United States District Judge