UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE ELDON E. FALLON |
| *Sophie Hu, et al.,* No. 2:21-cv-02240 | : : | MAGISTRATE JUDGE NORTH |
| | : | |

**O R D E R**

Considering the Defendants' Motion for Leave to File Supplemental Memorandum in Support of the Defendants' Motion to Dismiss and Motion to Stay (R.Doc. 18021),

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Supplemental Memorandum in Support of Defendants' Motion to Dismiss and Motion to Stay (R.Doc. 18021) is hereby entered into the Court's docket.

New Orleans, Louisiana this 27th day of February, 2023.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**