# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : | SECTION L |
| KEIKO GORSKI and FLORIAN GORSKI, Civil Action No. 2:22-cv-04331 | : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

CONSIDERING the foregoing Motion to Withdraw and Substitute Counsel filed by Defendant JANSSEN RESEARCH & DEVELOPMENT, LLC ("JRD");

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that William V. Essig is withdrawn as counsel of record in the above-referenced matter. **IT IS FURTHER ORDERED** that Susan M. Sharko of Faegre Drinker Biddle & Reath LLP is substituted as counsel of record for JRD.

New Orleans, Louisiana, on this 27th day of February 2023.

_____
United States District Judge