UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*All Cases* | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER

To discuss remaining business in this litigation;

**IT IS ORDERED** that a telephone status conference in this matter be **SET** for Tuesday, March 21st, 2023 at 9:00 A.M. C.S.T. The parties are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

    Dial-in:    877-336-1839

    Access code:    4227405

New Orleans, Louisiana, this 15th day of March, 2023.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE