U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Mar 26, 2023

CAROL L. MICHEL
CLERK
SMS                E-Mail

BEFORE THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

# Amendment to Medical Evidence Document Submitted via Email on November 23rd, 2022

I discovered an error in the document submitted to this Court via email on November 23rd, 2022. The error is: page 5 Exhibit B first sentence should state - Xarelto Antidote Administration in Emergence Department on August 2nd, 2020 (not 2022). I have attached this page with this letter

**Respectfully submitted,**

Date: _____March 26th, 2023_____

Signature: _____*Sophie Hu*_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
　　　　　Foster City, CA 94404
Telephone: 650-619-0885

TENDERED FOR FILING

MAR 26 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**LAEDdb_ProSeDocs**

| | |
|---|---|
| From: | s <alpineedelweiss@yahoo.com> |
| Sent: | Sunday, March 26, 2023 1:18 PM |
| To: | LAEDdb_ProSeDocs |
| Subject: | Re: Xarelto MDL: Hu et al., No. 21-2240, medical evidence, Confidential |
| Attachments: | Amendment to Medical Record submitted.pdf |

**CAUTION - EXTERNAL:**

Dear Court

I discovered an error in the medical evidence document submitted below on November 23rd 2022

See attached amendment. Defendant counsels are not copied here due to confidential medical information

Respectfully yours

Sophie Hu


On Wednesday, November 23, 2022 at 12:25:41 PM PST, s <alpineedelweiss@yahoo.com> wrote:

Dear Court

Submitting medical evidence for my mother's claim

Documents are medical evidence and strictly confidential. Defendant counsels are not copied at this time

Adobe not functioning properly on my laptop, so documents attached was printed and scanned, if anything is not clear, I will email the original by separate pages

Respectfully yours

Sophie Hu

On Sunday, November 13, 2022 at 11:52:07 AM PST, s <alpineedelweiss@yahoo.com> wrote:

Dear All

Please find attached Response to the Counsels' filing noted in below email

Respectfully yours

1

Sophie Hu

On Friday, November 11, 2022 at 11:31:49 AM PST, Goddard, Joan <joan.goddard@arnoldporter.com> wrote:

Dear Ms. Hu,

Attached please find your service copy of defendants' motion for leave to file supplemental memorandum in support of defendants' motion to dismiss and motion to stay and supplemental memorandum in support of motion to dismiss and motion to stay, which was filed today in the above-referenced matter.

Consistent with your prior requests, I am only sending you this via e-mail and will not send you a copy by U.S. mail.

Please note that Ms. Miller is no longer with Faegre Drinker Biddle & Reath LLP and I have instead copied her colleagues, Ms. Sharko and Ms. Slama.

Thanks, Joan

_____

Joan Goddard
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7429 | F: +1 212.836.6659
Joan.Goddard@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.