# Exhibit B:

## _Xarelto Antidote Administration in Emergency Department on August 2nd, 2022_

Official Copy

**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P Zhao, Fumian
500 PASTEUR DR          MRN: ███████ DOB: ███████ Sex: F
PALO ALTO CA 94305-2200  Adm: 8/2/2020

[674953538]
Ordering provider: ███████████████, MD   Filed on: 08/02/20 2305
08/02/20 2240

---

**coagulation factor Xa, inactivated (Andexxa) IV bolus 800 mg [674953834]**

Electronically signed by: █████████████ MD on 08/03/20          Status: **Completed**
2228
Mode: Ordering in Verbal with readback mode    Communicated by: █████████████ PHARMD
Ordering user: ████████ PHARMD             Ordering provider: █████████████, MD
08/02/20 2250
Authorized by: ████████████, MD            Ordering mode: **Verbal with readback**
Frequency: Once 08/02/20 2300 - 1 occurrence
Acknowledged: ████████████, RN 08/02/20 2325 for Placing Order
Package: ████████████

**Collection Information**

coagulation factor Xa, inactivated (Andexxa) IV bolus 800
mg [674953834]                                          Result status: No result
Ordering provider: ██████████████ MD   Filed on: 08/02/20 2320
08/02/20 2250

---

## Administered Medications - documented in this encounter

Inactive Administered Medications - up to 100 most recent administrations

| Medication Order | MAR Action | Action Date | Dose | Rate | Site |
|---|---|---|---|---|---|
| coagulation factor Xa, inactivated (Andexxa) 960 mg/96 mL (10 mg/mL) IV high dose infusion 8 mg/min (48 mL/hr), Intravenous, CONTINUOUS, Starting on Sun 8/2/20 at 2300, Until Mon 8/3/20 at 0141 | New Bag | 08/02/2020 11:42 PM PDT | 8 mg/min | 48 mL/hr | |
| coagulation factor Xa, inactivated (Andexxa) IV bolus 800 mg 800 mg, Intravenous, ONCE, On Sun 8/2/20 at 2300, 1 dose, Administer over 30 Minutes | Given | 08/02/2020 11:20 PM PDT | 800 mg | 160 mL/hr | |