BEFORE THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

# Motion to Move the Court to Emergent and Expedited Trial Proceedings

Dearest Honourable Judge Fallon and the Honourable Court

My mother (Fumian Zhao)'s case was initially filed at the US District Court of Northern California San Francisco on August 1, 2021. The case was transferred to this Court on December 8th, 2021, at the defendants' counsels' request

The defendants' counsels had asserted both the US District Court of Northern California and the Judicial Panel on Multidistrict Ligation that the transfer was for a coordinated or consolidated Pretrial Proceedings, and the case will be eventually transferred back to US District Court of Northern California after that

However, contrary to their own request, the counsels filed Motion to Dismiss the case shortly after the case was transferred. The argument in their Motion to Dismiss has no merit and must be denied

Despite the counsels' true intention to dismiss the case entirely, the defendants/pharmaceutical companies must know that they cannot possibly rule out or deny that Xarelto caused the incapacitating injury which is evidenced by my mother's medical record

We therefore had kept our faith in this court to hold the defendants liable for all harms and give justice back to my mother

Today, more than 2 years and 7 months passed since my mother's catastrophic life threating cerebellar haemorrhage injury on the night of August 2nd, 2020. Every day, every night, every single minute, my mother is fighting a courageous battle for her life

My mother has been under the care of our family- myself, my father and my two siblings, 24/7

round the clock - Excerpts from the initial amended complaints dated August 31, 2021: "To ensure our mother's safety, we have been monitoring and caring for her round the clock, we are met with extreme physical challenges, unpredictable traumatic events". "Despite tremendous and unspeakable hardships, we remain strong, focused, and determined to take care of our mother"

With our unwavering dedication, devotion, ultimate sacrifice, and above all, nurturing, love and passion, my mother had shown signs of recovery, slowly and gradually. We are overjoyed by even the baby steps of improvement

We know however, Xarelto severely crippled my mother, she must now receive the best medical care promoting recovery. She has shown she can recover. Only recovering more can save her from more traumas everyday caused by Xarelto

To be able to receive such treatment in the most suitable recovering centre, my mother will need to be transferred by air ambulance to the hospital. It also means that myself and my two siblings must give up our jobs to be with my mother, our entire family must relocate

We don't know what kind of more hardship ahead of us. We learned that the air ambulance, recovery treatment centre is extremely expensive and beyond our capability. But we must do everything we can, we must give my mother a chance to recover

It pains us, it breaks our heart, it weeps us, to feel what my mother is going through every single minute. I wish I could present to the Court and Judge what my mother had endured, I wish I could speak and share with the Court and Judge what I saw: for instances, her head was covered in bruises and scars when she was out of surgery; her cheeks were pressed down hard for almost 30 minutes by ER staff when they were trying to correct her jaw dislocation secondary to the injury by Xarelto, my mother held up both hands helplessly trying to push them away, I held my mother and was telling her to be strong, don't be scared, while prayed and cried silently in horror; Another night, they told us my mother will be discharged, we waited hours outside of the hospital in the cold (we were not allowed to be with my mother due to hospital visitor policy), it was already after 11PM, my mother was discharged from the hospital despite a high fever and brought out by EMT to the ambulance taking her home, I will never, I could never forget that horrific scene outside the hospital, that my mother looks like just came out of a war zone, on the gurney barely covered by hospital blanket, she lost a lot of weight, she looks very pale and confused, she was gurgling and struggling to breathe, her body was too warm to touch, we run to my mother, hold her weak and fragile body so tightly in our arms and just wept and wept in silence and anguish, yet this was just too many traumas my mother had endured. There were days when my mother was separately from us (hospital visitor policy), we would stood outside in the cold for hours, looking up at the windows of my mother's hospital room, we prayed and said in tears to ourselves – "mom, we are here, be strong, be safe, take care of yourself, we are here, don't be scared, we are here, don't be scared". I closed my eyes and prayed – "mom, I know you can hear us, you know we are right here with you, every step of the way"

