**EXHIBIT A**

| Row | Docket No. | Plaintiff Name | Xarelto User | BG ID | Plaintiff Firm |
|---|---|---|---|---|---|
| 1 | 2:15-cv-01596 | Alderdice, Barbara | Alderdice, Barbara | 1163 | Brown and Crouppen, PC |
| 2 | 2:16-cv-00549 | Doyle, Esther E. | Doyle, Esther E. | 7480 | Murray Law Firm |
| 3 | 2:16-cv-00552 | Duncan, Yvette T. | Duncan, Harriet K. | 7496 | Murray Law Firm |
| 4 | 2:16-cv-00553 | Erikson, Sharon L. | Erikson, Sharon L. | 7319 | Murray Law Firm |
| 5 | 2:16-cv-00555 | Grant, Shirley A. | Grant, Shirley A. | 7452 | Murray Law Firm |
| 6 | 2:16-cv-00557 | Gray, Virgie B. | Gray, Virgie B. | 7306 | Murray Law Firm |
| 7 | 2:16-cv-00558 | Harper, Nannie L. | Harper, Nannie L. | 7522 | Murray Law Firm |
| 8 | 2:16-cv-00560 | Hughes, Janice F. | Hughes, Janice F. | 7313 | Murray Law Firm |
| 9 | 2:16-cv-00561 | Ingersoll, Charles M. | Ingersoll, Charles M. | 7514 | Murray Law Firm |
| 10 | 2:16-cv-00563 | Johnston, Larry G. | Johnston, Larry G. | 7456 | Murray Law Firm |
| 11 | 2:16-cv-00567 | Sorrells, Charles | Sorrells, Charles | 7208 | Murray Law Firm |
| 12 | 2:16-cv-08814 | Chase, Toby | Chase, Toby | 36472 | Comeaux Law Firm; Murphy Law Firm |
| 13 | 2:16-cv-12725 | Daniel, Roger A. | Daniel, Roger A. | 8448 | Kelley & Ferraro LLP |