# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*All Cases* | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER

In accordance with the request of the parties;

**IT IS ORDERED** that a status conference be **SET** for July 6, 2023 at 9:00 A.M. The status conference will be held in the chambers of the Honorable Eldon E. Fallon, at 500 Poydras Street, New Orleans, LA 70130.

New Orleans, Louisiana, this 26th day of June, 2023

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE