**MINUTE ENTRY**
**FALLON, J.**
**JULY 6, 2023**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

An in-person status conference was held on this date by before Judge Eldon E. Fallon. Lenny Davis and Gerald Meunier appeared on behalf of the Plaintiffs' Liaison Counsel. Susan Sharko, Kim Moore, John Olinde, and Andrew Solow appear on behalf of the Defendants. John Goldrick appeared by phone on behalf of the Gorski Plaintiffs. Sophie Hu appeared pro se on behalf of herself and her mother, Fumian Zhao. This status conference was transcribed by Ms. Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript.

JS10: 0:30

1