Case 2:14-md-02592-EEF-MBN   Document 18096   Filed 07/11/23   Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jul 11 2023

CAROL L. MICHEL
CLERK

**BEFORE THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Case Name: Hu et al v. Janssen Pharmaceuticals et al
Case No.:2:21-cv-02240-EEF-MBN

# MOTION FOR TIME FINDING A COUNSEL

Following Honorable Judge Fallon's advice and considering defendant counsel's repeated request to dismiss the case (claiming I cannot represent my mother) after the recent status meeting dated July 6th, 2023. I respectfully seek court permission to give me some time trying again to find a qualified attorney representing my mother (Ms. Fumian Zhao) and this case

Date:　　_____July 11th, 2023_____

　　　　　　　　　　　　　Signature: _____*Sophie Hu*_____

　　　　　　　　　　　　　Print Name: Sophie Hu, Pro Se Plaintiff
　　　　　　　　　　　　　Address: 1058 Foster Square Lane, Unit 204
　　　　　　　　　　　　　　　　　　Foster City, CA 94404
　　　　　　　　　　　　　Telephone: 650-619-0885

## Memorandum in support of Above Motion

I had tried my best, but I have not been able to find an attorney despite my pleas. Reason for declining representation and proof of declining to represent documents were submitted to court on December 15th, 2021

On April 4th, 2022, I filed Motion for court appointing counsel for my mother, the motion was not granted as the court finds that I have been able to represent my mother adequately (See Document number 18053, dated May 24th, 2022)

Defendant counsel had repeatedly requested Motion to dismiss claiming I cannot represent my mother, despite the fact that I have not been able to find an attorney for my mother and she has to be represented by someone (see Opposition to defendants' motion to dismiss and motion to stay submitted to court on December 15th, 2021). The situation surrounding Xarelto had precluded me from finding an attorney

The defendant's Motion to dismiss must be denied as it is unjust (see Opposition to defendants' Motion to dismiss submitted to court on March 30th and 31st 2022), their motion to dismiss is also contrary to their assertions to courts requesting case transferred

Xarelto caused my mother's incapacitating injury which is evidenced by my mother's medical record submitted to court confidentially on November 13th, 2022

My mother had suffered so much and gone through unspeakable traumas. The defendants' counsels had yet to reach out to me to initiate sincere discussion about the catastrophic destruction by Xarelto

I will do all my best to start looking for a qualified attorney again for my mother. I have started calling attorneys again

Please reference documents submitted to court by me if needed in support of this Motion (my apologies for not able to list document number as I cannot access electronic files)
- The Amended Initial complaint filed on August 31st, 2021
- Opposition to defendants' motion to dismiss and motion to stay submitted via email on December 15th, 2021
- Opposition to Defendants' Motion to Dismiss submitted via email on March 30th and 31st, 2022
- Opposition to defendants' Motion for leave to file in support of motion to dismiss and stay submitted via email to this court on November 13th, 2022
- Confidential key medical record submitted via email on November 23rd, 2022
- Motion to Move the Court to Emergent and Expedited Trial Proceedings submitted via email on March 26th, 2023

Respectfully submitted,

Date: _____July 11th, 2023_____

Signature: _____*Sophie Hu*_____

Print Name: Sophie Hu, Pro Se Plaintiff
Address: 1058 Foster Square Lane, Unit 204
Foster City, CA 94404
Telephone: 650-619-0885