My entire family, especially our father, has been coping with extreme grief and sadness, profound hardship, unpredictable traumatic events. Our father, at his age, tirelessly stand by my mother bedside every day helping us taking care of my mother, it took damaging toll on his health, he was very healthy before, now he walks with his back bending. He lost his hearing drastically due to my mother's extreme trauma. He is coping with immense pain, loneliness and sadness without my mother by his side like before. Our hearts are crying for our mother and father. To be able to watch and care for my mother round the clock, we had barely slept since the

moment she was suddenly struck out by Xarelto. Our hands scarred, our feet bruised and swollen. our arms, our back, our whole body hurt so much. We had suffered loss of jobs and illness. We are battling with devastations and fighting this medical crisis every day. Our father and us aged so much more than we would have. We don't know what a normal life is like anymore. We have sacrificed our own health, our life, and much more to save our mother. However, no matter how arduous it has been, we held our head high, remain strong and focused, we are determined to take care of my mother, to protect her and keep her well and safe

My mother is the most inspirational, the bravest, the most graceful. the sweetest person I am honoured and privileged to know, to treasure and cherish forever. No one, nobody, has any right to destroy her, my father, my entire family like this. My mother was very healthy, Xarelto destroyed and crippled her, left her bed bound battling to breathe, at risk of suffocating at any minute, left her in indescribable pain, suffering and traumas. It is utterly senseless, it is extremely cruel, excessive, deadly to destroy her life like this. The pharmaceutical companies knowingly, willingly, with all their knowledge, consciousness, will, mind and power, without any hesitation, to allow this to happen

My mother has been fighting for her life, we have been fighting to save my mother. We will do everything we can. I will give up everything for a chance of her speaking again, sitting by us, smiling at us, holding us, standing again, waving at me when I drive to work, is this too much to ask

I am therefore, as a heart broken and devoted daughter, speaking from the bottom of my heart for my mother, my father, myself and my two siblings, making an emergent plea to the Judge and the Court, please expedite review of this case and proceed to emergent trial proceedings, please ask the pharmaceutical companies provide all necessary means to allow my mother receive recovery treatment emergently needed to save her from more unspeakable traumas

With tears in my eyes, at my mother's bedside, holding her hands, singing softly for her, I humbly ask the Judge and the Court, please help us to save my mother, to fight for her precious life and justice

(Of note, please reference documents submitted by me if needed in support of this letter - the Amended Initial complaint filed on August 31st, 2021, Opposition to Defendants' Motion to Dismiss submitted via email on March 30th and 31st, 2022, Opposition to defendants' Motion for leave to file in support of motion to dismiss and stay submitted via email to this court on November 13th, 2022, confidential key medical record submitted via email on November 23rd, 2022)

**With deepest gratitude and respectfully submitted,**

Date: _____March 26th, 2023_____

Signature: _____*Sophie Hu*_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | LAEDdb_ProSeDocs |
| **Sent:** | Monday, March 27, 2023 8:47 AM |
| **To:** | 'Dean Oser' |
| **Cc:** | Brad Newell; Ariana Johnson |
| **Subject:** | FW: Xarelto MDL: Hu et al., No. 21-2240 |
| **Attachments:** | Emergent Motion .pdf |

Good morning, the Pro Se Unit received the attached filing. Please advise how you would like this document filed.

**From:** s <alpineedelweiss@yahoo.com>
**Sent:** Sunday, March 26, 2023 9:15 AM
**To:** LAEDdb_ProSeDocs <ProSeDocs@laed.uscourts.gov>; Joan Goddard <joan.goddard@arnoldporter.com>; Elizabeth J. Slama <elizabeth.slama@faegredrinker.com>
**Subject:** Xarelto MDL: Hu et al., No. 21-2240

**CAUTION - EXTERNAL:**

Dear All

Please find attached

Respectfully yours

Sophie Hu

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1